# Exhibit 167
# (Part 2 of 26)

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/17/2020_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____   Date: _5/25/2022_

**Notary Acknowledgment**

State of OREGON

County of LINN

This Affidavit was signed and sworn to (or affirmed) before me on **May 25, 2022** by ███████████████ who proved his identity to me through government-issued photo identification.

Notary Public – State of Oregon

My commission expires: April 25, 2023

OFFICIAL STAMP
SAMANTHA ELIZABETH HEATHCOTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 986810
MY COMMISSION EXPIRES APRIL 25, 2023

SEAL

///
///
///
///
///
///
///
///
///
///
///

**Document Description**

This certificate is attached to an Affidavit consisting of 1 page and originally dated 5/25/2022.

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

     **[full legal name]**

2. I reside at _____

     **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.

     **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: __11/17/21__

Signed and subscribed before me this November 17, 2021.

_____ Nash

**DAMIAN NASH**
Notary Public
State of Rhode Island
Commission No. 758734
My Commission Expires January 25, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04 / 03 / 2020___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____      Date: __11/5/21__

State of __Arizona__ County of __Pima__
The foregoing instrument was acknowledged before me
on this __5__ day of __November__ 20__21__
by _____
_____
Notary Public Signature

LIVIA SEDANO
Notary Public, State of Arizona
Pima County
Commission # 612492
My Commission Expires
July 14, 2025

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11_/_03_/_2020_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

████████████████

Signature of Affiant                        Date: __5/24/22____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/27/2017_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: 11.5.2021

EDNA E. GRANADOS
ID #131171373
My Commission Expires
June 23, 2025

The State of Texas

County of _Val Verde_

     Before me, _Edna E Granados_ (insert the name and character of the officer),

on this day personally appeared ███████████████, known to me (or

proved to me on the oath of _____ or through _Nevada Driver License_

(description of identity card or other document) to be the person whose name is subscribed to

the foregoing instrument and acknowledged to me that he/she executed the same for the purposes

and consideration therein expressed.

(Seal)

EDNA E. GRANADOS
ID #131171373
My Commission Expires
June 23, 2025

    Given under my hand and seal of office this _5_ day of _November_, 20_21_.

_____
(Notary's Signature)
Notary Public, State of Texas

Page 1 of 1

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ Ch 29 2021 _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████_____     Date: MEK 29 2022

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY [A]

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older
    [full legal name]

2.  I reside at ████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple L:
    ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on    06 | 07 | 2019
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple an:
    of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any sta:
    promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acqui:::: :
    or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of
    or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., s
    transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'I
    cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████    Date: 5 | Nov | 20:

NOTORIAL CERTIFICATE FOR AUTHENTICATING SIGNATURE
I, Ante Zorotovic, Public Notary for the State of Western
Australia CERTIFY that the signature(s) on the document to
which this certificate has been applied, purporting to be the
signature(s) of

████████████████████████████████

is his/her true signature and proper handwriting.

In witness whereof I have affixed my signature and seal of
office at Western Australia this   05 / 11 / 20:1



## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/31/2017_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮        Date: ___11/03/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08/04/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮     Date: 11/02/2021

State of Florida
County of Collier


The foregoing instrument was acknowledged before me this ___2ⁿᵈ___ day of November, 2021, by ▉▉▉▉▉▉▉ who is personally known to me and who did/did not take an oath.


IN WITNESS THEREOF, I have hereunto subscribed my name and affixed my notarized seal on the day and year last aforesaid.


_____
Notary Public

Commission Expires: _1 | 12 | 2025_

DIANNE L. SOSA-DIAZ
Notary Public, State Of Florida
Commission No. HH 79842
My Commission Expires: 1/12/2025

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▊▊▊▊▊▊▊▊▊▊▊▊▊▊ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____09/27/2017____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▊▊▊▊▊▊▊▊▊▊▊▊  Date: 11.5.2021

EDNA E. GRANADOS
ID #131171373
My Commission Expires
June 23, 2025

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/14/2018
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████        Date: 11/07/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 11/23/2020 _____ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ███████████████████     Date: _11/8/2021_

11/8/21

Shauna E. Burke
My Commission Expires
March 10, 2028
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

Shauna C Rhe
3/10/28 - expiration

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06_/_30_/_2018_.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮       Date: _11_/_3_/_2021_

JOSEPH BROADUS
Notary Public - State of Florida
Commission # HH 076659
My Comm. Expires Apr 20, 2025
Bonded through National Notary Assn.

Joseph Broadus

11-3-21

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *06/20/2017*  .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____   Date: *11-13-2021*

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08/05/2020____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: ____11/2/2021____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is █████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _3-20-2019_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████        Date: _5-27-2022_

LOU ANN BOYD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
My Commission Expires    12-Feb-2026
Acting in the County of _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ██████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████
    [street name, city, state, ZIP code, country].

3.  I am an XRP Holder. I acquired **XRP** in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___03/28/2020___
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired **XRP** I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired **XRP** I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired **XRP**, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired **XRP** because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: _Nov. 4, 2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____Binance ____05/20/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: _____11/02/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/13/2020___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████     Date: _November 16ᵗʰ 2021_

_See attached ci acknowledgement dated Nov. 16, 2021_

# CALIFORNIA ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity
of the individual who signed the document to which this certificate is attached, and
not the truthfulness, accuracy, or validity of that document.

State of **California** )

County of **Orange** )

On _Nov. 16, 2021_ before me _Mehdi Zahedi,_ notary public Personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/
her/their authorized capacity(ies), and that by he/she/they signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
               Mehdi Zahedi, notary public

MEHDI ZAHEDI
Comm. #2314114
Notary Public - California
Orange County
Comm. Expires Dec 23, 2023

Notary Seal

_____ **OPTIONAL** _____

Though the information below is not required by law, it may prove valuable to person(s) relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.

Title or type of Document: _XRP holder affidavit (Investor - Category A)_

Document Date _Nov. 16, 2021_          Number of pages: _2,795_  (including this page)

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____9 - 26 - 2020_____
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████████

Date: _____1/- 4 - 21_____

ASHLEY MOSS
Notary Public, Georgia
Dekalb County
My Commission Expires
April 11, 2022

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)**

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07_ / _05_ / _2020_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ███████████████          Date: _11_ / _24_ / _2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __April 13, 2021__
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____   Date: __Nov 9, 2021__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY IA)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street address (city, state, zip code, county)]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 08/31/2017
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████        Date: 11/06/2021

Clinton J Carroll

State of Florida
County: Lee

Acknowledgement

The foregoing instrument was acknowledged before me by means of online notarization this 6th day of November, 2021 by ████████████ having produced a driver's license as identification.

Notary Public: ████████

Printed Name: Pat G McCoy

Date: 11/08/2021

Acknowledgement

Online Notary
Notarized online using audio-video communication

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████████  and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy outputs, and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████   Date: _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████████, and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an **XRP Holder**. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ 07/16/2020
   [mm/dd/yyyy]

5. The first time I **purchased XRP** I was completely unaware of a company called Ripple at the time of XRP.

6. Considering that I was **unaware of Ripple**, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a Top 10 cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████        Date: 11-7-2021

INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of ___Illinois___ }

County of ___Cook___ }

On this the __4th__ day of __November__ __2021__

___Moe  El  Turkey___

personally appeared ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

☐ personally known to me — OR —

☒ proved to me on the basis of

WITNESS my hand and official seal.

_Moe El Turkey_

Moe El Turkey
July, 15th, 2025

MOE M EL TURKEY
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 15, 2025

Place Notary Seal/Stamp Above

---- OPTIONAL ----

Description of Attached Document

Title: ___Stat Driver license___

11/4/2021

### XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____13/02/2021_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____        Date: _____02/11/2021_____

## **XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)**

Under oath, I solemnly swear:

1. My name is _____ ███████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I   reside   at   ████████████████████████████████████

   ███████ _____ .

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/18/2007_____ .

   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____ ████████ _____     Date: _____11/15/2021_____

← NEW CATEGORY 1A...

### XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of ag
[full legal name]

2. I reside a ██████████████████████████
[street name, city, state, zip code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  10 · 12 · 2020
[mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely o promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was a or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on th or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital ass transaction speed, minimal costs, and/or low-energy output), and/or because i cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affian ████████████████          Date: 1/12/21



CP

HOLDER AFFIDAVIT INVESTOR - CATEGORY [A]

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Sep 2017___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████        Date: _1·11·21_

## <u>XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Dec 29 2017_.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████     Date: _11-4-2021_

State of Texas Guadalupe County
Sworn to and subscribed before

me on the __4__ day of _November_ 20 _21_

_[Notary signature]_

Notary Public's Signature

MARLA LEVY
Notary Public, State of Texas
Comm. Expires 10-21-2024
Notary ID 130871804

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09 / 19 / 2018 .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████        Date: 11-1-2021

SHELLE HIGH
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 4-26-25

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/11/2020___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____          Date: ___11/2/2021___



**Dylan Davy**
**Notary Public**
In and For the State of Ohio
My Commission Exp:
08 July 2003

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP on the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/05/2020_____
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.


Signature of Affiant ████████████████     Date: __11/9/21__


MARTIN C KENNEDY
Notary Public
State of New Jersey
My Commission Expires Sept. 11, 2024
I.D. # 50112221

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _10/18/2017_.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████   Date: _11/3/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/28/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ▓▓▓▓▓▓▓▓▓▓         Date: 7/11/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████ [street name, city, state, zip code]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  05-03-2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Date:  24-05-2021

Signature of Affiant: ███████████

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___9/11/2020___ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████          Date: ___11/2/2021___

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  3 - 15 - 2021
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any stateme promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any le or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Rip or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., supe transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: X ████████████        Date: 11/26/21

State of North Carolina
County of Cumberland
This instrument was acknowl
on ___ day of Nov, 20__ by ____

_Notary Public's Signature_
My Commission Expires ____

[Notary Seal: ANTOINETTE O'BRIEN SANDERS / NOTARY PUBLIC / My Comm Exp / HOKE COUNTY, NC]

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _O2_ / _03_ / _2021_ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ███████████████        Date: _11_ / _04_ / _2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/30/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████████   Date: _____11/12/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/02/2017_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇          Date: _14/11/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __05|18|2021__.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████   Date: 9 - 11 - 2 ı

Creswell

0 9 NOV 2021

Pharmacy

Michael Leah

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _09.17.2020 Thru 12.01.2020_.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____        Date: _11.02.21_

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

On _____ before me, Yesica Barroso, a Notary Public,

Personally appeared █████████████████
_____
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signatures(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

YESICA BARROSO
COMM. #2373026
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Aug. 31, 2025

Signature: _____
Signature of Notary Public

Place Notary Seal Above

― OPTIONAL ―

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**Description of Attached Document**

Title and Type of Document _____

Document Date _____ Number of Pages _____

Signer(s) Other Then Named Above: _____

**Capacity Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer – Title(s): _____
☐ Individual
☐ Partner — ☐Limited ☐General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER

Signer is Representing: _____

Signer's Name: _____

☐ Corporate Officer – Title(s): _____
☐ Individual
☐ Partner — ☐Limited ☐General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER

Signer is Representing: _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/29/2017 .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████        Date: 11/02/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 07 / 03 / 2018 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____   Date: _____ 11-02-2021 _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4/20/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____        Date: _11/2/21_____

Cheryl Taylor
I am commissioned as Cheryl Poston
My Commission expires Aug. 31, 2022
Registration Number: 314622

November 2, 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 12/12/2017 .
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▉▉▉▉▉▉▉▉         Date: 11/02/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  11/26/2020
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████        Date: 11/2/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is █████████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ 07 / 11 / 2020 ___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████████    Date: 11 / 05 / 2021

November 5, 2021

_Cecile T. Montiel_

OFFICIAL SEAL
CECILE T. MONTIEL
Notary Public - State Of Illinois
My Commission Expires
August 24, 2024

847212

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/07/2021_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████    Date: 11/09/2021

[Notary stamp:
JONATHAN M BURGEON
NOTARY PUBLIC #195331
STATE OF WASHINGTON
COMMISSION EXPIRES
JANUARY 30, 2024]

State of Washington
County of _____
**Signed and sworn to or affirmed before me on**
_____ by _____

_____
**Notary Public**

State of Washington
County of _King_
Signed and sworn to (or affirmed) before me on
11/09/2021 by ████████████████████

_____
**Notary Public**

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ █████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ____ ████████████████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 1/24/2018 _____ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ____████████████____     Date: _11/1/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ████████████ _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____12/07/2017_____.
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████████████        Date: 11/9/21

**Sworn to before me and
subscribed in my presence
this 9th day of November 20 21**

(seal) _Valerie Ann Andrick_ Notary Public

Valerie Ann Andrick
Notary Public, Maine
My Commission Expires October 23, 2025

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)**

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01___/___12___/___2020___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████   Date: ___05___/___11___/___2021___

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on May 11, 2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████         Date: 11/21/21

**State of Washington**

County of Benton

Signed or attested before me on 11-21-21   (date) by ████████████████

(Seal or stamp)

WENDY CASAS
Notary Public
State of Washington
Commission # 76939
My Comm. Expires Jul 20, 2024

Wendy Casas
Signature

Notary
Title

My appointment expires July 20, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   10 | 12 | 2017
                                          [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date: 22 | 12 | 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   
   [full legal name]

2. I reside at ████████████████████████████████
   
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09 / 18 / 2020_
   
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████████        Date: _11 - 03 - 2021_



## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___03/04/2020___.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: 11/5/21

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on May 4, 2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████████     Date: November 2, 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/25/2017___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████    Date: 4 Nov. 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2018 – 2019 _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████         Date: 11-3-2021

XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ███████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___ 01 / 06 / 2021 ___
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████     Date: ___ 1/01/2021 ___

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 08/03/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████       Date: 11/05/2021
                                                11/05/2021

NOTARY DOCUMENT
ATTACHED

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Placer _____ }

On _November 5, 2021_ _____ before me, _Jorge Mario Castillo Castaneda_

Notary Public, personally appeared ███████████████████

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___17/09/2018___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮          Date: 6/11/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/17/2017_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████████    Date: __11/1/2021__

State of Oregon
County of Coos

This record was acknowledged before me on November 1, 2021
by ███████████████

OFFICIAL STAMP
Tonia Sue Sage
NOTARY PUBLIC - OREGON
COMMISSION NO. 1014680
MY COMMISSION EXPIRES    July 18, 2025

Tonia Sage
Notary Public - State of Oregon
My Commission expires: 7/18/2025

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/12/2019

   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████     Date: 4 Nov 2021

SEE ATTACHED
NOTARIAL CERTIFICATE

**CALIFORNIA JURAT**                                      GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Bernardino_

Subscribed and sworn to (or affirmed) before me on

this __5__ day of _November_ 20_21_, by

Date      Month      Year

(1) ███████████████████████████████████

(and (2) _____ ),

Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JOSH A. LARSEN
Notary Public - California
San Bernardino County
Commission # 2371295
My Comm. Expires Aug 18, 2025

Signature _____

*Place Notary Seal and/or Stamp Above*

*Signature of Notary Public*

--- **OPTIONAL** ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit - Category 1A_

Document Date: _11-4-21_      Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jul 01 2012___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████   Date: ___5/11/2021___

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is [REDACTED] and I am 18 years of age or older.
   [full legal name]

2. I reside at [REDACTED]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/25/2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: [REDACTED]          Date: 11/04/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates. ████

4. I acquired XRP for the first time on ~~01/05/2020~~  05/01/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: █████████████        Date: ~~11/05/2020~~  05/15/2022

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ 11/01/2018 ___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████   Date: Nov 11, 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/20/2017_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████████      Date: 11/02/2021

State of Virginia
City of Winchester

Sworn to and subscribed before me this
2 day of November 2021, by
██████████████ who is personally
known or produced VA ID as identification.

_Notary Public_

WENDY D. ROBINSON
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7751694
My Commission Expires Mar. 31 2025

Scanned with Cam

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 30th Nov 2019.

   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████   Date: 6 Nov 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/15/2021___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████   Date: 11/3/21

State of Idaho
County of Ada

Subscribed and sworn to before me this 3rd
of November, 2021

Notary Public for Idaho
Residing at: ████████
Comm Exp: 11/05/2024

Robert Personius
Commission Number: 20182178
Notary Public
State of Idaho
My Commission Expires: 11/05/2024

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ██████████████████, and I am 18 years of age or older.
    [full legal name]

2.  I reside at █████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __09/26/2020__
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████████          Date: 12/08/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___31/01/2021___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮        Date: __04 / 11 / 2021__

Signed in the presence of

Rosemay Major

as Solicitor / commissioner
for oaths only

05/11/2021

*[Stamp: S.J.P. L.L.P. GREEVEGATE HUNTSTANTON NORFOLK PE36 6AB SOLICITORS — A CERTIFIED COPY]*

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12 / 13 / 2020
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮        Date: 9 Nov '21

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___1/4/2018___
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____    Date: 11/21/2021

SUBSCRIBED AND SWORN BEFORE ME ON

_____ BY _____

NOTARY PUBLIC

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/25/2013_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████   Date: _11/4/2021_

State of _South Dak_ County of _Minnehaha_
Subscribed and sworn before me on _11/04/2021_

_____
(Notary Signature)

Comm. Expires   05-28-2026

KAAREN RANDEL
Notary
SEAL
Public
South Dakota

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates

4. I acquired XRP for the first time on  12 | 06 | 2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ██████████████████████       Date: 02 | 11 | 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/09/2017_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: ___2nd November 2021___

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/14/2019___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: 11-3-21

LAVDRIM SMERDAKU
Notary Public
Commonwealth of Massachusetts
My Commission Expires Aug 2 20__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY IA)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01 - 15 - 2021___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: __11-2-2021__

Acknowledgement

State of Michigan

County of _____ WAYM _____

On _____ NOVEMBER 2 _____, 20 2-1 before me, the undersigned notary public, personally appeared ████████████████████

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature _____

Printed name _____ Dontell  Okley _____

Notary Public, State of Michigan,
Commissioned in County of _____ WAYNE _____
My commission expires _____ MAY 22 2027 _____
Acting in County of _____ WAYO _____

DONTELL COXLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2027
ACTING IN COUNTY OF WAYNE

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08/25/2020 _____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████        Date: 11/9/2021

PATRICK OLOFINDAYO
NOTARY
EXPIRES
GEORGIA
JUNE 17, 2025
PUBLIC
FORSYTH COUNTY

11/14/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___27 / 11 / 2017___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ███████████████     Date: _3/11/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, county]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs, Inc. ("Ripple") its executives or affiliates.

4. I acquired XRP for the first time on __04/19/2021__
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮       Date: __11-9-2021__

_[notary seal]_

Notary Public
Expires 6/06/2022
State of Ohio
Franklin Co.
11/9/21

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/12/2019___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇   Date. 11/3/2021

[Notary seal: TERESA WADE, NOTARY PUBLIC, SEAL, INDIANA]

Teresa Wade
660696
Dec 3, 2022

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▋▋▋▋▋▋ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▋▋▋▋▋▋▋▋▋▋▋▋▋▋ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01/01/2020 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▋▋▋▋▋▋▋▋        Date:  11/01/2021 _____

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)**

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **[street name, city, state, zip code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **10/27/2017**
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓   Date: **11/05/2021**

WITNESS: ▓▓▓▓▓▓▓▓▓▓▓▓
SIGNED :- ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓ **11/05/2021**

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/09/2020___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____   Date: ___11/06/2021___

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on **12.2.2019** _____.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____      Date:  **6.11.2021** _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/01/2020___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████████   Date: __11/1/2020__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   05/31/2020 .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████    Date: November 07, 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Apr/ 7 2021_ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ▮▮▮▮▮▮▮▮▮     Date: _11/2/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/17/2020___ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮         Date: _01/25/2022_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.   07/01/2020.

4. I acquired XRP for the first time on ___7 JANUARY 2020___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████        Date: 03/11/2021.

Affirmed @ Hutt Valley
District court on 3rd
of November 2021 in
front of Deputy Registrar
Wynona Chadwick

Wynona Chadwick
Deputy Registrar
Hutt Valley District Court

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is █████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _06/22/2019_.
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: _11. 2. 2021_

Acknowledgement

State of Michigan

County of ___Wayne_____

On ___November 2___, 20 21___ before me, the undersigned notary public, personally appeared

_____████████████_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature_____

Printed name___Joslyn Mays_____

Notary Public, State of Michigan,
Commissioned in County of ___Oakland____
My commission expires___10-29-2026_____
Acting in County of ___Wayne_____

JOSLYN MAYS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Oct 29, 2026
ACTING IN COUNTY OF Wayne

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___MAY 2021___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____   Date: _Nov 1st 2021_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, zip code, country].

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on    12 - 08 - 2017
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮    Date:    11 - 02 - 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/17/2020___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____    Date: ___11/05/2021___

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09/05/2020 _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: __11/02/2021__

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 2nd DAY OF NOV 2021
MY COMMISSION EXPIRES 5/17/21

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
**[full legal name]**

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06/01/2021_
**[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓   Date: ~~01/01~~ 11/02/2021

State of Florida
County of _Leon_   }

The foregoing instrument was acknowledged before
me this _2nd_ day of _November_, _2021_
**Year**
by ▓▓▓▓▓▓▓▓
**Name of Person Acknowledging**
who is personally known to me or who has produced
_FL Driver License_
**Type of Identification**
as identification.

_____, Notary Public
**Signature of Notary Public**

_Doyle Browning_
**Name of Notary Typed, Printed or Stamped**

Commission No. _HH108784_

DOYLE BROWNING
Commission # HH 108784
Expires July 23, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _7-3-2020_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████   Date: _11-3-202_

I _Samantha Venkovic_ , notary
of South Carolina, Dorchester
County have witnessed the
above signature on _11/63/2021_
My commission expires _09/04/2029_

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)**

Under oath, I solemnly swear:

1. My name is _____ ████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ____ ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ Feb 2019 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ____ ████████████████ ____     Date: Nov 3 2021

witnessed
3 November 2021

CPT Arment, Rachel

STAFF JUDGE ADVOCATE
10 U.S.C.
NOTARY PUBLIC
SECTION 1044a
SCCEUR

### XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.

    **[full legal name]**

2.  I reside at ███████████████████████████████████████████

    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___10/20/2020___

    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████     Date: ___5/24/2022___

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _April 15, 2020_.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ██████████████    Date: _11-1-2021_

_Notary: Briana Blake_
_11/01/2021_

Briana Zhane Blake
My Commission Expires
8/16/2025
Notary ID
133270299

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1   My name is ████████████████ _____ and I am 18 years of age or older
    **[full legal name]**

2   I reside at ████████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3   I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc
    ("Ripple"), its executives, or affiliates.

4   I acquired XRP for the first time on  01/31/2021
    **[mm/dd/yyyy]**

5   The first time I purchased XRP I was completely unaware of a company called Ripple and its use
    of XRP.

6   Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements,
    promises, or inducements from Ripple, its executives, or affiliates.

7   Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal
    or financial interest in Ripple.

8   Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple
    or its management team for any purpose.

9   I acquired XRP because of its superior technology related to other digital assets (i.e., superior
    transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10'
    cryptocurrency by market cap and was listed at a lower price compared to others.


Signature of Affiant ████████████████ _____   Date: 11/02/2021

<u>XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY (A)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████████████, and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, zip code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___January 02-2021___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output) and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████████        Date: _November 3 2021_

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _____ }
                                        } ss
County of _____ }

On this the _____ day of _____ _____, before me,
_____, the undersigned Notary Public,

personally appeared _____

☐ personally known to me – OR –

☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_____
Signature of Notary Public

_____
_____
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

Place Notary Seal/Stamp Above

---

OPTIONAL

Not required by law, this information can be useful to those relying on the document and prevent fraud.

**Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2015 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY (A)

Under oath, I solemnly swear:

1.  My name is ████████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ██████████████████████████████████████████
    [street name, city, state, ZIP code country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___octobre 31st , 2019___
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████      Date: ___8/11/2021___



## Van Wijk
NOTARISSEN

DECLARATION / mlv /                                                                          1

Legalisation signature and identification in conformily with WWFT
(Anti-Money Laundering and Anti-Terrorist Financing Act)

Seen by me,
Mr Mathijs Tacken, civil law notary in Wassenaar, The Netherlands, for
legalisation of the signature of Mrs ███████████ born at █████ on
██████████████

The undersigned declares furthermore that mentioned ███████ has been
identified in person according to the rules of the WWFT by means of the valid
(copy of) proof of identity attached.

The meaning of this legalisation is strictly limited to establish the identity and the
declaration concerning the signature. No judgment is given concerning the
contents, representation powers and other aspects.

Signed at Wassenaar on November 8, 2021

M. Tacken :

A P O S T I L L E

(Convention de La Haye du 5 octobre 1961)

1.  Country: THE NETHERLANDS
    This public document
2.  has been signed by mr. M. Tacken
3.  acting in the capacity of notary at Wassenaar
4.  bears the seal/stamp of aforesaid notary

Certified

5.  in Den Haag            6.  on 09-11-2021
7.  by the registrar of the district court of Den Haag
8.  no. 2021-9831

9.  Seal/stamp.            10. Signature

                           M. van der Burg



## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___26.05.2019___
                                        [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████         Date: 04.11.2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████ and I am 18 years of age or older.
   {full legal name}

2. I reside at ██████████
   [street name, city, state, zip code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12 - 07 - 2013___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████          Date: ___5 NOV 2021___

Signed in the presence of 1.



05/11/2021

my comission expires on death



## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/17/2017_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: _11/5/21_

November 5th, 2021

[Notary stamp:]
Notary Public State of Texas
Comm. Expires 00-00-2024
Notary ID 132276162

Nov 23 21 12:29a      DOMINIK GORA                          8473873540                    p.1

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/20/2019___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____        Date: __1-22-2021__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ 06-06-2021 ___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output) and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant _____     Date: __ 11-09 2021 __

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___1-7-2021___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮     Date: __11-11-21__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ███████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____10/24/2020_____
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████        Date: __11/2/21__

Sworn to and subscribed
before me this
2ᴺᴰ day of _____ 20_2_

[signature]

SARABJIT SINGH
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 09/02/2025

## XRP HOLDER AFFIDAVIT INVENTOR - CATEGORY (A)

Under oath, I solemnly

1. My name is ███████████████

   _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on: March 1, 2019
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature ██████████████████          Date 11/15/21

[handwritten notary text]
State of Tennessee, Davidson County notary seal
My Commission expires...

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  04/03/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████        Date: 11/3/21

AERYN DWYER

11/03/21

AERYN DWYER
Notary Public, State of South Carolina
My Commission Expires 7/13/2031

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03___/___14___/___2019___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████         Date: __11 - 2 - 21__

# Acknowledgement

State of Michigan

County of _____Wayne_____.

On _November 2_____, 20_21___ before me, the undersigned notary public, personally appeared ████████████

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature_____

Printed name____Joslyn Mays_____

Notary Public, State of Michigan,
Commissioned in County of ____Oakland____
My commission expires____10-29-2026.____
Acting in County of____Wayne____

JOSLYN MAYS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Oct 29, 2026
ACTING IN COUNTY OF Wayne

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath. I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████ .
   [street name, city, state. ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives. or affiliates.

4. I acquired XRP for the first time on _October 18, 2020_ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████████     Date: _11-2-2021_

State of ME, County of Somerset
Signed before me on this 2nd day
of Nov 2021 by Dorothy T Charbonnier
Notary Public Diane C. White

DIANE C. WHITE
Notary Public
Maine
My Commission Expires Sept. 24, 2023

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ███████████████ _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ███████████████████████████████.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___08/01/2020___.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ███████████████████     Date: __11/9/21__

*Manavjot K Sooch*

MANAVJOT K. SOOCH
Notary Public
State of Colorado
Notary ID: 20064023492
My Commission Expires 06/19/2022



**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older
   (full legal name)

2. I reside at _____
   (street name, city, state, zip code/country).

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _AUGUST 2017_
   (mm/dd/yyyy).

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a Top 10 cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant _____   Date _Nov 4, 2021_

_I Have 49000 XRP in my position_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   May 06, 2020 .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮   Date: 11-3-2021

Jennifer Crandall
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174023242
MY COMMISSION EXPIRES        May 25, 2025

Jenn Crandall
11/3/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates

4. I acquired XRP for the first time on *01/16/2018*
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████       Date *11/02/2021*

**Official Certification**

Seen for authentication of the foregoing signature, affixed in our presence by

Mr. ███████ born ████████████, citizen of ████████, according to his information residing at ██████████████████ identified by identity card

This legalization refers only to the authentication of the signature and not to the contents or validity of the document.

Thalwil (Switzerland), 2nd November 2021
BK no: 2766
Fee CHF 20.00

NOTARIAT THALWIL

Patrick Näsänen, Deputy Notary Public

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/21/2020 _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: 11/8/2021

Sworn to/subscribed before me this
8th day of November, 2021

Rande Miller, Notary Public

RANDE MILLER
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 12-11-2023

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/23/2020_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████        Date: __11-8-21__

TIMOTHY D. MAYNARD
Notary Public
Commonwealth of Kentucky
Commission Number KYNP15035
My Commission Expires Sep 14, 2024

_signature_
1/8-2021

I ALSO HAVE A STATEMENT TO MAKE
REGUARDING THE TOKENS HELD HOSTAGE (4007.1006)
AND THE ADDITIONAL $46,000.00 IT TOOK (4X$)
TO ACOMPLISH MY GOAL AND POSITION
AT 68111.28 TOKENS I'M NOW ALL
IN AT 66133.55 TOKENS AND IT
TOOK ALOT OF TIME AND LOST POSITION (11-8-21)
TO ACOMPLISH

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/10/2020 .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____          Date: Jan 1 2022

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 20/07/2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████     Date: 4/11/21

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____████████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ___████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/15/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ___████████████___      Date: ____11/01/2021____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __04 / 12 / 2021__.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████     Date: _11/2/21_

State of Nevada
County of Clark

This instrument was acknowledg███████████
Day of _Nov (2)_, 2021 __by

(Notary Public) _____



ALPESH PATEL
Notary Public, State of Nevada
No. 12-6510-1
My Appt. Exp. Dec. 7, 2023

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____04/03/2019____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use
   of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements,
   promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal
   or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple
   or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior
   transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10'
   cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████        Date: 11/4/2021

State of Oregon Notarial Certificate (ORS Ch. 194.280, 194.285)

## Witnessing or Attesting a Signature

State of OREGON

County of _Washington_

Signed (or attested) before me on (date) _4 November_ , 20_21_

by (name(s) of individual(s)) ███████████████████ .

Notary Public - State of Oregon

Official Stamp

OFFICIAL STAMP
OLIVIA IRENE GERAGHTY
NOTARY PUBLIC – OREGON
COMMISSION NO. 980090
MY COMMISSION EXPIRES OCTOBER 30, 2022

Document Description
This certificate is attached to page _2_ of a _XRP Holder Affidavit_ (title or
type of document), dated _4 November_, 20_21_, consisting of _2_ pages.

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  11/20/2017                      .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮      Date:  Nov / 3 / 2021

## <u>XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)</u>

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____05 / 21 /2020_____
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: 11 / 02 /2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on **September 28, 2017**
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ▮▮▮▮▮▮▮▮▮         Date: **May 24, 2022**

05/23/2022

State/Commonwealth of _____ NEVADA _____ )
☐City ☑County  of _____ Clark _____ )
)

On ___05/23/2022___, before me, _____ Sean Newmark _____ ,
       *Date*                                                    *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____ ▇▇▇▇▇▇▇ _____.

*Name of Affiant(s)*

☐  Personally known to me  -- OR --

☐  Proved to me on the basis of the oath of _____ -- OR --
                                             *Name of Credible Witness*

☑  Proved to me on the basis of satisfactory evidence: _____ driver_license _____
                                                       *Type of ID Presented*

| | |
|---|---|
| **Sean Newmark**<br>NOTARY PUBLIC<br>STATE OF NEVADA<br>Appt. No. 22-7053-01<br>Expires February 1, 2025 | WITNESS my hand and official seal.<br><br>Notary Public Signature: _____<br><br>Notary Name: _____ Sean Newmark _____<br>Notary Commission Number: __22-7053-01__<br>Notary Commission Expires: __02/01/2025__<br>*Notarized online using audio-video communication* |

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __XRP Holder Affidavit__

Document Date: __05-23-2022__

Number of Pages (including notarial certificate): _____ 2 _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY IA)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __01 | 20 | 2021__.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████    Date: __11 | 10 | 2021__

*Lorraine D. Sorel*
LORRAINE D. SOREL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 24, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ▉▉▉▉▉▉▉ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▉▉▉▉▉▉▉ ,
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 07/31/2020 _____ .
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ▉▉▉▉▉▉▉        Date: 05/23/2022

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  12/24/2017 .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████      Date: 11/01/2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████_____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/17/2018 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████_____        Date: 12/14/2021 _____

## XRP HOLDER AFFIDAVIT (INVESTOR – CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▬▬▬▬▬▬▬▬▬▬ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   [street name, city, state, zip code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  04/17/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▬▬▬▬▬▬▬     Date: 2nd Nov 2021

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ ___ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/07/2020___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ██████████████      Date: November 2, 2021

Rovonne Lawson
NOTARY PUBLIC
Henry County, GEORGIA
My Commission Expires 09/20/2025

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 06/15/2020 _____
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████         Date: 4/17/21

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]/

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __04__/__04__/__2020__
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████████

Date: _01 - 25 - 22_

County of Maricopa State AZ

Subscribed and sworn to before me this
25 day of JAN , 20 22

Notary Public

LAURA L. CUMMINGS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 588439
Expires August 12, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __01/04/2020__.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____     Date: 11-8-21

Sworn to before me this 8th day of November, 2021

_Wendy R. Wilcox_

Notary Public

WENDY R. WILCOX
Notary Public, State of New York
# 01WI6003736, Reg. in Chautauqua Co.
My Commission Expires January 18, 20 22

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jan 07 2021_____ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant                                    Date: _03rd November 2021___

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **03/04/2021**
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████         Date: **04 November 2021**



## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on    08/30/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a Top 10 cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: 11/2/2021
                                                              appeared

this 2nd day November 2021
in county of Wayne county, M.I.

_Stephanie Tomlinson_

Stephanie Y Tomlinson
Notary Public, Wayne County, Michigan
My Commission Expires October 1, 2022
Acting in the County of _____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __4 | 29 | 2020__.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ███████████████     Date: __11|2|20__



NOTARIAL ACKNOWLEDGEMENT
STATE OF ARIZONA
COUNTY OF MARICOPA

This instrument was acknowledged before me this 2 day of November 21

by ███████████████

(Notary Seal)                    NOTARY PUBLIC

BRIAN DEAN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 612884
Expires August 27, 2025

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____,
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/11/2020 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____    Date: __11/03/2021__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___1/2021___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ██████████████████   Date: 2/2/22

4/6/22

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# CALIFORNIA JURAT

State of California                                    )

County of ___Kern___                              )

Subscribed and sworn to (or affirmed) before me on this __6th__ day

of __April_____ , 20 __22__ , by ████████████████████

_____

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

**KELSEY FRENES**
COMM. #2812586
NOTARY PUBLIC • CALIFORNIA
KERN COUNTY
My Comm. Exp. Dec. 13, 2023

Signature ___Kelsey Frenes___

(Seal)

--- *OPTIONAL INFORMATION* ---

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

This certificate is attached to a document titled/for the purpose of

___XRP Holder Affidavit Elavester___
___Category 1A___

containing __1__ pages, and dated __April 6th, 2022__

**Method of Affiant Identification**
Proved to me on the basis of satisfactory evidence:
◌ form(s) of identification    ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page #_____    Entry #_____

Notary contact:_____

**Other**
☐ Affiant(s) Thumbprint(s)    ☐ Describe:_____

© Copyright 2007-2014 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101864. Please contact your Authorized Reseller to purchase copies of this form.

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06_/_05_/_2021_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ▮▮▮▮▮▮▮▮        Date: _11 - 5 - 21_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _MARCH  2021_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: ████████████████     Date: _3-11-21_

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/11/2020 _____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant: _____          Date: 12/22/2021 _____

For Notarised Acknowledgement, See Attached

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              }

County of _Orange_                              }

On _December 22 2021_ before me, _C Blair Bricker Notary Public_
                                              (Here insert name and title of the officer)

personally appeared ███████████████████
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____          [Notary Seal:
Notary Public Signature          (Notary Public Seal)     C. BLAIR BRICKER
                                          Commission # 2367833
                                          Notary Public - California
                                          ORANGE County
                                          My Comm. Expires MAY 16, 2025]

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_XRP Holder Affidavit_
(Title or description of attached document)

_Category IA)_
(Title or description of attached document continued)

Number of Pages __1__   Document Date_12/22/2021_

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY IA)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates

4. I acquired XRP for the first time on ____05/24/2021____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ⬛⬛⬛⬛_____   Date: Nov. 02/2021