# Exhibit 167
# (Part 14 of 26)

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  07/23/2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████     Date: 5/24/2022

MELISSA A. SAGAAS
Notary Public - State of New Jersey
My Commission Expires Sep 24, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ [REDACTED] _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ [REDACTED] _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/21/2020_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: [REDACTED]          Date: 1/8/2021

Sworn to and Subscribed before me this 8th day

[of] December, 2021

Rande Miller, Notary Public

[Notary seal: RANDE MILLER, NOTARY PUBLIC – OHIO, MY COMMISSION EXPIRES 13-11-20__]

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____11/23/2020____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████   Date: ___11-8-21___

TIMOTHY D. MAYNARD
Notary Public
Commonwealth of Kentucky
Commission Number KYNP15035
My Commission Expires Sep 14, 2024

Timothy D. Maynard
11-8-2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01-24-2017___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████    Date: ___11-1-2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _20/07/2021_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: _4/11/2021_____

**XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)**

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████ _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/21/2020_____ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████ _____       Date: ___11/02/2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮ and I am 18 years of age or older.

2. I reside ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/08/2021.

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮                        Date: Nov 2nd, 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06/15/2020 _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a   As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████          Date: 11/17/21

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/04/2020_.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████          Date: _01 - 25 - 22_

County of _Maricopa_ State _AZ_
Subscribed and sworn to before me this
_25_ day of _Jan_, 20 _22_

Notary Public

LAURA L. CUMMINGS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 588439
Expires August 12, 2024

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is ██████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ ██████████████ _____ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01 / 04 / 2020 _____ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████      Date:  11-8-21

Sworn to before me this 8th day of November, 2021

Notary Public

WENDY R. WILCOX
Notary Public, State of New York
No. 01WI____ in ____ Co.
My Commission Expires January 18, 20_22

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Sept, 13 2021_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████        Date: _Nov. 4 2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

My name is ███████████████████████████ and I am 18 years of age or older.
[full legal name]

I reside at ████████████████████████████████
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market **and not from Ripple** Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __08/30/2020__
[mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████████████    Date: 11/2/2021

On this 2nd day of November 2021
before me in Wayne county Mich appeared

Stephanie Y Tomlinson
Notary Public, Wayne County, Michigan
My Commission Expires October 1, 2022
Acting in the County of Wayne

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___1/2021___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████    Date: _2/2/22_

_4/6/2_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# CALIFORNIA JURAT

State of California                                    )

County of _____ Kern _____                 )

Subscribed and sworn to (or affirmed) before me on this _____ 6th _____ day

of _____ April _____ , 20 22 , by ███████████████

proved to me on the basis of satisfactory evidence to be the person(s)

who appeared before me.

**KELSEY FRENES**
COMM. #2312586
NOTARY PUBLIC • CALIFORNIA
KERN COUNTY
My Comm. Exp. Dec. 13, 2023

Signature _____ Kelsey Frenes _____

(Seal)

---

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

XRP Holder Affidavit (Investor/
User Category 2A

containing 1 pages, and dated April 6th, 2022

**Method of Affiant Identification**

Proved to me on the basis of satisfactory evidence:
☐ form(s) of identification   ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page #            Entry #

Notary contact:

Other

☐ Affiant(s) Thumbprint(s)   ☐ Describe:

© Copyright 2007-2014 Notary Rotary, Inc.  PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved.  Item Number 101864.  Please contact your Authorized Reseller to purchase copies of this form.

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/24/2021___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided, and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: Nov. 2/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/10/2019___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████          Date: 11-2-2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ███████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____Jan 2018_____.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: 3rd Nov 2021

WITNESSED BY STUART TERRY BUCKMASTER

ADDRESS: 10 CROSS ROAD, WITHAM, CM8 2HA. UK

S Buckmaster    03/11/21

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07|06|2021.

   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: 11|04|2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 7/31/21 _____.
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____          Date: 12/10/21

STATE: FLORIDA
COUNTY: CHARLOTTE

Sworn to (or affirmed) and subscribed before me by means of physical presence this 10 day December, 2021
by ▮▮▮▮▮▮▮

Cherlyn Pritchard

CHERLYN PRITCHARD
Notary Public, State of Florida
Commission# HH 193181
My comm. expires Nov. 12, 2025

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇ and I am 18 years of age or older.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 06/02/2020.

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇         Date: 11/01/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02 / 06 / 2018___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: 3ᴿᴰ NOVEMBER 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear.

1   My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2   I reside at ███████████████████████████████████
    [street name, city, state, ZIP code, country]

3   I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
    ("Ripple,"), its executives, or affiliates.

4   I acquired XRP for the first time on __12/10/2017__
    [mm/dd/yyyy]

5   The first time I purchased XRP I was completely unaware of a company called Ripple and its use
    of XRP.

6   Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements,
    promises, or inducements from Ripple, its executives, or affiliates.

7   Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal
    or financial interest in Ripple.

8   Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple
    or its management team for any purpose.

9   I acquired XRP because of its superior technology related to other digital assets (i.e., superior
    transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10'
    cryptocurrency by market cap and was listed at a lower price compared to others.

10  In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment
    reasons. I have acquired XRP for one or more of the following reasons:
    a.   As a form of currency for payment for goods and/or services I provided; and/or
    b.   As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday
         items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████        Date: 11/02/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **3/29/2021**.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: **11/3/2021**

_Dana T Clayton_ — 11/3/2021
Dana T Clayton

Notary Expires: 04/11/2024

Dana T. Clayton
Notary Public
Guilford County, NC
My commission expires 04/11/2024

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06/27/2020_ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: _11-3-2021_

_Michelle Lacy_ _11-3-2021_
MICHELLE LACY
NOTARY PUBLIC, STATE OF MI
COUNTY OF GENESEE
MY COMMISSION EXPIRES Aug 7, 2027
ACTING IN COUNTY OF _Genesee_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ___█████████_____ and I am 18 years of age or older
   [full legal name]

2. I reside at ___████████████████████_____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____Jan 8, 2020_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████        Date: _November 3rd 2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/24/2018___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████ Date: __11/27/2023__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am ██ years of age or older.

2. I reside at ████████████████████████████████

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.

("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 20/01/2017.

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use

of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements,

promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal

or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple

or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior

transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10'

cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment

reasons. I have acquired XRP for one or more of the following reasons:

a. As a form of currency for payment for goods and/or services I provided; and/or

b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday

items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████████  Date: 3/11/2021

**<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____04/01/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: _____05/23/2022_____

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/04/2021___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓          Date: 11/00/2021

Acknowledgement - Arkansas Individual Acknowledgement

State of Arkansas

County of Washington

On this the 8th   day of October      , 20 21   before me   Jimmie Edie   ■ , a
Notary Public, appeared the within named                              known to me or
satisfactorily proven to be such person whose name(s) is/are stated and acknowledged that
he/she/they have so signed, executed, and delivered said instrument for the uses and
purposes therein mentioned and set forth.
In testimony whereof, I have hereunto set my hand and official seal on this 8th      day of
November      , 20 21   .

JIMMIE EDIE
Arkansas - Washington County
Notary Public - Comm. # 12346340
My Commission Expires Jan 19, 2026

Notary Signature

My Commission Expires: 01/19/2026

Description of Attached Document

Title or Type of Document: XRP Holder Affidavit of Investor

Document Date: 11/08/2021          Number of Pages: 3

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████,
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11 / 5 / 2021___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11-28-21_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___or about 06/30/2017___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: __11/22/21__

MOHAMED I. RIAN
Notary Public - State of New York
NO. 01RI6156194
Qualified in Bronx County
My Commission Expires Dec 18, 2022

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ██████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___08/25/2017___.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████████          Date: ___Nov. 2, 2021___

State of Colorado

County of Montrose

On this 2nd Day of November , 2021 , before me personally appeared

██████████████████████████ , proven to me by presentation of legal identification, or

known to me personally, and signed the attached Document.

XRP Holder Affidavit
(Investor/User – Category 2A)

KRISTINA OSBORNE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20194032227
My Commission Expires August 22, 2023

Notary Public

My Commission expires: Aug 22, 2023

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/06/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████_____     Date: _11-11-21_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/10/2020_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: ___11/06/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on AUGUST 5,  ⟶ JULY 30, 2020.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: NOV. 1, 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____07/22/2020____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ____████████____     Date: ____05/25/2022____

XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  Nov / __ / 2013
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase every-day items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████   Date: 5 / 11 / 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02_/_10_/_2021___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████   Date: _11/2/2021_

*Paula J Orwus*        *November 2, 2021*

PAULA T POWERS
Notary Public
State of Texas
ID # 13170314-7
Comm. Expires 08/27/2022

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02/26/2021__.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____          Date: __11/23/2021__

CATHY CASAS MOLDEN
Notary ID #10515070
My Commission Expires
March 11, 2023

11/23/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1   My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___05 / 04 / 2020___
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons.
    a.   As a form of currency for payment for goods and/or services I provided; and/or
    b.   As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: __05 / 26 / 2022__

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___12/01/2020___.
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___11/26/2022___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/19/2021_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████        Date: _11-3-21_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 07/05/2020 _____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████    Date: 11 - 4 - 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs, Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on     07/05/2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple or its role of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed and reduced costs, and/or lower energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    ( ) As a form of currency for payment for goods and/or services I provided; and/or
    ( ) As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: 11 - 1 - 2021

BETHANY FRETWELL
Notary Public
Commonwealth of Virginia
My Commission Expires ██ 30 2025
Commission ID# 7907249

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *09 / 09 / 2020*
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: *11 / 7 / 21*

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___7 /7 / 2016___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████   Date: 11 /1 / 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4_/_1_/_2017_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant                    Date: _11-3-21_

State of: New Mexico
County of: Valencia
Date: 11-3-2021

Sign. : Eric J. Escamilla
Print. : Eric J. Escamilla

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/25/2018 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████ _____      Date: November 2nd 2021

Notary Public: _____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is ██████████████████████ and **I am** 18 years of age or older.
    [full legal name]

2.  I reside at ██████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _1/24/2020_.
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████     Date: _11/10/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████████   Date: 11-2-2021

## Acknowledgement

STATE OF North Carolina

COUNTY OF Cherokee

I certify that ▓▓▓▓▓▓▓▓▓▓▓ personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: XRP Holder Affidavit (Investor-User Category #t

<span style="font-size:smaller">Name or description of attached document</span>

I further certify that (select one of the following identification options):

[✓] I have personal knowledge of the identity of the principal(s)

[ ] I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a _____

<span style="font-size:smaller">type of identification</span>

[ ] A credible witness, _____, has sworn or affirmed to me the

<span style="font-size:smaller">name of credible witness</span>

identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: 11·2·2021

_Daix P Morg_

<span style="font-size:smaller">Notary Public</span>

Dixie P. Morgan

<span style="font-size:smaller">Typed or Printed Notary Name</span>

_(Official Seal)_

My commission expires: April 10, 2026

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is ███████████████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ███████████████████████████████████████████████████ .
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on  **11 /6/2020**                .
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████████        Date: _____  **11/2/2021**

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/07/2019_ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮   Date: _11-2-2021_

## Acknowledgement

STATE OF North Carolina

COUNTY OF Cherokee

I certify that ████████████ personally appeared before me this day, acknowledging
to me that he or she signed the foregoing document: XRP Holder Affidavit (Investor/User Category 2A)

Name or description of attached document

I further certify that (select one of the following identification options):

[✓] I have personal knowledge of the identity of the principal(s)

[ ] I have seen satisfactory evidence of the principal's identity, by a current state or
federal identification with the principal's photograph in the form of a _____
type of identification

[ ] A credible witness, _____, has sworn or affirmed to me the
name of credible witness
identity of the principal, and that he or she is not a named party to the foregoing
document, and has no interest in the transaction.

Date: November 2, 2021

Dixie P. Morgan
Notary Public

Dixie P. Morgan
Typed or Printed Notary Name

(Official Seal)

My commission expires: April 10, 2026

[Notary seal: Dixie P. Morgan / Notary Public / Cherokee County, NC]

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/03/2020___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████████████    Date: ___11-10-2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/27/2020_____ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮        Date: _Nov. 8, 2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12·17·2017___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▆▆▆▆▆▆▆▆     Date: __O5·24·2022__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  11 / 1 /2017 .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓   Date: 11 / 3 / 2021

State of TEXAS
County of  Orange
Sworn to and subscribed before me on the
03rd day of November, 2021
by ▓▓▓▓▓▓▓▓▓▓

CHRIS ANTHONY
Notary Public, State of Texas
Comm. Expires 03-28-2022
Notary ID 125615565

Notary Public, Texas

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/16/2020_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: ____11/04/2021____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ ███████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ██████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/28/2019_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████          Date: __11/09/2021__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01_/_17_/_2021_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: _11/2/2021_

State of Nevada
County of Clark
Subscribed and sworn to before
me November 2nd, 2021 BY ████████

_____
Notary Public

SARAH DARASOUK
Notary Public  State of Nevada
County of Clark
APPT. NO. 20-1440-01
My App. Expires Oct. 14, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08/03/2018 _____ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____ ████ _____     Date: 03/10/2021

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   02 / 17 / 2021
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: 11 / 1 / 2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████   Date: 11/3/21

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02/19/2021__.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇        Date: __Nov 22, 2021__

STATE OF FLORIDA, COUNTY OF _Orange_
SUBSCRIBED AND SWORN TO ▇▇▇▇▇
BEFORE ME THIS _22_ DAY OF _Nov_
_2021_.
    NOTARY ▇▇▇▇
__ PERSONALLY KNOWN OR
__ PRODUCED ID - _FL101_

Notary Public State of Florida
HIRAL R PANCHAL
My Commission GG 182151
Expires 02/04/2022

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _July - 19 - 2019_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____      Date: _DEC - 26 - 2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___16-04-2021___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████       Date: ___2-11-2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████, and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *Feb / 02 / 2021* .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████    Date: *Nov 7 2021*

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is █████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02 - 23 - 2021___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████     Date: 11-03-2021

Nov. 22. 2021  3:37PM    Williams Equipment & Supply                    No. 0981   P. 3

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  **04/22/2020**  .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮              Date: 11/22/21

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [Full legal name]

2. I reside at ████████████████████████████████
   [Street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _13/26/2046_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' crypto currency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: _11/17/21_

LAWRENCE JOSEPHER
NOTARY PUBLIC, State of New York
No. 1KJ4890744
Qualified in State of New York
Commission Expires April 29, 05..23

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1   My name is _____ and I am 18 years of age or older.
    [full legal name]

2   I reside at _____
    [street name, city, state, ZIP code, country]

3   I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4   I acquired XRP for the first time on 04/15/2021
    [mm/dd/yyyy]

5   The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6   Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7   Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8   Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9   I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10  In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a   As a form of currency for payment for goods and/or services I provided, and/or
    b   As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____        Date: 11/2/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is _____ ███████ _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____ ███████████████ _____.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 25-03-2021 _____.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____ ███████ _____      Date: _____ 06-11-2021 _____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11 / 14 / 2017_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____         Date: __11 / 15 / 2021__

https://files.constantcontact.com/a0bdeafe801/6bddd99f-a50b-46de1b53

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02-24-2021__.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓▓▓▓   Date: __11-10-21__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  2 /10 /2021          .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████          Date: 11/03/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/16/2021_____ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮          Date: 11/2/21

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/29/20___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: _11.12.21_

State of New York
County of Orange
on this 12th day of November 2021
                            appeared before me

Maria Mann
notary

Notary Public, State of New York
Orange County
Commission Expires

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 01/12/2020 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████    Date: 11/8/2021

MARIA ELENA ANDERSON
Notary Public
Lake County, State of Indiana
Commission Expires August 24, 2023
(SEAL)

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____01/15/2015_____.
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████          Date: _November 1, 2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
    [full legal name]

2. I reside at ████████████████████████ .
    [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __03/06/2017__ .
    [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████      Date: 11/3/2021

State of New York      County of __Erie__ ss.
On the _3_ day of __November__ in the year 20 _21_
before me, the undersigned, personally appeared
███████████████ known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

_____
Notary Public

JOHN FRANCIS KWIECINSKI
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
COMMISSION EXPIRES APRIL 18, 20 23
#01KW6238567

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/03/2019___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮     Date: ___02 November 2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _8/23/2021_.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████   Date: _1 28 22_

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              }

County of Los Angeles                         }

On Jan 28, 2022 before me, Ally Ko, Notary Public
                                               (Here insert name and title of the officer)

personally appeared ███████████

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____                    _____
Notary Public Signature                         (Notary Public Seal)

ALLY KO
Notary Public - California
Los Angeles County
Commission # 2337226
My Comm. Expires Nov 13, 2024

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

XRP Holder Affidavit
(Title or description of attached document)

Invester/User - Category 2A
(Title or description of attached document continued)

Number of Pages 1   Document Date 1/28/2022

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
  _____
         (Title)
☐ Partner(s)
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is/are) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on <u>06/02/2020</u>.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: <u>11/02/2021</u>

## ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of __TEXAS__                          )
                                                         )
☐ City ☑ County of __Collin__                            )

On __11/02/2021__ before me, __Brock Repec__,
    *Date*                                  *Notary Name*

personally appeared ██████████████
                                       *Name(s) of Signer(s)*

☐ personally known to me **-- OR --**

☐ proved to me on the basis of the oath of _____ **-- OR --**
                                    *Name of Credible Witness*

☑ proved to me on the basis of satisfactory evidence: __driver_license__
                                     *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies)
and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s),
or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for
the purposes and consideration therein stated.

WITNESS my hand and official seal.



Notary Public Signature: *Brock Repec*

Notary Name: __Brock Repec__

Notary Commission Number: __133277577__

Notary Commission Expires: __08/18/2025__

*Notarized online using audio-video communication*

Notary seal:
Brock Repec
ID NUMBER
133277577
COMMISSION EXPIRES
August 18, 2025

### DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Xrp Holder Affidavit__

Document Date: __11/02/2021__        Number of Pages (w/ certificate): __7__

Signer(s) Other Than Named Above: __N/A__

| **Capacity(ies) Claimed by Signer(s)** | **Capacity(ies) Claimed by Signer(s)** |
|---|---|
| Signer's Name: ██████████ | Signer's Name: _____ |

☐ Corporate Officer Title: _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: _____
Signer Is Representing: __Himself__

☐ Corporate Officer Title: _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: _____
Signer Is Representing: _____

( 7 )

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___8·16·2020___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮    Date: __11·5·21__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ █████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _█████████████████████████████████_.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ Mid 2017 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ___ ██████████ ___     Date: ___ 2/11/2021 ___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/20/2017___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __4/3/21__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08-05-2020 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____        Date: 11-02-20

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   *[full legal name]*

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04-05-2018___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: __11-2-[?]__

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF San Diego

Subscribed and sworn to (or affirmed) before me on this 2nd day of Nov

20 21 by _____

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ of Notary]

LORETTA AGNES HERNANDEZ
COMM. # 2258430
NOTARY PUBLIC · CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MARCH 31, 2022

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Apr. 19, 2019_ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████        Date: _11-2-2021_

*Attached to the Affidavit*

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

State of California

County of Kern

On _____11/2/2021_____ before me, _Amy Brooks, notary public_
(here insert name and title of the officer)

personally appeared ██████████████████████
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

_____                                    (Seal)
Signature

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   03 / 29 / 2020
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: 11 / 02 / 2021

State of Missouri
County of St. Louis
The foregoing instrument was acknowledged before me this 2nd day of
November, 2021 by ████████████████

Quinton Wade Chatfield

QUINTON WADE CHATFIELD
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 20269540
My Commission Expires 04-06-2024

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*11/29/2017*___ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: _*8/11/2021*_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___3 - 24 - 18___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▓▓▓▓▓▓▓▓▓▓▓▓    Date: 1/1/21

PLEASE SEE THE
ATTACHMENT
M 11/1/20 4

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of _Los Angeles_     )

On _November 1, 2021_ before me, _Ramin Mirage / Notary Public_
   Date                                    Here Insert Name and Title of the Officer

personally appeared ▮▮▮▮▮▮▮▮▮▮
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RAMIN MIRAGE
COMM. #2295515
Notary Public · California
Los Angeles County
My Comm. Expires June 29, 2023

Signature _____
              Signature of Notary Public

Place Notary Seal Above

──────────────── OPTIONAL ────────────────

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _XRP Holder Affidavit_
Document Date: _____  Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____   Signer's Name: _____
☐ Corporate Officer — Title(s): _____   ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General         ☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact      ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator  ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____   ☐ Other: _____
Signer Is Representing: _____   Signer Is Representing: _____

©2015 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.
   ████ **[full legal name]**

2. I reside at ████████ _____ ██████████████
   **[street name, city, state, ZIP code, country]**

3. I am an **XRP** Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **08/13/2020** _____
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called **Ripple** and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired **XRP** I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired **XRP** because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired **XRP** for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: **11/2/21**

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____03 /17 /2019_____ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████   Date: 11 /02 /2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on <u>07/27/2021</u>.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Date: <u>November 2, 2021</u>

# NEVADA NOTARY ACKNOWLEDGEMENT
# (INDIVIDUAL)

State of Nevada }

County of __Clark_____ }

This instrument was acknowledged before me on _____November 2, 2021_____[date] by _____ _____███████_____[name(s) of person(s)].

(Seal)

_____
Signature of notarial officer

Notary Public
_____
Title (and Rank)

This act was done by means of audio/video communication.

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ ███████████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I ____ reside ____ at _____ ███████████████████████████
   ███ _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____JUNE 12, 2019_____.

   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____ ██████████ _____ Date: _____NOV 9 2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/23/2017_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮         Date: _05/23/22_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____8/27/2020_____
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████          Date: _11/2/2021_

Acknowledgement

State of Michigan

County of _____ _WAYNE_____

On ____NOVember  2_, 20 _21_ before me, the undersigned notary public, personally appeared

_____ █████████████████████ ____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature_____

Printed name_____ Dantell  Corley _____

Notary Public, State of Michigan,
Commissioned in County of ____ WAYNe
My commission expires_____ MAY22,2027
Acting in County of_____ WAYNe

DANTELL CORLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2027
ACTING IN COUNTY OF
WAYNe

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  12/02/2020 .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇         Date: 11/05/2021

KEVIN ANTONIO OSORIO
COMM.# 2268760
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Nov. 29, 2022

11/05/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ██████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02 / 03 / 2021_ .

   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: _11/12/21_

STATE OF TEXAS
COUNTY OF GILLESPIE

This instrument was acknowledged before me on November 12, 2021, by ████████

███████████

JANE J ESQUELL
Notary Public
State of Texas
ID # 165363-5
My Comm. Expires 06-25-2023

NOTARY PUBLIC FOR THE STATE OF TEXAS

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/14/2018___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____████████_____ Date: ___11/5/2021___

State of Vermont )
County of Chittenden )
City of Burlington ) ss
Personally appeared ___████████████████___
before me an subscribed and swore to the truth of the
foregoing statement.
Dated this ___5___ day of ___November___, ___2021___

_____
Notary Public     My Commission Expires: 01/31/2023

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____Sept   2017_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___Oct 31 /2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/27/2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: _____11/2/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____11/07/19____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: __11/01/21__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/05/2017_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _____11/09/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on $06 - 22 - 19$
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: $11 - 10 - 21$

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  03/06/2020_____ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____        Date:  20/11/2020_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____████████_____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ___████████████████████████████___.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____04-19-2020_____.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ___████████___     Date: _11·03·21_

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                        )
County of ___Orange___                                    )

On _November 3rd, 2021_ before me, _Karina Citlali Ocramendez (notarypublic)_
     *Date*                                   *Here Insert Name and Title of the Officer*

personally appeared _____████████████████_____
                                           *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

                I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

                WITNESS my hand and official seal.

                Signature _____
                                      *Signature of Notary Public*

      *Place Notary Seal Above*
—————————————— **OPTIONAL** ——————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _XRP Holder Affidavit (2A_   Document Date: _to 11/3/21_
Number of Pages: _(___   ~~Signer(s) Other Than Named Above:~~ _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____04/06/2021____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: _____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1   My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ▮1/21/2020▮
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮        Date: 11/5/21

On November 5, 2021, ▮▮▮▮▮▮▮ appeared before me and signed
the foregoing document.

▮▮▮▮▮

TIMOTHY JONES
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES 08-31-2024

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ **06/12/2017** _____
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: _____ **NOV 17, 2021** _____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████___.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*04/11/2020*___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    - As a form of currency for payment for goods and/or services I provided; and/or
    - As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

MY TERM EXPIRES ON
MAY 31, 2022

_Yvonne Bloss_
Signature of Affiant: ████████████████   Date: *Nov 4 2021*

*Sworn and signed before me in the City of Regina,*
*Province of Saskatchewan this 4th day of November, 2021*

*Yvonne Bloss*

Yvonne Bloss
Mobile Notary Public
7318 Rimmer Bay
Regina, SK  S4X 2X3 CANADA
(306) 535-8122
yvonnebloss@sasktel.net
www.yvonnebloss.com

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/12/2017
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████     Date: 03/11/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/30/2019___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: _11/03/2021_

OFFICIAL SEAL
Rodney Armijo
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: __5/11/2025__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  12/15/2019 _____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████ _____   Date: 05/26/2022 _____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11 / 01 / 2019__.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: __11 / 18 / 2021__

GEOFFREY KAPLAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires May 28, 2025
Acting in the County of___Oakland

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05|18|2019___ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: 11 - 4 - 21

Notary Public

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,"), its executives, or affiliates.

4. I acquired XRP for the first time on  11/15/2017
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮      Date: 11/8/2021

XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __10/18/2021__
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __5/24/2022__

Acknowledge Statement
State of PA
County of __Dauphin__
signed and sworn to before me
on this __24__ day of __May 2022__
by _____

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
MARSHA PETTE - Notary Public
Dauphin County
My Commission Expires March 25, 2025
Commission Number 1244163

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ [REDACTED] and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ [REDACTED]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _10-01-2017_
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____[REDACTED]_____      Date: _11-8-21_

State of North Dakota
County of Grand Forks
11/8/21
Megan Gjelsness

MEGAN GJELSNESS
NOTARY PUBLIC
STATE OF NORTH DAKOTA
My Commission Expires JULY 31, 2023

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ 06-06-2020 ___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████   Date: 11-4-2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12-31-2018__ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████    Date: __1-3-2021__

State of: NEW Mexico
County of: Valencia
Date : 11-3-2021

Sgn Eric J Jaramillo
Print Eric J Jaramillo

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jan 10 2021___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ____████████____      Date: ___November 1 2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/01/20 .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████      Date: 11-10-21

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

~~Signed and sworn (or affirmed) to before me~~ on __11/10/21__ (Date) by _____ (Name of Person Making Statement).

_(signature)_
Signature of Notary Public

Notary Public, 9206607
Title or Rank

My Commission Expires: __11-16-24__

(Seal)

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

5 pages / Affidavits

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _1/15/2018_ .
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████        Date: _11/2/2018_

W. CRAIG PANNER
Notary Public, State of Ohio
My Commission Expires
10-12-2022

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear;

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11 - 30 - 2020_____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: ___11 - 3 - 21___

Henri W. Gautschi
Notary Public
Rhode Island

Henri W. Gautschi
My commission expires
June 30, 2024

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jun 26, 2019___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████        Date: __Dec 15, 2021__

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *04/25/2020* _____
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____          Date: *11-10-21*

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on __11/10/21__ (Date) by
(Name of Person Making Statement).

_____
Signature of Notary Public                              (Seal)

Notary Public, 920607
Title or Rank

My Commission Expires: 11-16-24

5 pages / Affidavits

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is _____ █████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ ████████████ _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/29/2017 _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: █████████████ _____    Date: 11-3-2021

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County Of    *Solano*

Subscribed and sworn to (or affirmed) before me on this ___3rd___ day of ___NOVEMBER___ 2021,

by  ███████████████████████

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC

NANCY SHOEMAKER
Notary Public - California
Solano County
Commission # 2362361
My Comm. Expires Jul 17, 2025

Affidavit – Uninsured Deed

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/08/2020___
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: ___11/8/2020___

Notary Public
State of South Carolina
County of ___Greenville___
Commission Expires: ___9.10.29___

PENNY PHILLIPS
NOTARY
My Comm. Expires
SEPT. 10, 2029
PUBLIC
SOUTH CAROLINA

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/08/2020___.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████        Date: ___11/10/2021___

**FLORIDA JURAT**
FS 117.05(13)

State of Florida

County of _Brevard_ }

Sworn to (or affirmed) and subscribed before me by means of

☒ Physical Presence,

— OR —

☐ Online Notarization,

this __10__ day of __November__ __2021__ by

Day        Month        Year

▮▮▮▮▮▮▮▮▮▮▮▮

_Name of Person Swearing or Affirming_

_Renzo Valdiviezo_ (signature)

_Signature of Notary Public — State of Florida_

_Renzo Valdiviezo_

_Name of Notary Typed, Printed or Stamped_

RENZO MIGUEL VALDIVIEZO
Notary Public - State of Florida
Commission # GG 271219
My Comm. Expires Oct. 25, 2022

☐ Personally Known
☒ Produced Identification

Type of Identification Produced: _____

_FL Driver License_

_Place Notary Seal Stamp Above_

---------- OPTIONAL ----------

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit (Category 2A)_

Document Date: _11/10/2021_          Number of Pages: _2_

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M1304-10 (11/20)

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is █████████████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4/13/2020_ █████████████
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP. █████

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates. █████

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose. █████

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others. █████

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

5/31/2022
8/9/2020

Signature of Affiant: ██████████████████     Date: _____

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
[full legal name]

2. I reside at _____
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____9/13/20_____
[mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases

Signature of Affiant: _____     Date: __12/1/21__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder, I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  10/21/20
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████   Date: 1/3/21

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12 / 11 / 2018___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮        Date: 11/08/21

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1.  My name is _____███████████_____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _███████████████████████████_____.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ____11.11.2017_____.
    [mm/dd/yyyy]

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████        Date: _____

XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   01/12/2018
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____      Date: 11/08/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is █████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __06-02-2017__.
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant █████████     Date: 11-02-2021

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        }

COUNTY OF Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this _02nd_ day of _November_, _2021_
                                                                              Date              Month              Year

by █████████████████████████

_____
Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
        Signature of Notary Public

```
MUN SUK AHN
COMM. #2290427
Notary Public - California
San Bernardino County
My Comm. Expires May 28, 2023
```

Seal
Place Notary Seal Above

-------------------------------------- OPTIONAL --------------------------------------

_Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: _XRP Holder Affidavit (Investor / User - Category 2A)_

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____15 SEP 2020____.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ____7 PEC 2020____

RENATA ANNE BLANCH
NOTARY
PUBLIC
DARWIN AUSTRALIA

7th December 2021

**<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*03/23/2021*___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



Signature of Affiant: _____   Date: _H-8-2021_ JMK

11-16-2021

JAMI M KING
Notary Public
State of Washington
Commission # 183971
My Comm. Expires Apr 8, 2024

*Attachment to*
*XRP Holder Affidavit*
*pg. 1-2*

# WASHINGTON NOTARY ACKNOWLEDGMENT

State of Washington

County of _Snohomish_

I certify that I know or have satisfactory evidence that ████████ (name of person) is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 1-16-2021

(Seal or Stamp)

JAMI M KING
Notary Public
State of Washington
Commission # 183971
My Comm. Expires Apr 8, 2024

_Jami M. K_
Signature

_Notary Public_
Title

My Appointment Expires: 04-08-2024

Page 1 of 1

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
[full legal name]

2. I reside at ████████████████████████████████
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12/16/2020__.
[mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment of goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _1-10-2022_

State of __MISSOURI__, County of __JACKSON__
On this __10th__ day of __January__ 20 __22__
before me, the undersigned notary public, personally appeared

personally known or proved to me through satisfactory evidence of identification to be the person(s) whose name(s) is/are signed on the preceding or attached document and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

Signature of Notary Public __Akeela B___
My Commission Expires __10/13/25__

AKEELA BROWN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 13, 2025
JACKSON COUNTY
COMMISSION #21127400

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/18/2013___
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of XRP Holder: ███████████████   Date: 05.11.2021

Reconheço a firma de ███████ por autenticidade do que dou fé.

Natal/RN, 5 de Novembro de 2021

Cloris Maria de Andrade - Escrevente
Confira em: https://selodigital.tjrn.jus/selo.
Selo Digital: RN20210094953016DB69EIM.
Usuário: cloris.

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11-22-2020_ .
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████    Date: _11-8-2021_

STATE OF MN
COUNTY OF RAMSEY

HILDA E MICKELSON
Notary Public
Minnesota
My Commission Expires
Jan 31, 2025

_Hilda E Mickelson_
11-8-2021

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ ............................ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ........ 06/30/2017 ...................
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮            Date: .......... 11/04/2021 ..........

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/01/2018___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __05/24/2022__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __17 | 12 | 2017__
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant                    Date: __5 NOV 2021__

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/14/2021___.
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████        Date: November 2, 2021

Barbara Anne Coulson, a Commissioner, etc.,
Province of Ontario, for the Government of
Ontario, Ministry of the Attorney General.
Expires October 2, 2024.

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/25/2021_____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████     Date:   11/01/2021

### XRP HOLDER AFFIDAVIT (INVENTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____
   [mm/dd/yyyy]

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: _____

## <u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)</u>

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____ .
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____12/06/2020_____ .
    **[mm/dd/yyyy]**

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____   Date: 11/6/2021

LESTER MONSEY, II
Notary Public, State of Texas
Comm. Expires 09-18-2024
Notary ID 132683979

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/28/2019_
   **[mm/dd/yyyy]**

5. The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6. Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████      Date: _11/3/21_

_Kelley Hoffman_

Notary Public
State of MD
Baltimore County

11/03/2021

KELLEY HOFFMAN
NOTARY PUBLIC
BALTIMORE COUNTY, MD
COMM. EXP. JANUARY 13, 2022