# Exhibit 167
# (Part 19 of 26)

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affi████████████████ Date: 11/2/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ████████████████████████        Date: _11/9/2021_

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of ___IL___

County of ___McHenry___   } ss.

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____

_____ | _____
*Signature of Document Signer No. 1* | *Signature of Document Signer No. 2 (if any)*

Subscribed and sworn to (or affirmed) before me

this __09__ day of __November__, __2021__, by
　　　　*Day*　　　　　　*Month*　　　　*Year*

███████████████████████

*Name of Signer No. 1*

AMY L ZABINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires May 17, 2025

_____
*Name of Signer No. 2 (if any)*

*Amy L Zabinski*

*Signature of Notary Public*

*Place Notary Seal/Stamp Above*

_____
*Any Other Required Information*
*(Residence, Expiration Date, etc.)*

――――――――――――― **OPTIONAL** ―――――――――――――

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___Holder Affidavit___

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M2010-02 (09/2021)

Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)   3

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████   Date: 12-11-21 ADW

# CALIFORNIA NOTARIAL CERTIFICATE
# (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Diego_

Subscribed and sworn to (or affirmed) before me on this 11th day of December, 20 21 , by ▮▮▮▮▮▮▮▮▮▮▮, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____   (Seal)

C. WOODRING
Notary Public - California
San Diego County
Commission # 2372646
My Comm. Expires Aug 28, 2025

DOCUMENT: XRP HOLDER AFFIDAVIT
(Developer - Category 3)

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (DEVELOPER – CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ████████████████        Date: 11-8-21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [Full legal name]

2. I reside at ███████████████████████████████████
   [Street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the production and/or use of any product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████████     Date: _11 - 15 - 21_

BRENDA L. TAYLOR
"OFFICIAL SEAL"
Notary Public- State of Illinois
My Commission Expires Mar 15, 202_

_11-15-21_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant _____     Date: 1-10-2022

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮   Date: 12/29/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   [full legal name]

2. I reside at ⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ⬛⬛⬛⬛⬛                 Date: ___5-27-22___

LOU ANN BOYD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
My Commission Expires    12-Feb-2028
Acting in the County of _____

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.

                  **[full legal name]**

2. I    reside    at    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

               **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              Date:
11/15/2021▮▮▮▮▮▮▮▮▮▮

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████   Date: 11/12/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮

Date: 14/11/2021
D  M  Y

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████     Date: 11/05/2021

NOTARY DOCUMENT
ATTACHED

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ Placer )

On _November 5, 2021_ before me, Jorge Mario Castillo Castaneda
Notary Public, personally appeared ███████████████████,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

COMM #2347220
Notary Public - California
Placer County
Comm. Expires Feb 16, 2025

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction ▓▓▓▓▓▓▓▓▓▓ in the United States out of fear of violating U.S. securities laws.

Signature of Affi▓▓▓▓▓▓▓▓▓▓                    Date: 06/11/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____      Date: 11-12-2021

### XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1.  My name is ████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ████████████     Date: 11/3/21

State of Idaho
County of Latah
This document was signed before me by ████████████
on 11/3/21.

Signed ████████████

KARA SCHMIDT
Notary Public
State of Idaho
Commission No. 20214912

Scanned with CamScanner

## XRP HOLDER AFFIDAVIT (DEVELOPER – CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____          Date: 11/05/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER – CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████████ d I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code/country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████    Date: 2/2/22

4/6/22

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# CALIFORNIA JURAT

State of California          )

County of _Kern_          )

Subscribed and sworn to (or affirmed) before me on this _6th_ day

of _April_ , 20 _22_ , by ███████████████

proved to me on the basis of satisfactory evidence to be the person(s)

who appeared before me.

KELSEY FRENES
COMM. #2312586
NOTARY PUBLIC · CALIFORNIA
KERN COUNTY
My Comm. Exp. Dec. 13, 2023

Signature _Kelsey Frenes_

{Seal}

--- OPTIONAL INFORMATION ---

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

This certificate is attached to a document titled/for the purpose of

_XRP Holder Affidavit Developer category 3_

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:

◯ form(s) of identification    ◯ credible witness(es)

Notarial event is detailed in notary journal on:

Page #          Entry #

Notary contact:

Other

☐ Affiant(s) Thumbprint(s)  ☐ Describe:

containing _1_ pages, and dated _April 6th, 2022_

© Copyright 2007-2018 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101984. Please contact your Authorized Reseller to purchase copies of this form.

<u>XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL, without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████████████         Date: Nov. 2/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ██████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ██████████████████████   Date: 11-28-21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████          Date: 11/2/2021

State of __UTAH__ County of __SALT LAKE__
Subscribed and sworn before me on __11-2-21__
                                        (Date)
                    _____
                    (Notary Signature)

NOTARY PUBLIC
KARL A STONE
COMM. # 702990
COMMISSION EXPIRES
OCTOBER 19, 2022
STATE OF UTAH

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████     Date: 11-12-21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████     Date: 11/26/2022

## XRP HOLDER AFFIDAVIT (DEVELOPER – CATEGORY 3)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████████    Date: _11/7/21_

## XRP HOLDER AFFIDAVIT (DEVELOPER – CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████ ........................ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ███████████████     Date: _November 2nd 2021_

Notary Public: _Mariah Kersey_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name █████████████████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of ████████████████████████████         Date: **11/2/2021**

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████    Date: 11/3/2021

X _Ariana Acosta_
   NOTARY                    11/04/21
                             DATE

ARIANA ACOSTA
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 15, 2023

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S securities laws.

Signature of Affiant: ████████████████     Date: Dec -26 - 2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____     Date: _10/10/2021_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ███████████████     Date: 10/03/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____        Date: 11/2/21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, **consent**, direction, or instruction from Ripple, its executives, or **affiliates**.

7. **Ripple is one** company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of **other** companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____          Date: November 1, 2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ _____ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████.

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████        Date: 1/28/22

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              }

County of Los Angeles                     }

On Jan 28 2022 before me, Ally Ko, Notary Public                                    ,
(Here insert name and title of the officer)

personally appeared ███████████████████████████████████
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____              ALLY KO
Notary Public Signature                        Notary Public - California
                                               Los Angeles County
                      (Notary Public Seal)     Commission # 2337226
                                               My Comm. Expires Nov 13, 2024

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

XRP Holder Affidavit
(Title or description of attached document)

Developer - Category 3
(Title or description of attached document continued)

Number of Pages 1 Document Date 1/28/2022

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
   _____
   (Title)
☐ Partner(s)
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Other

INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____    Date: 11-5-21

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____     Date: Oct 31 / 2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL"). ( CARBON CREDIT MARKETPLACE )

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Aff███████████████████████     Date:  5/21/22

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████    Date:  24-12-2022

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affi███████████████████      Date: *Nov 4, 2021*

*Sworn and Signed before me in the City of Regina,*
*Province of Saskatchewan this 4th day of November 2021*

*Yvonne Bloos*

[Notary seal: YVONNE BLOOS / Notary Public / SASKATCHEWAN]

MY TERM EXPIRES ON
MAY 31, 20 *23*

*Yvonne Bloos*

Yvonne Bloos
Mobile Notary Public
7318 Rimmer Bay
Regina, SK  S4X 2X3 CANADA
(306) 535-8122
yvonnebloos@sasktel.net
www.yvonnebloos.com

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████          Date: 11-9-2021

Apurva Patel
My Commission Expires
03/07/2025
ID No. 134033718

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮   Date:   November 1 2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████      Date: _Dec 15, 2021_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear: ██████████████

1. My name ██████████████                                 and I am 18 years of age or older.
   ......................... [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates. ██████████

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL"). ██████████

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL. ██████████

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates. ██████████

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates. ██████████

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws. ██████████

5/31/2022

Signature of Affiant ██████████████████████     Date: 5/31/2020

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1.  My name is _____ ██████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ██████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ██████████████     Date: 12/1/21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████     Date: 03.11.2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████         Date: 1-10-2022

State of MISSOURI County of JACKSON
On this 10th day of January 20 22
before me the undersigned notary public personally appeared

personally known or proved to me through satisfactory evidence of identification to be the person(s) whose name(s) is/are signed on the preceding or attached document and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

Akela B——
Signature of Notary Public 10/13/25
My Commission

AKELA BROWN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 13, 2025
JACKSON COUNTY
COMMISSION #21423-58

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▉▉▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▉▉▉▉▉▉▉▉▉        Date: 05/24/2022

<u>XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)</u>

Under oath, I solemnly swear,

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ███████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of SEC v. Ripple Labs Inc. prevents me from seeking the dissemination and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████          Date: 07/31/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████████████     11-29-2021

Elizabeth Danielle Whitlock
State At Large, Kentucky
Notary Public
Commission No. KYNP11171
My Commission Expires 7/24/2024

My Commission Expires 07/24/2024

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ███████████████████████        Date: _11 · 2 – 21_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
                                [full legal name]

2. I reside at ████████████████████████████████████
               [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ████████████████████████   Date: 11/2/21

11/2/2021

*Barbara S. Hahn* (signature)

BARBARA S. HAHN
Notary Public - State of Florida
Commission # GG 912344
My Comm. Expires Jan 9, 2024
Bonded through National Notary Assn.

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____          Date: _11 - 2 - 21_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████████████        Date: 11/1/21

SWORN TO AND SUBSCRIBED TO ME THIS 1 DAY OF NOV 2021

Jennifer L. Lawrence
Notary Public, State of Ohio
My Commission Expires
8/21/22

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affi███████████████     Date: Nov 3, 2021

State of Missouri
County of Johnson

Subscribed and sworn before me this 3rd day of November, 2021.

*Constance D. Knight*
Constance D. Knight, Notary Public

CONSTANCE D. KNIGHT
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 3, 2025
JOHNSON COUNTY
COMMISSION #13551193

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.



Signature of Affiant                                    Date: 11/03/2021

## <u>XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)</u>

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████     Date: 5/24/2022

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮     Date: 11/01/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮     Date: 12-01-2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████████████, and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ████████████████        Date: 11-8-2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of A████████████████████                     Date: _MAY 23 2022_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████     Date: _11·4·21_

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████ ..........   Date: 02-11-21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████████ d I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ███████████████     Date: _____11-1-21_____

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name ███████████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Aff ████████████████        Date: 11-2-21

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant ████████████████        Date: 11/02/2021

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮       Date: 01/17/2022

## <u>XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)</u>

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I am a Developer of a product and/or application with the intention of utilizing the **Digital Asset** XRP and the XRP Ledger ("XRPL").

5.  The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6.  Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7.  Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8.  The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: _____     Date: 11-15-2021

Notary Public _____

## XRP HOLDER AFFIDAVIT (DEVELOPER - CATEGORY 3)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I am a Developer of a product and/or application with the intention of utilizing the Digital Asset XRP and the XRP Ledger ("XRPL").

5. The XRPL is an open-source permissionless distributed ledger technology. This means any person or entity from around the world can build a product and/or application utilizing the XRPL.

6. Utilizing the XRPL does not require permission, consent, direction, or instruction from Ripple, its executives, or affiliates.

7. Ripple is one company that offers products utilizing XRP and the XRPL. It is my understanding that there are dozens, if not hundreds, of other companies and/or developers utilizing XRP and the XRPL. I have begun the development of my product and application utilizing the XRPL without any contact with Ripple, its executives, and/or affiliates.

8. The enforcement action filed in the matter of *SEC v. Ripple Labs Inc.* prevents me from seeking the introduction and/or use of my product within the United States out of fear of violating U.S. securities laws.

Signature of Affiant: ████████████████

Date: _____  November 2, 2021

SEE ATTACHED
DOCUMENT

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____San Diego_____ )

On _November 02, 2021_ before me, __Patsy M. Rosado Martinez Notary Public,__
_____(insert name and title of the officer)

personally appeared ██████████████████████████_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

PATSY M. ROSADO MARTINEZ
COMM. #2227886
Notary Public - California
San Diego County
My Comm. Expires Jan. 7, 2022

Signature _____     (Seal)