# Exhibit 167
# (Part 21 of 26)

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/15/2017___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____    Date: ___11/3/21___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2017 _____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮         Date:   5/26/22

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _01/31/2021_____.
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____      Date: _Nov 2, 2021_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___8/5/2020___
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes  I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████     Date: 11/7/21

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____████████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 04. 19. 2020 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████     Date: _11.03.21_

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                 **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                                )
County of ___Orange_____                      )

On _November 3rd, 2021___ before me, __Karina Citlali Octamendez_____,
       *Date*                                                         *Here Insert Name and Title of the Officer*

personally appeared ████████████████████
                            *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> KARINA CITLALI OCTAMENDEZ
> Notary Public · California
> Orange County
> Commission # 2357301
> My Comm. Expires May 12, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                       *Signature of Notary Public*

       *Place Notary Seal Above*

───────────────── **OPTIONAL** ─────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _XRP Holders Affidavit 4A_ Document Date: _11/3/21___
Number of Pages: _1___ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5907

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ██████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/11/2020_
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████     Date: _Nov 4, 2021_

_Sworn and signed before me in the City of Regina_
_Province of Saskatchewan this 4th day of November, 2021_

_Yvonne Bloos_

Yvonne Bloos
Mobile Notary Public
7318 Rimmer Bay
Regina, SK  S4X 2X3 CANADA
(306) 535-8122
yvonnebloos@sasktel.net
www.yvonnebloos.com

YVONNE BLOOS
Notary
Public
SASKATCHEWAN

MY TERM EXPIRES ON
MAY 31, 2023

_Yvonne Bloos_

## <u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/30/2019___ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████   Date: __11/03/2021__

OFFICIAL SEAL
Rodney Armijo
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: ___5/1/2025___

## XRP HOLDER AFFIDAVIT (XRPL US ²R – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/23/2021___
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████   Date: __11/4/21__  11/8/21 kw

SIGNED BEFORE ME ON 11/8/2021
IN SAINT LOUIS, MISSOURI

Mujib A. Khan

MUJIB A. KHAN
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 14859070
My Commission Expires Apr 11, 2022

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4 - 15 - 2020_ .
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮        Date: _11 - 9 - 2021_

Apurva Patel
My Commission Expires
03/07/2025
ID No. 131933718

11/9/2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   05 | 18 | 2019
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████    Date: 11—4—21

Notary Public

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple."), its executives, or affiliates.

4. I acquired XRP for the first time on _11/12/2017_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL."). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████    Date: _11/1/2021_

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 03/08/2021_____.
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████   Date: 4 Nov 2021

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

   *Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Mateo_

Subscribed and sworn to (or affirmed) before me

on this **4** day of _November_ , 20 **21** ,
      *Date*      *Month*      *Year*

by

(1) ████████████████████████

(and 2) _____ ),
      *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DOUGLAS J. WINTER
Notary Public - California
San Mateo County
Commission # 2260193
My Comm. Expires Sep 28, 2022

Signature _____

    *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

──────────── **OPTIONAL** ────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit ( XRPL user category 4 A)_

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jan 10 2021_____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮        Date: __November 1 2021___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/01/20 _____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮     Date: 11-10-21

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on __11/10/21__ (Date) by
█████████████████████ (Name of Person Making Statement).

Signature of Notary Public                                      (Seal)

Notary Public, 9206607
Title or Rank

My Commission Expires: __11-16-24__

5 pages / Affidavits

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __05/03/2018__.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮                Date: 11/5/21

STATE OF HAWAII
CITY AND COUNTY OF HONOLULU } SS.

SUBSCRIBED AND SWORN to before me this
____ day of _____ 2021

_Laureen Kubota_
Notary Public, First Judicial Circuit,
State of Hawaii
My commission expires:  11/16/2023

LAUREEN KUBOTA
NOTARY PUBLIC
Comm. No.
91-406
STATE OF HAWAII

Doc. Description: XRP Holder Affidavit
CXRPL User Category 4A
Doc. Date: 11/6/21    No. Pages: 1
_Laureen Kubota_          1st
Notary Printed Name        Jud. Circuit

LAUREEN KUBOTA
NOTARY PUBLIC
Comm. No.
91-406
STATE OF HAWAII

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, **I** solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___June, 26, 2019___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Date: ___Dec. 15, 2021___

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ██████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 04/25/2020 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████     Date: 11-10-21

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on ___11/10/21___ (Date) by
_____ (Name of Person Making Statement).

_____
Signature of Notary Public                                    (Seal)

Notary Public, 920607
Title or Rank

My Commission Expires: 11-16-24

5 pages/ Affidants

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *11/2/2021* _____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████   Date: _____ *11/2/2021* _____

VICKI WARRIOR
NOTARY PUBLIC - State of Kansas
My Appt. Exp. *5/3/2025*

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████ ███████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4/13/2020_ ███████████
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████            Date: _5/31/2022_
                                                   _5/24/2020_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  9 APRIL 2022
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████    Date:  24 MAY 2022

## <u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____9/13/20____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____     Date: ___12/1/21___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/21/20___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮        Date: ___11/3/21___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____8/11/2018____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮   Date: 11/25/21

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on $\underline{\text{11.11.2017}}$ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____    Date: ____04.11.2021____

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 4A

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇ and I am 18 years of age or older.

2. I dwell at ▇▇▇▇▇▇▇▇▇▇▇▇

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on, or around the 25th day of October, 2020.

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.



**JURAT**

| Texas state | ) |
| Harris County | ) |

On this _____ day of November, 2021, before me, the undersigned Notary Public on and for Texas state, appeared ▇▇▇▇▇▇ ▇▇▇▇▇ and known to me and proved to be on the basis of satisfactory evidence, to be the one whose autograph appear on this instrument and who acknowledged to me that they executed the same.

Witness my hand and official seal:

**Notary:**

*[signature]*

My Commission Expires:

February 8, 2023

[SEAL]

ADILENE CANTU
Notary ID #131887957
My Commission Expires
February 8, 2023

Copyright © 2021 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇. All rights reserved. Any unauthorized duplication or use in any manner is strictly prohibited and will be civilly, criminally and commercially ▇▇▇▇▇▇▇▇
Copyright Protected by Record Owner 1962-2020. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ doing business as: ▇▇▇▇▇▇▇▇▇▇▇▇, or any variation, derivative or abbreviation thereto. For ▇▇▇▇▇▇▇ of use: ▇▇▇▇▇▇▇▇▇▇

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 4A)**                    Page 1 of 1

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an **XRP Holder**. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/16/2020_.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and **not** for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████     Date: _1 - 10 - 2022_

State of _MISSOURI_ County of _JACKSON_
On this _10th_ day of _January_, 20 _22_,
before me the undersigned notary public personally appeared
_____
personally known or proved to me by satisfactory evidence of
identification to be the person(s) whose name(s) is/are signed on the
preceding or attached document and acknowledged to me that
he/she/they signed it voluntarily for its stated purpose.

Signature of Notary Public _____ 10/13/25
My Commission _____

AKEELA BROWN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 13, 2025
JACKSON COUNTY
COMMISSION #21123439

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ██████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   _11 – 22 – 2020_ .

   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████████   Date: _11 – 08 – 2021_

STATE OF MN
COUNTY OF RAMSEY

HILDA E MICKELSON
Notary Public
Minnesota
My Commission Expires
Jan 31, 2025

11-8-2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____ .
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __01/01/2018__ .
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____     Date: __5/24/2022__

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/06/2021___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or social value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████          Date: __02/11/2021__

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 5/3/2020 .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████      Date: 11/1/2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04 / 11 / 2018_.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮           Date: _11/06/2021_

STATE OF FLORIDA
COUNTY OF VOLUSIA
Sworn to and subscribed before me this _11_ᵀᴴ day
of _NOV   2021_ by ▮▮▮▮▮▮▮▮

_Ktts-ngells_
Notary Public Signature

_Katherine collins_
Printed Name of Notary

Katherine Collins
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG971104
Expires 3/18/2024

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09/04/2019 _____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████   Date: 11-29-2021

Elizabeth Danielle Whitlock
State At Large, Kentucky
Notary Public
Commission No. KYNP11171
My Commission Expires _____

Elizabeth Whitlock

My Commission Expires 07/24/2024

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/17/2020___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮    Date: ___11/1/2___

**CALIFORNIA JURAT**                                    GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  *LOS ANGELES*

Subscribed and sworn to (or affirmed) before me on

this  *01*  day of *NOVEMBER*, 20 *21*, by
     Date       Month       Year

(1) ████████████████████████

(and (2) _____ ),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

```
GHAZI JAMSHED
Notary Public - California
Los Angeles County
Commission # 2376260
My Comm. Expires Oct 22, 2025
```

*Place Notary Seal and/or Stamp Above*

Signature _____
            Signature of Notary Public

──────────────── **OPTIONAL** ────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *XRP HOLDER AFFIDAVIT (XRPLUSER-CATEGORY 4A)*

Document Date: *11. 01. 2021*                    Number of Pages: *ONE*

Signer(s) Other Than Named Above: *NO OTHER SIGNER*

©2019 National Notary Association

## <u>XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __5 / 14 / 2019__.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ██████████████    Date: __11 / 8 / 2022__

## JURAT WITH AFFIANT STATEMENT

State of New York
County of Onondaga $\}$ ss.

☑ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

_____    _____
Signature of Document Signer (Affiant) No. 1    Signature of Document Signer (Affiant) No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this 8th day of November 2021, by
     Date     Month     Year

(1) ████████████████████
    Name of Signer No. 1

(2) N/A
    Name of Signer No. 2 (if any)

*Michelle Kolis*
Signature of Notary Public

N/A
Any Other Required Information
(Residence, Expiration Date, etc.)

```
MICHELLE A KOLIS
Notary Public - State of New York
NO. 01K06261392
Qualified in Onondaga County
My Commission Expires 10/1/2024
```

Place Notary Seal/Stamp Above

— **OPTIONAL** —

Not required by law, this information can be useful to those relying on the document and prevent fraud.

**Further Description of Any Attached Document**

Title or Type of Document: XRP Holder Affidavit
(XRPL User-Category 4A)

Document Date: 11/8/21          Number of Pages: 1

Signer(s) Other Than Named Above: N/A

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)          Item #15924

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____7/1/2016_____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant                              Date: ___11/1/2021___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1   My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at █████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on  03/09/1920
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.


Signature of Affiant ████████████████              Date 02/4/21

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08 / 28 / 2020_____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████████   Date: _11 - 3 - 21_

DATE: 11-3-2021
COUNTY: DONA ANA
NEW MEXICO

Official Seal
CAMERON CULPEPPER
Notary Public
State of New Mexico
My Comm. Expires 1-24-27

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __05/28/2019__.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████        Date: __11-2-21__

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/06/2018___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████████   Date: __11/5/21__

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1-7 below)
☐ See Statement Below (Lines 1-7 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me

on this 5 day of November , 2021, by

(1) ___[redacted]___

( and (2) _____ ).
Name(s) of Signer(s)

CARLOS GARCIA
Notary Public - California
San Mateo County
Commission # 2375383
My Comm. Expires Oct 15, 2025

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

Seal
Place Notary Seal Above

------------------------------OPTIONAL------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit (Investor/user Category 4A)

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  04 | 04 | 2020 .

   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████          Date: 11-5-2021



State of Arizona County of Pima

The foregoing instrument was acknowledged before me on this 5 day of November, 2021 by ████████████

Notary Public Signature



LIVIA SEDANO
Notary Public, State of Arizona
Pima County
Commission # 612492
My Commission Expires
July 14, 2025

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/30/2021___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████     Date: __11/8/2021__

Notary Public  11-8-21
Cameron Cook

NOTARY PUBLIC OFFICIAL SEAL
CAMERON COOK
State of West Virginia
My Commission Expires January 19, 2026
47 Washington Ave. Wheeling, WV 26428-0764

<u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on D2|06|2020_____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ██████████████████   Date: 05/25/22

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ██████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __05 / 28 / 2019__

   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████████   Date: __11 - 2 - 21__

<u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __08/30/2020__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮   Date: 11/04/21

Kendal Rogers
Commission Expires 8/23/2027
Ada County, Meridian, ID

Kendal Rogers.

KENDAL ROGERS
Commission Number 2021-023
Notary Public
State of Idaho

# XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  12 / 19 / 2020 .

   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ███████████████         Date: Dec. 1, 2021

XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___02 / 28 / 2019___
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████        Date: 0 /11 /21

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01 / 11 / 2021_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____    Date: 11/2/2021

Signed or attested before me on the
_2_ day of _November_, 20_21_
by _Branden Tibak_

_____
(Signature of Notarial Officer)

BRANDON C. TIBAK
MY COMMISSION EXPIRES
OCT. 21, 2025
NOTARY PUBLIC
NEW HAMPSHIRE

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/21/2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____     Date: ___11/02/2021___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/19/2017___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL,,). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant █████████████████████    Date: __12/6/2021__

Sworn to and subscribed before me this
___ day of __December__ 20 21.

By ████████████████████████████████████

Notary Public/Dallas County, Texas

ALEXSIS GONZALEZ
My Notary ID # 131902468
Expires February 21, 2023

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___JAN 10 2021___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████   Date: 2 Nov 2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/25/2020___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮      Date: _May 26 2022_

Sworn this 26th day
of may 2022

NOTARY PUBLIC

GERALD PIGOTT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PI6395685
Qualified in Nassau County
My Commission Expires 12/30/22

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/16/2017___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████     Date: 11/2/2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___6/20/2017___,
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.



Signature of Affiant _____      Date: __11/2/2022__

Carol A. Lucardi
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
5/13/2027

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *05/22/2021* *2:15pm*.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____        Date: ___*11/4/2021*___

LINDSAY C. WHITLOCK
Notary Public - Maryland
Baltimore County
My Commission Expires
08/01/2025

## <u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ *06/20/2022* ___
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____   Date: _ *3/8/22* _

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████        Date: _____

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 04/10/21
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████_____   Date: 11/3/21

State of MA          County of Miggl Sex
On this 2 day of November 20 21
personally appeared before me, and proved to me through
satisfactory evidence of identification, which were _____
to be the person whose name is signed on the preceding or
attached document in my presence.

_____ Notary Public
My Commission Expires: 1/15/2023

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ █████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ █████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/07/2019 _____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: █████████████     Date: _____ 11/03/2021 _____

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12/17/2020__ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████    Date: __11/15/2021__

BRYAN DIAZ
Notary Public, State of Arizona
Yavapai County
Commission # 568498
My Commission Expires
August 15, 2023

11-15-21

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___**10/24/2019**___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮         Date: ___**05/24/2022**___

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _1/6/2018_ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮ _____     Date: _12/10/2018_

MIRELLA CALCAGNI
Notary Public State of Rhode Island
My Commission Expires Feb. 27, 2023

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/03/2017 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████ _____        Date: 5th November 2021

## <u>XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/09/2020___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████████           Date: __4/02/2020__

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12 / 03 / 2019_
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████    Date: _5 - 26 - 22_

Scanned with CamScanner

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/14/2013___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____    Date: ___11/05/2021___

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 08/09/2018 _____
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮        Date: 2-11-21

WITH THE UNITED STATES ARMED FORCES
AT NAS JRB NEW ORLEANS, BELLE CHASSE

LT   Elaine Hanson. U.S. Navy JAGC
Federal Notary. Under Authority of 10 U.S.C. § 1044a
Office of the Judge Advocate General of the Navy
Commission Expires: Indefinite

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/01/2020 .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ██████████████████    Date: 11/04/2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ,
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11-24-2020 from Coinbase__ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____     Date: __12-01-2021__

First Citizens Bank   4/21/2022 3:48:44 PM   PAGE   6/008   Fax Server

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  03 -10 - 2020
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████   Date: 04 -20 - 2022

BARBARA BRITT
Notary Public - State of Florida
Commission # HH 17039
My Comm. Expires Jan 18, 2024
Bonded through National Notary Assn.

# XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮ and I am 18 years of age or older.

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/03/2017

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮         Date: 12/2/2021

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ████████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___08 / 14 / 2020___
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████        Date: _11-5-21_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Mikayla Dawn Hayes
125 Walnut Street
Pennsboro, WV 26415
My Commission Expires June 14, 2024

November 5th 2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07-19-2019___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ▮▮▮▮▮▮▮▮         Date: _11-8-2021_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/17/2017 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████          Date: 11/11/2021

## XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/8/2020___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████        Date: __11/8/2021__

Sworn to me on this
8th day of November, 2021.

X BK
Notary Public

REBECCA A. KARK
Notary Public, State of New York
No. 01KA6395013
Qualified in Broome County
Commission Expires July 22, 2023

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.

    **[full legal name]**

2.  I reside at ████████████████████████████████ .

    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 01/01/2017 ____ .

    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████_____     Date: ____ 11/04/2021 ____

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/18/2020_.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ██████████████          Date: _11-15-21_

_Joseph Jung_          11/15/2021

JOSEPH JINKYU JUNG
Notary Public, State of Texas
Comm. Expires 03-03-2025
Notary ID 132952802

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Dec 04 2020_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ███████████████████     Date _May 23 2022_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _3/20/2020_.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▓▓▓▓▓▓▓▓▓▓   Date: _11/5/2021_

State of _Colorado_ County of _Jefferson_
Subscribed and sworn before me on _5th November 2021_
_(Date)_

_Nicole Kerr_
_(Notary Signature)_

NICOLE KERR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214037161
MY COMMISSION EXPIRES 09/28/2025

## <u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/2020___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____   Date: _11· 4· 21_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____25/03/2017_____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____    Date: __07/11/2021__

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/09/2019_____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____        Date: _11/8/21_____

notarized 11/8/2021

Allison Braet
Notary Public, State of New York
No. 01BR6120366
Qualified in Suffolk County
Commission Expires 12/20/2024

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *05/13/2020*
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ███████████████     Date: *23 Nov 2021*

<u>XRP HOLDER AFFIDAVIT (RPL USER – CATEGORY 4A)</u>

Under oath, I solemnly sw____

1. My name is █████████████████████ and I am 18 years of age or older.
[full legal name]

2. I reside at █████████████████████
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), it executives, or affiliates.

4. I acquired XRP for the first time on ___03/16/2021___
mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I use XRP and the XRPL, because of its transaction speed, low costs, and/or its natural energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: █████████████████     Date: __5/5/2021__

# XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/06/21___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████   Date: _Nov 19 2021_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07/22/2020_.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____     Date: _12/9/21_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __09 / 21 / 2018__ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____   Date: __11 - 1 - 21__

## <u>XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)</u>

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.

    [full legal name]

2.  I reside at ████████████████████████████████████████████

    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___11/05/2020___.

    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ███████████████        Date: __11·02-2021__

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 2 DAY OF November 2021
BY_____
X _Kelly michelle Beuschel_
    NOTARY PUBLIC



KELLY-MICHELLE BEUSCHEL
Notary Public, State of Texas
Comm. Expires 06-07-2022
Notary ID 125718561

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2016 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████        Date: November 5, 2021

Affidait # 4,514

Signed and Sworn before me, Jorge Molina Mencia, Public Notary, by ████████ ████████ of the personal circumstances before mentioned and whom I give faith of knowing personally. In San Juan, Puerto Rico, on November 5, 2021.





### XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is [REDACTED] and I am 18 years of age or older.
   [full legal name]

2. I reside at [REDACTED]
   [street name, city, state, ZIP, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/03/2017
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant [REDACTED]          Date: 11/9/2021

11-9-2021
State: NH
County - Strafford.

[signature]

My Commission Expires September 1, 2026

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____12/05/ 2017_____
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: _____    Date: __11/1/2021__

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08/13/2020 _____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affian████████████          Date: Nov 2nd 2021

Signed before me this 2 day of Nov 2021

by ████████████

Angela D. Nance
Notary Public

My Commission Expires:          My Commission Expires
                                04/21/2024

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/01/2021_____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant _____          Date: 11/3/2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ██████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___June  18  2019___ .
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████        Date: _11/08/21_

County/City of _Prince William_
Commonwealth/State of _Virginia_
The foregoing instrument was acknowledged
before me this _8th_ day of _November_
20 _21_
(name of person seeking acknowledgment)
_Celeste M Riley_
Notary Public
My Commission Expires _May 31, 2025_

CELESTE M RILEY
Notary Public
Commonwealth of Virginia
Registration No. 363106
My Commission Expires May 31, 2025

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/22/2020
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▓▓▓▓▓▓▓▓▓▓▓▓         Date   11/06/2024

CALIFORNIA JURAT WITH AFFIANT STATEMENT                    GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____           _____
Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Diego_

Subscribed and sworn to (or affirmed) before me

on this _18th_ day of _November_, 20 _21_,
by      Date        Month        Year

(1) _____

_____
and (2) _____
               (and of Signers)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                  Signature of Notary Public

Place Notary Seal and/or Stamp Above

─────────────────── OPTIONAL ───────────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document

Title or Type of Document: XRP Holder Affidavit (Group VS VR Category 1A)

Document Date: 4/5/2021                    Number of Pages: 1

Signer(s) Other Than Named Above: n/a

2019 National Notary Association

M1304-08 (09/19)

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jan 15 2017___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮        Date: 11/08/21

County of Prince William
Commonwealth/State of Virginia
This document before me this 8th day of November
20 21 ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
Notary Public
My Commission Expires: May 31, 2025

```
CELESTE M RILEY
Notary Public
Commonwealth of Virginia
Registration No. 351108
My Commission Expires MAY 31, 2025
```

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name is ████████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___08 - 00 - 2020___.
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ██████████████    Date: _11 · 1 · 21_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02 /14 /2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ███████████████          Date: _11/06/2021_

**INDIVIDUAL ACKNOWLEDGMENT**

State or Commonwealth of _Idaho_ }ss

County of _Kootenai_

On this the ___ day of _November_ _2021_ before me

_Brian Davis_ the undersigned Notary Public,

personally appeared ███████████████████████████

_Name(s) of Signer(s)_

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

```
┌─────────────────────┐
│   BRIAN DAVIS       │
│  Commission #70111  │
│   Notary Public     │
│   State of Idaho    │
└─────────────────────┘
```

_Signature of Notary Public_

_Brian Davis   Ex 6-08-2023_

_Commission # 70111_

_Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)_

_Place Notary Seal/Stamp Above_

─────────────────── **OPTIONAL** ───────────────────

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit_

Document Date: _11-06-2021_          Number of Pages: _4_

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1.  My name █████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _02/02/2021_
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████   Date: _6/17/2022_

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _2018 year_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████        Date: 11-15-2021

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older
   **[full legal name]**

2. I reside at ██████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on    12/7/2019
                                          **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ████████████████        Date:  8 NOV 2021

## XRP HOLDER AFFIDAVIT (XRP USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *09/05/2017*
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████   Date: *11/03/21*

Scanned with CamScanner

## XRP HOLDER AFFIDAVIT (XRPL USER - CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08 / 25 / 2018___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant: ███████████████     Date: _11 / 02 / 2021_

**Acknowledgment of instrument signed by one person:**

North Carolina

_Pitt_____ County

I, _Sierra A. Wheeler_____, a Notary Public for said County and State, do hereby certify that [REDACTED] personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the _2nd_ day of _November_, 20 _21_ .

(Official Seal)

_Sierra A. Wheeler_
Notary Public

SIERRA A. WHEELER
NOTARY PUBLIC
PITT COUNTY, NC
My Commission Expires: 02/27/2024

My commission expires _02.27_____, 20_24_ .

\* If you ever had to write this out yourself – you would replace "foregoing instrument" with "attached_____" you would fill in the blank with whatever the document was -- (ie: attached medical record)

page 26 in Notary Public Guidebook for North Carolina

### XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/05/2017
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ████████████   Date: 11/09/2021

---

## COLORADO NOTARY ACKNOWLEDGEMENT
### (INDIVIDUAL)

State of Colorado

County of Denver

This record was acknowledged before me on 11/08/2021 (date) by ████████████ (name[s] of individual[s]).

Signature of Notarial Officer ████████████   (Seal)

Title of Office Notary Public

My Commission Expires: 10/18/2024

MARISABEL BERRELEEZ COOLEY
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20144039835
MY COMMISSION EXPIRES OCT 18, 2024

✱ XRP Holder Affidavit (XRPL User – Category 4A)

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

**XRP HOLDER AFFIDAVIT (XRPL USER – CATEGORY 4A)**

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/01/2013_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

Signature of Affiant ▮▮▮▮▮▮▮       Date: 11/04/21

Notary Public ▮▮▮▮▮▮▮

JARROD ALLEN ORR
NOTARY
ID NO. 589104
MY COMMISSION EXPIRES
11/09/2024
PUBLIC
STATE AT LARGE, KY.