# Exhibit 167
# (Part 22 of 26)

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *02/07/2018*  .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮          Date:  *24 ~ 05 ~ 2022*

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/18/2020_____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓        Date: 11/01/2021

Signed at Seattle, WA
November 1, 2021
Silvia P. Saiden

[Notary seal: SILVIA P SAIDEN, NOTARY PUBLIC, STATE OF WASHINGTON]

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____03|27|2020____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████    Date: 11/2/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4b)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _27/05/2020_
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████            Date:  3 , 11  2021

FRANK G. NYHAN
11 Market Square, Mallow, Co. Cork.
Notary Public for the County of Cork
Commissioned for Life
3/11/21.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____3/15/2020_____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____      Date: 12/15/2021

### XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████ .............................. and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 30.5 2017 _____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████        Date: 5. 11. 2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  08/88/ 2017
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████          Date: 11/3/4

Sworn to and subscribed
before me this
4th day of NOV 20 21

SYLWIA M. SIWIAK
Notary Public, State of New Jersey
Commission # 50034187
My Commission Expires 3/11/2026

**<u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)</u>**

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02 / 02 / 2013__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████   Date: 3/11/2021

SWORN IN THE PRESENCE OF JOHN ANTHONY LINDSAY OLLIVER, NOTARY Public, 13 HIGH STREET HAWICK TD9 9DH.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ ▓▓▓▓▓▓ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ▓▓▓▓▓▓▓▓▓ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09/26/2017 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▓▓▓▓▓ _____   Date: _____ 11/02/2021 _____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/21/2020_____,
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████_____    Date: _11/2/21_

See Attachment *Notary*

# CALIFORNIA ALL-PURPOSE  CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of  California

County of    Los Angeles

On   Nov. 02, 2021          before me,      Patricia McCann                                                          , Notary Public,

(Here insert name and title of the officer)

personally appeared ████████████████                                               ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Patricia McC_____                        (Notary Seal)
Signature of Notary Public

PATRICIA MCCANN
Notary Public - California
Los Angeles County
Commission # 2298908
My Comm. Expires Aug 23, 2023

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

XRP Holder Affidavit (XRPL/DEX User - Category 4B)

(Title or description of attached document)

*    *    *    *

(Title or description of attached document continued)

Number of Pages    1    Document Date 11/02/2021

*    *    *    *

(Additional information)

### CAPACITY CLAIMED BY THE SIGNER

☐ Individual (s)
☐ Corporate Officer

_____
(Title)

☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

* State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
* Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
* The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
* Print the name(s) of document signer(s) who personally appear at the time of notarization.
* Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
* The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
* Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
* Securely attach this document to the signed document

© 2004-2015 ProLink Signing Service, Inc. – All Rights Reserved www.TheProLink.com – Nationwide Notary Service

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____08/06/2019_____ .
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: 31 Jan 2021

Jurat – Verification Upon Oath or Affirmation

State of **Oklahoma**
County of **Tulsa**

Signed and sworn to (or affirmed) before me on this **3rd** day of **Nov.**, in the year 20**21**
by ▓▓▓▓▓▓▓▓ making statement.

DESTINY PRICER
Notary Public - State of Oklahoma
Commission Number 20000374
My Commission Expires Jan 10, 2024

Notary Signature

My Commission Expires: **January 10, 2024**
My Commission # **20000374**

**Description of Attached Document**

Title or Type of Document: **XRP Holder Affidavit (XRPL/Dex User- Category 4B)**

Document Date: **November 3, 2021**          Number of Pages: **1**

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____July 15, 2017_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____    Date: _Nov 15 2021_



Puja Grover
11/15/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09_/_18_/_2019___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: _24 MAY 2022_

Rebecca T Liska
Notary Public of Michigan
Macomb County
Expires 08/19/2028
Acting in the County of _Macomb_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/10/2020_.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████████████    Date: _11/9/2021_

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of ___*IL*___

County of ___*McHenry*___ } ss

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer(s), not Notary)

_Signature of Document Signer No. 1_          _Signature of Document Signer No. 2 (if any)_

Subscribed and sworn to (or affirmed) before me

this _09_ day of _November_, _2021_ by

Day          Month          Year

_Name of Signer No. 1_

```
AMY L ZABINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires May 17, 2025
```

_Name of Signer No. 2 (if any)_

_Signature of Notary Public_

_Place Notary Seal/Stamp Above_          _Any Other Required Information
(Residence, Expiration Date, etc.)_

───────────────── **OPTIONAL** ─────────────────

_Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M2010-02 (09/2021)
Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _April 10, 2020_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: _5-25-2022_

## Notary Acknowledgment

State of OREGON

County of LINN

This Affidavit was signed and sworn to (or affirmed) before me on **May 25, 2022** by ███████████ who proved his identity to me through government-issued photo identification.

Notary Public – State of Oregon

My commission expires: April 25, 2023

OFFICIAL STAMP
SAMANTHA ELIZABETH HEATHCOTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 986810
MY COMMISSION EXPIRES APRIL 25, 2023

SEAL

///
///
///
///
///
///
///
///
///
///
///

### Document Description

This certificate is attached to an Affidavit consisting of 1 page and originally dated 5/25/2022.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *1-30-2020*
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮    Date *12-11-21 ADW*

# CALIFORNIA NOTARIAL CERTIFICATE
# (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Diego_

Subscribed and sworn to (or affirmed) before me on this _11th_ day of _December_, 20_21_, by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Cwoodri_                    (Seal)

C. WOODRING
Notary Public - California
San Diego County
Commission # 2372646
My Comm. Expires Aug 28, 2025

DOCUMENT: XRP Holder Affidavit
(XRPL / DEX User - Category 4B)

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/10/2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____      Date: _____11/03/2021_____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ████████████ _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ██████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _03-13-2018_
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████████    Date: _11-3-21_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02-28-2019__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: __11-1-21__

OFFICIAL SEAL
JOSLYN HALL
NOTARY PUBLIC – GEORGIA
MUSCOGEE COUNTY
My Commission Expires Apr. 7, 2025

11/1/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __10/28/2021__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: __11/5/21__

State of __Alabama__
County of __Baldwin__
Subscribed and sworn to (or affirmed) before me this
5th day of __November, 2021__
By _____
Personally known ☐   OR produced identification ☒
Type of Identification produced __AL DL 7261816__

_____
Notary Public

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/17/2020___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████        Date: 11/3/2021

signed: Shane Wood
11-3-2021



### XRP HOLDER AFFIDAVIT (SUPPLEMENTARY) - CATEGORY III

Under oath, I hereby state:

1. My name is [REDACTED] and I am 18 years of age or older.

2. I reside at [REDACTED]

   (street name, city, state, ZIP code, country)

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *11/31/2020* (mm/dd/yyyy)

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. I find other assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me the unique ability to trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant [REDACTED]                            Date *11/15/21*

BRENDA L. TAYLOR
"OFFICIAL SEAL"
Notary Public, State of Illinois
My Commission Expires Mar 13, 2022

11-16-21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▨▨▨▨▨▨▨▨▨_____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02_/_02_/_2021_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▨▨▨▨▨▨▨▨▨   Date: _Ot-10 – 2022_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/02/2019
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████    Date: 11-19-2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06_/_13_/_2018_____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: _11_/_11_/_2021_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████████████████_____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/24/2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize
   XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy
   consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other
   digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin
   and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to
   acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ____████████_____      Date: ____11/2/2021_____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/22/2020___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: __11/03/2021__

BOBIC ALVA
My Notary ID # 132545897
Expires June 30, 2024

11/03/21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/10/2021_____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████_____          Date: _12/14/2021___

**FLORIDA JURAT**
**FS 117.05(13) — Effective January 1, 2020**

State of Florida

County of ESCambia }

Sworn to (or affirmed) and subscribed before me by means of

☒ Physical Presence,

— OR —

☐ Online Notarization,

this 14 day of December 2021, by
_____Day_____Month_____Year___

[redacted]

*Name of Person Swearing or Affirming*

Adrian Wartenbe

*Signature of Notary Public — State of Florida*

Adrian Wartenbe

*Name of Notary Typed, Printed or Stamped*

ADRIAN WARTENBE
Notary Public - State of Florida
Commission # GG 964304
My Comm. Expires Mar 2, 2024

*Place Notary Seal Stamp Above*

☒ Personally Known

☐ Produced Identification

Type of Identification Produced: FL DL

[redacted]

----- **OPTIONAL** -----
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit (cat 6, 4b, 2B, 1B)

Document Date: N/A                           Number of Pages: 5

Signer(s) Other Than Named Above: None

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 04/17/2020
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████████  Date: 5/25/2022

## Notary Acknowledgment

State of OREGON

County of LINN

This Affidavit was signed and sworn to (or affirmed) before me on **May 25, 2022** by ████████████████ who proved his identity to me through government-issued photo identification.

Notary Public – State of Oregon

My commission expires: April 25, 2023

OFFICIAL STAMP
SAMANTHA ELIZABETH HEATHCOTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 986810
MY COMMISSION EXPIRES APRIL 25, 2023

SEAL

///

///

///

///

///

///

///

///

///

///

///

## Document Description

This certificate is attached to an Affidavit consisting of 1 page and originally dated 5/25/2022.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████
    [Street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___05_/_15_/_2016___
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████████████    Date: November 2/ 2021

Francisco Javier Gomez Jimenez, a
Commissioner, etc., Province of Ontario, for
Gomez Paralegal Services, limited to work
done within the permitted scope of practice of a
Licensed Paralegal in Ontario.

November 2, 2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____5-20-2019_____ .
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████          Date: _____5-27-2022_____

LOU ANN BOYD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
My Commission Expires    12-Feb-2026
Acting in the County of _____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ██████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___04 | 08 | 2020___
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████        Date: __11-3-21__

KIMBERLY S. THOMAS
Notary Public, Georgia
Chatham County
My Commission Expires
August 03, 2023

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09 . 22 . 2021 _____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant _____          Date: __ 67 . 11 . 2021 __

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████

   ████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/18/2007_____.

   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████████          Date:
___11/15/2021_____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __14-02-2020__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▓▓▓▓▓▓▓▓         Date: 08|4|2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ ███████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ███████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.
   05/28/2020

4. I acquired XRP for the first time on _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

11/12/2021

Signature of Affiant: ___████_____     Date: _____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/02/2017___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.



Signature of Affiant: _____     Date: __14/11/2021__
                                                          D M Y

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on May 11, 2020
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████        Date: 6/08/01

**State of Washington**

County of Benton

Signed or attested before me on 6-11-21 (date) by ████████████

(Seal or stamp)   WENDY CASAS
                  Notary Public
                  State of Washington
                  Commission # 76939
                  My Comm. Expires Jul 20, 2024

Signature

Title  Notary

My appointment expires: July 20, 2024

## <u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)</u>

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/03/2020_
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████   Date: _11-05-2021_

NOTARY DOCUMENT
ATTACHED

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Placer _____ )

On _November 5, 2021_ before me, Jorge Mario Castillo Castaneda

Notary Public, personally appeared ███████████████████,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____      (Seal)

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  17 / 03 / 2018 ,
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.


Signature of Affiant ▮▮▮▮▮▮▮▮▮      Date: 06 / 11 / 2021

XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1   My name is [REDACTED] and I am 18 years of age or older.
    [Full legal name]

2   I reside at [REDACTED]
    [street name, city, state, ZIP code, country]

3   I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4   I acquired XRP for the first time on  03 / 07 / 2020
                                          [mm/dd/yyyy]

5   I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6   I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7   I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant [REDACTED]          Date  Nov 4, 2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12.2.2019_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: __6.11.2021_____

### XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *06/01/2021*
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████████████   Date: *11/02/2021*

---

State of Florida
County of *Leon*

The foregoing instrument was acknowledged before me this *2nd* day of *November* *2021* by ████████████████ who is personally known to me or who has produced *FL Driver License*
Type of Identification
as identification

_____ Notary Public
Signature of Notary Public

*Dept Browning*
Name of Notary Typed, Printed or Stamped

Commission No. *HH 108754*

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  7-3-2020 
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.


Signature of Affiant ████████████████          Date: 11-3-2021


Samantha Verkerke

_a Notary Public of South Carolina_

_I certify that the above signature is 11/03/2021_

_My commission expires 09/04/2024_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _August, 4 2020_.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: 1-12-2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06-06-2021___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████   Date: 11-09-2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/15/2020___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: ___1/06/21___

**JURAT**

State of _Rhode Island_

County of _Providence_ } ss.

Subscribed and sworn to (or affirmed) before me this
_6th_ day of _November_ _2021_ , by
_Date_        _Month_        _Year_

████████████████

_Name of Signer No. 1_

```
MARILYN DUA-SAKYI LARTEY
Notary Public - Rhode Island
Notary ID 766229
My Commission Expires Dec 10, 2024
```

_Name of Signer No. 2 (if any)_

_Signature of Notary Public_

_Place Notary Seal/Stamp Above_        _Any Other Required Information
(Residence, Expiration Date, etc.)_

---

——————— **OPTIONAL** ———————

_This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit (XRPL/DEX USER - CAT. 4B)_

Document Date: _11/06/21_ _____ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████_____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/21/2020_____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████     Date: 11/8/2021

Sworn to and subsribed before me this
8th day of November, 2021

Rande Miller, Notary Public

RANDE MILLER
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 12-11-2025

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/12/2021___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████        Date: __11/2/21__

State of Nevada
County of Clark

This instrument was acknowledged before me on this
Day of Nov 02, 20 21 by ████████████

(Notary Public)

ALPESH PATEL
Notary Public, State of Nevada
No. 12-6510-1
My Appt. Exp. Dec. 7, 2023

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▐███████████████▌ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▐█████████████████████████████▌.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  $02/20/2020$ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▐███████████████▌    Date: $11-03-2021$

Leonard Douglas Davis Sr.
Notary Public of Michigan
Oakland County
Expires 02/26/2023
Acting in the County of _____



### XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/30/2020_
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ▮▮▮▮▮▮▮▮          Date  _11/2/2021_

_On this 2nd day of November 2021_
_before me in Wayne county Mich._

_Stephanie Y Tomlinson_

Stephanie Y. Tomlinson
Notary Public, Wayne County, Michigan
My Commission Expires October 1, 2022
Acting in the County of _Wayne_

### XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___1/2021___
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ██████████     Date: ___2/7/22___

___1/6/22___

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## CALIFORNIA JURAT

State of California                    )

County of ___Kern___                   )

Subscribed and sworn to (or affirmed) before me on this ___6th___ day

of ___April___ , 20 __22__ , by ████████████████████

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

**KELSEY FRENES**
COMM. #2312586
NOTARY PUBLIC · CALIFORNIA
KERN COUNTY
My Comm. Exp. Dec. 13, 2023

Signature ___Kelsey Frenes___

(Seal)

--- OPTIONAL INFORMATION ---

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

XRP Holder Affidavit XRPL/DEX
User Category 4B

containing __1__ pages, and dated April 6th 2022

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page #___    Entry #___

Notary contact:___

Other
☐ Affiant(s) Thumbprint(s)   ☐ Describe:___

© Copyright 2007-2016 Notary Rotary, Inc.  PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved.  Item Number 101884.  Please contact your Authorized Reseller to purchase copies of this form.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/24/2021 _____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████_____          Date: Nov 2/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/02/2020_.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

███████████████████████

Signature of Affiant                                    Date: _11/02/21_

Swom to and subscribed before me
this 2nd day of November, 2021

Commonwealth of Pennsylvania
County of Armstrong

_Allison McCoy Jones_
Commission expires Aug 23, 2024

Commonwealth of Pennsylvania - Notary Seal
Allison A. McCoy Jones, Notary Public
Armstrong County
My commission expires August 23, 2024
Commission number 1309428
Member, Pennsylvania Association of Notaries

## <u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/31/2021_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: _12/10/21_

STATE: Florida
County: Charlotte

Sworn to (or affirmed) and subscribed before me by means of physical presence this 10 day December, 2021 by _____

_Cherlyn Pritchard_

CHERLYN PRITCHARD
Notary Public, State of Florida
Commission# HH 193181
My comm. expires Nov. 12, 2025

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02/06/2018__.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████_____        Date: 3ᴿᴰ NOVEMBER 2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___O2/05/2019___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮          Date: ___11-28-21___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/28/2014___
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████████     Date: ___05/11/2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/12/2021___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____      Date: __11/02/2021__



State of __UTAH__ County of __SALT LAKE__
Subscribed and sworn before me on _____
(Date)
_____
(Notary Signature)

NOTARY PUBLIC
KARL A STONE
COMM. # 702380
COMMISSION EXPIRES
OCTOBER 19, 2022
STATE OF UTAH

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Nov / 01 / 2017___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ███████████████████     Date: __5 / 11 / 2021__

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___06/01/2019___.
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: 11/15/21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ [REDACTED] _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____ [REDACTED] _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 03/08/2017 _____
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____ [REDACTED] _____    Date: 5/24/2022

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/26/2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: _11 - 12 - 21_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___12/06/2017___ .
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████     Date: __11/06/21__

## <u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on <u>12/01/2020</u>
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: <u>11/26/2022</u>

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 01 / 01 / 2018
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date   11/01/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 11/24/2020 _____
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████        Date: 11/10/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/6/2020___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████████████████   Date: ___11/2/2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08 - 21 - 2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant _____     Date: __11-2-2021__

**Laura L. Chavez**
Notary Public - State of Michigan
County of Wayne
My Commission Expires 07/30/2027
Acting in the County of Wayne

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11_/_1_/_2017___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: __11_/_3_/_2021_

State of TEXAS
County of _Orange_
Sworn to and subscribed before me on the
_03rd_ day of _November_, _2021_
by _____

_Notary Public, Texas_

CHRIS ANTHONY
Notary Public, State of Texas
Comm. Expires 03-18-2022
Notary ID 129615585

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ █████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 11/16/2020 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ██████████████████        Date: ____ 11/04/2021 ____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

I, [____], being duly sworn:

1. My name is [_____] and I am 18 years of age or older.
   [full legal name]

2. I reside at [_____]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___5/15/18___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant [_____]          Date: 11/3/21

[____] day of NOV ___ 2021

marsla J Cotugno

comm exp  6/18/23

#  6 040 7

[Notary seal: MARSHA Z. COTUGNO NOTARY PUBLIC RHODE ISLAND]

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _O9 / 21 / 2017_ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████    Date: _11/3/2021_

X _Ariana Acosta_

NOTARY                 _11/04/21_
                       DATE

ARIANA ACOSTA
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 15, 2023

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ ██████████████████ _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/06 /2013 _____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ___██████_____        Date: _11/16/2021_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02 - 23 - 2021_.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▆▆▆▆▆▆▆        Date: _11-03-2021_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/16/2017___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant _____     Date: 11/2/2021

### JURAT

State of Washington

County of Thurston

Subscribed _____ 2nd day of December

20 21, by _____

My Commission Expires: 09-20-22          Notary Public

Corry Cavin
Notary Public, License #22079
State of Washington
My Comm. Expires Sep. 20, 2022

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09 / 22 / 2018 _____ .
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: __11/01/2021__

Scanned with CamScanner

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __10/06/2020__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: 11/5/21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/16/2021___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████   Date: 11/2/21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/23/2018___
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: ___November 1, 2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __8/23/2021__.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████     Date: __1/28/22__

# CALIFORNIA ALL- PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Los Angeles _____ }

On Jan 28 2022 before me, Ally Ko, Notary Public _____,
<span style="font-size:small">(Here insert name and title of the officer)</span>

personally appeared ███████████████████ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____                                   _____
Notary Public Signature                                   (Notary Public Seal)

ALLY KO
Notary Public - California
Los Angeles County
Commission # 2337226
My Comm. Expires Nov 13, 2024

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

XRP Holder Affidavit
(Title or description of attached document)

XRPL/DEX User-Category 4B
(Title or description of attached document continued)

Number of Pages ___1___ Document Date 1/28/2022

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-In-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 06/02/2020
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████     Date: 11/02/2021

## ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of __TEXAS__ )
)
☐ City ☑ County of __Collin__ )

On __11/02/2021__ before me, __Brock Repec__ ,
    *Date*            *Notary Name*

personally appeared █████████
                               *Name(s) of Signer(s)*

☐ personally known to me **-- OR --**

☐ proved to me on the basis of the oath of _____ **-- OR --**
                                 *Name of Credible Witness*

☑ proved to me on the basis of satisfactory evidence: _____ driver_license
                                        *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: *Brock Repec*

Notary Name: __Brock Repec__

Notary Commission Number: __133277577__

Notary Commission Expires: __08/18/2025__

*Notarized online using audio-video communication*

Seal: NOTARY PUBLIC STATE OF TEXAS — Brock Repec — ID NUMBER 133277577 — COMMISSION EXPIRES August 18, 2025

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Xrp Holder Affidavit__

Document Date: __11/02/2021__ Number of Pages (w/ certificate): __7__

Signer(s) Other Than Named Above: __N/A__

| **Capacity(ies) Claimed by Signer(s)** | **Capacity(ies) Claimed by Signer(s)** |
|---|---|
| Signer's Name: █████████ | Signer's Name: _____ |

☐ Corporate Officer Title: _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: _____
Signer Is Representing: __Himself__

☐ Corporate Officer Title: _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: _____
Signer Is Representing: _____

( 7 )

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 06/02/2020
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████          Date: 11/02/2021

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of ___TEXAS___ )
)
☐ City ☑ County of ___Collin___ )

On __11/02/2021__ before me, ___Brock Repec___,
      Date                                            Notary Name

personally appeared ___████████████___ _____
                                                Name(s) of Signer(s)

☐   personally known to me **-- OR --**

☐   proved to me on the basis of the oath of _____ **-- OR --**
                                             Name of Credible Witness

☑   proved to me on the basis of satisfactory evidence: ___driver_license___
                                                 Type of ID Presented

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Brock Repec
ID NUMBER
133277577
COMMISSION EXPIRES
August 18, 2025

Notary Public Signature: *Brock Repec*

Notary Name: ___Brock Repec___

Notary Commission Number: ___133277577___

Notary Commission Expires: ___08/18/2025___

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: ___Xrp Holder Affidavit___

Document Date: ___11/02/2021___      Number of Pages (w/ certificate): ___7___

Signer(s) Other Than Named Above: ___N/A___

| **Capacity(ies) Claimed by Signer(s)** | **Capacity(ies) Claimed by Signer(s)** |
|---|---|
| Signer's Name: ___██████████___ | Signer's Name: _____ |
| ☐ Corporate Officer Title: _____ | ☐ Corporate Officer Title: _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian of Conservator | ☐ Trustee ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: ___Himself___ | Signer Is Representing: _____ |

(  7  )

**XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)**

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.



Signature of Affiant: ███████████████          Date: _____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *11/23/2017*
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ██████████████████          Date: *05/23/22*

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/27/2020_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ██████████████                     Date: _12/2/2021_



State of California, County of: _Santa Clara_
Subscribed and sworn to (or affirmed) before me
on this _2nd_ day of _Dec_, 20 _21_
by ████████████
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature: _Namita K. Devi_

NAMITA KUMARI DEVI
Commission # 2246658
Notary Public - California
Santa Clara County
My Comm. Exp. JUN. 18, 2022

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___SRPT / 2017___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: ___Oct 31, 2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2017 _____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant _____          Date: __5/16/22__

<u>**XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)**</u>

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _25/3/2020_.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████    Date: _06/11/2021_

SUID-AFRIKAANSE POLISIEDIENS
GEMEEN... ...SENTRUM
... ...

2021 -11- 0 6

CALEDON
COMMUNITY SERVICE CENTRE
SOUTH AFRICAN POLICE SERVICE

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _8 / 5 / 2020_
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: _11 / 7 / 21_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  03/06/2020 .

   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

8. I have also used XRP to transfer small sums/funds to Nigeria. For conducing remittances.

Signature of Affiant: _____     Date:  20/11/2020

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____04 . 19 . 2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: __11 . 03 . 21__

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              )
County of _____Orange_____                    )

On _Nov 3rd ,2021_____ before me, _Karina Citlali Octamendez_____,
       *Date*                              *Here Insert Name and Title of the Officer*

personally appeared ███████████████████████
                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

KARINA CITLALI OCTAMENDEZ
Notary Public - California
Orange County
Commission # 2357301
My Comm. Expires May 12, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    *Signature of Notary Public*

        *Place Notary Seal Above*
———————————————— **OPTIONAL** ————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _XRP HOLDER Affidavit 4B___ Document Date: _11 / 3 /21_
Number of Pages: _1___ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited  ☐ General | ☐ Partner — ☐ Limited  ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee    ☐ Guardian or Conservator | ☐ Trustee    ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/12/2017_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: ___03/11/2021_____

Nov 04 21, 06:21p      Tithe & Taxes

## <u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)</u>

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ███████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _03/ 30 / 2019_ .
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████        Date: _11/03/2021_

OFFICIAL SEAL
Rodney Armijo
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires ___5/11/2025___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/23/2021___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ▮▮▮▮▮▮▮▮           Date: 11/4/21   11/8/21

SIGNED BEFORE ME ON 11/8/2021
IN SAINT LOUIS, MISSOURI

[notary signature]

MUJIB A. KHAN
Notary Public - Notary Seal
St. Louis County - State of Missouri
Commission Number 14859070
My Commission Expires Apr 11, 2022

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4-15-2020_.

   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████        Date: _11-9-2021_

Apurva Patel
My Commission Expires
03/07/2025
ID No. 131033718

11/9/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,), its executives, or affiliates.

4. I acquired XRP for the first time on _11/15/2017_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL,). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX,) built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Date: _11/9/2021_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jan 10 2021_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: ___November 1 2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/01/20_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ██████████████████          Date: 11-10-21

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on ___11/10/21___ (Date) by
████████████████████  (Name of Person Making Statement).

_Signature of Notary Public_

Notary Public, 9206607
Title or Rank

My Commission Expires: ___11-16-24___

5 pages / Affidavits

(Seal)

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___June 26, 2019___ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: ___Dec. 15, 2021___

## <u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)</u>

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____04/25/2020_____
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ██████████████        Date: _11-10-2_

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on  11/10/21  (Date) by
███████████████████  (Name of Person Making Statement).

Signature of Notary Public

Notary Public, 920607
Title or Rank

My Commission Expires: 11-16-24                                    (Seal)

5 pages / Affidavits

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

<u>**XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)**</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first **acquired** XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____       Date: _____

VICKI WARRIOR
NOTARY PUBLIC - State of Kansas
My Appt. Exp.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name ███████████████ and I am 18 years of age or older.
   [full/legal name]

2. I reside at █████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___4/13/2020___ ████████████
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption ████.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset █████.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL. DEX █████.

Signature of Affiant ████████████████     Date: _5/17/2022_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___9 APRIL 2018___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮         Date: _24 MAY 2022_.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/18/2020_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: __11/05/2021_____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___2/1/2018___
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮        Date: 11/29/21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████ _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____11.11.2017_____.

   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ███████████████     Date: ____04.11.2021_____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/16/2020___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████        Date: __1/10/2022__

State of MISSOURI, County of JACKSON
On this 10th day of January, 20 22,
before me the undersigned notary public personally appeared _____
personally known or proved to me through satisfactory evidence of identification to be the person(s) whose name(s) is/are signed on the preceeding or attached document and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

_Akeela Brown_
Signature of Notary Public
My Commission Expires __10/13/25__

AKEELA BROWN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 13, 2025
JACKSON COUNTY
COMMISSION #21123439

<u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)</u>

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12 / 1 / 2018_ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize
   XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy
   consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other
   digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin
   and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to
   acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████        Date: _7/12/2021_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/01/2018___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████          Date: 05/24/2022

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: _____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___9/11/2021___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████          Date: 11/4/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 5/3/2020 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████ _____    Date: 11/1/2021 _____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country].

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04_/_11_/_2018_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____    Date: _11_/_06_/_2021_

STATE OF FLORIDA
COUNTY OF VOLUSIA
Sworn to and subscribed before me this _6th_ day
of _Nov_  _2021_ by _____

_____
Notary Public Signature

_Katherine Collins_
Printed Name of Notary

Katherine Collins
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG971104
Expires 3/18/2024

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___April 24, 2020___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: ___11/01/2021___

State: Florida
County: Duval

Subscribed and sworn to me by Matthew Firm on November 1st, 2021

*Lola Denise Strickland*

Lola Denise Strickland
Notary Public, State of Florida

LOLA DENISE STRICKLAND
Notary Public - State of Florida
Commission # HH137805
Expires on June 4, 2025

Exp: 06/04/2025

HH137805

Produced Pennsylvania DRIVER LICENSE

Notarized online using audio-video communication

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇,

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02/15/2021 .

   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ▇▇▇▇▇▇▇▇▇         Date: 11/03/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/04/2019___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: ___11-29-2021___

Elizabeth Danielle Whitlock
State At Large, Kentucky
Notary Public
Commission No. KYNP11971
My Commission Expires 7/24/2024

My Commission Expires 07/24/2024

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 3/20/2019
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.


Signature of Affiant: ▮▮▮▮▮▮▮▮         Date: 11/4/2021

Betty Jean Jackson 11/4/21

BETTY JEAN JACKSON
COMMISSION EXPIRES
NOTARY
PUBLIC
MARCH 18, 2024
FRANKLIN COUNTY, GEORGIA

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   [full legal name]

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08 -28 - 2020___ .
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ⬛⬛⬛⬛⬛   Date: __11 - 3 - 21__

DATE: 11·3·2021
COUNTY: DONA ANA
NEW MEXICO

Official Seal
CAMERON CULPEPPER
Notary Public
State of New Mexico
My Comm. Expires 1-24-22

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on   June 15TH 2019.
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: December 7TH 2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/28/2019___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮          Date: ___11·2·21___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is ███████████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___07/25/2020___.
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████        Date: ___11/4/2021___

LORNA R. MARCOUX
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
12/10/21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02/06/2020__.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████████████  Date: 05/25/22

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear;

1.  My name is ██████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___05/28/2019___.
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████████████████          Date: __11 · 2 - 21__

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/21/2020_____ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: ____11/02/2021____

## XRP HOLDER AFFIDAVIT (XRPL DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/25/2020___
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: May 26 2022

Sworn this
21st day of May 2022

NOTARY PUBLIC

GERALD PIGOTT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PI6085853
Qualified in Nassau County
My Commission Expires: 12 3 23

**XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)**

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on <u>05/06/2021</u>
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████        Date: 05/23/2022

## <u>XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/01/2021___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████     Date: ___03/10/2022___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ [blacked out] and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ [blacked out]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/20/2022___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: [blacked out]          Date: 3/8/22

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____████████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████████_____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/12/2019_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ___████████_____     Date: ___11/03/2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12_/_17_/_2020___.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████     Date: __11/15/2021__

BRYAN DIAZ
Notary Public, State of Arizona
Yavapai County
Commission # 568498
My Commission Expires
August 15, 2023

11-15-21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **09/20/2019** _____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ███████████████   Date: 11/03/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __**10/30/2019**__.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████████   Date: __**05/24/2022**__

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __1/6/2018_____.
    **[mm/dd/yyyy]**

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____      Date: __12/10/21__

MARCIA A CALDARONI
Notary Public, State of Rhode Island
My Commission Expires Feb. 27, 2023

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/03/2019_
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████        Date: _5-26-22_

Scanned with CamScanner

## XRP HOLDER AFFIDAVIT (XRPL DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02/02/2019
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮    Date: 1502-2021

Country of Canada
Province of Quebec

The foregoing instrument was acknowledged before me by means of physical presence this 2nd day of November 2021 by ▮▮▮▮▮▮▮ who have produced Driver's License as identification.

*[signature]*
Notary Public

Printed name: Philippe GOUGEON, notary

My Commission Expires: NOT APPLICABLE

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
**[full legal name]**

2. I reside at _____.
**[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/14/2013_____.
**[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: ___11/05/2021____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/01/2021 .

   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████████        Date: 11/04/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11-24-2020 from Coinbase__.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: __12-01-2021__

First Citizens Bank   4/21/2022 3:46:44 PM   PAGE   7/008   Fax Server

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - **CATEGORY 4B**)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02-10-2020___
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ███████████                    Date: ___04-20-2022___

BARBARA BRITT
Notary Public - State of Florida
Commission # HH 13835
My Comm. Expires Jun 18, 2024
Bonded through National Notary Assn.

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09 / 28 / 2021_____.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: __08 / 11 / 2021__

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07-19-2019___.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ███████████████    Date: ~ 11-8-2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/03/2017_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____        Date: ___11/17/21_____

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on/before _02/06/2015_ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: 2/26/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _os/os/2010_ .
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮   Date: 11/04/2021

LUCAS UNDERWOOD
Resident of Vanderburgh County, IN
Commission Expires: February 6, 2025
Commission # 696395

11-4-21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __08/18/2020__.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮        Date: __11 - 15 - 21__

Joseph Jinkyu Jung
JOSEPH JINKYU JUNG
Notary Public, State of Texas
Comm. Expires 03-03-2025
Notary ID 132952802          11/15/2021

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 3B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Dec  04  2020_
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████         Date: _May 25, 2022_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08_/_2020_.
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮        Date: _11. 4. 21_

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __03__/__@__/__2021__
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its _____, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____          Date: __11/3/2021__

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/03/21___ .
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮     Date: ___Nov 19 2021___

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2016 _____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ██████████████     Date: NOVEMBER 5, 2021

Affidavit # 4,515

Signed and sworn before me, Jorge Molina Mencia, Public Notary, by ████████
████████, of the personal circumstances before mentioned and whom
I give faith of knowing personally. In San Juan, Puerto Rico, on November
5, 2021.

RECIBO
4U21-03568216

Sello

JORGE MOLINA MENCIA
714
ABOGADO - NOTARIO

9397
10/29/2021
$5.00

Sello de Asistencia Legal
81214 2021-1029-42801073

## XRP HOLDER AFFIDAVIT AND ■■■ (XX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/03/2017
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____   Date: 11/9/2021

11/9/2021
State- N.H.
County Strafford

_____ M. MURPHY, Notary Public
My Commission Expires September 1, 2026

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __09/15/2021_____.
   **[mm/dd/yyyy]**

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ⬛⬛⬛⬛⬛⬛⬛    Date: _11/9/21_____

See attached notary wording dated 11/09/21

11 | 09 | 2021

# FORM FOR WITNESSING
# OR ATTESTING A SIGNATURE

Commonwealth of Pennsylvania

County of Northampton

Signed (or attested) before me on ___11 | 09 | 2021___

by █████████████████████████████████.

Commonwealth of Pennsylvania - Notary Seal
Amy E. Pudliner, Notary Public
Northampton County
My commission expires July 15, 2025
Commission number 1400155
Member, Pennsylvania Association of Notaries

_____
Notary Public

_____
Printed Name

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/22/2020
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or store value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. That allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ███████████████     Date: 4/25/2021

CALIFORNIA JURAT WITH AFFIANT STATEMENT                    GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer(s), not Notary)

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me

on this _____ day of November, 20 __,

by _____

_____
(and _____ )

_____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Signature of Notary Public

Place Notary Seal and/or Stamp Above

────────────────── OPTIONAL ──────────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

M1364-08 (09/19)

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER – CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08·06·2020____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant ████████████████     Date: 11·2·21

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *02/07/2021* _____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XPPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████          Date: *01/17/2022*

## XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____2018 year_____
   [mm/dd/yyyy]

5. I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6. I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7. I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: _____     Date: 11-15-2021

Notary Public _____

**XRP HOLDER AFFIDAVIT (XRPL/DEX USER - CATEGORY 4B)**

Under oath, I solemnly swear:

1   My name is ████████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _09/05/2015_
    [mm/dd/yyyy]

5.  I am a user of the XRP Ledger ("XRPL"). I acquired XRP in order to utilize the XRPL. I utilize XRP and the XRPL because of its transaction speed, low costs, and/or its minimal energy consumption.

6.  I first acquired XRP for its utility and not for investment purposes. I acquired XRP to transfer other digital assets, currencies, and/or send value to others utilizing the XRPL. Digital assets like Bitcoin and Ethereum are too slow and/or too expensive to utilize as a bridge or transfer asset.

7.  I've also utilized the decentralized exchange ("DEX") built within the XRPL. This allows me to acquire and/or trade other assets built and/or traded on the XRPL DEX.

Signature of Affiant: ████████████████     Date: _11/09/21_