# Exhibit 167
# (Part 23 of 26)

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___3/15/2020___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮          Date: 3-15-2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/07/2021___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮    Date: __11/11/21__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/01/2020___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████     Date: ___11/01/2021___

**XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)**

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/20/2020___ .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████████          Date: _11 - 2 - 2021_

_Jamesly Jean-Charles_
_06/10/25_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/10/2020_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: _11/2/21_

State Of Texas
County Of Bell

Sworn to and subscribed before me
this __2__ day of _November_ 20_21_
by ████████████████
_____ Notary Public

JOSHUA LANCE MCCANN
Notary Public, State of Texas
Comm. Expires 05/05/2022
Notary ID 133474527

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

*5*

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *01-30-2020*_____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: *12-11-21*

# CALIFORNIA NOTARIAL CERTIFICATE
# (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Diego_

Subscribed and sworn to (or affirmed) before me on this _11th_ day of _December_, 20 _21_, by ███████████████, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Cwooden_.          (Seal)

C. WOODRING
Notary Public - California
San Diego County
Commission # 2372646
My Comm. Expires Aug 28, 2025

DOCUMENT: XRP Holder Affidavit
(Retirement- Category 5)

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___03-13-2018___
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____          Date: 11-8-21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name i█████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *11/23/2020 (For My Retirement Account)*
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affia████████████████████████ Date: *11/3/21*

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **10/24/2017**
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████        Date: **11/5/21**

State of _Alabama_
County of _Baldwin_
Subscribed and sworn to (or affirmed) before me this
_5th_ day of _November 2021_
By ████████████████
Personally known _____ OR produced identification _✓_
Type of identification produced _AL DL 7661896_

_Derek M. Nelson_
Notary Public

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ███████████████████████████ and I am 18 years of age or older.

2.  I reside at ████████████████████████████████████████

    _(street name, city, state, ZIP code, country)_

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 11-01-2020

    _(mm/dd/yyyy)_

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of SEC v. Ripple Labs Inc., my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the SEC v. Ripple Labs Inc. case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████      Date: 11-15-21

BRENDA L TAYLOR
"OFFICIAL SEAL"
Notary Public, State of Illinois
My Commission Expires Mar 13, 2023

11-15-21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 02/02/2021 _____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of SEC v. Ripple Labs Inc., my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the SEC v. Ripple Labs Inc. case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮   Date: 04-10-2022

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I sole███████████████████████

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*Feb of* 2/20/18___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████████   Date: ___11/4/21___

Chatham County, North Carolina
I certify that the following person(s) appeared this day, each acknowledging to me that he or she signed the foregoing document: XRP Holder
Date: 11/4/21  Official Signature of Notary
Notary Public, Expires: 03/31/2023

CAROL G. SCHIRMER
NOTARY PUBLIC
CHATHAM COUNTY, NC

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *8 / 7 / 2019*
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP, I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and increased stress.

Signature of Affiant: ████████████████     Date: *11 / 13 / 2021*

State of: *MN*          County of: _____
On this *13* Day of *November*, 20 *21*, before
me, the undersigned Notary Public, personally appeared
████████████████████████████
proved through satisfactory evidence of identification, which
were *NO*, to be the person whose name is signed
on the preceding or attached document and acknowledged

*Shmika Jackson Director*
Your Name            Notary Public
My commission expires:
*01/31/23*

SHMIKA IDEAL JACKSON
Notary Public
Minnesota
My Commission Expires January 31, 2023

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/28/2018_____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮        Date: __11/08/21__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11 / 19 / 2020___.

   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████   Date: ___11/3/2021___

Mary Frances Frieling
NOTARY PUBLIC for the
STATE OF MONTANA
Residing at Great Falls, MT
My Commission Expires
September 19, 2022

*Mary Frances Frieling 11-3-2021*

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/06/2018_____ .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▉▉▉▉▉▉▉▉        Date: 11/2/2021

*[signature]* 11/2/2021

OFFICIAL STAMP
JUSTIN REAKES
NOTARY PUBLIC – OREGON
COMMISSION NO. 978702
MY COMMISSION EXPIRES AUGUST 28, 2022

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name ██████████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████████

   [street name, city, state, zip code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/20/2019

   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████    Date 11/07/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I ███████████████████████████████████

1. My name ███████████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ███████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___3-20-2019___

   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████████     Date: ___5-27-2022___

LOU ANN BOYD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
My Commission Expires   12-Feb-2028
Acting in the County of _____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████████████████████
   ██████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/18/2007_____.

   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████████████████          Date:
____11/15/2021_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/30/2020 _____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____       Date: 11/12/2021 _____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/02/2017
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮   Date: 4/11/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/26/2018___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

Signature of Affiant ▉▉▉▉▉▉▉▉▉▉   Date: __11/02/2021__

DEBRA KING
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 16, 2022

Debra King
11-02-2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/22/18_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Aff[_____]          Date: _____11/04/2021_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/07/2017_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds ███████████████ trade and/or convert my XRP has caused me to experience signi███████████████

Signature of Affiant: ████████████████     Date: 11/9/21

**Sworn to before me and
subscribed in my presence**
this 9th day of November 20 21
(seal) Valerie Ann Andrick Notary Public

Valerie Ann Andrick
Notary Public, Maine
My Commission Expires October 23, 2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on ___4|26|20___ .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████    Date: ___11|4|21___

*(notary public seal: NOTARY PUBLIC, STATE OF FLORIDA, Cristina Turcotte, My Commission # HH 149472, Expires 8/23/2025)*

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/03/2020_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████    Date: 11-05-2021

NOTARY DOCUMENT
ATTACHED

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ Placer )

On _November 5, 2021_ before me, Jorge Mario Castillo Castaneda
Notary Public, personally appeared ████████████████████████,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____                    (Seal)

COMM #2347220
Notary Public · California
Placer County
Comm. Expires Feb 16, 2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 17/09/2018.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████     Date: 06/11/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/17/2017_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: __11/1/2021__

State of Oregon
County of Coos
This record was acknowledged before me on Nov 1, 2021
by ████████████████

OFFICIAL STAMP
Tonia Sue Sage
NOTARY PUBLIC - OREGON
COMMISSION NO. 1014680
MY COMMISSION EXPIRES     July 18, 2025

Tonia Sage
Notary Public - State of Oregon

My commission expires: 7/18/2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ December 2017 _____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████████     Date: 5/25/22

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name s ███████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _August 4, 2020_ .

   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ██████████████████     Date: _11-12-2020_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████ _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/17/2017___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: _1/1/7/21_

November 5th, 2021

████████████████
DULCE SARAI CASTANEDA
Notary Public, State of Texas
Comm. Expired 03-25-2024
Notary ID 132573180

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06-06-2021___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP, I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or endorsements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████   Date: 11-09-2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/12/2020 .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: █████████████    Date: 11/3/21

<u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/21/2020_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████            Date: 11/8/2021

*Sworn to and subscribed before me this
8th day of November, 2021*

*Rande Miller*, Notary Public

RANDE MILLER
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 12-11-2024

### XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/20/2020___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: _11-03-2021_



## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 07/22/2019 _____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____     Date: __11-22-21__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ ___ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01 /04 /2020___ .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: _1-7-21_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/24/2021_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████_____   Date: Nov.2/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/11/2021_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____        Date: _____11/04/2021_____

witnessed by

Ivan Calligaro JP
Justice of the Peace
Western Australian Reg. No: 29545

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __03/09/2020__
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████     Date: __11/4/21__

C. Noel Eades

My Commission Expires
July 25, 2028

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ▮▮▮▮▮▮▮▮▮▮
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 08/14/2020
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my brokerage suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮   Date: 11/4/2021

JANICE D. SMALLS
Notary Public, Chatham County GA
My Commission Expires Oct. 1, 2023

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11-05-2019__.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affi███████████████████   Date: _11-2-2021_

Brenda  Elaine  Black ©

Notary   Brenda Elaine Black ©
Exp-     July 22 2025
Date     11-3-21

Brenda Elaine Black
Notary Public
State of Washington
Commission Number 21025240
My Commission Expires
July 22, 2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/05/2019___
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: ___11-28-21___

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____04/29/2020_____.
    **[mm/dd/yyyy]**

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮        Date: ___11/4/21___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████████
   [street name, city, state, ZIP code/country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Nov/01/2017___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of SEC v. Ripple Labs Inc., my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the SEC v. Ripple Labs Inc. case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████████         Date: ___5/11/2021___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/26/2020 .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account. I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████   Date: 11-12-21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **|full legal name|**

2. I reside at ████████████████████████████████████.
   **|street name, city, state, ZIP code, country|**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/01/2020_.
   **|mm/dd/yyyy|**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████    Date: _11/26/2022_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02 / 04 / 2020_
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant:  11-2-2021

## Acknowledgement

STATE OF North Carolina

COUNTY OF Cherokee

I certify that ██████████ personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: XRP Holder Affidavit (Retirement - Category S)

<span style="font-size:small">Name or description of attached document</span>

I further certify that (select one of the following identification options):

☑ I have personal knowledge of the identity of the principal(s)

☐ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a _____
<span style="font-size:small">type of identification</span>

☐ A credible witness, _____, has sworn or affirmed to me the
<span style="font-size:small">name of credible witness</span>
identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: 11-2-2021 _____

_____
<span style="font-size:small">Notary Public</span>

Dixie P. Morgan
<span style="font-size:small">Typed or Printed Notary Name</span>

(Official Seal)

My commission expires: April 10, 2026

*[Notary seal: Dixie P. Morgan, Notary Public, Cherokee County, NC]*

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 11/6/2020 _____

   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience █████████████████████████████

Signature of Aff█████████████████████     Date: _____ 11/2/2021 _____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/14/2020___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████   Date: 11/23/21

**CALIFORNIA JURAT**                                          GOVERNMENT CODE § 8202

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California

County of _Fresno_

Subscribed and sworn to (or affirmed) before me on

this _23ʳᵈ_ day of _November_, 20 _21_, by
    *Date*        *Month*        *Year*

(1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(and (2) _____ ),
               *Name(s) of Signer(s)*

DARLA AUSTIN
NOTARY PUBLIC · CALIFORNIA
COMMISSION # 2340964
FRESNO COUNTY
My Comm. Exp. January 31, 2025

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
               *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

———————————— **OPTIONAL** ————————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit (Retirement Category 5_

Document Date: _11/23/2021_         Number of Pages: _2_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/05/2020_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████████        Date: _11-03-21_

## Acknowledgement

STATE OF North Carolina
COUNTY OF Cherokee

I certify that ███████████ personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: XRP Holder Affidavit (Retirement-Category 5)

Name or description of attached document

I further certify that (select one of the following identification options):

[✓] I have personal knowledge of the identity of the principal(s)

[ ] I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a _____.

type of identification

[ ] A credible witness, _____, has sworn or affirmed to me the

name of credible witness

identity of the principal, and that he or she is not a named party to the foregoing document, and has no interest in the transaction.

Date: November 2, 2021

_____
Notary Public

Dixie P. Morgan
_____
Typed or Printed Notary Name

My commission expires: April 10, 2026

*(Official Seal)*

Dixie P. Morgan
Notary
Public
Cherokee County, NC

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/19/2020___ .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████████   Date: 11-1-2021

Personally known to me

Wendy Burnett

WENDY BURNETT
Notary Public, State Of Florida
Commission No. HH 174723
My Commission Expires 9-11-2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08-21-2020____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant _____     Date: __11-2-2021__

Laura L. Chavez
Notary Public - State of Michigan
County of Wayne
My Commission Expires 07/30/2027
Acting in the County of Wayne

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 11/1/2017 _____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: 11/3/2021

State of TEXAS
County of _Orang_
Sworn to and subscribed before me on the
03ʳᵈ day of _November_ _2021_
by ██████████████████

CHRIS ANTHONY
Notary Public, State of Texas
Comm. Expires 03-28-2022
Notary ID 125615585

_Notary Public, Texas_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/29/2018___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of ██████████████████████        Date: _5 Nov 2021_

Dated this _5_ day of November 2021 at Joint Base Elmendorf Richardson, Alaska.

Tasha M. Hood, SSgt, AK ANG
Notary Public Authorized Under
10 U.S.C. 1044A

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/16/2019
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████      Date: 5/27/22

### XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    [your legal name]

2.  I reside at ████████████████████
    [street address, city, state, zip code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on *10/01/2017*
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of SEC v. Ripple Labs Inc., my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the SEC v. Ripple Labs Inc. case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or any family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████████    Date  *11/4/2021*

*11/4/2021*

████████████████████ *ully appeared*

*before me.*    *Cheri Owsher*
*Cheri Owsher*

<u>XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 8)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple..), its executives, or affiliates

4. I acquired XRP for the first time on ___10-13-2020___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates  Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████     Date: _____

Karelia Lovelace
Notary Public
New Jersey
My Commission Expires 3/5/2024
No. 50100221

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __9/8/2020__.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my **XRP** funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮   Date: _11/21/2021_



TIMOTHY A MALVASO
NOTARY PUBLIC, STATE OF CONNECTICUT
My Commission Expires July 31, 2025

## <u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/30/17___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████   Date: __11/05/2021__

⁂ See attached ⁂
acknowledgment

State of Oregon} ss
County of Deschutes}

On this 8th day of _November, 2021, before me, Jennifer Ann Schossow, a Notary
Public in and for said state, personally appeared █████████████, known or
identified to me to be the person(s) whose name(s) is/are subscribed to the within
Instrument and acknowledged to me that he/she/they executed same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the
day and year in this certificate first above written.

Notary Public for the State of OR_____
Residing at:    Oregon_____
Commission Expires: _____6/10/2024_____

OFFICIAL STAMP
JENNIFER ANN SCHOSSOW
NOTARY PUBLIC-OREGON
COMMISSION NO. 1000961
MY COMMISSION EXPIRES JUNE 10, 2024

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/4/2020___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: 11-23-2021

**CALIFORNIA JURAT**                                    GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Fresno_

Subscribed and sworn to (or affirmed) before me on

this _23d_ day of _November_, 20 _21_, by
      _Date_       _Month_       _Year_

(1) ████████████████████████████

(and (2) _____ ),
            _Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DARLA AUSTIN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2340964
FRESNO COUNTY
My Comm. Exp. January 31, 2025

Signature _Darla Aust_
            _Signature of Notary Public_

*Place Notary Seal and/or Stamp Above*

——————————— **OPTIONAL** ———————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Affidavit ( Retirement - Category 5)_

Document Date: _11/23/2021_ _____ Number of Pages: _2_

Signer(s) Other Than Named Above: _None_

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __2 / 10 / 2021__.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████     Date: 11/03/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/ 16/2021___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: __11/2/21__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08/23/2018____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant _____          Date: ____November 1, 2021____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/26/2020_.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████   Date: _11/02/2021_

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF *Cumberland*

Sworn to (or affirmed) and subscribed before me
this _2nd_ day of _Nov_, 202_1_, by ███████ *Taryn M Yohn*

_Taryn M Yohn_
Notary Public's Signature         Notary Name
Personally Known _____ OR
Type of Identification Produced *PA DL*

Commonwealth of Pennsylvania - Notary Seal
TARYN M YOHN - Notary Public
Cumberland County
My Commission Expires Mar 28, 2024
Commission Number 1268149

# XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ███████████████████████████.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired **XRP** in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired **XRP** for the first time on _____08/09/2018_____
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████    Date: 11/2/2021

11/2/2021

*Regina W. Butcher*

**REGINA W. BUTCHER**
Notary Public, State of New York
No. 01BU6213143
Qualified in Westchester County
Commission Expires November 2, 20__25

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___10/26/2020___.
    **[mm/dd/yyyy]**

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████████        Date: __11/11/2021__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/18/2020_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████████        Date: _11-8-2021_

TERESA PURVIANCE
Notary Public- State of Oklahoma
Commission Number 17008502
My Commission Expires Sep 12, 2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __12 / 17 / 2020__
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____   Date: __11/8/21__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/16/2017___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____   Date: __11/04/2021__

This certificate pertains to a certified copy of _Affidavit_ (title), consisting of _2_ pages copied by _Nolan Thuma_ (name of notary) on _11/4/21_ (date).

**Copy Certification by Notary Public**

State of Georgia
County of _Pickens_

On this _11/4/21_,
_(date)_

I certify that this is a true, correct and complete copy made by me from the original record in the

possession of _███████████████████_

and that, to the best of my knowledge, the original record is neither a public record nor a publicly

recordable document, certified copies of which are available from an official source other than a

notary public.

_(signature of notary public)_
Notary Public, State of Georgia

My commission expires: _9/20/25_

NOLAN THUMA
NOTARY
Stamp/Seal
EXPIRES
GEORGIA
September 20, 2025
PUBLIC
PICKENS COUNTY

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Sept / 2017____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮    Date: ___Oct 31 2021___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____████████████_____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ___████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*04 · 19 · 2020*___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ___████████████        Date: ___*11 · 03 · 21*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**　　　　　　**CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California　　　　　　　　　　　　　)

County of ___Orange___　　　　　　　　　　)

On _November 3rd, 2021_ before me, _Karina Citlali Octamendez (notary public)_ ,
　　　　_Date_　　　　　　　　　　　　_Here Insert Name and Title of the Officer_

personally appeared ███████████████████_____
　　　　　　　　　　　　　　　　　　　_Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> KARINA CITLALI OCTAMENDEZ
> Notary Public · California
> Orange County
> Commission # 2357301
> My Comm. Expires May 12, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　　　_Signature of Notary Public_

_Place Notary Seal Above_

───────────────────── **OPTIONAL** ─────────────────────

_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit 5_ Document Date: _11/3/21_

Number of Pages: _1_ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5907

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  09/24/2020  .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Aff ▆▆▆▆▆▆▆▆▆▆   Date:  05/23/2022

Nov 04 21, 06:22p        Tithe & Taxes                    18552045020                    p.8

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/30/2019___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____        Date: __11/03/2021__

OFFICIAL SEAL
**Rodney Armijo**
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires ___5/1/2025___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01 - 03 - 2021
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████████        Date:  11 - 7 - 21

## <u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/18/2019___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮   Date: _11-4-21_

Notary Public ▮▮▮▮▮▮▮▮▮

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [first legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country)]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/11/2017_
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of SEC v. Ripple Labs Inc., my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the SEC v. Ripple Labs Inc. case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████       Date: _11/9/2021_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name i⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jan 10 2021_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ___⬛⬛⬛⬛⬛_____     Date: ___November 1 2021_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear;

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/03/2018___
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮

Date: 11/5/21

STATE OF HAWAII
CITY AND COUNTY OF HONOLULU } SS.

SUBSCRIBED AND SWORN to before me this
3rd day of November 2021

*[signature]*
Notary Public, First Judicial Circuit
State of Hawaii
My commission expires: 11/16/2023

*[Notary Seal: LAUREEN KUBOTA NOTARY PUBLIC Comm. No. 91-406 STATE OF HAWAII]*

Doc. Description: XRP Holder
Affidavit (retirement - Category 5)

Doc. Date: 11/5/21   No. Pages: 1st

*[signature]* Laureen Kubota
Notary Printed Name   Jud. Circuit

*[Notary Seal: LAUREEN KUBOTA NOTARY PUBLIC Comm. No. 91-406 STATE OF HAWAII]*

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___June 26, 2019___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: █████████████████      Date: ___Dec 15, 2021___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/22/2019_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████████        Date: ᴊᴏᴠ 2, 2021

State of Colorado County of _____
Subscribed and sworn before me on _____
(Date)
_____
(Notary Signature)

BRIAN VICKER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174026527
MY COMMISSION EXPIRES JUNE 23, 2025

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __4/13/2020__.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings. ▮▮▮▮

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies. ▮▮▮

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case. ▮▮▮

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so. ▮▮▮

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress. ▮▮▮  5/31/2022

Signature of Affiant: ▮▮▮▮▮▮▮▮        Date: __5/31/2021__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __10/23/2019__.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant _____   Date: __11/15/2021__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1   My name is _____████████████_____ and I am 18 years of age or older.
                        [full legal name]

2.  I reside at ████████████████████████████████████
                 [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 9/13/20 _____
                                              [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9   My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: __████████████████__        Date: 12/1/21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▬▬▬▬▬▬▬▬▬▬▬▬ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/11/2018___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▬▬▬▬▬▬▬▬    Date: _11/28/21_

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/24/2020_.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████ Date: _05/23/2022_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __5/11/2020__ .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: 11/4/2021

State of __Florida.__
County of __Orange__
On this __6__ day of __November 2021__
before me personally appeared ████████████
to me known to be the person who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.
SEAL (signed) __Diana Green__
   NOTARY PUBLIC

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01/01/2018

   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████     Date: 5/24/2022

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   {full legal name}

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/20/2021_____
   {mm/dd/yyyy}

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of SEC v. Ripple Labs Inc., my broker suspended all trading of XRP. I cannot sell my XRP, I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the SEC v. Ripple Labs Inc. case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ▓▓▓▓▓▓▓▓         Date: 05/11/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ **05/28/2020** _____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Af███████████████████████████e: 11/1/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/04/2019___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience s██████████

Signature of Affiant ███████████        ___11-29-2021___

Elizabeth Danielle Whitlock
State At Large, Kentucky
Notary Public
Commission No. KYNP11171
My Commission Expires 07/24/2024

*Elizabeth Whitlock*

My Commission Expires 07/24/2024

## <u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 3/20/2019 .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████     Date: 11/4/2021

Betty Jean Jackson 11/4/21

*[Notary seal: BETTY JEAN JACKSON, COMMISSION EXPIRES MARCH 18, 2024, NOTARY PUBLIC, FRANKLIN COUNTY, GEORGIA]*

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___7/1/2021___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affi██████████████    Date: __11/1/2021__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮ and I am 18 years of age or older.

2. I reside at ▮▮▮▮▮▮▮▮

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/05/2020

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▮▮▮▮▮▮▮▮          Date: 11/4/2021

MAGDELYN ARIAS ONATE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AR6017497
Qualified in Queens County
My Commission Expires _____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/28/2019___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ██████████████████████   Date: __11-2-21__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12-02-2019___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____        Date: _11-05-2021_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/28/2019 _____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience ████████████████████

Signature of Af███████████        Date: _____ 11-2-21 _____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/22/2020_____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████     Date: __11-8-2021__

Acknowledgement - Arkansas Individual Acknowledgement

State of Arkansas

County of Crawford

On this the 8th day of November , 20 21 before me   Gabriel Linker , a
Notary Public, appeared the within named ███████████ known to me or
satisfactorily proven to be such person whose name(s) is/are stated and acknowledged that
he/she/they have so signed, executed, and delivered said instrument for the uses and
purposes therein mentioned and set forth.

In testimony whereof, I have hereunto set my hand and official seal on this 8th day of
November , 20 21 .

GABRIEL LINKER
Notary Public - Arkansas
Crawford County
Commission # 12714540
My Commission Expires May 21, 2031

_____
Notary Signature

My Commission Expires: 05/21/2031

## Description of Attached Document

Title or Type of Document: XRP Holder Affidavit

Document Date: 11/08/2021          Number of Pages: 1

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/10/2019___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date: __11/12/21__

State of _TX_, County of _Dallas_
The foregoing instrument was acknowledged before me
this _12_ day of _November_, 20 _21_,
by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
_Drew Casaday_, **Notary Public**.
My Commission Expires _05/05/2025_

DREW M. CASADAY
Notary Public, State of Texas
Comm. Expires 05-05-2025
Notary ID 131119350

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _January 30th, 2021_ .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████   Date: _Nov 3rd, 2021_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP on the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  5/8/2020
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP, I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or endorsements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____          Date: 1-3-2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05 / 16 / 2017 _____
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____         Date: 11 / 3 / 2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant _____     Date: 11-22-21

Notary: Ashish Maurya

Commonwealth of Pennsylvania - Notary Seal
ASHISH MAURYA - Notary Public
York County
My Commission Expires July 22, 2025
Commission Number 1403838

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/17/2019___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affi███████████████   Date: ___11/2/2021___

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of _Michigan_

County of _Kent_ } ss.

☑ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____

| *Signature of Document Signer No. 1* | *Signature of Document Signer No. 2 (if any)* |

Subscribed and sworn to (or affirmed) before me

this __2nd__ day of __November__, __2021__, by
      *Day*         *Month*      *Year*

███████████████████████████

_____
*Name of Signer No. 1*

JANET CASTELLANO
Notary Public – State of Michigan
County of Ottawa
My Commission Expires Mar 10, 2023
Acting in the County of _Kent_

_____
*Name of Signer No. 2 (if any)*

_____
*Signature of Notary Public*

*Place Notary Seal/Stamp Above*

*Any Other Required Information*
*(Residence, Expiration Date, etc.)*

---------------------- **OPTIONAL** ----------------------

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit_

Document Date: _11/02/2021_ Number of Pages: _1_

Signer(s) Other Than Named Above: _no other signers_

©2020 National Notary Association

M2010-02 (09/2021)
Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   [full legal name]

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _20-05-2020_
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience sign⬛⬛⬛⬛

Signature of Affiant: ⬛⬛⬛⬛⬛⬛        Date: _15 - 11 - 221_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____11/20/2017____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████          Date: 5/20/22

*duly sworn on May 24, 2022*

*Lisa Lewis*

LISA LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6184203
Qualified in Bronx County
My Commission Expires 03-31-2024

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/30/2017___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: __11/19/21__

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Frances Elizabeth Morris
ONB Bank, Inc. / PO Box 138 Berkeley Springs, WV 25411
My Commission Expires 1/24/2024

*Frances E Morris*
11/19/21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____**10/30/2019**_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████        Date: **05/24/2022**

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12_/_03_/_2019_
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████    Date: 5-26-22

## <u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *08/09/2018* .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████        Date: *02/11/21*

WITH THE UNITED STATES ARMED FORCES
AT NAS JRB NEW ORLEANS, BELLE CHASSE

*W Hanson*

Elaine Hanson. U.S. Navy JAGC
Federal Notary. Under Authority of 10 U.S.C. § 1044a
Office of the Judge Advocate General of the Navy
Commission Expires: Indefinite

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is ██████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 01/01/2020 .
    **[mm/dd/yyyy]**

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: 11/04/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____19/11/2020_____
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____          Date: _____02/11/2021_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  11-24-2020 from Coinbase  .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████         Date:   12-01-2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01 / 14 / 2020_.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████████ ate: 11/01/2021

Notary Public MZ 11/01/2021
See Attached

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            }

COUNTY OF _Santa Cruz_ }

Subscribed and sworn to (or affirmed) before me on this ___1ˢᵗ___ day of _November_, _2021_
                                                              Date              Month          Year

by ████████████████████████

_____
Name of Signer

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

M. ZARAGOZA
COMM. # 2333028
NOTARY PUBLIC - CALIFORNIA
SANTA CRUZ COUNTY
COMM. EXPIRES SEP 1, 2024

Seal
Place Notary Seal Above

-------------------------------- **OPTIONAL** --------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _X R P Holder Affidavit_

Document Date:_____

Number of Pages:_____

Signer(s) Other Than Named Above:_____

## **XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/28/2017___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____     Date: __11/3/2021__

XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07-19-2019___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████     Date: __11-8-2021__

**XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)**

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __10/05/2020__.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████     Date: __11-15-21__

JOSEPH JINKYU JUNG
Notary Public, State of Texas
Comm. Expires 03-03-2025
Notary ID 132952802

11/15/2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I ████████████████████████████████

1. My name is ████████████████████████████████ I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *Dec 04 2010*

   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience ████████████████████████

Signature of Affiant ████████████████████    Date: *May 23 2022*

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/16/2019___

   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████    Date: 11/6/21

11/6/2021

SAHRISH R GAZI
Notary Public - State of New Jersey
My Commission Expires Jun 22, 2026

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
[full legal name]

2. I reside at ████████████████████████████████
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/02/2020 IN THIS IRA ACCOUNT___
[mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience sign██████████████████

Signature of Affiant: ___████████████████___   Date: ___0/02/24___

State of Connecticut
County of ██████████ on ████████
On this the ████ day of ████, 20██, before me,
████████████, the undersigned officer, personally
appeared ██████████ known to me (or satisfactorily
proven) to be the person(s) whose name(s)
subscribed to the within instrument and acknowledged
that ████████ executed the same for the purposes
therein contained.
In witness whereof I hereunto set my hand.

___████████___
[Signature of Notary Public]
[My Commission Expires: _____]

**JOY SHERWOOD**
*NOTARY PUBLIC*
My Commission Expires Apr. 30, 2026

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear.

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/14/2020_
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP, I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ██████████████████        Date: _1/19/2022_

PLEASE SEE NEXT PAGE
FOR NOTARIAL CERTIFICATE
***NOTARY PUBLIC***

STATE OF HAWAII

CITY AND COUNTY OF HONOLULU   } ss

## Sworn Statement

Subscribed and sworn to (or affirmed) before me on this ___19th___ day of ___JANUARY___, 2022, by ████████████ who proved to me on basis of satisfactory evidence to be the person(s) who appeared before me.

Jhomar Sarmiento, Notary Public
My commission expires:   07/28/2023

Document description: XRP HOLDER AFFIDAVIT (Retirement- Category S)

Date of document: 01/19/2022   Number of pages:   2

Date of notarization: 01/19/2022

Notary Public signature

Jhomar Sarmiento
Notary Public, State of Hawaii, First Circuit Court
Commission No. 19-302

## <u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08__ / _2020_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____     Date: _11·4·21_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 25/03/2017 _____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being ▓▓▓▓▓▓▓▓▓▓▓▓ to trade and/or convert my XRP has caused me to experience significan▓

Signature of Affiant: _____          Date: _____ 07/11/2021 _____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07/03/2020_ .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____        Date: _11/12/21_

CALIFORNIA JURAT

GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___ LA Angeles ___

Subscribed and sworn to (or affirmed) before me on

this __6th__ day of __November__, 20__21__, by

Date                    Month                    Year

(1) ████████████████████████████

(and (2) _____ ).

Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature ___Angeli M. Tan___

Signature of Notary Public

ANGELI M. TAN
Notary Public – California
Los Angeles County
Commission # 2358111
My Comm. Expires Apr 27, 2023

Place Notary Seal and/or Stamp Above

---

OPTIONAL

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document

Title or Type of Document: __XRP HOLDER AFFIDAVIT__

Document Date: __Nov 6, 2021__                    Number of Pages: __one__

Signer(s) Other Than Named Above: __N/A__

2018 National Notary Association

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on 06 / 19 / 2020
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____    Date: 11/9/2021

State Of Oregon
County of Washington
Sonya Strawn personally
Appeared before me on
11/9/2021

Carl: Andrea Whiteley

OFFICIAL STAMP
CARLIN ANDREA WHITELEY
NOTARY PUBLIC-OREGON
COMMISSION NO. 987034
MY COMMISSION EXPIRES MAY 23, 2023

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/09/2019_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds b████████ and my inability to trade and/or convert my XRP has caused me to experience signifi██████████ and/or stress.

Signature of Affi████████████████████   Date: 11/8/21

*notarized 11/8/2021*

*Allison Braet*

Allison Braet
Notary Public, State of New York
No. 01BR6120366
Qualified in Suffolk County
Commission Expires 12/20/2024

## XRP HOLDER AFFIDAVIT (RETIREMENT CATEGORY 5)

Under oath, I declare as follows:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/14/2018
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of an enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ████████████████   Date: 11-3-2021

## <u>XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)</u>

Under oath, I solemnly swear:

1.  My name is ██████████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _03/30/2018_____.
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████████     Date: _11-10-2021_

*Mariah Qualls*
11-10-2021

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/21/2018___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____     Date: ___11-1-21___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___5/18/2020___.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████   Date: Nov 02 2021 11:44 PDT



# Certificate of Completion

## Summary

**Document ID :** ███████████████████████████

**Document Name :** CATEGORY 5.pdf

**Sent by :** ████████████████████

**Organization :** MPS LIFELINE LLC

**Sent on :** Nov 2, 2021 11:44 PDT

**Completed on :** Nov 2, 2021 11:44 PDT

**Sign order :** Random

**No. of documents :** 1

**Signers :** 1

**Receives a copy :** 0

**Approvers :** 0

## Recipients

███████████████
Signer

**Emailed on :** -

**Viewed on :** -

**Signed on :** Nov 2, 2021 11:44 PDT

Signature
████████████████

**Accessed from :** ████████████

**Device used :** Web

**Authentication type :** None

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▉▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _**8/1/2017**_.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ▉▉▉▉▉▉▉▉▉▉     Date: _11/5/2021_

DIANA FRANCISCA HERNANDEZ
Notary ID #132890950
My Commission Expires
January 27, 2025

05 Nov 21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/27/2018_____ .
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████     Date: 12/26/2021

Dec 26, 2021 8:49:57 PM

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/20/2020_____.
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____     Date: __10/31/2021_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10_/_17_/_2019___.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████   Date: __11/7/2021__

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name ███████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09-06-2020_____.
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant ███████████████████     Date: 11 2 21

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████
   [Street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on $\underline{O1/30/2021}$ .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ███████████████   Date: $\underline{Nov\ 3/21}$

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ ████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ ████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 10 / 2020 _____ .
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ██████ _____     Date: 11/12/21

SEE ATTACHED DOCUMENT
CN, NOTARY PUBLIC
11-12-21

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12 day of November , 20 21 , by ████████████

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CAROLINA A. NEWMAN
Notary Public · California
Los Angeles County
Commission # 2367514
My Comm. Expires Jul 24, 2025

(Seal)                    Signature _Carolina A Newman_

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __2018 year__
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____     Date: 11-15-2021

Notary Public

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is █████████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at █████████████████████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05 / 01 / 20___.

   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: █████████████████████████

Date: ___11/2/2021___

State of North Carolina   Cleveland County
On this __2__ day of __Nov__ 20 __21__

█████████████████████████████
personally appeared before me, and proved to me through
satisfactory evidence of identification, to be the person
whose name is signed on the preceding or
attached documents in my presence.

___Diane of Bragg___
Notary Public
My Commission Expires ___8-25-25___

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ▬▬▬▬▬▬ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▬▬▬▬▬▬
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/16/2017___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ▬▬▬▬▬▬          Date: ___11/02/2021___

Notary Public State of Florida
Victoria T. Moore
My Commission GG 271047
Expires 02/02/2023

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _10/16/2020_.
    [mm/dd/yyyy]

5.  I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6.  Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7.  My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8.  When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9.  My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: _____   Date: _11/8/21_

Acknowledgement - Arkansas Individual Acknowledgement

State of Arkansas

County of Crawford

On this the 8th day of November , 20 21 before me Gabriel Linker ☒ , a
Notary Public, appeared the within named ▮▮▮▮▮▮▮▮ known to me or
satisfactorily proven to be such person whose name(s) is/are stated and acknowledged that
he/she/they have so signed, executed, and delivered said instrument for the uses and
purposes therein mentioned and set forth.
In testimony whereof, I have hereunto set my hand and official seal on this 8th day of
November , 20 21 .

GABRIEL LINKER
Notary Public - Arkansas
Crawford County
Commission # 12714590
My Commission Expires May 21, 2031

Notary Signature

My Commission Expires: 05/21/2031

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit

Document Date: 11/08/2021                    Number of Pages: 1

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06/04/2019_____
   **[mm/dd/yyyy]**

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ██████████████████   Date: _November 2, 2021_____

SEE ATTACHED
DOCUMENT

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ San Diego _____ )

On _November 02, 2021_ before me, Patsy M. Rosado Martinez Notary Public,
(insert name and title of the officer)

personally appeared ██████████████████████████
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PATSY M. ROSADO MARTINEZ
COMM. #2227886
Notary Public - California
San Diego County
My Comm. Expires Jan. 7, 2022

## XRP HOLDER AFFIDAVIT (RETIREMENT – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ ____ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04 / 21 / 20_____

   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement account. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████ ____     Date: _11 - 2 - 21_____

## XRP HOLDER AFFIDAVIT (RETIREMENT - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/01/2019___
   [mm/dd/yyyy]

5. I hold XRP in a licensed brokerage retirement **account**. My XRP funds represent a significant portion of my life savings.

6. Because of the enforcement action filed in the matter of *SEC v. Ripple Labs Inc.*, my broker suspended all trading of XRP. I cannot sell my XRP. I cannot convert my XRP into Bitcoin, Ethereum, or any other digital asset. I cannot convert my XRP back into U.S. dollars or other fiat currencies.

7. My XRP retirement funds have been frozen until there is a resolution of the *SEC v. Ripple Labs Inc.* case.

8. When I acquired the XRP in my retirement account, I did not rely on any promises, statements, or inducements of Ripple, its executives, or affiliates. Because my XRP funds are frozen, if I or my family experienced a life-altering event that required the need to access my XRP funds, I would be unable to do so.

9. My XRP funds being frozen and my inability to trade and/or convert my XRP has caused me to experience significant anxiety and/or stress.

Signature of Affiant: ████████████████   Date: 11/04/21

Notary Public _____

JARROD ALLEN ORR
NOTARY
ID NO. 663104
MY COMMISSION
EXPIRES
11/28/2024
PUBLIC
STATE AT LARGE, KY