# Exhibit 167
# (Part 24 of 26)

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 08 | 2 3 | 2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

████████████████████████

Signature of Affiant ████████████████   Date: 11/2/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/02/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████         Date: 11/25/2021

DECLARED BEFORE ME at Vancouver
in the Province of British Columbia
this 25th day of November 2021

_A Commissioner for taking Affidavits in
the Province of British Columbia_

**FAIZAL NURANEY**
*Barrister & Solicitor*
**LOGICA LAW**
#215 - 179 DAVIE STREET
VANCOUVER, B.C.   V6Z 2Y1
TEL: 604-969-0899  FAX: 604-969-0898

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 01 /21 /2020 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████    Date: 11 /01 /2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/07/2019___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████   Date: Nov 1, 2021

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of** _Riverside_ } s.s.

Subscribed and sworn to (or affirmed) before me on this _1st_ day of _November_,
Month

20_21_, by _▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮_ and
Name of Signer (1)

_____, proved to me on the basis of
Name of Signer 2

satisfactory evidence to be the person(s) who appeared before me.

NATANAEL JACQUES
Notary Public - California
Riverside County
Commission # 2330559
My Comm. Expires Jul 30, 2024

Signature of Notary Public

Seal

———————— OPTIONAL INFORMATION ————————

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

The certificate is attached to a document titled/for the purpose of

containing _____ pages, and dated _____

| Additional Information |
|---|
| Method of Affiant Identification |
| Proved to me on the basis of satisfactory evidence: |
| ○ form(s) of identification   ○ credible witness(es) |
| Notarial event is detailed in notary journal on: |
| Page # _____   Entry # _____ |
| Notary contact: _____ |
| Other |
| ☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____ |

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __29__/__05__/__2020__
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████         Date: __3__, __11__, __2021__

FRANK G. NYHAN
11 Market Square, Mallow, Co. Cork
Notary Public for the County of Cork
Commissioned for Life

3/4/21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __3-15-2020__

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant ███████████████     Date: __12-15-2021__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  10/13/2018
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 11/1/2021

*The appropriate California notary form is attached.*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                          CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                )
County of __Los Angeles_____          )

On __11/01/2021____ before me, __Mehran Khorramian, Notary Public_____
      *Date*                                   *Here Insert Name and Title of the Officer*

personally appeared █████████████████████████████████████

_____
                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                        *Signature of Notary Public*

MEHRAN KHORRAMIAN
COMM. # 2308819
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 9, 2023

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: ____Affidavit_____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____ 17

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____        Signer's Name: _____
☐ Corporate Officer — Title(s): _____       ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General              ☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact           ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator    ☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____           ☐ Other: _____
Signer Is Representing: _____        Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/08/2021___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Binance, and/or other trading platforms). By staking/loaning my XRP on those platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: _11/11/21_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/21/2020___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████    Date: _11/10/2021_

STATE OF TEXAS          §
                        §
COUNTY OF TARRANT       §

Subscribed and sworn to before me, a Notary Public in and for the state and county, on this __10th__ day of November 2021.

_____

Notary Public
in and for The State of Texas

My Commission Expires: _03-05-2023_

SARAH BRIGHT
Notary Public, State of Texas
Comm. Expires 03-05-2023
Notary ID 13192796-8

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/29/2017_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: 11/03/2021

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County Of *SOLANO*

Subscribed and sworn to (or affirmed) before me on this *3* day of *NOVEMBER* 2021,

by ████████████████████████

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

NANCY SHOEMAKER
Notary Public - California
Solano County
Commission # 2362361
My Comm. Expires Jul 17, 2025

Page 2 of 3 - 9/21/2021

Affidavit – Uninsured Deed

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _3/17/2020_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████████████   Date: _11/2/2021_

**NAINA PATEL**
Notary Public, State of Michigan
County of Wayne
My Commission Expires October 5, 2026
Acting In the County of _Wayne_
Nainapatel  11/2/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I are 18 years of age or older
   [full legal name]

2. I reside at ███████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____
   [in mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████     Date: 11/3/21

LOUIS J LONDINO
Notary Public
State of Washington
Commission # 20121220
My Comm. Expires Aug 3, 2024

11/3/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/18/2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant: ████████████████     Date: __05/23/2022__

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02 / 07 / 2020___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████     Date: __11 / 04 / 2021__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _30.5  2017_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _5.11.2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████████████ and I am 18 years of age or older.

    **(full legal name)**

2.  I reside at ████████████████████████████████████████.

    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on  05/28 / 2017

    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 11/8/21

Sworn to and subscribed
before me this
8th day of Nov, 2021

Sylvia H. Siwiak

SYLVIA M. SIWIAK
Notary Public, State of New Jersey
Commission # 50034157
My Commission Expires 3/11/2025

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02/00/2013 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████   Date: 3/11/2021

SWORN IN THE PRESENCE OF JOHN ANTHONY
LINDSAY OLIVER, NOTARY Public, 13 High Street,
Hawick D9 9DH

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *November 23, 2020*.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮   Date: *November 3, 2021*

*Carolyn Evans*
*Notary Public*

Instrument was notarized as
to signatures only, and Notary
does not verify the truthfulness,
accuracy or validity of document

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____09/26/2017_____.
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████   Date: _____11/02/2021_____

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/21/2020_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████_____   Date: _11/2/21_

See Attachment   *Notary*

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**

On **Nov. 02, 2021**   before me,   **Patricia McCann**   , Notary Public,

(Here insert name and title of the officer)

personally appeared ████████████████ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Patricia McC_

Signature of Notary Public

(Notary Seal)

> PATRICIA MCCANN
> Notary Public - California
> Los Angeles County
> Commission # 2298908
> My Comm. Expires Aug 23, 2023

═══════════════════════════════════════════

## ADDITIONAL OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

### DESCRIPTION OF THE ATTACHED DOCUMENT

XRP Holder Affidavit (XRP Collateral/Staking -

(Title or description of attached document)

**Category 6)**

(Title or description of attached document continued)

Number of Pages __1__   Document Date 11/02/2021

\*   \*   \*   \*

(Additional information)

### CAPACITY CLAIMED BY THE SIGNER

☐ Individual (s)
☐ Corporate Officer

_____
(Title)

☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/06/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮          Date: 3/Nov/2021

## Jurat – Verification Upon Oath or Affirmation

State of **Oklahoma**
County of **Tulsa**

Signed and sworn to (or affirmed) before me on this **3rd** day of **Nov.** , in the year 20**21**
by [redacted] making statement.

```
DESTINY PRICER
Notary Public - State of Oklahoma
Commission Number 20000374
My Commission Expires Jan 10, 2024
```

_____
Notary Signature

My Commission Expires: **January 10, 2024**
My Commission # **20000374**

### Description of Attached Document

Title or Type of Document: **XRP Holder Affidavit (XRP Collateral/staking category 6)**

Document Date: **November 3, 2021**   Number of Pages: **1**

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)**

Under oath, I solemnly swear;

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/20/2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _11 - 2 - 2021_

Jamesly Jean-Charles

06/10/25

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08-27-2020___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▓▓▓▓▓▓▓▓▓▓    Date: __11/3/21__

Acknowledgement

State of Michigan

County of _WAYNE_____

On __NOvember 3_, 20 _21_ before me, the undersigned notary public,
personally appeared

███████████████████████████

_____, who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on
the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument

Signature_____

Printed name_____Dontell  Cokley__

Notary Public, State of Michigan,
Commissioned in County of ____WAYNE___
My commission expires____MAY 22 , 2027_
Acting in County of_____WAYNE_

DONTELL COKLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2027
ACTING IN COUNTY OF  WAYNE

# XRP HOLDER AFFIDAVIT (XRP COLLATERAL STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __5 / 15 / 2017__
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████████   Date: 11 / 3 / 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___July 15, 2017___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████          Date: _Nov 15, 2021_

POOJA GROVER
NOTARY PUBLIC
REG. NO.
7855851
COMMISSION
EXPIRES
DEC. 31, 2023
COMMONWEALTH OF VIRGINIA

Pooja Grover
11/15/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/14/2020_ .

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: _11/04/2021_

County/City of _Anne Arundel_
State of Maryland
Subscribed and sworn to before me, in my presence,
this ___ day of _November_ 2021
by ███████████████████████
                                    Notary Public
My commission expires _7/24/2025_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/22/2019 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████   Date: 12/08/2

Carol Hollis

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  12 / 15 / 2017 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: 11 / 03 / 2021

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ████████████████████████, and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*Dec  2 017*___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ██████████████████   Date: ___*DEC 7, 2021*___

*Dec. 7, 2021*
*Com. No. 767791*
*Exp. 11/02/2025*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06 / 20 / 2020_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _4 - 11 - 2021_

STATE OF _Minnesota_
COUNTY OF _Anoka_
SUBSCRIBED AND SWORN TO BEFORE ME
THIS _4_ DAY OF _November_, 2021
BY ████████████████
NOTARY PUBLIC

**BENJAMIN J TWAIT**
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2022

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear;

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮   Date: 11/23/2021

State of: Oklahoma
County of: Oklahoma

The forgoing document was acknowledged before me 2 day of November 2021

_Wenda R Winnes_
Notary Public

2/18/2024
My Commission Expires

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____18 /01/ 2019._____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____     Date: _02 |11 | 2021____

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/10/2020 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                    Date: 11/9/2021

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of _IL_

County of _McHenry_ } ss

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer(s), not Notary)

_____        _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this _09_ day of _November_, _2021_ by

Day        Month        Year

_____
Name of Signer No. 1

AMY L ZABINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires May 17, 2025

_____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

Place Notary Seal/Stamp Above        Any Other Required Information
(Residence, Expiration Date, etc.)

_____ OPTIONAL _____

Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M2010-02 (09/2021)
Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ~~April 10 2022~~ 2020
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                                          Date: 5-25-2022

## Notary Acknowledgment

State of OREGON

County of LINN

This Affidavit was signed and sworn to (or affirmed) before me on **May 25, 2022** by ▮▮▮▮▮▮▮▮▮, who proved his identity to me through government-issued photo identification.

Notary Public – State of Oregon

My commission expires: April 25, 2023

OFFICIAL STAMP
SAMANTHA ELIZABETH HEATHCOTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 986810
MY COMMISSION EXPIRES APRIL 25, 2023

SEAL

///
///
///
///
///
///
///
///
///
///
///

### Document Description

This certificate is attached to an Affidavit consisting of 1 page and originally dated 5/25/2022.

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on *01-30-2020* .
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████████    Date: *12-11-21*

# CALIFORNIA NOTARIAL CERTIFICATE
# (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 11th day of December, 20 21, by ███████████████, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature  _Cwoooln_  (Seal)

C. WOODRING
Notary Public - California
San Diego County
Commission # 2372646
My Comm. Expires Aug 28, 2025

Document: XRP Holder Affidavit
(XRP Collateral / Staking - Category 6)

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ___ ████████████████████████ ___.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08/10/2020 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: _____ 11/03/2021 _____

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05 / 26 / 2021 _____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my
   ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate
   a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or
      other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn
      interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: Nov. 2. 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/12/2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: 11/4/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  12/17/2020
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████        Date: Nov. 7 2021

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08132017_.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affia████████████████     Date: _11032021_

I, the undersigned Suzanne Åstedt, Notary Public in Mölndal, Sweden, do hereby certify, that ████████████ has signed this document in my presence and proved his identity.

Mölndal, this the 3ʳᵈ day of November 2021
Ex officio:

Suzanne Åstedt

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ▮▮▮▮▮▮ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ▮▮▮▮▮▮▮▮▮▮▮▮ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/19/2020 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s): B

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____ ▮▮▮▮▮▮ _____     Date: _____ 11/03/2021 _____

**<u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>**

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on <u>03-19-2018</u>
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: <u>11-03-2021</u>

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1   My name is ███████████████ and I am 18 years of age or older.
       [full legal name]

2.   I reside at ████████████████████████████
            [street name, city, state, ZIP code, country]

3   I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4   I acquired XRP for the first time on  *02-25-2019*
                                            [mm/dd/yyyy]

5.   I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit

6   I utilize XRP itself in the following way(s):

     a   I utilize my XRP as collateral to obtain financing, and/or
     b.   I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████         Date: *11-1-21*

OFFICIAL SEAL
JOSLYN HALL
NOTARY PUBLIC - GEORGIA
MUSCOGEE COUNTY
My Commission Expires Apr. 7, 2025

*11/1/2021*

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is █████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01 / 10 / 2018
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: █████████████         Date: 04/11/21

4ᵗʰ November 2021

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___MAY - 06 - 2017___
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing, and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Binac, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮  Date: _MAY - 08 - 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Jan 9th 2021_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████        Date: _11/2/2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/20/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: ___11/5/21___

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Placer___

Subscribed and sworn to (or affirmed) before me
on this __5th__ day of __November__, 20__21__,
by
        *Date*              *Month*              *Year*
(1) _____

(and (2) _____ ),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

MICHAEL HAZELTON
Notary Public - California
Placer County
Commission # 2360926
My Comm. Expires Jul 10, 2025

Signature _____

*Place Notary Seal Above*          *Signature of Notary Public*

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ _09/14/2020_____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant

Date: _11/04/2021_

County/City of _Anne Arundel_
State of Maryland
Subscribed and sworn to before me, in my presence,
this _4_ day of _November_, _2021_
by _____
_____ Notary Public
My commission expires _7/24/2025_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired **XRP** in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/07/2017___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: __11/8/21__

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older
[full legal name]

2. I reside at ███████████████████████████████████████
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12 / 1 / 2017_
[mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████   Date: _11. 2. 2021_

_(Notary's official signature)_
_(Commission expiration date)_

CLARA GALLEGOS GONZALEZ
NOTARY PUBLIC
STATE OF WISCONSIN

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____04/26/2021____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████████   Date: __11/2/2021__

[Notary seal: DOMINIQUE CHESTER, MY COMMISSION EXPIRES MARCH 27, NOTARY PUBLIC, MASSACHUSETTS]

701 Blue Hill Ave
Boston MA 02124

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12 / 6 / 2017___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____   Date: _11- 4-2021_

STEVE WARNER
Notary Public, State of Texas
Comm. Expires 06-03-2025
Notary ID 126762378

_____
NAME
_11-4-2021_
DATE

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___2/16/2018___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/5/21__

# JURAT FORM

A notary public or other officer completing this certificate verifies **only the identity** of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                                    )

COUNTY OF _San Diego_                                  )

Subscribed and sworn to (or affirmed) before me on this _6_ day of

_Nov_ , 20_21_  by ████████████████████████

proved to me on the basis of satisfactory evidence to be the person(s) who appeared

before me.

_____ (NOTARY SEAL)
NOTARY PUBLIC SIGNATURE

--- OPTIONAL INFORMATION ---

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT

TITLE OR TYPE OF DOCUMENT _XRP Holder Affidavit_

DATE OF DOCUMENT _Nov 6, 2021_

When executing a jurat, a notary shall administer an oath or affirmation to the affiant and shall determine, from satisfactory evidence, that the affiant is the person executing the document. The affiant shall sign the document in the presence of the notary.

To order supplies, please contact MacGlone Insurance Services, Inc. at (916) 464-0808.

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   10/17/2020
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: 11/3/2021

signed: ▮▮▮ ▮▮▮
11-3-2021

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [Street name, city, state, ZIP code, county]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11 - 2 / - 2020_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or realize necessary financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████   Date: _11 - 15 - 21_

BRENDA L. TAYLOR
"OFFICIAL SEAL"
Notary Public - State of Illinois
My Commission Expires Nov 11, 2023

11-15-21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/9/2020___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

████████████████████

Signature of Affiant                    Date: ___1/16/2021___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 02/02/2021 _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 01-10-2022

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  0 1 / 1 9 / 2 0 2 0
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████   Date: 11 - 3 - 21

Subscribed and sworn to before me
this 3 day of Nov, 20 21
████████
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 1/30 2025

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06/ 13/ 2018_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _11/11/2021_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/24/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ____11/2/2021____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/09/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _____11/02/2021_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am ███ years of age.

2. I reside at ████████████████████████████████████

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time in november 2020.

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████         Date: 11/02/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/26/2017_____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).


Signature of Affiant _____     Date: __11/9/21__

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of ___Alameda___ )

On _Nov 4 2021_ before me, _Romi Verma, notary public_
　　Date　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared ████████████████████████
　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Romi Verma_
　　　　　Signature of Notary Public

Place Notary Seal Above

───── OPTIONAL ─────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _XRP Holder Motion Control Stacking_
Document Date: _January 6_　　　Number of Pages: ___
Signer(s) Other Than Named Above: ___

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ___
☐ Corporate Officer — Title(s): ___
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ___
Signer Is Representing: ___

Signer's Name: ___
☐ Corporate Officer — Title(s): ___
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ___
Signer Is Representing: ___

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/17/2020_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: _11/01/2021_

_Kirie M. Clem_
_4-17-23_

<u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/20/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: _11-10-21_

STATE OF TEXAS           §
                        §
COUNTY OF TARRANT        §

Subscribed and sworn to before me, a Notary Public in and for the state and county, on this _10th_ day of November 2021.

Notary Public
in and for The State of Texas

My Commission Expires: ___03-05-2023___

SARAH BRIGHT
Notary Public, State of Texas
Comm. Expires 03-05-2023
Notary ID 13192796-8

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ᵃᵖᵖʳˣ 03/10/2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████        Date: 11/09/2021

STATE OF WEST VIRGINIA
COUNTY OF Cabell
The foregoing instrument was acknowledged before me this
11-9-21 by ███████████
My commission expires July 24, 2024
Melissa M. Roberts
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
MELISSA M. ROBERTS
823 8th Street
Huntington, West Virginia 25701
My Commission Expires July 24, 2024

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.

2. I reside at ██████████████

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _or about 9 February 2021_.

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████          Date: _1 November 2021_

COMMONWEALTH OF KENTUCKY          }
                                 } ss:
COUNTY OF JEFFERSON              }

The foregoing Affidavit was acknowledged, subscribed and sworn to before me under penalty of perjury by C. Dodd Harris IV this _1_ day of _November_ 2021.

My commission expires: _10/21/2023_
Notary ID: _633977_

NOTARY PUBLIC, STATE AT LARGE

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____11/16/2020_____
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____      Date: __11/2/2020__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/15/18___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████

Date: 12-9-21

ANNA M WATSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires October 20 2024
Acting in the County of _Wayne_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/22/2020___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: __11/03/2021__



BOBIC ALVA
My Notary ID # 132545897
Expires June 30, 2024

11/03/21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/10/2021_.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████      Date: _12/14/2021_

**FLORIDA JURAT**
**FS 117.05(13) — Effective January 1, 2020**

State of Florida

County of ESCambia }

Sworn to (or affirmed) and subscribed before me by means of

☑ Physical Presence,

— **OR** —

☐ Online Notarization,

this 14 day of December 2021 by

| Day | Month | Year |

▮▮▮▮▮▮▮▮▮▮▮

*Name of Person Swearing or Affirming*

Adrian Wartenbe

*Signature of Notary Public — State of Florida*

Adrian Wartenbe

*Name of Notary Typed, Printed or Stamped*

ADRIAN WARTENBE
Notary Public - State of Florida
Commission # GG 964304
My Comm. Expires Mar 2, 2024

*Place Notary Seal Stamp Above*

☑ Personally Known

☐ Produced Identification

Type of Identification Produced: FL DL

D500-111-88-139-0

──────── **OPTIONAL** ────────
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit (cat 6,9,4b, 2B, 1B)

Document Date: N/A                    Number of Pages: 5

Signer(s) Other Than Named Above: None

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/02/2019 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████   Date: 11/2/2021

See attached

Notarial Acknowledgement

State of Arizona

County of _Maricopa_

On this _2nd_ day of _November_ , 20_21_, before me personally

appeared ████████████████ , whose identity was proven

to me on the basis of satisfactory evidence to be the person who he or she claims to be, and
acknowledged that he or she signed the above/attached document.

(seal)     

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/17/2020_____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: _05/25/2022_____

**Notary Acknowledgment**

State of OREGON

County of LINN

This Affidavit was signed and sworn to (or affirmed) before me on **May 25, 2022** by ████████████ who proved his identity to me through government-issued photo identification.

Notary Public -- State of Oregon

OFFICIAL STAMP
SAMANTHA ELIZABETH HEATHCOTE
NOTARY PUBLIC-OREGON
COMMISSION NO. 986810
MY COMMISSION EXPIRES APRIL 25, 2023

My commission expires: April 25, 2023                SEAL

///
///
///
///
///
///
///
///
///
///
///

**Document Description**

This certificate is attached to an Affidavit consisting of 1 page and originally dated 5/25/2022.

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____09/06/2018_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: __11/2/2021__

_(signature)_ 11/2/2021

OFFICIAL STAMP
JUSTIN REAKES
NOTARY PUBLIC – OREGON
COMMISSION NO. 978702
MY COMMISSION EXPIRES AUGUST 28, 2022

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __09/27/2017__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮     Date: __11-5-2021__

EDNA E. GRANADOS
ID #131171373
My Commission Expires
June 23, 2025

The State of Texas

County of _Val Verde_

   Before me, _Edna E Granados_ (insert the name and character of the officer),

on this day personally appeared ████████████████, known to me (or

proved to me on the oath of _____ or through _Nevada Driver License_

(description of identity card or other document) to be the person whose name is subscribed to

the foregoing instrument and acknowledged to me that he/she executed the same for the purposes

and consideration therein expressed.

(Seal)

```
EDNA E. GRANADOS
ID #131171373
My Commission Expires
June 23, 2025
```

   Given under my hand and seal of office this _5_ day of _November_, 20_21_.


_____
(Notary's Signature)
Notary Public, State of Texas

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___6/3/2019___.
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████   Date: _11/3/2021_

Kaylee Tweedy-Brown
KAYLEE TWEEDY-BROWN
Commission Number 832194
My Commission Expires
6·1·24

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/27/2017___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affian ████████████████     Date: 11-5-2021

EDNA E. GRANADOS
ID #131171373
My Commission Expires
June 23, 2025

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is █████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  05/15/2016
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant █████████████████████   Date: November 2/2021

Francisco Javier Gomez Jimenez, a Commissioner, etc., Province of Ontario, for Gomez Paralegal Services, limited to work done within the permitted scope of practice of a Licensed Paralegal in Ontario.

November 2, 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  04/08/2020
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant ███████████        Date: 11-3-21

KIMBERLY S. THOMAS
Notary Public, Georgia
Chatham County
My Commission Expires
August 07, 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ███████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _09 . 22 . 2017_ .
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████      Date: _03 · 11 · 2021_

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I    reside    at _____████████████████████████_____.
   ███████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/18/2007_____.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ___████████████_____          Date:
___11/15/2021_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Dec 29 2017_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: _11-4-2021_

State of Texas Guadalupe County
Sworn to and subscribed before
me on the __4__ day of _November_ 20 _21_

_[signature]_
Notary Public's Signature

MARLA LEVY
Notary Public, State of Texas
Comm. Expires 10-21-2024
Notary ID 130871804

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02/12/2021
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████          Date: 11/02/2021

*Whereby I certified This is a true document.*

*John Wai Man M1*

*CPA Ontario 3409569*

*Nov 2, 2021*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/11/2020 _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████     Date: 11/2/2021



Dylan Davy
Notary Public
In and For the State of Ohio
My Commission Exp:
08 July 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____17/12/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████████     Date: ____02/11/2021____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___3 – 15 – 2021___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to gene a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, an other trading platforms). By staking/loaning my XRP on these platforms, I'm able to interest and/or receive additional compensation (i.e., additional cryptocurrencies).

███████████████████████

Signature of Affiant ██████████████████     Date: _11 / 26 / 21_

State of _North Carolina_
County of _Cumberland_
This instrument was acknowledged before me
on __ day of ___, 2021 by ████████████████
_____
Notary Public's Signature
My Commission Expires: _12/18/2021_

[Notary Seal: ANTOINETTE O'BRIEN-SANDERS · NOTARY PUBLIC · HOKE COUNTY, NC · My Comm. Exp.]

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 7/6/17
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: 11/24/21

Jurado y suscrito ante mi por █████████████████

mayor (es) de edad, _____

y vecino (s) de _____ Puerto Rico _____

a quien (s) doy fe de conocer personalmente jura(n) y suscriben (n)

_____

En _San Juan_____, Puerto Rico a _29_ de _Noviembre_ de 20 _21_




Notario Público



## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.

    **|full legal name|**

2. I reside at _____ ██████████ _____.

    **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/30/2020___.

    **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████   Date: ___11/12/2021___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  09/02/2017
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 14/11/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07 / 08 / 2018___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████     Date: __11-02-2021__

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/26/2018___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮   Date: _11/02/2021_

DEBRA KING
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 16, 2022

Debra King
11-2-2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/08/2021___.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████   Date: 2ND NOVEMBER 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ █████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ███████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 1/24/2018 _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: █████████████    Date: _____ 11/1/2021 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on May 11, 2020.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████   Date: 11/04/6

**State of Washington**

County of Benton

Signed or attested before me on 11·4·21 (date) by ███████████

(Seal or stamp) WENDY CASAS
Notary Public
State of Washington
Commission # 76939
My Comm. Expires Jul 20, 2024

Wendy Casas
Signature

Notary
Title

My appointment expires: July 20, 2024

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on ___4/26/20___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████      Date: ___11/4/21___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ██████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/12/2017 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____ ██████████ _____      Date: _____ 11/02/2021 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/25/2017___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮   Date: 4 Nov - 2021

SUBSCRIBED AND SWORN TO
NOV 3 5 2021





## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/09/2018__
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████     Date: 06/11/2021

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _03 / 02 / 2020_
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms) by making/loaning my XRP on these platforms. I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: Nov 4, 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   [full legal name]

2. I reside at _____

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on  05-20-2020
   02

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date: 11-09-2020

State of Oregon
County of Washington
                    personally
appeared before me on
11/9/2021,

Carlin Andrea Whiteley

OFFICIAL STAMP
CARLIN ANDREA WHITELEY
NOTARY PUBLIC-OREGON
COMMISSION NO. 987034
MY COMMISSION EXPIRES MAY 23, 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _10/20/2017_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████     Date: _11/05/2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates

4. I acquired XRP for the first time on ___ 30/04/2018 ___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing  and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).


Signature of Affiant ███████████████          Date: ___ 5/11/2021 ___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12 / 20 / 2017__ .

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████     Date: __11 / 02 / 2021__

State of Virginia
City of Winchester

Sworn to and subscribed before me this
2 day of November 20 21 by
████████████ who is personally
known or produced _____ as identification.

_Notary signature_
Notary Public

WENDY D. ROBINSON
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7751694
My Commission Expires Mar. 31 2025

Scanned with Cam

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/13/2020___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: _9 Nov '21_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/25/2013_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: _11/4/2021_

State of ████ ██████ County of ████████
Subscribed and sworn before me on ██████████
                              (Date)
_____
(Notary Signature)
(Comm. EXPIRES  03-28-2026)

KAREN RANDEL
Notary
SEAL
Public
South Dakota

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 01-15-2021 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____   Date: 11-03-2021

## Acknowledgement

State of Michigan

County of _____ _WAYNE_ _____

On _November  2_ , 20 _21_ before me, the undersigned notary public, personally appeared █████████████████████████

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature____ _____

Printed name_____ _Dontell Conley_ _____

Notary Public, State of Michigan,
Commissioned in County of ___ _WAYNE_
My commission expires____ _MAY 22 2027_
Acting in County of_____ _WAYNE_

DONTELL CONLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2027
ACTING IN COUNTY OF _WAYNE_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08/25/2020 _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   ✓ a. I utilize my XRP as collateral to obtain financing; and/or
   ✓ b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████    Date: __11/4/2021__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 0̸3/06/21 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: 12/4/21

State of Kansas
County of Johnson
Signed or attested before me on 12/4/21 by
_____
(KW)        Signature of notary public

KORY WAISNER
Notary Public-State of Kansas
My Appt. Expires 8/3/22

<u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/12/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████        Date: __11/3/2021__

TERESA WADE
NOTARY
SEAL
PUBLIC
INDIANA

Teresa Wade
660696
Dec 3, 2022

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████,
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/01/2020.___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: _03/11/2021._

Affirmed @ Hutt Valley
District court on 3rd
of November 2021, in front
of Deputy Registrar
Wynona Chadwick

Wynona Chadwick,
Deputy Registrar
Hutt Valley District Court

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____06 / 22 / 2019_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____         Date: 1 /02 - 2021

Acknowledgement

State of Michigan

County of _____ Wayne _____

On _November 2_____ 20 _21_ before me, the undersigned notary public,
personally appeared

_____, who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on
the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument

Signature _____ Joslyn May _____

Printed name _____ Joslyn Mays _____

Notary Public, State of Michigan,
Commissioned in County of _____ Oakland _____
My commission expires _____ 10.29.2026 _____
Acting in County of _____ Wayne _____

JOSLYN MAYS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Oct 29, 2026
ACTING IN COUNTY OF Wayne

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12 - 08 - 2017___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: ___10-02-2021___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ ............... and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  _05/01/2021_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████     Date: _11/02/21_____

State of Florida
County of _Leon_

The foregoing instrument was acknowledged before me this _5th_ day of _November_ , _2021_
                                                                              Year
by ████████████████
        Name of Person Acknowledging

who is personally known to me or who has produced

_FL Driver License_
        Type of Identification

as identification

_____, Notary Public
        Signature of Notary Public

_Doyle Browning_
        Name of Notary Typed, Printed or Stamped

Commission No. _HH 103784_

DOYLE BROWNING
Commission # HH 103784
Expires July 23, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____03.27.2021_____.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _____11.04.2021_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ▇▇▇▇▇▇▇ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ Feb  2019 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇       Date: _Nov  3  2021_

witnessed 3 November 2021

CPT Arment, Rachel

JUDGE ADVOCATE
10 U.S.C.
NOTARY PUBLIC
SECTION 1044b
SCCEUR

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at: _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *August 4, 2020*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____   Date: *11-12-2021*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *April 15, 2020*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▇▇▇▇▇▇▇ _____   Date: *11-1-2021*

*Notary: Briana Blake*
*11/01/2021*

Briana Zhane Blake
My Commission Expires
8/16/2025
Notary ID
133276299

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 08/01/2018 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: Nov 3rd, 2021

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 5)

Under oath, I solemnly swear:

1. My name is [REDACTED] [full legal name] , and I am 18 years of age or older.

2. I reside at [REDACTED] [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06-06-2021 _____ . [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Rhue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: [REDACTED]      Date: _11-09-2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/19/2019___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: __11-2-21__