# Exhibit 167
# (Part 26 of 26)

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
    [full legal name]

2. I reside at ████████████████████████████████.
    [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired **XRP** in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____2/11/2021____
    [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████_____     Date: __11/4/2021__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 5/3/2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████    Date: 11/1/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ██████████████████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04 / 13 / 2021___.

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ██████████████████████   Date: 2 NOV 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____██████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████████████_____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/09/2021_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ____████████████____          Date: _____02/11/21_____

I certify that this document is
a true copy of the original

Signed:.......███.......

Date:.........4/3/2022

**JR** Accountants

Chartered Certified Accountants & Registered Auditors
164 - 166 High Road, Ilford, Essex, IG1 1LL
Tel: 02089118899 Fax: 02089118917

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/06/2020_
   / **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████        Date: _29 NOV 21_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/03/2021___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Binance, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮         Date: __11/08/21__

## **XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/07/2018_.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮   Date: _11/3/2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ *09/04/2019*.
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____ Date: *11-29-2021*

Elizabeth Danielle Whitlock
State At Large, Kentucky
Notary Public
Commission No. KYNP11171
My Commission Expires 07/24/2024

*Elizabeth Whitlock*

*My Commission Expires 07/24/2024*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *02/01/2018*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: *11/1/2021*

CAROL FRASER
Notary Public State of Nevada
No. 06-109893-1
My Appt. Exp. December 6, 2022

*State Of Nevada*
*County Of Clark*

*Carol fraser*   *11/01/21*
*Notary*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  08/23/2017
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████          Date: 11/03/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12_/_03_/_2020___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████████   Date: __11/5/21__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___July 15, 2018___ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _11/4/2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _____

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04__/__01__/__2021__
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: ___Nov 1, 2021___

*Scanned by TapScanner*

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on July 11, 2019.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):
   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████   Date: 11-4-21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ 8 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Im unsure___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████          Date: 1-11-21



## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08 / 28 / 2020____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: _11-3-21_

_Cameron Culpepper_
DATE: 11-3-2021
COUNTY: DONA ANA
NEW MEXICO

Official Seal
CAMERON CULPEPPER
Notary Public
State of New Mexico
My Comm. Expires 7-24-22

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *October /2 /2000* .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████   Date: *3 Nov 2021*



## Certificate of **Acknowledgement**
(Notary Attachment)

State of Oregon )

County of Josephine County 🔽 )

On Nov. 3rd , 20 21 before me, Kassie Hertler , Notary Public
Notary's Name

in and for said county, personally appeared ███████████████████ .
Signer/Witness

_____ , and _____
Signer/Witness                              Signer/Witness

who has/have satisfactorily identified him/her/themselves as the signer(s) or witness(es) to the
above referenced document.



Notary Signature                                          Date

OFFICIAL STAMP
KASSIE DIANNE HERTLER
NOTARY PUBLIC-OREGON
COMMISSION NO. 1013952
MY COMMISSION EXPIRES JUNE 27, 2025

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Jure. 15TH 2019_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████          Date: _November 7TH 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/28/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████████    Date: 11-2-21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  _03/06/205_ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant ██████████████████     Date: __11/5/2__

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1-7 below)
☐ See Statement Below (Lines 1-7 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  San Mateo

Subscribed and sworn to (or affirmed) before me

on this ___5___ day of ___November___ ___2021___, by

(1) _____

( and (2) _____ ),

*Name(s) of Signer(s)*

CARLOS GARCIA
Notary Public - California
San Mateo County
Commission # 2375381
My Comm. Expires Oct 15, 2025

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

*Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

- - - - - - - - - - - - - - - - - - - -OPTIONAL- - - - - - - - - - - - - - - - - - - -

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

**Title or Type of Document:** XRP Holder Affidavit (XRP Collateral/staking - Category 6)

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *01/31/2021*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

✓ 6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████     Date: *05/25/2022*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __01 / 30 / 2021__
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/8/2021__

Notary Public   11-8-21
Cameron Cook

NOTARY PUBLIC OFFICIAL SEAL
CAMERON COOK
State of West Virginia
My Commission Expires January 19, 2026
47 Washington Ave. Wheeling, WV 25428-0704

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/28/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████        Date: _11-2-21_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____06/21/2021_____
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮         Date: _11/4/2021._

_Mark  11/4/2021_
_JP  103439 NSw._

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/21/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date: ___11/02/2021___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   [full legal name]

2. I reside at ⬛⬛⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01 · 01 · 2018___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ⬛⬛⬛⬛⬛⬛    Date: 25 · 05 · 2022

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____,
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/28/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _____

Assinado por :
Num. de Identificação:
Data: 2021.11.02 23:27:42 +0000

CARTÃO DE CIDADÃO

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on __12/14/2017__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████       Date: __12/6/2021__

Sworn to and subscribed before me this __6th__ day of __December__ 20 21.

By ████████████████████████

_____
Notary Public/Dallas County, Texas

ALEXSIS GONZALEZ
My Notary ID # 131902468
Expires February 21, 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____ ████████████████████████████ .

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 5th May 2021 _____ .

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _██████████████████_          Date: _____ 1st Nov 2021 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ███████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/12/2019 _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████████     Date: 11/01/2021 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/06/2018_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: _11-05-2021_

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas

County of _Harris_

Before me,

_Bernice  Castañeda  Notary Public_
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*
on this day personally appeared

▮▮▮▮▮▮▮▮▮▮
*Name of Signer*

☐ known to me
☐ proved to me on the oath of

_____
*Name of Credible Witness*

☒ proved to me through _____

_TX  Driver  License_
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_5th_ day of _November_ _2021_
*Day*          *Month*          *Year*

_____
*Signature of Notarizing Officer*

BERNICE CASTANEDA
Notary ID #128682488
My Commission Expires
March 27, 2023

*Place Notary Seal and/or Stamp Above*

---------- **OPTIONAL** ----------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP  Holder  Affidavit  (Category 6)_

Document Date: _11/5/2021_                    Number of Pages: _1_

Signer(s) Other Than Named Above: _None._

©2020 National Notary Association

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10 – August 2015___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e. Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮           Date: 3/11/2021

Signed before me
Barbara Brown @ 39a High Street
3rd November 2021.                    Littlehampton
                                      BN17 5EG

BARBARA A. BROWN
Solicitor
39a High Street
Littlehampton BN17 5EG

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 03/01/2021 _____.
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _____ 03/10/2022 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *12-25-2020*.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: *11-12-21*

JOHN P. WHOOLEY
Notary Public, Commonwealth of Massachusetts
My Commission Expires February 10, 2028

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/18/2017 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                                    Date: 2022/05/26

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ [██████] _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ [████████████████] _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2019 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____[██████]_____     Date: 10th November 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____06/20/2020_____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _3/8/22_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __04/10/2021__.
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████                    Date: 11/3/21

State of __MN__ County of _____
On this __ day of _____ 20__
personally appeared before me, and proved to me through
satisfactory evidence of identification, which were _____
to be the person whose name is signed on the preceding or
attached document in my presence.

_____ Notary Public
My Commission Expires __05/14/2023__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/30/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/5/2021__

SUBSCRIBED AND SWORN TO BEFORE ME ON
THIS ___ DAY OF _____, 20__

_____
NOTARY PUBLIC

Wendell Allen
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6416319
Qualified in Nassau County
Commission Expires 04/12/2025

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___12/17/2019___.
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____     Date: ___11/2/2021___

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of _Michigan_

County of _____ } ss.

☑ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

_Signature of Document Signer No. 1_          _Signature of Document Signer No. 2 (if any)_

Subscribed and sworn to (or affirmed) before me

this _2nd_ day of _November_, _2021_, by
   Day        Month        Year

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_Name of Signer No. 1_

JANET CASTELLANO
Notary Public – State of Michigan
County of Ottawa
My Commission Expires May 10, 202_
Acting in the County of _____          _Name of Signer No. 2 (if any)_

_Signature of Notary Public_

_Place Notary Seal/Stamp Above_          _Any Other Required Information_
_(Residence, Expiration Date, etc.)_

──────────────────── OPTIONAL ────────────────────

_Completing this information can deter alteration of the document or_
_fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit_

Document Date: _11/02/2021_          Number of Pages: _1_

Signer(s) Other Than Named Above: _no other signers_

©2020 National Notary Association

M2010-02 (09/2021)
Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORIC 5)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _20 - 08 - 2020_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████      Date: _15 - 11 - 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████ _____ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*October 13th 2017*___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████ _____      Date: _5/November/2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __**10/24/2019**_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __**05/24/2022**_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/26/2017___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of A████████████████████    Date: 11/03/2021

Del K Colanero
Notary

NOTARY PUBLIC OFFICIAL SEAL
DEBRA K COLANERO
State of West Virginia
My Commission Expires
July 29, 2022
1528 Fetty Avenue, Fairmont, WV 26554

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ██████████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on *Feb/Mar 2018*
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    (a)  I utilize my XRP as collateral to obtain financing; and/or
    (b)  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: *11-5 - 2021*

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _1_/_6_/_2018_ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____      Date: _12/10/21_

MIRELLA CALCAGNI
Notary Public, State of Rhode Island
My Commission Expires Feb. 27, 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1   My name is ███████████████████ and I am 18 years of age or older.
      [full legal name]

2.  I reside at ████████████████████████████████████████
                  [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 02 / 13 / 2019 _____
                                          [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: _____ 11/11/21 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ███████████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____ ██████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 02/09/2019 _____.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____ ████████████ _____          Date: 11/1/2021 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

**Under** oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __Nov 6th 2020__
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████        Date: _Nov 2nd, 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/2017___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████   Date: 11/13/21

State of Michigan
County of Oakland
Subscribed and sworn to (or affirmed) before me
this 13 day of Nov 2021

by ███████████

___Hanan Kataa___
Signature of Notary Public

HANAN Y KATAA
Notary Public - State of Michigan
Oakland County
My Commission Expires Jan 15, 2023
Acting in the County of Oakland

XRP HOLDER AFFIDAVIT (XRP COLLATERAL STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 02/02/2019
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████         Date: 11-02-202

Country of Canada
Province of Quebec

The foregoing instrument was acknowledged before me by means of physical presence this 2nd day of November 2021 by ███████████ who have produced Driver's Licences as identification.

_____
Notary Public

Printed name: Philippe GOUGEON, notary

My Commission Expires: NOT APPLICABLE

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/14/2013_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant: ████████████████████        Date: ___11/05/2021___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  05/16/2018
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████          Date: 05/11/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __MAY 3rd 2016__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____        Date: 01/NOVEMBER/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ [REDACTED] _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ [REDACTED] _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/4/19___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ___[REDACTED]___          Date: _H/9/21_

Signed before me on this 9th day of November 2021,

_____

My Seal expires:

SUBSCRIBED AND AFFIRMED, OR
SWORN TO BEFORE ME IN THE COUNTY
OF DOUGLAS, STATE OF COLORADO.
THIS 9th DAY OF NOV 2021.

_____
NOTARY PUBLIC, STATE OF COLORADO

ELYSE FINCHEM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204008546
MY COMMISSION EXPIRES 02/14/2024

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ [full legal name] _____ and I am 18 years of age or older.

2. I reside at _____ [street name, city, state, ZIP code, country] _____

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ Jun 15 2021 _____ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: 11. 10. 2021 _____

Sworn and signed before me
Date: 11-10-2021
Signed: Beth A Kahn
Jefferson Co WI Notary Pub
Commission Exp 2-5 2024

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/01/2020 .

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████   Date: 11/04/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____███████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ___██████████████████████████████████___.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11-24-2020 on Coinbase__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ___███████████_____   Date: __12-01-2021__

First Citizens Bank   4/21/2022 3:46:44 PM   PAGE   8/008   Fax Server

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ███████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on *03-10-2020*
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████          Date: *04-20-2022*

BARBARA BRITT
Notary Public   State of Florida
Commission # GG 124438
My Comm. Expires Jan 18, 2024
Bonded through National Notary Assn.

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ▇▇▇▇▇▇ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ▇▇▇▇▇▇▇▇▇ _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/25/2017 _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇         Date: 11/8/21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07-19-2019___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▇▇▇▇▇▇▇▇▇▇   Date: _11-8-2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____12/03/2017____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/17/21__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████
   **[street name, city, state, ZIP code, country]**
   (mailing PO Box 81 Government Camp OR. 97028)

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/08/2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████   Date: 11/05/21



Notary Signature _Taryn Renee Dinucci_

OFFICIAL STAMP
**TARYN RENEE DINUCCI**
NOTARY PUBLIC - OREGON
COMMISSION NO. 993172
MY COMMISSION EXPIRES NOVEMBER 19, 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06 · 11 · 2021___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████        Date: _02 · 11 · 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▬▬▬▬▬▬▬▬▬▬▬▬ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __03/10/2021__ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▬▬▬▬▬▬▬▬▬      Date: __11/02/2021__

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)**

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on 12/10/2017
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: 11/1/2021

# XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/29/2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11-03-2021_

Notary: Caryn K Rodman

Commission Expires: 10/21/2022

CARYN K. RODMAN
NOTARY
PUBLIC
STATE OF WISCONSIN

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on /before 05/06/2018 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇         Date: 12/25/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ [████████] _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at [████████████████████████]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/19/2020_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: [████████]          Date: 11/8/21

Commonwealth of Pennsylvania - Notary Seal
PETER O TONER III - Notary Public
Bucks County
My Commission Expires December 7, 2024
Commission Number 1352130

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 8)

Under oath, I solemnly swear:

1.  My name is ██████████████████████ and I am 18 years of age or older.
    _[full legal name]_

2.  I reside at ████████████████████████████████████████████
    _[street name, city, state, ZIP code, country]_

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _Dec. 09 2020_
    _[mm/dd/yyyy]_

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bittrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _MAY 23 2022_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   ............[full legal name]............

2. I reside at ███████████████████████████████
   ██████████ [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ~~8/01/2020~~ 12/01/2021
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following ways:

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████_____    Date: 9/14/21

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___April 12, 2019___.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___November 5, 2021___

Signed and sworn to (or affirmed) before me on 11/05/2021 by Sergio Ramirez.

MISTY L. BICE
My Notary ID # 129317728
Expires February 28, 2025

Signature of Notary
My commission expires: 02/28/2025

<u>**XRP HOLDER : PHRAM**</u>ILL ARP COLLATERAL STAKING – CATEGORY 6)

**Under oath, I solemnly swear:**

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an **XRP Holder**. I acquired **XRP** in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 16 / 2017
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my
   ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate
   a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., **Nexo, Celsius, Bitruc**, and/or
      other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn
      interest and/or receive additional compensation (i.e., **additional cryptocurrencies**).

Signature of Affiant: ███████████████          Date: NOV 12/ 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ████████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/27/17 _____.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: _____ 11/1/21 _____

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/31/2018 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮   Date: 11/5/2021

Lose certificate attached

**JURAT**

State of _Nevada_

County of _Clark_                    } ss.

Subscribed and sworn to (or affirmed) before me this

_6th_ day of _November 2021_, by

Date        Month        Year

████████████████████████████████

*Name of Signer No. 1*

~~✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦~~

*Name of Signer No. 2 (if any)*

B. CUTLER-CLARK
Notary Public-State of Nevada
APPT. NO. 14-12623-1
My Appt. Expires 01-16-2022

*Signature of Notary Public*

*Place Notary Seal/Stamp Above*

*Any Other Required Information
(Residence, Expiration Date, etc.)*

---

┌─────────────── **OPTIONAL** ───────────────┐

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder certificate-opt. 6_

Document Date: _November 5, 2021_      Number of Pages: _____

Signer(s) Other Than Named Above: _____

└────────────────────────────────────────────┘

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08__/__2020_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11. 4. 21_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ~~APROXIMATELY~~ SUMMER 2018
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████████   Date: 2 NOVEMBER 2021

State of Nebraska
County of Scropy
The foregoing instrument was acknowledged before me
this ____ day of November 2021
By ██████████████
Personally known ____ OR produced identification X
Type identification produced TX DL

Notary Public

GENERAL NOTARY - State of Nebraska
MICHAEL SMITH
My Comm. Exp. July 30, 2025

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is [███████████████████] and I am 18 years of age or older.
   [full legal name]

2. I reside at [████████████████████████████████████]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09/08/2020
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bittar, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: [████]          Date: 1/20/21

CALIFORNIA JURAT                                          GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed
the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on

this __6th__ day of __November__, 20__21__, by

Date            Month            Year

(1) ████████████████████████

(and 2) _____

Names(s) of Signer(s)

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

ANGELI A. TAN
Notary Public - California
Los Angeles County
Commission # 2303110
My Comm. Expires Apr 27, 2023

Signature ___Angeli M. Tan___

Signature of Notary Public

Place Notary Seal and/or Stamp Above

---------------------------- OPTIONAL ----------------------------

Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.

Description of Attached Document

Title or Type of Document: __XRP HOLDER AFFIDAVIT__

Document Date: __Nov 6, 2021__                     Number of Pages: __one__

Signer(s) Other Than Named Above: __N/A__

©2016 National Notary Association

<u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on Dec 19, 2017
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████         Date: Nov 16, 2021

Nov 16, 2021

SHANNON MONAHAN
Notary Public - State of New Jersey
My Commission Expires Jun 21, 2026

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/09/2019_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11/8/21_____

Notarized 11/8/2021

Allison Braet
Notary Public, State of New York
No. 01BR6120366
Qualified in Suffolk County
Commission Expires 12/20/2024

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/12/2020_____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮   Date: November 3, 2021

NOTARY CERTIFICATE
ON NEXT PAGE

## HAWAI'I ALL-PURPOSE ACKNOWLEDGMENT

STATE OF HAWAI'I

CITY AND COUNTY OF HONOLULU   } ss.

On this 3rd day of Nov, 2021, A.D.,
     Date     Month     Year
before me personally appeared

(I) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
        Name of Signer

**and**

(II)_____
        Name of Signer



to me personally known, who, being by me duly sworn or
affirmed, did say that such person(s) executed the foregoing
instrument as the free act and deed of such person(s), and if
applicable in the capacity shown, having been duly
authorized to execute such instrument in such capacity.

_____   11/03/2021
Notary's Signature           Date

**CHITA CALBERO**
Notary's Printed Name
My commission expires: JUNE 18. 2022

Document Description: XRP HOLDER
AFFIDAVIT (XRP COLLATERAL/
STAKING — CATEGORY 6)
Document Date: 11/03/2021   No. Pages: 1
Notary Public, State of Hawai'i, First Circuit

_____   11/03/2021
Notary's Signature         Date
**CHITA CALBERO**
Notary's Printed Name
My commission expires: JUNE 18. 2022



## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  11 /11 / 2020
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or

   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies)

Signature of Affiant: _____        Date: 6 / 11 / 2020

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████ _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at █████████████████████████████████.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___??/02/2021_____.
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/13/2013
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                                    Date: 23 Nov 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▌▌▌▌▌▌▌▌▌ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▌▌▌▌▌▌▌▌▌▌▌▌▌
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/30/2018.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▌▌▌▌▌▌▌   Date: 11-10-2021

Mariah Qualls
11-10-2021



## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/29/2017_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇   Date: _____11/02/2021_____

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of ___FLORIDA___ )
)
☐ City ☑ County of ___Miami Dade___ )

On ___11/02/2021___ before me, ___Kevyne Ogadah___,
     *Date*                               *Notary Name*

personally appeared ___█████████████___
                                  *Name(s) of Signer(s)*

☐ personally known to me -- OR --

☐ proved to me on the basis of the oath of _____ -- OR --
                                    *Name of Credible Witness*

☑ proved to me on the basis of satisfactory evidence: ___driver_license___
                                                 *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal. *Kevyne Ogadah*

Notary Public Signature: _____
                                    Kevyne Ogadah


KEVYNE OGADAH
Notary Public - State of Florida
Commission # HH97834
Expires on February 25, 2025

Notary Name: ___Kevyne Ogadah___
Notary Commission Number: ___HH97834___
Notary Commission Expires: ___02/25/2025___
*Notarized online using audio-video communication*

Type of Identification produced by Mr. Steven Jay Borne is a State of Colorado Driver's License.

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: ___Stakeholding Affidavit___

Document Date: ___11/02/2021___ Number of Pages (w/ certificate): ___2___

Signer(s) Other Than Named Above: ___N/A___

| Capacity(ies) Claimed by Signer(s) | Capacity(ies) Claimed by Signer(s) |
|---|---|
| Signer's Name: █████████████ | Signer's Name: ___N/A___ |

| | |
|---|---|
| ☐ Corporate Officer Title: _____ | ☐ Corporate Officer Title: _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☑ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian of Conservator | ☐ Trustee ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: ___Self___ | Signer Is Representing: ___N/A___ |

( 2 )

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06/25/2019 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 11/6/21

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**CALIFORNIA JURAT CERTIFICATE**

State of California
County of Riverside

Subscribed and sworn to (or affirmed) before me on this 6th day of November, 20 21

by ████████████████████████

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public Signature                    Notary Seal

SOPHIA FORBUS
Notary Public - California
Riverside County
Commission # 2301444
My Comm. Expires Aug 15, 2023

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on   05/03/21
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date:  Nov 19 2021

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/21/2018_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11-1-21__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____5/18/2020_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████      Date: Nov 02 2021 11:48 PDT



Generated on Nov 2, 2021 11:48 PDT

# Certificate of Completion

## Summary

**Document ID :** ███████████████████████

**Document Name :** CATEGORY 6.pdf

**Sent by :** ████████████████

**Organization :** MPS LIFELINE LLC

**Sent on :** Nov 2, 2021 11:48 PDT

**Completed on :** Nov 2, 2021 11:48 PDT

**Sign order :** Random

**No. of documents :** 1

**Signers :** 1

**Receives a copy :** 0

**Approvers :** 0

## Recipients

Signer 

Emailed on : -

Viewed on : -

Signed on : Nov 2, 2021 11:48 PDT

Signature 

Accessed from : ████████████

Device used : Web

Authentication type : None

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2016 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____████_____     Date: _NOVEMBER 5, 2021_

Affidavit # 4,516

Signed and Sworn before me, Jorge Molina Mencia, Public Notary, by
████████████, of the personal circumstances before mentioned
and whom I give faith of knowing personally. In San Juan, Puerto
Rico, on November 5, 2021.





AFFIDAVIT ATTESTING TO VIOLATIONS – FORM – CATEGORY 6

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ███████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___06 27 2019___
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████    Date: _11 03 2021_

On this _2nd_ day of _November_, 20_21_, before me, the undersigned notary public, personally appeared ███████████ proved to me through satisfactory evidence of identification, which were _MA – ID_ to be the person whose name is signed on the preceding or attached document and swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_____
Upasana Nyaupane

[Notary seal: UPASANA NYAUPANE — MY COMMISSION EXPIRES... — NOTARY PUBLIC — COMMONWEALTH OF MASSACHUSETTS]

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____07/01/2019____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: ____12/1/2021____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is █████████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/03/2017
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

7. Signature of Affiant: ██████████████     Date: 11/9/2021

11/9/2021

Spoke - NJ
Quote - Stratford.

_Laura M. Murphy_
LAURA M. MURPHY, Notary Public
My Commission Expires September 1, 2026

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/05/2017_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____        Date: __11/1/2021__

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02-21-2019_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _11-11-2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.

    **[full legal name]**

2.  I reside at _____.

    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____12/20/2020_____.

    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _____12/20/2020_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01 /12 / 2018___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _11 / 4 / 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 03/26/2021 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11/9/2021_

Faith E. Marusich

FAITH E MARUSICH
Notary Public-State of South Carolina
My Commission Expires
January 27, 2027

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 01/01/2021 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████                    Date: 11/3/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *Nov 25, 2020*.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: *Nov 09, 2021*



## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____████████████_____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████████_____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/24/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: _____11/03/2021_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  08-00-2020 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 1/2/21

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/14/2020_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████        Date: 11/06/2021

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _____ }
County of _____ }

On this _____ day of _____ November _____ before me,
_____ Brian Davis _____ the undersigned Notary Public,
personally appeared

█████████████████████████████████████████
Name(s) of Signer(s)

☐ personally known to me - **OR** -

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal

```
┌─────────────────────┐
│   BRIAN DAVIS       │
│  Commission #70111  │
│   Notary Public     │
│   State of Idaho    │
└─────────────────────┘
```

_____ B. D. _____
Signature of Notary Public

Brian Davis
Commission # 70111
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

Place Notary Seal/Stamp Above

─────────────── **OPTIONAL** ───────────────

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ XRP Holder Affidavit _____

Document Date: _____ 11 / 6 / 2021 _____ Number of Pages: _____ 4 _____

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06 / 01 / 2018 _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____        Date: 11 / 05 / 2021

Loose certificate attached

**JURAT**

State of _Nevada_

County of _Clark_ } ss.

Subscribed and sworn to (or affirmed) before me this

_5th_ day of _November_, _2021_ by

Date    Month    Year

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Name of Signer No. 1

_[signature]_
Name of Signer No. 2 (if any)

```
B. CUTLER-CLARK
Notary Public-State of Nevada
APPT. NO. 14-12623-1
My Appt. Expires 01-16-2022
```

_Place Notary Seal/Stamp Above_

_[signature]_
Signature of Notary Public

_[signature]_
Any Other Required Information
(Residence, Expiration Date, etc.)

---

── **OPTIONAL** ──

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit - Cal. 6_

Document Date: _November 5, 2021_   Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/06/2017
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮     Date: 11/02/2021

# IN THE CUSTOMARY COURT OF ANAMBRA STATE OF NIGERIA
# IN THE CUSTOMARY COURT OF AWKA MBAILINOFU DISTRICT
# HOLDEN AT AWKA

## AFFIDAVIT OF FACTS

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ a resident of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ do

hereby make an Oath and state as follows:

1. That I am the deponent in this affidavit.

2. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates

3. I acquired XRP for the first time on 23rd September, 2019

4. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

5. I utilize XRP itself in the following ways

   a. I utilize my XRP as collateral to obtain financing; and

   b. I stake (i.e., loan) my XRP on digital trading platforms like Nexo and Bitrue and By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

AND THAT I make this solemn declaration sincerely and conscientiously believing same to be true and correct in accordance with the Oath Acts of 1990.

▇▇▇▇▇▇▇▇▇▇▇

**DEPONENT**

Sworn to at the Customary Court Registry
Awka this 11th day of **November, 2021.**
**BEFORE ME:**

**COMMISSIONER FOR OATHS**

11 – 11 – 2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/04/2021_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇          Date: 11/9/2021 _____

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/08/2020___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████    Date: __11/03/2021__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/07/2021___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████         Date: ███ 01/17/2022

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___05.10.2021___,
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11.03.2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____03/29/2021_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: _04 NOV 2021_

**PLEASE SEE NOTARIZED ATTACHMENT**

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of**   SAN DIEGO                                         S.S.

Subscribed and sworn to (or affirmed) before me on this ___4th___ day of __November__

20 _21_ , by ████████████████████ and

_____ , proved to me on the basis of

satisfactory evidence to be the person(s) who appeared before me.

_P. M. Chagnlal_

PANKAJKUMAR CHAGANLAL - Notary Public

PANKAJKUMAR CHAGANLAL
COMM. #2239938
Notary Public - California
San Diego County
My Comm. Expires Oct. 23, 2023

Seal

---- OPTIONAL INFORMATION ----

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this form to an unintended document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The certificate is attached to a document titled/for the purpose of

| Method of Affiant Identification |
|---|
| Proved to me on the basis of satisfactory evidence: |
| ☑ form(s) of identification  ☐ credible witness(es) |
| Notarial event is detailed in notary journal on: |
| Page # _____   Entry # _____ |
| Notary contact _____ |
| Other |
| ☐ Affiant(s) Thumbprint(s)  ☐ Describe |

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/
STAKING - CATEGORY 6)

containing __1__ pages, and dated __11/04/2021__

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ▬▬▬▬▬▬▬▬▬▬▬ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from *Ripple Labs Inc.* ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01 / 2017___.
   [mm/dd/yyyy]

5. *I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.*

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▬▬▬▬▬▬▬     Date: __11/29/21__

State of: New York
County of: New York
The foregoing document was acknowledged before me this 29 day of Nov 20 21
by Mohan D. Buxani
Mohan D. Buxani, Notary Public

Mohan D. Buxani
Notary Public, State of New York
Registration No. 01BU6266896
Qualified in New York County
Commission Expires August 06, 2024

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____2018 year_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: 11-15-2021

Notary Public

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/13/2021_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___11/1/2021___

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/04/2019_____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████ _____   Date: ___November 2, 2021_____

SEE ATTACHED
DOCUMENT

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ San Diego _____ )

On _November 02, 2021_ before me, Patsy M. Rosado Martinez Notary Public,
                                     (insert name and title of the officer)

personally appeared ████████████████████████
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

PATSY M. ROSADO MARTINEZ
COMM. #2227886
Notary Public · California
San Diego County
My Comm. Expires Jan. 7, 2022

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/05/2019
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████    Date: 11/09/21

Scanned with CamScanner

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08_/_25_/_2018___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _11_/_02_/_2021_

**Acknowledgment of instrument signed by one person:**

North Carolina

_Pitt_____ County

I, _Sierra  A. Wheeler_____, a Notary Public for said County and
State, do hereby certify that █████████████████ personally
appeared before me this day and acknowledged the due execution of the
foregoing instrument.

Witness my hand and official seal, this the _2nd_ day of _November_,
20_21_ .

(Official Seal)

_Sierra A. Wheeler_
Notary Public

SIERRA A. WHEELER
NOTARY PUBLIC
PITT COUNTY, NC
My Commission Expires: 02/27/2024

My commission expires __02·27_____, 20_24_ .

* If you ever had to write this out yourself – you would replace "foregoing instrument" with "attached_____" you would fill
in the blank with whatever the document was – (ie: attached medical record)

page 26 in Notary Public Guidebook for North Carolina

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/01/2019___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████████   Date: 11/04/21

Notary Public _____