# Exhibit 180

Message

**From:** ██████████ @ripple.com]
**on behalf of** ██████████ @ripple.com> ██ ripple.com]
**Sent:** 11/1/2013 10:05:32 AM
**To:** Schopp, Kevin [SchoppK@sec.gov]
**CC:** ██████████ @ripple.com]; Monica Long ██████ @ripple.com>
**Subject:** Re: Ripple Labs Presentation 10-29-2013
**Attachments:** Treasury v3.pdf

Hi Kevin,

Please find the presentation attached.

Kind regards,

██████



██████████ | **Ripple Labs Inc.**
██@ripple.com | www.ripple.com | www/ripplelabs.com
T. ██████████ | F. ██████████

On Fri, Nov 1, 2013 at 9:21 AM, Schopp, Kevin <SchoppK@sec.gov> wrote:

Great. Thanks.

**From:** ██████ [mailto:██ @ripple.com]
**Sent:** Friday, November 01, 2013 12:22 PM
**To:** Schopp, Kevin; ██████ Monica Long
**Subject:** Re: Ripple Labs Presentation 10-29-2013

gday Kevin,

let me get you on the list of attendees with ██████ who is overseeing our registry here. She'll also have the copy of the presentation used and can forward onto to you. Monica will make sure you are on our list for future updates on this front as well.

Let me know if you have any topics you'd like to discuss further as well.

cheers,

██████

On Fri, Nov 1, 2013 at 6:15 AM, Schopp, Kevin <SchoppK@sec.gov> wrote:

CONFIDENTIAL

Hi 

I don't have the presentation. Did the folks hosting the meeting circulate it? I probably wasn't included on the email. Would you be able to send me a copy?

Thanks,

Kevin

**From:** ███████ [mailto:███@ripple.com]
**Sent:** Thursday, October 31, 2013 10:12 AM
**To:** Schopp, Kevin
**Subject:** Re: Ripple Labs Presentation 10-29-2013

gday Kevin -- hopefully you've got that in hand now.  Let me know if not.

cheers,

███

On Wed, Oct 30, 2013 at 2:27 PM, Schopp, Kevin <SchoppK@sec.gov> wrote:
Hi ███

I attended your presentation yesterday at the Treasury. Would you mind sending me a copy of the PowerPoint slides? I never received any.

Thanks,

Kevin

Kevin Schopp

Division of Trading and Markets

Securities and Exchange Commission

100 F Street, NE

Room 7224
Washington, DC 20549

schoppk@sec.gov
202-551-5643

CONFIDENTIAL

RPLI_SEC 0530421





CONFIDENTIAL

# Summary





* a distributed payments protocol
* a new currency - ripples (XRP)
* the world's first distributed currency exchange

* venture backed company that contributes code and promotes the Ripple protocol



RPLI_SEC 0530423

# Virtual Currency is Just the Beginning






CONFIDENTIAL

RPLI_SEC 0530424

# The World Needs a Transaction Web Protocol

## Information Exchange
"world is flat"



## Value Exchange
"world is curved"





RPLI_SEC 0530425

# Existing payments rails are inefficient

## Consumes 1 - 2% of U.S. GDP annually

* $200B in cash handling costs [1]
* $150B in electronic processing fees [2]
* 9% of remittance payments consumed in fees [3]
* Slow to settle

1. The Cost of Cash in the United States. The Institute For Business in The Global Context. Sept. 2013.
2. Collaborating to Improve the U.S. Payments System. Federal Reserve Bank of Cleveland. Oct. 22, 2012.
3. Migration and Development Bank. The World Bank. Oct. 2, 2013.



CONFIDENTIAL

RPLI_SEC 0530426

# Confirmation in a Decentralized System

## Mining Method (Bitcoin)

- Reward first 'miner' to solve a math problem that is a confirmation
- Needs powerful computers, energy
- Average 10 minute confirmations
- Primary focus: currency

## Consensus Method (Ripple)

- Current state of global ledger
- Transactions that are valid to majority of servers are updated to ledger
- 5-10 second confirmations
- Primary focus: payments in any currency






**ripple**Labs

Chris Larsen, CEO, Ripple Labs

RPLI_SEC 0530427

# Ripple is a Protocol

## Like SMTP, a Protocol for Moving Money

- Ripple is a set of standards
- "Server Calls" to Send, Receive, etc.
- Transact without Intermediaries
- Decentralized System
- Open to Developers
- No Network Operator





RPLI_SEC 0530428

# Benefits as a Payment Protocol



Any Currency Free        Global        Finality        Fast

* Security
* Trust
* Privacy



CONFIDENTIAL

# Distributed Exchange





CONFIDENTIAL

# Four Types of Users

Basic Users 

Merchants 

Market Makers 

Gateways 



CONFIDENTIAL

RPLI_SEC 0530431

# Gateways

Cash in, Cash out

- gateways issue local currency balances on Ripple
- balances can be transferred across the ledger without intermediaries
- gateways earn fees as they wish





CONFIDENTIAL

RPLI_SEC 0530432

# Transaction Map





CONFIDENTIAL

RPLI_SEC 0530433

# Transactions in any currency?



MXN **?** KRW



CONFIDENTIAL                                                   RPLI_SEC 0530434

# Too many pairs
# of currencies





CONFIDENTIAL

# XRP has no counterparty





CONFIDENTIAL

# XRP connects people





CONFIDENTIAL

RPLI_SEC 0530437

# XRP connects
# currencies





CONFIDENTIAL

RPLI_SEC 0530438

# Risk, compliance, and enforcement

* Complete log of all activity
* Complete view of counter party activity pairs
* Clear foundation for linking BSA/AML/KYC/OFAC regimes to meet and exceed standards
* Clear foundation for chargeback, complaint, and privacy regime "bolt-ons"
* Initiated contacts with law enforcement and regulatory authorities
* Engaged:
    - Promontory Financial
    - Perkins Coie



CONFIDENTIAL

RPLI_SEC 0530439

# Team





CONFIDENTIAL

RPLI_SEC 0530440

# Investors





CONFIDENTIAL

RPLI_SEC 0530441

# Where we're going

* Building team, utility and liquidity (on-going)

* Open source code (done)

* Distribution of XRP (on-going)

* Building scripting language – escrow, multi-sign, subscriptions (Q4)



CONFIDENTIAL

RPLI_SEC 0530442