# Exhibit 181

**From:** ██████████ @ripple.com]
on behalf of ██████████ @ripple.com> ██████ @ripple.com]
**Sent:** 10/28/2013 2:31:15 PM
**To:** ████████████████████████████████████ [Greg Kidd ██████ @ripple.com>];
Chris Larsen [Chris Larsen <██████ @ripple.com>]
**Subject:** Fwd: can we move Tuesday's meeting to 3-5?
**Attachments:** Treasury v3.pdf

I've sent along the attached presentation to The Treasury. Here's the list of all the participants:

We have participants from the following: FRB, FDIC, NCUA, CFPB, IRS, CSBS, FDIC, FTC, FinCEN, OFAC, FBI, State Department, as well as several offices of Treasury. .

CONFIDENTIAL

RPLI_SEC 0344268





CONFIDENTIAL

RPLI_SEC 0344269

# Summary



- a distributed payments protocol
- a new currency - ripples (XRP)
- the world's first distributed currency exchange



- venture backed company that contributes code and promotes the Ripple protocol



CONFIDENTIAL

RPLI_SEC 0344270

# Virtual Currency is Just the Beginning






CONFIDENTIAL

RPLI_SEC 0344271

# The World Needs a Transaction Web Protocol

## Information Exchange
"world is flat"

## Value Exchange
"world is curved"







CONFIDENTIAL

RPLI_SEC 0344272

# Existing payments rails are inefficient

## Consumes ´ - 2% of U.S. GDP annually

- $200B in cash handling costs [1]
- $150B in electronic processing fees [2]
- 9% of remittance payments consumed in fees [3]
- Slow to settle

1. The Cost of Cash in the United States  The Institute For Business in The Global Context. Sept. 2013.
2. Collaborating to Improve the U.S. Payments System. Federal Reserve Bank of Cleveland. Oct. 22, 2012.
3. Migration and Development Bank. The World Bank. Oct. 2, 2013.



CONFIDENTIAL

RPLI_SEC 0344273

# Confirmation in a Decentralized System

## Mining Method (Bitcoin)

- Reward first 'miner' to solve a math problem that is a confirmation
- Needs powerful computers, energy
- Average 10 minute confirmations
- Primary focus: currency

## Consensus Method (Ripple)

- Current state of global ledger
- Transactions that are valid to majority of servers are updated to ledger
- 5-10 second confirmations
- Primary focus: payments in any currency







Chris Larsen, CEO, Ripple Labs

CONFIDENTIAL

RPLI_SEC 0344274

# Ripple is a Protocol

Like SMTP, a Protocol for Moving Money

- Ripple is a set of standards
- "Server Calls" to Send, Receive, etc.
- Transact without Intermediaries
- Decentralized System
- Open to Developers
- No Network Operator





CONFIDENTIAL

RPLI_SEC 0344275

# Benefits as a Payment Protocol

    

Any Currency Free          Global          Finality          Fast

- Security
- Trust
- Privacy



RPLI_SEC 0344276

# Distributed Exchange





CONFIDENTIAL

RPLI_SEC 0344277

# Four Types of Users

Basic Users 

Merchants 

Market Makers 

Gateways 



CONFIDENTIAL

RPLI_SEC 0344278

# Gateways

Cash in, Cash out

- gateways issue local currency balances on Ripple
- balances can be transferred across the ledger without intermediaries
- gateways earn fees as they wish





CONFIDENTIAL

RPLI_SEC 0344279

# Transaction Map





CONFIDENTIAL

RPLI_SEC 0344280

# Transactions in any currency?





CONFIDENTIAL

# Too many pairs of currencies





CONFIDENTIAL

RPLI_SEC 0344282

# XRP has no counterparty





CONFIDENTIAL

# XRP connects people





CONFIDENTIAL

# XRP connects currencies





CONFIDENTIAL

RPLI_SEC 0344285

# Risk, compliance, and enforcement

* Complete log of all activity
* Complete view of counter party activity pairs
* Clear foundation for linking BSA/AML/KYC/OFAC regimes to meet and exceed standards
* Clear foundation for chargeback, complaint, and privacy regime "bolt-ons"
* Initiated contacts with law enforcement and regulatory authorities
* Engaged:
    — Promontory Financial
    — Perkins Coie



CONFIDENTIAL

RPLI_SEC 0344286

# Team





RPLI_SEC 0344287

# Investors





CONFIDENTIAL

RPLI_SEC 0344288

# Where we're going

- Building team, utility and liquidity (on-going)

- Open source code (done)

- Distribution of XRP (on-going)

- Building scripting language – escrow, multi-sign, subscriptions (Q4)



CONFIDENTIAL

RPLI_SEC 0344289