# Exhibit 182

## *SEC stays silent on Bitcoin as currency attracts new controversies*

GigaOM

May 4, 2013 Saturday 1:37 AM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 810 words

# Body

May 03, 2013 (GigaOM:*http://www.gigaom.com* Delivered by Newstex)

***Bitcoin*** is back in the ***news*** again following last month's epic crash in which it lost 70 percent of its value in two days. This week, the online ***currency*** was at the center of a video game zombie operation and a $75 million lawsuit[1] between a Japanese exchange and a Seattle startup that provides ***Bitcoin*** services to American merchants.

The recent events are the latest in a never-ending series of crimes and ***controversies*** tied to ***Bitcoin***, which is mined by computers and can be used for payments or exchanged into dollars and other ***currencies***. The money is popular with libertarians because it isn't subject to deflation by central banks, but has also been criticized for ***attracting*** criminals and hackers.

*http://gigaom.com/2013/05/02/is-bitcoin-for-real-find-out-at-gigaoms-silicon-valley-meetup/bitcoin-meetup-ribbit/?utm_medium=contentutm_campaign=syndicationutm_source=newestCapstexutm_content=sec-stays-silent-on-bitcoin-as-currency-attracts-new-controversies_642175*

The ***controversy*** raises the question of whether America's leading financial regulator, the Securities and Exchanges Commission, will attempt to control the spread and use of ***Bitcoin***.

'We are decling comment,' said an ***SEC*** spokesman by email, in response to questions regarding whether the agency had a position on the ***currency*** or if it had jurisdiction over ***Bitcoin*** trading in the first place.

The silence may be due to the fact that the ***SEC*** can exert little regulatory control over ***Bitcoin***. According to Dan Nathan[2], a securities lawyer at Morrison Foerster, the agency can oversee trades of financial instruments like stocks and bonds but, for the most part, not ***currencies***

Nathan said the ***SEC*** could exert indirect control through imposing capital requirements on trading houses that hold ***Bitcoin***, but any direct trading regulation would likely be restricted to the Commodity Futures Trading Commission (CFTC) — a separate agency that oversees futures contracts.

Major financial firms like Goldman Sachs and Morgan Stanley have reportedly been visiting online ***Bitcoin*** exchanges as often as 30 times[3] a day, but have refused to comment[4] about whether they are holding the ***currency***.

The only direct attempt at regulation by the U.S. so far has been guidelines issued in March[5] by the Treasury Department's Financial Crimes Enforcement Network (FinCEN), which targets money laundering.

Want to learn more about ***Bitcoin*** and whether it's viable as a mainstream ***currency***? Join us on May 16[6] in San Jose where engineers from Google and Facebook, and executives from Expensify and Lemon will share their perspectives — it won't cost you a single ***Bitcoin***.

SEC stays silent on Bitcoin as currency attracts new controversies

And to learn more about **_Bitcoin_**, see my colleague David Meyer excellent overview: 'Yes, you should care about **_Bitcoin_**. Here's why.[7]'

[1]: *http://gawker.com/massive-**bitcoin**-business-partnership-devolves-into-75-487857656*  [2]: *http://www.mofo.com/Daniel-A-Nathan/*  [3]: *http://www.reuters.com/article/2012/04/01/traders-**bitcoin**-idUSL6E8ET5K620120401* [4]:  *http://arstechnica.com/business/2013/04/taming-the-bubble-investors-bet-on-**bitcoin**-via-derivatives-markets/*  [5]: *http://online.wsj.com/article/SB10001424127887324373204578374611351125202.html?KEYWORDS=fincen*  [6]: *http://www.eventbrite.com/event/6462418267/eorg* [7]: *http://gigaom.com/2013/04/04/yes-you-should-care-about-**bitcoin**-and-heres-why/?utm_medium=contentutm_campaign=syndicationutm_source=newestCapstexutm_content=**sec-stays-silent**-on-**bitcoin**-as-**currency-attracts-new-controversies**_642175*

The views expressed in any and all content distributed by Newstex and its re-distributors (collectively, the "Newstex Authoritative Content") are solely those of the respective author(s) and not necessarily the views of Newstex or its re-distributors. Stories from such authors are provided "AS IS," with no warranties, and confer no rights. The material and information provided in Newstex Authoritative Content are for general information only and should not, in any respect, be relied on as professional advice. Newstex Authoritative Content is not "read and approved" before it is posted. Accordingly, neither Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the information contained therein or linked to from such content, nor do they take responsibility for any aspect of such content. The Newstex Authoritative Content shall be construed as author-based content and commentary. Accordingly, no warranties or other guarantees are offered as to the quality of the opinions, commentary or anything else appearing in such Newstex Authoritative Content. Newstex and its re-distributors expressly reserve the right to delete stories at its and their sole discretion.

**Load-Date:** May 3, 2013

---

**End of Document**