# Exhibit 183



Companies   Markets   Tech   Media                                U.S.

# What is bitcoin?

Bitcoin is a cryptocurrency created in 2009. Marketplaces called "bitcoin exchanges" allow people to buy or sell bitcoins using different currencies.

By Tal Yellin, Dominic Aratari, Jose Pagliery

Bitcoin is a new currency that was created in 2009 by an unknown person using the alias Satoshi Nakamoto. Transactions are made with no middle men – meaning, no banks! Bitcoin can be used to book hotels on Expedia, shop for furniture on Overstock and buy Xbox games. But much of the hype is about getting rich by trading it. The price of bitcoin skyrocketed into the thousands in 2017.



## Why bitcoin?

Bitcoins can be used to buy merchandise anonymously. In addition, international payments are easy and cheap because bitcoins are not tied to any country or subject to regulation. Small businesses may like them because there are no credit card fees. Some people just buy bitcoins as an investment, hoping that they'll go up in value.



## Buying bitcoins

### Buy on an Exchange
Many marketplaces called "bitcoin exchanges" allow people to buy or sell bitcoins using different currencies. Coinbase is a leading exchange, along with Bitstamp and Bitfinex. But security can be a concern: bitcoins worth tens of millions of dollars were stolen from Bitfinex when it was hacked in 2016.



**Transfers**
People can send bitcoins to each other using mobile apps or their computers. It's similar to sending cash digitally.

**Mining**
People compete to "mine" bitcoins using computers to solve complex math puzzles. This is how bitcoins are created. Currently, a winner is rewarded with 12.5 bitcoins roughly every 10 minutes.



## Bitcoin wallet

Bitcoins are stored in a "digital wallet," which exists either in the cloud or on a user's computer. The wallet is a kind of virtual bank account that allows users to send or receive bitcoins, pay for goods or save their money. Unlike bank accounts, bitcoin wallets are not insured by the FDIC.



**Wallet in cloud:** Servers have been hacked. Companies have fled with clients' bitcoins.

**Wallet on computer:** You can accidentally delete them. Viruses could destroy them.

## The anonymity of bitcoin

Though each bitcoin transaction is recorded in a public log, names of buyers and sellers are never revealed – only their wallet IDs. While that keeps bitcoin users' transactions private, it also lets them buy or sell anything without easily



tracing it back to them. That's why it has become the currency of choice for people online buying drugs or other illicit activities.

## Bitcoin's future in question

No one knows what will become of bitcoin. It is mostly unregulated, but some countries like Japan, China and Australia have begun weighing regulations. Governments are concerned about taxation and their lack of control over the currency.



Published December 2013; Updated August 8, 2018

**More from CNNMoney**

  Hot Stocks S&P 1500 - Companies Moving the Markets from CNNMoney...

  DJIA - Dow Jones Industrial Average - CNNMoney

  Asian Stock Markets - CNNMoney

  Hot Stocks - Stock Market Movers - CNNMoney

  Foreign Exchange Rates and Currency Exchange Rate Calculator -...



Contact Us

Closed Captioning

Site Map

 

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: Â© 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. 2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Â© S&P Dow Jones Indices LLC 2018 and/or its affiliates.

© 2021 Cable News Network. A WarnerMedia Company. All Rights Reserved.Terms under which this service is provided to you. Privacy Policy.
Do Not Sell My Personal Information