# Exhibit 188

**To:**      Kringel, Eric[KringelE@SEC.GOV]
**From:**    Google Alerts
**Sent:**    2015-05-07T08:02:15-04:00
**Importance:**   Normal
**Subject:**   Google Alert - "financial crimes enforcement network" or "fincen" or "bank secrecy act"
**Received:**      2015-05-07T08:02:35-04:00

## "financial crimes enforcement network" or "fincen" or "bank secrecy act"

Daily Update · May 7, 2015

NEWS

### FinCEN Conducting 'Examinations' of Digital Currency Businesses
CoinDesk
US **Financial Crimes Enforcement Network** (**FinCEN**) director Jennifer ... settlement with Ripple Labs over violations of the **Bank Secrecy Act**. As part of ...
Ripple Labs Fined by US FinCEN - CoinBuzz
Feds slap virtual currency company with first penalty - The Hill
FinCEN imposes $700000 Penalty on Cryptocurrency Company Ripple Labs - newsBTC
Full Coverage
☒ ☒ ☒   Flag as irrelevant

### MAY 6 DIGEST: Ripple Labs Fined $700K, CoinCard Announces World's First Crypto-Based Credit ...
CoinTelegraph
**FinCEN** fines Ripple Labs a penalty of US$700K, Bitstamp partners with Vogogo ... The US **Financial Crimes Enforcement Network** (**FinCEN**) has handed a ... of US$700K to Ripple Labs for "willful violation of the **Bank Secrecy Act** by ...
☒ ☒ ☒   Flag as irrelevant

SEC-SECEMAILS-E-0556784

SEC-LIT-EMAILS-000337960

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RPLI_02768404

Benner on Tech: Secret's 'Bank Heist'
Bloomberg View

... with the **Financial Crimes Enforcement Network** (**FinCEN**), for violating the **Bank Secrecy Act** and for lack of an anti-money laundering program.

⊠ ⊠ ⊠   Flag as Irrelevant

You have received this email because you have subscribed to **Google Alerts**.

Unsubscribe

. Receive this alert as RSS feed

Send Feedback

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY