# Exhibit 195

1

2

3

4

5

6

7

8

9      Transcription of YouTube Video: Rep. Stewart asks SEC's

10            Clayton about Cryptocurrencies

11

12                     Runtime: 01:24

13

14

15

16

17

18

19

20

21

22

23

24

25

RPLI_SEC 1096584

```
 1          CHAIRMAN CLAYTON: Uh-huh.

 2          REPRESENTATIVE STEWART: Do you think

 3     that the cryptocurrencies, they provide

 4     economic utility? Let me ask that. And --

 5     and elaborate on that, if you would.

 6     Elaborate on some of the concerns you have,

 7     and then tell us where's the proper

 8     regulator? And -- and what is the proper

 9     regulating scheme that we should have in

10     these currencies? Because you know, there's

11     many of them now, and -- and I think,

12     sometimes people just don't have the

13     information they need to make good

14     decisions.

15          CHAIRMAN CLAYTON: Well, I agree with

16     your last comment, and it's a complicated

17     area, because as -- as you said, there are

18     different types of crypto assets. Let me try

19     and divide them into -- into two areas. I

20     will -- and I will try to do this fast. A

21     pure medium of exchange, the one that's most

22     often cited is -- is bitcoin, as a

23     replacement for currency. That is -- that

24     has been determined by most people not to be

25     a security. Then there are tokens, which are
```

RPLI_SEC 1096585

```
1    used to finance projects. I've been on the

2    record saying there are very few -- there

3    are very few -- there's none that I've seen,

4    tokens that aren't securities. To the extent

5    something is a security, we should regulate

6    it as a security. And our securities

7    regulations are disclosure based, and people

8    should follow those, and provide the -- the

9    information that we require.

10                (End of recording.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

RPLI_SEC 1096586

```
 1                    CERTIFICATE

 2

 3                       - - -

 4

 5        I, Alexandria Brobst, Transcriptionist,

 6    do hereby certify that I was authorized to

 7    and did listen to and transcribe the

 8    foregoing recorded proceedings and that the

 9    transcript is a true record to the best of

10    my professional ability.

11

12        Dated this 27th day of August, 2021.

13

14

15

16    _____

17    Alexandria Brobst

18

19

20

21

22

23

24

25
```

RPLI_SEC 1096587