# Exhibit 204



SEC-LIT-EPROD-000959442

RPLI_02987518



**Premise: It should be possible to sell "consumer tokens" --i.e., digital consumer goods -- in a way that (1) does not implicate the securities laws, and (2) protects consumers.**

SEC-LIT-EPROD-000959443

RPLI_02987519



SEC-LIT-EPROD-000959444

RPLI_02987520

## Attendees



CONFIDENTIAL TREATMENT REQUESTED BY

SEC-LIT-EPROD-000959445

RPLI_02987521



SEC-LIT-EPROD-000959446

RPLI_02987522

## The Ethereum Blockchain.

- A next-generation, globally-shared database and compute infrastructure.

- Facilitates trustworthy, fair, and low friction commercial and social activity.

- Allows all actors on the system to be certain that the rules are being fairly applied and followed by all.

- Lower risk of manipulated data or or manipulated business processes, because everyone can directly inspect both data and business logic.

- The Bitcoin blockchain focuses on currency (the Bitcoin application), the Ethereum blockchain focuses on being a platform for applications (many use-cases).

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY ███████

SEC-LIT-EPROD-000959447

RPLI_02987523

## Ethereum: A tool to lessen the need for centralized intermediaries



**Platform Economy**




PayPal

**Sharing Economy**




Funding Circle


UBER

**P2P Economy**






ethereum

2010                    2015

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY ████████

SEC-LIT-EPROD-000959448

RPLI_02987524

## Ethereum: Powering Multi-Sided Markets

Centrally operated and governed **platforms**

Peer-to-peer **governed** marketplaces through a a blockchain





Intermediaries own identities, pricing, platform, etc.

Blockchains lessen the need for intermediaries. Introduces efficiencies and allows market participants to have greater control over commerce

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮

SEC-LIT-EPROD-000959449

RPLI_02987525

# Tokens: Scarce digital assets that can be securely transferred

## Range of assets can be tokenized

 **Consumer** Goods

 Title/Deed to Real Estate

 Natural Resources

 Human Attention

 Securities and other Financial Products

- Frictionless creation, verification, and exchange of assets

- Near instantaneous clearing and settlement

- Clear and tamper-resistant records of ownership

- Fractional ownership models

- Cryptographically secured and validated

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY ████████

SEC-LIT-EPROD-000959450

RPLI_02987526



SEC-LIT-EPROD-000959451

RPLI_02987527

█████████

A venture production studio exploring the use of blockchain technology

## VISION

Our vision is a world in which **distributed applications** and the Ethereum **world c**omputer enables **more efficient and inclusive** global commerce and social activity.

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY █████████



# Global

460+ blockchain experts, entrepreneurs, computer scientists, designers, engineers, consultants, and business leaders with delivery experience across six continents



Project delivery locations

Office locations





TOP 5 ENERGY COMPANIES

دبـــي الذكيـة
**SMART DUBAI**





IDENTIAL
TREATMENT REQUESTED BY

SEC-LIT-EPROD-000959453

RPLI_02987529



SEC-LIT-EPROD-000959454

RPLI_02987530



## About

- Academic initiative launched by █████████ █████████

- Purpose is to explore the regulatory challenges raised by blockchain technology.

- Leverages █████████s long emphasis on information and commercial law.

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY █████████



HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY

## Industry Leadership: The ███████████████



- Helped launch the ██████████████ ███████ a consortium of over 200 large enterprises.

- Aims to develop open standards for enterprise grade Ethereum-based applications.

- **Members include J.P. Morgan**, UBS, Santander, Microsoft, Intel, and Oracle.

HIGHLY CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY ██████

SEC-LIT-EPROD-000959457

RPLI_02987533

## Industry Leadership:  Securities Law Framework for Blockchain Tokens



- Published in 2016

- First comprehensive analysis into securities law issues related to blockchain-based tokens from the private sector.

- Collaboration between Coinbase.

CONFIDENTIAL TREATMENT REQUESTED BY

000162

SEC-LIT-EPROD-000959458

RPLI_02987534

## Industry Leadership: First Academic Exploration of Legal Issues Related to Blockchain Technology



SEC-LIT-EPROD-000959459

RPLI_02987535

## Industry Leadership: Other Academic Publications



- Academic and industry collaboration to flag emerging risks in blockchain-based token sales.

- Collaboration between ████████████████

SEC-LIT-EPROD-000959460

RPLI_02987536

## Industry Leadership: First Legal Academic Conference to Explore Blockchain Technology



- Academic researchers beginning to explore regulatory challenges of blockchain technology.

- Co-sponsored by ████████████ ███████ and the ████████████ ████████████████████████

HIGH        DE
CONFIDENTIAL TREATMENT REQUESTED BY ██████████

SEC-LIT-EPROD-000959461

RPLI_02987537



**Industry Leadership:**

- Academic and industry collaboration to promote best practices and solutions for selling tokens in a way that protects consumers

- Collaboration between

SEC-LIT-EPROD-000959462

RPLI_02987538



SEC-LIT-EPROD-000959463

RPLI_02987539

## Growing Agreement around Types of Tokens



**Agreement from both US and EU academics.  Broad categories of tokens:**

- Protocol tokens/virtual currencies.

- Investment tokens (**e.g.**, tokenized securities).

- Consumer **or "utility" tokens (digital** consumer goods, **e.g., a tokenized** software license).

Sources: Rohr, Jonathan and Wright, Aaron, Blockchain-Based Token Sales, Initial Coin Offerings, and the Democratization of Public Capital Markets (October 4, 2017). Cardozo Legal Studies Research Paper No. 527; University of Tennessee Legal Studies Research Paper No. 338. Available at SSRN: https://ssrn.com/abstract=3048104; Hacker, Philipp and Thomale, Chris, Crypto-Securities Regulation: ICOs, Token Sales and Cryptocurrencies under EU Financial Law (November 22, 2017). Available at SSRN: https://ssrn.com/abstract=3075820.

HIGH          DE
CONFIDENTIAL TREATMENT REQUESTED BY ███████

23

SEC-LIT-EPROD-000959464

RPLI_02987540

# Tokens are Not Homogenous : Consumptive Rights Predominate

Table 3. Rights attached to ICO tokens. Sample: 253 ICOs occurred from 2014 to August 2017

| Right | Yes | No | N/A |
|---|---|---|---|
| Currency | 53 (20.9%) | 180 (71.1%) | 20 (7.9%) |
| Access to platform services | 172 (68.0%) | 61 (24.1%) | 20 (7.9%) |
| Governance decisions | 63 (24.9%) | 170 (67.2%) | 20 (7.9%) |
| Profit rights | 66 (26.1%) | 167 (66.0%) | 20 (7.9%) |
| Contribution rights | 40 (15.8%) | 193 (76.3%) | 20 (7.9%) |

Source: Adhami, Saman and Giudici, Giancarlo and Martinazzi, Stefano. Why Do Businesses Go Crypto? An Empirical Analysis of Initial Coin Offerings (October 20, 2017). Available at SSRN

CONFIDENTIAL TREATMENT REQUESTED BY

# Majority of Token Sales Occurring in Other Jurisdictions

Table 1. Initial Coin Offerings' characteristics. Sample: 253 ICOs occurred from 2014 to August 2017

| Country of origin | Number | % |
|---|---|---|
| USA | 47 | 18.6% |
| Decentralized/mixed | **31** | 12.2% |
| Russian Federation | 17 | 6.7% |
| UK | 14 | 5.5% |
| Canada | 11 | 4.3% |
| China | 10 | 4.0% |
| Switzerland | 10 | 4.0% |
| Singapore | 9 | 3.6% |
| Others/NA | 104 | 41.1% |

Source: Adhami, Saman and Giudici, Giancarlo and Martinazzi, Stefano, Why Do Businesses Go Crypto? An Empirical Analysis of Initial Coin Offerings (October 20, 2017). Available at SSRN: https://ssrn.com/abstract=3046209.

CONFIDENTIAL TREATMENT REQUESTED BY ███████

SEC-LIT-EPROD-000959466

RPLI_02987542



SEC-LIT-EPROD-000959467

RPLI_02987543

## Entrepreneurs and Others Lack Guidance on How to Sell Tokens That Should *Not* Be Securities

- Law firms are engaging in aggressive advertising/marketing **and** suggesting that there are ways to structure compliant token sales to "navigate" around existing laws and regulations. The focus is on escaping regulation, not protecting consumers.

- **Investors** in existing startups are pressuring founders to "go ICO" and engage in a token sale to provide investors with liquidity without suffering dilution.

HIGH        DE
CONFIDENTIAL TREATMENT REQUESTED BY

27

## Entrepreneurs and Investors May Lack an Appreciation for Regulatory Risks

- Entrepreneurs are not being provided with an accurate picture of the penalties they may face when engaging in a token sale.

- Purchasers may not recognize the risk that they may be acquiring securities subject to transfer restrictions.

HIGH        DE
CONFIDENTIAL TREATMENT REQUESTED BY ██████████

23

SEC-LIT-EPROD-000959469

RPLI_02987545

## Consumer Protection Concerns

- Projects may entice consumers with a promise of profits through both direct and indirect formats.

- Sales are structured to give advantages to wealthy purchasers through discount, SAFT, or pre-sale schemes. As a result, retail consumers may be disadvantaged and risks for market manipulation and speculation are heightened.

- If consumer tokens represent pre-paid access to an online platform or a digital good, and there is market manipulation, there is a risk that consumers may pay inflated prices.

- Bad actors are abusing the mechanism to perpetrate outright frauds.

HIGH          DE
CONFIDENTIAL TREATMENT REQUESTED BY 



SEC-LIT-EPROD-000959471

RPLI_02987547

## Emerging Private Sector Attempts to Provide Standards on Token Sales Process with Consumer Protection in Mind

- █████████ Announced the █████████████ on November 30:  Academics, top law firms, industry participants, and over 200 other interested parties.

- EEA Legal Industry Working Group's Token Subcommittee:  Members from over 20 top AMLaw 100 firms, aiming to tackle token related questions.

- Wall Street Blockchain Alliance:  Deep bench of seasoned financial lawyers, working on guidance for securities lawyers and other practitioners.

HIGH        DE
CONFIDENTIAL TREATMENT REQUESTED BY █████████

████████████████████████████ Working to Bring these
Initiatives Together

- Promote standards in non-securities token sales with goal of protecting consumers.

- Develop FAQs providing potential guidance on ways to identify investment and utility/consumer tokens.

- Collect and report data related to ongoing or contemplated token sales.

- Develop technical tools and standards to protect consumers and limit possibility for speculation.

HIGH         DE
CONFIDENTIAL TREATMENT REQUESTED BY ████████

## Exploring the Development of Possible Standards to Protect Consumers

- Smart contract-based purchase limits and transfer restrictions.

- Conditioning release of tokens to actual use of the platform.

- Standardizing documentation for project's technical aspects.

- Promoting financial transparency so interests and risks can be evaluated by both consumers and regulators.

- Smart contract-based lockups for founders and investors to prevent speculation.

- Consumer-refunds, if project milestones are not met.

- Purchaser education and verification of knowledge, sophistication and risk profile.

- Elimination or dramatic reshaping of the "pre-sale" process.

HIGH    DE
CONFIDENTIAL TREATMENT REQUESTED BY

SEC-LIT-EPROD-000959474

RPLI_02987550



## On-going Collaboration

- Improving consumer protections

- Leveraging Ethereum blockchain, crypto-economics and industry expertise to identify areas of concern for consumers and regulators -- e.g., inadequate disclosures, fraudulent projects

- Input from regulators is crucial so we can properly account for concerns on all sides of the market. We are pleased to see the latest SEC releases on the subject, including Chairman Clayton's recent statement.

- We would like to explore setting-up ongoing dialogue between industry and agencies to increase the flow of information and provide updates on developments, as well as take agency feedback on market developments.

HIGH      DE
CONFIDENTIAL TREATMENT REQUESTED BY

SEC-LIT-EPROD-000959476

RPLI_02987552