# Exhibit 205

**To:** Starr, Amy ███████ @SEC.GOV]
**From:**
**Sent:** 2017-12-11T23:30:24-05:00
**Importance:** Normal
**Subject:** Re: Meeting with SEC staff
**Received:** 2017-12-11T23:31:10-05:00
███████ and SEC Final 12-13-17.pdf

Apologies for the e-mail clutter Amy, I inadvertently attached the penultimate file and this is actually the correct and final version to the extent you'll be circulating. It is marked ██████████ SEC Final 12-13-17.pdf."

On Mon, Dec 11, 2017 at 11:22 PM, ████████████████████ wrote:

Amy -
As promised, please find some materials attached. We don't usually like to be rigid and walk through presentations, but thought it might be useful in setting an agenda for what we're thinking about. We will of course adapt the conversation to any particular issues you and your colleagues wish to discuss. We look forward to meeting everyone on Wednesday.

Best,
████

On Fri, Dec 8, 2017 at 6:24 PM, Starr, Amy ███████ █ sec.gov> wrote:

Thank you.
Amy

On Dec 8, 2017, at 6:17 PM, ██████████████████████ wrote:

Amy -
We're in the process of customizing some materials for this meeting and expect to be able to send them by EOD Monday. In terms of audience on your side, I think Gary may be able to provide additional color but we are most focused on issues involving blockchain tokens and securities regulation. Please find some quick background on attendees on our side below to the extent you find it helpful in aligning interest on your side, as well some links to some of our collective public thoughts on these issues.

**Attendees**



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Background**

- Coinbase Securities Law Framework for Tokens
- Not So Fast - Risks Related to the SAFT for Token Sales
- Announcing the ███████████

Have a nice weekend.



On Fri, Dec 8, 2017 at 6:13 AM, Starr, Amy ████ @sec.gov> wrote:

Thanks ████ We want to make sure we have the right folks at the meeting. Look forward to hearing from you.

Regards
Amy

On Dec 7, 2017, at 9:31 PM, ██████████████████ wrote:

Amy -
Thank you for your confirmation. Let me circle up with our attendees and we'll put together some materials for you.

Best,
████

On Thu, Dec 7, 2017 at 1:25 PM, Starr, Amy - ████ @sec.gov> wrote:

████████████████ I understand you have spoken with Gary Barnett about meeting with folks from the Division of Corporation Finance.  The meeting currently is set for next week.  If you have

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

any materials that you can send to me as
background before the meeting that would be
great.  I can be reached at this email or the number
below.

Regards,

Amy Starr
Chief, Office of Capital Markets Trends
Division of Corporation Finance
Securities and Exchange Commission





**Premise: It should be possible to sell "consumer tokens" --i.e., digital consumer goods--in a way that (1) does not implicate the securities laws, and (2) protects consumers.**

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340373

RPLI_02770814



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340374

RPLI_02770815

**Attendees**





CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## The Ethereum Blockchain.

- A next-generation, globally-shared database and compute infrastructure.

- Facilitates trustworthy, fair, and low friction commercial and social activity.

- Allows all actors on the system to be certain that the rules are being fairly applied and followed by all.

- Lower risk of manipulated data or or manipulated business processes, because everyone can directly inspect both data and business logic.

- The Bitcoin blockchain focuses on currency (the Bitcoin application), the Ethereum blockchain focuses on being a platform for applications (many use-cases).

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340377

RPLI_02770818



## Ethereum: A tool to lessen the need for centralized intermediaries

**Platform Economy**





**Sharing Economy**





**P2P Economy**





2010                                        2015

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340378

RPLI_02770819

## Ethereum: Powering Multi-Sided Markets

Centrally operated and governed platforms



Intermediaries own identities, pricing, openness of platform, etc.

Peer-to-peer governed marketplaces through a a blockchain



Blockchains lessen the need for intermediaries. Introduces efficiencies and allows market participants to have greater control over commercial activity

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340379

RPLI_02770820

## Tokens: Scarce digital assets that can be securely transferred

**Range of assets** can be tokenized

 Consumer Goods

 Title/Deed to Real Estate

 Natural Resources

 Human Attention

 Securities and other Financial Products

- Frictionless creation, verification, and exchange of assets

- Near instantaneous clearing and settlement

- Clear and tamper-resistant records of ownership

- Fractional ownership models

- Cryptographically secured and validated

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340380

RPLI_02770821



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340381

RPLI_02770822



A venture production studio exploring the use of blockchain technology

### VISION

Our vision is a world in which **distributed applications** and the Ethereum world computer enables **more efficient and inclusive** global commerce and social activity.



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Global

460+ blockchain experts, entrepreneurs, computer scientists, designers, engineers, consultants, and business leaders with delivery experience across six continents





- Project delivery locations
- Office locations
- ◆ ███████████ Personnel

12



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## About



- Academic initiative launched by ███████ ████████

- Purpose is to explore the regulatory challenges raised by blockchain technology.

- Leverages ████████ long emphasis on information and commercial law.

14

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340385

RPLI_02770826



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340386

RPLI_02770827

## Industry Leadership: The ██████████████████████



- Helped launch the ██████████ ████████ a consortium of over 200 large enterprises.

- Aims to develop open standards for enterprise grade Ethereum-based applications.

- Members include ████████████ ████████████████████████████

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Industry Leadership:  Securities Law Framework for Blockchain Tokens



- Published in 2016.

- First comprehensive analysis into securities law issues related to blockchain-based tokens from the private sector.

- Collaboration between Coinbase, █████████████████████████████

17

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Industry Leadership:  First Academic Exploration of Legal Issues Related to Blockchain Technology



- ● ███████████████ Spring 2018.

- ● Explores ways to regulate blockchain technology.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340389

RPLI_02770830

## Industry Leadership:  Other Academic Publications



- Academic and industry collaboration to flag emerging risks in blockchain-based token sales.

- Collaboration between ████████████ ████████████ nd lawyers from ████████████

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340390

RPLI_02770831

## Industry Leadership:  First Legal Academic Conference to Explore Blockchain Technology



- Academic researchers beginning to explore regulatory challenges of blockchain technology.

- Co-sponsored by ██████████ ██████████ and the ██████████ ██████████████████████

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Industry Leadership: ███████████



- Academic and industry collaboration to promote best practices and solutions for selling tokens in a way that protects consumers.

- Collaboration between ███████████ ████████████████████████████████

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340393

RPLI_02770834



## Growing Agreement around Types of Tokens

**Agreement from both US and EU academics.  Broad categories of tokens:**

- Protocol tokens/virtual currencies.

- Investment tokens (e.g., tokenized securities).

- Consumer or "utility" tokens (digital consumer goods, e.g., a tokenized software license).

Sources: Rohr, Jonathan and Wright, Aaron, Blockchain-Based Token Sales, Initial Coin Offerings, and the Democratization of Public Ca Markets (October 4, 2017). Cardozo Legal Studies Research Paper No. 527; University of Tennessee Legal Studies Research Paper No. 338. Available at SSRN: https://ssrn.com/abstract=3048104; Hacker, Philipp and Thomale, Chris, Crypto-Securities Regulation: ICOs, Token Sales and Cryptocurrencies under EU Financial Law (November 22, 2 available at SSRN: https://ssrn.com/abstract_3075820.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340394

RPLI_02770835

## Tokens are Not Homogenous : Consumptive Rights Predominate

Table 3. Rights attached to ICO tokens. Sample: **253 ICO**s occurred from 2014 to August **2017**

| Right | Yes | No | N/A |
|---|---|---|---|
| Currency | 53 (20.9%) | 180 (71.1%) | 20 (7.9%) |
| Access to platform services | 172 (68.0%) | 61 (24.1%) | 20 (7.9%) |
| Governance decisions | 63 (24.9%) | 170 (67.2%) | 20 (7.9%) |
| Profit rights | 66 (26.1%) | 167 (66.0%) | 20 (7.9%) |
| Contribution rights | 40 (15.8%) | 193 (76.3%) | 20 (**7.9%**) |

Source: Adhami, Saman and Giudici, Giancarlo and Martinazzi, Stefano, Why Do Businesses Go Crypto? An Empirical Analysis of Initial Coin Offerings (October 20, 2017). Available at SSRN: https://ssrn.com/abstract=3046209.

24

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340395

RPLI_02770836



## Majority of Token Sales Occurring in Other Jurisdictions

Table 1. Initial Coin Offerings' characteristics. Sample: 253 ICOs occurred from 2014 to August 2017

| Country of origin | Number | % |
|---|---|---|
| USA | 47 | 18.6% |
| Decentralized/mixed | 31 | 12.2% |
| Russian Federation | 17 | 6.7% |
| UK | 14 | 5.5% |
| Canada | 11 | 4.3% |
| China | 10 | 4.0% |
| Switzerland | 10 | 4.0% |
| Singapore | 9 | 3.6% |
| Others/NA | 104 | 41.1% |

Source: Adhami, Saman and Giudici, Giancarlo and Martinazzi, Stefano, Why Do Businesses Go Crypto? An Empirical Analysis of Initial Coin Offerings (October 20, 2017). Available at SSRN: https://ssrn.com/abstract=3046209.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340397

RPLI_02770838

## Entrepreneurs and Others Lack Guidance on How to Sell Tokens That Should *Not* Be Securities

- Law firms are engaging in aggressive advertising/marketing and suggesting that there are ways to structure compliant token sales to "navigate" around existing laws and regulations. The focus is on escaping regulation, not protecting consumers.

- Investors in existing startups are pressuring founders to "go ICO" and engage in a token sale to provide investors with liquidity without suffering dilution.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340398

RPLI_02770839

## Entrepreneurs and Investors May Lack an Appreciation for Regulatory Risks

- Entrepreneurs are not being provided with an accurate picture of the penalties they may face when engaging in a token sale.

- Purchasers may not recognize the risk that they may be acquiring securities subject to transfer restrictions.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Consumer Protection Concerns

- Projects may entice consumers with a promise of profits through both direct and indirect formats.

- Sales are structured to give advantages to wealthy purchasers through discount, SAFT, or pre-sale schemes. As a result, retail consumers may be disadvantaged and risks for market manipulation and speculation are heightened.

- If consumer tokens represent pre-paid access to an online platform or a digital good, and there is market manipulation, there is a risk that consumers may pay inflated prices.

- Bad actors are abusing the mechanism to perpetrate outright frauds.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340400

RPLI_02770841



SEC-LIT-EMAILS-000340401

RPLI_02770842

## Emerging Private Sector Attempts to Provide Standards on Token Sales Process with Consumer Protection in Mind

- ██████████ Announced the █████████████ on November 30:  Academics, top law firms, industry participants, and over 200 other interested parties.

- EEA Legal Industry Working Group's Token Subcommittee:  Members from over 20 top AMLaw 100 firms, aiming to tackle token related questions.

- Wall S reet Blockchain Alliance:  Deep bench of seasoned financial lawyers, working on guidance for securities lawyers and other practitioners.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340402

RPLI_02770843

████████████████████████ Working to Bring these
Initiatives Together

- Promote standards in non-securities token sales with goal of protecting consumers.

- Develop FAQs providing potential guidance on ways to identify investment and utility/consumer tokens.

- Collect and report data related to ongoing or contemplated token sales.

- Develop technical tools and standards to protect consumers and limit possibility for speculation.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340403

RPLI_02770844

## Exploring the Development of Possible Standards to Protect Consumers

- Smart contract-based purchase limits and transfer restrictions.

- Conditioning release of tokens to actual use of the platform.

- Standardizing documentation for project's technical aspects.

- Promoting financial transparency so interests and risks can be evaluated by both consumers and regulators.

- Smart contract-based lockups for founders and investors to prevent speculation.

- Consumer-refunds, if project milestones are not met.

- Purchaser education and verification of knowledge, sophistication, and risk profile.

- Elimination or dramatic reshaping of the "pre-sale" process.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SEC-LIT-EMAILS-000340404

RPLI_02770845



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## On-going Collaboration

- Improving consumer protection.

- Leveraging Ethereum blockchain and industry expertise to identify areas of concern for consumers and regulators--e.g., inadequate disclosures, fraudulent projects.

- Input from regulators so we can properly account for concerns from a range of market participants. We are pleased to see the latest SEC releases on the subject, including Chairman Clayton's recent statement.

- Establishing an ongoing dialogue between industry and SEC to increase the flow of information and provide updates on developments.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY