# Exhibit 233

**Sign up and get crypto**

**coinbase**    **Sign up**    ☰

Blog | Product | Company | Engineering | Policy    🔍 Search Blog

# Coinbase will suspend trading in XRP on January 19

In light of the SEC's recent action against Ripple Labs, Inc., Coinbase plans to suspend trading in XRP on Tuesday, January 19, 2021 at 10 AM PST.

By Paul Grewal      December 28, 2020, 2 min read time

In light of the **SEC's lawsuit against Ripple Labs, Inc**, we have made the decision to suspend the XRP trading pairs on our platform. Trading will move into limit only starting December 28, 2020 at 2:30 PM PST, and will be fully suspended on Tuesday, January 19, 2021 at 10 a.m. Pacific Standard Time*. We will provide additional updates, if any, through the **Coinbase Support** Twitter account, including if there are any changes to timing.

The trading suspension will not affect customers' access to XRP wallets which will remain available for deposit and withdraw functionality after the trading suspension. Further, customers will remain eligible for the **previously announced Spark airdrop** (subject to approval in certain jurisdictions), and we will continue to support XRP on Coinbase Custody and Coinbase Wallet.

Coinbase remains committed to being the most trusted platform for trading cryptocurrency. We strive to provide our customers with access to a broad set of assets, all of which are evaluated against our **Digital Asset Framework** to assess factors like security, compliance, and the project's alignment with our mission of creating an open financial system for the world. We take seriously any decision to change our customers' access to one of those assets.

We will continue to monitor legal developments related to XRP and update our customers as more information becomes available.

*Trading may be halted earlier as needed to maintain our market health metrics

*Our decision to support any asset or functionality requires significant technical and compliance review and may be subject to regulatory approval in some jurisdictions. We therefore cannot guarantee when or if the services mentioned in this post will be available in any specific jurisdiction at this time.*



 About Paul Grewal

**Share**
🐦 📘 in 🔗

Coinbase's legal, compliance, global intelligence, risk management and government relations groups. Before joining Coinbase, Paul was Vice President and Deputy General Counsel at Facebook. Prior to Facebook, Paul served as United States Magistrate Judge for the Northern District of California. Paul was previously a partner at Howrey LLP, where his practice focused on intellectual property litigation. Paul served as a law clerk to Federal Circuit Judge Arthur J. Gajarsa and United States District Judge Sam H. Bell. He received his JD from the University of Chicago Law School and his BS in Civil and Environmental Engineering from the Massachusetts Institute of Technology.

# Recent Stories



Product, Oct 12, 2022

Using advanced Machine Learning models to protect our users…



Product, Oct 11, 2022, 4 min read time

Announcing Coinbase + Google Cloud



Product, Oct 10, 2022, 3 min read time

Coinbase gets regulatory approval in Singapore sɢ

# Take control of your money. Start your portfolio today and get crypto.

Sign up for a Coinbase account to buy, sell, earn, or get started in the world of decentralized finance, crypto

Get started

coinbase

© 2022 Coinbase

Blog • Twitter • Facebook

**Company**

About

Careers

Affiliates

Blog

Press

Investors

Legal & privacy

Digital Asset Disclosures

Cookie policy

Cookie preferences

**Learn**

Browse crypto prices

Newsletter

Crypto basics

Tips & tutorials

Market updates

What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet

How to send crypto

Taxes

**Support**

Help Center

Contact Us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Supported countries

Status

**Individuals**

Buy & sell

Earn free crypto

Wallet

NFT

Card

Derivatives

**Businesses**

Institutional

Prime

Asset Hub

Commerce

**Developers**

Cloud

Wallet SDK

Pay SDK

Query & Transact

Commerce

Exchange & Pro

Sign in with Coinbase

Rosetta

Participate

Prime API