# Exhibit 234



Bitcoin ▲ $19,827.32 +3.91%　　Ethereum ▲ $1,332.96 +3.62%　　XRP ▲ $0.503348 +6.17%　　Binance Coin ▲ $275.45 +2.08%　　▶　　Crypto Prices →　　CoinDesk Market Index →

Markets

# XRP, BCH, LTC & ETH: Grayscale Adds 4 New Crypto Trusts

Grayscale Investments, the creator of the Bitcoin Investment Trust, is launching four new trusts for ethereum, litecoin, XRP and bitcoin cash today.

By Nikhilesh De　　Mar 6, 2018 at 10:10 a.m. EST　　Updated Sep 13, 2021 at 3:38 a.m. EDT



Grayscale Investments, the creator of the Bitcoin Investment Trust, is launching four new trusts today, doubling its number of products aimed at helping investors explore cryptocurrencies.

The new trusts – which bring ethereum, litecoin, XRP and bitcoin cash to the offerings the firm provides – join Grayscale's existing bitcoin, ethereum classic and zcash investment trusts, as well as its Digital Large Cap Fund, a multi-crypto investment fund announced last month.

Each of the newly announced cryptocurrencies is already part of the Digital Large Cap Fund, but were not previously available individually.

Michael Sonnenshein, the managing director of Grayscale Investments, said the new products are part of an expanding suite, and that the firm – a Digital Currency Group subsidiary – will continue to announce new products, both single-currency and diversified.

Sonnenshein continued:

> *"It is our belief that digital currencies as an asset class have not only arrived, but are here to stay. Consequently, we are committed to providing investors with structures that enable them to participate in this exciting asset class."*

As of March 5, Grayscale had $2.1 billion in assets under management, he said, up from $208 million just a year ago.

"This is a meaningful milestone for Grayscale as it increases the number of investment offerings under the Grayscale umbrella from four to eight. At this time last year, Grayscale had only one product, Bitcoin Investment Trust," he told CoinDesk in an email.

The new products are among the first securities to allow investment in those particular cryptocurrencies, according to a press release. It adds the disclaimer that, the value of a share in a trust may not correspond to the value of a cryptocurrency being held by the trust.

*Disclosure: CoinDesk is a subsidiary of Digital Currency Group, which has an ownership stake in Grayscale, Ripple, and Zcash Company, the for-profit entity that develops the zcash protocol.*

*Coins image via Shutterstock*

---

### Read more about

News   Digital Currency Group   investments   Grayscale Investments



| | | | |
|---|---|---|---|
| BTC | $19,827.32 | ▲ 3.91% | → |
| ETH | $1,332.96 | ▲ 3.62% | → |
| XRP | $0.503348 | ▲ 6.17% | → |
| BNB | $275.45 | ▲ 0.08% | → |

## Trending

**1** Markets 
**First Mover Asia: Crypto Trading Firm Amber CEO Argues Bitcoin Can Still Be an Inflation Hedge; Cryptos' Surprising Rebound**
Oct 13, 2022

**2** Business 
**Crypto Trading Firm NYDIG Lays Off About 33% of Staff**
Oct 13, 2022

**3** Business 
**Popular Bitcoin Astrologer's Star Falls on Twitter Following $30K in Celsius Payments**
Oct 13, 2022

**4** Markets 
**Defining Digital Assets**
Oct 13, 2022



### About

About
Masthead
Contributors
Careers
Company News

### Stay Updated

Events
Newsletters
Follow

### Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

### The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.





©2022 CoinDesk