# Exhibit 236

**Subject:**          Meet w SEC

**Start:**            Mon 1/29/2018 7:30 AM
**End:**              Mon 1/29/2018 10:00 AM

**Recurrence:**       (none)

**Meeting Status:**   Meeting organizer

**Organizer:**        ███████████

1

Highly Confidential
Confidential Treatment Requested by ████████

SEC v. Ripple ████-0000027

SEC v. Ripple ████-0000027