# Exhibit 237

# XRP market removal 01/15/2021

Updated 2 months ago

Bittrex will remove XRP markets on Friday, January 15th, 2021 at 4PM (PST).

The following markets will be removed:
• BTC-XRP
• ETH-XRP
• USDT-XRP
• USD-XRP

Until further notice, customers will continue to have access to their XRP wallet on Bittrex after the markets are removed. Any further updates will be provided through Twitter and/or Customer Support.

You can read more here about our Market and Token Removal Policy.

