# Exhibit 252

| | |
|---|---|
| **From:** | Brad Garlinghouse [▮@ripple.com] |
| **on behalf of** | Brad Garlinghouse ▮@ripple.com> ▮@ripple.com] |
| **Sent:** | 5/14/2015 9:26:51 AM |
| **To:** | ▮@ripple.com>] |
| **Subject:** | Re: Ripple Trade developments |

Thanks ▮. very much agree. Phil and I are very much in touch on this. This is the project I mentioned yesterday when referencing the uncertainty of what the future of our own consumer facing experiences might be. (more than just the trading functionality of Ripple Trade).

I'm meeting with the engineering and product team at 10am to talk about what's in flight and what's planned. I'll have clarity on what (if any) gap exists between your outward statements and our inward plans very soon - and will follow up then.

B

On Thu, May 14, 2015 at 8:57 AM, ▮@ripple.com> wrote:
Brad, don't know if you've been following the correspondence with Phil about possibly finding another company to take over the trading functionality of RT. This would be a huge boon, and if we could find a way forward to close down RT, it might substantially change our obligations under the settlement. Of course everything depends on timing, but I felt quite encouraged by what Phil was saying yesterday.

Let's chat about this when you have a moment.

▮

▮ | Chief Compliance Officer
Ripple Labs Inc.
▮@ripple.com | www.ripple.com | www.ripplelabs.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0221653