# Exhibit 253

Message

**From:** Brad Garlinghouse [███@ripple.com]
**Sent:** 7/17/2018 12:35:33 AM
**To:** Brad Garlinghouse [███@ripple.com]
**Subject:** Ripple's Q2 investor and advisor update

"███ *is delighted with the incredible speed and cost-efficiency of the xRapid pilot phase and is excited about a production rollout in the near future*" - ███, Founder of ███ (May 10, 2018).

Good people -

Ripple is running a marathon and we've crossed mile marker one. When I think about Ripple's mission of transforming global payments, our work is just getting started. Keeping the lead as we cross mile markers two, three, four and so on will require more focus and drive than ever before.

The great news is we're the only ones who have left the starting line. I'm highly encouraged and motivated by the progress we made in Q2.

**RAISING THE BAR**

In the first quarter of 2018 we sold more than one production deal a week, which was far faster than any quarter in our history. And this quarter, we picked up the pace!

We saw a healthy geographic distribution of new customers, which means the network will be more connected and far-reaching. Large, regional banks like ███ (Kuwait) and ███ (India), as well as upstart payments providers like ███ (U.K.) and ███ (Malaysia) joined the fold. This quarter also saw Santander roll out the first mobile application for global payments powered by Ripple's blockchain technology - you can see it for yourself here.

Signing more customers is important because it leads to more transactions and volume, volume leads to more customers. These are powerful network effects that we are starting to see play out. This quarter we reached new heights in terms of number of transactions and production deployments across RippleNet, but we are still working hard to accelerate volume growth.

We're also seeing traction for xRapid, which enables institutions to easily source on-demand liquidity using XRP. For payments in the critical remittance corridor between the U.S. and Mexico, financial institutions piloting xRapid saw an estimated savings of 40-70 percent compared to what they normally pay foreign exchange brokers. The pilots are validating the value proposition – xRapid is alleviating institutions' pre-funding needs so they can instead put that working capital to use in other ways.

It's still early days for xRapid, and like any brand new technology, we know full well that different customers will have different journeys to adoption. For the biggest financial institutions, some might act as pilot test tourists and wait longer to adopt it. Others might decide it's not the right fit for them. I feel good about the pilot results and the strength of our customer pipeline.

**FUNDING INNOVATION**

As one of the most mature companies in the blockchain space, we're always looking at how we can help the entire industry grow. I strongly believe this isn't a "winner take all" world. The more education and innovation that takes place, the faster we will see wide scale adoption.

That's one of the reasons we announced the University Blockchain Research Initiative (UBRI), which will commit $50 million in funding for research and innovation in blockchain. Academia has always been the backbone of innovation. It was academia that formed the first ever theories about a globally interconnected set of computers (i.e. the Internet) in 1962. We believe the universities involved in UBRI will bring that same level of rigor to blockchain.

In addition to supporting innovation in blockchain overall, we want to support innovation around XRP.

We know that using XRP for cross-border payments is an excellent use case, but it is not the only use case for XRP. It's just the one that Ripple has decided to focus on given XRP's key characteristics (speed, low cost and scalability).

On a daily basis, we are inundated with questions about how to build on top of - or integrate with - the XRP Ledger given our experience with it. Some want to use XRP for payments in their games, others want to use the ledger for real estate or digital media purposes - the list goes on. As an interested party in the success of the XRP ecosystem, we wanted to provide support for those entrepreneurs where we can. That's why we announced Xpring (pronounced "spring"), a new initiative that will invest in, incubate, acquire and provide grants to companies and projects run by proven entrepreneurs. Ethan Beard, who oversaw Facebook's developer platform from 2009 to 2012, joined the team to lead the effort. We're looking forward to providing updates about Xpring as it grows.

## GLOBAL PROGRESS ON REGULATION

Whether digital assets are appropriately classified as securities, commodities, currencies or none of the above has been a topic of increasing interest globally. This is an important, but not new, topic. Some countries have already provided a regulatory framework for digital assets, like Japan which deemed them legal payment instruments. While regulation is coming into focus in specific countries, it's not surprising to see lawyers and their clients try to take advantage of any ambiguity by bringing forth opportunistic suits - specifically in the United States.

Ripple has looked closely at this topic for several years, and our belief remains the same: XRP should be regulated as a currency. FinCEN and the DOJ confirmed this in 2015 - and my team continues to educate the market, regulators and courts about all the reasons it makes sense for XRP to be regulated as a currency. For XRP to be a security, as some have asserted, it would have to represent ownership in a company, which it does not. Also, the fact that it exists independent of Ripple and has utility as a payment tool make it quite different than a security. I look forward to continuing this conversation with all interested parties.

Around the world, we saw regulators' views on digital assets advance in Q2, with many positive signs emerging.

In April, the International Monetary Fund urged for an "even-handed" approach to regulating digital assets, calling for countries to address risks without stifling innovation. We agree, and were honored to present at the IMF Spring Meetings.

The U.K. Financial Conduct Authority echoed that view, saying that while there are risks to address, "positively, we see firms using cryptocurrency for international money remittance, lowering the cost and time of sending money overseas. So there are legitimate and economically significant use cases."

In the United States, the SEC declared that bitcoin and ether are not securities. We view these statements as a positive development for the industry, and we look forward to the SEC providing clarity on XRP.

## WHERE WE GO FROM HERE

At Ripple, we continue to approach our business - and build our products - with the goal of creating something that's transformative and lasting.

We're excited about our increasing customer traction, product validation, and the overall maturation of our industry - with regulatory clarity being a key driver.

I'm looking forward to the second half of 2018. As always, please reach out with any questions, comments or feedback.


Best regards, Brad

FOIA Confidential Treatment Requested

SEC-R66-04-00000002
SEC-LIT-EPROD-000615888

RPLI_01949988