# Exhibit 257

| | |
|---|---|
| **From:** | Brad Garlinghouse <​@ripple.com> |
| **Sent:** | Tuesday, April 03, 2018 7:30 AM |
| **To:** | Patrick Griffin;Miguel Vias |
| **Cc:** | Ron Will |
| **Subject:** | Fwd: interview for a story? |

fyi only.  Notable (and important) to know that Gemini is leaking stuff to media about our interest in getting listed.


---------- Forwarded message ----------
From: Brad Garlinghouse <​@ripple.com>
Date: Tue, Apr 3, 2018 at 7:21 AM
Subject: Re: interview for a story?
To: <​.com>
Cc: <​.com>, Monica Long <​@ripple.com>, <​@ripple.com>


Well, at least we now know that the source for them is Gemini.

Is the nuance you are introducing here just that we are saying "*some* of the information you have" is inaccurate?  If that's the point - then I would go with what's below (slight tweaks)

"Without question, some of the information you have is inaccurate.
Regardless, Ripple has always been transparent about our focus on building and growing a strong XRP ecosystem. We want XRP to be the most liquid digital asset possible to enable faster, cheaper global payments." - a Ripple spokesperson


The SEC stuff is new to the theme here - and noteworthy.  I've never said that I don't "believe" it's a security.  I've said that its NOT a security.  There is an important difference there.


On Tue, Apr 3, 2018 at 6:49 AM, <​.com> wrote:

> Hi Brad,
>
> We've received a final follow-up from with additional
> information to fact check and confirm if we would like to add anything
> else to our statement before they run the story – see details below.
>
> Monica, and I have discussed further and determined that
> parts of the information has is still inaccurate, so our
> original statement technically still stands – however, we recommend
> providing a slightly updated statement to include more context on our
> position and soften that juxtaposition of our denial next to their

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                              RPLI_SEC 0054436

> reporting that they have obtained an email to support their reporting on Gemini.
>
> *"Some of the information you have is inaccurate, but Ripple has
> always been transparent about our focus on building and growing a
> strong XRP ecosystem. We want XRP to be the most liquid digital asset
> possible to enable faster, cheaper global payments for our customers."
> - a Ripple
> spokesperson*
>
>
> Let us know your thoughts, and if we're aligned we can provide the
> final updated statement to Bloomberg today.
>
> Thanks,
>
>
>
> *Fact-Checking Details from         *
>
> *A Ripple executive asked Gemini whether a $1 million cash payment
> would help it get listed in the third quarter of 2017, according to an
> email viewed by             .
>
> *Ripple also explored whether paying rebates or covering
> implementation costs would help it get listed on Gemini.
>
> *Ripple asked whether a $100 million loan to Coinbase in XRP, which
> could be paid back in XRP or dollars, would help it get listed on that exchange.
>
> *Ripple indicated that it would offer a similar opportunity to a
> competitor if Coinbase turned down the loan.
>
> *Gemini and Coinbase did not accept those proposals.
>
> *Ripple owns 60 percent of the 100 billion XRP tokens that exist.
>
> *XRP's value has risen even based on rumors of it being listed on Coinbase.
>
> *One risk for XRP (as with other digital tokens) is that the SEC could
> classify it as a security and impose further regulation.
>
> *Ripple executives say they don't believe XRP is a security.
>
> *XRP has been used by Ripple in part to fund the company's operations.
>
>
>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054437