# Exhibit 258

Message
_____

**From:**         Chris Larsen ███ @ripple.com]
**on behalf of**  Chris Larsen ███ @ripple.com> ███ @ripple.com]
**Sent:**         11/11/2018 5:55:06 PM
**To:**           Brad Garlinghouse [Brad Garlinghouse ███ @ripple.com>]
**Subject:**      Re: notes for ███

That's funny - I'm actually with Roger right now at his sons birthday! He's excited to help.

Note looks great.

Hope trip is going well!

On Sun, Nov 11, 2018 at 17:50 Brad Garlinghouse ███ @ripple.com> wrote:
    Chris,

    I'm planning to send this note to ███ later today / tonight your time.  Take a read and let me know if
    any comments.  (███ is Sec ███ s chief of staff)

    Roger,

    Thanks very much for taking some time from your dinner on Friday to catch up!

    As briefly discussed, my meetings in DC went very well and I continue to gather evidence that the SEC (and
    those tangential to the SEC)  do NOT believe that XRP is a security.  This is obviously good news and reflects
    the facts / realities that XRP is a decentralized, open source digital asset - from a regulatory point of view it's
    indistinguishable from ETH or BTC.

    The challenge for us is getting the SEC to proactively say that they do not believe XRP is a security - as they
    have with ETH and BTC.

    I've outlined some key bullets that I believe capture the major points for outreach to Eli.

    Please reach out with any questions and many thanks for your friendship and support on this.

    All the best,
    Brad


    Key bullets to be shared with ███:

    - There are three major digital assets:  BTC, ETH and XRP.  All three have the same characteristics as it relates
    to SEC regulation.  To date, the SEC has proactively communicated that they do not believe BTC or ETH are
    securities.  This has tipped the competitive scales in favor of those technologies.

    - Importantly, China has been very strategic in their engagement with blockchain technologies (more on this
    via this link).  Today, given the nature of proof of work - China can control both the BTC and ETH
    blockchains.  Princeton researchers recently articulated some of this - and associated risks:

HIGHLY CONFIDENTIAL

https://thenextweb.com/hardfork/2018/10/08/china-means-intent-destroy-bitcoin/ .  XRP in comparison is a technology born here in the US - and given that it doesn't use mining / proof of work it is NOT controlled by China

- Brad Garlinghouse, Ripple's CEO has met with SEC Chair Clayton, Commissioners Roisman and Peirce to discuss the above - and the Ripple team has had several meetings with SEC staff.  All indications have been that they do not believe XRP is a security.

- Ripple is seeking for the SEC to proactively make a statement that XRP is not a security.  Chair Clayton is speaking at a blockchain / crypto conference on 11/27 in NYC and this appears to be an opportune time for him to make a statement such as: "we continue to look carefully at this developing landscape - I think it's fair to say that XRP, like ETH and BTC does not have the characteristics of a security."
--
Chris

Chris Larsen
Executive Chairman
Ripple, Inc.
www.ripple.com

HIGHLY CONFIDENTIAL