# Exhibit 259

Message

**From:** Brad Garlinghouse [█@ripple.com]
**on behalf of** Brad Garlinghouse █@ripple.com> █@ripple.com]
**Sent:** 1/12/2019 9:56:18 AM
**To:** Brad Garlinghouse [Brad Garlinghouse █@ripple.com>]
**BCC:** [redacted]; Antoinette O'Gorman [Antoinette O'Gorman █@hotmail.com>]; [redacted] Brad Garlinghouse [Brad Garlinghouse █@garlinghouse.org>]; [redacted] Chris Larsen [Chris Larsen █@ripple.com>]; [redacted] David Schwartz [David Schwartz █@ripple.com>]; [redacted] Monica Long [Monica Long █@ripple.com>]

HIGHLY CONFIDENTIAL



**Subject:**   Ripple's Q4 Investor and Advisor Update

Ripple Shareholders -

While I usually provide just a quarterly recap, given it's the start of a new year, it feels appropriate to reflect on 2018 on the whole and preview what's to come for Ripple in 2019.

Looking back at 2018, the big headline was of course crypto market volatility. The overall crypto market capitalization was down 77 percent on the year. No, it's not doomsday for crypto. Just the opposite - I think we saw healthy market maturation with unfocused and unsound businesses or outright scams (many ICOs) dying on the vine or in some cases contracting.

As some of you might remember, we saw the same trajectory in the early days of the Internet. Explosive interest and investment dollars in the shiny new tech spawned a myriad of Internet businesses - some good, many bad - and with hype outpacing reality, the market went bust. But the strong survived. Those businesses with sound models, who were solving real problems and serving real customers, laid the early foundation for today's Internet. Some of them growing into the most valuable companies in the world.

Ripple is in that position - the position to be the Amazon, Apple or Google of the Internet of Value. While we still have a lot of work to do, we are the market leader with a clear use case and value proposition, commercial products and fast-growing customer adoption.

**FOLLOWING OUR NORTH STAR**
Let me unpack how we've established market leadership. You may recall about seven years ago, a trio of open-source developers sought to develop a more energy-efficient, more scalable, more flexible version of Bitcoin and as a result created the XRP Ledger and XRP. Rather than employ algorithmic distribution of XRP, which they knew from studying Bitcoin mining would ultimately centralize ledger power, they decided to gift the

lion's share of XRP to a private company, whose charter would be to enable the world to move value like it already moves information - enabling an Internet of Value. They knew XRP would play a critical role in an Internet of Value so to pave the path the company would help the broader XRP ecosystem grow. That company is Ripple.

The operative word being "help." Given the XRP Ledger's inherent decentralization, Ripple is unable to control the underlying protocol, transaction validation, or XRP markets. Ripple is one actor - of many - who contribute to the XRP ecosystem.

In pursuit of this charter and to return shareholder value, we identified and have been executing two strategies:

1. **Building a network (RippleNet)** that enables financial institutions to process instant, certain, low-cost payments globally. Liquidity management represents the biggest, hairiest, unsolved problem in global payments with ~$10 trillion idling in bank accounts around the world. XRP and its unique efficiency (as measured in speed and extremely low cost per transaction) is the "secret sauce" that enables our customers to release that trapped capital and offer a vastly better experience to their customers (through a product called xRapid).
2. **Building out and supporting the ecosystem of companies using XRP** (through an initiative called Xpring). A robust ecosystem of players will continue to build the kind of enduring trust, liquidity and utility the world's top currencies have.

**RIPPLE'S RECORD YEAR**
In contrast to some in the blockchain industry, I'm pleased to say that 2018 was an outstanding year for Ripple! To track our progress against these two strategies, we measure key indicators of RippleNet adoption and usage and XRP sales. While it's still early days for RippleNet, transaction volume grew ▇ year over year and we averaged ▇ percent growth quarter over quarter - the trendline is very positive.

| | 2017 | 2018 |
|---|---|---|
| RippleNet New Production Deals Signed | ▇ | ▇ |
| RippleNet Countries (where we have customers) | ▇ | ▇ |
| RippleNet Live Customers | ▇ | ▇ |
| XRP Sales | $179M | $529M |
| Cash in the Bank | ▇ | ▇ |

I'll specifically break out 2018 milestones for xRapid - shipping it in production was a watershed moment, marking the first institutional-grade payments product that leverages a digital asset. But we accomplished far more than shipping the product!

We signed 11 xRapid production customers in 2018 and brought three live in Q4 alone. Early customer results report **no wire fees** (as opposed to $25-35 per payment previously), **ten-times lower FX costs**, and **payments in two minutes** (as opposed to three days).

One happy customer sent a few million of dollars using xRapid over the end-of-year holidays, taking advantage of RippleNet's 24x7 availability when banks' wire services are unavailable.

Another customer, Brad Ganey, senior vice president and COO of Catalyst Corporate Federal Credit Union, summed up feedback we're hearing from customers regularly:

> *"The traditional international wire experience fails to meet today's expectations from a price, speed and ease-of-use perspective. Blockchain technology, and specifically Ripple's xRapid product, resolves all three of these challenges simultaneously."*

Of course, it was an amazing team, which grew to ~300 people in 2018, that drove the record year. There's a lot of hard work ahead and I'm confident that we have built the right foundation from which to build to get it done.

**LOOKING AHEAD**
We've already hit the ground running in 2019 - focused on accelerating RippleNet volume growth, fast-tracking xRapid adoption, and fueling XRP utility beyond RippleNet (Xpring). Our goals include RippleNet expansion, especially in emerging markets, many more customer success stories, and lots more businesses building with XRP.

Across the industry, I predict 2018's trend of market maturation will continue - companies without a real use case and customer traction will fall off the map. As the industry evolves, transparency is absolutely key to success. Disclosures matter. Integrity matters. If the industry is going to continue to grow and flourish, we all need to be fearless in showing our work and not concealing who's behind the curtain. I'm proud that Ripple has always led by example here and will continue to be a steward of transparency in the market.

Finally, on the topic of regulation and more specifically the question at the fore of the media about whether or not XRP is a security: it's very clear to me that XRP is not a security, and I believe it has become increasingly clear to the industry. Misinformation fueled much of this media speculation - misinformation that the XRP Ledger is centralized and controlled by Ripple. I expect some of this misinformation was seeded by competitors seeking to disrupt our leadership.

I'm confident in the discussions we're having with U.S. regulators and lawmakers on this topic and am optimistic we'll have even more clarity on this point in 2019. Industry-wide, I think we'll continue to see constructive regulatory frameworks that protect consumers while fostering blockchain and digital asset innovation around the world.

Happy New Year to you all - 2018 will be hard to top, but I am very confident about our market position as we enter 2019.  As always, please reach out with any questions.

All the best,
Brad