# Exhibit 263

**From:** Brad Garlinghouse [▇▇@ripple.com]
**on behalf of** Brad Garlinghouse [▇▇@ripple.com> ▇▇@ripple.com]
**Sent:** 11/11/2018 7:10:50 PM
**To:** ▇▇.com
**CC:** Chris Larsen [Chris Larsen ▇▇@ripple.com>]
**Subject:** notes for ▇

Roger,

Thanks very much for taking some time from your dinner on Friday to catch up!

As briefly discussed, my meetings in DC went very well and I continue to gather evidence that the SEC (and those tangential to the SEC) do NOT believe that XRP is a security. This is obviously good news and reflects the facts / realities that XRP is a decentralized, open source digital asset - from a regulatory point of view it's indistinguishable from ETH or BTC.

The challenge for us is getting the SEC to proactively say that they do not believe XRP is a security - as they have with ETH and BTC.

I've outlined some key bullets that I believe capture the major points for outreach to ▇

Please reach out with any questions and many thanks for your friendship and support on this!

All the best,
Brad


- There are three major digital assets: BTC, ETH and XRP. All three have the same characteristics as it relates to SEC regulation. To date, the SEC has proactively communicated that they do not believe BTC or ETH are securities. This has tipped the competitive scales in favor of those technologies.
- Importantly, China has been very strategic in their engagement with blockchain technologies (more on this via this link). Today, given the nature of proof of work - China can control both the BTC and ETH blockchains. Princeton researchers recently articulated some of this - and associated risks: https://thenextweb.com/hardfork/2018/10/08/china-means-intent-destroy-bitcoin/ . XRP in comparison is a technology born here in the US - and given that it doesn't use mining / proof of work it is NOT controlled by China
- Brad Garlinghouse, Ripple's CEO has met with SEC Chair Clayton, Commissioners Roisman and Peirce to discuss the above - and the Ripple team has had several meetings with SEC staff. All indications have been that they do not believe XRP is a security.
- Ripple is seeking for the SEC to proactively make a statement that XRP is not a security. Chair Clayton is speaking at a blockchain / crypto conference on 11/27 in NYC and this appears to be an opportune time for him to make a statement such as: "we continue to look carefully at this developing landscape - I think it's fair to say that XRP, like ETH and BTC does not have the characteristics of a security."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                            RPLI_SEC 0235167