# Exhibit 265

Tweet

**Brad Garlinghouse**
@bgarlinghouse

Applauding UK regulator, @TheFCA, for providing clarity & leadership on the classifications of digital assets. They recognize ETH has the features of a hybrid exchange/ utility token (not a security token) and call out the similarities between ETH and XRP.

fca.org.uk
PS20/10: Prohibiting the sale to retail clients of investment …
This Policy Statement (PS) summarises feedback to CP19/22. It sets out our final policy position and Handbook …

6:23 PM · Jul 11, 2019 · Twitter Web Client

**910** Retweets **84** Quote Tweets **2,308** Likes

**www.BruceReign.TV** @BruceReign · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
Boom!
2

💰❤️**Løver øf Mo$t Cryptø**❤️💰 @XRPMOONSHINE · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
Whatup BG. Much love !
1 2

**Saitaman** @Abdulrazzaq1213 · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
Lets hope this will push XRP

The following media includes potentially sensitive content.
Change settings
View

1 15

**James Price** @DetJPrice · Aug 12, 2019
Replying to @Abdulrazzaq1213 @bgarlinghouse and @TheFCA
This should allow exchanges like Robinhood to finally list XRP for trading. So my fingers are crossed.

**Dalmain** @DominicanZ5 · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
Sounds like good progress

**ParabolicReady** @ironman1080 · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
+.5 @xrptipbot

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Brad Garlinghouse**
@bgarlinghouse
CEO at Ripple
Follow

**Financial Conduct …**
@TheFCA
We regulate the UK financial services sector and aim to make markets work well Tweeting our latest news, publications, research and data
Follow

## What's happening

Politics · LIVE
**January 6 committee votes to subpoena former president Donald Trump**

Boston Globe Food · Yesterday
**We read the new Anthony Bourdain biography and spoke with the author. Here's what to expect.**

FORTUNE · 5 hours ago
**Germany can't hoard any more natural gas, and that may be good news for global energy prices**

Metro · 5 minutes ago
**Just Stop Oil protesters throw tomato soup over Vincent Van Gogh's famous Sunflowers painting in London**
Trending with Van Gogh, Just Stop Oil

Music · Last night
**Tove Lo's new album, Dirt Femme, is out now 🦂**
Trending with Tove Lo

**Don't miss what's happening**
People on Twitter are the first to know.

Log in
Sign up



10/14/22, 11:06 AM	Brad Garlinghouse on Twitter: "Applauding UK regulators @TheFCA, for providing clarity &amp; leadership on the classifications…

Case 1:20-cv-10832-AT-SN   Document 831-124   Filed 06/13/23   Page 3 of 3

Replying to @bgarlinghouse and @TheFCA
@bgarlinghouse when is the community going to see institutional sales made via public exchanges?

3

**Yerap** @Yerap_game · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
To bad they keep using Ripple to indentify the token instead of XRP

1    2

**Mr K.A.A** @kev123703 · Jul 11, 2019
Replying to @bgarlinghouse and @TheFCA
Brokers gona looose money retail traders will save money but still loose lol

This Tweet was deleted by the Tweet author. Learn more

**jcase** @justincase8594 · Jul 11, 2019
You think they can rebuild the entire financial system overnight , beat it

3

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up