# Exhibit 273 was filed under seal at ECF 665-132