# Exhibit 279

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Bradley Sostack, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

2. I have reviewed the complaints in this matter and authorize the filing of lead plaintiff papers on my behalf.

3. I am willing to serve as a representative party on behalf of the purchasers of XRP tokens (the "security") during the Class Period, including providing testimony at deposition and trial if necessary.

4. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

5. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private actions arising under the Securities Act or the Exchange Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____St. Petersburg, FL_____, on the 17 of May, 2019.

**Schedule A**

**Purchases**

| Transaction Date | Consideration Paid | XRP Tokens Received for Consideration |
| --- | --- | --- |
| 1/3/2018 18:07 | 1.237517 Bitcoin | 6653.319 |
| 1/3/2018 18:07 | 0.055491 Bitcoin | 298.3407 |
| 1/3/2018 18:07 | 0.000371 Bitcoin | 1.995 |
| 1/3/2018 18:07 | 0.078976 Bitcoin | 424.6 |
| 1/3/2018 18:07 | 0.619772 Bitcoin | 3332.11 |
| 1/3/2018 18:07 | 0.164775 Bitcoin | 886.0775 |
| 1/3/2018 18:07 | 0.409849 Bitcoin | 2204.083 |
| 1/3/2018 18:07 | 0.134021 Bitcoin | 720.7779 |
| 1/3/2018 18:07 | 1.32714 Bitcoin | 7138.231 |
| 1/3/2018 18:07 | 0.448424 Bitcoin | 2412.176 |
| 1/3/2018 18:07 | 1.831405 Bitcoin | 9852.088 |
| 1/3/2018 18:07 | 0.014155 Bitcoin | 76.20227 |
| 1/4/2018 9:08 | 0.197193 Bitcoin | 920 |
| 1/5/2018 9:55 | 0.668879 Bitcoin | 3766.846 |
| 1/5/2018 9:55 | 2.007201 Bitcoin | 11304.35 |
| 1/5/2018 9:55 | 0.164899 Bitcoin | 928.8 |
| 1/5/2018 14:23 | 1.679859 Bitcoin | 9958.848 |
| 1/5/2018 14:23 | 0.006934 Bitcoin | 41.15181 |
| 1/6/2018 10:38 | 0.028424 Bitcoin | 176.2165 |
| 1/6/2018 10:38 | 0.044717 Bitcoin | 277.2295 |
| 1/6/2018 10:42 | 0.128396 Bitcoin | 796.005 |
| 1/6/2018 10:42 | 0.04839 Bitcoin | 300 |
| 1/6/2018 10:42 | 0.717874 Bitcoin | 4450.549 |
| 1/8/2018 10:07 | 0.453343 Bitcoin | 2781.248 |
| 1/8/2018 10:07 | 0.361657 Bitcoin | 2218.752 |
| 1/10/2018 1:55 | 0.29134 Bitcoin | 2023.338 |
| 1/10/2018 1:55 | 0.000213 Bitcoin | 1.478387 |
| 1/10/2018 1:55 | 0.148354 Bitcoin | 1030.805 |
| 1/10/2018 1:55 | 3.67751 Bitcoin | 25554.24 |
| 1/10/2018 1:55 | 0.000219 Bitcoin | 1.523359 |
| 1/10/2018 1:55 | 0.0002 Bitcoin | 1.394358 |
| 1/10/2018 1:55 | 0.199469 Bitcoin | 1387.225 |
| 1/11/2018 8:25 | 131.2281 USDT | 70 |
| 1/16/2018 9:32 | 18835.16 USDT | 14269.06 |

| 1/16/2018 9:32 | 2926 USDT | 2216.667 |
| 1/16/2018 9:32 | 5280 USDT | 4000 |
| 1/16/2018 9:33 | 641.0548 USDT | 485.6475 |
| 1/16/2018 9:33 | 7943.112 USDT | 6017.509 |

**Sales**

| Transaction Date | Consideration Received | XRP Tokens Sold |
|---|---|---|
| 1/9/2018 13:19 | 0.012616 Bitcoin | 85.48702 |
| 1/9/2018 13:19 | 0.044274 Bitcoin | 300 |
| 1/9/2018 13:19 | 0.02952 Bitcoin | 200 |
| 1/9/2018 13:19 | 0.05908 Bitcoin | 400 |
| 1/9/2018 13:19 | 0.003 Bitcoin | 20.30457 |
| 1/9/2018 13:19 | 0.07369 Bitcoin | 498.75 |
| 1/9/2018 13:19 | 0.170404 Bitcoin | 1152.861 |
| 1/9/2018 13:19 | 0.000939 Bitcoin | 6.349937 |
| 1/9/2018 13:19 | 0.018784 Bitcoin | 127.0455 |
| 1/9/2018 13:19 | 0.011297 Bitcoin | 76.38499 |
| 1/9/2018 13:19 | 0.138005 Bitcoin | 933.0989 |
| 1/9/2018 13:19 | 0.001249 Bitcoin | 8.444625 |
| 1/9/2018 13:19 | 0.030071 Bitcoin | 203.2793 |
| 1/9/2018 13:19 | 0.003 Bitcoin | 20.27986 |
| 1/9/2018 13:19 | 0.423424 Bitcoin | 2861.939 |
| 1/9/2018 13:19 | 0.0296 Bitcoin | 200 |
| 1/9/2018 13:19 | 0.127432 Bitcoin | 861.0297 |
| 1/9/2018 13:19 | 0.02716 Bitcoin | 183.5145 |
| 1/9/2018 13:19 | 0.011636 Bitcoin | 78.53727 |
| 1/9/2018 13:19 | 0.401906 Bitcoin | 2712.465 |
| 1/9/2018 13:19 | 1.347689 Bitcoin | 9095.56 |
| 1/9/2018 13:19 | 0.423888 Bitcoin | 2854.467 |
| 1/9/2018 13:19 | 0.275605 Bitcoin | 1867.494 |
| 1/9/2018 13:19 | 0.294422 Bitcoin | 1995 |
| 1/9/2018 13:19 | 0.003216 Bitcoin | 21.7911 |
| 1/9/2018 13:19 | 0.019699 Bitcoin | 133.4814 |
| 1/9/2018 13:19 | 0.019923 Bitcoin | 135 |
| 1/9/2018 13:19 | 0.23946 Bitcoin | 1622.578 |
| 1/9/2018 13:19 | 0.111128 Bitcoin | 753 |
| 1/9/2018 13:19 | 0.058884 Bitcoin | 399 |
| 1/9/2018 13:19 | 0.028462 Bitcoin | 192.8578 |
| 1/10/2018 6:03 | 19 USDT | 10 |
| 1/10/2018 8:55 | 662.5665 USDT | 400 |

| | | |
|---|---|---|
| 1/10/2018 8:55 | 4092.474 USDT | 2470.68 |
| 1/10/2018 8:55 | 23568.06 USDT | 14228.34 |
| 1/10/2018 8:55 | 4805.231 USDT | 2900.98 |
| 1/10/2018 10:17 | 63.11382 USDT | 33.19683 |
| 1/10/2018 10:17 | 4.387889 USDT | 2.307958 |
| 1/10/2018 10:17 | 2561.995 USDT | 1347.567 |
| 1/10/2018 10:17 | 25252.34 USDT | 13282.32 |
| 1/10/2018 10:17 | 19.65955 USDT | 10.29324 |
| 1/10/2018 10:17 | 0.06977 USDT | 0.036529 |
| 1/10/2018 10:17 | 10169.38 USDT | 5324.282 |
| 1/17/2018 15:27 | 5.53534 Bitcoin | 58272.87 |
| 1/17/2018 15:27 | 0.03599 Bitcoin | 378.8402 |
| 1/17/2018 15:27 | 0.000137 Bitcoin | 1.447216 |
| 1/17/2018 15:27 | 0.000137 Bitcoin | 1.447216 |
| 1/17/2018 15:27 | 0.000137 Bitcoin | 1.447216 |
| 1/17/2018 15:27 | 0.010359 Bitcoin | 109 |