# Exhibit 280

11/14/22, 12:10 PM David "JoelKatz" Schwartz on Twitter: "@pizzapastasteak @LewisWalden7 @XRP_Lump @cryptoBulk @Ripple That said, the price …

Case 1:20-cv-10832-AT-SN Document 834-1 Filed 06/13/23 Page 2 of 3



← Tweet 

 **Ripple** ✓ @Ripple · Oct 25, 2018 
✓ Official

The Q3 #XRP Markets report is here. Read about the key events in the XRP ecosystem over the last three months, including asset trading in Malta, hints at #crypto Wall Street adoption and why there was far less volatility in the markets this quarter.



ripple.com
Q3 2018 XRP Markets Report | Ripple
By Cory Johnson & Miguel Vias Ripple sells $163 million in XRP amidst rising volatility and volume in Q3 2018 Ripple sales accounted for 0.43 …

💬 75    🔁 641    ♥ 1,532    ↗

*This Tweet was deleted by the Tweet author.* Learn more

 **David "JoelKatz" Schwartz** ✓ @JoelKatz · Oct 29, 2018

The volatility of XRP over the minute or so the payment takes is negligible. The problem is that big buys and sells move the market against you. So big payments await greater liquidity. No problem with smaller payments like remittances, even in high volume.

💬 6    🔁 34    ♥ 97    ↗

*This Tweet is from a suspended account.* Learn more

 **David "JoelKatz" Schwartz** ✓ @JoelKatz · Oct 29, 2018
Replying to @pizzapastasteak @LewisWalden7 and 3 others

As you buy, the price goes up, so the sender has to buy high. The recipient sells, pushing price down. Sender pays more, recipient gets less. So payments larger than available liquidity have high cost. High volume, smaller payments don't have this problem.

💬 21    🔁 48    ♥ 143    ↗

 **Micöl "NOVI NOV" Rankin** @iamnovinov · Oct 29, 2018
Replying to @JoelKatz @LewisWalden7 and 3 others

Wait......so if this is how all this system works........none of these bank partnerships, nor xrapid, etc will actually increase price of xrp...........ever

💬 4    🔁    ♥ 4    ↗

 **David "JoelKatz" Schwartz** ✓ @JoelKatz · Oct 29, 2018
Replying to @iamnovinov @LewisWalden7 and 3 others

If you want to use XRP to bridge a payment, someone has to hold that XRP until you need it. If that market is large and competitive, that means lots of people are. 1/2

💬 3    🔁 18    ♥ 81    ↗

 **David "JoelKatz" Schwartz** ✓ @JoelKatz · Oct 29, 2018

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

[G] Sign up with Google

[🍎] Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 **David "JoelKatz" S...** ✓     Follow
@JoelKatz

Improving global settlement with blockchain tech. CTO at Ripple; one of the original architects of the XRP ledger.

 **Micöl "NOVI NOV" R...**     Follow
@iamnovinov

Creative Director | Music artist NOVI NOV | Creator of @youaredopeshow | 404 💧 412 🏠 724 🙆 | @adweek Creative 100 in '21 | no. 1 draft pick @majorityagency

Log in    Sign up

Lewis Walden    Follow

Replying to @JoelKatz @iamnovinov and 4 others

That also means you can roughly halve payment costs by holding XRP. So if volatility comes down, those who don't know what asset they need next have reasons to hold XRP. 2/3

1 10 53

**David "JoelKatz" Schwartz**
@JoelKatz

Replying to @JoelKatz @iamnovinov and 4 others

That said, the price of XRP seems to be driven by the crypto market generally and price movements seem to come from exchange and regulatory news more than anything else. 3/3

10:42 PM · Oct 29, 2018 · Twitter for Android

**6** Retweets **44** Likes

This Tweet is from a suspended account. Learn more

**David "JoelKatz" Schwartz** @JoelKatz · Oct 29, 2018

Replying to @pizzapastasteak @LewisWalden7 and 4 others

Not speculative. Competitive global pools of liquidity people contribute to and draw off of to dramatically cut payment costs and interconnect economies.

5 12 60

Show replies

**Jhawk224** @Jhawk2241 · Oct 31, 2018

Replying to @JoelKatz @iamnovinov and 4 others

How can price movements come from exchanges? The qty that ripple has avail to sell direct is what really sets the price. If you sold for 1/2 the price that it was in an exchange with no sell restriction arbitrage would quickly lower the prices on the exchanges 1/2

**Jhawk224** @Jhawk2241 · Oct 31, 2018

Replying to @JoelKatz @iamnovinov and 4 others

2/2 conversely if you set your price higher than exchanges than buyers would go to an exchange instead and ultimately drive the price up. With such a large qty left to sell how does Ripple not ultimately determine the price?

Search Twitter

## What's happening

NFL · Yesterday
**Texans at Giants**

Universities · Trending
**University of Virginia**
42.5K Tweets

Margot Robbie · Trending
**Margot Robbie**
Trending with Pirates of the Caribbean

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

World news · LIVE
**The latest updates from Iran as protests continue across the country**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

