# Exhibit 282

# Welcome to xrpl.org!

xrpl.org is a new, community-driven website for developers to access technical documentation, developer tools, tutorials, and network metrics for the XRP Ledger. The XRP Ledger is one of the largest, most technically mature, open-source, public blockchain networks in the world. If you are learning about, building on, and contributing to the XRP Ledger, xrpl.org is your best resource.

In the past, Ripple's developer site has been the hub for documentation and tools on the XRP Ledger. As the XRP Ledger community continues to grow and as the network becomes further decentralized, it makes sense to have a website that is openly built and maintained by the community, not just by one institution. While Ripple will still play a significant role in managing and providing content for xrpl.org, so will the many other dedicated developers, designers, writers and business leaders that interact with the XRP Ledger every day.

The top level navigation of xrpl.org highlights key sections of the site: Docs (documentation), Use Cases, Dev Tools (interactive tools for XRP Ledger developers), and a Blog with release notes, news, and other articles from those developing XRP Ledger technologies. All pages in the documentation, use cases, and even developer tools have an "Edit" button you can use to propose corrections, improvements, and additions to the source for the website on GitHub.

Like the XRP Ledger, anyone can contribute to the evolution of xrpl.org by submitting comments, suggestions and/or pull-requests with changes on GitHub. A team of reviewers from the XRP community will evaluate each request for accuracy, quality and style and approve changes as deemed reasonably appropriate. With everyone's cooperation, xrpl.org will always host the best community-generated technical content related to the XRP Ledger.