# Exhibit 283

Home    Moments              Search Twitter              Have an account? Log in



| | Tweets | Following | Followers | Likes | |
|---|---|---|---|---|---|
| | **7,318** | 913 | 1.01M | 4,689 | Follow |

**Ripple** ✓
@Ripple

Instantly move money to all corners of the world.

🔗 ripple.com
📅 Joined December 2012

🖼 1,389 Photos and videos



Tweets    **Tweets & replies**    Media

📌 Pinned Tweet

**Ripple** ✓ @Ripple · Dec 17
Got it! Together with our partners, we're making global payments happen more quickly, reliably and affordably than ever before.



💬 132        🔁 929        ♡ 3.2K

🔁 Ripple Retweeted

**Brad Garlinghouse** ✓ @bgarlinghouse · 19h
Today, the SEC voted to attack crypto. Chairman Jay Clayton - in his final act - is picking winners and trying to limit US innovation in the crypto industry to BTC and ETH. (1/3)

💬 1.1K        🔁 1.5K        ♡ 5.2K

Show this thread

**Ripple** ✓ @Ripple · Dec 21
Digital asset initiatives, familiarity and positive sentiment continue to rise for #blockchain in #fintech. Learn more in our Blockchain in Payments Report.

💬 25        🔁 173        ♡ 659

**Ripple** ✓ @Ripple · Dec 20





27 127 796

Ripple Retweeted

**Brad Garlinghouse** @bgarlinghouse · Dec 16

Amazed that it's already been a year and a half of our partnership @walexholmes. Ripple and MGI have settled billions of $ globally using XRP in production - it's quite simply the most efficient digital asset for payments (speed, scalability & low transaction cost)

**Julia Chatterley** @jchatterleyCNN
.@MoneyGram growth during #covid19:

• 140% increase in new online customers
• 220% increase in app transactions…

206 1.1K 4.3K

**Ripple** @Ripple · Dec 18

Today's our final #FunFactFriday for December. If you like these, let us know in the comments ⬇️ and we might make this a thing in 2021!

107 202 1.3K

**Ripple** @Ripple · Dec 18

See how @bancosantander leverages Ripple's #blockchain technology to bring faster, low-cost and cross-border #payments to millions of customers.

60 288 1.1K

**Ripple** @Ripple · Dec 17

Need a primer on country-by-country domestic #payment systems? See how we break it down in our playbook so you can better leverage #blockchain technology.

25 223 862

Ripple Retweeted

**Brad Garlinghouse** @bgarlinghouse · Dec 8

Props to Square for acknowledging BTC's current energy consumption, and investing in clean energy solutions. Let's get to 100% renewables in the future! #climatechangeisnotahoax

**Square** @Square
We are also launching a Bitcoin Clean Energy Investment Initiative, committing $10M to support companies that help drive adoption and efficiency of renewables within the bitcoin ecosystem.…
Show this thread

102 226 1.5K

Ripple Retweeted

**Brad Garlinghouse** @bgarlinghouse · Dec 15

Thrilled to have Sandie join our Board - with her years of expertise in regulatory affairs, treasury and financial services, she'll be invaluable in helping guide Ripple through our next phase of growth.

> **Ripple** @Ripple
> Welcoming Sandie O'Connor as our newest member to Ripple's Board of Directors today! on.ripple.com/3msBPss

138 402 2.6K

**Ripple** @Ripple · Dec 15

For a truly global system to work, interoperability is key. Uncover the future of #CBDCs in global #fintech in this webinar.

67 317 1.2K

**Ripple** @Ripple · Dec 15

Welcoming Sandie O'Connor as our newest member to Ripple's Board of Directors today!

134 386 2.4K

Ripple Retweeted

**RippleX** @RippleXDev · Dec 11

Congrats to @FlareNetworks! Exciting to see the "year of DeFi" close out with some unique benefits for the $XRP community. Bring on more experimentation, cross-chain interoperability and use cases in 2021!

> **Flare** @FlareNetworks
> XRP ledger Index No. 60155580 #FlareSnapshot

81 234 1.3K

**Ripple** @Ripple · Dec 11

We're back with another #FunFactFriday!

140 406 2.1K

**Ripple** @Ripple · Dec 9

RippleNet enables @myremitr to connect more efficiently with new, trusted partners and compete in the global marketplace. Learn more.

Home      Moments      Search Twitter      Have an account? Log in

How are secret keys for a #cryptocurrency address developed? Ripple Engineering examines "true" randomness and micro-controllers. Read more.

💬 32   🔁 156   608

**Ripple** ✓ @Ripple · Dec 4

Think you know everything about crypto and blockchain? Today, we're kicking off #FunFactFridays to boost your knowledge!

Fun Fact Friday

David Schwartz, Ripple's CTO, actively contributes to Bitcoin's codebase. His first commit was July 25, 2011.

✦ ripple

💬 106   🔁 290   1.7K

**Ripple** ✓ @Ripple · Dec 3

What 3 things are critical for efficient payment processing 💸? Speed, transparency and liquidity. Learn to leverage #blockchain in our country-by-country primer on domestic payments. Read more.

💬 59   🔁 276   1.2K

🔁 Ripple Retweeted

**Breanne M. Madigan** ✓ @BreMadigan · Dec 1

Read how the growth of crypto derivative markets will supercharge the industry to the next level on.ripple.com/37r5gFv

> **Ripple** ✓ @Ripple
> Ripple's @BreMadigan explains why derivatives are the building blocks of every market development cycle—including the crypto market. Read more on Insights. on.ripple.com/37r5gFv

💬 22   🔁 51   267

🔁 Ripple Retweeted

**Julia Chatterley** ✓ @jchatterleyCNN · Dec 1

Excited to say we've got @Ripple CEO @bgarlinghouse tomorrow on @firstmove!

Would love your #crypto thoughts/questions on what we should discuss! 👇

💬 541   🔁 499   2.7K

**New to Twitter?**
Sign up now to get your

Home Moments Search Twitter Have an account? **Log in**

Sign up

## You may also like · Refresh

**Brad Garlin…**
@bgarlingh…

**Coinbase**
@coinbase

**Bitcoin**
@Bitcoin

**CoinDesk**
@CoinDesk

**David Sch…**
@JoelKatz

## Worldwide trends

**#100FREEiPhone12**
4.18M Tweets

**Lakers**
65.4K Tweets

**Alex Padilla**
14.3K Tweets

**Latino**
40.7K Tweets

**Seattle**
41K Tweets

**Clippers**
31.8K Tweets

**#VoteThemAllOut**
36.5K Tweets

**#grantaclaus**
1,407 Tweets

**#AriStanCards**
4,407 Tweets

**#ArbysIsGreat**
9,178 Tweets

© 2020 Twitter About
Help Center Terms
Privacy policy Cookies
Ads info


