# Exhibit 289

**To:** ▉@moneygram.com]; ▉@moneygram.com]; ▉@moneygram.com]; ▉@moneygram.com]; ▉@moneygram.com]; ▉@moneygram.com]; ▉@moneygram.com]
**From:** ▉/o=MoneyGram/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=▉]
**Sent:** Mon 6/17/2019 9:05:28 PM Coordinated Universal Time
**Subject:** FW: FINAL Press Release & FAQ
**Attachment:** Metric - Project Cosmic Release_FINAL_06_17_19.docx
**Attachment:** Cosmic FAQ_06 17 19.docx

Please see attached should you filed any agent queries. Please do not forward.

---

**From:** ▉
**Sent:** Monday, June 17, 2019 2:40 PM
**To:** ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>; ▉@moneygram.com>
**Subject:** FINAL Press Release & FAQ

Hi all,

Attached is the final version of the press release that will be going out today at 3:30 pm CT. Please do not forward.

Also attached are the FAQs.

▉
PR & Corporate Communications

---
**MoneyGram International**
p: ▉
m:
2828 N. Harwood, 15th Floor
Dallas, Texas 75201

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011478
SEC-LIT-EPROD-000082865
RPLI_01720439

## MoneyGram Announces Strategic Partnership with Ripple

*Includes $30 million equity investment in MoneyGram and commercial partnership leveraging blockchain-based technology*

*Provides Update on Refinancing*

**DALLAS – June 17, 2019** – MoneyGram International, Inc. (NASDAQ: MGI), one of the world's largest money transfer companies, announced today that it has entered into a strategic agreement with Ripple, a provider of leading enterprise blockchain solutions for global payments, that will enable MoneyGram to utilize Ripple's xRapid product, leveraging XRP in foreign exchange settlement as part of MoneyGram's cross-border payment process. The partnership supports the companies' shared goal of improving the settlement of cross-border payments by increasing efficiency and reducing cost through RippleNet.

Through this partnership, which will have an initial term of two years, Ripple will become MoneyGram's key partner for cross-border settlement using digital assets. As part of this partnership, Ripple has made an initial investment of $30 million in MoneyGram equity, made up of common stock and a warrant to purchase common stock. Ripple purchased the newly-issued common stock (including the shares underlying the warrant) from MoneyGram at $4.10 per share, which represents a significant premium to MoneyGram's current market price. In addition, at MoneyGram's election, Ripple may fund additional purchases of common stock or warrants up to $20 million at a minimum price of $4.10 per share.

"I'm extremely excited about Ripple's investment in MoneyGram and the related strategic partnership," said Alex Holmes, MoneyGram Chairman and CEO. "As the payments industry evolves, we are focused on continuing to improve our platform and utilizing the best technology as part of our overall settlement process," said Mr. Holmes. "Through our partnership with Ripple, we will also have the opportunity to further enhance our operations and streamline our global liquidity management. Since our initial partnership announced in January 2018, we have gotten to know Ripple and are looking forward to further leveraging the strengths of both of our businesses."

Today, MoneyGram relies on traditional foreign exchange markets to meet its settlement obligations, which require advance purchases of most currencies. Through this strategic partnership, MoneyGram will be able to settle key currencies and match the timing of funding with its settlement requirements, reducing operating costs, working capital needs and improving earnings and free cash flow.

"This is a huge milestone in helping to transform cross-border payments. MoneyGram is one of the largest money transfer companies in the world and the partnership will continue to further the reach of Ripple's network. I look forward to a long-term, very strategic partnership between our companies," said Brad Garlinghouse, CEO of Ripple.

"We are very pleased with the terms of the Ripple investment which supports the Company with permanent capital and additional liquidity," said Larry Angelilli, Chief Financial Officer of MoneyGram. "This partnership also provides MoneyGram with the opportunity to improve operating efficiencies and increase earnings and free cash flow."

Separately, MoneyGram is providing the update that it continues to make progress toward closing the refinancing of its existing first lien term and revolving facilities and expects to announce the closing of that transaction next week.

**About MoneyGram**

MoneyGram is a global leader in omnichannel money transfer and payment services that enables friends and family to safely, affordably, and conveniently send money for life's daily needs in over 200 countries and territories.

The innovative MoneyGram platform leverages its leading digital and physical network, global financial settlement engine, cloud-based infrastructure with integrated APIs, and its unparalleled compliance program that leads the industry in protecting consumers.

For more information, please visit MoneyGram.com

**Forward-Looking Statements**

This communication contains forward-looking statements which are protected as forward-looking statements under the Private Securities Litigation Reform Act of 1995 that are not limited to historical facts, but reflect the Company's current beliefs, expectations or intentions regarding future events. Words such as "may," "will," "could," "should," "expect," "plan," "project," "intend," "anticipate," "believe," "estimate," "predict," "potential," "pursuant," "target," "continue," and similar expressions are intended to identify such forward-looking statements. The statements in this communication that are not historical statements are forward-looking statements within the meaning of the federal securities laws. Specific forward-looking statements include, among others, statements regarding the company's projected results of operations, specific factors expected to impact the company's results of operations, and the expected restructuring and reorganization program results. Forward-looking statements are subject to numerous risks and uncertainties, many of which are beyond the Company's control, which could cause actual results to differ materially from the results expressed or implied by the statements. These risks and uncertainties include, but are not limited to: our ability to consummate future common stock and warrant Issuances under the agreement with Ripple, our ability to close the Company's contemplated second lien term facility or complete the refinancing of its first lien term loan and revolving credit facilities; our ability to compete effectively; our ability to maintain key agent or biller relationships, or a reduction in business or transaction volume from these relationships, including our largest agent, Walmart, whether through the introduction by Walmart of additional competing "white label" branded money transfer products or otherwise; our ability to manage fraud risks from consumers or agents; the ability of us and our agents to comply with U.S. and international laws and regulations; litigation or investigations involving us or our agents; uncertainties relating to compliance with the agreements entered into with the U.S. federal government and the effect of the Agreements on our reputation and business; regulations addressing consumer privacy, data use and security; our ability to successfully develop and timely introduce new and enhanced products and services and our investments in new products, services or infrastructure changes; our ability to manage risks associated with our international sales and operations; our offering of money transfer services through agents in regions that are politically volatile; changes in tax laws or an unfavorable outcome with respect to the audit of our tax returns or tax positions, or a failure by us to establish adequate reserves for tax events; our substantial debt service obligations, significant

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011480
SEC-LIT-EPROD-000082867
RPLI_01720441

debt covenant requirements and credit ratings; major bank failure or sustained financial market illiquidity, or illiquidity at our clearing, cash management and custodial financial institutions; the ability of us and our agents to maintain adequate banking relationships; a security or privacy breach in systems, networks or databases on which we rely; disruptions to our computer network systems and data centers; weakness in economic conditions, in both the U.S. and global markets; a significant change, material slow down or complete disruption of international migration patterns; the financial health of certain European countries or the secession of a country from the European Union; our ability to manage credit risks from our agents and official check financial institution customers; our ability to adequately protect our brand and intellectual property rights and to avoid infringing on the rights of others; our ability to attract and retain key employees; our ability to manage risks related to the operation of retail locations and the acquisition or start-up of businesses; any restructuring actions and cost reduction initiatives that we undertake may not deliver the expected results and these actions may adversely affect our business; our ability to maintain effective internal controls; our capital structure and the special voting rights provided to designees of Thomas H. Lee Partners, L.P. on our Board of Directors; and uncertainties described in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's public reports filed with the Securities and Exchange Commission (the "SEC"), including the Company's annual report on Form 10-K for the year ended December 31, 2018 and the Company's quarterly report on Form 10-Q for the quarterly period ended March 31, 2019.

Additional information concerning factors that could cause actual results to differ materially from those in the forward-looking statements is contained from time to time in the Company's SEC filings. The Company's SEC filings may be obtained by contacting the Company, through the Company's web site at ir.moneygram.com or through the SEC's Electronic Data Gathering and Analysis Retrieval System (EDGAR) at http://www.sec.gov. The Company undertakes no obligation to publicly update or revise any forward-looking statement.

**Contact:**

Investor Relations:
214-979-1400
ir@moneygram.com

Media:
Noelle Whittington
[ HYPERLINK "mailto:media@moneygram.com" \t "_blank" ]
214-979-1402

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011481
SEC-LIT-EPROD-000082868
RPLI_01720442

**MoneyGram / Ripple Announcement**
**FAQ**
06.17.19

**PARTNERSHIP**

1. **Why did MoneyGram agree to the partnership with Ripple?**
    a. This is an important step for MoneyGram as we look to evolve our operations to take advantage of cutting-edge, proven technologies, making our business more efficient.
    b. This partnership will allow MoneyGram to take advantage of both the lower costs and increased speed and efficiency in money transfers provided by use of XRP, while securing a strategic equity investor.

2. **How does this partnership support MoneyGram's business goals?**
    a. This partnership fits squarely in one of the key pillars in MoneyGram's growth strategy: pursuing the business model of the future. Through this strategic partnership, MoneyGram will be able to settle key currencies and match the timing of funding with its settlement requirements reducing costs, improving its balance sheet efficiency, and reducing risk.

3. **What are the benefits of this partnership to MoneyGram?**
    a. Through our partnership with Ripple, we will have the opportunity to significantly enhance our operations, lower our cost of foreign currencies, reducing the foreign exchange risk, and [dramatically] streamlining our global liquidity management. The on-demand liquidity offered through XRP will further enhance how we complete cross-border payments.

4. **What does the partnership entail?**
    a. The partnership includes an equity investment and a commercial partnership. The partnership will have an initial term of two years.
    b. For the commercial partnership, Ripple will become MoneyGram's key partner for cross-border settlement using digital assets
    c. MoneyGram has the ability to improve the profitability of transactions when using the RippleNet platform to settle foreign currencies.
    d. Regarding the equity investment, Ripple has made an initial investment of $30 million in MoneyGram equity, made up of common stock and a warrant to purchase common stock. Ripple purchased the newly-issued common stock (including the shares underlying the warrant) from MoneyGram at $4.10 per share, which represents a significant premium to MoneyGram's current market price. In addition, at MoneyGram's election, Ripple may fund additional purchases of common stock or warrants up to $20 million at a minimum price of $4.10 per share.
    e. We are pleased with the terms of the Ripple investment, which will provide us with additional liquidity that serves to strengthen our financial position, and improve the profitability of the Company.

5. **Will this affect any current partnerships Ripple has with MoneyGram competitors?**
    a. We would refer this question to Ripple.

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011482
SEC-LIT-EPROD-000082869

RPLI_01720443

**TECHNICAL**

1. **How will this partnership change business from a consumer perspective?**
    a. The partnership is focused on improving our operations and will not be visible to the end user. Our integration of XRP will help us be more efficient in how we move money from point A to point B, while maintaining the same high level of compliance that MoneyGram currently provides its customers.

2. **Will customers be sending XRP across borders?**
    a. No - The platform will use XRP as a treasury management option, relating directly and only to cross-border foreign exchange transactions. MoneyGram customers will not be interacting with XRP or RippleNet.

3. **Will this change the amount of time it takes for transactions to be approved?**
    a. No.  Our service levels should remain the same for MoneyGram customers.
    b. [Once XRP is integrated into our cross-border foreign exchange transactions, we believe that MoneyGram will be able to take advantage of XRP's average transaction time of two to three seconds, which will be a major improvement on our current cross-border foreign exchange transactions.]

4. **What is Ripple?**
    a. Ripple provides one frictionless experience to send money globally using the power of blockchain. Ripple's growing, global network (RippleNet) allows financial institutions to process their customers' payments anywhere in the world instantly, reliably and cost-effectively. Ripple's primary product is xRapid (known as XRP), one of the most actively traded digital assets in the world, and the only asset built explicitly to support cross-border payments, have global liquidity and be supported by an ecosystem of financial institutions. Banks and payment providers can use the digital asset XRP to further reduce their costs and access new markets.

5. **What is XRP?**
    a. XRP is one of the most actively traded digital assets in the world, and the only asset built explicitly to support cross-border payments, have global liquidity and be supported by an ecosystem of financial institutions. Banks and payment providers can use the digital asset XRP to further reduce their costs and access new markets. XRP remains the most efficient digital asset for settlement with transaction fees at just fractions of a penny, compared to other digital asset fees of about $30 per transaction.
    b. Importantly, XRP maintains a strong focus on the implementation of KYC processes and places a high value on regulatory compliance, especially as compared to other cryptocurrencies.

6. **How can blockchain impact money transfer?**
    a. We believe that blockchain technology and the use of appropriate cryptocurrencies will be an important aspect of the future of money transfer. Blockchain technology has the potential to change the way business transacts across almost every industry – the

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011483
SEC-LIT-EPROD-000082870
RPLI_01720444

      distributed infrastructure's ability to securely share information and ensure data integrity makes it an important tool in building trust among business and consumers.
- b. As we look to implement these new and exciting technologies, MoneyGram will carefully evaluate their use through the lens of maintaining strict compliance to its regulatory environment.

7. **What were the results of the pilot program launched in January? Did a successful pilot lead to this announcement?**
   a. Our pilot allowed MoneyGram to understand how to integrate XRP into our settlement engine, and to gain important knowledge of the XRP market and its ability to impact foreign exchange transactions.

8. **How will the fluctuation in the price of XRP effect MoneyGram and/or its transfers?**
   a. We believe that market fluctuations will not have a material impact on our foreign exchange transactions in this partnership.

9. **Western Union had negative feedback about its trial with Ripple. Why will this partnership be different?**
   a. We cannot speak to Western Union's experience, but what we can tell you is that for the duration of our initial partnership announced in January 2018, Ripple has been an outstanding partner and has had a positive impact on our business. This is one of the reasons why we have decided to enter into the partnership announced today.

**FINANCIAL / REGULATORY**

1. **Will Ripple get a Board seat as a result of the partnership?**
   a. Ripple will appoint a non-voting observer to MoneyGram's Board of Directors for the duration of the partnership.

2. **Will this dilute current MoneyGram shareholders?**
   a. There will be shareholder dilution, which could be offset with the opportunity to improve the profitability and cash flow of MoneyGram.

3. **What does MoneyGram plan to do with the proceeds of the partnership?**
   a. The proceeds will reduce the borrowing needs of the Company and supply additional working capital.

4. **Does MoneyGram have any plans to draw down on the $20 million credit line from Ripple?**
   a. Our decision on drawing the remaining $20 million will be made at a future time.

5. **Is this a first step before Ripple eventually acquires MoneyGram?**
   b. This is not part of a larger potential relationship. [We would not want to speculate on how our relationship with Ripple might or might not expand in the future. What we can say is that for the duration of our initial partnership announced in January 2018, Ripple has been

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011484
SEC-LIT-EPROD-000082871
RPLI_01720445

an outstanding partner and has had a positive impact on our business. This is one of the reasons why we have decided to enter into the partnership announced today.]

6. **Is there any regulatory approval required as part of this partnership? Any HSR requirements regarding Ripple's stake in MoneyGram?**
    a. N/A

7. **What kind of reaction do you expect from your bank partners that your use of XRP will impact?**
    a. We believe our banks will be highly supportive of this partnership because it supports the Company's credit profile as well as providing ongoing cash flow.

8. **How will you continue to comply with your KYC guidelines using a cryptocurrency?**
    a. An important part of Ripple's technology is their use of KYC processes to ensure regulatory compliance. This will not change our current intensive KYC approach to our money transfers.

9. **How will this partnership effect your financial results?**
    a. We cannot guide to the financial impact of this partnership at this time.

## EMPLOYEES

10. **How does this affect operations?**
    a. It does not. Daily operations continue as usual. There is no direct impact to employees except for those colleagues whose daily responsibilities may now include working closely with our new partner.

11. **When will the XRP integration take place?**
    a. We will be telling you more about this important development in the days ahead. In the meantime, please contact your manager with questions and they can ensure that your question is shared with the appropriate team.

12. **What should I do if someone asks me about this announcement, Ripple of XRP?**
    a. Consistent with MoneyGram's policy, if you receive any external inquiries from stockholders or analysts, please forward them immediately to Robert Villasenor at ir@moneygram.com, and any media inquiries to Noelle Whittington at [ HYPERLINK "mailto:media@moneygram.com" ].

## REFINANCING

13. **What can you tell us about the terms of the pending refinancing transaction?**
    a. We expect the refinancing to be closed next week. We believe that the transaction will strengthen our capital structure and provide us a solid financial base.
    b. The transaction will include the refinancing of MoneyGram's existing first lien term and revolving facilities and include second lien financing to reduce the outstanding balance of the first lien.

14. <u>**When do you expect the refinancing transaction to be completed**</u>
    a. We expect to close and announce the transaction next week.

15. <u>**Is there a possibility that you are unable to complete the transaction?**</u>
    a. We have completed the syndication and the preconditions of the financing and are completing final documentation.

16. <u>**What is the current status of the transaction?**</u>
    a. See question 15

17. <u>**Will MoneyGram need to complete any other refinancing transactions in the near future?**</u>
    a. No. This is a complete refinancing of MoneyGram's capital structure.

FOIA CONFIDENTIAL TREATMENT REQUESTED

MONEYGRAM_SEC_0011486
SEC-LIT-EPROD-000082873
RPLI_01720447