# Exhibit 293

Sejong Campus    Medical Center                                    Diversity   한국어   中文

About KU   Admissions   Schools   Academics   Campus Life   Research

KU Newsroom



| About KU | Overview | Current Status |

Current Status
Organization
Charter of Ethics

# Current Status

**As of the spring semester of the 2022 academic year**

## Campus & Auxiliary Hospital

Korea University consists of the Seoul Campus (in Seoul, 881,298㎡), Sejong Campus (in Sejong Special Self-Governing City, 426,769㎡) and three auxiliary hospitals (Anam Hospital: Seongbuk-district in Seoul, 67,676㎡, Guro Hospital: Guro-district in Seoul, 40,465㎡, Ansan Hospital: Ansan-city in Gyeonggi Province, 47,846㎡).

Seoul Campus
**881,074** m²

Sejong Campus
**426,769** m²

| Guro Hospital | Anam Hospital |
|---|---|
| **40,465** m² | **67,676** m² |

Ansan Hospital
**47,846** m²

## Korean & International Student Enrollment

The total number of students is 36,754, including 29,445 on the Seoul Campus (Undergraduate: 19,598, Graduate: 9,847) and 7,309 on the Sejong Campus (Undergraduate: 6,406, Graduate: 903). Among the Seoul Campus students, 2,443 (8.3%) are international students. The total number of international students in language, exchange and training programs stands at 1,809.

total **36,754**









## Korean & International Faculty Members

The total number of faculty members is 5,191, including 4,440 on the Seoul Campus (Full-time: 1,511, Part-time: 2,929) and 751 on the Sejong Campus (Full-time: 258, Part-time: 493). Of this number, 110 (6.2%) of the full-time faculty are international.







## Student-to-Full-time Faculty Ratio (Based on Students Quotas)

The number stands at 20.58 students per faculty member on the Seoul Campus and 26.68. students on the Sejong Campus.



20.58
Student per Full-time
Faculty Ratio by Year
Seoul Campus



## 26.68
Student per Full-time Faculty Ratio by Year
Sejong Campus

## Employees

The number of employees on the Seoul and Sejong Campuses is 1,150 and 219, respectively.



### 1,150
Number of employees
Seoul Campus



### 219
Number of employees
Sejong Campus

## Library Collection

Korea University's Seoul campus library collection consists of 3,182,467 books, 20,586 non-book materials, 235 packages in digital format, and 2,243 sets of periodicals. The Sejong campus library collection consists of 554,029 books, 7,590 non-book materials, 13 packages in digital format and 124 sets of periodicals

Books (books)



Books (books)

# 3,736,496

**1,970,682**
domestic(books)

**1,765,814**
foreign(books)



Non-book materials(types)

# 28,716



Digital data format(packages)

# 248

**30**
domestic(packages)

**218**
foreign(packages)



Printable serial periodicals(types)

# 2,367

**1,094**
domestic(types)

**1,273**
foreign(types)

## International Organization Membership Status





# U21
(Universitas21)

Founded in 1997, Universitas 21 currently boasts 21 member universities in twelve different countries and territories. It works to enhance cooperation among member universities and promote opportunities that cannot be easily achieved by any single institute alone. Korea University joined Universitas 21 in 2004 as the organization's 17th member. It remains the first and only member from South Korea. In 2009, KU hosted a symposium and the U21 Presidents' Annual Meeting, and pledged its commitment to a joint PhD program among fourteen universities.

http://www.universitas21.com

# APRU
(Association of Pacific Rim Universities)

The Association of Pacific Rim Universities (APRU), a consortium of leading research universities in the Pacific Rim, aims to foster exchanges and collaboration in research among universities in the Asia-Pacific region. Prominent research universities such as Stanford, UC Berkeley, UBC, Beijing University, Tokyo University, and the National University of Singapore all hold membership in the APRU. Its South Korean members are Korea University, Seoul National University and Yonsei University.

http://www.apru.org

# ICUBE
(International Consortium of Universities for the study of Biodiversity & the Environment)

The International Consortium of Universities for the Study of Biodiversity & the Environment (ICUBE) is a consortium of global leading research universities designed to promote research and education on biodiversity, climate change, and the environment.

# APAIE
(Asia-Pacific Association for International Education)

The Asia-Pacific Association for International Education (APAIE) is a non-profit organization founded in December 2004 by universities in thirteen countries including South Korea, China, Japan, the US (Hawaii), Australia, New Zealand, Hong Kong, Taiwan, Philippines,

Singapore, Thailand, Indonesia, and India. APAIE's goals are to activate exchanges among those responsible for higher education in the Asia-Pacific region and to enhance the quality of international education programs.

# VIU
(Venice International University)

Venice International University (VIU) is a global consortium of 19 universities and institutional partners who all share an autonomous campus on the island of San Servolo, Venice Italy, providing an innovative platform transnational education, to build awareness across borders, encourage participation and promote international cooperation.

**Please refer to the link below for details on the information provided in this page.**

About KU (pdf)

University Information Disclosure Center

Guide to International Programs of the International Affairs Bureau

Evaluation Team

Tel: 02-3290-2723        E-mail: eval@korea.ac.kr        Fax: 02-928-9120

Update : 2022-09-23

## Concerned News

Nature Forum held in Korea for the first time

Alumnus Yoo Hwi-seong donated 1 billion won, asking that it be u…

KU ranked first among Korean universities in 2021 QS Asia Univer…

Korea University's π-Ville 99 received a Minister's Prize at "Th…

Korea University makes quantum leap towards world's top 50

Privacy    Improper Solicitation and Graft Act    Sitemap    Contact

145 Anam-ro, Seongbuk-gu, Seoul, 02841, Korea
TEL.82.2.3290.2963.
webmaster@korea.ac.kr

### Admissions
Undergraduate
Graduate

### Student Exchange Programs
International

### Educational Support
Language Programs
Global Service Center

### Visiting
Campus Tour
How to Reach Us

### International Campus
International Summer Campus
International Winter Campus

### Facilities
Restaurants
Amenities
Sports Facilities
Cultural Facilities

### Schools
Seoul Campus
Sejong Campus

### Student Activities
Volunteer Activities
Student Council
Clubs Activities

### About
Current Status
Educational Objectives
Logo & UI
Promotional Video

Copyright (C)2021 Korea University. All Rights Reserved