# Exhibit 295

| | |
|---|---|
| **From:** | Brad Garlinghouse <█████████> |
| **Sent:** | Tuesday, October 15, 2019 9:42 PM |
| **To:** | █ GSR <█████████> |
| **Subject:** | Fwd: GSR test transaction, please confirm receipt |

Hey there,
I've never received one of these emails before. Sending to you to confirm it's real.

(I also don't know how to find the history of deposits on bitstamp top of mind!).

Can you confirm via Signal?


---------- Forwarded message ---------
From: █████████████████.io>
Date: Tue, Oct 15, 2019 at 2:05 PM
Subject: GSR test transaction, please confirm receipt
To: <████@ripple.com>
Cc: GSR <███████o>


GSR test transaction, in preparation for the sales proceeds distribution, please confirm receipt of $█ USD on your Bitstamp account from ████████████████████████████

Thanks!

--
