# Exhibit 296




← Tweet

🔍 Search Twitter



**Tiffany Hayden** ✓  @haydentiff · Jun 11, 2018

The Founder's Agreement that governed the creation and distribution of $XRP:



xrpcommunity.blog
The Founder's Agreement (Ripple/XRP and Stellar)
The creation and distribution of XRP was governed by this Founder's Agreement between Jed Mccaleb, Arthur Britto, and Chris Larsen.

💬 8    🔁 30    ♥ 89    ⬆



**XRPNL** @XRPNL · Jun 12, 2018
Replying to @haydentiff

Thanks for writing this up @haydentiff! It remains mind-boggling to me that Jed preferred to fork XRPL and introduce a new distribution problem, a years-long development plan and litigation risk, while having 9 billion XRP at his disposal to realize his dream.

💬 1    🔁 1    ♥ 1    ⬆



**Tiffany Hayden** ✓  @haydentiff · Jun 12, 2018
Replying to @XRPNL and @rippleNL

Yeah. He said he wasn't happy with Ripple because they weren't spreading the XRP around. After he pocketed 9 BILLION for himself first.

💬 4    🔁 1    ♥ 13    ⬆



**MeanHash ₿** ✓  @MeanHash · Jun 12, 2018
Replying to @haydentiff @nuonrg and @rippleNL

XRP is a security and managed fraudulently. The open lawsuit will bring this into the light.

💬 1    🔁    ♥ 1    ⬆



**Tiffany Hayden** ✓  @haydentiff · Jun 12, 2018
Replying to @MeanHash @nuonrg and @rippleNL

The one that's being moved to a Federal court so it can thrown quickly?

💬 1    🔁    ♥ 4    ⬆



**MeanHash ₿** ✓  @MeanHash · Jun 12, 2018
Replying to @haydentiff @nuonrg and @rippleNL

The one the SEC is taking over in Federal Court, yeah. That's why it was moved to federal court. So it falls under SEC jurisdiction.

💬 1    🔁    ♥    ⬆



**Tiffany Hayden** ✓  @haydentiff · Jun 12, 2018
Replying to @MeanHash @nuonrg and @rippleNL

No. Ripple requested to have it moved. Personally, I'd rather Ripple drag it out and hemorrhage the dude, like they're doing with R3, but the case is such nonsense that it will get tossed.

twitter.com/arrington/stat…

---

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

[G Sign up with Google]

[ Sign up with Apple]

[Sign up with phone or email]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**


**David "JoelKatz" S...** ✓
@JoelKatz                    [Follow]

Improving global settlement with blockchain tech. CTO at Ripple; one of the original architects of the XRP ledger.


**MeanHash ₿** ✓
@MeanHash                    [Follow]

#Bitcoin ₿ | Slivers of truth that cut like razor blades | Miner | Featured In the WSJ, Forbes, & Barstool Sports | tippin.me/@MeanHash


**Tiffany Hayden** ✓
@haydentiff

[Log in]   [Sign up]

This Tweet is unavailable.

2 7

**XRPNL** @XRPNL · Jun 12, 2018
Replying to @haydentiff @MeanHash and @nuonrg
Perhaps @MeanHash means the former SEC chair and her enforcement chief are taking over to defend Ripple?

law.com/therecorder/20...

1 2

**MeanHash ₿** @MeanHash · Jun 12, 2018
Replying to @XRPNL @rippleNL and 2 others
Yeah I'm pretty sure they defended BOA when they got caught fraud ING people out of their homes during the housing market collapse and would probably defend anyone for the right money.

1

**Tiffany Hayden** @haydentiff · Jun 12, 2018
Replying to @MeanHash @rippleNL and @nuonrg
Well, since XRP isn't a security and the case will most likely get tossed out, the bill shouldn't be too large.

4 1 6

**MeanHash ₿** @MeanHash · Jun 12, 2018
Replying to @haydentiff @rippleNL and @nuonrg
Is the value of XRP tied to the success of Ripple? - yes
Do the owners of Ripple own the majority of the scions? - yes
Were the coins issued in a private ICO before they were available on exchange or to the public? - yes

5

**Tiffany Hayden** @haydentiff · Jun 12, 2018
Replying to @MeanHash @rippleNL and @nuonrg
The value isn't tied to the success of Ripple.
Ripple did not create XRP, they are holders, as am I.
Ripple was gifted the XRP. The company was funded the traditional way - with a seed round, Series A, and then Series B. Those investors are shareholders & the XRP is theirs.

4 3 15

**MeanHash ₿** @MeanHash · Jun 12, 2018
Replying to @haydentiff @rippleNL and @nuonrg
Fancy creative accounting to disguise and ipo as an ICO, but that's not going to fly.

The value of XRP is tied to Ripple if Ripple went under XRP would too. Either from fear or from Ripples owners selling it off. But good try.

1

**David "JoelKatz" Schwartz**
@JoelKatz

Replying to @MeanHash @haydentiff and 2 others

And yet, Ripple had its best quarter ever in Q1 and the price of XRP dropped significantly. The market doesn't seem to agree with you.

4:01 AM · Jun 12, 2018 · Twitter for Android

5 Likes

Search Twitter

## What's happening

Television · Last night
**Watch What Happens: Live airing on Bravo**

Universities · Trending
**University of Virginia**
39.6K Tweets

Politics · Trending
**Xi Jinping**
36.6K Tweets

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

World news · LIVE
**The latest updates from Iran as protests continue across the country**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Log in Sign up

