# PX 500

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 3/10/13 | David Schwartz | We promote and develop Ripple into a massive and successful open source, decentralized payment system. Our source of revenue is the sale of XRP. | https://forum.ripple.com/viewtopic.php?f=1&t=1196 (accessed on Dec. 6, 2018; link no longer accessible) | 500.01 |
| 3/27/14 | Ripple | Guide to Getting XRP and Activating Your Ripple Account<br><br>Buying XRP<br>You can find a list of entities that are buying and selling XRP here.<br><br>Getting Free XRP<br>Ripple Labs is committed to giving away the majoirity of the 100 billion XRP in existence to large numbers of people.  They have started distributing XRP to early adopters through a variety of giveaways and promotions. Go here to learn about what giveaways are currently active. | https://web.archive.org/web/20140327021500/https://ripple.com/guide-to-getting-xrp-and-activating-your-ripple-account/ (archived March 2014) | 500.03 |
| 10/17/14 | Ripple | Distributing value is a powerful way to incentivize certain behaviors […] Our goal in distributing XRP is to incentivize actions that build trust, utility and liquidity in the network. If we distribute XRP with these goals in mind, over time we expect to see an increase in demand for XRP that more than offsets the additional supply we inject into the market. Said another way, we will engage in distribution strategies that we expect will result in a stable or strengthening XRP exchange rate against other currencies. | https://web.archive.org/web/20141017153508/https://www.ripplelabs.com/xrp-distribution/ (archived in October 2014) | 500.04 |
| 12/22/14 | Ripple | Ripple Labs 2014: A Year in Review<br><br>For Ripple Labs, 2014 was the year in which we not only clarified our strategy for building the Internet of money but also made large strides in turning that vision into reality. From breakthrough partnerships to ecosystem expansion to the continued evolution of the underlying technology, 2014 has been a banner year…The year we honed our vision…The year we refined market fit and  gained traction…The year the protocol matured…The year the ecosystem grew and grew…The year we expanded the scope of our tools…While Ripple Labs has made great headway in 2014, the hard work has only just begun. We look forward to building on the team's and community's successes for years to come. | https://ripple.com/insights/views/ripple-labs-2014-a-year-in-review/ | 500.05 |
| 4/22/15 | Ripple | XRP funds the development and promotion of the protocol and the network<br><br>Ripple Labs sells XRP to fund its operations and promote the network. This allows Ripple Labs to have a spectacularly skilled team to develope and promote the Ripple protocol and network. | https://web.archive.org/web/20150422095733/https:/wiki.ripple.com/Ripple_credits (archived in April 2015) | 500.06 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/28/15 | Ripple | Ripple 2015: A Year in Review<br><br>2015 was the year that Ripple grew up. And what a year it's been. By the numbers<br>• 200 meetings at SIBOS (https://ripple.com/insights/on-the-ground-at-sibos-2015/)<br>• $28 million Series A funding round  (https://ripple.com/insights/ripple-labs-raises-28-million-from-idgcapitalpartners-cme-group-seagate-and-others/)<br>• $4 million strategic investment by Santander (https://ripple.com/insights/a-new-chapter-for-ripple/)<br>• 48 new hires including COO Brad Garlinghouse and CFO Bret Allenbach (https://ripple.com/insights/welcome-coo-bradgarlinghouseto-ripple-labs/) (https://ripple.com/insights/welcome-cfo-bretallenbachto-ripple-labs/)<br>• 25 active bank integrations across 15 countries<br>• 10 of the world's top 50 banks are working with Ripple<br>• 3 channel partners including Accenture (http://blogs.wsj.com/moneybeat/2015/10/06/ripple-gets-4mfromsantander-arm-inks-partnership-with-accenture/) and CGI (https://ripple.com/insights/ripple-andcgiteam-up/) | https://web.archive.org/web/20201112002258/https://ripple.com/insights/ripple-2015-a-year-in-review/ (archived in November 2020) | 500.07 |
| 12/28/16 | Ripple | Ripple 2016: A Year in Review<br><br>Ripple has had another phenomenal year, picking up customer momentum and moving our product closer to commercial production for cross-border payments. We grew our roster of clients and investors, announcing a substantial Series B funding round. Most importantly, we made incredible progress toward building holistic financial solutions grounded in solving real customer problems in global payments. | https://web.archive.org/web/20200912074935/https://ripple.com/insights/ripple-2016-year-review/ (archived in September 2020) | 500.08 |
| 5/11/17 | Ripple | How We Are Further Decentralizing the XRP Ledger to Bolster Robustness for Enterprise Use<br><br>Decentralization of XRP Ledger is a process that started right at its inception and has been ongoing since. We intentionally haven't rushed the process and have been making continuous progress all along. To meet the growing demands of our customers, we need to diversify the validator ecosystem to further increase resiliency and robustness. We believe these efforts will lead to XRP becoming globally adopted as the digital asset for | https://ripple.com/insights/how-we-are-further-decentralizing-the-ripple-consensus-ledger-rcl-to-bolster-robustness-for-enterprise-use/ | 500.09 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/16/17 | Garlinghouse | Ripple to Place 55 Billion XRP in Escrow to Ensure Certainty of Total XRP Supply<br><br>We engage in distribution strategies that we expect will result in a strengthening XRP exchange rate against other currencies.  We have a proven track record of doing just that.  Despite this four-year track record we have heard concerns in the market about uncertainty surrounding our ongoing XRP distribution. The root of this uncertainty is the notion that Ripple might one day sell its 61,68B XRP in the market at any time - a scenario that would be bad for Ripple! Our self-interest is aligned with building and maintaining a healthy XRP market.Today we are permanently removing that uncertainty by committing to place 55b billion XRP into a cryptographically-secured escrow account by the end of 2017. By securing the lion's share of our XRP, investors can now mathematically verify the maximum supply of XRP that can enter the market. | https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to-ensure-certainty-into-total-xrp-supply/ | 500.10 |
| 5/18/17 | Ripple | XRP Liquidity to Deepen with Listings on Six New Exchanges<br><br>Today we are pleased to share we have expanded our partnership with BitGo, which will see XRP listed on several leading digital asset exhanges...By working with a greater number of exchanges across different countries to list XRP, we can better serve the growing demand for global payments in both major currency corridors and emerging markets. This is ultimately because the more XRP is traded against different currencies, such as the Korean won (Coinone) and the Mexican peso (Bitso), the more liquid it becomes...Our ongoing work with BitGo and these new exchanges will allow us to fulfill that commitment and builds on the significant momentum established by XRP's previous listings on Bitstamp and Kraken. | https://web.archive.org/web/20200912074703/https://ripple.com/insights/news/xrp-liquidity-to-deepen-with-listings-on-six-new-exchanges/ (archived in September 2020) | 500.11 |
| 7/28/17 | Garlinghouse | ICO=IPO: Why the SEC Is Right to Regulate Initial Coin Offerings<br><br>I say, if it looks like a duck and quacks like a duck then let's regulate it like a duck. | https://ripple.com/insights/icoipo-sec-right-regulate-initial-coin-offerings/ | 500.12 |
| 8/1/17 | Ripple | How to Buy XRP<br><br>Institutional Purchases<br>For banks, payment providers or institutional purchases of XRP: [Contact Us]<br><br>Individual Purchases<br>XRP is available at the following exchanges: [list of exchanges] | https://web.archive.org/web/20170810092028/https://ripple.com/xrp/buy-xrp/ (archived in August 2017) | 500.13 |
| 10/10/17 | Ripple | RippleNet Grows to More Than 100 Financial Institutions<br><br>Ripple is having an incredible year. The buzz around blockchain and digital assets has led many financial institutions and payments providers to scrutinize the market and separate the wheat from the chaff. And in many cases, it's clear that Ripple's enterprise blockchain network — RippleNet — is the definitive choice to usher global payments into the modern era. | https://ripple.com/insights/ripplenet-grows-to-over-100-financial-institutions/ | 500.14 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/7/17 | Ripple | Ripple Escrows 55 Billion XRP for Supply Predictability<br><br>Earlier this year, we committed (https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to-ensure-certaintyintototal-xrp-supply/) to placing 55 billion XRP in a cryptographically-secured escrow account to create certainty of XRP supply at any given time. As promised, today we completed the lockup.<br><br>By securing the lion's share of XRP in escrow, people can now mathematically verify the maximum supply that can enter the market. While Ripple has proved to be a responsible steward of XRP supply for almost five years – and has clearly demonstrated a tremendous track record of investing in and supporting the XRP ecosystem – this lockup eliminates any concern that Ripple could flood the market, which we've pointed out before is a scenario that would be bad for Ripple!<br><br>This move underscores Ripple's commitment to building XRP liquidity and a healthy and trusted market. Long term, the value of digital assets will be determined by their utility. XRP has emerged as the only digital asset with a clear institutional use case designed to solve a multi-trillion dollar problem – the global payment and liquidity challenges that banks, payment providers and corporates face.<br><br>Unlike other digital assets purely driven by unexplained speculation, real institutional customers (https://ripple.com/insights/ripplenet-grows-to-over-100-financial-institutions/) are already using and finding value in XRP, and governments, regulators and central banks (https://ripple.com/insights/ripple-hosts-worlds-central-banks-toexplorenext-generation-of-payments/) are increasingly recognizing the role it could play in the global system.<br><br>Game changer for $XRP! 55 billion XRP now in escrow Tweet This (https://twitter.com/intent/tweet?url=https%3A%2F%2Flive-ripple-web.pantheonsite.io%2Finsights%2Fripple-escrows-55-billion-xrp-for-supply-predictability%2F&via=ripple&text=Game+changer+for+%24XRP%21+55+billion+XRP+now+in+escrow) | https://ripple.com/insights/ripple-escrows-55-billion-xrp-for-supply-predictability/ | 500.15 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/11/17 | Ripple | How XRP Stacks Up Against Other Digital Assets<br><br>XRP is the only digital asset with a clear institutional use case designed to solve a multi-trillion dollar problem –the global payment and liquidity challenges that banks, payment providers and corporates face.<br><br>XRP is part of a bigger vision<br><br>XRP is a key enabler of the Internet of Value (https://ripple.com/insights/the-internet-of-value-what-it-means-andhow-it-benefi ts-everyone/) — Ripple's vision for making money move at the speed of digital information. XRP's speed, transparency, and scalability help fi nancial institutions move money like information moves today — in real time.<br><br>For more information about XRP, visit our XRP Charts (https://xrpcharts.ripple.com/#/) or learn how to buy XRP. (https://ripple.com/xrp/buy-xrp/) | https://ripple.com/xrp/xrp-stacks-digital-assets/ | 500.16 |
| 12/14/17 | Garlinghouse | Ask Me Anything with Brad<br><br>Priority two, I would say, is XRP liquidity. Making sure that on a global basis, as we continue to work with exchanges globally and market makers, making sure we are doing everything we can to make XRP successful on a liquidity basis. Priority three which admittedly is kind of a newer priority and something we'll work on more in 2018, is investing in other use cases for the XRP ledger. | https://ripple.com/insights/ask-anything-brad/ | 500.17 |
| 12/21/17 | Ripple | XRP Now Available on 50 Exchanges Worldwide<br><br>The market is taking notice of XRP's speed, reliability and scalability — which has strengthened the demand for XRP and where it's listed. In fact, we're proud to announce that XRP has gone from being listed on six exchanges earlier this year to more than 50 worldwide. | https://ripple.com/insights/xrp-now-available-on-50-exchanges-worldwide/ | 500.18 |
| 12/28/17 | Ripple | The Most Popular Ripple Insights Posts of 2017<br><br>Given that our second most popular post was about our escrow plans, it's no surprise that the No.1 post of the year would be about the completion of the lockup of 55 billion XRP .(https://ripple.com/insights/ripple-escrows- 55-billion-xrp-for-supply-predictability/) In our December 2017 post, we described how people can now verify the maximum amount of XRP that can enter the market. The lockup "eliminates any concern that Ripple could flood the market." What's more — and this bears repeating — the lockup underscores our commitment to building XRP liquidity and a healthy, transparent market. | https://web.archive.org/web/20200912074330/https://ripple.com/insights/popular-ripple-insights-posts-2017/ (archived in September 2020) | 500.19 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 1/18/18 | Ripple | Top 9 Frequently Asked Questions About Ripple and XRP<br><br>1. How do I buy XRP? XRP is available for purchase on more than 60 digital asset exchanges worldwide, many of which are listed on this page.<br><br>In order to maintain healthy XRP markets, it's a top priority for Ripple to have XRP listed on top digital asset exchanges, making it broadly accessible worldwide. Ripple has dedicated resources to the initiative so you can expect ongoing progress toward creating global liquidity. | https://ripple.com/insights/top-9-frequently-asked-questions-ripple-xrp/ | 500.20 |
| 5/3/18 | Ripple | XRP Price and Volume<br><br>For more metrics, see XRP Market Performance.<br><br>XRP PRICE TODAY  $0.4720 USD<br><br>30-DAY XRP VOLUME  $156.85 Million USD | https://web.archive.org/web/20180503001717/https://ripple.com/xrp/ (archived in May 2018) | 500.21 |
| 5/14/18 | Ripple | Welcome to Xpring<br><br>At Ripple, we will continue to use XRP to help financial institutions remove friction from global payments. However, the characteristics of XRP and the XRP Ledger – superior speed, scalability and stability — make it perfect for entrepreneurs looking to solve problems across identity, trade finance, gaming and virtual goods, provenance, real estate, insurance, digital media and many other industries. Xpring's entrepreneurs and companies will leverage XRP for use cases like these, among others. | https://ripple.com/insights/welcome-to-xpring/ | 500.22 |
| 6/4/18 | Ripple | Ripple Introduces the University Blockchain Research Initiative<br><br>That's why, today, we're excited to announce the University Blockchain Research Initiative (UBRI), a collaboration with top universities around the world to support and accelerate academic research, technical development and innovation in blockchain, cryptocurrency and digital payments. Ripple has committed over $50 million in funding, subject matter expertise and technical resources to UBRI's first wave of university partners —17 prestigious institutions around the world. | https://ripple.com/insights/ripple-introduces-the-university-blockchain-research-initiative/ | 500.23 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 6/17/19 | Ripple | Ripple Announces Strategic Partnership with Money Transfer Giant, MoneyGram<br><br>Ripple has agreed to enter into a strategic partnership with MoneyGram (https://secure.moneygram.com/mgo/us/en/) (NASDAQ: MGI), one of the world's largest money transfer companies. Through this partnership, which will have an initial term of two years, Ripple would become MoneyGram's key partner for cross-border payment and foreign exchange settlement using digital assets. In conjunction with the partnership, Ripple has agreed to provide a capital commitment to MoneyGram, which enables the company to draw up to $50 million in exchange for equity over a two-year period.<br>The partnership with Ripple will focus on the xRapid product, a solution for on-demand liquidity (https://ripple.com/ripplenet/on-demand-liquidity/), which reduces reliance on pre-funding by enabling money to be sent from one currency and instantly settled in the destination currency. It leverages XRP, the native digital asset of the XRP Ledger, as a real-time bridge between the sending and receiving currencies. | https://ripple.com/insights/ripple-announces-strategic-partnership-with-money-transfer-giant-moneygram/ | 500.24 |
| 12/31/19 | Ripple | Top Ripple Insights Posts of 2019<br><br>Our most popular Insights blog to date was the announcement of our strategic partnership with MoneyGram (NASDAQ: MGI). Through this partnership, Ripple became MoneyGram's key partner for cross-border payment and foreign exchange settlement leveraging the digital asset XRP through ODL. | https://ripple.com/insights/top-ripple-insights-posts-of-2019/ | 500.25 |
| 5/30/17 | Ripple | XRP Supply<br>Since 2012, Ripple has methodically sold XRP and used it to incentivize market maker activity to increase XRP liquidity and strengthen the overall health of XRP markets. To alleviate concerns surrounding XRP supply, Ripple has placed 55 billion XRP into a cryptographically-secured escrow account. By securing the lion's share of XRP, people can mathematically verify the maximum supply of XRP that can enter the market. Read more.<br><br>TOTAL XRP HELD BY RIPPLE 6,365,030,048<br>Total XRP Distributed 45,425,790,652*<br>Total XRP placed in Escrow 48,200,000,013<br><br>What Does Liquidity Mean?<br>Liquidity within a transaction refers to how easy it is to convert an instrument into cash for withdrawal. Cash is considered the standard for liquidity because it can easily be exchanged to and from other assets. Some other examples of liquid assets are Treasury bills, notes and bonds. If a financial transaction is an engine with moving parts, then liquidity is the oil that makes it move. Currently, there are pools of trapped capital all around the world, and sending money from one currency to another requires financial institutions to pre-fund accounts in the destination currency. In order for transactions to flow freely across borders and pay out instantly, there needs to be enough volume of the transactional instrument (XRP, in the case of On-Demand Liquidity) being traded from one currency to the next. If liquidity doesn't flow, transactions break down. | http://web.archive.org/web/20170530084727/https://ripple.com/xrp/market-performance/ (archived in May 2017) | 500.26 |

Statements from Ripple.com
(PX 500 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/29/18 | Ripple | XRP Charts | https://xrpcharts.ripple.com/#/xrp-markets | 500.27 |
| 12/14/17 | Garlinghouse | I think what is going on for Ripple, what's going on in the digital assetsmarketplace, we're just getting started. We're in the early innings. […]<br><br>And I look at whatRipple's vision is, enabling an internet of value, and I feel I'mincredibly excited by the progress we made in 2017. We even had anall-hands earlier today talking about the progress we've made incross-border payments — that's just one piece of that internet ofvalue puzzle. And I look at the years ahead and I can see many, manyyears of growth in the core of what we're doing as well as othervertical opportunities. | https://ripple.com/insights/ask-anything-brad/ | 500.28 |
| 12/14/17 | Garlinghouse | We've talked about getting more active users, getting more volume would be a top priority for sure. […]<br><br>So priority one is definitely around volume.<br><br>Priority two, I would say is XRP liquidity. Making sure that on a globalbasis, as we continue working with exchanges globally and marketmakers. Making sure we're doing everything we can to make the XRPecosystem successful around a liquidity basis. Priority three, which,admittedly is kind of a newer priority and something we'll work onmore in, is investing in other use cases for the XRP ledgers. | https://ripple.com/insights/ask-anything-brad/ | 500.28 |
| 12/14/17 | Garlinghouse | The good news is we have had good liquidityand a lot of those payers, so today XRP is listed on around 50 exchanges around the world. Clearly, we want XRP to be listed inmore exchanges that are reputable and regulated in thoseappropriate markets. So, it's a very high priority for us to be listedmore broadly. But we're going to continue to work on that withpartners around the globe. | https://ripple.com/insights/ask-anything-brad/ | 500.28 |