# PX 502

Statements from External News Articles
(PX 502 et seq.)

| Date | Sponsor | Speaker | Quoted Statement | Web Link | PX |
|------|---------|---------|------------------|----------|-----|
| 4/2/17 | CoinTelegraph | Miguel Vias | Ripple Head of XRP Markets, Miguel Vias, tells Cointelegraph: "While the recent surge in XRP is certainly influenced by Bitcoin's scalability issues, much of the recent momentum is due to the announcement that MUFG joined Ripple's steering group, GPSG. Unlike other digital assets, XRP has a clear use case and people are beginning to recognize that." | https://cointelegraph.com/news/ripple-price-surge-continues-altcoin-takes-advantage-of-bitcoin-scaling-troubles | 502.01 |
| 5/16/17 | CoinDesk | Garlinghouse | Garlinghouse said: "We want to make sure that the Ripple Consensus Ledger is the most robust, and that XRP is the most liquid, and I think this is a very positive step towards that."<br><br>Garlinghouse concluded: "I think increasingly, the market has realized that if we have a bank using us for messaging and settlements, there's an opportunity to also introduce them to how they can lower their liquidity costs by leveraging a liquidity solution enabled through XRP." | https://www.coindesk.com/markets/2017/05/16/ripple-pledges-to-lock-up-14-billion-in-xrp-cryptocurrency/ | 502.02 |
| 8/23/17 | Fortune | Garlinghouse | In an interview with Fortune, Ripple CEO Brad Garlinghouse said the role of specific events is overstated in assessing the value of XRP. Instead, he attributed the currency's value to its usefulness for processing transactions, and its ability to provide liquidity for big banks. […]Garlinghouse says XRP is useful for banks as a pool of liquidity.[…] (Update: Ripple has since clarified that it offers XRPs to big banks to encourage them to use it, and has also sold it a discount to hedge funds and others to act as market makers.) | https://finance.yahoo.com/news/digital-currency-ripple-soars-70-204409862.html | 502.03 |
| 9/11/17 | CNBC | Garlinghouse | I think that's increased the value of XRP. | https://www.cnbc.com/2017/09/11/ripple-ceo-brad-garlinghouse-on-bitcoin-and- | 502.04 |

Statements from External News Articles
(PX 502 et seq.)

| Date | Sponsor | Speaker | Quoted Statement | Web Link | PX |
|------|---------|---------|------------------|----------|-----|
| 9/12/19 | CoinTelegraph | Garlinghouse | The First Move anchor Chatterley asked the Ripple's CEO about the recent news that the XRP community has been threatening with a ' takeover' , i.e. a hard fork if Ripple executives keep on dumping XRP on the market and how much ownership Ripple itself has over XRP. Garlinghouse responded by saying:<br>"In the XRP community, Ripple is the largest owner, and we are the most interested party in the success of the XRP ecosystem."<br>Garlinghouse adds that dumping XRP onto the markets would not be in their best interest to do. "We are clearly interested in a healthy, successful XRP ecosystem, and we would never do that," he stated. Cointelegraph previously reported that Garlinghouse had felt the need to diffuse this situation by explaining that XRP sales are about helping expand XRP's utility:<br>"Building RippleNet & supporting other biz building w/XRP ie Dharma & Forte. Reality is we DECREASED our sales by volume Q/Q and since then the inflation rate of XRP circulating supply has been lower than that of BTC and ETH." | https://t.co/qdwv4Tv9um | 502.05 |
| 8/13/20 | Financial Times | Garlinghouse | We are a capitalist, we own a lot of XRP.  So do I care about the overall XRP market?  100 per cent. | https://www.ft.com/content/7d9c934f-3840-4285-96a7-4bdf7fee9286 | 502.06 |

Statements from External News Articles
(PX 502 et seq.)

| Date | Sponsor | Speaker | Quoted Statement | Web Link | PX |
|------|---------|---------|------------------|----------|-----|
| 12/7/20 | CoinTrust | Breanne Madigan | Madigan, while speaking to the US media outlet Barron's, has justified the reason for XRP to generate huge returns in the long-term and the need to invest in Bitcoin. She has also spoken about the investment strategy, which she believes, will offer maximum returns to investors.<br><br>Madigan also suggested new investors to seriously gain in-depth knowledge about a few cryptos before investing. They should look at the option of gaining knowledge about the use of cryptos and the characteristics that provide core value. Furthermore, they would study the issues which can be resolved by the cryptos and the market it addresses. She underlined that Ripple's XRP resolves a real-world issue: "For example, in payments because of trapped capital, there's trillions and trillions of dollars of market opportunity that XRP as a digital asset is solving for. So that's a huge addressable market. So there you would see a driver for value creation."<br><br>With respect to crypto investments, Madigan suggested barbell technique. The method involves purchasing highly risky assets and small quantity of assets with little risk and staying away from assets which are categorized as intermediate-risk. Investors should park 50% of their surplus funds in long-assets that offer term value, for instance in certain crypto ventures that offer some promise. The other 50% should be set aside for "three or five crypto assets that you understand the value proposition and the problem they are solving."<br><br>"Because ultimately as you figure out that addressable market, you can back into the reasonable valuation. And as I said in my example earlier, taking just a 3% exposure to the asset class should result in at least a 15% outperformance versus a traditionally managed portfolio that's non-crypto." | https://www.cointrust.com/market-news/ripple-global-head-breanne-madigan-xrp-addresses-real-world-fund-transfer-issues | 502.07 |
| 4/6/17 | CoinDesk | Garlinghouse | We have had a significant rally in XRP prices, but it is reflective of a lot of work we have done to make Ripple a very compelling solution. | https://www.coindesk.com/markets/2017/04/06/use-or-speculation-whats-driving-ripples-price-to-all-time-highs/ | 502.08 |