# PX 503.01

PX 503.01
Interview with Chris Larsen, 2/19/2014, via Money and Tech
https://www.youtube.com/watch?v=_SpdX36p6ao



```
0001
 1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3  In the Matter of:        )
 4                           )   File No. NY-09875-A
 5  RIPPLE LABS, INC.        )   AMENDED 9-9-2022
 6
 7  SUBJECT:  Chris Larsen discusses Ripple
 8            http://www.youtube.com/watch?v=SpdX36p6ao
 9  PAGES:    1 through 24
10
11
12
13                      VIDEO TRANSCRIPTION
14
15
16
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                  (202) 467-9200
0002
 1                  C O N T E N T S
 2
 3
 4
 5  Video File                                      PAGE
 6
 7  Chris Larsen discusses Ripple                    3
 8  http://www.youtube.com/watch?v=SpdX36p6ao
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

24
25
0003
1                P R O C E E D I N G S
2      http://www.youtube.com/watch?v=SpdX36p6ao
3              MR. KENNA:  On this episode of Money and Tech,
4      Charlie Shrem's arrest, Bitcoin in space, Russian banks get
5      tough, the New York virtual currency hearings, Tiger Direct
6      takes Bitcoin, and we talk to Chris Larsen about Ripple.
7      Hello, I'm Jered Kenna, and you're watching Money and Tech.
8              This being our first episode, I'll give you a
9      little background on who I am and what we'll be bringing to
10     you on a regular basis.  I've been following Bitcoin since
11     the beginning in 2009.  I started the first Bitcoin exchange
12     in the United States and I've witnessed firsthand all the
13     ups and downs.  Money and Tech is a hub for the latest
14     financial tech news.  Every week, we'll be featuring a
15     different guest, from industry leaders and experts to
16     innovators in the digital currency space.
17             This episode, we'll be speaking with Chris Larsen,
18     founder of Ripple Labs, the company behind Ripple.  Ripple
19     is a distributed payment system that is both very similar
20     and yet very different than Bitcoin.
21             Before we speak with Chris, here's what happened
22     this week in Money and Tech.
23             Amendments introduced in the Russian Parliament
24     caused a stir in the Bitcoin community.  Russian regulators
25     are, of course, keeping a close eye on digital currencies,
0004
1      as is the rest of the world.  The Russian Central Bank
2      stated on Monday that virtual currencies are illegal under
3      Russian banking law and users may become involved in illegal
4      activity, including money laundering and financing
5      terrorism.
6              Meanwhile, Germann Gref, the CEO of Sberbank,
7      Russia's largest bank, urged regulators not to restrict
8      anonymous online payment systems.  Gref was Russia's economy
9      minister for two terms under Vladimir Putin.  At the World
10     Economic Forum, Gref was quoted saying that virtual
11     currencies are a very interesting global experiment that
12     breaks the paradigm of currency issuance and to ban their
13     issue would be a colossal step backwards.   Clearly, Russia
14     is divided on digital currencies and the future is yet to be
15     determined.
16             Bitcoin is going to the moon.  But to be more
17     precise, you can now buy a ride on Virgin Galactic with
18     Bitcoin.  At least six tickets have been purchased so far
19     with the digital currency since Richard Branson's
20     announcement.
21             Tiger Direct took the Bitcoin plunge and now

```
22  allows you to check out via BitPay.  This makes Tiger Direct
23  the second major online retailer to accept Bitcoin, right
24  behind Overstock.com, which started accepting payments in
25  Bitcoin earlier this month.  The rush to accept Bitcoins has
0005
 1  been obvious in many adult websites, as well as at some Las
 2  Vegas casinos.
 3          On Tuesday, during a hearing put on by the New
 4  York Department of Financial Services, Benjamin Lawsky, New
 5  York's superintendent of financial services, stated that
 6  during the course of 2014, they will put forward a proposed
 7  regulatory framework for virtual currency firms operating in
 8  New York.  The New York DFS is evaluating whether they
 9  should issue a bit license to companies dealing in digital
10  currencies.  The hearing also heard testimony from Fred
11  Wilson of Union Square Ventures, Jeremey Liew of Lightspeed
12  Ventures, a Silicon Valley based VC firm active in the
13  Bitcoin space, and Tyler and Cameron Winkelvoss.
14          Finally, Charlie Shrem, a high-profile member of
15  the Bitcoin community, CEO of Bitinstant, the New York
16  Bitcoin exchange that received investment from Winkelvoss
17  Capital, and vice chairman of the Bitcoin Foundation, was
18  arrested Monday as he landed in JFK.  Shrem has been charged
19  with conspiracy to commit money laundering and unlawful
20  money transmission in connection with the Silk Road.
21          Allegedly, Shrem sold over $1 million worth of
22  Bitcoin to Silk Road users.  He is currently out on bail
23  awaiting trial.
24          On a personal note, this arrest comes as a huge
25  surprise.  I've been friends with Charlie for several years
0006
 1  and find it hard to believe that he was involved with the
 2  Silk Road in any capacity.  We will be following this very
 3  closely.
 4          We will be right back with our interview with
 5  Chris Larsen and Ripple, so stay tuned.
 6          Welcome back to Money and Tech.  we're here with
 7  Chris Larsen, CEO of Ripple Labs.  Welcome to the show,
 8  Chris.
 9          MR. LARSEN:  Thanks for having us.
10          MR. KENNA:  So, Chris, tell us a little bit about
11  Ripple.  It's similar to Bitcoin in some ways.  It improves
12  in Bitcoin in other ways.  Could you kind of just give us a
13  basic overview?
14          MR. LARSEN:  Sure.  So there's sort of two things
15  here.  There's the Ripple protocol and then there's Ripple
16  Labs.
17          So the Ripple protocol, like Bitcoin, is an open
18  source protocol that anybody can use.  You don't have to pay
19  Ripple Labs a fee or license anything.  It really is like a
```

20  public good.  We don't own it.  We built it but it has now
21  been released to the world.
22          And the protocol is really three things.  So, in
23  some ways similar to the Bitcoin protocol, some ways very
24  different.  The way we view this is, first and foremost,
25  this should be a distributed payments protocol.  That sort
0007
 1  of comes first, before the math-based currency.  We think
 2  that's really what the world needs, this idea of an internet
 3  for value, which we can talk about.
 4          Second, it is a math-based currency, like Bitcoin.
 5  Math-based currency simply means a currency without a
 6  counterparty, which is a really unique thing in the world.
 7  It plays a really, really unique and important role in
 8  building an internet for value.
 9          And then third, very different from Bitcoin,
10  because Ripple is value agnostic, you can put anything in
11  there, you can put Bitcoins themselves in there, you can put
12  airline miles, dollar, euro, yuan, rial, anything can be in
13  Ripple, it ends up being, we think, the world's first
14  distributed currency exchange.
15          So that's kind of the Ripple protocol, those three
16  things.  And then there's Ripple Labs, which is some ways
17  kind of like a Red Hat to Linux.  We are a for-profit
18  startup but again we don't own the protocol.  We built the
19  protocol.  We're still the main contributors to the
20  protocol.  But we think that will change over time.  We view
21  our job as to sort of, you know, husband through the
22  development of this new network.  And there's about 40 of us
23  now and we plan to really expand that aggressively so it can
24  really build, you know, a fantastic protocol.
25          MR. KENNA:  So at this point, Bitcoin has somewhat
0008
 1  massive adoption for a startup currency.  It's somewhat
 2  unprecedented.  And it's the first time we've seen a system
 3  like this where you don't have to rely on a third party.
 4          So what inspired you to start Ripple and what does
 5  it really bring that Bitcoin doesn't?
 6          MR. LARSEN:  Yeah, so obviously we love the idea
 7  of Bitcoin.  We think Bitcoin has been successful, very
 8  successful in what it was designed to do.  It was designed
 9  to be a global currency without the ability to be debased.
10  So again, a currency without a counterparty.  And that's
11  great.  So it's a great store of value.  We think it's, you
12  know, it's a great instrument that now does not rely on a
13  central bank.  So kind of mission accomplished.
14          But there's a lot of also talk about kind of where
15  this technology can go, as far as being an internet for
16  value, sort of a payments protocol.  And what that really
17  means is now, for the first time, you know, can you

18  architect the exchange of value like we've been exchanging
19  information?  You know, kind of our view is, the world is
20  already connected through an information web.  That's great.
21  The last 20 years, that's what the world has figured out to
22  do.  But when it comes to value exchange, that's really
23  still pre-internet, until now.
24          Until this double spend problem that Bitcoin was
25  the first to, you know, kind of figure out, you really could
0009
1   not  have the exchange of value work like the exchange of
2   information.  And that's a huge cost to the world.
3           So that if you can now have a value exchange,
4   value web that works like our information web, layer that on
5   top of the information web, you flatten finance, you
6   tremendously save costs globally.  But more importantly, you
7   just -- you raise the amount of commerce that can happen.
8           So many parts of the world, Africa and China and
9   South America that have access to the intent, the
10  information web, but no ability to act on that information
11  through like a value web.  And that is what we set out to
12  do.  So that's different than what Bitcoin set out to do.
13          We set out explicitly to build an internet for
14  value.  So we think most people will use Ripple, using
15  dollars, euro, yen, the existing things of value that
16  they're comfortable with.  And Ripple, our currency, really
17  plays more of a supporting role.  So you can completely
18  ignore it or you can use it directly.  The important thing
19  is, the value web plays the starring role.  The math-based
20  currency plays the supporting role.  We think that's kind of
21  the opposite role of Bitcoin.
22          MR. KENNA:  Sure.  So you mentioned China and
23  Africa.  So in places like these, a lot of times you have
24  people that are exchanging value over older technology, cell
25  phones, SMS and things like that.  So will it be possible to
0010
1   do that with Ripple as well?
2           MR. LARSEN:  Yeah.  So Ripple is really a
3   foundational protocol.  Not really even a platform or a
4   network.  Those are kind of, you know, second level
5   implementations.  Others can build those platforms, those
6   networks, on top of the Ripple protocol, just like you can
7   with the Bitcoin protocol.
8           So what we think what's cool here is they're
9   really foundational.  They really are http for money or smtp
10  for money.  We like that idea.
11          So what these technologies do really well is they
12  actually start federating all of these other dispersed pre-
13  internet systems all around the world, so that like M-PESA
14  in Kenya which runs on, you know, feature phones now can get
15  integrated to the ACH system in the U.S. and to the SEPA

16  system in Europe.  And you can now integrate these things,
17  you know, instantly.
18          So what this brings to the table is instant
19  settlement at virtually no cost and it's accessible to
20  anybody that has internet access.  And really bringing all
21  these various systems together, just like the internet
22  brought together, you know, pre-internet communications
23  systems.  It used to be so expensive to make a phone call
24  internationally, you'd have to line up in front of some
25  office somewhere and pay a fortune.  And now we take it for
0011
 1  granted that information just travels freely everywhere.
 2  That's where value exchange is going over the next decade
 3  because of these breakout technologies like Bitcoin and like
 4  Ripple.
 5          MR. KENNA:  And I would assume that Ripple would
 6  allow you to have more liquidity in these currencies.  So by
 7  using XRP, the currency behind Ripple, you could trade my
 8  airline miles, which aren't extremely liquid, you know, for
 9  dollars in Kenya?
10          MR. LARSEN:  So the thing about what XRP -- the
11  role that it plays, this supporting role, you know, it
12  doesn't -- Ripple doesn't require you to ever use XRP, even
13  in a trade.  The cool thing is that anybody in the world now
14  using Ripple can put a bid/ask on anything of value from any
15  issuer.  So, for example, somebody can decide, you know, I'm
16  going to make a market between United Airline miles, you
17  know, once United Airline miles are on Ripple -- I hope they
18  will be someday -- to Brazilian real.  You could go
19  directly; you don't actually have to go through XRP.
20          But what we believe will happen is that most
21  market makers, in filling out the world of exchanging value
22  from anything of value, again, currencies, merchant reward
23  points, airline miles, gold, silver, anything you define
24  that has value.  Most people actually -- most market makers
25  will use XRP.  Because, as a currency without a
0012
 1  counterparty, it is a completely unique thing in the
 2  protocol, just like Bitcoin is completely unique.
 3          So again, our view of why math-based currencies
 4  are so valuable isn't necessarily that they replace existing
 5  currencies, is that they have a very unique feature in that
 6  they have no counterparty.  So the world only has to think
 7  about one thing when it comes to Bitcoin or Ripple, is the
 8  price in any microsecond in time.  You never have to think
 9  about the counterparty risk.  It turns out that that is a
10  completely unique thing that's never existed before.
11          Why is that important?  Let's say, you know, we
12  use the example of a farmer in Nepal wanting to buy farming
13  equipment from a supplier in Kenya, let's say.  If you

14  didn't have the math-based currency, even in an internet for
15  value, you'd probably have to go Nepalese rupee to Indian
16  rupee, Indian rupee to British pounds, British pounds to
17  Kenyan shilling.  That's a lot of hops.
18          MR. KENNA:  Right, and you're going to lose a good
19  amount of money on each hop.
20          MR. LARSEN:  You lose value on every hop, right.
21  Because you're involving currencies with counterparties,
22  things of value with counterparty.  It would be much better
23  to go Nepalese rupee to XRP through a market maker.  And
24  then there is some other market maker that has made a market
25  between Kenyan shilling and XRP.  Now, Nepal and Kenya are
0013
1  one hop away.
2          You're actually one hop away from airline miles
3  and everything is one hop away.  That's why a math-based
4  currency, we think, is really unique and really has value.
5          MR. KENNA:  Excellent.  So what are your greatest
6  issues and concerns with growing Ripple and adoption?
7          MR. LARSEN:  It's a lot of things to think about
8  in building these things.  You know, obviously, there is the
9  technology piece, the trust in the code, the trust in the
10  stability, always being up and always being in a
11  distributed, peer-to-peer system.  So getting all those
12  things right is really hard.
13          Second is sort of the utility.  Where can you use
14  it?  How do I bring dollars or real or Chinese yuan onto
15  these platforms so you can buy whatever?  You know, that
16  involves all kinds of regulatory issues, as we all know
17  about.
18          And then third is sort of the liquidity.  Do you
19  have enough market makers?  Which again, the cool thing
20  about these protocols is it can be anybody in the world.  It
21  can be somebody who's a student in the middle of inland
22  China or it can be the largest, you know, high-frequency
23  trading company, you know, on Wall Street.  That's a cool
24  thing.  But we have to make sure that you get enough market
25  makers in all these key currency pairs.  So those are the
0014
1  kinds of things we think about all the time, trust, utility
2  and liquidity.
3          And of course, the other big thing going on here
4  is reputational risk.  I think that's where the industry is
5  right now.  You're seeing all these incumbents, everybody is
6  thinking about Bitcoin, math-based currencies, Ripple,
7  they're all super-intrigued.  We meet with people like every
8  day at the highest level.
9          Where you are now is, though, is this fear of
10  reputational risk of getting involved with these protocols.
11  You know, will -- if a big bank gets involved, will they get

12  this firestorm from their regulators?  So that's what's
13  holding everybody back.  So that's really what we all have
14  to work on collectively.  How do you get law enforcement
15  comfortable and therefore then the banks are comfortable,
16  and then that reputational risk is taken off the table, they
17  see the value and that's when you really start getting these
18  things exploding.
19          MR. KENNA:  So what does 2014 look like and how do
20  you see all the other alt coins and the competition between
21  Bitcoin and Ripple and everything panning out?
22          MR. LARSEN:  So what we really want to focus on
23  now is building an amazing team.  So we're up to about 40
24  now and we're aggressively recruiting for cryptographers and
25  developers.  We think this is all about getting incredibly
0015
 1  talented technology folks, business development folks,
 2  product folks building stuff that's super valuable.  So
 3  that's job number one.  And that's where we funnel all the
 4  -- you know, we've created a lot of value in XRP, which
 5  we're able to monetize.
 6          One thing that's really unique here about these --
 7  Ripple and Bitcoin is, these were really the first protocols
 8  that actually have monetization built right in.  There's
 9  kind of never been anything like that.  You know, if you
10  look at Twitter, Twitter had to be a platform because it was
11  the only way you could monetize it.  The really cool thing
12  is you have a built-in mechanism.  And what we're trying to
13  do is use the value that we're able to monetize already to
14  pump that right back into the protocol.  So that's kind of
15  job number one.  Then again, it's also working on the
16  reputational risks in 2014.
17          As far as the other alt coins, you know, it's
18  great.  You know, what is going on here, I think, is an
19  explosion of things of value.  Because it can really have an
20  internet for value, like Ripple, and that's what we're
21  aiming to do, it's currency agnostic, value agnostic, that
22  actually makes it easier for all these new things of value
23  to flow freely.  So that you could take a new alt coin and
24  send it to a merchant in Japan.  It shows up as yen almost
25  magically because there's some, you know, market maker who
0016
 1  is interested in making a market.
 2          So whatever the world is willing to value as a new
 3  thing of value because it has this feature or that feature,
 4  that's great.  And I think Ripple really helps grease the
 5  wheels for that.
 6          MR. KENNA:  Excellent.  So how did you come up
 7  with the idea for Ripple and how did it get started?
 8          MR. LARSEN:  So the inventor of Ripple was Jed
 9  McCaleb, who -- you know, thank you for introducing us way

10  back in the day when, you know, all these things seemed
11  crazy.  But, you know, an absolutely genius programmer.  You
12  know, he built eDonkey file sharing program, was the --
13  founded Mt. Gox.  And I think what he saw was that, you
14  know, Bitcoin was super awesome.  But what he didn't like
15  about it was how much electricity it used in its
16  confirmation method.
17          And again, what the real innovation here is all
18  about is confirmation without a central operator, without a
19  central clearinghouse.  That's really the big technological
20  breakthrough.  And what he set out to do is simply build a
21  method of confirmation that didn't burn a lot of electricity
22  or computing power.  And we call that the consensus method.
23  So it's kind of as simple as that.  But that brought --
24  consensus as a matter of confirmation brought a couple of
25  different improvements.
0017
 1          One, it's faster.  So the Ripple network confirms
 2  in about five to 10 seconds, versus about eight minutes now
 3  in Bitcoin.  It doesn't burn a lot of electricity, which is
 4  sort of a hidden cost in the system, so we think that's a
 5  good thing.  And then also it's a system that's, again,
 6  currency agnostic.  So it is again kind of a protocol for
 7  all things of value that happens to be supported by a math-
 8  based currency, Ripple XRP, as the supporting feature in
 9  that system.
10          MR. KENNA:  Okay.  So, Chris, how do you plan on
11  distributing Ripple?  I know part of it is set aside for the
12  founders and then the rest is given out to basically
13  encourage people to use Ripple?  Or --
14          MR. LARSEN:  Yeah, so we have a different --
15  obviously, because we have a different confirmation method,
16  consensus, what we don't have, we don't have the requirement
17  to have to reimburse validators, transaction validators,
18  with new XRP.  Obviously, in Bitcoin, because of the
19  electricity and the computing power, the protocol has to
20  reimburse validators with new Bitcoin.  That's why there is
21  the mining method in Bitcoin.  You sort of have to have it
22  that way.  In Ripple, you don't have to have it that way.
23          So we could have chosen to have a mining system.
24  But our belief is it would be better to actually funnel that
25  money back into Ripple Labs, keep Ripple Labs well funded so
0018
 1  we can keep hiring incredible cryptographers and engineers
 2  that can, you know, increasingly improve the protocol.
 3  That's actually good for everybody.  And then the second
 4  part is, since we don't have to distribute it to validators,
 5  Ripple Labs can give it to business development partners, to
 6  consumers broadly, to people globally.
 7          So two things we've been doing which we like is

```
 8   we've been incenting market makers with XRP forgivable
 9   loans.  It's essentially the vehicle that we're currently
10   using.  But we feel that does is that incents, say, bit
11   currency traders, high-frequency traders to actually be
12   active market makers on Ripple.  That provides liquid
13   markets.  That's good for everybody.  Gives them an
14   incentive in the long-term success of the network.  In some
15   ways, just exactly what Visa did as they sort of gave out
16   ownership of Visa to key banks to participate in the system.
17   We think that's good.
18          And the other cool thing that we've been doing
19   that we like, we've been distributing XRP to consumers
20   through a partnership that we have, a sponsorship with the
21   World Community Grid.  World Community Grid is a really
22   neato project.  It's sponsored by IBM.  It's a .org that
23   basically tries to get the world to contribute their spare
24   computing power globally in a shared supercomputer that then
25   works on social problems like AIDS research, cancer
0019
 1   research, building better wind generators and solar panels.
 2   And it's a huge effort that's been going on for about 10
 3   years.
 4          Since November, what we've been doing is if you
 5   contribute your computer, which can be an Android phone, it
 6   can be your PC, to the World Community Grid, for every --
 7   the computing minutes that you provide, we will give you
 8   XRP.  And it's been super successful.  Ripple Labs now is
 9   more than half of the entire project and the project has
10   like 100,000 teams.  So the Ripple Labs team now, we've
11   contributed about 13,000 years of computing power in just
12   two months.  We're about seven times what IBM is
13   contributing every day.  So it's really been incredible.
14   And most of that's been in China, actually.  So it's things
15   like that we think then help distribute XRP, actually are
16   going to solving good, you know, problems that the world
17   has, and are helping grow the network as well.  So we think
18   those are all good things for the Ripple protocol.
19          MR. KENNA:  So, Chris, how do you see the Ripple
20   ecosystem growing?  And where are people needed most?  You
21   need the gateways or users?
22          MR. LARSEN:  Yeah, so, you know, kind of the three
23   core things you need in any kind of payments network.  We
24   need the gateways to bring on things of value globally, you
25   know, so somebody in Europe can easily get their euros onto
0020
 1   the platform and then, you know, use that to buy Bitcoin or
 2   use that to buy yen or whatever.  You need them in China,
 3   you need them in South America.  So we're working on that
 4   actively.  We have a very strong business development
 5   program globally for gateways, making good progress there.
```

```
 6          Second are the market makers.  So we have a head
 7   of trading and markets based in New York, an ex-Goldman
 8   Sachs guy, Phil Rappaport, fantastic at bringing on and
 9   understanding what these market makers need.  So bringing
10   those key players on to make markets.
11          And then, of course, you need merchants, ways of
12   using Ripple.  And our view there, it's not just convincing
13   merchants one at a time.  But as a protocol, our job is
14   really to build bridges.  So, for example, we have a Bitcoin
15   bridge.  So anywhere Bitcoin is accepted today, anything of
16   value on Ripple is accepted, so whether it be XRP or soon
17   we'll have gold balances, so you can basically send gold to
18   a Bitcoin address.  And so that's an important way of kind
19   of in one fell swoop getting any merchant that accepts
20   Bitcoin.  Doing that in similar ways, bridging to other
21   networks, and you can imagine what those might be.  So we're
22   actively working on those bridges to literally bring
23   millions of merchants in one fell swoop onto the protocol.
24          And then, of course, getting as many consumers as
25   we can onto the protocol, which isn't necessarily directly
0021
 1   giving to them, although like the World Community group, we
 2   like that.  But it's also bringing on incumbents.  So if you
 3   could bring on a big bank that has a couple million
 4   customers, what's neat about Ripple is those customers may
 5   not ever know they're using Ripple.  All they know is that
 6   suddenly on their bank there is some withdrawal method that
 7   allows the bank customer to send money to India that clears
 8   in five seconds for free.  So they're using the Ripple
 9   protocol, but they don't necessarily even have to know it.
10   We call that Hosted Wallets.
11          So again, all we're concerned about is trust,
12   utility and liquidity.  Grow the network.  That actually
13   will be the best thing for the value of XRP and the best
14   thing for the entire protocol.
15          MR. KENNA:  So I think the biggest criticism I've
16   heard of Ripple is that, why should I trust it if it's not
17   decentralized, if it's centrally controlled?  And I
18   understand the protocol is decentralized and all that.  But
19   Ripple Labs, correct me if I'm wrong, controls the
20   disbursement of the Ripple and could potentially modify the
21   money supply and things like that.
22          MR. LARSEN:  So it's a great question and probably
23   a key thing to -- there are sometimes misunderstandings
24   about how it works.
25          So just like Bitcoin, Ripple Labs, the founders,
0022
 1   we can never create any more XRP.  That's set.  It was set
 2   at 100 billion about a year and two months ago now in the
 3   ledger.  And that is decided by the protocol just like it is
```

     4   in Bitcoin.  So XRP, our math-based currency, just like
     5   Bitcoin, is a currency without a counterparty.  There is
     6   nobody to debase it, it cannot be debased, deflationary.
     7            Now, Ripple Labs, because we don't have the need
     8   to reimburse validators, started off with the biggest chunk
     9   of XRP.  And our -- one of our key roles is making sure that
    10   we distribute it as broadly and in a way that adds as much
    11   utility and liquidity as we possibly can.
    12            I think our incentives are very well aligned, you
    13   know, that for Ripple Labs to do well, we have to do a very
    14   good job in protecting the value of XRP and the value of the
    15   network.  And that really is the guiding principle here.  In
    16   our distribution of XRP, which is kind of a short-term thing
    17   -- I mean, that will run its course; it's kind of the
    18   initial distribution -- the objective is, how do you bring
    19   as many market makers, gateways, marketplaces, bridges,
    20   incent partners, bring as many consumers as you possibly
    21   can, hosted wallets as you can.  And we think that's
    22   actually a really great tool that Ripple Labs has to add
    23   value.
    24            You know, for those that are skeptical, I would
    25   just say it's a different approach.  Give us time.
0023
     1   Hopefully, we'll earn their trust over time, that we're
     2   doing this in a way that adds the most value to the
     3   protocol.  At the end of the day, that's -- that's all that
     4   matters.  And, you know, we're constantly learning, we're
     5   constantly trying to maximize how we do that.  But we think
     6   this actually could be a real strength in making sure that
     7   things are being done to just add as much, you know, kind of
     8   partnerships and value as we possibly can to the protocol.
     9            MR. KENNA:  So, Chris, if somebody wants to learn
    10   more about the World Community Grid, where should they go?
    11            MR. LARSEN:  So they can go to
    12   computingforgood.org, and that's sort of the sign-up page
    13   that will link your World Community Grid to your Ripple
    14   Wallet and you can earn XRP for donating your computing
    15   power to solving these problems like AIDS and cancer and
    16   cancer research and solar panel research.
    17            MR. KENNA:  Excellent.  Thanks for coming on the
    18   show, Chris.
    19            MR. LARSEN:  Thanks so much for having us.
    20            MR. KENNA:  For more information on the World
    21   Community Grid and Ripple, see the show notes on
    22   moneyandtech.com.
    23            (End of recording.)
    24                     * * * * *
    25
0024
     1                 TRANSCRIBER'S CERTIFICATE

```
2
3    I, Chris Cutchall, hereby certify that the foregoing
4    transcript is a complete, true and accurate transcription of
5    all matters contained on the recorded proceedings in the
6    matter of:
7    RIPPLE.
8
9
10   _____
11   Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.02

PX 503.02
Interview with Chris Larsen, 5/22/2014, via Around the Coin
https://www.youtube.com/watch?v=KkaS2G07NzQ



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:         )
 4                             )  File No. NY-09875-A
 5   RIPPLE LABS, INC.         )
 6
 7   SUBJECT:      https.www.youtube.comwatchv=KkaS2G07NzQ
 8   LINK:         https.www.youtube.comwatchv=KkaS2G07NzQ
 9   POSTED BY:    Around the Coin
10   DATE POSTED:  05/22/2014
11   PAGES:        1 through 43
12
13                    VIDEO TRANSCRIPTION
14
15
16
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                  (202) 467-9200
0002
 1          P R O C E E D I N G S
 2   https.www.youtube.comwatchv=KkaS2G07NzQ
 3          MALE SPEAKER 1:  Today in Around the Coin
 4   Podcast, we have the CEO of Ripple Labs, Chris Larsen,
 5   discussing the future of payments, the strategy behind
 6   Ripple and the tremendous opportunities in
 7   cryptocurrency over the coming years, Around the Coin
 8   Podcast.
 9          MR. TOWNSEND:  All right, guys.  We're
10   really excited today, we have a guest on the show.
11   Chris Larsen is the CEO and Cofounder of Ripple Labs,
12   as well as myself, Mike Townsend, Brian Roemmele and
13   Faisal Khan.  So we'll kind of like let Chris
14   introduce himself and take it where -- take it where
15   it goes.  Thanks for having us, Chris.  Thanks for --
16   thanks for being on the show.
17          MR. LARSEN:  No, absolutely.  No, thanks so
18   much for having -- having us on the show.  We really
19   appreciate it.  Yeah.  So as -- as you mentioned, I'm,
20   you know, the CEO of Ripple Labs.  Ripple Labs is the
21   company that first built the Ripple protocol and
22   there's about 50 of us, mostly based in San Francisco.
23   We have some of our team members in New York and --
```

24    and also Bejing as well.
25                And, you know, what we're really trying
0003
 1    to -- I don't know if you want me to jump right into
 2    it, but --
 3                MR. TOWNSEND:  Yeah, jump right into it.
 4                MR. LARSEN:  Oh, okay.
 5                MR. TOWNSEND:  Maybe tell a little bit about
 6    your background, what you're trying to do.  It'd be
 7    interesting to hear a little bit how you personally
 8    got into it, like the inspiration, I think, is
 9    interesting.
10                MR. LARSEN:  Sure, sure.  Yeah.  So before
11    Ripple Labs, I was involved with two other fin tech
12    ventures.  The first one was called e-Loan; e-Loan was
13    an online lender that we eventually took public during
14    the first .com boom.  And e-Loan was sort of retailing
15    consumer loans using the internet to sort of
16    disintermediate loan agents, auto finance agents, that
17    sort of thing.  So it was kind of step one of the
18    internet, the idea of disintermediation.
19                The second company was Prosper.  Ran that
20    for eight years.  And Prosper was a peer-to-peer
21    lending marketplace.  So kind of in our view, that was
22    kind of maybe step two, you know.  They were sort of
23    the disintermediation phase on fin tech in the first
24    .com wave.  The second .com wave, after the crash, I
25    think it was clear that sort of the eBays, the
0004
 1    Craigslist, the Marketplaces stood out as kind of the
 2    models that were getting a lot of attention.  And
 3    that's what Prosper was trying to do, different than
 4    e-Loan being kind of a retail disintermediator, we
 5    were trying to be a marketplace, sort of a neutral
 6    marketplace where borrower and lender, peer-to-peer,
 7    could come together.
 8                And then, you know, I got interested in this
 9    idea of new currencies, global currencies a little bit
10    from my background, my experience from e-Loan and
11    Prosper, where I think what was really clear is that
12    while information was sort of being revolutionized
13    globally, I mean you just had data everywhere and
14    you -- you know, you had the Googles everywhere,
15    certainly, social network kind of taking off, what you
16    still saw in fin tech was it was really kind of a
17    country-by-country approach, so Prosper, e-Loan could
18    only be country-by-country.
19                You'd have to establish a separate company
20    in Japan or in Europe and they could only operate in
21    those -- in those countries.  So the thing that was

```
22  sort of -- fin tech is always very exciting, but, you
23  know, what's frustrating was there was no sort of
24  really internet for -- for finance.  And that's really
25  held back, I think, the innovations in -- in -- in fin
0005
 1  tech.
 2          So what's really exciting about this whole,
 3  what do you call it, cryptocurrency movement or
 4  math-based currency movement or real-time settlement
 5  system or, what we like to call it, internet for
 6  value, that's really what we see happening right now
 7  with this possibility of sort of a new way of
 8  constructing and -- and sending value around the
 9  world, it's just that.
10          Now, our finance systems and, therefore, all
11  of the companies that build on top of them, I think,
12  are entering the post-internet phase, about 20 years
13  kind of delayed.  So we've got a -- we've certainly
14  had an internet for information exchange, you know,
15  for 20 years now, but I think it's safe to say the --
16  the financial services businesses really have not
17  been -- have not been changed very much, and I think
18  it's because the underlying guts of it still are based
19  on -- on pre-internet technology.
20          So what's so exciting, I think, from what
21  I've seen in the last 20 years now of fin tech, is
22  maybe for the very first time, you're actually getting
23  the real revolutionary aspects of the internet now
24  moving from information, moving into the ability to
25  not -- not just exchange information but exchange
0006
 1  value.
 2          And that is really a fundamental big change.
 3  So that's really what's exciting to us.  And that's
 4  what Ripple Labs is trying to do.  We're trying to
 5  basically create a protocol that can be used as an
 6  internet for information exchange, based on a new
 7  technology that's only a couple of years old, so in
 8  some ways, I guess (crosstalk) -- I'm sorry, go ahead.
 9          MR. ROEMMELE:  Now, Chris, if -- if -- if
10  I've never heard of any other, you know,
11  cryptocurrency, algorithmic currency, I don't know
12  what Bitcoin is, if you could take a step back and
13  sort of explain the topography, 10,000-foot view, and
14  then kind of get closer and closer to what your vision
15  is for Ripple and what it is internally and maybe
16  where it's going.
17          MR. LARSEN:  Sure, I'd be happy to.  Yeah.
18  So I -- I guess stepping way back, again, kind of --
19  again, the world figured out about two decades ago how
```

```
20  to exchange information without a central operator.
21  So this idea you had to have a -- you know, a central
22  communications company or a -- you know, a switching
23  company.  Remember the days -- I -- I remember the
24  days when I'd travel to Europe and if I wanted to make
25  a call to my parents, I'd have to line up at -- at
0007
 1  some communication center, pay a fortune, sort of wait
 2  in line to get a phone booth.
 3          So those were the days when information just
 4  was not, you know, moving like it does today on -- on
 5  the internet.  Turns out, there's -- now, again, that
 6  has not happened in the value exchange, I think, until
 7  now.  So why was that?  It's because there's a higher
 8  bar for the movement of value than there is for the
 9  movement of information.  And the big difference is
10  it -- it doesn't matter if we send information more
11  than once, right?  All that matters is it's sent
12  instantly for free, anywhere on earth.  It doesn't
13  matter if you send that same email or picture a
14  million times, you know?  It might be annoying, but it
15  doesn't matter, you communicated.
16          With value, however, matters fundamentally
17  if you send the thing more than once.  Value or
18  transactions, payments, whatever you want to call it,
19  right, that's just a different animal than
20  information.  It absolutely matters if you send it
21  more than once, hence this -- this is the discussion
22  of how do you prevent value from being spent again
23  once it's already been spent.  Well, the world simply
24  didn't know how to do that in any other way than by
25  having a central operator, whether that be a Visa or,
0008
 1  you know, fill in the blank for whatever country,
 2  China UnionPay or -- or whatever.
 3          So country-by-country, we needed to have a
 4  central operator to confirm that, yes, payment's been
 5  made and you can't make another one, you don't have
 6  enough money in your account after you made that last
 7  payment, right?  The world simply did not know how to
 8  architect, long and short, the exchange of value on
 9  the fundamentals of the internet, which are
10  peer-to-peer, distributed, no central operator.
11          A couple of years ago, there has been --
12  there was a breakthrough.  And many people have heard
13  of Bitcoin.  I think Bitcoin was the first example of
14  that breakthrough.  So the long and short of it is the
15  world now knows how to exchange value without a
16  central operator.  Therefore, you now have the
17  ability -- the world has the ability to architect the
```

```
18  fundamental guts of our value exchange systems, our
19  payment systems in pretty much the exact same way that
20  we already architected the information exchange
21  because we have figured out how to collectively, on a
22  peer-to-peer distributed basis, confirm that value
23  either has been sent or hasn't been sent.
24          So that's the -- that's the big, big
25  changeup that's happened in the last couple of years
0009
 1  as sort of technology progresses, that's a -- that's a
 2  real fundamental breakout.  Now, I think we're
 3  entering the stage of, okay, the world knows how to do
 4  that, what the heck does that mean and what's going --
 5  what incredible businesses are going to be built on
 6  top of it.  And what is that -- what implications is
 7  that going to have for the economy and the way people
 8  live?
 9          MR. ROEMMELE:  So Chris, could we call
10  Ripple more of an envelope that carries the value and
11  it doesn't really care necessarily what's inside that
12  envelope?  Is that a better way maybe we can
13  illustrate it?
14          MR. LARSEN:  Yeah.  That's a -- that's a -
15  -that's a -- that's a very accurate way of saying it.
16  So what -- what we're trying to do is build this idea
17  of a protocol that really, you know, enables the
18  internet for value exchange, so it is completely value
19  agnostic, to your point, it's an envelope you can put
20  anything in and then zip it around, just like, you
21  know, our -- our internet of information allows us to
22  zip packets of information of any kind, whatever that
23  information is, anywhere, instantly, basically for
24  free, that now companies can build services and make
25  money on top of, exactly what we're trying to do
0010
 1  with -- with the Ripple protocol, that any currency --
 2  and, again, we think these technologies will be
 3  used -- two things, will be used for existing things
 4  of value that, you know, people today use dollars,
 5  euro, yuan, rial, rupee, airline miles, merchant
 6  reward points, gold.
 7          Humans already use a lot of things of value
 8  as some form of currency or payment or value exchange.
 9  So there's no problem, we think, in having things of
10  value. The problem is, like information used to be 20
11  years ago when you used to have information trapped at
12  the local library, you couldn't get easily that
13  information from the library to your friend in India.
14  You know, sort of, information was trapped.  Now,
15  that's all been loosened up.
```

```
16          That's where we want to go with value, that
17  it flows just freely, in any form, instantly,
18  basically for free, anywhere there's an internet of
19  information exchange should be an internet for value
20  exchange.
21          MR. ROEMMELE:  So would it also serve as a
22  lockbox?  Could the value be held inside of the Ripple
23  network, not necessarily removed at any specific date?
24          MR. LARSEN:  So that's a great -- a great
25  question.  What we're really trying to do is enable
0011
 1  kind of the existing things of value.  Most existing
 2  things of value are not really assets.  They are
 3  really some form of liability to some form of
 4  counterparty.  So, for example, if I have $100 in my
 5  PayPal balance, what do I really have?  I -- I own a
 6  liability that PayPal is responsible for.  PayPal is
 7  the counterparty.  PayPal goes bankrupt, I -- I can
 8  lose my money.
 9          So I think what's important to remember is
10  that in these new technologies, in this new sort of
11  internet for value exchange, the value, more than
12  likely, is going to be maybe analogous to information
13  that you might have sitting at some provider, maybe an
14  email provider, maybe Google.  Maybe you're going to
15  have it on some cloud computing service.  Because --
16  just because you can move the information freely
17  anywhere and very inexpensively, you still have pretty
18  much the same human risks that you would have anywhere
19  else, right?
20          So if that cloud-based computing company,
21  you know, all of their disks get destroyed, you're
22  probably going to lose your information.  Hopefully,
23  it's been backed up inside.  So I think it's important
24  to note that this is a huge breakout technology, but
25  all of those elements of trust with existing financial
0012
 1  players and the way our existing financial system --
 2  systems work, those don't necessarily change.  I mean,
 3  again, most things of value are going to be involving
 4  some counterparty that, in some form, has to be
 5  trusted or not, that is -- is going to entail all the
 6  same -- same risks.
 7          So I think that it's important to know this
 8  technology does not do away with that, that dynamic,
 9  that dynamic of -- of human interaction still
10  basically remains.  What's being transformed here is
11  just that ability to move any kind of value instantly,
12  basically for free, anywhere there's the internet.
13  That's the big game change.  Now, I think a lot of
```

```
14  times, the new technologies can -- things can get
15  conflated, like oh, you know, what really will
16  change -- what -- what is fundamental and kind of
17  remains and -- and so that's the way I would kind of,
18  you know, describe it.
19          MR. ROEMMELE:  What would be a simple
20  example use case?  Let's look at Ripple today and
21  maybe explain how one would use it and who would be in
22  the ecosystem?  Are there developers, banks, you know,
23  just a -- a simple example?
24          MR. TOWNSEND:  It'd be also interesting to
25  hear what's -- what's a simple example five years from
0013
 1  now, 10 years from now, sort of how that progresses.
 2          MR. ROEMMELE:  Exactly.  Perfect.
 3          MR. LARSEN:  So a really simple example is
 4  if I go down to my bank, you know, I -- I use
 5  Citibank, and I want to send 20 bucks to India,
 6  there's kind of no way to do that.  You know, it
 7  just -- and -- and -- and why is that?  It's because
 8  Citi, even though it's a global organization, it
 9  simply can't just move value in seconds, like it does
10  in email to India in rupee without it chewing up
11  pretty much that entire -- you know, $20 would all be
12  chewed up in fees.  It would take days to get there;
13  who knows what kind of exchange rate you get.
14          So the promise of these technologies isn't
15  necessarily that a consumer, in our view, has a Ripple
16  account or anything like that, but likely, now, maybe
17  I go to Citi, we'd hope eventually, and in full
18  disclosure, they're not a partner and they not related
19  to Ripple yet, we hope they will be at one point, but
20  that you would simply -- you go online and I've got
21  some family in India and I want to send them 20 bucks,
22  you know, maybe part of some tips that I got yesterday
23  and suddenly, now, you'll be able to send it.  It'll
24  basically be received maybe in practically full value.
25  It will be received in five seconds.  And it will
0014
 1  route through maybe some hedge funds on Wall Street
 2  that has the absolute best rate of dollar to rupee,
 3  rather than routing through the retail banks, probably
 4  not very good retail exchange rate.  So --
 5          MR. TOWNSEND:  Which is huge, like that's a
 6  really, really big deal.
 7          MR. LARSEN:  It is, yeah.
 8          MR. ROEMMELE:  Well, this is really
 9  interesting.  What are the regulatory footprints for
10  that type of scenario?  Is that -- from your best
11  knowledge, is that something acceptable to bank
```

12  regulators today?
13          MR. LARSEN:  We -- we think that basic idea
14  of real-time settlement, which you'd refer to as
15  point-to-point payments or --
16          MR. ROEMMELE:  Sure.
17          MR. LARSEN:  -- straight through processing
18  or in-stream FX, we actually think there is a -- a
19  huge desire when you -- when you read some of what
20  the -- the fed is advocating for, of just that.
21  There's a lot of writings now coming from the federal
22  reserve of the U.S., in particular, saying that we
23  need a real-time settlement system; that there are not
24  only a lot of delays and costs, but actually risks.
25  The risks of having a system where you have multiple
0015
 1  ledgers, you know, in -- in sending dollars to India,
 2  who knows how many ledgers I'm going through.  And
 3  this is -- this is part of the problem.  This is why
 4  it takes days.  It's not because, you know, Citi is
 5  sitting on something that they have to, you know,
 6  stamp it, you know, 10 days from now.
 7          They probably sent it, it's just they don't
 8  know how many intermediate ledgers it has to go
 9  through in the relationship they've established
10  probably with some correspondent banking in India.
11  That's the problem.  So everybody knows that there --
12  there could be a better system, and it's probably a
13  system that looks like our information system today,
14  and that is now what's possible.
15          So I think the idea, regulators can get
16  around.  Now, you know, the execution, of course, you
17  have a -- here, you have a new technology that gets to
18  the heart of moving payments and value around the
19  world.  Boy, I mean obviously, that's going to
20  trigger, you know, every single concern about crimes
21  and anti-money laundering and know your customer,
22  which are really, really core to just about every
23  government's, you know, security objectives around,
24  you know, terrorism and crime and everything.
25          So no -- there's no question when you have
0016
 1  something like this that's this much of a change is
 2  going to raise all kinds of red flags, which means
 3  there's going to be a period very intense, you know,
 4  kind of education, what is -- what is it, review and
 5  then trying to adopt existing laws and probably new
 6  laws.
 7          So you have a tension where, you know, kind
 8  of the financial and economics folks that served in --
 9  with regulators globally get that our current value

10  system on earth is pre-internet and needs to change.
11  And it -- and it will be an improvement, but at the
12  same time, you've got all the concerns about crime and
13  antiterrorism that are absolutely legitimate and need
14  to be all worked out.
15          MR. ROEMMELE:  But fundamentally, your --
16  your -- the brilliance of what you're doing is you're
17  working with the existing gatekeepers, right?  So the
18  gatekeepers that regulators are used to through the
19  KYC AML are already in place.  You're just intrabank
20  and interbank changing the communication system so
21  that we're not using wires and ACHs.  Is that how I'm
22  seeing it?
23          MR. LARSEN:  Yeah.  That's exactly right.  I
24  mean there's kind of two ways to go here, and this is
25  like typical of a lot of technological changes, it
0017
1  certainly could be hey, old system broken, can't trust
2  it, screw all of that, let's build a completely green
3  field system, alternative system that everybody can
4  use --
5          MR. ROEMMELE:  Bitcoin.
6          MR. LARSEN:  -- which is one -- you know,
7  one -- one way to go.  And sometimes that works.  The
8  other way to go is to say okay, what's really changing
9  here.  And I'll give you one example.  A lot of people
10  would point to irreversibility in these value --
11          MR. ROEMMELE:  Right, right, yeah, yes.
12          MR. LARSEN:  -- in these value exchange
13  systems, right?  And -- and -- and I think that's a
14  good thing, but does that mean we suddenly do away
15  dispute resolution?  Maybe, maybe not.  It depends on
16  the user and the use case.  Probably most consumers
17  want some form of dispute resolution, so (inaudible).
18          MR. ROEMMELE:  That would shift the world of
19  commerce, right?  I mean one of the reasons why the
20  credit card system works so well, if we go to the
21  consumer level, is the repudiation that's available.
22  You know, the box shows up with rocks in it from
23  some -- some buyer or some seller, I mean you need to
24  be able to have a way to address that and --
25          MR. LARSEN:  That's exactly right.  And so
0018
1  there's kind of this payment stack, right, or value
2  exchange stack.  I guess you could probably say
3  there's six components to it, right?  You know,
4  cash-in, cash-out, clearing and settlement, the
5  foreign exchange part of it and dispute resolution, I
6  guess you could say there's messaging on top of that
7  as well.  So it's important to say what's changing in

```
 8  this stack.
 9          I actually don't think the cash-in, cash-out
10  really is changing.  You still need the storefront
11  retail operations of some sort, in some fashion,
12  globally.  That pretty much doesn't change.  You do --
13  we think, in most cases, especially with consumers,
14  you need the dispute resolution component, you know?
15  So that doesn't go away.  I think what's changing here
16  is clearing and settlement is going from multiple days
17  to instant and going from kind of multiple ledgers to
18  one ledger; therefore, less risk, less capital tied
19  up.  And then industry map ex (phonetic).  That's a
20  big deal.  Instead of, you know, kind of getting
21  trapped in whatever provider's rate you are just going
22  to have to accept, you're suddenly always getting kind
23  of the entire world's competitive marketplace of bids
24  and asks.
25          Those are the two -- two things that are
0019
 1  changing, so that's kind of our view.  So we think,
 2  look, these things are not having to recreate every
 3  consumer application or every sort of bank
 4  relationship you have, all of the custody, all the
 5  regulatory, all of the key services that are brought
 6  to the table.  It doesn't even necessarily have to
 7  replace (inaudible) rules.  All of those rules,
 8  depending on the jurisdiction can be ported on top of
 9  these new real time settlement systems.
10          So if you really think about it, these
11  things are way, way, way at the bottom of the stack
12  in -- in the same way that, you know, SMTP and the
13  email protocol is -- is not used by consumers, it's
14  used by email providers, right?
15          MR. TOWNSEND:  That's a great analogy.
16          MR. ROEMMELE:  Yeah.  That's perfect.  So
17  XRP, that's where I think where -- I've been in
18  payments for 30 years, that's where a lot of my
19  colleagues who have really studied payments get
20  confused because it sort of creates a duality of what
21  we just talked about, which I think is brilliant,
22  possibly confusing to the consumer, but the killer app
23  of currency transfer, conversion in real-time and the
24  other things you talked about is just going to, I
25  think, take over the world.  But then we have XRP and
0020
 1  the -- the analogy that it's a Bitcoin-like thing and
 2  I think that's where some of the confusion takes
 3  place.
 4          MR. LARSEN:  Yeah.  Certainly.  So maybe --
 5  let me explain it.
```

```
 6              MR. TOWNSEND:  Chris --
 7              MR. LARSEN:  Yeah.
 8              MR. TOWNSEND:  -- one interesting thing, I
 9    think, is like what -- what sort of keeps you up at
10    night?  I mean this sounds -- it sounds extremely
11    believable, but yet, like -- like a lot of things in
12    the early stage, there's a lot of unknowns and, you
13    know, people draw from analogies and they try to
14    assess the success of certain things.  You know, a
15    lot of people are betting hard on Bitcoin.  There's a
16    couple of ways that we -- when we talk about sort of
17    cryptocurrencies and the play out there, you know, a
18    couple of ways that maybe it could go.  It'd be
19    interesting to hear your thoughts.  You know, could
20    it -- is it going to centralize around one process,
21    you know, Bitcoin for all, or is it going to be
22    distributed through across -- you know, are we going
23    to look at 100 different currencies, the way sort of
24    the world works now in each different country?  Or is
25    there -- or is there, you know, what you guys are
0021
 1    doing, sort of like a combination of that and then
 2    that -- that infrastructure underneath?
 3              MR. LARSEN:  Yeah.  Great question.  Well,
 4    let me address that and then I'll kind of go back to
 5    the XRP part, but great question.  So yeah, what
 6    keeps -- I guess probably the biggest thing for any
 7    startup, right, anybody who's on a team starting
 8    something new is is the timing right.
 9              MR. TOWNSEND:  Yeah.
10              MR. LARSEN:  I mean it's interesting with
11    the -- with the -- you know, with VCs, you know, look,
12    you can make multiple bets over a long period of time,
13    money, you know, if it didn't work out the first time,
14    well, you have plenty of time to put a new, you know,
15    kind of investment in place, right?  With teams and --
16    and anything, anybody who's trying to do something
17    new, you can't ever get the time back.  So it's, okay,
18    were you early enough?  Are you too late?  So probably
19    just the -- at the macro, most fundamental level,
20    that's where you're always waking up one morning like
21    this is perfect; next, oh, my good, we're too late;
22    next moment, we're too early.  So --
23              MR. TOWNSEND:  Yeah, yeah, yeah (laughter).
24              MR. LARSEN:  -- so I mean you could do -- as
25    you know, you know, everybody who's in the space today
0022
 1    could be doing all of the, you know, kind of hard
 2    lifting on regulatory education only to find that
 3    that, you know -- it just took too long; it was too
```

```
 4  exhausting and, you know, it's then the next group
 5  that comes along in five or ten years that can benefit
 6  from that and all of the old players are -- you know,
 7  are gone.  That -- that happens all the time.
 8            MR. TOWNSEND:  Yeah.
 9            MR. LARSEN:  So -- and you have no control
10  over that.  So but in -- in a way, you're going to
11  have to let that part go.  And, you know, so how does
12  it play out?  I think it's really, really early.  And
13  that's one thing --
14            MR. TOWNSEND:  Yeah.
15            MR. LARSEN:  -- so I think a lot can happen.
16  I think, also, the information to value exchange
17  analogy holds up to a point.  But one thing that's
18  really different from value payments, finance is just
19  there's just no way to get around that governments
20  play a bigger role there.
21            MR. TOWNSEND:  Uh-huh.
22            MR. LARSEN:  Certainly, in some parts of the
23  world, there is not information freedom and we could
24  argue, you know, even in the developing world, there's
25  not true information.  We -- you know, that's a --
0023
 1  that could be a political argument we could spend all
 2  day on, but I think safe to say, there's probably
 3  globally more freedom on information exchange than
 4  there is on value exchange.  There's more of a
 5  government presence globally, you know, even in -- in
 6  the U.S., there is no fundamental right -- there's a
 7  fundamental right to free speech, you know?  You know,
 8  again, constantly argued, going back-and-forth.
 9  There's no constitutional right to value exchange
10  freedom.
11            MR. TOWNSEND:  Uh-huh.
12            MR. LARSEN:  So we just have to kind of
13  accept that, I think, there is just a fundamentally
14  more, you know, kind of stronger presence of
15  governments throughout the world that are going to
16  have a stake in this.  So I think that's where
17  sometimes, the internet of information, the last 20
18  years following that model, could be a -- a false -- a
19  false -- a -- a false path and that it probably has to
20  develop in a different way.  We think it probably has
21  to be more integrated with the incumbent systems if
22  it's -- if it's going to get the traction it needs.
23  So that's probably one thing I would say on that.
24            And then to the -- to the -- I don't know if
25  you -- should I address the XRP?
0024
 1            MR. ROEMMELE:  Yeah.
```

```
 2          MR. LARSEN:  Okay.
 3          MR. ROEMMELE:  I think it's fundamentally
 4   important to --
 5          MR. LARSEN:  Yeah.
 6          MR. ROEMMELE:  -- to -- to signify the
 7   differences between what we were talking about intra
 8   and interbank and what XRP represents because that
 9   looks more like a consumer protocol.
10          MR. LARSEN:  Yeah.  So XRP is the native
11   currency of the protocol.  It's a digital asset, so
12   what does that mean?  It simply means it's an asset or
13   a currency, you would say, without a counterparty.
14   And, again, the broader technology here allows that,
15   for the first time, this notion that you can have an
16   asset that's digital, that, unlike that balance at
17   PayPal, doesn't have a counterparty, which we think is
18   really interesting.
19          Now, in our view of the world, though, we
20   don't think -- you know, that -- that think just kind
21   of comes with the territory, right?  If you have these
22   protocols of value exchange that can determine whether
23   or not value has been sent or not sent or exists or
24   doesn't exist, it's sort of trivial to include an
25   asset into the protocol when you start and, therefore,
0025
 1   why is that important is that if the protocol is
 2   successful, that digital asset will -- will almost
 3   definitionally be successful as well.  That's the --
 4          MR. ROEMMELE:  So are you saying that XRP is
 5   independent of all of the other things that we can put
 6   inside the container?
 7          MR. LARSEN:  Yes.
 8          MR. ROEMMELE:  (Inaudible) container.
 9          MR. LARSEN:  Yes.
10          MR. ROEMMELE:  So XRP just happens to be
11   the -- the jumpstart.  It looks like it has a capital
12   base of $45,363,000 as of a couple of minutes ago,
13   right?  So --
14          MR. LARSEN:  Yes.
15          MR. ROEMMELE:  -- obviously, there's
16   somebody moving XRP back-and-forth.
17          MR. LARSEN:  Yeah.  So it -- it -- yeah,
18   it -- it -- and it depends how you measure market
19   caps, right?  If you say it's kind of the entire
20   amount out there times the price, like a stock would
21   be, or is it the amount float times the price?  But,
22   you know, almost irrelevant.
23          MR. ROEMMELE:  Sure.
24          MR. LARSEN:  But -- but so again, why does
25   it exist?  Why did we make it?  We -- we didn't make
```

0026
 1   it as the staring role of -- of what we're trying to
 2   do.  The staring role is the protocol, which will
 3   allow anything of value and never has to use XRP.  The
 4   really important point is somebody who's trying to
 5   move dollars to British pounds never has to go through
 6   XRP.  Could simply be I'm holding dollars, I brought
 7   on dollar through my U.S. gateway or counterparty or
 8   bank, whatever is integrated to the protocol and
 9   I'm -- I'm moving it to a UK gateway or bank.
10          And I -- I used a market-maker, who is
11   simply making markets between dollars and British
12   pounds, never touches XRP.  However, we think, in many
13   cases, XRP will help enable transactions.  Now, how
14   does it do that?  It's simply because we believe that
15   market-makers -- so in the -- in the Ripple protocol
16   ecosystem, there are gateways, people that bring
17   dollar, euro, yuan balances onto the protocol.  That's
18   how you get value into the protocol.  And then there's
19   market-makers.  They're the ones that exchange one
20   thing of value for another thing of value.  And what
21   does the Ripple protocol do?  It's just trying to path
22   find the most efficient path of exchanging that one
23   thing of value for another.
24          But because XRP plays a very unique role in
25   having no counterparty, that means it has one
0027
 1   variable, price, which is entirely objective, we
 2   can -- everybody can agree on what is the price at any
 3   millisecond, it's just, you know, traded into the
 4   market.  But it doesn't have a counterparty variable,
 5   which is -- which is endlessly subjective and is
 6   basically credit risk.  No one can ever agree on
 7   credit risk, right, as a variable.
 8          So because of that it is a useful instrument
 9   and a unique instrument.  It's the only asset in the
10   Ripple protocol, by definition, right?  So every --
11   there's two types of things in the Ripple protocol or
12   the Ripple ledger.  One is this unique digital asset,
13   the native currency XPR and then there's everything
14   else of value, which again, is a liability to a
15   counterparty.
16          So as the only digital asset, it's -- it's
17   really an efficient instrument to serve as sort of
18   that common denominator between all things of value.
19   So it'd be better, in many cases, particularly for
20   less liquid markets, for smaller currencies, for
21   the -- from not sort of the world leading
22   counterparty, so again, you might make a direct market
23   between B of A's dollars and Barclay's British pounds,

24    but kind of having, you know, maybe the -- like the
25    12th largest remittance company in Mexico's peso
0028
 1    balances, it would be very hard to get a market
 2    between that and the eighth largest remittance company
 3    in Kenya's showing balances, right?
 4            That's an obscure market, very difficult to
 5    get enough liquidity between those two instruments.
 6    How is that solved?  Have the 12th largest remittance
 7    company's peso balances be set against XRP from some
 8    market-maker that focuses on Mexico and then have some
 9    Kenyan-focused market-maker that makes a market
10    between that eighth largest Kenyan showing balance and
11    XRP.  Now, you've suddenly made the 12th largest peso
12    balances one hop away from the 8th largest remittance
13    companies showing balances.
14            MR. TOWNSEND:  Wow.
15            MR. ROEMMELE:  So Chris, what determines the
16    value of an XRP?  Because I mean right now, it's
17    trading just a -- you know, a little between .005 and
18    it was, at one point, six cents.  So what's
19    controlling the -- the underlying value of the
20    currency?  Is it supply and demand or -- or --
21            MR. LARSEN:  It's -- yeah, strictly supply
22    and demand.  And, you know, that demand is just up
23    entirely to market forces to determine what that is.
24    And, again, short term, like probably anything else
25    and particularly in -- in something new like this,
0029
 1    very unpredictable, certainly very volatile.  And,
 2    again, this is why we think that most people will not
 3    want to think about XRP as the thing that they are
 4    going to be buying things in, right?  We think most
 5    people are going to be using dollar, euro, yen,
 6    airline miles, whatever.
 7            And in our system, they don't have to think
 8    about XRP.  We think market-makers will think about
 9    XRP and so markets can be driven by them.  They can be
10    driven by, you know -- you know, really any -- any --
11    any reason.  I think long term, though, it is this
12    notion that it -- the primary -- the primary use is to
13    be something that enables market-making, which is
14    really helping to facilitate medium of exchange.
15            And we think that's probably like any
16    currency or any -- any thing of value, probably the
17    most important kind of source of demand.
18            MR. ROEMMELE:  Yeah.
19            MR. LARSEN:  And, again, that's long term,
20    as more and more folks come on the protocol.
21            MR. ROEMMELE:  Yeah.  That's really

22  interesting.  One -- one thought, Chris, we get a lot
23  of entrepreneurs that just want to learn more about
24  payments.  You know, part of the inspiration around it
25  is that it's very complex but also very opportunistic
0030
1  around the whole industry, especially cryptocurrency.
2  Like you said, it's very, very new.  If you're sort of
3  listening to this show and you're -- you get really
4  excited about this concept, you know, what -- what --
5  what sort of directions that you see, sort of what
6  I've experienced as being an entrepreneur is you see
7  100 opportunities, you know, going down the -- down
8  the years, down the path that, you know, if you were
9  to go back and do it again, you could build on
10  these -- these ideas, are there things that you guys
11  stumble across that are like, wow, I can't believe
12  it's done this way, this is such a -- you know, this
13  is a whole business opportunity in itself?
14          You know, if you're an entrepreneur here,
15  what -- what would you give them to sort of like dig
16  into and -- and get excited about and learn about and
17  maybe create a big business around?
18          MR. LARSEN:  Well, that's a -- so that's a
19  great question because we think there's a ton of
20  opportunities for developers.
21          MR. ROEMMELE:  I know.
22          MR. LARSEN:  It's just amazing, right,
23  because --
24          MR. ROEMMELE:  It's almost overwhelming,
25  like (laughter) --
0031
1          MR. LARSEN:  Yeah, it really -- it really is
2  because what's going on here is that you've had a ton
3  of payments innovation over the last 10 years, right?
4  How many, you know, wallet applications and credible
5  UI people and tons of money that has been spent trying
6  to change things.  And what has been the real thing
7  holding all of that back is that yeah, they're
8  building really cool kind of front-end -- the skin,
9  but the basic infrastructure is still pre-internet and
10  is super limited.  And the real problem is, I mean,
11  you know, I -- I know from -- from Prosper and e-Loan,
12  my -- my last two companies, which, again, were
13  pre-internet financial companies, basically --
14          MR. ROEMMELE:  Yeah.
15          MR. LARSEN:  -- is, you know, it's super
16  hard to get into like the ACH system or to get a bank,
17  you know -- you know, kind of a bank to kind of
18  sponsor you to get into the -- the banking pipes,
19  but --

```
20          MR. ROEMMELE:  But like now, those walls are
21     down.
22          MR. LARSEN:  Now, those walls are down.  I
23     mean this is the equivalent to, you know, again, HTTP,
24     Google could just build whatever they wanted to build.
25     In the pre-internet of information world, what would
0032
 1     they have done?  They would've had to gone to the New
 2     York times and say hey, is it okay if we set up a
 3     search algorithm on your page?
 4          MR. ROEMMELE:  (Laughter)
 5          MR. LARSEN:  I mean it just never would've
 6     happened, right?  So -- and suddenly, now, people are
 7     free to kind of build and build and build.  That
 8     doesn't mean they're free from regulation, not saying
 9     that at all, but, you know, just like the information
10     companies, all of the regulations applied to them,
11     that will be an endless conversation in development
12     there.  But you suddenly have the ability to kind of
13     repurpose all of those, you know, kind of really cool
14     skins and -- and applications that were on the
15     pre-internet system and limited, suddenly can be built
16     on these post-internet, you know, HTTPs for -- for
17     value.
18          So that's -- just kind of -- you almost kind
19     of go through the whole list of everything that's been
20     built so far and go wait a minute, now, if I could do
21     it this way with this and that, how would it be now
22     because (crosstalk).
23          MR. TOWNSEND:  Yeah, right.  Almost look at
24     what exists already and just --
25          MR. LARSEN:  Yeah.
0033
 1          MR. ROEMMELE:  Chris -- Chris, do you see
 2     Litecoin and Bitcoin confusing your mission?  Because,
 3     obviously, they're grabbing headlines and, in some
 4     ways, they sort of, I think, conflate and confound
 5     what you're doing interbank, intrabank?
 6          MR. LARSEN:  Yeah.  It's a good -- it's a
 7     good question.  I mean we're not trying to be a
 8     Bitcoin 2.0.  You know, we always struggle for the
 9     right analogy.  Probably internet for -- for value
10     exchange is probably as close as we can get.
11          MR. ROEMMELE:  Sure.
12          MR. LARSEN:  Sometimes we say Swift 2.0, but
13     in fact, we think there's lots of areas to partner
14     with Swift.
15          MR. ROEMMELE:  Yeah, yeah.
16          MR. LARSEN:  We -- we actually like what
17     Swift's doing and -- and there's some good tie-ins
```

18 there.  But so yeah, I do think there's -- there's
19 really two really separate things that are happening
20 here.  One is this creation of the digital assets
21 themselves as sort of that's the purpose and the
22 staring role.  And then second is, you know, kind of
23 these distributed real-time settlement systems, which
24 are really kind of foundational, like the guts of it.
25 And they're just completely two different things.  One
0034
1 of them is maybe more consumer-facing, more user, more
2 grassroots.  The other one is just more foundational,
3 which means I think it has to be thought of much more
4 neutrally.  It's very neutral, non-political and very
5 inclusive.
6            And it needs to be acceptable in places that
7 are going to view it very differently.  Now, our view
8 is these things have to be accepted in -- in China, in
9 Europe and, you know, the U.S., clearly, equally.  And
10 those are all very different places, so that's why,
11 again, any -- any notion of it being a political
12 movement, we think is -- is counterproductive.  And it
13 needs to be seen as really, really neutral, really,
14 really not scary, really foundational, even though the
15 technology itself, we think, is very transformational.
16            MR. TOWNSEND:  Yeah, I'd love to
17 (crosstalk) -- I'd love to ring Faisal.  Faisal, you
18 know, you write so much great content on Quora, which
19 is such a great destination for intelligent
20 conversation, and I've personally learned a lot about
21 it, just from reading Faisal's answers.  Faisal, what
22 are you -- what are you thinking so far?  What stands
23 out?  What would be interesting to dive into a little
24 bit?
25            MR. ROEMMELE:  Well, having talking about
0035
1 Ripple with all of my clients and every -- and -- and
2 everyone, I think it's the only protocol in so far as
3 I know that really has a chance of making it in the
4 financial services industry, so far.  I mean Bitcoin
5 is, you know, predominantly banned or -- or a grey
6 area in many of the territories we work with.  But
7 Ripple is, you know, something that has a chance
8 because addresses the very low -- the lower stacks of
9 the payment stack.  It's something that, you know,
10 banks and remittance companies, as Chris said, are
11 pretty much open to use, mostly because of the fact
12 that they can do instantaneous in-time settlements, so
13 pretty gung-ho on this thing.
14            MR. TOWNSEND:  Yeah.  I forgot to mention,
15 Chris, Faisal lives in Pakistan and he is our

```
16   international expert, so --
17               MR. KHAN:  Yeah.
18               MR. TOWNSEND:  -- it's interesting to hear
19   his perspective a lot of times, all the time.
20               MR. LARSEN:  No, that's great.  Yeah.
21   Faisal, we would love to chat more with you about
22   your -- you know, kind of your views, of course, but
23   that -- that is how we see it as well.  These things
24   have to be very, very neutral.
25               MR. KHAN:  Uh-huh.  Yeah, because I see --
0036
 1               MR. KHAN:  Now -- now Chris --
 2               MR. KHAN:  -- I -- I see, you know, Ripple
 3   is not one of those protocols.  It's not, you know,
 4   taken in a negative sense by any of the regulators
 5   that we talked to.  It's -- and they -- they mostly
 6   see it as -- as just that, a protocol, you know, to
 7   enable payments to go faster and some crude way, you
 8   know, like a Swift 2.0, so it's -- it's -- it's
 9   welcome, rather than Bitcoin, which is, you know -- it
10   sees more scrutiny and subject to, you know, perhaps
11   being banned in their country, et cetera.
12               MR. ROEMMELE:  Now, Chris, Faisal has
13   pointed out to us multiple times that the banking
14   environment in -- in the Gulf area countries and --
15   and particularly in Pakistan is radically different
16   than the United States.  Have you had any inroads with
17   foreign banks that you can talk about or in foreign
18   domains?
19               MR. LARSEN:  So we have, I mean we -- we --
20   we definitely think, you know, in terms of these, you
21   know, global payments, and again, if these are going
22   to be protocols -- I mean what's interesting if you
23   look at things like Facebook, you know, obviously,
24   have not been able to become part of the scene in
25   China, for example, those are platforms, right?
0037
 1               HTTP is obviously in China; it's everywhere.
 2   It's in -- you know -- everywhere.  So that's the way
 3   we think these things have to be looked at.  So we
 4   have -- we have had a conversation with -- with lots
 5   of international sort of agencies, regulators involved
 6   in payments and -- and value exchange, banks all over
 7   the world, our first bank, we just integrated, as you
 8   may have seen, a German bank.
 9               But we -- we want to -- we really want to be
10   viewed by the folks that set the rules in various
11   jurisdictions as being an acceptable kind of basic
12   foundational infrastructure.  And -- and that's going
13   to be in all parts of the world.
```

14          So we've had a lot of those conversations.
15  They seem to be going well so far.  I think we're in
16  an education mode, generally, but I do --I do feel as
17  we get more integration globally, that you might get
18  some kind of a tipping point where that -- that kind
19  of accelerates.
20          I think super key point, though, is that
21  these things don't have to replace the rules in any
22  jurisdiction, so whether it be NACHA or SEPA or, you
23  know, any -- anybody's rules can be ported right on
24  top of -- of these basic protocols.  I think that's
25  really, really important because it -- it doesn't --
0038
 1  we like to say we -- we want to -- we want to be
 2  builders, we don't want to be disruptors.  The --
 3  the -- the whole word disruption, when it comes to
 4  finance, I think, is too scary of a word.
 5          MR. TOWNSEND:  I hear you.
 6          MR. KHAN:  Chris, I had a question.  You --
 7  you are positioning yourself more from a B-to-B
 8  perspective, do you see yourself going into the retail
 9  business, the consumer side of it?
10          MR. LARSEN:  So no, we really see it being
11  an enterprise, which we really think is financial
12  services businesses and, you know, remittance
13  companies, banks, you know, around the world and then
14  developers, supporting developers through our
15  development efforts, you know, the -- the -- the
16  development portal, the rest APIs, the incubators and
17  we -- we see those developers as -- as -- as the ones
18  that are going to be bringing, you know, new services,
19  particularly when you look at all of the opportunity
20  in the developed world, I think, you know, there is a
21  huge opportunity for developers to -- to know their
22  markets in -- in ways that we could never understand,
23  right?
24          And -- and then also, kind of at the
25  enterprise level, again, that idea that suddenly, you
0039
 1  know, you just go to your online bank or go to your
 2  mobile phone and suddenly, you can do something you
 3  couldn't do before.  And that's the way it's -- it's
 4  manifested itself.  An did I think from our
 5  perspective, it's -- we just try to say what -- what
 6  do we do -- what do we do well.
 7          We want to have sort of the core software
 8  development team that's contributing to the protocol
 9  and then the team that's sort of integrating to
10  existing, you know, networks.  So if we can just --
11  you know, whatever bridges that we can write to

12  existing protocols, that -- that goes a long way to
13  increasing the utility that ultimately consumers see
14  but may never know it has anything to do with us.
15          MR. TOWNSEND:  Interesting.  Yeah, Chris,
16  we've got about three minutes left here.  What do
17  you -- what do you see -- it'd be interesting to hear,
18  you know, like at your current stage, I'm looking on
19  the -- on the site and it looks like you've got
20  about -- how many employees now?
21          MR. LARSEN:  53 now.
22          MR. TOWNSEND:  53?
23          MR. LARSEN:  Yeah, yeah.
24          MR. TOWNSEND:  What -- what do you see that
25  takes you to the next level?  Is it just time sort
0040
1   of -- sort of grind through it?  Or are there certain
2   things that you guys are focusing on, on -- on the
3   executive team there to sort of like win over a market
4   or are you trying to gain mass knowledge?  Is that the
5   biggest struggle at this point or what's sort of the
6   battle that you're -- you're trying to win right now
7   that would really sort of put you into that next --
8           MR. LARSEN:  Yeah.
9           MR. TOWNSEND:  -- you know, that next growth
10  stage?
11          MR. LARSEN:  Yeah.  We always think of it in
12  terms of trust, utility and liquidity.  Trust in the
13  protocol, that it's going to scale.  It's going to be
14  up all the time.  It's -- we're going to -- you know,
15  it's going to be really easy for gateways and banks to
16  integrate, so continually working on those, you know,
17  APIs, you know, stability and -- and the scalability.
18  And then utility, which is all about bringing on
19  value, right, bringing on gateways globally in -- in
20  every region in the world.  That's how you get the
21  value on the protocol.
22          And then, of course -- and that's probably
23  the hard part, right?  Because that's mostly involving
24  banks who are going to have the highest level of
25  reputational risk concerns, so that's both technology
0041
1   and that's regulatory.  And it's kind of just making
2   sur that these things don't seem scary.
3           And then probably an easier task, which is
4   the market-makers, which we've had a lot of luck on,
5   and that's how do you get -- once you get the value
6   in, how do you get it moving around efficiently.
7           MR. TOWNSEND:  I don't know if I'd call it
8   luck.  You guys are doing a great job.
9           MR. LARSEN:  It's a lot to do (laughter).

```
10          MR. TOWNSEND:  Hell yeah.
11          MR. LARSEN:  It's a lot to do here.  But
12   it's really, really fun and exciting and -- and I
13   think it's really exciting stuff going on in -- in the
14   world of finance now.
15          MR. TOWNSEND:  I know, it's incredible.  All
16   right.  That's about it.  Any closing remarks, Brian,
17   Faisal?  What do you think?  It's been an amazing
18   insightful show.
19          MR. KHAN:  Thank you, Chris, for taking your
20   Saturday out and talking to us, appreciate it.
21          MR. LARSEN:  Faisal, thank you so much.
22   Mike, we really appreciate it.  Really great to be
23   with you guys.
24          MR. TOWNSEND:  Definitely.  Thanks so much,
25   Chris.
0042
 1          MR. ROEMMELE:  Thank you.
 2          MR. LARSEN:  Awesome, okay.
 3          MR. KHAN:  Thank you, sir.  Bye-bye.
 4          MR. LARSEN:  Take care now.
 5          (End of video file.)
 6                    * * * * *
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0043
 1              TRANSCRIBER'S CERTIFICATE
 2
 3   I, Wendy Smith, hereby certify that the foregoing
 4   transcript is a complete, true and accurate
 5   transcription of all matters contained on the recorded
 6   proceedings in the matter of:
 7   https.www.youtube.comwatchv=KkaS2G07NzQ.
```

```
 8
 9    _____
10    Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# PX 503.03

PX 503.03
Interview with Brad Garlinghouse, 3/21/2018, via Bloomberg
https://www.youtube.com/watch?v=j7jW_c4qyo8



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:        )
 4                            )  File No. NY-09875-A
 5   RIPPLE LABS, INC.        )
 6
 7   SUBJECT:        Ripple CEO Brad Garlinghouse Welcomes
 8                   Regulation.mp4
 9   LINK:           https-www.youtube.com-watch-v-j7jW_
10                   c4qyo8-Aug-23-22-09-58-00-GMT-0400-
11                   (EDT)
12   POSTED BY:      Bank XRP
13   DATE POSTED:    July 26, 2017
14   PAGES:          1 through 5
15
16
17                   VIDEO TRANSCRIPTION
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25                   (202) 467-9200
0002
 1             P R O C E E D I N G S
 2   Ripple CEO Brad Garlinghouse Welcomes Regulation.mp4
 3             FEMALE INTERVIEWER:  You weren't surprised
 4   the SEC had been eying this up?
 5             MR. GARLINGHOUSE:  Yeah, I don't think this
 6   is any surprise at all to people who have been paying
 7   attention.  You know, for literally decades, 70 to 80
 8   years we've had securities laws that have developed
 9   both for the protection of consumers and investors,
10   but also for companies.  And if you look at how this
11   has unfolded the very name itself, an internet --
12   excuse me, an initial coin offering or ICO, sounds an
13   awful lot like an IPO, and I have been fond of saying
14   that if it walks like a duck, it talks like a duck,
15   well it probably is a duck, and in fact now we know
16   the SEC is going to regulate it like it's a duck.
17             So I don't think there's any big surprise.
18   I think in some ways it's very good for the industry.
19             FEMALE INTERVIEWER:  Good for the industry.
20   What does it mean if you're in the U.S., you were
21   looking at doing a token offering, an initial coin
22   offering, what does it mean in terms of the new
23   information you're going to have to give your investor
```

```
24  base and what it means to the investors eyeing them
25  up?
0003
 1              MR. GARLINGHOUSE:  Well, I think what it
 2  means is you need to have the same kind of thoughtful
 3  process that goes through any securities offering, and
 4  I think the -- what was happening, and you had over $1
 5  billion raised through these initial coin offerings in
 6  Q2, I think what you're going to see happen now is
 7  that will slow because there will be some discipline
 8  included in that process, disclosures, transparency,
 9  and really making sure the investors that are buying
10  these tokens know what they're buying and know what
11  they should expect going forward.
12              I think that was really, operating in a
13  really gray for a while, and the SEC has come out, and
14  I think again has really provided clarity around that,
15  which I think will be good for the industry at large
16  and separating really what may in fact have been even
17  at the edge fraud to -- you know, but better use
18  cases.
19              Ultimately I think digital assets have a
20  very valuable role to play.  XRP, which is Ripple's
21  digital asset, I think the more utility you can derive
22  from that, the more use case you can derive, the more
23  valuable they will be.  In some of those token
24  offerings that was really unclear.
25              FEMALE INTERVIEWER:  Will it drive it
0004
 1  offshore?  Because, I mean, I'm looking at the Isle of
 2  Man and here in the United Kingdom it's been known as
 3  Bitcoin Island.  Could you just do offshore offering?
 4              MR. GARLINGHOUSE:  Sure, and people just
 5  certainly talked about how you can just avoid U.S.
 6  regulation.  At the end of the day, though, I think
 7  governments around the world are going to recognize --
 8  governments around the world have protections for
 9  investors, they have protections for companies and how
10  securities are offered.
11              And so I think there may be exceptions and
12  opportunities to go offshore and, you know, focus on
13  non-U.S., or non-British, or non-European investors,
14  but I think that's a short sided opportunity.
15  Ultimately we think that, and certain Ripple has been
16  very focused on how do we work with regulators, how do
17  we work with governments and banks to take advantage
18  of an incredibly new, interesting asset class and just
19  the technology that can accelerate the engine of
20  commerce globally.
21              (End of video file.)
```

```
22                     * * * * *
23
24
25
0005
 1              TRANSCRIBER'S CERTIFICATE
 2
 3  I, Cheryl Shifflett, hereby certify that the foregoing
 4  transcript is a complete, true and accurate
 5  transcription of all matters contained on the recorded
 6  proceedings in the matter of project name:
 7  Ripple CEO Brad Garlinghouse Welcomes Regulation.mp4.
 8
 9
10
11
12
13
14
15      _____
16                  Transcriber
17
18
19
20
21
22
23
24
25
```

# PX 503.04

PX 503.04
Interview with Brad Garlinghouse, 10/18/2017
https://www.youtube.com/watch?v=bXYvGVcAwcQ



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:           )
 4                               ) File No. NY-09875-A
 5   RIPPLE                      )
 6
 7   SUBJECT:  Swell by Ripple Brad Answers Questions
 8             (2017) - YouTube
 9   PAGES:    1 through 13
10
11
12
13
14
15
16
17                 VIDEO TRANSCRIPTION
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25              (202) 467 9200
0002
 1             P R O C E E D I N G S
 2   Swell by Ripple Brad Answers Questions (2017) - YouTube
 3             (Music)
 4             MALE SPEAKER:  Is Ripple working with American
 5   Express or with Visa?
 6             MR. GARLINGHOUSE:  You know, that's a good
 7   question.  One of the, I suppose, challenges of working
 8   in an industry like this is it's regulated.  There's
 9   confidentialities.  As I mentioned earlier, you know, it
10   has been an incredibly business couple of days at Swell.
11   Even this morning, I couldn't get a conference room for
12   a meeting because had customers who were meeting.
13             So look, we are working.  I'm aware there's
14   some rumors out there.  You know, we announce our
15   customer relationships when our partners are ready to
16   announce that.  And as part of working with the industry
17   and not kind of trying to surprise them --
18             MALE SPEAKER:  Right.
19             MR. GARLINGHOUSE:  -- you know, we will make
20   those announcements when we and our customers are ready.
21             MALE SPEAKER:  Stay tuned.  Next question, D
22   Local, one of the large payment providers is now on
23   Ripple Net.  Can we expect to see them use X Rapid for
```

24  GoDaddy and for Uber?
25          MR. GARLINGHOUSE:  You know, I also like this
0003
 1  question.  It's kind of consistent with what I talked
 2  about before.  For all of these payment providers and
 3  even banks, if we can lower their cost, if we improve
 4  efficiency by even 10 basis points, the capital will
 5  flow to the most efficient path.
 6          And so while, you know, again, we don't
 7  pre-announce customers until we're ready to talk about
 8  those customers, but, you know, I think that we area
 9  already seeing real traction with X Rapid, that we're
10  publicly obviously talking about.  And I think as more
11  people understand how that is making payments more
12  efficient and lower cost, I'm very optimistic that we'll
13  be working with lots of customers for that use case.
14          MALE SPEAKER:  Fantastic.  There's another
15  rumor that seems to be floating around or at least
16  somebody online shared, Olly Pay, rumors that they could
17  make a three-second payment cross-border.  Does that
18  mean Ripple has competition in the form of Olly Pay, or
19  are they using XRP?
20          MR. GARLINGHOUSE:  So I don't know the details
21  of what's being referenced there.  You know, any time
22  you're on one ledger, if everyone's on Olly Pay, then
23  you can make things efficiently on that same ledger.
24  Look, the reality is we live in a world where there's a
25  lot of ledgers.  You know, the kind of foundation and
0004
 1  what Stephan, our CTO, talked about up here on the stage
 2  yesterday was interoperability.  Not everyone's going to
 3  be on Olly Pay, and settling between Olly Pay and PayTM
 4  and PayPal and, by the way, B of A and Standard
 5  Chartered and Santander, this is the internet of value.
 6          That's how Ripple has, from our inception,
 7  evangelized the opportunity to create an internet of
 8  value.  In the catalyzing that internet of value, it's
 9  connecting the repositories of value.  It's connecting
10  Olly Pay.  It's connecting Standard Charter.  It's
11  connecting Santander.  It's connecting D Local, it's --
12  you know, as we bring those together, we're
13  increasing -- frankly, we're increasing the efficiency
14  for global commerce period.
15          MALE SPEAKER:  Uh-huh.  Let's see, the next
16  question here is around exchanges.  You know, Coin Base,
17  one of the largest exchanges in the US, and the question
18  is, is Ripple pursuing actively having XRP and being
19  listed on Coin Base?  And is that even on our radar or
20  their radar going forward?
21          MR. GARLINGHOUSE:  You know, the way I think

22  about this is we want XRP to be the most efficient, the
23  most liquid digital asset to solve a payments problem.
24  So absolutely, it's on my radar, you know, not just Coin
25  Base, but, you know, I think we're listed on somewhere
0005
 1  between 30 and 40 exchanges.  We want to be listed in
 2  more places.  We are actively working on that.  Again,
 3  that's one of those conversations.  It takes two -- it
 4  takes two to tango.
 5          MALE SPEAKER:  Yep.
 6          MR. GARLINGHOUSE:  But suffice it to say, I
 7  think, you know, as we have seen volumes for XRP grow
 8  significantly, there's, frankly, a lot more exchanges
 9  that are leaning in and saying well, I want to
10  participate in that.  They are capitalists also.
11          MALE SPEAKER:  Yeah.
12          MR. GARLINGHOUSE:  And they want to take
13  advantage of that volume and grow their business.
14          MALE SPEAKER:  Yep, fantastic.  This next
15  question actually is good from almost a foundation
16  setting, and, you know, we have Ripple.  We have Ripple
17  Labs, Ripple the company.  What's the difference between
18  these different entities or products?  In other words,
19  how does XRP -- how is it different than Ripple the
20  company?  Maybe you can just talk about the
21  interrelation between these different parts.
22          MR. GARLINGHOUSE:  Yeah, sure.  So I mean
23  Ripple and Ripple Labs are the same, you know?  And I
24  think originally when the company was started, it was
25  before I was at the company, it was called Ripple Labs.
0006
 1  We've standardized on -- we're Ripple.  Ripple owns a
 2  digital asset called XRP.  XRP is fundamental and
 3  intrinsic to how we think about solving a payments
 4  problem.
 5          XRP is -- the XRP ledger is open source
 6  technology that lives out in the universe.  We obviously
 7  invest in that open source technology.  We will continue
 8  to do that.  I actually think one of the unique things
 9  about the position Ripple is in is the fact that we can
10  invest in the XRP ecosystem.
11          And, frankly, we will invest in the whole
12  ecosystem, the blockchain ecosystem.  I agree with some
13  of the things said on one of the panels yesterday that
14  said we are in the earliest stages of a transformative
15  change in how transactions are managed.  I want to see
16  the whole category grow.  I don't view a lot of these
17  companies as companies as competitors because it's so
18  early that it's like look, we're trying to solve a
19  payments problem, and there's people working on

20   securities and identity and lending, and I love it.
21           I want all boats to rise, and I think that's a
22   good thing.  But for us, we're going to invest in the
23   XRP ecosystem or invest in the broader ecosystem.  We
24   certainly want to see XRP become even more liquid and I
25   think as we drive adoption, that will happen.
0007
 1           You know, this isn't one of the questions, but
 2   I want to proactively comment on something.  One of the
 3   things I say inside the company is I'm not focused on
 4   the price of XRP over three days or three weeks or three
 5   months.  I'm focused on the price of XRP over three
 6   years and five years.  I have no qualms saying
 7   definitively if we continue to drive the success we're
 8   driving, we're going to drive a massive amount of demand
 9   for XRP because we're solving a multitrillion dollar
10   problem.
11           These payment flows are obviously very, very
12   large and to the extent we continue to drive success of
13   signing up more banks, introducing them to how we can
14   solve not just a connectivity question with X Current,
15   but a liquidity problem, a multitrillion dollar problem
16   around liquidity called X Rapid, I'm very confident
17   about that longer arch of time.
18           MALE SPEAKER:  Very good.  There's another
19   XRP-related question, surprisingly.  You know, earlier
20   this year, Ripple announced that it was going to be
21   putting some XRP in escrow.
22           MR. GARLINGHOUSE:  Oh, yeah.
23           MALE SPEAKER:  And the question is, is the
24   escrow happening, has it happened already?  When is it
25   going to happen?  There's a lot of interest as to, you
0008
 1   know, the supply of XRP in the marketplace.
 2           MR. GARLINGHOUSE:  Let me say without any
 3   reservation, we're 100 percent committed to the escrow.
 4   We said when we announced it that we would have it done
 5   by the end of the year.  We are 100 percent on track,
 6   and we will definitely have it done by the end of the
 7   year.
 8           MALE SPEAKER:  That's pretty definitive.  So
 9   obviously, we're here in Toronto.  We're at Swell, but
10   also happening in Toronto is Sibos, Swift's conference.
11   You know, a question, I think it's an interesting
12   question, if you could say anything to Swift right now,
13   what would it be?
14           MR. GARLINGHOUSE:  You know, I think what I
15   would say is Ripple's vision and mission is to support
16   the banking ecosystem, to support financial
17   institutions.  We want to work with the industry.

18  Swift's vision and mission is to support banks and
19  support the industry.  We actually want to work with the
20  industry, not against.  You know, I would love to be
21  able to find a way to partner more constructively with
22  Swift.  We have been proactive about that.  I think it's
23  in the industry's best interest to find paths to do
24  that.
25          But obviously, again, it takes two to tango,
0009
1   and, in the meantime, we have had immense interest in
2   what Ripple is doing.  And the reason why we did Swell
3   is because we felt like the conversation that our
4   customers wanted to have with us, we wanted to make sure
5   we could have that rich conversation and certainly I
6   feel like it's been a big success because the, you know,
7   attendance here has been off the charts, which is
8   awesome.  The demand has been off the charts, which is
9   great.  But I also hope and expect we can work with the
10  Swift family and really, the broader banking community
11  constructively as we go forward.
12          MALE SPEAKER:  That's great.  You know, I have
13  one last question really, I mean again, you started off
14  by explaining how you thought Swell has gone.  What's
15  been your favorite speaker, the best conversation?  I
16  mean there's been a lot to choose from, obviously, but
17  what's really caught your eye?
18          MR. GARLINGHOUSE:  You know, I have a soft
19  spot for -- as an econ major in undergrad (laughter)
20  I have a soft spot for Ben Bernanke's talk.  I
21  appreciated him describing the current system as a --
22  kind of a horse and buggy system.  And I was actually
23  impressed with his knowledge of, you know, conversant
24  around things, around blockchain and Bitcoin and some of
25  the separation.
0010
1           But there's also been some things up here that
2   I would say stuck out to me because I didn't agree.  I
3   actually thought it was interesting, had I been on the
4   panel yesterday when Vitalic (phonetic) said, you know,
5   our competition is fiat currency, I would've said like
6   no, it's not.  You know, there is a role for digital
7   assets to play that can make things far more efficient,
8   but to pretend that fiat currency and governments are
9   going to, you know, abandon their own fiat, that's not
10  going to happen in my lifetime.
11          Mainly one last one is I remember there was
12  one panel where people were being asked, you know, kind
13  of what's the future of Bitcoin and these kind of
14  things, like look, I think the whole category is going
15  to continue to do incredibly well.  The investment

16  flows, you know, at the beginning of the year, this was
17  a $25 billion asset class, give or take.  Today, it's
18  between $150 and $200 billion asset class.  You finally
19  now have institutional money entering this space.  If
20  you have a fixed supply and you have increasing demand
21  and it's that institutional money, I can predict what's
22  going to happen.
23          MALE SPEAKER:  You're an economist, right?
24  Yeah, yeah, it's pretty good, yeah.
25          MR. GARLINGHOUSE:  You don't have to be an
0011
 1  economist for that.  The point I'm really trying to make
 2  is I think, you know, people describe this as a bubble
 3  and I just think look, this is not a bubble.  We can
 4  argue about is gold priced efficiently?  It's priced
 5  based upon supply and demand.  That's a $9 trillion or
 6  $8 trillion asset.  Bitcoin today I think is, you know,
 7  somewhere in $90 to $100 billion asset.
 8          I am focused for Ripple and the team here is
 9  very focused, as you know well, in making sure we are
10  building a real use case to solve a real problem that is
11  a very, very, very large problem.  And if we do that,
12  I'm extremely confident that driving that utility is
13  going to drive demand and driving that demand will
14  continue to serve over, you know, not three days or
15  three weeks or three months, will serve the ecosystem
16  well.
17          MALE SPEAKER:  Fantastic.  Well, awesome,
18  Brad.  Obviously, thanks for your time.
19          MR. GARLINGHOUSE:  Absolutely.
20          MALE SPEAKER:  We thank everybody else who was
21  able to tune in live.  We are going to wrap up now, but
22  I want to remind folks that we have our day three
23  keynote, which will be livestreamed coming up at 12:30
24  Eastern with Don Tapscott.  So thanks again for your
25  time and we hope you tune in a little later.
0012
 1          MR. GARLINGHOUSE:  Thanks, everyone.
 2          (Music)
 3          (End of video.)
 4                      * * * * *
 5
 6
 7
 8
 9
10
11
12
13

```
14
15
16
17
18
19
20
21
22
23
24
25
0013
 1                  TRANSCRIBER'S CERTIFICATE
 2
 3    I, Wendy Smith, hereby certify that the foregoing
 4    transcript consisting of 12 pages is a complete, true
 5    and accurate transcription of all matters contained on
 6    the recorded proceedings, Swell by Ripple Brad Answers
 7    Questions (2017) - YouTube, File Number NY-09875.
 8
 9    _____
10    Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.05

PX 503.05
Interview with Brad Garlinghouse, 10/30/2017, via FinTech Insider
https://www.youtube.com/watch?v=wUEHQsJ4g3M



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:         )
 4                             )  File No. NY-09875-A
 5   RIPPLE LABS, INC.         )
 6
 7   SUBJECT:        Ripple CEO Brad Garlinghouse Discusses
 8                   the Future of Cryptocurrency.mp4
 9   LINK:          https://www.youtube.com/watch?v=
10                  wUEHQsJ4g3M
11   POSTED BY:     Blockchain Insider
12   DATE POSTED:   October 30, 2017
13   PAGES:         1 through 31
14
15                   VIDEO TRANSCRIPTION
16
17
18
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                   (202) 467-9200
0002
 1            P R O C E E D I N G S
 2   Ripple CEO Brad Garlinghouse Discusses the Future of
 3   Cryptocurrency.mp4
 4           MR. MAULE:  Welcome to another edition of
 5   Blockchain Insider interviews.  I'm Sam Maule.  We're
 6   in Toronto, in easily the coolest building that I've
 7   been in in the past two days.  I think that's safe to
 8   say.  We're with Brad Garlinghouse, the CEO of Ripple,
 9   wearing an incredibly nice suit, which I wasn't
10   expecting.
11           MR. GARLINGHOUSE:  Thank you.  You know,
12   when in Rome.  We're here at Sibos, which is a banking
13   conference, a lot of banking meetings, so you got to
14   wear the part.
15           MR. MAULE:  And your staff has asked me to
16   point out the socks.  Michael, if you would pan down.
17   They do match the tie, they match the concept of
18   Swell. You have your own conference called Swell.
19   Most importantly the name came from?
20           MR. GARLINGHOUSE:  Swell really -- there's a
21   lot of Ripple water metaphors in what we do.  You
22   know, our core product is called xCurrent.  The next
23   product we launch is called xRapid.  So Swell is kind
```

```
24   of building on the kind of water them of what Ripple
25   is doing and kind of spreading the Ripples around the,
0003
 1   around everything we're doing.
 2             MR. MAULE:  Net effect, right.  That
 3   constant --
 4             MR. GARLINGHOUSE:  Net effect.  That's
 5   exactly it.  I mean ultimately as you know Ripple is
 6   really focused on how to enable an internet of value,
 7   how do we make value move the way information moves
 8   today.  And that's our big kind of multi-year, ten
 9   year view of how the world will evolve.  And it's
10   really how do we dial that back to make it tactical
11   and real today and tomorrow.
12             And I think if you enable an internet of
13   value you've got to connect the repositories of value.
14             MR. MAULE:  Right.
15             MR. GARLINGHOUSE:  And the repositories of
16   value as big as the Bitcoin value proposition is
17   today, the banks own trillions and trillions and
18   trillions of dollars of assets.  So if we want to
19   enable the internet of value we got to connect the
20   banks, and payment service providers, and MSBs, and
21   we're excited to have made a bunch of progress on
22   that.
23             MR. MAULE:  So how are you feeling with the
24   conference so far?  This is the inaugural event for
25   this.  We'll talk about the timing and some other
0004
 1   things that are happening in Toronto, but how do you
 2   feel -- overall how do you think the conference has
 3   gone after your first day?
 4             MR. GARLINGHOUSE:  Look, I'm thrilled and I
 5   will admit, you know, there's a certain nervousness
 6   when you have your inaugural event.  Things running
 7   smoothly, almost are people going to show up.
 8             You know, yesterday we had kind of our lead
 9   keynote with Ben Bernanke interview by Gene Sperling.
10             MR. MAULE:  Yeah, I was going to come there
11   by the way.  So if you're going to have your first
12   event Bern Bernanke, nice, nice --
13             MR. GARLINGHOUSE:  It's pretty good.
14             MR. MAULE:  Yeah, you guys are -- yeah, you
15   got Sir Timbers Lee (phonetic) coming up, you've got
16   Don Tapscott.
17             MR. GARLINGHOUSE:  We have Stefan Thomas and
18   Vitalik this afternoon.  That should be great.
19             MR. MAULE:  Yeah, you -- when you look at
20   the speaker list and the buzz that we've heard maybe
21   at a different conference that's going on, which we
```

```
22  will talk about, well done.
23            MR. GARLINGHOUSE:  Thank you.
24            MR. MAULE:  That's the way to do a
25  conference.
0005
 1            MR. GARLINGHOUSE:  Yeah.  So as for the
 2  inaugural event I'm thrilled.  I think, you know,
 3  there's always things you'll learn, and we can do
 4  better but, you know, to some degree we were trying to
 5  be the un-conference relative to the Sibos.  You know,
 6  I think we did try to be complimentary with some of
 7  what they're doing, but Ripple has been fortunate that
 8  we've got a lot of customers and we heard last year
 9  our customers they want to hear more from us, and we
10  felt like the best way to do that is to set up shop
11  here, and it's been great so far.  It's been very
12  busy, you know a packed house for Bernanke and a bunch
13  of sessions yesterday and I expect the same today.
14            MR. MAULE:  Yeah, it's interesting.  I've --
15  you know, I've been around Ripple forever and a day,
16  right, back when Chris Larsen was there.  One thing I
17  appreciate about Chris is he constantly learned how to
18  refine the message, right.
19            In the space you're in educating the
20  bankers, corporates across the space that's a huge
21  part of this, right?
22            MR. GARLINGHOUSE:  Sure.
23            MR. MAULE:  This isn't a simple --
24            MR. GARLINGHOUSE:  No, yeah.
25            MR. MAULE:  -- this is not a simple topic,
0006
 1  right.
 2            MR. GARLINGHOUSE:  Right, yeah.
 3            MR. MAULE:  So that idea, what you talked
 4  about, about building this conference up, makes sense
 5  because education and that component of it is massive.
 6            MR. GARLINGHOUSE:  Yeah.  You know, I think
 7  one of the things that has served Ripple incredibly
 8  well is I think in contrast to some in the community
 9  that are kind of taking a very horizontal view, I'm
10  talking about literally over a hundred use cases,
11  we've been very focused on, specific about one --
12            MR. MAULE:  Right.
13            MR. GARLINGHOUSE:  -- payments, particularly
14  cross border payments.  And let's go deep and really
15  understanding that product set, that need, that
16  customer, how you sell into that customer.
17            And so I think, you know, as I look at where
18  we are today relative to a year ago, I think that that
19  focus and really understanding that segment, and that
```

20  customer, and being able to go deep and really solving
21  that problem has served us incredibly well and we will
22  remain focused on payments because obviously it's a
23  massive industry.  You know, the problems we're
24  solving can be measured in the trillions of dollars.
25          That isn't to say that I don't think there's
0007
 1  other great blockchain use cases --
 2          MR. MAULE:  Right.
 3          MR. GARLINGHOUSE: -- and eventually maybe
 4  Ripple will address some others, but today I kind of
 5  view it as the earliest days of Amazon, where Amazon
 6  said, hey, we're a bookseller.  I mean, the first name
 7  of Amazon was not Amazon, it was Amazon Books.  And,
 8  you know, they built a platform to serve a need to
 9  sell books, and then they did another vertical, and
10  another vertical, and another vertical, and obviously
11  productized the platform.
12          I think the best way to build platform
13  technologies isn't by trying to be that horizontal
14  because by the time you build the platform the needs
15  have changed and evolved.  If you build it really
16  successfully for one vertical, in this case a really
17  big one, you could put yourself in a really good
18  position to build it for others as well.
19          MR. MAULE:  So I wanted to be a psychiatrist
20  when I was young, so I always look for key comments
21  that was made.  So you said something that was
22  interesting if you look back over the past year.  So
23  you've been CEO since January.
24          MR. GARLINGHOUSE:  Yup.
25          MR. MAULE:  You've been with Ripple, though,
0008
 1  since 2015, right?
 2          MR. GARLINGHOUSE:  Right.
 3          MR. MAULE:  You were President and COO?
 4          MR. GARLINGHOUSE:  Yeah.
 5          MR. MAULE:  So personally I think when you
 6  look at a company you look to the CEO, and they really
 7  help establish the culture and focus of what they're
 8  doing.  So if you look back over the past year, from
 9  January to now, and we're surrounded at a very cool
10  conference, how would you kind of summarize your stamp
11  on the company and your tenure as CEO?
12          MR. GARLINGHOUSE:  Well, so you're right.
13  I've been with the company two-and-a-half years and,
14  you know, Chris and I really -- Chris Larsen, the
15  founder and previous CEO --
16          MR. MAULE:  And a great guy.
17          MR. GARLINGHOUSE:  And a great guy.

18          MR. MAULE:  We really love Chris.
19          MR. GARLINGHOUSE:  We've had a great
20    partnership and we're very complementary in many ways.
21    And so, you know, he remains very involved in the
22    company as Chairman and I talk to him almost every
23    day. So I don't -- it's not a demarcation point that I
24    look at and say, hey, January 1 when I officially took
25    over as CEO that there's some left turn or right turn.
0009
 1          MR. MAULE:  You didn't change the logo, you
 2    didn't -- yeah, okay.  Just making sure.
 3          MR. GARLINGHOUSE:  Yeah.  But, you know, I
 4    think for me it's been the mark over maybe
 5    two-and-a-half years of really driving that focus and
 6    really understanding that customer.  And, you know,
 7    you have been around Ripple for a long time and, you
 8    know, there are other use cases that Ripple had toyed
 9    with in the early days and some other what I'll call
10    in retrospect experiments.
11          You know, I think really over the last
12    two-and-a-half years we've gotten increasingly focused
13    and gone deep around this segment, and again I think
14    that's served us really well.  You know, the only
15    thing that I think has materially changed during the
16    course of 2017 is, you know, I do agree with you that
17    personalities of the leadership impact the culture of
18    an organization.
19          You know, I -- I like to be aggressive, and
20    I think even, you know, what you're seeing here with
21    Swell is, look, I think Ripple is an incredibly good
22    place and we've been incredibly fortunate.  Part of
23    that is skill, part of that's luck, but it is to press
24    our advantage.  And, you know, I think we want to
25    continue to be aggressive in the ecosystem because you
0010
 1    invest I the ecosystem.
 2          You know, I think, you know, we have some
 3    things that are teed up for Q4 that I'm really excited
 4    about to continue to invest in the overall ecosystem.
 5    And when I say that by the way I'm not even just
 6    talking about the XRP ecosystem, I will also be a
 7    little long winded here just to say I think all boats
 8    will rise in the blockchain world.  Like, I'm
 9    rooting -- I'm long Bitcoin.  You know, I want the
10    whole ecosystem to do well, and I think that will
11    serve Ripple well.
12          When I see things in the ecosystem that I
13    think are bad for the ecosystem, I think it's bad for
14    Ripple.  And so, yeah, I'm going to speak out against
15    that.  ICOs I think are a -- one of those examples.

16          MR. MAULE:  I can check that one off the
17 list. We were going to come to that.  So as an outside
18 observer, somebody watching this -- for the listeners
19 I'll give you a great example.  Sibos is going on.  So
20 the, you know, incredibly established banking
21 conference.  I've spoken there a bunch of times.
22 Ripple has a massive booth and presence at Sibos,
23 hence the incredibly wonderful outfit that you're
24 dressed in.
25          And so again, very well established, a lot
0011
 1 of suits.  It's Sibos.  It is what it is.
 2          We noticed when we walked outside all the
 3 Ripple cars lined up, which made me smile and went,
 4 oh, okay, that's a stamp of hey, we're here, right.
 5 I'm -- I like that by the way.  I like see that, you
 6 know.
 7          But again you do -- you are part of that
 8 conference too.  You have a stamp there and have been.
 9          MR. GARLINGHOUSE:  Sure.  And look, I mean
10 very genuinely we have tried very hard to be
11 complementary with Sibos.  You know, even when Ben
12 Bernanke -- we did our keynote here with Ben Bernanke,
13 we intentionally scheduled that around the keynotes at
14 Sibos because ultimately, look, we want our customer,
15 which are the banks, if they want to attend -- we
16 don't want to put them in a position where they have
17 to choose.
18          There's a lot of great stuff going on here
19 in Toronto.  I've been over at Sibos a bunch.  We've
20 been on the floor of Sibos for three or four years.
21          MR. MAULE:  At least, yeah.
22          MR. GARLINGHOUSE:  And we're there this year
23 ad, you know, we will continue to be.  But we also --
24 and again I said, a lot of our customers said they
25 wanted to hear more from us.  You know, the
0012
 1 programming we're doing here is a little bit different
 2 and it is a little bit more the fusion between finance
 3 and technology.  And, you know, I think that has
 4 served us well.  We had a lot of interest in
 5 participating in being here.
 6          MR. MAULE:  What I like about Swell, the
 7 conference that you're having, we're not paid to do
 8 this by the way guys.  This is just me being
 9 complimentary, so look into the camera.
10          It's very narrowly focused, and you had
11 talked about that, right.  You -- from Ripple overall
12 it's -- it's continually narrowing the focus if you
13 will of what we're going to do and what we're going to

14  be good at.  What I like about this conference is the
15  same thing, right.  And I like the intimacy of these
16  type of conferences, the un-conference approach,
17  right.
18          Sibos is literally thousands upon thousands
19  of participants.  Money 2020, which is next week, the
20  same thing, right.  You go to a salesforce.  You have
21  to rent damn cruise ships and put people on them.
22  It's just ridiculous.  I'm a huge fan of these type of
23  conferences, where you get Ben Bernanke, and he talks
24  you literally have a chance to walk up and talk to
25  him.
0013
 1          MR. GARLINGHOUSE:  Yeah.  We definitely
 2  wanted top to keep it small.  You know, I don't mind
 3  sharing with you we had a couple thousand people that
 4  wanted to be at Swell that we turned away.
 5          MR. MAULE:  Right.
 6          MR. GARLINGHOUSE:  And that isn't because we
 7  don't want more people engaged with Ripple, it's
 8  because we wanted to make sure we had the highest
 9  quality audience on stage and in the audience, people
10  that really are influencers, and customers, and can
11  affect the vision we have around the internet of
12  value.
13          MR. MAULE:  So you're really doing this well
14  by the way.  This is fantastic.  It's like you read my
15  notes.  So let's talk about that.  You have one of my
16  favorite lines, blockchain tourists.  I love that -- I
17  love that comment.  What do you mean by blockchain
18  tourists?
19          MR. GARLINGHOUSE:  You know, I -- I have
20  seen having been doing this for, you know, almost
21  three years now there's a lot of companies that along
22  and they're just kicking the tires.  You know --
23          MR. MAULE:  Which is okay.
24          MR. GARLINGHOUSE:  It's okay, yeah.  I
25  don't -- I mean, was quoted say that, and I did say it
0014
 1  and I'll say it again, but it's not intended to be as
 2  derogatory maybe as it came across, which is, look, I
 3  think people should experiment around blockchain.  The
 4  demarcation I'm really trying to make is Ripple has
 5  had the good fortune of having real customers touching
 6  production systems, moving real value, not sandboxes,
 7  experiments and tests.
 8          MR. MAULE:  Right.  Not theory.
 9          MR. GARLINGHOUSE:  Yeah.  This isn't a white
10  paper, right, and take the most extreme example and,
11  you know, there are some that --

```
12          MR. MAULE:  Yeah, we can go there.
13          MR. GARLINGHOUSE:  You know, so to me
14  blockchain tourists are people who, you know, look,
15  they're really interested in the space, they're
16  learning about the space, they're kicking the tires.
17  The good news for Ripple is we have a lot of demand
18  that aren't blockchain tourists.
19          MR. MAULE:  Right.
20          MR. GARLINGHOUSE:  They are, you know,
21  seasoned, traveled veterans that know what they're
22  trying to solve and they're trying to solve a real
23  problem, and we want to spend our time with that
24  segment because, you know, although we've grown our
25  headcount a lot this year, we continue to have more
0015
1  demand than really we can handle quickly.
2          MR. MAULE:  Right.  Which is a good a
3  problem by the way.
4          MR. GARLINGHOUSE:  It's a good problem, but
5  it's still a problem.
6          MR. MAULE:  Yeah, it is, and it's one you
7  have to address and know.  And I want to touch on that
8  a little bit because your background to me was very
9  interesting.  You -- you came from Hightail.  You
10  were the CEO at Hightail.
11          MR. GARLINGHOUSE:  Right.
12          MR. MAULE:  This isn't your first rodeo if
13  you will.  You were at Yahoo.  You've been at AOL.  So
14  you're -- you've been around tech in different
15  formats, and so there's -- you can bring that type of
16  leadership and that background to Ripple, which is
17  another thing that I look so much.
18          But Hightail is not exactly a blockchain
19  company.
20          MR. GARLINGHOUSE:  No, not at all.  You
21  know, it's a --it's funny the kind of serendipity of
22  how I ended up here.  You know, I would have described
23  myself as a crypto enthusiast.  I owned some Bitcoin
24  by virtue of being connected with some good friends
25  who have been, you know, patient zeros if you will, a
0016
1  guy named Wences Casares, a gentleman named Dave
2  Goldberg who unfortunately passed away, but then a guy
3  named Micky Malka, are people I've all known from
4  being around Silicon Valley for a long time and in one
5  way or another advocated.
6          And so I had purchased some Bitcoin, which
7  I'm glad that they were advocating.
8          MR. MAULE:  Good for you by the way because
9  I looked at it and went, you know, this would be a
```

10  good investment in 2011.  I told three friends of
11  mine, let's all pitch in 100 bucks, and dammit --
12          MR. GARLINGHOUSE:  You should have done it.
13  But, you know, look, I then and even know think, you
14  know, some of the consumer use case that had a lot of
15  the excitement and energy in 2015 when I joined Ripple
16  I felt was early and premature.  And so, yeah,
17  Ripple -- and as you know, I mean Ripple was a little
18  bit of a contrarian or a lot of a contrarian and kind
19  of saying, look, we don't think governments are going
20  away.  We don't think banks are going away.  We don't
21  think fiat currency is going away.  But we still think
22  there's a role for digital assets to play in reducing
23  friction and accelerating the speed and rising costs
24  associated with payments.
25          So I -- you know, when I started to talk to
0017
 1  Chris Larsen and they were recruiting to hire somebody
 2  as the COO, being a Bitcoin enthusiast or crypto
 3  enthusiast married with I thought a very pragmatic
 4  vision of how you actually bring this forward.  And
 5  revolutions rarely happen by going to the endpoint
 6  first.  Instead it's, you know, a crawl.  I use the
 7  expression internally about crawl, walk, ran.  And,
 8  you know, you got to crawl before you walk, before you
 9  run.
10          And I think the progress Ripple is making
11  for the industry is, you know, I think moving the
12  whole revolution forward.
13          MR. MAULE:  Well, one thing I like about
14  Ripple too is the ability to retain talent, which in
15  tech as a whole is incredibly difficult --
16          MR. GARLINGHOUSE:  Yeah.
17          MR. MAULE:  -- right, and it's incredibly
18  competitive.  The fact that Stefan Thomas is still --
19  and he's here today, right.
20          MR. GARLINGHOUSE:  Yeah.
21          MR. MAULE:  Brilliant individual.  The idea
22  that you're able to keep those, Chris is still like
23  you said active on the board.  But I know you're
24  seeing that, right --
25          MR. GARLINGHOUSE:  Oh, yeah.
0018
 1          MR. MAULE:  -- the fight for talent.
 2          MR. GARLINGHOUSE:  Look, I love that you
 3  brought this up partly because I think it's, you know,
 4  people --
 5          MR. MAULE:  Did you get that by the way?
 6          MR. GARLINGHOUSE:  -- talk --
 7          MR. MAULE:  He loved that I brought it up.

```
 8              MR. GARLINGHOUSE:  I do.  You know, I think
 9  the culture of an organization is really important and
10  I think, you know, Silicon Valley and various example
11  have kind of lost sight of that at times, and I think
12  we've been fortunate that Ripple has had a great
13  culture that continues to challenge people like
14  Stefan, who I do think is genius and, you know, he
15  makes -- he humbles me easily.  I don't actually know
16  how old he is, but I think he still has a two as the
17  first handle.
18              MR. MAULE:  Yeah, it's depressing when you
19  talk to him.
20              MR. GARLINGHOUSE:  Yeah.
21              MR. MAULE:  But -- all right.
22              MR. GARLINGHOUSE:  You know, look, I think
23  the people at Ripple are engaged because they believe
24  in the mission, they believe in the big vision that
25  we're trying to achieve.  You know, there's no
0019
 1  question that if you are building an organization
 2  where it's all about, hey, I want to make a bunch of
 3  money, then, yeah, you're going to see people exit.
 4              You know, I think we have been very focused
 5  on a big picture of what we want to achiever over a
 6  ten year period and our leadership team is, you know,
 7  strong and stable and, you know, I think people are
 8  excited by the progress we're making.
 9              MR. MAULE:  So let's talk about culture and
10  mission a little bit.  We should actually do an
11  interview on segues.  That would be fun, Michael,
12  yeah. The Gates Foundation, Kosta Peric is a great
13  friend of mine.  He's -- he's a great guy, Gates
14  Foundation fabulous.
15              MR. GARLINGHOUSE:  A great guy, yeah.
16              MR. MAULE:  The mojo loop and the projects
17  you're doing with them, you want to talk a little bit
18  about that?
19              MR. GARLINGHOUSE:  Yeah.  Look, I'm really
20  excited about that work.  You know, back to being a
21  mission driven company, look I will admit I'm a
22  capitalist and I want to make -- build a business.
23  But it's awesome to be the company where I feel like
24  we can put our dent in the universe.
25              You know, as Ripple achieves success you can
0020
 1  start to see tangibly how that could have, you know,
 2  ripple effects --
 3              MR. MAULE:  Well done.
 4              MR. GARLINGHOUSE:  -- bear with me, as to
 5  how that could impact society in grander ways.  We've
```

 6  actually been working with the Gates Foundation for a
 7  long time now, I think around two years, maybe a
 8  little bit longer.  And so to finally have some of
 9  that work announced publicly is really gratifying and
10  I think very much on mission for what Ripple is trying
11  to do, and we couldn't be happier about it.
12          Kosta has been a fabulous advocate and, you
13  know, I do think there's a certain irony of -- as the
14  chief architect of Swift Net --
15          MR. MAULE:  Yeah, I was going to go there,
16  don't worry.
17          MR. GARLINGHOUSE:  -- but, you know, he's
18  been a big advocate of some of the core, particular
19  inter-ledger protocol and what we're doing there, and
20  just couldn't be more excited about what they have
21  going on.
22          MR. MAULE:  And I love the focus of
23  financial inclusion, right.  Again taking something --
24  and I'm a capitalist, right.  Obviously you want to
25  build a company for the long haul, but being able
0021
 1  to -- I think the term give back is overused but, you
 2  know what I mean.  I mean, you can look, and you take
 3  these technology type solutions and introduce them
 4  into environments like India, right.
 5          MR. GARLINGHOUSE:  For sure.
 6          MR. MAULE:  Where you can come in and some
 7  of the challenges that you would face for example in
 8  the U.S., right or North America, thanks to technology
 9  and solutions you have you kind of leapfrog the legacy
10  problems that we've had.
11          MR. GARLINGHOUSE:  Right, yeah.  Well, but
12  mobile is the best example of this that we saw it very
13  tangibly in, you know, a lot of Southeast Asia
14  countries, certainly Africa where, you know, you just
15  skip the landline entirely, which is far more
16  efficient.
17          And so I think in some markets you may find
18  that, you know, the legacy infrastructure, what Ben
19  Bernanke called yesterday the horse and buggy, you
20  know, we skip right past that.  And, you know, it's
21  going to be fun to watch some of those markets, and
22  certainly again the Gates Foundation is so influential
23  and so effective in being focused on how we have an
24  impact.
25          And so, you know, they have been just
0022
 1  amazing champions and I'm excited by how that could
 2  play out.
 3          MR. MAULE:  And also the news that you had

```
 4   about the accelerator, this -- the -- of which I
 5   actually like because it's almost an accelerator for
 6   banks --
 7              MR. GARLINGHOUSE:  Yeah.
 8              MR. MAULE:  -- which is -- by the way the
 9   un-conference, un-accelerator.
10              MR. GARLINGHOUSE:  It's a (inaudible)
11   concept. By the way, Ripple Net accelerator program,
12   RAP.
13              MR. MAULE:  RAP.
14              MR. GARLINGHOUSE:  Yeah.  But we don't
15   really call it RAP.  The Rapid Accelerator Program.
16   We're super excited about it.  I think this is an
17   example by the way of how we can take advantage of the
18   unique position Ripple is in to invest in the
19   ecosystem really tangibly and accelerate the work
20   we're doing.  You know, obviously the headline you
21   probably have seen is, you know, we're committing $300
22   million of XRP to accelerate the network effects that
23   we're already starting to see, but if we can have that
24   happen more quickly, more customers quickly getting
25   into production, that's all the better.
0023
 1              You know, the earlies days of Visa they had
 2   various incentive programs to drive that adoption, and
 3   I view this very similar.
 4              MR. MAULE:  I like the idea because you are
 5   literally putting skin in the game, right.  I mean,
 6   you're betting on yourself if you will --
 7              MR. GARLINGHOUSE:  For sure.
 8              MR. MAULE:  -- so I love the concept, I love
 9   the idea of doing that.
10              MR. GARLINGHOUSE:  Yeah.
11              MR. MAULE:  What's been the reception so
12   far? I'm curious.
13              MR. GARLINGHOUSE:  It's great. Phone won't
14   stop ringing.  Yeah, I mean, we intentionally
15   announced that right before Sibos knowing that we --
16              MR. MAULE:  Yeah, timing was good by the
17   way.
18              MR. GARLINGHOUSE:  You know, we'll have a
19   couple hundred bank meetings while we're here and, you
20   know, we timed that intentionally because we want to
21   drive adoption.  We want to accelerate adoption.  And
22   that means, you know, more customers deploying more
23   quickly, moving more volume, and again we think that's
24   just good for the whole ecosystem.
25              MR. MAULE:  Yeah.  I know it's working
0024
 1   because when we pulled up there were a lot of suits
```

 2  sitting outside and not at all what I was expecting by
 3  the way when we showed up, and that made me smile.
 4           MR. GARLINGHOUSE:  Yeah.
 5           MR. MAULE:  Consortiums are interesting, so
 6  I want to go there just a little bit.
 7           MR. GARLINGHOUSE:  Yeah.
 8           MR. MAULE:  I've been around payments, you
 9  know, forever and a day.  We've seen, you know, for
10  example MCX, we've seen the worst named product ever
11  of Isis.  God, I actually worked on that too.  So the
12  concept of consortiums is hard.
13           MR. GARLINGHOUSE:  Yeah.
14           MR. MAULE:  And within this community,
15  within the blockchain community, you know we have
16  consortiums  --
17           MR. GARLINGHOUSE:  Sure.
18           MR. MAULE:  -- by default.  We had the
19  recent news as far as the legal action with R3.
20           MR. GARLINGHOUSE:  Right.
21           MR. MAULE:  Can you discuss where we're at
22  with R3?
23           MR. GARLINGHOUSE:  Yeah, absolutely.  So
24  both R3 sued Ripple, Ripple sued R3.  To some degree
25  it's a contract dispute.  We entered into a
0025
 1  partnership.  You know, there were compensation for
 2  delivering on that partnership.  You know, I think R3
 3  is trying to paint it simply about, you know, the
 4  option agreement.  You know, it's a broader
 5  partnership.
 6           Our suit I think speaks for itself in that
 7  we feel like very clearly I don't think R3 has lived
 8  up to the commitments they have made.  The first step
 9  in that litigation was a suit that R3 brought against
10  Ripple in Delaware.  That was dismissed last week.
11           And, you know, the -- the case overall will
12  continue now.  A case we brought against R3 will
13  continue in California.  So we -- it's -- it's not
14  over but, you know, we think it's nice to see that
15  Delaware took our view that, you know, that wasn't the
16  right venue to even consider the case.
17           MR. MAULE:  And you've led multiple
18  companies.  Without getting too simplistic here what
19  makes it so hard?  And would you agree we need some
20  sort of a standardization or approach when it comes to
21  payments?
22           MR. GARLINGHOUSE:  Yeah.  Well, so first of
23  all I want to double click on the word consortium just
24  for a moment.  Just -- you know, I think that word has
25  been a little bit bastardized to be a little --

0026
```
 1              MR. MAULE:  Like, crashing, like take your
 2   pick.
 3              MR. GARLINGHOUSE:  Well, I mean, look,
 4   historically a consortium was a group of people coming
 5   together with equity participation and now you have
 6   what I'll -- you know, things that are called
 7   consortium.  They're like that's not really a
 8   consortium.  But when I think about the consortiums
 9   some of them are just soft  -- you know, they're open
10   source software initiatives, right.
11              You know, people say we have a hundred
12   members in our consortium.  It's like no, you have a
13   hundred participants in an open source software
14   platform.  Okay. You know, I think for Ripple it has
15   been about, like, how do we bring real volume into
16   production and, you know, people contributing to open
17   source technology does not make one a member of a
18   consortium.
19              MR. MAULE:  I see a t-shirt from Princess
20   Bride.  I don't think that word means exactly what you
21   think it means.  Good meme, right.  I made your
22   marketing person just laugh right now.  I'm proud of
23   myself.
24              So looking forward, let's talk about this
25   conference and come back to a little bit since we
```
0027
```
 1   started there.  Where do you see this in two or three
 2   years?  Do you see it growing in size or would you
 3   like the intimacy?
 4              MR. GARLINGHOUSE:  You know, my honest
 5   answer is I don't know.
 6              MR. MAULE:  That's a great answer by the
 7   way. I'm glad you said that.
 8              MR. GARLINGHOUSE:  Look, this is --
 9   yesterday or I guess a day-and-a-half into the events,
10   yesterday was a huge success on a lot of different
11   levels.  I'm super pleased.  You know, I had one
12   conversation last night after a couple of drinks
13   thinking about, you know, what is -- what does it look
14   like next year and, you know, no decisions have been
15   made.
16              You know, I think without a doubt we want to
17   make sure that we remain a part of the conversation
18   with Sibos and with banking, and if that means that
19   we're doing something off to the side that's great.
20   But, yeah, I think it's to be determined.
21              It is important to your important, I like
22   having an intimate gathering of a bunch of influential
23   people in the industry, that it's not just, you know,
```

```
24  talking heads, really having a conversation and a
25  dialogue.
0028
 1              MR. MAULE:  Yeah, and that it's, right, just
 2  not on stage and you're just spouting, it's actually
 3  getting that feedback and taking it back with your
 4  product teams and saying this might be interesting
 5  where we go.
 6              So let's talk about payments then, and let's
 7  focus on North America since my focus is for my
 8  company North America.  When can you please fix
 9  payments?  Because this is absolutely a nightmare.
10  When you go overseas, right --
11              MR. GARLINGHOUSE:  Yeah.
12              MR. MAULE:  -- we talked about this, the
13  leapfrog effect, right.
14              MR. GARLINGHOUSE:  Yeah.
15              MR. MAULE:  India or Africa, take your pick
16  on mobile, and Asia, and then we come back to the U.S.
17  we're both -- you're from Kansas, I'm from Detroit
18  originally so we're U.S. boys.
19              MR. GARLINGHOUSE:  Yeah.
20              MR. MAULE:  What the heck?
21              MR. GARLINGHOUSE:  Yeah, it is -- I marvel
22  at it.  I admit -- I said because I didn't come from
23  the banking or payments industry, you know, as I was
24  learning about Ripple and what they were trying to do,
25  it's just unbelievable to me that, you know, truly the
0029
 1  most efficient way for me to get money to London today
 2  would be to go buy a ticket at the airport here in
 3  Toronto and fly it there.
 4              MR. MAULE:  Yes.
 5              MR. GARLINGHOUSE:  That's a crazy thing.  I
 6  mean, I can stream video from the space station yet I
 7  can't move my own money from point A to point B
 8  efficiently.  These are infinitely fixable things and,
 9  you know, it is a crawl, walk, run dynamic, but I'm
10  super excited about the progress we're seeing.
11  Momentum is building.
12              It took us, you know, a long time to sing
13  our first bank and then it's a little faster to do our
14  next bank, and our next bank.  You know, I am very
15  excited about the pipeline for Q4 and feel like
16  particularly with this Ripple Net Accelerator program
17  where we're investing to incentive, to accelerate
18  things more, I'm super excited about where we sit.
19              MR. MAULE:  Well, I think influencing and
20  what you're doing with folks like Ben Bernanke, right,
21  that targeted education and getting those people in,
```

```
22  right --
23            MR. GARLINGHOUSE:  Yeah.
24            MR. MAULE:  -- where it's not anarchy,
25  right. It's an important move, right, both within the
0030
 1  regulatory side and the banking side.  So again the
 2  accelerator, the work with the Gates Foundation, you
 3  know, getting the thumbs up from Bill Gates is not a
 4  bad thing in this day and age.  The moves, Brad, I
 5  really like, and the socks are fantastic, okay.
 6            MR. GARLINGHOUSE:  Thank you.
 7            MR. MAULE:  That's what matters.  Brad,
 8  thanks for the time.
 9            MR. GARLINGHOUSE:  Appreciate it.  It was
10  great.  I really appreciate it.
11            MR. MAULE:  It was fun.
12            MR. GARLINGHOUSE:  Yeah.
13            (End of video file.)
14                    * * * * *
15
16
17
18
19
20
21
22
23
24
25
0031
 1              TRANSCRIBER'S CERTIFICATE
 2
 3  I, Cheryl Shifflett, hereby certify that the foregoing
 4  transcript is a complete, true and accurate
 5  transcription of all matters contained on the recorded
 6  proceedings in the matter of project name:
 7  Ripple CEO Brad Garlinghouse Discusses the Future of
 8  Cryptocurrency.mp4.
 9
10
11
12
13
14
15         _____
16         Transcriber
17
18
19
```

20
21
22
23
24
25

PX 503.06

PX 503.06
Interview with Brad Garlinghouse, 11/15/2017, via CNBC
https://www.youtube.com/watch?v=xFcnETkL2J8



```
0001
 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:            )
 4                                 ) File No. NY-09875-A
 5    RIPPLE                       )
 6
 7    SUBJECT:  Brad Garlinghouse Ripple CEO LifeHacksLive
 8              November 2017 - YouTube
 9    PAGES:    1 through 30
10
11
12
13
14
15
16
17
18                    VIDEO TRANSCRIPTION
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                    (202) 467 9200
0002
 1              P R O C E E D I N G S
 2    Brad Garlinghouse Ripple CEO LifeHacksLive November 2017
 3    - YouTube
 4          (Music)
 5          MS. FUJITA:  Welcome to CNBC International's
 6    Facebook Live.  I'm Akiko Fujita coming to you from the
 7    Fintech Festival here in Singapore with a very special
 8    edition of LifeHacksLive.  We are joined today by the
 9    CEO of Ripple, Brad Garlinghouse, which Ripple, as you
10    know, of course, the company behind the enterprise
11    blockchain technology.  They're also behind the world's
12    third largest cryptocurrency, XRP.  Welcome to you.
13          MR. GARLINGHOUSE:  Thank you for having me.
14          MS. FUJITA:  Great.  So this is a different
15    kind of interview, I'm sure.  I'm not sure if you've
16    seen any one of our episodes before, but the rules are
17    pretty much simple.  We've got a wheel.  We're going to
18    spin it.  We've got some categories here: routine,
19    career, leadership, balance, lessons and obstacles.
20    We'll see where it lands, and then we'll get going.
21          MR. GARLINGHOUSE:  Fabulous.  That sounds fun.
22          MS. FUJITA:  All right.  So you want to take
23    the first spin?
```

```
24           MR. GARLINGHOUSE:  All right.  Will do it.
25  That was quick.  I didn't spin it hard enough.
0003
 1           MS. FUJITA:  Okay.  Career.
 2           MR. GARLINGHOUSE:  Career.
 3           MS. FUJITA:  It doesn't spin very well, does
 4  it.
 5           MR. GARLINGHOUSE:  All right.
 6           MS. FUJITA:  Okay.  Let's start with career.
 7  The question is -- I think you get this question a
 8  lot -- when you were at Yahoo, you were -- you wrote the
 9  famous Peanut Butter Manifesto in 2006, saying the
10  company was spreading its resources too thin.  Did you
11  expect it to become such a big deal?  And what did you
12  learn from it?  It's interesting, right, because that
13  was in 2006, and there were conversations as recently as
14  a year ago about, you know, perhaps this was prophetic
15  and some of the issues Yahoo was struggling with still
16  exist.
17           MR. GARLINGHOUSE:  Right.  I think it's true,
18  unfortunately.  So to answer the question, I did not
19  expect it to kind of take on a life of it's own and kind
20  of what's interesting is this is before the world of
21  Twitter and even Facebook was in its earliest days, so
22  it became a meme before social memes really were
23  starting.  And I think it's because many companies
24  suffer from clear focus and understanding who your
25  customer is and what problem you're trying to solve.
0004
 1  And you quickly get a little bit -- hey, there's lots of
 2  things we can do.  I think great companies have a clear
 3  understanding of who their customer is and where they're
 4  going deep.
 5           You know, Yahoo, in particular struggled, I
 6  think in part -- you know, what does the Yahoo brand
 7  represent.  You know, if you think about what PayPal
 8  represents, I say the word PayPal, you think oh, it's a
 9  payments thing.  And even really Google is -- certainly
10  then, it was search.  You know, Yahoo has always been
11  well, it means a lot of things to a lot of different
12  people.  Some people thought then that was good, I
13  always argued look, unless we have clarity about who we
14  are and what customer we're serving, we're going to
15  struggle with it.
16           MS. FUJITA:  So what's the lesson you learned
17  from being there?  Is it about just making sure that
18  there's a lot of clarity around the mission for the
19  company and a lot of focus?
20           MR. GARLINGHOUSE:  I think it really does come
21  back to just managers sometimes making tough decisions
```

```
22   about here's the most important customer.  Here's the
23   most important segment.  It turned out in the space that
24   Yahoo was in and Google was in, you know, search was the
25   most important business.  And Yahoo didn't invest as
0005
 1   much as it could've around search.  I think there's
 2   other things we could've decided to own, but again, we
 3   were kind of spreading ourselves thin across a lot of
 4   things and increasingly different people were attacking
 5   us in different vectors, and that made it difficult to
 6   compete.
 7            MS. FUJITA:  Let's keep the wheel going.
 8            MR. GARLINGHOUSE:  All right.
 9            MS. FUJITA:  I'm going to try to take a spin
10   this time.
11            MR. GARLINGHOUSE:  Absolutely.
12            MS. FUJITA:  Okay, obstacles.
13            MR. GARLINGHOUSE:  All right.
14            MS. FUJITA:  The question is cryptocurrencies
15   have come under attack by a lot of big names in business
16   and government.  How do you deal with that criticism?
17   We're, of course, talking about names like Jamie
18   Diamond.
19            MR. GARLINGHOUSE:  Yeah.
20            MS. FUJITA:  We had DBS this morning saying
21   that it was a Ponzi scheme.
22            MR. GARLINGHOUSE:  Right.
23            MS. FUJITA:  You've heard the criticism,
24   what's your response?
25            MR. GARLINGHOUSE:  Well, look, I think it's
0006
 1   exciting, in some ways.  You have a level of attention
 2   around it.  And I, I think I was fortunate to move out
 3   to San Francisco 20 years ago, in the earliest days of
 4   the internet.  And for me, the earliest days of the
 5   internet, it really was -- you could feel it was a
 6   movement, and, you know, some people then argued that,
 7   you know, Amazon was never going to make any money and,
 8   you know, that a lot of smart money was shorting
 9   amazing.  You know, here we are 20 years later and
10   Amazon's making a lot of money and is one of the most
11   valuable companies on the planet.
12            I think that any time you have a new shift and
13   I think for many cryptocurrency and digital assets and
14   really even blockchain is a shift in how we think about
15   how transactions are managed, how value is stored and
16   moved.  And so I think you're seeing that fight, almost,
17   and inside of companies, inside of individuals who
18   follow this space.  I think if you solve a real problem,
19   and I think Bitcoin is solving a problem around the
```

20  store of value.  XRP is solving a problem around
21  payments.  When solve a real problem, ultimately these
22  will be defined by the utility of the underlying asset.
23  I'm -- I think we're in the earliest innings.  I think
24  that this is going to be a very large asset class, and
25  we're just in the earliest days.
0007
1           MS. FUJITA:  How much of it do you think is
2  just about communication?  Because right now, we talk
3  about cryptocurrencies just all lumped in as one.
4  You've made it very clear, you think it's important to
5  have it centralized, you know, you think that this is a
6  store of value; this is not how we're going to be paying
7  for things in the future.  How much of the messaging is
8  important?
9           MR. GARLINGHOUSE:  I think the messaging is
10  really important, and, you know, one of the things that
11  has happened is you have things that happen within the
12  crypto world that actually create dark clouds that
13  follow it, but frankly, the earliest days of Silk Road,
14  which that was a use case for Bitcoin, paying for drugs,
15  and yes, you know, governments step in and they shut
16  down Silk Road.  A new one pops up.  You know, in
17  today's world, I think ICOs are an example of a dark
18  cloud.  ICOs, these initial coin offerings where people
19  are issuing tokens that are really more like securities
20  than actually have a token that has utility the way, you
21  know, XRP solves a problem, it has utility in solving a
22  payments problem.
23           I think those dark clouds are actually bad for
24  the ecosystem.  They're bad for the movement, if you
25  will.  And I think it's important to kind of continue to
0008
1  focus work with regulators, work with governments.  And
2  for us, working with banks is an indicator of that.  If
3  we don't work with regulators, banks certainly aren't
4  going to work with us.
5           MS. FUJITA:  Okay, great.  Let's take another
6  spin.  It's your turn now.
7           MR. GARLINGHOUSE:  All right.
8           MS. FUJITA:  Okay, which one is that?
9           MR. GARLINGHOUSE:  The green one, lessons.
10           MS. FUJITA:  Lessons, okay.  What kind of
11  portfolio should young investors build?  Keep in mind
12  the high volatility risks that come with
13  cryptocurrencies.  I think this is a question, you know,
14  largely about this space.  I mean there's so many
15  cryptocurrencies, as you've just pointed out, so what do
16  you think people who are trying to get in on this space
17  should keep in mind?

18          MR. GARLINGHOUSE:  I think some of the most
19  interesting things happening for investors to access
20  this market are the kind of almost index funds.  There's
21  a number of people offering the ability to buy into an
22  index of crypto.  So one of the things that's nice about
23  that, it gives you diversification, which is good.  It
24  also actually reduces the volatility.  Instead of owning
25  one that might have a lot of volatility, when you're
0009
1  owning multiple, some of them aren't as volatile as
2  others.
3          Now, that being said, I would be cautious
4  about what the index is covering.  Is it the top three?
5  Is it the top five?  Is it the top ten?  I think
6  somewhere around five -- you know, you get into to kind
7  of 10 to 20 and there's some things in there that I
8  think would make me a little bit nervous because it's
9  not clear the utility and sometimes the utility is
10  intentionally designed to circumvent governments,
11  circumvent regulators.  I don't think those are very
12  sustainable in the long haul because I don't think
13  governments are going to go away any time soon.
14          MS. FUJITA:  How important is it to look at,
15  you know, if you're talking about tokens, the backers,
16  too, to understand, you know, what's really behind that
17  and what kind of value it has.
18          MR. GARLINGHOUSE:  I think that, you know,
19  what's -- the best thing to ask is what problems are
20  solved, what utility does it have.  And if the utility
21  is large and growing, there'll be more and more demand
22  for that token to solve that problem.  You know, there
23  are some ICOs I will highlight in a positive way that
24  actually, there's  real underlying token that I think
25  does solve something.  And I'll use File Coin as an
0010
1  example.
2          File Coin is trying to build a new version of
3  AWS, a new version of Dropbox where the resources are
4  allocated by using a File Coin.  I don't -- I don't
5  follow that company particularly closely, but I
6  understand the use case, and if they're successful in
7  driving usage and changing the way storage is allocated
8  broadly, maybe File Coin will work.
9          MS. FUJITA:  Hmm, okay.  Great.  Let's see if
10  we can spin this.
11          MR. GARLINGHOUSE:  Another career question.
12          MS. FUJITA:  Which one -- which one do you
13  think that is?
14          MR. GARLINGHOUSE:  We did career before, let's
15  do leadership.

```
16              MS. FUJITA:  How about let's do leadership?
17              MR. GARLINGHOUSE:  Yeah.
18              MS. FUJITA:  All right, okay.  This is, I
19   think, pretty similar to what we were talking about,
20   blockchain can go over a lot of people's heads, you
21   know, what tips do you have for explaining something
22   complicated to a wider audience?
23              MR. GARLINGHOUSE:  Yeah.  Well, one of the
24   things I always ask when we're talking about blockchain
25   is I think sometimes that the hype gets ahead of the
0011
 1   reality.  You know, one of the questions I'll ask is why
 2   is the use case better than a database?  A database is a
 3   pretty good tool, and some people use blockchain, it's
 4   like well, I'm going to use blockchain to track flour
 5   freshness.  And I think well, you could use a database
 6   for that.
 7              It's not quite clear to me the -- why that's
 8   important for using a blockchain, but, you know, I think
 9   it -- the more you can draw real world examples and make
10   it tangible to people, for Ripple, you know, solving a
11   cross-border problem using blockchain technologies, one
12   of the things I often talk about is if I wanted to move
13   money from Singapore to Los Angeles today, the fastest
14   way for me to do that is to go buy an airplane ticket at
15   the Singapore airport and fly it there.  You know,
16   that's something that people can understand and get
17   their head around.  But today, if you're doing that
18   through the banking system, through Swift, it would take
19   somewhere around three days.
20              MS. FUJITA:  Yeah.
21              MR. GARLINGHOUSE:  Why is it we live in a
22   world where I can stream video from the space station,
23   but I can't move my own money from Point A to Point B.
24              MS. FUJITA:  What are some of the use cases
25   you think we haven't talked about yet?  I mean the money
0012
 1   transfer is a very easy one to understand --
 2              MR. GARLINGHOUSE:  Yeah.
 3              MS. FUJITA:  -- because a lot of us have been
 4   through there before, but --
 5              MR. GARLINGHOUSE:  I think there's some other
 6   interesting blockchain use cases.  I mean one I'll
 7   highlight, I, I don't know of any particular leaders in
 8   it, but using a blockchain to track something like
 9   titles, ownership of homes.  In the United States, this
10   is a big business, title insurance.  And if you could
11   actually use a blockchain to track and manage the
12   transfer of titles, you could actually really change the
13   way that industry works.  And I think blockchain's a
```

14  very appropriate technology for that use case, but any
15  time, you know, you're talking about marketplaces and
16  using digital assets to allocate resources in
17  marketplaces, any time you do that, Ripple thinks about
18  okay, you have to have interoperability between these
19  different pieces.
20          And it -- we very much think about how to sell
21  connectors first through banks, but ultimately to other
22  marketplaces, such that the underlying tokens can be
23  exchangeable in a real-time efficient way.
24          MS. FUJITA:  Okay, great.  I'll let you take
25  the next spin.
0013
 1          MR. GARLINGHOUSE:  All right.  Oh, another
 2  split --
 3          MS. FUJITA:  Keep going.  Let's do it again.
 4          MR. GARLINGHOUSE:  -- should we -- all right.
 5          MS. FUJITA:  Let's do it one more time.  Oh,
 6  there you go, okay, balance.
 7          MR. GARLINGHOUSE:  Balance, we haven't done
 8  that one.
 9          MS. FUJITA:  Okay.  This is a question you
10  might get a lot.  Do you personally invest in other
11  cryptocurrencies?  And do you follow your own advice?
12  You just talked about some of the precautions --
13          MR. GARLINGHOUSE:  Yeah.
14          MS. FUJITA:  -- people should take.
15          MR. GARLINGHOUSE:  Yeah.  Well, I
16  definitely -- I'm -- I follow my own advice 100 percent.
17  I'm personally invested in a couple of other crypto
18  funds that give me exposure to other assets.  On a
19  personal basis, I'm long BTC Bitcoin.  I guess
20  technically, I'm also long Bitcoin cash, but I'm also
21  long XRP.  I'm a little -- I personally think the
22  Ethereum market is -- in a world where a lot of ICOs are
23  being built upon and managed within the Ethereum
24  framework, I think if ICOs come under a lot of
25  regulatory pressure, which I think they will, it's not
0014
 1  clear to me what that's going to mean for the Ethereum
 2  market, and so I have not been long Ethereum.
 3          MS. FUJITA:  When you think about the
 4  crackdown that we've been seeing, especially here in
 5  Asia, China, Korea --
 6          MR. GARLINGHOUSE:  Yeah.
 7          MS. FUJITA:  -- around ICOs, is that -- is
 8  that a -- is that a healthy thing?  Is there a necessary
 9  pause here?
10          MR. GARLINGHOUSE:  I think it's extremely
11  healthy.  I think it's extremely healthy.  I think that

12    some of what has been happening, I think, is, you know,
13    a little bit fraud-like, as opposed to no, there's a
14    real problem we're solving and most of them -- and even
15    the head of the SEC said recently in the United States
16    that most ICOs look more like securities than they do
17    useful utility tokens.
18              And that isn't always true, but I think
19    there's a lot of stuff -- you know, when I see Paris
20    Hilton promoting an ICO, I don't view that as a good
21    sign for that market.
22              MS. FUJITA:  Floyd Mayweather?
23              MR. GARLINGHOUSE:  Yeah, I saw that one, too.
24              MS. FUJITA:  Got it, okay, great.  We've got
25    some questions coming in.  Here's one question, will
0015
1     Ripple be utilized by major retail corporations like
2     Amazon and Wal-Mart?
3               MR. GARLINGHOUSE:  Well, certainly we think
4     about using XRP to solve an institutional payments
5     problem, and that absolutely applies to corporates.  You
6     know, you think about a business like Wal-Mart, in order
7     for them to fund their supply chain on a global basis,
8     they're prefunding accounts around the world, and they
9     have a lot of capital.  Their treasury management, they
10    have, you know, probably hundreds of people in treasury
11    management managing billions of dollars of float around
12    the world.  That can be managed much more efficiently.
13              Now, if the question is will you use XRP to
14    buy things on Amazon or Wal-Mart, I think that day is
15    further away.  I think that, you know, we aren't trying
16    to replace fiat currency.  I think there's a massive
17    opportunity to solve a cross-border payments problem
18    using digital assets, reducing the time it takes,
19    reducing the cost.  You know, ultimately, is there an
20    opportunity at some point in the future to use digital
21    assets to buy retail?  Maybe, but I don't think that's
22    going to happen in the next 10 years.
23              MS. FUJITA:  Hmm, that's interesting.  I was
24    just over in Japan where we're seeing a lot of retailers
25    accepting Bitcoin now.  A lot of companies also starting
0016
1     to offer what's essentially a debit card that allows you
2     to use the value that's stored in that cryptocurrency.
3               MR. GARLINGHOUSE:  Yeah.
4               MS. FUJITA:  Do you see that as a first step
5     or do you think ultimately it's really just about
6     storing value, like gold?
7               MR. GARLINGHOUSE:  I think it's a little bit
8     of a novelty.  You know, I have been on panels at
9     various Bitcoin and crypto conferences and talking about

10   XRP and what we're doing on an institutional basis, and
11   I'll ask the question, you know, how many people in this
12   room have used Bitcoin to buy something.  And, you know,
13   you'll get 5 percent of the hands will go up and say
14   I've -- you know, most of them own Bitcoin, but only 5
15   percent have used Bitcoin to buy something.  And then
16   I'll say, okay, how many have used Bitcoin to buy
17   something more than once.  And it'll go down to like one
18   percent people will use it, but ultimately, you know, in
19   the U.S., the dollar works pretty well.  My Visa card
20   works pretty well.
21          MS. FUJITA:  Yeah.
22          MR. GARLINGHOUSE:  There are markets where it
23   makes sense.  There are markets where you have
24   currencies that are, you know, less healthy.  There's a
25   volatility problem.  There's other problems and, you
0017
 1   know, Argentina, you're seeing some markets where
 2   there's a lot of demand for using the retail use case,
 3   but I think that's not in a Euro denominated or Yen
 4   denominated or a Singapore-dollar denominated
 5   currencies.
 6          MS. FUJITA:  Okay.  We've got another question
 7   coming in from Facebook, and this question is how does
 8   Ripple plan to make a visit to countries like India?
 9   You're already in India.
10          MR. GARLINGHOUSE:  We are in India.  We have
11   an office in Mumbai, a handful of customers there
12   already.  I think we publicly talked about the work
13   we're doing with Yes Bank, as well as Access Bank.
14   Certainly, there's, you know, more opportunity there.
15   We're very excited about kind of how things are going in
16   India for us right now, and it continues to be a
17   priority.
18          MS. FUJITA:  Yeah.  Certainly a lot more
19   upside, I imagine, in emerging markets, right?
20          MR. GARLINGHOUSE:  Yeah.  Well, also, India is
21   a unique case because they obviously have gone through
22   their own domestic -- really, I mean I call it a
23   revolution from within the the, system, if you will, in
24   terms of digitizing payments.
25          MS. FUJITA:  With demonetization, yeah.
0018
 1          MR. GARLINGHOUSE:  Right.  It's fascinating,
 2   and I think it really creates an opportunity to kind of
 3   leapfrog other countries and other parts of the world
 4   by, you know, skipping a step.  Not dissimilar really to
 5   how the telecommunications industry evolved.  Some
 6   markets in Africa, in particular, skipped wireline and
 7   went directly to mobile lines.  Now you're going to see

```
 8   some markets saying hey, look, we can go directly from
 9   this to a blockchain-based solution and not worry about,
10   you know, sort of the inter -- the short term step.
11              MS. FUJITA:  Yeah, really going over what took
12   like how many years in the U.S., right?
13              MR. GARLINGHOUSE:  Right.
14              MS. FUJITA:  All right.  Let's get back to the
15   wheel.
16              MR. GARLINGHOUSE:  All right.
17              MS. FUJITA:  And we'll spin it.  Okay, career.
18              MR. GARLINGHOUSE:  Another career, all right.
19              MS. FUJITA:  You've been getting a lot of
20   career questions.  What made you decide to enter this
21   space?  We're talking about blockchain and
22   cryptocurrency, because we were talking about your time
23   over at Yahoo before.  You were also at Hightail.
24              MR. GARLINGHOUSE:  Yeah.
25              MS. FUJITA:  What made you get into the space?
0019
 1              MR. GARLINGHOUSE:  Really, you know, I think
 2   there's a lot of interesting stuff going on in Silicon
 3   Valley.  As I was looking around, to me, what was
 4   happening in the blockchain and crypto world was a
 5   movement, and I felt like, you know, going to work at,
 6   let's say, another food delivery company, I think San
 7   Francisco has somewhere between six and ten food
 8   delivery companies, you know, I'm picking on that as an
 9   example, but, you know, what's happening in crypto and
10   certainly what is happening at Ripple, like we have an
11   opportunity to fundamentally change the way global
12   commerce is managed from a payments point-of-view.
13              If we're successful, that's transformative.
14   It allows us to put our own little dent in the universe.
15   So far, we've been extremely fortunate.  We have over
16   100 customers, and I think given the network effects
17   associated with that, we feel like we're really at a
18   tipping point where the value of participating keeps
19   growing by the number of nodes on the network.  It's an
20   exponential increase in value.
21              So for me, joining this industry was a belief
22   that there is something, a movement, a fundamental
23   change happening, and I thought Ripple was really
24   focused on the right aspect of solving an enterprise use
25   case, as opposed to maybe going after those consumer use
0020
 1   cases, but I think they're still pretty early.
 2              MS. FUJITA:  Do you have a mental checklist
 3   or, you know, kind of a -- you know, how you go about
 4   assessing new opportunities?  Because you're -- you've
 5   been in, what, right in the heart of the tech space in
```

 6   Silicon Valley for about 20 years now, I imagine you
 7   have a lot of opportunities that come your way.
 8              MR. GARLINGHOUSE:  Yeah.
 9              MS. FUJITA:  What's the checklist you go
10   through to decide, okay, is it worth leaving this
11   company for another job?
12              MS. FUJITA:  Right, right.  Well, one of the
13   first things I always think about is -- are the people
14   involved and, you know, a group of smart, motivated,
15   ambitious people that you want to work with.  You know,
16   that's an important question.  The size of the market, I
17   think, is very important.  I think some people are
18   solving interesting problems where there's a very small
19   market, which is less exciting to me.
20              The third one I would highlight is, is there a
21   defensibility?  Is there differentiation -- competitive
22   differentiation that's building a competitive mote, such
23   that as other competitors enter the market, you have
24   some ability to protect your position in the market?
25   And I think, again, for Ripple, I think all of those
0021
 1   things exist.  Some of the people at Ripple, I think,
 2   are truly the smartest people I've ever worked in my
 3   career, which makes it a lot of fun to go to work every
 4   day.
 5              MS. FUJITA:  Okay.  We've got more questions
 6   pouring in on Facebook.  What would be your forecast on
 7   XRP versus dollar value by the end of 2018?
 8              MR. GARLINGHOUSE:  Well, so I mean one of the
 9   things  always say when I'm asked this kind of question
10   is I really don't think that much about the price of XRP
11   in the short term.  You know, I make the point like I
12   don't think about it three days, three months.  You
13   know, I think more about it in the three-to-five-year,
14   if we drive a lot of utility and a lot of usefulness of
15   XRP in terms of solving that payments flow.  And again,
16   if we go back to the question about Wal-Mart and Amazon,
17   if you're solving a corporate treasury problem measured
18   in the trillions of dollars, I think there's a very
19   large market opportunity for XRP to solve that problem.
20              You know, how the market behaves even over the
21   course of 2018, I think is hard to predict.  I will say
22   that I think the institutional money is just starting to
23   come into digital assets, and that's true for Bitcoin
24   and Ethereum and XRP.  But I think as that money comes
25   into this -- what I mean by institutional money, I mean
0022
 1   pension funds and, you know, fiduciary managed money, I
 2   think that will create a lot of demand for digital
 3   assets.  And if you have fixed supply, as you do with

 4  XRP and you have increasing demand, you know, you don't
 5  have to be an econ major to know what happens when you
 6  have increase in demand and fixed supply.
 7          MS. FUJITA:  Is that a good thing for the
 8  space, to get more and more institutional investors in?
 9          MR. GARLINGHOUSE:  Well, I think --
10          MS. FUJITA:  Some would argue it legitimizes
11  it.
12          MR. GARLINGHOUSE:  For sure, that's the
13  important point is I think it builds trust.  You know,
14  you saw an announcement recently, the CME group is
15  investigating whether or not to offer derivatives of
16  futures associated with digital assets like Bitcoin and
17  XRP, and I think that, you know, that allows more
18  institutions to participate because now you can hedge
19  some of the volatility that you might not have wanted
20  that kind of exposure to.  So I think it just makes it
21  that much more appealing as an institutional asset
22  class, and that brings in more money.
23          MS. FUJITA:  All right.  Let's get to some
24  more questions from Facebook.  Let's see if we can pull
25  these up.  How do you plan on making it easier for
0023
 1  everyday people new to cryptocurrencies to securely
 2  invest in XRP and use it?
 3          MR. GARLINGHOUSE:  Well, I guess my short
 4  answer to that is, you know, Ripple's focused on
 5  institutional use case and institutional problems.  We
 6  don't think as much about how do we make sure it's
 7  accessible to consumers.  That being said, you know, we
 8  do -- XRP is listed in, I think, you know, over 50
 9  exchanges around the world.  You know, we certainly
10  think about how do we grow that and make it accessible
11  and, you know, we work with some of those exchanges to
12  make sure it's done securely.
13          But, you know, ultimately, we're trying to
14  solve that institutional use case, that institutional
15  problem more so than, you know, appealing to speculators
16  that might have a short term -- you know, frankly, what
17  you saw happen in Bitcoin cash over the last handful of
18  days, it was incredible in terms of the runup.  I
19  actually don't want to see that type of dynamic within
20  XRP.  I want to see a long term sustainable value
21  creation by driving real world users and usefulness of
22  the digital asset.
23          MS. FUJITA:  Yeah, and you've got a lot of
24  partnerships in place with big banks, too.
25          MR. GARLINGHOUSE:  So far, so good.
0024
 1          MS. FUJITA:  Okay.  Is it my turn?  I think

```
 2   you get to spin next.
 3              MR. GARLINGHOUSE:  All right.
 4              MS. FUJITA:  Okay, lessons.
 5              MR. GARLINGHOUSE:  Lessons, all right.
 6              MS. FUJITA:  Oh, okay.  You are an active
 7   angel investor.  What are some lessons you have learned
 8   after investing in more than 40 companies?
 9              MR. GARLINGHOUSE:  So I have greatly enjoyed
10   being an angel investor because it kind of keeps me
11   exposed to what entrepreneurs are doing and new
12   categories.  I'll go back to those same lessons I was
13   talking about in terms of why I went to Ripple.  You
14   know, the number one thing is around people.  Are these
15   the right people you want to be invested in because lots
16   of -- lots of things will go wrong as you pursue a new
17   entrepreneurial venture, and are these the people that
18   can fight through those obstacles?
19              The second is, is the market one that's
20   interesting?  I've made a number of investments just as
21   an angel, you know, amateur investor in, you know, the
22   genomics space.  It's not a space I know well, but I
23   think like blockchain, there's a lot that's going to
24   happen in the next 10, 20 years in that space.  And I
25   think if you invest in the right people that are going
0025
 1   after that right market opportunity, there might be some
 2   big rewards there.
 3              MS. FUJITA:  I've heard a lot of VCs say that
 4   it's really about investing in the person and not
 5   necessarily the idea because the idea will always
 6   change.
 7              MR. GARLINGHOUSE:  For sure.
 8              MS. FUJITA:  Is that the same thinking that
 9   you --
10              MR. GARLINGHOUSE:  Absolutely.  You know, the
11   idea, you know, as you go out and execute an idea,
12   you're going to run into roadblocks.  Investing in the
13   people who understand which roadblocks they should push
14   through and which roadblocks they need to turn and go
15   around or change some part of their business model,
16   having those entrepreneurs who have that good judgement,
17   it's really hard to find, and, you know, you see some of
18   them that have had repeat success.  And those are the
19   kind of entrepreneurs you obviously want to invest in.
20              MS. FUJITA:  Okay.  We've got one question
21   coming in from Facebook.  Will there be important news
22   involving XRP use after the escrow lockup?
23              MR. GARLINGHOUSE:  So we announced the escrow
24   lockup back in late spring, I think.  And we committed
25   to having it done by the end of the year.  You know,
```

0026
1  will there be other important news, I mean my view is
2  there's always news coming out from Ripple.  We
3  announced the first institutional use case for using XRP
4  into payment flows with a payment company called QualX
5  recently.
6          We announced a bunch of new customers
7  recently, and certainly, you know, between now and the
8  end of the year, you know, we continue to make good
9  momentum signing up new banks.  We just announced
10 publicly started talking about the Central Bank Summit
11 we hosted in New York City a few weeks ago.  We had a
12 couple dozen central banks from around the world come
13 together and talk about how different central banks are
14 thinking about blockchain and digital assets.
15         We obviously talked about Ripple and XRP and
16 the things we're doing, but it was also allowing those
17 banks to come together and talk to each other and hear
18 from each other, you know, how different banks and
19 different central banks are thinking about regulating
20 crypto in that category, so it was a lot --
21         MS. FUJITA:  Any talk of central banks maybe
22 thinking about issuing their own coins?
23         MR. GARLINGHOUSE:  You know, it's an
24 interesting question.  You know, you do -- that question
25 was definitely discussed.  You know, I think you have to
0027
1  come back to, okay, what problem is that solving.  Even
2  if you offer a central bank coin, you still have to have
3  a settlement to another central bank coin.  So again,
4  from Ripple's point-of-view, you still have a
5  cross-border problem.  There might be some efficiencies
6  of using a digital asset on a domestic basis, but it
7  doesn't obviate the need for that cross-border
8  efficiency that Ripple's very focused on, that
9  interoperability between -- today between, you know,
10 different currencies, but even the future, as I
11 mentioned earlier, between different marketplaces using
12 digital assets to allocate resources.
13         MS. FUJITA:  Okay.  I think I have one more --
14 we have time for one more --
15         MR. GARLINGHOUSE:  All right.
16         MS. FUJITA:  -- very quick one.
17         MR. GARLINGHOUSE:  Your spin.
18         MS. FUJITA:  All right.
19         MR. GARLINGHOUSE:  Another career.
20         MS. FUJITA:  Let's do one more.  We got a lot
21 of careers.
22         MR. GARLINGHOUSE:  We haven't done a routine.
23 We haven't done a or --

```
24          MS. FUJITA:  Okay.  I'm going to let you take
25     the last spin because --
0028
 1          MR. GARLINGHOUSE:  Okay.  So we'll take the
 2     orange one.
 3          MS. FUJITA:  Okay.  Oh, this is a good one to
 4     end on.
 5          MR. GARLINGHOUSE:  All right.
 6          MS. FUJITA:  What keeps you up at night?
 7          MR. GARLINGHOUSE:  (Laughter)  Oh --
 8          MS. FUJITA:  That's a long list, right?
 9          MR. GARLINGHOUSE:  -- oh, yeah, and I -- the
10     17-hour flight from San Francisco to Singapore kept me
11     up for part of last night, but, you know, what keeps me
12     up at night, you know, honestly, a lot of it comes down
13     to at Ripple, do we have the right people doing the
14     right things.  You know, the pressure to move quickly
15     keeps me up at night.  You know, this is a very dynamic
16     space.  It's moving very quickly.  And, you know, even
17     on a weekend like last weekend where you saw tremendous
18     shifts in the price of BTC and BCH, you know, it -- that
19     keeps me up at night, the uncertainty that's happening
20     here.
21          But, you know, look, I think at a macro level,
22     you're continuing to see governments, regulators lean in
23     and understand that there really are real value
24     propositions of using digital assets, of using
25     blockchain and so, you know, mostly I'm sleeping pretty
0029
 1     well right now.
 2          MS. FUJITA:  Okay, great.  We'll end it on
 3     that note.  Brad, thank you so much for joining us.
 4          MR. GARLINGHOUSE:  Thank you for having me.
 5     This was great.
 6          MS. FUJITA:  And that's it for this edition of
 7     Life.
 8          (End of video.)
 9                    * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
```

```
22
23
24
25
0030
 1                 TRANSCRIBER'S CERTIFICATE
 2
 3  I, Wendy Smith, hereby certify that the foregoing
 4  transcript consisting of 29 pages is a complete, true
 5  and accurate transcription of all matters contained on
 6  the recorded proceedings, Brad Garlinghouse Ripple CEO
 7  LifeHacksLive November 2017 - YouTube, File Number
 8  NY-09875.
 9
10  _____
11  Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# PX 503.07

PX 503.07
Interview with Brad Garlinghouse, 12/14/2017, via BNN Bloomberg
https://www.bnnbloomberg.ca/technology/video/cryptocurrencies-xrp-ethereum-and-litecoin-soar-to-record-highs-after-bitcoin-s-rise~1284604



0001
1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:        )
4                           )  File No. NY-09875-A
5  RIPPLE LABS, INC.        )
6
7  SUBJECT:      2022_09_08_18_21_04_640x368.wmv
8  LINK:         https://www.bnnbloomberg.ca/
9                technology/video/cryptocurrencies -
10               xrp-ethereum-and-litecoin-soar-to-
11               record-highs-after-bitcoin-s-rise~1284604
12 POSTED BY:   Bloomberg
13 DATE POSTED: 12/14/2017
14 PAGES:       1 through 11
15
16               VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25               (202) 467-9200
0002
1           P R O C E E D I N G S
2  2022_09_08_18_21_04_640x368.wmv
3          JOHN:  In her last news conference as Chair of
4  the U.S. Federal Reserve, Janet Yellen set her sights on
5  Bitcoin.  Yellen told reporters the cryptocurrency is
6  not a stable store of value and is a highly speculative
7  asset.  Take a listen.
8          (Recording plays.)
9          MS. YELLEN:  I would simply say that Bitcoin
10 at this time plays a very small role in the payment
11 system.  It is not a stable source of -- store of value,
12 and it doesn't constitute legal tender.  It is a highly
13 speculative asset.
14         (End of recording, newscast resumes.)
15         JOHN:  And while we've spoken endlessly about
16 Bitcoin's meteoric rise of late, other cryptocurrencies
17 have also soared to new record territory, including
18 Ethereum, Litecoin, and the one in this chart, XRP.  As
19 you can see in this table, XRP is having a huge move,
20 making its way up to fourth in terms of the largest
21 cryptocurrencies around the world, measured by market
22 cap, overtaking Litecoin.
23         Joining us from San Francisco, via Skype, is
24 Brad Garlinghouse, who is the CEO of Ripple, which is
25 the company behind XRP.  Brad, always good to see you.
0003

1  Thanks for joining us.
2         MR. GARLINGHOUSE:  John, nice to see you.
3  Thanks for having me on board.
4         JOHN:  You were with us in October.  You were
5  hosting a big conference around what Ripple is all
6  about, which is embracing the world of Blockchain, and a
7  healthy relationship with the existing banking industry.
8   Since then, though, it feels like now the world is
9  talking about cryptocurrencies because of this Bitcoin
10  boom and the boom in the currency at your company.
11  What's been your reaction?
12         MR. GARLINGHOUSE:  Well, certainly I think
13  2017 could easily go down as the year of crypto.  And
14  it's -- I think the enthusiasm in many cases is very
15  well placed, and that there's a lot of opportunity --
16  there's a lot of potential in these technologies.  You
17  know, for Ripple, we have taken a point of view that we
18  have to work with the regulators.  We have to work with
19  the banking system.  This isn't something that's going
20  to revolutionize the system from the outside.  And you
21  know, the banking industry is appropriately a very
22  regulated industry, because there's real money involved.
23   There's risk to companies.  There's risk to
24  individuals.
25         So Ripple has taken a unique point of view.
0004
1  And I think the reason why XRP has performed so well
2  this year, we're solving a real problem.  It's a multi-
3  trillion dollar problem around cross-border payments.
4  There's a lot of friction.  It's very slow.  It's
5  expensive.  We're working with the institutions to
6  deliver on that.  And so people have gotten excited.  We
7  now have over a hundred customers we've announced
8  publicly.
9         JOHN:  So there's that part of the business,
10  but then there's just this speculation of people getting
11  excited about cryptocurrencies just being assets that
12  don't seem to be slowing down.  They keep going up and
13  up and up.  How do you manage that?  How do you sort of
14  try to grow a business while you have this
15  cryptocurrency that is on fire, in theory kind of
16  raising expectations for the underlying business behind
17  it?
18         MR. GARLINGHOUSE:  You know, John, it is a
19  great question.  One of the things that I feel really
20  strongly about and certainly have been proactive in
21  pointing out, at the end of the day, the value of
22  digital assets will be driven by their utility.  If
23  they're solving a real problem and that problem has
24  scale and that problem actually --  you know, there's
25  real value there, then there will be demand for the
0005
1  tokens and the price of the tokens will go up.
2         For XRP, we've seen, because it's required,

3   it's something that can really reduce the friction, and
4   we're talking about a multi-trillion dollar problem in
5   how cross-border payments flow.  And so I think if you
6   drive real utility, yes, there's going to be demand for
7   that.  When you have fixed supply, and these digital
8   assets, unlike traditional fiat currencies, have
9   generally speaking fixed supply, and you see increasing
10  demand, prices go up.
11          I think increasingly people have realized --
12  so Bitcoin is up about 17X this year, which is -- that's
13  tremendous.
14          JOHN:  Yeah.
15          MR. GARLINGHOUSE:  Other assets, XRP is up
16  100X this year.
17          JOHN:  Yeah.
18          MR. GARLINGHOUSE:  And I think it's because
19  the problem we're solving, people realize, is a real
20  problem, it's a big problem.
21          Bitcoin is really solving almost a stored
22  value problem.  It's digital gold.  And gold is an 8
23  trillion dollar asset.  Bitcoin today is around a 300
24  billion dollar asset.  Maybe 250, 300 billion dollar
25  asset.  So you can certainly argue that Bitcoin has got
0006
1   a lot of upside.
2           We think about the transaction time and the
3   speed of what XRP can do is really where we think -- the
4   reason why there's been even more excitement around XRP
5   this year.
6           JOHN:  Let's talk about the speed at which
7   your business is growing.  I mean, when you were with us
8   in October, I think you talked about the whole
9   cryptocurrency market valuation being close to 200
10  billion.  We've soared through that.
11          MR. GARLINGHOUSE:  Yes.
12          JOHN:  We know that much.  And at the time you
13  had more than 100 customers, which was a big milestone
14  for you.  Have you guys seen more partners coming sort
15  of onboard to sort of you know, find common ground with
16  you?
17          MR. GARLINGHOUSE:  Absolutely.  You know, one
18  of the things I think, because of the excitement,
19  because of the attention, people are looking for those
20  real-world use cases.  They don't want science
21  experiments.  They want real demonstrable value that
22  they can use.  And so as an example we actually hosted
23  an event in New York City, like this was last month.  It
24  was a Central Bank Summit.  We had about 30 central
25  bankers from around the world who are trying to
0007
1   understand the implications of blockchain technologies,
2   the implications of cryptocurrencies, crypto, what I
3   call digital assets.
4           And I think bringing together those, you know,

5  several dozen central bankers to understand and really
6  share within themselves -- you know, Ripple was there
7  obviously hosting this event and talking about how
8  Ripple is working with the system, which is obviously in
9  contrast to how many are working.
10       But, you know, the interest in this space is
11  appropriately extremely high, because it really does
12  have the opportunity to revolutionize how many, many
13  transactions happened in many industries.
14       JOHN:  So you mentioned central bankers.  The
15  best-known one on the planet, Janet Yellen, just shared
16  her view yesterday.  You heard those comments.  She
17  calls Bitcoin a highly speculative asset.
18       What do you think about -- would you agree?
19  And would you agree on the same terms with respect to
20  XRP?
21       MR. GARLINGHOUSE:  You know, when I hear
22  people talk with us, it's certainly -- also somewhat
23  famously Jamie Dimon, the CEO of JP Morgan, came out,
24  talked down Bitcoin.
25       You know, the thing I think about -- and you
0008
1  were out in Silicon Valley earlier in your career.  In
2  the late 90s, the East Coast and some of the
3  institutional kind of establishment, they were shorting
4  Amazon.  The West Coast was going long Amazon.  You
5  know, today, Amazon is one of the most valuable
6  companies on the planet.
7       I think there's a movement happening, there's
8  a change happening in terms of what digital assets, what
9  blockchain represents, to how financial systems can
10  work, whether it's securities trading, whether it's even
11  trade finance.  There's many different use cases.
12       Ripple has focused on payments.  We've gotten
13  a lot of traction there.  So I understand why she says
14  that.  But it all comes back to that comment I made
15  earlier about utility.  If digital assets are solving a
16  real problem, these are big market opportunities, then
17  digital assets are going to have a lot of value.
18       JOHN:  I just want to ask you a question about
19  secrecy.  I mean, here you are, you're the CEO of this
20  business that is embracing blockchain, you have your own
21  cryptocurrency.
22       We were reminding viewers this week, you know,
23  a few years ago I was out trying to determine if this
24  guy in Temple City, California was the creator of
25  Bitcoin.  It turned out that he wasn't.  But it is still
0009
1  a mystery who, if there is a particular person, is
2  behind Bitcoin.
3       Since you're right in front of me and a lot of
4  people are trying to figure out about, you know, should
5  I invest in this cryptocurrency or that one -- are you
6  personally invested in XRP?  With this runup are you

7  taking profits on that investment if you have one?  I
8  mean, in the purpose of having some transparency around
9  what's going on right now.
10       MR. GARLINGHOUSE:  To be transparent, I'm long
11  XRP.  I'm very, very long XRP as a percentage of my
12  personal, you know, balance sheet.  I'm also long
13  Bitcoin.
14       I'm not long some of the other assets, because
15  it is not clear to me, you know, what's the real
16  utility.  What problem are they really solving?  And
17  there are some of these digital assets where I think
18  there's just, the hype and reality is a little bit out
19  of balance.
20       Over time, hype and reality come into
21  equilibrium, and I think prices will adjust to reflect
22  that.
23       But again, it goes back to, if you're solving a
24  real problem, because it's a scaled problem, then I
25  think you have a huge opportunity to continue to grow
0010
1  that.
2       We've been really fortunate obviously.  I
3  remain very, very, very long XRP.  There's an expression
4  in the industry of HODL.  Instead of HOLD, it's HODL,
5  because of a typo.  Kind of an inside baseball thing.
6  And certainly, I'm on the HODL side.
7       JOHN:  All right.  Well, it's fascinating to
8  watch.  We'll look into checking in with you as this
9  story unfolds.  Brad, thanks for your time as always.
10       MR. GARLINGHOUSE:  Good to see you, John.
11       JOHN:  Brad Garlinghouse, the CEO of Ripple,
12  behind the XRP cryptocurrency, which has been surging of
13  late.  Coming up --
14       (End of video.)
15            * * * * *
16
17
18
19
20
21
22
23
24
25
0011
1            TRANSCRIBER'S CERTIFICATE
2
3  I, Christine Boyce, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on
6  the recorded proceedings in the Matter of:
7  RIPPLE LABS, INC.
8  12/14/17 BNN BLOOMBERG, 20220908182104 640x368.WMV

9   408699-NY

10

11

12

13   _____

14   Transcriber

15   9/9/2022

16

17

18

19

20

21

22

23

24

25

PX 503.08

PX 503.08
Interview with Brad Garlinghouse, 12/27/2017, via Bloomberg Technology
https://www.youtube.com/watch?v=5TtaF3D6G2Y



0001
1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3   In the Matter of:          )
4                              )   File No. NY-09875-A
5   RIPPLE LABS, INC.          )
6
7   SUBJECT:      Bloomberg Technology Full Show 12_27_2017
8   LINK:         www.youtube.com_watch_v=5TtaF3D6G2Y
9   POSTED BY:    Bloomberg Technology
10  DATE POSTED:  12/27/2017
11  PAGES:        1 through 44
12
13                  VIDEO TRANSCRIPTION
14
15
16
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                  (202)467-9200
0002
1               P R O C E E D I N G S
2          Bloomberg Technology Full Show 12_27_2017
3          MR. JOHNSON:  I'm Cory Johnson in for Emily
4   Chang, and this is Bloomberg Technology.  Coming up, big
5   tech, big gains, Facebook, Google, Amazon, all show big
6   success in 2017.  There will be headwinds in the coming
7   year.  We'll discuss, and among the top cryptocurrencies
8   of the year, Ripple is breaking out from Bitcoin's
9   shadow.  We're talking to Ripple's CEO, Brad
10  Garlinghouse.
11          And we'll look back on the tech leaders who
12  helped shaped 2017 with highlights from some big
13  conversations, Satya Nadella of Microsoft, Cheryl
14  Sandberg of Facebook, and (inaudible) of Soft Bank, but
15  first, let's get to our lead as we close out 2017, big
16  cap tech holding on historic gains raked in over the
17  year thanks to record profits, a solid userbase, and
18  promising user growth for a lot of companies.  Just big
19  gains from the biggest names in technology, but a big
20  tech reckoning could come in 2018.  Greater regulation,
21  oversight from the government, certainly fake news is --
22  it's shadow is large.
23          Here to wrap us up, a man who casts his own

24  shadow, James Cakmak (inaudible) in New York.  James,
25  good to see you as always.  It's interest that, you
0003
 1  know, that I love the way that you have covered these
 2  companies because you know, you're looking at a lot of
 3  these very big companies, but with a skeptical eye and
 4  at some of the tough issues we've seen them show.  When
 5  you look at them, who's sort of got the toughest haul in
 6  the coming year?
 7          MR. CAKMAK:  Yeah, I mean, look, it's been an
 8  interesting year, because all these companies have
 9  posted tremendous financial success and definitely grown
10  much bigger than I thought -- I think what many thought
11  in the beginning of the year in their own right.  But at
12  the same time, we saw all this regulatory scrutiny
13  across all the companies.
14          The election certainly didn't help, you know,
15  with that scrutiny, but as we look into 2018, I think
16  that you can handicap it as Amazon is likely in the
17  driver's seat when it comes to favorable tailwinds --
18  favorable winds when it comes -- with regulatory
19  environment, but as you move down that list within the
20  fan group, I think Google is next.
21          They used to be the politically savvy, but
22  then you have Facebook that I think that they're drawing
23  ire from both sides of the political spectrum.  I think
24  it's going to get worse as we approach the midterm
25  elections later in 2018.  So, I think that that scrutiny
0004
 1  will only escalate from here, at least from the headline
 2  perspective.
 3          MR. JOHNSON:  Well, so -- all right, so, bad
 4  fake news headlines is what you're predicting here for
 5  probably Twitter -- I'll throw that one in there too as
 6  a company --
 7          MR. CAKMAK:  Sure.
 8          MR. JOHNSON:  -- you've covered, I know, but
 9  Twitter, Facebook, YouTube, part of Google.
10          MR. CAKMAK:  Mm-hmm.
11          MR. JOHNSON:  Do you think that actually hurts
12  financial results to -- you know, over the weekend
13  actually Facebook introduce this feature that let you
14  find out if you actually retweeted or favorited or
15  reposted something from a fake -- from a Russian fake
16  news site.  I thought it was an interesting response,
17  but done very quietly over the holiday weekend.
18          MR. CAKMAK:  Yeah.  I think financially
19  speaking, the -- it's full steam ahead for all of these
20  companies.  You have Amazon continuing to gain shares
21  versus traditional retail.  Facebook continuing to gain

22  share versus traditional media outlets.  Google, the
23  same story there.
24          Twitter, you know, they're trying to carve out
25  a path of their own going more niche, but at the end of
0005
1   the day, I mean, these companies will continue to grow.
2   I think that the -- from a financial standpoint --
3           MR. JOHNSON:  Wait.  So, what you're saying --
4   so, what you're saying is a lot of headlines, who cares,
5   it's not going to affect their financial results?
6           MR. CAKMAK:  Yeah.  It's not going to affect
7   their financial results, but you do have to think about
8   from a stock perspective, you know, the degree of
9   multiple expansion that's in there.  Obviously we have
10  the earnings power, but at the same time, valuations
11  have been steadily rising for all these companies.
12  They're still relatively attractive for valuation
13  relative to their growth rate, but you know, I do think
14  that that is something that investors will definitely
15  need to consider.
16          MR. JOHNSON:  So, do we separate investment
17  results from some of those other companies?  I mean, one
18  of those things -- you know, you mentioned legal
19  problems potentially --
20          MR. CAKMAK:  Mm-hmm.
21          MR. JOHNSON:  -- not looming for amazon, but
22  boy, there is no company that scares -- you know, they
23  used to say when Mike Wallace would knock on the door,
24  don't answer it because 60 Minutes is outside trying to
25  bust you with something.  Well, Amazon comes into your
0006
1   business model --
2           MR. CAKMAK:  Yeah.
3           MR. JOHNSON:  -- every CEO in America is
4   scared of that, whether it's a small business or a large
5   business, and I wonder if there's a time when regulatory
6   concerns will concern Amazon, not least of which because
7   this president doesn't like the Washington Post, which
8   is owned by Jeff Bezos.
9           MR. CAKMAK:  Sure.  I think it will come, but
10  it will come later, because right now you're in a
11  situation where you have the Amazon moving closer to all
12  of the federal agencies with AWS.  You have them
13  shopping around their second headquarters where all
14  these cities are clamoring for attention to get that.
15  And then --
16          MR. JOHNSON:  Which means you're going to tick
17  off every single city you didn't choose.  That's not
18  going to solve political problems, it's going to make --
19  it's going to make political problems.

20          MR. CAKMAK:  Yeah, but at the same time, you
21     also have all these new fulfillment centers that will
22     open up from a headline perspective, new jobs and what
23     not.  So, I think Amazon is safe for now, but I think
24     that once you trigger some major headlines, such as
25     reaching up to a trillion dollars in value, I think that
0007
 1     that will reopen the floodgates for regulators to come
 2     in.
 3          Because right now, I think regulators are
 4     going to be more focused on things that could
 5     potentially affect the election, unless, you know, the -
 6     - because if this was actually an issue, the FTC would
 7     have scrutinized the Whole Foods acquisition a hell of a
 8     lot more than just a one-sentence response, which we
 9     think was -- we think was -- it wasn't -- it wasn't the
10     right thing to do.
11          MR. JOHNSON:  You're putting your -- you're
12     putting your faith -- you're putting your faith in
13     government regulators, really, James?  You are?
14          MR. CAKMAK:  Look --
15          MR. JOHNSON:  Seriously?
16          MR. CAKMAK:  I -- I'm not -- I'm just saying
17     that here are priorities, and then there are incentives,
18     and what are the regulators incentivized to do?  It's
19     incentivized, you know, to attack the things that, you
20     know, can affect the -- you know, their political
21     prospect, and Amazon --
22          MR. JOHNSON:  I do say -- yeah, no, I get it.
23     I'll give you that.
24          MR. CAKMAK:  Yeah.
25          MR. JOHNSON:  I was just giving you a hard
0008
 1     time.
 2          MR. CAKMAK:  I think in 2018 -- the bigger
 3     story for 2018 is all these companies have been growing
 4     in their own right, but --
 5          MR. JOHNSON:  Right.
 6          MR. CAKMAK:  -- I think that what you'll see
 7     in 2018 is for them to start to encroach onto each
 8     others' territory.  You know, you have the Google versus
 9     Amazon battle brewing.  You have the Google versus
10     Facebook battle brewing, and I think that those battles
11     will continue to escalate.
12          So, it will be a question of -- well, not if
13     these companies will get bigger, but will there be, you
14     know, a zero sum type of aspect where share shifts --
15          MR. JOHNSON:  Yeah.
16          MR. CAKMAK:  -- will start to occur between
17     the two, and I think --

```
18            MR. JOHNSON:  It is --
19            MR. CAKMAK:  -- that will be interesting.
20            MR. JOHNSON:  It is curious that whether a
21   duopoly of advertising of Facebook and Google, you
22   really do have Amazon growing a big advertising
23   business, and with the lock on search that Google has --
24            MR. CAKMAK:  Mm-hmm.
25            MR. JOHNSON:  -- with the devices like Echo,
0009
 1   you actually see Amazon getting into search in its own
 2   way.
 3            MR. CAKMAK:  Yeah.  Exactly, because you're
 4   eliminating the incentive to search on Google explicitly
 5   when you can introduce a discovery mechanism on Amazon.
 6   Because you're -- when you look at Google, the product
 7   listing ads have been the bread and butter for the
 8   company in recent years, and just shift that away, and
 9   then if you look at the content side of the equation
10   where they're starting -- where Amazon is likely going
11   to be the biggest content spender in the industry,
12   potentially even eclipsing Netflix, you know, so what
13   are the implications there for YouTube and Facebook as
14   well?
15            MR. JOHNSON:  James Cakmak.  Always a
16   pleasure.  James Cakmak does a terrific job over there
17   at (inaudible).  They're lucky to have him.
18            MR. CAKMAK:  Thank you.
19            MR. JOHNSON:  Thank you very much.
20            MR. CAKMAK:  Happy holidays.
21            MR. JOHNSON:  All right.  If there's one
22   headline for 2017, it was fake news looking to start a
23   fire.  Take a look at the fake news hits of the year,
24   and what social media companies are doing to curb their
25   spread.
0010
 1            MS. FRIAR:  2017 is the year we realized how
 2   quick and easy spreading misinformation on social media
 3   is, and how profitable the spread of fake news can be.
 4            Before the US presidential election, fake news
 5   was a get rich quick scheme to cash in on online
 6   advertising, but this year we learned it is also a tool
 7   to disrupt democracy.
 8            The Kremlin-backed Internet Research Agency
 9   reached over 150 million Americans on Facebook with
10   inflammatory posts intended to start conflict over
11   issues like race and religion.
12            This was done with 80,000 posts boosted by
13   $100,000 in ad spending.
14            MR. WARNER:  These ads are just the tip of a
15   very large iceberg.
```

16          MS. FRIAR:  And it resulted in Google,
17  Facebook, and Twitter all testifying in hours of
18  Congressional hearings about Russia's tactics and how
19  they can try to stop them.
20          But it's not limited to the US.  The spread of
21  fake news became a global issue in 2017.  France and
22  Germany successfully fighting the scourge in their own
23  elections.  In the meantime, other governments are using
24  Facebook as a tool to spread propaganda.
25          A genocide in Myanmar of the Rophingya Muslim
0011
1  population, and an attack in the Philippines on a local
2  news organization, and much more.  So, just what can big
3  tech do to reign this in?
4          Facebook is trying the human route, hiring
5  thousands of people to sift through all that content,
6  but critics also worry about social media companies
7  taking too many liberties and going too far with their
8  censorship.
9          Twitter said they shut down thousands of
10  accounts and are taking steps to get tougher on
11  extremists while investigating further.  No matter what
12  the sites do, one thing is for sure, fake news is going
13  to get harder to stop.
14          Facebook often argues that it's a technology
15  company, not a media company.  Well, to take on fake
16  news in 2018, it may have to be both.
17          MR. JOHNSON:  And that was Bloomberg's Sarah
18  Friar.  Coming up, our exclusive conversation with
19  Microsoft CEO Satya Nadella, and the dangers of AI, the
20  importance of Windows to Microsoft's future as well, and
21  Bloomberg Technology is livestreaming on Twitter.  Check
22  this out, go to @technology, weekdays at 5:00 on the
23  East Coast, 2:00 on the West Coast.  This is Bloomberg.
24          Check this out.  New York City is thinking
25  about adding an extra fee on every single Uber ride in
0012
1  Manhattan.  It will also affect other ride sharing
2  companies like Lyft, according to a story in the New
3  York Times.
4          Around 68,000 cars affiliated with ride
5  sharing services currently in New York City streets.
6  Also, US cities like Seattle, like Chicago, Portland,
7  also have implemented their own ridesharing fees to work
8  on congestion and encourage public transportation.
9          Well, all week we're bringing you highlights
10  from some of the best interviews of 2017 in September.
11  Emily Chang sat down with Microsoft CEO Satya Nadella,
12  Bloomberg Studio 1.0.  She asked -- started by asking
13  him about why it's important for Microsoft to keep

```
14  making its own hardware, and whether or not Microsoft
15  would ever make a phone again.
16          MR. NADELLA:  Key to us -- one of the key
17  things, I guess it's Alan Kay who said if you're serious
18  about your software, you make your own hardware.  I
19  think there's some truth to it, and the reality is, we
20  will always invest in hardware to create new categories.
21          MS. CHANG:  So, would you ever make a phone
22  again, and under what conditions?
23          MR. NADELLA:  I mean, one of the things that
24  we have sort of said multiple times is, look, at this
25  point, what is needed is for us to not be obsessed about
0013
 1  categories that are well served, not at least on current
 2  rules.
 3          What is considered a phone today will be very
 4  different in the future.  The question is, even take
 5  holo-lens.  Is it a mobile device?  Yeah, it is.  It's
 6  untethered, it's battery powered, you wear it on your
 7  eyes.  What is the future of those kinds of devices?
 8          So, to me, Microsoft will always be in this
 9  end to end computing experiences business, but our goal
10  is to invent categories and reinvent categories.
11          MS. CHANG:  You talk about three big strategic
12  bets for the future in your book, Mixed Reality AI:
13  Quantum Computing.  On the issue of AI, are you at all
14  concerned that Google or Facebook or Amazon or Apple
15  could outpace Microsoft on AI, and then become dominant
16  in AI -- this AI future that we keep hearing about?
17          MR. NADELLA:  You know, to me, what is
18  Microsoft's approach will be all around, how do we take
19  AI?  Today, it's a little, you know, perverse in the
20  sense that everybody says, oh, look at me, how cool I am
21  because of the AI capability.  That's not how Microsoft
22  approaches any problem.  It's not about any, you know,
23  parlor trick of ours, and our progress that we
24  celebrate.  The most important thing to us is, our we
25  democratizing so that every customer of ours can build
0014
 1  their own AI?
 2          Because if you really are going to have this
 3  fourth industrial revolution, we better figure out a way
 4  to democratize it so that every company, whether it's a
 5  small non-profit, or a large multinational can use AI in
 6  the context of their endeavor.  That's kind of what we
 7  want to do.
 8          MS. CHANG:  Is Elon Musk right to be warning
 9  about the dangers of AI, whether it's the military
10  applications or otherwise?
11          MR. NADELLA:  With any new technology, there
```

12    is a lot of good that comes with it, and we should first
13    grab hold of it, and then be clearer eyed about any
14    unintended consequences.
15            MS. CHANG:  Mm-hmm.
16            MR. NADELLA:  So, we've got to be able to use
17    AI to first help empower humans, but that said, wherever
18    AI, you know, is -- runs amok, or we lose control, that
19    could be dangerous.  And so, I think the first
20    responsibility we have, instead of thinking that that's
21    going to happen, let us encode or enshrine a set of
22    design principles.
23            MS. CHANG:  Mm-hmm.
24            MR. NADELLA:  So, I think that we shouldn't
25    abdicate our responsibility, like good user experience,
0015
 1    there is such a thing called good AI.  At least, I'm of
 2    a firm belief that what is the need of the hour is for
 3    us as creators of AI to enshrine those principles.
 4            MS. CHANG:  So, robots could take over the
 5    world, but hopefully not?
 6            MR. NADELLA:  Yeah.  It's up to us.
 7            MS. CHANG:  What is the one product that the
 8    competition got to first that you wish Microsoft could
 9    have invented?
10            MR. NADELLA:  You know, look, if I look back
11    at history, there are many products.  Quite honestly, I
12    wish we had gotten even to the relational database
13    before Oracle.  Because if you think about one of the
14    most amazing pieces of technology, or before IBM.  So, I
15    just don't worry as much about looking at either the
16    product or the technology.
17            Somebody else got to it.  The question is, are
18    we able to go back to that sense of purpose that we have
19    of what we can do with the technology, how novel and new
20    it is.  It has to be something that fits with our
21    identity.  As I said, even if somebody else gets to a
22    quantum computer first, what are they going to do with
23    it versus what we're going to do with it is going to be
24    probably very different.
25            MS. CHANG:  You now build many of your
0016
 1    products for several different operating systems.  So
 2    given that, what is the future importance of Windows to
 3    the Microsoft future in general?
 4            MR. NADELLA:  Windows, there's billion users
 5    of Windows.  300 million PCs got sold last year, and it
 6    continues to be a very significant part of what we do,
 7    but it's not the only part.  I think that's the change
 8    for us, which is, we now have a much more diverse,
 9    robust business.

```
10          We have Xbox and gaming, which, by the way,
11 spans both PC gaming and the console gaming.  We have
12 more than 55 million Xbox live subscribers.  We have the
13 Windows business.  We obviously have our Office 365
14 services that are a part of it.  We have linked in.  We
15 have Dynamics 365, we have Azure and our hybrid
16 infrastructure.
17          So, Microsoft in that sense is a much more
18 diversified portfolio, with linkages between them.
19 That's, I think, how we're going to keep going forward.
20          MR. JOHNSON:  That was Microsoft CEO Satya
21 Nadella speaking with Bloomberg's Emily Chang.  Coming
22 up, we're going to take a closer look at a start up that
23 has 18 employees, no revenue, a valuation of $1.2
24 billion.  How can that be possible?  Blockchain.  It's
25 the magic word.
0017
 1          Also a reminder of our interactive TV
 2 function.  You can find TV Go on the Bloomberg.  You can
 3 watch us live.  If you miss any interview, just go right
 4 back to it on TV Go.
 5          You can send the producers a message even
 6 while the show is going on.  Play along (inaudible)
 7 actually bring you on the air, which is for Bloomberg
 8 Subscribers only, worth the price of admission.  Check
 9 it out at TV Go.  This is Bloomberg.
10          Well, Bitcoin's freakish surge in the last few
11 months of the year saw a lot of companies trying to cash
12 in on the crypto craze by pivoting their business
13 models, or at least their descriptions as blockchain
14 companies.
15          That includes a Hong Kong based start up
16 called UBI, blockchain internet.  The stock has seen
17 massive gains up a thousand percent -- more than a
18 thousand percent for the year, with some crazy volume.
19 I wrote about investor interest in the company for a
20 story on Bloomberg News.  You can check it out at
21 Bloomberg.com.
22          You can check it out on the Bloomberg
23 terminal, but better yet, stay here and talk about this
24 story with Julie Verge, Bloomberg news reporter who is
25 up on all these things with these Bloomberg (inaudible)
0018
 1 was really up on all these stocks.  It's really
 2 interesting to me that this isn't just about speculation
 3 on currencies and stores of value.
 4          We have stocks and companies renaming
 5 themselves, announcing new business plans, like this one
 6 I wrote about that used to be called JA Energy that was
 7 something like a plant to energy business, reverse
```

```
 8  merges and becomes a bitcoin company, or a blockchain
 9  company.
10          MS. VERGE:  Right.  This is a prime example of
11  what's been going on in the past month or two in
12  particular in that there is a juice maker that decides
13  to put blockchain in its name.  There's a sports bra
14  maker that decides to put blockchain in its name, an e-
15  cigarettes company that does the same thing, and --
16          MR. JOHNSON:  Wait, sports bras --
17          MS. VERGE:  Sports bras.
18          MR. JOHNSON:  -- in blockchain?
19          MS. VERGE:  I know.  I mean, who would have
20  thought blockchain could help the manufacturing process
21  for sports bras, I guess?  But the thing is, none of
22  them are actually doing anything in blockchain it seems
23  like.
24          It's just adding that to the name, sort of
25  like the late 90s, early 2000s when companies were
0019
 1  adding .com to their name, not really doing anything
 2  with the internet, but their stocks would surge, right?
 3  It's just déjà vu all over again.
 4          MR. JOHNSON:  Well, when I was a money
 5  manager, when I was looking for stocks that I didn't
 6  believe in, then I would look for things that were right
 7  along -- aligned with a trend.  A social media company
 8  that didn't have a social media network, or a wireless
 9  company that didn't have a wireless product.
10          So when I saw this one, not that it's -- I
11  don't know if it's fake or real or what it is, but when
12  I saw that it has both internet of things and blockchain
13  in its description, and it has zero revenues and over a
14  billion dollars in valuation, I thought --
15          MS. VERGE:  Mm-hmm.
16          MR. JOHNSON:  -- this one is worth kicking
17  around a little bit.
18          MS. VERGE:  Right.  Not even just no revenues.
19  It has basically $15,000 in cash on hand, you write in
20  your story, they're burning through about $220,000 a
21  month.
22          It doesn't seem like a company that was one
23  that should be soaring in valuation, right?  I think
24  there was a quote in your story from a professor
25  actually saying that the profile of the company is
0020
 1  scary, and that basically is the summation of what this
 2  whole thing is.
 3          MR. JOHNSON:  And that's just not any
 4  professor.  It's Charles Lee, an accounting professor at
 5  Stanford Business School who has written very positively
```

```
 6   about Chinese reverse mergers.  Even then, he finds this
 7   one concerning.
 8            The other thing I did is go back and look at
 9   the progeny.  Who is behind this deal?  And I was really
10   surprised to see they only list four executives, and
11   three of the people, the company -- a former director
12   and two other former executives had something called
13   American bio-engineering -- American Chinese Bio-Energy,
14   AOB, right?  American Oriental Bio-Engineering, and
15   their product was called the urine stopper.  Their
16   expertise was in stopping bedwetting.
17            MS. VERGE:  And you managed to get bedwetting
18   into a headline at Bloomberg.  I love you for that --
19            MR. JOHNSON:  It's --
20            MS. VERGE:  -- Cory.
21            MR. JOHNSON:  It's -- I appreciate the love.
22   It's my finest achievement as a Bloomberg employee for
23   these lo so many years.  No, but these guys -- I mean,
24   that's just it, I mean, you know, I talked to one of the
25   lawyers for the company and I said, you know, if these
0021
 1   guys have an expertise in bedwetting, how can they have
 2   a company that's based in blockchain, besides the fact
 3   that the company -- the bedwetting products supposedly
 4   had radioactive protons that were going to energize the
 5   product, and it was licensed from the University of
 6   California at Berkley, and neither of those things
 7   turned out to be true, what's the connection between
 8   bedwetting and bitcoin, and they said, well, no one has
 9   experience in bitcoin.  That's the great thing about it.
10   It's new to everybody.
11            MS. VERGE:  Right, so you can't be, like,
12   well, you know, there's a reason why people don't have
13   blockchain or bitcoin on their resume now is because
14   it's so new they haven't had time to add it.  Although
15   blockchain has been around for a while, so I might take
16   a little bit of an argument with it at that point.  It
17   would seem to be like if you do have some experience,
18   you would want to have that on your resume, right?  And
19   it sounds like they weren't very easy to get in contact
20   with when you were writing this story.
21            MR. JOHNSON:  Yeah.  One of the main -- the
22   main phone number listed from the SEC filing -- well,
23   the most recent filing doesn't even have the full phone
24   number.  The previous number, the number rang
25   disconnected.  So, it's an -- it's an interesting
0022
 1   company with a billion dollar market cap, and they split
 2   the stock three to one today, so it's much more exciting
 3   for --
```

```
 4              MS. VERGE:  It's keeping --
 5              MR. JOHNSON:  -- the future of this company.
 6              MS. VERGE:  -- day traders busy, right?
 7              MR. JOHNSON:  It's doing that certainly.
 8      Thanks.  Julie Verge.  So, thank you very much, from
 9      Bloomberg News, we appreciate your time.  All right, up
10      next, we continue the cryptocurrency conversation.  The
11      CEO of Ripple, big, important cryptocurrency.  We're
12      talking about how this company is actually using
13      blockchain in the field of banking.  This is Bloomberg.
14              MS. LEINZ:  I'm Kailey Leinz in New York, and
15      you're watching Bloomberg Technology.  Let's start with
16      a check of your first word news.  Former President Obama
17      gave his first interview since leaving the White House.
18      Speaking with BBC Radio guest editor Prince Harry, Mr.
19      Obama warned about the use of social media by world
20      leaders.
21              PRESIDENT OBAMA:  All of us in leadership have
22      to find ways in which we can recreate a common space on
23      the internet.  One of the dangers of the internet is, is
24      that people can have entirely different realities.  They
25      can be just cocooned in information that reinforces
0023
 1      their current biases.
 2              MS. LEINZ:  Mr. Obama did not mention
 3      President Trump by name.  The IRS says 2018 property
 4      taxes can be deductible if they are assessed and paid in
 5      2017.  Residents in high tax states have been rushing to
 6      prepay next year's property taxes before new rules from
 7      President Trump's tax plan overhaul kicks in.
 8              At least ten people are wounded after an
 9      explosion at a supermarket in Russia.  Investigators say
10      an explosive device went off in a storage area of the
11      store in St. Petersburg.  No one has yet claimed
12      responsibility for the blast.
13              And in Russia, President Vladmir Putin has
14      submitted the nomination papers required for him to run
15      for reelection as an independent.  Putin is seeking his
16      fourth presidential term.  He has a current approval
17      rating of about 80 percent heading toward the March
18      election.
19              Global news, 24 hours a day, powered by more
20      than 2,700 journalists and analysts in more than 120
21      countries.  I'm Kailey Leinz, this is Bloomberg, and
22      it's just after 5:30 p.m. here in New York.  It's 6:30
23      Thursday morning in Hong Kong.  I'm joined by
24      Bloomberg's David Ingles with a look at the markets.
25      David, good morning.
0024
 1              MR. INGLES:  Good morning, Kailey.  So, yeah,
```

2   as we get underway to the stories, there are just a few
3   things to note of course.  A lot of data coming out over
4   the next hour.
5          So, we have factory output numbers for
6   November out in Japan and South Korea.  South Korea
7   comes out in about 30 minutes time, as it of course
8   reopened over in Sidney.  We're essentially looking at a
9   flat to lower start.  You do some simple math here, and
10  Nikkei 225 may be about a tenth of one percent lower at
11  the open.
12         As you can see, of course, a little bit
13  stronger on the yen there against the US dollar.  New
14  Zealand, uninspired at the open, flat as well.  Have a
15  look at these yields, though, and certainly the story
16  that we will be following is whether or not we get
17  another leg up at the moment.  Very early on, of course,
18  we're not seeing that across some of these bond markets
19  that are already up and running here in the Asia-
20  Pacific.
21         Just one other thing to note before I go, two
22  trading days left in the Asia-Pacific, and we're about
23  to give or take a third of one percent short of that
24  record high.  If we get there, that's a trophy at the
25  end of the year, but it has been a stellar one of course
0025
1   for equities in 2017.  I'm David Ingles, here in Hong
2   Kong, more from Bloomberg Technology next.
3          MR. JOHNSON:  Well, this is Bloomberg
4   Technology.  I'm Cory Johnson.  Digital currency,
5   Ripple, breaking out of bitcoin's shadow.  It's really
6   exploded over the last week or over the last year.  It
7   is the leading cryptocurrency of the entire year, really
8   stunning stuff.
9          Brad Garlinghouse, CEO of Ripple, joins me now
10  from New York.  Brad, always a pleasure to talk to you,
11  and I have said that for years talking to you.  I didn't
12  have any idea that Ripple was going to become the kind
13  of thing that it has become here, and it's interesting
14  to me because you're so focused on having a functioning
15  business built around blockchain, but you've also got
16  this big honking valuable currency that you guys have a
17  lot of.
18         MR. GARLINGHOUSE:  There's no question, and I
19  think as some of your earlier participants, you know,
20  said, there's a lot of hype in this space, but I think
21  there's also a lot --
22         MR. JOHNSON:  You think?
23         MR. GARLINGHOUSE:  -- a lot of hype, but
24  there's a lot of reality, and Ripple has been very
25  focused on, how do you create real utility and solve a

0026
1  real problem?  And in this case, it's for cross-border
2  payments, which is a multi-trillion dollar problem, and
3  if we could reduce the friction there using blockchain
4  technologies, we think we can create a lot of value for
5  consumers, for banks, for the whole ecosystem.
6          MR. JOHNSON:  Yeah.  I mean, the whole thing
7  of going to an ATM -- anyone who has travelled overseas
8  and goes to an ATM machine and sees the massive fees
9  slapped on there just to access their own money, often
10  from the same bank that they use for -- in their native
11  country knows what a problem this is, let alone the huge
12  businesses that Western Union and others have moving
13  currency.
14          But it looks like you're looking far beyond
15  that, I guess, into actually what the banks themselves
16  are paying.
17          MR. GARLINGHOUSE:  You know, even within the
18  banking community, there's a few banks that kind of sit
19  on the top of the entire global payments infrastructure,
20  and all the other banks end up paying them to help
21  settle the global liquidity that's required for
22  commerce, for small businesses, for retail, and across
23  the board, it's kind of amazing that we still live in a
24  world where to send money to London today, the fastest
25  thing for you or I to do would be to drive to -- well,
0027
1  for you, for SFO, for me here in New York to JFK or
2  Newark, and fly the money to London, that's crazy.  We
3  live in the age of the internet, and we can't move our
4  own money in real time.  And of course as you said, the
5  costs here can be really high.
6          MR. JOHNSON:  Yeah.  It's a fascinating thing.
7   It seems like the kind of thing -- I love when you talk
8  about this, saying it's -- it should be simply as easy
9  as sending an email or moving any other piece of digital
10  information, downloading a website or whatever. When you
11  make the sale for this business, to whom do you make the
12  sale?
13          MR. GARLINGHOUSE:  Well, we really are in the
14  business of selling solutions, selling technology to
15  banks.  Part of that is simply a software sale, and part
16  of that also for customers that want to take advantage
17  of using a digital asset like XRP for liquidity, what
18  that means is instead of pre-funding literally the
19  trillions of dollars that banks have with other banks
20  around the world, the pre-fund that amount that sits
21  there and it's really dormant cash sitting there.
22          With digital assets, you can make that much
23  more real time to enable a payment across a border into

24  another currency in real time.  Today, Ripple is doing
25  that into Mexico with companies like Qualix, and we
0028
 1  certainly see that expanding with other partners and
 2  customers over time.
 3          MR. JOHNSON:  How much money is pre-funded,
 4  and how long does it typically sit there?
 5          MR. GARLINGHOUSE:  There's $27 trillion
 6  sitting in these bank to bank accounts.  They're called
 7  Voster accounts, because --
 8          MR. JOHNSON:  Yeah.
 9          MR. GARLINGHOUSE:  -- the bilateral
10  relationship between the Bank of Cory and the Bank of
11  Brad, you can put as much money as you want with the
12  Bank of Brad, but this is --
13          MR. JOHNSON:  And Brad, I want to make the
14  same invitation to you, since it's the holidays, since
15  we've been friends for a long time, you can put as much
16  as you want in the Bank of Cory.
17          MR. GARLINGHOUSE:  It's a problem that -- I
18  appreciate that.  It really is a problem that if we can
19  reduce the time, the friction, the cost, we really can
20  accelerate global commerce, and by reducing that
21  friction, you accelerate that engine.  It's good across
22  the board.  It's good for both companies in the United
23  States.  It's good for the unbanked communities across
24  Africa.  It really can fundamentally change the way the
25  global financial infrastructure is wired.
0029
 1          MR. JOHNSON:  Wait, explain the -- explain the
 2  unbanked, because the issue of the unbanked is such a
 3  fascinating thing that a first worlder doesn't really
 4  think about much; I certainly don't.  But explain how
 5  that helps.
 6          MR. GARLINGHOUSE:  Well, if you think about it
 7  today, the banks want to serve customers as long as they
 8  can serve them profitably.  If they can't serve a
 9  customer profitably, they're not going to do it.
10          So, when you talk about a migrant workforce,
11  for example, in Africa that has -- you know, is not
12  obviously making a lot of money, and is taking that
13  money from country to country, the cost of using the
14  banking system would actually exceed the income that
15  they would have.
16          If we could reduce the friction globally, and
17  make it easier for that migrant worker to hold assets,
18  to move those assets without costing them lots of money,
19  they then become part of the banking -- the kind of
20  global financial community.
21          I think that, you know, when we think about an

```
22   internet of value, and Ripple's long term kind of ten
23   year vision is, how do we enable an internet of value?
24   How do we enable value to move the way information moves
25   today, as you referred to email as an example.  It's
0030
 1   really bringing those communities into the system, and
 2   allowing them to participate and benefit from being a
 3   part of that financial system.
 4           MR. JOHNSON:  I said email because I'm old.  I
 5   should have said text messages or --
 6           MR. GARLINGHOUSE:  Sure.
 7           MR. JOHNSON:  -- snaps or something.  But
 8   Brad, I want to -- I want to take you into the Bloomberg
 9   terminal.  I think you've seen this.  I sent you guys a
10   screenshot earlier this week or a few weeks ago.  When
11   we had created this monitor of cryptocurrencies on the
12   Bloomberg, we listed the price of these
13   cryptocurrencies, and look, lo and behold, number two
14   right there, just because we picked it to be number two,
15   is Ripple, and when I look at what that has done over
16   the last year, holy cow, look at that gain, that's a --
17   that's a stunning gain for anything, particularly in the
18   last few weeks, as we pointed out earlier, but that
19   price right now of a buck 23, we'll call it, how many
20   coins, or how many  XRPs do -- does Ripple own right
21   now?
22           MR. GARLINGHOUSE:  Ripple owns 61 percent of
23   it.  There's a hundred billion units of XRP that are
24   created. We own about 61 percent of them.  I think there
25   -- you know, there's no doubt that 2017 has been, you
0031
 1   know, amongst other things, the year of crypto, and
 2   within the year of crypto, XRP has outperformed every
 3   other digital asset out there.  So, year to date as
 4   you're -- as that chart showed roughly about 20,000
 5   percent.  But you're asking why is that?
 6           MR. JOHNSON:  But that also -- that gives you,
 7   what, about 75 billion dollars worth of coin right now?
 8
 9           MR. GARLINGHOUSE:  That gives us a huge
10   strategic asset to invest in and accelerate the vision
11   we see for an internet of value that I was describing
12   earlier.  For me, this is all about, you know, an
13   opportunity to participate and accelerate a vision we've
14   had for some time.  I think the reason why there's been
15   excitement around -- well, there's been excitement
16   around digital assets broadly.  XRP specifically because
17   people have increasingly realized that we have real
18   customers, we have the best performing technology.
19           MR. JOHNSON:  Right.
```

20          MR. GARLINGHOUSE:  I think -- I know you have
21   actually talked about this, but to complete a Bitcoin
22   transaction takes about $40, and the transaction costs.
23          MR. JOHNSON:  And it's slow.
24          MR. GARLINGHOUSE:  And it takes several hours
25   on average.  In contrast, XRP is very efficient.  It
0032
 1   settles in about three to four seconds and costs
 2   fractions of a penny.  So, while I think there are lots
 3   of use cases and utility you can have from Bitcoin --
 4          MR. JOHNSON:  Right.
 5          MR. GARLINGHOUSE:  -- it's not going to be a
 6   payment solution in its current form.  I think it's a
 7   store of value.  I'm long Bitcoin.  I think there's
 8   value there, but I think when you talk about lots of
 9   other use cases and all these digital assets --
10          MR. JOHNSON:  Yeah.
11          MR. GARLINGHOUSE:  -- I think it comes back to
12   what's the utility, what's the problems that are being
13   solved, and are there real customers that can take
14   advantage of that?
15          MR. JOHNSON:  But if you're sitting on $75
16   billion worth of an asset, are you -- is -- do you
17   envision a scenario over the next year where you'll sell
18   any of that?
19          MR. GARLINGHOUSE:  Well, certainly we use some
20   of it day by day and week by week to invest in the
21   ecosystem. So, we use -- in December, we actually
22   publicly produce a quarterly market report talking about
23   what's going on in the XRP markets, and we sell a little
24   bit every -- with market makers to incentivize market
25   makers.  We want to make sure we have very tight
0033
 1   liquidity between XRP and other -- excuse me, not other
 2   digital currencies, but fiat.  So, if we want to go into
 3   -- as I was describing earlier --
 4          MR. JOHNSON:  Right.
 5          MR. GARLINGHOUSE:  -- into the Mexican Peso,
 6   we want tight spreads between the Mexican Peso and XRP
 7   and other currencies.  So, we work with market makers
 8   globally.  We work with exchanges globally to make sure
 9   that there is very good liquidity to deliver on that.
10          MR. JOHNSON:  Brad Garlinghouse, CEO of
11   Ripple.  Always enjoy our conversations.  This is a
12   really fascinating one, so thanks for your time.
13          MR. GARLINGHOUSE:  Thanks, Cory.
14          MR. JOHNSON:  Well -- and again, you can
15   deposit in my account any time, really, just, you know,
16   as a friend.  Facebook's COO Sheryl Sandberg is going to
17   talk to us about employee perks and a need for more

18    corporate openness.  This is Bloomberg.
19           Well, now back to the interviews of 2017.
20    Emily Chang sat down with Facebook COO Sheryl Sandberg
21    and asked about the famed employee perks at Facebook,
22    and why there's no such thing as a free lunch.
23           MS. SANDBERG:  Well, we try to offer things,
24    but we don't require it.  We offer dinner, but no one is
25    required to come to dinner, and there are people who
0034
1    take their dinner in a box for their commute home or for
2    when they get home.  I think companies have an
3    obligation to do what they can for employees, and that
4    also means contractors.
5           So, we did something two years ago which was I
6    think a pretty unprecedented step which is, we announced
7    that we were going to pay all -- make sure all of our
8    contractors who worked at companies of a certain size
9    that we could have these deals with them get paid a
10    minimum wage of $15 per hour in the United States, and
11    get paid leave, and that's something more companies can
12    do.
13           I recognize the margins we have, and that we
14    are able to do more, but I think almost all companies
15    could stretch to do more for their employees, and offer
16    as much as they can.  Again, I think this is the 21st
17    century commitment we need to the people who work for
18    us, and that includes contractors.
19           MS. CHANG:  The gig economy is changing the
20    way we work.  Uber drivers and all different kinds of
21    more flexible work.  How do we take care of those
22    workers on a policy level?
23           MS. SANDBERG:  I think corporate leaders need
24    to think about leave policies and pay policies, not just
25    for their employees but for their contractors, and we
0035
1    did that a few years ago, and I encourage other people
2    to do it.
3           Let's talk about public policy, right?  Only
4    country in the world -- developed country that doesn't
5    offer paid maternity leave.  Let's talk about family
6    medical leave.  There's a really good bill out there.
7    It's the Family Act.  Senator Jill LeBrandt and
8    Congresswoman Deloro, it's a good bill.  It offers 12
9    weeks.  It covers men and women.  It offers substantial
10    wage reimbursement and replacement, and it covers all
11    forms of needing leave.  That's the kind of public
12    policy we need.
13           There's some progress at the state level.
14    Washington State last month became the fifth state to
15    offer a really good paid leave policy, but I don't think

16  we can fully rely on companies, even though mostly
17  companies are watching this, and I hope all of them do
18  as much as they can.
19          MS. CHANG:  Right.
20          MS. SANDBERG:  We need strong national policy.
21          MS. CHANG:  Apple builds a brand spanking new
22  campus with 100,000 square foot gym, no childcare.  Much
23  of that was made in the press.  Tech companies have
24  never shied away from radical solutions to hard
25  problems.  Should companies with the resources of Apple
0036
 1  and Facebook offer things like childcare?
 2          MS. SANDBERG:  Childcare is often complicated
 3  in the sense that a lot of companies that offer it
 4  directly have long waitlists, and a lot of places aren't
 5  zoned for it --
 6          MS. CHANG:  Mm-hmm.
 7          MS. SANDBERG:  -- so you don't have the option
 8  to do onsite childcare.  So, I've talked to a lot of
 9  companies who have different ways of dealing with it,
10  but here is what every company should make sure, is that
11  employees are paid enough that they can afford good
12  childcare, whether that childcare is offered on campus
13  which is obviously great if you can do it, or that
14  childcare is offered elsewhere.
15          Employees have the flexibility that when a
16  child is sick, they're not worried about losing their
17  jobs, and we know that people who are employees of
18  companies like Apple and Facebook, those companies are
19  more likely to be able to provide those things than
20  other companies, and that's why we need to think about
21  all of the workers.
22          MS. CHANG:  I'm curious how the message of
23  option B and corporate openness aligns with the message
24  of lean in.  Sharing is great, but can sharing hurt
25  women more?
0037
 1          MS. SANDBERG:  Let's be clear: there are
 2  double standards, I'm sure, on -- I mean, men don't
 3  really cry in the office, but if they did, I would
 4  applaud them.
 5          But if you ever -- people who have ever had a
 6  son or a daughter, I did.  It turns out those babies cry
 7  the same amount.  As adults, women cry more than men.
 8  We socialized that, and I think our culture needs to
 9  change because we're holding both men and women back.  I
10  really believe that the best leaders and managers do not
11  shy away from emotion but embrace it.
12          Now, that doesn't mean we spend all day
13  kumbayahing in a circle with tears.  No one is saying

14    that.  But it does mean that when someone has lost a
15    child, how are you today?  I'm thinking of you.  What
16    can I do to help you?
17          And on the way out of a meeting, are you sure
18    you want to be here?  But you know what?  You made a
19    great point.  That is how you use EQ combined with IQ to
20    be a great manager.  I think the best managers are doing
21    it, and more can.
22          MS. CHANG:  There's been an explosion of
23    stories about sexual harassment in Silicon Valley.  VCs
24    have lost their jobs.  The CEO of Uber has resigned.
25    Are you surprised by this?
0038
1          MS. SANDBERG:  I mean, I'm hugely
2     disappointed.  Look, sexual harassment has been around
3     for a long time in every industry.  It's abominable that
4     it still exists in this day and age.  People know
5     better.  I think it's great when people lose their jobs
6     when it happens, because I think that is what will get
7     people to not do it in the future, and I think this is a
8     leadership challenge.
9          MS. CHANG:  Mm-hmm.
10         MS. SANDBERG:  As a leader of a company, there
11    needs to be no tolerance for it.  Full stop, no
12    tolerance.  No one should go to work and face this.
13         MS. CHANG:  Part of the problem in tech is
14    that it is still male dominated.
15         Despite your leadership on this topic, has it
16    been harder to change the ratio than you thought?
17         MS. SANDBERG:  Our numbers are still low.
18    They're low for women, they're low for underrepresented
19    minorities, and that's something that's a problem,
20    because it's hurting us.  Diverse teams make better
21    decisions.
22         We are having some success on the business
23    side of the company.  Our company is more than half
24    women on the business side, and I'm proud of that.  On
25    the tech side, it remains a struggle, and there are 16
0039
1     percent of computer science graduates today that are
2     women compared to 35 percent in the 1980s when the field
3     was smaller.
4          Blacks and Hispanics are not represented in
5     computer science.  In order to hire computer scientists
6     we have to persuade more women and underrepresented
7     minorities to go into computer science.  We take that
8     really seriously at Facebook.
9          We have a larger Facebook internship program,
10    and we hire people who are computer scientists of all
11    backgrounds.  We started going earlier in the program.

```
12  We created Facebook University.  Tried to find women and
13  underrepresented minorities who we thought could be
14  great in computer science, but weren't yet in the field,
15  or were just starting in the field so we could get them
16  earlier and invest in them and try to keep them in.
17          We have a very large computer science and
18  engineering lean in circle program.  We do it with
19  LinkedIn and My Foundation and Facebook trying to get
20  women to feel that they have peers right from the
21  beginning.
22          If you go to computer science class, but you
23  don't have enough women in there, well, if you can be in
24  a lean in circle of computer scientists where you're
25  seeing more women, and we need to do more, because we're
0040
1  still not moving the numbers enough.
2          MR. JOHNSON:  Facebook's chief operating
3  officer Sheryl Sandberg with Emily Chang.  Well, coming
4  up, SoftBank founder Masayoshi Son has a plan to invest
5  $93 billion into tech companies, putting him on the map
6  as one of the most important tech investors on the
7  planet, but it hasn't always been a smooth road for Son.
8  We'll hear from him next.  This is Bloomberg.
9          Well, the US Library of Congress announced
10  today they will no longer add every public Tweet to its
11  archives, an ambitious project launched seven years ago.
12  Instead, the much larger volume of tweets generated now,
13  as well as Twitter's decision to double the character
14  limit from 140 to 280 characters.
15          Well, just days to go before year end and one
16  huge tech deal still looming, the deadline for
17  SoftBank's offer for Uber shares is this Thursday, but
18  did SoftBank offer enough to convince Uber insiders to
19  sell at a $48 billion valuation?
20          That's one of the tough choices facing founder
21  Masayoshi Son.  In October, he joined David Rubenstein
22  (inaudible) group with the host of the eponymous show to
23  talk about a lifetime of deals that informs Son about
24  his current business challenges.
25          MR. RUBENSTEIN:  One of the investments you
0041
1  made is considered by many people to be the most
2  successful investment in the history of mankind.  You
3  invested roughly $20 million in Alibaba, and at the time
4  it went public it was worth roughly $90 billion.
5          So, 20 million to 90 billion as a return of
6  about 4,500 percent.  Now, Jack Ma is a very
7  distinguished individual now, now one of the most
8  successful entrepreneurs in the world.
9          What is it that made you feel this was worth
```

```
10    putting in $20 million?
11           MR. SON:  Well, he had no business plan and
12    zero revenue.  Employees, maybe 35-40 employees, but his
13    eyes was very strong.  Strong eyes, strong, shining
14    eyes.
15           I could tell from the way he talk, the way he
16    look at, he has charisma, he has leadership.  So, his
17    business model was wrong.  It was the way he talked, the
18    way, you know, he can bring, you know, young Chinese
19    people following him.
20           MR. RUBENSTEIN:  Before Yahoo was so famous,
21    you made an early investment in it which was
22    spectacularly successful.  How did you hear of Yahoo?
23           MR. SON:  Yeah, Yahoo, US was still probably
24    about 15 employees, and I convinced them to take a $100
25    million of our investment.
0042
1            So, at the time we negotiated, we grew -- they
2     grew from 15 to 35 people -- to 35 people, and we invest
3     $100 million to own 35 percent, and actually went IPO
4     and made a great return.
5            And at the same time I convinced him to start
6     joint venture with Yahoo! Japan, where we put $1.2
7     million dollars, they put $0.8 million.  $2 million
8     start up capital.  We own 60 percent.
9            MR. RUBENSTEIN:  Now, let's talk about one big
10    mistake you made overall, and obviously you're very
11    successful in almost everything you've touched, but you
12    were making a lot of internet investments around the
13    turn of the century, around the year 2000, 1999, 2001.
14    The market went down in the -- in the -- in the tech
15    crash, and it is said that you personally lost $70
16    billion of net worth, the greatest loss that any human
17    being has ever suffered financially.  So, how did you
18    feel losing $70 billion of net worth?
19           MR. SON:  One year before that, actually, my
20    net worth -- my personal net worth was increasing $10
21    billion per week.  For three days, I became richer than
22    Bill Gates.
23           MR. RUBENSTEIN:  Well, did that upset him, or
24    --
25           MR. SON:  No, before I talked to anybody else,
0043
1     you know, our stock started crashing.
2            MR. RUBENSTEIN:  Okay.
3            MR. SON:  So, in six months after that, our
4     share price went down 99 percent.  So, we almost went
5     bankrupt, and somehow I survived.
6            MR. JOHNSON:  That's Masayoshi Son of SoftBank
7     on the David Rubenstein Show.
```

```
 8          All right, that does it for this addition of
 9  Bloomberg Technology.  A reminder that we are
10  livestreaming on Twitter right now.
11          A lot of you are watching this right now on
12  @technology weekdays, 5:00 back east, 2:00 out west.
13  That's it for now.  This is Bloomberg.
14          (End of audio.)
15                      * * * * *
16
17
18
19
20
21
22
23
24
25
0044
 1            TRANSCRIBER'S CERTIFICATE
 2
 3  I, Eric Axt, hereby certify that the foregoing
 4  transcript is a complete, true and accurate
 5  transcription of all matters contained on
 6  the recorded proceedings in the Matter of RIPPLE LABS,
 7  INC. 405886-NY, Bloomberg Technology Full Show 12_27_2017
 8
 9
10
11
12
13  _____
14  Transcriber
15  9/1/2022
16
17
18
19
20
21
22
23
24
25
```

PX 503.09

PX 503.09
Interview with Brad Garlinghouse, 2/11/2018, via Yahoo Finance
https://www.youtube.com/watch?v=pzbJ6e8sdpg



BRAD GARLINGHOUSE RIPPLE CEO YAHOO FINANCE INTERVIEW 30 MINUTES

951 views  Feb 11, 2018   SEVERAL TOPICS DISSCUSSED WITH YAHOO FINANCE
EXECUTIVES AND BRAD GARLINGHOUSE.  ...more

👍 15    👎 Dislike    ↗ Share    ≡+ Save    ⋯

```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:           )
 4                               ) File No. NY-09875-A
 5   RIPPLE                      )
 6
 7   SUBJECT:  BRAD GARLINGHOUSE RIPPLE CEO YAHOO
 8             FINANCE INTERVIEW 30 MINUTES - YouTube
 9   PAGES:    1 through 33
10
11
12
13
14
15
16
17                    VIDEO TRANSCRIPTION
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                  (202) 467 9200
0002
 1             P R O C E E D I N G S
 2   BRAD GARLINGHOUSE RIPPLE CEO YAHOO FINANCE INTERVIEW 30
 3   MINUTES - YouTube
 4             FEMALE SPEAKER:  -- to the stage, Yahoo
 5   Finance's Editor-in-Chief Andy Serwer and Dan Roberts
 6   for a conversation with Brad Garlinghouse, CEO of
 7   Ripple.
 8             (Applause)
 9             MR. SERWER:  You guys are losing energy in the
10   afternoon.  I don't like that.  I want to hear, come on,
11   some ups here, okay?  Especially Sam Rowe (phonetic).
12   He's got all the energy in the world over there with the
13   rest of the Yahoo Finance Team.  Let's have a hand to
14   the Yahoo Finance Team, who's working really hard to put
15   this all together.  Thank you guys.  (Applause)  Thank
16   you very much.  Take it away, Dan.
17             MR. ROBERTS:  All right.  Well, we're
18   delighted to have Brad here today, who's the CEO of
19   Ripple.  This is a company that has surely been a lot in
20   the news recently, and I have to say just anecdotally as
21   we've gone through this day, seen a lot of great
22   speakers, a lot of terrific panels, everyone keeps
23   stopping me and asking okay, when's Garlinghouse, when's
```

```
24  Garlinghouse, when's Garlinghouse, so here he is.
25           MR. GARLINGHOUSE:  I hope I don't disappoint.
0003
 1           MR. SERWER:  You are not going to disappoint.
 2  So a few things about Brad; first of all, some
 3  background.  First of all, he's from Kansas, which I
 4  just love that, Topeka, Kansas (applause).
 5           MR. GARLINGHOUSE:  Rock Chalk.
 6           MR. SERWER:  That's it.  Kansas strong right
 7  here, and the other thing is, another place he's from is
 8  he's from Yahoo.  Now, I don't know if you all remember
 9  that, but I do.  In fact, you've been in this building
10  before, right?
11           MR. GARLINGHOUSE:  I have, indeed, many years
12  ago, but yeah.
13           MR. SERWER:  In previous incarnations.  And
14  one thing, I just want to get this out of the way before
15  we get into Ripple because it's famous at Yahoo, maybe
16  not famous for you all, but like there was a manifesto
17  at Yahoo.  We were talking about how we were doing
18  business and this and that.  People were doing business
19  the right way and the wrong way and Brad came out with
20  what became known as the Peanut Butter Manifesto, and
21  it's famous actually not only at Yahoo, but in all of
22  Silicon Valley.  Do you want to say what the Peanut
23  Butter Manifesto is?
24           MR. GARLINGHOUSE:  Well, it's famous in the
25  echo chamber of Silicon Valley, I think.
0004
 1           MR. SERWER:  Yes (laughter), on the show.
 2           MR. GARLINGHOUSE:  But the premise was
 3  effectively that like maybe many companies, Yahoo had
 4  increasingly spread itself quite thin.  And the metaphor
 5  that had been used internally was we spread around our
 6  investment capital like peanut butter.  And I thought
 7  that was a terrible idea, and we should really decide --
 8  we needed to understand our true north of what we wanted
 9  to be the best in the world at, and it was really an
10  argument that the idea of spreading around resources
11  like peanut butter is a bad strategy.
12           MR. SERWER:  Right, you need to focus.
13           MR. GARLINGHOUSE:  I could go on like that for
14  another 10 minutes, so I'll just stop there.
15           MR. SERWER:  Right, no, let's stop there
16  because we do want to ask about Ripple, and there's a
17  lot of questions people have.  So why don't you start
18  off, Dan?
19           MR. ROBERTS:  Yeah, let's get right into that.
20  I think in the simplest sense for anyone in the room who
21  doesn't know, Ripple handles international payments for
```

22  banks and financial clients.  Is that a fair way to
23  distill it?
24          MR. GARLINGHOUSE:  Yeah.  I would say we sell
25  technology and solutions to banks and financial
0005
 1  institutions to solve a payment problem around
 2  cross-border payments, a liquidity problem around
 3  cross-border payments.  We've signed up over 100 banks,
 4  100 financial institutions around the world, including
 5  among Chinese customers today.
 6          MR. ROBERTS:  Yeah, just today actually Ripple
 7  announced the news that, might as well mention it here
 8  on stage, the fourth largest payment network in China,
 9  Lian-Lian, if I'm saying that close to correctly, has
10  joined Ripple and is going to use it.  So when we read
11  this in the news, and we were talking about this earlier
12  with Chain, we had the CEO of Chain up here, when we
13  read headlines that another bank or another big client
14  has signed on with Ripple, what does that really mean in
15  practice?
16          MR. GARLINGHOUSE:  What it means is that
17  someone has signed up to use our technology to enable
18  cross-border payment flows.  I think what the confusion
19  that happens in the marketplace is that our core
20  product, kind of our flagship product, is called X
21  Current, and X Current is solving the -- really the
22  messaging and settlement problem that exists in the
23  financial system today.  Humorously, frankly, I point
24  out to people that if the three of us decided we needed
25  to get $10,000 or 10,000 pounds to London today, the
0006
 1  fastest way for us to do that is to go buy a ticket, EWR
 2  or JFK, and fly it there (laughter).  And that's just a
 3  fact.  Obviously, that seems crazy in the world of the
 4  internet.  I can stream video from the space station.
 5  So what Ripple's -- the X Current is enabling is
 6  real-time messaging, real-time settlement between banks.
 7          The confusion that I think people are like
 8  well, wait a minute, how does XRP fit, XRP is used in
 9  our second product called X Rapid.  X Rapid is solving a
10  liquidity problem.  So it's the messaging is I have an
11  existing pool of capital between the Bank of Andy, the
12  Bank of Dan.  You're using a big bank, a very successful
13  bank.
14          MR. ROBERTS:  Bank of Dan is a good one, yeah.
15          MR. GARLINGHOUSE:  Bank of Dan.
16          MR. ROBERTS:  Uh-huh.
17          MR. GARLINGHOUSE:  Andy's Bank, a lot of
18  compliance issues.
19          MR. SERWER:  Oh, (laughter).

20          MR. GARLINGHOUSE:  These two banks are using X
21  Current to settle fiat, a key point here.  What happens,
22  though is you decide you want to settle with the Bank of
23  Brad.  The Bank of Brad is in Argentina, and we're using
24  pesos.  You don't want to prefund pesos in my bank.
25  Now, part of that is because that requires an outlay of
0007
1  capital and that's dormant capital.  Part of that is
2  because you now have a compliance check that you're
3  doing annually and quarterly.  There's costs associated
4  with that.  And if it's the Argentinian peso, you have
5  an inflation problem.
6          So you put 100,000 US dollars' worth of or
7  probably 100 million dollars' worth of US dollars there
8  that is now going to be worth less over time.  What X
9  Rapid allows you to do is to have real-time liquidity.
10  The Bank of Andy can sell a dollar, buy XRP; that XRP
11  can then be moved to an Argentinian digital asset
12  exchange.  You can sell the XRP and buy an Argentinian
13  peso.  And now you have good liquid funds in less than
14  10 seconds in another market.
15          MR. SERWER:  Now I want to make sure that we
16  define our terms, in terms of XRP, the token of X Rapid,
17  Ripple, the company, I think there's some confusion
18  there.  You know, very often, we hear financial
19  institutions talk about Blockchain.  They talk about
20  using Blockchain, but without any cryptocurrency.
21  Cryptocurrency they sort of eh, I don't want to have to
22  deal with that, but I like blockchain.  And so in this
23  example you've just brought up, in fact, let's say the
24  Bank of Andy says okay, I like the idea of the
25  international payment going faster, less friction, but I
0008
1  don't really know about XPR; I don't want to use that.
2  Can that be -- I mean that's a back-end settlement
3  token, really.
4          MR. GARLINGHOUSE:  That is how we engage
5  customers.  Clearly, there's a lot of misunderstanding
6  about digital assets, and I think some of it's been
7  clarified in the panels today.  What is interesting, and
8  a quick anecdote, even before Andy and I had met, I was
9  the CEO of a voiceover IP company.  I was a Telco guy,
10  way, way back when, pre-Yahoo, and actually, I came into
11  Yahoo.  Yahoo bought a company called Dial Pad.  I sat
12  down with the CEO or sorry, at the time, he was a very
13  senior guy at SBC Communications.  His name is Randall
14  Stephenson.
15          MR. SERWER:  I've heard of him.
16          MR. GARLINGHOUSE:  He's now the CEO of AT&T.
17          MR. SERWER:  Uh-huh.

18          MR. GARLINGHOUSE:  Randall Stephenson said to
19    me in 2000, AT&T -- well, at the time, SBC, will never
20    use IP for voice traffic.  Now, his point was, look, you
21    know, we have a robust analog switch network that works
22    for voice brilliantly.  We'll invest in data.  We'll
23    invest in the IP data and we'll have a separate network
24    for that, and that's how it evolved.  Well, today, there
25    is no voice network at AT&T; it's all IP.  I think the
0009
1     exact same thing is going to happen in the banking
2     world.  I talked to senior banks, people who are close
3     to the company, Ripple, they're invested in us and
4     they're like hey, look, we love what you're doing around
5     X Current, not sure yet about X Rapid.  That's fine.
6     It's Randall Stephenson, like I'm having an echo
7     chamber.
8            The X Rapid product gives you a faster product
9     at a lower price.  Do we really not think that people
10    are going to say, huh, that's kind of interesting?  So
11    over time, I view this absolutely as a crawl, walk, run.
12    We're now working with over 100 banks around X Current.
13    We've announced four customers using X Rapid.  Those are
14    Money Gram, Mercury FX, IDT and QualX, all payment
15    providers, and they're using our first testing
16    transactions with live transactions, moving many
17    transactions going into Mexico, and I think it's just
18    the beginning.
19          MR. SERWER:  So I don't know what it is about
20    Ripple, but there's something about it that makes people
21    excited or freaked out or both or a little of
22    everything. I mean -- and you know, in 2017, the price
23    of XRP was up, what, 32,000 percent.  And there are
24    reports that said that that made you and other
25    executives there billionaires, Brad.  And is that right?
0010
1     Is that normal?  Did that blow your mind?  I mean is it
2     true?  What's the bottom line there?  Maybe we have --
3     do we have a chart of that?
4            MR. ROBERTS:  Oh, yeah, we have a price chart
5     of XRP that we can pull up.
6            MR. SERWER:  Right.  We can pull it up.
7            MR. GARLINGHOUSE:  I'll tell you the exact
8     same thing I tell people --
9            MR. SERWER:  There you go.
10           MR. GARLINGHOUSE:  -- inside the company --
11           MR. SERWER:  Look at that.  (Laughter)
12           MR. GARLINGHOUSE:  What I say inside the
13    company is the exact same thing I would say outside the
14    company.  The price of XPR over three hours, over three
15    days, over three weeks or even three months, that is not

16    success.  That's not how I measure success.  I think
17    about success over the next three to five years.  The
18    problem we talk about these prefunded accounts, the
19    liquidity that the Bank of Andy wants to park at other
20    banks, there's over $20 trillion parked in prefunded
21    accounts around the world.  This is dormant capital.
22    We're solving a problem measured in the trillions of
23    dollars, and if we can activate that asset, if we can
24    make global commerce more efficient, there's an
25    opportunity to drive a lot of velocity, a lot of demand
0011
 1    and a lot of volume across XRP.
 2              We are just at the starting line.  I also said
 3    look, I think we've taken the first few steps of a
 4    marathon, but what I can also say is we've crossed the
 5    starting line of that marathon, and really, no other
 6    companies in this space have.  I think a lot of what you
 7    see happening in the space, there's science experiments;
 8    there's tests.  We have production customers moving real
 9    money, both with X Rapid, with XRP, as well as with our
10    kind of fiat-to-fiat.
11              MR. ROBERTS:  There was an interesting graphic
12    that I saw on Twitter recently.  I think Ripple tweeted
13    it out, and it basically showed the Bitcoin blockchain,
14    which, at times, due to transaction volume, has sort of
15    slowed or become weighed down.  It showed Lite Coin,
16    which forked from the Bitcoin blockchain and is supposed
17    to be a little faster, and then it showed one of
18    Ripple's products.
19              It must've been X Rapid, and it was a moving
20    GIF, a pretty convincing GIF.  And it was woo, it was
21    just flying.  Is there a way in which there's sort of a
22    level of education required where you have to first
23    explain here's blockchain, and here's traditional,
24    here's cryptocurrency; here's Bitcoin; here's how that
25    works as a payment network, as a payment platform?  Now
0012
 1    come along these other innovations and now here is why X
 2    Rapid is faster, and do you often get told well, I mean
 3    how can we prove that?
 4              MR. GARLINGHOUSE:  Yeah, look, there is a lot
 5    of misinformation.  There's a lot of fud and there's a
 6    lot of passion around all digital assets.  That's true
 7    of XRP.  That's true of Bitcoin, for sure.  I actually
 8    am long (phonetic) Bitcoin, personally, so I am not a
 9    believer that Bitcoin dies some terrible death.  I don't
10    think it's going to solve the payments problem.  XRP is
11    1,00 times faster and 1,000 times cheaper than a Bitcoin
12    transaction.
13              MR. SERWER:  Now how do you know that?  I mean

14  how can you --
15          MR. GARLINGHOUSE:  I mean those are charts --
16  I mean he's referencing some of this data.  Earlier
17  today -- well, actually, I don't know what was presented
18  earlier today, but the Coin Desk published report of
19  transaction times --
20          MR. ROBERTS:  State of the Blockchain Report,
21  yeah.  Uh-huh.
22          MR. GARLINGHOUSE:  Yeah, State of the
23  Blockchain Report.  Thank you.  You know, that shows you
24  here is the average Bitcoin blockchain transaction time
25  in Q4, average cost.
0013
1           MR. ROBERTS:  Yeah, the fee is very high.
2           MR. GARLINGHOUSE:  The fee -- I mean, you
3   know, I make the joke that are you going to use a
4   Bitcoin or a fraction of a Bitcoin to buy a cup of
5   coffee?  Well, it's going to take hours to complete the
6   transaction.  Your coffee is going to get cold.
7           MR. ROBERTS:  Let's keep it on XRP for a
8   second (laughter).  Let's keep it on XRP.  We've been
9   pushing a lot of people today on this topic.  This
10  certainly didn't only happen with XRP, but the idea that
11  at the end of 2017, especially in December, we saw a
12  frenzy of investment in cryptocurrencies, often from
13  people who didn't necessarily do any real homework on
14  these cryptocurrencies.  You know, off-and-on on our
15  live shows, I spend time talking about the different
16  tech behind each coin, and my colleague, Myles Udland, I
17  think very correctly, often says, "Well, these people
18  don't care.  They don't care about the tech that's
19  behind them.  They just want to buy the coins and watch
20  them go up."
21          And especially with XRP, Ripple, as we showed
22  that chart, it just spiked so high, is it concerning to
23  you, alarming or unsurprising to know that obviously at
24  the end of the year, so many people were going to
25  websites where they could buy up Ripple; they don't know
0014
1   anything about Ripple.
2           MR. GARLINGHOUSE:  Well, buy up XRP --
3           MR. ROBERTS:  Uh-huh.
4           MR. GARLINGHOUSE:  -- I mean an important
5   distinction that we try to make repeatedly is you can't
6   really -- well, you can buy shares of Ripple the company
7   on the secondary market, but what people are buying is
8   XRP.
9           MR. ROBERTS:  Right.
10          MR. SERWER:  Look, the way I think about this,
11  we are in the earliest innings.  The markets are in an

12  adolescent stage.  There is a tremendous amount of
13  volatility.  I think it's going to continue.  I don't
14  think it's going to stop any time soon.  But I also
15  think even events like this, the events in Washington
16  D.C. yesterday, the industry needs to go through a
17  maturation process.  Part of that maturation process is
18  not pretending that we're going to live outside of the
19  regulated financial markets.  One of the things that has
20  made -- to Andy's point earlier, that has made Ripple a
21  little contrarian and controversial is early on we were
22  contrarian in that we said, look, we don't think
23  governments are going away.
24          The Bitcoin community -- you know, some in the
25  Bitcoin community are coming from a very anarchistic
0015
1   liberation view of like down with government, down with
2   banks and even down with fiat currency.  Look, the US
3   dollar, I mean we could talk about other currencies
4   around the world, but the US dollar works pretty well.
5   I don't think the US dollar is going away in my
6   lifetime.  I don't think the US government is going away
7   in my lifetime.  The revolution that is enabled by
8   blockchain technologies is not going to happen from
9   outside the system; it's going to happen from within the
10  system.
11          And the thing that I think actually is a
12  disservice to the revolution is to pretend that we can
13  live outside of a regulatory framework.  You know,
14  Ripple has from the earliest days invested in engaging
15  regulators.  And when we go to Washington D.C., and we
16  go to other regulatory bodies around the world and
17  explain we aren't circumventing a KYC check, a know your
18  customer check.  We aren't circumventing an AML, an
19  anti-money laundering check.  We aren't circumventing
20  BSA.  There's lots of three-letter acronyms.  I'll stop
21  there.  But look, the Bank of England is a paid customer
22  of Ripple's.
23          There's another central bank we haven't
24  announced that we're working with very actively, like we
25  will continue to work with central banks.  We'll
0016
1   continue to work with regulators and educating them
2   about how we can accelerate the financial ecosystem,
3   which is good on many, many, many levels and not, in
4   some ways, circumvent and enable anonymous transactions
5   that obviously the government has concerns about.
6          MR. SERWER:  But can you reach a point with
7   fiat currency where you're in a stable relationship and
8   not actually eroding and undermining it?
9          MR. GARLINGHOUSE:  Well, I don't think XRP is

```
10  eroding and undermining.  I mean --
11          MR. SERWER:  I mean how is it complimentary in
12  a sort of -- in a stable way?
13          MR. ROBERTS:  And not a threat?
14          MR. SERWER:  Right.
15          MR. GARLINGHOUSE:  Well, I mean the solution I
16  described earlier as XRP, the US dollar domestically is
17  a great solution.
18          MR. SERWER:  Yeah.
19          MR. GARLINGHOUSE:  You're selling that US
20  dollar; you're buying XRP.  You're moving your XRP over
21  to another digital asset exchange.  You're selling the
22  XPR; you're buying an Argentinian peso, just to use that
23  example.  I mean I'm even careful, and I would even
24  encourage journalists of the world to be careful that I
25  don't call this cryptocurrency.  It's not currency.  I
0017
 1  can't go to Starbucks or Amazon and use -- and somebody
 2  inevitably like well, I have one example where I bought
 3  something with a Bitcoin, and then I usually say well,
 4  did you do a second transaction?  (Laughter)
 5          Like it's not actually a currency.  These are
 6  digital assets.  If the asset solves a real problem for
 7  a real customer, then there will be value in the asset.
 8  If the asset is -- as frankly I think many of the
 9  explosion of tokens don't have a real purpose, I was --
10  early last summer, I was very active in saying look, I
11  think these ICOs are a very bad thing for the industry.
12  There are exceptions.
13          MR. ROBERTS:  Right.
14          MR. GARLINGHOUSE:  I would say, okay, that
15  ICO, there's a real utility to that token; there's a
16  real purpose.  But look, a lot of these things I look at
17  and I'm like this is not going to end well.  And then I
18  think the comparisons people make to the dot com bubble,
19  I moved to Silicon Valley in 1997, I lived through that,
20  there are some fair comparisons, but you also have to
21  remember that Amazon was born in that era.  You also
22  have to remember that Google was born in that era.
23          There are companies that are going to grow out
24  of this crazy evolution, this crazy revolution that are
25  going to be very valuable, but there's also going to be
0018
 1  some carnage along the way.
 2          MR. ROBERTS:  Right, absolutely.  When we talk
 3  about banks' interest in blockchain, and we hit this a
 4  little bit with the guys from Chain and blockchain, for
 5  a while, and maybe it's finally changing as people
 6  become more educated and they do more research, but for
 7  a while, there was a very popular narrative of we want
```

```
 8    blockchain without Bitcoin, without crypto.  You guys,
 9    in a way, sit in the middle because you are a form of
10    blockchain tech, working with banks, but you do have a
11    token.
12              MR. GARLINGHOUSE:  Sure.
13              MR. ROBERTS:  And by the way, on a side note,
14    I agree about cryptocurrency.  I say no one's using it
15    to buy things, call it digital assets; call it digital
16    tokens, but in a way, you are sort of squarely in the
17    middle of this where it is blockchain with an asset, but
18    it's not an asset that the people using our technology
19    really need to know about.  I mean it can sort of --
20    it's the argument that it works behind the scenes.
21              MR. GARLINGHOUSE:  Yeah.  Well, it works
22    behind the scenes, or you can use Ripple's technology to
23    better coordinate your existing pools of liquidity.
24    Eventually, I'm working with the Bank of Andy, and he's
25    like, hey, this is great, this is working great and I
0019
 1    love what I'm doing, but I want to be able to settle
 2    into the Philippines peso.  And I say well, do you have
 3    a correspondent banking relationship in the Philippines?
 4    And you say well, no, I don't, and so your option is to
 5    spend months negotiating.
 6              Literally, six to nine months is the average
 7    time to establish a new bilateral relationship.  There's
 8    something called a Nostro-Vostro relationship.  Andy
 9    parks dollars there or parks pesos there and the bank
10    parks dollars in your account, your dollars.  You know,
11    there's a better way to do this, and I think as banks
12    increasingly understand that we're not changing the
13    regulatory dynamics, we're not changing this, and they
14    see it's faster and it's cheaper, I'm optimistic.
15              MR. SERWER:  You talked about Argentina and
16    the Philippines sort of metaphorically.  One place my
17    understanding is where you are active, though, is Japan.
18              MR. GARLINGHOUSE:  Yes.
19              MR. SERWER:  And why is that?  And what does
20    the Japanese market hold that's distinctive that gives
21    you an advantage there?
22              MR. ROBERTS:  Yeah.  Ripple is big in Japan
23    (laughter).
24              MR. SERWER:  Yeah.  And Kansas.
25              MR. GARLINGHOUSE:  I don't know about Kansas
0020
 1    yet, but so Japan is a unique market.  So we entered
 2    into a joint venture with a large financial services
 3    player over there called SBI, and there's an entity
 4    called SBI Ripple Asia, and they serve the Japanese
 5    market.
```

6         When we approach banks in Asia, we approach
7    them to solve a cross-border problem that we've
8    discussed here.  What's super interesting is that the
9    local rails in Japan are not very efficient.  So the
10   reason why we don't really talk about domestic
11   settlement for using Ripple's technology is like, look,
12   we can complain about ACH, and there's problems with
13   ACH.  It's pretty good.  I mean Ripple could do it
14   better, but let's leave that aside (laughter).
15         It'd be a hard sales pitch to walk into the
16   Bank of Andy and say rip out your ACH rail and use
17   Ripple.  You'd kind of be like look, that's not a big
18   problem.  It's not a big friction point.  But if I go in
19   and say to him, hey, your cross-border transactions,
20   you're like, oh, that's a high friction point.  My
21   customers are frustrated that there's no transparency in
22   the transaction.  There's a lot of reasons to adopt
23   Ripple.  What happened, which we didn't really expect in
24   Japan, is because the Japanese local rail isn't
25   particularly efficient, we had all of these banks
0021
1    talking to us about cross-border, they're like well,
2    wait a minute, can't we use this domestically?
3              MR. ROBERTS:  Right.
4              MR. GARLINGHOUSE:  Yeah, you can use it
5    domestically.
6              MR. ROBERTS:  Payments within Japan?
7              MR. GARLINGHOUSE:  Correct.  And so we have, I
8    think, now 63 banks that have signed up in Japan.  It
9    covers 40 percent of all accounts in Japan.  They're in
10   the process of going live within Japan.
11             MR. ROBERTS:  What percentage of your business
12   right now are these Japanese banks or at least the
13   relationships in Japan?
14             MR. GARLINGHOUSE:  Honestly -- well, in terms
15   of the number of banks, it's over 50 percent of it.  I
16   mean we've publicly announced we work with over 100
17   financial institutions around the world.  I mean I just,
18   I think, said that we're -- I think it's 63 in Japan, so
19   it's a big percentage.
20             MR. ROBERTS:  Wow.
21             MR. GARLINGHOUSE:  You know, lots of ways to
22   measure business, revenue, volume, all these kinds of
23   things, so it depends how you -- like everything, it
24   depends how you cut the data.
25             MR. SERWER:  So why is it like that there?
0022
1    Are there other countries that have that sort of same
2    problem/opportunity?
3              MR. GARLINGHOUSE:  Yes, back to the Peanut

```
 4   Butter Manifesto --
 5           MR. SERWER:  Yes (laughter).
 6           MR. GARLINGHOUSE:  -- life is about focus.
 7   Ripple is focused on a cross-border settlement problem,
 8   cross-border liquidity.  The reason why our first
 9   corridor is into the Mexican peso is because the local
10   rails in Mexico are extremely efficient.  There's a
11   local rail --
12           MR. SERWER:  Efficient?
13           MR. GARLINGHOUSE:  Very efficient, more
14   efficient than ACH.
15           MR. SERWER:  Okay.
16           MR. GARLINGHOUSE:  The local rail in Mexico is
17   called Spay.  You can get from one regulated financial
18   institution to another regulated financial institution
19   to another regulated financial institution inside Mexico
20   in under an hour.  So that means if I line up one
21   regulated financial institution in Mexico, I can enable
22   payments into any account in Mexico within an hour.
23   That's pretty cool.
24           MR. SERWER:  Okay.  So within, it needs to be
25   efficient, but it's -- the external part's got to be
0023
 1   inefficient?
 2           MR. GARLINGHOUSE:  Correct.  I mean
 3   cross-border --
 4           MR. SERWER:  Right.
 5           MR. GARLINGHOUSE:  -- the lowest common
 6   denominator for cross-border transactions is enabled
 7   through Swift.  It's enabled through this correspondent
 8   banking network.
 9           MR. SERWER:  Right.
10           MR. GARLINGHOUSE:  And there are a very small
11   number of banks who dominate that.  And they extract
12   billions of dollars of profits from the rest of the
13   banks.  They sit on the top.  You know, you ask why is
14   Jamie Diamond saying things about -- Jamie Diamond --
15   well, actually, Citi is kind of number one; HSBC is
16   probably number two.  But JPM is way up there at the
17   top, and they're making a lot of money from other banks.
18   When we go talk to banks, 99.9 percent of banks, they're
19   like we want Ripple to be successful because I'm sick of
20   paying these guys and they're taking a lot of money from
21   me that I then have to take from my customer, and why do
22   I want to feed Citi to be more competitive with me in
23   this local market.
24           MR. ROBERTS:  Or at the very least, they've
25   heard that blockchain is hot and they need to be doing
0024
 1   something in blockchain (laughter).
```

```
 2            MR. GARLINGHOUSE:  There's some truth to that,
 3   too, yes.
 4            MR. ROBERTS:  I want to make sure we hit this.
 5   You know, you were talking earlier about the fud and
 6   some misunderstandings about XRP and I appreciate that
 7   we're sort of addressing that.  One question I want to
 8   raise and just see if there's an updated take on, you
 9   got into it on Twitter with a reporter.  We were talking
10   about whether the banks that have been announced as
11   being partners of Ripple are really using Ripple.  And
12   there was just kind of an interesting exchange.  You
13   know, you kind of jumped on there on Twitter; that got a
14   lot of attention.  Any thinking there or --
15            MR. GARLINGHOUSE:  Look, I'm going to choose
16   my words really carefully.  I think particularly in
17   today's political climate, real facts are really
18   important.  And when I believe people are not -- are
19   manipulating at the margin information, I think that
20   is -- it's just bad for journalism.
21            MR. ROBERTS:  Do you think that in general,
22   the cryptocurrency space has had a lot of problems in
23   the media?  I mean I think I know the answer, but
24   there's just so much misinformation out there and you
25   have a --
0025
 1            MR. GARLINGHOUSE:  There's a lot.
 2            MR. ROBERTS:  -- website like Coin Desk, which
 3   we're partnering with today.  They are a trade
 4   publication.  They cover a lot of this stuff, sort of
 5   expertly.  We cover a lot of crypto, but then I noticed
 6   in the explosion of December, you've now got a lot of
 7   websites that some editors are telling people hey, cover
 8   Bitcoin, and it's tough to get everything right.
 9            MR. GARLINGHOUSE:  Look, this is an adolescent
10   stage of this industry.  It's incredibly important to me
11   for the success of Ripple, but for the whole ecosystem,
12   for the whole industry to mature, and I think that
13   applies to the media coverage, and it's really
14   frustrating when you go out and you read people who
15   haven't really scratched the surface to understand the
16   facts and look, I think I don't view other blockchain
17   companies as competitors because a lot of them are going
18   after completely different use cases.
19            MR. ROBERTS:  Uh-huh.
20            MR. GARLINGHOUSE:  Like the early days of the
21   internet, Yahoo was not competing with Amazon.  They
22   were totally different things.  The internet needed to
23   grow up.
24            MR. ROBERTS:  Yeah, right.
25            MR. GARLINGHOUSE:  Yeah (crosstalk).
```

0026
1  Fast-forward to 20 years later, but my point is I want
2  all   boats to rise.  I think an important element of
3  the maturation of this industry is also the maturation
4  of the coverage of I mean all aspects.
5           MR. SERWER:  Are you concerned, Brad, about I
6  mean, sort of taking a step back, on government's
7  cracking down on -- and regulating more crypto in all
8  sorts of ways?  I mean India, South Korea, even Japan,
9  credit card companies, Facebook --
10          MR. GARLINGHOUSE:  Yeah.
11          MR. SERWER:  -- does all of that -- is that
12  all going to -- I mean is that the sign of a maturing
13  business or the sign of a backlash?
14          MR. GARLINGHOUSE:  I think it's a maturing
15  business.  You know, again, I'll go back to I do think,
16  for me, this feels a lot like 1996, '97 and the birth of
17  the internet, and because I was a young whippersnapper
18  doing stuff in Silicon Valley at the time, the earliest
19  days of the internet, governments were like whoa, wait a
20  minute, what does this mean?  And there was lots of kind
21  of whipsawing back and forth about what regulators are
22  doing.  I actually think most of what you see happening
23  is regulators behaving as they should.
24          They're trying to make sure that hey, we have
25  regulations around know your customers.  There are
0027
1  reasons for that.  And so if exchanges are trying to
2  circumvent KYC requirements, they should come and
3  enforce that.  My only concern I would have, and back to
4  the maturation is that people understand the
5  differences.  I mean one of the things that I think has
6  been interesting in this recent downturn, the kind of
7  sell-off that's happened is, for the most part, the
8  whole category has moved at about the same decrease,
9  like the whole category went down 30 percent over a few
10 days.
11          That's interesting, right?  Like there are
12 some tokens whose expressed purpose is to enable
13 anonymous transactions.  And so the regulators are
14 saying whoa, whoa, whoa, you know, we're not okay with
15 that.
16          MR. SERWER:  Right.
17          MR. GARLINGHOUSE:  By the way, I think they
18 should say that.  But why does the whole market react
19 that way?  I don't -- that doesn't actually -- that, to
20 me, is not a rational market.  There are tokens being
21 used in regulated sections, I mean I'm thinking of XRP
22 in this case, but I think where I'm going to take the
23 long view.  I think there's going to be a lot of

24  volatility.  I think what we're building has -- it's
25  solving a real problem, and I think all of the tokens --
0028
 1  my advice to anybody would be understand the utility, if
 2  there's real utility and there's real value being
 3  delivered to a real customer, there will be value in the
 4  token.  Otherwise I think, you know, be careful.
 5          MR. ROBERTS:  When we talk about the market
 6  sort of rising and falling together, and I do agree,
 7  usually, it's all coins are up or all are down, but I
 8  think in the last month or so, we've seen at least a
 9  little bit of a differentiation.  Some days, Ethereum is
10  up, but Bitcoin is down, and maybe that's encouraging
11  and people are doing more homework.  But let's do a
12  hypothetical.  We asked you about XRP at the beginning;
13  you said I don't define Ripple's success based on the
14  price of XRP.  Let's say that --
15          MR. GARLINGHOUSE:  In the short term.
16          MR. ROBERTS:  Okay.
17          MR. GARLINGHOUSE:  I said in the short term.
18  Look, to be very clear, Ripple owns 61.X percent of all
19  XRP.
20          MR. ROBERTS:  That's what I was going to ask
21  you about.
22          MR. GARLINGHOUSE:  I want a very successful
23  XRP ecosystem.  The way I measure the success of that
24  ecosystem is around volume, velocity.  The success of
25  any asset is going to be dictated by its usage, by its
0029
 1  demand.  My point was simply -- I think my point earlier
 2  was I don't think about this -- and I try not to check
 3  the price of XPR multiple times a day.  Sure, I probably
 4  check it once a day, but look, it's going to go up; it's
 5  going to go down.
 6          What I care about is if we are delivering for
 7  our customers, there's going to be increasing
 8  opportunities to use things like X Rapid to solve a
 9  multi-trillion dollar liquidity problem.  That's an
10  exciting thing to be able to solve.  And frankly, for
11  the employees at Ripple, I think there's a
12  mission-driven we want to put our dent in the universe
13  and really enable an internet of value, to truly let
14  value move the way information moves today.
15          And that is possible, and it has a lot of
16  effects that I think are hard to predict, in the same
17  way the internet of information in 1997, could we have
18  predicted I could walk outside and get a car on demand
19  or an anything on demand, whatever it is (laughter).
20          MR. ROBERTS:  Do you think that XRP right now
21  is behaving based on Ripple the business?  Like

22  hypothetically, it should rise or fall based on as a
23  Ripple signs more banking partners?
24          MR. GARLINGHOUSE:  Well, I mean --
25          MR. ROBERTS:  But, of course, there's a market
0030
 1  completely separate of everything, yeah.
 2          MR. GARLINGHOUSE:  -- there's a lot of
 3  speculation, I think as we've talked already, there's a
 4  lot of correct information; there's a lot of
 5  misinformation.  I just -- you know, I try not to think
 6  about the price of XRP.  I certainly don't comment on
 7  the price of XRP.  I will, again, point out Ripple the
 8  company, as an owner of 61 percent of the tokens today,
 9  is the most interested party in the success of the XRP
10  ecosystem.  And we will do things to invest in the
11  success of the XRP ecosystem because that's in our best
12  interest.
13          MR. SERWER:  I wanted to get a question from
14  the audience, from Twitter from Alexander Daily.  "Brad,
15  do you see Ripple in working with financial institutions
16  in the same line of work as Chain?"  I guess they mean
17  the company, Chain.
18          MR. ROBERTS:  Or any other company, you know,
19  building private blockchains --
20          MR. SERWER:  Right.
21          MR. ROBERTS:  -- for banking and financial
22  institutions.
23          MR. SERWER:  Yeah.
24          MR. GARLINGHOUSE:  Well, look, I mean I have a
25  lot of respect for Adam who was up here earlier, but my
0031
 1  impression is that Chain has shifted their focus to a
 2  product they called Sequence, which is, I think, more of
 3  kind of a -- I don't think about them as a competitor in
 4  what we are doing.  I know they did a pilot with NASDAQ.
 5  They did some stuff with Visa.  My impression is that
 6  they are working on kind of a new segment of that
 7  customer set, so in the cross-border payment space, I
 8  think Ripple is far ahead of what anybody else is doing
 9  and I feel good about the kind of traction and moment,
10  and the pipeline of customers that we have going.
11          MR. SERWER:  So are you a blockchain company?
12  Are you a crypto company?  Both?  Neither?  What are
13  you?  What are you?
14          MR. GARLINGHOUSE:  Well, the first is we're a
15  payments company.
16          MR. SERWER:  Yeah.  Okay, so you're not --
17          MR. GARLINGHOUSE:  I mean -- people are going
18  to make fun of me.  I'm going to keep going back to
19  1997.  I feel old.

```
20          MR. SERWER:  Yeah, that's all right.
21          MR. GARLINGHOUSE:  You know, we used to talk
22  about these companies, they were internet companies.  Is
23  Yahoo an internet company?  No, Yahoo's a media company,
24  I think.  The Peanut Butter Manifesto debated that, but
25  the point is I think of Ripple as a payments company
0032
 1  that uses Blockchain and digital assets to solve a
 2  problem for payments.  One of the challenges, I think,
 3  there's a lot of companies and platforms out there that
 4  I think have a peanut butter problem.  They're trying to
 5  be all things to all people.
 6          If you have 100 different use cases you're
 7  pursuing, you have zero because you cannot understand
 8  100 different customers and 100 different needs of the
 9  buyer.  And you need to focus and understand hey, we're
10  going to solve for this vertical, and we're going to use
11  blockchain technologies to do that.  So I'm a payments
12  company that uses blockchain and uses digital assets to
13  solve a payments and liquidity problem.
14          MR. SERWER:  All right.  Let's let him have
15  the last word with that.
16          MR. ROBERTS:  That's what it is.
17          MR. SERWER:  And I know a lot of people wanted
18  to hear what you had to say today, Brad, so thank you
19  very much for coming here.  Brad Garlinghouse, CEO of
20  Ripple.  Please join me thanking him.
21          (Applause)
22          MR. GARLINGHOUSE:  Thanks, guys.
23          (Music)
24          (End of video.)
25                      * * * * *
0033
 1              TRANSCRIBER'S CERTIFICATE
 2
 3  I, Wendy Smith, hereby certify that the foregoing
 4  transcript consisting of 32 pages is a complete, true
 5  and accurate transcription of all matters contained on
 6  the recorded proceedings, BRAD GARLINGHOUSE RIPPLE CEO
 7  YAHOO FINANCE INTERVIEW 30 MINUTES - YouTube, in the
 8  matter of RIPPLE, File Number NY-09875.
 9  _____
10  Transcriber
11
12
13
14
15
16
17
```

18
19
20
21
22
23
24
25

# PX 503.10

PX 503.10
Interview with Brad Garlinghouse, 3/7/2018, via CNBC
https://www.cnbc.com/video/2018/03/07/ripple-ceo-brad-garlinghouse-on-fast-money.html



FAST MONEY

# Ripple CEO Brad Garlinghouse on Fast Money

CNBC's Brian Kelly talks with Ripple CEO Brad Garlinghouse about the cryptocurrency craze and what's next for Ripple.

WED, MAR 7 2018 • 5:31 PM CST

```
0001
 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:           )
 4                                 ) File No. NY-09875-A
 5    RIPPLE                       )
 6
 7    SUBJECT:   [400x224] Ripple CEO Brad Garlinghouse on
 8               Fast Money
 9    PAGES:     1 through 10
10
11
12
13
14
15
16
17                    VIDEO TRANSCRIPTION
18
19
20
21
22
23               Diversified Reporting Services, Inc.
24                        (202) 467 9200
25
0002
 1              P R O C E E D I N G S
 2    [400x224] Ripple CEO Brad Garlinghouse on Fast Money
 3              MR. GARLINGHOUSE:  Early on, Ripple the
 4    company took the point of view of look, how do we use
 5    XRP to solve an institutional use case.  Our goal hasn't
 6    been to go out and curry favor with the speculators,
 7    it's really been to solve a big problem around how
 8    payments flow cross-border for banks, for payment
 9    providers.  We've been very fortunate by focusing on
10    that segment and signing up really over a hundred
11    customers now ranging from some of the largest banks in
12    the world to, you know, small banks.
13              But I think it -- Wall Street has responded
14    because people I think recognize -- at the end of the
15    day, any digital asset, it's only as valuable as the
16    problem it's solving.  And if it's just speculative,
17    over the long-term that's not going to work out well.
18              BK:  So, but how have you got Wall Street
19    executives comfortable?  Because you have a lot of
20    prominent Wall Street people saying -- and firms saying
21    you can't buy Bitcoin, and they're saying Bitcoin
22    specifically, but it's still a digital currency.
23              MR. GARLINGHOUSE:  Yeah.
```

24          BK:  How do you get them comfortable with that
25    saying you know what, use this digital currency not
0003
1    Bitcoin because this one's okay?
2          MR. GARLINGHOUSE:  You know, I think it's
3    incredibly important that the whole industry recognize
4    that we have to work with the regulators.  We have to
5    work with the system.  I've been fond of saying the
6    blockchain revolution is happening from within the
7    system, it's not going to happen from outside the
8    system.
9          There's some in the Bitcoin community that
10   really advocated kind of, you know, not just down with
11   banks, but down with governments.  And we have been a
12   contrarian relatively speaking in that regard.  And so I
13   think when we think about an XRP flow and solving that
14   institutional money flow or we've announced pilots with
15   Western Union and MoneyGram, all of those transactions
16   are happening through a registered financial institution
17   to a registered financial institution where there's a
18   KYC -- something called a KYC check, know your customer.
19         Every financial transaction is through a
20   regulated endpoint.  And so, when regulators hear that
21   and they understand that, they're like oh, so you're not
22   circumventing regulations, you're not trying to enable
23   anonymous transactions.
24         And I think that's incredibly important for
25   the world to understand that like to the extent there's
0004
1    concern, regulatory concerns about digital assets, not
2    all assets are created the same, and we should
3    understand what the differences are.
4          BK:  So, all right.  So, part of that is, you
5    know people have called Ripple the more centralized
6    currency, right?
7          MR. GARLINGHOUSE:  Yeah.
8          BK:  For various technical reasons.  But is
9    that something that got Wall Street more comfortable,
10   the fact that you the company have more control over the
11   currency than maybe a completely open source, something
12   like Bitcoin?
13         MR. GARLINGHOUSE:  Well, I think, you know,
14   Ripple is a centralized company investing on top of a
15   decentralized technology called the XRP Ledger.
16         BK:  Okay.
17         MR. GARLINGHOUSE:  And so that part is
18   decentralized.  But I think why -- it has given us an
19   advantage where we have this strategic asset.  We have
20   60 billion dollars' worth of XRP, and we can use that as
21   an asset to invest in the XRP ecosystem.

22          There's no party more interested in the
23 success of the XRP ecosystem than Ripple.  We want that
24 to be massively successful because we own a lot of XRP.
25 So, it gives us an opportunity to invest in that, and
0005
 1 we've invested in venture funds, we've invested in hedge
 2 funds, we've invested in companies.  And we've also
 3 partnered with payment providers, we've partnered with
 4 market makers in order to make sure that XRP is the most
 5 useful digital asset out there for solving a
 6 cross-border payments problem.
 7          BK:  So that bring -- okay.  So the -- that
 8 brings out the question of if you are partnering with
 9 some of the premier players in this space, and you want
10 XRP the currency to do well because you hold some, how
11 important is partnering with somebody like Coinbase who
12 is effectively now the kingmaker of coins, how important
13 would it be to get a listing there?
14          MR. GARLINGHOUSE:  Well, you know, there are
15 obviously probably over a hundred exchanges around the
16 world.  Coinbase is one that obviously has a lot of
17 success.  You know, when we -- XRP is listed in over 60
18 exchanges around the world today.
19          The liquidity between Fiat and XRP is very
20 important to us.  You think about solving a payments
21 problem, you want to make sure there's good liquidity
22 between lots of Fiat, whether that's the Mexican Peso,
23 or the Philippine Peso, the U.S. Dollar.
24          Today we have liquidity of the U.S. Dollar
25 through exchanges like Bitstamp and Kraken, and we want
0006
 1 to obviously continue to see that grow because we want
 2 to make sure XRP is the most liquid.
 3          Now as it relates to Coinbase specifically,
 4 you know, Coinbase will have to decide what they want to
 5 do, make the announcements that are appropriate for
 6 them, but we certainly don't comment on, you know,
 7 status of those kinds of things.
 8          FEMALE:  Let's bring BK back in.  He is in
 9 front of apparently the Golden Gate Bridge -- the Bay
10 Bridge.
11          BK:  So, people were paying attention.
12          FEMALE:  I know.  People were paying
13 attention.  You caught them.
14          BK:  That was BK's little joke, yeah, exactly.
15          FEMALE:  So Garlinghouse is very diplomatic
16 about whether or not he would be added to Coinbase.  He
17 said it's up to Coinbase.  What do you think, BK, what's
18 the next logical coin to be added?
19          BK:  So, I mean, certainly Ripple is probably

20  one of those.  Ripple, Stellar are one of those.  I
21  don't have any special insight.  But, you know, Coinbase
22  is a strategic partner for most coins out and, you know,
23  Ripple is a currency.
24          I don't think, and I'm not a lawyer, but I
25  don't think you can argue that it's necessarily security
0007
 1  at all, so it would be a natural step for them to do
 2  that.  You know, so the -- I would say Ripple or Stellar
 3  would my odds-on favorite to be the next one to be put
 4  on Coinbase.
 5          The other thing you got to remember is, you
 6  know, Coinbase is being very thoughtful about what
 7  they're doing.  They're trying to be the safest and
 8  simplest exchange.  This is what we heard from their CEO
 9  yesterday.  And so, they're going to be deliberate about
10  it.  They are going to make sure that everything that
11  goes on there is a high-quality asset, and they've done
12  their due diligence.
13          FEMALE:  We should actually note, too, and
14  before we move on from this topic that Ripple had
15  actually gone up in value -- or XRP had gone up in value
16  on this notion that we were going to be speaking to
17  Garlinghouse and Asiff Hirji on Fast Money on our crypto
18  show yesterday because people thought that was a
19  surefire way of telling that Ripple was going to be
20  listed on Coinbase, which didn't happen.
21          And that right now Coinbase is facing a
22  shareholder lawsuit surrounding the circumstances of the
23  BCH rise, the Bitcoin cash rise ahead of it being added
24  to the platform.  So, this is why we're really talking
25  about this, and Coinbase is being extra careful about
0008
 1  how they tell the world which coin they're going list.
 2  But Seaberg's (phonetic) got a question.
 3          BK:  Exactly.
 4          DS:  BK -- it's DS, BK.  A question on Ripple.
 5          BK:  Hi.
 6          DS:  Ripple's coin is not correlated to
 7  transactions, right, whereas Stellar is correlated to
 8  transactions, a true decentralized platform where you
 9  have adoption really driving the value of the coin.
10          So, do you look at Ripple and say that is
11  concerning to you over the long term?  Wouldn't you
12  prefer to own a coin like Stellar that gives you that
13  sort of, you know, really true decentralized sort of
14  platform?
15          BK:  Well, I own both for two different
16  reasons.  They've kind of taken -- first of all, the
17  Stellar and Ripple platform are very, very similar,

18  developed by the same people, essentially, and they've
19  since split, and they're developing differently.
20          But what I would say about Ripple, that has
21  been a concern about Ripple that you don't necessarily
22  need the Ripple currency to operate the first product
23  that they released, which was essentially going after
24  SWIFT, inter-bank global payments.
25          Now they have other products that they're
0009
1   announcing that you actually do use the currency for.
2   And so that to me is the game-changing piece for Ripple
3   because it does say, you know what, if these products
4   take off, and they're very early stages, they're just
5   trials, but if they take off --
6           FEMALE:  Mm-hmm.
7           BK:  -- then the currency is going to be an
8   integral part of it.
9           (End of video.)
10                          * * * * *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0010
1               TRANSCRIBER'S CERTIFICATE
2
3   I, Rhonda Markland, hereby certify that the foregoing
4   transcript consisting of 9 pages is a complete, true and
5   accurate transcription of all matters contained on the
6   recorded proceedings, [400x224] Ripple CEO Brad
7   Garlinghouse on Fast Money, in the matter of RIPPLE,
8   File Number NY-09875.
9
10  _____
11  Transcriber
12
13
14
15

16
17
18
19
20
21
22
23
24
25

PX 503.11

PX 503.11
Interview with Brad Garlinghouse, 3/12/2018, via Digital Ventures
https://www.youtube.com/watch?v=u3LT9xSwbp0



Brad Garlinghouse CEO from ripple. Digital Ventures interview

49,914 views  Mar 12, 2018  Live from scb faster future forum by Digital Ventures fo ...more

942    Dislike    Share    Save

```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:          )
 4                              ) File No. NY-09875-A
 5   RIPPLE                     )
 6
 7   SUBJECT:  Brad Garlinghouse CEO from Ripple,
 8             Digital Ventures Interview - YouTube
 9   PAGES:    1 through 39
10
11
12
13
14
15
16
17                    VIDEO TRANSCRIPTION
18
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25                   (202) 467 9200
0002
 1                P R O C E E D I N G S
 2   Brad Garlinghouse CEO from Ripple, Digital Ventures
 3   Interview - YouTube
 4           MALE SPEAKER:  Great.  Thank you very much,
 5   Mr. Paul.  We appreciate you being on the stage for a
 6   while.  With the keynote from Mr. Paul, we give you an
 7   insight and also thoughtful about what is really the
 8   blockchain technology, but at least about the
 9   introductory of the key of the message, which is we're
10   going to get into about more detail about that.  Through
11   honorable guests, we have learned about this role of the
12   blockchain, but to go further, we would like to invite
13   for our guest CEO of the Ripple, Mr. Brad Garlinghouse
14   with us here, so please welcome Mr. Brad.
15           (Applause)
16           MALE SPEAKER:  What's up, Brad?  Good to have
17   you with us today.
18           MR. GARLINGHOUSE:  Great to be here.  It's an
19   honor to be here.
20           MALE SPEAKER:  What kind of a world are we
21   living in where the startup guy dresses like a banker
22   and the banker dresses up like a startup guy?
23   (Laughter)
```

24          MR. GARLINGHOUSE:  Look, Ripple is a company
25     that takes our customers seriously, and I think, as you
0003
 1     already pointed out, there's a lot of stuff going on in
 2     blockchain.  Ripple has tried very hard to focus on
 3     solving real problems for real customers, and, we wear
 4     the suit.
 5          MALE SPEAKER:  Well, then let's go into that,
 6     then.  Can you tell us what is Ripple?  What is Ripple's
 7     vision for the internet of value?  And, frankly, what
 8     does the internet of value mean?
 9          MR. GARLINGHOUSE:  Sure.  So when I think
10     about the presentation we just saw and what is
11     blockchain, at the end of the day, I think about
12     blockchain as something that can enable two parties to
13     transact without essential counterparties.  I've gotten
14     the question before of is Ripple a blockchain company?
15     Is Ripple a crypto company?  What is Ripple?  And I've
16     said Ripple's a payments company.  We're solving a
17     payments problem.  We happen to use blockchain
18     technologies.  We happen to use a digital asset to solve
19     that problem.
20          But at its core, Ripple is selling solutions
21     to banks, to financial institutions, to payment
22     providers globally that enables them to transact with
23     much lower cost, much faster and to improve -- I'll just
24     generically for now -- we can go deeper later, but
25     around how liquidity is managed, how cross-border
0004
 1     transactions are managed.  You're talking about
 2     trillions of dollars that is parked in these events
 3     around the world to help enable payments, and Ripple is
 4     making that far more efficient by using blockchain
 5     technologies and by using a digital asset, the kind of
 6     one that we use is XRP, as you introduced.  I can talk
 7     more about how that works, too.
 8          MALE SPEAKER:  Uh-huh.  And before we delve
 9     deeper into Ripple and blockchain and payments, I want
10     to -- I want to take a step back and get to know a
11     little bit more about your background because it's quite
12     interesting.  I mean here you are, you're one of the
13     most prominent figures in the blockchain space today and
14     yet, you come from neither an engineering/computer
15     science/cryptography background, nor do you come from
16     financial services, and you just went off on payments
17     (laughter).  So, you know, what path led you to Ripple?
18          MR. GARLINGHOUSE:  Well, I'll tell you a quick
19     slight tangent on this.  When I got the call -- when,
20     you know, they were looking for a new leader at Ripple,
21     I got a call, and I was actually, at the time, an Uber

22    driver.  That is a true story.  I had taken a month of,
23    you know, time to do new things and try new things, and
24    I decided to be an Uber driver.
25              So I know more -- at the time, knew more about
0005
1    Uber driving than I did the payments industry.  I say
2    that somewhat in jest, but what's interesting about what
3    Ripple is doing is I think if you have too much of an
4    insider's view and you come from banking, then you might
5    not fully appreciate what is possible and, as you
6    already introduced, all of the different things that you
7    could do with blockchain.  If you come too much from the
8    product and tech side, there are a lot of people in the
9    blockchain community, I think, they think about the tech
10   and the product first and not the problem they're trying
11   to solve.
12              I think what Ripple has been effective at
13   doing is bringing together three legs to a stool.  We
14   have four legs here, I'm trying to think what my fourth
15   could be, but three legs to the stool.  One is -- it is
16   understanding banking and understanding payments.  The
17   second is you've got to have really robust technology.
18   You have to have an excellent product that's solving a
19   real problem.
20              But the third is we live in a regulated world,
21   and these three legs of the stool, we have people at
22   Ripple who come from regulatory backgrounds, who come
23   from deep in the tech space background, and certainly
24   people in the in the banking background, and I get to be
25   And I the ring master of this experience.  And I think
0006
1    my experience in Silicon Valley, I moved there 20 years
2    ago, at the birth of the internet.  When I moved to
3    Silicon Valley, you know, Netscape was a couple of years
4    old; Google didn't exist; amazon was just a bookseller.
5    And when I look at that experience 20 years ago and how
6    I apply it to blockchain today, I think there's a lot of
7    similarities.
8              There's a movement happening in terms of how
9    blockchain can change industries.  Twenty years ago, we
10   talked about the internet.  We talked about how the
11   internet is going to change industries.  What I think is
12   exciting is it's very difficult to predict how
13   blockchain technologies are going to change industries
14   over 20 years.  In the same manner, 20 years ago, I
15   couldn't have predicted the internet would enable me to
16   click a button on my phone and get on demand cars or
17   food or dog walking or anything else you might want.
18              MALE SPEAKER:  And you've worked with some of
19   the storied names of Silicon Valley.  Have those

20  experiences been sort of building blocks that have
21  successfully led you towards Ripple or has it been a bit
22  of a meandering path where you just sort of found
23  yourself, all of the sudden, running one of the most
24  prominent crypto blockchain payments companies in the
25  world?
0007
1          MR. GARLINGHOUSE:  Well, look, I think, in
2  some ways, luck beats skill and so I think Ripple has
3  made a lot of smart decisions.  We've also been
4  fortunate to find ourselves in the right place at the
5  right time.  There is, I think, appropriately, a lot of
6  excitement around blockchain.  There should be.  But I
7  think the hype, in many cases, is ahead of the reality.
8          Within that excitement, Ripple's focus on
9  solving a real problem for real customers and being
10  really the only blockchain company with real production
11  customers has put us in a really powerful position.
12  What has served me well over the last 20 years in
13  Silicon Valley looking at these opportunities is
14  thinking about at the end of the day, you've got to
15  solve a real problem.
16          As we talk about ICOs and I know, you know,
17  it's one of the topics we'll cover today, if you're not
18  solving a real problem, if there's not real utility, you
19  have to ask yourself well why, what is the point here.
20  And I think that when I think about the long term value
21  of XRP, when I think of the long term value of any
22  digital asset, it's about the utility, the problem it's
23  solving and the size of that problem.  If there's real
24  utility, then over an arch of time, the value of that
25  token is going to reflect the value in solving that
0008
1  problem and delivering on that utility.
2          MALE SPEAKER:  So, given your background and
3  given the importance of blockchain today, is it a fair
4  assessment to say that it is the responsibility of
5  everyone in the organization, regardless of rank or
6  background or training, to understand blockchain, the
7  implications of blockchain?  Or is it too complex or too
8  nuanced and best left for the CTOs and corporate
9  strategists?
10          MR. GARLINGHOUSE:  Well, I'd answer that
11  question the same way I'd answer the question in the
12  context of the internet.  How many people really
13  understand things like SMTP?  SMTP is the guts of how
14  email works.  The number of people who use email that
15  understand SMTP, that's a limited set.  I don't think
16  you need to understand the cryptography behind
17  blockchain, the intricacies of how ledgers are

18  distributed and how nodes validate transactions.
19          What you need to be able to understand is that
20  is it solving a problem?  And again, to me, sometimes we
21  get too caught up in the technology.  We get too caught
22  up in almost religious arguments about decentralization
23  nor not decentralization, and it comes down to like can
24  we solve a real problem?  You know, I even think as you
25  think about some of your presentation earlier, one
0009
1  important question I think we should all ask ourselves
2  when we're seeing a blockchain company is would a
3  database work better.
4          I think a lot of times we say oh, it's cool,
5  it's hot, it's blockchain.  Buzzword, blockchain.  But
6  guess what?  There's a lot of times I see blockchain
7  startups that come to meet with me at Ripple or I read
8  about in the media and I think, huh, a database would
9  work a lot better than a blockchain in that situation.
10  And that's an example to me of the hype getting ahead of
11  the reality.  People shouldn't use a blockchain just
12  because it's a cool buzzword.  It's like big data or AI.
13  We should ask ourselves is this uniquely solving a
14  problem for this problem.  And I think there's plenty of
15  examples where that's not always the case.
16          MALE SPEAKER:  And do you think that's really
17  just a symptom of people getting seduced by all of the
18  hype and activity and valuation out there?
19          MR. GARLINGHOUSE:  I think it's people getting
20  seduced by easy money, easy capital, right?  You know,
21  lots of entrepreneurs, and, by the way, I -- in my 20
22  years in Silicon Valley, I've been involved in lots of
23  startups and raised capital and been at companies.  It's
24  been hard to raise capital; it's been easy to raise
25  capital.  ICOs have made capital raising -- has reduced
0010
1  the fiction and has exposed that opportunity to
2  sometimes unqualified participants.
3          And so I think the seduction is in if you make
4  it far less friction and far less oversight in how you
5  raise capital, people are going to say hey, I got a
6  token.  Whether or not that token does anything to
7  actually solve a problem became secondary, and it's
8  certainly one of the reasons why I have been proactive
9  in speaking out.  I think people's excitement about ICOs
10  is way out of step with the reality.  Well, I'll leave
11  it at that.
12          MALE SPEAKER:  Well, let's pause the ICO
13  discussion because I'd love to hear more about it, but
14  you're here in your capacity as Ripple, and it's
15  probably best for us to understand a little bit more

16  about how your technology works.  So can you start by
17  explaining to the audience, particularly those of us
18  that aren't bankers how international remittances work
19  today and how Ripple intends to upend that process and
20  what's the role of the XRP token in all of that?
21           MR. GARLINGHOUSE:  Right.  So today, if Paul
22  and I decided we wanted to send $10,000 to San
23  Francisco, where I live, it would be a whole lot faster
24  for us to go buy a plane ticket at the Bangkok airport
25  and fly it there than to actually use what's called the
0011
1  correspondent banking system to get it there.  So
2  correspondent banking is the nature of how it was
3  developed in really the 70s.  There's something called
4  swift messaging that confirms transactions, and it's
5  basically just a set of instructions from one bank to
6  another bank to another bank to another bank that allows
7  money to move.
8           It is slow.  It is expensive.  And there's
9  very little transparency in how that works.  So an
10  amazing -- two amazing stats on that transparency point,
11  one is that even swift would tell you there is a six
12  percent error rate in those global transactions.  Think
13  about that.  And for those of us that are in the tech
14  world, we aspire to have three nines or four nines or
15  even five nines reliability.  Our global financial
16  infrastructure has one nine of reliability.  That's
17  pretty embarrassing when you think about the fact that I
18  can stream video from the Space Station and it takes
19  me -- you know, flying money there is the most efficient
20  way to move money from Point A to Point B, across
21  networks.
22           So I look at that existing banking system and
23  the intermediary, that central counterparty, and we
24  talked about blockchain that's something that can allow
25  two parties to interact without a central counterparty,
0012
1  the central counterparty is that correspondent bank.  We
2  can democratize banking by allowing a financial
3  institution and another financial institution to
4  transact directly without having that chain and that
5  trust that goes through the chain today.  So we, today,
6  work with banks, including SCB, to enable fiat-to-fiat
7  transactions, do real-time fiat-to-fiat transactions,
8  using existing what are called prefunded accounts,
9  nastra and bastra (phonetic) relationships.
10           We just started rolling out another product
11  that allows you to use XRP as part of those payment
12  flows.  We've announced five or six customers using XRP
13  for those payment flows into Mexico particularly,

14  Mexican peso.  We certainly think this is just the
15  beginning.  If you can offer a cheaper product -- excuse
16  me, a better product at a cheaper price, I think you're
17  going to see a lot of people adopting that as a
18  solution.
19          MALE SPEAKER:  So at the end of the day,
20  without -- as you said, not needing to know the
21  technology, the problem you're trying to solve is just
22  cheaper, faster, more secure payments?
23          MR. GARLINGHOUSE:  Right.  I mean again, I
24  don't know the details of SCB specifically, but a bank
25  like SCB will often have 100 or more correspondent
0013
1   banking relationships where they have parked capital
2   around the world.  They will hold capital in dollars,
3   Mexican pesos, Filipino peso, Singapore dollar.  And
4   that cross-border transaction is about 70 percent of
5   Thai's GDP, Thailand's GDP touches cross-border
6   transactions.  To enable those transactions, you then
7   use those prefunded accounts to debit and credit.  And
8   that is basically how correspondent banking works today.
9           Our view is simply when you SCB, as an
10  example, parks capital in, let's say, the Mexican peso,
11  that's dormant capital.  It's sitting there.  How can we
12  make it more active?  If we can enable a real time
13  payment instead of a prefunded payment, we can actually
14  accelerate the global engine of commerce.  That's good
15  for banks.  That's good for bank customers.  We think it
16  fundamentally -- the architecture that we depend upon
17  today that was built 70 plus years -- excuse me, in the
18  70s, needs a full upgrade to really an age of the
19  internet.
20          MALE SPEAKER:  So by its very nature, an
21  international payments company has to be international
22  in terms of its strategy.  What is Ripple's global
23  strategy, particularly as it pertains to Asia, because
24  you have a joint venture in Japan, you're collaborating
25  with us here in Thailand.  I know you have offices in
0014
1   Singapore and in India, and you've probably already done
2   a few things over lunch that I don't know about.
3   (Laughter)  So what is your grand plan to sort of
4   dominate the world?
5           MR. GARLINGHOUSE:  (Laughter)  Well, step one
6   of dominating the world is make sure that we're keeping
7   our customers very happy.  We've been really fortunate.
8   We're signing up more than a customer a week now.  We
9   haven't even really talked about -- we focused mostly on
10  banks.  One of the other dynamics here is you have a
11  whole next generation of digital providers.  These are

12   the PayTMs, the Lin-Lin Pays, the OlliePay, even the
13   PayPals.  And when we think about it, it's how do we
14   make all of these interoperable through a next
15   generation set of technologies.
16          And so when I think about our international
17   strategy, we've been incredibly fortunate.  We now have
18   over 60 banks we work with in Japan through a joint
19   venture in Japan.  We have banks throughout Southeast
20   Asia, including SCB, we're fortunate to be working with.
21   Last week or maybe the week before, we signed up some of
22   our first banks in Brazil with Itao and Becks Bank
23   (phonetic).  A few weeks before that, we signed up
24   Lin-Lin Pay in China as one of the digital wallet
25   players.  So look, by nature of what we do, we're a very
0015
 1   global company.  We certainly have customers around the
 2   world and employees around the world, also.
 3          MALE SPEAKER:  Great.  Now, until recently,
 4   Ripple has been a name that's largely known in tech
 5   circles and blockchain circles and banking circles but
 6   probably very little public awareness.  And then in
 7   December, we just see this tremendous runup in all
 8   cryptocurrency prices and now, all of the sudden,
 9   everyone and their grandmother is talking about Ripple's
10   XRP an how they can get some.  What do people not
11   know -- what should people know about XRP?  What are the
12   great misunderstandings about the token and what its
13   place is in the blockchain world?
14          MR. GARLINGHOUSE:  Well, I guess two things I
15   would say are misunderstandings.  First of all, I would
16   say for everyone's benefit, there is a lot of
17   misinformation out in the marketplace, not just about
18   XRP, but about digital assets broadly.  If you're
19   interested in participating in the digital asset space,
20   do your homework.  There's a lot of misinformation.  I
21   would say there's a lot of religion almost about this
22   space, and where you have people who believe in God and
23   people who don't believe in God.  For XRP, I would say
24   the two biggest misconceptions, one is people describe
25   it as a centralized technology.  That's just not true.
0016
 1          XRP is a decentralized technology.  Anyone in
 2   this audience can go and download the open source
 3   technologies that allow you to run a validator.  The
 4   other important measure I think is if Ripple the company
 5   went away, XRP, the XRP ledger would continue to exist.
 6   So the first misconception is XRP is absolutely
 7   decentralized, you know, actually, even in contract, I
 8   mean there's some evidence that it's, in some ways, more
 9   decentralized than some of the ones that are called

```
10  decentralized.
11          The second misconception is that oh, well,
12  Ripple, the software company -- Ripple, the company
13  selling solutions to banks and payment providers, Ripple
14  could be successful, but XRP would not be successful.
15  Look, at our core, our goal is to develop an incredibly
16  healthy XRP ecosystem.  We own about 60 percent of all
17  XRP.  I am the most interested person, as CEO of Ripple,
18  in making sure the XRP ecosystem is successful, making
19  sure that not just Ripple is successful building tools
20  to leverage the liquidity and leverage the velocity of
21  XRP, but also looking at other use cases to leverage the
22  XRP ledger.
23          We've started to do some of those, you know,
24  even some of the things you talked about earlier around
25  providence, around identity, there's lots of examples
0017
 1  where the XRP ledger could be leveraged very effectively
 2  for that.  And so we will continue as a company to
 3  invest in support and partner with companies going after
 4  those other vertical use cases.
 5          MALE SPEAKER:  So if you had a man on the
 6  street approach you and who's obsessed about I just
 7  bought a whole stack of XRP and I want to see it climb X
 8  thousand percent, what would you say to that person
 9  about Ripple in general?  It's like I know you probably
10  want him to get off the price of XRP (laughter) --
11          MR. GARLINGHOUSE:  But --
12          MALE SPEAKER:  -- what would you say?  How
13  would you redirect their focus?
14          MR. GARLINGHOUSE:  It's not even so much I
15  would get them off the price, it's that look, if you are
16  engaging in any digital asset speculation, if you're
17  doing it because you're trying to get in and out, like
18  you're not -- I'm not interested in that.  One of the
19  things I say internally at the company is I don't check
20  the price of XRP every day.  I don't check it every few
21  days.   For employees at Ripple or even people in the
22  ecosystem, I don't think about the price every three
23  days or three weeks or three months.
24          What Ripple is doing in enabling in internet
25  of value, this is a three-plus-year journey.  What I
0018
 1  know for certain is if we can continue to build a
 2  momentum of customer usage that continues to drive the
 3  velocity and demand for XRP over a three-plus-year
 4  timeframe, I feel very comfortable about the opportunity
 5  to continue to grow the value of the XRP ecocystem,
 6  which is good for all of the participants in the XRP
 7  ecosystem.
```

```
 8              Ripple has not -- unlike some of the other
 9      players in the crypto space, we have focused on an
10      institutional use case, and some of the runup you were
11      describing that happened last December, I think was in
12      part driven because XRP was kind of unknown.  We weren't
13      focused on speculators.  We weren't even listed on most
14      exchanges.
15              For many markets, it's actually hard to buy
16      XRP, and people say Brad, why aren't you solving that.
17      And I say I'm not trying to solve a speculator's
18      problem, I'm trying to solve an institutional problem.
19      I'm try to solve a problem that is measured in the
20      trillions of dollars, that is focused on payment
21      providers and banks.  And while the gentleman on the
22      street I might bump into, if he or she is interested in
23      the long-term value creation, then I view them as part
24      of the journey and I want to give a big hug, at least
25      take a selfie with them.
0019
 1              MALE SPEAKER:  (Laughter)  Okay, then.  I'll
 2      ask you about the price and then we'll get our selfie.
 3      So let me get back to a little bit more on sort of the
 4      public awareness and perception of Ripple.  And I think
 5      you address some of that, but there are a lot of these
 6      Bitcoin and blockchain purests.  One of the comments
 7      that I get when I talk to a lot of these folks are that
 8      oh, well, you know, Ripple's not -- they're not real
 9      blockchain because they're not public.
10              MR. GARLINGHOUSE:  Yeah.
11              MALE SPEAKER:  Part of it's decentralized, but
12      it's not enough to be decentralized.  But you need to be
13      a public blockchain.
14              MR. GARLINGHOUSE:  Yeah.
15              MALE SPEAKER:  And oh, well, you know XRP will
16      never displace Bitcoin as a cryptocurrency.
17              MR. GARLINGHOUSE:  Yeah.
18              MALE SPEAKER:  You know, what do you -- what
19      are your thoughts on that?
20              MR. GARLINGHOUSE:  Yeah.
21              MALE SPEAKER:  Is there any merit to that at
22      all or just --
23              MR. GARLINGHOUSE:  Oh, there's a lot of merit
24      to some of that.  Look, I'll tell you a quick story, my
25      background.  One of the first banks that Ripple
0020
 1      signed -- so today, we have a product in the market
 2      that's -- we're releasing Version 4.  When we launched
 3      Version 1.0, which is always an exciting time for a tech
 4      company, you release a product; it's Version 1.0.  We
 5      launched that product, we were partnered with one of the
```

6   largest banks in the Middle East, and we went to market
7   and we went live.  And we got a call from a very upset
8   Middle Eastern banker saying wait a minute, people can
9   see my transactions.  I don't want people to see my
10  transactions.
11          So look, blockchain is powerful and a public
12  ledger can be leveraged to make transactions, but
13  banks -- I mean if every SCB transaction was written to
14  a public ledger, would SCB be excited about that?  The
15  answer is no, I'll tell you very certainly.  The nature
16  of how we have evolved our technology, yes, some of
17  it -- XRP is a public, open ledger.  A different part of
18  Ripple's technology that connects banks to the liquidity
19  solutions, these are private -- think about it almost as
20  a private temporary blockchain between two banks that's
21  cryptographically signing the transaction, holding it in
22  escrow and releasing it at the same time, so you never
23  have a situation where a transaction doesn't complete.
24          But the point I would make is those who
25  espouse this idea of, look, all transactions should be
0021
1   open, I look at that and I think that is not the real
2   world.  We can talk about the origins particularly
3   around Bitcoin, and to some degree, other tokens has
4   been this idea of hey, we're going to circumvent
5   governments.  We don't want the government involved.
6   We're going to circumvent banks.  Look, Ripple, we come
7   at it from exactly the opposite point-of-view.
8   Governments aren't going away; by extension, banks are
9   definitely not going away.  We can enable banks to
10  enable an internet of value.
11          If you want to enable an internet of value,
12  you have to connect the repositories of value.  The
13  repositories of value are the banks.  We want to work
14  with the banks, with financial institutions, with
15  payment providers, with Lin-Lin Pay or PayPal or fill in
16  the blank, to dramatically accelerate the nature of how
17  payments occur today and reducing that friction.
18          MALE SPEAKER:  Exciting.  Now, for me, what's
19  amazing about Ripple, particular when we as SCB were
20  looking at it a couple of years ago is not just what
21  Ripple is doing as a blockchain infrastructure company
22  in the payment space, but your vision beyond financial
23  services.  So can you tell us a little bit about what
24  the inter ledger protocol is --
25          MR. GARLINGHOUSE:  Sure.
0022
1           MALE SPEAKER:  -- and what Ripple's vision for
2   it?
3           MR. GARLINGHOUSE:  Yeah.  So as Paul has said,

     4   I don't think you have to understand all of the
     5   technology behind all of these things and how they work
     6   in order to participate in the blockchain ecosystem, one
     7   of the core technologies behind what Ripple is building
     8   is called the inter ledger protocol.  The premise here
     9   is the idea that there won't be one ledger to rule them
    10   all, so we need to think about interoperability between
    11   ledgers.
    12            The ledger -- you know, enabling
    13   interoperability between Lin-Lin pay and SCB's ledger,
    14   enabling the interoperability between the SCB's leger
    15   and the Australian stock exchange.  And the idea is how
    16   do we switch these together.  The idea that one ledger,
    17   there'll be one blockchain to rule them all, you'll
    18   almost never hear me say the blockchain.  I'll refer to
    19   a blockchain because there's many blockchains today.
    20            There's going to be more blockchains.  We need
    21   to enable them to interoperate in a very seamless way,
    22   so today, we sell technologies that leverage the inter
    23   ledger protocol to connect different ledgers.  That
    24   includes the Bitcoin ledger.  That includes the Ethereum
    25   ledger.  That includes the Hyper ledger.  We want to
0023
     1   make sure that our technology, in some ways like TCPIP,
     2   TCPIP is the underlying technology of the internet of
     3   information.  We see the inter ledger protocol or ILP as
     4   the open source technology that underpins the internet
     5   of value.
     6            We're selling connectors between bank ledgers
     7   and financial institution ledgers and ILP and enabling
     8   them to use that technology to transact in a trusted way
     9   in real time.
    10            MALE SPEAKER:  And what value does that create
    11   to the blockchain space, versus not having that inter
    12   ledger protocol?
    13            MR. GARLINGHOUSE:  Well, I think the big value
    14   is the interoperability piece.  You can hold a Bitcoin
    15   and transact it over to -- hypothetically to the B of A,
    16   the Bank of America's ledger.  I think about -- our goal
    17   around internet of value is how do we reduce friction
    18   across all of these different use cases?  It's really
    19   hard to think about the science fiction of 20 years from
    20   now if you can reduce value -- excuse me, if you can
    21   reduce friction to move value between any transaction,
    22   not just for corporate use cases where it's 1,000 or
    23   10,000 but a penny.
    24            I mean think about back to science fiction,
    25   today, the only efficient way for you and I to transact
0024
     1   for a nickel, I don't know what the equivalent is in

```
 2  bot, but a nickel is for me to hand it to you.  That's
 3  kind of a crazy thing. There's no other way to
 4  efficiently move a nickel?  Do we not think in an
 5  internet of things, an internet of connected devices,
 6  some of those devices are going to be economic actors.
 7  Some of those devices are going to be able to pass
 8  transactions.  There are going to be micropayment needs
 9  that our existing financial infrastructure cannot
10  support, and this is an example where the inter ledger
11  protocol could enable this for virtually zero cost to
12  enable transactions between ledgers.
13          MALE SPEAKER:  And I imagine that opens up a
14  broad new world of the economy once we start talking
15  about micropayments, we started talking about financial
16  inclusion, we start talking about including populations
17  that don't get to participate, not just in the financial
18  system, but probably even the information system at
19  large --
20          MR. GARLINGHOUSE:  Sure.
21          MALE SPEAKER:  -- and we'll probably touch a
22  little bit more on that when David's up here.
23          MR. GARLINGHOUSE:  Absolutely.
24          MALE SPEAKER:  So let me ask, Ripple's had
25  experience engaging with governments and regulators the
0025
 1  world over, can I ask you what are some of the most
 2  common concerns and fears that are almost universal
 3  across all of these regulators that you've spoken to?
 4  And do you have any advice or words of wisdom or just
 5  thoughts that you could share with the regulators that
 6  might be in this audience about how they might start
 7  thinking about or engaging with blockchain in such a way
 8  to allay those fears?
 9          MR. GARLINGHOUSE:  I want to answer this in
10  two different ways.  The first is back to my comment
11  earlier, there is a lot of misinformation.  There are --
12  unequivocally, there are digital assets that were
13  designed specifically for anonymity.  They were designed
14  to circumvent regulators.  They were designed to
15  circumvent governments.  Not all digital assets are
16  created the same.  When I look at how an XRP
17  transaction -- back to our conversation earlier about
18  funding liquidity between different currencies, every
19  transaction we enable is through a regulated end point.
20          So what happens is I'll go and talk to
21  regulators around the world, and the first six or seven
22  minutes of the meeting, they're leaning in and you can
23  tell they're ready to pounce.  We're want to crush this
24  guy.  He's the bad -- you know, there's crypto and
25  they're enabling things we don't want to enable.  And
```

0026
1   once you explain to them no, no, no, hold on, there
2   isn't regulatory uncertainty.  Right?  One of my little
3   things I get some humor out of is I hear people in the
4   crypto space talk about regulatory uncertainty, and I
5   think what does that mean.  More often than not, what
6   that means is I disagree with the regulatory certainty,
7   so I'm going to call it regulatory uncertainty.
8               When we look at a transaction through XRP,
9   it's going through an end point that's doing a KYC
10  check, back to your comment earlier, know your customer,
11  it's doing an AML check for money-laundering.  It's
12  doing BSA.  The transaction is happening from one
13  regulated end point to another regulated end point,
14  regulated sometimes by, you know, the Thai central
15  government or the U.S. central government.  But these
16  are not transactions where we're trying to solve a use
17  case around anonymous drug dealing or, you know,
18  whatever the other use cases may be.  And so what I
19  would say to regulators globally is don't assume because
20  you were introduced to digital assets through an article
21  about Silk Road or Alphabay that we should throw the
22  baby out with the bath water.
23              When I hear people talking about banning
24  cryptocurrencies, I think whoa, whoa, whoa hold on a
25  second.  They're not all 1,500 are created equal, and
0027
1   certainly there are examples that I think are
2   inappropriate and governments should intervene, and that
3   includes with ICOs, but there's also examples where we
4   can work with the institutions.  We can work -- I mean
5   the thing I've been fond of saying is the blockchain
6   revolution is not going to happen from outside the
7   system.  It's going to happen from within the system.
8   By working with the system and adopting these
9   technologies, we can accelerate the speed, reduce the
10  cost and make financial services available to customers,
11  who couldn't access it before, as you mentioned in terms
12  of the under banked or the unbanked, but also just for
13  use cases we haven't even thought about.
14              If you accelerate the speed and reduce the
15  cost, you're going to see lots of interesting use cases
16  pop up.
17              MALE SPEAKER:  So this actually brings us back
18  to the whole issue that we put on pause on ICOs.  We're
19  talking about cryptocurrencies.  We're talking about
20  ICOs.  And it strikes me that, you know, it's not a
21  black and white issue.  If I were to ask you is it good;
22  is it bad, my guess is that it would be it's a very
23  strong it depends.

24          MR. GARLINGHOUSE:  Well, I might surprise you
25      a little bit on that.  I think it mostly is bad.
0028
 1          MALE SPEAKER:  Okay.
 2          MR. GARLINGHOUSE:  I mean there are
 3      exceptions, but to every rule, there's an exception, so
 4      I think -- look, I'm not popular for saying this in the
 5      crypto community, Ripple has often taken a contrarian
 6      viewpoint in working with the banks and working with
 7      governments.  I think a lot of the ICOs, and I would say
 8      certainly over half and maybe as many as 90 plus percent
 9      of these ICOs, I don't understand what the real use case
10      is of the token.  And if there's not a real use case,
11      it's really a securities offering.  And if it's a
12      securities offering, there's not regulatory uncertainty.
13      It should be regulated as a securities offering.
14          So look, again, I recognize that many people
15      may disagree with that, but some people forget why
16      regulations have evolved in the securities issuance.
17      It's because there was a lot of fraud.  There was a lot
18      of people taking advantage and preying upon investors.
19      In some ways, what's happening with ICOs is making angel
20      investing more accessible.
21          Well, angel investing has historically been
22      hey, someone I know and someone I trust is building a
23      business, and I want to invest in that.  But when I hear
24      someone in Bangkok buying an ICO for a company in Miami
25      that is doing who knows what, I think how do you know
0029
 1      that they're not going to take all of that value in
 2      their ICO and go surfing for the next three years?
 3          MALE SPEAKER:  Well, and I mean, you know if
 4      I -- I, I think there was some really recent numbers
 5      that came out of Bitcoin.com or Bitcoin News that said
 6      that of 900 ICOs over -- since the beginning of 2017, 46
 7      have failed, 46 percent have failed, meaning that either
 8      they failed to raise the money or the companies went
 9      under after they raised the money.
10          MR. GARLINGHOUSE:  Or the company had already
11      gone under and they raised the money anyway.
12          MALE SPEAKER:  And they raised the money
13      anyways and that another 13 percent are near failure,
14      meaning that they've raised money and then, all of the
15      sudden, they've closed down their websites, shut off
16      communications and are not responding to investors
17      anymore.  So we're talking about a 59 percent garbage
18      rate.
19          So I understand that the great majority of
20      ICOs are garbage.  I think there probably are a lot of
21      advocates in the community that feel the same way, that

22    there are a number of bad actors.  Do you feel that --
23    does a negative sentiment also apply to the process or
24    concept of ICOs?  Meaning using -- you know, finding a
25    way to digitize the capital market system.
0030
1            MR. GARLINGHOUSE:  Well, that's a whole
2    different animal.  I mean can blockchain, as a core
3    technology, help manage and track the issuance and sale
4    and trading of securities?  100 percent.  And there are
5    interesting companies.  I mean where Ripple is focused
6    on being a payments company, there's other companies
7    using blockchain to solve a securities problem.  I think
8    one of the most prominent globally is called digital
9    asset holdings.  It has a pilot going on at the
10   Australian stock exchange to do exactly that.  The fact
11   that it takes often two plus days to settle a securities
12   transaction, again, back to my you've got to take my
13   $10,000 and fly it there, like wow, two days to settle a
14   securities transaction, that's crazy.
15           So I think yes, blockchain can be used to
16   solve securities.  For blockchain to issue a new kind of
17   security that somehow is not going to be regulated the
18   way a securities issuance is regulated, that's where I
19   start to be very suspect.  The other thing I'll just say
20   very briefly, when I have spoken out about this, some
21   people say oh, that's a very US centric point-of-view.
22   You know, I hear that and I think does that mean that
23   regulators elsewhere in the world don't care about their
24   consumers?  That's just ridiculous.
25           Yes, the U.S. might be more strict and more
0031
1    stringent in various ways, but I am certain that the
2    Thai SEC is very concerned about fraudsters who are
3    trying to take advantage of citizens here in Thailand in
4    an uneducated way, investing in things they don't really
5    understand and isn't really giving them a security.  So
6    I think that you're going to see regulators in 2018
7    continue to be stricter and stricter around ICOs, and I
8    think that's super appropriate.
9            One last sentence on this, I think what's
10   holding back the whole blockchain industry are
11   examples -- I think the ICO industry has been bad for
12   blockchain.  Wow, like that seems like a crazy
13   statement.  If we want to be -- if we want to solve real
14   problems for real businesses at scale, what's going on
15   in these other examples, it's just -- it's a sideshow.
16   The blockchain industry has to grow up and realize
17   regulators matter.  We can't just ignore regulation.  We
18   need to embrace and engage and, in some cases, educate
19   regulators.  I mean I think your original question was

```
20    how would I educate regulators, but I'll leave my rant
21    at that.
22              MALE SPEAKER:  Okay.  No, I mean and just to
23    throw in one last word on really just trying to almost
24    legitimize -- not legitimize but really move ICOs more
25    towards a paradigm where they become a means of access
0032
 1    to the capital markets, I was just reading an article,
 2    just yesterday that the city of Berkeley in California
 3    is looking at an ICO as a means to issue municipal
 4    bonds.  So they're really -- not so much because they're
 5    trying to create a new type of security, but they're
 6    looking for a way to cut through all of the process
 7    and --
 8              MR. GARLINGHOUSE:  Yeah.
 9              MALE SPEAKER:  -- all of the inefficiencies
10    that come with municipal bond issuance.
11              MR. GARLINGHOUSE:  And look, there are plenty
12    of examples where you have regulation kind of run amuck,
13    like too much red tape, but again, we can't forget that
14    there's a reason why those exist, and they exist to
15    protect investors and to protect companies.  I think
16    another thing people forget, if you are an entrepreneur
17    thinking about issuing an ICO, save some of the proceeds
18    for your legal bills because there are lawyers who are
19    going to prey upon the uncertainty of what -- is that a
20    security, and they're going to issue class action
21    lawsuits.  And if someone loses money on the token you
22    issued, assume that lawyers are going to come, and this
23    is has already happened in a couple of examples where
24    the entrepreneurs behind a token issuance are personally
25    being taken to court and sued for damages.
0033
 1              MALE SPEAKER:  Good.  (Laughter)
 2              MR. GARLINGHOUSE:  That's not good.
 3              MALE SPEAKER:  Not good for you guys, but
 4    it's --
 5              MR. GARLINGHOUSE:  It's useful to understand.
 6              MALE SPEAKER:  -- it's a good -- it's good to
 7    get your opinion on that.  So as we sort of approach the
 8    finish line, I want to say this last question to really
 9    step away from Ripple and from FinTech and really talk a
10    little bit -- again, a little bit about your past, for
11    those of us that have followed the Marissa Mayer era of
12    Yahoo, where I know that you were a senior executive in
13    2006, we're very familiar -- those of us who are very
14    familiar with the Peanut Butter Manifesto that you
15    penned in your time at Yahoo, can you share with us,
16    especially those that aren't familiar with what I just
17    spouted out, what the Peanut Butter Manifesto is and are
```

18  there lessons that banks, startups, corporations here
19  can draw from that?
20          MR. GARLINGHOUSE:  Yeah.  So this is awhile
21  ago, you're dating me a little bit.  It's 2006.  I was a
22  senior vice president at Yahoo and I was frustrated by
23  what was going on at Yahoo, and I felt like we'd kind of
24  lost our way from the glory days of Yahoo, early on.
25  And I described our allocation of investment inside the
0034
1   company as spreading peanut butter across many different
2   things.  We were partly a search company and partly an
3   email company and partly a sports company and partly a
4   fill in the blank.  And my point -- and I'd say this is
5   true for any company of any size, you have to know what
6   problem you're trying to solve, and you need to be laser
7   focused on that problem.  I think Yahoo kind of lost its
8   way with this peanut butter problem of trying to be all
9   things to all people.
10          I think there are important lessons there to
11  be applied in the blockchain space.  When I got to
12  Ripple, we were pursuing three different verticals:
13  digital identity, you talked about, cross-border
14  payments, and one other one I'll leave aside.  And one
15  of the first things I said is, "You guys, we are a small
16  startup.  We can only do so many things.  We're going to
17  focus on one."  Now, we had our own smart contract
18  technology back then called Codius (phonetic).  This
19  predates Ethereum.  Now, you could look back and say
20  Brad, you really screwed up.  You should've focused on
21  that smart contracts thing.  (Laughter)  Maybe that's
22  true.  My point really is I think having focus, having
23  clarity of what problem you're solving is incredibly
24  important.  And I think in the blockchain space, that's
25  as important as any others.
0035
1           I have been not shy about pointing out that
2   the Hyper Ledger web -- the Hyper Ledger Wikipedia page
3   talks about over 140 different use cases of Hyper
4   Ledger's technology, 140 different uses cases, that is
5   peanut butter times -- I don't know, I need some other
6   metaphor.  I think you have to say look, we're going to
7   focus on a few things; for Ripple, that's payments.  And
8   I compare that to when Amazon started, they were a books
9   company.  I mean again, I'm dating myself, but in 1997,
10  Amazon was not called Amazon.  It was called Amazon
11  Books.  They competed as a bookseller.  They got very
12  good at selling books, and then they entered another
13  vertical and another vertical and another vertical and
14  they grew and grew and grew.
15          I think about what Ripple is doing with

16  blockchain is our first vertical is payments.  If we
17  want permission to work on another vertical, we have to
18  nail it for our customers in payments and solve a really
19  big problem, and if we do that well, we're going to be
20  in a great spot.
21          MALE SPEAKER:  Awesome.  Brad, I think we're
22  just about out of time.  It looks like we might have
23  time for one question.  There seems to be a lot of
24  questions that are bubbling out here.  I can't read it,
25  is there -- is there (crosstalk) --
0036
1           MR. GARLINGHOUSE:  I get it.
2           MALE SPEAKER:  -- is there anything here that
3   you might want to try and tackle?
4           MR. GARLINGHOUSE:  Well, Ripple is not public
5   blockchain; how does Ripple have high security?  Ripple
6   is a -- the XRP -- well, I guess that's true.  Ripple is
7   not public blockchain, correct.  Ripple is a software
8   company selling solutions to banks.  XRP is a -- is a
9   public blockchain.
10          Ripple's technology and the cryptology that we
11  use, you know, we've never had any intrusions.  We've
12  had, I think, over 30 million successful ledger closes,
13  so we haven't had any issues.  We take security
14  extremely seriously.  We happen to be fortunate to have
15  some of the -- literally, the planet's leading
16  cryptographers that work at Ripple, a guy named David
17  Schwartz, who's extremely well-known in this regard.  So
18  we have high security because we invest in it.
19          MALE SPEAKER:  Can we take the next one?
20          MR. GARLINGHOUSE:  Yeah.
21          MALE SPEAKER:  We have a few minutes.  What's
22  the next one up?
23          MR. GARLINGHOUSE:  Aside from financial and
24  cryptocurrency, what business sector will first adopt
25  blockchain technology?  You know, I'll take a little bit
0037
1   of a flier on this one.  We talk about blockchain in the
2   financial system because the financial system has lots
3   of intermediaries, lots of central counterparties.
4   Well, if you extend your thinking a little bit around
5   this, what are some other central counterparties?  Well,
6   one that you don't think much about is Dropbox.  Dropbox
7   is a central counterparty managing your storage.  AWS
8   might be a more enterprise version of the same.  How
9   could you disrupt Dropbox as a central counterparty for
10  storage?  There is an ICO which, you know, this is the
11  exception to the rule, but there is a company called
12  File Coin trying to do exactly that.  I personally have
13  no idea how it's going or if it'll be successful, but I

14    think there will definitely be other business sectors
15    touched.
16              I think like the internet, it's hard to
17    predict all the different ways that blockchain is going
18    to be used to change businesses.  But anyone who is a
19    central counterparty or intermediary, I think they
20    should assume that blockchain technologies will touch
21    them in one way or another.  It doesn't mean they go
22    away, it just means they're going to be impacted.
23              MALE SPEAKER:  Interesting.  I hadn't thought
24    of Dropbox as a -- I saw them more as a disruptor, but a
25    disruptor being disrupted, that's an interesting
0038
1     concept.
2              MR. GARLINGHOUSE:  Maybe, I -- yeah, hard to
3     predict.
4              MALE SPEAKER:  Can we get one last quick
5     question?  I think we could probably squeeze in one more
6     before time runs out.
7              MR. GARLINGHOUSE:  I think this one's for you
8     (laughter).
9              MALE SPEAKER:  What is the direction of SCB
10    and DB, are cryptocurrencies regarding BOT just
11    announced regulation not accepted in Thailand.  I'm
12    going to say no comment (laughter) until I can talk to
13    my boss.  Okay.  And I think we're going to leave it at
14    that.  So I'm going to say on behalf of SCB and DB, we
15    are thrilled to have you with us on the stage.  We are
16    thrilled to be working with Ripple to not only
17    revolutionize the Thai financial services industry but
18    hopefully all industries that could be touched by
19    Blockchain, so thank you very much.
20              MR. GARLINGHOUSE:  Thank you, Paul.  Thank you
21    everyone.  (Applause)
22              MALE SPEAKER:  Okay.  Thank you very much.
23              MR. GARLINGHOUSE:  Thank you.
24              MALE SPEAKER:  Thank you very much.
25              (End of video.)
0039
1                  TRANSCRIBER'S CERTIFICATE
2
3     I, Wendy Smith, hereby certify that the foregoing
4     transcript consisting of 38 pages is a complete, true
5     and accurate transcription of all matters contained on
6     the recorded proceedings, Brad Garlinghouse CEO from
7     Ripple, Digital Ventures Interview - YouTube, in the
8     matter of RIPPLE, File Number NY-09875.
9     _____
10    Transcriber
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25

# PX 503.12

PX 503.12
Interview with Brad Garlinghouse, 3/12/2018, via Bloomberg
https://www.youtube.com/watch?v=8s11kNLXXAU



```
0001
 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:        )
 4                             )  File No. NY-09875-A
 5    RIPPLE LABS, INC.        )
 6
 7    SUBJECT:      Ripple CEO Brad Garlinghouse Discusses the
 8    Future of XRP
 9    LINK:         https://www.youtube.com/watch?v=8s11kNLXXAU
10    POSTED BY:    Bloomberg Markets and Finance
11    DATE POSTED:  03/12/2018
12    PAGES:        1 through 8
13
14
15
16                VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25                (202)467-9200
0002
 1              P R O C E E D I N G S
 2    Ripple CEO Brad Garlinghouse Discusses the Future of XRP
 3            MS. AMIN:  Ripple CEO Brad Garlinghouse, he
 4    joins us right now.
 5            And you know, David, some say Ripple could be
 6    the next Bitcoin.  What do you think, Brad?  Is that a
 7    compliment that Ripple could be the next Bitcoin?
 8            MR. GARLINGHOUSE:  Well, I think if we're
 9    solving a real problem, and it's a at scale, then I
10    think it's a compliment.  I think the most important
11    thing that is going on in crypto is understanding what
12    is real and what is just hype.
13            Some, I think, may look back on Bitcoin and
14    find that it was the Napster of digital assets.  What I
15    mean by that is, Napster was the first to digitize music
16    and demonstrate, hey, if you digitize music, you can do
17    a lot of cool things with that.
18            But ultimately, they were circumventing
19    trademark laws.  They were circumventing royalty
20    payments.  And the government stepped in, and Napster
21    was not successful.  But Spotify, iTunes, Pandora --
22    they were very successful.
23            I think what you'll find is that maybe the
```

```
24   next generation of digital assets ends up solving some
25   of the original problems that Bitcoin set out to solve.
0003
 1           MS. AMIN:  So RippleNet is trying to take on
 2   SWIFT.  What's been the traction like?  Who's come on
 3   board?
 4           MR. GARLINGHOUSE:  Well, it's interesting as
 5   you step back and look at this.  If you and I decided
 6   we're going to send $10,000 to California today, the
 7   fastest way for us to do it would be to drive to the
 8   airport and fly it there.  That's a crazy thing to thing
 9   about when you're in the age of the Internet, and, you
10   know, we're used to information on demand.
11           When we think about the -- the customers that
12   have come on board, it's because we're solving that real
13   problem.  We're changing the nature of a payment taking
14   days to settle to California to seconds.
15           So we now have well over 100 customers ranging
16   from some of the biggest banks in the world to payment
17   providers to the Western Unions and MoneyGrams, LianLian
18   Pay out of China, (crosstalk) --
19           MS. AMIN:  How many banks?
20           MR. GARLINGHOUSE:  It's -- it's over 100.  I
21   actually don't know the exact number now.  We -- last
22   time we announced it publicly, we said over 100.  We'll
23   probably announce the next one when we get to over 200.
24   We're signing up more than a bank a week now.
25           MS. AMIN:  The thing is, it's not the number
0004
 1   of banks.  It's the volume --
 2           MR. GARLINGHOUSE:  For sure.
 3           MS. AMIN:  -- out there.  What kind of volume
 4   are you looking at?
 5           MR. GARLINGHOUSE:  Well, we've had -- one that
 6   we can talk publicly about is, we have a -- one corridor
 7   run by SEB, which is a -- one of the first or second
 8   largest bank in Sweden has done over a billion USD
 9   equivalent through one corridor.
10           So while out of the global macro scale, we're
11   still just getting started.  You know?  I think we're on
12   mile one of a marathon.
13           But we've crossed that starting line.  This is
14   real activity, in-production systems, where customers
15   are really benefiting from that.  We clearly have a long
16   way to go, and the overall maturity of the digital asset
17   market, I think, has a long way to go.
18           But if we keep going back to, let's focus on a
19   real problem and solve a real problem for real
20   customers, I'm really optimistic.
21           MS. AMIN:  You have several products.  We
```

22  talked about the system, RippleNet.  You also have a
23  digital token, which is the XRP.  How is the XRP doing?
24  Because we saw it surge 100 and -- 1,300 percent.
25              MR. GARLINGHOUSE:  Right.  So XRP actually was
0005
 1  the best performing digital asset in 2017.  It was up, I
 2  think, something, like, 25,000 percent.  The excitement
 3  around digital assets is because, I think, you're
 4  solving a real problem.
 5              And I think, one of the things you saw happen,
 6  particularly last December, is there's understandably
 7  concern about regulation and what does that mean for
 8  digital assets.  From the get-go, Ripple has worked with
 9  regulators.  And we have worked with regulated
10  institutions like banks where there isn't regulatory
11  uncertainty.
12              And so we have found that part of the reason
13  why XRP has performed well is because people realize,
14  hey, wait a minute.  You know, and back to your
15  question, is -- is XRP the next Bitcoin, if we work with
16  the system to solve this problem, and we can solve that
17  problem at scale, a problem measured in the trillions of
18  dollars, there's a lot of opportunity to create value in
19  XRP.
20              MS. AMIN:  But how can there be clarity on
21  regulation when different -- different countries are
22  adopting different strategies when it comes to
23  regulation?  And the other thing, as well as
24  volatility.  I mean, why use a cryptocurrency when it's
25  so volatile right now?
0006
 1              MR. GARLINGHOUSE:  Yeah.  So you -- you --
 2  look, it's a really important question.  I think there's
 3  a lot of misinformation out there.  I've kind of
 4  jokingly suggested that when people talk about
 5  regulatory uncertainty, it's often people -- because
 6  they don't like the regulation -- they're not actually
 7  regulatory uncertainty.
 8              If you think about the -- a XRP transaction
 9  from one regulated financial institution -- a bank or a
10  payment provider -- they're doing a -- what's called a
11  KYC check, which references know your customer.  This is
12  a global regulatory framework around KYC.  That's at the
13  -- both end points of an XRP transaction -- into and out
14  of.
15              So I think there -- the regulatory certainty,
16  actually, is much better than people realize.  It's just
17  educating banks, regulators, about how it actually
18  works.
19              Now the volatility point is also a good one.

20   You know, XRP has clearly been volatile as all digital
21   assets have been.  The nature of how an XRP transaction
22   works, though, it's 1,000 times faster than Bitcoin.  So
23   the volatility risk you're taking around XRP is only for
24   three seconds.
25           So the volatility risk ends up being very,
0007
 1   very, very, very small because it's so, so fast.
 2           MS. AMIN:  For XRP -- you've been looking at
 3   banks -- if you take a longer term period, who else are
 4   you talking to for XRP?  What would make sense?
 5           MR. GARLINGHOUSE:  Well, I think any payment
 6   provider.  You know, we're really trying to solve that
 7   cross-border payment transaction.
 8           So if you're going -- you know, we, you know,
 9   talked earlier about the U.S. dollar to the Mexican
10   peso.  It's one of the corridors we have live with XRP
11   today.  You can hold a U.S. dollar, sell that dollar,
12   and buy XRP.  In three seconds you can move that XRP to
13   Mexico, and then sell the XRP and buy the Mexico peso.
14           Whether you're a bank, a payment provider --
15   eventually even corporates -- can take advantage of a
16   dramatic decrease in costs and a dramatic increase in
17   speed and how those transactions work.
18           MS. AMIN:  All right, Brad, we have to leave
19   it there.
20           The first mile in a marathon.  Brad
21   Garlinghouse, CEO of Ripple.
22           (End of video.)
23                      * * * * *
24
25
0008
 1           TRANSCRIBER'S CERTIFICATE
 2
 3   I, Anne Harle, hereby certify that the foregoing
 4   transcript is a complete, true and accurate
 5   transcription of all matters contained on
 6   the recorded proceedings in the Matter of RIPPLE LABS,
 7   INC. 405841-NY, Ripple CEO Brad Garlinghouse Discusses
 8   the Future of XRP
 9
10
11
12   _____
13   Transcriber
14   8/31/2022
15
16
17

18
19
20
21
22
23
24
25

PX 503.13

PX 503.13
Interview with Brad Garlinghouse, 3/14/2018, via Ripple Press Conference in South Korea
https://www.youtube.com/watch?v=JOAuXEYu9Pg



Ripple CEO Brad Garlinghouse Korea reporter meeting

4,728 views  Mar 14, 2018  Ripple CEO Brad Garlinghouse Korea reporter meeting

```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:           )
 4                               ) File No. NY-09875-A
 5   RIPPLE                      )
 6
 7   SUBJECT:  Ripple CEO Brad Garlinghouse Korea
 8             Reporter Meeting - YouTube
 9   PAGES:    1 through 29
10
11
12
13
14
15
16
17                   VIDEO TRANSCRIPTION
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25                  (202) 467 9200
0002
 1              P R O C E E D I N G S
 2   Ripple CEO Brad Garlinghouse Korea Reporter Meeting -
 3   YouTube
 4            MR. GARLINGHOUSE:  -- traditional financial
 5   institutions today solve the cross-border payments
 6   problem by prefunding accounts.  They move money by
 7   sending dollars or moving won in kind of this prefunded,
 8   so this existing pools of liquidity.  There's over $10
 9   trillion of accounts prefunded around the world.  This
10   is capital that is dormant and could be used more
11   efficiently.
12            FEMALE SPEAKER:  (Speaking in Korean)
13            MR. GARLINGHOUSE:  This legacy system is not
14   just slow.  It's also shockingly unreliable.  The error
15   rate today in cross-border payments is around 6 percent.
16   Consider this, if 6 out of every 100 Google searches
17   didn't work, think about how we would all react to that.
18   This is the underlying infrastructure we rely on today
19   for the global financial infrastructure with a percent
20   error rate.
21            FEMALE SPEAKER:  (Speaking in Korean)
22            MR. GARLINGHOUSE:  -- the Bitcoin community,
23   the early crypto community came from a very anarchistic
```

```
24   antibanking, antigovernment point-of-view.  As I said
25   earlier, the revolution around blockchain is going to be
0003
 1   delivered from working with the system, not from outside
 2   the system.
 3             FEMALE SPEAKER:  (Speaking in Korean)
 4             MR. GARLINGHOUSE:  For some of you who are as
 5   old as I am, you may remember companies like Napster.  I
 6   think there's a chance that we may find that Bitcoin is
 7   going to be the Napster of digital assets.  Napster
 8   demonstrated what digitized music could do, but
 9   companies like Spotify and Pandora and iTunes
10   capitalized on that opportunity.  Napster was not
11   working with the system.  They were ignoring laws and
12   ignoring regulations, and they didn't succeed.  Ripple
13   believes by working with the system, we can have a
14   higher level of success, not just for banks, but also
15   for all of the bank's customers.
16             FEMALE SPEAKER:  (Speaking in Korean)
17             MR. GARLINGHOUSE:  As evidence of the work
18   Ripple has been doing with regulators, policy makers and
19   governments around the world, we're incredibly proud to
20   say that the Bank of England, the Central Bank of
21   England is a customer of Ripple's.  We're proud to be
22   able to say that the Saudi Arabian Monetary Authority,
23   the Central Bank of Saudi Arabia, is a customer of
24   Ripple's.  We're going to continue to work with central
25   banks, with policy makers globally to make sure there is
0004
 1   thoughtful regulation as this entire industry matures.
 2             FEMALE SPEAKER:  (Speaking in Korean)
 3             MR. GARLINGHOUSE:  I'm going to conclude my
 4   introductory remarks by explaining a couple of things
 5   specifically on how Ripple works and how we use our
 6   technology and how we use the digital asset XRP to serve
 7   customers, to serve a banking problem.  The two -- I'll
 8   pause, sorry.
 9             FEMALE SPEAKER:  (Speaking in Korean)
10             MR. GARLINGHOUSE:  So first, I'll explain
11   there is Ripple the company, and Ripple sells
12   technologies.  Ripple sells solutions to banks and
13   financial institutions around the world.  And there is
14   XRP, a digital asset that we use as part of that system,
15   but we do not control XRP.
16             FEMALE SPEAKER:  (Speaking in Korean)
17             MR. GARLINGHOUSE:  The two products that
18   Ripple has been in market with the longest are called X
19   Current and X Rapid.  X Current is a solution that
20   allows banks from a point-to-point basis to settle
21   transactions in real time.  Instead of transactions that
```

22  today go through a series of hops in the correspondent
23  banking system, that can take days to complete and the
24  cost is significant, we're able to complete a
25  transaction in seconds between two regulated financial
0005
1   institutions.
2           FEMALE SPEAKER:  (Speaking in Korean)
3           MR. GARLINGHOUSE:  To be clear, X Current is
4   allowing banks who are working together from a
5   fiat-to-fiat, from dollar to won or won to the
6   Philippine peso.  It isn't using digital assets. It
7   isn't using XRP to solve that banking problem.
8           FEMALE SPEAKER:  (Speaking in Korean)
9           MR. GARLINGHOUSE:  X Rapid is our product that
10  allows banks who may not already have an existing
11  relationship that prefunded accounts between two banks
12  with existing fiat.  X Rapid is a product that uses XRP
13  to fund liquidity.  I'll explain to you how that works.
14          FEMALE SPEAKER:  (Speaking in Korean)
15          MR. GARLINGHOUSE:  So by using X Rapid, you
16  can be holding a Korean won as a financial institution,
17  a regulated financial institution, to be holding Korean
18  won, sell that won and buy XRP.  That takes about a
19  second.  You then can move the XRP from a Korean digital
20  asset exchange to, for example, a Filipino digital asset
21  exchange.  You can then sell the XRP and buy Philippine
22  pesos.  That entire transaction, that today would take
23  days and would require prefunded accounts, can be
24  completed in less than 10 seconds.
25          FEMALE SPEAKER:  (Speaking in Korean)
0006
1           MR. GARLINGHOUSE:  By enabling that real time
2   liquidity through X Rapid, you can transform the need
3   for 10s of trillions of dollars that has been prefunded
4   into these accounts around the world.  This is how we
5   can truly revolutionize global commerce and accelerate
6   and reduce the cost of how global commerce is operating
7   today.
8           FEMALE SPEAKER:  (Speaking in Korean)
9           MR. GARLINGHOUSE:  I said earlier that this is
10  certainly the beginning of a marathon.  I'm incredibly
11  pleased that we've passed the starting line, but we have
12  many miles to go.  We've signed up over 100 announced
13  customers with X Current.  With X Rapid, we've only
14  productized the product in Q3 of last year, and we've
15  already announced customers like Western Union and Money
16  Gram and several others that are already using X Rapid
17  to deliver liquidity into Mexico.
18          FEMALE SPEAKER:  (Speaking in Korean)
19          MR. GARLINGHOUSE:  So hopefully with those

20  introductory comments, you have a better understanding
21  of our view of how blockchain and crypto is evolving,
22  and with that, I will turn it over to Victor to answer
23  some questions.
24          FEMALE SPEAKER:  (Speaking in Korean)
25          MALE SPEAKER:  (Speaking in Korean)
0007
 1          FEMALE SPEAKER:  The first question regards
 2  the fluctuation in the value that you've seen since the
 3  Korean government introduced its regulation.  The value
 4  has been fluctuating not only in Korea, but also
 5  globally.  What are your thoughts regarding the
 6  regulations that were introduced by the Korean
 7  Government?
 8          MR. GARLINGHOUSE:  So I think the volatility
 9  that we're seeing globally and around digital assets and
10  with XRP as well is a sign of an adolescent market
11  that's grown significantly in a short amount of time,
12  but I think also a reflection of it's in the earliest
13  stages of its growth.
14          FEMALE SPEAKER:  (Speaking in Korean)
15          MR. GARLINGHOUSE:  There's no doubt in my mind
16  that we continue to need regulation to make sure that
17  consumers are protected, to make sure that businesses
18  are protected.  I was a very early advocate, six, nine
19  months ago, talking about some of the dangers of ICOs,
20  so I continue to believe that many ICOs, there are
21  frauds occurring and I've been an advocate of having
22  thoughtful regulation around things like ICOs to help
23  the industry mature.
24          FEMALE SPEAKER:  (Speaking in Korean)
25          MALE SPEAKER:  (Speaking in Korean)
0008
 1          FEMALE SPEAKER:  (Speaking in Korean)  I have
 2  a question regarding public blockchains versus private
 3  blockchains.  Do you also consider public block chains
 4  to be anarchistic empty systems sort of in approach, and
 5  what are your views about private blockchains?
 6          MR. GARLINGHOUSE:  So I don't think there is
 7  one size fits all, and certainly, the XRP ledger is a
 8  public blockchain.  Ripple uses that XRP ledger to work
 9  with regulated institutions at both end points.  I
10  think -- well, I'll pause.
11          FEMALE SPEAKER:  (Speaking in Korean)
12          MR. GARLINGHOUSE:  I think the key difference
13  between a public blockchain and private blockchains
14  really are what problem we're solving for customers.
15  Some of Ripple's earliest customers two or three years
16  ago, we used a public blockchain to solve the payments
17  problem.  Banks very quickly realized wait, all of my

18  transactions are being written to a public blockchain
19  that anyone can see.  Banks are not excited about that.
20  There's many industries that aren't excited about that.
21  So I think there -- for how Ripple works, we think about
22  that intersection of private blockchains intersecting
23  with public blockchains to solve a problem for the
24  customer, but I don't think there's going to be one size
25  fits all.
0009
 1            FEMALE SPEAKER:  (Speaking in Korean)
 2            MR. GARLINGHOUSE:  One more thought on this, I
 3  think some of the early crypto community thought there
 4  would be one ledger to rule them all, and when I say
 5  ledger, I mean blockchain, one blockchain to rule them
 6  all.  And the thought was that was the Bitcoin
 7  blockchain.  When Ripple thinks about this, we think
 8  about the interoperability between many ledgers and many
 9  blockchains and enabling a transaction to start on a
10  digital wallet like Cacao and ending at Citibank and
11  allowing that whole transaction to happen seamlessly
12  across potentially multiple blockchains but to settle in
13  seconds.
14            FEMALE SPEAKER:  (Speaking in Korean)
15            MALE SPEAKER:  (Speaking in Korean)
16            FEMALE SPEAKER:  (Speaking in Korean)
17            MR. GARLINGHOUSE:  I know Coin Base
18  (laughter).  I think I know what the question is.  It
19  doesn't require translation.
20            FEMALE SPEAKER:  So the question you've
21  already received several times --
22            MR. GARLINGHOUSE:  Yes.
23            FEMALE SPEAKER:  -- is the Coin Base a listed
24  company?
25            MR. GARLINGHOUSE:  Correct.  So today, XRP is
0010
 1  listed I think in over 60 exchanges around the world.
 2  If you think about what I was describing and how X Rapid
 3  works, the liquidity between XRP and any fiat currency
 4  is very important to us.  The efficiency in that market
 5  is very, very important to us.  I'll pause for a moment.
 6            FEMALE SPEAKER:  (Speaking in Korean)
 7            MR. GARLINGHOUSE:  So we certainly prioritize
 8  working with other digital asset exchanges around the
 9  world.  We would like to see in order to solve that
10  bank, that financial institution problem, in order to
11  solve that problem, we want to see more XRP liquidity.
12  So I don't have any announcement about Coin Base
13  specifically.  We only announce partnerships, we only
14  announce the companies we work with when both parties
15  are ready to make those announcements.  And so we will

16  continue to invest in lots of exchanges around the world
17  to make sure there's great liquidity between XRP and
18  fiat.
19              FEMALE SPEAKER:  (Speaking in Korean)
20  MALE SPEAKER:  (Speaking in Korean)
21              FEMALE SPEAKER:  (Speaking in Korean)  This is
22  a question regarding X Rapid.  So it seems, according to
23  your explanation, X Rapid would use XRPs as a part of
24  the transaction.  Do you think that the existing issue
25  of 100 billion XRPs will be enough to cover once the X
0011
 1  Rapid's service scales to a global full scale or would
 2  there be a shortage?
 3              MR. GARLINGHOUSE:  Well, so the -- when XRP
 4  was created, this actually was created before Ripple
 5  existed.  The creators of XRP decided there would be 100
 6  billion units because they saw it as a -- you know,
 7  rather than having a smaller number with a very high
 8  price, they saw it as something they wanted to be a --
 9  effectively, a global reserve currency.  I think the
10  opportunity -- well, there never will be more than 100
11  billion XRP.  All the XRP that will ever be created have
12  been created.  I'll pause.
13              FEMALE SPEAKER:  (Speaking in Korean)
14              MR. GARLINGHOUSE:  When I think about solving
15  the X Rapid problem, I think less about the number of
16  units, and I think more about the velocity of how
17  quickly those units are transacting between various
18  digital asset exchanges.  So far, we're seeing that, you
19  know, we've had days where billions of dollars of XRP
20  have been traded without any problem, without any
21  scalability problems.  Certainly one of the advantages
22  of XRP has been its effective ability to scale very,
23  very efficiently compared to other digital assets.
24              FEMALE SPEAKER:  (Speaking in Korean)
25  MALE SPEAKER:  (Speaking in Korean)
0012
 1              FEMALE SPEAKER:  (Speaking in Korean)  I
 2  recently saw a media interview that was done by Ripple
 3  (inaudible) and it mentioned that Ripple has plans of
 4  investing in startups or other venture companies that
 5  have the technology, I'm wondering what kind of
 6  investment plans does Ripple have, and also since you're
 7  visiting Korea, do you also have in your itinerary or
 8  schedule here meetings with financial institutions or
 9  other companies in -- as a part of a business
10  partnership or in pursuit thereof?
11              MR. GARLINGHOUSE:  I'll answer the second
12  question first.  Any time I'm visiting different
13  countries around the world, I absolutely prioritize

```
14  talking to customers, both current as well as potential
15  future customers.  I also prioritize talking to policy
16  makers and regulators to make sure that there's good
17  communication about what Ripple is and how XRP works.
18  I'll pause there.
19           FEMALE SPEAKER:  (Speaking in Korean)
20           MR. GARLINGHOUSE:  The first part of the
21  question was about our interest in investing in
22  companies that are using the open source technology of
23  XRP Ledger for other use cases.  Ripple is focused on
24  leveraging the XRP ledger to solve a payments problem.
25  We want to see other companies using the XRP ledger to
0013
1   solve other kinds of problems, so we have and we will
2   continue to partner and invest in companies that are
3   doing things like that, but we haven't announced a
4   formal program around that at this time.
5            FEMALE SPEAKER:  (Speaking in Korean)
6            MALE SPEAKER:  (Speaking in Korean)
7            FEMALE SPEAKER:  (Speaking in Korean)
8            FEMALE SPEAKER:  Ripple has been mentioned or
9   talked about kind of a lot since last year, and my
10  assumption would be that other companies could use other
11  blockchain technology to create a similar international
12  (inaudible) or international payment solution, and
13  hence, there will be a lower entry barrier to this
14  blockchain-based remittance service market.  Do you
15  agree?  And if so, how does Ripple plan to raise that
16  entry barrier or block other companies from following
17  them?
18           MR. GARLINGHOUSE:  It's a great question, and
19  I think as you think about how payment networks work,
20  they work by the value of the network.  The joke I make
21  is that, you know, to the first person to buy a
22  telephone, there's no one else to speak to.  The more
23  people that use the telephone, the more value there is
24  in the telephone.  That exact same comparison applies to
25  the network effects associated with what Ripple is doing
0014
1   in our technology around payments.  The more companies
2   that participate, the more value there is to being a
3   part of a network.  That creates a competitive boat for
4   the work we're doing.
5            FEMALE SPEAKER:  (Speaking in Korean)
6            MALE SPEAKER:  (Speaking in Korean)
7            FEMALE SPEAKER:  (Speaking in Korean)
8            FEMALE SPEAKER:  You've mentioned that
9   financial institutions can join the Ripple Network or
10  Ripple Net without having to use XRP.  Does that imply
11  that the expansion or growth of Ripple Net is not
```

```
12  correlated to the value of the price of XRP?  And what
13  is your outlook regarding the price of XRP?
14          MR. GARLINGHOUSE:  Well, on the second
15  question, I don't think -- I don't forecast the price of
16  XRP.  I -- what I point out is that Ripple is very, very
17  interested in the success and the health of the XRP
18  ecosystem and will continue to invest in the XRP
19  ecosystem.  I'll pause.
20          FEMALE SPEAKER:  (Speaking in Korean)
21          MR. GARLINGHOUSE:  On the first part of the
22  question, I actually think they're very correlated
23  because what happens is we start working with a bank or
24  a payment provider to solve a fiat-to-fiat problem, and
25  then we realize, hey, they would like to be able to
0015
 1  settle to, let's say, a Philippine peso, and they don't
 2  have a prefunded account there.  And we can say to that
 3  bank, you can use X Rapid in that circumstance.  You can
 4  think about it as many software businesses were
 5  cross-selling different products to the same customer to
 6  solve a global payments problem.
 7          FEMALE SPEAKER:  (Speaking in Korean)
 8          MR. GARLINGHOUSE:  One last thought of this
 9  and the price of XRP, if you will.  I'll share with you
10  something I tell the team internally at Ripple.  I spend
11  very little time thinking about the price of XRP over
12  three days or three weeks or even three months.  I think
13  about if we are successful in building out the product
14  of X Current and expanding the number of users around X
15  Rapid, the price of XRP will take care of itself over a
16  three-to-five-year period.  We're building something
17  that I think can transform a multitrillion dollar
18  problem around how liquidity is managed.  If we are
19  successful in doing that, I feel very optimistic about
20  the future.
21          FEMALE SPEAKER:  (Speaking in Korean)
22          MALE SPEAKER:  (Speaking in Korean)
23          MALE SPEAKER:  (Speaking in Korean)
24          FEMALE SPEAKER:  Even though you mentioned the
25  network effect and the network value as one of the first
0016
 1  movers, there are other competing consortiums of
 2  financial institutions that are based on blockchains,
 3  for example, RF3, and there are other competing
 4  platforms out there.  So specifically, how does ripple
 5  compete against these other platforms?
 6          MR. GARLINGHOUSE:  Well, today, Ripple is the
 7  only company that has real customers in production,
 8  including real money.  There have been a bunch of
 9  science experiments, but a science experiment is not a
```

10  business model.  So I think we have been successful, and
11  we are way ahead of our competition because we've been
12  focused on a clear problem for a clear customer, and
13  it's working.  It's solving that problem.  And that's
14  helping the bank, and it's ultimately helping the bank's
15  customers, whether that be consumers or businesses.
16          FEMALE SPEAKER:  (Speaking in Korean)
17          MALE SPEAKER:  (Speaking in Korean)
18          MALE SPEAKER:  (Speaking in Korean)
19          FEMALE SPEAKER:  (Speaking in Korean)
20          MALE SPEAKER:  (Speaking in Korean)
21          FEMALE SPEAKER:  There are some who say that
22  it's difficult to view Ripple as a blockchain based
23  service or a blockchain based currencies because Ripple
24  is within the system.  It works as a part of the wider
25  bank system.  What are your views regarding that
0017
 1  comment?
 2          MR. GARLINGHOUSE:  I think that blockchain has
 3  come to mean many things to many people, and in the most
 4  traditional sense, the XRP ledger is a classic
 5  blockchain.  Blockchain technologies can solve lots of
 6  problems around intermediaries, central counterparties,
 7  but as I described earlier, banks don't want all
 8  transactions written to a public blockchain.  They want
 9  the privacy of their transactions.  So I think there's
10  no doubt that the technology that Ripple is deploying is
11  block-chain based technology based on the cryptography
12  we're using, based upon the XRP Ledger that is part of
13  that system, as I described with X Rapid.
14          FEMALE SPEAKER:  (Speaking in Korean)
15          MALE SPEAKER:  (Speaking in Korean)
16          MALE SPEAKER:  (Speaking in Korean)
17          FEMALE SPEAKER:  This is a question more from
18  the investors coming to you, people who invest in
19  cryptocurrency.  There is a phrase in Korea that's used
20  among cryptocurrency investors that they were tricked
21  again by Ripple, which is analyzed various ways, but we
22  mainly it's because of the volatility in the value of
23  Ripple.  We do understand that it was created for the
24  purposes of international remittance, and that's why the
25  value is relatively low with high liquidity, but maybe
0018
 1  the high liquidity is one of the causes why recently,
 2  especially, not before, but recently, the value or the
 3  price has gone through quite a lot of volatility.  So
 4  what comments can you offer to people who invest in XRP?
 5          MR. GARLINGHOUSE:  Well, let me start by
 6  clarifying.  Ripple is not XRP, and XRP is not Ripple,
 7  so I think the question is there's been a lot of

8  volatility in the price of XRP.  I guess I would observe
9  that there's been a lot of volatility in all digital
10  assets.  I actually think that some of that volatility
11  shouldn't -- well, the correlation between all digital
12  assets, meaning when Bitcoin goes down, basically the
13  whole market goes down.  When Bitcoin goes up, the whole
14  market goes up.  I actually think that is not entirely
15  rational.  I'll pause and explain why.
16          FEMALE SPEAKER:  (Speaking in Korean)
17          MR. GARLINGHOUSE:  So much of the recent
18  volatility in 2018 has been driven by regulatory
19  concerns and uncertainty about what various governments
20  might do to restrict ICOs or other parts of the crypto
21  market.  The reason why I think that correlation where
22  all digital assets are moving kind of in tandem is that
23  not all digital assets are susceptible to that
24  regulatory risk.  If ICOs are banned, that's very bad
25  for Ethereum because most ICOs are ERC20 tokens.  But
0019
1  yet, when the ban on ICOs is rumored, then the whole
2  market goes down.  That doesn't make sense to me.  I
3  think that because Ripple is working with regulators,
4  that actually has put XRP in a unique position as we
5  think about the maturation, the growth as the industry
6  continues to mature.
7          FEMALE SPEAKER:  (Speaking in Korean)
8          MALE SPEAKER:  (Speaking in Korean)
9          MALE SPEAKER:  (Speaking in Korean)
10          FEMALE SPEAKER:  This is a question regarding
11  the purpose of your visit.  Was the purpose of your
12  visit mainly to meet with financial institutions in
13  Korea or people with the regulators and this media event
14  is a part of or a side event to that?  Or was a media
15  event the main purpose of visit?  And if it's the
16  latter, was there a particular reason why you or Ripple
17  thought that there was a need for a media event at this
18  point in time?
19          MR. GARLINGHOUSE:  I came to see all of you.
20  (Laughter)  No, in all seriousness, I am spending the
21  week in Asia.  I was in Singapore yesterday speaking at
22  the Money 2020 Conference.  I was in Bangkok the day
23  before that.  We have a number of customers in Bangkok.
24  It's important to me that I, as CEO, of the company and
25  talking to customers, talking to policy makers, I'm
0020
1  hearing from them and they're hearing from me.  So this
2  was an opportunity because I was in town, given the
3  interest, and I actually love to visit Seoul.
4          FEMALE SPEAKER:  (Speaking in Korean)
5          MR. GARLINGHOUSE:  One mor quick thought on

```
 6  this, there are a lot of misconceptions and a lot of
 7  misinformation about the digital asset and blockchain
 8  market.  I think it's incredibly important that I
 9  personally am proactive in clarifying those
10  misconceptions and explaining that misinformation.  So
11  to take this opportunity to thank -- frankly, I thank
12  all of you for coming because it's important to me that
13  those misinformations are clarified.
14             FEMALE SPEAKER:  (Speaking in Korean)
15             MALE SPEAKER:  (Speaking in Korean)
16             MALE SPEAKER:  (Speaking in Korean)
17             FEMALE SPEAKER:  As a follow-up to that
18  comment, so specifically, what are the misconceptions or
19  misunderstandings that you would like to correct in
20  Korea about blockchain and digital assets?
21             MR. GARLINGHOUSE:  Well, I think one of the
22  most important ones is around the -- I think because
23  Bitcoin started from a kind of anarchistic, disrupt
24  governments and disrupt banks, I think some in the
25  communities think all of crypto is trying to circumvent
0021
 1  regulations and enable anonymous transactions.  That's
 2  just not the case.  What Ripple is doing, what we're
 3  doing with XRP is solving the institutional problem with
 4  regulated exchanges, with regulated financial
 5  institutions.  And so it's just -- I think that one's
 6  probably the most important that not all crypto is the
 7  same.
 8             FEMALE SPEAKER:  (Speaking in Korean)
 9             MR. GARLINGHOUSE:  I know we're running out of
10  time, but one of the misconceptions I'll comment on, and
11  maybe we'll take one more question, one of the other
12  misconceptions about XRP in particular is that it's
13  centralized.  XRP is definitely not centralized.  It's
14  an open source technology anyone here can download and
15  run a validator, and I think some would say well, XRP is
16  centralized because Ripple the company is a centralized
17  company and owns a lot of it.  Consider this, 9 percent
18  of all of Bitcoin is owned by four percent of all
19  wallets.  It's kind of an amazing stat when you think
20  about what's centralized and decentralized.
21             FEMALE SPEAKER:  (Speaking in Korean)
22             MALE SPEAKER:  (Speaking in Korean)
23             FEMALE SPEAKER:  (Speaking in Korean)  First
24  of all, welcome to Korea.
25             MR. GARLINGHOUSE:  Thank you.
0022
 1             FEMALE SPEAKER:  So my question would be, in a
 2  nutshell, if there's any plan for Ripple Network to
 3  expand your market share in the future money transaction
```

```
 4    or money transfer (inaudible) more details (speaking in
 5    Korean) --
 6              FEMALE SPEAKER:  This is a question regarding
 7    what specific plans Ripple has to widen its penetration
 8    of the market share within the international remittance
 9    market, the context being as a way of assessing the
10    market value of Ripple as a company.  If we approach
11    this valuation exercising using traditional enterprise
12    value (inaudible) methods, expanding its market share,
13    Ripple's market share with the remittance market would
14    be in important factor in it, so in that context, what
15    specific plan does Ripple have to increase its market
16    share?
17              MR. GARLINGHOUSE:  There's no question that
18    when I think about success, it's about getting more
19    volume, more active networks or, excuse me, more active
20    nodes on the network.  We have made tremendous progress
21    on that.  As I mentioned earlier, we have over 100
22    announced customers.  We're now signing up more than one
23    customer per week.  So the momentum is certainly
24    building, but I also recognize we are still at the
25    earliest stage of that marathon.  There is a massive,
0023
 1    massive, you know, as I said earlier, multitrillion
 2    dollar payment flows and liquidity.  We think we can
 3    revolutionize how that works, but it's going to take
 4    time.
 5              FEMALE SPEAKER:  (Speaking in Korean)
 6              MALE SPEAKER:  (Speaking in Korean)
 7              MALE SPEAKER:  (Speaking in Korean)
 8              FEMALE SPEAKER:  Even though you've mentioned
 9    several times that this is a marathon, we also have to
10    think of the short term events, one of which is the Team
11    20 Finance Minster's meeting that's coming up next week
12    on the 19th and 20th, and many people, I guess the
13    investors in the market, are expecting this to be a
14    deflection point.  So do you have an outlook on what
15    would happen around that event?
16              MR. GARLINGHOUSE:  I don't have any particular
17    outlook about that specific event.  I would, I guess,
18    comment that I think there should be a global thought
19    about how regulation could work.  The internet, in the
20    earliest days of the internet, 1990 -- the mid-1990s,
21    there was a lot of discussion about internet regulation.
22    And we do need to think about some of these things on a
23    global basis.  Most financial regulation today, many
24    financial regulations today are global.
25              As an example, KYC, know your customer as a
0024
 1    requirement, that's kind of a global requirement.  I
```

2  think we should make sure we think about that on a
3  global basis.  I doubt we'll see anything major coming
4  out of the G20 event coming up, though.
5          FEMALE SPEAKER:  (Speaking in Korean)
6          MALE SPEAKER:  (Speaking in Korean)
7          FEMALE SPEAKER:  (Speaking in Korean)
8          FEMALE SPEAKER:  There are many different
9  terminologies between used interchanged and I'm a bit
10 confused.  There's virtual currency.  There's
11 cryptocurrency, and how do you define each?  Do you see
12 there's a difference?  And I've also noticed that you've
13 used the term digital assets quite a lot.  Is there a
14 reason why you particularly used the expression digital
15 assets?
16         MR. GARLINGHOUSE:  I am glad you asked
17 (laughter).  I almost never use the expression
18 cryptocurrency.  And the reason is today, these aren't
19 currencies.  I can't go down to Starbucks and buy a
20 coffee with Bitcoin.  I can't buy -- I can't buy coffee
21 with XRP.  I'm using Starbucks as a random example.
22 Currencies, traditionally, are something you can use to
23 transact efficiently and broadly.  Very few people, even
24 in the crypto community have used the, you know, Bitcoin
25 or XRP to buy something.  That doesn't mean that they
0025
1  won't ever be currencies, but today I call them digital
2  assets because that's I think what they are.
3          FEMALE SPEAKER:  (Speaking in Korean)
4          MR. GARLINGHOUSE:  One more quick thing on
5  this, if you were to use Bitcoin to buy that cup of
6  coffee, it would double the price of the coffee because
7  of Bitcoin transaction fees and it would take hours to
8  complete the transaction, so by the time you got the
9  coffee, it would be cold.  (Laughter)
10         FEMALE SPEAKER:  (Speaking in Korean)
11         MALE SPEAKER:  (Speaking in Korean)
12         FEMALE SPEAKER:  (Speaking in Korean)
13         FEMALE SPEAKER:  Last February at a Goldman
14 Sach's technology conference, you mentioned that you
15 think that eventually, the value of these
16 cryptocurrencies would drop to zero because they don't
17 currently have any value as a transaction currency.  My
18 question is do you still think that that comment is
19 valid, and what is your outlook long-term wise of the
20 bitcoin and other cryptocurrency or digital assets?
21         MR. GARLINGHOUSE:  So what I've often said is
22 the value of any digital asset will be derived by the
23 utility it creates and the problem it's solving.  With
24 XRP, it's obviously our focus today.  Ripple is focused
25 on the payments part of that.  I think there's many

0026
1   ICOs, there's many tokens (inaudible) that's very
2   confusing to me what utility, what problem they're
3   solving.
4           So yes, I did predict that most ICOs would go
5   to the zero.  I think I've seen research -- I don't know
6   that this is true, but I've seen research that already
7   47 percent of ICOs have failed.  That was research
8   done -- well, I'd Google it.  I'm not sure who said that
9   (laughter), but so I'd stand by that statement and but I
10  think digital assets that are solving a real problem, I
11  think we'll continue to gain value because they're
12  solving a real problem.
13          And I think Bitcoin solves a problem around
14  what effectively is digital gold.  I think XRP is
15  solving a problem.  There's just some that I'm not clear
16  what the problem they're solving is.
17          FEMALE SPEAKER:  (Speaking in Korean)
18          MALE SPEAKER:  (Speaking in Korean)
19          FEMALE SPEAKER:  (Speaking in Korean)
20          FEMALE SPEAKER:  Those were several questions
21  connected.  One is as you know, Korea or Korean won
22  accounts for a large part of the XRP transactions
23  globally, Bitso, for example, has 20 percent of XRP
24  transactions.  So do you think this wide adoption of XRP
25  or aversion of XRP in Korea would help -- will be
0027
1   beneficial to Ripple's business in Korea?
2           The second question is, can you share the
3   results of the POC that you've done with (inaudible)?
4   The third question, is do you think there's a particular
5   reason why Korea is -- Korean's (inaudible) XRP?
6           MR. GARLINGHOUSE:  I'll go in reverse order.
7   You know, I don't think that the Korean interest in XRP
8   is that unique relative to the Korean interest in
9   digital assets broadly.  The largest exchanges in the
10  world are here in Korea.  That applies to XRP.  That
11  applies to Bitcoin.  That applies to Ethereum and
12  others.
13          I'll do the next question and then I'll --
14          FEMALE SPEAKER:  (Speaking in Korean)
15          MR. GARLINGHOUSE:  I'm embarrassed to say the
16  second question was about the (inaudible), and those
17  were both successful pilots.  For now, I don't have much
18  more to say than they both have been successful pilots
19  and we, you know, are excited about that continued work.
20  The first question, I forgot.
21          FEMALE SPEAKER:  It was is it helpful that
22  Koreans have a lot of (crosstalk).
23          MR. GARLINGHOUSE:  Oh.  Well, you know, as I

```
24   mentioned earlier, I think we think a lot about
25   liquidity between various fiat and XRP, and so seeing
0028
 1   lots of liquidity is a beneficial thing between Korean
 2   won and XRP, you know?  So that's a good thing.
 3           FEMALE SPEAKER:  (Speaking in Korean)
 4           MR. GARLINGHOUSE:  I think we're wrapping up.
 5   And since I might not get to speak again, I want to
 6   thank all of you.  I also want to thank the access team
 7   and to thank our translator.  I appreciate you all
 8   having me and hopefully you've got a better
 9   understanding of what we're doing at Ripple and the XRP
10   ecosystem.
11           FEMALE SPEAKER:  (Speaking in Korean)
12           MALE SPEAKER:  (Speaking in Korean)
13           (Applause)
14           (End of video.)
15                         * * * * *
16
17
18
19
20
21
22
23
24
25
0029
 1                TRANSCRIBER'S CERTIFICATE
 2
 3   I, Wendy Smith, hereby certify that the foregoing
 4   transcript consisting of 28 pages is a complete, true
 5   and accurate transcription of all matters contained on
 6   the recorded proceedings, Ripple CEO Brad Garlinghouse
 7   Korea Reporter Meeting - YouTube, in the matter of
 8   RIPPLE, File Number NY-09875.
 9
10   _____
11   Transcriber
12
13
14
15
16
17
18
19
20
21
```

22
23
24
25

PX 503.14

PX 503.14
Interview with Cory Johnson, 3/17/2018, via Yahoo Finance
https://www.yahoo.com/news/ripples-new-chief-market-strategist-crypto-regulation-will-separate-wheat-chaff-114110796.html



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:        )
 4                            )    File No. NY-09875-A
 5   RIPPLE LABS, INC.        )
 6
 7   SUBJECT:      Why Journalist Cory Johnson Left Bloomberg
 8   TV for Ripple
 9   LINK:      https://www.yahoo.com/news/ripples-new-chief-
10   market-strategist-crypto-regulation-will-separate-wheat-
11   chaff-114110796.html
12   POSTED BY:   Yahoo
13   DATE POSTED:  3/15/18
14   PAGES:       1 through 11
15
16                  VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25                (202) 467-9200
0002
 1                  P R O C E E D I N G S
 2   Why Journalist Cory Johnson Left Bloomberg TV for Ripple
 3          FEMALE INTERVIEWER:  I want to talk about the
 4   recent transition you made.  But you were in media for
 5   years.
 6          MR. JOHNSON:  Yeah.
 7          FEMALE INTERVIEWER:  You recently just made
 8   the jump to crypto.  You're not with Ripple.  Talk to us
 9   -- what was behind the move?  What was behind the career
10   change?
11          MR. JOHNSON:  Well, I mean, I -- so
12   fundamentally, from a personal, career standpoint, I
13   started to look at my career having to do a lot of
14   startups.
15          So, you know, I worked on Wall Street.  I
16   worked on a -- as a -- on the buy side for a couple
17   hedge funds for a stretch.  But in the media side, you
18   know, I started Slam Magazine.  I helped start Vibe
19   Magazine with Quincy Jones.  We helped start
20   TheStreet.com with Jim Cramer.  We did a magazine called
21   the Industry Standard.  I was the first Silicon Valley
22   bureau chief in for CNBC.  That was kind of startup in
23   its own way.
```

```
24          When I went to the buy side, I never thought
25   I'd go back to journalism.  But then I came to Bloomberg
0003
 1   with an idea about a different kind of technology show.
 2    That was a startup.
 3          So I like -- startups are in my blood.  I like
 4   to do it.  The other thing is I've seen high growth
 5   startups in Silicon Valley for 20 years.  I've watched
 6   these companies, some have done wonderfully and
 7   spectacularly.
 8          I've watched companies like Google go from two
 9   guys to one of the dominant businesses in the history of
10   time.  I've watched a lot of companies face plant in
11   that time.
12          And so the idea that I can be involved at a
13   very senior level to help shape a company that's doing
14   some things that have really captivated the imagination
15   of everyone in the world of business is really excited.
16    So I'm stoked.
17          MALE INTERVIEWER:  Cory, you talk about Ripple
18   as a startup, there is some massaging to be done, I'll
19   say, on the messaging.  You know, we were lucky enough
20   to have Ripple CEO Brad Garlinghouse in here at our all-
21   day crypto event about a month ago.
22          And he was very candidly talking about sort of
23   the confusion in the market that exists between Ripple
24   the company and its many different products, and XRP,
25   the cryptocurrency.
0004
 1          MR. JOHNSON:  Right.
 2          MALE INTERVIEWER:  So as market strategist, is
 3   that something you'll be looking at?  How do you sort of
 4   -- it takes a little bit of educating people on the
 5   differences?
 6          MR. JOHNSON:  I mean, certainly, you know,
 7   I've been telling stories -- nonfiction stories -- for
 8   my entire life, so I would imagine that's going to be a
 9   part of my role both internally at the company and
10   externally sort of facing Wall Street and facing
11   investors in the company, and, indeed, facing regulators
12   and -- or I would imagine part of the sales effort, as
13   well, telling that story clearly.
14          Ripple is really interesting company.  I mean,
15   as your last guest was -- I thought, really well --
16   explained it very well, there's -- there's two things,
17   right, there's these cryptocurrencies -- we call it
18   digital asset.  You call them coins, whatever the heck
19   you want to call it.  And then there's the software
20   product that Ripple is creating.
21          And the history of this company is that some -
```

22  - some very smart engineers looked at Bitcoin and said,
23  there are some flaws in this.  This thing might not
24  scale well.  This thing might not allow for it to be
25  used in commerce the way some of the people behind
0005
 1  Bitcoin wishes that it would.  Let's try to improve
 2  that.
 3           Well, they created this really cool and
 4  interesting technology -- this XRP, this coin, if you
 5  will, this digital asset.  But then what?
 6           Well, they turned that over -- or much of
 7  that, about two-third of that over to a company, Ripple,
 8  and let Ripple try to find the right use case.  And
 9  we're focused really on banking and moving -- moving
10  money the way we move text messages.
11           I mean, the fact that you can send a text
12  message to Brazil in three second, and that you can send
13  an email with an attachment to South Africa in about
14  three seconds, but it takes you three to six days to
15  move money is ridiculous.  It's an enormous problem in
16  the world of finance.
17           And Ripple Software is trying to use -- trying
18  to solve these problems incorporating XRP as a coin or
19  as a digital asset as a methodology to solve those
20  problems.
21           So that using Ripple Software you can move
22  money in three seconds like a text message.  It
23  shouldn't be rocket science.
24           But thus far the world of banking hasn't been
25  able to solve that technological problem we think we
0006
 1  have.
 2           MALE INTERVIEWER:  Yeah, Bitcoin, of course,
 3  originally people hyped it as a way to disrupt Western
 4  Union.  As you say a way to send money, and it was good
 5  for remittances.
 6           MR. JOHNSON:  Right.
 7           MALE INTERVIEWER:  Of course, Bitcoin itself,
 8  it hasn't shaken out that way.  It's mostly just a
 9  speculative investment.  People aren't really using it
10  as a cryptocurrency anymore.
11           Brad Garlinghouse said the same thing that you
12  were saying about how we think of it more as a digital
13  asset than a cryptocurrency.
14           I think the term cryptocurrency has become a
15  little passe.  But when you think if Ripple, is it a
16  crypto company?  Is it a banking company?  You know, who
17  are Ripple's biggest competitors you think?
18           MR. JOHNSON:  So I truly think of it as an
19  enterprise software company.

20          It's an enterprise software company trying to
21    solve issues around payments for banks and eventually
22    for companies as well.  We've got products to do both
23    those things.
24          But it also is sitting on an asset of about 61
25    billion XRP assets.  And so the valuation of this
0007
 1    business -- it's a private company, of course -- but it
 2    certainly has both those components, of the company
 3    itself is sitting on this enormous asset that right now
 4    the market is valuing at a very high level.
 5          But we're trying to use that asset to create a
 6    software business where we'll be charging enterprise
 7    software just like any other enterprise software out
 8    there -- whether it's Salesforce or Oracle or SAP.  You
 9    name it.
10          FEMALE INTERVIEWER:  And, Cory, in your new
11    role, you're out there, you're explaining what Ripple
12    is, you're explaining what XRP is, it's becoming more
13    mainstream but still there is a ways to go here.
14          MR. JOHNSON:  Yeah.
15          FEMALE INTERVIEWER:  Does the recent
16    volatility that we have seen in the crypto markets, does
17    that make the adoption of it -- do you think that will
18    slow the adoption of it?
19          Or how does that change the message that you
20    at -- from Ripple are getting out there?
21          MR. JOHNSON:  So let me make it really
22    personal -- so December, we see -- November, December,
23    we see this huge spike in the value of a lot of these
24    assets.
25          They're all starting to blend together.
0008
 1    There's -- there's been a lot of interest in this.  And
 2    I've been -- I've been paying attention to this space
 3    for quite a while, but I really dug in November,
 4    December, and just really decided to learn it.
 5          And from my perspective at the time, which is
 6    completely biased now, but even that the time, I saw
 7    that -- you know, what is -- I'm a Buffett guy right, or
 8    I'm a what's the intrinsic value, what's the thing
 9    actually worth.
10          The currency notion -- gold always seemed like
11    a ridiculous investment to me, right?  Because it only
12    has value because someone else says it has value.
13    Ultimately, it's a greater fool theory, nothing, right?
14          But the intrinsic value in these coins or in
15    these assets isn't there, right?
16          It's just hoping someone is going to find it
17    there.  Maybe it's a better way to use security.  Maybe

18    it's a better way to use technology.
19          But what I saw in Ripple was something
20    different than what I see in some of these other ones
21    and a certainly a lot of these ICOs is that the
22    activities of the software company create value in the
23    asset and underlying intrinsic value.
24          Now the volatility of these things is because
25    they're trading it -- because they're tradable assets.
0009
 1    And certainly, there's going to be volatility in the
 2    early days of any tradable asset -- extreme volatility.
 3          But I think one of the reasons you have the
 4    volatility is because no one is doing a:  This is
 5    ultimately worth that.  This is the price -- or that is
 6    the price I'm willing to pay for this asset.
 7          And I think that over time we're going to see
 8    that.  And I believe that Ripple is going to be able to
 9    demonstrate an intrinsic value for XRP that some of
10    these sillier coins and assets don't have and wont'
11    have.
12          FEMALE INTERVIEWER:  And, Cory, I mean, over
13    the past -- or this week, it came out that Google had
14    blocked crypto ads from its platform.
15          MR. JOHNSON:  Yeah.
16          FEMALE INTERVIEWER:  That has added to some of
17    the volatility that we have seen so far this week in the
18    crypto market.  What's your reaction to that?  I mean,
19    why would they be doing that?
20          MR. JOHNSON:  Well, thank God.  I mean, so
21    many scams.
22          And it wasn't just cryptos.  It was options
23    offerings that were sort of binary in nature.  If you
24    get this right, you'll make money.  They banned that.
25          You know, our society has a big problem with
0010
 1    what's been happening in social media -- whether it's
 2    Facebook, Twitter, YouTube.  We see that with the
 3    Russian role in the U.S. elections and in global
 4    elections.  We see that with the hate speech that's
 5    happened there.
 6          And I think that the platforms are starting to
 7    recognize that they need to have some sort of governance
 8    towards those messages.
 9          Regulation is going to be good for the world
10    of blockchain companies, for cryptocurrencies because it
11    really is going to separate the wheat from the chaff.
12          I don't think we're there yet.  But I think
13    it's -- I don't know -- I think it's a good thing.
14                    (End of video.)
15                    * * * * *

```
16
17
18
19
20
21
22
23
24
25
0011
 1              TRANSCRIBER'S CERTIFICATE
 2
 3   I, Mike McCormick, hereby certify that the foregoing
 4   transcript is a complete, true and accurate
 5   transcription of all matters contained on
 6   the recorded proceedings in the Matter of RIPPLE LABS,
 7   INC. 405870-NY, Why Journalist Cory Johnson Left
 8   Bloomberg TV for Ripple
 9
10
11
12   _____
13   Transcriber
14   8/30/2022
15
16
17
18
19
20
21
22
23
24
25
```

# PX 503.15

PX 503.15
Interview with Eric van Miltenburg, 7/1/2018, via Center for Digital Strategies
https://www.youtube.com/watch?v=CLUUMtLsROk



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:   )
 4                       )   File No. NY-09875-A
 5   RIPPLE LABS, INC.   )
 6
 7   SUBJECT:  08 - The Ripple Effect on Cryptocurrency
 8   PAGES:    1 through 46
 9
10
11
12
13
14                   VIDEO TRANSCRIPTION
15
16
17
18
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                   (202) 467-9200
0002
 1             P R O C E E D I N G S
 2           MR. WHEELER: All right, thanks for coming,
 3   everyone.  For those I haven't met, I'm Patrick
 4   Wheeler, system director in the Center for Digital
 5   Strategies. For today's event, we're really excited.
 6   I think there's a lot of energy and excitement around
 7   campus when we start to talk about Blockchain, and
 8   crypto, and Fintech.
 9           And we're really excited to be able to bring
10   today Eric Van Miltenburg from Ripple, who not only
11   plays in that space, but actually has a really sound
12   business product with a business model that solves
13   really important business challenges.  So, without
14   further ado, I'll turn it over to Eric.  Please join
15   me in welcoming Eric Van Miltenburg.
16           MR. VAN MILTENBURG: Thank you, Patrick.
17   Thank you for organizing the day.  Thank you to Robin.
18   I've already had a great morning, chatting with a lot
19   of students.  It's a treat to come back to Hanover.
20   And I appreciate the fact that you actually have some
21   nice weather for me when I'm back here because it
22   creates literally a warm welcome.
23           As Patrick said, I want to keep this pretty
```

```
24            casual.  I have a set of slides, probably
25       take half an hour or so.  And my goal there is to give
0003
 1       you just a little bit of background on me and the
 2       journey that I took post Tuck and how I got to where I
 3       am today. Certainly, would like to share a little bit
 4       about Ripple and what we're doing in our take on
 5       deploying Blockchain technology to solve a real-world
 6       problem.
 7            I won't be, maybe too much chagrin, talking
 8       a lot about ICOs, or the latest hype around coins, or
 9       when Bitcoin is going to fork again.  We can talk
10       about that during Q & A.  But I'd like to focus today
11       more on what I think is a real-world application of
12       Blockchain technology and how it can make a real big
13       difference going forward.  And then, leave plenty of
14       time open for questions.
15            Caveats at the start, I am truly a Tuck
16       grad.
17            I'm not a tech guy.  I'm not going to be
18       able to get deep into all the nuances of Blockchain.
19       I can go far enough to be dangerous.  So, don't
20       hesitate to ask questions.  But I want to think more
21       about the strategy and how we go about deploying
22       Blockchain in a meaningful way.
23            So, this image can either be the road less
24       traveled, or the long and winding road, which I guess
25       the folks that helped me put this together meant to
0004
 1       typify my post Tuck career.  I came out of Tuck in the
 2       dark ages, '91, I graduated.  As we were talking about
 3       a breakfast, there was actually a recession going on
 4       in 1991.  About 30 some odd percent of my classmates,
 5       including myself, left Tuck without a job, which was
 6       really, really scary, given the amount of money that
 7       you invest to come here, and you think you're going to
 8       get that degree, and you're going to be in demand.
 9            And so, I packed up, and I went out to the
10       West Coast, which is where I grew up.  And by the
11       fall, I was working at a tiny boutique, a strategy
12       consulting firm called Windermere associates.  About
13       ten professionals doing what MBAs do.  You go, and you
14       consult, and you work on big problems with big
15       companies.  And I figured out in two or three years
16       that, just for me, that wasn't the thing.
17            And now, it's like 1995, and this thing
18       called the internet is coming around.  Sounds
19       interesting.  And I know nothing about the internet,
20       but just pre-LinkedIn, start smiling and dialing, and
21       I was able to land a job at a dial-up ISP.  Which is
```

22  hard to believe right now, but at the time was pretty
23  darn cool.  Getting people onto the Internet, what was
24  a browser? How do you use email? How does that all
25  work? And how does it make an impact?
0005
 1          And I was fortunate to hook up with a boss
 2  and a mentor that I worked with for a while.  I
 3  started off doing what we call -- I think we called it
 4  "business planning and management."  So, taking my
 5  "smart business guy" skills and trying to insert them
 6  in a space that was the Wild West.  There wasn't a
 7  whole lot of measurement and process.  And trying to
 8  balance the need for putting some structure around
 9  things without being so bureaucratic, that you slow
10  down the ability to be nimble and entrepreneurial.
11          So, it has been a long and winding road.
12  I've worked for companies as large as Yahoo, with
13  13,000 employees.  I've been Employee #8 at a startup.
14  The common thread has always been this combination of
15  what I guess today we call business operations, but
16  business development strategy, corporate development.
17          I've embraced being a generalist.  I had
18  opportunities to go deep into marketing or go down a
19  CFO path.  Both of which are fantastic, but for me, I
20  really enjoyed carving a slightly new path, and this
21  this function of business operations, I think, is now
22  more commonplace.  It's this intersection of, I think,
23  internal consulting strategy, keeping the business
24  part of the business moving forward.
25          I've been fortunate to insert that ability
0006
 1  at a couple of different places.  I'll call out a few
 2  and then, try to bring it full circle to what we'll
 3  talk about today at Ripple.  First, way back in the
 4  late '90s, I worked for a company called At Home,
 5  which became Excited Home.  And you guys, most you
 6  probably weren't even born back then.  But we were the
 7  first company that was bringing broadband internet via
 8  cable modems to consumers in the United States.
 9          So, the first intersection was old-school
10  companies trying to do digital transformation with
11  cable companies, right?  They had actually pretty
12  successful businesses bringing video entertainment to
13  the masses.  They saw an ability to generate a new
14  revenue stream, but a very different old-school way of
15  thinking.  We were this brash, new, totally "bubble"
16  era internet company.
17          And it was fascinating to watch that
18  transformation to help them think through that.
19  Unfortunately, I think they thought through it enough

```
20  that they realized they could suck the technology out
21  of the company and do it on their own.  As a result,
22  Excited Home was truly a poster child for that Web 1.0
23  era.  We went public in '97, and the stock went
24  through the roof.  We hired a ton of people, we built
25  huge buildings, and then, the bubble burst.  And then,
0007
 1  the company basically imploded.
 2             The cable companies truly sucked the IP out
 3  of that.  Now, you have Comcast, and TCI, and COX
 4  Cable all running their own broadband businesses now,
 5  both for consumers and for enterprise.  Making a lot
 6  of money and, unfortunately, somewhere in the scrap
 7  pile of internet, Web 1.0 is that company.  But an
 8  interesting process and a lesson you learn going
 9  forward.
10             The other one I'll call out is at Yahoo, I
11  had a couple of different roles, but one was working
12  on a major project we had with the newspaper industry,
13  another old-school industry trying to figure out how
14  to not only survive but try to thrive in the internet
15  age.
16             And in some ways, Yahoo was the Antichrist.
17  It was the company that was taking all of their users
18  and all of the ad dollars and moving it away from
19  them.  But they realized, at least a small group
20  within a lot of these newspaper companies realized,
21  "Hey, we either can go down the road that leads to a
22  not-so-good outcome, or we can try to partner and
23  learn."
24             So, I put together a partnership with about
25  a dozen different newspapers across the United States,
0008
 1  from Hearst, to also Cox, another intersection there.
 2  Belo down in Texas.  They leveraged our search
 3  technology, our ad serving technology.  We took their
 4  original local content and displayed it to our users.
 5             So, it was, again, another valuable lesson
 6  of how to try to take an industry that was really
 7  confronting, "How do you make it to the next level?
 8  How do you embrace technology and not get lost in the
 9  mix?"  And that leads to today.  I'm at a company
10  called Ripple.
11             And just for background, Ripple is a
12  later-stage startup.  We have about 220 people.  We're
13  headquartered in San Francisco, right in the heart of
14  the financial district.  We develop enterprise
15  software that we serve banks and other financial
16  institutions.  Specifically, to help pain points
17  involved with payments, and even more specifically,
```

18    cross-border payments, moving money around the world
19    more efficiently than it happens today.
20              It is, again -- sometimes, life repeats
21    itself.  Working with a set of companies and
22    institution that's been around not decades, but
23    centuries in many cases.  And they're dealing with
24    technology that isn't necessarily in the 21st century
25    always.  And how do they embrace that without getting
0009
1     disintermediated and losing their identity and
2     business model around the way?
3               So, anyway, that's enough about me.  Let's
4     get going on what we do.  Our mission at Ripple is to
5     create something we call the Internet of value, and
6     I'll spend a few minutes talking about that in just a
7     second.  I think we leverage the Blockchain.  We
8     leverage Blockchain technology.
9               As Patrick was saying at the start,
10    everybody wants to talk about Blockchain.  The hype
11    around Blockchain is really off the charts.  And I,
12    having enough gray hair to have been through Web 1.0,
13    we saw -- well, those of us that were around, we saw
14    Pets.com.  We saw Webvan.  90 percent of the companies
15    that just put a .com after the name didn't really need
16    to.  Or maybe they needed to, but they did it in the
17    wrong way.
18              And having been to this movie before, I see
19    a lot of the same hype existing around the Blockchain
20    today.  I think it'll be as impactful as the internet
21    was impactful for society.  I also think that there is
22    a lot of stuff going on that doesn't make any sense
23    that doesn't require the Blockchain.  A database often
24    works just fine for a lot of things people are trying
25    to do.
0010
1               And so, what I'd like to highlight as we
2     chat today is how, at least from my perspective,
3     Ripple is tackling a very specific real-world problem.
4     And doing so in a way that I think is going to make a
5     really dramatic impact.  So, before I get into exactly
6     what we do, I'm going to take a step back and talk a
7     little bit more strategically.
8               If you think -- hopefully, this isn't going
9     to get too high level and squishy.  But if you think
10    about major trends that have happened that have helped
11    the global economy grow and actually work, I'd argue
12    there's three components that are critical to actually
13    create that economic globalism.  And two of them,
14    we've checked off.  One, I don't think we have, and it
15    has to do with the Internet of value.

16          So, the first one -- interesting fact about
17     this picture.  This was taken the year that I
18     graduated from Tuck.  I was going for a little more
19     laughter there. Damn.  So, what does it have to do
20     with anything?  So, shipping.  If you think about
21     shipping of physical goods.  If you look back, I think
22     this picture was probably taken, I don't know,
23     earliest 20th century.
24          Shipping physical goods was hard.  Not only
25     because we didn't have airplanes and whatnot.  But
0011
1     when you think about how packaging of physical goods
2     happened, there was no rhyme or reason.  The goods
3     came from all different parts of the world.  There was
4     different methodologies, shipment.  It was super
5     expensive and prohibitive.
6          And as a result, a lot of commerce didn't
7     happen.  Things didn't move across the world simply
8     because the economics associated with making that
9     happen didn't make sense.  You couldn't make the
10     business model work.  So, in the 1950s, voila, the
11     shipping container.
12          You look at a shipping container, it's just
13     a big metal box, right?  Well, actually, it was a huge
14     innovation.  This shipping container was standardized
15     around the world, and it revolutionized how physical
16     goods were transported.  And there's a word I'll use a
17     few times here, and that's "interoperability."
18          So, component one of making a truly
19     efficient global economy is interoperability of
20     physical goods.  And I'd argue that the innovation of
21     the shipping container was a fundamental milestone in
22     ensuring that that happened in a way.  Because when
23     you think about what happens is, I can go anywhere in
24     the world, and that shipping containers the same.
25          I can go from factory, putting that shipping
0012
1     container on a truck that goes to a train, that goes
2     to a cargo ship.  That ship goes to a new port in a
3     totally different spot in the world.  It'll be the
4     same infrastructure that has been built around that
5     allows the logistics around shipping to happen in a
6     far more efficient way.
7          And there's statistics that show in a
8     20-year period -- frankly, I don't know if it's from
9     the '50s to the 70s, or the '60s to the '80s.  There
10     was a 700 percent increase in the transport of goods
11     in North America.  In the northern hemisphere, I
12     should say, not North America.  That can be traced
13     back to the fact that we have this interoperability

14    with physical goods.
15            So, I think, one, physical good
16    interoperability, check.  That happened.  It's pretty
17    impressive.  I don't have a bunch of fancy pictures
18    for the next one, but you guys have lived through some
19    of it yourself.  And that's the interoperability of
20    data.  So, obviously, the internet has been
21    transformational.
22            We have the ability now not to work in
23    siloed islands of networks where data is contained,
24    and moving things from one node to another is
25    difficult.  We have these standards.  Just like the
0013
 1    shipping container was standardizing how physical
 2    goods moved, we have standards that the internet
 3    brought us. TCP IP, HTTP that allows a web page to
 4    load, no matter what browser, no matter what internet
 5    service provider you have.  That allows us to send
 6    emails back and forth in a way that you don't even
 7    think about it.
 8            We take all this for granted.  But it really
 9    revolutionizes how we can communicate.  And so, you
10    have the interoperability of physical goods.  You have
11    the interoperability of data.  What are we missing?
12    We're missing the interoperability of value, the
13    ability to move money around the world as efficiently
14    as data moves around the internet today.
15            It's crazy in some ways to think we're in
16    2018.  And if I want to send a 30-gig video clip to
17    Hong Kong, I don't even think about it.  I just send
18    it, attach it to an email, upload it to Dropbox, and
19    the person on the other end pulls it down.  Marginal
20    cost is basically zero.  I know it'll get there in
21    seconds, and I'm about 100 percent sure it'll happen.
22    Maybe on some cases, it doesn't.
23            If I want to send $10,000 from Hanover to
24    Hong Kong, honestly, your best bet is to put it in a
25    suitcase and go down to Logan and hop on a plane.
0014
 1    It'll get there faster, more reliably, and probably --
 2    I don't know about cheaper.  The plane ticket might
 3    cost you a little bit.  But it's really the fact that
 4    we live in an internet age, but the infrastructure to
 5    support global payments is really based on technology
 6    that is 45 years old, it's a little mind blowing.
 7            And that's really what -- I might be off of
 8    my slides.  That's really what we saw, or I should
 9    say, the founders of Ripple saw when they created the
10    company.  And that's we'll talk a little bit more now.
11    So, to start off with, let's take a look at what is

12    happening on the demand side.  So, when I'm talking
13    about demands, it's people that have a need to send
14    payments.
15           And if you look at this from a corporate
16    lens, the profile of the corporate customer that needs
17    to send payments has changed pretty dramatically in
18    the last 20 years.  These logos, obviously, are some
19    of the largest technology companies around the world.
20    And they all have come into being in this new internet
21    age.  And they have some interesting characteristics.
22           Let's look at Amazon, just as an example.  I
23    think this is relevant for many of the names that were
24    on that list.  So, I think these numbers are from a
25    couple years back.  But the sellers, the people that
0015
1    are selling goods on Amazon, come from over 100
2    Different companies around the world.
3           They are sending goods to 185 countries
4    around the world.  So, the purchasers, the consumers,
5    the retail folks.  And in 2015, there was a billion
6    items shipped.  The logistics around that are
7    shocking.  So, what does that mean? That means Amazon
8    has to figure out how to disperse funds to vendors in
9    185 countries.
10           Amazon only does disbursements in 19
11    currencies, which in and of itself is a huge effort
12    for them.  That means tons of integrations into
13    different banks.  That means employing literally
14    hundreds of people within Amazon to work on payments.
15    That's true.  We've talked to people on Uber.  We've
16    talked to people in Airbnb.  These are not payments
17    companies, but the current infrastructure that exists
18    to serve them isn't adequate to meet the needs that
19    they have.
20           So, not only is that a pain for Amazon, but
21    then, if you are a vendor in one of those countries
22    that happens not to have the good fortune of being
23    served with the right currency, you have to go form a
24    banking relationship.  You have to deal with the FX
25    rates.  You have a whole other set of burdens that you
0016
1    obviously would rather avoid because you're trying to
2    run your small business or your shop.
3           So, this is an evolution that's material.
4    And so, I won't go through these in a lot of detail.
5    But what you see is that these companies all were
6    global from day one.  It used to be, you created your
7    company.  You had a nice domestic business.  If you
8    were fortunate enough to do well, you were like, "How
9    do I grow revenue?" Well, I move, and I opened a

```
10   market overseas.
11           Well, with the internet, people are starting
12   to sell overseas from day one.  So, that's a very
13   different demand.  There's new business models.  The
14   gig economy, sharing economy.  You've got a lot of
15   vendors.  There's two million Uber drivers around the
16   world?  They want to get paid right away, and they
17   want to get paid in their local currency.  Maybe they
18   don't even have a bank account.  They want to get paid
19   to their mobile wallet.
20           These are our demands on the payments
21   infrastructure and the payment system that didn't
22   exist ten or 15 years ago.  You'll hear Ripple use the
23   phrase in the upper right, the first bullet there,
24   "high volume, low value, high velocity."  So, what we
25   mean by that is lots and lots of low-ticket item
0017
 1   payments.  And that's really -- we'll talk about it in
 2   a second, but that's not what the current
 3   infrastructure is set up to do.
 4           And then, there's also this idea of
 5   visibility.  We use this story sometimes in pitches.
 6   I forget if it's Domino's or Pizza Hut.  You know
 7   where your pizza is, everywhere along the way, after
 8   you order it.  Where's the driver?  When's it coming?
 9   How's it doing?
10           You send a $10,000 payment through the
11   traditional system, it's a little bit like putting an
12   envelope in a mailbox.  Not that nobody does that
13   anymore.  Fifteen years ago.  You don't know if it's
14   going to get there.  You have to wait, maybe get a
15   call or a message back from the recipient.
16           That's a bigger and bigger deal when you're
17   dealing with a lot of small payments going to a
18   multitude, sometimes millions, of users.  So, that's a
19   current reality.  Of course, we have to talk about
20   another buzzword.  But if you look at what's coming in
21   the near future, it's not just people paying people.
22   It's machines interacting with other machines.
23           The internet of things is upon us.  And this
24   stat shows that they're not that many years, there'll
25   be 50 billion connected devices around the world, and
0018
 1   many of them aren't going to be interacting just with
 2   people.  They'll be interacting with each other.
 3           And transactions will happen.  And these
 4   aren't big money transactions.  We had a group from
 5   Audi, the car manufacturer, into the office.  I wasn't
 6   in the meeting.  It was a couple years ago.  And it
 7   was their future innovation team thinking what's going
```

```
 8  to happen.
 9           And they were talking about, they're going
10  to be equipping cars in the future with technology
11  that allows on demand anything.  So, if you want to go
12  up to the mountains in engage four-wheel drive for the
13  weekend, instead of having to pay for a four-wheel
14  drive when you buy the car, it'll be there.  But if
15  you want to turn it on, you buy it for the weekend.
16           There was even the example, if you're on the
17  highway, the cars will be able to talk to each other.
18  And if you're in a hurry, and you want to pass the car
19  in front of you, you can say, "I'll give you ten cents
20  to move over."  I don't know if that one's really
21  going to play out.  But we're talking about payments
22  that are not thousands of dollars or hundreds of
23  dollars.  They're cents or fractions of a cent.
24  Machines making calls to another machine for more
25  processing power, or more API calls, or what have you.
0019
 1           This is coming, and the idea of micro
 2  payments being at all affordable is just not
 3  fathomable today.  So, huge volumes, immediate
 4  on-demand transactions.  You have to make this work at
 5  a fraction of the cost.  This isn't really where we've
 6  needed to be as a payments industry.  But quickly,
 7  this is upon us and will get even more intense over
 8  time.
 9           So, why does it work? I don't know how many
10  people here are familiar with correspondent banking,
11  any hands, anybody?   A few, all right.  A year and a
12  half ago, when I joined Ripple, I certainly was not.
13  And it was an eye opener to me to see how the process
14  works today.  How many people have wired money
15  overseas, maybe lived overseas?  And how many people
16  have enjoyed that experience and found it really
17  efficient and whatnot?
18           So, Swift is a company -- actually, it's a
19  co-op owned by banks.  And that's what they do.  They
20  have a messaging infrastructure that is default.  It's
21  almost the de facto standard that enables cross-border
22  payments.  And, again, it's 45 years old.  And it's a
23  technology that is akin to throwing a letter in a post
24  office box.  It's a one-way messaging technology.
25           You deal with these intermediary banks along
0020
 1  the way.  And as a result, it's days.  My example
 2  before about the plane trip to Hong Kong was an
 3  exaggeration.  It'll take two, three, maybe more days.
 4  And that's if it works on the first try.  The failure
 5  rates for Swift transactions are somewhere in the
```

6   neighborhood of 5 percent.
7           Now, in Silicon Valley, and in technology in
8   general, we talk about four nines of reliability, five
9   nines of reliability.  We're not even talking about
10  one nine of reliability when it comes to moving
11  people's money around the world in many cases.  That's
12  a little bit hard to believe.
13          And this system was built for big chunks of
14  payments that would happen occasionally.  So, I used
15  the term before, low value, high volume payments.
16  That's where the world is moving.  This is about high
17  value, low volume payments.  I'm a big auto
18  manufacturer.  I have to pay my vendor in Vietnam.  I
19  can send them every, two weeks, several million
20  dollars, and that's just fine. And for those payments,
21  Swift actually is, yeah, relatively efficient.
22          For the new corporates, it's not where the
23  world is going, and we don't think that the rails, the
24  infrastructure for payments, is there to meet that.
25  In addition, and I touched on this already, the
0021
1   correspondent banking system means if you don't have a
2   direct of your bank as, let's say, that manufacturer
3   that is paying a vendor in another country.  Doesn't
4   have a direct banking relationship with that vendor's
5   bank, you have to deal with an intermediary.  It daisy
6   chains throughout.
7           And throughout that process, you've got fees
8   that are charged.  You have the risk of something
9   going wrong and delays.  Overall, it leads to a very,
10  very poor, poor experience.
11          So, voila.  Took me almost half an hour in a
12  Blockchain presentation to start to mention
13  Blockchain.  That's great.  Why is the Blockchain
14  going to help here?  So, I'm definitely not the person
15  who can give a great textbook definition of the
16  Blockchain.  You're better off going up to Wikipedia
17  or your favorite website.
18          But it really does revolutionize how
19  transactions are recorded.  Obviously, it's a
20  distributed ledger.  There's no central counterparty.
21  It's immutable.  You can't change it.  It's incredibly
22  fast.  And it depends on the Blockchain, we'll talk
23  about that in a second, how fast it really is.  But it
24  lends itself to addressing some of the inefficiencies
25  that exist with the current system.  Being able to
0022
1   record transactions in such a way is very appealing.
2           And so, there's one school of thought that
3   says, "Well, great, so there's one Blockchain.  You

```
 4   can do this on Bitcoin.  Bitcoin has a Blockchain.  It
 5   was the first Blockchain.  Why don't we just leverage
 6   that, and we can do all this payment stuff on just
 7   that?  This gets back to the analogy of
 8   interoperability.
 9           It's unlikely, I think it's almost
10   impossible, that there's going to be one Blockchain
11   that is this monolithic thing that is going to be what
12   everybody across the entire world standardizes on.  By
13   definition, there will be different ledgers, different
14   Blockchains, different networks that exist.
15           So, putting the entire world on one
16   Blockchain, fundamentally, I don't think it makes
17   sense.  It's not how the world is starting to play
18   out.  I don't think it's how the world will end up
19   being played out.  So, Ripple pioneered this idea of
20   how do you address that problem?  How do you create
21   interoperability between different ledgers, between
22   different payment networks?
23           And so, we came up with the protocol, just
24   like there was TCP IP for the internet.  Our
25   engineering team has created something called the
0023
 1   interledger protocol, or ILP.  And the idea being that
 2   these different networks, Blockchain just being one,
 3   ACH, which is the intra country, check clearing, money
 4   moving network here in the United States.  Visa is a
 5   network.  You can argue that HSBC has a payments
 6   network, etc, etc.
 7           They're all these islands right now.  And
 8   sure, you can ask each of these networks to move on
 9   the Blockchain, but then, they're just copying what
10   they're doing and putting it over on a Blockchain.
11   There's scalability issues that come up very quickly
12   when that happens.
13           So, the idea, is just like the internet
14   connected data networks around the world, there should
15   be a standard, a protocol that connects these value
16   networks, these payment networks.  And that's really
17   what the interledger protocol that we've developed --
18   and it's now open source.  It's now out for other
19   people to build on and improve on and deploy.  But it
20   got its start within Ripple.
21           And that's really the idea is to create
22   these networks.  So, now you can have interaction
23   between the networks and create that efficiency, that
24   interoperability of value that, we'd argue, was
25   lacking is that third component after the
0024
 1   interoperability of goods, interoperability of data,
```

2    you need to interoperate, interoperability of value.
3          And just like you need standards for those
4    other two, you need standards for this and the ability
5    to leverage something like the interledger protocol.
6    To do that is super, super important.  And so now,
7    here's the nice, pretty future state world that's all
8    interconnected and whatnot.  We don't need to spend a
9    lot of time on that.
10         So, how am I doing on time?  I didn't intend
11   to, and hopefully, this isn't coming off at all as a
12   Ripple commercial.  But I want to share with you a
13   little bit more specifically how we try to tackle the
14   problem, what products we have in the market, and how
15   we're going about tackling the opportunity.
16         So, we are trying to -- we work at the
17   infrastructure layer.  We're down at the plumbing.
18   We're not creating the fancy user facing applications.
19   We're not a PayPal, or Venmo, or anything like that.
20   Those applications are great, but they're really just
21   the veneer.  They're still working on the same rails,
22   the same payments infrastructure.  We're trying to
23   work at that plumbing level and create a new, far more
24   efficient rail for payments to move around the world.
25         So, I talked about standardization, this
0025
1    idea that there's APIs that work.  But it goes beyond
2    that, and I'll talk about governance and rules in a
3    second.  Speed.  It's just not acceptable that
4    payments moving across the world take two, three,
5    sometimes more days.
6          Certainty, the idea that when you start a
7    payment, you've done what you need to do on both ends
8    such that it's an atomic payment.  It means you know
9    if it starts, it will complete, and it will be
10   successful.  And I'll touch a little bit on it, but I
11   won't get -- it's a little inside baseball to go too
12   far into that.  So, I won't go too deep.
13         And then, cost.  Having straight through
14   processing rates, eliminating middlemen certainly cuts
15   out fees and creates a far more efficient business
16   model.  And again, all of this together is enabling
17   the economics around payments that, at a certain small
18   fractions of dollars amounts, used to be -- you
19   couldn't even fathom making that work.  It makes it
20   much more possible.  It has impact not only on that
21   Internet of things example, but if you think about
22   financial inclusion in parts of the world where banks
23   today can't justify the business model to serve
24   certain populations.
25         If you think about a payment system that's

0026
1  far more efficient, then it opens up possibilities to
2  do a whole lot of things in developing economies, et
3  cetera, et cetera.  So, we brought to market --
4  really, we have a portfolio of three products.  Our
5  flagship product is something we call xCurrent.  And
6  that really deals with the bottom two layers of this
7  stack here.  The settlement infrastructure, that's
8  where we use the Blockchain technology.  It's working
9  between the ledgers of two financial institutions and
10  integrating at their core ledger, way down in the guts
11  of the banking infrastructure.  And then, ensuring
12  that there's the cryptography that allows them
13  certainty that that payment actually settles.
14          So, we do preprocessing and holding of funds
15  in a way such that we make sure that the -- combined
16  with the messaging.  So, the messaging part is what
17  replaces what Swift does.  But Swift is a (inaudible)
18  direction messaging, back to the letter in the post
19  box example.  You don't really know.  We have a
20  bidirectional, very robust messaging infrastructure,
21  so that if you fat finger an account number, you get
22  information back, like, "No, no.  That's the wrong
23  number."
24          Obviously, if you have a one-way messaging
25  system, and you put the wrong account number, there's
0027
1  no return path to let you know, "Hey, whoa, don't send
2  that.  We don't have an account that matches that
3  number."
4          So, this allows the payment processing to
5  happen.  The messaging happens efficiently.  The
6  settlement happens within eight seconds, roughly,
7  which is a dramatic change from what exists today.
8  That's the bits and bytes.  That's the software we
9  implement.  In addition, we realized pretty quickly
10  that we're since we're working with financial
11  institutions, we're trying to create a network.  We're
12  trying to create a whole portfolio of institutions
13  because they're all going to be transacting with each
14  other.
15          They need a set of rules and governance in
16  order to do that efficiently.  Or else, then every
17  time somebody came and joined RippleNet, they'd have
18  to go create a new bilateral relationship with whoever
19  their counterparty is.  That's a lot of friction in
20  the system.
21          So, we created a common rule set, working
22  with our bank partners, that allow them to know that
23  whenever I sign up with Ripple, everybody else that's

```
24   signed up with Ripple is operating off of the same
25   rules.  So, it gives me certainty and peace of mind.
0028
 1   So, all those things, together, create our first
 2   product.
 3           How do we use digital currencies?  This is
 4   where, actually, an asset called XRP that we happen to
 5   own quite a bit of and are a big champion of comes
 6   into play.  The messaging, the settlement addresses
 7   some big pain points in that cross-border payment
 8   flow.  What it doesn't address is liquidity.
 9           And by liquidity, it just means are the
10   funds where they need to be in the right denomination
11   to actually make that payout.  And what happens today
12   in the correspondent banking system is there is the
13   need for the sending bank actually to have opened up a
14   bank account with the receiving bank.  It's called a
15   nostro account, Latin for "our."  So, it's our
16   account.  Mine, Wells Fargo, I want to set up an
17   account with Standard Chartered in Singapore.
18           I actually go, and I put funds in that
19   nostro account.  Wells Fargo parks capital in that
20   foreign account, waiting for the Wells Fargo customer
21   to come and say, "Hey, I have a vendor in Southeast
22   Asia.  Take" -- shoot, I should've used Thailand
23   because I know it's Thai Baht.  I forget the currency
24   in Malaysia.  But take the local currency and pay out
25   that partner.
0029
 1           And of course, Wells Fargo doesn't have to
 2   only do that with Standard Chartered in Singapore.  It
 3   has to do that with dozens, if not hundreds, of other
 4   correspondent banking partners around the world.
 5   That's a hugely inefficient use of capital.  So, how
 6   can we make that better?
 7           So, we have a product called xRapid that
 8   allows banks to avoid that scenario.  So, if Wells
 9   Fargo instead holds XRP and the bank in Standard
10   Chartered in Singapore also deals in XRP, they can
11   simply send that money over the Blockchain, the XRP
12   ledger, which is the Blockchain that supports the
13   currency XRP, in a matter of seconds.  And instead of
14   having to hold currencies in dozens and dozens of
15   different countries, they are only holding one
16   currency.
17           And the time required to move money from one
18   place to other goes down to literally seconds.  It's a
19   dramatic shift in thinking and a dramatic shift in the
20   demands required of capital needs around the world.
21   And it addresses, I'd say, the third big pain point
```

22  associated with cross-border payments.
23          Now, banks are regulated, conservative, and
24  they're not yet embracing digital currency.  So, the
25  Ripple software works fiat to fiat.  You don't need to
0030
1   send digital currency around.  You can send US dollars
2   to Japanese yen, et cetera, et cetera.  But the secret
3   sauce or taking it to the next level is by leveraging
4   a digital asset to make that transaction much more
5   efficient.  Yes?
6           QUESTION:  In your business model, Is it
7   fair to think of it as a network approach with network
8   effects? Or are banks or institutions only able to
9   interact with other institutions on that network?
10          MR. VAN MILTENBURG:  Yeah, that's absolutely
11  right.  So, in order to transact with a customer that
12  has xCurrent, so a core processing, the counterparty
13  on the other end has to have xCurrent.  So, we're in
14  the process of building what we call RippleNet, the
15  network of banks.  And that rule book that I
16  referenced governs the entire network.  So, the
17  network is only as valuable as how many nodes in the
18  network.  And so, now we are in network building mode.
19          And I was chatting earlier -- we talked
20  about how we value now, in terms of our business
21  model, it's an enterprise software model.  There's an
22  upfront integration fee, subscription fee for every
23  year.  And then, if you hit certain transactions, a
24  transaction per transaction fee kicks in.
25          We are in a fortunate position where we
0031
1   don't care a whole lot about immediate-term bookings
2   and revenue.  We care a whole lot more about getting
3   the flywheel moving, getting volume pumping across the
4   network.  Because that means getting the 101st, 110th,
5   300th bank.  It's so much more easier because now, the
6   value of the network is far more apparent.  But we're
7   in that that network building mode.
8           But again, all of those customers today can
9   transact and move fiat currency around.  They aren't
10  restricted.  I think that's a common misconception
11  about Ripple, is that we're this XRP Blockchain
12  company.  And yes, we leverage Blockchain technology.
13  The digital asset is an option.  We think it's a
14  hugely impactful option, but it's probably the next
15  phase out.
16          We have certain financial institutions,
17  mostly money transfer businesses, MoneyGram, Western
18  Union, and smaller versions of them, that are already
19  doing pilots with this xRapid product, and the

20  reaction is super positive.  That's the first wave of
21  financial institutions that we think will adopt this
22  before it becomes more prominent.
23          So, a fair question is, "Great, well, you
24  just said you can move value across the Blockchain.
25  Why not use Bitcoin?  There's more of it.  It's the
0032
 1  standard, if you will, in terms of market cap and
 2  everything else."  I'm a fan of Bitcoin.  I think that
 3  the store of value and what it does serves a great
 4  purpose.
 5          But when you think about Bitcoin versus XRP
 6  for a specific use case, the one that we're engaged
 7  with, and that's settling real payments.  We're a
 8  little biased, but we think that XRP stands out really
 9  well.  We use a different way to validate
10  transactions.
11          Some of you who follow the space at all
12  knows that Bitcoin leverages something called Proof of
13  Work, where there's miners around the world that use
14  tons and tons of compute power to solve a mathematical
15  puzzle that ultimately validates the transaction.  As
16  a result, you see on the left-hand side, there's some
17  ramifications of that.  To settle a transaction
18  actually takes a long time.  This used to be hours.
19  When Bitcoin was surging, it was days, and it's down
20  to 45 minutes.  It still goes up and down.  I forget
21  if this was last month, but it's relatively recent.
22          I won't read down the list, but in terms of
23  transactions, number of transactions, so throughput,
24  the amount of energy required.  Bitcoin makes sense,
25  but if you're trying to serve that high volume, low
0033
 1  value payments use case, it really isn't the asset to
 2  use.  It just doesn't line up to enable the right end
 3  user experience and the right economics.
 4          And therefore, XRP was developed by the same
 5  folks that founded Ripple.  It was actually developed
 6  before Ripple was founded.  But they had been early on
 7  in the Bitcoin space, and they saw some of the things
 8  that were deficient about Bitcoin.  The scaling
 9  challenges, the energy consumption.
10          And so, they devised a different validation
11  mechanism called consensus that results in the metrics
12  you see on the right-hand side that we think lineup
13  much better for the payments use case.  I want to get
14  through this, so, if there's any questions -- sorry
15  that I'm taking a while.
16          This is our third product.  It's called
17  xVia.  It's really for corporates.  So, the list of

18  customers I showed at the start, the Ubers and the
19  Airbnb's.  Right now, they're integrating into dozens
20  of different banks around the world.  xVia gives them
21  the opportunity to have one API that connects into
22  RippleNet.  And to your question, as RippleNet is
23  built out, all of their banking relationships will
24  already be on RippleNet.
25          So, instead of having these bespoke
0034
1  integrations that are forcing them to invest scarce
2  resources on something that really isn't their core
3  competency.  They're not payments companies, but
4  they're, today, required to be more payments companies
5  than they'd rather be.  This is a product that we have
6  out there that will help address that need.
7          And all of these things, xCurrent, xRapid,
8  xVia, they all plug into RippleNet.  And so, they all
9  connect with each other.  They themselves are
10  interoperable as one product family.  So, what does
11  this mean for payments? Goodness, it's motherhood and
12  apple pie.  It's cheaper.  It deals with this low
13  value payment reality that's becoming more and more
14  common in the industry.
15          Exotic corridors, meaning in markets like
16  U.S. dollar to British pound or euro, those are
17  currently relatively efficient today, right?  The FX
18  rates between the two result in very thin spreads.
19  The ability to move money is somewhat efficient.
20          When you're dealing with corridors -- as I
21  said before, if you're trying to move money from
22  Canada to Thailand, that currency pair isn't traded as
23  much.  The FX rate hit is far greater.  And so, this
24  approach helps to address that in a pretty material
25  way.
0035
1          And then, there's that transparency piece,
2  knowing all throughout the payment lifecycle what's
3  happening, if there's issues, what the fees are in
4  advance, confirmation that things are completed, is
5  all part and parcel of what makes up this solution.
6          I usually get this slide earlier on in the
7  presentation.  I'm not sure why it's here.  But the
8  point here is, there's so many different use cases
9  that are touted for the Blockchain.  If you go to
10  IBM's, Hyperwallet wiki page, you'll see 144 different
11  potential use cases for the Blockchain.  Our
12  perspective is if you have 144 use cases, you really
13  don't have one because you don't have focus.
14          We think the common denominator across all
15  of that is payments.  Most of the things that people

16   point to, smart contracts, trade finance, security,
17   there's some financial payment aspect involved.  And
18   we, as a company, have stayed really, really focused
19   on trying to tackle this cross-border use case.  We
20   get a lot of people coming in and saying, "Hey, you
21   could tweak your product and go after trade finance,"
22   and they're probably right.
23          We think that it's so easy to get
24   distracted, especially as a small company, that we've
25   taken great pains to stay laser focused on the
0036
 1   cross-border payments use case.  That isn't to say
 2   that over time, we might move into the other areas.
 3   But we feel really good about if we can solve this,
 4   this payments use case and really get broad adoption
 5   and people buying into the fact that this
 6   interoperability driven by the interledger protocol
 7   that I mentioned is the de facto standard, we're well
 8   set up to do more.
 9          And that's it.  We think the internet of
10   values is really that third piece of the puzzle that's
11   going to drive a major change in FinTech and Finance.
12   And with that, if you have questions, I'm happy to try
13   to answer them.  Yeah?
14          QUESTION:  One reason for the (inaudible) of
15   cross-border payment is due to those correspondent
16   banks (inaudible) anti-money laundering. So, how do
17   your network address this part of it?
18          MR. VAN MILTENBURG:  That reality still
19   exists and will exist.  So, a couple of things.  So,
20   again, when you deal with moving money around the
21   world, especially in this day and age, anti-money
22   laundering, looking for entities or companies that are
23   under OFAC sanctions or the terrorist watchlist, it's
24   serious business.  And no matter how nimble and
25   entrepreneur you want to be, you can't get around
0037
 1   that.
 2          And we actually hire a -- we have a team
 3   of -- and it may not sound like a lot, but for a
 4   company of 200, we probably have a dozen people in our
 5   regulatory and compliance group.  We work closely with
 6   banks.  There are counterparties at the banks to try
 7   to make those processes more efficient.
 8          Our integrations are not quick.  And it's
 9   this part of the heavy lifting of building the
10   network.  It'll take six to 12 weeks to actually
11   implement the Ripple solution.  And we are working to
12   make sure that we're going through those checks.  It
13   is one of those things that you can't get around, nor

14    do we want to.
15            One thing, on this note, that I think is
16    important.  We're viewed, as some of you who follow
17    Ripple might know this, we're viewed in the broader
18    Blockchain,  Bitcoin space as a bit of a sellout, to
19    be perfectly honest.
20            So, the Blockchain is all about being
21    anarchistic, right?  "Down with the man, down with
22    governments, down with big companies, down with banks.
23    They're the central counterparty that is taking our
24    stuff or charging usurious rates."
25            We believe that the Blockchain revolution,
0038
1    what we're doing actually works from -- revolution
2    from within, rather than from out.  We want to work
3    with banks, and regulators, and governments to be more
4    efficient.  And we invest a lot of time in doing so.
5            Now, we get a lot of arrows because of that
6    because we're sellouts.  And it's ironic.  In a
7    contrarian movement, we're the contrarians.  We're not
8    going with the flow.  But we believe strongly in the
9    impact, and it's the right approach.
10            I don't know if I exactly addressed your
11    question.  But I think we take it super seriously.
12    And we invest a lot of time money to sit down with
13    banks and make sure that we're working with them
14    versus trying to disintermediate them and trying to
15    skirt around the government or the regulators.
16            We think that the digital asset space should
17    be regulated, but it should be done in an intelligent
18    way that it helps to preserve the innovation while
19    protecting that.  As opposed to just the proverbial
20    throwing the baby out with the bathwater, and just
21    overly regulate and really restrict innovation.  Yeah?
22            QUESTION: If there's a lot of money made in
23    those inefficiencies by a lot of really important
24    actors.
25            MR. VAN MILTENBURG:  Yeah.
0039
1            QUESTION: Some of which you're trying to
2    bundle together in this network.
3             MR. VAN MILTENBURG:  Yep.
4            QUESTION: How do you guys manage that
5    tension?
6             MR. VAN MILTENBURG:  Yeah, that's a great
7    question.  As in most areas, the money's made
8    disproportionately by the biggest of the big.  So,
9    when you think about the correspondent banking
10    ecosystem, and by far, I don't pretend to be a deep
11    expert.  But it's the companies at the top of the food

12   chain that tend to make the most.
13          It's the city's the HSBCs, the Bank of
14   America, Merrill Lynch's of the world.  Because if you
15   think about that daisy chain of correspondent banks,
16   there's somebody at the top, and they're the ones that
17   are disproportionately benefiting from those
18   inefficiencies.  It's the innovators dilemma.
19          So, our approach is to look maybe at a
20   layer, if not two layers, down.  Because there's other
21   banks.  And I was talking earlier that we have a
22   banking partner in Santander, which maybe isn't a
23   worldwide known name, but it's a major super regional
24   bank.  Standard Chartered.  A regional bank like Siam
25   Commercial Bank in Thailand, they're not making the
0040
1    same money.  In fact, they're paying fees up the food
2    chain to the cities in the HSBCs of the world.
3           So, our approach, and we'll see if we're
4    right, is to go and serve those folks really well.
5    They're very motivated to find new ways to address
6    this problem.  And our bet is -- now, certainly, we
7    want the cities and the HSBCs to be Ripple customers
8    as well.  One, they move super slowly.  And to your
9    point, they want to take meetings with us and get all
10   the information they can, but they're not that serious
11   about implementing our solution.
12          We'll come back to them later, once we have
13   what we hope is a critical mass of some of these.  And
14   there's plenty of them.  There's 1000s and 1000s of
15   banks that are at that next layer or two layers down.
16   Yeah?
17          QUESTION: Back to your analogy of the xRapid
18   where I'm moving, let's say, Canadian dollars to
19   Malaysia.  If my bank in Canada is converting Canadian
20   dollars to XRP and then, sending XRP. And then, my
21   bank in Malaysia is taking the XRP --
22          MR. VAN MILTENBURG: That's exactly right.
23          QUESTION: Malaysian currency. Where does the
24   FX rate get set, and who sets it? How do you guys
25   think about that in a country where there is no coin
0041
1    base and no big exchange to set?
2           MR. VAN MILTENBURG: Yeah, no.  And that's
3    absolutely right.  There's a progress.  So, currently,
4    what we do is we do work in corridors where there is
5    market makers like that.  So, our first quarter, maybe
6    not surprisingly, for xRapid is US, Mexico.  So,
7    there's a small money service business called Qualix,
8    based in Texas.  And they serve Mexican workers that
9    are sending funds back home to their family in Mexico.

10          So, what happens is, we have relationships
11   that we've helped coordinate with exchanges on both
12   sides of that transaction.  So, the US, it's Bitstamp.
13   And in Mexico, it's Bitso, both digital asset
14   exchanges.  So, they're setting the rates.
15          So, in some ways, it alleviates the need for
16   Qualix, the financial institution in this case, to
17   even hold XRP.  They simply go.  The risk is then
18   absorbed by the digital exchange.  That's their
19   business, right?  They're making markets.  They know
20   exchange rates.  And there's a fee involved with that.
21          But they will give, or they may have a U.S.
22   dollar account at Bitstamp.  They'll say, "Hey,
23   Bitstamp, send $1,000 worth of pesos to this account
24   in Mexico."  Bitstamp converts at the spot rate.  It
25   moves over the XRP Ledger in eight seconds.  It gets
0042
 1   converted by Bitso on the other end into peso at the
 2   spot rate, and then, goes out on local rails to the
 3   ultimate bank account of the recipient.
 4          All of that takes -- because there's bank
 5   processes on either end that we can't fully control.
 6   It takes about ten minutes, which used to be three
 7   days.  And we've been told that the overall rate that
 8   they're seeing is 20 some odd basis points less than
 9   they would've seen otherwise.  Even taking into
10   account FX fluctuations, et cetera, et cetera.
11          QUESTION: Does Ripple set the exchange that
12   the banks are using, or do the banks get to decide
13   what which exchange they want to --
14           MR. VAN MILTENBURG: Currently, what we do
15   is, we're building the markets.  A core thing, since
16   we're in the early stages, is just liquidity of XRP.
17   So, XRP is a digital asset.  Trains only so much a
18   day.  And not only is daily volume important, but it's
19   daily volume within the corridor in question.  Because
20   there has to be enough liquidity and XRP on either end
21   of that trade for it to go through.
22          So, we're in the early stages, right?  So,
23   they've done a pilot.  They love it.  We're going to
24   production with them this quarter.  I think all
25   transactions are still less than 3,000 U.S. dollars.
0043
 1   But this is building -- in some ways, liquidity begets
 2   liquidity.  Once trading volume starts to happen, it
 3   happens more frequently and with more depth.
 4          So, we are not at a stage where xRapid will
 5   be launched globally, worldwide.  We're being very
 6   thoughtful about the progression and making sure that
 7   we're setting up the market, setting up the

```
 8  relationships.  Indefinitely over time, it'll be with
 9  more than one exchange to ensure that banks have
10  options and that those trades happen with the intended
11  results.
12          And that's why -- it's funny because right
13  now, I think most people know that the activity that's
14  happening with digital assets is almost all
15  speculation, right?  There's very little real use
16  case.  And we would think that this xRapid example is
17  one of the first true use cases for that.
18          It's an infinitesimal amount of the trading
19  volume that happens each day.  I've had people say,
20  "Well, don't you think that the speculative volume
21  that's being created is harmful?"  And at some level,
22  yes.  It's very risky.  We don't want people to go and
23  spend their life savings.
24          But in making a market in a currency like
25  this, it's a necessary first step.  You need to prime
0044
 1  the pump and get volume started.  So, it starts
 2  building initial volume.  And then, certainly, we
 3  think that the more commercial, specific use case
 4  volume will grow from there and create much more
 5  robust markets.  I'm going to go back and forth, but
 6  I'll come back to you.  Yes?
 7          QUESTION:  What I'm curious to know is what
 8  Ripple thinks about other digital assets that might
 9  serve as competition, like Stellar Lumens or competing
10  against the Swift system.  How you guys are poised to
11  try and combat those types of competitors.
12          MR. VAN MILTENBURG: Yeah, yeah.  So,
13  Stellar is another digital asset.  We actually have
14  some common DNA there.  The founder of Stellar was one
15  of the cofounders of Ripple back in the day.  He went
16  off, and had a different concept, and created Stellar
17  Oregon and Lumens as a digital asset.  And not
18  surprisingly because he took the XRP ledger base
19  concept and code.  There's a lot of similarities
20  there.
21          They're doing good work.  In terms of the
22  maturation of their technology and working with banks
23  in the same way, what I described in terms of those
24  product sets, the rule book, et cetera, et cetera, it
25  didn't happen overnight.  Ripple has actually been
0045
 1  around for five years, and we've had a commercial
 2  product probably for the last two.
 3          And there's a lot of heavy lifting and a lot
 4  of, frankly, scar tissue along the way of mistakes
 5  made with banks and whatnot.  We have a team of 200
```

```
 6    people.  We've recruited some pretty amazing
 7    engineers.  So, nothing's guaranteed, but I feel that
 8    in terms of where we are in our evolution, we're a
 9    little further down the development cycle.  And it's
10    not that you can easily short circuit that.
11              There are just some -- especially when
12    you're working with banks and regulatory agencies,
13    those things don't get accelerated quickly.  You need
14    to go through the process and build it.  So, I think
15    they're super credible.  But no, we don't intend to
16    slow down anytime soon and feel pretty good about how
17    that will play out.  Maybe one more because I know
18    we're running out of time.
19              QUESTION: I guess for emerging markets,
20    sometimes I see payments in terms of a problem as more
21    with culture of taking these digital assets rather
22    than necessarily --
23              (End of video file.)
24                   * * * * *
25
0046
 1              TRANSCRIBER'S CERTIFICATE
 2
 3    I, SONIA ESPINO, hereby certify that the foregoing
 4    transcript is a complete, true and accurate
 5    transcription of all matters contained on the recorded
 6    proceedings in the matter of:
 7    08 - The Ripple Effect on Cryptocurrency.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# PX 503.16

PX 503.16
Interview with Brad Garlinghouse, 6/4/2018, via Money2020
https://www.youtube.com/watch?v=spnyTugDnmE



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:          )
 4                              ) File No. NY-09875-A
 5   RIPPLE                     )
 6
 7   SUBJECT:  Interview Brad Garlinghouse, CEO of
 8             Ripple at Money2020 - YouTube
 9   PAGES:    1 through 16
10
11
12
13
14
15
16
17
18                    VIDEO TRANSCRIPTION
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                    (202) 467 9200
0002
 1             P R O C E E D I N G S
 2   Interview Brad Garlinghouse, CEO of Ripple at
 3   Money2020 - YouTube
 4           MR. GARLINGHOUSE:  We, as one participant in
 5   the XRP ecosystem, we use XRP as a tool to fund that
 6   real-time liquidity.  So, we're one of, you know, may
 7   participants, and we're not the only.
 8           MR. TAYLOR:  You have a lot of XRP.
 9           MR. GARLINGHOUSE:  We do own a lot of XRP.
10   So, some of the earliest participants in the XRP
11   ecosystem, the creators of the XRP token, granted 80
12   percent to Ripple the Company, with the idea that a
13   company would be able to focus and invest in to build
14   out that ecosystem more effectively.  So, Ripple today
15   owns about 60 percent of XRP.
16           We continue to use it as -- in ways for
17   various incentives to drive that ecosystem.  We've
18   announced a number of different programs around the
19   world, ranging from accelerated -- accelerated programs
20   to get customer adoption.  I compared this, when you and
21   I were speaking earlier, to, you know, PayPal (break in
22   audio) $5.00 in your account, or even more.
23           MR. TAYLOR:  Well, and (inaudible) haven't
```

```
24  been known to fund (inaudible) here and there, now and
25  then.
0003
 1             MR. GARLINGHOUSE:  Sure.
 2             MR. TAYLOR:  You've spent quite a lot on
 3  moxing (phonetic).  So, it's not surprising that you
 4  were able to use that for those things.  Now, let's get
 5  to the function that actually serves for liquidity.
 6  If I now have this asset that's native to this shared
 7  ledger, in other words, where on a network have --
 8  there's an asset that's native to that ledger.
 9  Everything effectively, between all of the accounts
10  (inaudible) on that ledger becomes a buck transfer.
11             MR. GARLINGHOUSE:  Correct.
12             MR. TAYLOR:  So, it happens real-time and
13  immediately.  I've got this digital asset that can only
14  be in one account or the other.  It's almost as if
15  (inaudible) to reconciled with a -- with almost a power
16  instrument, which is getting really nerdy.  But, it's
17  Money20/20.  Let's do this.
18             So, if I understood that right, is that how it
19  works?
20             MR. GARLINGHOUSE:  Yes.
21             MR. TAYLOR:  So, do I have account policy risk
22  against any organization if I'm holding XRP?
23             MR. GARLINGHOUSE:  No.
24             MR. TAYLOR:  So, it is more like -- it's more
25  like a commodity in that sense?
0004
 1             MR. GARLINGHOUSE:  That's exactly right.  You
 2  know, I'll describe it simply.  And I know we're money
 3  2020, but I think it's even here useful to understand.
 4  If I am -- and I'll use a payment product like Western
 5  Union.  If I -- if Western Union -- I hold -- I hold a
 6  Euro today and I want to enable liquidity in a Mexican
 7  peso, I can sell my euro, by XRP.  That takes fractions
 8  of a second.
 9             I can move the XRP to a digital asset exchange
10  in Mexico, like Bitso.  That takes about three seconds.
11  I can then sell the XRP and buy Mexican pesos.
12             MR. TAYLOR:  Does that not scare some banks
13  though that have this sort of, "Ooh, cryptocurrency is
14  evil," type of --
15             MR. GARLINGHOUSE:  I mean the answer to that
16  is yes.  But, I also think that's an example of the
17  misinformation that exists out there.  If you think
18  about it, once I explain -- you know, I spent a fair bit
19  of my time talking to regulators around the world,
20  about, you know, how we are using this, because Ripple
21  has been relatively unique in that we are not trying to
```

```
22  disrupt governments.
23              We're not trying to disrupt central banks.
24  We're working with governments and with central banks.
25  Once you explain to regulators and customers and say,
0005
 1  "The scary part of the crypto isn't really scary.
 2  You're going from a KYCed account in euro denominations
 3  to a KYCed account in Mexican peso denominations, both
 4  regulated end points.  You're not circumventing any
 5  regulation."
 6              You're -- each transaction is being checked
 7  for AML, you know, various acronyms that many people in
 8  Money20/20 know well.
 9              MR. TAYLOR:  So, do you think then that banks
10  will get more and more comfortable with XRP over time?
11  Is anybody actively live using XRP that is a regulated
12  bank that you would give as an example to the audience
13  of like, "There is a business care here for using this
14  stuff"?
15              MR. GARLINGHOUSE:  Well, so we have
16  publicly -- we have publicly shared that we're working
17  with a number of payment providers.  I think we've
18  announced seven different payment providers using xRapid
19  today, names like Western Union and Money Gram that are
20  piloting this and demonstrating.
21              We're seeing a savings between 40 and 70
22  percent, compared to their existing cost structure.  So,
23  when people ask me, you know, "Are banks, not just
24  payment providers, going to use these technologies?" I
25  usually start with just, banks are capitalistic
0006
 1  organizations.
 2              If you can give them a better product at a
 3  lower price, the question would be, "Why wouldn't they
 4  use it?"
 5              MR. TAYLOR:  Well, I wonder if there's
 6  something about the comfortable existing environment, in
 7  which you have these flow monsters who control the major
 8  currency pairs in the major corridors.  Like, what is
 9  their incentive to change?
10              MR. GARLINGHOUSE:  Well, the flow monsters,
11  using your word --
12              MR. TAYLOR:  Yeah.
13              MR. GARLINGHOUSE:  Yes, you know, many people
14  ask me, "Well, wait a minute.  I thought banks make
15  money from these transactions."  And that is true.
16  However, it's a very small percentage of banks that sit
17  at the top of that oligopoly.
18              MR. TAYLOR:  Yes.
19              MR. GARLINGHOUSE:  And there are banks that --
```

20    you know, some of them you used to work for, HSBC, or
21    City, like some of the biggest of the big.  You know,
22    last year, I think City's profits from cross-boarding
23    transactions, as one of the largest liquidity providers
24    on the planet, was around $6 billion U.S.  That's real
25    money.
0007
1                Now --
2                MR. TAYLOR:  Yeah.
3                MR. GARLINGHOUSE:  -- that's coming from other
4     banks.  They're -- other banks are paying City to enable
5     their liquidity, to take advantage of City's very broad
6     nostro vostro relationships, such that they can fund
7     liquidity into Mexico or Argentina or the Philippines.
8                MR. TAYLOR:  So, if we could get to the point
9     where XRP is something that we could imagine our
10    compliance team signing up for, and we can get the
11    regulators there -- which I think is arguably starting
12    to happen -- the next question comes like, "Isn't this a
13    very centralized network?  Like, why are you using DLT
14    in the first place?  Why are you using block chain?"
15    Like, if it's just Ripple I'm buying the product from,
16    and Ripple are the people operating most of the network,
17    surely then, I -- you might as well have just built
18    Google payment system, right?
19               MR. GARLINGHOUSE:  Right.  Well, and back to,
20    like the difference between XRP, the XRP ledger, and
21    Ripple the Company, the XRP ledger is an open source
22    technology.  And we don't control it.  Ripple is a
23    vertical company building upon that XRP ledger.
24               MR. TAYLOR:  You say you don't control it, but
25    you run most of it, right?  And is that ever going to
0008
1     change?
2                MR. GARLINGHOUSE:  Well, we don't -- we
3     already don't run most of it today.  There are more and
4     more validators that run across the network.
5                MR. TAYLOR:  (Inaudible) check.  Validators?
6                MR. GARLINGHOUSE:  Validators are the, kind
7     of, infrastructure for how the XRP ledger verifies
8     transactions.
9                MR. TAYLOR:  Got it.
10               MR. GARLINGHOUSE:  One of the big differences
11    between the XRP ledger and a bitcoin ledger is the idea
12    of proof of work, as opposed to consensus, which I'll
13    maybe gloss over for simplicity.
14               The big difference there, it being, kind of,
15    driven by power consumption and ability to scale very,
16    very -- I think I said earlier, an XRP transaction's
17    about a thousand times faster than a bitcoin transaction

18   and a thousand times cheaper than a bitcoin transaction.
19          MR. TAYLOR:  That's pretty good going.  So, if
20   we're in a position now where, okay, we can see that the
21   compliance teams might sign off on it, and it's arguably
22   no less centralized as it used to be, how do you
23   incentivize people to start working with this
24   technology?  I think you had an announcement about
25   academia?
0009
1          MR. GARLINGHOUSE:  We do have an announcement
2    today, which we haven't yet shared publicly.  Ripple is
3    announcing today that we're working with 17 universities
4    around the world, and we're contributing $50 million to
5    fund the development, to fund the research around block
6    chain technologies.
7          These universities range from right here in
8    the Netherlands, University of Delft, as well as in
9    London, UCL, Princeton, the University of Pennsylvania,
10   Wharton.  And you know, working with these universities
11   around the world to not just further what we're doing
12   with XRP, but really the entire ecosystem.
13          I think Ripple has tried to foster a dynamic
14   where there are going to be many, many, many different
15   solutions in this space and all boats can rise.  By
16   contributing $50 million to, you know, these 17
17   universities globally, we think we can continue to build
18   towards that.
19          MR. TAYLOR:  I think that's an interesting
20   tact that I'm seeing in a number of large organizations
21   now that have had their own digital asset make some
22   money.  Now, (inaudible) we saw Binance and several
23   others have started to do the same.
24          You know, so what do you see coming out of
25   these sorts of initiatives with academia and the
0010
1    accelerators?  Is this really to grow an ecosystem
2    around it, and is it just for small companies, or can
3    anyone get involved?
4          MR. GARLINGHOUSE:  Well, I think you're seeing
5    any company getting involved.  I mean, it is -- it is
6    very broad, I think, at this point.  And, you know, I
7    think the reason for this is what we talked about
8    earlier.
9          We're at the, almost embryonic stage of an
10   entirely new platform.  And, you know, some of the
11   technologies we talk about today, I think, in the
12   future, you know, we'll think about them the way we
13   think about TCIP or SMTP.
14          And these are technologies that will
15   fundamentally enable a whole bunch of different kinds of

16  transactions.  And I think all of those across the board
17  can make our global financial system far more efficient.
18  And frankly, one of the things I get excited about is,
19  when we talk about these payments, the people who pay --
20  are taxed the most for remittances are the people who
21  can least afford to pay it.  And so, when I think about
22  what Ripple's technology is enabling, it's exposing
23  people in unbanked community to solutions that they can
24  actually start to afford and participate in the global
25  financial ecosystem.
0011
1           MR. TAYLOR:  If anybody hasn't seen it, look
2  up Moduloop (phonetic), a really interesting project
3  done by the Gates Foundation, working with TELCOs in --
4  I think it's in the Sub-Saharan African region, trying
5  to work with intelligent protocol, which is sort of an
6  open source protocol that you guys, kind of put out into
7  the open and said, "Let's get the interoperability
8  between these TELCOs working.  And then, some day later,
9  we'll think about if Ripple makes sense for them."
10          So, you find yourself in this interesting
11  world, with kind of one foot in the crypto-asset space,
12  with one foot in financial services.  But, it's fair to
13  say, you know, looking at the last report that came in
14  from yourselves -- I think it's Q1 -- $170 million made
15  from selling XRP.
16          Arguably, once you guys sold it, it was then
17  on secondary markets in, sort of, crypto-asset exchanges
18  and cryptocurrency exchanges.  Can you see why a bank
19  might look at that and go, "Well, if I have to use this
20  ledger and this asset, am I going to have price
21  stability in this asset?"
22          Is it - is it being sold to retail investors,
23  and -- not that you guys are doing it, but is it --
24          MR. GARLINGHOUSE:  Yeah.
25          MR. TAYLOR:  -- being sold to them?  Is there
0012
1  a challenge there that you think, and how would you,
2  kind of, overcome that?
3           MR. GARLINGHOUSE:  Well, I think one of the
4  first misinformations that I often overcome when we're
5  talking about xRapid can be used.  They've got something
6  going on back there.
7           MR. TAYLOR:  Yeah, I know, like (inaudible).
8  Let's get down.
9           MR. GARLINGHOUSE:  It's this idea of, "Hey,
10  there's too much volatility for it to solve a real
11  banking problem."  And it turns out that there's more
12  volatility risk using Swift over that 180,000 seconds
13  than there is using XRP over three seconds.

14          MR. TAYLOR:  Oh.
15          MR. GARLINGHOUSE:  And the reason is because
16  volatility is a function of both time and volatility.
17  And so, while XRP is clearly more volatile than Fiat
18  today, it doesn't actually have the volatility risk over
19  it because it's so fast.
20          So, I think -- again, it's one of those pieces
21  that I think is often misinformation, that it's not a
22  real factor right now.
23          MR. TAYLOR:  Which is a solid answer.  And
24  then, the optics around -- yes, you've committed
25  publicly and transparently disclosing how you're selling
0013
 1  all this XRP you were gifted.  But, if that's -- you
 2  know, should mom and pop be buying XRP, or is this for
 3  professional bastards?
 4          MR. GARLINGHOUSE:  You know, we are focused
 5  very much on solving the institutional problem.  I think
 6  from the earliest days of Ripple, we've looked at --
 7  like, our core customer is a bank.
 8          You and I talked about earlier, one of the
 9  most prominent, kind of, events we attend each year is
10  Sibos.
11          MR. TAYLOR:  Yes.
12          MR. GARLINGHOUSE:  And Sibos is, you know, and
13  to --
14          MR. TAYLOR:  (Inaudible)?
15          MR. GARLINGHOUSE:  -- Money20/20 as well.
16  Right.  And, you know, we're trying to solve that
17  institutional problem.  Clearly, you have speculative
18  interest in what people are doing across the XRP
19  ecosystem and others, and so they want to participate in
20  that.
21          We care about liquidity.  The most important
22  thing for us, as we think about the success of our
23  products, is the liquidity that -- if you're going to
24  use xRapid, and there's no liquidity between XRP and a
25  Philippine peso, well, that's a problem.
0014
 1          So, we think about, "How do we enable
 2  liquidity, working with market makers, bringing
 3  institutions to bear, to really get that --
 4          MR. TAYLOR:  This is the money (inaudible).
 5          MR. GARLINGHOUSE:  -- five year (inaudible).
 6  For -- well, it benefits from both institutional capital
 7  as well as the speculator --
 8          MR. TAYLOR:  Yeah.
 9          MR. GARLINGHOUSE:  -- that participates.  I
10  will also just digress briefly, I think it's interesting
11  to note that two years ago, the cryto community was

12  really talking a lot about, you know, the usage of
13  anonymous transactions for enabling drugs, what have
14  you, on Silk Road.
15          Today, we've actually come a long way and now
16  we're talking about the speculative interests.  Now, on
17  one hand, I wish that we could keep going to that, "Hey,
18  let's solve real problems for real customers."  We're
19  getting there.  We've come a long way from Silk Road.
20          MR. TAYLOR:  It's a long way in front of us as
21  well, I'm sure.  But, it's really interesting that this
22  is kind of all starting to come together with your
23  announcement today of funding academia, because maybe
24  that professional researcher piece has kind of been
25  missing.
0015
 1          But, we're up against it on time, so before I
 2  let this audience go -- and thank you -- would you
 3  remind us where we can find out more about Ripple and
 4  yourself?
 5          MR. GARLINGHOUSE:  Ripple.com is probably the
 6  best place to find it.  As I said, the announcement made
 7  today with academia, you know, there are 4,500 job
 8  openings today on LinkedIn, using either block chain or
 9  crypto.  We think this really is the workforce of the
10  future, and we're excited to be able to work with the
11  universities around the world to catalyze that.
12          MR. TAYLOR:  Brad Garlinghouse, CEO of Ripple.
13  Thank you so much.
14          MR. GARLINGHOUSE:  Thank you very much.
15          (End of video.)
16
17
18
19
20
21
22
23
24
25
0016
 1                  TRANSCRIBER'S CERTIFICATE
 2
 3  I, Ann Dooley, hereby certify that the foregoing
 4  transcript consisting of 15 pages is a complete, true
 5  and accurate transcription of all matters contained on
 6  the recorded proceedings, Interview Brad Garlinghouse,
 7  CEO of Ripple at Money2020 - YouTube, File Number
 8  NY-09875.
 9

10    _____
11    Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PX 503.17

PX 503.17
Interview with Brian Armstrong and Zoe Cruz, 11/20/2018, via Wall Street Journal
https://www.wsj.com/video/events/the-case-for-crypto/45E047A1-3A24-44C1-80A7-
BC8F85105839.html



```
0001
 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:          )
 4                              )  File No.  NY-09875-A
 5   RIPPLE LABS, INC.          )
 6
 7   SUBJECT:  03 - The Case for Crypto
 8   PAGES:    1 through 24
 9
10
11
12
13
14
15                   VIDEO TRANSCRIPTION
16
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                   (202) 467-9200
0002
 1                  P R O C E E D I N G S
 2   03 - The Case for Crypto
 3           MS. HELLER:  Brian and Zoe thank you so much
 4   for being here.  Hello, everybody.  Tough year for
 5   cryptocurrencies Brian, and you run one of the biggest
 6   exchanges.  How are you holding up?
 7           MR. ARMSTRONG:  Well I've been in
 8   cryptocurrency about seven years now.  And it keeps
 9   going through these cycles where you have a major run up
10   in the price, and then it corrects down a little bit,
11   but it's at a new plateau.  And it seems to keep doing
12   that every couple of years.
13           And so, this last run up that happened in
14   2017, and then in the correction was not really
15   unexpected for us.  I think that every time it has that
16   big run up, there's a whole new wave of people out there
17   who figure out about, you know, who find out about
18   cryptocurrency and get involved in it.
19           And so, when it corrects back, I actually like
20   those periods a little bit better, because during the
21   bubbles, that kind of all these people rush in who are
22   trying to do some get rich quick business or something.
23   And in the correction periods, it gives us a chance to
```

24  just put our head down, keep building good products, and
25  help the company go forward and prepare for the next
0003
1  wave of adoption.  So, that's how it's been in the last
2  year so far.
3          MS. HELLER:  Zoe, you've also been in, in this
4  business for around a year or so.  Also came in to the
5  board of Ripple, which is an enterprise technology
6  company that also owns XRP currency.  And you also came
7  in, kind of at the, at the top.  And so, a year later,
8  are you more bullish or bearish on the whole enterprise?
9          MS. CRUZ:  So, I am much more bullish on the
10  whole ecosystem.
11          MS. HELLER:  Okay.
12          MS. CRUZ:  I think anyone who will tell you
13  where XRP or Bitcoin or any of these things are going to
14  go next is, your judgment is as good as theirs, frankly.
15  But I think crypto assets are going to be a very
16  meaningful part of the way we do things.  And blockchain
17  technology, it sounds like sound bites, but I do believe
18  that I went from when I got the call from the
19  headhunters say, I'm not interested, to actually the
20  more I read, you're going to this vortex have the more
21  you read, the more you need to read, where I feel this
22  is something very big.
23          MS. HELLER:  And what is this very big?  I
24  mean, that's been talked very big, very big, very big.
25  But where's the, where's the proof?  What is it?
0004
1          MS. CRUZ:  It's a fair question.  So, people
2  conflate a lot of things.  And there a lot of false
3  prophets out there, frankly.  But blockchain technology
4  is something that actually will revolutionize a lot of
5  processes, a lot of things.  And you I mean, all of us
6  read some of those things, candidates.
7          The digital currency, XRP in this case,
8  Bitcoin or any of those crypto assets, you need to truly
9  revolutionize the payment system.  And when I used to
10  call both my old firm Morgan Stanley to say, I've joined
11  the board of Ripple, and can they educate me as to how
12  they view that world?  And what Morgan Stanley and
13  others would say, what problem are you solving?
14          And actually, the cross-border payment
15  problem?  I mean, there are different problems you would
16  be solving with different applications.  And that's why
17  I think you can't get into religious discussions where
18  it's either Bitcoin or XRP or Ethereum.  There will be
19  room for 10, 20 different crypto currencies that will
20  actually serve different needs.
21          MS. HELLER:  But Morgan Stanley says to you,

22  what problem is it solving?  Brian, does Wall Street get
23  it?
24          MR. ARMSTRONG:  You know, I think
25  cryptocurrency has a lot of potential good to do for the
0005
1   world.  And, you know, the traditional financial system
2   today does leave a lot to be desired, right?  I mean,
3   payments are slow, they're expensive.  It's not
4   accessible to everybody around the world.  There's,
5   there's 1.8 billion people who don't have access to
6   financial services at all.
7           So, I do think that cryptocurrency is going to
8   start to drive innovation in the financial sector, which
9   has been lagging a little bit to date.  And many of the
10  traditional financial players will begin to adopt
11  cryptocurrency and blockchain technology, so many of
12  them will come along with it.  At the same time, a whole
13  bunch of new companies, and Coinbase being one of them,
14  are going to get created on this new technology
15  revolution and drive that change throughout the world.
16          MS. HELLER:  So, is the resistance that we're
17  hearing here, and now we're seeing is, is it entrenched
18  interest?  Is it fear, is it that this technology is
19  really far from actually being workable?  Does it have a
20  lot of problems?  Like how real or how agenda is that
21  resistance, Zoe?
22          MS. CRUZ:  Again, people conflate a lot of
23  different things when they say what problem you're
24  solving.  So, one problem you would be solving and what
25  the rails as Brad Garlinghouse calls it is --
0006
1           MS. HELLER:  That's your CEO right?
2           MS. CRUZ:  Yes, of Ripple.  Is cross border
3   payments.  Now cross border payment is $170 trillion
4   worth of value annually, moves around the world, that's
5   a big problem, you will see --
6           MS. HELLER:  She used to be an FX trader, so
7   she knows what she's talking about.
8           MS. CRUZ:  That's a big problem you're
9   solving.  And so, to use, to borrow, Google X's language
10  moonshot is basically solving a very big problem in a
11  very radical way with radical technology.  So, that's
12  one problem you're solving.  Store of value.  Bitcoin,
13  obviously, is a very good candidate for that.  But
14  people --
15          MS. HELLER:  What is this thing?  What is this
16  free store value?  Doesn't that just mean -- it's
17  nothing.  It's like, what is it?  There's no dividend?
18  There's no interest payment.  There's no earnings, like,
19  what does that mean?  Is that just a jargon for go for

```
20  it?
21          MS. CRUZ:  No, no, Brian, if you want to take
22  this.
23          MR. ARMSTRONG:  I mean, so cryptocurrencies
24  have a couple of different use cases, right.  There's
25  some people are using it as an investment.  Some people
0007
 1  were using it in the utility phase, you can --
 2          MS. HELLER:  But not many are in the
 3  utilities?
 4          MR. ARMSTRONG:  Yeah, it's still probably 90%
 5  investment.  And you could say that similarly, right,
 6  you know, when are you looking for volatility?  Those
 7  are, those are the people in the investment phase,
 8  right.
 9          MS. HELLER:  And let's just say, the people
10  who flock to that volatility was at a time when there
11  was very other little volatility in the market, right?
12  I mean, it means something different.
13          MR. ARMSTRONT:  Right.  And people who want to
14  use it for utility, like paying for goods and services,
15  you know, the medium of exchange instead of store value.
16  They're, they're looking for stability.  And so, that
17  gets into stable coins, which are now being created in
18  cryptocurrency as well.  So, cryptocurrency --
19          MS. HELLER:  Well let's talk about that,
20  because that's a new thing --
21          MR. ARMSTRONG:  Yeah.
22          MS. HELLER:  -- you just, you just added to
23  your, your offerings, can you say what that is?
24          MR. ARMSTRONG:  Sure.  So, you know,
25  cryptocurrency has had this volatility and people --
0008
 1  investors liked it, but the utility phase, as you
 2  pointed out, is still the minority of the people using
 3  crypto.
 4          So, CoinBase along with Circle another crypto
 5  company, we created this consortium called Center.  And
 6  we released a stable coin.  Which is really simple.
 7  It's, it's a, it's called a USD coin.  It's really just
 8  backed by a dollar in a bank account in the United
 9  States.  It's auditable.
10          And so, that's nice for a few reasons.  One is
11  that cryptocurrency now has a stable asset which can be
12  used in commerce.  The second thing is that this is a
13  programmable dollar, which is better than a dollar in a
14  bank account, because you can start to use it in smart
15  contracts.  And people in countries that don't have
16  access to US bank accounts can also have USD coin as a
17  stable currency.
```

```
18          MS. HELLER:  So, it's, it's pretty similar to
19  a dollar and the whole point is it's not supposed to be
20  as volatile as bitcoin, and how much interest have you
21  seen?
22          MR. ARMSTRONG:  Well, it's just getting
23  started.  We've only had it out about three weeks.  So,
24  I don't have any big numbers to share with you today.
25  But there's certainly been people kicking the tires on
0009
 1  stable coins here in the early days.
 2          MS. HELLER:  Now, you have a handful of
 3  currencies, and you just added BAT also, right?
 4          MR. ARMSTRONG:  Uh-huh.
 5          MS. HELLER:  And what about Zoe's currency,
 6  XRP?  That one seems to be not, not welcome on Coinbase?
 7          MR. ARMSTRONG:  Well, so I'm not going to talk
 8  about any assets we may or may not add, because there's
 9  material nonpublic information rules about that.  But I
10  will go back to something you said earlier, actually.
11  You were asking -- you mentioned this idea of hesitation
12  from institutions coming in the space.
13          We haven't really seen that.  In fact,
14  institutions, especially --
15          MS. HELLER:  What about Jamie Diamond?  He's
16  actually --
17          MR. ARMSTRONG:  Have you read his recent
18  comments on that?  I think he's recanted.  It's getting
19  harder and harder to find a crypto bearer.  So, actually
20  a lot of institutions that have wanted to trade
21  cryptocurrency, they weren't able to do it previously,
22  because there was no qualified custodian in the United
23  States.  That's an SEC designation.  That means you need
24  to have an audited third party to hold the custody of
25  cryptocurrencies.
0010
 1          So, we recently solved that, we launched
 2  Coinbase Custody, we got our New York trust charter so
 3  we're now a qualified custodian for cryptocurrency.  And
 4  just in the last three weeks, we've had $100 million of
 5  institutional money come into Coinbase Custody to store
 6  cryptocurrency.
 7          MS. HELLER:  What is that like hedge funds or
 8  --
 9          MR. ARMSTRONG:  Yeah, some of them are, you
10  know, smaller crypto institutions that are really just
11  some of these crypto funds that have gotten started.
12  Others are bigger, they're -- there's family offices,
13  there's some funds from university endowments, things
14  like that.
15          MS. CRUZ:  Can I just make a point about the
```

```
16  volatility --
17           MS. HELLER:  Yes.
18           MS. CRUZ -- issue that -- earlier?  98%, and
19  I'm being kind, of all volume of all crypto assets are
20  speculative volume, and that's being kind.
21           MS. HELLER:  Okay.
22           MS. CRUZ:  The 2% -- the other difference is -
23  -
24           MS. HELLER:  You're call -- you're calling it,
25  let's just say it what it is, right.
0011
1            MS. CRUZ:  No, but what I was going to say,
2   there's nothing wrong with speculation at some point.
3   It adds to liquidity.  And it allows nascent efforts to
4   actually move.  But it can be excessive.  And I think
5   the speculation is excessive.
6            I think it's to all the industry leaders,
7   Brian is one of them, obviously, to see how you mitigate
8   some of this volatility.  It will happen.  But the way
9   you reduce volatility, short term gaps, as Brian and
10  other imagined -- imaginatively brilliant people are
11  trying to create.  But it will ultimately really go away
12  the with usage.
13           So, the reason I was saying earlier, I'm very
14  bullish, is I'm making a basic assumption that adoption
15  will be widely spread over a lot of different
16  geographies, people and, and uses.  But let's face it
17  right now, the speculation is excessive.  And I don't
18  think it's good for the ecosystem.
19           MS. HELLER:  Tell us about the usage that's
20  happening at Ripple with cross, cross border payments.
21  How, like give us an example, you and I were talking
22  about Mexico?  How is it really working?
23           MS. CRUZ:  So, Qualtrics is a payment system.
24  And I agree with Brian earlier, basically, there is
25  usage, like what problem are we solving.  One problem
0012
1   we're solving, I'll come back to Mexico.  Is if you talk
2   to Citigroup or Morgan Stanley, they're fine.  The SWIFT
3   system, it's a message system.  It could be better
4   messaging system, but it's fine.  If you're Citigroup,
5   and Morgan Stanley.
6            If you're a bank in Nigeria, trying to do
7   trade flows, it isn't that fine.  So, one problem
8   actually this world is solving is to serve the
9   underserved institutions, including banks.
10           Another major problem is to solve where his
11  exchange and other exchanges are very important to have
12  liquidity to have the underserved, the guy in the US
13  that send -- sending 100 bucks to his mom in Mexico.  If
```

14  the current system is costing him $30, which it is, and
15  that's probably being generous, that's not a system
16  that's functioning.
17          So, I would say it's solving a do -- a number
18  of very big problems.  Creating inclusivity, the road
19  from there, the panacea to here will be -- we will be
20  failing forward in a lot of different areas.
21          MR. ARMSTRONG:  Yeah, I agree with Zoe on
22  that.  That is one of the biggest areas that
23  cryptocurrency can help, is in some of these emerging
24  markets where their financial system has just failed
25  them, right.
0013
 1          So, Venezuela is a great example of that.
 2  Their inflation has just been huge, of course, and to
 3  get money out of the country, I think with the official
 4  exchange rate, which is very different in the black-
 5  market rate, and all the fees, it's something like a 56%
 6  fee to get money out of the country.
 7          So, one thing earlier this year, that I did
 8  try to accelerate the adoption of cryptocurrency in
 9  these places in the world was I started a charity called
10  GiveCrypto.org.  And the goal is really just to send
11  direct cash transfers to people in economies where it's
12  failing.  And crypto happens to be the best way to get
13  money directly to people like that, where there's no
14  intermediaries, there's no issue around corruption or
15  fraud, like the money being seized if you try to send
16  aid into a country like that.
17          And we're trying to help those people convert
18  it to the local currency and just get whatever they need
19  in those situations.  So, that's really the first step.
20  Now the longer-term goal would be maybe in some of these
21  areas, we can actually see a crypto-to-crypto economy
22  start to form.  So, GiveCrypto.org has been a cool
23  initiative for us to use on that front.
24          MS. HELLER:  I want to go to a poll question,
25  which has to do with what is holding back
0014
 1  cryptocurrencies?  Do we have that?  Well, right, here
 2  we go.  Oh, I'm sorry, a different question.  But this
 3  is related to another thing I want to ask.
 4          Which is, you talk about how this can, the rep
 5  -- the Internet of Value is a supposed revolution that's
 6  going to up end, fund the financial services system and
 7  create all this value.  And I want to ask the audience
 8  really how much they really believe in that, ten years
 9  from now, how much of your financial life will use
10  digital currency technology?
11          Do you think it's a lot, a little, let's see

12  what, what -- how much this this group has faith that
13  this is a game changer?  Eight people can't even seem to
14  decide.  But when I've noticed in the conversations I've
15  had and leading up to this panel is you've got the
16  crypto tourists who've washed out.  You have Wall
17  Streeters who seem pretty skeptical, and I can't put my
18  finger on whether that's defensive or just their
19  aversion to risk.
20          And then more on the venture side, a lot of
21  excitement that this is like the next, the next Big
22  Thing.  And yeah, I was talking to -- this is Lord
23  Funston here at the lunch at the Bitcoin currency table
24  said, it's like, people are on the Blackberry, but
25  what's coming up is the iPhone.  And that's what this is
0015
1  going to be with all the apps.  So, why is there such a
2  seeming disconnect around at all?  Why are so many
3  different takes?
4          MR. ARMSTRONG:  Yeah, I think so if you look
5  at a lot of new technologies that come out, you know,
6  they take 20 years to reach any kind of early success,
7  right.  It's like the internet took 20 years to reach a
8  billion people.  If you go back to even the telephone,
9  which got invented in the 1850's, I mean, it wasn't even
10  patented until 25 years later.  And the President told
11  Alexander Graham Bell, you know, great invention, but
12  how many people were actually ever going to use this,
13  right.
14          So, venture capitalists and others are now
15  looking at this saying, okay, how can we -- how do we
16  think the world is going to evolve in the next ten
17  years.  And they're always trying to skate to where the
18  puck is going.
19          So, the smart investors that we work with, you
20  know, they're taking a very long-term view of this, and
21  they're saying, we don't really care what the price is,
22  in any given year, if it's up or down, we're looking at
23  the fundamentals underlying it.  Like, how many
24  developers are building new applications on this
25  platform?  How many transactions a day are, are being
0016
1  used for utility, and is that growing every year, or is
2  it declining?
3          One interesting stat is that Stanford
4  University has all these electives in their computer
5  science department.  And there's dozens of them, you
6  know, the number one elective that's undergraduate that
7  Stanford chooses artificial intelligence.  The number
8  two is cryptocurrency.
9          And so, I think if you look at where

10  engineers, especially young people are most fascinated
11  where they're spending their time, it's increasingly
12  cryptocurrency.  And that's a really good indicator of
13  where the future is going to be.
14          MS. HELLER:  So, one of the -- I want to go to
15  questions in a minute, but what are the companies that
16  are either going to be your like friend or foe in the
17  future that we're not even really deeply thinking about
18  right now?  Like, where do Google and Facebook fit in?
19  Are they going to be like your partner in the future?
20  Or are you going to overtake them in some way?  What --
21  where do you see those?
22          MR. ARMSTRONG:  Yeah, it's not really how I
23  think about it.  So, I think if you look at the big tech
24  companies and the big financial service companies, I
25  think, you know, in five or ten years, almost all of
0017
 1  them will have some kind of blockchain initiative,
 2  because it's going to be like saying, are you an
 3  internet company?  It's like every company uses the
 4  internet today, right.
 5          I think also in ten years, you're going to
 6  have a bunch of startups, probably at least 50% of
 7  startups in five or ten years will actually be created,
 8  where they, they raise money using, using a token, or
 9  cryptocurrency, if you will.  This is a big shift that's
10  happening right now away from, you know, the traditional
11  model, which was raise a seed round, you know, do your
12  Series A, Series B, Series C, someday maybe you go
13  public and you trade on the public stock exchanges.
14          What's happening now is that companies are
15  actually issuing a token, raising money either from
16  people all over the world or from accredited investors,
17  in some cases, depends what country you're in.  And then
18  they're kind of like public from day one.  And they're,
19  and they're doing -- their tokenizing their cap table,
20  they're going to go public on the blockchain.  So, this
21  is this, is like stock market 2.0.  And by the --
22          MS. HELLER:  But this is not ICOs or --
23          MR. ARMSTRONG:  So ICOs were the first
24  iteration of this.
25          MS. HELLER:  Okay.
0018
 1          MR. ARMSTRONG:  And it was really kind of the
 2  Wild West, right.  It's like you had all these people
 3  raising money for things, which some of them were total
 4  scams, right.  And it, it really kind of got out of
 5  hand.  But underlying ICOs, there's a fundamental
 6  innovation, which is that you don't have to be in
 7  Silicon Valley now to, to raise money from venture

 8   capitalists.
 9          If you live in, you know, Bangalore, or
10   wherever it is, and you have a great idea, you can post
11   your idea on the internet and people all over the world
12   can, you know, invest in your company.
13          It's really -- it's a little bit like
14   crowdfunding.  But in this case, you actually get equity
15   in the company, or you know, tokens -- tokenize the cap
16   table, you get tokens in the company.  That's a really
17   big innovation, because it means anybody in the world
18   who has a good idea can raise money.  You don't have to
19   live in Silicon Valley.
20          MS. HELLER:  It sounds like ICOs to me, but --
21          MS. CRUZ:  I agree with Brian on the
22   innovation part of basically raising capital in a very
23   new way.  But to answer your question, about enemy,
24   whether it's Google.  The biggest enemy, in my view of
25   this world, is actually building it in the wrong
0019
 1   trajectory of conflicts.  I think what got Wall Street
 2   in -- so it's not basically Google that will be the
 3   enemy.  It's all the major players that participate in
 4   having a transparent, unconflicted business model,
 5   whoever they may be.
 6          MS. HELLER:  Better corporate governance in
 7   this industry is what you're --
 8          MS. CRUZ:  Yes.  And also, you know, if --
 9   because I read a lot of incredibly intelligent work
10   that's been done.  But a lot of people that talk about
11   Bitcoin in -- it's going up because it's been kind of
12   analysis, and they may own a lot of Bitcoin.  So, they
13   talk it up because it's Bit.
14          Well, that has to change.  So, to me the
15   biggest -- when I look at my Wall Street experience and
16   you're right, your look at history after the crash in
17   '29, in 1933, '34, that created an amazing piece of
18   legislation called Glass Steagall.  Which means you
19   cannot be a principal and an advisor to the same
20   transaction.  You're not going to have that conflict.
21          Well, fast forward, because we needed to grow
22   globally.  We got rid of Glass Steagall, so a lot of
23   conflicted business models emerged.  And I would say in
24   this new industry, intelligent regulation, the industry
25   has to get ahead of it.  Because if there is a collapse
0020
 1   where the retail or the individual gets hurt, then
 2   you're going to have unintelligent regulation.
 3          MS. HELLER:  Let's go to questions.  Right
 4   here in the front.
 5          MR. CRAPO:  Hi, Tim Crapo with the VO.  So, my

6    question is really around adoption and trust.  And that
7    seems to be a real concern or a question in this space
8    right now is there isn't a lot of adoption.  And there
9    seems to be a lot of confusion as well, between just the
10   concept of things like cryptocurrency versus blockchain.
11          And so, I'm curious, how do you see though,
12   how do you see people kind of navigating those waters to
13   provide a little more clarity and getting away from the
14   speculation?  Because I do believe that there's a lot of
15   speculation that comes into cryptocurrency that I think
16   works against the benefits of, of what it could bring to
17   the table.
18          So, I'm curious, to your thoughts on how do we
19   navigate through that bringing clarity between
20   blockchain and cryptocurrency?
21          MS. HELLER:  Okay, let's start with that --
22          MR. CRAPO:  And getting away from speculation.
23          MR. ARMSTRONG:  Yeah.  So, there's a couple of
24   parts to your question.  I mean, it doesn't -- we
25   actually don't need to necessarily separate blockchain
0021
1    and cryptocurrency.  Cryptocurrency uses blockchain
2    technology underneath, you know, the semantics, maybe
3    aren't that interesting,
4          I think what's really relevant is how do we
5    get more adoption?  How do we get more utility of
6    crypto?
7          And for me, there's a few things.  One is we
8    need to solve the -- this -- the volatility issue and I
9    think stable coins are doing that.
10          Number two, we need to increase the
11   scalability of the network, which is, you know, number
12   of transactions per second.
13          Number three, we need to make the apps even
14   easier to use and to build for developers.  These are
15   the new types of decentralized applications that people
16   are now creating with cryptocurrency.
17          So, in Coinbase, you know, we're the most
18   popular place people buy and sell cryptocurrency, but we
19   also have an effort to drive the utility phase.  We're
20   doing that with Coinbase wallet, Coinbase commerce and
21   the nonprofit that I mentioned, GiveCrypto.org.
22          MS. HELLER:  Another question.  Here in the
23   red shirt, in back here.  Please say who you are.
24          MR. KNIGHT:  Jason Knight from Intel.  So, one
25   thing that you only briefly touched on there was the
0022
1    fundamental technical improvements and sharding and
2    distributed governance and others.  Are these technical
3    improvements to cryptocurrencies, are they just going to

```
 4   incrementally improve the ecosystem and adoption?  Or
 5   are they going to unlock, you know, new ways of
 6   operating and new kind of markets?
 7            MR. ARMSTRONG:  Yeah, so I think about it,
 8   we're really kind of like the dial up phase of the
 9   Internet right now.
10            So, you remember your old 56k modem, you know,
11   the Internet was kind of slow, a lot of things didn't
12   work, you know, all these things had to get invented in
13   the web browser.  JavaScript and cookies and, you know,
14   security, HTTPS or SSL, right.
15            So, cryptocurrency is really in that dial up
16   phase.  A lot of the tools feel a little bit clunky and
17   difficult to use.
18            You know, a really simple thing is like when
19   you send cryptocurrency, you often send it to an
20   address.  It looks like this random series of
21   characters, it looks like a password, it's not very easy
22   to use.
23            You should be able to send that to, you know,
24   a username, something that looks like an email address,
25   right.
0023
 1            So, these are the kinds of things that we're
 2   working on at Coinbase to try to increase the usability
 3   of crypto.
 4            But it's not just us -- there are there's a
 5   whole ecosystem and the protocols, the beauty of it is,
 6   that they're all open standards.  And so, there's teams
 7   working on the underlying protocols themselves to
 8   improve some of those things.
 9            MS. HELLER:  The question is how long term of
10   an investor do you want to be?
11            MR. ARMSTRONG:  Yeah.
12            MS. HELLER:  I think that's it for us today.
13   Our time is up.  Thank you so much.  Thank you so much.
14            (End of audio.)
15                      * * * * *
16
17
18
19
20
21
22
23
24
25
0024
 1                 TRANSCRIBER'S CERTIFICATE
```

```
 2        I, Deborah A. Ross, hereby certify that the
 3   foregoing transcript consisting of 24 pages is a
 4   complete, true and accurate transcription of all matters
 5   contained on the recorded proceedings in the Matter of
 6   Ripple Labs, NY 09875, 03 - The Case for Crypto, 401684.
 7
 8
 9   _____
10   Deborah A. Ross, Transcriber
11
12   8/3/22
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.18

PX 503.18

Interview with Brad Garlinghouse, 10/8/2019, via Economic Club of New York

https://www.youtube.com/watch?v=1U6ZiOyX2TA



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:        )
 4                            )   File No. NY-09875-A
 5   RIPPLE LABS, INC.        )
 6
 7   SUBJECT:        Ripple CEO Brad Garlinghouse at The
 8                   Economic Club of New York,
 9   LINK:          https-www.youtube.com-watch-v-
10                  1U6ZiOyX2TA-Aug-23-22-10-03-26-
11                  GMT-0400-(EDT)
12   POSTED BY:     BankXRP
13   DATE POSTED:   October 8, 2019
14   PAGES:         1 through 50
15
16                  VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25                  (202) 467-9200
0002
 1             P R O C E E D I N G S
 2   Ripple CEO Brad Garlinghouse at The Economic Club of
 3   New York
 4         MS. VAN ALLEN:  I'm Barbara Van Allen,
 5   president of the Economic Club of New York, currently
 6   in our 112th year.  The Economic Club is the nation's
 7   leading non-partisan platform for discussions of
 8   economy, social, and political issues.  More than a
 9   thousand prominent guest speakers have appeared before
10   the club over the last century and have established a
11   strong tradition of excellence.
12         I would like to take a moment to recognize
13   those members in attendance of the Centennial Society,
14   which is the backbone of the club.  It enables us to
15   have a strong financial core, and it obviously
16   supports our wonderful diverse programs, such as the
17   one we're having this morning.
18         I also want to welcome in the back table on
19   the right our 2019 Attending Fellows, which is a
20   select cohort of our next generation thought leaders,
21   sponsored by members of the club for our year-long
22   program.  Welcome to all of you.  As a matter of fact,
23   the 2020 Class of Fellows application is now on our
```

```
24  website, so it's available if you all would like to
25  sponsor someone. Those members in the room, we would
0003
 1  welcome you doing so.
 2            It's a pleasure for me to now introduce Brad
 3  Garlinghouse, the CEO of Ripple, an innovative global
 4  payments company, which uses the power of blockchain
 5  to provide one frictionless experience for sending and
 6  receiving money globally.
 7            Prior to Ripple, Brad served as the CEO of a
 8  file collaboration service, Hightail.  From 2009 to
 9  2012, he was president of consumer applications at AOL
10  and prior to that he held various executive positions
11  at Yahoo!  Earlier in his career Brad helped to
12  pioneer the voice recognition process industry --
13  sorry, obviously not my sweet spot -- as CEO of
14  Dialpad Communications.  He currently serves on the
15  board of directors of OutMatch and has held board
16  positions at Ancestry.com and Tonic Health.
17            The format today is a conversation and we're
18  fortunate to have Fox Business Network anchor Liz
19  Claman facilitating the interview.  Liz will be sure
20  to save time for questions from all of you, the
21  members and their guests in attendance, starting with
22  the first question from our class of Fellows.
23            As a reminder, please know that this
24  conversation is on the record.  We do have cameras
25  here today; it's being carried live and if you could
0004
 1  please turn your cell phones off that would be super.
 2            I would like to now invite Brad and Liz both
 3  to come up on the stage and let the conversation
 4  begin.
 5            MS. CLAMAN:  Good morning, everybody.  Thank
 6  you so much for being here.  As Barbara said, we're
 7  going to tee it up for questions at the end.  Your
 8  questions may change if he answers something up here,
 9  but -- he's going to be mad at me for saying this --
10  tee it up, right?  Throw curve balls right at his
11  head.  That's what we're here for.
12            Brad, thank you for being here --
13            MR. GARLINGHOUSE:  Absolutely.  It's an
14  honor.
15            MS. CLAMAN:  -- at the Economic Club.
16            MR. GARLINGHOUSE:  Thank you.
17            MS. CLAMAN:  And we want to thank the
18  Economic Club of New York.  Fabulous.
19            All right, I want to start with the "what."
20  We know that Ripple is a technology that acts both as
21  a cryptocurrency, which is XRP, and also as this
```

22  high-speed real-time network.  So let's begin first
23  with the crypto part of it, and we'll get to the
24  payments in a minute.  But tell us about crypto and
25  the native coin that is Ripple XRP.
0005
 1             MR. GARLINGHOUSE:  So look, the crypto, I
 2  think, is still very nascent, still emerging.  You
 3  have people having -- asking me what inning we're in;
 4  I think we're still kind of in the batter's box.  We
 5  haven't even gotten into the first inning.
 6             When I think about, you know, how this is
 7  evolving, I moved to Silicon Valley in 1997 in the
 8  earliest days of the Internet and I -- I feel it's --
 9  it feels very similar in that, you know, blockchain
10  technologies and digital assets or cryptocurrencies I
11  think are going to touch a lot of different
12  industries, but I think we're still figuring out what
13  those look like.  And in fact, I would argue that in
14  many ways the hype has been ahead of the reality, and
15  you saw that in kind of the runup last year of the
16  whole crypto market hit a peak of about $800 billion
17  of market cap.
18             MS. CLAMAN:  Um-hum.
19             MR. GARLINGHOUSE:  Now, I think it's around
20  200-and-change.  But that -- that doesn't mean that
21  there aren't lots of examples where these technologies
22  will touch industries.
23             I was explaining -- Liz and I were talking
24  beforehand; I was saying to me the novelty of a
25  blockchain is allowing two parties to transact with
0006
 1  certainty, but without trust.  So today, if -- if Liz
 2  and I are going to do a business deal together, some
 3  central counterparty is going to commute trust.
 4             MS. CLAMAN:  Um-hum.
 5             MR. GARLINGHOUSE:  You know, as a consumer
 6  that's Visa and AMEX.  You know, in a banking world
 7  that's correspondent banks because you're using
 8  correspondent banks to do a cross border transaction.
 9  Anytime you have a middleman facilitating a
10  transaction, they are susceptible to how blockchains
11  can enable two parties to transact without trust but
12  with certainty because there's this immutable record
13  out there.
14             MS. CLAMAN:  Right.
15             MR. GARLINGHOUSE:  Ripple is applying and
16  using this open-source technology, the XRP Ledger,
17  we're using that to solve a cross border payments
18  problem, and I think by going deep in that vertical,
19  we've gained a lot of transaction and adoption, as

20 opposed to kind of that some people have gone more
21 horizontal and thin, we've gone kind of deep and
22 narrow.  But I think the cryptocurrency market's still
23 in its nascent stages.  I think it will continue to
24 grow and evolve as people understand use cases for how
25 to apply these technologies.
0007
1                MS. CLAMAN:  Well -- okay.  So let me just
2 drill down on the XRP part of it.
3                MR. GARLINGHOUSE:  Sure.
4                MS. CLAMAN:  And why I wanted to start with
5 that is simply because it -- it helps people wrap
6 their mind around it.  We're not going to assume that
7 everybody understands how crypto works.  Talk about
8 specifically the XRP coin.
9                MR. GARLINGHOUSE:  Sure.
10                MS. CLAMAN:  Is it a -- for example, is it a
11 stable coin, which means it's based by the U.S.
12 dollar?  What is it?
13                MR. GARLINGHOUSE:  So everyone here I'm sure
14 heard -- has heard of Bitcoin.  Bitcoin, you know,
15 started from the Satoshi White Paper, and one of the
16 things about how Bitcoin works, it use -- it's proof
17 of work.  It has mining.
18                MS. CLAMAN:  Um-hum.
19                MR. GARLINGHOUSE:  You've heard about, you
20 know, miners that are using compute power to verify
21 transactions.  That's expensive and it causes a
22 scalability problem.  The inventors -- the original
23 engineers who developed the XRP Ledger were early
24 Bitcoin engineers who saw that there was going to be a
25 scalability problem of Bitcoin over time.
0008
1                MS. CLAMAN:  Well, it's also finite.  There
2 are 21 million Bitcoin, and that's the end of that.
3                MR. GARLINGHOUSE:  That will be the end.
4 Today there's fewer than that.  There continue to
5 be -- Bitcoin's mined --
6                MS. CLAMAN:  Right.
7                MR. GARLINGHOUSE:  -- so it's growing with
8 the idea that it will have a maximum of 21 million
9 units.
10                With XRP, the idea was look, when you're
11 doing this mining, it slows down transactions, it
12 makes transactions expensive, there's a better way to
13 do that and they developed something called -- that I
14 won't technically go into -- called a consensus
15 algorithm, but basically the idea is you don't have to
16 have mining to verify a transaction.
17                But XRP -- so this group of engineers

18    developed the XRP Ledger, it's an open-source
19    technology.  Ripple owns a lot of XRP.  We own about
20    55 percent of all XRP, so clearly we're very
21    interested in the health and success of that
22    ecosystem, but it is an open-source technology that
23    Ripple uses in its technical stack.
24              MS. CLAMAN:  What is the "use case"?  If --
25    we have people in this audience thinking why would I
0009
1    buy an XRP?
2    First, what's the value of it right now?
3              MR. GARLINGHOUSE:  I did not look this
4    morning.  I think it's around 27 cents but I'm not
5    sure.
6              MS. CLAMAN:  Okay.  27 cents per XRP.
7              MR. GARLINGHOUSE:  Correct.
8              MS. CLAMAN:  What is the use case?  If I
9    bought 10,000 of these to take a chance on it, a
10   couple hundred bucks or whatever, you know, what --
11             MR. GARLINGHOUSE:  Well, there's two things
12   I think you're asking there.  One is more of an
13   investment question of, you know, are people
14   speculating on digital assets.  I mean, the
15   question --
16             MS. CLAMAN:  They ar.
17             MR. GARLINGHOUSE:  Yeah, 100 percent people
18   are.  I mean, I -- I think one of the challenges for
19   the crypto space is that, you know, I have said this
20   publicly before, I think 99.9 percent of all crypto
21   trading today is just speculation.
22             MS. CLAMAN:  Um-hum.
23             MR. GARLINGHOUSE:  I mean, it's actually
24   some amazing stats.  About 40 to 50 billion dollars a
25   day is trading in crypto.  I mean, that is a lot.
0010
1    That is a very liquid market.
2              MS. CLAMAN:  And by the way, there's
3    something like 2,000 coins out there.  Different types
4    of coins.
5              MR. GARLINGHOUSE:  Different types of
6    tokens, yeah.
7    So there's a lot of --
8              MS. CLAMAN:  Basically Top 10 -- sorry to
9    interrupt -- and XRP is one of them at the very top.
10             MR. GARLINGHOUSE:  So there's a lot, a lot
11   of trading out there, but most of it is just
12   speculation.
13             The question you're asking, I think, is
14   what's the utility?
15             MS. CLAMAN:  Um-hum.

16          MR. GARLINGHOUSE:  And what problem are you
17   solving?  I think that's the right question because I
18   think over a long arc of time I think the value of any
19   digital assets will be related to its utility in the
20   world.  Ripple is using XRP to solve this course --
21   and we're going to talk about this later --
22          MS. CLAMAN:  Um-hum.
23          MR. GARLINGHOUSE:  -- but you know, a
24   correspondent banking problem.
25          You know, I make the joke that if you and I
0011
1   decided to have a race to see who would get $10,000 to
2   London the fastest, I would win if I just drove to JFK
3   and flew it there.  You know, it -- that's the fastest
4   way to move money, which in 2019 in the world of the
5   Internet is a pretty surprising stat.  So we are using
6   XRP to help banks, to help regulated financial
7   institutions facilitate cross border transactions.
8          There's other companies out in the XRP
9   world, they're doing other things ranging from
10   micropayments to, you know, identity meeting, other
11   things using that open-source technology, but Ripple's
12   very focused on using it for that -- payments.
13          MS. CLAMAN:  Can you give an example to this
14   audience about how somebody used Ripple to buy or sell
15   something?
16          MR. GARLINGHOUSE:  XRP in that case, I
17   think. Yeah.
18          MS. CLAMAN:  XRP, rather.
19          MR. GARLINGHOUSE:  Well, I mean, I -- if --
20   you and I talked a little bit about this.  XRP in my
21   judgment, and really any crypto, I don't think the use
22   case is a consumer use case today.
23          MS. CLAMAN:  Um-hum.
24          MR. GARLINGHOUSE:  You know, I imagine some
25   percentage of people in the room before coming this
0012
1   morning stopped at Starbucks, and you had no trouble
2   paying.  You used a Visa.  Maybe you had dollars in
3   your pocket, I don't know, but it worked.  And so when
4   people talk about using crypto for a consumer use
5   case, I go to the well what problem are we trying to
6   solve?  You know, if the problem -- if there's not a
7   problem, then like let's not, you know, force change.
8   I mean, people aren't going to adopt a new thing
9   unless it's helping you in some way.  So I think in
10   first world countries like the United States, the
11   euro, the yen, the dollar, the RMB, I don't see the
12   consumer use case for crypto anytime soon.  Now, I say
13   in, you know, kind of the G-20 markets, because there

14  are markets that have already lost control of their
15  currency where, you know, the transaction costs for a
16  Visa transaction isn't 150 bps or 200 bps, it's 800
17  bps.
18          MS. CLAMAN:  Correct.
19          MR. GARLINGHOUSE:  And you know, you go to
20  Argentina, and you get a menu and it has three prices
21  on it.  You know, one is to pay in dollars, one is
22  paid Argentinian pesos in currency, and another is to
23  pay with a credit card.  You know, that probably
24  will -- you know, is there risk for Argentina that
25  cryptocurrencies are solving a problem?  Yeah.  I -- I
0013
1  just don't think that's -- you know, 95 percent of
2  global GDP I don't really think that you need to use a
3  cryptocurrency to solve a fiat problem.  And I -- we
4  can also talk about this later, but I think that's one
5  of the biggest mistakes, Libra, Facebook's White
6  Paper, they kind of positioned it as a new fiat
7  currency.  And that of courses raises the irregularity
8  of lots of governments.
9          MS. CLAMAN:  Oh, yes.  Particularly the
10  United States.  As we know, Jay Powell is not a fan of
11  it, and President Trump has said he's not a fan of it.
12          The Ripple network, so now let's dovetail to
13  that.  The peer-to-peer platform, right, it allows for
14  seamless transfer of money.  Would that include
15  everything from U.S. dollars to yen to Canadian
16  dollars to Litecoin, to some of your competitors?
17          MR. GARLINGHOUSE:  I mean, all the above.
18  The only thing you said -- Liz is demonstrating she's
19  very proficient in this industry, she mentioned
20  Litecoin.  You know, we work with fiat currencies.  We
21  use XRP to help banks solve this payments problem.
22          MS. CLAMAN:  Right.
23          MR. GARLINGHOUSE:  You know, Litecoin would
24  have been an exception to that list.  But you know,
25  today we work with banks like Santander.  I was, you
0014
1  know, flattered on -- Ana Botín was on stage at
2  this --
3          MS. CLAMAN:   Yeah.
4          MR. GARLINGHOUSE:  -- event yesterday and
5  talking about the work we're doing together, and it --
6  you know, Santander is a very large global bank, has
7  lots of cross border transactions.  They deal with the
8  friction of cross border transactions of -- depending
9  upon SWIFT.  What they saw, and she talked a little
10  bit about yesterday, is that they were losing market
11  share to the currency clouds and TransferWise's of the

```
12   world --
13             MS. CLAMAN:  Um-hum.
14             MR. GARLINGHOUSE:  -- and for them to
15   compete on a level playing field, they had to be able
16   to have a different technology framework.  And they
17   went out and looked at the various options -- this is
18   about four years ago -- and started working with
19   Ripple and, you know, it thus began that particular
20   customer journey.
21             MS. CLAMAN:  I -- you know, I know sometimes
22   this is proprietary information, but could you name
23   some other customers that would give this audience of
24   sense of how you guys have already put the
25   infrastructure into place?  Is it -- it's servers,
0015
 1   right?  Is it Cloud?  Or what --
 2             MR. GARLINGHOUSE:  Yeah.  We actually
 3   primarily use technology behind the firewall, and
 4   that's really because that's where the banks are
 5   comfortable.
 6             MS. CLAMAN:  Yeah.
 7             MR. GARLINGHOUSE:  I think over time some of
 8   that moves to the Cloud.  But look, we work with a lot
 9   of household names.  American Express.  I mean, here
10   in the United States American Express, PNC, you know,
11   Santander has U.S., and you know, the largest bank in
12   the Eurozone.  We work with Itaú in Brazil.  We work
13   with Siam Commercial in Thailand.  You know, we've now
14   signed up over 200 financial institutions globally.
15   Some of them you've certainly heard of.  Some of them,
16   you know, when we sign contacts sometimes I think I've
17   never heard of that particular bank, but --
18             MS. CLAMAN:  There's MoneyGram, as well.
19   You've got a great partnership with MoneyGram.
20             MR. GARLINGHOUSE:  MoneyGram is a really big
21   deal for -- the primary reason is, I think, MoneyGram
22   more than maybe any of our other customers is
23   demonstrating the value from a, you know, just pure
24   economic point of view of why this is good for
25   shareholders of MoneyGram.
0016
 1             You know, MoneyGram for those of you who
 2   don't follow the company, is about a $1.2 billion
 3   enterprise value company.  They have a lot of debt, so
 4   the market cap is only a handful of hundreds of
 5   millions of dollars.
 6             MS. CLAMAN:  Right.  Yeah.
 7             MR. GARLINGHOUSE:  What's interesting there
 8   is that they have negative working capital of around
 9   300 to 400 million dollars.  Now that negative working
```

```
10  capital is there, is because if I went to settle a
11  transaction with the Bank of Liz, and the Bank of Liz
12  is dollars and I'll be Mexican pesos, I would prefund
13  money to the Bank of Liz, and Liz -- Bank of Liz would
14  prefund to the Bank of Brad.  And then we would use
15  messaging to debit and credit that.  But that means I
16  have put dormant capital out into kind of -- you
17  almost think about it as the global transaction engine
18  has to have oil in it to work, and so the oil is cash
19  that sits in these accounts all over.  For MoneyGram,
20  that's several hundred million dollars of negative
21  working capital.
22          The idea is don't use cash and prefund but
23  use digital assets in real time to move value.  So the
24  Bank of Liz can hold a dollar, sell a dollar, buy a
25  unit of XRP, move the XRP across a digital ledger
0017
 1  into, I guess you were dollars, I'm pesos --
 2          MS. CLAMAN:  Um-hum.  Um-hum.
 3          MR. GARLINGHOUSE:  -- from U.S. denomination
 4  exchange to a Mexican denomination exchange, sell the
 5  XRP, buy a Mexican peso, so going from dollars to
 6  pesos in real time.
 7          MS. CLAMAN:  On which -- on which value?
 8  Which currency value?
 9          MR. GARLINGHOUSE:  Well, you went from
10  dollars to XRP, and there's --
11          MS. CLAMAN:  Because currencies fluctuate
12  day-to-day.
13          MR. GARLINGHOUSE:  That's a great question.
14  And so these transactions are happening so fast,
15  you're talking about seconds, that the -- one of the
16  kind of red herrings here is people are like, hey --
17  I've had bank executives say to me, look, we're not
18  going to use cryptocurrencies, there's way too much
19  volatility.
20          MS. CLAMAN:  Um-hum.
21          MR. GARLINGHOUSE:  And I let them get that
22  out, and then I say, well okay, wait a minute.  Let's
23  do -- let's actually look at the math on that.
24      MS. CLAMAN:  Um-hum.
25      MR. GARLINGHOUSE:  When you do a SWIFT
0018
 1  transaction, the average transaction let's just say is
 2  three days.  That's 270,000 seconds, trust me, I did
 3  the math on that.  If you multiple 270,000 seconds in
 4  a low-volatility asset by -- if you compare that to
 5  three or four seconds in a highly volatile asset like
 6  XRP, it turns out you're talking less volatility risk
 7  with an XRP transaction than you are fiat.
```

```
 8            Now, what happens with SWIFT is, someone is
 9   hedging that risk for you.  When you do a transaction
10   to, you know, dollar, yen, what have you, someone's
11   selling you that currency risk to the settlement of
12   two to three days from now.  With XRP, it's happening
13   so fast you don't really need to hedge it because
14   you're in and out of it in a few seconds, and so we
15   haven't seen that be an issue.  And MoneyGram went
16   live with us this summer.
17            You know, unbeknownst to us when they did
18   their earnings call in August, you know, they -- they
19   went from skeptics to, you know, we were working with
20   them for a year to get that deal done, they went from
21   skeptics to holy cow, they couldn't say much more nice
22   stuff about us, so we're pretty happy about that.
23            MS. CLAMAN:  Okay.  What about the revenue
24   model?  How do you guys make your money?  Is it per
25   transaction?
0019
 1            MR. GARLINGHOUSE:  There's two things we
 2   think about and, you know, I'm fond of describing I
 3   grew up in Kansas, my mom asks me what we do.  Like,
 4   mom, we sell software to banks.  We sell a software
 5   license, we have transaction fees, we have
 6   professional services fees.  We also care -- we own a
 7   lot of this digital asset.  Anything we do that's good
 8   for that digital asset is good for us.  So if you're a
 9   gold mining company you care about -- you have a lot
10   of reserves.  You care about the value of gold.  If
11   you're Exxon, you care about the value of oil.  So you
12   know, we sell software to banks, we think about how to
13   create value, both in that context, but also in the
14   overall context of what's the value of the gold we
15   have in the ground.
16            MS. CLAMAN:  Okay.  55 percent of XRP, the
17   whole float, if you will, is what you guys own.  Who
18   owns the other part?  Just people?
19            MR. GARLINGHOUSE:  It's float.
20            MS. CLAMAN:  Okay.  What is the value of
21   that?
22   Give or take.
23            MR. GARLINGHOUSE:  Well, so -
24            MS. CLAMAN:  Right now, you're float.
25            MR. GARLINGHOUSE:  So there's 100 billion
0020
 1   units of XRP that were created, and today I think we
 2   said is around 27 cents, so the total market is $27
 3   billion.  We own 55 percent of that, you know, so
 4   what's that, $15 billion, plus or minus.
 5            MS. CLAMAN:  Okay.
```

```
 6              MR. GARLINGHOUSE:  Now, the -- the float
 7    part is the remainder, so call it 10 billion.
 8              MS. CLAMAN:  And the free market judges --
 9              MR. GARLINGHOUSE:  Correct.
10              MS. CLAMAN:  Going back to your -- they see
11    some -- some see it as a tradable asset, you guys
12    don't look at it that way.  I get it.
13              MR. GARLINGHOUSE:  Well, we see it as a
14    tradable asset to solve an institutional liquidity
15    problem.
16              MS. CLAMAN:  Yes.  Yes.
17              MR. GARLINGHOUSE:  So we -- we definitely
18    view it as a tradable asset.  There's no doubt that,
19    you know, we -- we treat it as a currency in that
20    regard, I just don't think that -- I don't think any
21    crypto, let alone XRP, is going to, you know, make
22    inroads and at solving that consumer use case.
23              MS. CLAMAN:  Keeping with the network and
24    these banks that are now signing up, and some of them
25    are becoming believers here, is there proof of work?
0021
 1    Tell us how that -- that can actually be because we
 2    hear about blockchain being a digital ledger, but
 3    where's the central aspect of this?  I guess you could
 4    call it the central authority of --
 5              MR. GARLINGHOUSE:  Yeah.
 6              MS. CLAMAN:  -- Ripple?
 7              MR. GARLINGHOUSE:  Well, intentionally or
 8    unintentionally you're -- you're walking into a very,
 9    very, very fraught with controversy question in the
10    crypto space because --
11              MS. CLAMAN:  Intentionally.
12              MR. GARLINGHOUSE:  Yeah, right.  So many,
13    many people say well, Bitcoin is the most
14    decentralized asset out there and there's no central
15    operator and nobody can control it.  Asterisk, that's
16    sort of true, it's sort of not true.  Yeah, the nature
17    of how proof of work works is you have these pools of
18    mining capacity, and mining meaning CPUs, so you think
19    about, you know, where would you have concentration of
20    mining?  Well, that's where you have cheap power.  So
21    what has happened is you have 80 percent of Bitcoin
22    mining occurs in China.  You actually have four miners
23    who control more than 50 percent of the, you know,
24    compute power of the Bitcoin blockchain.
25              The reason why that's significant is if you
0022
 1    have more than 51 percent of the kind of compute
 2    power --
 3              MS. CLAMAN:  Um-hum.
```

 4          MR. GARLINGHOUSE:  -- you could actually
 5  change the blockchain.  You could change -- you know,
 6  people talk about well, it's decentralized, it's
 7  immutable, it can't be changed, except if you have 51
 8  percent of the compute power.
 9          MS. CLAMAN:  Okay.
10          MR. GARLINGHOUSE:  Now, this has actually
11  only happened once with a token called Ethereum
12  Classic, ETC, and someone did do something called a 51
13  percent attack.
14          It was able to steal millions of dollars of
15  value through simplistically just a double-spend
16  problem.  So is Bitcoin decentralized?  Yeah, I think
17  Bitcoin's decentralized, but the mine -- the nature of
18  proof of work means it's extremely expensive from a
19  power consumption.
20          I mean, here's an amazing stat; 1 percent of
21  global energy consumption is Bitcoin mining.  That is
22  a holy shit moment in my opinion.
23          MS. CLAMAN:  Yeah.
24          MR. GARLINGHOUSE:  Like, you know, you --
25  you talk about, you know, the green protesters and
0023
 1  you're like, you look at what people are doing with
 2  Bitcoin mining and to me it makes no sense at all.
 3          Now, I can't take any credit for this
 4  because this predates my involvement with Ripple, but
 5  the -- the early engineers who developed the XRP
 6  Ledger, they saw this problem coming, and they said
 7  look, this is not the right way to think about
 8  verifying transactions because you're going to have to
 9  throw more and more power at this, and the further you
10  get towards that 21 million, the more power you have
11  to throw at it.  So that -- that has been growing more
12  and more.
13          What the XRP Ledger does is, it's a very,
14  very simplistic view that look, if there's a table o
15  people over here -- and I happen to know Don
16  Donahue -- if Don hands somebody a dollar and everyone
17  at the table agrees he handed him a dollar, the dollar
18  moved, and everyone agrees it moved, and we can agree
19  that the consensus is that happened.  The XRP Ledgers
20  have over 50 million ledger closes, and we've never
21  had a transaction unwound, and you know, it -- it
22  works.  It's just a fundamentally different model for
23  how it works.
24          MS. CLAMAN:  I'm glad you brought up the
25  dollar again because I want to transition,
0024
 1  particularly for this audience of the Economic Club of

2  New York, China and other countries, but specifically
3  China.  China has completed a prototype, I don't know
4  if you all know this, a prototype of a so-called China
5  coin.  A digital currency, I believe, it's backed by
6  the yuan.
7          MR. GARLINGHOUSE:  It is.
8          MS. CLAMAN:  And they are about to unleash
9  their own network, similar to, you know, what we're
10  talking about here.  Are we behind in that here in
11  America?  I mean, the Fed is a skeptic when it comes
12  to cryptocurrency.
13          MR. GARLINGHOUSE:  Yeah.
14          MS. CLAMAN:  The president is a skeptic.
15  You have a lot of people who still don't quite
16  understand it.  You know, Singapore, which is
17  considered a financial center of the world, very
18  forward thinking when it comes to technology, that
19  central banker has expressed a little bit of concern.
20          MR. GARLINGHOUSE:  Yeah.  So let's first
21  understand like what stable coins or kind of central
22  bank digital assets is kind of the way they're
23  described, and so what the Chinese Government is doing
24  is they are apparently going to launch a central bank
25  digital asset.  I -- let's go back to the thing I said
0025
1  about Starbucks earlier; what problem are we solving?
2  So I look at the Fed today and I'm sure there are
3  bankers here in the window -- or in the audience, and
4  if you want to go and call on the Fed for liquidity,
5  you go to the Fed window.  You don't get cash; you get
6  digits in a ledger.
7          MS. CLAMAN:  Um-hum.
8          MR. GARLINGHOUSE:  And so when -- you know,
9  like I'm JPMorgan, I go to the Fed, the Fed's saying
10  okay, great, here's some sort of ledger change.  It's
11  already digitized.  So I -- I've actually been a
12  little bit of a skeptic that central bank digital
13  assets do much that we don't already do today.
14          MS. CLAMAN:  So you don't think the dollar
15  should be tokenized?
16          MR. GARLINGHOUSE:  It already is.  You think
17  about it, like how many people here -- like you look
18  at your net worth statement on a bank account, and
19  like those are just digits.  You know, yes, you could
20  go to the bank and get cash, but frankly if you're
21  asking for any more than a few thousand dollars, you
22  have to call in advance because they don't have the
23  cash.  So most of your -- most of the U.S. dollar is,
24  quote -- I mean, you said tokenized, I would say
25  digitized, there is a little bit of a difference, but

0026
1  I think we always have to go back to what problem are
2  we trying to solve?
3           MS. CLAMAN:  Um-hum.
4           MR. GARLINGHOUSE:  If we're solving a
5  problem or creating customer value, then I think it's
6  great.  The only argument I have seen around central
7  bank digital assets is if they want to expand the Fed
8  window from serving a small number of regulated
9  institutions to a mass audience.  If everybody here
10 could go directly to the Fed and have an account with
11 the Fed, well, that's kind of interesting; now we just
12 put the entire commercial banking business out of
13 business.   That doesn't sound like a very good idea.
14           MS. CLAMAN:  That -- I'm feeling the room
15 shivering at the moment.
16           But I would also say, too, with China, they
17 tend to have sometimes nefarious positions here.  A
18 China coin, if they ran it, they could see every
19 financial transaction from everyone.  They love that
20 control.  And on top of it, they could bypass U.S.
21 sanctions with this.
22           MR. GARLINGHOUSE:  Well, the bypass point is
23 an instrument, let me pause on that one for a second.
24 I mean, people made this argument to me before and I'm
25 like, look, make no mistake about it, the Chinese
0027
1  Government already sees every transaction, so whether
2  it's a digital asset -- I mean, yes, there's lots of
3  efforts to circumvent through cash, but they see a lot
4  of the transactions.  Would this actually enhance
5  their ability to see things?
6           MS. CLAMAN:  Yes.
7           MR. GARLINGHOUSE:  Maybe.
8           MS. CLAMAN:  Yeah.
9           MR. GARLINGHOUSE:  Yeah.  I think that's
10 fair.
11           I think the challenge that Ripple struggles
12 with, and you and I talked a little bit about before
13 is, the crypto industry often gets painted with one
14 broad brush, and you have, as you often do with a
15 nascent market, you have the charlatans and grifters
16 and you have people trying to do bad things, and
17 frankly you have tokens designed for anonymity, and
18 you know, that is not going to fly.
19           MS. CLAMAN:  Yeah.
20           MR. GARLINGHOUSE:  What Ripple is trying to
21 do is say, look, you can use these digital assets to
22 improve -- to reduce friction --
23           MS. CLAMAN:  Right.

24            MR. GARLINGHOUSE:  -- to reduce cost, to
25   increase speed, that's good for global commerce.
0028
 1   Whether you're the Bank of Liz, you're the Bank of
 2   Ward, you're the bank of anybody in this room, you
 3   know, there's an ability to use these technologies to
 4   improve customer experiences, improve costs.
 5            You know, I'm -- somewhere in this room I'm
 6   sure has lived overseas, and you've dealt with
 7   personally the experience of trying to move money into
 8   and out of the United States.  It is fraught with
 9   challenges.  And you know, SWIFT has a published 6
10   percent error rate.  Think about that for one second.
11            MS. CLAMAN:  Wow.
12            MR. GARLINGHOUSE:  If you -- if 6 percent of
13   your Google searches resulted in no results, you would
14   think like how -- you know, the Internet is broken,
15   yet our global financial infrastructure has a 6
16   percent error rate.
17            MS. CLAMAN:  What is your error rate?
18            MR. GARLINGHOUSE:  I mean, you're talking
19   about virtually zero error rate.  The reason is before
20   a transaction happens on a Ripple net, Ripple's
21   technology, the Bank of Liz and the Bank of Brad, it's
22   a chatty --
23            MS. CLAMAN:  Have to -- yeah.
24            MR. GARLINGHOUSE:  Like I'm already chatting
25   with you.  The bank -- the way SWIFT works is a little
0029
 1   bit more like a postcard.  I go to the U.S. Postal
 2   Service box outside.  I write a postcard, I write the
 3   address on it, I stick it in the mailbox.
 4            MS. CLAMAN:  Hoping it will get there.
 5            MR. GARLINGHOUSE:  I have no idea what
 6   happens next.  I don't know where it goes.  I don't
 7   know how it gets there.  I don't even know for sure it
 8   did get there.  That's how the world was developed
 9   kind of 50 years ago.
10            And by the way, I'm not trying -- I mean, I
11   know it sounds like I'm shatting all over it; look, if
12   it works but it's -- it could be much better.  Like,
13   you know, if you've lived in a house for 50 years, you
14   want to renovate the kitchen, you want to renovate the
15   bathroom.  I look at how do we apply modern
16   technologies to global financial infrastructure and
17   cross border payments as a way we can massively
18   improve it for banks, for their customers.  And we're
19   not changing the regulatory framework.  Every
20   transaction is still KYC'd.
21            Every transaction is checked for AML because

22  the end point, the Bank of Liz, who we trust --
23              MS. CLAMAN:  Right.
24              MR. GARLINGHOUSE:  -- is verifying those
25  things already.
0030
1               MS. CLAMAN:  Before we take questions --
2               MR. GARLINGHOUSE:  Yes.
3               MS. CLAMAN:  -- because we've got a couple
4   of more minutes for the audience, so I hope you guys
5   are getting ready, very interested to know about
6   Facebook's Libra and how someone like you running
7   Ripple and of course, XRP, looks at something like
8   Facebook and the Libra coin that -- that they expect
9   to put out there, and I ask that because when that
10  announcement happened, the value of a lot of cryptos,
11  including XRP, jumped because people thought this
12  gives it legitimacy.  Do you view it that way?
13              MR. GARLINGHOUSE:  Well, I don't think XRP
14  jumped.  I would have to go back and look at when they
15  actually announced that.  I think what -- so first of
16  all, it's level set.  Whenever someone talk -- asks me
17  about Libra, I often interrupt them and say, you mean
18  the Libra White Paper?  This is a white paper, people.
19  Like we are so far ahead of ourselves, and I frankly
20  think the way Facebook has executed their rollout
21  is -- I don't understand why they handled it this way.
22              MS. CLAMAN:  PayPal doesn't understand,
23  either.
24              MR. GARLINGHOUSE:  Yeah, they definitely
25  don't understand.
0031
1               MS. CLAMAN:  They just backed out.
2               MR. GARLINGHOUSE:  They're out.
3               So I think, you know, they went out and
4   said, look, are there ways we can apply these
5   technologies to, you know, benefit society?  Yes.
6   They decided maybe the best way to do that was, in my
7   judgment, as they described, to launch was effectively
8   a new fiat currency.  I don't think we -- I mean,
9   going to back Ethereal, I don't think we need a new
10  fiat currency.  And I think it confuses people to --
11  to have like, okay, I'm going to have a -- a Libra
12  token in my Facebook wallet and it's going to be
13  tradable with dollars, as opposed to like if I'm in
14  the United States and I have a Facebook account, let's
15  just use dollars.
16              I think what Facebook did, also I would just
17  observe is kind of interesting, had -- had PayPal led
18  that, had PayPal announced Libra and then Facebook
19  joined two weeks later, would we be having the same

20  conversation the same way?  Before wanted to lead that
21  effort and I think in some ways their rollout
22  demonstrated a kind of -- maybe a lack of
23  self-awareness about their position with governments
24  around the world, that Libra -- Libra's likelihood of
25  success would have been higher had someone else led
0032
 1  that effort.
 2            MS. CLAMAN:  Okay.
 3            MR. GARLINGHOUSE:  And there were 28 members
 4  at the beginning, but I think at the end of the day,
 5  you know, it is a Facebook-led effort.  I think all of
 6  these things, and Ana Botin was so brilliant
 7  yesterday, and one of things she talked about is the
 8  word "trust."
 9            In the world I live in of banking, but
10  certainly around crypto, trust is critical.  And it --
11  you know, fair or unfair I'm not even going to take a
12  position on, Facebook has eroded its trust with its
13  users.  And certainly, it's eroded its trust with
14  governments, and so now you're saying hey, we're going
15  to get more aggressive in this.
16            You know, the comparison, because it
17  launched around June and it -- right around June
18  the -- the announcement of the white paper was around
19  June, right around then, the Boeing that was having,
20  you know, another crisis around the 737 Max problem, a
21  friend of mine reached out to me and said, you know,
22  Facebook announcing a cryptocurrency is little bit
23  like the idea of Boeing announcing in the middle of
24  the 737 Max crisis they're going to launch a new
25  double-decker airplane.  And she's like why would you
0033
 1  do that?  You know, you've got -- you already have
 2  this massive problem, why don't we get that sorted out
 3  and solved before you go and create a whole other
 4  front on your war.
 5            MS. CLAMAN:  Well, whether it's Facebook'
 6  Libra White Paper announcement or people's Bitcoin
 7  disappearing and them calling the Fed and screaming
 8  about it, you know one thing is coming, and that is
 9  regulation.
10            MR. GARLINGHOUSE:  Yeah.
11            MS. CLAMAN:  If you were in the room with
12  the regulators, whether it be the Securities and
13  Exchange Commission, then you know, FDIC, whoever,
14  what two or three things would you insist be in that
15  regulation?
16            MR. GARLINGHOUSE:  Well, I -- you're going
17  to think I'm dodging the question; I swear I'm not, we

18 have regulation.
19          MS. CLAMAN:  He's lying.
20          MR. GARLINGHOUSE:  I -- I -- we have
21 regulation.  I -- I mean, because what you're asking
22 me is what are the new regulation?  In effect, you're
23 saying what new regulations should exist for this?
24 And I think well, we have extremely robust banking
25 regulation.  Any new entrance in the -- that should be
0034
 1 subject to those regulations.
 2          MS. CLAMAN:  But when people in this room
 3 say are you a bank, you would say no.
 4          MR. GARLINGHOUSE:  Well, I'm not a bank,
 5 meaning like I don't hold deposits.  I don't -- I
 6 don't have accounts.  I don't have wallets.  I -- you
 7 know, when I go talk to regulators, what I quickly
 8 explain to them is your regulatory framework that
 9 exists today, exists exactly the same the day after.
10          Before we went live with MoneyGram, we
11 didn't talk much about that, but we got on the phone
12 with MoneyGram's regulators and together we briefed
13 their regulators about what we're doing.  And it -- as
14 soon as they understand that this is just a simpler
15 infrastructure way --
16          I mean, look in some ways we're plumbers.
17 Like we're enabling a much more efficient plumbing,
18 but the in point, where regulators care is, you know,
19 some governments care about capital flow control, some
20 care a lot more about KYC and AML and OFAC and any
21 other acronyms; they get enforced at the in point.
22          MS. CLAMAN:  Um-hum.
23          MR. GARLINGHOUSE:  We don't change that.
24 You can't do an anonymous transaction on Ripple net
25 because every in point we work with is a regulated
0035
 1 financial institution.
 2          MS. CLAMAN:  But by that logic, you're
 3 saying that nothing bad will ever happen at Ripple.
 4 There will never be a breakdown.  Nothing -- it --
 5          MR. GARLINGHOUSE:  Well, I -- what I'm
 6 saying is, there's no difference in the risk today
 7 than tomorrow.  So yes, today there is risk when
 8 you're using SWIFT and when you're using ACH and when
 9 you're using -- the -- all the different
10 infrastructure technologies today that allow money to
11 move, there's -- there's risks.
12          MS. CLAMAN:  Right.
13          MR. GARLINGHOUSE:  Right.  There's hacking
14 risk.  There's, you know, fraud risk.  There's all
15 kinds of things --

16          MS. CLAMAN:  Yeah.
17          MR. GARLINGHOUSE:  -- and we see those.
18  Nothing changed.  You -- you started using Ripple's
19  technology underneath and all those risks are still
20  the same --
21          MS. CLAMAN:  Yeah.
22          MR. GARLINGHOUSE:  -- but they didn't get
23  worse.
24          Now, in some ways you could argue they got
25  better in various ways, I'm not even trying to argue
0036
1   that.  I'm just trying to explain when regulators look
2   at this and they say what new regulations should we
3   have, I look at it and say, well no, no, no, we have
4   robust regulatory frameworks.  Ripple's attitude is
5   we're pro-regulation.  Like we're not trying to change
6   that.  We're not trying to circumvent it.  And that
7   the challenge for us has been many in the crypto
8   community, you hear crypto, it matters to some people
9   in this room; you heard crypto and you're like oooh,
10  Silk Road, drugs, you know.  And yes, there are bad
11  actors in that system.
12          There are also bad actors with -- use the
13  U.S. dollar.  This is a new way to do that and you
14  know, what we're trying to do is say we can bring
15  these technologies to bear in a regulated world to
16  solve real problems that --
17          MS. CLAMAN:  Yeah.
18          MR. GARLINGHOUSE:  -- you know, really
19  improve the economy.
20          MS. CLAMAN:  Well, I know.  But you know,
21  the way the regulators think, they want to create
22  something, so you want to be part of that
23  conversation.
24          MR. GARLINGHOUSE:  For sure.
25          MS. CLAMAN:  I want to open this
0037
1   conversation right now to the audience.  We do have a
2   roving microphone, but let's being with the Fellow
3   table at the back.  And please state your name, with
4   whom you work, and of course your question.
5           PETER:  Hi, I'm Peter, I work for Citi
6   Private Bank.  So my question was just what do you see
7   in terms of your risk going forward?  Whether that's
8   regulatory or security -- digital security?
9           MR. GARLINGHOUSE:  Well, so I agree with
10  what Liz was saying earlier.  You know, even though I
11  really wasn't dodging the question, I think regulatory
12  dynamics are probably the most important thing for the
13  crypto industry, and certainly for Ripple.  And you

```
14  see, you know, the macro trendline here I think is
15  going very, very well.
16           So three or four years ago it was I think a
17  very uncertain world.  You know, now you do have
18  things like Facebook happening, which makes it much
19  more of a, you know, front and center.  But look, the
20  U.K. government has been very progressive around this
21  and very clear about their view on -- the regulatory
22  frameworks around crypto.  The Singaporean government,
23  the Japanese government, but you also have a bunch of
24  governments that have either been, you know, neutral
25  so the U.S. has been kind of silent-ish.  You know,
0038
 1  India has been rather negative.  So I think the --
 2  that is the journey we are on and I think any time you
 3  have a new technology, people are trying to figure out
 4  how could it be abused?  What are the risks?  But I
 5  think that the number one risk and opportunity is
 6  really on the regulatory side.
 7           Some of the -- you asked also about
 8  security.
 9           Look, I -- I think account security is a
10  challenge for, you know, fiat.  It's a challenge for
11  crypto.  The -- you know, JPMorgan and Citi have been
12  dealing with it for 100 years and you know, yet still,
13  not that anyone at Citi wants to admit it, but every
14  day in one way or another Citi is hacked.  That's not
15  because Citi, it's because the end user.  I mean,
16  every human in this room is the softest in point of
17  any, you know, cyber risk.  So I think what we're --
18  that's still a risk and will continue to be so in the
19  crypto world.
20           MS. CLAMAN:  Yeah.  I mean, it's happening
21  on a daily basis, and it was ever thus.  We were
22  talking earlier, and I said that's like people
23  flipping out of their minds because Tesla had a car
24  fire and yet there's something like 45,000 car fires
25  with class combustible engines every day on American
0039
 1  roads and -- and you're going to hold Tesla to some
 2  different structure or level.  It's important to keep
 3  it in perspective because we all are hearing about
 4  this, so I'm sure you guys are still maybe not sure.
 5  Do you really want some questions here?  Raise your
 6  hand and we're happy to.
 7           Yes, ma'am.
 8           MS. ST. CLAIRE:  Dale -- oh, thank you.
 9  Dail St. Claire, Park Avenue Finance.  Have you worked
10  with any of the financial institutions, specifically
11  IFEs permissioned by OSIF in Puerto Rico under Act
```

12   273?
13          MR. GARLINGHOUSE:  You would have to
14   translate that one for me.  Sorry, I --
15          MS. ST. CLAIRE:  All right, I guess I'm --
16          MS. CLAMAN:  It's a technology.
17          MR. GARLINGHOUSE:  OFEs [sic], yeah, sorry.
18          MS. ST. CLAIRE:  No, no, no, I'm happy to.
19   I didn't know --
20          MR. GARLINGHOUSE:  That was over my head.
21          MS. ST. CLAIRE:  So OSIF, Office of
22   Financial Institutions in Puerto Rico, 2017, we helped
23   craft the infrastructure for Act 273, which allows IFE
24   licenses focused in crypto banking with a host of
25   permissions.
0040
 1          MR. GARLINGHOUSE:  Oh, yeah, yeah, yeah.
 2          MS. ST. CLAIRE:  So I haven't worked with
 3   them, that's great.  I just wanted to --
 4          MR. GARLINGHOUSE:  I'm mildly familiar with
 5   this, in the context of a number of different crypto
 6   companies decided to domicile in Puerto Rico, and I
 7   actually think so people -- people I know, decided
 8   they were going to relocate to live in Puerto Rico for
 9   tax reasons.  I'm not super close to it.  I've
10   actually -- we would love to learn more about it
11   afterwards and hear about it.
12          MS. ST. CLAIRE:  Great.  I'll come talk to
13   you.  Thank you very much.
14          MR. GARLINGHOUSE:  Thank you.
15          MS. CLAMAN:  This gentleman right here.
16          MR. BRUNO:  Phil Bruno from McKinsey.
17   Around the world many central banks and banking
18   systems are setting up real-time payment systems so
19   you can move money from one account to the other in
20   two seconds or less.
21          MR. GARLINGHOUSE:  Yeah.
22          MR. BRUNO:  And in Scandinavia this year
23   they're standing up a company called P27 so you can
24   now move currency across border in four countries.
25   Why don't we just link up these real-time payment
0041
 1   systems and be done with it?
 2          MR. GARLINGHOUSE:  Yeah.
 3          MR. BRUNO:  Like why do we need crypto or --
 4   Ripple or cryptocurrency?
 5          MR. GARLINGHOUSE:  I think it's a great
 6   question.  I'm going to answer it in two different
 7   ways.
 8          First, I'm going to say I imagine a number
 9   of people in here have a PayPal account and you

10    probably have a Venmo account.  Have you ever tried to
11    move money from Venmo -- PayPal owns Venmo, just to be
12    clear -- have you ever tried to move money from Venmo
13    to PayPal?  You can't do it.  You have to go Venmo,
14    back to your bank, and then back to PayPal.
15            The -- the reason I start with that answer
16    is in the perfect world what we -- we see an
17    inoperable payments network world of the future where
18    all payments networks are interoperable.  The world we
19    live in today, and I'm using PayPal and Venmo as the
20    example, is highly not interoperable.  What you're
21    talking about, you know, the U.S. Fed and the faster
22    payments, that's a domestic clearing.  You know, we
23    actually think yes, that would be fabulous.  Actually,
24    Ripple is one of the -- the kind of leads on that
25    taskforce.  At some point, though, you have to go from
0042
1    the U.S. dollar to another currency.
2            There are examples in the -- as you describe
3    in the Nordics that are coming together in small
4    pockets.  You know, the question is can you do that
5    across hundreds of countries, or you know, a couple
6    hundred countries and you know, thousands or tens of
7    thousands, or hundreds of thousands different payment
8    networks?  We see a world where today the Internet of
9    information uses TCPIP and HTTP to enable interop
10    really across information networks.
11            How do we enable interoperability across
12    payment networks so that if I want to go from my BAML
13    account to Paytm, leading mobile wallet in India, and
14    it's Mother's Day, I want to send my mom 100 U.S.
15    dollars, that I can do that with no big deal?  Today,
16    to send that $100 to my mom in India, you know, would
17    be very expensive and very uncertain as to how it
18    would ever get to Paytm, a -- the largest mobile
19    wallet provider in India.
20            So I view those as all positive
21    developments.
22            You know, some governments have much -- some
23    domestic governments like -- Mexico's local clearing
24    is way better than the United States.  That's good.
25    You know, now if we get into one -- with MoneyGram, we
0043
1    get into one bank in Mexico, we will get to any other
2    bank in Mexico in sub one hour.  That's way better
3    than the United States, so I think we want to see that
4    advancement.
5            MS. CLAMAN:  The lovely lady in the way
6    back.
7            MS. DARST:  Hi.  My name is Rebecca Darst.

```
 8    I'm a Topeka High School alumna, by the way, so --
 9            MR. GARLINGHOUSE:  Hey, (indiscernible).
10            MS. DARST:  -- hi.  That's it.  So I just
11    wanted to ask you quickly, you mentioned a -- that you
12    see limited use case scenarios for consumer
13    applications.  But I wondered how you feel about a --
14    whether you see a future for Ripple and/or XRP and/or
15    cryptos generally in asset tokenization, specifically,
16    which I know has gotten some attention lately.
17            MR. GARLINGHOUSE:  Yeah.  So first of all,
18    I'm from Topeka, Kansas and she is also apparently.
19    That was a long time ago.  But the -- the tokenization
20    of assets and making it more fungible, I do think
21    there's some interesting projects going on in this
22    space in the crypto world.  There's people saying,
23    hey, you know, you want to buy -- you know, buy as an
24    investment, you know, say an apartment building in
25    London, but you don't want to buy a whole apartment
0044
 1    building, can people tokenize the apartment building
 2    and then allow me to buy part of it and then benefit
 3    from that appreciation I think is the question you're
 4    asking.  I actually do think that's interesting.  I
 5    don't know much about it.  I think one of the
 6    challenges for the crypto industry has been there's a
 7    lot of ideas and not as much execution.  I want
 8    projects like that to be successful.
 9            Look, Ripple has invested about $500 million
10    in other crypto projects around the ecosystem.  And
11    now, part of that is because sure we want to make
12    money, but part of that is because we want the
13    whole -- we want all boats to rise.  And so and
14    actually, you know, and I'm going to really screw this
15    up, and I hate that this is being videoed out, but we
16    invested in a company that's doing something like
17    that, I think it's called Securitize, and the CEO of
18    that company is going to send me an email and be
19    really angry that I can't remember.
20            MS. CLAMAN:  Well, that's the one thing
21    about Ripple here you guys should know, is that
22    they -- in a time when a lot of these coins and
23    these -- these systems are going under or
24    consolidating, Ripple just bought Algrim, which is an
25    Icelandic company.  You guys are doing Volton
0045
 1    acquisitions, right?
 2            MR. GARLINGHOUSE:  Yeah.
 3            MS. CLAMAN:  And clearly this --
 4            MR. GARLINGHOUSE:  We -- we bought -- well,
 5    the first four and a half years I was at Ripple we
```

```
 6    didn't buy a single company because my attitude was
 7    focus, focus, focus, gain traction in what we're doing
 8    in the -- you know, like maybe when the .com bust
 9    happened, you know, the strongest used that as an
10    opportunity to -- to, you know, acquire things and add
11    things on.
12             You know, I -- we talked a little bit about
13    how I've always been enamored with Amazon and kind of
14    watching how they grew during that time.  I certainly
15    thing where Ripple is, we're at a very strong
16    financial position, not just from the investments
17    we're making, but we've also made two acquisitions in
18    the last few weeks.  It's kind of, you know, they're
19    both small acquisitions but to kind of bolster this,
20    take advantage of, you know, "crypto winter."
21             MS. CLAMAN:  And the engineers that come
22    with it.
23             MR. GARLINGHOUSE:  Yeah.
24             MS. CLAMAN:  Are we way behind when it --
25    and bankers are dealing with this, too, in training
0046
 1    and teaching engineers in this country?
 2             MR. GARLINGHOUSE:  Yes.  And you know,
 3    Ripple is trying to help on that.  We announced
 4    something called the University of Blockchain Research
 5    Initiative.  We gave away $50 million of grants to
 6    schools, about half in the United States, half outside
 7    the United States, to actually see blockchain research
 8    and blockchain education at universities because we do
 9    feel like this is a 10- or 20-year evolution of how
10    technologies can apply.
11             MS. CLAMAN:  But not K through 12, right?  I
12    mean, don't you have to --
13             MR. GARLINGHOUSE:  Yeah.
14             MS. CLAMAN:  -- lay the groundwork?
15             MR. GARLINGHOUSE:  Yeah.  The -- yeah.
16    We're not -- yeah, we were focused on the --
17             MS. CLAMAN:  Okay.  That's your next
18    project?
19             MR. GARLINGHOUSE:  Yeah.
20             MS. CLAMAN:  Any other questions as we wrap
21    this up?  Yes, sir.
22             MR. NIEDERSTE-OSTHOLT:  Thank you.  Max
23    Niederste-Ostholt with Rally Rd.  I was wondering if
24    you could start over again right now, what would be
25    sort of the perfect use case that you would want to
0047
 1    get into?  Or are there use cases that you think are
 2    better than Ripple that you might want to pursue?
 3             MR. GARLINGHOUSE:  You know, when I joined
```

```
 4   Ripple, we were a small company, it was about four and
 5   a half years ago, and there were three use cases the
 6   company was focused on.  One was a smart contracts
 7   platform called Kodius, using the XRP Ledger.  The
 8   second was a company, kind of a -- or project called
 9   Global Identity.  And the third was the payments
10   thing.
11          I -- my view is we had to focus, focus,
12   focus, focus, and choose one, and if we were lucky
13   with that one over a period of years, maybe we would
14   get the opportunity to do Number 2 or Number 3 or
15   Number 4.
16          I don't look back -- I mean, given what has
17   transpired, one could argue that we should have
18   focused more on smart contracts, and what happened
19   with the Ethereum network.  I don't regret that.  I --
20   I think the payments --
21          You have, you know, north of $20 trillion
22   dollars going cross border each year.  It is fraught
23   with, you know, error rates and it's slow. It's
24   expensive.  It -- for me, it's the classic like
25   Silicon Valley going up against the big behemoth
0048
 1   goliath, but it's so broken.  I mean, when I go talk
 2   to banks, it's a beautiful thing for me because banks
 3   don't like SWIFT.  You know, they're frustrated with
 4   SWIFT.  Their customers don't like SWIFT.  And like
 5   that's a great place to be when you're selling into
 6   that.
 7          So the -- do I think there's other vertical
 8   use cases that maybe if I went back could we do it
 9   differently?  Yeah.  Sometimes I -- I wonder that.
10   But I also think we have been so fortunate through a
11   little of luck and a little bit of skill that we find
12   ourselves with a lot of momentum in, I think, really
13   solving a problem using these technologies at scale.
14          MS. CLAMAN:  This is such an important
15   morning.  I hope you guys all appreciate this c you're
16   at the forefront of getting Brad's story about Ripple,
17   cryptocurrency and the networks here.  Thank you so
18   much.
19          And if you have other questions, a little
20   bit of a tease here, afterward I'm going to be
21   interviewing Brad, once the room clears, and it will
22   air at 3:00 p.m. Eastern on the Claman Countdown on
23   the Fox Business Network.  But I will have a surprise
24   question for him that he doesn't know I'm going to
25   ask, so you have to tune in if you can.
0049
 1          MR. GARLINGHOUSE:  Thank you everyone.
```

```
2             MS. CLAMAN:  Thank you so much to the
3   Economic Club of New York.
4             MS. VAN ALLEN:  Thank you both.  That was
5   just a terrific conversation --
6             (End video file.)
7                      * * * * *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0050
1             TRANSCRIBER'S CERTIFICATE
2
3   I, Elaine LaRosee, hereby certify that the foregoing
4   transcript is a complete, true and accurate
5   transcription of all matters contained on the recorded
6   proceedings in the matter of:
7   Ripple CEO Brad Garlinghouse at The Economic Club of
8   New York.
9
10
11
12
13                  _____
14                  Transcriber
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.19

PX 503.19
Interview with Brad Garlinghouse, 10/23/2019, via DC Fintech Week
https://rollcall.com/events/fintech-week-2019/

As part of the 3rd Annual **DC Fintech Week**, CQ Roll Call hosted leading experts to discuss Blockchain Infrastructures. This one-day event was part of Washington's singular fintech innovation and global policy forum, where thought leaders from fintech firms across the country describe their business, and explain how their services intersect with markets for a Washington, DC audience consisting of policymakers, market participants, lawyers, and thought leaders.



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:           )
 4                               ) File No. NY-09875-A
 5   RIPPLE                      )
 6
 7   SUBJECT:  Brad Garlinghouse, CEO of Ripple, at
 8             Washington DC's Fintech Week Interviewed
 9             With Chris Brummer - YouTube (1)
10   PAGES:    1 through 48
11
12
13
14
15
16
17
18                  VIDEO TRANSCRIPTION
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                   (202) 467 9200
0002
 1              P R O C E E D I N G S
 2   Brad Garlinghouse, CEO of Ripple, at Washington DC's
 3   Fintech Week Interviewed with Chris Brummer - Youtube
 4   (1)
 5             ANNOUNCER:  For our second keynote of the day,
 6   I am delighted to welcome Ripple CEO Brad Darlinghouse
 7   (sic) to the stage along with Chris.
 8             Prior to Ripple, Brad served as the CEO of the
 9   file collaboration service Hightail.  From 2009 to 2012,
10   he was president of consumer applications at AOL and
11   held -- and prior to that held previous executive
12   positions at Yahoo from 2003 to 2009, including senior
13   vice president.  Early in his career, Brad helped the --
14   to pioneer the voiceover IP industry as CEO of Dialpad
15   Communications.  He currently serves on the board of
16   directors of OutMatch and has held board positions at
17   Ancestry.com, Tonic Health.
18             And interviewing Brad is Chris, and I will
19   turn it over to you guys.
20             MR. BRUMMER:  All right, great.  Brad, thank
21   you so very, very much for coming by to --
22             MR. GARLINGHOUSE:  Glad to be here.
23             MR. BRUMMER:  -- to, you know, out of Silicon
```

```
24   Valley to DC's FinTech Week.
25             MR. GARLINGHOUSE:  The eco chamber of Silicon
0003
 1   Valley.
 2             MR. BRUMMER:  Ah, because we nothing of that
 3   here in Washington.
 4             MR. GARLINGHOUSE:  (Laughing.)
 5             MR. BRUMMER:  No, seriously, thank you, we
 6   know that you're really busy, and the fact that we have
 7   so many great participants throughout the week from
 8   industry, from our top regulators, and from really folks
 9   who are on the front lines in the crypto space and the
10   blockchain space, it's just a delight to have you.
11             So, today is, as I had mentioned earlier with
12   Chairman Clayton, a pretty big day in Washington.  We
13   have Mark Zuckerberg who has been testifying on the
14   Hill, and we've been gathering sort of interesting
15   snippets of information, and I know you've been keeping
16   an eye also on his remarks.  I just want to start off
17   with asking you, what's your impression of the Libra
18   Project and --
19             MR. GARLINGHOUSE:  You mean white paper.
20             MR. BRUMMER:  Ah, this is true.  This is true.
21             MR. GARLINGHOUSE:  Right.  Just so we're
22   clear.
23             MR. BRUMMER:  The -- this is -- that's
24   absolutely true.  The Libra white paper and sort of the
25   buzz, good and bad, that it's sort of generated and the
0004
 1   attention --
 2             MR. GARLINGHOUSE:  Yeah.
 3             MR. BRUMMER:   -- that it's directed towards
 4   the crypto industry.
 5             MR. GARLINGHOUSE:  Well, so I'll start with, I
 6   mean, you just look at even this event, you look at how
 7   far this industry has come in really not that long of
 8   time, and I think it's incredibly positive for the whole
 9   industry.  You know, Chris and I spoke earlier this
10   morning, and one of the things I -- we kind of mutually
11   observed is had you predicted that, you know, the CEO
12   and chairman of one of the most valuable companies on
13   the planet be testifying in front of Congress about
14   crypto and that the President, regardless of what you
15   think of his Tweets --
16             MR. BRUMMER:  (Crosstalk.)
17             MR. GARLINGHOUSE:   -- was tweeting about
18   crypto, you know, it's just amazing to me how far the
19   industry has come.  You know, look, Libra, specifically
20   the white paper, I think there's a lot of things still
21   to be figured out.  You know, when the white paper first
```

22    came out it was very much kind of positioned more as it
23    was going to be a new Fiat currency.  They've
24    backtracked on that.
25              You know, today in the testimony they talked
0005
 1    about it being a way to extend America's financial
 2    leadership.  The last time I checked, Libra's based in
 3    Switzerland.  That's a little confusing.  Look, I think
 4    any time you have a white paper, it's early, and you're
 5    figuring stuff out.
 6              MR. BRUMMER:  (Crosstalk) a new global
 7    currency --
 8              MR. GARLINGHOUSE:  Yeah.
 9              MR. BRUMMER:  -- according to the American --
10              MR. GARLINGHOUSE:  I mean, look, I really
11    do -- and some of you have heard me say this, but at
12    Ripple we think a lot about -- we want the whole crypto
13    ecosystem to thrive.  I genuinely believe that -- I
14    don't look out there at other projects and think oh,
15    that's going to -- that's bad for Ripple.  Most of these
16    projects, like if they're good, if they're successful, I
17    think that's good for crypto, it's good for blockchain,
18    it's, by extension, good for Ripple.
19              You know, Ripple is today, if not the leader
20    in the space, one of the leaders, without question.  And
21    so, I think I want the whole industry to grow.  I view
22    it as analogous to when I moved to Silicon Valley in
23    1997, and the internet as we know it today was still a
24    little, you know, tiny embryo growing.  And I think it's
25    kind of analogous to where we see crypto and blockchain
0006
 1    today.
 2              MR. BRUMMER:  Well, speaking then of Ripple,
 3    and I think it's really useful, you know, we have some
 4    world famous economists, and lawyers, and policy-makers
 5    scattered in the crowd, but there are lots of
 6    cryptocurrencies.  And, you know, one of the questions
 7    that was always sort of has tagged along with
 8    conversations on Libra is, you know, are people able to
 9    just differentiate the different cryptocurrencies.  And
10    each one, particularly the more established
11    cryptocurrencies, but even some of the sort of start-up
12    cryptocurrencies have varying ecosystems with the
13    different --
14              MR. GARLINGHOUSE:  Right.
15              MR. BRUMMER:  -- features to them.  So maybe
16    you can just walk our audience through, you know, what
17    Ripple does, and to walk through the X -- what the
18    particular cryptocurrency of XRP is designed to do.
19              MR. GARLINGHOUSE:  Yeah.  So, in its simplest

20  form, Ripple is an enterprise software company that
21  sells software to banks and financial institutions.  We
22  use as part of our text stack a open source digital
23  asset called XRP.  We own a lot of XRP, and so we are
24  certainly interested in the success of that broadly
25  defined.
0007
 1          But, you know, I think there's a lot of
 2  intentional misinformation and sometimes just confusion
 3  in the marketplace about what is Ripple versus what is
 4  XRP, you know.  And that has I think -- this
 5  misinformation and the fud that gets spread, I think its
 6  kind of bad for the whole industry, and makes it harder.
 7          I mean, I -- you know, Chairman Clayton,
 8  who -- I think it's also just a huge sign of how far
 9  we've come that the Chairman of the SEC is coming here
10  and spending time with us is I think a big positive
11  deal.  I give him a huge shoutout and round of applause
12  for that.
13          MR. BRUMMER:  Yeah.
14          MR. GARLINGHOUSE:  I think that the
15  misinformation makes it harder for regulators to do
16  their job.  You know, as Chris knows, you know, one of
17  the announcements that Ripple has made this week is
18  we're opening a DC office at a time when I think a lot
19  of companies and space are running away from DC, we're
20  running towards DC.
21          We announced the creation of the office, and
22  Michelle Bond, who is here, is going to be leading that
23  office.  And we announced that Craig Phillips, who
24  formerly was a counselor to Secretary Mnuchin in the
25  Treasurer, joined our board of directors.  And I think
0008
 1  they're both indications that we are continuing to
 2  invest in making sure there's clarity in Washington,
 3  clarity frankly globally with how digital assets -- you
 4  know, the different functions and forms.
 5          I think as Chris knows, I think it's very
 6  dangerous to paint any industry with one broad brush,
 7  and I think that's certainly true in the crypto
 8  community.  And when that happens, I think we're doing a
 9  disservice to those that are maybe working more
10  constructively with industry as opposed to those who are
11  trying to circumvent regulation and circumvent laws.
12          MR. BRUMMER:  And again sort of getting to XRP
13  itself, you know, cryptocurrencies, and particularly
14  when you get into the world of regulation, it's all a
15  question of definitions, both definitions from a
16  regulatory standpoint, but also definitions from a
17  market and industry standpoint.

18            And it's fascinating because, you know, if you
19    were to ask your average American, your average American
20    knows on the one hand they've maybe heard of Bitcoin,
21    and because of what happens on the Hill, they know that
22    Facebook has something, maybe they'll know what the word
23    Libra is, and then in between -- you know, it's anyone's
24    guess, much less the smaller cryptocurrencies.
25            But with XRP you describe the -- you know, its
0009
1    use case as not so much a cryptocurrency but as a bridge
2    currency.  Could you just sort of walk us through what
3    that is supposed to mean as a use case?
4            MR. GARLINGHOUSE:  Yeah.  Well, I'll first
5    talk -- I will get to describe what that means as a use
6    case.  I'll first describe why I don't typically refer
7    to XRP as a cryptocurrency, and frankly I don't refer to
8    Bitcoin as a cryptocurrency also because I did happen to
9    go to Starbucks earlier today and it's about two doors
10    over, and I use -- actually I used a Visa card to pay
11    for it.  I could have used my Starbucks app, I could
12    have used Dollars.
13            But the challenge sometimes in Silicon Valley,
14    the eco chamber I was referring to earlier, is you have
15    technologies in search of a problem versus a problem in
16    search of a technology.  And I think for Tier 1
17    economies, let's say the G20, it's not clear to me that
18    the currencies in those markets -- the Dollar works
19    well, the Yen works well, the Euro works well, and I
20    don't see these things as penetrating consumer use cases
21    at scale any time soon.
22            Now, people often point out that you have
23    economies where you don't have a strong Fiat currency,
24    and I think that's a different story.
25            The way we are using XRP is really to solve an
0010
1    institutional liquidity problem.  So today, as many of
2    you guys know -- well actually many of you may not know,
3    but the way banks manage money is they'll prefund, and
4    so the Bank of Chris, you can be the Mexican Peso, I'll
5    be the U.S. Dollar.  I would -- the Bank of Brad would
6    prefund the Bank of Chris, I'd put, you know, 20 million
7    dollars there then over time that would get debited, and
8    then I would re-up.
9            But that means there's dormant capital sitting
10    in almost -- the engine that is correspondent banking,
11    the engine that is international payments, any engine
12    needs oil.  The oil that exists in international
13    payments is that prefunding.  That prefunding represents
14    10 trillion dollars of prefunded just kind of dormant
15    capital sitting there to grease that engine.

```
16          If we as -- what Ripple is trying to do is we
17     are going to make that 10 billion down to nine billion
18     down to five, you've massively made the global economic
19     engine more efficient.  You can take that five trillion
20     dollars, it went from 10 trillion to five trillion, and
21     you could reinvest it in all kinds of stuff, whether
22     it's -- I mean, you could dividends, you could do
23     working capital, you could hire more people, you could,
24     you know, fill in blank.  That's just good for
25     everybody.
0011
 1          By reducing the friction on these kinds of
 2     payments, I think you will find that segments of the
 3     population that are underbanked or unbanked can now --
 4     we can offer products to them.  You know, when we talk
 5     about the unbanked and the underbanked, people often I
 6     think get confused because banks -- the Bank of Chris is
 7     a profit motivated entity.  You're a capitalist, you
 8     want to -- if you could serve a customer properly --
 9          MR. BRUMMER:  But a fine bank.
10          MR. GARLINGHOUSE:  A fine bank, a very
11     reputable bank.
12          MR. BRUMMER:  Thank you.
13          MR. GARLINGHOUSE:  Just don't do a Tier 1
14     capital ratio on him but --
15          MR. BRUMMER:  (Crosstalk.)
16          MR. GARLINGHOUSE:  Sorry, that was a little
17     bank humor that didn't work.
18          MR. BRUMMER:  Wah-wah.
19          MR. GARLINGHOUSE:  Yeah, sorry.  Anyway, the
20     point being I think we can make the whole industry way
21     more efficient, and Ripple's ready to focus on that.
22     We're trying to use XRP for that purpose.  And I think
23     that broad brush of crypto sometimes, you know, people
24     don't understand the different use cases.
25          Look, I'll tell you one other interesting
0012
 1     shoutout.  Congressman Budd today, the Representative
 2     from North Carolina, asked a question of Mark
 3     Zuckerberg, and the point -- his question, the construct
 4     was roughly look, there's digital assets like Bitcoin,
 5     Ether, and XRP, and how do you compare that and, you
 6     know, those are digital assets.
 7          MR. BRUMMER:  That's right.
 8          MR. GARLINGHOUSE:  And it -- you know, I think
 9     the regulatory clarity is helpful and I -- you know, I
10     thin it's good that -- we need more Congressman Budds
11     educated and educating to have people understand the
12     different use cases and how they should be regulated.
13          MR. BRUMMER:  Only because it was brought up,
```

14    Mark Zuckerberg, and I -- one of the issues that's come
15    up lately is you do have some members of the Libra
16    Association, which was the governing body -- which will
17    be the governing body for the Libra system, some folks
18    have opted out of that system.
19                MR. GARLINGHOUSE:  I read that.
20                MR. BRUMMER:  And -- I'm sure you probably
21    did, you may have seen it.  And when asked, and I'm
22    paraphrasing, but when asked this morning, Mr.
23    Zuckerberg had responded by saying well, you know, they
24    noticed that getting involved is risky.  If part of the
25    job or part of your business is building a market
0013
1    infrastructure, and one that is working with legacy
2    financial institutions, right, like part of that is
3    letting them know exactly what you do.
4                And crypto is very new and, you know, on the
5    market side and on the regulatory side there's just a
6    ton of uncertainty.  You had a -- at the end of our
7    conversation with Clayton, one of your big XRP advocates
8    had asked -- with hand raised had asked the Chairman to
9    make declaratory sort of statements about the -- about
10    XRP and its status as a security or not.
11                But I'm interested in how companies, crypto
12    companies, crypto firms just more generally also
13    navigate uncertainty, right, and particularly this
14    question of regulatory uncertainty.  As I had mentioned
15    with the Chairman, more than a couple of -- not just
16    sort of sponsors of crypto projects, but also market
17    infrastructure providers have, you know, either
18    commented on or clamored for more clarity.
19                So how exactly, you know, from your seat as a
20    CEO, how do you navigate and do your job, you know, in a
21    world of uncertainty in terms of the regulation of
22    your -- of one of -- or at least of XRP, a part that
23    you're dealing in or at least involved in?  And also,
24    just the infrastructure providers who are looking for
25    clarity themselves?
0014
1                MR. GARLINGHOUSE:  Yeah, I mean, look I think
2    I will borrow a comment that Commissioner Pierce, Hester
3    Purse, made which I think I found to be very amusing and
4    instructive.  You know, her description -- the SEC, as
5    many people know, published a new updated framework to I
6    guess a next generation Howie test which had a whole
7    bunch of information on there, and she commented that
8    that seemed about as clear as a Jackson Pollock
9    painting.
10                MR. BRUMMER:  (Laughing.)
11                MR. GARLINGHOUSE:  And I would generally agree

12  with that.  And to, Chris, your question, I think, look
13  anybody in this room who is an entrepreneur, whether
14  you're dealing with digital assets or you're dealing
15  with, you know, whatever it is, there's always
16  uncertainty.  You're dealing with something new, you're
17  building something new.
18          And I think that the plight of any
19  entrepreneurial dream, the plight of any entrepreneur is
20  to, you know, look at the spectrum of uncertainties and
21  figure out what do you know to be true, and then what do
22  you -- you can't know to be true, and then chart a path
23  forward.
24          You know, I don't know who said it, but an
25  entrepreneur who is quoted often in Silicon Valley is if
0015
1  you're trying to predict the future, the best thing to
2  do is to create it.  I think in a world of uncertainty,
3  the best thing to do is to charge ahead.  And, you know,
4  I certainly recognize that the SEC made a decision to
5  declaratively say that Bitcoin is not a security, then
6  Ether's not a security, then they have for about 18
7  months stopped.
8          So, you know, look, I mean, should we stop?
9  No.  You know, we got to keep going.  We're building a
10  business.  We're fortunate to have more and more people
11  participating as customers of Ripple.  We have more and
12  more companies taking advantage of the efficiency of the
13  XRP ledger.  It's far -- you know, again I'm long
14  Bitcoin, I am not bearish on bitcoin, but I think
15  Bitcoin, given its cost per transaction and its speed of
16  transaction, which is quite slow, it's not going to
17  solve a payments problems.
18          You know, Satoshi's white paper may have
19  described it as a payments network, but look, if each
20  transaction of Bitcoin ledger costs about $1.80 and
21  takes about 10 minutes, you know, if you're going to use
22  Bitcoin to buy your coffee, by the time you get your --
23  well first, it's going to double the price of the
24  coffee.
25          MR. BRUMMER:  Yeah.
0016
1          MR. GARLINGHOUSE:  Or I know -- actually,
2  Starbucks is more than that, but it's not -- it's still
3  going to add to the price, and by the time you get it
4  it's going to 10 minutes of cooling off, which doesn't
5  make sense.
6          By comparison, XRP transactions are about a
7  thousand times cheaper per transaction and a thousand
8  times faster per transaction.  I think that's why a lot
9  of people are starting use the XRP Ledger for things

10   that they had previously used Bitcoin for, or perhaps
11   even Ether, you're seeing some of the scalability
12   challenges there.
13            MR. BRUMMER:  Well, but we were going to have
14   Mr. Nokamoto, but we couldn't find him.
15            (Laughter.)
16            MR. GARLINGHOUSE:  He's here or she is here.
17            MR. BRUMMER:  But just as a brief aside,
18   because you did say that you were also, you know,
19   bullish on Bitcoin.  You know, again getting back to one
20   of those sort of spectrum questions to again sort of
21   highlight, you know, the different use case for the
22   Bitcoin versus Ripple --
23            MR. GARLINGHOUSE:  XRP.
24            MR. BRUMMER:  XRP.  Where you have this idea
25   of do you want to use a bridge currency for an
0017
 1   international transaction.  But you have decided to sort
 2   of focus -- XRP is interesting because as a bridge
 3   currency, it's not supposed to be used for things like
 4   buying coffee, right?  Like -- and I guess the --
 5            MR. GARLINGHOUSE:  When you say supposed to,
 6   my attitude is like XRP's an open source technology,
 7   somebody in this room could or maybe is working on some
 8   incredibly cool XRP use case for consumers, and I say
 9   Godspeed.  I'm saying what Ripple is doing -- my
10   viewpoint is the challenge of dislocating Fiat currency
11   in the G20 --
12            MR. BRUMMER:  (Crosstalk.)  Yeah.
13            MR. GARLINGHOUSE:  -- like that's not what
14   Ripple's focused on.
15            MR. BRUMMER:  Mm-hmm.
16            MR. GARLINGHOUSE:  Do I think there -- there
17   are entrepreneurs.  I mean, you know, BitPay, which is
18   like kind of the leading crypto stripe, if you will, is
19   going to be supporting XRP, and I think that's great.  I
20   think -- you know, when I think about really getting
21   mass scale, I don't think replacing the Dollar at
22   Starbucks down the street is going to happen any time
23   soon.
24            MR. BRUMMER:  So how did you go to the
25   decision for Ripple at to what its business strategy is
0018
 1   going to be, right, because --
 2            MR. GARLINGHOUSE:  Ooh, that's a good
 3   question.
 4            MR. BRUMMER:  You know, because then the
 5   universe of different sort of business strategies must
 6   have been, you know, I mean, even a couple years ago it
 7   was still pretty considerable.

```
 8            MR. GARLINGHOUSE:  Broad, yeah.
 9            MR. BRUMMER:  And so how did you then focus,
10   you know, on the cross-border problem?
11            MR. GARLINGHOUSE:  So, like if I have a piece
12   of advice for entrepreneurs building in the blockchain
13   space, the number one piece of advice I have is to
14   focus.  I think there are so many different interesting
15   applications for how you can apply blockchain
16   technologies to increase efficiency of transactions.
17   Any industry that has a middleman, you can use a
18   blockchain to arguably eliminate that middleman and
19   reduce friction in terms of cost, speed, what have you.
20            So, that means there's a lot of industries,
21   and I think one of the mistakes that some in the
22   industry have made is they go super broad and not very
23   deep.  Ripple has done the opposite.  We have gone
24   extremely deep in how we can use our technologies and
25   how we can use the XRP open source ledger to solve a
0019
 1   banking liquidity problem, and it's going really, really
 2   well.
 3            We have -- we've announced well over 200
 4   customers.  Some of the largest banks in the world are
 5   customers.  You know, I remember not 18 months ago there
 6   was a New York Times reporter who said that, you know,
 7   no one's ever going to use XRP for liquidity.  Guess
 8   what?  You know, that we are far from that.  You know, I
 9   got into this Twitter war with him about it which
10   caused --
11            MR. BRUMMER:  That's always good.
12            MR. GARLINGHOUSE:  The PR team got very upset
13   with me.  They're around here.  Sorry.
14            MR. BRUMMER:  You know, which -- it's just
15   fascinating, right, because folks both on the Hill,
16   academics, this question of the use case sort of
17   permeates all of crypto, and it's unusual where you can
18   sort of see live examples sort of on the ground beyond,
19   as you had mentioned, a sort of white paper phase.
20   Could you take a second, and this is something slightly
21   of an academic, because I am an academic, sort of
22   question.
23            When you look at the ecosystem, and also when
24   you look at how you're trying to drive sort of Ripple as
25   a business entity, like how do you look at organizations
0020
 1   like SWIFT?  Because when I look at Ripple, I can't ever
 2   really tell, you know, on the one hand like oh wow,
 3   these guys are kind of going after SWIFT, that's pretty
 4   ambitious.  But then I can also see kind of ways in
 5   which there's cooperation and you could see some kind of
```

```
 6  potential collaborations.
 7          I mean, how is it -- what do you think about
 8  SWIFT?  What does your business model sort of look like
 9  when you think of it and to be like SWIFT, and you're
10  really swinging for very, you know, big targets?
11          MR. GARLINGHOUSE:  Look I'm somewhat
12  sympathetic to the plight that SWIFT has.  You know,
13  this is a technology framework developed four or five
14  decades ago that really has not evolved to keep up with,
15  you know, technologies -- internet-based technologies.
16  And one of the challenges they have is it's not a
17  traditionally corporate run structure.
18          I mean, yes, there's a CEO, but it's more of a
19  consortium, a cooperative, and you don't have kind of
20  shareholders in the traditional sense, and so sometimes
21  decision making isn't -- it's driven more by, you know,
22  what do the existing cooperative members want to see
23  happen.
24          And, you know, I have compared SWIFT.  It's a
25  little bit like if I decided I was going to send you a
0021
 1  postcard, I'd write Chris, put your address on it, stick
 2  it on the mailbox.  I have no idea what happens after I
 3  stick it in the mailbox.  As a matter of fact, I don't
 4  even know if you got it.  The only way I know you got it
 5  is because you send me a text or something, hey, that's
 6  a nice postcard, whatever.
 7          I mean, that actually is how SWIFT kind of
 8  works today.  You send this SWIFT transaction, a SWIFT
 9  message out there.  You don't know if the person --
10  other than someone telling you they received the funds
11  via email, or phone, or what have you, you don't even
12  know if they got the money.
13          I think that look, we have moved into a world
14  where we expect the ability -- up here on stage I could
15  go to Door Dash and -- or whatever the local one is in
16  Washington, DC, and probably get ice cream delivered to
17  me before the 20 minutes is up on this screen up here.
18  Sorry you guys can't see that.  You know, that's a crazy
19  real-time world, yet in a -- you know, many people have
20  heard me say it's crazy to me that the fastest way to
21  get money from Washington to London today is to drive to
22  Dulles and fly it there.
23          And that's just, you know, not -- that's very
24  surprising in 2019 in a world where we -- the internet
25  as we know it today is very real time, and I think
0022
 1  what -- at its core, what Ripple is trying to do is to
 2  stitch together disparate, inoperable --
 3  non-interoperable networks for interoperability.
```

```
 4              The other one, and there might be somebody
 5    here from Paypal, which I apologize in advance.  But
 6    look, I'm a Paypal customer, I'm a Venmo customer.
 7    They're owned by Paypal.  If I want to move funds from
 8    Paypal to Venmo, go read the FAQs, and it describes how
 9    you move Paypal money back to your bank, and from bank
10    back to Venmo.  Like if that's not the definition of
11    non-interoperable networks by one company, you know.
12    But that's the state of payment networks on planet Earth
13    today.
14              MR. BRUMMER:  Well, what do you -- or how do
15    you do stable coins?  I mean, because these are also
16    other kinds of solutions are -- that people are trying
17    think through, many still, you know, in their white
18    paper stage.  I guess, is anyone sort of -- there's
19    debate as to whether or not Libra's would have
20    constituted a real stable coin or not.  It sounds like
21    from what I've heard on the Hill that they may be
22    rethinking how they want to operationalize, you know,
23    their basket and whether or not they want to have a
24    basket of different currencies.
25              MR. GARLINGHOUSE:  Well, if it's a basket,
0023
 1    it's really an ETF, right?
 2              MR. BRUMMER:  And it is an E --
 3              MR. GARLINGHOUSE:  And if I were Chairman
 4    Clayton, and I were looking at Libra's first definition
 5    of what it was going to be, it would be regulated as an
 6    ETF.
 7              MR. BRUMMER:  Right.
 8              MR. GARLINGHOUSE:  It's a basket of currencies
 9    that you can buy through one vehicle, that's an ETF.
10              MR. BRUMMER:  Well, certainly some of the
11    terminology that was used to -- very closely resembles
12    the kind of terminology that you see in an ETF.  Do you
13    view -- like how do you view stable coins, how do you
14    think that stable coins will impact your business?
15              MR. GARLINGHOUSE:  So, the good thing is a
16    stable coin of the U.S. Dollar, a stable coin of fill in
17    blank, still needs to drive interoperability to
18    another -- across another network and to another
19    currency.
20              MR. BRUMMER:  That's right.
21              MR. GARLINGHOUSE:  And so when -- again I go
22    back to like we're trying to enable friction -- as low
23    friction as possible as fast as possible
24    interoperability between these various networks, between
25    these various currencies, and in that context we think
0024
 1    the liquidity of the XRP Ledger and XRP, you know,
```

```
 2  market allows that to happen extremely efficiently.
 3          I think it's interesting to see what's
 4  happening in stable coins.  I think in some ways they've
 5  exceeded where I thought they were going to be.  But to
 6  be clear, I think stable coins are here to stay.  I
 7  think there's going to be more and more of them.  And,
 8  you know, I'm intrigued by those that are launching new
 9  stable coins.
10          MR. BRUMMER:  Have they performed better than
11  you had --
12          MR. GARLINGHOUSE:  Yes.  Yeah.  I thought
13  originally when the first stable coins were being
14  announced I didn't -- I feel like I kind of was like
15  this might be just a passing fancy, and I think I was
16  wrong about that.
17          MR. BRUMMER:  Well, when you look at, you
18  know, the valuation of cryptocurrencies, there were some
19  people in the audience, we had like a collection and a
20  book coming from last year's FinTech Week where one of
21  the chapters tried to think through the valuation of a
22  cryptocurrency.
23          Number one, what do you think XRP is worth?
24  And then B, how do you, you know -- I mean, you said you
25  hold a lot of it so, you know, what do you think the --
0025
 1  it's actually worth and, you know, just in general --
 2          MR. GARLINGHOUSE:  Can I look at my phone?
 3  I'll tell you what it's actually worth.  I think it's
 4  at --
 5          MR. BRUMMER:  Not the market value, we want
 6  the real value here.  And then secondly, you know, how
 7  easy or hard do you think it is to, you know, put a
 8  value or price on, you know, some of the more
 9  established cryptocurrencies generally?
10          MR. GARLINGHOUSE:  Look the only thing I know
11  for sure is the total market cap of all crypto is
12  somewhere around 250 billion.  I think today Bitcoin's
13  dominance of that is like 65 percent.  It is a -- I
14  think kind of a fool's errand to predict where -- is
15  that going to be higher or lower tomorrow.
16          You know, if I understood what's driving the
17  crypto markets on a day to day basis, I probably
18  wouldn't be sitting here.
19          (Laughing.)
20          MR. BRUMMER:  That's great.
21          MR. GARLINGHOUSE:  You know, it's a mystery to
22  me.  There's days when Bitcoin goes up that I'm like
23  wow, that seems like there's very positive macro
24  dynamics unfolding, and then Bitcoin goes down.  I
25  don't -- you know.
```

0026
1          I think over the long haul -- well, there's a
2     famous Warren Buffet saying that in the short term the
3     markets are a voting machine and the long term they're a
4     weighing machine.  I don't know how long the long term
5     is in the crypto markets.  I don't spend a lot of time
6     getting wrapped up in what's happening in the crypto
7     markets over three days, or three weeks, or even three
8     months.
9          MR. BRUMMER:  Hmm.  Speculation is and
10    continues to be a driver in lots of the cryptocurrency
11    markets more generally.  When you think about the
12    question of creating a use case specifically for any
13    cryptocurrency you have to, especially when that
14    cryptocurrency is trading on a market, you know, it
15    creates I would assume certain kinds of just practical
16    questions when you're trying to again engage with some
17    of your legacy infrastructure providers.
18          What does the volatility -- how has the
19    volatility of XRP impacted anyone who is operating in
20    the ecosystem and trying to do something with it?
21          MR. GARLINGHOUSE:  So, one of our products as
22    I was describing earlier with, you know, the MoneyGram
23    example, the Bank of Chris going from Dollars to Pesos,
24    and I describing you use XRP as a kind of a shuttle, a
25    bridge currency.  What -- you know, people often ask
0027
1     like wait a minute, I could never use that because the
2     volatility of the digital asset in XRP could, you know,
3     obviate -- could mean that the transaction is not
4     profitable if I'm, you know, selling that to an end
5     user.
6          And I think this is a red herring issue, this
7     is not a real issue with XRP.  It's a real issue with
8     slow transaction time digital assets.  But here -- you
9     know, somebody in this room I'm sure is more of a math
10    quant than I am and will -- you know, you can correct me
11    on the details here, but volatility measurement is both
12    a measure of volatility and duration.  And so, if you
13    take a SWIFT transaction, and a SWIFT transaction let's
14    say on average it's a three-day settlement time, that's
15    about 260,000 seconds.  Bear with me on that, I did the
16    math.
17          So, if you take a low volatile asset like a
18    Fiat currency over a long arc of time, and you compare
19    that to a highly volatile asset like XRP, but an XRP
20    transaction is about between three and four seconds.
21    So, you have a high volatile asset over three or four
22    seconds, or you have a low volatile asset over 260,000
23    seconds, it turns out there's more volatility risk in

```
24    the SWIFT Fiat transaction.
25              MR. BRUMMER:  Huh.
0028
 1              MR. GARLINGHOUSE:  That's just math.  But what
 2    happens, though, when you're doing a SWIFT transaction
 3    is someone is selling you to hedge that transaction.
 4    They're saying I will settle that transaction in three
 5    days time at this price.
 6              MR. BRUMMER:  Right.
 7              MR. GARLINGHOUSE:  But I'm selling that to
 8    you.  That's part of the price of the transaction.
 9              Now you don't really need somebody to hedge
10    the value in a three second transaction.  Now by the
11    way, if you do need someone to, eventually the
12    marketplace will create that -- somebody will enter that
13    and they will provide that.
14              MR. BRUMMER:  And we're seeing that, yeah.
15              MR. GARLINGHOUSE:  Now I don't think an XRP --
16    I'm not sure it's ever needed, an XRP, because it's so
17    fast (crosstalk.)
18              MR. BRUMMER:  Well, that's what I was about to
19    ask.
20              MR. GARLINGHOUSE:  In Bitcoin, maybe -- you
21    know, look if you wanted to use Bitcoin for payments,
22    and you said well, the average transaction time is 10
23    minutes, and you said look, there's been times when the
24    price of Bitcoin's gone up two percent or down two
25    percent in 10 minutes -- by the way, I don't know if
0029
 1    that's the case.
 2              MR. BRUMMER:  Right.
 3              MR. GARLINGHOUSE:  Somebody smarter than me.
 4    Then you might have some market maker saying I'll hedge
 5    that for you.
 6              MR. BRUMMER:  Well, I mean, this is just -- I
 7    mean, I don't want to get too far off, but it's -- this
 8    is a really interesting point.  I mean, you know, you
 9    are seeing the financialization, if one will, of certain
10    cryptocurrencies.  Futures contracts, for Bitcoin we had
11    Heath Tarbert, the chairman of the CFTC at -- for
12    FinTech Week on Monday, and he was talking about
13    forward -- or futures contracts within the next six
14    months for Ethereum, you know.
15              And that is an interesting sort of just
16    general question, if one was to create sort of this
17    larger hedging or derivatives market for something like
18    XRP, you know, which is weird because you have all these
19    other actors who may not have a direct financial
20    interest sort of or stake, you know, how does that speak
21    to speculation and/or, you know, a tradeoff of just
```

22  making people's lives a little bit more challenging when
23  you're trying to navigate and build products off of a,
24  you know, a platform or using a particular digital
25  asset.  So good luck with that if that comes your way.
0030
1          So, just a couple of questions.  Since you're
2  here in DC you have an opportunity.  Literally we
3  have -- oh, they're saying I --
4          MR. GARLINGHOUSE:  Someone's --
5          MR. BRUMMER:  Someone's telling me to ask Q&A.
6  Okay, that's fine.  We will --
7          MR. GARLINGHOUSE:  We're opening it up.
8          MR. BRUMMER:  We will open it up for
9  questions.
10          MALE:  Brad, thanks for being here with us
11  today.  This is a really easy question for you.
12          MR. GARLINGHOUSE:  I love the easy questions.
13          MALE:  You might not love this one.
14          MR. GARLINGHOUSE:  Uh-oh.
15          (Laughing.)
16          MALE:  But I'd pay all my XRP to have you
17  answer it.  Maybe not.  Not really.  With Ripple focused
18  on providing on-demand liquidity and the world facing
19  what's probably the biggest liquidity crisis ever, what
20  role do you see XRP, and XRP, Ledger and similar
21  technologies playing in alleviating such a crisis?
22          MR. GARLINGHOUSE:  Well, so if you think about
23  like what causes those kinds of crises, one of the
24  dynamics, and by the way, there's lots of inputs into a
25  crisis like that.  One of them is friction.  One of them
0031
1  is time.  If you can reduce friction as measured by time
2  and cost, that's good.  That's just a good thing to
3  minimizing, you know, the risks of liquidity issues.
4          You know, like I don't pretend that XRP is a
5  panacea for all of these issues.  What I do believe is
6  if we can successfully integrate into the existing
7  system, we're gong to more rapidly bring the benefits of
8  these technologies to a much, much, much broader
9  audience than if we try to circumvent the system.
10          So, I have been incredibly pleased by the
11  engagement we've had, you know, ranging from the IMF to,
12  you know, central banks.  And, you know, look Ripple is
13  going to continue to work with those players.  That's
14  part of the reason why we made the announcements we made
15  this week about expanding or really creating our
16  presence more concretely here in Washington, DC.  And
17  I'm optimistic that if these technologies continue to
18  propagate across of course around banking, but other
19  industries, that's going to be good for any liquidity

20  crisis.
21          MR. BRUMMER:  Linda.
22          LINDA:  Thank you.
23          MR. BRUMMER:  Former Federal Reserve.
24          LINDA:  So, congratulations on your 400 new
25  customers.  And I want to find out, what is the current
0032
 1  volumes of payments going through Ripple right now
 2  amongst your bank customers?
 3          And also, my background's in bank regulation,
 4  so I'm trying to understand how Ripple works with
 5  banking activities.  If, depending on how the SEC comes
 6  out, whether XRP is determined to be a security or if
 7  not, then it would have to be most likely an intangible
 8  asset, then it would have to be deducted from the Basel
 9  capital requirements.  How does this all work with your
10  banking customers when they use your services?
11          MR. GARLINGHOUSE:  I missed that very, very
12  last part of the question.  How does this all work with
13  what?
14          LINDA:  For your banking customers that use --
15          MR. GARLINGHOUSE:  Banking customers, yeah.
16          LINDA:  -- your services.
17          MR. GARLINGHOUSE:  So, like there are a few
18  different questions embedded in there.  I'll start with
19  I think the kind of the big elephant in the room given
20  how Chairman Clayton's question ended earlier.
21          Look, I believe -- I, Brad Garlinghouse,
22  believe it's very clear that XRP is not a security.  I
23  think there's a whole bunch of reasons for that.  You
24  know, one of them quite frankly is in the hypothetical
25  world, Ripple could shut down.  Literally I can fly back
0033
 1  to California, send everybody home tomorrow, and there's
 2  140 exchanges around the world that trade XRP, and XRP's
 3  going to keep trading.
 4          Now do I think it's great that if one major
 5  player in the XRP ecosystem isn't playing?  Yeah, that's
 6  not great.  However, I think, and I was actually trying
 7  to pull some data on this this morning, and I didn't get
 8  this.  I think Coil is doing more XRP transactions per
 9  day right now than Ripple is.  And the reason is that
10  the Coil transactions are microtransactions, they're
11  very, very, very small payments, and so the volume is,
12  you know, much higher.
13          So look, I think the SEC is trying to think
14  through not just for XRP but a whole bunch of different
15  digital assets.  How should we think about these things?
16  I don't pretend it's a simple issue.  I think -- the
17  good news is I think that's a constructive conversation

18  and, you know, I'm not losing a lot of sleep that our
19  customers aren't going to get -- be able to continue to
20  use XRP to -- for liquidity based upon, you know, the
21  SEC doing something.
22          The other part of your question I think was
23  around volume.  Look, one of the things -- people ask us
24  a lot about volume, and I -- one of the things I want
25  this audience to understand, banks don't want me to tell
0034
1  you exactly what their volumes are going.  Like that's a
2  private thing for them.  We have shared an aggregate.
3          You know, last year we ended up in the many
4  tens of thousands of transactions.  We're growing those
5  transactions to a tune of 10X year over year, kind of
6  doubling almost every quarter.
7          So, there's two dynamics that happen there, by
8  the way.  We're adding new banks, new financial
9  institutions to the network, and that's good because
10  that means there's more members, and they add volume.
11  But then there's also more nodes on the network, so if
12  you are a bank -- you know, I'm going to hypothetically
13  describe Santander.
14          Santander is one of our major customers.  They
15  might have gone live with two corridors, and then next
16  year -- you know, next quarter they add two other
17  corridors, and two other currency pairs.  And so, you
18  have this exponential kind of growth because you're not
19  just adding new banks and new financial institutions to
20  the network, but they're adding more and more corridors.
21          I mean, even MoneyGram, which has been quite
22  public about their work with us -- you know, I got a
23  call from the CEO -- this -- I probably shouldn't say
24  this.
25          (Laughing.)
0035
1          MR. BRUMMER:  Please do.
2          MR. GARLINGHOUSE:  I got a call from the CEO
3  of MoneyGram two weeks and, you know, he's upset with us
4  because we're not moving fast enough.  That was an
5  unbelievable like --
6          MR. BRUMMER:  Yeah, yeah.
7          MR. GARLINGHOUSE:  -- you don't often have
8  that happen.  And, you know, like I -- he wants us to
9  launch on-demand liquidity, formerly known as xRapid, in
10  more markets more quickly because they're having such a
11  good experience with Mexico that they're like look, we
12  want to be able to spread this more quickly, more
13  aggressively.
14          So that's great, but we're not going to launch
15  new markets until we've engaged regulators in those

```
16  markets.  We know that the exchanges on the other end
17  are robust, and compliant, and all the things that go
18  with that.
19            MR. BRUMMER:  Another question.  Yes.
20            MR. GARLINGHOUSE:  Jade.
21            JADE:  Yes.
22            MR. GARLINGHOUSE:  I met you earlier.
23            JADE:  Yes, you did.  Thank you.  Good
24  afternoon, everyone.  So, I know Ripple is expanding and
25  you're hiring massively through just the people that's
0036
 1  been experienced, vested in government relation or maybe
 2  just in engineering.  But what advice could you give
 3  just the students such as myself and who are not really
 4  blockchain experienced but want to be able to get
 5  involved in this new asset class, and just who are
 6  hungry and passionate just for the new revelation?
 7            MR. GARLINGHOUSE:  Yeah.  Well look, I mean,
 8  one of the things at Ripple -- so we are about 400
 9  employees now and, you know, you -- if I see an employee
10  at Ripple post a job description that says hey, we want
11  somebody that has 10 years of experience in this
12  industry, you're like wait, this industry didn't exist
13  10 years ago.
14            (Laughing.)
15            MR. GARLINGHOUSE:  So, the good news you have
16  is you're not competing with somebody who has years and
17  years of experience in crypto because the industry is
18  still new.
19            I guess the best advice I have if you're
20  thinking about getting into this industry is don't worry
21  about what your job is on day one.  You just want to be
22  in the door.  I mean, I can already look at employees
23  who joined Ripple two or three years ago, and we've been
24  fortunate because we're growing a lot, but they started
25  doing X, and now they have been promoted twice, and
0037
 1  they're doing something totally different because they
 2  are ambitious, they're smart, they're hardworking.
 3            And, you know, so my advice to some degree is
 4  like don't worry about how to get in the door, just get
 5  in the door.  And, you know, if you learn a skill set
 6  around this industry, betting the next 10, or 15, or 20
 7  years of your career on blockchain, regardless of where
 8  you start, I think is a good bet.  And so, when I talk
 9  to, you know, young students who are thinking about, you
10  know, which industry you want to bet on, when I came out
11  of business school in 1997, I made a bet that the
12  internet was an interesting space to do that.
13            You know, now four or five years ago I made a
```

14  bet that look I think blockchain is here to stay, and
15  going to continue to grow and affect more and more
16  industries.  And so, I think, you know, if you're a
17  student in this space at all, I think dive in with both
18  feet -- or jump -- whatever.
19          (Laughing.)
20          MR. GARLINGHOUSE:  Don't dive.
21          MR. BRUMMER:  Well yeah, and that's -- I
22  can't -- I talk so often to some of my colleagues at the
23  European Commission, I can't remember if I came up with
24  it or some of them.  You know, what do you call -- you
25  know, what will people be calling FinTech five years
0038
1   from now?  And they answer finance, you know.
2           MR. GARLINGHOUSE:  Yeah.
3           MR. BRUMMER:  And -- but to get to some of the
4   changes, we also have in the audience, I see the former
5   general counsel for the IMF, and you were mentioning
6   the -- and, you know, you do have not only a
7   proliferation of sort of stable coins and new kinds of
8   private sort of currency options or -- but you also have
9   central banks getting much more actively involved in the
10  digital asset space.
11          And we had a conversation a little bit about
12  that earlier, especially earlier in the week where we
13  had the heads of FinTech from some of the central banks
14  who are sort of toying with different variations of an
15  idea of central bank digital currencies.
16          I mean, what does that do to your business,
17  and how does that shape and impact sort of the
18  cryptocurrency space more generally?
19          MR. GARLINGHOUSE:  Well one, look I think
20  central bank issuing digital assets are analogous to
21  stable coins, but obviously issued by the central bank.
22  The thing that's confusing for me in -- well, I know
23  there's at least one person here earlier from the Fed.
24          If I'm a bank, and I go to the -- and I have
25  access to and I go to the Fed window today for
0039
1   liquidity, I'm not getting a crate of dollars.  I'm --
2   that's -- I'm getting a ledger entry, a digital ledger
3   entry.
4           And so, it's a little bit confusing to me.
5   You know, there's been a lot of attention, I think the
6   testimony from Mark Zuckerberg today is, you know,
7   talking in part about what's happening in China and the
8   apparent intended launch of a central bank digital asset
9   in China representing the RNB.
10          What I don't know -- I don't know how that --
11  China works in this regard.  I know enough about the

```
12   U.S. to be dangerous.
13          (Laughing.)
14          MR. GARLINGHOUSE:  But I don't really
15   understand, if the Fed window is giving me digitized
16   dollars already, what's the difference between issuing a
17   digitized dollar versus issuing a digital token
18   representing a dollar.  It -- you know, I've also made
19   the same point about the JPM coin.  I'm sure there's
20   somebody here from JPMorgan.
21          MR. BRUMMER:  Probably.
22          MR. GARLINGHOUSE:  I'm just going to offend as
23   many people as I can.
24          (Laughing.)
25          MR. GARLINGHOUSE:  So, you know, the JPM coin,
0040
1    the only way you get a JPM coin is if you deposit a
2    dollar into your JPMorgan account.  And you can only use
3    the JPM coin intra JPM.  How is that different than a
4    JPM dollar?  Like I don't get what the J -- why we had
5    to tokenize the JPM coin.  You know -- anyway, there's
6    things like that --
7           MR. BRUMMER:  Well, what's interesting,
8    because as far as I understand from some of the -- there
9    are conversations when people are thinking about this --
10   for Libra what -- are you an ETF.  Well, okay, if we
11   remove the currencies from the basket, and we just make
12   it into sort of a purely dollar-based basket then you
13   just get into the question of are you just merely
14   digitizing the dollar for that particular network.
15          MR. GARLINGHOUSE:  Can I say one -- on Libra,
16   just because you brought it up.  You didn't ask this
17   question, but I'm just going to --
18          MR. BRUMMER:  No.
19          MR. GARLINGHOUSE:  -- go.  Look, I think a lot
20   of people assume that I and Ripple are anti-Libra.  I'm
21   actually not anti-Libra at all.  I think -- it's not
22   competitive with what Ripple's doing, and I kind of view
23   it as well, if Libra is going to be kind of a new
24   payment network, well it's going to need to be
25   interoperable with other networks.  And so that's what
0041
1    Ripple wants to do, so hey, Godspeed.
2           The reason why I think people perceive me as
3    being anti-Libra is because one, I think that they have
4    gone out into the marketplace in a way that was not good
5    for crypto.  Because, I mean, it was after Libra was
6    announced that the President of the United States tweets
7    out like I don't like cryptocurrencies.  It was like ah,
8    shit, you know.
9           (Laughing.)
```

```
10              MR. GARLINGHOUSE:  You know, look --
11              MR. BRUMMER:  I'm sure it was a good day.
12              MR. GARLINGHOUSE:  Yeah.  Look, I think what
13  Libra and maybe Facebook got wrong is that any financial
14  service -- the foundation of any foundation service is
15  trust.  It's trust.  Facebook, by their own
16  acknowledgment in today's testimony, they have a deficit
17  on trust.  We can debate is that fair, or unfair, or how
18  we got here, but the reality is that's where we are.
19              And so, for me when I saw Facebook leading the
20  effort around the face of the Libra white paper I
21  thought, you know, look had -- Paypal was part of the
22  initial Libra, they have stepped out, but had Libra
23  announced -- sorry, Paypal announced Libra and not
24  Facebook, Paypal announced it and then Facebook joined,
25  wouldn't that be a different world right now?
0042
1               And by the way, maybe Libra is a fabulous
2   thing and we want it to succeed, but I think Facebook in
3   almost frankly an arrogant way decided we want to be on
4   point here, we're going to lead it.  And I think they
5   didn't understand the trust deficit they had in the --
6   in -- with governments particularly.
7               I see another question out there, sorry.
8               MR. BRUMMER:  Yes.
9               MR. GARLINGHOUSE:  All right.
10              MR. BRUMMER:  One last question.
11              FLETCHER:  Hi.  Fletcher McCrome (phonetic) at
12  Cognizant.  I lead our partnerships in blockchain space.
13  And I'm curious your approach around the different
14  networks that are forming.  Obviously, Ripple is forming
15  a network.  There are competitors out there like the IN
16  and SWIFT's exploring, and there's also complimentary
17  networks, maybe things like, you know, Trade IX, and We
18  Trade, Marco Polo, particularly in the trade finance
19  spaces because that's very international.
20              So how do you view strategically some of the
21  competitive networks that are trying to form versus some
22  of the complimentary networks and where Ripple fits in?
23              MR. GARLINGHOUSE:  First of all, I'll tell you
24  upfront, I mean, he mentioned a handful of networks I've
25  never heard of so I --
0043
1               (Laughing.)
2               MR. GARLINGHOUSE:  You know, but my reaction
3   anytime people ask me about kind of competitive
4   networks, I mean, we're trying to create
5   interoperability between networks.  We call that
6   RippleNet.  I don't view that as a closed network,
7   meaning, you know, it isn't -- I don't view myself as a
```

```
 8   competitor of Paypal, or Ollie Pay, or Paytm, or fill in
 9   blank. I think about it as like how do we become the
10   TCPIP of an internet of value?
11           You know, our whole mission, you know, that
12   you -- if you look at -- internally at Ripple, you know,
13   our vision for the company is to enable value to move
14   the way information moves today.  And so when I think
15   about these different networks, what I'm thinking to
16   myself, and I hear some of those that I hadn't heard of,
17   what I'm thinking to myself is okay, wouldn't it be
18   great if all of them were interoperable?
19           Wouldn't it be great if, you know, a gentleman
20   here in DC whose mom lives in Mumbai, and has a Paytm
21   digital wallet, but the gentleman here in DC is on
22   Bammel (phonetic), you know, if you want to send $50.00
23   from your Bammel account to your mom on Mother's Day in
24   India, good luck.  Like if you get any money there, it
25   won't be $50.00, it will be a whole lot less.  But, you
0044
 1   know, if those were just two interoperable nodes
 2   connected through a common framework around
 3   technologies, like why isn't that super simple?
 4           The vision we see using XRP as that bridge
 5   asset is extremely fast and extremely inexpensively
 6   you're shuttling that value from a Bammel account to a
 7   Paytm account, no big deal.
 8           MR. BRUMMER:  Only because it's 45 seconds,
 9   but I see the European Commission has their hand up.
10   Speak really fast.
11           MALE:  Okay.  The question is (inaudible).
12   Could you speak a little bit as to how do you actually
13   make money yourself in this?
14           MR. GARLINGHOUSE:  Yeah.
15           MALE:  How does Ripple make profit or not a
16   profit?
17           MR. GARLINGHOUSE:  You know, I said upfront,
18   at the most basic level we're an enterprise software
19   company.  We sell software to banks.  So, you know,
20   typically when we sign a contract with one of these
21   players, you know, there's software licensing fees,
22   there's transaction fees, there's professional services
23   fees.
24           We also own a lot of XRP.  That is an asset we
25   own in the same way, you know, look Exxon owns a lot of
0045
 1   oil.  Exxon's selling some of that oil and making money
 2   from doing that.  So, we think about both of those
 3   components.
 4           MR. BRUMMER:  How much do you own?  How much
 5   XRP?
```

```
 6              MR. GARLINGHOUSE:  We own about 55 or 50 -- I
 7  don't know the exact math.
 8              MR. BRUMMER:  Mm-hmm.
 9              MR. GARLINGHOUSE:  56 percent plus or minus of
10  all XRP is owned by Ripple.
11              MR. BRUMMER:  Okay.  Okay, we have to end it.
12              MR. GARLINGHOUSE:  All right.
13              MR. BRUMMER:  Oh.  Yeah, we --
14              MALE:  Real quick.  No, real quick.
15              MR. GARLINGHOUSE:  Oh, they turned off the
16  mic.
17              MR. BRUMMER:  They did turn off the mic.
18              (Laughing.)
19              MR. BRUMMER:  Okay.  We are efficient.  We are
20  an efficient system.
21              MR. GARLINGHOUSE:  I'll repeat the question.
22              MALE:  Repeat the question.  So, do you ever
23  see Ripple standing out as a stand-alone currency other
24  than just a mechanism to transfer Fiat currency, $50.00
25  to Mumbai, can it stand alone?
0046
 1              MR. GARLINGHOUSE:  Can it stand alone?  I
 2  don't under -- can XRP stand alone?
 3              MALE:  (Crosstalk) talk about transferring
 4  value to Mumbai.  It's always tied to a Fiat currency.
 5              MR. BRUMMER:  Yes.
 6              MR. GARLINGHOUSE:  Oh, right.
 7              MALE:  So, it's a transfer mechanism.
 8              MR. GARLINGHOUSE:  Yeah, do I see a --
 9              MALE:  Are you always going to be tied to Fiat
10  currency?
11              MR. BRUMMER:  Transforming from bridge to
12  currency.
13              MR. GARLINGHOUSE:  Well, like for the
14  foreseeable future, my viewpoint is Fiat currencies in
15  G20 markets serve the consumer use case very
16  effectively.  Why am I going to go try to disrupt the
17  Rupee?
18              MALE:  So, you just want to be a transfer
19  mechanism?
20              MR. GARLINGHOUSE:  What Ripple is focused on
21  right now is to be infrastructure for banks or financial
22  institutions to shuttle value.  We're not trying to
23  replace any Fiat currency.  Now as I said earlier, there
24  may be somebody in this room who is using the open
25  source technology of the XRP Ledger is trying to build a
0047
 1  consumer remittance application --
 2              MR. BRUMMER:  Right.
 3              MR. GARLINGHOUSE:  -- through XRP.  There's
```

```
 4   nothing that I can do about that.  There's -- I mean --
 5            MALE:  So, you are not a threat to government
 6   structure?
 7            MR. GARLINGHOUSE:  I am definitely not --
 8   yeah.  When I go in to explain to central governments
 9   what we work -- how we work, they're like okay, good.
10            MR. BRUMMER:  Okay.
11            MR. GARLINGHOUSE:  We're going to get --
12            MR. BRUMMER:  See --
13            MR. GARLINGHOUSE:  I'm going to get the hook.
14            MR. BRUMMER:  -- this is literally the closest
15   we're gotten to the hook.
16            MR. GARLINGHOUSE:  All right.  We're out.
17            MR. BRUMMER:  But let me just say, Brad, thank
18   you so much for coming, man.
19            MR. GARLINGHOUSE:  Absolutely.  Thank you.
20            MR. BRUMMER:  I appreciate the extra time.
21   Thank you.
22            (Applause.)
23            (End of video.)
24                         * * * * *
25
0048
 1                TRANSCRIBER'S CERTIFICATE
 2
 3   I, Rhonda Markland, hereby certify that the foregoing
 4   transcript consisting of 47 pages is a complete, true
 5   and accurate transcription of all matters contained on
 6   the recorded proceedings, Brad Garlinghouse, CEO of
 7   Ripple, at Washington DC's Fintech Week Interviewed with
 8   Chris Brummer - Youtube (1), in the matter of RIPPLE,
 9   File Number NY-09875.
10
11   _____
12   Transcriber
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.20

PX 503.20
Interview with Brad Garlinghouse, 11/6/2019, via Bloomberg
https://www.bloomberg.com/news/videos/2019-11-06/ripple-ceo-expects-volatility-in-cryptocurrencies-to-continue-video



```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:          )
 4                              ) File No. NY-09875-A
 5   RIPPLE                     )
 6
 7   SUBJECT:   Ripple CEO Expects Volatility in
 8              Cryptocurrencies to Continue - Bloomberg
 9   PAGES:     1 through 9
10
11
12
13
14
15
16
17                  VIDEO TRANSCRIPTION
18
19
20
21
22
23             Diversified Reporting Services, Inc.
24                    (202) 467 9200
25
0002
 1            P R O C E E D I N G S
 2   Ripple CEO Expects Volatility in Cryptocurrencies to
 3   Continue - Bloomberg
 4         FEMALE INTERVIEWER:  XRP, which facilitates
 5   instant payment between parties like banks.  I mean,
 6   what kind of traction are you seeing?
 7         MR. GARLINGHOUSE:  Look, I'm incredibly
 8   pleased to see how much traction people are seeing
 9   with -- let's solve a real problem with digital assets.
10   You know, historically I think there's been a lot of
11   hype in the crypto ecosystem, a lot of experiments.  And
12   we're able to look at what we're doing with XRP and
13   really accelerate the adoption and take -- help banks
14   take advantage of what is possible through these digital
15   assets.
16         FEMALE INTERVIEWER:  Of course, there is an
17   entrenched player already in SWIFT.  I mean, how much
18   are denting the business of SWIFT?
19         MR. GARLINGHOUSE:  Well, so we look at SWIFT
20   as a company that has certainly defined how cross-border
21   payments have been enabled, that it's also existed for a
22   couple decades, really almost four decades for how that
23   system works.
```

24          We feel like there's an opportunity to bring
25  the system into the modern world, or into the internet
0003
1   world where today a SWIFT transaction can take days, you
2   don't know for sure if it's been -- just it's arrived.
3   It's almost like a postcard.  The only way you know is
4   your friend says hey, I received that.
5          And I think in a world of the internet where
6   people expect I can order an Uber and it shows up right
7   away, you know, a Gocheck, what have you.  These are the
8   expectations people have with regard to how financial
9   systems should work in the modern era.
10          MALE INTERVIEWER:  Brad, tell me here then,
11  you know, where does this go?  I mean, let's have a look
12  at just effectively what we have.  We've got 70
13  cryptocurrencies out there.  You know, you're one of the
14  frontrunners, but the thing is are there too many of you
15  guys?
16          MR. GARLINGHOUSE:  You know, actually I agree
17  with you, I think there are too many.  There's around
18  3,000 different digital assets that trade on a daily
19  basis now.  I think, you know, any time there's a new
20  market, there's a lot of people that run into that
21  market and try to show that they can solve a problem,
22  they can deliver a customer need.
23          I have said publicly before that I think 99
24  percent of all crypto probably goes to zero, but there
25  is that one percent where I think that it is focused on
0004
1   solving a real problem for real customers, and it's able
2   to do that at scale, and that's going to be game
3   changing, and I think that's going to continue to grow
4   significantly in the decades ahead.
5          MALE INTERVIEWER:  I mean, the -- probably one
6   of the reasons why there is so much instability in terms
7   of the price here, but you know, you want to be a -- you
8   are a currency wanted to be a unit of transfer here.
9   But the problem is if you transferred some money to
10  somebody else, that may be worth much less by the time
11  they want to actually cash it in, if they do cash it in.
12  So, you know, how do actually produce some stability in
13  all this?
14          MR. GARLINGHOUSE:  You know, it turns out this
15  is a false narrative.  It turns out when you enable a
16  SWIFT transaction -- volatility is a calculation of both
17  time and volatility.  So, a SWIFT transaction can take
18  two to three days, where an XRP transaction takes a few
19  seconds.  And it turns out the volatility of enabling a
20  Swift transaction is much higher than enabling an XRP
21  transaction because of the time.

22          We actually just did a post on the Ripple
23  website explaining the math behind this.  But it turns
24  out that the volatility risk is lower with an XRP
25  transaction.
0005
 1          FEMALE INTERVIEWER:  Investors are pretty
 2  concerned about the sell-off we're seeing in Ripple, and
 3  they say that it is bigger than expected.  Is there
 4  reason to be worried about it?
 5          MR. GARLINGHOUSE:  Well, I think probably the
 6  sell-off in XRP versus a sell-off -- you know, Ripple is
 7  a private company.  We have our shareholders.  It's --
 8  you can't trade Ripple shares, so to speak.
 9          XRP, you know, look we pay attention over the
10  long haul.  I tell the employees I don't think about it
11  on a three days, or three weeks, or three months, you
12  know.  Taking advantage of what digital assets can do to
13  make transactions more efficient I think is a journey
14  we'll be on for a decade or two.  I describe it as a
15  marathon, and we're on kind of mile two.
16          So, I don't think about the price of XRP in
17  the short-term.  I think if we can enable XRP to be the
18  most efficient measured by speed of a transaction, the
19  cost of a transaction, more and more people will use it.
20          FEMALE INTERVIEWER:  So, nothing to be worried
21  about, nothing to be worried about when you take a look
22  at this sell-off?
23          MR. GARLINGHOUSE:  I think there's going to
24  continue to be volatility in crypto broadly, right.  The
25  whole market kind of moves together a little bit, and
0006
 1  there's times when XRP has out-performed Bitcoin,
 2  there's times it's under-performed Bitcoin.  But I think
 3  as you look at this as a long-term journey, I'm quite
 4  optimistic about where we see the whole market.  There's
 5  a lot of bullish trends for the whole crypto ecosystem.
 6          MALE INTERVIEWER:  Brad, then of course, you
 7  know, people -- other people, and so the big players
 8  want to get a slice of the action, and I'm talking about
 9  Libra.  Now tell me about your concerns about Libra and
10  some of the things which Libra does represent which are
11  good.
12          MR. GARLINGHOUSE:  Well, I think what's good
13  is I -- a number of people obviously in the crypto
14  space, and certainly what Ripple has embraced is this
15  idea of how do we reduce friction, how do we reduce
16  costs, how do we bring people who are unbanked or
17  underbanked into the financial system?  And so, that's a
18  vision we certainly embrace, and Facebook's effort to
19  kind of go direct to consumer I think is one approach.

20          The challenge is, I think that all financial
21  systems, all financial tools, they're built on trust.
22  And with Facebook as the lead horse around Libra, I
23  think it's fair to say Libra -- excuse me, Facebook has
24  really had a trust deficit based upon a lot of things
25  that have happened to the company and the things they
0007
1   have done.
2          So, I think it's going to be hard for Libra to
3   kind of -- using that foundation of trust from Facebook
4   to get a lot of momentum.  As you know well, there's a
5   lot of regulatory scrutiny and questions that are still
6   not yet answered.  I think the good news is key people
7   like Mark Zuckerberg have said they won't go live until
8   those things are clarified.
9          FEMALE INTERVIEWER:  Jamie Damon says nice
10  idea, but it won't happen.  Is it too soon to write it
11  off?
12          MR. GARLINGHOUSE:  I think it's too soon to
13  write it off, but I also think you obviously have seen a
14  lot of the momentum shift.  It came out in June with a
15  lot of excitement and enthusiasm.  Since that time,
16  you've seen the likes of MasterCard, and Paypal, and
17  others step away.  Although I think a lot of that's
18  because of the regulatory uncertainty.
19          I think Facebook took a pretty aggressive,
20  arguably maybe naive a little bit that they could just
21  run into this and do this despite a lot of concerns.  I
22  think certainly the way Ripple approaches the world is
23  we're going to work with regulators, we're going to
24  partner with them from the earliest stages.  We've done
25  that here in Singapore, we've done that around the
0008
1   world, and I think that has served us well in terms of
2   building momentum across all of our customers.
3          MALE INTERVIEWER:  Brad, my final question is,
4   you know, we've got so many of these crypto currencies
5   starting -- you know, I've already asked you about that.
6   A lot of them are going to fall by the wayside.  No
7   doubt you're going to still be there in a year's time.
8   But how will this ecosystem look in a year from now?
9          MR. GARLINGHOUSE:  That's a great question.  I
10  think the system is going to continue to evolve where
11  years ago really crypto was saw a little of elicit, you
12  know, kind of Silk Road and elicit use cases, then it
13  moved to really a speculative bubble that we saw.  And I
14  think you're going to continue to see in 2019, and 2020,
15  and beyond the focus on utility.
16          How are these technologies, how are these
17  digital assets solving real problems for real customers?

18   And absent that real utility, I don't think you're
19  going to see the whole market grow and live up to its
20  potential.  It's the reason why Ripple has been so
21  focused on a specific customer, a specific problem, and
22  we've been fortunate to build a lot of momentum with
23  that customer set.
24            (End of video.)
25                    * * * * *
0009
1               TRANSCRIBER'S CERTIFICATE
2
3  I, Rhonda Markland, hereby certify that the foregoing
4  transcript consisting of 9 pages is a complete, true and
5  accurate transcription of all matters contained on the
6  recorded proceedings, Ripple CEO Expects Volatility in
7  Cryptocurrencies to Continue - Bloomberg, in the matter
8  of RIPPLE, File Number NY-09875.
9  _____
10 Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PX 503.21

PX 503.21
Interview with Brad Garlinghouse, 2/17/2020, via CNN
https://www.youtube.com/watch?v=c2pprt_d6rA



```
0001
 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:           )
 4                                ) File No. NY-09875-A
 5    RIPPLE                      )
 6
 7    SUBJECT:  Full Brad Garlinghouse CNN Interview
 8              17-02-2020 HD - YouTube
 9    PAGES:    1 through 28
10
11
12
13
14
15
16
17                    VIDEO TRANSCRIPTION
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                  (202) 467 9200
0002
 1              P R O C E E D I N G S
 2    Full Brad Garlinghouse CNN Interview 17-02-2020 HD -
 3    YouTube
 4          MALE SPEAKER:  Hello and welcome to XRP Talk
 5    and Speculation.  Here is the full video of Brad
 6    Garlinghouse's interview today with Julia Chatterley on
 7    CNN.  He talks all things about XRP and what's going on
 8    currently and projections for the future.  Put your
 9    comments in the box down below.  Let us know what you
10    think.  Don't forget to subscribe to the channel.  Give
11    us a thumbs-up, press the like button, smash those
12    likes, everyone.  And don't forget, you can follow me on
13    Twitter @xrpspeculation for more videos coming soon.
14          MS. CHATTERLEY:  Great to have you with us
15    officially in person.
16          MR. GARLINGHOUSE:  Thank you.
17          MS. CHATTERLEY:  You've had a busy few months
18    since we last spoke, raising money, 300 plus customers,
19    Money Gram relationship, the On-Demand Liquidity
20    relationship.  Talk us through it, it's exciting times.
21          MR. GARLINGHOUSE:  It's been a really exciting
22    time, and I think it's demonstrative of the momentum in
23    the overall industry, but certainly for Ripple, 2019 was
```

24  an incredible year for us.  We started 2020 with a lot
25  of momentum.  I think it really goes back to moving from
0003
 1  that speculation that has driven the crypto market to a
 2  utility, like solving problems for our customers.  And
 3  Ripple's been focused on that for a long time.  And as
 4  that momentum builds, you're seeing more and more
 5  customers come on, more and more liquidity, and that's
 6  good for everybody in the ecosystem.
 7          MS. CHATTERLEY:  Why is 2020 that year, to
 8  your point, that pivotal moment where we look at the
 9  utility value here, perhaps, you know, and differentiate
10  from the speculative?
11          MR. GARLINGHOUSE:  I think one of the reasons
12  that 2020 will be very important is that regulatorily,
13  if that's a word, the clarity is getting better, you
14  know?  And I mean that globally, countries like
15  Singapore and Thailand and Switzerland and Japan.  I
16  think the U.S. has still an opportunity to do more
17  there, but I think we will probably see that in 2020,
18  and I think that helps catapult the whole industry.  I
19  also think, you know, you've gone from an industry that
20  has been a little bit in the shadows and, you know, the
21  history of crypto --
22          MS. CHATTERLEY:  Very much in the shadows.
23          MR. GARLINGHOUSE:  Yeah.  I remember actually,
24  I -- you and I were both at Davos --
25          MS. CHATTERLEY:  Yeah.
0004
 1          MR. GARLINGHOUSE:  -- and that someone --
 2  early on in my arrival there, someone was like, you
 3  know, crypto's still a bad word here.  And I was like,
 4  ah, and it -- you know --
 5          MS. CHATTERLEY:  It's a misunderstood word.
 6          MR. GARLINGHOUSE:  It is.  And I think a lot
 7  of what I'm doing and what -- a lot of what I did in
 8  Davos was meeting with regulators and meeting with very
 9  senior people at banks and explaining to them how crypto
10  could be used, how specifically XRP could be used to
11  solve a real problem, not to circumvent regulation, not
12  to circumvent, you know, any government.  And I think
13  once people understand that, they very quickly become
14  disarmed.  It's no longer a bad word.
15          MS. CHATTERLEY:  Do they understand when
16  you're talking and you've sort of shifted the focus to
17  on-demand liquidity and these cross-border transactions
18  and facilitating faster, more efficient payments, can
19  they get a grip with that, perhaps more than the rest of
20  it?  Because I think, to me, that's something that
21  particularly from my view is they get and understand.

22          MR. GARLINGHOUSE:  Yeah, and that is
23  absolutely the case.  And even in Davos, to be able to
24  start to talk about that and put numbers on it, you
25  know, today, last week, we did $54 million of XRP flows
0005
1  into Mexico.  That's 7.5 percent of all flow from the
2  U.S. dollar to Mexican peso.
3          MS. CHATTERLEY:  You were 7 percent of the
4  market?
5          MR. GARLINGHOUSE:  Last week, and that's up
6  from maybe 3 percent in December.  So this is growing
7  very quickly, and, you know, look, these are huge
8  industries that can be made massively more efficient by
9  using these new technologies.  But I think it goes back
10  to what we said earlier, like you have to focus on a
11  real problem, a real customer, you know, drive that
12  utility.  Well, you know, 7.5 percent of liquidity into
13  Mexico being driven through XRP, you start to really
14  see, okay, this is not a science experiment.  There's
15  still a lot of people, I think, in the blockchain
16  industry, who aren't familiar with the fact of how much
17  momentum we have here.  You had Alex Holmes, the CEO of
18  Money Gram, on.
19          MS. CHATTERLEY:  Right.
20          MR. GARLINGHOUSE:  You know, I think that's an
21  example where, you know, it's one of our customers using
22  XRP, and it's working.
23          MS. CHATTERLEY:  I mean he said look -- I was
24  pushing him to see what proportion of the market you
25  could become of the daily volume, and he was like look,
0006
1  you know, you need a buyer; you need a seller here.  So
2  we're only limited in the sense by the number of people
3  that are simply using the platform that's available
4  here.  How quickly do you think -- given that you're
5  saying you've gone from 3 percent to 7 percent in just a
6  couple of months, how quickly can you scale up?  Because
7  it's the tipping point of bringing up more people onto
8  the platform as well as anything else.
9          MR. GARLINGHOUSE:  Well, the great thing is,
10  and this is true in the markets and, you know, here at
11  the NYSE, you know, liquidity begets liquidity.
12          MS. CHATTERLEY:  Yes.
13          MR. GARLINGHOUSE:  The more activity you see
14  and the more people see, and frankly, it was great, even
15  the CEO of Bitso, the largest digital asset exchange in
16  Mexico, has been out publicly talking about some of the
17  dynamics he's seen, and instead of being dependent upon
18  the speculative trading of crypto as his business, he
19  now can say, look, I have institutional flows represent

```
20   last week just one customer through Ripple is $54
21   million.  That's fabulous for him, you know?  A run rate
22   that's $2.5 billion flowing through what we call
23   on-demand liquidity or ODL.  That's a big deal for his
24   business and, you know, that brings other players that
25   want to say well, wait a minute, that's good.  Let's --
0007
 1   I want to -- I want to be a part of that.
 2            MS. CHATTERLEY:  How do you prioritize
 3   building that liquidity and your presence there versus
 4   saying, okay, now we're going to look for another
 5   corridor, another currency payer here, another country?
 6   How do you -- how do you prioritize that?  And what
 7   brings more customers, potentially, onboard quicker?
 8            MR. GARLINGHOUSE:  Well, so I'll dodge the
 9   question a little bit by saying --
10            MS. CHATTERLEY:  Don't dodge.
11            MR. GARLINGHOUSE:  -- it's the and versus the
12   or --
13            MS. CHATTERLEY:  (Laughter)
14            MR. GARLINGHOUSE:  -- meaning that we
15   definitely are prioritizing new corridors.  We've talked
16   publicly about the fact that we're in Mexican peso --
17            MS. CHATTERLEY:  Yeah.
18            MR. GARLINGHOUSE:  -- Philippine peso and
19   Australian dollar.  We've started to talk about some of
20   what we're seeing in Brazil, and we'll increasingly talk
21   about other new corridors.  I mean the good news is we
22   have a lot of demand, and so we'll certainly expand into
23   other corridors.  But that isn't to say -- we do care
24   about liquidity using the Mexican peso as an example,
25   and we are seeing liquidity naturally grow there because
0008
 1   liquidity begets liquidity, and, you know,
 2   market-makers, whether they're, you know, existing
 3   traditional market makers or crypto market makers, they
 4   see the liquidity and they realize hey, there's an
 5   opportunity, and so it's growing -- it's growing very
 6   well.
 7            MS. CHATTERLEY:  Where after Brazil?  No
 8   dodging.  (Laughter)
 9            MR. GARLINGHOUSE:  You know?  Yeah.  Well,
10   there's certainly -- when we look at a framework or like
11   which countries, we want regulatory clarity --
12            MS. CHATTERLEY:  And that's key.
13            MR. GARLINGHOUSE:  -- and that's an important
14   one.
15            MS. CHATTERLEY:  Yeah.
16            MR. GARLINGHOUSE:  So there are markets -- I
17   mean any remittance market that has a lot of U.S.
```

18    dollar, Euro remittances into other countries, that's a
19    high priority, but if you don't have regulatory clarity,
20    that's a challenge to any of those markets.  You know,
21    typically, you'd say India would be high on our list.
22    India hasn't yet provided a lot of clarity from a
23    regulatory point-of-view and so we have not prioritized.
24             MS. CHATTERLEY:  And that's key --
25             MR. GARLINGHOUSE:  Yeah.
0009
 1             MS. CHATTERLEY:  -- you just -- you step back
 2    until you have that regulatory clarity because you
 3    don't --
 4             MR. GARLINGHOUSE:  Yeah.
 5             MS. CHATTERLEY:  -- waste the time on those.
 6             MR. GARLINGHOUSE:  I wouldn't say we step
 7    back, we engage -- you know, it means a lot of frequent
 8    flier miles for me going to meet --
 9             MS. CHATTERLEY:  Okay, so you are engaging
10    with India?
11             MR. GARLINGHOUSE:  Yes, for sure.  And back to
12    what we said about Davos, like it's sitting down with
13    key regulators --
14             MS. CHATTERLEY:  Yeah.
15             MR. GARLINGHOUSE:  -- and explaining to them
16    this is not circumventing a KYC, know your customer
17    check.  It's not circumventing anti-money laundering
18    checks.  It's not -- once regulators understand you're
19    not circumventing regulatory frameworks, they get very
20    comfortable very quickly, and they actually -- they lean
21    in because they understand this is actually helping
22    inclusion in the financial system.  The people who are
23    most burdened by remittance costs --
24             MS. CHATTERLEY:  Yes.
25             MR. GARLINGHOUSE:  -- are those that can least
0010
 1    afford it.  And that's -- you know, I think we all
 2    should care.
 3             MS. CHATTERLEY:  who is the most open to this?
 4    Because I was in Southeast Asia, and the growth in
 5    digitization and in payments, particularly for the
 6    proportion of the unbanked population is so huge.
 7             MR. GARLINGHOUSE:  Yeah.
 8             MS. CHATTERLEY:  And I do feel like the
 9    regulators there are all stepping up.  China is another
10    example with -- I mean now we're even talking about, you
11    know, a yen digital coin here.
12             MR. GARLINGHOUSE:  Right.
13             MS. CHATTERLEY:  Who is leading?
14             MR. GARLINGHOUSE:  Well, it depends a little
15    bit how we're talking about leading.  I mean China, to

16  your point, it's been fascinating to see it.  I mean
17  they really, through mining power, control the Bitcoin
18  blockchain.  You have four miners in China that
19  represent something like 60 plus percent of the mining
20  capacity and 80 percent of the mining capacity, about,
21  is based in China for both Bitcoin and Ether.  So in
22  many ways, I think China's incredibly strategic about
23  how they think about that.
24          MS. CHATTERLEY:  Yes.
25          MR. GARLINGHOUSE:  And I look at the U.S. and
0011
1  I say hey, US, here we are in downtown New York, we
2  could and should, I think, do more for that clarity to
3  allow for more investment.  But you see, I think, a lot
4  of countries around the world seeing that this is a
5  technical wave.  This is a major step, and they want to
6  invest in it; they want to see companies continue to
7  invest, and I think that's good for the economy.
8          MS. CHATTERLEY:  Do you think we see, at some
9  point in the near future, a Chinese digital coin, a fed
10  coin?  Because the conversations are being had.
11          MR. GARLINGHOUSE:  Yeah.
12          MS. CHATTERLEY:  Everyone's looking at this
13  and trying to understand what it would mean for them to
14  not be in the game here?  And I know we can have the
15  conversation about decentralized versus centralized.
16          MR. GARLINGHOUSE:  Right.
17          MS. CHATTERLEY:  And what it would mean even
18  to have a central bank digital coin, however --
19          MR. GARLINGHOUSE:  Yeah, the word central
20  bank.
21          MS. CHATTERLEY:  -- I know, I know, we're
22  struggling here.
23          MR. GARLINGHOUSE:  Central is, you know,
24  but --
25          MS. CHATTERLEY:  However --
0012
1          MR. GARLINGHOUSE:  -- well, and look, I --
2  when I step back and I think about it macro, I think
3  it's really healthy and constructive for the entire
4  crypto blockchain community to see central banks and
5  central governments lean into what can these new
6  technologies do to make our economy more efficient, our
7  payment infrastructure more efficient, any transaction
8  more efficient.  So at large, I think it's really
9  positive.  Mnuchin was asked about this in Davos --
10          MS. CHATTERLEY:  Yes.
11          MR. GARLINGHOUSE:  -- and, you know, he made a
12  point which I think has some validity, which is the fed
13  window in the United States, if a bank goes to the fed

```
14  window, they're not getting a pallet, a crate of
15  dollars, paper dollars.  They're getting a digitized --
16          MS. CHATTERLEY:  Of course they are.
17          MR. GARLINGHOUSE:  -- centralized ledger
18  entry, and so it's kind of like well, what's the
19  difference between if the central bank issues a
20  centralized token versus what they do today, like how
21  different is that?  Now, there's some governments around
22  the world that might you could argue say well, a central
23  bank could go direct to consumers, and you could have an
24  account with a central bank.  I don't think in most of
25  the Europe, U.S., you're going to circumvent the
0013
1   commercial banks --
2           MS. CHATTERLEY:  No.
3           MR. GARLINGHOUSE:  -- like that doesn't make a
4   lot of sense.
5           MS. CHATTERLEY:  But what about you, for
6   Ripple, building a platform that could perhaps
7   substitute XRP for a fed coin one day or some other --
8           MR. GARLINGHOUSE:  Well, when we think about
9   the XRP Ledger as an open source technology, we think
10  about how do we make it really useful for the customers
11  we work with.  We also think about how do we make it
12  extensible, and how do we participate in that open
13  source community in a way that makes it extensible to
14  other types of customers.  Could central banks?  Sure,
15  they could use aspects of that --
16          MS. CHATTERLEY:  Could it be more efficient,
17  what they create one day?
18          MR. GARLINGHOUSE:  Yeah, and I -- that
19  ultimately is the underpinning I think we all focus on,
20  how can we make this more efficient for our customers?
21  And right now, the customers we focus on are commercial
22  banks, payment providers.  We certainly are thinking
23  about other types of customers we could serve.  I mean I
24  have made the point, I don't know if I've ever said it
25  on air, but I've made the point that in the earliest
0014
1   days of Amazon, it was called Amazon Books.
2           It was a bookseller, and it competed with
3   Barnes and Noble.  It competed with Borders and, you
4   know, when I think about Ripple today is viewed as a
5   cross-border payments company.  We view ourselves as a
6   blockchain infrastructure company, the first vertical
7   we've done is cross-border payments.  We want to make
8   sure we're winning in cross-border payments before we do
9   another vertical, but we will certainly do other
10  verticals leveraging these technologies.
11          MS. CHATTERLEY:  So you're open, potentially,
```

12  in the future, at some point, to using the fed coin or
13  the (inaudible) coin?  I'm pushing because the head of
14  blockchain technology at JP Morgan told me if the fed
15  came up with a coin, they'd dump JP Morgan coin.  So I'm
16  asking you whether you're open to the possibility of --
17          MR. GARLINGHOUSE:  Sure.
18          MS. CHATTERLEY:  Yeah.
19          MR. GARLINGHOUSE:  I mean I think I'm very
20  open.  You know, even if the fed in the United States is
21  using a coin, you still have a cross-border settlement
22  dynamic where --
23          MS. CHATTERLEY:  Yes.
24          MR. GARLINGHOUSE:  -- if you have central
25  banks around the world using their own digital asset, I
0015
1   don't think it changes the need for a cross-border
2   neutral settlement.
3           MS. CHATTERLEY:  Something in the middle, like
4   an XRP.
5           MR. GARLINGHOUSE:  And XRP has been extremely
6   efficient.
7           MS. CHATTERLEY:  Okay.
8           MR. GARLINGHOUSE:  I mean look, we obviously
9   have a vested interest in that, and we don't -- we're
10  not bashful about that, but XRP is extremely efficient
11  from a technical point-of-view in terms of speed, in
12  terms of scalability, in terms of cost, where I'm a
13  Bitcoin holder, but it's not going to solve a payments
14  problem when the transaction time and transaction cost
15  is, you know, almost 1,000X what it is for XRP.
16          MS. CHATTERLEY:  What's going on with the
17  price of XRP?  And why did Mike Novagratz weigh in on
18  this and suggest it was going to be another bad year in
19  2020?
20          MR. GARLINGHOUSE:  You know, I think the short
21  answer is I think Mike doesn't fully follow Ripple very
22  closely.  There's a lot of things he wasn't --
23          MS. CHATTERLEY:  He's a big investor.
24          MR. GARLINGHOUSE:  -- he wasn't aware of some
25  of the stuff we're doing with Money Gram.  I think, you
0016
1   know, he -- if he watches this, he'll be surprised to
2   hear that we had $54 million of ODL flows last week.
3   Look, there's a lot of experimentation.  There's a lot
4   of misinformation in this market, and I think it's
5   important to make sure that the industry is educated.
6   And it's the reason why I try to get out and make sure
7   that we're sharing what really is going on with real
8   customers, solving real problems.
9           MS. CHATTERLEY:  You said you're an investor

10   in Bitcoin; you own Bitcoin.
11              MR. GARLINGHOUSE:  I am, I do own Bitcoin,
12   yes.
13              MS. CHATTERLEY:  Yeah.  So XRP, is that a good
14   investment?
15              MR. GARLINGHOUSE:  You know, I am going to
16   dodge that question, also.
17              MS. CHATTERLEY:  I've seen you dodge that many
18   times.
19              MR. GARLINGHOUSE:  You know, look, I think
20   about --
21              MS. CHATTERLEY:  What's the investment case?
22   I guess that's a better question?
23              MR. GARLINGHOUSE:  Well, I'm going to macro
24   all digital --
25              MS. CHATTERLEY:  Yes.
0017
 1              MR. GARLINGHOUSE:  -- assets. I have said very
 2   publicly, I think the value of any digital asset in the
 3   long term will be derived from the utility it delivers.
 4   Bitcoin utility, increasingly, I think is just viewed as
 5   it's digital gold.  The gold market is a multi-trillion
 6   dollar market, and Bitcoin today is I think around 150
 7   billion dollars, 160 billion dollars.
 8              MS. CHATTERLEY:  Yes.
 9              MR. GARLINGHOUSE:  Do I think there's an
10   opportunity for Bitcoin to appreciate as more people see
11   it as a useful store of value?  Yeah, I think so.  Do I
12   think there's going to be other digital assets that
13   increasingly have utility for customers and, therefore,
14   drive velocity, usage, people holding it and it drives
15   demand?  Yes, I think that's likely.
16              MS. CHATTERLEY:  Will the utility value of XRP
17   always outweigh the store of value reason for holding
18   it, in your mind?
19              MR. GARLINGHOUSE:  Well, no, I mean I think
20   store of value is a dynamic -- in part, people want to
21   hold assets that are highly liquid.
22              MS. CHATTERLEY:  You called it digital gold,
23   though, Bitcoin digital gold.
24              MR. GARLINGHOUSE:  I think, yeah,
25   increasingly --
0018
 1   .          MS. CHATTERLEY:  Does XRP have that potential?
 2              MR. GARLINGHOUSE:  I think as XRP has utility
 3   through what Ripple is doing and with other people using
 4   XRP, and there's a bunch of other companies doing very
 5   cool stuff, I mean a very innovative company called Coil
 6   doing interesting micropayments, particularly focused on
 7   media, very fascinating.

```
 8              MS. CHATTERLEY:  Yes.
 9              MR. GARLINGHOUSE:  And so when I look at XRP,
10    I look at the whole.  I look at what Ripple's doing.  I
11    look at what Coil's doing.  I look at what Forte is
12    doing as a gaming company using XRP.  I look at the
13    holistic -- if there's a lot of utility and people see
14    value in that utility, then I don't worry about it.  I
15    often have said look, I don't think about the price of
16    XRP on three days, three weeks or three months.  Over
17    the coming years, I think that we, Ripple, are focused
18    on driving utility from this asset, and if we're
19    successful with that, we think that's good for the
20    liquidity of the whole ecosystem.
21              MS. CHATTERLEY:  You're a giant.  You're seen
22    as a giant in this industry, to the point where, you
23    know, your boots at Davos get cult status, quite
24    frankly.  It's a strong point --
25              MR. GARLINGHOUSE:  It was cold in Davos.  I
0019
 1    was wearing boots.
 2              MS. CHATTERLEY:  I agree.  I wear furry ones.
 3    Is the -- is the point to make it, perhaps, that there
 4    shouldn't be this battle between digital currencies and
 5    digital assets here, this belief that one currency needs
 6    to rule them all actually --
 7              MR. GARLINGHOUSE:  Yeah.
 8              MS. CHATTERLEY:  -- just greater awareness of
 9    everything that's going on floats all boats here, and I
10    mixed analogies there --
11              MR. GARLINGHOUSE:  Yeah.
12              MS. CHATTERLEY:  -- but I know what I'm
13    saying.
14              MR. GARLINGHOUSE:  Look, I so passionately
15    agree with this point.  There is not going to be one
16    winner in the crypto space, like I believe that to my
17    core.  There's going to be a lot of different
18    participants solving different segments and problems.
19    And I look at what's going on in Bitcoin world, and I
20    don't view it as competitive with what Ripple's doing.
21    I look at what's going on in most parts of the Ethereum
22    community, I don't look at it as competitive with what
23    Ripple's doing or what I see happening in the XRP
24    community.
25              I want to see all boats rise.  I think if
0020
 1    that -- all boats rise, if the market capital of all
 2    digital assets grows, that's good for everybody.  And I
 3    think ultimately, we all need to focus less on what --
 4    you know, throwing stones and more on let's solve
 5    customer problems; let's see scale through solving
```

6  problems, and then I think it will take care of itself.
7           MS. CHATTERLEY:  Talk to me about the raising
8  of money and the $10 billion valuation.  How do you feel
9  about that?
10          MR. GARLINGHOUSE:  You know, I think any time
11  you have new investors come in, you know, you are
12  intimidated by the expectations that are set, by the
13  same token, you know, Ripple today -- at today's XRP
14  price owns something like 10 plus billion -- I think
15  somewhere north of 15 billion dollars' worth of crypto.
16  So in some ways, those investors came in at a discount.
17          MS. CHATTERLEY:  It's undervalued (laughter),
18  right?
19          MR. GARLINGHOUSE:  Look, we are in a very
20  fortunate position of a very strong balance sheet.
21  We're in a very fortunate position to have a lot of
22  customer momentum, and I think it's because we've
23  focused on solving a real problem for real customers.
24          MS. CHATTERLEY:  So why IPO?  Why go public,
25  to your point, if you have this money, you're raising
0021
1  money?  What's the purpose of going public, of them to
2  ring the bell?  (Laughter)
3          MR. GARLINGHOUSE:  Well, I don't think we've
4  said we're going to go public.  I think what we've
5  said -- what I said was I think 2020 will likely have
6  crypto kind of blockchain IPOs, and I think what I said
7  was, you know, I don't think Ripple will be the first,
8  but we certainly don't want to be the last.  So I kind
9  of kept it open-ended.  I think people heard something a
10  little bit different than that.  But look, the balance
11  sheet flexibility we have had has given us the ability
12  to invest over $500 million across the blockchain
13  ecosystem.
14          MS. CHATTERLEY:  Yeah.
15          MR. GARLINGHOUSE:  That includes, you know,
16  within the XRP world, but also beyond that because,
17  again, back to, I think all boats can rise.  So I think
18  having balance sheet flexibility gives us strength to do
19  new things.  The Money Gram deal is a deal I know you'
20  were very familiar with --
21          MS. CHATTERLEY:  Yes.
22          MR. GARLINGHOUSE:  -- where we invested about
23  $50 million into Money Gram, and so we want to continue
24  to have the flexibility to grow the business.  You know,
25  we've added, you know, well -- 100 -- more than 150
0022
1  employees last year in a time when I think others who t
2  have been less focused on solving real problems -- you
3  know, there's been a bunch of layoffs in the crypto

```
 4   community over the past, you know, even few weeks.  And,
 5   you know, we're going to continue to grow.  And we want
 6   to make sure we have that balance sheet flexibility to
 7   do that.
 8             MS. CHATTERLEY:  So it would be about more
 9   money and about potential acquisitions and doing things.
10             MR. GARLINGHOUSE:  Yeah.  I think about it as
11   flexibility more than just more money --
12             MS. CHATTERLEY:  Yeah.
13             MR. GARLINGHOUSE:  -- and maybe I'm parsing
14   words a little bit, but, you know, today, we have a $10
15   billion evaluation as a private company with a private
16   security.  We have shareholders in Ripple.  You know, if
17   you're a public company, you have a little more
18   flexibility in the type of deals you might look at.
19             MS. CHATTERLEY:  You mentioned something,
20   though, which I think is important.  I just want to go
21   through it, the court case over whether or not XRP is a
22   security or not, any clarity coming in the near distant
23   future?  It was one of the questions that I know the
24   community would like to know.
25             MR. GARLINGHOUSE:  Yeah.  You know, this is an
0023
 1   area where I think we'll continue to --
 2             MS. CHATTERLEY:  Battle on.
 3             MR. GARLINGHOUSE:  -- engage.  I think, from
 4   my point of view, the good news is we've had very
 5   constructive conversations with regulators here in the
 6   United States.  We'll continue to do that, and I think
 7   it's clear to me that there's an opportunity to provide
 8   more clarity, and we're working to achieve that.
 9             MS. CHATTERLEY:  You know, I was looking at
10   the market cap of Money Gram, and I know you've got
11   stronger views on this, just to your point about money,
12   about acquisitions, about expansion, would it ever be
13   worth, perhaps, acquiring a Money Gram or do you risk,
14   perhaps, upsetting other partners and competitors of
15   theirs actually that --
16             MR. GARLINGHOUSE:  Yeah.
17             MS. CHATTERLEY:  -- trade with you or do
18   business with you?
19             MR. GARLINGHOUSE:  We definitely don't -- we
20   don't want to be in the business of competing with our
21   customers.
22             MS. CHATTERLEY:  No.
23             MR. GARLINGHOUSE:  We want to partner with our
24   customers.  And, you know, I think we obviously are a
25   shareholder in Money Gram, but we're also a shareholder
0024
 1   in a number of other companies in the space, and, you
```

2    know, it's because we want them to be healthy and
3    strong.  I mean Bitso, which is really the leading --
4              MS. CHATTERLEY:  Yeah.
5              MR. GARLINGHOUSE:   -- South American, Latin
6    American exchange, we're an investor there.  And we want
7    to see them grow and thrive because they are really good
8    at what they do and as they grow, we can help them grow.
9    That's good for us.  It's good for them.
10             MS. CHATTERLEY:  Fast-forward five years,
11   where are you?
12             MR. GARLINGHOUSE:  Well, I think overall, the
13   crypto community will continue to grow at really
14   impressive rates.  And five years from now, you know, I
15   don't know exactly how to think about that, but I think
16   within crypto world, I think Ripple will continue to
17   grow and take market share, but that will probably be --
18   you know, we're focused on cross-border payments today,
19   I think we'll look at other use cases as I kind of
20   alluded earlier.  And, you know, I hope that in five
21   years, we've got a -- we're not just Amazon books, but
22   we are Amazon.
23             MS. CHATTERLEY:  And fast-forward one year.
24             MR. GARLINGHOUSE:  Oh.
25             MS. CHATTERLEY:  Kind of tougher (laughter).
0025
1              MR. GARLINGHOUSE:  Probably another cold rainy
2    day in New York somewhere.
3              MS. CHATTERLEY:  Are you public?
4              MR. GARLINGHOUSE:  You know, I don't want to
5    put a timeline on it, only because look, it probably
6    depends on lots of macro dynamics, I mean --
7              MS. CHATTERLEY:  Of course, I know.
8              MR. GARLINGHOUSE:  -- you know, on a more
9    somber note, watch what's happening with Coronavirus and
10   these things and like --
11             MS. CHATTERLEY:  I know.
12             MR. GARLINGHOUSE:  -- it's hard to put in
13   exact timelines.  I think we want to have the
14   flexibility to be a public company when it's right for
15   Ripple to be a public company.
16             MS. CHATTERLEY:  Yeah, I can see you're
17   enthused.  You get a sense when you talk to, you know,
18   creators of businesses that that is something that's
19   part of the plan, and I can see that.
20             MR. GARLINGHOUSE:  I think it's part of the
21   journey.
22             MS. CHATTERLEY:  Yeah.
23             MR. GARLINGHOUSE:  I mean there's kind of a
24   meme in Silicon Valley, almost an anti-public thing
25   where companies have waited and waited and waited, and I

0026
1  mean I've of the mind that, you know, look, it can be a
2  very constructive step.  Although, I've also said inside
3  the company, you know, people talk about the IPO as an
4  exit.  I'm like no, no, no, an IPO is a beginning.
5            MS. CHATTERLEY:  Yeah.
6            MR. GARLINGHOUSE:  It's not an exit.  It's a
7  step in the journey.  A financing event is a step in the
8  journey, you know?  I always am a little bit quizzical
9  when I see some of these companies go public and they,
10  you know, have these huge celebrations, and it's like
11  look, that's when expectations just went up.
12            MS. CHATTERLEY:  Now the hard work begins.
13            MR. GARLINGHOUSE:  I mean you asked me about a
14  410 billion valuation.
15            MS. CHATTERLEY:  I know.
16            MR. GARLINGHOUSE:  Like if it's a public
17  company, it's even more like on the center stage.  And
18  that's when the hard work -- I mean yes, we're working
19  now, but it only ups the ante.
20            MS. CHATTERLEY:  Forgive me this, XRP, higher
21  or lower in one year time?  (Laughter)  I had to ask.
22            MR. GARLINGHOUSE:  Depends on so many things.
23            MS. CHATTERLEY:  I knew you'd dodge that.
24  Great to chat to you.
25            MR. GARLINGHOUSE:  It's really nice to talk to
0027
1  you.  Thank you.
2            MS. CHATTERLEY:  Likewise, thank you.
3            (Music)
4            (End of video.)
5                      * * * * *
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

```
24
25
0028
 1                TRANSCRIBER'S CERTIFICATE
 2
 3   I, Wendy Smith, hereby certify that the foregoing
 4   transcript consisting of 27 pages is a complete, true
 5   and accurate transcription of all matters contained on
 6   the recorded proceedings, Full Brad Garlinghouse CNN
 7   Interview 17-02-2020 HD - YouTube, in the matter of
 8   RIPPLE, File Number NY-09875.
 9
10   _____
11   Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.22

PX 503.22
Interview with Zoe Cruz, 9/10/2020, via University of North Carolina Kenan Institute
https://www.youtube.com/watch?v=bp25ZkbMwlU



```
0001
 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:            )
 4                                )  File No. NY-09875-A
 5   RIPPLE LABS, INC.            )
 6
 7   SUBJECT:  04 - Rethinc Labs - Digital Asset Allocation
 8   Webinar
 9   PAGES:    1 through 39
10
11
12
13
14
15
16                  AUDIO TRANSCRIPTION
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                  (202) 467-9200
0002
 1              P R O C E E D I N G S
 2   04 - Rethinc Labs - Digital Asset Allocation Webinar
 3          MR. GHYSELS:  Good morning, and welcome to the
 4   Rethinc Labs Webinar Digital Asset Allocation.  I am
 5   your host.  My name is Eric Ghysels (phonetic).  I am
 6   the research director of Rethinc Labs at the Kenan
 7   Institute.  I'm professor finance at the Kenan-Flagler
 8   Business School and a professor of economics at UNC
 9   Chapel Hill.
10          This is our first fall event and we off to a
11   great start.  The topic of digital asset allocation is a
12   really great topic.  It -- and goes way beyond just the
13   questions about portfolio management.  And there is no
14   person better placed to talk about this topic then my
15   guest today, Zoe Cruz (phonetic).
16          From 2005 until the end of 2007 she was the
17   co-president of Morgan Stanley.  She joined the firm in
18   '82 and became the co-head for the firm's foreign
19   exchange business in '93 and global head for fixed
20   income foreign exchange and commodities in 2001.  After
21   her distinguished 25-year-long career at Morgan Stanley
22   she built her own boutique investment firm focusing on
23   global investment across two funds.
```

```
24          She is currently the senior strategic advisor
25     for the blockchain fintech company, Ripple.  And she
0003
 1     also serves on the board of the Man Group.  Of course
 2     Ripple has over the past few years provided generous
 3     support for research on blockchain technology across a
 4     very wide and international network of universities
 5     around -- including UNC Chapel Hill.
 6          Thanks to the generous support of Ripple, we
 7     have built here at the Kenan Institute a very active
 8     research network on Fintech.  I'd like to say a few
 9     things about housekeeping.  At the bottom of your screen
10     there is a Q&A tab.  Please feel free for -- to write
11     questions during my conversation with Zoe, and we will
12     set time aside at the end of this hour to answer some of
13     your questions.
14          Zoe, welcome.  It's a pleasure to talk to you
15     this morning and thanks for accepting our invitation.  I
16     -- my first question is kind of the obvious one,
17     perhaps.  You've spent such a long and distinguished
18     career in sort of quote, unquote the traditional
19     established finance world.
20          And you sort of made the switch to the crypto
21     world.  I'm curious.  Tell us a little bit of how that
22     happened and what made you decide to do that switch.
23          MS. CRUZ:  Yes.  Well, as is the case when
24     most things in life being in the right place at the
25     right time and accidental discoveries.  And I would say
0004
 1     the reason I was intrigued by that world of a world
 2     where a new and important technological innovation
 3     occurred, which is blockchain technology --
 4          MR. GHYSELS:  Right --
 5          MS. CRUZ:  -- distribute a ledger technology,
 6     is because I grew up, as you mentioned, in the foreign
 7     exchange world.  But the foreign exchange world I
 8     entered which is the ultimate macro world, FX, is, you
 9     know, is a truly global business, I was a romance
10     languages in literature major in college and this, for
11     your audience, will be very important to hear, and so I
12     basically interviewed at a bank in Boston.
13          And the HR department said, oh, my God, you
14     speak four languages.  We have an opening in foreign
15     exchange.  So, of course, she had no clue you don't need
16     four languages to trade foreign exchange.  So my
17     introduction to the global macro world was completely
18     accidental but I had a front seat at a world that
19     globalizing.  We're talking about late 70s, early 80s --
20          MR. GHYSELS:  Mm-hmm.
21          MS. CRUZ:  -- where the construct that we're
```

22  going to talk about, the last three decades of a
23  construct was freely floating exchange rates.  Capital
24  was free to move around the globe for the highest
25  return.  Labor was not and that has a bearing later.
0005
 1          And so when you think about -- I joined Morgan
 2  Stanley out of business school in 1982 it had -- it was
 3  a private company.  It had 2000 employees and three
 4  offices.  When I left in '07, it was 60,000 people 6-0,
 5  and he had offices everywhere in the globe.  So you talk
 6  about -- you know a -- you just get on that escalator to
 7  the to the moon, if you will, being in the right place
 8  at the right time matters.
 9          Of course you need to do a decent job.  So
10  fast forward to how I entered this business, as I was
11  approached for board positions most of them were to be a
12  board member of major global commercial banks.  And I
13  said I've been there.  I've done that.  I have zero
14  interest.  I want funky new ideas.
15          So when the headhunter called about Ripple, I
16  said, you know, I'd like the blockchain technology apart
17  of this, but this crypto world I don't -- you know,
18  Bitcoin I don't really believe in that stuff.  And I'm
19  glad I took the call and I met the executives at Ripple.
20  And so I got into it, as I said, by accident but I knew
21  enough from my macro background to know this was
22  something big.
23          It was something new and it could still have
24  binary outcomes.  It could end up at zero.  I don't
25  think so but the possibility is not zero.  But I feel
0006
 1  it's as big an innovation, it's as big a new thing as
 2  globalized finance was in the early '80s.
 3          MR. GHYSELS:  Great.  Yeah, indeed.  I like
 4  your multi-language story because I -- I'm from a small
 5  country, Belgium and I speak four languages because I
 6  was surrounded by big countries that spoke different
 7  languages.  So I like that. (Inaudible).  So you know --
 8  the title is Digital Asset Allocation.
 9          So let's start with, perhaps, the portfolio
10  manager, Ripple -- I mean there is, there is bigger
11  things to be talked about, but let's talk about the
12  portfolio manager first.  And, you know, how would you,
13  as an investor, think about adding crypto currencies to
14  your portfolio?
15          What's your thought on that?  What would you
16  sort of advise people who want to sort of dip into this?
17  What would they -- what would you, you like them to do?
18          MS. CRUZ:  I would look at two reasons,
19  compelling reasons, why you want to look at this space

20  whether you're risk averse, or you have more risk
21  appetite.  One reason is the current 60/40 portfolio,
22  again that I grew -- made my career 60/40, 40/60.  You
23  could talk a lot about the micro, but it was the macro
24  bet that made you the money.
25          When you think of that world, again when I
0007
 1  left business school, 30-year treasuries were at 14
 2  percent.  Risk-free rate of return was 14 percent.  And
 3  so half of your portfolio, we engaged in the ensuing
 4  couple of decades in the biggest bull market in fixed
 5  income in my generation.
 6          And so, again, you didn't need to be a rocket
 7  scientist to actually put half of your portfolio into
 8  that asset class and ride that to the moon.  When you
 9  talk about 88 trillion dollars' worth of fixed income
10  assets right now where the portfolios that need to be
11  allocated 80 trillion dollars, 14 trillion of that is at
12  negative interest rates.  Not 14 percent negative --
13          MR. GHYSELS:  (Inaudible).
14          MS. CRUZ:  Never mind -- you know, so that's
15  the risk-free rate of return and the balance is
16  oscillating above zero.  So half of your portfolio that
17  contributed to low double digits, high single digit
18  returns is not going to do that, to state the obvious.
19  In fact, I did some work that says for it to contribute
20  equivalent amounts, rates have to go up to minus 22
21  percent.
22          Well, we know that's not going to happen.  The
23  other 60 percent or half percent of your portfolio, I
24  think even the bulls would say it's expensive, but to me
25  the data points are, are beyond -- it's expensive.
0008
 1  Tesla trading at 800 P multiples.  I mean NASDAQ, as an
 2  example of, you know, there are a lot of good things
 3  that are going on in the technology sector.
 4          But I actually think, again, in the pre '08
 5  crisis people forget that people lost their jobs being
 6  negative on mortgages.  They lost their jobs and their
 7  careers because they were negative in '05 and '06.
 8  Because '07 equity markets were still making new highs.
 9  So my question is this '05, '06, '07, I don't know, but
10  I know it's one of these three years.
11          MR. GHYSELS:  Mm-hmm.
12          MS. CRUZ:  And so coming back to the crypto
13  world it's desperation of how you're going to preserve
14  capital that should drive you into some other things.
15  And gold, real assets, to state the obvious would be
16  some of those things.  And then cryptocurrencies is -- I
17  look at cryptocurrencies not like looking at

18  correlations, and is it negatively correlated to the
19  traditional portfolio and should you have it in or not -
20  - that's not a relevant calculus.
21          To me, Bitcoin is the oldest cryptocurrency.
22  It's 11 years old.  It actually started being a
23  legitimate asset for investment in 2014, '15.  I don't
24  know what data you'd be looking at that's relative --
25  relevant to that.  So I look at those crypto investments
0009
1  and I believe in diversified investments as moonshot
2  opportunities where your investment could go to zero, or
3  you could make a hundred X, if that world continues to
4  grow.  So with moonshot opportunities, as you know, you
5  don't want to put your kids' education on the line --
6          MR. GHYSELS:  No.
7          MS. CRUZ:  -- but it is rational, it is
8  rational to actually have 1 to 5 percent, and if you
9  really believe in the stagflation environment 10 percent
10  maybe, into that world.  But not just Bitcoin and not
11  just XRP but the top contenders.
12          MR. GHYSELS:  Yeah, and that leads me to my
13  next question actually.  So, I mean, we do talk a little
14  bit about -- I mean, you've talked so far about
15  cryptocurrencies as a, as an asset class, but we know
16  that, I mean, there are I would say zillions of
17  cryptocurrencies around.
18          And so, I mean, the obvious one is --
19  everybody talks about Bitcoin, but there is Ether.
20  There is Ripple, XRP.  There -- so are you -- when you
21  diversify because some might have -- I mean, I think
22  most people would agree that Bitcoin is kind of the lead
23  example, but may not be the only one, and so are you
24  also thinking about diversifying within that group, or
25  are you sticking to one?
0010
1          MS. CRUZ:  So diversifying --
2          MR. GHYSELS:  (Inaudible).
3          MS. CRUZ:  -- within that group -- so the
4  first step is a two-step -- first step diversifying from
5  traditional asset classes --
6          MR. GHYSELS:  Right.
7          MS. CRUZ:  -- and then the second, once you
8  decide what is your risk profile whether it's 3 percent
9  or 10 percent, it doesn't matter, diversify within that
10  asset class of the top five to 10 crypto assets,
11  cryptocurrencies.  And to me, saying I'm only going to
12  put Bitcoin -- I'm only going to invest in Bitcoin
13  because it's the current winner, or the digital gold, as
14  they call it, is equivalent to say that in the early
15  2000s you're only going to invest in one internet stock.

16          And I don't need to tell you whether it's --
17  social media, Facebook didn't exist by and large.  I
18  mean Netscape was the browser of choice with 75 percent
19  market share.
20          MR. GHYSELS:  (Inaudible).
21          MS. CRUZ:  Google is the leader now and
22  Netscape doesn't exist.  So to me it's the equivalent
23  thing.  I don't know -- there will be winners and losers
24  but I wouldn't want to have Bitcoin end up being the
25  Netscape of your investment opportunity.  And again, the
0011
 1  way I look at that diversification each of those
 2  currencies was designed differently.
 3          It has underbellies.  All of them do, but it
 4  also has clear winner characteristics in the alley that
 5  they chose to compete in.  So Bitcoin is the digital
 6  gold.  So when I talk about diversifying, it's the
 7  idiosyncratic risk of that particular cryptocurrency.
 8  So the pluses and the minuses of Bitcoin, digital gold,
 9  the oldest, it made a lot of people rich.
10          So you have a lot of passionate people that
11  would, you know, be very good at defending it and its
12  construct.  Its underbelly is -- actually it costs a lot
13  of energy and I don't need to tell you ESG, Environment
14  Social Governance is the new thing.  If you -- the
15  bigger the blocks the more successful Bitcoin becomes,
16  the more that's an issue.
17          XRP is the alley it has chosen.  It is the
18  leader in that class.  It is basically the cross-border
19  payment system.  The reason this is an important
20  distinction is cross-border payment system currently
21  practiced through correspondent banks works fine through
22  the SWIFT system.
23          It's a messaging system.  It works fine if
24  you're Morgan Stanley sending a billion dollars to
25  Goldman Sachs, or to Citigroup.  If you're a small
0012
 1  basket weaver in Nigeria, not so good --
 2          MR. GHYSELS:  I agree.
 3          MS. CRUZ:  So the cross-border payment system
 4  where XRP was designed for rapid -- literally
 5  instantaneous, nanosecond transaction time for very high
 6  volume, low value business where you can send $200 to
 7  the woman in Nigeria, that's an idiosyncratic plus.
 8          It's minus is it has a lot of concentrated
 9  holdings in Ripple, the place I advise where 50 percent
10  of all the coins minted are on the balance sheet.  So
11  again, Ethereum, Ethereum is a very successful currency.
12  Its alley is smart contracts.  There are a lot of very
13  smart people actually coding, and you -- doing a lot of

14  beautiful -- building beautiful things on smart
15  contracts on Ethereum.
16          So I would look at these currencies as a VC
17  investment, a surrogate for a VC, venture capital
18  investment, without the fees and without the
19  intermediaries.  And as you know from VC investments,
20  you're very, very good if you have two moonshots and
21  eight of them go to nothing.  So that's how I view that
22  world.
23          MR. GHYSELS:  I like that actually because
24  indeed, those three examples, Ether, Bitcoin, and XRP
25  are basically very different in -- in the fundamentals.
0013
 1  The business model for those three currencies is very
 2  different.  And the diversification makes a lot of
 3  sense.
 4          Now, you kind of dropped the word "gold" and
 5  this is, perhaps, a little bit of a transition from,
 6  sort of, the discussion about moonshots and sort of
 7  betting on growth, potential growth.  It gets you into
 8  the discussions of macro risk.  You know, gold is often
 9  sort of -- or historically viewed as the hedge against -
10  - for bad times and there's been, sort of, arguments
11  that Bitcoin is the new gold.
12          You know, sort of the go-to assets when there
13  is downside risk.  What's your thought on that?  Is
14  Bitcoin, particularly Bitcoin, the new gold, or would
15  you shy away from that -- from that statement?
16          MS. CRUZ:  No.  No.  No.  Not at all.  Yes, in
17  fact, as I said earlier in its design and its -- the way
18  it has a passionate group of people who will preserve
19  its value, because the more you have vested interest the
20  more you will try to preserve its value.  But that
21  actually doesn't -- to me, I invested my own personal
22  wealth and others asset allocation was my -- how I made
23  my career, and I never owned gold up until last year.
24          Didn't -- because I don't believe in negative
25  carry investments, which gold is, but something big in
0014
 1  the macro world -- so they're not mutually exclusive
 2  things.  They're not either you invest in Bitcoin, or
 3  you invest in gold.  You invest in both for different
 4  reasons.
 5      For me, gold, when you are talking about -- we're
 6  all -- we've -- all of us lost, actually, a sense of
 7  what is egregious and what is -- me included.  To me
 8  we're printing money in the trillions with an "S",
 9  trillions.  We have a republican government that is
10  printing more with a three trillion-dollar budget
11  deficit and interest rates at zero.

```
12            MR. GHYSELS:  Correct.
13            MS. CRUZ:  So they're pushing on a string
14    here, and so I feel -- and I'm doing a lot of reading on
15    the Weimer Republic here the Deutsche mark was good and
16    then it wasn't.  And it wasn't good by a lot.  And so
17    for me, gold has a very real place in a world that's
18    falling apart.
19            I think stagflation is a very real scenario
20    and people are very U.S, focused because -- I mean,
21    India and China, I would argue is already in a
22    stagflation environment.  They both have inflation and
23    their economies aren't growing.  In the U.S., I feel we
24    have measurement issues with the way we measure
25    inflation, but the purchasing power of your average
0015
 1    middle-class American, never mind lower middle-class
 2    American, where the food and rent is where they spend
 3    half of their disposable income, for them inflation
 4    isn't 1.6 percent, if you went to the supermarket
 5    lately.
 6            So we, we are going to have, I believe, a
 7    stagflation world where you should have gold more than
 8    you ever felt comfortable, because for me, a lot of
 9    portfolio managers with fiduciary responsibilities think
10    that I don't -- I want to be risk averse.  But in this
11    environment, the ultimate risk is not taking any risk at
12    all.
13            That's the new, new thing.  The fact that
14    you're piling in to 30-year money at one percent, to me
15    that's the ultimate risk that you put in your portfolio
16    too.
17            MR. GHYSELS:  Your mentioning of the Weimer
18    Republic is scary.
19            MS. CRUZ:  Yeah.
20            MR. GHYSELS:  I'm sorry.
21            MS. CRUZ:  Yeah.
22            MR. GHYSELS:  And I'll tell you an anecdote
23    why.  I, I, I -- when I was in undergrad, I had a
24    fairly old gentleman who lived through the German hyper-
25    inflation when he was, himself, a youngster, and he told
0016
 1    the story that people would go to a bar at night and
 2    order all the beer for their entire night at the
 3    beginning of the night, because by the end of the night
 4    the beer was substantially more expensive.
 5            But anyway, that's hyperinflation, of course.
 6    And note that the (inaudible) it's -- I mean we've had
 7    this two percent sort of target for inflation, but
 8    lately even -- I mean we know -- we all know that the
 9    fed -- I mean, they've sort of now said, well, we'll
```

```
10   kind of say on average or relax this a little bit.
11          It's not -- too bad about having a little bit
12   of inflation, and so it's coming.  I agree with that
13   actually (inaudible).  Anyway, so, I see -- a little bit
14   back to the cryptocurrency.  I -- all of your arguments
15   are, are very compelling, but there is still the kind of
16   world of institutional investors out there who are
17   probably conservative in their asset allocation.
18          I mean, there's also the issue that Bitcoin
19   has a little bit of a shady side to it.  It's being used
20   also by organized crime and things alike.  So where do
21   you see -- I mean, the majority of institutional
22   investors are staying away from digital assets.
23          MS. CRUZ:  Yes.
24          MR. GHYSELS:  What would it take then -- what
25   do you think it will take for them to be convinced?  I
0017
 1   mean --
 2          MS. CRUZ:  Yeah --
 3          MR. GHYSELS:  -- we have options -- markets
 4   now --
 5          MS. CRUZ:  Yes.
 6          MR. GHYSELS:  -- that's added to the equation
 7   but it probably will take more than that.  So what's to
 8   your thought on that?  What's going to move it?
 9          MS. CRUZ:  So it's a great question and I
10   think that unless the industry with the help of global
11   regulators create a framework, a regulatory framework to
12   subsume the blackhead, the drug lords if you will, and
13   have a regulatory robustness with the white hats --
14   and to me, fidelity is the white hat -- the drug lord is
15   the black hat -- all is lost.
16          So my bet in Ripple I know is -- has a
17   leadership position in trying to get rules of engagement
18   that makes sense.  Having come from Wallstreet, I
19   believe their right to throw the opprobrium that they've
20   thrown at our industry -- we contributed a lot to a
21   mindless deregulation and we forgot actually -- and I
22   intend to help the industry not forget that the Glass-
23   Steagall which was 35 pages long which actually was the
24   result of the last great crash in the 20s --
25          MR. GHYSELS:  Correct.
0018
 1          MS. CRUZ:  -- was born out of that crash, it
 2   took decades of good regulatory frameworks to create the
 3   biggest, most liquid market in the world called the U.S
 4   equity market.  What did we do with that 35-page
 5   principle-based regulation, the industry?  Where Glass-
 6   Steagall had a very simple principle, you could not be a
 7   principal and an agent to the same transaction.
```

```
 8        That's unacceptable conflict, very simple.  Well,
 9   we threw it out the window and well, we all know what
10   happened after that.  So now we have mindless regulation
11   which is the other extreme.  I'm not talking about
12   having mindless regulation in this industry but I think
13   if we call less around principle-based rules, which I
14   think the Europeans, ironically, are better than the
15   U.S. at this, I think we will save the industry from the
16   drug lords, but not completely.
17        Cash is the favorite means.  It's not Bitcoin,
18   yet.  It's cash in suitcases on private planes that gets
19   the drug lord money from one place to another.  So
20   you're not going to eradicate that.
21        MR. GHYSELS:  Yeah, I mean you're touching on
22   so many topics right now, regulatory issues, and I mean,
23   there is also the conversation about currencies.  Some
24   central banks, including the Chinese central bank, and
25   others around the world are experimenting, or
0019
 1   implementing even basically, digital substitutes for
 2   cash.
 3        In particular, in China where -- there is much
 4   more use of mobile payment apps, which sort of is
 5   widespread, and now we're talking about the world
 6   of transactions, the payment systems, and the regulatory
 7   environment, and monetary policy.  We're getting back to
 8   inflation and fiat money.
 9        So where do you see this going in terms of --
10   and that is part of the moonshot as well.  I mean, XRP
11   is making inter-bank transactions, international
12   transactions easy through blockchain --
13        MS. CRUZ:  Mm-hmm.
14        MR. GHYSELS:  -- what about the more
15   widespread blockchain payment systems that central banks
16   are experimenting with?
17        MS. CRUZ:  Right.
18        MR. GHYSELS:  What's your thought on that?
19        MS. CRUZ:  So I think that it is a good thing
20   that the central banks around the world are saying there
21   is technology that can help us become more efficient
22   in moving fiat currencies around.  If we make them
23   digital, we can use the technology to make the world
24   more efficient where we don't need the city groups --
25   the conglomerates, as you know, they have a lock on
0020
 1   global movements of money.
 2        If you're going to say antitrust is going to
 3   be the new, new thing, I need to get the intermediaries
 4   out of the way by actually having the digital world be
 5   helped =-- helping the monetary fiat currencies.  Money
```

```
 6  -- fiat currencies, whether it's digital or cash, will
 7  never go away.
 8          I believe that there are two very powerful
 9  monetary policies for any sovereign nation, fiscal and
10  monetary policy.  They will never give up control of
11  that.  What they've done though is say crypto to crypto,
12  knock your socks off.  If you want to basically agree --
13  because remember Bitcoin was created to bypass -- to not
14  have fiat currencies be necessary.  So it's basically
15  being able to do barter, barter economy using the
16  Bitcoin as a bridge currency or XRP as a bridge
17  currency.
18          MR. GHYSELS:  (Inaudible).
19          MS. CRUZ:  What they've said is crypto to
20  crypto, knock your socks off.  You want to lose all your
21  money, be my guest.  Where they're very keen, and I
22  think they will win that game, is the on and off ramps
23  of fiat to crypto and crypto to fiat.
24          MR. GHYSELS:  Right.
25          MS. CRUZ:  And that's where I feel again, the
0021
 1  industry is a bit conflicted because it's noise.  I
 2  mean, remember you have the Bitcoin enthusiasts that
 3  created -- these brilliant people that created Bitcoin,
 4  as I said, in '08 out of the ashes on Wallstreet to
 5  fight the men.
 6          Those guys are never going to accept fiat
 7  currencies, but they're not relevant in the world I'm
 8  talking about in terms of having fidelity diversify its
 9  portfolio.  That revolutionary is not relevant.  The
10  relevance is are these usage cases real?
11          Are they scalable, and who are going to be the
12  winners, because the winners in that space -- the mode
13  of actually transacting in that alley is the currency.
14  So it's a cheap, effective way, as I said, to actually
15  bet on this future.
16          MR. GHYSELS:  So the other one everybody talks
17  about is Libra.
18          MS. CRUZ:  Mm-hmm.
19          MR. GHYSELS:  So we're -- I mean -- so
20  Bitcoin, Ether, XRP, etcetera, they're all grassroots.
21  They started out by -- they did private enterprise
22  initiatives or grassroots initiatives.
23          MS. CRUZ:  Mm-hmm.
24          MR. GHYSELS:  And then we talked about central
25  banks and we talked about monetary policy, but now we're
0022
 1  back to Libra which is basically, Facebook.  So where do
 2  you see this going in terms of this -- is it going to be
 3  ultimately something different -- not much different
```

```
 4  from a dollar -- and as I sometimes say to my students,
 5  we replace "In God we trust" which is printed on the
 6  dollar in crypto, in cryptology we trust.
 7          So is it going to be mostly that, a
 8  replacement with a sort of official central bank
 9  backing, or are we talking as we currently have mostly
10  either private companies or grassroots sort of
11  initiatives?  What's your thought?
12          MS. CRUZ:  The answer is I don't know where it
13  ends up but I know how they are -- why they're pivoting
14  because remember Libra 1.0 was dead on arrival --
15          MR. GHYSELS:  (Inaudible).
16          MS. CRUZ:  It had great technology, great
17  technology.  You're talking about Facebook distribution
18  --clients around the world of two billion people.  I
19  mean, what an amazing beginning of a story.  What they
20  got wrong, again, is if you're going to pretend, you're
21  going to play in the banking space, you need to
22  understand that construct.
23          The -- so you can say that whatever fancy name
24  you call Libra, it's actually digital fiat currency
25  you're playing with.  And if you're going to be in a
0023
 1  digital fiat currency, I'm going to regulate you the way
 2  I regulate Citigroup.  Citigroup is run by people that
 3  understand what the regulators want, nowadays anyway,
 4  and process.
 5          So they pivoted to something where they
 6  understand they need to, to accede to regulators
 7  concerns, and therefore, I think they have a chance at
 8  succeeding.  But then -- because I have a lot of respect
 9  obviously, for both the technology and their
10  intelligence in knowing where they need to go, but I
11  think they don't really understand the heavily regulated
12  financial world that has become a utility, which is --
13  what they've said to the top 10 global banks, you can
14  actually have 80 percent market share, but you're going
15  to act as a utility.  I'm going to be all over you.  And
16  if Libra is willing to submit itself to that, they can
17  play that game --
18          MR. GHYSELS:  Right.
19          MS. CRUZ:  -- but they need to reinvent their
20  business model.  And then the final thing I would say if
21  I'm a betting person, anti-trust is going to be a very
22  big theme.  If I'm interested in law, what I would tell
23  my students is study anti-trust.  These global
24  behemoths, I don't think they're going to be allowed to
25  function the way they're functioning, which is hoovering
0024
 1  everything into a big dark hole at the center.
```

2          MR. GHYSELS:  I agree.  I want to talk to you
3    a little bit -- get you back to -- you know, you've done
4    25 years with Morgan Stanley quote, unquote established
5    finance or traditional finance.  And we started out
6    talking about fixed income, foreign exchange
7    commodities.
8          I mean usual asset classes and now, also we
9    have private equity which is sort of off, off the
10   markets.  But there is -- particularly when you talk
11   about Ether and Ethereum sort of this programmable part,
12   the smart contract part --
13         MS. CRUZ:  Yeah.
14         MR. GHYSELS:  -- of the blockchain and not
15   just for the purpose of currencies but, but --
16         MS. CRUZ:  Yeah.
17         MR. GHYSELS:  -- initial coin offerings, and,
18   and the like, which is totally a different conversation
19   also in terms of regulatory environment -- the SEC has
20   had some opinions about that.  But if you sort of think
21   about blockchain technology penetrating into the
22   different asset classes such as collateral markets --
23         MS. CRUZ:  Yes.
24         MR. GHYSELS:  -- you know, what's your -- so
25   this takes us a little bit away from the currency
0025
1    discussion.
2          MS. CRUZ:  Correct.
3          MR. GHYSELS:  Where do you see that blockchain
4    revolution which is now also sort of penetrating in
5    contract --
6          MS. CRUZ:  Yeah.
7          MR. GHYSELS:  -- designs.  Where do you see
8    that having an impact in the financial world?
9          MS. CRUZ:  I think -- well at first it will
10   have an impact in the way we live in the sense that
11   smart contracts you know, identity and smart contracts
12   meaning right now if I sell my home, I actually have to
13   go into a physical file and find that piece of paper,
14   the deed, you know, that says I own it in the 21st
15   century.
16         Well, the first thing that's going to be
17   revolutionized is you're going to have immutable records
18   thanks to this blockchain technology.  That'll make our
19   life a lot easier.  In terms of the financial aspects of
20   it, again, the old finance that I belong in billions of
21   dollars in Morgan Stanley are being spent on operations
22   and technology that is, you know, a hodgepodge of old
23   systems, you know, trying to talk to one another.
24         This is tabula rasa and says you don't need
25   all this operational chaos that is part of the old

0026
 1  world, that to me blockchain technology will make not
 2  only the collateralized loans, any security whether it's
 3  equities whether it's -- even the more complex -- I
 4  mean, they cannot be too complex because then, you know,
 5  automatic -- automating very complex things that require
 6  more than three, four factors, that's not --
 7              MR. GHYSELS:  Right.
 8              MS. CRUZ:  -- but there is a lot of room to
 9  make moving asset value around a lot cheaper without as
10  many intermediaries taking their two percent.
11              MR. GHYSELS:  Correct.  Correct.  We are kind
12  of winding down but I sort of wanted to -- given your
13  long career, again, in the finance world and continuing
14  in the crypto world -- so last week I read an article
15  and this is not the only thing that you that you read
16  about it, but the Financial Times, it's my morning
17  reading.
18              My Financial Times breakfast reading, that for
19  this year at least all female or mixed gender portfolio
20  management teams are outperforming all-male portfolio
21  management teams.  So as a woman in in this industry for
22  -- with a long career, any comment?  Any thoughts?
23  (Inaudible) rational or emotional?
24              MS. CRUZ:  Well, look, I actually am a huge
25  believer in diverse teams, not all men, all women -- I
0027
 1  mean, I -- a lot of people that know me tell the story
 2  when I took over fixed income, I had 22 direct reports,
 3  all of them men.  And I reorganized the division down to
 4  six direct reports which mean I gave six men much bigger
 5  jobs which means any women, you know, were shoved even
 6  lower.
 7              And I had somebody come in and say this is a
 8  meritocracy, you know.  Why is this happening?  Anyway,
 9  I'm not going to divert.  It was an incredible session
10  we had.  In a meritocracy, why do you have this state of
11  affairs?  But my observation at managing teams -- and
12  I'm very passionate about it is diversity, not all women
13  because all women teams, I think it's a different kind
14  of hell, but diverse teams.
15              If 52 percent of the gray matter of the world
16  is female, which it is, you can't exclude that and
17  expect an optimum outcome.  But in addition to the
18  gender, I think -- I was born and raised in Greece.  I
19  have a very unique approach to a problem, not better,
20  not worse, than a guy from Ohio and a gal from India.
21              MR. GHYSELS:  (Inaudible).
22              MS. CRUZ:  So to me, diverse teams that come
23  to a problem with a very ecumenical point of view is

24  what gives you the better answer.  So I think some of
25  that data might speak to that point.
0028
 1          MR. GHYSELS:  I completely agree.  I mean, I,
 2  myself, also from Belgium, and being from a small
 3  country -- we were a little bit even smaller than
 4  Greece.  I know what you're talking about.  You know,
 5  your advisor to Ripple, the CEO of Ripple, and it's sort
 6  of well-known that Ripple is sitting on a huge pile of
 7  cash, and it's sort of looking for you know where to go
 8  with blockchain technology.
 9          I -- you know -- just -- what's your thought?
10  I mean, you know, they've been very successful with the
11  interbank transactions model and, of course, that's one
12  distinguished application for which they really created
13  a market.  What else is out there?  What do you think
14  would be the sort of bet for a company like Ripple?
15          MS. CRUZ:  Well, look I think they chose a
16  space, the cross-border payment space, high volume, low
17  value, not the (inaudible) Morgan Stanley, Goldman Sachs
18  space.  The one that addresses -- it's a multi-trillion-
19  dollar space, by the way.  Two hundred dollars adds to a
20  lot of money --
21          MR. GHYSELS:  Yeah,
22          MS. CRUZ:  -- but you're talking about 2.7 --
23  oh, sorry, 1.7 billion unbanked.  1.7 billion people
24  don't even have a bank account, no -- how small the
25  account is, and another 2 billion people under bat.
0029
 1          MR. GHYSELS:  Right.
 2          MS. CRUZ:  So they chose a space that said not
 3  only do you have people outside of the financial system,
 4  and XRP being used as the bridge currency because it was
 5  designed for that, is a multi-trillion-dollar problem
 6  that if I solve it, I make a lot of money.  I, being
 7  Ripple, but also, I make a difference.
 8          And frankly, the reason I am so excited to
 9  work with that company is they can change the world.  So
10  that's their mission.  They're not going to -- it's very
11  expensive, by the way, to have railroad tracks that
12  reinvent the way cross-border payments are being done.
13  So they're lucky to have a balance sheet for such a
14  worthy goal.
15          Having said that, look I used to be an options
16  trader.  Options are wonderful things to have provided
17  they're not too expensive.  They understand that there
18  are -- the ecosystem is being built, you know, exchanges
19  that are worthy of that word, as opposed to fly by night
20  exchanges in the middle of nowhere.
21          So they are putting some money in that

```
22   optionality of -- if that infrastructure gets built, it
23   has two things.  One is it legitimizes the space and
24   also you're making money on your investment.  But I
25   would say they're very smart in the way they're going
0030
 1   about these options, but their main mission where the
 2   money is being spent is really laying down those
 3   railroad tracks that are very important.
 4           And no one -- I mean, frankly, as I said, they
 5   can't pretend they occupy a big -- they are a store of
 6   value, just like Bitcoin is obviously -- but they're the
 7   clear winner currently in that cross borders -- the
 8   clear winner --
 9           MR. GHYSELS:  Correct.
10           MS. CRUZ:  -- and that's why -- as I said
11   though, I also say they could be the Netscape of the
12   world or they could continue to be Google from day one
13   to where they are today.
14           MR. GHYSELS:  Indeed.  Indeed.  Maybe it's
15   time for us to -- let me just look at some of the
16   questions in the, in the chat.  So, my friend, Ken
17   Harvey (phonetic), a friend and colleague at -- has a --
18   let me, let me read his question.  When recently -- we
19   recently had a risk off realization with the COVID
20   crisis.
21           In March, the stock market plunged and so did
22   gold, and Bitcoin.  Cryptos dropped 50 percent.  When
23   things calm down and sentiment changed to risk on equity
24   markets went up, stocks, gold cryptos.  What does this
25   influential observation tell us?  Aren't these just risk
0031
 1   assets?  Where -- there was no hedge? That's a first
 2   question.  Why don't we take that one first?
 3           MS. CRUZ:  Right.
 4           MR. GHYSELS:  So -- yeah --
 5           MS. CRUZ:  Yeah.
 6           MR. GHYSELS:  -- COVID --
 7           MS. CRUZ:  Right.
 8           MR. GHYSELS:  --it's the perfect laboratory
 9   for, you know --
10           MS. CRUZ:  Mm-hmm.
11           MR. GHYSELS:  -- bad outcomes.  And--
12           MS. CRUZ:  So --
13           MR. GHYSELS:  -- there was nowhere to hide.
14           MS. CRUZ:  Right.  Exactly.  So if you take
15   the horizon of zero to six months or zero to a year,
16   let's say, they were as risk assets speculative vehicles
17   as frankly, Tesla at 800 P is a speculative vehicle.  No
18   different.  I feel the crypto world in the frame that
19   I'm putting it, three -- year one to five years out is
```

```
20   equivalent to the value investor who is dying a slow
21   death and saying one of these years I'm actually -- my
22   long-term horizon is going to work.
23            MR. GHYSELS:  (Inaudible).
24            MS. CRUZ:  -- and battery investors look at
25   not the next six months.  So that's how I separate the
0032
 1   horizon and how we evaluate these.  That's why this idea
 2   of looking at correlations versus portfolio, right now,
 3   I think that's nonsense.  That doesn't work for the
 4   reasons we just talked about.
 5            MR. GHYSELS:  My question is can we talk about
 6   governance tokens?  I mean, we touched on them very
 7   briefly with the smart contracts that are linked to
 8   these governance tokens that are linked to fintech
 9   innovations like MKR, Konk (phonetic).  It seems like
10   they should be treated differently from purely
11   speculative assets like Bitcoin.  So that's the
12   regulatory side or -- but what's your thoughts about
13   those governance tokens?
14            MS. CRUZ:  I didn't know enough to be -- to
15   give you a thoughtful answer, to be honest with you, but
16   I would be -- what I would be -- beware of uses of
17   nomenclature that vests you with some kind of a
18   credibility to bilk, if you will, the unsuspecting.  I
19   think governance should be part and parcel of any
20   company in any space.
21            I don't know that you need a different coin to
22   actually express that, but as I said, I don't know
23   enough to really -- this was just my gut reaction to it.
24            MR. GHYSELS:  Sure.  You suggested a one to
25   five percent allocation to cryptos early on in our
0033
 1   conversation.  That's a huge range depending on your
 2   assets under management.
 3            MS. CRUZ:  Exactly.
 4            MR. GHYSELS:  How would the investor decide
 5   where to be in that range?  What kind of portfolio
 6   analytics would, you know, a PM run to make this
 7   decision?  And on a related note, how do you estimate
 8   the upside versus the downside probabilities of these
 9   bits?
10            I mean, I've looked at correlations between --
11   I mean, I know that where you want to stay away from
12   correlations and you want to, sort of, be -- look more
13   like the, sort of, upside over longer horizons.  But,
14   you know, where would you recommend a person who is more
15   in a traditional mindset of, you know, hedging and
16   correlations across different asset classes?  And where
17   would you put them between the one and five percent
```

18  which can be a huge difference?
19          MS. CRUZ:  So, first of all, I would look at
20  who I am in terms of my net worth, like you say, and for
21  me, if you are barely making ends meet and you have some
22  -- some assets to -- there is value to sleeping well at
23  night.  So to me, if five percent of whatever it is you
24  have you're starting to not sleep well that's too much
25  no matter what probabilities you assigned to it, because
0034
1  for me, as I said in trading when I was managing
2  traders, even if you assigned 0.01 probability to a
3  scenario and you bankrupt Morgan Stanley, the position
4  is too big.
5          So that's how I would think about it.  If
6  you're sleeping like a baby, maybe one percent is too
7  small.  So it's you.  What is your risk appetite based
8  on -- you should not put yourself, if you have three
9  kids to feed, in a position where you can't feed them.
10 Having said that, if you're the kind you have no
11 obligations and you say, you know what, if I am wrong, I
12 don't care.
13         I'm going to sell my house and my car, and I'm
14 going to live in a tent, 10 percent might be appropriate
15 for the moonshots.  So that's how I look at investments,
16 not just crypto but traditional investments as well.  I
17 value sleeping well at night.  In my career, basically,
18 since I guess I saw fortunes being made and lost, for me
19 sleeping well at night is an important thing.
20         I work because I want to, not because I need
21 to.  So to me that dictates how you should be
22 approaching investing in the world.  What's your risk
23 appetite for change in life?  In terms of the
24 cryptocurrencies, I would look more like the internet
25 world.
0035
1          So let's say you decided back in 1997 all
2  these cool companies were coming up, Internet Explorer
3  and blah blah blah, you know how much can I afford to
4  lose to a business plan?  You had these people being
5  given money on a business plan.  You know, not actually
6  executing on a -- just a business plan.
7          And the right call was again, within that
8  profile, how much money and within that I would do the
9  analysis the same way, which is looking at why is Google
10 that just announced in 1997 -- they're going to get into
11 that space -- and I would look at again the industry
12 risk within that industry risk, what are the people
13 jumping at the bid at the Internet Explorer, or whatever
14 the -- so for me, right now, is Ripple is the clear
15 winner.

16          What do I need to see to make sure they stay
17     that?  Are there others that are coming behind Bitcoin?
18     And overall, the one thing I would say, the risk that
19     you can't handicap, is a quantum computing.  I mean,
20     most people that know anything about it, and I know
21     exactly zero, if not less than zero, they say that's a
22     long way off, and they'll be antidotes to the problem.
23     But if it's not a long way off and that 51 percent
24     attack becomes an easy peasy thing, everything I've
25     said, you need to forget about.
0036
1          MR. GHYSELS:  Actually, you know, I do a lot
2      of research on quantum these days.  It's still -- it's
3      one of these moonshot researcher -- I mean, it's
4      something that is probably -- I don't know how many
5      years I have left in my research career.  It's probably
6      not the best investment.  If I were a young person, it
7      might have bigger payouts, but I just love the topic and
8      I was going to end by announcing our next webinar which
9      we run a webinar series on quantum.
10          This is ongoing and it's -- the next one is
11     going to be in two weeks actually, on dynamic portfolio
12     allocation.  But quantum is indeed, a big, a big unknown
13     right now because of the entire cryptography, which is
14     the underpinnings of the blockchain security, the trust
15     that we have.
16          It is in the -- if we can crack those
17     algorithms much easier and we do, we'll do -- be able to
18     do that in a foreseeable future, actually, if given
19     what's going on in terms of the technology evolving with
20     quantum computing.  It is -- it's a really serious
21     problem not only for crypto assets -- it's an obvious
22     problem for crypto assets, but also all the document
23     safety, the encryptions of documents.
24          It's -- it will scare the hell out of
25     financial institutions.  It is known that people are
0037
1      just saving documents right now because they know that
2      in a couple of years, they will be able to encrypt them
3      easily.  And that's a totally different chapter to talk
4      about, but it is an important topic that I think people
5      in the financial industry -- some of them are very aware
6      of it and are getting prepared for it, but there are
7      still a lot of who are not.  And that's --
8          MS. CRUZ:  First of all, I would love to be
9      invited to that because -- but what I would say is the
10     way the Google executives talk -- and others talk about
11     auto-driving cars --
12          MR. GHYSELS:  Yeah.
13          MS. CRUZ:  -- it's a great story and it will

14  be a great story for another decade, if ever.  In fact,
15  a very serious man said if ever.
16           MR. GHYSELS:  Right.
17           MS. CRUZ:  And I look at that world, and as I
18  said I'd love to be invited, where for purposes of what
19  we're talking about both the governments and the
20  research itself is long way off, is what I'm hearing
21  from people that know something about -- so --
22           MR. GHYSELS:  Yeah.  Yeah, yeah, I agree, but
23  -- you know self-driving cars and all that is a much
24  more complex problem than the cryptography problem which
25  is more relevant here for their conversations.  In any
0038
 1  event, I think we're kind of running -- out of time.  I
 2  had a great time talking to you --
 3           MS. CRUZ:  Thank you.
 4           MR. GHYSELS:  And you know, when this pandemic
 5  is behind us, I hope that we can have another meeting
 6  face-to-face, and continue this conversation.  To close,
 7  I would like to say that we resume -- since we ended up
 8  -- that was not really planned -- alternate quantum --
 9  we will have Rethinc Labs Quantum Seminar on September
10  23rd.
11           That's a continuation of our series on quantum
12  by Roman Auras (phonetic) who is actually going to talk
13  about a dynamic portfolio allocation problem with real
14  data on a quantum machine.  And so mark your calendars.
15  The information is on the Kenan Institute Rethinc Labs
16  website.  Again, Zoe this was a wonderful conversation.
17  We've covered a lot of things and I really appreciate
18  it.  Thanks for being with us today.  Take care.
19           MS. CRUZ:  Thank you for the invitation.
20  Thank you very much.
21           MR. GHYSELS:  (Inaudible) bye, bye.
22           (End of audio.)
23                     * * * * *
24
25
0039
 1                 TRANSCRIBER'S CERTIFICATE
 2
 3  I, Kayla Regan, hereby certify that the foregoing
 4  transcript is a complete, true and accurate
 5  transcription of all matters contained on
 6  the recorded proceedings in the Matter of Ripple Labs,
 7  Inc. 04 - Rethinc Labs - Digital Asset Allocation
 8  Webinar, 401685.
 9
10
11  _____

```
12    Transcriber
13    8/3/2022
14
15
16
17
18
19
20
21
22
23
24
25
```

# PX 503.23

PX 503.23
https://www.youtube.com/watch?v=Fzxbyuv1Kb4



Julia Chatterley #CryptoCrazy with @Ripple CEO Brad Garlinghouse  CNN Interview

4,156 views · Sep 12, 2019

```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:          )
 4                              ) File No. NY-09875-A
 5   RIPPLE                     )
 6
 7   SUBJECT:  Julia Chatterley #CryptoCrazy with
 8             @Ripple CEO Brad GarlinghouseCNN
 9             Interview - YouTube.mp4
10   PAGES:    1 through 13
11
12
13
14
15
16
17
18
19                   VIDEO TRANSCRIPTION
20
21
22
23
24        Diversified Reporting Services, Inc.
25                 (202) 467 9200
0002
 1           P R O C E E D I N G S
 2   Julia Chatterley #CryptoCrazy with @Ripple CEO Brad
 3   GarlinghouseCNN Interview - YouTube.mp4
 4          MS. CHATTERLEY:  We've been looking at ways
 5   cryptocurrencies can be a force for positive change.
 6   One example is Ripple.  It's a platform used to make
 7   international money through transactions faster and
 8   cheaper.
 9          Now, one way Ripple facilitates that is by
10   using the cryptocurrency XRP.  I asked CEO Brad
11   Garlinghouse to explain what XRP actually is and how it
12   all works.  Listen in.
13          MR. GARLINGHOUSE:  XRP is like a bitcoin.
14   It's a digital asset.  It's today the third most
15   valuable digital asset.  And it -- what we do is, we
16   take a transaction between banks, and instead of having
17   a bank prefund and account at the other bank, which is
18   how correspondent banking works today, the bank of Brad
19   in dollars would prefund the bank of Julia, perhaps in
20   pounds.  And then, I would debit and credit that.
21          But, that means I have to prefund and have
22   dormant capital sitting at that other bank.  What we
23   allow banks to do, we allow payment providers to do, is
```

```
24  to tap into the liquidity of XRP liquidity.  So, today
25  there's lots of liquidity between XRP and U.S. dollar.
0003
 1  There's lot of liquidity between XRP and British pound,
 2  and you can tap into that to move value in real time, in
 3  seconds.
 4          And even compared to bitcoin, which takes up
 5  to 12 minutes to complete one transaction, XRP is
 6  extremely fast, at about three seconds per transaction.
 7  That has meant XRP's extremely scalable in contrast to
 8  how bitcoin works.
 9          MS. CHATTERLEY:  So, it basically goes, bank
10  Brad has dollars, dollars get transferred to XRP, then
11  XRP is transferred to sterling, and sterling then hits
12  bank Julia.  That's how it works?
13          MR. GARLINGHOUSE:  That's exactly right.  And
14  so, from a consumer point of view, and how we're working
15  with, for example, a Money Gram, the consumer itself
16  doesn't actually see that it's flowing through XRP to
17  solve their problem.
18          What the consumer sees is simply a better
19  product at a better price.  That's good for Money Gram.
20  That's good for Money Gram's customers.  And so, we're
21  seeing more momentum than we've ever had around using
22  XRP to move this liquidity around the world.
23          And so, we couldn't really be happier about
24  how that has played out.  In a world where there's still
25  a lot of, I think of FUD, a lot of uncertainty, a lot of
0004
 1  doubt about what's going on in crypto, this is a
 2  real-use case solving a real problem for real customers.
 3          MS. CHATTERLEY:  Okay, so which banks right
 4  now are actually using Ripple?
 5          MR. GARLINGHOUSE:  Well, we have signed up
 6  about 2 -- over 200 banks around the world.  Some of
 7  those banks just use our software to do that debit and
 8  credit, fiat to fiat, and some of them are using XRP in
 9  those flows.  We have banks like (inaudible) that we've
10  been working with for years and are moving lots of
11  volume through Ripple's technology.
12          And then, as I mentioned earlier, payment
13  providers like Money Gram, or Ria, or Azimo that are
14  using XRP actually to move that liquidity and really
15  solve -- reducing their cost and improving the product.
16          MS. CHATTERLEY:  Just in terms of the
17  transactions though that you're seeing using Ripple,
18  what proportion of those actually use XRP versus direct?
19  And just, where do you see that ratio going?  I'm just
20  trying to get a sense of how much --
21          MR. GARLINGHOUSE:  Yeah.
```

22          MS. CHATTERLEY:  -- XRP itself is actually
23  used as part of the Ripple platform?
24          MR. GARLINGHOUSE:  So, I would say, either
25  order of magnitude, the way I think about it is similar
0005
 1  to the proportion of customers.  So, if we've got, you
 2  know, I don't know, a couple hundred customers we have
 3  launched.  Ten to fifteen of them we've talked about
 4  using XRP.  You know, I would use that ratio as the
 5  total ratio between what's happening with Ripples
 6  technology overall (audio cuts out).
 7          MS. CHATTERLEY:  XRP, like bitcoin and other
 8  cryptocurrencies has been volatile.  I asked Brad if the
 9  message to investors is, "Don't use XRP to speculate."
10          MR. GARLINGHOUSE:  People are going to
11  speculate on different asset classes.  People speculate
12  on gold, currencies.  I mean, you name it.  People are
13  going to speculate.
14          When we think about this, and what I have said
15  very publicly is, I think the long-term value of any
16  digital asset is going to be derived from the utility it
17  delivers.  There is a lot of hype in the crypto market
18  space.  You know, we have seen that even recently.
19          You know, we -- a lot of attention around
20  what's going on with Libra and Facebook's announcement
21  around Libra.  Today, that's just a white paper.  That
22  actually isn't -- it isn't live.  It hasn't launched.
23          And, you know, so I think the hype often gets
24  ahead of reality in many technologies.  And I think
25  that's true in the crypto space as well.
0006
 1          What I would encourage any person looking at
 2  this marketplace is to really understand what is real,
 3  what is not real, and understand, "Is there a use case?
 4  Is there a utility?"
 5          Bitcoin -- I'm long bitcoin, and bitcoin, I
 6  think, has real utility around being a store of value.
 7  It's digital gold.
 8          But, if a bitcoin transaction takes, on
 9  average, 12 minutes to confirm, and the transaction cost
10  is over $1.00 per transaction, that's not going to be
11  great for a payment solution.  So, around payments, we
12  think XRP is uniquely and extremely well positioned to
13  solve that payments problem.
14          It's extremely fast, at about three seconds
15  per transaction, and it costs about a thousandth of a
16  penny to actually enable that transaction.  So, we often
17  make the point that, while -- where bitcoin is very
18  profound in solving that store of value, an XRP
19  transaction's about a thousand times faster, and it's

20   about a thousand times cheaper per transaction.
21           MS. CHATTERLEY:  I saw some Twitter traffic,
22   one in particular, crypto bit law that's threatened to
23   take over, because they say that you, the company, is
24   dumping, that you're pushing supply out to the market.
25   Can you explain to me the difference between XRP and
0007
 1   bitcoin with regards supply and with regards --
 2           MR. GARLINGHOUSE:  Sure.
 3           MS. CHATTERLEY:  -- how much ownership Ripple
 4   itself actually has, as a proportion of XRP out there at
 5   this moment?
 6           MR. GARLINGHOUSE:  Okay, so the first thing to
 7   understand is these are all open source technologies.
 8   When people talk about, you know, forking technologies,
 9   you have seen bitcoin forked multiple times.  You have
10   bitcoin cash, bitcoin -- BSV, bitcoin cash, bitcoin
11   diamond, bitcoin -- I can't name them all.  There's four
12   or five forks of the bitcoin block chain.
13           Bitcoin, obviously the primary BTC has
14   remained, kind of, the most notable.  But, in the same
15   way, people can take XRP and open source technology, and
16   hypothetically, they could fork that, if they chose to
17   do so.
18           Now, around the ownership piece, as is the
19   case with bitcoin, there's some big whales that were
20   early in the bitcoin community.  You know, there's one
21   wallet that has a million bitcoin in it.  Nobody knows
22   who owns it.
23           In the XRP community, Ripple is the largest
24   owner.  And the point I have made is, we are the most
25   interested party in the success of the XRP ecosystem.
0008
 1   We're very focused on our use case, and how do we solve
 2   problems with XRP?
 3           But, one of the things I'm excited about is,
 4   you're seeing a growing ecosystem of other players
 5   investing in other use cases around XRP.  Just recently,
 6   we announced a partnership with Coil, which is doing
 7   micropayments for content.
 8           So, next time you're reading a story on the
 9   Financial Times website, and you hit that pay wall, you
10   hypothetically just pay, "Hey, here's a dime.  Here's a
11   quarter.  Here's 50 cents," where today, you know,
12   that's a pretty hard problem.  And it -- companies like
13   Coil are going to use XRP for those micropayment
14   transactions.
15           So, yes, Ripple owns a lot of XRP.  We're very
16   interested in the success of XRP, but the accusations of
17   us dumping, you know, that's not in our best interest to

```
18   do that.  You know, we're clearly interested in a
19   healthy, successful ecosystem, and so, we would never do
20   that, and in fact, have taken steps to lock up most of
21   the XRP we own into escrow such that we can't touch it.
22        MS. CHATTERLEY:  Interesting, so -- but, you
23   agree that you can control the price, to some degree,
24   because ultimately --
25        MR. GARLINGHOUSE:  Oh, no.
0009
 1        MS. CHATTERLEY:  -- the Ripple community has
 2   so much power.  No?
 3        MR. GARLINGHOUSE:  No.  I mean, if you look at
 4   the correlations between XRP and most of the crypto
 5   market, what are often called the alt coins, you see a
 6   very high degree of correlation.  You know, Ripple can't
 7   control the price of XRP anymore than, you know, the
 8   whales can control the price of bitcoin.
 9        You know, some of these markets, particularly
10   smaller tokens that are -- you know, have a lower market
11   cap and lower float, if you will, you know, they are at
12   risk of people manipulating them.  But, you know, you're
13   talking about XRP trades, order of magnitude, a billion
14   dollars.
15        According to coin market cap, it trades, you
16   know, on an order of magnitude, a billion dollars a day
17   of activity.  So, I don't think anybody's in a position
18   to really manipulate those prices.
19        MS. CHATTERLEY:  It's quite funny.  One of the
20   big questions that I was asked when I was talking bout
21   people about XRP, they said, "What price do you sell XRP
22   to, to the financial institutions that you're dealing
23   with here?  Do you -- do you give them a discount and is
24   there a lockup?"  Can you answer those questions,
25   because this kept coming?
0010
 1        MR. GARLINGHOUSE:  Yeah, sure.  So, I mean,
 2   let's use Money Gram as the example.  When Money Gram is
 3   moving money from U.S. dollar to Mexican peso, they're
 4   buying at market.  They're not -- there's no, you know,
 5   special sweetheart deal there.
 6        There are times when we work with
 7   institutional investors who might say, "Hey, we want to
 8   buy $10 million of XRP."  And we would have lockups that
 9   would prevent them from dumping -- you know, we don't
10   want some other party buying a whole lot of XRP and
11   dumping it on the market.
12        And so, we would hypothetically have
13   restrictions about what they could sell and then what --
14   you know, how often.  And usually, those are based upon
15   volume in the market.
```

16          MS. CHATTERLEY:  Yeah, so you might give them
17  at slightly cheaper, but you say, "Hey, you're not
18  allowed to sell it for six months, let's say, or a
19  year?"
20          MR. GARLINGHOUSE:  Yeah.  Correct.  That's
21  basically --
22          MS. CHATTERLEY:  Yeah.
23          MR. GARLINGHOUSE:  -- correct.
24          MS. CHATTERLEY:  So, just at a time when
25  cryptocurrency investments are battling to become more
0011
 1  mainstream, a behemoth facing some skepticism on its own
 2  part is trying to enter the space.  Facebook announced
 3  plans to launch its own cryptocurrency recently, Libra.
 4  Now, their scale could be potent.  Could that be a bad
 5  thing or a good thing though, going forward?  I asked
 6  Brad that very question.
 7          MR. GARLINGHOUSE:  I think it's been net good
 8  for the industry to bring the attention that Libra has
 9  brought on the industry.  I think that part of the
10  maturation of the industry is that transparency and that
11  debate, that healthy debate.  And so, net-net, I think
12  it's been a good thing.
13          I think it's way too early to predict exactly
14  what the implications are going to be.  You know,
15  Facebook obviously is a consumer-oriented company, came
16  out and talked about how they're more aggressively
17  competing with financial institutions.  They highlighted
18  Western Union as an example.
19          And so, our view is, "Hey, we can -- we can
20  partner with those financial institutions," and help
21  them solve a problem at scale that we've talked about
22  here.  So, I think it's too early to tell.
23          I think Facebook came out in a way that
24  probably wasn't as engaging to regulators as maybe they
25  could have been, and that stirred up a lot of concern.
0012
 1  And it -- we've made the point that we shouldn't paint
 2  the entire crypto industry with a broad brush.
 3          There's different types of projects.  Some are
 4  trying to be very regulatory-compliant, like what Ripple
 5  is doing with XRP.  There's also some that are trying to
 6  circumvent regulators, things like Monero that are
 7  intentionally trying to be -- you know, they're about
 8  anonymity.
 9          And so, I think, you know, the -- as
10  regulators look at the category, they just need to be
11  thoughtful about not painting it with one broad brush.
12  And that's what we've really tried to emphasize.
13          MS. CHATTERLEY:  The CEO of Ripple.

```
14              (End of video.)
15
16
17
18
19
20
21
22
23
24
25
0013
 1               TRANSCRIBER'S CERTIFICATE
 2
 3  I, Ann Dooley, hereby certify that the foregoing
 4  transcript consisting of 12 pages is a complete, true
 5  and accurate transcription of all matters contained on
 6  the recorded proceedings, Julia Chatterley #CryptoCrazy
 7  with @Ripple CEO Brad GarlinghouseCNN Interview -
 8  YouTube.mp4, File Number NY-09875.
 9
10  _____
11  Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.24

PX 503.24  Live_tapes_20200824_Session_2

```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:           )
 4                               ) File No. NY-09875-A
 5   RIPPLE                      )
 6
 7   SUBJECT:  Ripple CEO Brad Garlinghouse at the FinTech
 8             Insider on Tour Money20 20 Europe 2018 -
 9             YouTube_5
10   PAGES:    1 through 12
11
12
13
14
15
16                    VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24             Diversified Reporting Services, Inc.
25                    (202) 467 9200
0002
 1                 P R O C E E D I N G S
 2   Ripple CEO Brad Garlinghouse at the Fintech Insider
 3   Tour, Money20 20 Europe 2018 - YouTube_5
 4             (Music Playing.)
 5             INTERVIEWER:  Brad, we're here.  We are here.
 6             MR. GARLINGHOUSE:  Nice to see you again.
 7             INTERVIEWER:  Yeah, good to see you.  We just
 8   came offstage.
 9             MR. GARLINGHOUSE:  Absolutely.  It was very
10   good.
11             INTERVIEWER:  That was interesting.
12             MR. GARLINGHOUSE:  Well done.
13             INTERVIEWER:  Thank you.  No, thank you.  Well
14   done.  There was a really loud bit of music in the
15   background, but we got through it.  We managed to talk
16   about nostro vostros and your announcement today.
17             MR. GARLINGHOUSE:  I think as you pointed out,
18   the music and the thumping was all about excitement
19   around what we're doing with xRapid.
20             INTERVIEWER:  Absolutely.  So, Brad
21   Garlinghouse, CEO of Ripple, you had an announcement
```

PX 503.24  Live_tapes_20200824_Session_2

22  today.  Do you want to remind us what it is?
23          MR. GARLINGHOUSE:  Yes.  We are very excited.
24  You know, we've seen a lot of continued investment in
25  the XRP ecosystem, but we, Ripple, wanted to go beyond
0003
 1  that even, and we're working with 17 universities around
 2  the world where we're funding 50 million dollars,
 3  contributing that to those universities to further the
 4  investment in blockchain, in crypto.  You know, this
 5  really is the workforce of the future.
 6          INTERVIEWER:  Mm-hmm.
 7          MR. GARLINGHOUSE:  And I think there's so many
 8  different ways these technologies can be used to
 9  catalyze industries, to change the way global commerce
10  is flowing.
11          INTERVIEWER:  Mm-hmm.
12          MR. GARLINGHOUSE:  And I think using these
13  technologies for that workless -- workforce of the
14  future could really change the future.
15          INTERVIEWER:  And this is about addressing
16  some of the perceived centralization as well a little
17  bit.  Like you would see them running validators and
18  things like that?
19          MR. GARLINGHOUSE:  Certainly some of the
20  universities we're working with are going to be running
21  validators.  It was important to us that this was really
22  a philanthropic effort, and it wasn't just a hey, you
23  know, we're going to do X, Y, and Z, and we want you to
24  do these things.  It was really stepping back.
25          And it's one of the reasons why we didn't even
0004
 1  require that the research in some of the -- there's a
 2  Ripple fellowship launching at the University of
 3  Pennsylvania.  You know, it's not even required that
 4  it's just focused on XRP.  It's -- look, we want to
 5  understand blockchain technologies broadly.  We want to
 6  further the research and further the usage of those
 7  broadly.
 8          INTERVIEWER:  So, you guys, two core products,
 9  xRapid and xCurrent.  So xCurrent being the one that
10  people probably know.  It's the cross-border Fiat to
11  Fiat, and xRapid is based on XRP, the digital asset --
12  the natively digital asset.
13          So, we separated those two on stage.  I think
14  we got through them.  We talked about the business case
15  for liquidity management and so on.  But you guys sold,
16  was it 170 million dollars of XRP, and you've kind of
17  publicly disclosed all of that stuff --

PX 503.24  Live_tapes_20200824_Session_2

18            MR. GARLINGHOUSE:  Correct.
19            INTERVIEWER:  -- in Q1, and that's now
20   building the war chest.  Do you see a time in which that
21   flips into being revenue from -- you know, kind of
22   providing xRapid and xCurrent more so than selling XRP?
23            MR. GARLINGHOUSE:  You know, we definitely
24   continue to see both sides of the business grow quickly.
25            INTERVIEWER:  Mm-hmm.
0005
1            MR. GARLINGHOUSE:  We -- as we talked about on
2    stage, we've signed up now more than a hundred customers
3    on xCurrent.  We're seeing more customers sign up on
4    xRapid.  We've publicly disclosed I think six or seven
5    of those.  Ultimately when we think about success it's
6    how do we drive success of the XRP ecosystem broadly.
7            INTERVIEWER:  Yeah.
8            MR. GARLINGHOUSE:  We are one of many
9    participants in that ecosystem.  We are the most
10   interested participant.  You know, we own, as we talked
11   about, 60 percent of all the XRP.  One of the reasons
12   why we're so proactive and transparent about what we do
13   with XRP is because we want to be a steward of the
14   industry.
15           INTERVIEWER:  Mm-hmm.
16           MR. GARLINGHOUSE:  We want to make sure
17   there's total transparency, and so we do, as you
18   referenced, send out a quarterly report and put it out
19   there to share exactly what we see happening in the
20   ecosystem, what we've sold, what others are doing, what
21   we see happening, because we want everyone to
22   participate and benefit from that ecosystem.
23           INTERVIEWER:  And so, when you say everyone to
24   participate and benefit, like pretty much anyone can buy
25   the XRP if they were to go to a cryptocurrency exchange.
0006
1    So, who do you think is buying the XRP?
2            MR. GARLINGHOUSE:  Well, I think -- I can't
3    know who is buying XRP on, you know, Bitstamp or
4    Kraken --
5            INTERVIEWER:  Because it's the --
6            MR. GARLINGHOUSE:  -- because it's their
7    customers.  You know, we certainly see more
8    institutional interest.  We, Ripple, you know, we sell a
9    little bit of XRP ourselves directly.
10           INTERVIEWER:  Mm-hmm.
11           MR. GARLINGHOUSE:  Those are with
12   institutional investors, institutional players.
13           But, you know, one of the things I think is

Page 3

PX 503.24  Live_tapes_20200824_Session_2

14  exciting to see change a little bit in the crypto
15  industry broadly, and we talked about this on stage, is
16  I feel like two years ago, you know, the use case for
17  crypto was kind of all about Silk Road or AlphaBay.  And
18  now you're seeing, you know, more of our people talk
19  about well, now crypto's all about the speculator.  And
20  I think that's true, but I think that's also an
21  evolution.
22          INTERVIEWER:  So, is crypto for the
23  speculator, or is it really lately actually for somebody
24  else, is it for the institutions do you think?
25          MR. GARLINGHOUSE:  Well I --
0007
1          INTERVIEWER:  Or would you prefer to see it go
2  that way?
3          MR. GARLINGHOUSE:  Many industries are -- you
4  know, let's choose a commodity like gold, let's use a
5  commodity like oil.  You know, speculators are part of
6  those ecosystems, and they're an important part because
7  they're providing liquidity to those ecosystems.  So,
8  many, many industries have speculators who participate.
9  Ripple is focused on how do we focus on -- or how do we
10 enable a institutional use case.
11          INTERVIEWER:  Yeah.
12          MR. GARLINGHOUSE:  We aren't trying to, you
13 know -- I actually was quoted publicly as saying I
14 cringe when people talk about promoting a digital asset.
15          INTERVIEWER:  Mm-hmm.
16          MR. GARLINGHOUSE:  Ripple never tries to
17 promote XRP as a digital asset.  We try to demonstrate
18 its usefulness in product flows, in solving a real
19 problem.
20          INTERVIEWER:  But you're an organization I
21 think where a lot of the founders have a lot of XRP.
22 There's a lot of potential for conflict and that sort of
23 thing.  Your clients are the banks.  How do you get them
24 comfortable with the idea that like you hold a lot of
25 XRP and the -- XRP's price isn't going to be volatile,
0008
1  that there's not going to be any compliance challenges
2  coming down the road?  How do you get them there?
3          MR. GARLINGHOUSE:  Well, the first thought in
4  terms of potential conflicts you described, that assumes
5  that we actually could control the price of XRP.
6          INTERVIEWER:  Mm-hmm.
7          MR. GARLINGHOUSE:  Which I would say we can't.
8          INTERVIEWER:  If you were to dump a lot of it
9  on the market, though.

Page 4

PX 503.24  Live_tapes_20200824_Session_2

```
10              MR. GARLINGHOUSE:  Yeah, we actually now,
11    as I think you probably know, we have it tied up in
12    escrow --
13              INTERVIEWER:  Yeah.  (Crosstalk.)
14              MR. GARLINGHOUSE:  -- and so we can't even do
15    that.  But it's important I think for any healthy market
16    to not have a player controlling the market.
17              INTERVIEWER:  Mm-hmm.
18              MR. GARLINGHOUSE:  And I made a comment, not
19    on stage but separately, Ripple the company had our best
20    quarter ever in Q1.
21              INTERVIEWER:  Mm-hmm.
22              MR. GARLINGHOUSE:  We signed up more than a
23    bank a week to production contracts.
24              INTERVIEWER:  And production contract means
25    that they intend to switch on xCurrent or xRapid.
0009
 1              MR. GARLINGHOUSE:  Real flows.
 2              INTERVIEWER:  Yeah.
 3              MR. GARLINGHOUSE:  Well, xCurrent or xRapid,
 4    yes.  But real flows, real money, not experiments.
 5              INTERVIEWER:  And what's the balance there, is
 6    it mostly xCurrent still, is that the --
 7              MR. GARLINGHOUSE:  It's still mostly xCurrent
 8    for sure.
 9              INTERVIEWER:  Yeah.
10              MR. GARLINGHOUSE:  And I think you're starting
11    to see -- I mean, we just launched xRapid in the market,
12    you know, Q3, Q4 last year.  So, the point I wanted to
13    make, though, is, you know, in a quarter where we had a
14    record quarter and signed up more than a bank a week,
15    the price of XRP went down 70 percent.
16              INTERVIEWER:  Mm-hmm.
17              MR. GARLINGHOUSE:  So, I think that the idea
18    that, you know, these are --
19              INTERVIEWER:  That correlates it.
20              MR. GARLINGHOUSE:  Yeah.  You know, look if
21    the whole ecosystem is successful -- you and I have
22    talked about this informally before, but I think the
23    problem you see in the ICO market is so many of these
24    tokens don't have usefulness.
25              INTERVIEWER:  Mm-hmm.
0010
 1              MR. GARLINGHOUSE:  The long-term value of any
 2    digital asset would be derived by the usefulness of that
 3    digital asset, by the utility it delivers.
 4              INTERVIEWER:  And there's a gap between when
 5    it's initially available and when it becomes useful,
```

Page 5

PX 503.24  Live_tapes_20200824_Session_2

```
 6  there's this period of time.  Like so if -- do you feel
 7  that speculators have been burned, and do you feel like
 8  there are sensible steps that the market as a whole
 9  should be taking to kind of --
10          MR. GARLINGHOUSE:  I mean, have speculators
11  been burned, I mean, massively.
12          INTERVIEWER:  Yeah.
13          MR. GARLINGHOUSE:  I mean, there have been
14  outright frauds, right.  You know, we've all read about
15  these things.  And, you know, I also made the comment,
16  you know, experiments in blockchain or white papers are
17  not a business model.
18          INTERVIEWER:  Mm-hmm.
19          MR. GARLINGHOUSE:  And for those that are, you
20  know, focused on investing in those spaces, I would
21  offer a lot of caution.
22          INTERVIEWER:  Mm-hmm.
23          MR. GARLINGHOUSE:  I think Ripple has been
24  successful in part because we've been very focused on
25  let's solve one set of problems for one set of
0011
 1  customers.  We've gone very deep there, and our momentum
 2  there has I think served us well.
 3          INTERVIEWER:  It is.  Brad, thank you so much
 4  for being on FinTech Insider and Blockchain Insider with
 5  us.  I'm sure we'll bump into you soon.  And where can
 6  people find out more about you?
 7          MR. GARLINGHOUSE:  Ripple.com.
 8          INTERVIEWER:  Thank you for being with us.
 9          MR. GARLINGHOUSE:  Check us out.  Thank you.
10          INTERVIEWER:  Thank you.
11          MR. GARLINGHOUSE:  Good to see you.
12          (End of video.)
13                      * * * * *
14
15
16
17
18
19
20
21
22
23
24
25
0012
 1                  TRANSCRIBER'S CERTIFICATE
```

Page 6

PX 503.24  Live_tapes_20200824_Session_2

```
 2
 3   I, Rhonda Markland, hereby certify that the foregoing
 4   transcript consisting of 11 pages is a complete, true
 5   and accurate transcription of all matters contained on
 6   the recorded proceedings, Ripple CEO Brad Garlinghouse
 7   at the FinTech Insider on Tour Money20 20 Europe 2018 -
 8   YouTube_5, in the matter of RIPPLE, File Number
 9   NY-09875.
10
11   _____
12   Transcriber
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 503.25

0001
1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3   In the Matter of:      )
4                          ) File No. NY-09875-A
5   RIPPLE LABS, INC.      )
6
7   SUBJECT:      Brad Garlinghouse The _Bridge_ Currency
8                 XRP on Fintech Beat with Chris Brummer
9   LINK:         https-www.youtube.com-watch-v-
10                xTsRJNxqsco-Aug-23-22-10-03-59-
11                GMT-0400-(EDT)
12  POSTED BY:    FinTech Beat
13  DATE POSTED:  October 19, 2019
14  PAGES:        1 through 30
15
16              VIDEO TRANSCRIPTION
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25              (202) 467-9200
0002
1          P R O C E E D I N G S
2   Brad Garlinghouse The _Bridge_ Currency XRP on Fintech
3   Beat with Chris Brummer
4          MR. BRUMMER:  Well, not quite.  I'll be
5   talking about more than just the Benjamins.  Welcome
6   to Fintech Beat where finance, technology, and policy
7   come together.  I'm your host, Chris Brummer.  The
8   future of finance is now.
9          There are lots of cryptocurrencies but only
10  a couple of household names in the industry.  One,
11  however, is Brad Garlinghouse.  Now, Brad is the CEO
12  of Ripple, a digital currency firm building
13  applications and infrastructures supporting the
14  digital asset XRP, which is supposed to operate like a
15  bridge currency, connecting government-backed fiat
16  currencies for international remittances.
17          Now, Ripple is a bit unusual from most
18  crypto firms, in part because they actually have
19  active clients, plus XRP, the cryptocurrency Ripple
20  supports and owns roughly 50 percent of, enjoys the
21  third highest market capitalization in the world.  And
22  as such, it enjoys hoards of devoted fans across the
23  world.  But the firm has faced some uncertainty about
24  the legal status of XRP and like all cryptocurrency
25  firms, is operating in an age of growing confusion and
0003

1  skepticism in the wake of Facebook's widely criticized
2  announcement that it, too, would launch its own
3  cryptocurrency called Libra.
4         I had invited Brad to speak at Washington's
5  Fintech week, a conference I ran this year with CQ
6  Roll Call, Georgetown Law, and the Institute of
7  Financial Markets, and he agreed to not only speak at
8  the conference but to also sit down with me on the
9  sidelines for a special conversation for the podcast.
10  Now, although I had attended a Ripple event at
11  Berkley, and Ripple's non-profit organization that
12  supported blockchain research at Georgetown, I had
13  never met the man, and I wanted to know just what
14  makes him tick and how he operates in an age of
15  uncertainty.
16         MR. BRUMMER:  We are absolutely delighted to
17  have Brad Garlinghouse, the CEO of Ripple here on
18  Fintech Beat to talk to us a little bit obviously
19  about Ripple, but also cryptocurrencies and other big
20  things happening in Washington, D.C.
21         Brad, thank you so much for joining the
22  show.
23         MR. GARLINGHOUSE:  Chris, thank you very
24  much for having me.  It's good to be here.
25         MR. BRUMMER:  Well, you know, this has been
0004
1  a pretty astounding couple of weeks in the world of
2  crypto, especially crypto policy.  We also had last
3  week some of Mark Zuckerberg's comments on the -- on
4  the Hill.  I -- I just wanted to first get your
5  perspective as one of the leading lights out there in
6  crypto world.
7         When you see these conversations on Capitol
8  Hill about Libra and about cryptocurrencies more
9  generally, I mean, what do you usually think?  I mean,
10  are you happy about the attention that it's
11  generating?  Or do you have concerns?  What's -- how
12  do you feel?
13         MR. GARLINGHOUSE:  The first thing I think
14  is kind of almost the macro oh my gosh how far we've
15  come.
16         MR. BRUMMER:  Yeah.
17         MR. GARLINGHOUSE:  You know, I joined Ripple
18  about four and a half years ago and first was exposed
19  to Bitcoin about a couple years before that, and you
20  know had you told me that we would be living in a
21  world where there would be Congressional hearings last
22  week with, you know, the CEO of one of the most
23  valuable companies on the planet, if we had the
24  President of the United States tweeting out about
25  cryptocurrencies, regardless of the content of either
0005
1  of those --
2         MR. BRUMMER:  The president is tweeting out

3   about crypto, yeah.
4          MR. GARLINGHOUSE:  I would not have
5   predicted that when I joined Ripple four and a half
6   years go.
7          You know, how does it make me feel?  It
8   makes me feel enthusiastic because I think the -- some
9   of these conversations need to be have -- need to be
10   had, and we have to work through some of the questions
11   that these new technologies represent and what they
12   may change.
13          I do think though, and you kind of
14   introduced into your question, I -- I think there is
15   some risk with extra attention and scrutiny comes
16   what -- what will -- how will regulations change?
17          MR. BRUMMER:  Yeah.
18          MR. GARLINGHOUSE:  And you know, for Ripple
19   we have tried very hard to work within the frameworks
20   that exist, leaving aside the question around how to
21   classify different digital assets, banking regulatory
22   frameworks are actually pretty clear.  You know, and
23   we have kind of taken the position that we're not
24   chain a KYC requirement, an AML requirement, OFAC
25   compliance, all these different acronyms that go with
0006
1   regulation of banking, which is important.  And so it
2   makes me excited --
3          MR. BRUMMER:  The wonderful mix of acronyms
4   that --
5          MR. GARLINGHOUSE:  Yes.
6          MR. BRUMMER:  -- that makes for a financial
7   regulation.
8          MR. GARLINGHOUSE:  Alphabet soup, yeah.
9          MR. BRUMMER:  Yeah.  Part of -- at least I
10   get the sense when I both participated in some of
11   these hearings, and as I've looked on from afar, is
12   that people are trying to get information.  I mean,
13   there are literally thousands of cryptocurrencies out
14   there and you know, there's a spectrum more or less
15   between, you know, the average American may have heard
16   of Bitcoin and because of hearings like the one with
17   Mark Zuckerburg, you know, they -- they know that
18   Facebook has some kind of cryptocurrency and they may
19   or may not know the word Libra, but then you get to
20   something like XRP, and even as -- as much interest
21   as -- as you've generated and particularly in the
22   crypto community, I think it's useful to walk our
23   listeners through, sort of, where in-between Bitcoin
24   and Libra XRP is -- is located, and what is it
25   supposed to do, and how does it differentiate itself
0007
1   from -- from those sort of two poles?
2          MR. GARLINGHOUSE:  Perfect.  Well, I'll
3   start by pointing out that, I mean, today we say
4   Libra, and I think I always make a point of inserting

5  the word "white paper."
6       MR. BRUMMER:  (Laughs) Yeah, that's true.
7       MR. GARLINGHOUSE:  So the Libra White Paper,
8  as contrasted with Bitcoin, we're way further over on
9  the -- the Bitcoin side of things.  And actually, I
10  would even say in some ways on the other side of the
11  Bitcoin side, meaning you know, today Libra's a white
12  paper, it's an idea, there's no working activity.  You
13  know, Bitcoin actually is obviously a working network
14  and solving a store of value problem.
15       You know, with XRP, and what -- how Ripple
16  uses XRP, it is really solving -- it's a utility.
17  It's solving a real problem.  And I think the
18  maturation of this industry arguably, you know, yeas
19  ago started with kind of serving Silk Road.  I think
20  we all acknowledge that happened, and you know --
21       MR. BRUMMER:  That wasn't the best --
22       MR. GARLINGHOUSE:  It did.
23       MR. BRUMMER:  That wasn't the best use of --
24       MR. GARLINGHOUSE:  It wasn't the highlight.
25  But then we kind of moved into this phase of arguably
0008
1  over rampant speculation.  Now, that's one of the few
2  examples you say, well, that's progress.
3       MR. BRUMMER:  Yeah.
4       MR. GARLINGHOUSE:  Now, speculation is
5  probably not the -- I certainly don't think it's
6  anywhere close to the in point, and it -- you know, I
7  think what we're graduating to in 2019 and certainly I
8  think we'll see more in 2020, is real use cases,
9  solving real problems, and I think people are figuring
10  out these different assets, how these different
11  technologies can be applied to solve real problems.
12       One of the challenges Silicon Valley, and
13  you know, I've lived there a long time, but Silicon
14  Valley sometimes has a technology in search of a
15  problem versus a problem in search of a technology.
16  And for Ripple, we've been very clear about what
17  problem we're trying to solve.  Some people in the
18  crypto community, I think, still -- they're trying to
19  solve problems that I'm not sure are real problems.
20       MR. BRUMMER:  So what exact problem are --
21  are you trying to solve?
22       MR. GARLINGHOUSE:  Ripple is solving a
23  problem with regard to how correspondent banking --
24  and correspondent banking is the -- the interplay
25  between cross border banks.  So if I want to send
0009
1  Chris Brummer 10,000 pounds in the U.K., today the way
2  the banking system works is banks have pre-funded
3  accounts in other currencies, and that's kind of
4  dormant capital sitting there and waiting for it to be
5  activated -- waiting for a payment to be activated.
6  That's -- there's an opportunity I think to decrease

7   that prefunded amount and make the whole system much
8   more efficient.
9          So today, order of magnitude, you have about
10  $10 trillion in these prefunded accounts.  If we can
11  reduce that by half by using these digital assets to
12  shuttle liquidity in real time, then I think you
13  dramatically improve frankly global commerce.  You're
14  reducing friction.  That's a good thing.  You're
15  increasing speed.  That's a good thing.  And I mean
16  this for all levels of participation, from big
17  companies to people who are truly unbank today.
18          MR. BRUMMER:  XRP, your cryptocurrency, sort
19  of operates with a couple of institutionalized
20  services that -- that you provide, and I'm only
21  walking folks through this --
22          MR. GARLINGHOUSE:  Yeah.
23          MR. BRUMMER:  -- because I think it's really
24  important to stress just how different all the
25  different cryptocurrencies are, and -- and you guys
0010
1   have different kinds of products that -- that
2   facilitate that cross border financing and a flow of
3   money powered by, in effect, that cryptocurrency.  Is
4   that a safe generalization?
5          MR. GARLINGHOUSE:  Yeah.  I'm going to
6   correct one thing at first.
7          MR. BRUMMER:  Yeah.
8          MR. GARLINGHOUSE:  I mean, Ripple uses an
9   open-source technology, the XRP Ledger.  It's not "our
10  XRP."  We own a lot of XRP and so we care about the
11  health, the vibrancy and activity, but one of the
12  misperceptions that creates lots of confusion in the
13  marketplace is XRP is a separate open-source
14  technology.
15          Our tech stack uses XRP, and we use XRP
16  frankly because it's far more efficient than, I'll use
17  Bitcoin, or Ether, for that matter.  And I say more
18  efficient as measured by cost per transaction.
19          So on average today, a Bitcoin transaction
20  costs about $1.80 and takes, I think last I saw was
21  around 10 minutes.  By contrast, an XRP transaction is
22  about 1/1000th price and 1,000 times faster per
23  transaction.  So I'm actually a bullish Bitcoin.  I
24  happen to own Bitcoin.  I don't think Bitcoin's going
25  to solve the payments problem because it's too slow
0011
1   and too expensive on a per transaction basis.  I mean,
2   yeah, it only can enable about seven transactions per
3   second.
4          MR. BRUMMER:  And -- and the way in which --
5   how would you describe, not just the difference in
6   terms of the efficiency of the payment operation, but
7   one of the frequent descriptors used for XRP is -- a
8   bridge currency versus a pure cryptocurrency.

9        MR. GARLINGHOUSE:  Yeah.
10        MR. BRUMMER:  You know, what does that mean
11  in practice?
12        MR. GARLINGHOUSE:  Yeah, I'm thrilled you're
13  asking this question because I think one of the great
14  misperceptions in this whole space, and I recognize
15  that not everyone agrees with me on this, we talk
16  about these as cryptocurrencies, so let's define, what
17  does that mean, a "currency"?
18        Now, for me in a kind of just layman's
19  English kind of way, a currency is what I can walk
20  into Starbucks and buy a cup of coffee with.  None of
21  these are currencies today.  None.  And I actually
22  would go so far as to argue the consumer use case for
23  these really to be currencies, in other words in a
24  consumer's hands, I don't know what problem that's
25  solving in major economies, in major I'll say G-20
0012
1  markets.
2        G-20 markets represent, you know, I think 90
3  percent of global GDP.  And I, again, I know often
4  times people point out that there's lot of non-G-20
5  markets where I get it.
6        MR. BRUMMER:  Yeah.
7        MR. GARLINGHOUSE:  You got an inflation
8  problem, I mean, you know, those countries often times
9  have already lost control of their monetary supply and
10  so I'm not making that argument.  But currency to me
11  suggests a use case around fiat that I don't -- we
12  don't think about XRP as we're championing a consumer
13  fiat experience.
14        Libra, when it first came out, I think it
15  shifted.  The white paper, I think originally it was
16  kind of hey, we're going to be a new fiat currency; I
17  think they've shifted that a little bit.  But XRP we,
18  think about as an institutional shuttling of value
19  between different liquidity pools, if you will.  So
20  today the partnership we have with MoneyGram, they're
21  going dollar to Mexican peso.
22        Prior to our partnership with them, they
23  would have to prefund every four or five days, you
24  know, many millions of dollars into Mexican peso and
25  it would sit there and wait until, you know, debits,
0013
1  debits, debits.  Well, now they can multiple times a
2  day move on a treasury basis; it's not every time
3  Chris walks in and make a payment, it's, you know, the
4  treasury operation has gone from every four or five
5  days to multiple times per day and that makes their
6  treasury operations much more efficient.
7        MR. BRUMMER:  When you think through then
8  that particular use case, is that particular use case
9  one that distinguishes itself from Bitcoin also
10  because of, you know, the allied services that can be

11   created around it?  So the reason why I'm just
12   bringing this up is when you think through Bitcoin and
13   Libra, there are other kinds of cryptocurrencies, some
14   of which claim advantages with programmability.  Some
15   claim advantages in terms of the broader ecosystem in
16   which they are relating.  Some obviously go so far as
17   to make certain kinds of claims in terms of the
18   interface with retail customers.  You all are -- are
19   sort of going in between that and sticking more on
20   that institutional end.
21         MR. GARLINGHOUSE:  Yeah.  I -- look, I --
22   maybe I'm not smart enough to know exactly how the
23   consumer angle for cryptocurrencies plays out, I'm
24   just making the argument that today in G-20 markets,
25   you know, I -- I did go to Starbucks this morning, I
0014
1    happened to use cash, but I could have used my Visa, I
2    could have used my Starbucks app, but it was all USD
3    denominated and it's super-efficient.  I recognize
4    that, you know, had I used my Visa that Visa might
5    have taken 150 bps -- I don't know what their
6    agreement with Starbucks is, maybe it's 100 bps -- you
7    know, but it's -- it's small enough that I think
8    it's -- it's not material.
9          I think one of the challenges for the crypto
10   community broadly, and as you talk about the different
11   use cases, you know, many years ago when I was at
12   Yahoo! I penned this document called the "Peanut
13   Butter Manifesto."  And the idea behind the Peanut
14   Butter Manifesto is that Yahoo! was spreading itself
15   too thinly across lots of different initiatives.  In
16   the crypto community, I think the best counsel I can
17   give any entrepreneur thinking about being in this
18   space, is be really focused and really clear about the
19   problem you're solving and go deep with that customer
20   segment.
21         What I think has given Ripple a lot of
22   momentum is early on we decided here's the problem
23   we're trying to solve around correspondent banking, we
24   know who that customer is, we know how to target them,
25   we know how to build technology and products for them,
0015
1    and I look at some of what's going on and, you know,
2    you talked about programmable money, if you will,
3    that's a great, interesting concept but like, you
4    know, it's kind of, if I'm a customer, how -- what do
5    you want me to do with that?  We have thought very
6    hard about like how do you go to market?  How do you
7    understand that customer?
8          Serve that customer?  And you know, I think
9    some of the projects in the crypto space have had a
10   peanut butter problem of being far too broad, far too
11   many use cases, far too many just generic stuff as
12   opposed to go deep and really understand that

13  customer.
14      MR. BRUMMER:  So depth, as opposed to sort
15  of breadth --
16      MR. GARLINGHOUSE:  Breadth, yeah.
17      MR. BRUMMER:  -- kind of a business
18  strategy.
19      So moving back, you know, to -- to the, you
20  know, we're in Washington, D.C., and we're all about
21  policy and regulation and at the same time the
22  regulators are trying to grapple with understanding
23  cryptocurrencies, as much as they are concerned with
24  regulating them, and there's this -- an enormous
25  amount of energy, regulatory administrative energy,
0016
1  sort of, devoted towards thinking through what, you
2  know, qu'est-ce que c'est, you know, what -- what
3  exactly cryptocurrencies are.
4      And you know, part of that -- that
5  uncertainty is uncertainty on the regulatory end and
6  then it's also -- leads to uncertainty for the market
7  participants, and then it -- it sort of creates a --
8  this circle or cycle of response and counterresponse,
9  and XRP has had to live with that kind of uncertainty.
10  Some people say it's a security, and others absolutely
11  not.  But how exactly from a business end do you both
12  navigate the uncertainty?  And then even more
13  fundamentally, what is it?
14      What kinds of tools do you think regulators
15  could use or -- or could be helpful to regulators to
16  provide real time kind of input for a lot of the
17  people who are thinking about entering into that space
18  to create a cycle that's a little bit more -- with
19  more immediacy, both on the regularly end, also on the
20  market participant end, to sort of more through some
21  of the -- the big regulatory unknowns?
22      MR. GARLINGHOUSE:  So one of the reasons why
23  I love that you're doing programming like this is
24  because I think it's clear to me that, not just in
25  Washington but really more broadly than that, the
0017
1  amount of misinformation I often refer to as FUD --
2  fear, uncertainty and doubt -- it's born, I think, of
3  almost a tribalism within the crypto world where
4  different parts of the community are tribal about
5  their particular -- I mean, I would also refer to it
6  as almost religious -- they're praying at the altar of
7  one project versus another project, and I think that
8  has fueled a lot of misinformation, which makes it
9  frankly hard for regulators.
10      It makes it hard for Washington, D.C. to
11  understand.  And look, I -- I mean, even while I have
12  been in Washington, you know, meeting you, I've had
13  some other meetings and I'm still a little bit amazed
14  some of the questions I get.  They're like, okay,

15  we've got a long way to go, and I think we, the
16  industry, do ourselves a disservice by spending the
17  energy kind of throwing shade on other projects, as
18  opposed to like I fundamentally believe to you, and I
19  mean very genuinely, at Ripple, you know, we have
20  invested a lot of money in the crypto community
21  broadly and projects, some touching XRP, some not
22  touching XRP, because I think all boats will rise.
23          If the crypto community -- the ecosystem,
24  the industry grows, that's going to be good for
25  Ripple.  I feel -- I'm 100 percent confident about
0018
1  that.  And so I'm spending time in D.C. and with you
2  because I -- I want people to better understand these
3  things.
4          Now, you also asked a little bit -- talked
5  about XRP.  I mean, there is uncertainty.  The SEC
6  came out roughly, I mean, almost 18 months ago, order
7  of magnitude, and say Bitcoin's not a security, and
8  shortly thereafter said Ether's not a security, then
9  they stopped, and they have gone kind of to the other
10  end of the spectrum and gone after, you know, some
11  enforcement actions on specific projects.  You know,
12  that has created a little bit of uncertainty.
13          You know, you asked how do you operate in
14  uncertainty?  You know, my attitude is we're going to
15  keep solving a customer's problem.  We're going to
16  keep building.  We're going to be building new
17  products, we're going to sign up new customers.  We've
18  been fortunate because we're -- we've gained a ton of
19  momentum, frankly post-before that 18 months ago, but
20  even since then, and you know, it -- it's gone really,
21  really well for us.  And I think it's just because
22  we're like, look, our -- we're heads down solving a
23  customer problem, we're selling it, we're deploying
24  it, we're making good progress.  It's very clear to me
25  that XRP's not a security.
0019
1          You know, other consequential regulatory
2  bodies like the U.K.'s regulatory -- regulators of
3  consequence have said that.  In Japan, they say that.
4  And Singapore.  I understand the SEC has a hard job.
5  I also think, you know, when you're a hammer,
6  everything's like a nail and I think, you know, with
7  the SEC sometimes everything might look like a
8  security.  You know, we can talk more about this if
9  you would like, but you know, I -- I think that we'll
10  continue to have conversations with regulators
11  globally and help them understand and educate and you
12  know, clear up misperceptions and see what -- I'm
13  confident that we'll end up in good place
14          MR. BRUMMER:  You know, part of the work
15  also when you think about crypto is, okay, so you have
16  that regulatory uncertainty piece, and then you

17    also -- because for Ripple in particular, trying to
18    work with even the legacy financial institutions to
19    sor=t of say, hey, we have this new product, you know,
20    what do you think is the hardest part of solving that
21    uncertainty for them?  That is, sort of explaining to
22    them what you do and to explain to them, you know,
23    here's my use value and my -- and my value
24    proposition.
25         MR. GARLINGHOUSE:  Yeah.
0020
1          MR. BRUMMER:  Because as you had mentioned,
2    you know, between Silk Road and the speculation, and
3    so I'm -- I'm sure some of the more established
4    players on Wall Street just want to know, okay, so
5    what is it?
6          MR. GARLINGHOUSE:  Yeah.  It's a good
7    question, and I -- I think it's kind of interesting.
8    I'll give you a couple specific anecdotes.
9          I do spend, I don't know, 20 to 25 percent
10    of my time talking to regulators globally, and I spend
11    that time explaining to them that this isn't about
12    Silk Road and every transaction that goes through
13    Ripple's technology is KYC, know your customer.  It's
14    checked for AML.  It's checked for that alphabet soup
15    that we have talked about.
16          I don't think -- well, MoneyGram would be
17    another interesting anecdote.  When we sign that deal,
18    before going live, before announcing the deal, we
19    spent time with them briefing their regulators of
20    consequence about how this worked, and once they
21    understood that we're -- we're using it at an
22    institutional level, there are no anonymous
23    transactions, like once they understand the basics
24    it's like oh, so this is just a better way to manage
25    your treasury operations, they're like okay, great.  I
0021
1    mean, you know, and we were on the phone with lots of
2    regulators that MoneyGram -- that regulate MoneyGram
3    today because before they wanted to announce that deal
4    they wanted to make sure they understood what was
5    going on, and this was -- there's nothing to hide
6    here.  I was incredibly pleased to see the reaction we
7    got from regulators across the board with MoneyGram
8    because they were like okay, great, and we've charged
9    forward, and it's worked out really well.
10          MR. BRUMMER:  Oh yeah.  And it is -- it is
11    very interesting, and just going back to your original
12    sort of white paper, you know, spectrum to the actual
13    operations, you know, going concern example --
14          MR. GARLINGHOUSE:  Yeah.
15          MR. BRUMMER:  -- for crypto, when you look
16    forward and you think about the -- the
17    institutionalization or the adoption by the sort of
18    legacy institutions between, you know, banks and

19  fintech firms -- other kinds of fintech firms, how do
20  you see that -- that playing out in the sector?  And
21  also, you know, do you have any -- any -- well, I was
22  about to say, and how much is XRP worth?  But -- but
23  before the market question, but just the adoption
24  question, you know, what do you see as -- as the
25  adoption and the speed or pace of adoption in your
0022
1   banking and the non-bank fintech sector?
2         MR. GARLINGHOUSE:  Yeah.  Well, a couple
3   things.  One is, I think in the adoption of fintech
4   technologies and the industry, I -- I think anything
5   that's championing what I'll call regulatory
6   arbitrage, I think there's very limited upside there.
7   I think there are examples where I see companies
8   taking advantage of a imbalance in regulatory
9   frameworks and yes, you can capitalize on that, I just
10  think that's a short-term opportunity.  Exactly, the
11  playing field will be level.
12        You know, on XRP itself, and really I would
13  say crypto broadly, I have publicly said before, you
14  know, 99.9 percent of all crypto trading is
15  speculation today.  The amount of real utility you're
16  talking about is very, very low and I -- that's true
17  within the XRP community, as well.
18        Now, I've also said like you can watch.  It's
19  a public ledger.  You can see, you know, where volumes
20  are growing, contracting, and we -- we've talked
21  publicly about -- partly because of MoneyGram, as well
22  as some other customers where they are using what we
23  call on-demand liquidity, which is that product that's
24  moving so you don't have to prefund that I was
25  describing earlier, and you can see that the volume of
0023
1   transactions between XRP and the Mexican peso at a
2   time when crypto trading dropped by about 50 percent
3   over the summer, that volume grew by more than 50
4   percent.  That's because there's really utility.
5   It -- and that's a growing amount of traffic, and
6   we're continuing to grow that amount of traffic.  And
7   so you can see, you know, what is going on, you know,
8   what percentage of XRP to MXN, Mexican peso
9   transactions, as that grows it's a pretty safe bet
10  that a larger and larger percentage of that is
11  actually utility not speculation.
12        We have seen some individual days where over
13  80 percent of volume between XRP and MXN was actually
14  payment flows for -- through our on-demand liquidity
15  product.  So that means only 20 percent --
16        MR. BRUMMER:  (Indiscernible).
17        MR. GARLINGHOUSE:  -- was, you know, just
18  people speculating and trading.
19        MR. BRUMMER:  Well, I guess we're -- we'll
20  end sort of a little bit where we began and -- and

21  talking a little bit about utility.  One of the big
22  developments sort of in crypto world is development of
23  stable coins as -- as alternative payment instruments.
24  And Libra, okay some people say was a stable coin,
25  some people say it's not, I would be curious to get
0024
 1  your --
 2          MR. GARLINGHOUSE:  Well, right now it's just
 3  a white paper.
 4          MR. BRUMMER:  Right now, it's just a
 5  white -- that's --
 6          MR. GARLINGHOUSE:  It's another.  It's a
 7  white paper.
 8          MR. BRUMMER:  It's neither.  I mean, but how
 9  do you view that development?  And how do you see it
10  impacting your work?
11          MR. GARLINGHOUSE:  Well, I think stable
12  coins, obviously, have been a fascinating evolution.
13  As you said earlier, you know, this whole industry
14  continues to evolve at such a pace it's pretty
15  fascinating.  I don't think stable coins are really
16  material until maybe two or three years ago.  And I
17  would say in some ways they've exceeded my
18  expectations in terms of the problem they're solving.
19          I think stable coins are definitely here to
20  stay.  For us, they don't really change -- I mean, if
21  you have 50 stable coins, you still need
22  interoperability between them.  You need liquidity.
23  You know, kind of -- what Ripple's trying to do is
24  really analogous to the internet of information, where
25  you had -- if you're old enough to know, Prodigy and
0025
 1  CompuServe and AOL, you know, non-interoperable
 2  datasets, and then along comes TCPIP and HTTP and you
 3  created interoperability, and the Internet kind of
 4  destroyed the Prodigy.  And I think the way we look
 5  about -- at these closed networks is Ripple is
 6  enabling technology to allow interoperability between
 7  the payment networks.  So if I'm a Paytm customer in
 8  India, the largest mobile wallet provider in India
 9  with a couple hundred million digital wallets, and I
10  want to get a payment to my mom on Mother's Day on
11  Paytm from my BAML account, like today -- you know, I
12  even say that, I think oh my god, like how would you
13  do that?  Right.  I got $50 in my BAML account, how
14  would I move it to a Paytm account?  Good luck.  And
15  chances are you cannot -- if you tried to move 50, by
16  the time you got the money there, all of it would be
17  gone or most of it would be gone.
18          MR. BRUMMER:  It would be a lot less than
19  50.
20          MR. GARLINGHOUSE:  It would be a lot less.
21  It probably would all be gone.
22          You know, why do we think about those not as

23  just interoperable networks and we can move money from
24  one to other seamlessly at extremely low cost and
25  extremely fast?  That's the vision we have for the
0026
 1  future.  And I think there's so many examples that,
 2  you know, I think unlocks value for consumers, for
 3  businesses, and really accelerates global commerce.
 4        MR. BRUMMER:  Brad, thank you again so much
 5  for dropping by.  This has been a fascinating
 6  conversation.
 7        MR. GARLINGHOUSE:  Thanks, Chris.  Thanks
 8  for having me.
 9        MR. BRUMMER:  So let me tell you that Brad
10  Garlinghouse is one of the most interesting persons in
11  the world to talk to.  He's smart, quick on his feet,
12  and pretty darn funny, so I'm pretty sure that some of
13  you may be interested in learning even more from Brad
14  about Ripple, and how XRP could one day interface with
15  not only fiat currencies, but also stable coins,
16  Libra, and central bank digital currencies.  So for
17  this podcast, I wanted to leave you with a small
18  excerpt of our conversation on stage during Fintech
19  Week.  If you want more, the full discussion can be
20  found on CQ Roll Call's Fintech Beat web page.
21        (Fintech Week conversation excerpt)
22        MR. BRUMMER:  One of the -- the questions
23  that was always sort of, is tagged along with the
24  conversations on Libra is, you know, are people able
25  to just differentiate the different cryptocurrencies?
0027
 1  And each one, particularly the more established
 2  cryptocurrencies, but even some of the -- the sort of
 3  startup cryptocurrencies have varying, you know,
 4  ecosystems with -- with the different --
 5        MR. GARLINGHOUSE:  Right.
 6        MR. BRUMMER:  -- features to them.  So maybe
 7  you can just walk our audience through, you know, what
 8  Ripple does?  And to walk through the X -- what the
 9  particular cryptocurrency of XRP is designed to do?
10        MR. GARLINGHOUSE:  Yeah, so in its simplest
11  form, Ripple is an enterprise software company that
12  sells software to banks and financial institutions.
13  We use as part of our tech stack a -- a open-source
14  digital asset called XRP.  We own a lot of XRP, and so
15  we are certainly interested in the success of that
16  broadly defined.  But you know, I think there's a lot
17  of intentional misinformation and sometimes just
18  confusion in the marketplace about what is Ripple
19  versus what is XRP?  You know, and that has, I think
20  the misinformation or the FUD that gets sprayed, I
21  think it's kind of bad for the whole industry and
22  makes it harder.  I mean, I -- you know, Chairman
23  Clayton, who I think it's also just a huge sign of how
24  far -- far we've come, that the Chairman of the SEC's

25  is coming here and spending time with us is I think a
0028
1  big positive deal.  I gave him a huge shoutout and
2  round of applause for that.
3          MR. BRUMMER:  Yeah.
4          MR. GARLINGHOUSE:  I -- I think it's -- the
5  misinformation makes it harder for regulators to do
6  their job.  You know, as Chris knows, you know, one of
7  the announcements that Ripple has made this week is
8  we're opening a D.C. office at a time when I think a
9  lot of companies in the space are running away from
10  D.C.; we're running towards D.C.  We announced the
11  creation of the office, and Michelle Bond, whose here,
12  is going to be leading that office.  And we announced
13  that Craig Phillips, who formerly was a counselor to
14  Secretary Mnuchin in the Treasury, joined our board of
15  directors.
16          I think they're both indications that we are
17  continuing to invest in making sure there's clarity in
18  Washington, clarity frankly globally with how digital
19  assets -- you know, the different functions that it
20  informs.
21          I think as Chris knows, I -- I think it's
22  very dangerous to paint any industry with one broad
23  brush, and I think that's certainly to -- true in the
24  crypto community.  And when that happens, I think
25  we're doing a disservice to those that are maybe
0029
1  working more constructively with industry, as opposed
2  to those who are trying to circumvent regulation and
3  circumvent laws.
4          The challenge sometimes in Silicon Valley,
5  the echo chamber I was referring to earlier is you
6  have technologies in search of a problem, versus a
7  problem in search of a technology.  And I think for
8  tier one economies, let's say the G-20, it's not clear
9  to me that the currencies in those markets -- you
10  know, the dollar works well, the yen works well, the
11  euro works well, and I don't see these things as
12  penetrating consumer use cases at scale any time soon.
13          MR. BRUMMER:  Brad, thank you so much for
14  coming today.
15          MR. GARLINGHOUSE:  Thank you.
16          MR. BRUMMER:  I appreciate your time.
17          (End of video file.)
18                  * * * * *
19
20
21
22
23
24
25
0030

1        TRANSCRIBER'S CERTIFICATE

2

3    I, Elaine LaRosee, hereby certify that the foregoing

4    transcript is a complete, true and accurate

5    transcription of all matters contained on the recorded

6    proceedings in the matter of:

7    Brad Garlinghouse The _Bridge_ Currency XRP on Fintech

8    Beat with Chris Brummer.

9

10

11

12

13        _____

14        Transcriber

15

16

17

18

19

20

21

22

23

24

25