# PX 504

Statements by @Patgriffin9 on Twitter

(PX 504 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 2/29/16 | PatGriffin9 | RT @Ripple: Ripple Partners with Crypto Facilities for XRP Derivatives: https://t.co/O66Amax8ak https://t.co/5xMU50hJNq | https://twitter.com/twitter/status/704363793132945408 | 504.01 |
| 3/2/16 | PatGriffin9 | RT @CryptoFLtd: Excited to announce that we are partnering with @Ripple to create a market place for XRP derivatives. https://t.co/6c0EDEvS… | https://twitter.com/twitter/status/704844020946571264 | 504.02 |
| 3/11/16 | PatGriffin9 | $64M in 24 hour payment volume on @ripple!  Big numbers! #xrp #ripple #btc https://t.co/OddroBQ7mk | https://twitter.com/twitter/status/708408010368901121 | 504.03 |
| 4/8/16 | PatGriffin9 | Correction from NYT on coverage of XRP. $XRP will always be central to our company's success: https://t.co/Rj2QlHbA6E | https://twitter.com/twitter/status/718261466546204672 | 504.04 |
| 9/24/16 | PatGriffin9 | Wondering what all the good @ripple news means for #XRP? https://t.co/F4nAPOIa0b | https://twitter.com/twitter/status/779555025341157376 | 504.05 |
| 9/29/16 | PatGriffin9 | . @ripple #XRP Gets Strong Vote of Confidence Following Global Bank Investments https://t.co/O0JJg7sMva | https://twitter.com/twitter/status/781571118226223104 | 504.06 |
| 12/15/16 | PatGriffin9 | RT @Ripple: XRP is core to Ripple's strategy, and the time is right for us to feature XRP more prominently. https://t.co/xzjMK78T0W | https://twitter.com/twitter/status/809545145213292544 | 504.07 |
| 1/10/17 | PatGriffin9 | RT @Ripple: We are excited to announce @Bitstamp will begin trading XRP! https://t.co/suz3IjVVBX | https://twitter.com/twitter/status/818853410476683265 | 504.08 |
| 1/10/17 | PatGriffin9 | RT @Bitstamp: Bitstamp is announcing trading of @Ripple's #XRP today! Full trading is going to be available on January 17 https://t.co/jyUx… | https://twitter.com/twitter/status/818853516055711744 | 504.09 |
| 1/17/17 | PatGriffin9 | RT @Bitstamp: Bitstamp and @ripple have teamed up! XRP trades on Bitstamp are FREE until 10 February! https://t.co/lmNboozfpE | https://twitter.com/twitter/status/821415871822249984 | 504.10 |
| 1/24/17 | PatGriffin9 | RT @warpaul: First @Ripple XRP Quarterly Market Report https://t.co/m5ErcaQs8x | https://twitter.com/twitter/status/823934591840829440 | 504.11 |
| 1/24/17 | PatGriffin9 | RT @Ripple: Ripple is excited to publish the first of our quarterly XRP Markets Reports. https://t.co/PXn2qpqZvp https://t.co/sZHdoyZPR3 | https://twitter.com/twitter/status/823949558572990464 | 504.12 |
| 1/26/17 | PatGriffin9 | Ripple Releases XRP Metrics in New Report https://t.co/NXd3le8I8n via @Finovate | https://twitter.com/twitter/status/824749841381076992 | 504.13 |
| 5/16/17 | PatGriffin9 | RT @JoelKatz: All circulating XRP is now worth more than 1/3 of all circulating bitcoin -- XRP's value represents 17.5% of the value of the… | https://twitter.com/twitter/status/864308527761731584 | 504.14 |

Statements by @Patgriffin9 on Twitter

(PX 504 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/16/17 | PatGriffin9 | Ripple to Place 55 Billion XRP in Escrow to Ensure Certainty Into Total XRP Supply | Ripple https://t.co/xHlAIqy1Ba | https://twitter.com/twitter/status/864537497585336320 | 504.15 |
| 5/16/17 | PatGriffin9 | RT @Ripple: We're placing 55B #XRP into a cryptographically secured escrow account to establish certainty around #XRP supply. https://t.co/… | https://twitter.com/twitter/status/864538187984547840 | 504.16 |
| 5/16/17 | PatGriffin9 | Ripple Pledges to Lock Up $14 Billion in XRP Cryptocurrency https://t.co/CqeIDam5KL via @CoinDesk https://t.co/0Yc66CYvsf | https://twitter.com/twitter/status/864540291038011392 | 504.17 |
| 5/16/17 | PatGriffin9 | RT @Ripple: "What appears to have finally tipped #bitcoin below the 50% mark is the 24% surge of #XRP." #XRPthestandard https://t.co/4YICZi… | https://twitter.com/twitter/status/864617386019667968 | 504.18 |
| 5/17/17 | PatGriffin9 | RT @logankugler: Want to know the REAL story about XRP? Read this! So much false news out there. Straight from top @ #Ripple. $XRP https://… | https://twitter.com/twitter/status/864980156070232064 | 504.19 |
| 5/18/17 | PatGriffin9 | RT @Ripple: #XRP will be listed on these six new exchanges- @bitso, @coinone_info, @bitbank_inc, @Satoshi_Citadel, @QUOINE_SG and @sbigroup. | https://twitter.com/twitter/status/865237277160554496 | 504.20 |
| 5/18/17 | PatGriffin9 | RT @Ripple: Pleased to announce six new exchanges will be listing #XRP, making XRP more accessible and useable #xrpthestandard. https://t.c… | https://twitter.com/twitter/status/865237350804185088 | 504.21 |
| 5/18/17 | PatGriffin9 | Kraken Introduces New Fiat Pairs for XRP Trading!  USD, JPY, CAD, EUR @Ripple https://t.co/ZYC4BmUzrK | https://twitter.com/twitter/status/865251321867231233 | 504.22 |
| 5/18/17 | PatGriffin9 | RT @warpaul: Our amazing @Ripple design &amp; marketing teams have created a beautiful new home for #XRP at https://t.co/dFjZA4ox4m | https://twitter.com/twitter/status/865295439737741312 | 504.23 |
| 5/26/17 | PatGriffin9 | RT @Ripple: Japanese exchange @bitbank_inc has listed #XRP/JPY and will begin a volume incentive campaign on June 1st. https://t.co/8JcHbh9… | https://twitter.com/twitter/status/867966725043634177 | 504.24 |
| 6/29/17 | PatGriffin9 | RT @justmoon: Did you know? @Ripple #xrp processes more transactions than #bitcoin and #ethereum combined - at 1/100th the cost per tx. #Un… | https://twitter.com/twitter/status/880565812532203520 | 504.25 |
| 10/13/17 | PatGriffin9 | RT @Ripple: The Ripple Accelerator program has taken off! Eligible customers can earn incentives in XRP. #XRP  https://t.co/1yUTOc3EaB | https://twitter.com/twitter/status/918878522361315328 | 504.26 |
| 11/28/17 | PatGriffin9 | Michael Arrington Bets Big on Ripple's XRP https://t.co/8YGh8wPXZJ via @FortuneMagazine | https://twitter.com/twitter/status/935621538425872384 | 504.27 |
| 11/29/17 | PatGriffin9 | RT @Ripple: We're on a roll! Japanese currency exchange, @gmo_coin, announced it will add $XRP to its offerings. | https://twitter.com/twitter/status/935691962031554560 | 504.28 |
| 11/29/17 | PatGriffin9 | Ripple: Get Ripple on CoinBase - Sign the Petition! https://t.co/s7qbSV2qoD via @Change | https://twitter.com/twitter/status/935975860980477952 | 504.29 |

Statements by @Patgriffin9 on Twitter

(PX 504 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/9/17 | PatGriffin9 | RT @JoelKatz: Good news, everyone! You can now trade XRP on CEX.IO! https://t.co/01qbzlT9zk | https://twitter.com/twitter/status/939322026128371712 | 504.30 |
| 12/14/17 | PatGriffin9 | RT @bgarlinghouse: Bloomberg welcomes $XRP to @theterminal and gets it right – #2 market cap behind $BTC at ~$80B! https://t.co/m9sFdKhXNR | https://twitter.com/twitter/status/941389582800527360 | 504.31 |
| 12/16/17 | PatGriffin9 | Virtual currency 'Ripple' effect takes SBI to 9-year high- Nikkei Asian Review https://t.co/MnmWbMA3HQ | https://twitter.com/twitter/status/942056312921141248 | 504.32 |
| 12/15/17 | PatGriffin9 | RT @xrptips: "@JoelKatz is the #StephCurry of #cryptocurrency" - @bgarlinghouse | https://twitter.com/twitter/status/941486731278168069 | 504.33 |
| 12/21/17 | PatGriffin9 | RT @JoelKatz: In honor of #5YearsofXRP I'm doing a #live Q&amp;A tomorrow 12/21 at 12:45pm PT to answer your questions about @Ripple and $XRP -… | https://twitter.com/twitter/status/943647368309649408 | 504.34 |
| 12/29/17 | PatGriffin9 | Utility, utility, utility #xrp | https://twitter.com/twitter/status/946774602570653696 | 504.35 |
| 1/5/18 | PatGriffin9 | @Ripple is solving a $20-$30 trillion global liquidity problem with #xrp, what opportunity is bigger than that? | https://twitter.com/twitter/status/949313973874081792 | 504.36 |
| 1/5/18 | PatGriffin9 | RT @WSJ: While sharp price moves have become the norm among virtual currencies, Ripple's 1,184% surge is surprising because of its differences with bitcoin | https://twitter.com/twitter/status/949382840814247936 | 504.37 |
| 1/8/18 | PatGriffin9 | RT @JoelKatz: Coinmarketcap's decision to exclude Korean prices from the displayed XRP price made the price appear to drop, likely triggeri… | https://twitter.com/twitter/status/950377163143790593 | 504.38 |
| 1/11/18 | PatGriffin9 | RT @bgarlinghouse: I'm pleased to be able to share @MoneyGram has partnered with @Ripple to use $XRP in their payment flows. | https://twitter.com/twitter/status/951463228902596608 | 504.39 |
| 1/11/18 | PatGriffin9 | RT @patgriffin9: Utility, utility, utility #xrp | https://twitter.com/twitter/status/951472912917086209 | 504.40 |
| 1/24/18 | PatGriffin9 | Pleased to share the 2017 Q4 $XRP markets report. What an exciting quarter it was, not to mention the strongest one yet for digital assets as a whole. https://t.co/sH9ElXmQXb | https://twitter.com/twitter/status/956184195474206720 | 504.41 |
| 12/16/17 | PatGriffin9 | Virtual currency 'Ripple' effect takes SBI to 9-year high- Nikkei Asian Review https://t.co/MnmWbMA3HQ | https://twitter.com/twitter/status/942056312921141248 | 504.42 |