# PX-504.01

https://twitter.com/twitter/status/704363793132945408



# PX-504.02

https://twitter.com/twitter/status/704844020946571264



# PX-504.03

https://twitter.com/twitter/status/708408010368901121



# PX-504.04

https://twitter.com/twitter/status/718261466546204672



# PX-504.05

https://twitter.com/twitter/status/779555025341157376



# PX-504.06

https://twitter.com/twitter/status/781571118226223104



# PX-504.07

https://twitter.com/twitter/status/809545145213292544



# PX-504.08

https://twitter.com/twitter/status/818853410476683265



# PX-504.09

https://twitter.com/twitter/status/818853516055711744





# PX-504.10

https://twitter.com/twitter/status/821415871822249984



# PX-504.11

https://twitter.com/twitter/status/823934591840829440



# PX-504.12

https://twitter.com/twitter/status/823949558572990464

← **Tweet**

⟲ **Patrick Griffin Retweeted**

 **Ripple** ✔                                            •••
@Ripple

Ripple is excited to publish the first of our quarterly
XRP Markets Reports. ripple.com/xrp-portal/xrp...



11:53 AM · Jan 24, 2017 · Twitter Web Client

**32** Retweets   **3** Quote Tweets   **31** Likes

# PX-504.13

https://twitter.com/twitter/status/824749841381076992



5:44 PM · Jan 26, 2017 · Twitter Web Client

**2** Likes

# PX-504.14

https://twitter.com/twitter/status/864308527761731584



# PX-504.15

https://twitter.com/twitter/status/864537497585336320



# PX-504.16

https://twitter.com/twitter/status/864538187984547840

---

← **Tweet**

⇄ **Patrick Griffin Retweeted**

 **Ripple** ✓
@Ripple

···

We're placing 55B #XRP into a cryptographically secured escrow account to establish certainty around #XRP supply.



ripple.com
Ripple to Place 55 Billion XRP in Escrow to Ensure Certainty of Total XRP Supply ...
We are permanently removing that uncertainty by committing to place 55 billion XRP into a cryptographically-secured escrow account by the end of 2017.

12:05 PM · May 16, 2017 · Twitter Web Client

**293** Retweets   **74** Quote Tweets   **409** Likes

# PX-504.17

https://twitter.com/twitter/status/864540291038011392



← **Tweet**

**Patrick Griffin**
@patgriffin9                                    ...

Ripple Pledges to Lock Up $14 Billion in XRP
Cryptocurrency bit.ly/2pSWRTO via @CoinDesk

XRP Distribution Curve

1:57 PM · May 16, 2017 · Twitter Web Client

**5** Retweets   **16** Likes

# PX-504.18

https://twitter.com/twitter/status/864617386019667968



# PX-504.19

https://twitter.com/twitter/status/864980156070232064



# PX-504.20

https://twitter.com/twitter/status/865237277160554496



# PX-504.21

https://twitter.com/twitter/status/865237350804185088



# PX-504.22

https://twitter.com/twitter/status/865251321867231233



← **Tweet**

**Patrick Griffin**
@patgriffin9                                              ...

Kraken Introduces New Fiat Pairs for XRP Trading!  USD,
JPY, CAD, EUR @Ripple
tmblr.co/Zb8Gam2Lmqvil

1:02 PM · May 18, 2017 · Twitter Web Client

**9** Retweets    **29** Likes

# PX-504.23

https://twitter.com/twitter/status/865295439737741312



# PX-504.24

https://twitter.com/twitter/status/867966725043634177



# PX-504.25

https://twitter.com/twitter/status/880565812532203520



# PX-504.26

https://twitter.com/twitter/status/918878522361315328



# PX-504.27

https://twitter.com/twitter/status/935621538425872384



# PX-504.28

https://twitter.com/twitter/status/935691962031554560



# PX-504.29

https://twitter.com/twitter/status/935975860980477952



← Tweet

**Patrick Griffin**
@patgriffin9

···

Ripple: Get Ripple on CoinBase - Sign the Petition!
chn.ge/2im9lWa via @Change

change.org
Sign the Petition
Get Ripple on CoinBase

3:56 PM · Nov 29, 2017 · Twitter Web Client

**52** Retweets   **1** Quote Tweet   **88** Likes

# PX-504.30

https://twitter.com/twitter/status/939322026128371712



# PX-504.31

https://twitter.com/twitter/status/941389582800527360



# PX-504.32



**Patrick Griffin**
@patgriffin9

···

Virtual currency 'Ripple' effect takes SBI to 9-year high-
Nikkei Asian Review



Virtual currency 'Ripple' effect takes SBI to 9-year high
Investors see massive unrealized gains on brokerage's stake in XRP operator
🔗 asia.nikkei.com

10:38 AM · Dec 16, 2017 · Twitter Web Client

**84** Retweets   **4** Quote Tweets   **181** Likes

# PX-504.33

https://twitter.com/twitter/status/941486731278168069



# PX-504.34

https://twitter.com/twitter/status/943647368309649408



# PX-504.35

https://twitter.com/twitter/status/946774602570653696



# PX-504.36

https://twitter.com/twitter/status/949313973874081792



# PX-504.37

https://twitter.com/twitter/status/949382840814247936



← **Tweet**

�17 **Patrick Griffin Retweeted**

**WSJ**   **The Wall Street Journal** ✔    ...
@WSJ

While sharp price moves have become the norm among virtual currencies, Ripple's 1,184% surge is surprising because of its differences with bitcoin

wsj.com
**Ripple Steals Bitcoin's Thunder, Surges 1,135% in a Month**
The digital currency offered by the San Francisco startup Ripple has soared 1,135% in the past month, becoming the ...

11:42 AM · Jan 5, 2018 · SocialFlow

**435** Retweets   **42** Quote Tweets   **816** Likes

# PX-504.38

https://twitter.com/twitter/status/950377163143790593



← **Tweet**

↻ **Patrick Griffin Retweeted**

**David Schwartz** ✔
@JoelKatz                                        ...

Coinmarketcap's decision to exclude Korean prices
from the displayed XRP price made the price appear to
drop, likely triggering some panic selling. Look closely
at the data and don't be mislead.

12:48 AM · Jan 8, 2018 · Twitter for Android

**1,542** Retweets    **186** Quote Tweets    **3,245** Likes

# PX-504.39

https://twitter.com/twitter/status/951463228902596608



# PX-504.40

https://twitter.com/twitter/status/951472912917086209



# PX-504.41

https://twitter.com/twitter/status/956184195474206720

← **Thread**

 **Patrick Griffin**
@patgriffin9                                            ...

Pleased to share the 2017 Q4 $XRP markets report.
What an exciting quarter it was, not to mention the
strongest one yet for digital assets as a whole.



ripple.com
Q4 2017 XRP Markets Report | Ripple
To continually improve the health of XRP markets globally, we share regular
updates on the state of the market including quarterly sales, commentary on ...

10:17 AM · Jan 24, 2018 · Twitter Web App

**651** Retweets   **31** Quote Tweets   **1,401** Likes

# PX 504.42

https://twitter.com/patgriffin9/status/942056312921141248

