# PX 505

```
To:        Waxman, Daphna A.[WaxmanD@SEC.GOV]
Cc:
From:      Ceresney, Andrew J.
Sent:      2018-05-04T09:40:00-04:00
Importance:    Normal
Subject:   Re: Ripple
Received:      2018-05-04T09:41:15-04:00
```

Thanks Daphna. We will discuss and come back to you. Andrew

Andrew Ceresney
Partner
Debevoise & Plimpton

> On May 4, 2018, at 5:48 AM, Waxman, Daphna A. <WaxmanD@SEC.GOV> wrote:
>
>> All:
>> Thanks again for the call yesterday.
>> We've canvassed the group and the best day for you and the client to come in for a presentation to the staff is Thursday, June 14th at Station Place from 11 - 1 pm. Hopefully, that will work for you and the client. If not, we will go back to the drawing board.
>>
>> Warm regards,
>> Daphna
>
> Sent from my iPhone
>
> On May 2, 2018, at 5:53 PM, [redacted] wrote:
>
>> Hello Daphna — yes, just following up on [redacted]s email, I wanted to loop in Andrew, who is also working on the matter with us. For tomorrow's call, we can use the following dial-in, assuming 3PM Eastern still works for everyone. Looking forward to touching base tomorrow. Hope all is well.



Best,



Quinn Emanuel Urquhart & Sullivan LLP

http://www.quinnemanuel.com

From: [redacted]
Sent: Wednesday, May 2, 2018 3:59 PM
Subject: RE: Ripple
To: Waxman, Daphna A. <waxmand@sec.gov>
Cc: [redacted]

> Thanks Daphna. We'll send a calendar invite and dial in for Thursday at 3 pm eastern. My colleague [redacted] copied here) will be joining the call, as will Andrew Ceresney from Debevoise, who has also joined the Ripple team for this matter.
>
> Best,
>
> [redacted]
>
> From: Waxman, Daphna A. [mailto:WaxmanD@SEC.GOV]
> Sent: Wednesday, May 02, 2018 7:02 AM
> To: [redacted]
> Subject: RE: Ripple
>
> Thanks, [redacted] 3 pm EST works for me. If you would please let me know if other pp plan to join the call, I would appreciate it.
>
> Best
> Daphna
>
> From: [redacted]
> Sent: Tuesday, May 01, 2018 9:32 PM
> To: Waxman, Daphna A.
> Subject: Re: Ripple
>
> Thanks for your note Daphna. We've started gathering materials and have some thoughts to share on the requests as well. Would you be available to speak Thursday at 3 pm eastern? We look forward to talking soon.
>
> Best,
>
> [redacted]
>
> On May 1, 2018, at 4:37 PM, Waxman, Daphna A. <WaxmanD@SEC.GOV> wrote:

Hi 

Are you available for a call sometime this week to discuss the voluntary request?

Thanks in advance,
Daphna

**From:**
**Sent:** Wednesday, April 25, 2018 12:10 AM
**To:** Waxman, Daphna A.
**Subject:** RE: Ripple

Daphna – Many thanks, receipt confirmed. We look forward to discussing these and related matters with you further.

Best,



**From:** Waxman, Daphna A. [mailto:WaxmanD@SEC.GOV]
**Sent:** Tuesday, April 24, 2018 5:06 PM
**To:**
**Subject:** Ripple



Please see attached. If you would please confirm receipt of this email and its attachments, I would appreciate it.

Please don't hesitate to reach out if you wish to discuss further.

Best,
Daphna