# PX 506

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 4/15/13 | Ripple | now accepting ripples (XRP) \| http://savemozambique.org | https://twitter.com/Ripple/status/323947939036794880?s=20 | 506.001 |
| 4/16/13 | Ripple | "#Ripple is what happens when money finally meets the internet."Interview w/ Chris Larsen, CEO of #OpenCoin https://ripple.com/blog/interview-with-chris-larsen-co-founder-and-ceo-of-opencoin-inc/ | https://twitter.com/Ripple/status/324234937056251904?s=20 | 506.002 |
| 4/18/13 | Ripple | @bitstamp now selling ripples (XRP) for US Dollars (USD) https://www.bitstamp.net/market/xrp/ | https://twitter.com/Ripple/status/324994967812595712?s=20 | 506.003 |
| 4/18/13 | Ripple | How And Where To Buy Ripple (XRP) With Bitcoins or USD http://www.btcpedia.com/how-to-buy-ripple-xrp/ | https://twitter.com/Ripple/status/324995119583485952?s=20 | 506.004 |
| 5/3/13 | Ripple | USD/XRP Market http://add.vc/i3z  http://add.vc/h40 | https://twitter.com/Ripple/status/330411998699474944?s=20 | 506.005 |
| 5/6/13 | Ripple | "Just like that, Ripple's market cap now exceeds that of Bitcoin." http://add.vc/j3v | https://twitter.com/Ripple/status/331429933895262208?s=20 | 506.006 |
| 10/7/13 | Ripple | Larsen: @RippleLabs will give away more than 50% #XRP. Keep rest to build team to contribute code, build apps, promote #Ripple. #money2020 | https://twitter.com/Ripple/status/387363931422851072?s=20 | 506.007 |
| 10/10/13 | Ripple | Going on break at the Ripple Dev Con & we have breaking news: @krakenfx is now trading #XRP http://bit.ly/19D36AS | https://twitter.com/Ripple/status/388364210641440768?s=20 | 506.008 |
| 11/8/13 | Ripple | Check out Ripple Price in the App Store. Real-time XRP pricing for iOS devices. Made by @RippleLabs. http://bit.ly/17ku4NG | https://twitter.com/Ripple/status/398947941081448448?s=20 | 506.009 |
| 11/25/13 | Ripple | RT@RippleLounge The current price of Ripple(@SnapSwap) stands at 40 XRPs for 1 USD - Ripplemania has officially arrived!!! | https://twitter.com/Ripple/status/405034860412411905?s=20 | 506.010 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 1/2/14 | Ripple | RT@CoinMKTCap: Ripple (XRP) is now back in the default listings with a $2.3 Billion Market Cap. http://coinmarketcap.com/ | https://twitter.com/Ripple/status/418904405627658240?s=20 | 506.011 |
| 1/25/14 | Ripple | Cool! RT @rafalkoko: Ripple Price is available in Play Store. Follow XRP price easily: http://tinyurl.com/nloevha | https://twitter.com/Ripple/status/427167727359623168?s=20 | 506.012 |
| 1/25/14 | chrislarsensf | @ImOpenSource Ripple is still in beta. No ETA to report as to when it'll be out of beta. | https://twitter.com/chrislarsensf/status/427167572908605440 | 506.013 |
| 1/31/14 | chrislarsensf | @fnietom Thank you for watching & sharing. The movement to build a payments web is picking up steam! | https://twitter.com/chrislarsensf/status/429316424008740865 | 506.014 |
| 1/31/14 | chrislarsensf | Thank you for having me! RT @Moneyandtech: What is Ripple? Learn all about this emerging digital currency in our exclusive interview with... | https://twitter.com/chrislarsensf/status/429316545928790016 | 506.015 |
| 3/20/14 | Ripple | Meet the philosophy professor that makes thousands of dollars a day trading cryptocurrencies https://ripple.com/blog/a-day-in-the-life-of-a-ripple-day-trader/ | https://twitter.com/Ripple/status/446727583900921856?s=20 | 506.016 |
| 9/29/14 | chrislarsensf | Thank you @Sibos and @Innotribe for the opportunity to speak about @Ripple and the Future of Money! | https://twitter.com/chrislarsensf/status/516644455080685568 | 506.017 |
| 11/25/14 | Ripple | 1 XRP is now worth more than $0.01 USD (@SnapSwap): http://www.ripplecharts.com/#/markets  @Ripple @RippleLabs | https://twitter.com/Ripple/status/537471971609808896?s=20 | 506.018 |
| 4/30/15 | chrislarsensf | Thanks @Chris_Skinner for interviewing me about @Ripple and @RippleLabs for The Finanser - http://t.co/o2BSvWve4W | https://twitter.com/chrislarsensf/status/593577856304709633 | 506.019 |
| 4/30/15 | chrislarsensf | CTO of @RippleLabs Stefan Thomas will be speaking at @WIRED's upcoming event on money, banking and finance "" http://t.co/cKQHxRI5KV | https://twitter.com/chrislarsensf/status/593826923534364673 | 506.020 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 10/29/15 | Ripple | "Ripple is surging ahead with a number of strategic partnerships." http://bit.ly/1Gw0bfd via @bankingexchange | https://twitter.com/Ripple/status/659763131175067648?s=20 | 506.021 |
| 11/10/15 | Ripple | Interview with @belimad on investment and use cases for #fintech like Ripple, @iZettle, @KabbageInc, and others:http://bit.ly/1MHoyTq | https://twitter.com/Ripple/status/664010939281313792?s=20 | 506.022 |
| 2/23/16 | Ripple | Ripple and XRP can save banks +40% today in liquidity and operational costs, and up to 60% long term. Here's how: http://bit.ly/1QAS0mh | https://twitter.com/Ripple/status/702181815079993345?s=20 | 506.023 |
| 2/23/16 | chrislarsensf | Ripple and XRP can save banks +40% today in liquidity and operational costs, and up to 60% long term. Here's how: https://t.co/WBtJq9ne0R | https://twitter.com/chrislarsensf/status/702235931042951169 | 506.024 |
| 2/29/16 | Ripple | Ripple and XRP can save banks +40% today in costs, and up to 60% long term. Here's how: http://bit.ly/1QAS0mh pic.twitter.com/bzS1jPFCDO | https://twitter.com/Ripple/status/704349336264691715?s=20 | 506.025 |
| 2/29/16 | chrislarsensf | Ripple's core technology is a powerful infrastructure solution that reduces risk and costs in asset settlement. https://t.co/wfBYiJOwyb | https://twitter.com/chrislarsensf/status/704403395281448960 | 506.026 |
| 3/4/16 | Ripple | Ripple and XRP can save banks +40% today in costs, and up to 60% long term. Here's how: http://bit.ly/1QAS0mh pic.twitter.com/5d0sNFONvB | https://twitter.com/Ripple/status/705767457873633280?s=20 | 506.027 |
| 3/10/16 | Ripple | Ripple and XRP can save banks +40% today in costs, and up to 60% long term. Here's how: http://bit.ly/1QAS0mh pic.twitter.com/dGy6Hh6zoY | https://twitter.com/Ripple/status/708067483639529472?s=20 | 506.028 |
| 3/31/16 | Ripple | Ripple and XRP can save banks +40% today in costs, and up to 60% long term. Here's how: http://bit.ly/1QAS0mh pic.twitter.com/hGVEGeHKzq | https://twitter.com/Ripple/status/715662590022656000?s=20 | 506.029 |
| 4/6/16 | Ripple | To answer your Qs about http://nyti.ms/23cbT91: we believe in a multi-ledger #IoV (@interledger) & XRP remains central to our strategy. | https://twitter.com/Ripple/status/717883683634450432?s=20 | 506.030 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 4/7/16 | cryptofalcon | @Ripple So $XRP is not dead or abandoned, as some readings of that NYT article might suggest? | https://twitter.com/cryptofalcon/status/718096623151276038?s=20 | 506.031 |
| 4/7/16 | Ripple | @cryptofalcon that's correct. As we said, XRP remains central. Thanks for your interest! | https://twitter.com/Ripple/status/718098605253402624?s=20\ | 506.032 |
| 4/11/16 | Ripple | @Fr33manc XRP remains central to our strategy, and the story has been updated: http://nyti.ms/1TMEiNc | https://twitter.com/Ripple/status/719564045200678912?s=20 | 506.033 |
| 4/24/16 | Ripple | Ripple and XRP Can Cut Banks' Global Settlement Costs Up to 60 Percent. Read How: https://ripple.com/insights/ripple-and-xrp-can-cut-banks-global-settlement-costs-up-to-60-percent/ | https://twitter.com/Ripple/status/724305713401569285?s=20 | 506.034 |
| 5/24/16 | Ripple | Ripple and XRP can cut banks' global settlement costs up to 60 percent. Read more about how: https://ripple.com/insights/ripple-and-xrp-can-cut-banks-global-settlement-costs-up-to-60-percent/ | https://twitter.com/Ripple/status/735165249217794049?s=20 | 506.035 |
| 6/7/16 | chrislarsensf | @Ferdinando1970 To clarify, that's not true. We believe in a multi-ledger #IoV (@interledger) and XRP remains central to our strategy. | https://twitter.com/chrislarsensf/status/740207250753478657 | 506.036 |
| 6/23/16 | chrislarsensf | Got to talk with the Bloomberg Advantage about the #InternetofValue and recent @Ripple news. https://t.co/dSJG3Z0NOd | https://twitter.com/chrislarsensf/status/746036632944422912 | 506.037 |
| 8/6/16 | JoelKatz | Now you can only buy XRP -- long with no leverage. This offers both long and short positions and with leverage. | https://twitter.com/JoelKatz/status/762102436664254464?s=20 | 506.038 |
| 8/18/16 | Ripple | Ripple and XRP Can Cut Banks' Global Settlement Costs Up to 60 Percent https://ripple.com/insights/ripple-and-xrp-can-cut-banks-global-settlement-costs-up-to-60-percent/ | https://twitter.com/Ripple/status/766394983637057536?s=20 | 506.039 |
| 8/31/16 | Ripple | Ripple and XRP Can Cut Banks' Global Settlement Costs Up to 60 Percent https://ripple.com/insights/ripple-and-xrp-can-cut-banks-global-settlement-costs-up-to-60-percent/ | https://twitter.com/Ripple/status/771510111121627136?s=20 | 506.040 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 9/29/16 | JoelKatz | Rippled version 0.33.0 released -- includes support for XRP payment channels. https://ripple.com/dev-blog/rippled-version-0-33-0-released/ | https://twitter.com/JoelKatz/status/781675820079321088?s=20 | 506.041 |
| 10/20/16 | Ripple | "Ripple's XRP currency is currently being traded in digital asset exchanges around the world." http://www.reuters.com/article/us-banks-ripple-blockchain-idUSKCN12K20H pic.twitter.com/vKfEDRuk2F | https://twitter.com/Ripple/status/789222618431840256?s=20 | 506.042 |
| 11/30/16 | Ripple | Ripple is proud to announce another addition to our team: Miguel Vias, head of XRP markets. https://ripple.com/insights/cme-group-executive-miguel-vias-joins-ripple/ | https://twitter.com/Ripple/status/803994171207880705?s=20 | 506.043 |
| 12/15/16 | Ripple | XRP is core to Ripple's strategy, and the time is right for us to feature XRP more prominently. https://ripple.com/xrp-portal/xrp-resources/announcing-quarterly-xrp-market-operations-report/ | https://twitter.com/Ripple/status/809530423072014337?s=20 | 506.044 |
| 12/29/16 | MiguelVias | XRP goals for 2017 are access and liquidity. Take care of those and value will follow. Shaping up to be a great year for XRP | https://twitter.com/miguelvias/status/814634167593996289?s=20 | 506.045 |
| 1/10/17 | Ripple | We are excited to announce @Bitstamp will begin trading XRP! https://ripple.com/insights/bitstamp-now-trading-xrp/ | https://twitter.com/Ripple/status/818805622858600448?s=20 | 506.046 |
| 1/12/17 | Ripple | . @Bitstamp, one of the world's leading digital asset exchanges, will launch trading of XRP.https://ripple.com/insights/bitstamp-now-trading-xrp/ | https://twitter.com/Ripple/status/819594872135028736?s=20 | 506.047 |
| 1/13/17 | Ripple | Bitstamp is offering XRP trading beginning 17 January 2017, with 0% fees for the first month. https://twitter.com/pymnts/status/820035466200236032 | https://twitter.com/Ripple/status/820037969318793216?s=20 | 506.048 |
| 1/17/17 | Ripple | XRP trading on @Bitstamp goes live today, with 0% fees for the first month! https://ripple.com/insights/bitstamp-now-trading-xrp/ | https://twitter.com/Ripple/status/821341895288721408?s=20 | 506.049 |
| 1/24/17 | MiguelVias | Very proud to present our first @Ripple XRP Quarterly Market Report. @xrpchat thoughts welcome #xrpthestandard | https://twitter.com/miguelvias/status/823937420756471808?s=20 | 506.050 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 1/24/17 | Ripple | Ripple is excited to publish the first of our quarterly XRP Markets Reports. https://ripple.com/xrp-portal/xrp-resources/q4-2016-xrp-markets-report/ pic.twitter.com/sZHdoyZPR3 | https://twitter.com/Ripple/status/823936836695257088?s=20 | 506.051 |
| 2/12/17 | MiguelVias | @Ripple @xrpchat RT '@BitcoinChicken Most Undervalued Cryptocurrencies of 2017.  XRP top of the list. @JoelKatz @RippleFeed @bgarlinghouse' http://blocksouth.com/undervalued-cryptocurrencies-2017/  @miguelvias https://twitter.com/Goatmansbridge/status/830680936727601154 | https://twitter.com/miguelvias/status/830777255018319873?s=20 | 506.052 |
| 2/15/17 | Miguel Vias | So psyched  to work with Bitgo! Great opportunity for XRP to expand it's reach in 2017. [LINK 1]@xrpchat [LINK 2]@Ripple [LINK 3]@BitGo [LINK 4]https://ripple.com/insights/bitgo-builds-enterprise-wallet-xrp/ â€¦ | https://mobile.twitter.com/miguelvias/status/831984618639220736 Article link: https://ripple.com/insights/bitgo-builds-enterprise-wallet-xrp/ | 506.053 |
| 3/11/17 | Ripple | How to buy #XRP on #Bitstamp: https://ripple.com/xrp-portal/how-to-buy-xrp/  #payments #blockchain | https://twitter.com/Ripple/status/840604989235970048?s=20 | 506.054 |
| 3/13/17 | BGarlinghouse | #Bitcoin-ers wanted to have their cake and eat it too!  SEC sees through it.  Can't pick and choose when you want to be pro/anti regulation https://twitter.com/readDanwrite/status/841351041966850050 | https://twitter.com/bgarlinghouse/status/841471973553250304?s=20 | 506.055 |
| 3/24/17 | Ripple | The price of #XRP continues to surge, showing that people are looking for #bitcoin alternatives via  @CharlesLBovaird [quote] coindesk.com 'Ripple Prices Surge to 4-Month High The price of Ripple's XRP token surged to a more-than four-month high overnight, sparking trader notice.' https://t.co/Okbc71gKpk | https://twitter.com/Ripple/status/845347809830195200?s=20 | 506.056 |
| 3/31/17 | BGarlinghouse | 1. Exciting week in crypto markets. XRP at two year high! https://twitter.com/coindesk/status/847842641534488577 | https://twitter.com/bgarlinghouse/status/847878068043563008?s=20 | 506.057 |

Statements From Twitter

(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 3/31/17 | JoelKatz | I go away for a week and #XRP triples. New @ripple plan, I take more vacations. | https://twitter.com/JoelKatz/status/848062578706219010?s=20 | 506.058 |
| 4/6/17 | Ripple | .@bgarlinghouse on recent #XRP price rally. http://www.coindesk.com/use-or-speculation-whats-driving-ripples-price-to-all-time-highs/via @CharlesLBovaird at | https://twitter.com/Ripple/status/850030287891255296?s=20 | 506.059 |
| 4/10/17 | BGarlinghouse | RT @miguelvias: 1)Guys is this #fakenews if it doesn't include the TOP digital asset in market cap growth over past 4 weeks??? #XRP @iamjos… | https://twitter.com/twitter/status/851588804997677056 | 506.060 |
| 4/10/17 | MiguelVias | 1)Guys is this #fakenews if it doesn't include the TOP digital asset in market cap growth over past 4 weeks??? #XRP @iamjosephyoung @xrpchat | https://twitter.com/miguelvias/status/851575950777106432?s=20 | 506.061 |
| 4/10/17 | BGarlinghouse | RT @miguelvias: 2) #XRP up nearly 500% year to date. April volume already $700 million! https://t.co/PyTUg3xPjW #xrpthestandard @xrpchat | https://twitter.com/twitter/status/851588873780158465 | 506.062 |
| 4/10/17 | MiguelVias | 2) #XRP up nearly 500% year to date. April volume already $700 million! https://cointelegraph.com/news/investors-who-missed-bitcoin-rally-go-for-ether-monero-litecoin  #xrpthestandard @xrpchat | https://twitter.com/miguelvias/status/851576182411739136?s=20 | 506.063 |
| 4/11/17 | Ripple | How to buy #XRP on #Bitstamp: https://ripple.com/xrp-portal/how-to-buy-xrp/  #payments #blockchain | https://twitter.com/Ripple/status/851829950747484162?s=20 | 506.064 |
| 4/13/17 | Ripple | #bitbank will start listing #XRP in May | https://twitter.com/Ripple/status/852616363591909376?s=20 | 506.065 |
| 4/18/17 | MiguelVias | Q1 started something special for our dear friend #xrp. Wondering what happened? https://ripple.com/insights/q1-2017-xrp-markets-report/ #xrpthestandard @Ripple @xrpchat | https://twitter.com/miguelvias/status/854351664870043649?s=20 | 506.066 |
| 4/19/17 | Ripple | Q1 was the start of something really special for #XRP! Curious? Check out our Q1 2017 XRP Markets Report. https://ripple.com/insights/q1-2017-xrp-markets-report/ | https://twitter.com/Ripple/status/854669720166875136?s=20 | 506.067 |
| 5/1/17 | Ripple | How to buy #XRP on #Bitstamp: https://ripple.com/xrp-portal/how-to-buy-xrp/  #payments #blockchain | https://twitter.com/Ripple/status/859404107739561984?s=20 | 506.068 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/3/17 | Ripple | #Ripple adoption is sparking interest in XRP "which has had an impressive rally in the last two months" via @Nasdaq http://www.nasdaq.com/article/altcoins-steal-the-spotlight-as-bitcoin-reaches-new-highs-cm782930 | https://twitter.com/Ripple/status/859904105916923904?s=20 | 506.069 |
| 5/4/17 | MiguelVias | This move is clearly not only about #xrpthestandard but great to watch the markets include it in the rally. All coming together. @xrpchat | https://twitter.com/miguelvias/status/860210746621407232?s=20 | 506.070 |
| 5/5/17 | JoelKatz | My wife and I finally got to drink the champagne we were reserving for #XRP at $0.10 pic.twitter.com/zMce3Chx85 | https://twitter.com/JoelKatz/status/860716698843860992?s=20 | 506.071 |
| 5/6/17 | JoelKatz | We're planning a big party for 25 cents. | https://twitter.com/JoelKatz/status/861042980794245120?s=20 | 506.072 |
| 5/7/17 | JoelKatz | Employees of Ripple are subject to strict limits on their ability to sell XRP and somewhat less strict limits on their ability to buy XRP. | https://twitter.com/JoelKatz/status/861505461463339008?s=20 | 506.073 |
| 5/9/17 | JoelKatz | That's the ICO model, sell lots of their token day one for BTC/ETH. That's not our model at all. We'll be the largest XRP holder for years. | https://twitter.com/JoelKatz/status/861940295402835969?s=20 | 506.074 |
| 5/15/17 | JoelKatz | All circulating XRP is now worth more than 1/3 of all circulating bitcoin -- XRP's value represents 17.5% of the value of the entire space. | https://twitter.com/JoelKatz/status/864206792154202112?s=20 | 506.075 |
| 5/16/17 | BGarlinghouse | We're putting the FUD to rest @Ripple is placing 55B #XRP into escrow to show our commitment to stable supplyhttp://www.coindesk.com/ripple-pledges-lock-14-billion-xrp-cryptocurrency/ | https://twitter.com/bgarlinghouse/status/864511703613972481?s=20 | 506.076 |
| 5/16/17 | JoelKatz | Yes, those rumors were true. https://twitter.com/coindesk/status/864511791631659008 | https://twitter.com/JoelKatz/status/864512196960600064?s=20 | 506.077 |
| 5/16/17 | JoelKatz | Yes, the rumors were true. https://twitter.com/Ripple/status/864512213289123840 | https://twitter.com/JoelKatz/status/864512309674168320?s=20 | 506.078 |

Statements From Twitter

(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/16/17 | MiguelVias | XRP is the largest digital asset by market cap in the world. Wow. @JoelKatz @Ripple @xrpchat #xrpthestandard #truth pic.twitter.com/i90PR9WCrw | https://twitter.com/miguelvias/status/864631197221224448?s=20 | 506.079 |
| 5/16/17 | Ripple | We're placing 55B #XRP into a cryptographically secured escrow account to establish certainty around #XRP supply. https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to- | https://twitter.com/Ripple/status/864512213289123840?s=20 | 506.080 |
| 5/16/17 | Ripple | Ripple #XRP XRP https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to-ensure-certainty-into-total-xrp-supply/ | https://twitter.com/Ripple/status/864570082155839488?s=20 | 506.081 |
| 5/16/17 | Ripple | All #XRP in existence is worth about the same as the entire #BTC market cap this elevates the stakes beyond cryptocurrency speculation. https://twitter.com/coindesk/status/864511791631659008 | https://twitter.com/Ripple/status/864599626531209216?s=20 | 506.082 |
| 5/16/17 | BGarlinghouse | 'What appears to have finally tipped bitcoin below the 50% mark is the 24% surge of XRP, the token of the Ripple network. https://twitter.com/laurashin/status/864380876422955008 | https://twitter.com/bgarlinghouse/status/864682891812290560?s=20 | 506.083 |
| 5/16/17 | Ripple | "What appears to have finally tipped #bitcoin below the 50% mark is the 24% surge of #XRP. #XRPthestandard https://twitter.com/laurashin/status/864380876422955008 | https://twitter.com/Ripple/status/864612408014143488?s=20 | 506.084 |
| 5/18/17 | JoelKatz | Everyone who holds XRP, particularly if locked up, shares our interest in the long term price and liquidity of XRP. | https://twitter.com/JoelKatz/status/865336640146817024?s=20 | 506.085 |
| 5/18/17 | Ripple | Pleased to announce six new exchanges will be listing #XRP, making XRP more accessible and useable #xrpthestandard. https://ripple.com/insights/news/xrp-liquidity-to-deepen-with-listings-on-six-new-exchanges/ | https://twitter.com/Ripple/status/865236969894182912?s=20 | 506.086 |
| 5/18/17 | Ripple | #XRP will be listed on these six new exchanges- @bitso, @coinone_info, @bitbank_inc, @Satoshi_Citadel, @QUOINE_SG and @sbigroup. | https://twitter.com/Ripple/status/865237117412167681?s=20 | 506.087 |
| 5/19/17 | Ripple | "XRP's listing on new platforms will also extend the cryptocurrency's already massive user base" #xrpthestandard https://twitter.com/newsbtc/status/865443096443539456 | https://twitter.com/Ripple/status/865664732610428928?s=20 | 506.088 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/25/17 | Ripple | Japanese exchange @bitbank_inc has listed #XRP/JPY and will begin a volume incentive campaign on June 1st.https://twitter.com/bitbank_inc/status/867641222948560896 | https://twitter.com/Ripple/status/867761149449613313?s=20 | 506.089 |
| 5/26/17 | Ripple | How to buy #XRP on #Bitstamp: https://ripple.com/xrp-portal/how-to-buy-xrp/  #payments #blockchain | https://twitter.com/Ripple/status/868438385064529920?s=20 | 506.090 |
| 6/7/17 | Ripple | Missed our escrow announcement last month? More on our plans to ensure a healthy XRP market here: https://ripple.com/insights/ripple-to-place-55-billion-xrp-in-escrow-to-ensure-certainty-into-total-xrp-supply/ | https://twitter.com/Ripple/status/872605732817981440?s=20 | 506.091 |
| 6/16/17 | Ripple | To learn more about what exchanges currently support XRP, check out the exchanges where XRP is listed: https://ripple.com/xrp/buy-xrp/ | https://twitter.com/Ripple/status/876107173784190976?s=20 | 506.092 |
| 6/17/17 | Ripple | We are committed to the long term health and stability of XRP markets. More on the market performance here https://ripple.com/xrp/market-performance/ | https://twitter.com/Ripple/status/876469574337781760?s=20 | 506.093 |
| 6/26/17 | BGarlinghouse | #XRP has remained fairly steady while some digital assets plummet this week. Shows it matters to have real-world use cases #xrpthestandardhttps://twitter.com/paulvigna/status/879430998202748928 | https://twitter.com/bgarlinghouse/status/879693042420137984?s=20 | 506.094 |
| 6/27/17 | Ripple | Helps to have real-world use cases #XRP only down 8% compared to Ethereum's 35% this weekhttps://twitter.com/paulvigna/status/879430998202748928 | https://twitter.com/Ripple/status/879709448029093888?s=20 | 506.095 |
| 6/29/17 | Ripple | #XRP- up 4000% this year- has shown the market favors a real use case for #digitalassets @AkikoFujita interviews @bgarlinghouse on the topic https://twitter.com/AkikoFujita/status/880256389213339648 | https://twitter.com/Ripple/status/880532198025121793?s=20 | 506.096 |
| 11/22/17 | BGarlinghouse | Holiday, schmoliday!  Team Ripple is absolutely committed to building XRP liquidity - and in that context...  Very excited to share that @HUOBI_Pro (3rd largest exchange in China) is listing XRP / BTC | https://twitter.com/bgarlinghouse/status/933437163445743616?s=20 | 506.097 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/4/17 | BGarlinghouse | Latest from @theinformation nails it. Real utility is critical "...specific vertical use cases like bank-to-bank cross border payment rails where specific crypto currencies make a lot of sense...Ripple's XRP currency has a clear and valuable place in the ... market."https://twitter.com/lessin/status/937764280077709313 | https://twitter.com/bgarlinghouse/status/937856282219888640?s=20 | 506.098 |
| 12/4/17 | BGarlinghouse | Anyone surprised by the latest SEC action isn't paying attention.  I sound like a broken record, but regulators aren't going away + other fraudulent ICOs will have a similar fate https://twitter.com/paulvigna/status/937699590840647680 | https://twitter.com/bgarlinghouse/status/937750082346086400?s=20 | 506.099 |
| 12/7/17 | BGarlinghouse | Boom! 55B $XRP now in escrow. Good for supply predictability and trusted, healthy $XRP markets.  Glad to finally let this #cryptokitty out of the bag! https://ripple.com/insights/ripple-escrows-55-billion-xrp-for-supply-predictability/ | https://twitter.com/bgarlinghouse/status/938933791145336832?s=20 | 506.100 |
| 12/7/17 | Ripple | 55B $XRP is now in escrow. Interested in what this means for $XRP markets? [QUOTING] ripple.com 'Ripple Escrows 55 Billion XRP for Supply Predictability \| Ripple Ripple has confirmed that the 55 billion XRP cryptographically-secured | https://twitter.com/Ripple/status/938933967956389889?s=20 | 506.101 |
| 12/12/17 | BGarlinghouse | 1/ a healthy $XRP market and healthy $XRP ecosystem is CRITICALLY important to me.  And it is indeed a primary driver.  Long-term price will reflect success driving institutional use of $XRP - by far the most efficient #cryptocurrency - to solve a multi-trillion dollar problem | https://twitter.com/bgarlinghouse/status/940805844035342337?s=20 | 506.102 |
| 12/12/17 | BGarlinghouse | I applaud Jay Clayton and the SEC for making the risks of ICOs clearer in their statements. 'Many of these assertions appear to elevate form over substance.' Or as I like to say - it's all sizzle, no steak! https://twitter.com/SEC_News/status/940344492791615491 | https://twitter.com/bgarlinghouse/status/940718758481485825?s=20 | 506.103 |
| 12/12/17 | BGarlinghouse | 4/ we are also starting to proactively work with others in the industry to leverage $XRP given its incredible performance.  @Ripple will continue to focus on #payments - but you will see more examples of others leveraging $XRP in other verticals | https://twitter.com/bgarlinghouse/status/940806146092396547?s=20 | 506.104 |

Statements From Twitter

(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/12/17 | BGarlinghouse | Thanks for your support @yoshitaka_kitao! https://t.co/dTamgSmPuW Wow, XRP at all time high!  Forget about bitcoin, we're all in on XRP! https://twitter.com/yoshitaka_kitao/status/940785785925709829 | https://twitter.com/bgarlinghouse/status/940802638303711232 | 506.105 |
| 12/21/17 | BGarlinghouse | $XRP is now on 50 exchanges around the world! Team Ripple will continue to champion additional listings to foster a vibrant and healthy XRP ecosystem and help deepen liquidity across fiat currencies. https://ripple.com/insights/xrp-now-available-on-50-exchanges- | https://twitter.com/bgarlinghouse/status/943894539386830853?s=20 | 506.106 |
| 12/21/17 | Ripple | It's a priority for Ripple to have $XRP listed on top digital asset exchanges, making it broadly accessible worldwide. Excited to share $XRP is now listed on 50 exchanges and counting. | https://twitter.com/Ripple/status/943892517757448193?s=20 | 506.107 |
| 12/22/17 | BGarlinghouse | I'll let the headline speak for itself. $xrp bloomberg.com Bitcoin is So 2017 as Ripple Soars at Year End: Chart The rout in cryptocurrencies isn't sinking all boats.  Ripple, which uses a network of nodes that includes financial insitutions to validate transactions, has sustaine… | https://twitter.com/bgarlinghouse/status/944325730338357248?s=20 | 506.108 |
| 12/22/17 | BGarlinghouse | Props to @chengevelyn - one of the first to go beyond the surface and catch the stats that prove $XRP is the best performing digital asset in 2017!  #realutility https://twitter.com/CNBC/status/944051341848129536 | https://twitter.com/bgarlinghouse/status/944325257514455040?s=20 | 506.109 |
| 1/5/18 | BGarlinghouse | Was a pleasure speaking with @paulvigna about $XRP and @Ripple " this is a fair and balanced piece I can get behind.https://twitter.com/WSJ/status/949320212079370241 | https://twitter.com/bgarlinghouse/status/949346890046255104?s=20 | 506.110 |
| 1/17/18 | BGarlinghouse | A good read on why fostering a healthy $XRP ecosystem is a top priority at @Ripple. https://www.cnbc.com/2018/01/16/why-ripple-is-not-cashing-out-its-xrp-holdings.html | https://twitter.com/bgarlinghouse/status/953676992313872384?s=20 | 506.111 |
| 3/8/18 | BGarlinghouse | In context of yesterday's SEC statement(s), I hear some in crypto talk about the current 'regulatory uncertainty.'  What's uncertain?!  SEC's statements have been consistent and clear. 'Regulatory uncertainty' is just a euphemism for 'we wish we could ignore SEC regulations.' | https://twitter.com/bgarlinghouse/status/971815090109337602?s=20 | 506.112 |
| 4/4/18 | laurashin | Yes^ + unlike bitcoin or ether, where the success isn't dependent upon any particular entity but token users and developers contribute to the value of the system, with XRP, its success depends on Ripple getting banks & FIs to use it. An XRP holder can't convince a bank to use XRP | https://twitter.com/laurashin/status/981675304711110656 | 506.113 |

Statements From Twitter

(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 4/11/18 | Ripple | Ripple's $25 million investment in @blockchaincap's new fund is the first and not the last contribution to ventures that further develop the #blockchain and $XRP ecosystems. https://ripple.com/insights/ripple-invests-25-million-to-drive-innovation-in-blockchain-and-digital-assets/ | https://twitter.com/ripple/status/984061347078987776 | 506.114 |
| 7/24/19 | BGarlinghouse | In this nascent industry, we need to be transparent and urge others to do the same. As a responsible stakeholder of XRP, @Ripple is confronting this issue by updating the benchmark for market volume and reducing future sales of XRP. https://twitter.com/Ripple/status/1154061110217064448 | https://twitter.com/bgarlinghouse/status/1154064322475233280?s=20 | 506.115 |
| 8/22/19 | BreMadigan | New (and notable) data shows that although overall XRP trading volume was down nearly 65%, XRP/MXN volumes on Bitso went up more than 25% - during the same period of time that MoneyGram payments into Mexico using XRP went live. A real use case driving real volume. | https://twitter.com/BreMadigan/status/1164708850458595328 | 506.116 |
| 10/25/19 | BreMadigan | Oh Hello, Friday rally ! Quote Tweet Pomp 🍕 @APompliano · Oct 25, 2019 BREAKING: Chinese President Xi Jinping just publicly supported China going all-in on blockchain technology across their economy. This will be the space race of our generation. America has to embrace the technology, including Bitcoin, or we risk being left behind. https://twitter.com/APompliano/status/1187695651834028033 | https://twitter.com/BreMadigan/status/1187759022683967488?s=20 | 506.117 |
| 2/25/20 | AshGoBlue | Always with the hysteria...first, Ripple and MGI are strategic partners - we are building new infrastructure together. This market development requires a ton of work, effort, and resources. Surprise, that costs money! 1/3 CoinDesk @CoinDesk · Feb 25, 2020 Payments firm @Ripple has given @MoneyGram over $11 million dollars in the past half year on top of its existing stake, according to regulatory filings with the Securities and Exchange Commission. https://coindesk.com/moneygram-got-another-11m-from-ripple-to-use-its-cross-border-payments-tech @realDannyNelson reports | https://twitter.com/ashgoblue/status/1232480844847017985?s=20 | 506.118 |
| 12/14/17 | JonErlichman | "I'm very very long XRP" ~@Ripple CEO @bgarlinghouse on his own investment in the cryptocurrency: https://twitter.com/i/status/941354964227522561 | https://twitter.com/JonErlichman/status/941354964227522561?s=20 | 506.119 |

Statements From Twitter
(PX 506 et seq.)

| Date | Posting Party | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 3/7/20 | JoelKatz | There's no mechanism in the software to create XRP and safeties to prevent it from being created by a bug or trick. There's no freeze or lock for other people's XRP since nobody would be entitled to that capability. You can easily lock or destroy your own XRP if you wish. | https://twitter.com/JoelKatz/status/1236389439221297152 | 506.120 |
| 9/16/20 | JoelKatz | It is misleading to say Ripple had "nothing to do with the creation of XRP". The people who created XRP are pretty much the same as the people who created Ripple and they created Ripple originally to, among other things, distribute XRP. | https://twitter.com/joelkatz/status/1306438693176049665 | 506.121 |
| 9/17/20 | JoelKatz | Ryan built the original "RipplePay" or "Ripple Classic" system. It predates blockchain. We started OpenCoin in 2012 and later renamed to Ripple. | https://twitter.com/JoelKatz/status/1306446069291560960 | 506.121 |
| 8/27/19 | Bgarlinghouse | 3/ @Ripple continues to set industry standards in reporting and transparency (one example is our quarterly markets report). We lay it all out, and it's not our "view" but fact. @business https://ripple.com/insights/q2-2019-xrp-markets-report/@bloomberg | https://twitter.com/bgarlinghouse/status/1166455844172525568. | 506.122 |
| 9/5/17 | David Schwartz | A higher price for #XRP would help @Ripple several ways: The most obvious benefit to Ripple of an increased price for XRP is that it increases the value of Ripple's XRP. This means that Ripple has a greater ability to incentivize partners and liquidity. It also means that Ripple can raise more revenue by selling XRP. [...] Whether it makes sense or not, XRP's price is seen as a measure of Ripple's success or likelihood of future success. | https://twitter.com/joelkatz/status/905152430035238912?lang=en | 506.123 |