# PX 506.001

PX 506.001
https://twitter.com/Ripple/status/323947939036794880?s=20



# PX 506.002

PX 506.002
https://twitter.com/Ripple/status/324234937056251904?s=20



PX 506.003

PX 506.003
https://twitter.com/Ripple/status/324994967812595712?s=20



PX 506.004

PX 506.004
https://twitter.com/Ripple/status/324995119583485952?s=20



# PX 506.005

PX 506.005
https://twitter.com/Ripple/status/330411998699474944?s=20



PX 506.006

PX 506.006
https://twitter.com/Ripple/status/331429933895262208?s=20



PX 506.007

PX 506.007
https://twitter.com/Ripple/status/387363931422851072?s=20



PX 506.008

PX 506.008
https://twitter.com/Ripple/status/388364210641440768?s=20



PX 506.009

PX 506.009
https://twitter.com/Ripple/status/398947941081448448?s=20



PX 506.010

PX 506.010

https://twitter.com/Ripple/status/405034860412411905?s=20



PX 506.011

PX 506.011
https://twitter.com/Ripple/status/418904405627658240?s=20



PX 506.012

PX 506.012
https://twitter.com/Ripple/status/427167727359623168?s=20



PX 506.013

PX 506.013
https://twitter.com/chrislarsensf/status/427167572908605440



PX 506.014

PX 506.014

https://twitter.com/chrislarsensf/status/429316424008740865



PX 506.015

PX 506.015
https://twitter.com/chrislarsensf/status/429316545928790016



PX 506.016

PX 506.016
https://twitter.com/Ripple/status/446727583900921856?s=20



PX 506.017

PX 506.017
https://twitter.com/chrislarsensf/status/516644455080685568



# PX 506.018

PX 506.018
https://twitter.com/Ripple/status/537471971609808896?s=20



PX 506.019

PX 506.019

https://twitter.com/chrislarsensf/status/593577856304709633



PX 506.020

PX 506.020
https://twitter.com/chrislarsensf/status/593826923534364673



# PX 506.021

PX 506.021
https://twitter.com/Ripple/status/659763131175067648?s=20



PX 506.022

PX 506.022
https://twitter.com/Ripple/status/664010939281313792?s=20



PX 506.023

PX 506.023
https://twitter.com/Ripple/status/702181815079993345?s=20



# PX 506.024

PX 506.024
https://twitter.com/chrislarsensf/status/702235931042951169



PX 506.025

PX 506.025
https://twitter.com/Ripple/status/704349336264691715?s=20



PX 506.026

PX 506.026

https://twitter.com/chrislarsensf/status/704403395281448960



PX 506.027

PX 506.027

https://twitter.com/Ripple/status/705767457873633280?s=20



PX 506.028

PX 506.028

https://twitter.com/Ripple/status/708067483639529472?s=20



# PX 506.029

PX 506.029
https://twitter.com/Ripple/status/715662590022656000?s=20



# PX 506.030

PX 506.030
https://twitter.com/Ripple/status/717883683634450432?s=20



# PX 506.031

PX 506.031
https://twitter.com/cryptofalcon/status/718096623151276038?s=20



PX 506.032

PX 506.032

https://twitter.com/Ripple/status/718098605253402624?s=20



PX 506.033

PX 506.033
https://twitter.com/Ripple/status/719564045200678912?s=20



PX 506.034

PX 506.034

https://twitter.com/Ripple/status/724305713401569285?s=20



PX 506.035

PX 506.035
https://twitter.com/Ripple/status/735165249217794049?s=20



PX 506.036

PX 506.036
https://twitter.com/chrislarsensf/status/740207250753478657



PX 506.037

PX 506.037
https://twitter.com/chrislarsensf/status/746036632944422912



PX 506.038

PX 506.038
https://twitter.com/JoelKatz/status/762102436664254464?s=20



PX 506.039

PX 506.039
https://twitter.com/Ripple/status/766394983637057536?s=20



# PX 506.040

PX 506.040

https://twitter.com/Ripple/status/771151011121627136?s=20



PX 506.041

PX 506.041
https://twitter.com/JoelKatz/status/781675820079321088?s=20



PX 506.042

PX 506.042
https://twitter.com/Ripple/status/789222618431840256?s=20



PX 506.043

PX 506.043
https://twitter.com/Ripple/status/803994171207880705?s=20



# PX 506.044

PX 506.044
https://twitter.com/Ripple/status/809530423072014337?s=20



PX 506.045

PX 506.045

https://twitter.com/miguelvias/status/814634167593996289?s=20



PX 506.046

PX 506.046

https://twitter.com/Ripple/status/818805622858600448?s=20



PX 506.047

PX 506.047
https://twitter.com/Ripple/status/819594872135028736?s=20



PX 506.048

PX 506.048

https://twitter.com/Ripple/status/820037969318793216?s=20



PX 506.049

PX 506.049

https://twitter.com/Ripple/status/821341895288721408?s=20



PX 506.050

PX 506.050
https://twitter.com/miguelvias/status/823937420756471808?s=20



PX 506.051

PX 506.051
https://twitter.com/Ripple/status/823936836695257088?s=20



PX 506.052

PX 506.052
https://twitter.com/miguelvias/status/830777255018319873?s=20



# PX 506.053

PX 506.053
https://mobile.twitter.com/miguelvias/status/831984618639220736



PX 506.054

PX 506.054
https://twitter.com/Ripple/status/840604989235970048?s=20



PX 506.055

PX 506.055
https://twitter.com/bgarlinghouse/status/841471973553250304?s=20



# PX 506.056

PX 506.056
https://twitter.com/Ripple/status/845347809830195200?s=20



PX 506.057

PX 506.057
https://twitter.com/bgarlinghouse/status/847878068043563008?s=20



PX 506.058

PX 506.058

https://twitter.com/JoelKatz/status/848062578706219010?s=20



PX 506.059

PX 506.059
https://twitter.com/Ripple/status/850030287891255296?s=20



# PX 506.060

PX 506.060
https://twitter.com/bgarlinghouse/status/851588804997677056



PX 506.061

PX 506.061
https://twitter.com/miguelvias/status/851575950777106432?s=20



PX 506.062

PX 506.062

https://twitter.com/bgarlinghouse/status/851588873780158465



PX 506.063

PX 506.063
https://twitter.com/miguelvias/status/851576182411739136?s=20



PX 506.064

PX 506.064

https://twitter.com/Ripple/status/851829950747484162?s=20



PX 506.065

PX 506.065

https://twitter.com/Ripple/status/852616363591909376?s=20



# PX 506.066

PX 506.066
https://twitter.com/miguelvias/status/854351664870043649?s=20



# PX 506.067

PX 506.067
https://twitter.com/Ripple/status/854669720166875136?s=20



PX 506.068

PX 506.068
https://twitter.com/Ripple/status/859404107739561984?s=20



PX 506.069

PX 506.069
https://twitter.com/Ripple/status/859904105916923904?s=20



PX 506.070

PX 506.070
https://twitter.com/miguelvias/status/860210746621407232?s=20



PX 506.071

PX 506.071
https://twitter.com/JoelKatz/status/860716698843860992?s=20



PX 506.072

PX 506.072
https://twitter.com/JoelKatz/status/861042980794245120?s=20



PX 506.073

PX 506.073
https://twitter.com/JoelKatz/status/861505461463339008?s=20



# PX 506.074

PX 506.074
https://twitter.com/JoelKatz/status/861940295402835969?s=20



PX 506.075

PX 506.075
https://twitter.com/JoelKatz/status/864206792154202112?s=20



# PX 506.076

PX 506.076

https://twitter.com/bgarlinghouse/status/864511703613972481?s=20



PX 506.077

PX 506.077

https://twitter.com/JoelKatz/status/864512196960600064?s=20



PX 506.078

PX 506.078
https://twitter.com/JoelKatz/status/864512309674168320?s=20



# PX 506.079

PX 506.079
https://twitter.com/miguelvias/status/864631197221224448?s=20



# PX 506.080

PX 506.080
https://twitter.com/Ripple/status/864512213289123840?s=20



PX 506.081

PX 506.081
https://twitter.com/Ripple/status/864570082155839488?s=20



# PX 506.082

PX 506.082

https://twitter.com/Ripple/status/864599626531209216?s=20



PX 506.083

PX 506.083
https://twitter.com/bgarlinghouse/status/864682891812290560?s=20



PX 506.084

PX 506.084
https://twitter.com/Ripple/status/864612408014143488?s=20



PX 506.085

PX 506.085
https://twitter.com/JoelKatz/status/865336640146817024?s=20



PX 506.086

PX 506.086
https://twitter.com/Ripple/status/865236969894182912?s=20



PX 506.087

PX 506.087
https://twitter.com/Ripple/status/865237117412167681?s=20



PX 506.088

PX 506.088
https://twitter.com/Ripple/status/865664732610428928?s=20



PX 506.089

PX 506.089

https://twitter.com/Ripple/status/867761149449613313?s=20



# PX 506.090

PX 506.090
https://twitter.com/Ripple/status/868438385064529920?s=20



PX 506.091

PX 506.091

https://twitter.com/Ripple/status/872605732817981440?s=20



PX 506.092

PX 506.092
https://twitter.com/Ripple/status/876107173784190976?s=20



PX 506.093

PX 506.093
https://twitter.com/Ripple/status/876469574337781760?s=20



PX 506.094

PX 506.094

https://twitter.com/bgarlinghouse/status/879693042420137984?s=20



PX 506.095

PX 506.095
https://twitter.com/Ripple/status/879709448029093888?s=20



PX 506.096

PX 506.096
https://twitter.com/Ripple/status/880532198025121793?s=20



PX 506.097

PX 506.097
https://twitter.com/bgarlinghouse/status/933437163445743616?s=20



PX 506.098

PX 506.098
https://twitter.com/bgarlinghouse/status/937856282219888640?s=20



← Tweet

**Brad Garlinghouse** ✔
@bgarlinghouse                                            ...

Latest from @theinformation nails it. Real utility is critical
"...specific vertical use cases like bank-to-bank cross border payment rails where specific crypto currencies make a lot of sense...Ripple's XRP currency has a clear and valuable place in the ... market."

> **sam lessin** 🈂 @lessin · Dec 4, 2017
> I spent some time this weekend generating 14 predictions about the crypto-currency world for 2018.
>
> It is going to be an interesting year & I am excited to see how these bets pan out in a year
>
> go.theinformation.com/24c8c60c739b8e...

8:28 PM · Dec 4, 2017 · Twitter Web Client

**125** Retweets   **5** Quote Tweets   **344** Likes

PX 506.099

PX 506.099
https://twitter.com/bgarlinghouse/status/937750082346086400?s=20



PX 506.100

PX 506.100

https://twitter.com/bgarlinghouse/status/938933791145336832?s=20



PX 506.101

PX 506.101

https://twitter.com/Ripple/status/938933967956389889?s=20



PX 506.102

PX 506.102
https://twitter.com/bgarlinghouse/status/940805844035342337?s=20



← **Tweet**

**Brad Garlinghouse** ✓
@bgarlinghouse                                          •••

Replying to @brooksethomas

1/ a healthy $XRP market and healthy $XRP ecosystem
is CRITICALLY important to me.  And it is indeed a
primary driver.  Long-term price will reflect success
driving institutional use of $XRP - by far the most
efficient #cryptocurrency - to solve a multi-trillion
dollar problem

11:49 PM · Dec 12, 2017 · Twitter Web Client

**63** Retweets   **5** Quote Tweets   **171** Likes

PX 506.103

PX 506.103
https://twitter.com/bgarlinghouse/status/940718758481485825?s=20



# PX 506.104

PX 506.104
https://twitter.com/bgarlinghouse/status/940806146092396547?s=20



# PX 506.105

PX 506.105
https://twitter.com/bgarlinghouse/status/940802638303711232



# PX 506.106

PX 506.106
https://twitter.com/bgarlinghouse/status/943894539386830853?s=20



# PX 506.107

PX 506.107
https://twitter.com/Ripple/status/943892517757448193?s=20



PX 506.108

PX 506.108
https://twitter.com/bgarlinghouse/status/944325730338357248?s=20



PX 506.109

PX 506.109
https://twitter.com/bgarlinghouse/status/944325257514455040?s=20



# PX 506.110

PX 506.110
https://twitter.com/bgarlinghouse/status/949346890046255104?s=20



# PX 506.111

PX 506.111
https://twitter.com/bgarlinghouse/status/953676992313872384?s=20



PX 506.112

PX 506.112
https://twitter.com/bgarlinghouse/status/971815090109337602?s=20



PX 506.113

PX 506.113
https://twitter.com/laurashin/status/981675304711110656



PX 506.114

PX 506.114
https://twitter.com/ripple/status/984061347078987776



# PX 506.115

PX 506.115

https://twitter.com/bgarlinghouse/status/1154064322475233280?s=20



PX 506.116

PX 506.116
https://twitter.com/BreMadigan/status/1164708850458595328



PX 506.117

PX 506.117
https://twitter.com/BreMadigan/status/1187759022683967488?s=20



PX 506.118

PX 506.118
https://twitter.com/ashgoblue/status/1232480844847017985?s=20



PX 506.119

PX 506.119
https://twitter.com/JonErlichman/status/941354964227522561?s=20



00001
 1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3  In the Matter of:              )
 4                                )  File No. NY-09875-A
 5  RIPPLE                        )
 6
 7  SUBJECT:  @ripple ceo @bgarlinghouse on his
 8         own investment -
 9  PAGES:    1 through 5
10
11
12
13
14
15
16
17
18            VIDEO TRANSCRIPTION
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25              (202) 467 9200
00002
 1        P R O C E E D I N G S
 2  @ripple ceo @bgarlinghouse on his
 3  own investment -
 4        MR. GARLINGHOUSE:  In the late nineties, the
 5  East Coast and some of the institutional kind of
 6  establishment, they were shorting Amazon.  The West
 7  Coast was going long Amazon.  You know, today Amazon is
 8  one of the most valuable companies on the planet.
 9        I think there's a movement happening.
10  There's a change happening in terms of what digital
11  assets, what blockchain represents, to how financial
12  systems can work; whether it's securities trading,
13  whether it's even trade finance.  I mean, there's many
14  different use-cases.
15         Ripple has focused on payments.  We've gotten
16  a lot of traction there.  So I understand why she says
17  that.  But it all comes back to that comment I made

18  earlier about utility.  If digital assets are solving a
19  real problem, these are big market opportunities, then
20  digital assets are going to have a lot of value.
21      MR. ERLICHMAN:  I just want to ask you a
22  question about secrecy.  I mean, here you are.  You're
23  the CEO of this business that is embracing blockchain.
24  You have your own cryptocurrency.  We were reminding
25  viewers this week, you know, a few years ago, I was out
00003
 1  trying to determine if this guy in Temple City,
 2  California, was the creator of bitcoin.  Turned
 3  out that he wasn't.  But it is still a mystery
 4  who, if there is a particular person, is behind
 5  bitcoin.
 6      Since you're right in front of me and a
 7  lot of people are trying to figure out about, you
 8  know, should I invest in this cryptocurrency or
 9  that one.  Are you personally invested in XRP?  With
10  this run-up, are you taking profits on that
11  investment, if you have one, I mean, and the
12  purposing of having some transparency around what's
13  going on right now?
14      MR. GARLINGHOUSE:  I am, you know, doing
15  transparent.  I'm long XRP.  I'm very, very long XRP as
16  a percentage of my personal, you know, balance sheet.
17  I'm also long bitcoin.
18      I'm not long some of the other assets because
19  it is not clear to me, you know, what's the real
20  utility.  What problem are they really solving.  And
21  there's so many digital assets where I think there's
22  just -- the hype and reality is a little bit out of
23  balance.  Over time, hype and reality come into
24  equilibrium, and I think prices will adjust to reflect
25  that.
00004
 1      But, again, it goes back to if you're solving
 2  a real problem as it's a scaled problem, then I think
 3  you have a huge opportunity to continue to grow that --
 4      (End of video.)
 5
 6
 7
 8
 9

```
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
00005
 1          TRANSCRIBER'S CERTIFICATE
 2
 3  I, Cathy McElrath-Carr, hereby certify that the
 4  foregoing transcript consisting of 4 pages is a
 5  complete, true and accurate transcription of all
 6  matters contained on the recorded proceedings, @ripple
 7  ceo @bgarlinghouse on his own investment, File Number
 8  NY-09875.
 9
10  _____
11  Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PX 506.120

PX 506.120
https://twitter.com/JoelKatz/status/1236389439221297152



PX 506.121

PX 506.121

https://twitter.com/joelkatz/status/1306438693176049665



PX 506.122

PX 506.122

https://twitter.com/bgarlinghouse/status/1166455844172525568



# PX 506.123

https://twitter.com/joelkatz/status/905152430035238912?lang=en



← Tweet

David Schwartz ✔
@JoelKatz

Replying to @Ripple_XRP1

A higher price for #XRP would help @Ripple several ways:

The most obvious benefit to Ripple of an increased price for XRP is that it increases the value of Ripple's XRP. This means that Ripple has a greater ability to incentivize partners and liquidity. It also means that Ripple can raise more revenue by selling XRP.

Indirectly, more value almost always means more liquidity and trade volume. XRP already has each of the other characteristics needed to be a good intermediary asset, but it will be initially limited by the available liquidity. Greater liquidity will give Ripple more flexibility to target larger corridors.

Also, to some extent Ripple's success is limited by people's perception of Ripple's success. If you think Ripple's payment technology is going to be the next big thing, you'll be willing to invest the money and resources needed to implement and deploy it. If you think Ripple is a scam, you're not going to integrate it or perhaps even look at it. Whether it makes sense or not, XRP's price is seen as a measure of Ripple's success or likelihood of future success.

It is also important that it not be terribly expensive to hold XRP. A higher price will mean that a similarly-sized sell will produce less volatility. So a higher price could mean a lower cost to hold XRP. So long as XRP's general price direction is up, the volatility can be hedged without much difficulty.

When bitcoins sold for $1, you couldn't really use them to buy or sell a house. You can now. Bigger transactions require bigger value. The higher the price of XRP, the larger the payments Ripple can target.

When you're expecting exponential growth, even a small increase in your starting point can pay huge dividends down the line.

3:35 PM · Sep 5, 2017 · Twitter Web Client

**510** Retweets   **117** Quote Tweets   **1,160** Likes