# PX 507

Statements From Bitcoin Talk
(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 2/22/13 | David Schwartz | (REFERENCES QUOTE) Of course. The design of Ripple doesn't require a central authority. But until it is decentralized, it will effectively have one.<br><br>(REFERENCES QUOTE) We're not claiming it is decentralized now. We're claiming it requires no central authorities and we are committed to decentralizing it.<br><br>(REFERENCES QUOTE) I agree. I would say we would also have to wait until a significant fraction of the operating servers aren't under OpenCoin's direct (or perhaps even indirect) control. (For example, until then, if OpenCoin wanted to, it could force a design change that allowed you to create XRP or delete other people's IOUs. Actually, probably not, but you get the idea.)<br><br>Again, no central authorities are required by the design and we are committed to a having a decentralized system. We genuinely believe that this is the only way Ripple can actually succeed. The system's security relies on you trusting servers that *aren't* under common control. It is designed to be trustworthy only because it is decentralized. It is not useful if you can't trust it. | https://bitcointalk.org/index.php?topic=144471.msg1548391#msg1548391 | 507.01 |

Statements From Bitcoin Talk

(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 4/14/13 | David Schwartz | (REFERENCES QUOTE) It's a single point of failure for a non-distributed scheme, like pretty much every payment system out there. If we are successful, Ripple will be different.<br><br>(REFERENCES QUOTE) I hope not. We don't want that kind of control. It doesn't benefit us in any way and it will decrease adoption. Our financial interest is in seeing the value of XRP go up and the primary way for us to achieve that is broad adoption of Ripple as a payment system.<br><br>Think about Satoshi and Bitcoin. His financial interest was in seeing the value of his Bitcoins go up as much as possible. Do you think he would have done better had he retained strict control over Bitcoin or tried to suppress altcoins? Or do you think he realized that broad adoption was the key and that required decentralization. The originators of Ripple were all Bitcoin people. These are things we fully appreciate. (And think about it. Would we even try to build trust with such a fundamental lie when trust is clearly essential to growing the network?) | https://bitcointalk.org/index.php?topic=176077.msg1836865#msg1836865 | 507.02 |
| 4/26/13 | David Schwartz | (REFERENCES QUOTE) There will be more giveaways shortly. But you can also post your address somewhere and someone will usually fund it. You can also buy XRP at Bitstamp, bitmit, xrptrader, snowcoin, and a few other places. | https://bitcointalk.org/index.php?topic=188394.msg1953274#msg1953274 | 507.03 |
| 5/12/13 | David Schwartz | As a corporation, we are legally obligated to maximize shareholder value. With our current business model, that means acting to increase the value and liquidity of XRP. We believe this will happen if the Ripple network is widely adopted as a payment system. We are pursuing multiple avenues at once. One would expect increased demand to increase price. | https://bitcointalk.org/index.php?topic=148278.msg2123720#msg2123720 | 507.04 |
| 5/16/13 | David Schwartz | (REFERENCES QUOTE) The price of XRP is just a matter of supply and demand. We believe that broad adoption of Ripple as a payment platform will drive demand.<br><br>(REFERENCES QUOTE) We don't currently plan to do anything but develop and promote the Ripple payment network. | https://bitcointalk.org/index.php?topic=201794.msg2171771#msg2171771 | 507.05 |

Statements From Bitcoin Talk
(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/16/13 | David Schwartz | (REFERENCES QUOTE) We will do what we can to drive adoption. Most of that will probably involve encouraging and assisting others. We plan to continue to develop client and server software for as long as necessary.<br><br>(REFERENCES QUOTE) Yes, that's not a problem.<br><br>(REFERENCES QUOTE) If you mean literally can I do it, no, I don't have access to the modify the web pages. If you mean do I think it would be a good idea to do that, I think it's not. The biggest difference between Ripple and every other payment network is that Ripple is much more open than other payment networks. As far as it being deceptive, the view that "open" means "open source" is, so far as I know, not a view that anyone actually holds. | https://bitcointalk.org/index.php?topic=201794.msg2172628#msg2172628 | 507.06 |
| 5/28/13 | David Schwartz | (REFERENCES QUOTE) That's a large part of the reason we designed it so that we wouldn't be running it. Ultimately, we think it's adoption of Ripple as a payment network that will drive demand for XRP. We're willing to take the risk that we're wrong on that, as we've taken so many other risks. If we fail because Ripple is successful as a payment network and demand for XRP just doesn't arise, well, of all the many ways we could fail, that's not too bad. Our primary strategy is to remove every possible drag on adoption of Ripple as a payment network and do everything we can to drive adoption.<br><br>(REFERENCES QUOTE) We don't think so. We think long term that driving adoption is the right strategy both for growth of the payment network and for eventual value for XRP.<br><br>(REFERENCES QUOTE) We don't care about the value of XRP over that short a term. If people are forced to buy XRP, some people won't adopt Ripple because of that. Our success strategy is exponential growth for many years. Sacrificing growth now for a short term boost in the price of XRP would be foolish. | https://bitcointalk.org/index.php?topic=210634.msg2297107#msg2297107 | 507.07 |

Statements From Bitcoin Talk
(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 9/27/13 | David Schwartz | (REFERENCES QUOTE) Not really. You're just trusting validators not to collude against you. When you extend a trust line, you are trusting someone to hold money for you or owe you money.<br><br>(REFERENCES QUOTE) The business model requires XRP to appreciate. Nobody would disagree that what we're trying to do is high risk. Success is definitely not guaranteed.<br><br>XRP is unique though. It's the only currency that can flow between any two parties with no trust path needed. It's the only currency in Ripple that has no counter-party. While other currencies can have transfer fees imposed on them by their issuers, XRP never has any transfer fee other than the transaction fee. We expect that people will make assets liquid on Ripple by making them liquid to and from XRP, and we expect that people who don't know what asset they'll need will tend to hold XRP. | https://bitcointalk.org/index.php?topic=303114.msg3244844#msg3244844 | 507.08 |
| 9/27/13 | David Schwartz | (REFERENCES QUOTE) To fund development, to drive adoption of Ripple as a payment network, to do some good in the world, and, of course, we are a for profit company. | https://bitcointalk.org/index.php?topic=297287.msg3245652#msg3245652 | 507.09 |
| 11/22/14 | David Schwartz | (REFERENCES QUOTE) You're talking about the currency inside the Ripple payment system, often called XRP. That's really not intended to be used as a means of exchange or a store of value (at least in the near term), so it's not really fair to compare it to Bitcoin (which is). | https://bitcointalk.org/index.php?topic=176077.msg9617408#msg9617408 | 507.10 |

Statements From Bitcoin Talk

(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 11/28/14 | David Schwartz | (REFERENCES QUOTE) Are you saying that increasing the supply of XRP increases the price? That seems to fly in the face of basic economics. Are you saying people are reliably fooled by big numbers on coinmarketcap into thinking the price is rising when it's not and that makes the price rise? That is, I guess, possible, but I certainly don't believe it's significant.<br><br>The short term price of XRP really is not that important to Ripple Labs. To some extent, it's seen as a measure of the health of the company and to some extent our success may depend on what people perceive our chances of major success are. But increases in price based on manipulation or misinformation are almost always going to be followed by comparable drops in price. If we like the message price increases signal, it follows that we don't like the message price drops signal. Ripple Labs is not a short term speculator in XRP.<br><br>There certainly are short term speculators in XRP who have an incentive to manipulate the price to buy low and sell high. But Ripple Labs is not one of them and their actions hurt us at least as much as they help us. We'd prefer a stable price to a sharp rise followed by a comparable drop.<br><br>I don't think there's any way to trick or manipulate the market into an increase in price that won't be followed by a similar decrease. And I don't think such increases or decreases are always due to manipulation because momentum trading alone can do it as well. | https://bitcointalk.org/index.php?topic=873067.msg9684167#msg9684167 | 507.11 |

Statements From Bitcoin Talk
(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 12/1/14 | David Schwartz | (REFERENCES QUOTE) I think we can all agree that it doesn't reflect any significant change in the fundamental value of XRP. Nothing fundamental changed. It doesn't follow that it's a pump and dump, it could be simple market momentum. But I think it's pretty obvious that any sudden, drastic increase in price that doesn't have any apparent justification is likely to be accompanied by a corresponding drop in price.<br><br>And, of course, everyone thinks they can buy in, wait for it to reach the top, and then sell out before it drops. But simple common sense will tell you that that it's impossible for everyone to make a profit if the price returns to where it was before.<br><br>Long term increases in the price of XRP benefit Ripple Labs because they allow us to sell XRP at a better price and because they are perceived as market confidence in the success of the Ripple network. To some extent, people's willingness to invest in using the Ripple network is dependent on how well they think it will do in the future and long term price increases help. But short term price increases due to momentum or manipulation inevitably followed by corresponding drops in price don't help Ripple Labs at all. The drops can send precisely the opposite signal, and the net result of a rise and drop is a weakening in the connection between the price of XRP and the long-term viability of the Ripple network.<br><br>Ripple Labs is not a short-term XRP speculator. | https://bitcointalk.org/index.php?topic=873067.msg9703464#msg9703464 | 507.12 |

Statements From Bitcoin Talk
(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 1/18/17 | David Schwartz | [REFERENCES QUOTE] Gavin could have released bitcoin code that produced new bitcoins, but had no ability to force anyone to run it. It's absurd that he would have done so, but if you go through the thought experiment, very few people run it and Gavin loses credibility. Maybe bitcoin finds a new Gavin, maybe it goes on without a benevolent dictator, maybe it dies. But it's very hard to imagine him successfully forcing everyone else to accept a change like that.<br><br>And the same reasoning applies to Ripple and XRP. Sure, we can make any change to the code we want. And we can try to get people to run it. And maybe they will and maybe they won't. In practice, we probably have a lot of power right now. We could probably do some evil at the margins for a short period of time if we wanted to, just as Gavin could have. But if we did something truly crazy, it's hard to imagine people following us. […]<br><br>There is no RCL secret source. The public source code is the source code we run. Our validators run the same code everyone else's validators runs. We hold no power to control the validators other people trust or who runs a validator.<br><br>On the other hand, we do hold an awful lot of XRP. We could, for example, crash the market for XRP by selling a huge amount in a short period of time. That would hurt us more than anyone else. And our conduct has demonstrated to date precisely the opposite -- we've worked to lock up XRP and we've discussed our plans for how we'll release XRP to the world. But, of course, we remain free to follow our own interests as we see them. That is a big difference between XRP and many other assets. If you think we will be good stewards and our plans are likely to build demand, then you will tend to expect the price to go up. If you think we will screw it up, abandon XRP, or fail for some reason, then you will tend to expect the price to go down. | https://bitcointalk.org/index.php?topic=1752760.msg17542422#msg17542422 | 507.13 |

Statements From Bitcoin Talk

(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 1/21/17 | David Schwartz | I interpret "dumping" to mean selling on the open market. Yes, we absolutely do sometimes put large amounts of XRP into circulation. For example, as a result of a partnership deal, a partner might receive several hundred million XRP. There's always some agreement about how they will use that XRP and clauses that prevent them from dumping it.<br><br>Obviously, this can have a negative effect on the price of XRP. But we only do it when we believe the value of the partnership justifies the cost. Anyone who holds XRP, particularly those who are contractually prohibited from dumping it, shares our interest in seeing the price appreciate over the long term. | https://bitcointalk.org/index.php?topic=1752760.msg17571413#msg17571413 | 507.14 |
| 5/15/17 | David Schwartz | (REFERENCES QUOTE) I think that's somewhat deceptive. Looking back, it looks like there's always a pullback after a large rise because you don't consider the rise to end until you see the pullback. Is this the end of the rise and the pullback is near? Or is this the beginning of the rise and the pullback will not be until there's a significant further rallying?<br><br>That said, this rise was truly spectacular. And the fundamentals of Ripple and XRP are not 20 times better than they were two months ago. So either XRP is overpriced now or the market was dramatically undervaluing XRP for a very long time. I believe it is the latter. But, of course, I also really want to believe that. | https://bitcointalk.org/index.php?topic=1381669.msg19027852#msg19027852 | 507.15 |
| 5/27/17 | David Schwartz | (REFERENCES QUOTE) Correct. Ripple has consistently defended the XRP market from dumping by insiders. We've gone to court to do it and we've negotiated agreements to do it. And, of course, it's for our protection as much as anyone else. We'll be the largest holder of XRP for many, many years. | https://bitcointalk.org/index.php?topic=1381669.msg19220098#msg19220098 | 507.16 |

Statements From Bitcoin Talk

(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 6/6/17 | David Schwartz | (REFERENCES QUOTE) I agree that we are using the value of the XRP to create liquidity.<br><br>REFERENCES QUOTE) No party gained any artificial bias. The 80 billion XRP that was gifted to Ripple had *zero* value. Anyone else could have done exactly what Ripple did and gotten the same result.<br><br>(REFERENCES QUOTE) I agree that in no way is the distribution of XRP decentralized. | https://bitcointalk.org/index.php?topic=1932818.msg19403316#msg19403316 | 507.17 |
| 6/6/17 | David Schwartz | (REFERENCES QUOTE) I think that's an entirely fair statement. When I talk about decentralization, I am only talking about the operation and governance of the network, not the distribution of the token. If you're talking about the distribution of the token, that's entirely different. I see many reasons why you would want operation and governance to be decentralized. To be honest, I see absolutely no reason you would want distribution to be decentralized anymore. Experience since 2012 has shown that just doesn't work very well. But the market will eventually decide.<br><br>At the time I first stared working on what became the current Ripple, I saw no reason to want an alternative to PoW. I genuinely believed that it would be inherently fair and decentralizing and would foster good governance (if any was needed) by aligning interests. We now know that is not entirely true, though of course PoW continues to work quite well. But it does not ensure decentralization by itself nor does it necessarily foster good governance. Those things still take work, and to some extent you are fighting the technology. | https://bitcointalk.org/index.php?topic=1932818.msg19403316#msg19403316 | 507.17 |

Statements From Bitcoin Talk

(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 6/11/17 | David Schwartz | (REFERENCES QUOTE) This is really implausible. An increase in the price of XRP benefits Ripple more than anyone else. And you're suggesting that the price of XRP would go up but for Ripple's conduct. Essentially, you are saying that we will act in a way that harms us. We are most definitely playing the long game. We are primarily VC financed, and this allows us to use our stockpile of XRP as a strategic weapon rather than a bank account.<br><br>Banks using XRP directly is not our short-term strategy, though that may change as we have recently been seeing much more direct interest in XRP from banks. See https://www.xrpchat.com/topic/4029-explaining-xrp/#comment-39074 and https://www.xrpchat.com/topic/5280-valuation-models-xrp-the-digital-currency-vs-ripple-the-company/#comment-50182<br><br>See this too: https://www.xrpchat.com/topic/6233-ripple-vs-ethereum-not-the-price-but-the-merits/#comment-59463 | https://bitcointalk.org/index.php?topic=1381669.msg19499831#msg19499831 | 507.18 |
| 6/26/17 | David Schwartz | (REFERENCES QUOTE) Think about it this way:<br><br>Ripple holds over 60 billion XRP. Given the way that's being escrowed, Ripple will almost certainly be the largest holder of XRP for the foreseeable future. For every penny the price of XRP goes up, the notional value of Ripple's XRP goes up by six hundred million dollars. Ripple can only materialize that value for its shareholders if that value and liquidity are preserved over the next several years.<br><br>Sure, Ripple makes money by selling software to banks. But how many banks do you think Ripple would have to close to make six hundred million dollars in license/support fees? That would equal the value of a sustained one cent increase in the price of XRP. | https://bitcointalk.org/index.php?topic=1381669.msg19787105#msg19787105 | 507.19 |

Statements From Bitcoin Talk
(PX 507 et seq.)

| Date | Speaker | Quoted Statement | Web Link | PX |
|---|---|---|---|---|
| 5/3/17 | David Schwartz | I know a lot of people who bought XRP, many of them in part because of my enthusiasm, who watched bitcoin soar as XRP's price stayed the same and even dropped. Most of them bought their XRP with bitcoins and got between 35,000 and 85,000 XRP for every bitcoin. Today, despite bitcoin being at a record high, you can buy a bitcoin for about 25,100 XRP. That is, almost all of those people are currently in a better position than they would have been had they bought bitcoins and held them -- many of them much better.<br><br>My father bought XRP at Justcoin almost exactly three years ago, getting about 83,000 XRP for each bitcoin. Sadly, he passed away at the end of last year and my siblings and I inherited his XRP. Today it is worth over ten times what he paid for it.<br><br>I have devoted the last five years of my life to Ripple, and now work together with over 100 full-time employees who are devoted to making global payments work better. While I concede I can't prove that this increase in price isn't a bubble or isn't the result of some pump and dump attempt, to me it feels like recognition for the effort the team has put in all these years | https://bitcointalk.org/index.php?topic=1381669.msg18859629#msg18859629 | 507.20 |