# PX-507.01

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=144471.msg1548391#msg1548391



# PX-507.02

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=176077.msg1836865#msg1836865



# PX-507.03

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=188394.msg1953274#msg1953274



# PX-507.04

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=148278.msg2123720#msg2123720



# PX-507.05

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=201794.msg2171771#msg2171771



# PX-507.06

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=201794.msg2172628#msg2172628



# PX-507.07

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=210634.msg2297107#msg2297107



# PX-507.08

Bitcointalk.org post by David Schwartz

[https://bitcointalk.org/index.php?topic=303114.msg3244844#msg3244844](https://bitcointalk.org/index.php?topic=303114.msg3244844#msg3244844)



# PX-507.09

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=297287.msg3245652#msg3245652



# PX-507.10

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=176077.msg9617408#msg9617408



# PX-507.11

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=873067.msg9684167#msg9684167



# PX-507.12

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=873067.msg9703464#msg9703464



# PX-507.13

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=1752760.msg17542422#msg17542422



**JoelKatz**
Legendary

Activity: 1596
Merit: 1012



Democracy is vulnerable to a 51% attack.



**◇ Re: Why the world needs Ripple XRP - Whitepaper**                    #43
January 18, 2017, 12:53:33 PM

> Quote from: biltrojan on January 16, 2017, 08:46:59 PM
>
> No. Bitcoin has never been centralized not even because gavin put out updates that everyone went with. Nobody was forced to adopt any new code and xrp holders are forced to eat shit when the xrp corp releases millions and millions of new coins.

Gavin could have released bitcoin code that produced new bitcoins, but had no ability to force anyone to run it. It's absurd that he would have done so, but if you go through the thought experiment, very few people run it and Gavin loses credibility. Maybe bitcoin finds a new Gavin, maybe it goes on without a benevolent dictator, maybe it dies. But it's very hard to imagine him successfully forcing everyone else to accept a change like that.

And the same reasoning applies to Ripple and XRP. Sure, we can make any change to the code we want. And we can try to get people to run it. And maybe they will and maybe they won't. In practice, we probably have a lot of power right now. We could probably do some evil at the margins for a short period of time if we wanted to, just as Gavin could have. But if we did something truly crazy, it's hard to imagine people following us.

I mean, either people care about the network or they don't. If nobody cares, then what difference does it make? If people care, why would you expect them to go along with changes that hurt them dramatically when they have a clear alternative?

There is no RCL secret source. The public source code is the source code we run. Our validators run the same code everyone else's validators runs. We hold no power to control the validators other people trust or who runs a validator.

On the other hand, we do hold an awful lot of XRP. We could, for example, crash the market for XRP by selling a huge amount in a short period of time. That would hurt us more than anyone else. And our conduct has demonstrated to date precisely the opposite -- we've worked to lock up XRP and we've discussed our plans for how we'll release XRP to the world. But, of course, we remain free to follow our own interests as we see them. That is a big difference between XRP and many other assets. If you think we will be good stewards and our plans are likely to build demand, then you will tend to expect the price to go up. If you think we will screw it up, abandon XRP, or fail for some reason, then you will tend to expect the price to go down.

I am an employee of Ripple. Follow me on Twitter @JoelKatz
1Joe1Katzci1rFcsr9HH7SLuHnDy2aihZ BM-NBM3FRExV2SJ3amV9ccgyWvQfratUHgN

PX-507.14

Bitcointalk.org post by David Schwartz

[https://bitcointalk.org/index.php?topic=1752760.msg17571413#msg17571413](https://bitcointalk.org/index.php?topic=1752760.msg17571413#msg17571413)



# PX-507.15

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=1381669.msg19027852#msg19027852



# PX-507.16

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=1381669.msg19220098#msg19220098



# PX-507.17

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=1932818.msg19403316#msg19403316



PX-507.18

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=1381669.msg19499831#msg19499831



# PX-507.19

Bitcointalk.org post by David Schwartz

https://bitcointalk.org/index.php?topic=1381669.msg19787105#msg19787105



PX 507.20

PX 507.20

https://bitcointalk.org/index.php?topic=1381669.msg18859629#msg18859629

**JoelKatz**
Legendary



Activity: 1596
Merit: 1012

Democracy is vulnerable to a 51% attack.



**Re: [XRP] Ripple Speculation**
May 03, 2017, 11:00:30 PM                                                        #762

I know a lot of people who bought XRP, many of them in part because of my enthusiasm, who watched bitcoin soar as XRP's price stayed the same and even dropped. Most of them bought their XRP with bitcoins and got between 35,000 and 85,000 XRP for every bitcoin. Today, despite bitcoin being at a record high, you can buy a bitcoin for about 25,100 XRP. That is, almost all of those people are currently in a better position than they would have been had they bought bitcoins and held them -- many of them much better.

My father bought XRP at Justcoin almost exactly three years ago, getting about 83,000 XRP for each bitcoin. Sadly, he passed away at the end of last year and my siblings and I inherited his XRP. Today it is worth over ten times what he paid for it.

I have devoted the last five years of my life to Ripple, and now work together with over 100 full-time employees who are devoted to making global payments work better. While I concede I can't prove that this increase in price isn't a bubble or isn't the result of some pump and dump attempt, to me it feels like recognition for the effort the team has put in all these years.

I am an employee of Ripple. Follow me on Twitter @JoelKatz
1Joe1Katzci1rFcsr9HH7SLuHVnDy2aihZ BM-NBM3FRExVJSJJamV9ccgyWvQfratUHgN