# PX-508.01

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/1019-what-is-ethereum/?do=findComment&comment=9111



# PX-508.02

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/1214-did-any-of-these-people-ever-get-their-xrp/?do=findComment&comment=10966



# PX-508.03

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/1385-chain/?page=2&tab=comments#comment-12565



**JoelKatz**

Ripple Employee

💬 884

Posted May 6, 2016

> On 5/5/2016 at 7:22 PM, Morty said:
>
> @JoelKatz  what does Ripple actually sell? How do you guys make money? Is it XRP?

Ripple's revenue prospects fall into two categories. One category is products and services related to ILP and RCL such as Ripple Connect. The other category is increasing the value of XRP such as by making it competitive as a vehicle currency.

https://ripple.com/knowledge_center/ripple-connect-product-overview/

https://ripple.com/files/ripple_vision.pdf

Morty, zea, RDS and 4 others  ⚫ 7

# PX-508.04

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/1512-if-ripple-failed-xrp-died/?do=findComment&comment=13815

**goldenmoneyxrp**



Member

💬 1

Posted June 3, 2016

IF (just if) Ripple Lab failed, XRP will died right?

IF Ripple Lab success and sustainable, XRP can be alive or died.

So XRP is very tied to Ripple Lab? And Ripple Lab not really tied towards XRP as more and more RCL do not need XRP as "stamp fee" any more? Basically what I see is Ripple Lab is now become more like a consultant helping financial institutions to implement RCL like network without actually having to use XRP as a fees, correctly me if I am wrong.

There is also no plan whatsoever from Ripple Lab to encourage the use of XRP as an alternative to Bitcoin for merchandising or other payment. Again, correct me if I am wrong.

Sleepwalker 💙 1

**JoelKatz**



Ripple Employee

💬 884

Posted June 3, 2016                                    Popular Post  •••

I don't think it's likely XRP would succeed without us, though it's possible. I do think it's possible for us to succeed without XRP succeeding, as we do have other sources of revenue.

That said, our XRP is a significant asset. Today, there are significant technical obstacles to using XRP as a bridge or vehicle currency. However, every ILP transaction is one with no significant technical obstacles to using XRP as a bridging currency. Our XRP strategy is based on promoting it as a bridging currency in an ILP world through various strategies including paying traders an incentive to keep spreads low.

This strategy actually works even if ILP fails, so long as ILP fails because something else does the same job ILP does that can also support XRP bridging. We don't need ILP specifically to succeed, we just need a good way to make inter-ledger payments. If someone made a superior interledger payment scheme, we'd just adopt that instead.

We've made the case for why we think a vehicle currency is extremely useful, why we think a crypto-currency has a good chance of being a top vehicle currency, and why we think XRP will be the best crypto-currency for this application. We do not plan to encourage use of XRP as an alternative to Bitcoin or as a direct payment method at this time, though if its demand and price becomes strong and stable in the future, that might make sense. It seems like a better strategy to grow the crypto-currency pie than to pick a fight with a strong player for a bigger slice of it.

We cannot do everything, so we have to pick those things that we think we are in the best position to do and that have the best chance at success.

nik, Sleepwalker, Dsimmo and 17 others 💙 20

# PX-508.05

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/1794-how-did-the-vcs-value-ripple-labs/



# PX-508.06

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/2808-exchanges-with-xrp-autobridging-aka-im-not-going-to-spill-the-beans-just-yet/?do=findComment&comment=25770



# PX-508.07

XRPchat.com post by Miguel Vias.

https://www.xrpchat.com/topic/3290-countering-the-%E2%80%98damocles-effect%E2%80%99/?do=findComment&comment=30956



# PX-508.08

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/3649-vinnie-calls-ripple-hype-edited/?do=findComment&comment=34949

---

**JoelKatz**



Ripple Employee

💬 884

Posted April 5, 2017                    Featured Comment    Popular Post    •••

Our strategy with FIs has not been to push them to use XRP or RCL. The strategy has been to offer them a solution that will get better when and if XRP can provide intermediary liquidity.

Until fairly recently, mentioning XRP to an FI was a big problem. They were just unwilling to go anywhere near it. This was one of the factors driving the pivot to ILP.

Recently, FIs have become more receptive to using a crypto-currency like XRP. Frankly, it's not an easy sell because XRP doesn't have bitcoin's liquidity. But it does have lower transaction cost, higher transaction speed, and greater transaction capacity.

I'd love to fill in a lot more details, but unfortunately we really can't publicly discuss strategy.

I do agree that based solely on publicly available information, you can't infer that these deals will directly impact XRP price or volume. And I'm not saying that to imply that I have secret information that it will. That's just a fact.

And I think that one could imagine a scenario in which Ripple, the company, succeeds wildly and becomes a multibillion dollar company and yet XRP fails to ever go anywhere. However, Ripple holds a lot of XRP, and Ripple benefits significantly if there's price appreciation.

The long-term success of XRP could happen some way none of us can predict. But the realistic success case is that Ripple succeeds in the payments space and then successfully promotes XRP as a vehicle currency. I have always believed that that's a long shot. But I also think the progress we made speaks for itself.

If nothing else, these deals increase our reach and credibility. Also, if you look at the kind of deals we are making and compare them to the kind of deals other companies in the space are making, you will see a significant, qualitative difference. Most other companies are just doing technology experiments or proof of concepts. We're building coalitions that are working on rules and legal frameworks. We're shipping software that FIs are paying for. (Though, to be honest, we also have a lot of announcements that are largely fluff. I'll admit that.)

Imagine if Ripple is shipping software to banks that they're using to verify compliance for and do routing of their international payments, banks are receptive to using crypto-currencies, banks have rules and a legal framework surrounding transactions bridged by crypto-currencies, and we're able to build pools of liquidity to and from XRP. The last piece is, I think, the only really hard one.

On an unrelated note, this position is still open, though we do have at least one candidate in the pipeline: https://ripple.com/company/careers/all-jobs/#senior-product-marketing-manager-xrp-markets

Chan_Maddanna, Roborovskii, mike91 and 29 others    32

# PX-508.09

XRPchat.com post by Miguel Vias.

https://www.xrpchat.com/topic/3513-in-depth-xrp-market-making%C2%A0incentive-program-on-bitstamp/?do=findComment&comment=35819



**miguel**

Ripple Employee

💬 31

Posted April 8, 2017                                      Popular Post    ...

Hi All,

Apologies for not being around much over the last few days.  The volatility in the price has created much interest and work, both internally and externally.

As for the program on Bitstamp, I think the one thing we could have done better is set expectations with respect to how much volume the programs could support. There was a budget and that budget ran out more quickly than was anticipated so the programs ended more quickly than anticipated. In the future we'll make sure to disclose that programs can end sooner should volumes increase significantly.

As for whether or not it was successful, I think it's a little early to tell because of the spike in volumes across the board.  In some respects it's a good problem to have, but it makes assessing the effectiveness of the program difficult to measure.

For what it's worth, I do not think the announcement of the program had much, if anything, to do with the activity last weekend. The market had been building momentum for a few weeks before the spike on Sunday, and most of the activity was on Poloniex.

Lastly, it was largely my call to incentivize XRP/BTC, and I had mixed feelings about it. On the one hand, XRP/BTC volume is not the goal for XRP.  I've been very clear that in order for XRP to become the standard for international value transfer it will need robust fiat liquidity.  Yet, it may be too early to focus solely on fiat. Currently the majority of flows into the digital asset space occur through BTC and not leveraging that felt like a possible missed opportunity.

Hope that helps and as always thank you for the interest in all of this. It always feels good to know we're not alone. Hope everyone has a great weekend.

Professor Hantzen, TplusZero, Apollo and 21 others    23    1

# PX-508.10

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/4670-i-dont-get-this-valuation/?page=2&tab=comments#comment-44891



**JoelKatz**

Ripple Employee

💬 884

Posted May 15, 2017                                                    Popular Post    •••

> On 5/15/2017 at 3:48 AM, vertigo72 said:
>
> AFAIK, not a single pizza has been bought with XRP. This seems to be speculation that banks will adopt the ripple protocol as a replacement for swift settlements and XRP would serve as a reserve currency. Even if banks where to do this one day, and Im sure they will do something similar eventually, why on earth would they use the Ripple as is, and buy in to your $24B blockchain, when they can just as well fork ripple code, adapt it to their needs,  create their own token and not be dependant on a small startup like ripple labs that controls 60% of that reserve currency?

I'm sure banks probably will try that. And we'll have to compete with everyone else's efforts on the level playing field that we expect ILP to create. Consortiums of banks will likely claim market share in the jurisdictions in which they operate. So expecting XRP to capture, say, large USD→EUR flows early might be unreasonable. Banks will probably do that super-efficiently for the foreseeable future. They may well still use Ripple tech for the messaging part, so the day XRP is financially able to bridge those payments, there will be no technical obstacles.

But if you think about it, how would banks make such an asset? Would they back it? If so, with what currency? How would it bridge across varied jursidictions? How would it reach to the corners of the world? How would it have any value and liquidity? In other words, they'd have to start by catching up to XRP. We talk to a lot of banks all the time. They experiment with all kinds of things. But what tech is production ready?

And what benefit would it give them over XRP? They wouldn't have our expertise behind it. And if it's backed, there's no way to benefit from its increase in value.

And there's tricks we can do that they can't. Just as bitcoin's nature as a decentralized counterparty-free asset allows it to incentivize mining without someone having to pay for mining, XRP can incentivize market making without someone having to pay for it. I don't see how banks would match that.

But they'll try. And maybe they will. But there's still huge underserved (and even currently non-existent because they're unserved) payments spaces. And we'll target those. And then every new asset liquid to XRP will be liquid to all those formerly underserved spaces. And we have a lot of smart people with quite a few tricks up our sleeves.

I can't promise we'll be able to pull it off, but we're going to try. Right now, Ripple's XRP has a notional value of something like $14 billion. We have every incentive to try to increase and realize that value.

By the way, I don't know of any pizzas bought with XRP. But I do have a roll of silver dimes that I bought with XRP. I traded the XRP on-ledger for a token that is backed by silver dimes. I then redeemed the tokens and the silver dimes arrived in the mail. See here: https://bitcointalk.org/index.php?topic=149533.0

segra, Chan_Maddanna, TplusZero and 20 others   ❤ 23

# PX-508.11

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/4670-i-dont-get-this-valuation/?do=findComment&comment=45381



# PX-508.12

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/4877-why-would-ripple-allow-such-crazy-volatility/?do=findComment&comment=46641





# PX-508.13

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/4979-ripple-price-affected-by-bank-failures/?do=findComment&comment=47644



# PX-508.14

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/6360-value-of-using-ripple-over-other-currency-on-the-ripple-network/



**JoelKatz**

Ripple Employee

💬 884

Posted June 15, 2017                                                    Popular Post   •••

⊘ On 6/13/2017 at 10:22 PM, Trippy said:

I still don't get why XRP would be valued above another cryptocurrency like BTC. Can't the banks hold BTC or ETH in reserve and use that over the Ripple network instead of XRP? What's the specific advantage of XRP?

One problem is on the receiving end. Say a bank receives a million dollar payment in the form of BTC or ETH and then the recipient wants to make an outbound payment on a conventional domestic payment rail. What does the bank do? Sell BTC or ETH? How?

Ripple's XRP strategy includes incentivizing liquidity pools between XRP and fiat already at (or near) the receiving bank. That means the receiving bank is paid in fiat already at (or near) that bank. So the payment is instantly settled, rather than leaving them a pile of a token that they then have to sell or settle somehow.

Now it's true that somebody could build such liquidity pools with BTC or ETH. But who would? Ripple is uniquely positioned to have both the means and the incentive to do that. We have a unique revenue model of the appreciation of the value of XRP, much of which we can capture, combined with a huge war chest of XRP (worth billions at the current price) that we can use to incentivize.

It's not that nobody else could conceivably do it. It's that we're doing it and nobody else is, or even really has reason to. Why should banks do it at their own expense when we're doing it already? Unless you think some bank consortium is going to launch a counterparty-less, floating value token and try to profit from its appreciation in value (as we are) in which case we're way ahead of them in many ways.

I would also add that XRP has been specifically designed and optimized for this purpose. A payment that delivered fiat in this way would need something like ILP to coordinate across ledgers. We have escrow and payment channels for optimum ILP operation with XRP. Our transactions are faster, cheaper, more predictable, and more scalable. So we think we can win for this use case on a level playing field.

vickyhunter, Let_her_Ripple, Darko and 30 others   💙 33

# PX-508.15

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/6360-value-of-using-ripple-over-other-currency-on-the-ripple-network/?do=findComment&comment=61891



# PX-508.16

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/6659-noob-question-dont-attack-me-pls/?do=findComment&comment=63948



# PX-508.17

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/6717-27-trillion-market-bank-dlt-and-blockchain-insider-claims-ripple-pivoting-away-from-xrp/?do=findComment&comment=64230



# PX-508.18

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/7054-how-do-you-like-your-misinformation-please-feel-free-to-correct-him/?do=findComment&comment=67173



# PX-508.19

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/8054-xcurrent-xrapid-xvia/?do=findComment&comment=78191



# PX-508.20

XRPchat.com Post by Miguel Vias

https://www.xrpchat.com/topic/8282-is-miguel-vias-in-xrpchat/?do=findComment&comment=79213



# PX-508.21

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/9247-utility-settlement-coin-usc-competition-or-good-news/?do=findComment&comment=92418



**JoelKatz**

Ripple Employee

💬 884

Posted September 4, 2017                                    Popular Post   •••

> On 9/4/2017 at 12:31 AM, missdaboat said:
>
> It seems a pipedream they are trying to target inefficient corridors when banks and financial institutions have been keen to bypass Ripple tokens in favour of their own internal clearing tokens.

And yet nobody has ever explained how these internal clearing tokens will work. If I receive a payment and my bank has one of these internal clearing tokens, what does my bank do with the token if I want to make a conventional, domestic payment? Payment already is effectively by internal clearing tokens with settlement requiring correspondent banks and several days. What seems a pipe dream is thinking that doing the very same thing on a blockchain that's still a walled garden will fundamentally change anything. If they have a clever, new idea, they haven't shared it yet.

> Quote
>
> We should not confuse the gains of the Ripple Company with the potential gains of the Ripple Tokens.
> The Ripple company can be earning money from implementation of the Ripple network and they will not come out worse off, if Ripple tokens really cannot take hold in the market place.

What are you imagining? That Ripple suddenly finds an entirely new multi-billion dollar business out of nowhere? Ripple's XRP has a notional value of something like $10 billion. Ripple doesn't have anything else that comes anywhere close to that. If XRP goes up by a penny, Ripple has a potential profit in the hundreds of millions of dollars. I don't see how you think Ripple could sell payment software on that kind of scale.

Global, Amigo, mvenneau and 9 others   ♡ 9   😊 3

# PX-508.22

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/9247-utility-settlement-coin-usc-competition-or-good-news/?do=findComment&comment=92421



## Utility Settlement Coin (USC) - Competition or good news??

**By Guest1,**
August 31, 2017 in General Discussion

Share    Followers    1

**JoelKatz**

*Ripple Employee*

💬 884

Posted September 4, 2017

Popular Post    •••

I make the "why XRP" case here:

Here's the text:

> ◎ Quote
>
> The point of Ripple's payment technology is to eliminate all the obstacles to using XRP for settlement. If you think the answer to "Is Ripple's payment technology going to succeed?" is "yes", you only need four more "yes" answers for XRP to succeed:
>
> 1) Why a vehicle currency at all?
> 2) Why a digital asset as a vehicle currency?
> 3) Why XRP as the digital asset?
> 4) Would a vehicle currency see significant increased demand?
>
> Four yes answers and you can see how XRP could succeed on a grand scale. Briefly:
>
> 1) You need to concentrate liquidity into the less popular corridors. If you're going from THB to SGD, you don't want the only liquidity to be THB/SGD because that will be thin.
>
> 2) Digital assets can be teleported around the world in seconds, don't require counterparties and aren't tied to one jurisdiction. It's hard to imagine building a truly open payment network without one.
>
> 3) XRP because it has higher transaction capability, much lower latency, advanced features specifically to support this use case, and there's a company that has billions of dollars worth of XRP on paper and is targeting building what's needed to make XRP work for this use case.
>
> 4) A vehicle currency would be expected to be in demand because if you're going to pay into any corridor the vehicle currency is liquid to, your payment costs are lowest if you hold the vehicle currency. It's also the cheapest currency to trade into because you can facilitate any else's payment into any of those corridors by taking their XRP when they need to make a payment. And lastly, those who hold assets hoping to make profits opportunistically will need to hold the assets others need to pay into those corridors, which will be XRP.

XRP200, LetHerRip, Xrphunter and 7 others   💙 8   😊 2

# PX-508.23

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/10839-will-ripplenet-accelerator-program-act-as-a-dilution-of-xrp/?do=findComment&comment=109343



# PX-508.24

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/11056-xrp-ii-benefits-xrp-yes-no-maybe-so/?do=findComment&comment=111750



**JoelKatz**

Ripple Employee

💬 884

Posted October 22, 2017

Popular Post   •••

> On 10/21/2017 at 6:36 PM, xrpwillrise said:
>
> Is XRP-II basically "wholesale" XRP sold to banks/partners to cut deals and/or provide incentives?
>
> As an XRP investor, should we find news of increased XRP-II sales as a good thing? If so, why?

XRP II does do wholesale XRP to partners and institutional investors. These are accompanied by various agreements that tie them to performance and limit their ability to sell the XRP too quickly, too soon.

I think there are a few reasons that you should find increase XRP-II sales a good thing and only one reason why you would find them a bad thing. I'll start with the one reason they're a bad thing -- compared to the sale not happening, they will increase the supply of XRP at least to some extent. Even with the limitations, XRP in Ripple's hands still is zero supply.

Here are a few reasons they're good things:

1) Many of these deals are cases where Ripple believes that incentivizing partners is good for the ecosystem.

2) Compared to Ripple selling on the open market, these tend to create less immediate supply of XRP.

3) Ultimately, less XRP being in Ripple's hands means less future supply. Since that future supply is, at least to some extent, priced in, reducing it should reduce some downward price pressure.

4) Institutional investors buy XRP because they think it's going to be worth more in the future. Institutional sales build market confidence.

5) Many of these deals mean more money for Ripple, which Ripple uses to hire employees, sign up partners, do regulatory outreach, and so on. To date, none of that money has been used to pay dividends to investors. It has all been retained and/or used by Ripple. Ripple's long-term goal is to maximize the value it gets from its XRP.

Psuedosan, ValiantAlways, joaomamede and 42 others   💙 26   ✪ 18   😄 1

# PX-508.25

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/11056-xrp-ii-benefits-xrp-yes-no-maybe-so/?do=findComment&comment=111778



# PX-508.26

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/11874-can-the-first-usage-of-xrapid-actually-flood-the-market-with-xrp/?do=findComment&comment=121864



# PX-508.27

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/11951-xrp-has-no-price-limitation-confirmed/page/2/



# PX-508.28

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/12335-ripple-the-fundamental-value-of-xrp/?do=findComment&comment=127965



# PX-508.29

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/12513-ripple-stock-anomaly-is-16b-valuation-a-fair-price/?page=2



### Ripple Stock Anomaly : is $1.6B Valuation a fair price?

xrp    equity price    us equities    secondary market

**By maverick,**
December 4, 2017 in Marketplace

Share          Followers   3

**JoelKatz**

Ripple Employee

884

Posted December 4, 2017

The numbers given in the first post are roughly accurate.

The upside of shares over XRP:

1. Ripple might earn revenue from sources other than XRP and you might get a share of that.
2. The price of shares of Ripple is low compared to the value of the proportional share of Ripple's XRP.
3. You become a shareholder of Ripple with particular legal rights.
4. Even if Ripple fails in the payments arena, if XRP succeeds anyhow, you could still benefit because Ripple holds so much XRP.
5. It's an illiquid asset, so it's possible it's very underpriced.

The upside of XRP over shares:

1. You can buy or sell with more flexibility as to time and price, adjusting your position as you see fit.
2. It's not clear how much of the value of the XRP Ripple holders will materialize as shareholder value.
3. If people think such a high discount to XRP's value is applicable to the shares now, they may continue to do so when you want to sell.
4. It's a more liquid asset than Ripple shares, so it's less likely to be very overpriced.

Summarizing them, the main issue is just that it's very hard to know what a share of Ripple stock should really be worth. There's minimal market price discovery and so many unknowns. The shares aren't very liquid, so you can't adjust your position if you change your mind. But if you're bullish on both XRP and Ripple over the long term and can qualify as a qualified investor, it's worth thinking about.

**CAUTION:** This is not anything specific about Ripple. But this is a general caution I always give people considering trading shares in a non-public company on a secondary market. There is a good chance that the person on the other side of the trade has inside information about the company that you don't. You will have to sign a form indicating that you accept this risk and as a sophisticated investor, you are presumed to know what you are doing.

corak, XRPledger, T8493 and 5 others    6    2

# PX-508.30

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/12818-what-impact-would-a-ripple-takeover-have-on-xrp-price/



# PX-508.31

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/14047-forbes-the-bear-case-for-xrp/page/3/



# PX500.32

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/17885-ripple-sold-916-million-of-its-digital-currency-xrp-last-quarter-as-the-price-surged-almost-30000/#comment-225444



Member

💬 168

> ⊙ On 1/24/2018 at 3:31 PM, cmbartley said:
>
> Programmatic sales happen via exchanges and on XRPL. Sales to investors mean investors pay Ripple directly and Ripple transfers XRP from a Ripple-managed wallet to a wallet under the control/ownership of the investor.

Thanks!

But does the term "Programmatic" imply that this was more or less pre-determined, or against pre-determined rules? Whereas the 'direct sales' are based on the amount Ripple was willing to sell to 'new kids on the block' in this specific period? Again, I'm more or less undereducated at this!

---

**JoelKatz**

Posted January 24, 2018                                          Popular Post   •••

ipple Employee

💬 884

Yes, that's exactly it.

Programmatic sales are made by market making on open markets. They don't include a lockup and Ripple has almost no control over who gets the XRP. They effectively become part of the open market.

Institutional sales are made directly to investors. They might include a lockup or other kinds of deals and Ripple gets to pick and choose who they do business with.

One good thing I think these numbers clearly prove is that Ripple doesn't have to sell XRP at a discount to FIs or make mass sales to institutions with no lockup to raise revenue. Sales on the open market are the majority of the volume. That means that Ripple can afford to be picky in who it makes institutional sales to and thus it's reasonable to infer that Ripple likely thinks those have strategic value.

Ripple does not need to sell XRP at a discount to raise revenue, the open market clearly suffices. And Ripple is not selling large amounts of XRP at a discount to undermine the market.

On the downside, if you think that Ripple is a brilliant strategist making amazing backroom deals that will incentivize the entire financial industry to use XRP, seeing that such backroom deals are a fairly small percentage of total XRP released might be thought of as a negative. Alternatively, it means we're confident we'll succeed without such deals or that such deals don't involve large amounts of XRP. The point is -- you have the data.

XRPbeliever, XRPeteSampras, Lukeeboy and 12 others    11    4

# PX-508.33

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/6233-ripple-vs-ethereum-not-the-price-but-the-merits/?do=findComment&comment=59437



### Ripple vs. Ethereum (Not the price, but the merits)

**By Alluvial,**
June 11, 2017 in General Discussion

Share    Followers    0

**JoelKatz**

Ripple Employee

884

Posted June 11, 2017

Popular Post

There are really two separate issues. One is whether Ethereum competes with XRP generally. The other is whether Ethereum competes with XRP for the specific use case that Ripple, the company, is targeting. While the former is a complicated question. The latter is much simpler.

Settling international payments requires a vast pool of liquidity and somebody has to finance creating that pool of liquidity. Ripple holds 60% of the XRP supply and has the ability to use as much of that as is needed to bootstrap the liquidity to target that use case. It's hard to imagine anyone spending huge amounts of their own money to do that for Ethereum. If you just need a pool of liquidity, and someone else is building it, why should you pay to build it?

IAMGROOT, MemberBerry, StillSteel and 14 others    17

PX 508.34

PX 508.34

https://www.xrpchat.com/topic/3085-what-would-you-like-for-xrp/page/8/#comment-28495



PX 508.35

PX 508.35

https://www.xrpchat.com/topic/3085-what-would-you-like-for-xrp/page/8/#comment-28495



**miguel**

Ripple Employee

💬 31

Posted February 26, 2017

Author · Popular Post · ···

A few things.

First and foremost, thank you for taking the time to respond and post. There are some great suggestions here, many of which, believe it or not, we are in the process of doing. Still, it means a lot that there is so much interest and support. Thank you.

Second, I wanted to provide a little color as to why I asked the question in the first place. Contrary to some, I didn't ask what you guys wanted because we're out of ideas, or because the plane is crashing and we're desperate, quite the contrary. I asked the question to sanity check the current path/strategy, get different perspectives than the ones we have internally, and most importantly make sure you know we are listening.

Though most of you are not Ripple employees, you are most definitely on the team, some only because you're long XRP, but many because, just like me, know that what Arthur and David created is a transformational piece of software that has the potential to change history. I can't promise each one of you is going to get what you want, but I can promise that you won't be ignored.

Thanks again and I hope all of you are having a great weekend.

Sent from my Nexus 6 using Tapatalk

Morty, MemberBerry, mike91 and 29 others   ❤ 32

PX 508.36

PX 508.36

https://www.xrpchat.com/topic/3290-countering-the-%E2%80%98damocles-effect%E2%80%99/page/2/#comment-31259



# PX 508.37

XRPchat.com post by David Schwartz

https://www.xrpchat.com/topic/3339-locking-up-ripples-xrp-with-crypto-conditions/?do=findComment&comment=32058



## Locking up Ripple's XRP with Crypto Conditions

 **By Xi195,**
March 23, 2017 in  General Discussion

⤴ Share      Followers   2

---

**JoelKatz**



Ripple Employee

💬 884

Posted March 26, 2017                                    Popular Post   •••

My position on this has evolved lately, largely due to conversations with Miguel. My position used to be that it didn't really matter but that locking up some XRP wouldn't hurt us and might help, so there was no reason not to do it. I was concerned that we might limit our future flexibility and so didn't advocate locking up on a tight schedule.

However, if we're going to lock up XRP on the ledger, we're doing it to provide more predictability. Locking up too little or for too short means we get less predictability. Too little gives effectively no predictability at all. Essentially, I was super-concerned about us needing XRP for something and not having it and ignoring the harm from overhang that we could have mitigated by locking up.

Now I think we probably should lock up as much as we think we can for as long as we think we can. If we don't, people will fear that if things aren't going so well, we'll be tempted to sell lots of XRP, precisely the fear we want to eliminate. In exchange, if we're doing well and need more XRP for some reason, we should just be able to buy it if we have to.

The only real downside to locking up too much XRP is if the price is getting too high and we want to use the opportunity to increase the supply but can't. First, that's a good problem to have. Second, in that case, we can still increase the supply at a predictable rate, and I don't see it being a problem if the price gets "too high". We're not looking to make money by selling XRP at temporary peaks -- that's never been our strategy.

---

Dxeed, MundoXRP, Ripple_Is_Super and 41 others    44