# PX 509.01

**Quora post by David Schwartz on November 12, 2017**

**https://www.quora.com/Considering-that-the-banks-dont-use-XRP-coins-for-their-transactions-how-can-the-XRP-price-go-high-even-if-the-banks-adopt-the-Ripple-platform**

---

### Considering that the banks don't use XRP coins for their transactions, how can the XRP price go high even if the banks adopt the Ripple platform?

 **David Schwartz**
CTO at Ripple (payment network) (2018–present) · Author has **11.1K** answers and **16.8M** answer views · 4y

There's a business that Ripple has providing transaction processing software to banks. It can work without XRP and without any blockchain tech. It improves international payments because it uses end-to-end messaging to track payment progress, ensure all necessary compliance information is in the transaction in the first place, precisely knows the fees ahead of time, and provides prompt, reliable confirmation of delivery. This is a big enough improvement that banks will use it even if the actual money moves the same way it does now.

Ripple has built a public blockchain with a native asset, XRP. It has various nice features -- a distributed exchange, good governance, fast transactions, high transaction volume, native multisign, key rotation, payment channels, and so on.

The hard part about getting banks to use a blockchain isn't the blockchain, it's everything else. It's governance, compliance, integration with banking systems, and so on. our software does all that stuff, so if routing a payment through XRP is a penny cheaper, the bank can take it. Then we have to make XRP cheaper somewhere that matters.

Ripple likely won't target the biggest corridors like USD->EUR early because they're already efficient. Early targets will be inefficient, but fairly high volume, corridor. For example, EUR->INR. Market makers (currency traders) often have very small profit margins, so even a small incentive to place good EUR<->XRP and XRP<->INR offers can beat what banks are getting now through the correspondent banking system.

Once we get one corridor, we hang other countries off each end of the corridor, expanding the reach of XRP.

Now, say you're a company like Apple with a huge pile of cash. If you want to snap up other assets cheap, you'll need to hold the asset the people selling want. If they're going into any of our corridors, they'll want XRP, so you would want to hold it.

If Ripple is successful getting XRP used as an vehicle asset in international payments, new corporates like Uber and AirBNB (who make payments all over the globe and want to make them as quickly and cheaply as possible) could significantly add to the demand for XRP. Why?

1. They can buy XRP at below market cost. Say they want to buy with USD. They just wait for someone to make a payment that's bridged with XRP that delivers USD. They can provide the USD for delivery and take the XRP from the other side of the payment. Since they're providing someone else liquidity, they'll pay below market rate.

2. They can make payments funded from XRP at roughly half cost. Say they want to pay into a corridor that's bridged by XRP. Since they already have XRP, they can save the cost of the "to XRP" half of the payment.

This means they'll save money by holding piles of XRP sufficient to adapt the timing of these two operations, and they'll be adding to XRP demand. These forces could be expected to increase the price of XRP. This same logic can apply to all kinds of companies that make payments around the world.

At least, that's what Ripple's betting on. After all, the reason we're doing this is to increase demand for XRP to increase the value we can extract from our stash of XRP.

43K views · View upvotes · View 3 shares

 158      3   8   

# PX 509.02

Reddit post by David Schwartz on Thursday, June 23, 2016
https://www.reddit.com/r/Ripple/comments/4pe52s/pre_mined_coins/d4l5mm3/



# PX 509.03

Reddit post by David Schwartz on Monday, October 10, 2016
https://www.reddit.com/r/Ripple/comments/56shj7/200_to_300_spike_12_hours_later_and_still_no/d8mbnpx/

Posted by u/ripcurldog 6 years ago

7

## 200% to 300% spike - 12 hours later and still no explanation

💬 14 Comments    ↗ Share    🔖 Save    👁 Hide    🚩 Report

Sort By: Best ▼

View all comments

fasterfind · 6 yr. ago

Ripple had a wallet.

Someone explained to me that banks are buying Ripple in VERY large amounts, and paying VERY high prices for it... but us peons only have exchanges, and banks have KYC issues that prevent them from buying from us peons.

And... I guess that makes us bagholders if institutional buyers are NEVER going to say... buy at Poloniex.

Is this right, or is this bunk?

↑ 0 ↓    💬 Reply   Share   Report   Save   Follow

sjoelkatz · 6 yr. ago
🔹 Ripple · David Schwartz

We had a wallet. It became untenable for us to maintain it, and now GateHub provides a wallet. Anyone else who wants to provide a Ripple wallet can do so as well. There's no secret sauce.

Banks are not currently buying much XRP. They have good institutional reasons not to want to hold volatile assets. They're not supposed to be gambling. At the moment, there isn't much reason for banks to hold XRP. They'd just be speculating that the price will go up, which is not what banks are supposed to do.

While a market is never going to be perfectly efficient, a walled garden with an XRP price that differed widely from the price elsewhere is unlikely. If the price difference is anything more than tiny and the volume on both sides is more than tiny, someone will buy where the price is low and sell where the price is high.

If significant institutional demand for XRP materializes, it's reasonable to expect that the price on exchanges will rise. Today's price, I think, accurately reflects today's demand.

↑ 4 ↓    💬 Reply   Share   Report   Save   Follow

# PX 509.04

**Reddit post by David Schwartz on**


https://www.reddit.com/r/Ripple/comments/6zh0dn/comment/dmvk65t/?utm_source=share&utm_medium=web2x&context=3

 **zigzagzig** · 5 yr. ago

I've heard not to buy XRP because it's "not decentralized and controlled by banks" -- It does pique my interest with it's market cap position for a good long hold in the future. Anyone care to sway me to make my first investment?

⬆ 2 ⬇  💬 Reply  Share  Report  Save  Follow

 sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

I'll just respond to those two specific issues:

1. Whether or not XRP is decentralized depends on what you mean by decentralized. Yes, Ripple holds more than half the XRP in existence. In that sense, XRP is not decentralized. But that means that Ripple can justify spending $100 million dollars on something if it would be expected to increase the long term price of XRP by a penny. That is what makes it possible for XRP to target the use case Ripple is going after. That does not make it the perfect digital asset for every application, and that's why Ripple focuses heavily on interoperability with technologies like interledger.

2. Ripple is not really significantly controlled by banks. At most, there are some financial institutions that hold stock in Ripple or have board seats. And even if it was, that's just a stupid argument. The Internet was actually controlled by the government and the military at one time. That would not have been a good reason to ignore it and build something else. You really have to look at the actual technology. For example, there are no administrative functions on the XRP ledger other than the amendment process to change its rules, and that is ultimately controlled by the users. Ripple has no power to make anyone else run any code they don't want to run.

⬆ 8 ⬇  💬 Reply  Share  Report  Save  Follow

# PX 509.05

Reddit post by David Schwartz on **Monday, September 11, 2017**
https://www.reddit.com/r/Ripple/comments/6z6dn8/whats_the_best_eli5_about_ripple/

Posted by u/granttes 5 years ago

**9**

## What's the best ELI5 about Ripple?

What's your best eli5 about Ripple and XRP? Please try to include as much as you can. How was it made, how does it work...who, what, where, when, why?

💬 8 Comments    ↗ Share    🔖 Save    ⊘ Hide    ☐ Report          100% Upvoted

 sjoelkatz · 5 yr. ago · edited 5 yr. ago

🔹 Ripple - David Schwartz

Ripple is a VC-financed company in San Francisco with about 160 full-time employees. XRP is a digital asset that trades on a public ledger. Ripple owns a bit more than 60% of the XRP that will ever exist. Ripple sells payment software to banks and is positioning XRP as a high-speed settlement system to go with it.

Ripple's current strategy consists of two major pieces:

The first piece is to promote open standards for payment transactions and get as many financial institutions as possible to adopt these standards. That means providing them software to integrate high-speed payment and settlement into their existing transaction processing systems. This means governance and regulatory work as well as software sales and support.

The second piece is to use some of Ripple's stash of XRP as a strategic weapon to incentivize the creation of pools of liquidity between XRP and currencies that are currently expensive or slow to deliver.

The end goal, if Ripple is successful, is to position XRP as a universal bridge asset to concentrate liquidity into and out of smaller payment corridors. This would mean that companies that need to make payments into many of these corridors could cut costs by holding a single pile of XRP (which they could buy at near zero cost by facilitiating other people's inbound payments) that they could use for multiple corridors. This would also mean that traders would need to hold XRP because that would be the asset they people will need when they pay into those corridors.

XRP also has some interesting properties. The ledger uses a distributed agreement protocol to solve the double spend problem rather than proof of work. This means that miners don't get to call the shots because they're not needed to secure the network. It also means that transactions can be fully confirmed in ten seconds. (There are no reorganizations. Once a transaction is confirmed, it cannot unconfirm.)

On-chain transaction volume can be much higher than most competing systems. Ripple has demonstrated 1,500 transactions per second under realistic conditions. Transaction costs have stayed well under a penny.

The XRP ledger has persistent accounts that can have properties. This permits things like key rotation and more sophisticated multisigning. The ledger has escrow and payment channel features to support off-ledger scaling and integration with other payment protocols.

The ledger also supports issuing and redeeming arbitrary assets. This permits anyone to issue what is effectively an IOU on the ledger, allowing non-native assets (like bitcoin or USD) to trade on the ledger. The ledger has a powerful distributed exchange and pathfinding feature to support complex payments across currencies and issuers.

⬆ 8 ⬇    💬 Reply   Share   Report   Save   Follow

# PX 509.06

Reddit post by David Schwartz on Monday, September 11, 2017

https://www.reddit.com/r/Ripple/comments/6z6dn8/whats_the_best_eli5_about_ripple/

---

Posted by u/granttes 5 years ago

**9** **What's the best ELI5 about Ripple?**

What's your best eli5 about Ripple and XRP? Please try to include as much as you can. How was it made, how does it work...who, what, where, when, why?

💬 8 Comments   ↗ Share   🔖 Save   ⊘ Hide   ⚑ Report          100% Upvoted

---



sjoelkatz · 5 yr. ago · edited 5 yr. ago
🔹 Ripple - David Schwartz

Ripple is a VC-financed company in San Francisco with about 160 full-time employees. XRP is a digital asset that trades on a public ledger. Ripple owns a bit more than 60% of the XRP that will ever exist. Ripple sells payment software to banks and is positioning XRP as a high-speed settlement system to go with it.

Ripple's current strategy consists of two major pieces:

The first piece is to promote open standards for payment transactions and get as many financial institutions as possible to adopt these standards. That means providing them software to integrate high-speed payment and settlement into their existing transaction processing systems. This means governance and regulatory work as well as software sales and support.

The second piece is to use some of Ripple's stash of XRP as a strategic weapon to incentivize the creation of pools of liquidity between XRP and currencies that are currently expensive or slow to deliver.

The end goal, if Ripple is successful, is to position XRP as a universal bridge asset to concentrate liquidity into and out of smaller payment corridors. This would mean that companies that need to make payments into many of these corridors could cut costs by holding a single pile of XRP (which they could buy at near zero cost by facilitating other people's inbound payments) that they could use for multiple corridors. This would also mean that traders would need to hold XRP because that would be the asset they people will need when they pay into those corridors.

XRP also has some interesting properties. The ledger uses a distributed agreement protocol to solve the double spend problem rather than proof of work. This means that miners don't get to call the shots because they're not needed to secure the network. It also means that transactions can be fully confirmed in ten seconds. (There are no reorganizations. Once a transaction is confirmed, it cannot unconfirm.)

On-chain transaction volume can be much higher than most competing systems. Ripple has demonstrated 1,500 transactions per second under realistic conditions. Transaction costs have stayed well under a penny.

The XRP ledger has persistent accounts that can have properties. This permits things like key rotation and more sophisticated multisigning. The ledger has escrow and payment channel features to support off-ledger scaling and integration with other payment protocols.

The ledger also supports issuing and redeeming arbitrary assets. This permits anyone to issue what is effectively an IOU on the ledger, allowing non-native assets (like bitcoin or USD) to trade on the ledger. The ledger has a powerful distributed exchange and pathfinding feature to support complex payments across currencies and issuers.

⬆ **8** ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.07

Reddit post by David Schwartz on Wednesday, January 11, 2017
https://www.reddit.com/user/sjoelkatz/comments/?sort=new&after=t1_dmwurxl&count=275

sjoelkatz commented on Volatility in price is bad for Ripple, right ? Which hurts the moon potential for XRP ? · **r/Ripple** · Posted by u/noobidoobido

sjoelkatz 5 points · 5 years ago

This is definitely one of the things Ripple would do if necessary. I think most people don't think this will actually be necessary. But we likely wouldn't let volatility risk be a dealbreaker if we could save the deal by offering to take that risk. We effectively already have unlimited downside risk from XRP dropping in value, so a little more would just be noise.

Reply  Share  •••

sjoelkatz 10 points · 5 years ago

First, Ripple has a direct financial interest in the value of XRP being as high as possible. The higher the price of XRP, the more value Ripple can extract for its shareholders from its XRP and the greater Ripple's ability to use XRP to incentivize partners.

Second, the value of XRP directly affects its ability to intermediate large payments. You couldn't be a house with bitcoins when bitcoins were worth $1. You can now.

Third, the best case scenario would be a general upward trend in price. That would mean that the cost of holding XRP would be zero or negative. For example, today, given the general upward trend in the price of bitcoins, you can hold bitcoins at zero (or even negative) cost by transferring both the upside and the downside to another party.

Fourth, Ripple would likely gladly offer to cover FI's losses holding XRP in exchange for a generally higher price. Remember, Ripple is the largest holder of XRP.

Reply  Share  •••

# PX 509.08

Reddit post by David Schwartz on Wednesday, January 11, 2017
https://www.reddit.com/user/sjoelkatz/comments/?sort=new&after=t1_dmwurxl&count=275





Since Ripple holds over 60 billion XRP, there's a huge correlation between Ripple's success as a company and the long-term price of XRP. The higher that price, the more value Ripple can get out of its XRP. Ripple's key business model is to drive use and adoption of XRP and ultimately be able to realize more value from the XRP it holds.

# PX 509.09

Reddit post by David Schwartz on Tuesday, September 12, 2017
https://www.reddit.com/r/Ripple/comments/6zmdqa/comment/dmwstse/?utm_source=share&utm_medium=web2x&context=3



 sjoelkatz · 5 yr. ago · edited 5 yr. ago
Ripple - David Schwartz

I'll use the analogy of Google again. If Ripple were Google, XRP would be the search engine and the Internet would be Ripple's payment technology.

The more people who use the Internet and the more value the Internet provides, the more possible value there is in a search engine. This is, of course, no guarantee that that search engine will be Google. But Google develops technology (like SPDY) and works to protect and promote the Internet because the Internet is what creates the need for a search engine. The Internet will not directly make Google billions of dollars, but Google's search engine is worth billions only because we have a strong, healthy Internet that hundreds of millions of people use for everything.

Similarly, Ripple is building open payment systems with technologies like interledger. These probably will not directly make Ripple billions of dollars. But fast payment generates the demand for fast settlement, and the software Ripple sells to banks is made to integrate with digital asset settlement. The more Ripple's payment technology is adopted, the more payments there will be that have no technical obstacle to being settled with XRP.

It's important to understand that Ripple is primarily VC financed and while we do sell XRP, we primarily use our XRP as a strategic asset to incentivize partners. It is clearly in our economic interest to do things that will increase the value of XRP over the long term.

We've explained clearly why we believe that our payment network will create a tremendous need for a new intermediary asset, why that asset is likely to be a digital asset, why XRP is well-positioned to be that asset, how Ripple will work to get XRP adopted for this purpose, and why that would be expected to create demand for XRP.

It's perfectly fair, of course, to disagree with any part of that logic or to question the likelihood of the plan as a whole succeeding. I would suggest people look closely at our history of successful execution and the amazing group of people we've managed to put together.

⬆ 18 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.10

Reddit post by David Schwartz

https://www.reddit.com/r/IAmA/comments/80ppfl/comment/duxbgzh/?utm_source=share&utm_medium=web2x&context=3



# PX 509.11

Reddit post by David Schwartz on Tuesday, February 7, 2017.
https://www.reddit.com/r/Ripple/comments/5rllvv/did_ripple_get_it_all_wrong_with_jed/ddgoaea/

Posted by u/Noncommonsense1 5 years ago

### Did ripple get it all wrong with Jed?

Here's the thing. They've been trying to prevent Jed from dumping his XRP for a long time and have come to an agreement. They gradually let him sell more and more. WHY??? Why not let him sell it all right now and let people buy it up cheap when he crashes the price? If you anticipate the price of your "currency" to rise over the years, you don't tell someone in litigation they can't sell their billions of XRP until it's worth a lot more.

12 Comments    Share    Save    Hide    Report                    50% Upvoted

# PX 509.12

Reddit post by David Schwartz on Wednesday, May 3, 2017.
https://www.reddit.com/r/Ripple/comments/68und8/if_xrp_are_destroyed_each_time_per_use_and_if/dh38pum/



# PX 509.13

Reddit post by David Schwartz on Tuesday, May 9, 2017.

https://www.reddit.com/r/Ripple/comments/6a8ysp/serious_ripplexrp_questionsfor_respected_david/dhcser8/

Posted by u/JoJoFool 5 years ago

**Serious Ripple/XRP Questions(For Respected David Schwartz)**

52 Comments   Share   Save   Hide   Report

Sort By: Best ▼

**View all comments**
**Show parent comments**

sjoelkatz · 5 yr. ago
Ripple - David Schwartz

Do you see XRP being used for more than just bank to bank?

We're promoting XRP as a vehicle currency for bridging payments. That's not just bank to bank but also market makers, currency traders, and companies that need to make lots of outbound payments.

It can be used in the same fashion BTC is used as well, correct?

Yes, that's true. We haven't promoted XRP that way for a variety of reasons. One is that we didn't think it made much sense to try to compete with Bitcoin at an application that it already does well, especially since XRP didn't have enough value to do that. We were the first to connect crypto-currencies to improving the payment system. A lot of companies decided that was what they were going to try to do too, which I think suggests that it's a good strategy. And that includes organizations who have nothing but their token, not just companies like us that also have a software/payments business.

BTC is a bridge as well right however XRP is much faster and cost-efficient as stated on the Ripple web page. This is a big issue for me as it seems you guys are all in on XRP being used for banks and not really promoting it to be used in the fashion BTC is utilized. Which it can be used for, Correct?

That's correct. There are definitely some people who think we should have stuck with the store of value use case or the community credit use case. We could compete with bitcoin based on our superior speed, capacity, and integration with other on-ledger assets. That becomes more viable as the value of XRP goes up.

As you stated earlier Ripple is already getting extremely successful off XRP investors' money

We're primarily VC funded. But it is true that selling XRP is a source of funds for us.

yet XRP is not necessarily getting more successful because it is not being utilized in the real world, you stated honestly that this will most likely be the case for quite some time which I very much appreciate. Why not start adding value to XRP already as an asset that can be used like BTC however much more efficiently? Unless the way it was created does not allow so.

If our strategy of going all in promoting XRP as a vehicle currency works, the potential market is massive. And we avoid having to fight bitcoin for market share and can instead grow the market cooperatively as we have been trying to do.

Right now it seems the agenda is to use XRP investors money to improve the blockchain and get banks aboard it which is happening but this is only success for you guys not necessarily the XRP investors.

It's a fair point that it won't necessarily benefit those who hold XRP. But we now have some evidence that it actually has done so. And we continue to be the largest XRP holder and the ones with the most to gain or lose. So our interests are mostly aligned.

I really think we can do this though. Look at how far we've come in the past four years.

7   Reply   Share   Report   Save   Follow

# PX 509.14

Reddit post by David Schwartz on Tuesday, May 9, 2017
https://www.reddit.com/r/Ripple/comments/6a8ysp/serious_ripplexrp_questionsfor_respected_david/dhcshqd/

Posted by u/JoJoFool 5 years ago

0

## Serious Ripple/XRP Questions(For Respected David Schwartz)

52 Comments    Share    Save    Hide    Report

jezzacoc · 5 yr. ago

I'm not talking about any other crypto currency. I'm talking about bitcoin.

Bitcoins "feature" is its decentralised nature and no "owner" and it has stood the test of time. From day 1 of crypto currency in fact. How would you shut down bitcoin? Bitcoin remains high risk compared to other asset classes like regulated shares but its much lower risk than xrp.

You are buying into an "asset" controlled by a single company. You don't even have equity in the company, you're buying something that they freely admit to being a transaction cost in their system and is not even needed for ripples operation?

Where is the value in that?

1    Reply    Share    Report    Save    Follow

sjoelkatz · 5 yr. ago
Ripple - David Schwartz

The value is if we're successful in promoting XRP as a vehicle currency and that drives demand for it. Whether or not you think there's value comes down to how likely you think we are to pull that off.

3    Reply    Share    Report    Save    Follow

# PX 509.15

Reddit post by David Schwartz on Tuesday, May 9, 2017
https://www.reddit.com/r/Ripple/comments/6ajgug/why_does_xrp_value_and_stability_matter_to_banks/dhf71cw/

Posted by u/SaltyBurntPopcorn 5 years ago

9

## Why does XRP value and stability matter to banks?

💬 13 Comments    ↗ Share    🔖 Save    ⊘ Hide    ☐ Report

Sort By: Best ▾

View all comments

**zazo1234** · 5 yr. ago

But what happens if bank B gets their $1,000,000 and doesn't need to transfer it or use the funds for two days and in the time being the price of XRP drops 20%. This could easily go the other way as well maybe it will raise. But when they are looking to transfer money they are looking for stability not the opportunity to potentially make a few %. At least that's how I look at it.

⬆ 1 ⬇  💬 Reply  Share  Report  Save  Follow

**SaltyBurntPopcorn** OP · 5 yr. ago · edited 5 yr. ago

Well, if Bank B decided to hold on to the XRP, they would definitely be at the mercy of the market. They know the risk involved with holding on to XRP. If that's something they purposely wanted to do, then I suppose go for it.

Realistically, banks would immediately convert the XRP into their local currency automatically. My understanding is that XRP is just the middle man for the transferring process between banks. The XRP is not meant to held, nor does it need to be. Banks don't hold on to it as an investment. They just need it to send and receive different world currency through Ripple.

⬆ 2 ⬇  💬 Reply  Share  Report  Save  Follow

**sjoelkatz** · 5 yr. ago
•• Ripple · David Schwartz

Sure. But then somebody has to hold the XRP. And the more likely it is to go down, the more they'll charge others for the privilege of avoiding that risk.

The higher the risk that XRP will drop in price, the more difficult it is to use it as an intermediary asset. That's why stability matters.

As for why price matters, it doesn't directly. But it does indirectly. Price and liquidity are very tightly correlated. For XRP to work a vehicle/intermediary currency, you have to be able to buy and sell amounts of XRP equal to your payment size without moving the market significantly.

⬆ 5 ⬇  💬 Reply  Share  Report  Save  Follow

# PX 509.16

Reddit post by David Schwartz on Friday, May 12, 2017
https://www.reddit.com/r/Ripple/comments/6a8ysp/serious_ripplexrp_questionsfor_respected_david/dhgcdw3/

Posted by u/JoJoFool 5 years ago

## Serious Ripple/XRP Questions(For Respected David Schwartz)

💬 52 Comments    ↗ Share    🔖 Save    ⊘ Hide    ⚑ Report

CryptoInterest · 5 yr. ago · edited 5 yr. ago

You basically said people should hold it because......

> 1. We aren't at the point where XRP is a stable asset bridging lots of payments yet. The price of XRP could appreciate significantly on the way there.

1. Translation: "The value can still rise off hype and speculation that one day it will become X"

> 2) If XRP bridges payments efficiently, people who don't know who they'll need to pay next will want to hold XRP. And people who are looking to buy any asset that's available cheaply will need to hold XRP because that's what the person selling that asset will want. This can increase demand and therefore price.

2) Translation: "It can be used like BitCoin", you realize BitCoin is becoming universally accepted for this function...

> 3) And, of course, if there could be a long-term, sustained rise in the price of XRP, that would make it a great asset to hold or to trade. (If you think that assets that are deflationary or appreciating in value are bad for exchange because people won't want to part with them, let me know and I'll explain why that's nonsensical.)

3) Same as point 1

What you guys are doing is unacceptable and robbery whether you have the intent or you don't, personally I don't think you have the intent.

⬆ 1 ⬇   💬 Reply   Share   Report   Save   Follow



sjoelkatz · 5 yr. ago
Ripple - David Schwartz

> 1. Translation: "The value can still rise off hype and speculation that
> one day it will become X"

While it's true that the price can rise due to hype, that's not what I'm talking
about. What I'm talking about is the reasonable expectation of future value.
That's how this works. If, for example, you think that bitcoin will capture
billions of dollars of future value, you expect it to raise in value in the future
and so you want to hold it now. The same goes for a stock.

> 2) Translation: "It can be used like BitCoin", you realize BitCoin is
> becoming universally accepted for this function...

Bitcoin isn't bridging payments efficiently yet, so holding bitcoin because it
can bridge payments isn't happening.

> What you guys are doing is unacceptable and robbery whether you have
> the intent or you don't, personally I don't think you have the intent.

You're entitled to your opinion. Do you agree that if we succeed in making
XRP a vehicle currency, that would be reasonably expected to cause the
price to increase? Is your chief complaint really that you don't think we're
likely to succeed?

⌃ 1 ⌄   Reply   Share   Report   Save   Follow



# PX 509.17

Reddit post by David Schwartz on Friday, May 12, 2017.
https://www.reddit.com/r/Ripple/comments/6au0d6/ripple_has_come_to_be_the_dominant_name_for/dhhofs3/



sjoelkatz · 5 yr. ago

Ripple - David Schwartz

I assure you, we have no interest in dumping XRP. If we didn't believe in our current strategy, we'd be executing a different one. The notional value of Ripple's XRP is over $12 billion now, and we're going to try to get Ripple's shareholders as much value from that as we possibly can. It's difficult to imagine a scenario in the foreseeable future in which we could get maximal value of our XRP by crashing the price. We just have too much XRP.

2    Reply   Share   Report   Save   Follow

# PX 509.18

Reddit post by David Schwartz on Sunday, May 14, 2017
https://www.reddit.com/r/Ripple/comments/6b2lom/i_am_glad_i_gambled_on_ripple/dhjsb0u/



# PX 509.19

Reddit post by David Schwartz on Sunday May 20, 2017
https://www.reddit.com/r/Ripple/comments/6cai18/as_a_long_time_bitcoiner_ripple_is_about_to_beat/dhtkwc0/

---

Posted by u/[deleted] 5 years ago

34

## As a long time Bitcoiner: ripple is about to beat Bitcoin and take over the 1# spot

90 Comments      Share      Save      Hide      Report

**Sort By: Best** ▼

**View all comments**

---

**killerstorm** · 5 yr. ago

Ripple inc. can drive XRP value down to zero by dumping all XRP their have. This is exactly the opposite of what Bitcoin functionality is, which is independence of governments, banks, companies, etc.

↑ 13 ↓    Reply    Share    Report    Save    Follow

---

**sjoelkatz** · 5 yr. ago
Ripple - David Schwartz

It's true that we could do that, but:

1. It would hurt us more than anyone else. We're going to be the largest XRP holder for a long time.

2. If enough people felt that Ripple was doing more to harm XRP than to help it, they could do a hard fork of the ledger and create a system where we don't have XRP. This is, of course, the nuclear option and nobody wants this to happen.

3. We have a history of responsible stewardship since Jed left. And by the end of the year, our XRP will be locked up on ledger and the validator set will be diversified.

We are doing this not because we're good people (though I think we are) but because the long term value of XRP affects us more than anyone else. We have an asset with a notional value of more than $10 billion, and our stockholders would like to see us maximize that value.

I think it's very likely that the recent surge in interest and value will result in it being much easier to diversify the stakeholders. For example, many more exchanges now have a significant financial interest in seeing XRP trading volumes stay high.

↑ 7 ↓    Reply    Share    Report    Save    Follow

# PX 509.20

Reddit post by David Schwartz on Thursday, June 8, 2017
https://www.reddit.com/r/Ripple/comments/6fw4a0/xrp_is_now_one_of_4_cryptocurrencies_in_investor/dimehb0/

Posted by u/maroule 5 years ago

70

#XRP is now one of 4 cryptocurrencies in investor
Tim Enneking's blue chips asset
category   twitter.com/Ripple... ⧉

💬 9 Comments   ↗ Share   🔖 Save   ⊘ Hide   🏳 Report

Sort By: Best ▾

View all comments

[deleted] · 5 yr. ago

Ok i have heard a lot about ripple now but in all honesty how can the price go up if
the owner or devs keep pumping more coin? I like the technology but i am having
serious doubts that the price will never go above $1 since there are trillions of coins.
Serious answer please.

⇧ 2 ⇩   💬 Reply   Share   Report   Save   Follow

sjoelkatz · 5 yr. ago
◈ Ripple · David Schwartz

There are 100 billion XRP in existence. Ripple is not "pumping more coin" but is
using its XRP to incentivize partners and bootstrap liquidity.

⇧ 2 ⇩   💬 Reply   Share   Report   Save   Follow

# PX 509.21

Reddit post by David Schwartz on Tuesday, June 13, 2007
https://www.reddit.com/r/Ripple/comments/6grfxd/message_for_the_xrp_community_stop_being_dogmatic/diumyu1/



# PX 509.22

Reddit post by David Schwartz on Wednesday, June 14, 2017
https://www.reddit.com/r/Ripple/comments/6h33e7/can_anyone_refuterebut_the_claims_made_in_this/divgxq6/

Posted by u/[deleted] 5 years ago

2

## Can Anyone Refute/Rebut The Claims Made In This Guy's Rant About XRP vs. Ripple?? Kind of worrisome, no?? youtube.com/watch?... ↗

28 Comments   ↱ Share   🔲 Save   ⊘ Hide   🏳 Report

Sort By: Best ▾

**View all comments**

sjoelkatz · 5 yr. ago · *edited 5 yr. ago*
↙ Ripple - David Schwartz

He is right that we are building a level playing field where all assets (including XRP, BTC, LTC, and private tokens of all kinds) will compete to provide liquidity. That's good for everyone and, we hope, an effort that many companies can get behind. (And we're not just doing the technical work. We're working on business rules, compliance, integration, and so on.)

He's wrong that banks can use a private token for settlement. Imagine I receive a million dollars in that private token and now I want to make a domestic payment with that million dollars. What does my bank do to get the million dollars onto the domestic payment rail? A private token can be used for payment, but not for settlement.

To allow XRP to be used for real settlement requires large, deep liquidity pools. Ripple intends to execute a strategy to produce those pools so that when you receive a million dollar payment bridged by XRP, the bank winds up with not XRP but whatever asset it actually needs to settle the payment.

Read this link: https://www.xrpchat.com/topic/5280-valuation-models-xrp-the-digital-currency-vs-ripple-the-company/#comment-50182

It is, of course, possible for Ripple to take over international payments and still not succeed in making XRP a viable asset. But we have a huge incentive to make XRP work, we have almost 200 brilliant full time employees working on it, and we have, I think it's fair to say, an impressive track record of both technical and non-technical execution. We've raised a significant amount of VC funding and have a massive war chest of XRP to use as a strategic weapon. That is, of course, no guarantee of success.

⬆ 9 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.23

Reddit post by David Schwartz, on Wednesday, June 14, 2017
https://www.reddit.com/r/Ripple/comments/6h33e7/can_anyone_refuterebut_the_claims_made_in_this/divt7wx/



# PX 509.24

Reddit post by David Schwartz on Sunday, June 18, 2017
https://www.reddit.com/r/Ripple/comments/6hrsm6/the_reason_why_xrp_will_be_adopted/dj2qjpn/



# PX 509.25

Reddit post by David Schwartz on Thursday, June 22, 2017
https://www.reddit.com/r/Ripple/comments/6irqhs/mathematically_speaking_what_is_the_highest_price/

Posted by u/Ahart999 5 years ago

29

## Mathematically speaking what is the highest price ripple could potentially get to?

Due to the large supply of coins and current rate of adoption/ do you think ripple has potential to surpass $1 in the near future?

💬 46 Comments    ↗ Share    🔖 Save    ⊘ Hide    ▭ Report         91% Upvoted

sjoelkatz · 5 yr. ago · edited 5 yr. ago

🔹 Ripple - David Schwartz

It all depends how big you want to dream.

What if Ripple captures bitcoin's current market share? $2

What if Ripple captures the value of all high-friction International payments that are now occurring? $20 (You could add a multiplier to this for additional demand from people holding XRP to make or facilitate the payments in the future.)

What if Ripple captures the value of an increasing volume of International payments driven by the reduction in friction? Maybe $120. (Same point as above, you could justify a multiplier to this.)

What if the economy triples in size, the volume of International payments increases, Ripple captures all of that, and people also use Ripple for all kinds of other things because it either displaces bitcoin or equals in size a bitcoin that's many times its current size? And we also expand the economy to other planets that also use XRP? And ...

As for how likely these scenarios are though, who can say. Ripple equaling bitcoin's current market cap sometime in the near future doesn't seem any more outrageous to me now than the idea of a bitcoin selling for over $1,000 seemed to me in 2012.

⬆ 89 ⬇    💬 Reply   Share   Report   Save   Follow

# PX 509.26

Reddit post by David Schwartz on Friday, June 23, 2017
https://www.reddit.com/r/Ripple/comments/6j3ov9/help_me_understand_please/djbbevm/



# PX 509.27

Reddit post by David Schwartz, on Saturday June 24, 2017
https://www.reddit.com/r/Ripple/comments/6j73pa/if_ripple_holds_60_of_xrp_doesnt_that_mean_that/djc342y/



# PX 509.28

Reddit post by David Schwartz on Saturday, June 24, 2017
https://www.reddit.com/r/Ripple/comments/6ix4n0/xrp_is_going_after_a_market_of_27_trillion/djc7cbv/

Posted by u/justtherip 5 years ago

111 **XRP is going after a market of 27 TRILLION dollars in tied-up capital with zero competition. Think about that for a second.** i.imgur.com/kUHxlR... ⧉

💬 93 Comments   ↗ Share   🔖 Save   ⊘ Hide   🏳 Report

Sort By: Best ▾

View all comments
Show parent comments

sjoelkatz · 5 yr. ago
•: Ripple - David Schwartz

> The fact that Ripple has been focusing more and more on the tech for banks and less and less on XRP, is public information.

Actually, quite the reverse. Several months ago, our public perception was almost exclusively about tech for banks. There wasn't even a link to anything about XRP on our main web page. Now, XRP is front and center in our messaging.

> And understand that the possibility Ripple wants to sell services and a network rather than fight a potentially impossible road to get banks to buy XRP so XRP holders can profit, is possibly greater than zero.

We hold over 60 billion XRP with a notional value of over $20 billion, which we can sell over time at near zero cost (assuming the price and liquidity holds). You think our bank software business will be anywhere close to that any time soon? How many banks do we have to sign to get as much revenue as a 1 cent increase in the price of XRP? 100? 300?

But, of course, we don't have to choose because they both go together perfectly. Every bank that adopts our services and network is one more endpoint whose payments can settle over XRP the instant the liquidity is there.

⭡ 5 ⭣   💬 Reply   Share   Report   Save   Follow

# PX 509.29

Reddit post by David Schwartz on Saturday, June 24, 2017
https://www.reddit.com/r/Ripple/comments/6ix4n0/xrp_is_going_after_a_market_of_27_trillion/djc7k5f/

Posted by u/justtherip 5 years ago

111    XRP is going after a market of 27 TRILLION dollars
       in tied-up capital with zero competition. Think about
       that for a second.    i.imgur.com/kUHxlR.... ☒

💬 93 Comments    ↗ Share    🔖 Save    ⊘ Hide    🚩 Report

**Sort By: Best** ▾

**View all comments**

**Show parent comments**

sjoelkatz · 5 yr. ago
⋮ Ripple - David Schwartz

> I meant more so in terms of market cap. Most of the currency is owned by Ripple
> founders.

Why do you think centralizastion of the market cap is a bad thing? I understand
wanting decentralization for things like stability of rules, censorship resistance, and
so on. But I don't understand the motive for wanting decentralization of the holders
of the asset.

In fact, there's a good reason to want the reverse. Because one well-funded company
holds so much XRP, they have the ability to spend millions of dollars on projects with
the sole return being the possibility of achieving small increases in the value and/or
liquidity of the asset.

⬆ 2 ⬇    💬 Reply  Share  Report  Save  Follow

# PX 509.30

Reddit post by David Schwartz on Saturday, June 24, 2017
https://www.reddit.com/r/Ripple/comments/6ix4n0/xrp_is_going_after_a_market_of_27_trillion/djcunqe/





Can you provide a link to what you are referring to? I'd like to go over this strategy you've made public.

https://ripple.com/files/xrp_cost_model_paper.pdf
https://steemit.com/cryptocurrency/@princeall/xrp-vs-ripple-explained-by-ripple-developer-joel-katz

There are many things banks can do to reduce their operating costs, but they don't do it because either there is a large transformation cost, a large regulator/legal risk/unknown, and/or a counterparty/volatility/currency/political risk.

Agreed. But they're already doing the transformation to obtain the benefits of end-to-end payment negotiation. We are working aggressively on the legal risk through the GPSG, and we've already established that banks can use exchanges that use XRP internally without knowing who provides the end asset (they don't know that now). The volatility risk can be hedged with Ripple offering options to sell if needed, and many other ways.

Yes, these are huge challenges. But it's not like there aren't ways around them. And we have a *huge* incentive to do this, it could means bilons of dollars for Ripple. And we've raised tens of millions of dollars, have almost 200 full time employees, and our accomplishments to date speak for themselves.

For five years now, every time we've done something, people have said we wouldn't do the very next thing we actually then did.

I wouldn't be able to comment or things I may or may not know that are private to Ripple and its partners, but this is an interesting predicament. XRP is publicly traded with many small-time investors, yet all details related to how well XRP use is being adopted or rejected by the largest "clients" of Ripple, is private information, carefully disseminated (or not) over time in nicely packaged Coindesk-digestible packages. Yet you, Ripple, other Ripple insiders, and others who know this private info, are free to trade on this information without oversight. And your XRP community is none the wiser.

All Ripple employees, advisors, and board members are contractually bound to adhere to Ripple's XRP trading restrictions. For employees, the punishment for violating those rules is termination and, yes, this has happened. For others, the penalty would likely be a lawsuit and damages. As you probably know, we've taken Jed to court to protect the XRP market.

It is true that we cannot publicly disclose anything about partners without their consent. This limits what we can say publicly about what we do with partners.

But, as I said, banks don't have to use XRP directly for XRP to bridge inter-bank payments. They can, for example, use an exchange in a compatible jurisdiction that uses XRP to settle either internally or with other such exchanges. I don't think banks being unwilling to hold or transfer XRP will stop us because we can get around it.

Banks being unwilling to participate in a transaction that uses XRP anywhere would be a problem for us. But they don't know transaction internals today -- if I send Euros to someone, my bank has no idea whose Euros get delivered. If the bank isn't exposed to the risk of holding or transferring XRP, why do you think there would be a problem?

Again, we do not have instantaneous settlement today. It's hard to imagine we'll never have it. The question is just whether XRP can do it. XRP is the only asset that has a plan to provide the liquidity needed (to various domestic payment rails) without FIs having to pay for it (and they could pay for it today but don't, so what does that tell you?).

Here's the question to ask yourself: Why don't banks pre-fund payments for their customers today instead of making their customers have nostro accounts all over the world? What bank wouldn't want the business of, say, Seagate, or a similarly situated company? And you think they wouldn't switch in a second to a bank that told them they wouldn't have to keep hundreds of millions of dollars all over the world just to make fast payments that don't take days to settle?

⬆ 3 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.31

Reddit post by David Schwartz, dated Sunday, June 25, 2017
https://www.reddit.com/r/Ripple/comments/6jd9w6/this_is_the_difference_between_xrp_and_ripple/dje5as3/

Posted by u/ecurrencyhodler 5 years ago

99

# This is the difference between XRP and Ripple.

↖
　↘

💬 166 Comments      ↗ Share      🔖 Save      ⊘ Hide      ⚑ Report

Sort By: Best ▾

View all comments

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

"The success of Ripple the company is not directly tied to the value of XRP."

Ripple holds more than 60 billion XRP with a notional value of around $15 billion. The price of XRP directly controls this notional value. And the liquidity of XRP over time directly controls how much of this notional value becomes actual value for Ripple the company.

Not directly tied?! How many banks would have to adopt Ripple's payment technology for the sale/license/support revenue to equal the value to Ripple of a one cent rise in the price of XRP?

⇧ 8 ⇩     💬 Reply   Share   Report   Save   Follow

# PX 509.32

Reddit post by David Schwartz on Monday, June 26, 2017
https://www.reddit.com/r/Ripple/comments/6jd9w6/this_is_the_difference_between_xrp_and_ripple/djfv1ad/



Posted by u/ecurrencyhodler 5 years ago

# This is the difference between XRP and Ripple.

97

💬 166 Comments   ➚ Share   🔖 Save   ⊘ Hide   ⚐ Report

Sort By: Best ▾

View all comments

Show parent comments

sjoelkatz · 5 yr. ago
🔷 Ripple - David Schwartz

Right. It's not just that Ripple will be advocating for it. It's that Ripple's future value and revenue is directly tied to the future value and liquidity of XRP. For some time, Ripple will be the largest holder of XRP and it will dominate over every other source of value Ripple has.

You think other people don't understand the relationship between Ripple and XRP, but I think it's you that doesn't, or at least aren't doing anything to make it clearer. I think most others do realize that the success of Ripple and the success of XRP are tightly tied. Every bank that uses Ripple Connect is one more endpoint that has no technical obstacles to using XRP. And it's one more reason for other banks to adopt Ripple Connect.

I think people do understand that one day we will have instantaneous international settlement. And I think they do understand that XRP meets the technical requirements for an asset that could do that better than anything else out there. They understand that a bank IOU can't settle instantly unless someone makes it liquid and banks are unlikely to do that at their own expense because they aren't doing that now.

Sure, there are some people out there who don't understand. But honestly, the way you are phrasing it seems more likely to mislead them even more, because the ties are extremely tight, just not extremely simple.

⬆ 1 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.33

Reddit post by David Schwartz on Thursday, June 29, 2017
https://www.reddit.com/r/Ripple/comments/6k8vsw/does_ripple_compensate_their_employees_with_xrp/djklywv/



# PX 509.34

Reddit post by David Schwartz, on Thursday, June 29, 2017
https://www.reddit.com/r/Ripple/comments/6k8vsw/does_ripple_compensate_their_employees_with_xrp/djkm6qw/

Posted by u/[deleted] 5 years ago

# Does Ripple compensate their employees with XRP?

6

💬 11 Comments     ↗ Share     🔖 Save     ⊘ Hide     🏳 Report

Sort By: Best ▼

View all comments

Subvers1on · 5 yr. ago
Ripple Supporter

Daily compensation in XRP would not make sense, most people want to get paid in their native currency.

However, it would make more sense if XRP is handed out as incentives, similar to stock options (in a public company) or vesting incentive units (that private companies sometimes offer).

⬆ 1 ⬇     💬 Reply   Share   Report   Save   Follow

Comment deleted by user · 5 yr. ago

sjoelkatz · 5 yr. ago · edited 5 yr. ago
Ripple - David Schwartz

We tried to give employees XRP options. So, if the price was 25 cents today, we could give an employee the option to buy, say, 1 million XRP at 25 cents any time over the next several years. Unfortunately, we were unable to resolve some of the tax and accounting issues around this and have had to use stock options instead. Of course, since Ripple holds so much XRP, everyone who holds stock or stock options has an interest in the long term price and liquidity of XRP. But I wish we could make that more direct with XRP options.

⬆ 2 ⬇     💬 Reply   Share   Report   Save   Follow

# PX 509.35

Reddit post by David Schwartz on Saturday, July 1, 2017
https://www.reddit.com/r/Ripple/comments/6kmtwv/as_much_as_i_love_xrp/djnv4xf/

 

Posted by u/seolein 5 years ago

16



## As much as I love XRP...

But, in terms of future price increase, to be honest if you think logically and unbiased...

it was confirmed that banks can use other currencies on the ripple network, however XRP will be the cheapest solution for them, that's why Ripple makes XRP so interesting for the banks.

So what does that mean for us (hobby) investors? It would not make sense at all for Ripple and the banks to have an expensive XRP coin, because then banks might switch and use another currency in the ripple network. And i'm sure Ripple cares a little bit more about the banks than on some dudes on reddit :))

What do you guys think?


💬 32 Comments    ↗ Share    ⬜ Save    ⊘ Hide    ⚑ Report                     75% Upvoted

 sjoelkatz · 5 yr. ago
    •: Ripple - David Schwartz

I think you're misunderstanding what it means for a solution to be cheap. It means that if you have to transfer a million dollars and use XRP as the intermediary, the cost of the payment is low. The actual price of XRP isn't directly relevant but it tends to be the case that it's cheaper to pay with assets that are more valuable because you move the market less when you buy and sell.

What's important is to use an asset with deep pools of liquidity. It's unlikely that banks will build them at their own expense (they aren't now, that's why corporations have to keep nostro accounts all over the place). Ripple has a huge incentive to build them for XRP though -- Ripple can justify spending $100 million to build a pool of liquidity even if there's no direct profit for Ripple if it can reasonably be expected to raise the price of XRP by a penny over the long term.


⬆ 4 ⬇    💬 Reply    Share    Report    Save    Follow

# PX 509.36

Reddit post by David Schwartz on Thursday, July 6, 2017
https://www.reddit.com/r/Ripple/comments/6ks83h/simple_explanation_of_ripple/djpd3s8/

Posted by u/Mj64193 5 years ago

3

## Simple explanation of Ripple?

Hey guys,

So I've researched for weeks about Ripple/XRP and have a sound understanding of its purpose and value. However, could somebody please spoon feed me with a few sentences explaining as basic as possible the idea of Ripple? What exactly is it and its aims? I'm not asking for its potential future value because obviously that's pure speculation and there's no way to truly predict it. Cheers

3 Comments     Share     Save     Hide     Report          100% Upvoted

---

NanamiIsLove · 5 yr. ago

Ripple - company (many products)

XRP - asset

Aims:

Ripple - provider of Fintech. They create the products banks buy and make revenue.

xrp - become the global standard for international payments.

3     Reply  Share  Report  Save  Follow

---

sjoelkatz · 5 yr. ago
Ripple - David Schwartz

Ripple is a VC-financed company based primarily in San Francisco with almost 200 full time employees that sells software to banks that allow them to make rapid payments. XRP is a cryptocurrency that trades on a public ledger that Ripple is attempting to position as a high-speed settlement system to support fast payments. Ripple holds over 60% of the XRP in existence, so Ripple is highly motivated to build the infrastructure and liquidity needed to make XRP succeed for this use case.

Ripple has had great success partnering with banks, getting commitments from banks to license Ripple's payment technology, and now deploying the software live to handle payments. The question now is whether Ripple will be able to take the demand for rapid settlement that this will create and turn it into demand for XRP. Generally those who think the price of XRP is likely to appreciate think we will and those who don't think we won't.

2     Reply  Share  Report  Save  Follow

# PX 509.37

Reddit post by David Schwartz on Thursday, July 6, 2017
https://www.reddit.com/r/Ripple/comments/6l3m65/ripple_value_and_banks/djuexkc/

Posted by u/[deleted] 5 years ago

11

## Ripple value and banks

💬 4 Comments    ↗ Share    🔖 Save    👁 Hide    ⚑ Report

Sort By: Best  ▾

View all comments

sjoelkatz · 5 yr. ago
◆ Ripple - David Schwartz

Ripple would love for the price to skyrocket and stay high forever. That would tremendously increase Ripple's notional value now and the value that could be materialized for stockholders over time as well.

The worst case scenario would be lots of huge drops in the price. That would make it expensive to hold XRP. The best case scenario would be constant, steady upward price movements. That would make it reliably profitable to hold XRP.

However, I really don't think Ripple has the ability to control the price very significantly. The only real knob we have is the rate at which we release XRP into the market. That can only push down on the price. And releasing lots more XRP in response to a price increase that was just a pump and dump could result in the price massively crashing afterwards, the worst thing possible.

The price is pretty much at the mercy of supply and demand.

⬆ 2 ⬇    💬 Reply   Share   Report   Save   Follow

# PX 509.38

Reddit post by David Schwartz on Thursday, July 6, 2017
https://www.reddit.com/r/Ripple/comments/6ln7ds/is_it_true_that_the_devs_of_ripple_keep_the_price/djvargt/

14

## Is it true that the devs of Ripple keep the price artificially stable?

Posted by u/[deleted] 5 years ago

Is this true?

I came across this comment on r/CryptoCurrency

https://www.reddit.com/r/CryptoCurrency/comments/6ll13q/buy_all_the_coins/djun21l/

> I like that he hates Ripple. Sometimes I feel like I'm the only one that knows about the devs having 60%, and that they sell off 1 billion every month to keep the price artificially deflated... I mean, stable.

💬 32 Comments        ↗ Share        🔖 Save        🚫 Hide        🏳 Report        86% Upvoted

Log in or sign up to leave a comment          Log In        Sign Up

**Sort By: Best** ▾

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

The only real knob we have to turn is selling XRP on the market. And if we tried to do that to stabilize the price, we'd risk huge drops if we reacted to a pump and dump.

If we had our choice, we'd prefer the price of XRP to keep appreciating over time. That makes the risk associated with holding it lower. And, of course, the profits we can make connect directly with the price of XRP over the long term.

⬆ 22 ⬇        💬 Reply        ↗ Share        Report        Save        Follow

# PX 509.39

Reddit post by David Schwartz on Friday, July 7, 2017
https://www.reddit.com/r/Ripple/comments/6lv8r0/how_ripple_supposed_to_be_mass_adopted_without_a/djwut3a/



# PX 509.40

Reddit post by David Schwartz on Sunday, July 9, 2017
https://www.reddit.com/r/Ripple/comments/6m9w8v/some_thoughts_from_an_outsider_exploring/dk05iwc/

Posted by u/[deleted] 5 years ago

0

# Some thoughts from an outsider exploring.

↖
↘

💬 7 Comments     ↗ Share     🔖 Save     🚫 Hide     ▭ Report

Sort By: Best ▾

**View all comments**

**justtherip** · 5 yr. ago · *edited 5 yr. ago*

They won't dump on their investors as Ripple will be putting their XRP into 5yr escrows by the end of 2017. Also, Ripple is not a proponent of individuals trading XRP. This makes you think the XRP story hasn't even started yet. This makes you think they are just completing chapter 1. Multiple banks in the 100's have since joined the consortium, and they are planning to deploy a commercial version of the blockchain solution at scale in October 2017. From what I can see, theres no reason not to hold for the next 5 years. But I also recommend to watch the other big 5 and slowly spread the wealth accordingly.

⬆ 3 ⬇     💬 Reply   Share   Report   Save   Follow

Comment deleted by user · 5 yr. ago

**sjoelkatz** · 5 yr. ago
🔹 Ripple · David Schwartz

You realize that the vast majority of Ripple's value today is the notional value of the XRP it holds, right? Any strategy that didn't include trying to turn that into profits for the stockholders would be, at least in my opinion, insane.

⬆ 3 ⬇     💬 Reply   Share   Report   Save   Follow

Comment deleted by user · 5 yr. ago

**sjoelkatz** · 5 yr. ago
🔹 Ripple · David Schwartz

Fair enough. There is, of course, no guarantee Ripple will continue along the path it is currently on.

⬆ 1 ⬇     💬 Reply   Share   Report   Save   Follow

# PX 509.41

Reddit post by David Schwartz on Saturday, July 15, 2017
https://www.reddit.com/r/Ripple/comments/6ng5km/for_people_asking_about_coin_vs_protocol/dk9nh7e/



# PX 509.42

Reddit post by David Schwartz, on Saturday, July 15, 2017
https://www.reddit.com/r/Ripple/comments/6nfhsf/coin_vs_protocol/dk9nmfr/



# PX 509.43

Reddit post by David Schwartz on Saturday, July 15, 2017
https://www.reddit.com/r/Ripple/comments/6nfhsf/coin_vs_protocol/dk9o0df/

 ratskim · 5 yr. ago

I keep seeing people say that announcements regarding Ripple are automatically positive for XRP, how do you come to this conclusion? Do you have some majikal powers which have given you insight into the kind of incentives corporations will be given by Ripple, to use XRP over, say, Bitcoin?

I have not come across any information to that effect, other than speculation as to discounted transaction prices for using XRP - which appears to be just that, speculation!

I would love to know how/why people perceive positive gains for Ripple as equating to price increases for a currency which might be offered by Ripple, but is completely optional insofar as corporate adoption.

Anyway, always keen to learn - so comments are more than welcome :)

⬆ 3 ⬇  💬 Reply  Share  Report  Save  Follow

[deleted] · 5 yr. ago

*Firstly if apple phones do good, do ever think that this might do good for apple stock? i mean it for real, have you ever thought about it? *For second. Every coin is built for speculation, if it wouldnt than you wouldnt know aoubt them.

- and the final, everybody wants to get rich, thats why and if you ask it from other than the answer will be the same.

⬆ 1 ⬇  💬 Reply  Share  Report  Save  Follow

 drucomcum · 5 yr. ago

The relation between Apple stock, Apple the company and Apple products is more tight then that of Ripple the company and XRP.

⬆ 1 ⬇  💬 Reply  Share  Report  Save  Follow

sjoelkatz · 5 yr. ago
⬩ Ripple · David Schwartz

Ripple's largest asset is its XRP. Ripple will be the largest holder of XRP for the foreseeable future. Ripple could justify spending $200 million on a project if it could reasonably be expected to increase the long-term value of XRP by a penny. Ripple's investors expect the company to materialize maximum value for the XRP it holds. The relationship is pretty tight.

⬆ 3 ⬇  💬 Reply  Share  Report  Save  Follow

# PX 509.44

Reddit post by David Schwartz on Monday, July 24, 2017
https://www.reddit.com/r/Ripple/comments/6nfhsf/coin_vs_protocol/dknp7ja/

Posted by u/Amiwav 5 years ago

7

**Coin vs protocol**

💬 41 Comments   ↗ Share   🔖 Save   ⊘ Hide   ⚐ Report

Sort By: Best ▼

**View all comments**
**Show parent comments**

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

> The protocol and XRP are completely separate products. But Ripple wants to try to make XRP the preferred unit on this protocol?

Yes. The protocol is a payment protocol that can be used regardless of how settlement is accomplished. XRP is an asset or settlement system.

> The price of ripple is not directly linked to the price of Ripples stock, Ripples general assets, or the success of the protocol - but it is driven entirely by the expectations of XRP becoming a successful coin in the general digital domain?

It's hard to know what controls the price of XRP. Obviously, it's supply and demand, but it's reasonable to expect that it does connect to the expectation of Ripple's success in promoting it as a settlement tool for international payments.

> After reading your answers I would really like to know some more about XRPs potential for becoming a more useable crypto than it's competition. Is it Ripple's hope that people will be using XRP for private mobile payment in the future? Like sharing the bill at a restaurant? Do you want to make XRP a unit that people can use to pay for a meal at Mcdonalds with? Or will XRP mainly be connected to international banking also in the future? What is your vision for the coin?

I honestly don't feel that my ability to predict the future is likely to be much better than anyone else's. I have a lot of crazy long-term visions that I think would produce a better financial system in the future. But the truth is that it's almost impossible to see how these kinds of technologies will evolve. I think the costs of payments will go way down, the speed of payments will go way up, and settlement will be integrated into payments.

We'll see atomic cross-system payments and we'll see support for micropayments. Whether a deflationary asset like XRP will replace government-issued inflationary assets, I don't know. I'm not an economist, but I like them better.

I sometimes think that getting XRP to bridge the world's payments is a long shot. And sometimes I think it's almost a sure thing. I do think our team is amazing and our track record speaks for itself. Ripple, the company, is laser focused on position XRP as a settlement asset to go with the company's payment offering.

⬆ 1 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.45

Reddit post by David Schwartz on Monday, July 24, 2017
https://www.reddit.com/r/Ripple/comments/6pawnd/explain_then/dkoit9r/



# PX 509.46

Reddit report by David Schwartz on Wednesday, July 26, 2017
https://www.reddit.com/r/Ripple/comments/6jd9w6/this_is_the_difference_between_xrp_and_ripple/dkrgj01/



# PX 509.47

Reddit post by David Schwartz on Thursday, July 27, 2017
https://www.reddit.com/r/Ripple/comments/6ps6lc/does_holding_xrp_holding_shares_in_ripple_noob/dksf918/

Posted by u/[deleted] 5 years ago

## Does Holding XRP = Holding shares in Ripple? Noob question i know... :x

💬 12 Comments    ↱ Share    🔖 Save    ⊘ Hide    ⚑ Report

[deleted] · 5 yr. ago

Thank you so much for your input! omg It's ripple's fortune to have you in their team! already noticed that u been trying to bring across alot of messages as time goes by and some people just dont get it. Yes like you say, there could be 101 reasons that Ripple could change directions, no doubt , but there's also101 reason why Ripple wont abandon XRP too. No matter what, I am happy that Ripple has gone so far out on it's platforms. Cheers Happy Weekends! and upcoming Hardfork on BTC

⬆ 3 ⬇    💬 Reply   Share   Report   Save   Follow

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

Thank you.

It's hard to imagine us changing directions with XRP unless we had another strategy that we thought we even more likely to be successful or likely to be an even bigger success than this one. And it's hard to imagine that we would pivot away from XRP unless there was no way we could have any chance of making it succeed, in which case it doesn't matter what we do.

⬆ 5 ⬇    💬 Reply   Share   Report   Save   Follow

# PX 509.48

Reddit post by David Schwartz on Saturday, July 29, 2017
https://www.reddit.com/r/Ripple/comments/6q5aug/a_few_curious_questions/dkworpx/

Posted by u/[deleted] 6 years ago

8

## A few curious questions..

💬 6 Comments      ↗ Share      🔖 Save      ⊘ Hide      ▭ Report

Sort By: Best  ▼

View all comments

mt55645 · 5 yr. ago

the only nefative you need to understand is that ripple is not xrp.

there is no requirement that payments have to use xrp.

banks have an equity stake in ripple, so ripple as a company will do well.

all those positive post about what this or that bank is doing is positive for ripple but once again, not one of those posts suggest banks are xrp.

buying xrp is purely a spectulation that one day banks will use xrp.

⬆ 1 ⬇      💬 Reply    Share    Report    Save    Follow

sjoelkatz · 5 yr. ago
⁍ Ripple - David Schwartz

Ripple's largest asset is the XRP it holds, with a notional value of $11 billion. It's hard to imagine Ripple being reasonably considered to be "doing well" if it can't turn its XRP into value for its shareholders.

⬆ 2 ⬇      💬 Reply    Share    Report    Save    Follow

# PX 509.49

Reddit post by David Schwartz on Wednesday, August 2, 2017
https://www.reddit.com/r/Ripple/comments/6r5asi/do_ripple_the_company_really_care_what_the_value/dl36rdg/

Posted by u/simplest2remember 5 years ago

5

## Do RIPPLE the company really care what the value of XRP is?

I assume if they have tens of millions of them locked in a vault, the answer is yes they do, which brings me on to the next question: 2. Could / would RIPPLE buy their own stock to raise the value of XRP

💬 23 Comments      ↗ Share      🔖 Save      ⊘ Hide      ▭ Report                     72% Upvoted

SNAP_Longterm · 5 yr. ago

it's treated as an asset on their balance sheet, so yes

⬆ 8 ⬇   💬 Reply   Share   Report   Save   Follow

sjoelkatz · 5 yr. ago
✦ Ripple - David Schwartz

Ripple, or anyone else, could buy XRP and, if enough, it would be expected to raise the price of XRP. I don't believe anything would legally prevent Ripple from doing so, as long as it was disclosed and wasn't part of some kind of short-term price manipulation.

The only time, to my knowledge, that Ripple did buy XRP (not counting accepting small amounts of XRP as payment in the ordinary course of doing business) was when some XRP was released into circulation and Ripple believed that the XRP was released in violation of a lock up agreement. Ripple bought an equal amount of XRP to cancel out the alleged violation.

Ripple does care about the value of XRP because people will sometimes start figuring out what they think Ripple, the company, is worth by figuring out the notional value of Ripple's XRP. Some people will also subjectively use it as a measure of Ripple's success or importance and Ripple benefits from being perceived as successful and important.

The price of XRP and the trade volume also affect the amount of revenue Ripple can raise by selling XRP and the value of XRP Ripple can offer when forming strategic alliances and the like.

⬆ 6 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.50

Reddit post by David Schwartz on Thursday, August 7, 2017
https://www.reddit.com/r/Ripple/comments/6revn5/a_closer_look_at_ripple_the_third_largest/dl4tdcq/



Posted by u/esokullu 5 years ago

0

**A closer look at Ripple, the third largest cryptocurrency** altplatform.org/2017/0...

💬 10 Comments    ↗ Share    🔖 Save    ⊘ Hide    ⏷ Report

Sort By: Best ▾

**View all comments**

**View discussions in 5 other communities**

**Show parent comments**

sjoelkatz · 5 yr. ago · edited 5 yr. ago
• Ripple - David Schwartz

The ideal situation for Ripple would be constant, reliable upward price movement. That's probably not possible, but that would be ideal. Why?

1. It increases the value of the XRP that Ripple holds and thus the value of the company.

2. It lets the company materialize more value for its stockholders by selling XRP.

3. It reduces the risk of a loss by people holding XRP, thus increasing their willingness to hold it. Even if there is the occasional drop, the long term upward trend would win out.

4. Those who had to hold XRP for business purposes but couldn't tolerate risk could just offload both the upside and the downside to a third party at zero cost. So long as the upside is clearly greater than the downside, this would be possible.

5. The price of XRP, for better or for worse, is often interpreted as a success metric for Ripple. So an increasing price of XRP would create the perception that Ripple is succeeding. This could help drive adoption.

What Ripple most wants to avoid is sharp, sudden drops in price. That makes it riskier and more expensive to hold XRP, resulting in higher costs in moving through it.

This means in practice that it's almost impossible for Ripple to stabilize the price by increased selling during rallies. Why? Because you can't easily know if a rally is a sustained increase in demand or a pump and dump. If Ripple miscalculates, the price will crash severely, causing all those good things I mentioned above to run in reverse.

⬆ 7 ⬇    💬 Reply    Share    Report    Save    Follow

# PX 509.51

Reddit post by David Schwartz on Monday, August 17, 2017
https://www.reddit.com/r/Ripple/comments/6tn8zj/how_come_nearly_all_digital_currencies_went_back/dlmacem/

Posted by u/BANDURU 5 years ago

12

## How come nearly all digital currencies went back to their high value, and ripple has not ?

Bitcoin reached 3000$ went down to 1600$ and is up at 3800$.

Ethereum has had the same value ramp.

Ripple was at 0,29$, has come down to this and stays here...

How come ?

💬 21 Comments    ↗ Share    🔖 Save    ⊘ Hide    ▭ Report          82% Upvoted

Log in or sign up to leave a comment          Log In     Sign Up

Sort By: Best ▾

sjoelkatz · 5 yr. ago
•: Ripple - David Schwartz

I'm not going to try to spin a low price as a good thing by using words like "opportunity to buy cheap". But what I will say is that I think being decoupled from other digital assets is a good thing.

XRP is not bitcoin. It's not Ethereum. It's not another coin pursuing the same use cases and having the same rationale as 100 other things.

I think it's good that the market recognizes that not everything good for Bitcoin is good for XRP and not everything good for XRP is good for Ethereum and so on.

Institutional investors particularly are not that interested in a whole bunch of investments that go up or down together.

⬆ 24 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.52

Reddit post by David Schwartz on Wednesday, August 16, 2017
https://www.reddit.com/r/Ripple/comments/6tzydz/ripple_in_free_fall_mode_why/dlpipnv/

Posted by u/SwiftEagle1 5 years ago

14    **Ripple in free fall mode. Why?**

💬 42 Comments    ↗ Share    🏷 Save    ⊘ Hide    ⚑ Report

Sort By: Best ▾

**View all comments**

cryptalt · 5 yr. ago · edited 5 yr. ago

Ripple is a unique turd of a crypto currency. It carries counterparty risk which is a
giant wtf in crypto. Premine doesn't even come close to the percent owned by the
company behind it. There's no proof of work security or proof of stake dividends. I
get there's going to be value in digital forex I simply have confidence the market will
provide a better solution and xrp will ungracefully continue to bleed value with a few
pumps to get bag holders to watch it bleed to obscurity.

https://steemit.com/cryptocurrency/@primeer/why-ripple-token-xrp-is-terribly-
overvalued

https://www.coindesk.com/counterargument-value-proposition-ripples-xrp-token/

↑ -5 ⬇  💬 Reply  Share  Report  Save  Follow

nvrqu1t · 5 yr. ago

/u/sjoelkatz Care to respond? And or refute for the believers?

↑ 1 ⬇  💬 Reply  Share  Report  Save  Follow

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

I'm not sure what there is to respond to in there. That's just a list of vague
conclusions. For example, what does he mean by "counterparty risk"? Risk that
who will do what?

As for "no proof of work security", that might have been a reasonable
argument in 2012 when proof of work seemed like a really good thing. But we
now know that it's a huge centralizing force (because all the people who have
the best price on electricity and the best ASICs will have other things in
common as well) and leaves us vulnerable to 51% and censorship attacks that
there's no clear response to. (Not that those are showstoppers by any means,
but to say that lack of PoS is a downside is absurd.)

I can't even parse what "Premine doesn't even come close to the percent
owned by the company behind it" means, but if he means that Ripple holds a
huge share of XRP, that's certainly true. But that is what makes XRP able to
tackle the use case Ripple is going after. Ripple's business model is to use the
value of XRP to incentivize the creation of the liquidity pools needed to use XRP
to settle international payments. That business model can only work if Ripple
can materialize and control a significant fraction of that value.

You can argue that that business model won't work, but I have yet to see that
argument. You can argue that some other business model can do that job
better, but I have yet to see that argument. All you have left is a handwaving
argument that there must be some better way, but what is it? The reason we
don't have instant settlement now isn't just because of a technological
problem, it's also because nobody wants to pay for it. Ripple has a unique
solution to that problem.

I also notice that there is absolutely no commentary or analysis of any kind of
the actual technology that Ripple has built anywhere in there.

↑ 6 ⬇  💬 Reply  Share  Report  Save  Follow

# PX 509.53

Reddit post by David Schwartz on Friday, August 18, 2017
https://www.reddit.com/r/Ripple/comments/6ujru5/can_i_send_and_receive_ripple_with_a_wallet_like/dltu2pz/



# PX 509.54

Reddit post by David Schwartz on Saturday, August 19, 2017
https://www.reddit.com/r/Ripple/comments/6uk40w/i_have_a_theory/dlv0aku/

Posted by u/AmericanSadhu 5 years ago

2

**Why are people saying XRP is not ripple?**

💬 17 Comments   ↗ Share   🔖 Save   👁 Hide   🏴 Report

Posted by u/[deleted] 5 years ago

12

**I have a theory**

💬 16 Comments   ↗ Share   🔖 Save   👁 Hide   🏴 Report

Sort By: Best ▾

View all comments

sjoelkatz · 5 yr. ago
Ripple - David Schwartz

That's basically the strategy. Get them using a system where there are absolutely no technical obstacles to them using XRP. Then make XRP the best/cheapest option in as many places as we possibly can.

↑ 23 ↓   💬 Reply  Share  Report  Save  Follow

cryptopayments2 · 5 yr. ago

Banks integrated ILP can use Bitcoin as well as XRP in terms of technologies, can't they? Bitcoin has the most liquidity right now. So, Why do banks choose XRP?

↑ 1 ↓   💬 Reply  Share  Report  Save  Follow

sjoelkatz · 5 yr. ago
Ripple - David Schwartz

True, bitcoin has three advantages -- greater liquidity, a robust developer community, and network effects. But bitcoin's liquidity is mostly in the wrong places, areas where the existing systems are extremely efficient.

XRP has many technical advantages. Transactions on the chain are faster and cheaper. The ledger has specific features built around this use case including escrow and channels.

The answer to why XRP is mostly this -- Ripple can invest to build precisely the infrastructure and liquidity needed for this use case. There is nobody who is likely to be willing to make those kinds of investments for bitcoin. Ripple can justify a $250 million expense if it's expected to raise the market cap of XRP by $1 billion. Nobody can do that for bitcoin.

We've explained our strategy for making XRP succeed for settling international payments. So far as I know, nobody is (or could make money on) implementing a similar plan for bitcoin.

That said, we are building a level playing field technologically. And there will likely be some people, particularly in the top 8 fiat currencies, who will be well situated to make liquidity between bitcoin and those currencies (including existing exchanges). So I would expect Ripple's efforts promoting things like ILP to benefit assets like bitcoin as well.

↑ 6 ↓   💬 Reply  Share  Report  Save  Follow

# PX 509.55

Reddit post by David Schwartz on Tuesday, August 22, 2017
https://www.reddit.com/r/XRP/comments/6vba0x/why_are_people_saying_xrp_is_not_ripple/dlzmkfk/





Posted by u/AmericanSadhu 5 years ago

2

## Why are people saying XRP is not ripple?

💬 17 Comments    ➤ Share    🔖 Save    🚫 Hide    🏳 Report

sjoelkatz · 5 yr. ago
◈ Ripple - David Schwartz

Ripple is a VC-financed company based in San Francisco with about 160 full time employees.

XRP is a digital asset that trades on a public ledger.

Ripple, the company, owns a bit more than 60% of the XRP in existence. Ripple is also the single largest stakeholder in the public ledger on which XRP trades, at least at the moment.

Ripple's core business strategy, at least for now, is to build a high-speed payment system for financial institutions and position XRP as a high-speed settlement solution to go with the payment system. The revenue model to justify the expense of building such a settlement system is that such a system could be expected to increase the value of XRP.

Ripple is in the unique position of being able to justify spending $250 million on such a system if it can be expected to raise the price of XRP by just one penny over the long term.

⬆ 6 ⬇    💬 Reply    Share    Report    Save    Follow

# PX 509.56

Reddit post by David Schwartz on Wednesday, August 23, 2017
https://www.reddit.com/r/XRP/comments/6vba0x/why_are_people_saying_xrp_is_not_ripple/dm0bror/



Posted by u/AmericanSadhu 5 years ago

4

## Why are people saying XRP is not ripple?

💬 17 Comments    ↗ Share    🔖 Save    ⊘ Hide    🏳 Report

**wondot** · 5 yr. ago

Also, let me add that I hold XRP but really am not sure about it being a "good" investment because Ripple(the company) holds the majority of XRP and they have stated that banking institutions that may want to try it out may buy directly from them... meaning, a private deal which would not affect exchange price. That should make anyone uneasy for sure.

⬆ 1 ⬇    💬 Reply    Share    Report    Save    Follow

**sjoelkatz** · 5 yr. ago
⚡ Ripple · David Schwartz

If Ripple is successful in promoting XRP as a settlement asset for international payments, a number of mechanisms could kick in that increase demand.

Say you're a company like Seagate that pays out money all over the globe. If you have to make payments to five countries in our corridors, you'd rather hold one pile of XRP than five piles of different currencies. That increases demand.

Say you're a company like Apple with a huge pile of cash. If you want to snap up other assets cheap, you'll need to hold the asset the people selling want. If they're going into any of our corridors, they'll want XRP, so you would want to hold it. That increases demand.

⬆ 3 ⬇    💬 Reply    Share    Report    Save    Follow

# PX 509.57

Reddit post by David Schwartz on Monday, September 4, 2017
https://www.reddit.com/r/XRP/comments/6xobpb/is_xrp_also_part_of_the_future_or_only_ripple/dmkiwqr/

Posted by u/[deleted] 5 years ago

2

## Is XRP also part of the future or only Ripple?

💬 13 Comments   ↗ Share   🔖 Save   ⊘ Hide   ⚑ Report

Sort By: Best ▾

View all comments

**kidfromkansas** · 5 yr. ago

Their priority is and will always be their technology over the coin. XRP helps make
their technology more valuable, but their biz dev people are selling their software. I
don't know what research you've done for other coins, but once you start looking at
another, the smart, long term investor looks at things that make a company strong:
team, technology, use cases, market size pote trial for those use cases. We can't buy
a piece of Ripple stock, but we can buy the crypto associated with the company in
the assumption that the coin will continue to increase in value as the company does.
That said, they can decide to kick it to the curb, that there's too much in circulation
and start another coin. If it's best for the business and their clients, they won't care
what we think.

All of that said, some people think it's bad that members of their team hold XRP.
They say it's a conflict of interest. Maybe it is, but part of me believes there is some
good psychology at work in that scenario: XRP is liquid, their stock options in the
company are not. Their ownership of XRP means, in the back of their minds, they
want it to succeed. They may be "platform first", but they have a personal, liquid
reason to make XRP successful along with the platform.

↑ 1 ↓   💬 Reply   Share   Report   Save   Follow

**sjoelkatz** · 5 yr. ago
◆ Ripple · David Schwartz

> That said, they can decide to kick it to the curb, that there's too much in
> circulation and start another coin.

That's absolutely ridiculous. If fear of Ripple abandoning XRP is a reason to think
XRP isn't likely to be successful, such an argument would apply many times over
to any successor after Ripple had abandoned XRP.

> All of that said, some people think it's bad that members of their team hold
> XRP. They say it's a conflict of interest. Maybe it is, but part of me believes there
> is some good psychology at work in that scenario: XRP is liquid, their stock
> options in the company are not. Their ownership of XRP means, in the back of
> their minds, they want it to succeed. They may be "platform first", but they
> have a personal, liquid reason to make XRP successful along with the platform.

I agree. That's one of the reasons I pushed for things like XRP options for
employees. Obviously, anyone with Ripple stock or stock options has indirect
exposure to XRP since Ripple owns an enormous amount of XRP. But I absolutely
agree that having a personal pile of XRP makes it much more real.

There are certainly a lot of Ripple employees who opted to buy XRP. And they are
subject to limits on how quickly they can sell XRP. So there are certainly quite a
few employees with a direct personal stake in the price of XRP. Personally, I don't
think that creates any conflict and actually helps to align interests better.
Otherwise, Ripple's interest in the long-term price of XRP doesn't seem as real as
revenue from selling software. I should also add that Ripple's leadership has
addressed this in other ways as well, but I don't think I can disclose them.

↑ 3 ↓   💬 Reply   Share   Report   Save   Follow

# PX 509.58

Reddit Post by Davis Schwartz on Tuesday, September 5, 2017
https://www.reddit.com/r/XRP/comments/6yc8y9/hello_ripple_community_members_a_naive_question/

Posted by u/dbose1981 5 years ago

6

Hello Ripple community members. A naive question: What's the correlation between future success of Ripple as a company vs XRP currency?

💬 9 Comments     ↗ Share     🔖 Save     ◎ Hide     ⚑ Report          88% Upvoted



sjoelkatz · 5 yr. ago

Ripple - David Schwartz

Since Ripple holds over 60 billion XRP, there's a huge correlation between Ripple's success as a company and the long-term price of XRP. The higher that price, the more value Ripple can get out of its XRP. Ripple's key business model is to drive use and adoption of XRP and ultimately be able to realize more value from the XRP it holds.

↑ 3 ↓   💬 Reply   Share   Report   Save   Follow

# PX 509.59

Reddit post by David Schwartz on Wednesday, September 6, 2017
https://www.reddit.com/r/XRP/comments/6yc8y9/hello_ripple_community_members_a_naive_question/dmn7p52/



# PX 509.60

Reddit post by Davis Schwartz on Friday, September 8, 2017
https://www.reddit.com/r/Ripple/comments/6yruti/can_someone_elaborate_on_this/



Posted by u/JomadoSumabi 5 years ago

↑ 14 ↓

### Can someone elaborate on this?

This was posted earlier, but I am surprised there is no discussion about this since it says the " best-case scenario" price for XRP would be $14.20. Is Hedge-Crypto legit?

https://www.hedge-crypto.com/wp-content/uploads/2017/09/Hedge-tip-of-the-week-v2-xrp.pdf

💬 30 Comments    ↗ Share    🔖 Save    ⊘ Hide    ⚑ Report       90% Upvoted

 **stupidsillyname** · 5 yr. ago

Was wondering about this too. This relates to an earlier post about market cap, and whether or not you choose to believe that is the limiting factor for any currency. It does appear that most experts (take that as you will) seem to believe XRP cannot reach "moon" levels, and usually say the max is under $20. Would love to hear opinions on this.

↑ 4 ↓    💬 Reply   Share   Report   Save   Follow

 **sjoelkatz** · 5 yr. ago
 Ripple - David Schwartz

The usual rule is to think of all the value in existence that could be captured. So if XRP is targeted at removing inefficiency of international payments, then perhaps XRP could capture all the inefficiency in international payments as its value. That gets you roughly $20.

However, there are two ways I can imagine it going higher:

1. Ripple is targeting XRP at eliminating inefficiency in international payments. But if XRP is highly liquid and efficient, other people might use it for other things. Ripple might even target other use cases. Thus XRP could capture other value.

2. If international payments become more efficient, there will be more of them, meaning there will be more value that XRP could capture.

So, for example, if you apply the "captured inefficiency" argument to email, you get this:

"Well, a lot of postal mail requires physical delivery. You need packages. You need handwritten, personal messages. But some postal mail doesn't require physical delivery, and there physical delivery is inefficient. Email could capture all the inefficiency from postal mail's physical delivery even in cases where physical delivery is not required, and that's the most email could be worth."

But clearly that completely misunderstands where the value of email comes from. It comes from completely new use cases due to the lower cost and higher speed. XRP could find value similarly.

↑ 28 ↓    💬 Reply   Share   Report   Save   Follow

# PX 509.61

Reddit post by David Schwartz on Friday, September 8, 2017
https://www.reddit.com/r/Ripple/comments/6yykaq/volatility_in_price_is_bad_for_ripple_right_which/dmr646s/



# PX 509.62

Reddit post by David Schwartz on Monday, September 11, 2017
https://www.reddit.com/r/Ripple/comments/6zh0dn/great_interview_with_brad_garlinghouse/dmvk65t/

Posted by u/CaptSubtext 5 years ago

72

**Great Interview with Brad Garlinghouse** cnbc.com/2017/0... 🗗

💬 14 Comments    ↱ Share    🔖 Save    ⊘ Hide    🚩 Report

Sort By: Best ▾

**View all comments**                    **View discussions in 6 other communities**

zigzagzig · 5 yr. ago

I've heard not to buy XRP because it's "not decentralized and controlled by banks" --
It does pique my interest with it's market cap position for a good long hold in the
future. Anyone care to sway me to make my first investment?

⬆ 2 ⬇  💬 Reply  Share  Report  Save  Follow

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

I'll just respond to those two specific issues:

1. Whether or not XRP is decentralized depends on what you mean by
   decentralized. Yes, Ripple holds more than half the XRP in existence. In that
   sense, XRP is not decentralized. But that means that Ripple can justify
   spending $100 million dollars on something if it would be expected to
   increase the long term price of XRP by a penny. That is what makes it
   possible for XRP to target the use case Ripple is going after. That does not
   make it the perfect digital asset for every application, and that's why Ripple
   focuses heavily on interoperability with technologies like interledger.

2. Ripple is not really significantly controlled by banks. At most, there are some
   financial institutions that hold stock in Ripple or have board seats. And even
   if it was, that's just a stupid argument. The Internet was actually controlled
   by the government and the military at one time. That would not have been a
   good reason to ignore it and build something else. You really have to look at
   the actual technology. For example, there are no administrative functions on
   the XRP ledger other than the amendment process to change its rules, and
   that is ultimately controlled by the users. Ripple has no power to make
   anyone else run any code they don't want to run.

⬆ 9 ⬇  💬 Reply  Share  Report  Save  Follow

# PX 509.63

Reddit post by David Schwartz on Saturday, September 23, 2017
https://www.reddit.com/r/Ripple/comments/71yhzf/shouldnt_ripple_be_traded_as_a_stock_rather_than/dnej6pc/



# PX 509.64

Reddit post by Davis Schwartz on Tuesday, September 26, 2017
https://www.reddit.com/r/XRP/comments/72ot8p/is_it_possible_that_the_xrp_price_is_being_held/dnk701x/

---

Posted by u/Ronin_twenty1 5 years ago

⬆
1
⬇

## Is it possible that the XRP price is being held constant by Ripple? Would this be to appeal to the banks?

💬 3 Comments    ↗ Share    🔖 Save    ⊘ Hide    🏳 Report        60% Upvoted

Log in or sign up to leave a comment      [Log In] [Sign Up]

Sort By: Best ▼

---

sjoelkatz · 5 yr. ago · edited 5 yr. ago
◦‡ Ripple - David Schwartz

No, it's not possible. Nobody knows how to do that.

Say, for example, the price starts to spike up. Ripple has no way to tell if that's a small spike or a huge surge. Were Ripple to try to, say, sell XRP to keep the price from going up too far, and it was just a small surge, the price would crash. That's the worst case scenario for Ripple because its use case is negatively impacted by a high cost of holding XRP, which crashes cause.

Say the price is 20 cents and Ripple wanted to hold it there. If the price goes up to 25 cents, Ripple has no way to know whether it's going to stay at 25 cents or drift back to 20. Were Ripple to try to sell XRP to bring the price down to 20 cents and it was going to go down to 20 anyway, Ripple would cause a crash.

There are also a variety of reasons Ripple would like the price of XRP to go up. For example, to some extent, Ripple's success is dependent on institutional perception of Ripple's success. If you think Ripple is going to do very well in the near future, you're more likely to adopt it. If you think Ripple is going to fail, you're unlikely to bother. Whether or not it makes sense, the price of XRP is often seen as a measure of Ripple's success.

The idea situation for banks would be if XRP were slowly and reliably increasing in value. That would bring the cost of holding XRP to zero because the downside would be smaller than the upside, so you could hedge at zero cost. Of course that doesn't mean Ripple will magically be able to make this happen as it's no easier than holding the price constant.

⬆ 11 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.65

Reddit post by David Schwartz on Thursday, October 26, 2017
https://www.reddit.com/r/Ripple/comments/78mrig/chief_cryptographer_at_ripple_david_schwartz/doxatyg/

Posted by u/entrepreneur1977 6 years ago 🏆

128 **Chief Cryptographer at Ripple David Schwartz answer about IBM Stellar partnership.**

💬 35 Comments    ↗ Share    🔖 Save    👁 Hide    🏳 Report

[deleted] · 5 yr. ago

I have a question for you if you don't mind sir: in the event that Ripple fails (for lack of a better word) to persuade banks to use XRP as a bridge currency, would You gentlemen at Ripple just go along with xcurrent and live happily ever after? Or is there potentially a backup plan completely different use case for XRP not targeting banks but for something completely different and innovative, unrelated to bridging currencies, and in the process potentially burning some coins making it more scarce so value grows faster if/when this new business idea currently under lock and key succeeds? Thank you

↑ 3 ↓   💬 Reply   Share   Report   Save   Follow

sjoelkatz · 5 yr. ago
⚡ Ripple - David Schwartz

We have several strategies for XRP adoption as an intermediary currency to settle international payments. Getting banks and other FIs to use XRP directly is just one of them.

If we ever became convinced that that use case is just not going to work, which seems very unlikely to me, we would have to find some way to pivot. That would require significant changes throughout the company.

But I think that's very unlikely. We've been completely focused on that one use case for the last three years or so and I don't think a pivot of that kind is at all likely.

↑ 14 ↓   💬 Reply   Share   Report   Save   Follow

# PX 509.66

Reddit post by David Schwartz on Friday, November 10, 2017
https://www.reddit.com/r/Ripple/comments/6irqhs/comment/dj8qctq/?utm_source=share&utm_medium=web2x&context=3

Posted by u/Ahart999 5 years ago

25 Mathematically speaking what is the highest price ripple could
potentially get to?

💬 46 Comments   ↗ Share   🗀 Save   ⊘ Hide   🏳 Report

 sjoelkatz · 5 yr. ago · *edited 5 yr. ago*
🔹 Ripple - David Schwartz

I've addressed this in several places, but here's one:
https://www.reddit.com/r/Ripple/comments/78mrig/chief_cryptographer_at_ripple_david_schwartz/dow3zsm/

But you kind of hit on, and dismissed, the main point. We have it. That means we have a
revenue model to position it for settlement. No other asset has that. We have digitized fiat
today, yet we don't have instant settlement. That's largely because nobody is willing to pay
for providing it because it's difficult to monetize. Ripple's ability to use XRP as a revenue
model, because we have it, is the secret sauce.

You don't need a blockchain to build a walled garden with a proprietary asset pegged to
fiat run by a central authority. Yet we don't have instant settlement. So if your question is
why people can't use blockchain tech to build a walled garden with a proprietary asset
pegged to fiat run by a central authority that provides instant settlement, I'd say it's
because blockchain tech isn't useful for that application.

⬆ 4 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.67

Reddit post by David Schwartz on Friday, November 10, 2017
https://www.reddit.com/r/Ripple/comments/6irqhs/comment/dpm3xcv/



Posted by u/Ahart999 5 years ago

25

Mathematically speaking what is the highest price ripple could potentially get to?

💬 46 Comments      ↗ Share      🔖 Save      ⊘ Hide      🚩 Report

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

If all you care about is the price, then what you care about is supply and demand. You want more demand and you don't want more supply. The supply of XRP has a hard cap at 100 billion. So what you would want to look at it what might happen to the demand.

https://www.reddit.com/r/Ripple/comments/79qn5k/if_banks_dont_need_the_xrp_coin_to_do/dp433op/

That's one of the places I explain some of the reasons why it's reasonable to expect an intermediary asset to see increased demand.

Isn't that what DAPPS is for?

No. If you don't gain any benefit from the distributed/decentralized aspect, DAPPS are just programs. You don't need distribution to have a walled garden run by a central authority with an electronic asset pegged to fiat.

⬆ 2 ⬇      💬 Reply   Share   Report   Save   Follow

# PX 509.68

Reddit post by David Schwartz on Sunday, November 12, 2017
https://www.reddit.com/r/Ripple/comments/7ce5sr/before_you_blow_all_your_money_on_xrp_listen_to/dppbn6b/

Posted by u/[deleted] 6 years ago

0

# Before you blow all your money on XRP, listen to what the CEO has to say

30 Comments    Share    Save    Hide    Report

Sort By: Best ▾

View all comments

frig-off_ricky · 5 yr. ago

FUD

He is referring to how bitcoin's goal is to replace banks and current currencies. He simply states that Ripple is not out to replace any of this, but to be used in conjunction with them. XRP will be used as a bridge asset to transfer and convert one currency to another. So yes, banks will continue to use their own native currencies which is no problem whatsoever.

⬆ 13 ⬇    Reply   Share   Report   Save   Follow

Comment deleted by user · 5 yr. ago

sjoelkatz · 5 yr. ago
    Ripple - David Schwartz

It's been explained several times why one might reasonably expect a bridge asset to see increased demand. Here's a link to one place I explained just two of the ways XRP holders might benefit:

https://www.reddit.com/r/Ripple/comments/79qn5k/if_banks_dont_need_the_xrp_coin_to_do/dp433op/

⬆ 15 ⬇    Reply   Share   Report   Save   Follow

# PX 509.69

Reddit post by David Schwartz on Tuesday, November 14, 2017
https://www.reddit.com/r/Ripple/comments/7cwa2n/check_out_sjoelkatzs_great_dissection_of_this_fud/dptl0pj/

---

↑
36    Posted by u/[deleted] 5 years ago

⬇    **Check out sjoelkatzs's great dissection of this FUD**

      ↗️

💬 17 Comments   ↗ Share   🔖 Save   ⊘ Hide   🏴 Report

---

🔴 thow_away_accnt · 5 yr. ago

I think he and the rest of the Ripple crew that pop up in various places fall
under the "knowledgeable and passionate, but not showmen" category. My
statement was more-so directed at the aurora that surrounds the crypto space
and its various "coins." Bitcoin is basically a cult, as are other "coins," though
arguably to a lesser extent. Ripple is very much the exception in that it does
not have the "flair" that builds and fosters that sort of culture. The absence of
a "cult-like" aspect makes it harder for people to latch onto XRP (it's easier to
believe in something based on feelings and culture than on critical thinking…
just look at politics), and those that do invest into XRP likely did so for rational
reasons (aka, because the tech is great and they have a great team). In my
experience, when someone/thing that's different (e.g. Ripple) comes up
against a group of people held together by a "cult of personality" (e.g., most of
the crypto space), the outsider (Ripple) is shunned and attacked. So yes, the
fact Ripple does not have the same "cult of personality" that the rest of the
crypto space has does push a lot of people away from Ripple.

↑ 3 ⬇   💬 Reply   Share   Report   Save   Follow

---

 sjoelkatz · 5 yr. ago
 Ripple - David Schwartz

One thing we're definitely missing is a robust and inspired community of
developers.

Bitcoin obviously has that because of its adoption and the way it first
ignited people's imagination about what blockchain could do. Ethereum
has that because tremendous effort was put into communicating the idea
that it was a programmable blockchain that could make anyone's
distributed application real.

We don't have that.

↑ 7 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.70

Reddit post by David Schwartz on Tuesday, November 14, 2017
https://www.reddit.com/r/Ripple/comments/7cta9g/if_you_bought_xrp_because_you_think_youre_going/dpstdbq/



Posted by u/[deleted] 5 years ago 🔒

**If you bought XRP because you think you're going to become a multi-millionaire. THINK. It will NEVER happen.**

[deleted]

💬 38 Comments    ↗ Share    🔖 Save    👁 Hide    🚩 Report        35% Upvoted

🔒 This thread has been locked by the moderators of r/Ripple
New comments cannot be posted

Sort By: Best ▾

 Sukrim **MOD** 🛡 · 5 yr. ago · Stickied comment

Alright, I cleaned up a bit more in here.

Lots of you should REALLY take a look at Rule 8 and in general refrain from personal attacks even (and especially) if someone disagrees with you.

⬆ Vote ⬇   Share   Report   Save   Follow

**1 more reply**

sjoelkatz · 5 yr. ago · *edited 5 yr. ago*
🔹 Ripple - David Schwartz

How can Ripple both be smart enough to take over international settlement and yet be so dumb as to have embarked on a plan that won't make it any money because it won't increase the price of XRP?

"XRP is meant to fund Ripple." Right. So Ripple has a tremendous incentive to employ strategies that will increase its long term price. Do the math -- how many banks does Ripple have to sign up to equal a $0.02 increase in the long-term price of XRP?

Point by point:

> Ripple's network and the open-source ILP is meant for banks.

Ripple's network is meant for banks. ILP is meant to connect payment networks and ledgers everywhere for everyone. That's why Ripple is pursuing it as an open, neutral standard.

> The entire thing is for banks to save money and time.

Ripple's current focus is obvious to make itself money. It's doing this by offering banks a product that saves them money and time but that Ripple hopes will increase the value of its XRP.

> The purpose of XRP is for banks to use as a settlement coin. It also helps banks free up capital from having it tied in different foreign currencies held in escrow. Instead of a bunch of currencies, they will hold XRP. This doesn't tell you ANYTHING about it's price or value. The value could be NULL and it would still function as needed.

True. It's price and value will be determined by supply and demand. If Ripple is going to make money, the amount of XRP we hold will go down. That will cause the price to be virtually impossible to manipulate reliably or over the long term.

> THEY DONT NEED XRP. The system works without it. The system can work with other coins.

Absolutely. Our plan was never to trick anyone into using XRP or force them to use it. Our plan was to enable banks and others to transact with any currency on any ledger and position XRP to win in a fair fight.

> XRP is meant to fund Ripple. It's not a coin for a store of value or for regular commerce. It is not bitcoin.

Mostly true, at least, this is how Ripple is positioning XRP. Others are free to use it however they want.

> What bank in the world will EVER... EVER give up control?

Once that's trying desperately to compete with much larger banks and would prefer to see things change. One that cares more about providing customers with better service than about control. Banks see the writing on the wall, payments are going to get faster and cheaper, and they'll have to adjust. Nobody wants to be late to that.

> What bank in the world would put money on an insanely volatile asset? XRP is going to be EXTREMELY stable.

Eventually, it probably will be. But the scheme won't work well if it's stable at such a low price as all the XRP in circulation won't have enough value. It is definitely true that Ripple would like to avoid sharp drops. But appreciation is harmless if it comes from real utility rather than being followed by large drops. Remember -- if the price of XRP goes up, Ripple gets richer. Ripple only has to give the banks enough to make them use the system. We don't have to give them exactly what they would like most.

> XRP's price is essentially in the hands of Ripple as they own a majority of XRP (most of it is 'held in escrow'). They can manipulate it.

True. And we would like to see a slow, steady increase in the price with no sharp dips. That would make the cost of holding XRP near zero, which banks would like. And we would make more money that way. That doesn't mean we'll be able to do it though. We have no interest in manipulating the price because that will always cause sharp drops which are the worst case scenario. We'd prefer to see it increase from real increasing utility.

> THIS IS BY DESIGN. A BANK WILL NEVER BACK A SYSTEM OF VOLATILITY OR A SYSTEM THEY CANNOT CONTROL

Unless they want to provide better service to their customers and aren't one of the largest banks. Unless the choice is for them to do it or sit back and watch others do it. Unless they think they will collapse if they don't.

I've explained in several other places why Ripple expects adoption of XRP as a vehicle currency, if we can achieve it, to increase demand.

⬆ 56 ⬇   Share   Report   Save   Follow

# PX 509.74

Reddit post by David Schwartz on Friday, November 17, 2017
https://www.reddit.com/r/Ripple/comments/6rnjct/why_is_xrp_important_and_why_does_ripple_need_it/dpz1jw8/

Posted by u/ripcurldog 6 years ago

44

## Why is XRP Important, And Why Does Ripple Need It!

💬 39 Comments    ↗ Share    🔖 Save    ⦸ Hide    ⚐ Report

caulds989 · 5 yr. ago

Ironically, ripple is not at all decentralized. But it sure sounds good, doesn't it?

⬆ 2 ⬇    💬 Reply    Share    Report    Save    Follow

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

Are you referring to the fact that most of the XRP is owned by Ripple? Or are you referring to something else?

⬆ 1 ⬇    💬 Reply    Share    Report    Save    Follow

caulds989 · 5 yr. ago

something else, namely the UNL's. There are so few nodes validating transactions, and as far as I understand, all of them are vetted by ripple corp.

⬆ 1 ⬇    💬 Reply    Share    Report    Save    Follow

sjoelkatz · 5 yr. ago · edited 5 yr. ago
🔹 Ripple - David Schwartz

Every node validates every transaction it sees, just like in bitcoin. While we use the term "validator" for nodes that help the network to place transactions into a canonical order to solve the double spend problem, they are not the only nodes that validate transactions.

Validators for XRP are somewhat analogous to miners in bitcoin. Except they don't need to do significant amounts of work and they aren't compensated by the network. More importantly, the choice of validators isn't based on who spends money or has cheap power but is made by the users of the network.

In both systems, objectively known consensus rules determine what is a valid transaction and what consequences a transaction yes. In both systems, every full node checks every transaction for compliance with this rules and should reject any transaction that violates them.

https://ripple.com/insights/xrp-ledger-decentralizes-expansion-55-validator-nodes/

I do agree that the network isn't as decentralized today as we'd like it to be. But the design permits much greater decentralization than we have in practice, significantly greater than is possible in PoW systems. And Ripple is committed to continuing to improve the decentralization.

⬆ 3 ⬇    💬 Reply    Share    Report    Save    Follow

# PX 509.75

Reddit post by David Schwartz on Friday, November 17, 2017
https://www.reddit.com/r/Ripple/comments/7dmbn3/ripples_monthly_xrp_sales_vs_ripples_media/dpzavzm/

Posted by u/ZeroAmenRaWorship 5 years ago

29

## Ripple's monthly XRP sales vs Ripple's media releases..... Any relationship?

Can a well timed media campaign be part of a effort to sell 250 million XRP / month for the last couple months? Remember these guys have a lot a tokens to sell every month and how was this done thus far? When I look at stuff in retrospect, like the countdown to swell, that process was basically selling a void to the masses , with Ripple possibly benefiting from the associated massive price gains when dumping their holdings. Then I see great news cause positive price movements, only to get hammered by some massive sell off. This seems very artificial to me. But I may be wrong. Maybe hyping before selling isn't their thing, who knows?

💬 26 Comments    ↗ Share    🔖 Save    ⊘ Hide    🚩 Report            94% Upvoted

 sjoelkatz · 5 yr. ago · edited 5 yr. ago

Ripple - David Schwartz

Significant releases of XRP from Ripple happen two different ways:

One is programmatic sales onto open markets. This is done by third parties that Ripple employs to use agreed algorithms to execute sales, usually by market making that is biased in favor of a net sale. Ripple does not have direct control over these sales and cannot adjust their timing on a short term basis. The sales preference is approximately 20 basis points, 0.2%. Aside from raising revenue from Ripple in a way that reduces the opportunity for manipulation, this also improves XRP liquidity and tightens XRP spreads on those exchanges.

The second way is institutional sales and partnerships. These do not take place on open markets and typically come with lock ups and other requirements. It's reasonable to expect that this type of release puts less negative pressure on the price than a comparable sale on the open market.

It is true that hype of any kind drives XRP exchange volume which will increase the amount of programmatic sales that Ripple does. However, our incentive is heavily biased in favor of the long-term value of XRP because our stash will last us some time. And large, sharp drops in the price of XRP increase the cost of holding XRP, which makes our intended use case less competitive.

Ripple has never had a dividend. Every penny raised for Ripple through XRP sales or any other source is either still held by Ripple or was spent to grow and operate the company.

These rules, and the rules Ripple has on employee, board member, and adviser XRP sales, are not rules Ripple made pursuant to any regulatory requirement. And they're not primarily rules that Ripple made out of the goodness of our hearts. These kinds of controls and standards were demanded by some of our partners and made part of our agreements with them, particularly agreements that involved partner use of XRP.

https://ripple.com/insights/q3-2017-xrp-markets-report/

↑ 20 ↓    💬 Reply    Share    Report    Save    Follow

# PX 509.76

Reddit post by David Schwartz on Friday, November 17, 2017
https://www.reddit.com/r/Ripple/comments/7dmbn3/ripples_monthly_xrp_sales_vs_ripples_media/dpzfrel/

Posted by u/ZeroAmenRaWorship 5 years ago

28

Ripple's monthly XRP sales vs Ripple's media releases..... Any
relationship?

💬 26 Comments    ↗ Share    🔖 Save    🚫 Hide    ⚑ Report

ZeroAmenRaWorship OP · 5 yr. ago · edited 5 yr. ago

So.... Hype of any kind drives up the exchange volumes, which in turn causes
Ripple's sales proxies to sell more XRP, who's modus operandi is to sell at the
highest price. With the highest price sharing a linear relationship with hype. I
hope I misinterpreted that, if I didn't, I now have a clearer understanding of
market conditions.

↑ 5 ↓   💬 Reply   Share   Report   Save   Follow

sjoelkatz · 5 yr. ago · edited 5 yr. ago
•¦• Ripple - David Schwartz

Their MO is not sell at the highest price but to make markets at the market
price with a bias to give a net sales of XRP of 20 basis points. Volumes can be
high during a period of low and dropping price too.

But I think it's very important to point out that this does not necessarily mean
that hype is a net benefit to Ripple. Hype that isn't associated with realistically
improved prospects tends to cause an increase followed by a dip. The net
effect of lots of hype is that the market becomes insensitive to, and skeptical
of, real results. Worse, volatility increases the holding cost of XRP, which is a
significant obstacle to Ripple's promotion of XRP as a vehicle currency.

Ripple exceeds both regulatory requirements and industry norms by ensuring
that its programmatic XRP sales can't be timed to take advantage of
information prior to public announcement and by having a strict policy on
employee, board member, and adviser XRP transactions.

↑ 12 ↓   💬 Reply   Share   Report   Save   Follow

# PX 509.77

Reddit post by David Schwartz on Monday, November 20, 2017
https://www.reddit.com/r/Ripple/comments/7dmbn3/ripples_monthly_xrp_sales_vs_ripples_media/dq2zlt4/

Posted by u/ZeroAmenRaWorship 5 years ago

28

### Ripple's monthly XRP sales vs Ripple's media releases..... Any relationship?

💬 26 Comments    ↗ Share    🔖 Save    ⊘ Hide    ⚑ Report

[deleted] · 5 yr. ago

I'm glad this topic was deemed worthy of responding to and am also thankful for the detailed, yet due to my mental inferiority, for me inconceivable explanation. Strategy, basis points and architecture of the selling machinery Ripple uses are probably an interesting topic by itself (for me, at least) yet in terms of how things play out in the grand scheme are probably irrelevant. If this were a statement (a conspiracy theory) and not just reasonable doubt on my end, I could argue the conclusion - right or wrong - of what you wrote is that Ripple's interest is to distribute XRP at whatever rate they can at the time. That being just the current market rate, keeps the price from increasing and depending on the volume sold, results in continuous decrease instead. Which is what this 'theory' was about. If one really wanted to make a conspiracy theory out of this, they could argue that due to the infrastructure, monopolized control achieved through it and massive supplies of XRP, Ripple can and according to the market evidence of the last couple of months, may have been causing such an effect, one that undermines the interests of any sole investor and forces them to wait until Ripple have fed their appetite. As this would still only be a conspiracy theory and probably just that and wrong too, plus crypto world being an unregulated market, this would probably still be 'ok'.

⬆ 4 ⬇   💬 Reply   Share   Report   Save   Follow

sjoelkatz · 5 yr. ago · edited 5 yr. ago
⚡ Ripple - David Schwartz

Why would Ripple want a low price for XRP though? Ripple is the majority holder of XRP and would want the long term price to be as high as it can possibly be. So this would be a clever strategy to minimize our returns?

It's clearly in our interest to do everything we can to maximize the long-term price of XRP and get as much as we can for the XRP we hold. We have announced a strategy to do that and there's plenty of public evidence that we're executing on that strategy.

You would have to argue either:

1. Ripple is stupid, or
2. Ripple has no XRP strategy that could possibly work to raise the price over the long term and is evil.

Otherwise, there is no rational reason why we would not continue to execute our publicly announced strategy and do everything we can to maximize the price of XRP over at least the time it takes us to sell the XRP we have.

⬆ 8 ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.78

Reddit post by David Schwartz on Tuesday, November 21, 2017
https://www.reddit.com/r/Ripple/comments/7ehy33/xrp_will_go_to_0_because/dq6c8bw/



# PX 509.79

Reddit post by David Schwartz on Saturday, December 2, 2017
https://www.reddit.com/r/Ripple/comments/7gohbn/im_beginning_to_believe_that_ripples_publicity/dqo9t5g/



Posted by u/ZeroAmenRaWorship 5 years ago

**17**

I'm beginning to believe that Ripple's publicity activities and the immediate increases in XRP supply across exchanges are coordinated events.

💬 32 Comments   ↗ Share   🔖 Save   ⊘ Hide   ⚑ Report

Sort By: Best ▾



ZeroAmenRaWorship **OP** · 5 yr. ago

The potential to "dampen rallies or end them prematurely" sounds inorganic to the layman like myself. It's this component of what seems to be artificial price control in the current model that I see problems with. What may seem miniscule, isn't. Large trades occur in milliseconds in this environment, so the ability to sell volume within such timescales make monthly measurements of distribution less revealing. I know this is outside your area of expertise, I'm worse off, I build stuff with stone and steel. But I must thank you again for your explanations, I may not agree with everything, but I understand nothing is perfect, including my assessments.

⬆ **1** ⬇   💬 Reply   Share   Report   Save   Follow



sjoelkatz · 5 yr. ago · *edited 5 yr. ago*

🔹 Ripple - David Schwartz

I agree that the main thing to worry about would be that our trading can dampen rallies or end them prematurely. We believe, based on expert advice, that we've calibrated them to minimize this risk. And we're very transparent about what we're doing and how we're doing it.

Because of the firewall between us and the companies that execute the trades, I don't know the details of their trading algorithm. I do know that it places trades on both sides of the order book with a net bias towards XRP sales totalling roughly 20 basis points (0.2%) of total volume. They understand that we want to protect the long term value of our XRP and they are expert market makers.

⬆ **4** ⬇   💬 Reply   Share   Report   Save   Follow

# PX 509.80

Reddit post by David Schwartz on Thursday, December 7, 2017
https://www.reddit.com/r/Ripple/comments/7i4bbi/why_would_i_invest_in_ripple/dqw5ahc/

Posted by u/EternalLousy 5 years ago

3

## Why would I invest in Ripple?

Guys, I did some reading and I believe Ripple has a perfect use case and definitely will be adopted widely in banking.

My question is as a retail investor, why would I invest Ripple? I mean even if Ripple is safe and secured, widely adopted in Banking, isn't this the same as a company improves their dev ops, infrastructures, efficiency in serving customers? Why would Ripple price go up?

Tldr: Ripple is great, I will definitely use it, but why would I invest in it?

☐ 11 Comments    ↗ Share    ☐ Save    ⊘ Hide    ☐ Report                 71% Upvoted

Log in or sign up to leave a comment          **Log In**   **Sign Up**

Sort By: Best ▾

bdredditor · 5 yr. ago
Top Contributor

First off, you can't "invest in Ripple" unless you're insanely rich. You can only buy XRP.

Second, your questions get asked multiple times every hour. I'll give a quick answer, but you'd server yourself well to do some searching and reading on your own.

Regarding why one would invest in XRP, it's sitting at .216 USD per XRP right now. If banks are using it for a majority of the world's cross-border payments, it'll need to be worth somewhere in the neighborhood of $20. In the shorter term, usage will start with at a smaller scale. That volume will drive XRP's price into the $1-2 range.

↑ 5 ↓  ☐ Reply  Share  Report  Save  Follow

zer0_snot · 4 yr. ago

│ it'll need to be worth somewhere in the neighborhood of $20.

Considering the starting price from today $0.80 - hitting the moon at $20. That is almost a return of 30 times in 3 years. Bitcoin's prediction is supposed to be more than that.

↑ 1 ↓  ☐ Reply  Share  Report  Save  Follow

bdredditor · 4 yr. ago
Top Contributor

Bitcoin predictions are based on irrational exuberance. XRP predictions are based on fundamentals. I know which I'm picking for the long term.

↑ 1 ↓  ☐ Reply  Share  Report  Save  Follow

sjoelkatz · 5 yr. ago
•✖ Ripple · David Schwartz

I assume you're asking why Ripple's success would result in demand for XRP. See here: https://www.xrpchat.com/topic/5280-valuation-models-xrp-the-digital-currency-vs-ripple-the-company/?tab=comments#comment-50182

↑ 3 ↓  ☐ Reply  Share  Report  Save  Follow

# PX 509.81

Reddit post by David Schwartz on Monday, November 20, 2017
https://www.reddit.com/r/Ripple/comments/7dmbn3/ripples_monthly_xrp_sales_vs_ripples_media/dq2zlt4/



sjoelkatz · 5 yr. ago · *edited 5 yr. ago*
Ripple - David Schwartz

Why would Ripple want a low price for XRP though? Ripple is the majority holder of XRP and would want the long term price to be as high as it can possibly be. So this would be a clever strategy to minimize our returns?

It's clearly in our interest to do everything we can to maximize the long-term price of XRP and get as much as we can for the XRP we hold. We have announced a strategy to do that and there's plenty of public evidence that we're executing on that strategy.

You would have to argue either:

1. Ripple is stupid, or
2. Ripple has no XRP strategy that could possibly work to raise the price over the long term and is evil.

Otherwise, there is no rational reason why we would not continue to execute our publicly announced strategy and do everything we can to maximize the price of XRP over at least the time it takes us to sell the XRP we have.



# PX 509.82

Reddit post by David Schwartz on Wednesday, December 27, 2017
https://www.reddit.com/r/XRP/comments/7mhsdo/difficult_question_about_xrp/dru9dxi/

Posted by u/yannsam 5 years ago

5  **Difficult question about xrp**

💬 16 Comments      ↗ Share      🔖 Save      👁 Hide      🏳 Report

**Sort By: Best** ▾

**View all comments**

sjoelkatz · 5 yr. ago
🔹 Ripple - David Schwartz

No. A million dollars worth of XRP will always cost a million dollars. But the higher the price of XRP, the more money Ripple makes by selling XRP, the more money Ripple is worth, the more power Ripple has to incentivize partners, and soon.

Also, the higher the price, the higher the liquidity tends to be. Higher liquidity makes payments cheaper. Imagine if you tried to buy a house for bitcoins when they were worth $100. The seller would have significantly depressed the market, causing them to take a large loss. Today, with the price so much higher, that's not a problem. So a higher price for XRP makes it cheaper to use XRP for settlement.

⬆ 6 ⬇    💬 Reply   Share   Report   Save   Follow

# PX 509.83

Reddit post by David Schwartz on Sunday, January 21, 2018
https://www.reddit.com/r/XRP/comments/7guyy4/link_between_xrp_and_ripple/dt1f9xc/



**ClaraFutura** · 5 yr. ago · *edited 5 yr. ago*

Thank you very much for your reply. I think I have a clearer understanding now.

Still a few questions:

Do other cryptocoins not have a neutral, open system?

Is Ripple the inventor of the term and system Interledger Protocol (ILP)? Is ILP the same as Ripplenet?

Can any other crypto be used with Ripplenet/XRP?

Ripple says it's promoting XRP usage. How? Does a low XRP price have a positive effect on adoption of XRP?

I read that Ripple is holding a very large number of XRP. Will Ripple strategically add or remove XRP volume from the market to keep an optimal price for adoption of Ripplenet?

⬆ 1 ⬇   💬 Reply   Share   Report   Save   Follow



**sjoelkatz** · 5 yr. ago
🔹 Ripple - David Schwartz

> Do other cryptocoins not have a neutral, open system?

I would say that most other cryptocoins are open. There are nuances of difference, but fundamentally the vast majority of them are open. Neutral is thornier, but at least they're neutral in the sense that everyone's transactions get roughly the same treatment.

> Is Ripple the inventor of the term and system Interledger Protocol (ILP)? Is ILP the same as Ripplenet?

ILP and RippleNet are not quite the same. RippleNet is a payment network. ILP is a way to coordinate payments across ledgers. RippleNet covers more than ILP, including integration with compliance and end-to-end messaging.

> Can any other crypto be used with Ripplenet/XRP?

Any crypto can be used, in theory, to settle an ILP or RippleNet payment. We expect XRP to compete on a level playing field with other settlement assets and if it can't win on those terms, it doesn't deserve to. If we can't make XRP better for a particular use case, then trying to trick or force people into using it just makes ILP or RippleNet worse, and that means fewer payments for XRP to compete to settle.

> Ripple says it's promoting XRP usage. How? Does a low XRP price have a positive effect on adoption of XRP?

A low price discourages usage because it almost always correlates with higher carrying cost and lower liquidity. We want to bring liquidity up, carrying cost down, and build a robust ecosystem of connections between XRP and existing payment endpoints.

> I read that Ripple is holding a very large number of XRP. Will Ripple strategically add or remove XRP volume from the market to keep an optimal price for adoption of Ripplenet?

I don't think so. I just don't think that's possible to do because of the nature of these markets. More likely, the amount of XRP introduced will depend more on what partners Ripple needs to incentivize, what money Ripple needs to accomplish its objectives, and also what most benefits Ripple's stockholders in getting maximal long-term value from the company. One of the reasons for the escrow was to assure the market that Ripple couldn't act to get maximal short term value and sacrifice long term value without taking a significant loss.

⬆ 2 ⬇ 💬 Reply   Share   Report   Save   Follow

# PX 509.84

Reddit post by David Schwartz on Tuesday. February 13, 2018

https://www.reddit.com/r/Ripple/comments/7vpaea/the_most_important_part_of_the_hearing_today/du7mf5l/?context=3

---

Posted by u/Panosmek  Analyst  5 years ago

1.2k

THE most important part of the hearing today about Virtual Currencies 02/06/18  youtube.com/watch?... ⧉

🗨 156 Comments   ↗ Share   🔖 Save   👁 Hide   🚩 Report

Sort By: Best ▾

**View all comments**
**Show parent comments**

sjoelkatz · 5 yr. ago
◈ Ripple - David Schwartz

Serious question: What percentage of Ripple's value do you think comes from the XRP that Ripple holds?

↑ 1 ↓   🗨 Reply  Share  Report  Save  Follow

[deleted] · 5 yr. ago

I'd need to see a balance sheet to answer that more accurately accurately. I would wager that it's a much higher percentage now early on, but revenues and assets in the future will be higher and less dependent on XRP. XRP is the current cash cow obviously because of the sheer # held. I wouldn't be surprised to see it as 90% at this stage.

If you want to tell me that Ripple as a company will fail if XRP fails then I'll take your word, and many people's concerns would be addressed. But I don't think that's a public statement you'd make, as I don't believe that to be true.

↑ 1 ↓   🗨 Reply  Share  Report  Save  Follow

sjoelkatz · 5 yr. ago
◈ Ripple - David Schwartz

Obviously, it gets sensitive for me to try to make statements about what Ripple's value is and where that value comes from. So let's go with your 90% value for the moment. Obviously, that's more than sufficient to ensure that Ripple makes every attempt to make its XRP revenue model work.

As for whether Ripple will fail if XRP fails, I can say that all of our present plans fail. Whether we'd be able to come up with a new strategy, I can't really say. I think we'd surely try rather than just giving up. But it would definitely be a very different company compared to what Ripple is today.

↑ 2 ↓   🗨 Reply  Share  Report  Save  Follow

# PX 509.85

Reddit post by David Schwartz on Saturday, February 17, 2018

https://www.reddit.com/r/Ripple/comments/7m5ag3/comment/duets6g





nerbt1 · 5 yr. ago

I'm trying to figure out why XRP (not Ripple Labs) has value. Would love to hear your thoughts on this. OP states

"Every single day, there are TRILLIONS of dollars exchanged by banks, and XRP is seeking to act as the main hub for exchanging that currency. That's where there is value."

As you say transaction fees in this model are are terrible way to make money so where does the value come from?

⬆ 1 ⬇  💬 Reply  Share  Report  Save  Follow

 sjoelkatz · 5 yr. ago · edited 5 yr. ago
     Ripple · David Schwartz

The value comes from demand for the asset for settlement.

To use XRP to settle a payment, someone has to hold XRP so that it's available to be used to settle that payment. When lots of payments are being settled, then there's lots of demand for the settlement asset.

See here: https://www.xrpchat.com/topic/5280-valuation-models-xrp-the-digital-currency-vs-ripple-the-company/?tab=comments#comment-50182

Imagine if you do lots of payments between corridors where XRP is used for settlement. This means:

1. You can buy XRP at negative cost by providing other people the fiat currencies they need to make their own payments. In other words, when someone needs, say, USD you provide them that USD and take the XRP they just bought. You facilitate their payment and make about half its cost.

2. You can make payments for half the cost by paying with XRP rather than with fiat, since you don't need to fiat->XRP half of the payment.

But you only get these savings if you keep a pile of XRP because you have to do 1 whenever other people want to convert XRP to fiat and you have to do 2 whenever you want to make a payment. All these large payment endpoints keeping piles of XRP to cut their payment/settlement costs would be expected to drive demand for the settlement asset.

Imagine if there's a USD->MXN payment that settles through XRP. That means someone had to be holding the XRP that was used to buy the MXN during the payment. If there are lots of such corridors that are lucrative, then people will compete to be the ones holding that XRP, which will mean lots of traders holding XRP.

↑ 3 ↓  ⬜ Reply   Share   Report   Save   Follow

# PX 509.86

Reddit post by David Schwartz on Tuesday, February 27, 2018
https://www.reddit.com/r/IAmA/comments/80ppfl/i_am_david_schwartz_chief_cryptographer_at_ripple/duxgy6g/?context=1



# PX 509.87

Reddit post by David Schwartz on Tuesday, February 27, 2018
https://www.reddit.com/r/IAmA/comments/80ppfl/i_am_david_schwartz_chief_cryptographer_at_ripple/duxgy6g/?context=1



 [deleted] · 5 yr. ago

How will Codius help with the usage of XRP?

 43 ⬇ Share  Report  Save

 sjoelkatz OP · 5 yr. ago

There are quite a few examples, but I'll share my personal favorite. In the very early days of developing what is now the XRP Ledger, we built a decentralized exchange in. (Currently the largest decentralized exchange with the highest volume. Who knew?) This permits people to hold, pay, and trade arbitrary assets on the XRP Ledger.

So you can hold, say, bitcoin on the XRP Ledger if you want, but some entity has to hold the actual bitcoin. So for assets that are not native to the XRP Ledger that counterparty can become a potential point of failure. Those who wish to use that particular asset have to trust that counterparty. There can be competition among counterparties, but that divides the liquidity.

Codius can act as a generic, trustless counterparty. Such a gateway built on Codius could allow Ethereum, bitcoin, and other digital assets to trade on the XRP Ledger without that risk of counterparty failure.

And, of course, the XRP Ledger has features like XRP autobridging that make it very efficient to provide liquidity to and from XRP for assets that trade on it.

⬆ 49 ⬇ Share  Report  Save

# PX 509.88

Reddit post by David Schwartz on Tuesday, February 27, 2018
https://www.reddit.com/r/IAmA/comments/80ppfl/i_am_david_schwartz_chief_cryptographer_at_ripple/duxgy6g/?context=1



 AnotherAvgAsshole · 5 yr. ago

There's lot of talk re: XLM and XRP. What really sets your company apart? (Or rather XLM and XRP/Stellar and Ripple apart - are both providing different solutions?)

Also could you please elaborate on your tie-up with Bill and Melinda Gates Foundation? How exactly do your solutions help the needy and bridge the gap that we unfortunately face in society (evident even more so in the digital sphere)

 50 Share Report Save

sjoelkatz OP · 5 yr. ago

I think three things really set XRP apart from any other digital asset. One is the amazing team of dedicated professionals that Ripple has managed to amass to develop an ecosystem around XRP. The other is a focused use case for XRP and a coherent strategy to drive adoption for that use case. Last, the set of real customers finding business value in it. The history of technological innovation around the XRP Ledger speaks for itself.

The Bill and Melinda Gates Foundation's Mojaloop project is aimed at providing national open source infrastructure for interoperable payment systems. The project uses the interledger protocol (ILP) to create that interoperability. Ripple collaborated with several other vendors and the Bill and Melinda Gates Foundation to put this project together. The thinking is that interoperability lowers cost and enhances reach, making essential services more accessible.

 51 Share Report Save

# PX 509.89

Reddit post by David Schwartz on Tuesday, February 27, 2018

https://www.reddit.com/r/IAmA/comments/80ppfl/i_am_david_schwartz_chief_cryptographer_at_ripple/duxgy6g/?context=1



Posted by u/sjoelkatz 5 years ago

507

## I am David Schwartz, Chief Cryptographer at Ripple. AMA!

Technology

I am Chief Cryptographer at Ripple and one of the original architects of the XRP Ledger. Since November 2011, I've been working on developing and improving the underlying technologies behind Ripple's blockchain, currently focused on improving decentralization. I am known as "JoelKatz" in many online communities.

Proof: https://twitter.com/JoelKatz/status/968581291128967168

Update: Thanks so much for the great questions. I guess I should go back to work now. Feel free to contact me on Twitter -- I'm pretty much holding an AMA every day.

💬 518 Comments      ↗ Share      🔖 Save      ⊘ Hide      ▭ Report          86% Upvoted

 dgvancity · 5 yr. ago

Hi David. Ripple has made incredible strides in the past year. What do you see as the biggest challenge for Ripple, and XRP, to overcome in 2018 and beyond?

 ⬆ 61 ⬇  Share  Report  Save

 sjoelkatz OP · 5 yr. ago

This has been an amazing year and I think we've made great progress validating XRP's use case within RippleNet. We have the technology, we have the vision, we have the partnerships. The challenge for us is to maintain focus and keep executing. We're right at the point where our full vision is becoming reality.

 ⬆ 68 ⬇  Share  Report  Save

# PX 509.90

Reddit post by David Schwartz on Tuesday, February 27, 2018

https://www.reddit.com/r/IAmA/comments/80ppfl/i_am_david_schwartz_chief_cryptographer_at_ripple/duxgy6g/?context=1





superquantum · 5 yr. ago

other than xrapid does ripple plan to roll out other products that will utilise xrp? if so, please expand about them and when we can expect them,,thanks



26   Share   Report   Save



sjoelkatz OP · 5 yr. ago

xRapid is our first enterprise product delivering payments bridged by XRP. We announced xRapid just a few months ago and are focused on delivering production volume. We're still very early in what we expect xRapid to do.

42   Share   Report   Save