**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------      x

SECURITIES AND EXCHANGE COMMISSION,      :

                                         :

                      Plaintiff,      :      No. 19 Civ. 10832 (AT) (SN)

                                         :

            - against -      :      ECF Case

                                         :

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,      :
And CHRISTIAN A. LARSEN

                                         :

                            Defendants.      :

                                         :

---------------------------------------------------------------------   x

### DECLARATION OF JORGE G. TENREIRO IN SUPPORT
### OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Jorge G. Tenreiro, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York.  I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office.

2.      I have personal knowledge of the facts and circumstances of the case.  As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3.      I am submitting this Declaration to put forth exhibits in support of the SEC's motion for summary judgment against Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A Larsen.

4.      Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates |
|---|---|---|
| PX 401 | Email chain dated June 21, 2020 | RPLI_SEC 0502430 |
| PX 402 | Email chain dated September 19, 2017 | RPLI_SEC 0646877 |
| PX 403 | [Reserved] | |
| PX 404 | Email dated May 1, 2017 | SEC-███-RIPPLE_0010934 |
| PX 405 | Email dated October 25, 2013 | RPLI_SEC 0320778 |
| PX 406 | Transcript of Recording of Impromptu Meeting, Garlinghouse, dated December 14, 2017 | RPLI SEC 1100541 |
| PX 407 | Email dated December 15, 2017 | RPLI_SEC 0866480 |
| PX 408 | Transcript of Recording of Q1 2017 All Hands Meeting, dated April 4, 2017 | RPLI SEC 1100504 |
| PX 409 | [Reserved] | |
| PX 410 | Transcript of Recording of Q2 2018 All Hands Meeting, dated July 10, 2018 | RPLI_SEC 1100509 |
| PX 411 | Brad Garlinghouse XRP Information Form | BITSTAMP USA_00000001 |
| PX 412 | Chats dated January 27, 2020 | GARL_Civil_001344 |
| PX 413 | Text messages dated June 25, 2020 | RPLI_SEC 0533153 |
| PX 414 | Email chain dated December 11, 2017 | RPLI_SEC 0764110 |
| PX 415 | Email dated December 9, 2020 with attachment | RPLI_SEC 0494774 |
| PX 416 | Chats dated January 16, 2020 | GARL_Civil_001342 |
| PX 417 | Transcript of Recording of Q4 2017 All Hands Meeting, dated December 12, 2017 | RPLI_SEC 1100507 |
| PX 418 | Email chain dated September 6, 2019 | RPLI_SEC 0594978 |
| PX 419 | Email dated June 3, 2020 | RPLI_SEC 0479392 |

| PX 420 | Email chain dated July 17, 2017 | RPLI_SEC 0351547 |
|---|---|---|
| PX 421 | Email chain dated July 1, 2019 | RPLI_SEC 0223873 |
| PX 422 | Transcription of Recording of Weekly Meeting, dated April 22, 2019 | RPLI_SEC 1100593 |
| PX 423 | Transcript of Recording of Q4 2017 All Hands Meeting, dated December 12, 2017 | RPLI_SEC 1100507 |
| PX 424 | Email chain dated June 25, 2019 | RPLI_SEC 0182614 |
| PX 425 | Master XRP Purchase Agreement with ████████ ██████████ | RPLI_SEC 0234056 |
| PX 426 | Email chain dated June 3, 2020 | RPLI_SEC 0770535 |
| PX 427 | Email chain dated June 4, 2020 | RPLI_SEC 1030930 |
| PX 428 | Email dated July 8, 2019 | RPLI_SEC 0464643 |
| PX 429 | Email dated July 17, 2020 with attachment | RPLI_SEC 0301756 |
| PX 430 | Email chain dated July 17, 2020 | RPLI_SEC 0301707 |
| PX 431 | Email chain dated May 31, 2019 | RPLI_SEC 0435043 |
| PX 432 | Email chain dated July 6, 2019 | RPLI_SEC 0463789 |
| PX 433 | Email chain dated March 28, 2018 | RPLI_SEC 0393606 |
| PX 434 | Email chain dated August 21, 2016 | RPLI_SEC 0027103 |
| PX 435 | Email chain dated October 11, 2016 | RPLI_SEC 0038113 |
| PX 436 | Email dated July 27, 2017 | RPLI_SEC 0178836 |
| PX 437 | Email dated December 1, 2017 | RPLI_SEC 0054606 |
| PX 438 | Email chain dated October 14, 2020 with attachment | GARL_Civil_000806 |
| PX 439 | Email chain dated July 20, 2017 | RPLI_SEC 0200191 |
| PX 440 | Email dated December 18, 2020 | RPLI_SEC 0930759 |
| PX 441 | Email chain dated September 10, 2014 | ████_0002320 |
| PX 442 | Wells Submission on Behalf of Ripple Labs | RPLI SEC 0337177 |

| PX 443 | Email chain dated March 29, 2020 | RPLI_SEC 0479912 |
|---|---|---|
| PX 444 | Email chain dated March 29, 2020 | RPLI_SEC 0479912 |
| PX 445 | Email chain dated September 13, 2016 | RPLI_SEC 0378104 |
| PX 446 | Email dated May 22, 2018 | RPLI_SEC 0431806 |
| PX 447 | Declaration of ██████ | N/A |
| PX 448 | Larsen Responses to Plaintiffs First Set of Requests for Admissions | N/A |
| PX 449 | Email chain dated January 18, 2017 | RPLI_SEC 0221609 |
| PX 450 | Email chain dated December 11, 2017 | ██████0042069 |
| PX 451 | Email chain dated January 16, 2018 | SEC-██-RIPPLE_0012728 |
| PX 452 | Email chain dated July 9, 2015 with attachment | RPLI_SEC 0086037 |
| PX 453 | Email chain dated December 1, 2016 | CBASE_SEC_000003247 |
| PX 454 | Garlinghouse Reponses to Plaintiff's First Interrogatory | N/A |
| PX 455 | Email chain dated June 9, 2020 | RPLI_SEC 0475771 |
| PX 456 | [Reserved] | |
| PX 457 | [Reserved] | |
| PX 458 | Email dated November 20, 2015 | GSR00011398 |
| PX 459 | Email chain dated August 8, 2018 | RPLI_SEC 0222488 |
| PX 460 | Ripple's Rebate & Incentive Agreements with Digital Currency Exchanges | SEC-RIPPLE-E-0000008 SEC-LIT-EPROD-000618420 |
| PX 461 | Email chain dated June 4, 2014 | RPLI_SEC 0425895 |
| PX 462 | Email chain dated November 6, 2014 | RPLI_SEC 0650423 |
| PX 463 | Email chain dated April 13, 2016 with attachment | RPLI_SEC 0363343 |
| PX 464 | Email dated June 26, 2016 | RPLI_SEC 0042714 |
| PX 465 | Email chain dated April 10, 2016 | RPLI_SEC 0205600 |

| PX 466 | Email chain dated August 13, 2019 | RPLI_SEC 0181128 |
|---|---|---|
| PX 467 | Email chain dated August 16, 2019 | RPLI_SEC 0261522 |
| PX 468 | Email chain dated October 20, 2020 | RPLI_SEC 0505437 |
| PX 469 | Email chain dated July 17, 2019 | RPLI_SEC 0200554 |
| PX 470 | Email chain dated January 26, 2018 | █████ 0276974 |
| PX 471 | Email chain dated July 13, 2016 | RPLI_SEC 0888154 |
| PX 472 | Ripple Labs XRP Insider Trading Policy, dated December 2018 | RPLI_SEC 0874854 |
| PX 473 | Email chain dated March 19, 2013 | RPLI_SEC 0017082 |
| PX 474 | Email chain dated July 15, 2013 | RPLI_SEC 0012819 |
| PX 475 | Email chain dated October 10, 2016 | █████_Ripple_0000854 |
| PX 476 | Email chain dated October 8, 2014 | GSR00000208 |
| PX 477 | Email chain dated June 2, 2016 | GSR00004437 |
| PX 478 | Email chain dated June 3, 2016 | GSR00005366 |
| PX 479 | Email dated June 7, 2016 | RPLI_SEC 0348801 |
| PX 480 | Email chain dated November 1, 2016 | GSR00005000 |
| PX 481 | Email chain dated October 2, 2016 | GSR00009169 |
| PX 482 | XRP Chat thread dated January 24, 2018 | N/A |
| PX 483 | Text dated January 16, 2014 | LARSEN-SEC-LIT-00003500 |
| PX 484 | Email dated October 4, 2019 | RPLI_SEC 1045665 |
| PX 485 | Email chain dated April 13, 2017 | RPLI_SEC 0018282 |
| PX 486 | Email dated January 20, 2017 | RPLI_SEC 0027078 |
| PX 487 | Email dated March 26, 2020 | RPLI_SEC 0492574 |
| PX 488 | Post on Hodor's XRP Blog dated May 22, 2018 | N/A |
| PX 489 | Email dated July 22, 2019 with attachment | RPLI_SEC 0234247 |

| PX 490 | Email chain dated September 11, 2014 | ████_0002297 |
| PX 491 | Email chain dated April 19, 2017 | RPLI_SEC 0843640 |
| PX 492 | Email chain dated December 9, 2015 | RPLI_SEC 0306354 |
| PX 493 | Email chain dated May 6, 2016 | RPLI_SEC 0307752 |
| PX 494 | Email chain dated June 3, 2016 | RPLI_SEC 0307708 |
| PX 495 | Email chain dated November 2, 2016 | GSR00004966 |
| PX 496 | Email chain dated August 6, 2016 | RPLI_SEC 0057021 |
| PX 497 | Email chain dated September 21, 2016 | GSR00004553 |
| PX 498 | Email chain dated June 25, 2019 | RPLI_SEC 0182621 |
| PX 510 | Declaration of ████, dated May 27, 2022 | N/A |
| PX 511 | Declaration of ████, dated June 22, 2022 | N/A |
| PX 512 | [Reserved] | |
| PX 513 | Declaration of ████, dated June 12, 2022 | N/A |
| PX 514 | Declaration of ████, dated April 22, 2022 | N/A |
| PX 515 | Email chain dated January 18, 2017 | RPLI_SEC 0199938 |
| PX 516 | Email dated March 11, 2017 | RPLI_SEC 0270740 |
| PX 517 | Email dated December 11, 2017 | ████0042072 |
| PX 518 | Email dated January 15, 2018 | RPLI_SEC 0053847 |
| PX 519 | Transcription of Recording of Q4 2017 All Hands meeting, dated December 12, 2017 | RPLI_SEC 1100507 |
| PX 520 | Email chain dated March 28, 2017 with attachment | RPLI_SEC 0156968 |
| PX 521 | Email chain dated March 23, 2017 | RPLI_SEC 0763477 |
| PX 522 | Email dated January 16, 2018 | SEC-████-RIPPLE_0012728 |
| PX 523 | Email chain dated June 24, 2020 | RPLI_SEC 0981609 |

| PX 541 | Email chain dated November 29, 2017 | RPLI_SEC 0055020 |
|--------|--------------------------------------|------------------|
| PX 542 | Declaration of ████████, dated September 7, 2022 | |
| PX 543 | Declaration of ██████, dated September 13, 2022 | |
| PX 544 | Declaration of ██████, dated September 12, 2022 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      September 13, 2022

                                 /s Jorge G. Tenreiro
                                 Jorge G. Tenreiro