# PX 402

Message

**From:** Monica Long [____@ripple.com]
**on behalf of** Monica Long [____@ripple.com> ____@ripple.com]
**Sent:** 9/19/2017 1:25:55 PM
**To:** Brad Garlinghouse [Brad Garlinghouse ____@ripple.com>]
**Subject:** Re: data on customer support

Thank you.

On Tue, Sep 19, 2017 at 12:36 PM, Brad Garlinghouse <____@ripple.com> wrote:
  Great - color me impressed by the quick response and thorough answer.

  Monica - maybe someone on your team can do a quick review of the FAQ answers?

  On Tue, Sep 19, 2017 at 11:24 AM, ____ <____@ripple.com> wrote:
  Hey Brad, here are few updates on Support:

  • **Total XRP tickets average ~1,800 per month:** Steadily trending downward since the heavy spike after XRP price increase in April/May

  • **Average response time 30 hrs:** trending downward with new process (below) in place as of a 3 weeks ago

  • **XRP: New auto-response in place:** We now automatically reply to support inquiries with the resolution to our top 5 FAQ's, and if customers still have issues it directs them to create a new request.
    o  XRP ticket volume needing a support rep has dropped ~90%
    o  Chris does an audit of all the requests to see if there is anything we should follow up on (e.g. how to buy XRP questions coming from a business domain, upset customers, etc)

  • **Pretty tight correlation b/w XRP price and ticket volume:** see graph overlay below. the blue line is XRP

  • **Subject Matter:** "How to buy XRP" has been the most common type of request, and has grown through the year as an overall piece of the pie. Right now it makes up about a third of all requests.

  • **xCurrent volume is near zero:** We had 1 urgent call from ____ shortly after go live. Since then no support calls from ____. Any issues have been non-urgent and addressed through account mgmt in weekly calls.

CONFIDENTIAL
RPLI_SEC 0646877



On Tue, Sep 19, 2017 at 10:13 AM, Brad Garlinghouse <███@ripple.com> wrote:

Do you have anything you can readily point me to that tracks our customer support inquiries? I'm curious (particularly given how things have evolved for team ripple) how this volume has changed, how the subject matter has changed and how we are triaging (and whether we have re-looked at our FAQ's based upon how things have change.

Thanks much!

███
Head of Account Management & Technical Services | Ripple
███ | ripple.com

CONFIDENTIAL

RPLI_SEC 0646878