# PX 405

Message

**From:** Patrick Griffin [redacted]@ripple.com]
**Sent:** 10/25/2013 7:02:43 AM
**To:** [redacted]
**CC:** [redacted]; Phil Rapoport [Phil Rapoport [redacted]@ripple.com>]; David Schwartz [David Schwartz [redacted]@ripple.com>]
**Subject:** Thank You
**Attachments:** Ripple_Primer.pdf

[redacted] and Team:
It was a pleasure meeting everyone last week. Thank you for your time. We are excited about what you are doing in the virtual currency space. Looking forward to the next conversation about Ripple.

I've included a primer on our software. There are a few areas we can work together but as a first step we want to strike a deal that includes XRP.

[redacted], I'll send over a separate email to spare inboxes.

All the best,
Patrick