# PX 406

```
                                352831.20210915-NY
0001
 1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:    )
 4                         )  File No. NY-09875-A
 5    RIPPLE LABS, INC.    )
 6
 7    SUBJECT:   RPLI SEC 1100541 HIGHLY CONFIDENTIAL
 8    PAGES:     1 through 10
 9
10
11
12
13
14
15                    VIDEO TRANSCRIPTION
16
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                    (202) 467-9200
0002
 1                P R O C E E D I N G S
 2    RPLI_SEC 1100541_HIGHLY CONFIDENTIAL
 3          MR. GARLINGHOUSE:  Oh, yeah.  Some of you are
 4    wondering hey, Brad, what's up?  We just met yesterday.
 5    Why are we getting back together?
 6          I wanted to spend some time talking about some
 7    of what's going on in the XRP markets.  And I was first
 8    going to start with a joke about you know, some of you
 9    may not know, this is a true fact.  The original holiday
10    party theme was going to be the Roaring Twenties.  I'm
11    not making that up.  I'm not making that up.
12          Last night when I got there I made the joke
13    about 50 Cent and all that stuff.  I wanted, and even a
14    couple of you privately I was going to make a joke about
15    the 80s and we didn't get quite all the way there.  It
16    turns out it didn't take very long to get to the 80s.
17    But look, the point is not actually to get up here and
18    celebrate what's going on in the XRP markets.  The point
19    is to share three quick things.  Then I have got a
20    surprise.
21          The first one is today has been really
```

352831.20210915-NY

```
22  fricking stressful for me.  Like honestly I have not --
23  I have been grumpy.  For those of you who have been in
24  meetings with me, you're kind of sick of me already.
25  Actually, they're usually sick of me, but particularly
0003
 1  today.  And you might say -- I saw that, Ashish.  And
 2  you might say, why are you stressed?  This is exciting.
 3   This is -- what's going on in those XRP markets is
 4  exciting, and by the way, it is good for the company.
 5          I've been stressed because every time the
 6  price of XRP goes up, the expectations on everyone in
 7  this room go up.  The expectations on me go up.  The
 8  expectations that everyone has about what Ripple is
 9  trying to do goes up.  Now, to be clear, I do not think
10  what's going on in the XRP markets is a direct
11  reflection of everything going on at Ripple.  That is
12  not a one to one thing, right?  The XRP markets get
13  excited about some stuff, you're like, okay, you know.
14  Crypto Kitties?  Not sure what to do with that.
15          But the way I think about this is, you know,
16  I'd say five years ago the company started.  We planted
17  a seed that we wanted to grow into an internet of value.
18   A few years ago we decided hey, it's not just an
19  internet of value but it's also, let's really focus on
20  banks.  And that tree has started to grow.  What has
21  happened now is the height of that tree has gotten
22  really high.  But the trunk of the tree hasn't grown as
23  fast as the height of the tree.  This happens in Silicon
24  Valley, right?  Companies grow really quickly but the
25  infrastructure underneath those companies doesn't
0004
 1  necessarily scale as quickly as the business and as, you
 2  know, some reflection of the business, externally.
 3          So when I think about that, I think hey, that
 4  happened to Uber.  Uber grew so freaking fast.  They
 5  could not hire people fast enough.  They had more and
 6  more demands.  Guess what?  The tree grew so fast and
 7  the trunk was thin enough that it caused a whole lot of
 8  swaying. Maybe Uber didn't break, but it certainly has
 9  caused a lot of friction, and Uber, you know, some of
10  those things are reflected now.
11          So what stresses me out is the height of the
12  tree, the expectations are really high.  The trunk
13  hasn't built out, and everybody in this room needs to
14  help build out that trunk.  We've got to invest in the
15  trunk.  We've got to invest in the pieces to make sure
16  that we're in a position to deliver on those high
17  expectations.  The good news is we are trying to do
```

352831.20210915-NY

18  something pretty profound, and the expectations can and
19  maybe even should be really high, because we're making
20  great progress.  We talked about that yesterday.
21      But I'm just sharing with you guys my stress
22  that I was ranting with some of the leadership team
23  about is really, is kind of germinates from there.  All
24  right? So that's the first point.
25      Second point, and this is a do as I say, not
0005
1  as I do.  Look.  It is incredibly distracting.  I am the
2  first to admit today, yes, I've checked XRP more today
3  than I probably have in the last week combined.
4      And that is bad.  That -- I mean, not -- yes,
5  it was good news.  You're like, ooh, wow.  The bad thing
6  is, we have customers.  We have products that need to
7  ship.  We have, you know, finance needs to be done.
8  Legal stuff that needs to be done.  What I worry about
9  is this distracts us from the mission.  This distracts
10 us from what we're trying to get done.
11     And again, look, I get it today.  Super
12 (inaudible) in the markets, I don't know, somebody --
13 how much total volume traded in XRP today?  That's a big
14 number, six billion.
15     So, look.  It's easy to get distracted by this
16 for sure.  I just want to remind everybody, like
17 everybody gets a free buy card today because I'm giving
18 myself a free buy card.  My ask is, look, when we come
19 to work tomorrow, we got to make shit happen.  And we
20 can't let the XRP markets be a constant reflection of
21 how we think we are performing.  We need to go do our
22 thing.  And again I will say, over the longer arc of
23 time, I truly believe if we can execute successfully,
24 the opportunity is huge, and we can do great stuff.
25     Now, my good friend ██████████
0006
1  appropriately said to me, now Brad, you're kind of being
2  schizophrenic here.  Like a week ago you were like, hey,
3  we need to stay in that top pack, you know, blah, blah,
4  blah. And now it's like woah, we're way in the pack,
5  hold on, shit.
6      So, look, I acknowledge that. I don't want to
7  pretend I don't -- aware of my own behaviors on this.
8  It is important to me that we stay in that top pack, and
9  I think it's important to the success of the business.
10 I also admit to you, part of my stress is the more we
11 are in the spotlight the more everything we do is going
12 to be scrutinized, both by customers and community and
13 regulators and legal evaluations.  And so, it's kind of

352831.20210915-NY

```
14  just a reminder of all those things.
15          All right. So the second one -- let's not be
16  too distracted. Today we have a buy but tomorrow we've
17  got to get back to work. We've got customers to serve,
18  we've got products to ship, all those things. And I am
19  embarrassed to say, my third point was -- what was my
20  third point? Fuck. No, that was the fourth point was
21  the surprise.
22          All right. I forgot -- Monica, what was my
23  third point, do I remember? (No audible response.) All
24  right, it was great, I tell you. It was really good.
25          I'm going to go downstairs and I'm going to
0007
1   forget and I'm going to be like God damn it. All right?
2   You might get an e-mail from me later. I'm trying to
3   stall to see if I remember what it was. All right. Oh,
4   that is exactly --          (phonetic), boom, nice work.
5           In all seriousness, so some of you guys know,
6   there is a live stream. We're going to do these kind of
7   community live streams more often, via Twitter. We're
8   doing one today at 5:15, and we kind of tweet out, "Hey,
9   what questions do you have for Brad?" And I'm going to
10  go answer a bunch of questions. And we did that at
11  Swell.
12          Actually, David Schwartz is going to do one
13  next week, I think on the 21st, is that right? (No
14  audible response.)
15          So one of the questions that got tweeted at me
16  was roughly, "Hey. It seems like everybody at Ripple
17  has made a bunch of money. Why do you still go to
18  work?" And actually I want to answer this question.
19  And the reason is, we have just gotten started. Like
20  this isn't about a destination of getting XRP to 85
21  cents. It's about truly a mission of enabling an
22  internet of value. And I really mean -- like I feel
23  like, I have no problem --
24          MAN IN AUDIENCE: (Inaudible.)
25          MR. GARLINGHOUSE: I agree with that 100
0008
1   percent. Like I come to work and I think it's fucking
2   awesome.
3           (Applause.)
4           MR. GARLINGHOUSE: So, look. I say that
5   because I recognize there's people in this room who
6   either because of the equity you own in Ripple, which is
7   certainly more valuable when XRP is at 85 cents, or it's
8   because you owned XRP directly and you made a bunch of
9   money, I want to remind people like, we have a job to do
```

352831.20210915-NY

```
10  here.  We have a mission that we subscribe to, and I
11  still very much believe in that mission.  I think we
12  have a huge opportunity and I think we've just gotten
13  started.  So look, I'm thrilled people feel like they
14  have a little bit more money but I also want to remind
15  you like, we've got to show up to work tomorrow.  We've
16  got to get shit done.  And if we do those things, it's
17  going to work out great in the long run.
18              Thank you, ███ for reminding me.
19              All right.  The last thing is, we have a
20  holiday present which we -- I think sort of had done a
21  good job of keeping as a surprise. ███ is standing
22  over there, and she and I and a couple other volunteers
23  are going to be -- and ███ and somebody else, I don't
24  know, we are going to shed this crazy jacket because
25  it's really fricking hot.
0009
 1              (Inaudible) one of those over there.  We have
 2  some fancy new Ripple swag.  It's everybody's holiday
 3  gift.  It's a nice jacket.  You can't quite see it over
 4  there, but you can kind of see it.
 5              (Applause.)
 6              MR. GARLINGHOUSE:  All right.  I'll do --
 7  let's do -- well, if people have any questions they want
 8  to comment on, questions, thoughts, concerns?  Brad shut
 9  up, let me go get my present?
10              (Laughter.)
11              MR. GARLINGHOUSE: ███ no?  Your arm sort
12  of went up there.  You're stretching it out, yeah.  All
13  right, you guys are easy on me.  That was it.  Thank you
14  for coming together at the last minute. I think it's
15  important.  And look, we should be excited.  We have a
16  long journey ahead though.  We've got a ton of resources
17  to go prosecute that opportunity, so let's go charge the
18  hill.  Thanks, guys.
19              (Applause.)
20              (End of video.)
21                      * * * * *
22
23
24
25
0010
 1              TRANSCRIBER'S CERTIFICATE
 2
 3  I, Christine Boyce, hereby certify that the foregoing
 4  transcript consisting of 9 pages is a complete, true
 5  and accurate transcription of all matters contained on
```

```
                            352831.20210915-NY
 6   the recorded proceedings indicated,
 7   RIPPLE LABS, INC.
 8   File:  RPLI SEC 11541-HIGHLY CONFIDENTIAL.mp4
 9
10
11
12
13      9-16-2021
14
15
16
17
18
19
20
21
22
23
24
25
```