# PX 411 filed under seal as D.E. 627-9