PX 412

Chat with [REDACTED] on January 27, 2020
Brad Garlinghouse <[REDACTED]@yahoo.com>
Brad Garlinghouse [REDACTED]

Earliest item: 2020-01-27 13:29:53
Latest item: 2020-01-27 20:00:41

Monday 27 January 2020

Instant Message : Native Messages
13:29:53
From
  [REDACTED]
To
  Brad Garlinghouse [REDACTED]@yahoo.com>
  Brad Garlinghouse [REDACTED]

This Kobe stuff is freaky - especially given our helicopter / fog experience on Friday; hope your trip across the pond was uneventful!

Instant Message : Native Messages
13:31:22
From
  Brad Garlinghouse [REDACTED]
To
  Brad Garlinghouse [REDACTED]@yahoo.com>

Always land in the grass

Instant Message : Native Messages
13:32:30
From
  [REDACTED]
To
  Brad Garlinghouse [REDACTED]
  Brad Garlinghouse [REDACTED]@yahoo.com>

Liked "Always land in the grass "

Instant Message : Native Messages
19:28:29
From
  Brad Garlinghouse [REDACTED]
To
  Brad Garlinghouse [REDACTED]@yahoo.com>

Sanity test: [REDACTED] makes a decision on $1.75m and doesn't check with me.

Instant Message : Native Messages
19:28:41
From
  Brad Garlinghouse [REDACTED]
To
  Brad Garlinghouse [REDACTED]@yahoo.com>

first I heard about it Wass today

Instant Message : Native Messages
19:28:50
From
  Brad Garlinghouse [REDACTED]
To
  [REDACTED]

Highly Confidential
GARL_Civil_001344



I find that to be dramatically out of bounds

**Instant Message : Native Messages**
19:47:34
From
To
Brad Garlinghouse
Brad Garlinghouse                  yahoo.com>

Does feel like something he should have given you a heads up about



**Instant Message : Native Messages**
19:47:55
From
Brad Garlinghouse
To
Brad Garlinghouse                  yahoo.com>

you know me… and you know how I can get once I've gotten frustrated

**Instant Message : Native Messages**
19:48:05
From
Brad Garlinghouse
To
Brad Garlinghouse                  yahoo.com>

So I'm trying to parse what is just me getting annoyed about everything

**Instant Message : Native Messages**
19:48:10
From
Brad Garlinghouse
To
Brad Garlinghouse                  yahoo.com>

And what is legitimate



**Instant Message : Native Messages**
19:48:28
From
Brad Garlinghouse
To
Brad Garlinghouse                  yahoo.com>

I just feel like his judgement about what to communicate about - and what not to communicate about - is not very good

**Instant Message : Native Messages**
19:49:56
From
To
Brad Garlinghouse                  yahoo.com>
Brad Garlinghouse

sent around a note that said for the first tranche ($1M) they would take XRP or cash. They

preferred cash since they were just going to liquidate the XRP and turn it into cash. I said it was something that ▮ needed to weigh in on. ▮ responded that we should do cash. And that was where it ended from my perspective. I could have flagged it for you...thought it was more ▮ domain.

Instant Message : Native Messages
19:50:20
From
Brad Garlinghouse
To
Brad Garlinghouse ▮ <▮yahoo.com>

I don't even know why he'd choose that path

Instant Message : Native Messages
19:51:17
From
▮
To
Brad Garlinghouse ▮ <▮yahoo.com>
Brad Garlinghouse

At the time I thought is was to limit the amount of XRP hitting the market... **Redacted for Privilege**
**Redacted for Privilege**

Instant Message : Native Messages
19:51:31
From
Brad Garlinghouse
To
Brad Garlinghouse ▮ <▮yahoo.com>

Neither make much sense to me...

Instant Message : Native Messages
19:51:38
From
Brad Garlinghouse
To
Brad Garlinghouse ▮ <▮yahoo.com>

Speaking of nothing.  Do you use Signal?

Instant Message : Native Messages
19:52:25
From
▮
To
Brad Garlinghouse
Brad Garlinghouse ▮ <▮yahoo.com>

I had it installed, but think I de-installed it; I can get back on board...sound like best way to have these chat?

Instant Message : Native Messages
19:52:30
From
▮
To
Brad Garlinghouse
Brad Garlinghouse ▮ <▮yahoo.com>

Chats?

Instant Message : Native Messages
19:52:35
From
Brad Garlinghouse
To
Brad Garlinghouse <         yahoo.com>

Instant Message : Native Messages
19:53:24
From
To
Brad Garlinghouse <
Brad Garlinghouse <         yahoo.com>

I have telegram...does that do the trick?

Instant Message : Native Messages
19:53:50
From
Brad Garlinghouse
To
Brad Garlinghouse <         yahoo.com>

Instant Message : Native Messages
19:54:03
From
To
Brad Garlinghouse           yahoo.com>
Brad Garlinghouse

Ok - Signal it is

Instant Message : Native Messages
19:58:21
From
To
Brad Garlinghouse           yahoo.com>
Brad Garlinghouse

Not on wifi and Signal's not downloading (apparently a big app) will download when I get back to the hotel

Instant Message : Native Messages
20:00:41
From
Brad Garlinghouse
To
Brad Garlinghouse <         yahoo.com>

kk

**End Thread**

Thread Statistics

Highly Confidential                                                                                       GARL_Civil_001347

Case 1:20-cv-10832-AT-SN Document 840-10 Filed 06/13/23 Page 6 of 6

Highly Confidential

GARL_Civil_001348