PX 413



**Brad Garlinghouse**
Tap here for settings
1w



# Brad Garlinghouse

Hi

I'm back on here ;)
6 HR AGO

Hi
6 HR AGO

Brad Garlinghouse set disappearing message time to 1 week.

Tap to Change

I'm just off the phone with [Redacted - Privilege] [Redacted - Privilege]
6 HR AGO

Great, thanks for speaking with him. Appreciate it
6 HR AGO

Hi I spoke with legal, comms, tax and we

HIGHLY CONFIDENTIAL   RPLI_SEC 0533153

June 25, 2020
3:15 PM

2 HR AGO

Brad Garlinghouse set disappearing message time to 1 week.

Tap to Change

I'm just off the phone with [Redacted - Privilege] [Redacted - Privilege]
2 HR AGO

Great, thanks for speaking with him. Appreciate it
2 HR AGO

Hi I spoke with legal, comms, tax and we have everything underway. Legal working on draft docs for the MMs to sign; comms and I are working on draft copy, and we will update you by EOD with progress. To manage expectations - Given MMs need to execute these (not yet drafted) contracts, we will not start buy backs until earliest tomorrow, maybe Over weekend. But drafting has started, we are Hustling on all fronts, and will keep you posted. Lmk if any questions
2 HR AGO

sounds great... TY

HIGHLY CONFIDENTIAL                                    RPLI_SEC 0533154

8:51
◀ Search

**Brad Garlinghouse** @
Tap here for settings
1w

Hi I spoke with legal, comms, tax and we have everything underway. Legal working on draft docs for the MMs to sign; comms and I are working on draft copy, and we will update you by EOD with progress. To manage expectations – Given MMs need to execute these (not yet drafted) contracts, we will not start buy backs until earliest tomorrow, maybe Over weekend. But drafting has started, we are Hustling on all fronts, and will keep you posted. Lmk if any questions

5 HR AGO

sounds great... TY
5 HR AGO

Hi Brad, hope you're well. quick EOD update. We have a clear plan and are Making progress on operationalizing buy-backs. Given ongoing regulator conversations, I've asked legal for an opinion – pending from ▮▮▮ I also spoke with ▮▮▮ and we have come to agreement

▮▮▮ he draft term sheet for MMs is under review now, and I will keep you posted re: wh...

Tap for More
NOW

HIGHLY CONFIDENTIAL RPLI_SEC 0533155



> But drafting has started, we are hustling on all fronts, and will keep you posted. Lmk if any questions
>
> 6 HR AGO

sounds great... TY
6 HR AGO

> Hi Brad, hope you're well. quick EOD update. We have a clear plan and are Making progress on operationalizing buy-backs. Given ongoing regulator conversations, I've asked legal for an opinion - pending from ▇▇▇. I also spoke with ▇▇▇ and we have come to agreement
>
> ▇▇▇ The draft term sheet for MMs is under review now, and I will keep you posted re: wh...
>
> Tap for More
>
> 1 HR AGO

--- NEW MESSAGES ---

Okay. I think a lot of value in-getting live before end of quarter. And the more time before the better
16 MIN AGO

HIGHLY CONFIDENTIAL                                      RPLI_SEC 0533156



> **Brad Garlinghouse**
> Tap here for settings
>
> MMs is under review now, and I will keep you posted re: wh...
>
> THU 6:51 PM

> Okay. I think a lot of value in-getting live before end of quarter. And the more time before the better
>
> THU 7:38 PM

**Redacted - Privilege**

HIGHLY CONFIDENTIAL    RPLI_SEC 0533157

July 2, 2020
7:59 PM

███ came back - and after discussing with outside counsel, they mentioned some reg concerns given their SEC inquiry and suggested we may want to explore other ways to do this creatively that is more in line with our current contract - i.e. using derivatives, so, for example, we could sell them puts and then they buy xrp in the open market to cover their short. I explained that we are happy to "explore" those alternatives - however, in the interest of moving things along asap, let's start with small buy bac...

Tap for More

Now

HIGHLY CONFIDENTIAL                                          RPLI_SEC 0533158

July 6, 2020
1:35 PM

TODAY

> can you send around an email update on what transpired over the weekend on removing XRPO supply from the market?
> 6m

**Redacted - Privilege**

HIGHLY CONFIDENTIAL                              RPLI_SEC 0533159

July 6, 2020
1:35 PM

**Redacted - Privilege**

ok
Now

It should be sorted today. Keep you posted.

HIGHLY CONFIDENTIAL   RPLI_SEC 0533160

7:56

**Brad Garlinghouse** @
Tap here for settings
1w

**Redacted - Privilege**

ok
6h

It should be sorted today. Keep you posted.
6h

ty
6h

I have An email ready for you Redacted - Privilege

**Redacted - Privilege**
1h

ok
1h

**Redacted - Privilege**

HIGHLY CONFIDENTIAL
RPLI_SEC 0533161