PX 416



Chat with [REDACTED] on January 16, 2020
Brad Garlinghouse <[REDACTED]@yahoo.com>
[REDACTED]

Earliest item: 2020-01-16 17:38:33
Latest item: 2020-01-16 21:31:54

Thursday 16 January 2020

Instant Message : Native Messages
From [REDACTED]                                    17:38:33
To
   Brad Garlinghouse [REDACTED]
   Brad Garlinghouse <[REDACTED]@yahoo.com>

I didn't see you walk in -- Kevin McCarthy was on the phone asking me about crypto. Very interesting times.



Instant Message : Native Messages
From                                               17:39:20
   Brad Garlinghouse [REDACTED]
To
   Brad Garlinghouse [REDACTED]@yahoo.com>

Any idea what the catalyst to the question was!? Kinda interesting timing

Instant Message : Native Messages
From                                               19:29:36
   [REDACTED]
To
   Brad Garlinghouse [REDACTED]
   Brad Garlinghouse [REDACTED]@yahoo.com>

Oddly, considering we just mentioned him ... Chris Giancarlo just now texted me for a favor.



Instant Message : Native Messages
From                                               19:34:01
   Brad Garlinghouse [REDACTED]
To
   Brad Garlinghouse [REDACTED]@yahoo.com>

He's def continuing to be an impt voice

Instant Message : Native Messages
From                                               19:34:25
   [REDACTED]
To
   Brad Garlinghouse [REDACTED]
   Brad Garlinghouse [REDACTED]@yahoo.com>

Let's talk for 1 min before I respond to him.

Highly Confidential





