PX 418

Message

**From:** Monica Long [████@ripple.com]
**on behalf of** Monica Long <████@ripple.com> [████@ripple.com]
**Sent:** 9/6/2019 2:27:48 PM
**To:** ████@ripple.com]
**CC:** ████@ripple.com]
**Subject:** Re: chatter from XRP movements

Great idea on AMA and I agree we should revisit our strategy with coin pubs, though think we should take a step back and think about our overall strategy with them going forward as opposed to solving for this moment in time. I don't have a hard and fast opinion as to what's the right strategy but just think it worth discussing since things have changed over time.

I'll also schedule an update for Brad to show him all we're doing for XRP stewardship. He's incorrect that we're "silent."

On Fri, Sep 6, 2019 at 11:49 AM ████@ripple.com> wrote:
I think it's a great idea! He can tweet out a call for questions and do a youtube live/AMA on Monday

Additional ideas:
1) Exclusive Q&A with a coin pub, like The Block or Coindesk, on XRP dumping
2) Draft canned responses so we can respond to inbound press inquiries quickly and get our POV out there
3) Re-engage with ████ to get Brad on her show. A bit risky since she'll ask every question under the sun - maybe a later down the road after we get a better idea of how we're responding to the lawsuit on Sept 20.

On Fri, Sep 6, 2019 at 11:09 AM ████@ripple.com> wrote:
I think we do a Community AMA with Brad ASAP (like Tuesday) and combat this BS. Thoughts?

---------- Forwarded message ---------
From: **Brad Garlinghouse** ████@ripple.com>
Date: Fri, Sep 6, 2019 at 11:00 AM
Subject: chatter from XRP movements
To: Breanne Madigan <████@ripple.com>, ████@ripple.com>, ████@ripple.com>, ████@ripple.com>
Cc: Ron Will <████@ripple.com>, ████@ripple.com>, Monica Long <████@ripple.com>

Team, see screen shot below.

As you likely know, this is the kind of stuff that crypto traders swap around and monitor. I don't have visibility into the root on these - and whether it's a lot of nothing - or there is something that we are actually enabling. But a lot of XRP has been moving around lately.

Is this someone doing it maliciously (in light of the erroneous meme about Ripple dumping XRP) to drive the price down (maybe they are acquiring more and want to drive the price down)? Or are these our movments? My impression is that this is another example of us being overly silent when there are likely opportunities to proactively comment and be construvtive to the BS / FUD.

--

▮▮▮▮▮▮▮▮▮▮▮▮▮ ripple

CONFIDENTIAL
RPLI_SEC 0594979