# PX 419

Message

**From:** Breanne Madigan [█████@ripple.com]
**Sent:** 6/3/2020 12:56:03 PM
**To:** Monica Long [█████@ripple.com]
**CC:** Ron Will [█████@ripple.com]; [█████@ripple.com]
**Subject:** Follow-up - XRP Markets Strategy Meeting

Hi Monica,

I wanted to touch base after last Friday's meeting and share some of our efforts to address Brad's recent comments.

1.) Adjusted framework for the weekly deck so that it incorporates a more XRP-centric update. Few quick points to highlight:

- You'll notice a higher focus on sentiment, and our proactive plans related to them (placeholder slide 11) - look forward to your feedback there.

- I've also instituted a weekly Wed mtg with some members of markets/comms/marketing teams, to get ahead each week, aligning on key issues & document action plans in time for the Friday mtg -- re: what is trending and what we are doing about it - i.e. if positive, let's amplify; if negative, let's combat more aggressively, etc

2.) Update on some of our ongoing work, particularly on the utility / demand side. This deck brings together some of the initiatives we are currently working on, as well as a status update.

- Per your request, would be happy to incorporate here some of the work that you and ██ are doing - I think the section beginning on slide 7 is the right place. Please let me know whom is best to coordinate with there, so that we are presenting the correct information as you see it.

- You'll see we also included a section called 'Awareness' - this is where we have the most overlap between our teams of course. Please let me know how you want to position this / any suggested edits, etc - very open to feedback!

Look forward to your insights. Goal is to share this with Brad by EOD tmrw so if you wouldn't mind scanning today / early tmrw, we would really appreciate it.
Excited to work with you on this!

All my best,
B
--
Breanne Madigan
VP, Head of Global Institutional Markets
█████@ripple.com