# PX 420

Message

| | |
|---|---|
| From: | Miguel Vias [____@ripple.com] |
| Sent: | 7/17/2017 8:31:15 PM |
| To: | Brad Garlinghouse [Brad Garlinghouse <____@ripple.com>] |
| CC: | Patrick Griffin [Patrick Griffin ____@ripple.com>]; Monica Long [Monica Long ____@ripple.com>] |
| Subject: | Re: Ready to publish the XRP Markets Report tomorrow? |

Hey Brad,

Generally in this report I try to be as neutral as possible, especially in the market commentary. We have ample opportunity to get our company messaging across in other venues, but in order for us to build market trust in Ripple with respect to XRP, it's important for this report to stay above the fray as much as possible, especially given the goal here is to attract professional investors and analysts who are used to reading reports from sources who aren't so vested in the report subject matter.

I'll go through your comments now. Please let me know if you have any further feedback.


On Mon, Jul 17, 2017 at 3:03 PM, Brad Garlinghouse <____@ripple.com> wrote:
+ Monica

Miguel,

I just read this for the first time. There were a lot of surprises for me. I have embedded comments and suggested edits.

I will be very surprised if this is ready to go out tomorrow.

What I found most surprising is that the word TRUST wasn't anywhere in the document. building trust in XRP is THE MOST CRITICAL thing we can do. the word TRUST and XRP should be together as often as possible... and we should demonstrate that we are doign things to BUILD TRUST.


On Mon, Jul 17, 2017 at 1:50 PM, Miguel Vias <____@ripple.com> wrote:
Gentlemen just flagging that marketing is looking to push this tomorrow. I shared with both of you last week but please let me know if you have any questions/comments.


---------- Forwarded message ----------
From: ____@ripple.com>
Date: Mon, Jul 17, 2017 at 2:51 PM
Subject: Ready to publish the XRP Markets Report tomorrow?
To: Miguel Vias <____@ripple.com>
Cc: ____@ripple.com>, ____@ripple.com>, ____@ripple.com>,

Monica Long <█████@ripple.com>

All - it's time for us to get the XRP Markets Report loaded into the system so we can be ready to publish it tomorrow/

@Miguel - can you confirm that Brad/Patrick/Antoinette have signed off?
@█ - did you and Dinuka catch up regarding the excel charts last week?
@Monica - flagging for you in case you haven't had a chance to review.
@█ - what times does █ need the final report to pre-seed with media?

Thanks,
█████

~
█████
Marketing | Ripple
█████@ripple.com | ripple.com


--
Miguel Vias | Head of XRP Markets
█████@ripple.com | www.ripple.com
T. █████


--
Miguel Vias | Head of XRP Markets
█████@ripple.com | www.ripple.com
T. █████

CONFIDENTIAL