# PX 421

Message

| | |
|---|---|
| **From:** | Brad Garlinghouse ████████████ |
| on behalf of | Brad Garlinghouse |
| **Sent:** | 7/1/2019 12:03:45 PM |
| **To:** | Ron Will ████████████████████████████ Breanne Madigan ████ |
| **Subject:** | Re: Minutes - Weekly XRP Sales Strategy Mtg 6/28 |

+ ██ and ██ (and Breanne since ████ is OOO today)



# Redacted

Brad


On Mon, Jul 1, 2019 at 11:30 AM Ron Will < ████████████ > wrote:
i believe the team is awaiting your email approval to move forward with the 10 bps of ████████
volume...


--------- Forwarded message ---------
From: **Breanne Madigan** ████████████████
Date: Sun, Jun 30, 2019 at 9:17 PM
Subject: Minutes - Weekly XRP Sales Strategy Mtg 6/28
To: Brad Garlinghouse < ████████████ Chris Larsen ████████████ Ron Will
████████████████████████████████████
████████████████ Dinuka Samarasinghe < ████████████████████

### Minutes - Weekly XRP Sales Strategy Mtg 6/28

Attendees:
Chris, Brad, Ron ████████████ Dinuka, ██ Breanne

Summary:
Discussed market performance, XRP Sales ████ as well as new benchmark for XRP Sales

Key Outcomes / Follow-ups:
1. Benchmark changing from ████ to ████████████ due to concerns around inflated volumes at ████ -
   will notify MMs
2. With CEO's written approval, recommendation to target 10bps of CC for Q3 and monitor weekly

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

3. Work with Comms team to draft Q2 Markets Report, incl reference to above benchmark (1st mtg Mon 7/1; draft to leadership by 7/15)
4. ▇▇▇ confirm w/ ▇▇▇ re: ▇ Exchange wallet address - is remaining 9.8% routed there? (Note: also working with ▇ re: ▇ data ahead of their onsite visit Mon 7/8)
5. Analysis on BTC / ETH / LTC performance relative to halving etc - kicking off project with data team; will update deliverable timeline at next week's mtg
6. XRP's base volume as a % of its total crypto volume / base volume versus other digital assets (due next sales mtg)

7. Review other top digital asset's volumes (i.e., fiat volume vs. total volumes of BTC, ETC, LTC, etc.); also include what % volume of top digital assets are stablecoins (due next sales mtg)


--
Breanne Madigan
Global Institutional Markets
▇▇▇▇▇▇▇▇▇



--
Ron Will
Chief Financial Officer | Ripple
▇▇▇▇▇▇▇▇▇  ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.