# PX 422

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:              )

4                                   )  File No. NY-09875-A

5    RIPPLE LABS, INC.              )

6

7    SUBJECT:  RPLI_SEC 1100593_HIGHLY CONFIDENTIAL

8    PAGES:    1 through 25

9

10

11

12

13

14

15                     VIDEO TRANSCRIPTION

16

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                     (202) 467-9200

2

```
 1                 P R O C E E D I N G S
 2   RPLI_SEC 1100593_HIGHLY CONFIDENTIAL
 3            FEMALE SPEAKER:  Hi, everybody.  Happy Monday.
 4    We're going to go ahead and get started.  Hope
 5   everybody enjoyed the holiday weekend.  Today, we'll be
 6   hearing from          (phonetic) and Danuca (phonetic)
 7   from the markets team, then     will be sharing a little
 8   bit about hot jobs, and we'll open up for Q&A.  So,
 9   without further adieu, here is          to kick us off.
10                     Hey, happy Monday.  Okay, so, I'm
11   not going to be up here long.  I'm just kind of doing
12   the first couple slides, and then introduce it to our
13   star here, Danuca, who is in from New York.
14            But we thought it would be -- we sometimes
15   hear questions like, what is -- like, what does XRP
16   markets do?  And like, why are we reporting -- why do we
17   have this report that goes out quarterly?  And so, we
18   thought we would just spend a few minutes today talking
19   about that, and then we'll open up to any questions.
20   So, if I just click down?
21            We're going to talk really quickly about the
22   XRP markets team and the mission.  We're then going to
23   talk about sales.  You know that OKR that has been green
24   the last quarter?  That's XRP sales, how do we do it,
25   and how much do we sell?  Why do we actually go through,
```

3

1   you know, the sometimes pain of issuing a quarterly

2   report, which other players in this space don't do, and

3   then we're going to give you a preview -- I know, you're

4   waiting, like, on baited breath -- of our Q1 report that

5   is going to come out later this week, and then again,

6   just quickly over the Q2.

7           So, what is the mission of the XRP markets

8   team?  So, this is a really nice, more elegant way,

9   deliver operating revenue and increase liquidity of XRP

10  to enable the internet of value.  But like, if you catch

11  me on one of those moments, and people say, what do you

12  guys do?

13          I'm like, we make sure that, like, all of the

14  payroll and the lights in the offices that we want to

15  open up, you know, we're really responsible for making

16  sure that we have the revenue that is required for

17  Ripple to succeed, and that means hiring all of these

18  great people that we're bringing on, it means, like,

19  opening up wonderful offices in London and all over the

20  world.

21          For today, this is the revenue that we all

22  depend on for us to operate, but also the growth and the

23  strategic investments we're making in the future.  So

24  quite simply, that's our job, to make sure that the

25  revenue in Ripple is healthy, and our balance sheet is

1    healthy, and I can't see Ron right now, but you know,

2    Ron and I work really closely together.  We meet with

3    Brad every Friday, we talk about our sales and our

4    revenue, and this is a really important part of the

5    company.

6            The primary functions.  We're going to talk

7    about number one today, but again, XRP sales is our

8    operating revenue.  Number two, XRP liquidity and

9    infrastructure.  There's a piece of the team that works

10   really closely with product and xRapid specifically to

11   make sure that there's liquidity in the destination

12   markets that xRapid needs to be in, and that's working

13   with market makers and brokers, etcetera, etcetera.

14   We'll save that for another day, because that could be

15   its own session in of itself, but there's a lot of

16   people on this team, and it's very closely related to

17   our north star right now, which is driving xRapid

18   transactions in capabilities and volume.

19           But managing XRP sales in markets to deliver

20   revenue and growth opportunities for Ripple is what

21   we're going to talk about today, and this is a number

22   that just -- all you have to remember is ▮▮▮▮▮▮▮▮

23   ▮▮▮▮▮▮▮▮▮▮▮▮▮.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is

24   what we sold of XRP in 2018, and what that represents?

25   There's a programmatic here in OTC, and programmatic

1    sales, you'll see the term ATV, which is average trading

2    volume.  That's what we're selling.  We have committed

3    on our own accord as responsible stakeholders to stay

4    right around 20 BIPS of average trading volume, which

5    means when the volume goes up, we sell more.  When the

6    volume goes down, we sell less, and that's our

7    programmatic efforts and Danuca and team managed that

8    really closely.

9            And then OTC stands for over the counter, and

10   that's people coming to us and saying I'd like to buy,

11   for various reasons.  I'd like to buy $5 million, $10

12   million, sometimes more, sometimes less, and those

13   entities are brought on and they're onboarded with our

14   compliance team, and we try to only bring people on

15   board that we think are going to be repeat purchasers,

16   and that we can have, you know, a longer term

17   relationship with.

18           So, it -- you know, as you look at

19   programmatic, that's tied to the average trading volume.

20   When you look at OTC, that's over the counter.  Those to

21   together are what allows us to deliver over ▮▮▮▮▮

22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to Ripple in 2018, and a

23   very similar number in 2019.

24           Now, I'm going to bring up the guy who is here

25   from New York.  Who -- he's the guy who I call on my

6

1   commute in, and I'm like, Danuca, what just happened in

2   the market in the last 24 hours?  Why is volume going

3   crazy?  And he has the answers.

4           So, if you don't know Danuca, he's one of the

5   loveliest people I know.  He also, I've just found out

6   something about him.  He's so calm all the time, but he

7   does, like, boxing every morning before he comes to

8   work.

9           So he just, like, beats the shit out of a bag,

10  and that's why he's so sweet and lovely when he comes

11  into work.  Without further ado, our boxer, our lead

12  analyst in XRP markets, Danuca, come give it up.

13          DANUCA:  Hi, it's lovely to be here.  Usually

14  they keep me chained to a corner in the New York office,

15  so I don't -- I don't get out much.  So, yeah, I manage

16  relationships with our programmatic XRP liquidators,

17  institutional, you know, OTC desks, as well as xRapid

18  liquidity providers and do, you know, some quantitative

19  analysis from time to time.

20          SO, yeah, we liquidate XRP in two basic ways,

21  right?  As ▆▆▆▆▆▆ mentioned, programmatic and OTC.  How

22  does that work?  So, what we do is we partner with third

23  party algorithmic traders, which means they have --

24  they're -- they write computer programs that trade the

25  market, and in fact this is something that I used to do

7

1    for, like, a large number of years.  So, they right

2    computer programs that trade the markets, and they sell

3    XRP as a -- you know, 365 days a year, 24 hours a day,

4    seven days a week, across a really large set of

5    exchanges that trade XRP all across Asia, Europe, you

6    know, United States.

7            And so what they do is they sell XRP for

8    whatever currency trades against XRP, and eventually

9    convert it to US dollars, and we do that against, like,

10   as ███████ mentioned, a very small portion of daily

11   volume.

12           OTC sales are typically larger block sales --

13   larger block size trades that are executed outside of

14   these digital asset exchanges, and most of our -- most

15   of our OTC sales are done with institutional OTC desks,

16   but also funds, high net worth individuals, or

17   (inaudible).

18           We have weekly meetings with Brad and ███████

19   and Ron to discuss sales targets and whether or not --

20   and what's going on in the markets and whether or not we

21   need to change up our execution strategy.

22           So, this is a graph of XRP sales going back to

23   2015.  Now, you can see there's a pretty large jump in

24   2017, and a big jump again in 2018.  These are some huge

25   numbers, half a billion dollars in 2018, and we are more

8

1   than halfway to that goal in 2019.

2           So, we publish quarterly XRP markets reports,

3   and we -- the first one is published in Q4 2016.  Why do

4   we do this?  I'm not sure if you guys know, but Ripple

5   is the largest holder of XRP in the world.  We have a

6   lot of this stuff.

7           In 2017, we had something like 60 billion out

8   of a total of 100 billion XRP in existence, and in the

9   early days of the digital asset speculators, there was a

10  fear that Ripple had the capacity to collapse the value

11  of XRP if we just decided to sell irresponsibly.

12          So, Ripple, you know, we decided to be the

13  adults in the room and provide it entirely on our own

14  volition a report that gives the market transparency

15  about what we are doing with our XRP and showing the

16  world that we are indeed responsible stewards of our XRP

17  holdings, and one of the major things that we did was

18  put over 90 percent of our holdings in 2017 into a time

19  locked escrow.

20          So, managing our stake responsibility.  We own

21  roughly 60 billion XRP.  We put 55 billion of that in a

22  time locked escrow.  Now, XRP is our north star, and the

23  healthier XRP markets are, the better we're able to fund

24  this company, and the closer we are to realizing the

25  vision of the internet of value.

1          Now, the escrow cryptographically locks up the

2     vast majority of XRP Ripple -- Ripple's XRP holdings,

3     and they get unlocked about roughly one billion dollars

4     every month -- one billion XRP every month, and unused

5     portions of that get relocked up another 55 months

6     later.

7          Now, this forces us to, you know, really think

8     long term about the health of the XRP ecosystem, and it

9     tells everybody, hey, we're in this for the long haul,

10    right?  We are -- we need -- it -- it is our greatest

11    interest to grow the XRP ecosystem.

12          And you know, it puts us -- you know, there's

13    nobody else in the space who does this.  You know, we

14    are thought leaders in the space trying to -- trying to

15    influence others to be transparent about what they're

16    doing with their digital asset holdings.

17          So, you guys are very, very special.  You can

18    get a preview of the Q1 2019 report.  We did $169.4

19    million USD in XRP sales, overachieved our target by 35

20    percent.  Rolling volatility -- volatility is a measure

21    of think of how crazy the price moves.  Rolling

22    volatility hit multi-year lows.  In fact, it was a low

23    since September of 2016 towards the end of Q1, and

24    interestingly, volumes grew despite low volatility.

25          So, 169.4 million in Q1 with a breakdown of

1    roughly two thirds programmatic, and one third OTC.  We

2    have a -- as you can see, as ▮▮▮▮▮ mentioned, roughly

3    20.1 basis points of programmatic sales, and maybe 31

4    basis points of overall volume.

5            Now, this is -- think of the simplest sort of

6    measures of data in a markets report are price and

7    volume, and this is a graph of XRP price and XRP

8    volumes.

9            Now, you can see that really the price was

10   kind of like a straight line.  It was a really boring

11   quarter for most of the quarter.  The price was flat,

12   but if you can look towards the middle of the quarter,

13   you start seeing sort of an uptick in volume, and you

14   see, like, an increase in the volume going up towards

15   the second half of the quarter.

16           This is really interesting.  You know,

17   typically, volumes go up when you see the price going

18   up, or the price going down, but here we have a flat --

19   a flat line.

20           Now, volatility, again, is a measure of how

21   kind of crazy the price moves.  This is a graph of XRP

22   volatility going back to, you know, Q2 of 2018.  You

23   notice the volume bars on the bottom kind of correspond

24   with higher volatility, except towards this -- towards

25   the end here where we're seeing XRP volume -- volatility

1    really fall off, and volumes kind of go up.

2            Now, this is -- this is sort of interesting,

3    right?  And it's unusual.  Now, what was happening

4    during the time towards the end of Q1 is we saw

5    increases in prices of XRP -- of Bitcoin and Ether.

6    Now, we've heard anecdotally from our market making

7    partners that XRP is used to move value from one

8    exchange to another.

9            It really speaks to the utility of XRP, right?

10   We talk about it -- being able to move value from place

11   to another near instantaneously, nearly for free.  In

12   this case, we've heard that our digital -- our market

13   makers were closing arbitrage opportunities between

14   exchanges, and in this case, the movement of value is

15   from one exchange to another exchange.

16           So, our Q2 focus, again, deliver against XRP

17   sales revenue goals.  We've seen a big jump up in

18   volume, so we are right now about 66.6 percent on our

19   way towards our Q2 target with only 24 percent of the

20   way through the target.

21           We're certainly -- we're seeing an increase in

22   demand of XRP through Europe, and we're trying to set up

23   ways to satisfy that demand, and lastly, grow, hire --

24   grow our team and hire talent.  All right.  Thank you,

25   everybody.  Big dub.

1      AUDIENCE MEMBER:  This is the man with all the

2   answers.  So, curious why we work with third party

3   market makers instead of making markets in house.

4      MALE SPEAKER:  This has come up a couple of

5   times.  You know, we obviously pay market makers.  They

6   make money on our behalf, if you will.  We have looked

7   at this a couple times in the four years I've been here,

8   and one of the things it often comes down to is, that's

9   a fundamentally different business than what we are

10  primarily in, and from a regulatory point of view, from

11  a legal point of view, that is a different can of worms,

12  and so we just kind of decided, you know what?

13      We're happy if we have healthy market makers

14  making money, you know, broadly making markets in the

15  XRP ecosystem.  That's great.  Great for them, great for

16  us.  Happy place.  I won't say we will never do that,

17  but for now, we have no plans to.  (Inaudible).  Is this

18  for me or Danuca?

19      AUDIENCE MEMBER:  Actually, both of you, but I

20  think it was two or -- it was Q4 or Q3, but like, OTC

21  purchases seem to be, like, on an increase.  There was,

22  like, a trend there.  I remember it in one of the market

23  reports?  How does that compare to now?  Has there been

24  a trend?  Are we selling less over the counter?  More?

25  What does that mean for, you know, Wall Street adoption?

1          MALE SPEAKER:  So, I think what we're talking

2    about is Q3, last year (inaudible) --

3          DANUCA:  So, Q3 of last year we had sort of a

4    Marvel one-off situation that represented an individual

5    purchaser of XRP -- purchased a very large portion of

6    that amount of XRP, yeah, purchased roughly 64 million

7    of that amount.

8          We did see certain pick up of OTC demand this

9    quarter in Q1 and heading into Q2, and usually we

10    consider OTC -- OTC buyers institutions that are buying

11    through OTC tend to be what you know in financing call

12    smart money.  They look at the markets when their --

13    when their prices are cheap, and they buy, and that's

14    certainly what we've been seeing through Q1 and Q2.

15          MALE SPEAKER:  I'll just add to that.  I think

16    we should expect to continue to see institutions lean

17    into crypto.  You know, I think this year there's some

18    headlines about the Yale Endowment that was investing in

19    crypto, and Yale -- the guy who runs the Yale Endowment

20    has been running it for, like, 20 years and is kind of a

21    leader in the space.

22          And so, you know, and we see that trickle

23    down, because if Yale leans in and they invest as a firm

24    doing a lot of crypto stuff called Galaxy, if Yale

25    invests in Galaxy, well, Galaxy then comes to us and

14

1    says, we want to buy some XRP directly from you, which

2    is in fact what has happened both in Q1 and Q2, and I

3    should -- I think we'll continue to see that type of

4    stuff happen.

5            That being said, I think a lot of people,

6    including myself, thought 2018 was going to be the year

7    where institutions really moved into crypto, and it

8    hasn't really happened yet, and there's a lot of reasons

9    for that from an infrastructure point of view,

10   institutional custody, lots of stuff like that, that is

11   continuing to grow.  The trendlines are all very

12   positive, but still, distance to go.  █████████

13           AUDIENCE MEMBER:  So, I think in the Q1

14   report -- overview, the cumulative BIPS was about 10

15   percent more than 2018.  Is that something that will

16   average out over time or over the year, or is that -- is

17   there a reason for that?

18           DANUCA:  So, I think it's important to take

19   this back and look at what was happening going into Q1.

20   So, we were coming off of 2018 where we saw basically a

21   90 percent retracement in prices, and we're in what, you

22   know, was referred to as crypto winter.  I think we were

23   looking at the potential of an extended period of time

24   of lower volumes and lower activity.

25           So, there was a decision earlier in the

1    quarter to be a little bit more aggressive in terms of

2    our target, but then towards the end of the quarter, as

3    volumes were picking up, we eased up on (inaudible).

4              MALE SPEAKER:  I'll just add, I think we'll

5    constantly kind of watch, monitor, see what happens.

6    What we've generally said -- I can't remember exactly

7    what we said in the XRP markets report, but I feel like

8    we've generally sent the signal to the market, expect

9    that we're going to be 20 basis points, and we've been

10   kind of right around there.  We're a little ahead of

11   that so far in Q2.

12             We ended up I think in -- this is last year.

13   We ended up at 12.2 below that, but in Q1, we're -- I

14   don't know where Q1 was.  In Q1, we're at 20 -- right at

15   20 BIPS.

16             So, you know, that's -- we kind of have said

17   to the world, expect 20 BIPS.  We'll run hot and cold

18   depending upon the markets.  Thanks, █████  What's up,

19   █████

20             AUDIENCE MEMBER:  Hi.  Are you overachieving

21   your goal because the price is going up, or because more

22   people are coming in to buy?  How does that -- I mean,

23   what does that mean when you're overachieving?

24             MALE SPEAKER:  The way I think about that is

25   this line right here.  So, this is the volume line, and

16

```
1    Danuca was talking about, you know, there's a big

2    percentage.  More than half of this comes just from

3    programmatic trading.

4            So, we just -- whether it's -- if this line

5    were really low, we'd still be at 20 BIPS, we'd be

6    underachieving, but because this line is going up,

7    there's more and more volume.

8            If you stay at 20 BIPS, and the number grows,

9    is it -- so, a fixed percentage.  And so, the -- we're

10   overachieving because volumes have picked up in -- well,

11   into Q2, started kind of in late February, early March,

12   volumes started picking up around here, and we're

13   continuing to see -- I mean, these are not all time

14   record highs in volume, but pretty darn close, and as an

15   average, it probably is over the last 90 days probably a

16   record high in terms of volume, not just, by the way, in

17   XRP, but crypto in general, I think which goes back to

18   kind of Ryan's question, I think it's a sign of more and

19   more institutional stuff happening, particularly when

20   it's -- you know, the -- usually as Danuca was

21   describing, volumes spike when price goes crazy, up or

22   down, and now you're seeing volume go up, but yet price

23   is kind of relatively stable, which I view as kind of a

24   good thing.  Over time, we'll see what happens, but in

25   the meantime, we're kind of keeping it right at 20 BIPS.
```

1

2          AUDIENCE MEMBER:  Bit of a softball for you.

3     So, for those that aren't as close to markets, do you

4     mind describing the difference between programmatic

5     sales and OTC sales and why both are important?

6          DANUCA:  So, programmatic sales we view as

7     just kind of like a constant drip of XRP.  It's just

8     across all sorts of digital asset exchanges, and they

9     tend to sort of focus towards retail exchanges.  So,

10    whether it's Coinbase, which now lists XRP, or Bipcom,

11    which is a retailer speculator exchange out in Korea.

12    That's how we sell XRP programmatically as a percentage

13    of deals.

14          The OTC sales are more like bilateral

15    agreements.  Somebody comes up to you and says, you know

16    what?  I want to buy $5 million worth of XRP.  You don't

17    really go into the market and source that, because it

18    would -- it would move the markets dramatically and get

19    lots of slippage.

20          So, institutions, when they want to buy in

21    institutional size -- you know, like, sized tranche like

22    that of a digital asset, they go to an OTC broker.  What

23    an OTC broker does is they leverage technology.  They

24    say, okay, I'm going to connect to all these different

25    exchanges across the globe.

1          I can source XRP or some digital asset very

2     efficiently.  Whether it's through other exchanges or

3     through matching up orders with somebody else who is on

4     the other side, and then they're able to transact a

5     larger size.

6          You know, I think going back to 2017, there

7     was really no OTC market for XRP, and the way we see --

8     you know, Miguel sees the XRP markets growing, he models

9     it more towards, like, how the FX markets work.  That --

10    or institutional purchases of currency, they largely

11    happen on OTC markets, and we wanted to grow that

12    facility, allow institutions to trade larger amounts of

13    XRP.  So, from our side, we facilitate sourcing of XRP

14    relatively easy for these institutional sized orders,

15    and that represents what we do on the OTC desk.

16          ███████          I would just add with the OTC, what

17    Danuca just said, the FX markets, which I think are at

18    how much trillions per day?  Five to six trillion a day

19    is traded in FX, and the vast majority, 80 to 90

20    percent, is over the counter.

21          So, that's a -- that's -- if that's the super

22    mature market, and you believe that digital assets will

23    be -- like, I believe I'm going to see the trillion

24    dollar day, right?  It's not -- we haven't had it yet,

25    but you think that the markets are going to mature to

1   that level, OTC is actually really powerful, and we've

2   seen some other players who have reported some

3   unbelievable numbers in OTC who just -- who reported?

4   ███ ████████ ██████ reported ██████ in OTC,

5   right?  And we're at -- what are we at?  We're not there

6   yet.

7          So, I think, you know, there's upside

8   opportunities there for us that we're staying really,

9   really close to.  So, again, though, that takes time to

10  develop, that takes institutional investors who can

11  write a check for five million or 10 million or even $20

12  million versus programmatic, where it's that drip feed,

13  right?

14         We're selling 20 BIPS, whether it's on, you

15  know, you know, Bitstamp or whoever else, it's a very

16  different model, but it's every single day, and you're

17  having the minimal impact on the overall market.

18         MALE SPEAKER:  I guess what we should have

19  said maybe as a kick off, you know, again, condolences,

20  and we all should be thinking about what's going to

21  happen in Sri Lanka.  We were fortunate -- we did have a

22  couple of employees who were there, they're fine, and

23  both out of Sri Lanka now, but it's a good reminder I

24  think of all of us to make sure we're taking safety

25  seriously and we'll continue to invest in that as a

1    company.

2         ████████   ████   is going to share hot jobs with

3    us.  Thank you, Danuca.

4         ████████   Hello.  So, we have a lot of hiring

5    going on around the world.  We have about 70 open roles

6    right now company wide.  Probably the most we've ever

7    have open in any one given time.  Every single one is a

8    hot job.  I will say that before I say this.  This is

9    not excluding anything.  Right now, we have a lot going

10   on that is needed in engineering, and I think all of us

11   are aware of that.

12        So first and foremost, we have a VP of

13   engineering we're hiring.  This is over all of Ripple

14   Net engineering.  We could use some awesome referrals to

15   that.

16        When you're thinking about referrals, don't

17   just think about people that you just happen to know

18   that happen to do this kind of job.  I want you to think

19   about who is the best VP of engineering you ever knew?

20   Java engineers?

21        We need a lot of them.  We've got at least

22   nine open roles right now for that.  This is going to

23   absolutely support us in the work we're doing with

24   xRapid specifically right now.  So, think about the best

25   engineers that you know in these kind of roles and send

1   them our way.

2          So, also I've got up here a couple of

3   engineering managers that we're looking for in the newly

4   sort of reorganized engineering team, and then we have

5   an HR business partner reporting into Singapore, the

6   first HR, and then we also have an SDR in Brazil that

7   we're looking for.  Those are pretty tricky to find

8   there.

9          So, send them our way.  Also, I think it's

10  really important to keep in mind diversity when you're

11  thinking about referring people for any role.  Think

12  about what you don't see here, and what you want to see

13  here in types of people, and please send them our way.

14  It is our focus, and we need your support.  So, thank

15  you.

16          DANUCA:  Speaking of hiring, four years ago,

17  on April 13th, we hired Brad Schwarlinghouse, and so

18  it's a special anniversary for four years ago -- from

19  four years ago. ███████ and ███████ have put

20  together what I've seen as an amazing video to

21  congratulate him.

22          MONICA:  One of the trademark Brad-isms is

23  that he steals peoples' thunder.  I remember when I was

24  pregnant with my first child, Brad was so excited for

25  me, he was teeing me up to share the news with the

22

1   leadership team, and said something along the lines of,

2   Monica has news.  Her team is growing beyond Ripple.  Go

3   ahead, Monica, which he effectively told everyone my

4   news before I got to.

5           MALE SPEAKER:  A couple, years ago at a

6   leadership offsite, you didn't like a point I was

7   making, but I made it anyway, and you told me if I was

8   going to keep talking, you would throw up all over me.

9   I kept talking.  You didn't throw up all over me, but a

10  couple months later, I was on a flight, and someone

11  threw up all over me, and so I do believe in karma.

12          MALE SPEAKER:  The nearest thing I ever got to

13  a punch up in a bankers conference was when Brad, me,

14  and Patrick Griffin met the Swift team Cyprus a couple

15  of years ago.  Patrick said to Swift, you're only doing

16  GPI because we did Ripple first, and then the whole

17  thing kicked off.  Well, we didn't throw any punches,

18  but I sometimes wish it would be quite fun if we had.

19          MALE SPEAKER:  I couldn't decide whether it

20  was, you know, the time I let you know that ████████

21  was on your leadership team, or the first time you had

22  to go negotiate with ███ and ████ or that awkward hug

23  that you got from ██████████ at Bedminster, or that

24  Twitter war that you got into with ██████████

25  I'm just really glad I didn't have to explain that any

1     of that stuff might happen during our first interview.

2     Otherwise, I'm totally sure you would have never called

3     me back.

4          FEMALE SPEAKER:  You said at one point, and at

5     one point, I just decided to be an Uber driver because I

6     thought it would be kind of cool just to drive Uber, and

7     I was like, who is this guy?  He's like, a Silicon

8     Valley CO and he drives Uber just for fun.  That's kind

9     of weird.

10          But what I found out about Brad is Brad has

11    this, like, curiosity, and he likes to find out new

12    things, and he pushes us to find new things.  It's kind

13    of just a Brad-ism.

14          MALE SPEAKER:  I met Brad for coffee in New

15    York on a Saturday morning in SoHo, and we were about 15

16    minutes into the coffee, and Brad said, when can you get

17    out to San Francisco and meet some other folks?  And

18    here I am, thank you, and congratulations.

19          MALE SPEAKER:  Brad, I don't know what

20    blockchain is.  And your reply was, well, I don't think

21    I fully understand what it is myself.  I loved your

22    honesty.  You also said that you didn't know if we would

23    succeed, but we were going to have a great try at it.

24    Two years later hopefully, we both know what blockchain

25    is.

1          MALE SPEAKER:  I like watching people squirm

2    in meetings with them.  I have to say that's one of the

3    highlights of my day, typically.  You know, I've been

4    caught there as well on a host of occasions, definitely

5    be prepared if you walk into Mississippi and think it's

6    going to be an easy meeting.

7          MALE SPEAKER:  Congratulations, and thank you

8    for everything that you've done at Ripple.

9          MALE SPEAKER:  Well, happy anniversary, Brad.

10   It's been four great years with Ripple.

11         MALE SPEAKER:  Happy anniversary, Brad.

12         MALE SPEAKER:  Congratulations.

13         FEMALE SPEAKER:  Happy fourth year

14   anniversary.

15         FEMALE SPEAKER:  Happy Ripple-versary, Brad.

16   You've come such a long way.

17         MALE SPEAKER:  Happy fourth anniversary.  It's

18   been -- it's been a real pleasure.  Thanks for leading

19   the team the way you do.

20         FEMALE SPEAKER:  All right.  That's all we

21   have today.  Have a great Monday.

22         (End of video.)

23                  *  *  *  *  *

24

25

25

```
 1                    TRANSCRIBER'S CERTIFICATE

 2

 3    I, Eric Axt, hereby certify that the foregoing

 4    transcript is a complete, true and accurate

 5    transcription of all matters contained on the recorded

 6    proceedings indicated, Audio/Video File:

 7    RPLI_SEC 1100593_HIGHLY CONFIDENTIAL.

 8

 9

10    _____

11    Transcriber

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```