# PX 423

```
0001
 1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:          )
 4                               )   File No. NY-09875-A
 5    RIPPLE LABS, INC.          )
 6
 7    SUBJECT:   RPLI_SEC 1100507_HIGHLY CONFIDENTIAL
 8    PAGES:     1 through 79
 9
10
11
12
13
14
15                    VIDEO TRANSCRIPTION
16
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25                    (202) 467-9200
0002
 1                   P R O C E E D I N G S
 2    RPLI_SEC 1100507_HIGHLY CONFIDENTIAL
 3             MR. GARLINGHOUSE:  Happy Tuesday, everybody.
 4    Hi,         Okay, you guys, we're going to get
 5    started.  Antoinette and        come on over.  I hope
 6    everybody's having a great week.  It's great, as I've
 7    said for those of you who have been around for a little
 8    while, not today but over the 10 year of Ripple.  This
 9    is one of my favorite times of the year, not because
10    it's the holidays, but really because it's an excuse to
11    bring everybody together.
12             Certainly I remember the moment over across
13    the street when it felt like holy shit we've outgrown
14    the space.  And I'm having a similar moment right now.
15    That happened way more quickly than we intended.  But
16    no, look I'm excited everybody's here.  It has been a
17    truly momentous year in a whole bunch of ways.  We've
18    got a lot of stuff we're going to cover today.
19    Everybody get comfortable.  I think it's going to be a
20    good kind of hour and a half or so.  And we'll
21    obviously take questions at the end, but you know I
22    think there's an opportunity to really step back and
23    think about not where we were last week or last month,
```

24    but if you reflect on one year ago today doing the end
25    of year all hands and where we were, and you reflect on
0003
 1    where we are today, it's really pretty remarkable.
 2              All right, so let's get started.  So, quick
 3    agenda.  I'm going to start off with the first and
 4    second item.  Monica's going to come up and talk about
 5    the Go-to-Market Strategy and some changes there.
 6    Asheesh and          and I think          are coming up to
 7    talk about the Product and Technical Plan.  Ron's going
 8    to talk about our 2018 OKRs and then      and I are
 9    going to do the LEGGO Awards which is always fun.  And
10    then a special surprise video with a couple of very,
11    very humorous moments that I will not say more about
12    right now.
13              So, look as I reflect on 2017, I will start
14    with this.  When I saw this photo, I mean, obviously
15    look, it's been an unbelievable year.  I saw this photo
16    and I thought can someone please start a Slack Channel
17    with the thought bubble that      has over her head?
18    I think it's something like what the -- I'm going to
19    have to clean all this shit up.      was right here
20    and she's now hiding from me somewhere.
21              Anyway, look.  There's a lot to celebrate.
22    As we go through today, I want us to be celebratory.
23    We should be, but I also want us to talk about here's
24    some things we gotta do better.  Here's some things we
25    ought to be insightful about what's going on in the
0004
 1    market place, how we want to change our behavior and
 2    what should change.
 3              So hopefully this is not a surprising slide.
 4    Everybody should know this backwards and forwards.  You
 5    know, Chris Larsen started this company years and years
 6    ago with a couple other people around the table,
 7    certainly David Schwartz, Arthur Britto we've all seen
 8    around.  And the vision has stayed true to where we are
 9    today.  How do we enable an internet of value?  How do
10    we enable value to move the way information moves
11    today?  It's not that often that you have a company
12    that has stayed to a true north for as long as we have.
13    And to really see the dense we're putting -- the
14    momentum we're creating towards that.
15              Now, as we've said, the vision shouldn't
16    change, you know, maybe once every 10 years.  The
17    mission has certainly evolved of how do we catalyze
18    that.  It used to be really about engaging banks.  We
19    realized that it's not just about banks; it's about
20    financial institutions more broadly.  And really we
21    step back and said it's about removing friction from

```
22   global payments, period.
23              Now, if you want to enable an internet of
24   value, you've gotta start somewhere.  Cross boarder
25   payments, global payments, there's a lot of friction
0005
 1   there as measured by speed, as measured by cost, as
 2   measured by transparency.  If we can solve those
 3   things, we can catalyze a whole bunch of other things.
 4              All right, now this is also a slide that
 5   you've seen before, at least if you're not new, you've
 6   certainly seen before.  To me what's changed the most
 7   in 2017 about this slide is a huge props to the product
 8   and engineering team because we have now really
 9   productized the various pieces here.  So let me talk
10   through that just for a moment.
11              So first of all, xCurrent which is really,
12   you know, for all intents and purposes, our flagship
13   product, you know a year ago what did we call xCurrent?
14   Ripple Solution.  And everybody was like well wait a
15   minute.  If it's a Ripple Solution, it just confused
16   everybody and we were confused.  And so anyway, it was
17   the only product we really had and we called it the
18   Ripple Solution.  And then we had this team called the
19   Ripple Solution Team.  And it was like well how --
20   anyway the whole thing was confusing.  And I know it
21   sounds maybe small, but in terms of getting the company
22   focused and our go-to-market internally, externally,
23   really packaging the product and having clarity about
24   who our customer is, the value proposition of the
25   product is a big deal and I think and it really has
0006
 1   moved forward a lot.  The other thing I will say very
 2   briefly here is, I think I'm getting this right, that
 3   this year we had releases of 3.0 -- xCurrent 3.0,
 4   xCurrent 3.1, xCurrent 3.2 all on time.  And I think
 5   3.3.  Am I right?  So that's a big deal.  There aren't
 6   that many companies -- I've been around longer than
 7   some of you, Silicon Valley companies generally are
 8   very, very data hitting their engineering and product
 9   milestones.  So I think it's great we've set a culture
10   disciplined about what we get done.  And I think that
11   also contributes a lot to our success, so congrats to
12   the whole team on that.
13              The second product I want to talk about
14   for a moment, xRapid.  Again, we used to talk about
15   xRapid and there was kind of different names to it, but
16   to me productizing xRapid this past year is hugely
17   momentous to the company because it really starts to
18   make the value proposition, the utility of XRP very
19   real and very tangible. And ultimately when we go out
```

20   and look at what's going on in the digital asset market
21   which of course we'll talk about today, well I'll talk
22   more about that in a minute.  I was going to make a
23   joke.  But you know, I think we're demonstrating
24   there's a very real value proposition there.  We're
25   going to talk about it a little bit more in a moment so
0007
 1   I won't steal all my thunder.
 2            And then finally, xVia.  You know, I think
 3   this is also one where it was only about a year ago
 4   that we started talking about productizing a corporate
 5   solution and now we've productized it.  We have
 6   customers.  I mean, that's a really exciting kind of
 7   trajectory and certainly I look forward to 2018, lots
 8   of good momentum there.
 9            And then of course RippleNet at the core of
10   this.  You know, we're now able to talk about, you
11   know, real RippleNet volume.  We're going to talk more
12   about that today, but again if you look back compared
13   to 2016 at this moment in time, we've come a long way.
14            All right.  Oh, you know what?  I want to
15   give one more quick shout out to the Product
16   Engineering Teams.  They had a big year.  I'm going to
17   read through like eight bullet points here real
18   quickly.  Public launch of RippleNet.  Initial release
19   of RippleNet rule book.  First production payment over
20   ILP in June.  Granted, it was for eight dollars, but it
21   counts.  XCurrent customers' first connection to India.
22   Over $700 million dollars of volume.  XRP Ledger hits
23   1500 transactions per second.  Wow. Congrats Ripple D
24   Team.  XRP Legend turned five years old.  Happy
25   birthday.  That was just like last week, right?  Next
0008
 1   week?  When is the birthday?  The 21st.  Sorry, I knew
 2   that.  Five-year birthday.  260 million confirmed
 3   transactions.  That's 3x more transactions than Bitcoin
 4   or Ethereum.  The xVia product and use case conceived
 5   with contracts signed and integration started.  We
 6   talked about that.  All right, that's all that.
 7            So, good progress.  Now we can't have a
 8   complete discussion about this without talking about
 9   price of XRP.  This is kind of a crazy slide and of
10   course one of the things you're going to notice during
11   the course of the presentation today is the data is all
12   wrong.  No, sorry.  Not picking on            I'm not
13   picking on          I'm picking on the fact that it's
14   hard to keep data up to date.  We had done some of
15   these slides as of last Friday.
16   very kindly said, "Well, let's update them this
17   morning."  And guess what?  They're already out of date

18  again.  But look, this is as of December 8th.  We're up
19  about ███████ for the year.  And you think about the
20  difference that has made for the company in our
21  position in the market place, the resources we have,
22  the momentum we have, the leadership we have, it's
23  profound.  The right-hand side, we had forecast ████
24  ███████████████ of XRP sales during the course of the
25  year.  We're going to end somewhere I think actually
0009
 1  around ██████████████ because of a small change we just
 2  made, but holy shit.  Holy camolies.  That's pretty
 3  awesome and gives us a ton of resources to invest in
 4  the team here on new faces, but also the eco-system
 5  around us.  And I think again it just has been
 6  transformative to the company overall.
 7          All right, a couple other things here.  So,
 8  of course you know, the year is not complete if not
 9  talking about a lot of new brands, a lot of new logos
10  here.  So to me it's also the quality of the logos
11  here.  Having banks like BAML, Credit Agricole, Amex
12  publicly talking about the work they're doing with us
13  is a very big deal.  So in Q1 we signed ███████████
14  In Q2, we did ████████████████████████  Q3, we did
15  █████████████████████████████████████████████████████
16  How do I pronounce that? ███████████  Say it again.
17  ████████  I wouldn't have gotten that right.  Oh
18  sorry, wait, wait, wait, sorry.  And you know we are
19  finishing strong -- I should do a quick plug for those
20  of you on the Customer Success Team.  We just went live
21  today with ██████████ fame which is great.  And
22  obviously a great step forward.  ███████████ continues to
23  lean in.
24          Now, it isn't just about banks.  So again,
25  one of the things that's evolved for the company is
0010
 1  realizing that we do care about a broader customer set
 2  than just banks.  On this it's really about, you know,
 3  getting customers like ██████████████████ etc.  A
 4  big shout out here, sorry, to ████████ and the legal team
 5  have done a ton of work on this side.  And again we did
 6  not have a lot of traction on this segment before.
 7  We've got five signed with one more we hope we're going
 8  to close in Q4, right ████████  Where's ████████  Nice job
 9  back there.  Anyway, obviously great momentum here.
10  And then on also getting traction beyond banks xRapid.
11  You know, I again, I think this is a huge deal for the
12  company, a huge deal for the industry.  In a world in a
13  kind of sea of frankly a lot of chaos with what do
14  tokens do, what's the value proposition, being able to
15  really show tangibly, we can save people time, we can

16    save people money by leveraging a product like xRapid.
17    And admittedly we're still early there. We've got work
18    to do, but this is actually happening today and we've
19    got real customers signed up.  Some of you guys know,
20    Patrick Griffin and I met with the whole leadership
21    team of MoneyGram down in Dallas a couple of weeks ago.
22    And, you know, look, they are incredibly excited
23    because this is transformative for them.  They spend a
24    lot of right now prefunding accounts, leveraging
25    existing rails and this will be a big change for them.
0011
 1    And if we get them live at scale in one corridor, then
 2    another corridor.  You've heard me talk about crawl,
 3    then walk, then run -- making good progress there.
 4              On this I'm going to give a shout out both
 5    again to the legal team, but also        in particular.
 6    He's around here somewhere. I saw him. You guys are
 7    hiding back there.  Anyway, lots of good progress
 8    there.  So I think       deserves some good credit
 9    there.  Nice work.
10              Okay, the last segment of getting traction
11    beyond banks is about xVia.  And again, if you really
12    think about starting from a standing start, we had an
13    idea of how we could leverage effectively an API access
14    to RippleNet, make it simpler for a lot of different
15    players.  Again, if you told me a year ago we would
16    have deals signed with over half a dozen MSBs, that as
17    we bring these two down to market and made them live in
18    Q1, I think the world will take notice in a way that we
19    haven't seen the world take notice on some of the
20    stuff.  So it's great.  I'm going to give a shout out
21    to       and       on this one.  Good job,       .  I
22    don't know -- is       here?  I will also because I
23    think too often we do these all hands and I'm guilty of
24    this as much as anyone, it does take a village.
25    Certainly the finance team doesn't get the love they
0012
 1    deserve sometimes.  The legal team doesn't get the love
 2    they deserve sometimes. The compliance team.  It is
 3    the infrastructure that enables, you know, the people
 4    at the tip of the spear to sell more deals, close more
 5    deals.  But it does take a team effort and so I
 6    certainly don't want those guys, even though I've given
 7    specific shout outs to some of the deal teams, to feel
 8    like they're not part of those deals.
 9              All right, this next section is super
10    exciting. Holy shit.  You know,      , one customer will
11    do over              dollars of volume using Ripples
12    technology this year.  That is a huge deal.  And you
13    know, again, we talk about a lot of hype in the

14    blockchain space.  This is real.  This isn't just
15    conjecture.  This isn't an experiment.  This is
16    [REDACTED] dollars.  The CEO of [REDACTED], they had -- kind of
17    Silicon Valley had brought customers here to Silicon
18    Valley and they invited me to present.  And they love
19    what they're doing with Ripple.  Some of their board
20    members were there.  They're totally engaged and
21    excited.  Right now admittedly we have one corridor.
22    They're expanding that to more customers to take
23    advantage of that open corridor, but then to expand the
24    number of corridors, number of banks as well.
25            Now the second one I'll highlight here is
0013
1    [REDACTED] transactions through [REDACTED] and [REDACTED].  And
2    again, you know, these are smaller transactions on a
3    dollar size, but demonstrating this can scale is very,
4    very important.
5            The last thing I'll touch on here is -- I
6    think it was over the Thanksgiving week, [REDACTED] and
7    [REDACTED] went live and in their first week did [REDACTED]
8    in transactions.  So I have been waiting -- when I
9    first got to this company, it almost kind of closed
10    down three years ago.  We talked about volume.  We
11    talked about volume.  We talked about volume.  Guess
12    what?  We've gone from zero to a one.  I mean, that
13    simply, it's taken a lot of effort to get things
14    moving.  In the whole scheme of global payments, these
15    are still small numbers, but it demonstrates we're
16    solving a real problem and scaling from here is I think
17    easier than getting from zero to one.  So a big shout
18    out to the Customer Success Team who's obviously on the
19    front lines day in, day out working on these accounts
20    and others and getting them live.  We made a ton of
21    progress, not just in 2017, but even the last several
22    weeks, so congrats to everybody.
23            So, you know one of the things we talked
24    about is network effects and flywheel.  I'll really
25    quickly talk about the different lines here that look
0014
1    like they're going all over the place.  There's some
2    squirrely ones.  The dotted lines we expect to go live
3    in Q1.  The solid lines are live now.  The whole
4    vision, you know, people talk about well couldn't
5    somebody else do some of this?  That's true, but once
6    you build the network effects, once you have lots of
7    connection points, the ability for somebody else to
8    come in later and say, "I can do that," is a whole lot
9    harder.  So this is also not just measured by the
10    volume from [REDACTED] and [REDACTED] and what have you, the more
11    interconnects we get, the more defensibility and the

12  more (inaudible) we create in our business, so super
13  excited about you know some of the squirrely lines and
14  hopefully some that aren't even on here yet will still
15  get done in Q1 also, so good stuff. And again, this is
16  really about the Customer Success Team. ▮▮▮▮
17  ▮▮▮▮▮▮ is probably out there. He's in London.
18  There's a snow storm in London, so he couldn't make it
19  over, but led by ▮▮▮▮ but certainly ▮▮ and ▮▮▮▮
20  the whole team across Customer Success, a ton of great
21  work, so congrats to them, all right.
22          So, you know I remember it was actually about
23  last January, Monica pulls me aside, our prestigious VP
24  of Marketing and says, "Hey Brad, I think we have a
25  problem." And I'm going, "What's going on? There's no
0015
1  problem that can't be solved." She says, "I think
2  we're going to get boxed out of ▮▮▮▮" And you know
3  we kind of dig into kind of what's happened here. And
4  look, you know, it's clear that Swift is not
5  necessarily in the Ripple fan club yet, or maybe ever,
6  we'll see. But you know, Swift kind of decided maybe
7  they weren't so excited about us being there. And I
8  think what the team around marketing and again it takes
9  a village, design team, marketing team. What we did at
10  Swell was a really big deal. It was definitely putting
11  the Ripple personality, the Ripple culture front and
12  center and kind of saying, you know what? That's
13  great. You guys should do that. But we're going to do
14  something that is special and unique to the blockchain
15  industry, special and unique to Ripple. The fact that
16  we were able to not just have a lot of fun with things
17  like the Steve Miller Band and some of the bankers you
18  saw dancing to Steve Miller Band was very memorable.
19  But you know seeing you know we got Ben Bernanke here
20  in this photo, you know, like this is a big deal you
21  guys. This is not possible three years ago. From a
22  credibility point of view, we were not there. And now
23  people look at what we're doing and they're like, "Hey,
24  these guys are, you know, the willingness to Ben
25  Bernanke to implicitly endorse Ripple by coming to this
0016
1  event." Yes, we did pay him, but look, this is a big
2  deal. So anyway, good progress. I think Swell was a
3  kind of momentous event in 2017 also.
4          All right. I didn't mention, but a small
5  plug -- I shouldn't say small plug. An important plug,
6  we had a central bank summit in New York and we've
7  talked a little bit about it. But again, you know,
8  from a raising our credibility and our stature on the
9  global stage, it's also a big deal and both Ryan Zagone

10    and Miguel obviously played key roles as well as the
11    team marketing to kind of bring that to life, so
12    congrats.
13          All right, you guys are just being nice now.
14    You're clapping on every slide like you feel like you
15    have to.  You don't actually have to clap at every
16    slide.  All right, okay, sorry.  So another thing I
17    think has changed, you show up in our office at 315
18    Montgomery and, you know, we are incredibly fortunate
19    to host bank CEOS, you know, the Prime Minister of
20    Luxembourg, the Treasury Secretary or the head of the
21    (inaudible) of the FED in Thailand. You know, they come
22    to our office and they realize we aren't just some
23    fly-by-night startup.  Like, this is serious.  This is
24    legitimate.  And so, it's as big kind of stepping
25    stone, our growth as a company.  I want to give a quick
0017
 1    shout out even though it's been a long time.  ████,
 2    ███████████████  you guys as well as it takes an army,
 3    were awesome leaders in bringing the new office space
 4    to life.  I think we all still very much enjoy that
 5    even though we might have to move sooner than we
 6    thought.  No, we're not going to do that, sorry.  You
 7    guys get to do it all over again next year.  No. We're
 8    going to stay here for a while.  No, I'm not going to
 9    go down that path.  All right, so good stuff going on
10    there.
11          Now, we've also grown our footprint outside
12    of the United States.  India and Singapore.  A year ago
13    I think we had zero employees at either location and
14    now we've got team members at both.  We're now at just
15    right around 193 employees.  We hope to hit 200 by the
16    end of the year.  Oh, sorry.  I got nervous there.  We
17    hope to be around 200 at the end of the year.  Making a
18    ton of progress.  All right.
19          In Q4 -- oh shit.  We didn't refresh this.
20    There's a type on it.  It's actually not 23 new
21    Ripplers in 2017.  It's 23 Ripplers in Q4.  You know,
22    I'll give a shout out, I love the fact that our
23    recruiting team is not just hitting the numbers, but
24    they're also making sure that we are recruiting a lot
25    of diversity globally and I think that's represented
0018
 1    here.  We'll continue to make that a priority in 2018,
 2    but good stuff.  A lot of fun faces having joined the
 3    team.  Welcome to all of them.  There'll be a quiz
 4    later on all the non-Googleable facts for all of them.
 5          Now, we also made a couple adjustments in
 6    growth on the leadership team.  Oh, that's not yet.  A
 7    couple highlights on the leadership team.  Come on, I

```
 8   always do that. Come to expect that.  First of all in
 9   March, I think it was March.  Keep me honest here.
10   ▓▓▓▓▓▓▓▓▓▓ joined us as our Global Head of Sales.
11   That does deserve an applause.  ▓▓▓▓▓ over here joined
12   as our head of HR.  Super glad to have her, also.  And
13   I think demonstrative of our growth as a company
14   bringing in leaders like both of them has upleveled our
15   game and certainly like the leadership team upleveled
16   our game there as well.
17            I have one piece of news that I will share.
18   Friends, we're in a private space.  We're not going to
19   go Tweet about this, yet.  We also upgraded our board
20   in 2017.  Like we liked our board before, but board's
21   change.  We have publicly announced Ben Lawsky.  Ben
22   Lawsky was the head of the New York Department of
23   Financial Services, DFS, and kind of an architect
24   behind the first Bit license.  He joined our board
25   recently.  I thought it was kind of funny.  Some of you
0019
 1   might have seen that David Schwartz and, you know, a
 2   early Bitcoiner had a Twitter -- where's David?  He's
 3   around here somewhere.  Had a kind of Twitter back and
 4   forth with this early Bitcoiner.  It was like,
 5   "Ripple's forever dead to me because they put Ben
 6   Lawsky on the board."  That is what is wrong with the
 7   part of the community that is ignoring regulation,
 8   ignoring the fact that we live in a world of rules and
 9   laws and David's done a great job of kind of responding
10   to some of those out there.  So anyway, Ben Lawsky
11   joined.  Also, and he does it on the cold call, Ken
12   Kurson, sitting behind near the back joined our board.
13   That was early in the year.  So the piece of news, I
14   don't know exactly when we're going to announce this,
15   is that we are adding a 9th board member.  We have
16   eight board members today.  We have coming tomorrow to
17   our board meeting is a new board member who will
18   officially be added tomorrow is named Zoe Cruz.  Zoe
19   was the President of Morgan Stanley and she is a big
20   hitter in Wall Street.  She, you know, long history,
21   kind of 30-year career at Morgan Stanley, very well
22   respected, very well known.  And she already -- she's
23   on the board of a company in -- the (inaudible) in
24   South Africa.  John Mitchel is aware that you know she
25   was sitting next to the CEO of Nedbank and she's
0020
 1   already our biggest sales person so it's been great.
 2            We'll announce that sometime really soon, but
 3   it's a big deal.  Again, it to me demonstrates how far
 4   we've come that someone like Zoe Cruz is interested and
 5   wants to join our board.  And so I'm super excited
```

```
 6   about that, also.  I realize I got one important
 7   leadership add that clearly as I go through my notes
 8   quickly, I did not get.  And it's this guy in the
 9   middle who looks like he might have a pinstripe shirt,
10   you know, Ron Will.  Welcome Ron Will as our new CFO.
11   We're thrilled to have you.
12           You know, just in the six weeks Ron has been
13   here, I'm thrilled he's here.  I haven't actually told
14   him this yet in person so I'll just do in front of
15   everybody.  He is taking shit off my plate which is
16   just a very happy thing.  So I am -- and I shouldn't
17   say shit.  This is important stuff that he's taking off
18   my plate, but no seriously, I think Ron has in his six
19   weeks already hit the ground running and thrilled to
20   have him here as a guy who's been around the Valley a
21   long time, been involved in a lot of good transactions,
22   M&A and I think he also has helped uplevel our game, so
23   welcome Ron.
24           All right, two promotions I would like to
25   talk about.  The first of which you know we don't get
0021
 1   to do this that often, but              is around
 2   here somewhere.  Where are you,          Where'd he
 3   go?  Stay standing.  (Inaudible) guy over there.
 4   You're a sales guy.  You should revel in the moment.
 5   Anyway, so I do think it's nice to step back and
 6   recognize some of the people that are getting promoted
 7   and that         is going to be Regional VP for
 8   European Sales based out of London still, but excited
 9   to have him working on that.  The second person I'd
10   like to recognize who I've already made fun of once
11   during this presentation,        who's moving from the
12   front desk over to be an EA to support, help me --
13   Asheesh,              thank you.  And where's
14   Where'd you go?  Where is she?  She's watching us from
15   afar.  She's at reception because she is that diligent.
16   Thank you,         All right.
17           I'm going to go through this real quickly
18   because Ron's going to spend a little more time on this
19   at the end.  But this is, you know, where we said 2017
20   overall, the column to kind of follow for this purpose
21   is -- we did a reforecast.  We do a quarterly
22   reforecast on how we're trending.  We give the board
23   that update.  So you know what you see here is how we
24   doing.  I'm going to spend a second on the software and
25   services line.  Because you might look at that and say,
0022
 1   well wait a minute we didn't have a goal.  One of the
 2   things that I have realized this year and I would
 3   encourage all of you guys to start thinking about,
```

```
 4   sorry. I'll even tell this story. Yesterday, yes, it
 5   was yesterday, I was in Philadelphia with Miguel who's
 6   floating around here somewhere. And we were talking to
 7   one of the founders of one of the biggest trading firms
 8   in the United States called Susquehanna. They do a lot
 9   of Bitcoin trading. They don't currently trade XRP.
10   We're going to talk to them about trading XRP. And he
11   asked an interesting question. And he said, you know,
12   we talked him through our business, how it works and he
13   says, okay, "So I'm curious. You know, how much are
14   you doing in software and services like as part of your
15   whole?" And I said, you know, kind of this -- as a
16   percentage I think I said, "Like around 10 or 15%."
17   And he said, "Why do you charge anything?" And he's
18   totally right. And I think that what we have
19   historically said is the most important metric for the
20   business, and by the way, I blame myself. I said, "The
21   most important metric to grow this business is going to
22   be bookings of software and services." And
23   increasingly what we've found is sometimes that gets in
24   the way of getting customers on board. If we get
25   customers on board, we can get them using things like
0023
 1   xRapid. If we get them using things like xRapid, then
 2   we're going to drive the velocity and usage of XRP.
 3   And if that happens and the price of XRP goes up and
 4   guess what? We own a shit ton of XRP. Technical term
 5   there, but anyway. So look the reason why -- I'm not
 6   at all upset about that red dot at the top. We learn
 7   every year as we go. We're still a startup. And, you
 8   know, one of our values is E- enjoy it and enjoy the
 9   journey. Part of the journey is realizing where we get
10   things right and where we get things wrong. And so
11   later on Ron will come up and talk about some of the
12   2018 OKRs and where we're going. And I'm sure I'm
13   taking too long and Monica's going to yell at me so
14   I'll go quickly. Huge win on XRP bookings even
15   relative to where we thought a few months ago. Hit our
16   deployment's goal. And we gave it green on total spend
17   in part because some of the spend are things like
18   commissions to market makers and so if you blow out
19   your XRP number, you're going to spend a little bit
20   more. That's just a mathematical thing, not that we
21   didn't have good discipline and controls around that.
22          sorry, bless you.
23               Importantly, we're ending the year with a lot
24   of cash in the bank. Again, that gives us lots of
25   flexibility to do stuff including pay everybody which
0024
 1   is nice.
```

```
 2          Okay, I'm sure I'm taking too long.  Yes,
 3  somebody wants to get paid, thank you.  I'm going to go
 4  through this next section kind of quickly, but the
 5  market has evolved a lot in 2017.  How have we changed?
 6  Well, look, this is the 4000%.  So the top line here is
 7  dash.  The dash has increased somewhere around 80x over
 8  the course of the year.  Holy shit.  What's amazing --
 9  so we are the light blue in the middle with the kind of
10  frosting on it where we're up a little over 40x during
11  the course of the year.  I'm not sure that's updated
12  for today's activity.  The amazing thing here is
13  Bitcoin is the low performer up 17x for the year.
14  Think about that for a second.  You're up 17x and
15  you're the low performer.  So this is great and, you
16  know, remarkable year across crypto.  But in the
17  intellectual honesty, this previous chart is from the
18  beginning of the year.  Nothing really happened until
19  kind of March.  You see a big spike up in XRP in
20  particular.  But if you just look at the last three
21  months, XRP has underperformed the market.  This is not
22  updated as of today or maybe it is updated as of today.
23  Sorry.  Well it's not updated as of the last two hours,
24  I don't know, anyway.  Anyway, the point I'm making
25  here is I'm going to continue to beat the drum that it
0025
 1  isn't about three days, three weeks or three months.
 2  It's about three years or five years.  If we execute
 3  our strategy successfully and we get lots of financial
 4  institutions around the world using our services, using
 5  our solutions, it's going to drive demand for XRP and I
 6  am much more worried about that three to five year arc
 7  of time than a three day.  Now I'm going to contradict
 8  some of what I just said.  It matters that we stay in
 9  the lead pack.  If people perceive us as an after run
10  and kind of dropping down the ranking if you will as
11  measured by market capital, I do worry about that.  I
12  think that is, you know, the perception of Ripple, the
13  brand perception of Ripple shifts a little bit.  And so
14  I want to make sure we're doing things as we did
15  yesterday where we did a great post on insights
16  comparing the performance of XRP with the performance
17  of other digital assets and we want to make sure we are
18  telling our story and getting people excited about our
19  story.  So it's not to say that I don't care and, you
20  know, I don't want everybody to all of a sudden shift
21  to the short term.  I want to stay long term-focused,
22  however I also want to make sure we don't, you know,
23  ignore that what's happened on a day-to-day basis.
24  Frankly, you see IOTA go through the roof, you know, I
25  don't even know what to say about that.  Like, I don't
```

0026
1    see a lot of substance in what they're doing.  And I
2    think ultimately hype and reality come into equilibrium
3    over time.  There's a lot of hype. You gotta make sure
4    the reality is there.  I think Ripple has a lot of
5    reality, a lot of substance because of the great work
6    everybody here is doing.  So we want to make sure that
7    we are telling some of that story.  Okay, I'm way off
8    on my notes. Hold on one second.  I skipped some
9    things I wasn't supposed to skip.  Monica will yell at
10   me later.
11             Okay, so that's the kind of just quick talk
12   track on where we are with XRP.  We want to continue to
13   do some things to make sure people understand the
14   benefits of XRP and we can compare, contrast how Ripple
15   is doing things to drive the eco-system.  The other
16   thing I'll briefly say about this is we probably will
17   get more proactive and engaging people who want to use
18   the XRP ledger for other purposes and payments.  So
19   that might mean we'll invest in companies.  It might be
20   we'll support companies.  But we want to see other use
21   cases for XRP.  It's a very efficient and we want to
22   see other use cases.  We Ripple want to remain focused
23   on what we're doing with payments, but there will be
24   other companies that will have other use cases for XRP
25   and I think if you think about the excitement people
0027
1    have for some of these other digital assets it's
2    because they think about it very horizontal and I think
3    very thin as opposed to Ripple's been not horizontal,
4    very you know, narrow but very deep.  I think there's
5    some other vertical use cases that we could encourage
6    others to go after and actually even invest in those
7    companies to help them be successful.
8                  All right, this is just a point.  Like I
9    want to make sure we continue to pay attention to the
10   competitive landscape.  IBM and hyper ledger r3, Visa,
11   however I also think the signal to noise problem,
12   there's a lot of noise, a lot of experiments.  There
13   isn't a lot of real traction out there.  I think we are
14   way ahead of the pack.  I want to make sure we keep
15   pressing on that, but I feel like we're in a pretty
16   good spot.  You're going to continue to see
17   announcements I think.  It was interesting after --
18   some of you may have seen this, but after ████, the
19   CEO of Swift fired his head of product and marketing
20   which I just thought was an interesting little nugget
21   but right after ████ and right after Ripple does
22   Swell, they decided maybe this guy wasn't getting it
23   done.  Anyway, I feel badly for him, but not that

24    badly.  All right.  What's that?  He's not that great.
25    We've met him.  He was the one that -- okay.
0028
 1                This is partly a joke admittedly.  You know,
 2    some of you who are a little younger don't know the
 3    deep thoughts joke here.  Check Saturday Night Live.
 4    This is just a chance before I hand it off to Monica, I
 5    really am incredibly proud to be the CEO of this
 6    company.  I think we have made huge progress and I get
 7    to go out there and take credit for the work that
 8    everybody in this room is doing.  I get to go out there
 9    and represent everybody here.  Hopefully you guys are
10    happy with that.  The Board hopefully is happy with
11    that.  But I'm really proud of how far we've come.  I
12    don't think I am particularly good at stepping back and
13    taking stock for you know the evolution and I think at
14    the end of the year is a great time to truly step back
15    and show a ton of appreciation for everybody here, a
16    ton of appreciation for both the skill and in some
17    cases the luck we have had to find ourself in this
18    really unique place.
19                So kind of four concluding thoughts.  One, as
20    I said it's been a great year.  The second, it's really
21    interesting that we don't let the overall digital asset
22    market get too far out there.  I'm perfectly happy kind
23    of where we are.  It's nice to see, if you haven't paid
24    attention today, when I walked up here to attend the
25    lunch, XRP was up around 34 cents which is a big move.
0029
 1    Apparently they were doing that because they knew we
 2    had a board meeting tomorrow and that the board is
 3    really happy.  Ken says yes.  Anyway, we'll say thank
 4    you to the XRP markets.  This next section is kind of a
 5    segue, points three and four here, is we've gotta get
 6    smarter day by day.  We learned a lot based on how we
 7    are going to market in 2017 and we want to make sure we
 8    take that information and get smarter with how we go to
 9    market both from a sales point of view, a marketing
10    point of view.  And, last but not least, recruiting
11    matters.  We need to continue to hire the very best,
12    the very brightest and aim very high for the type of
13    talent we have and hold that high bar.  I think we have
14    we have been really fortunate there are a lot of
15    world-class people in this room and I'm super pleased
16    with where that is.  I want to make sure that we take
17    advantage of the product maturity we have.  Real
18    customers in market and continue the journey in 2018.
19    All right, I'll be back up here later.  I'm turning it
20    over to Monica Long.  Thank you and good night.  No,
21    just kidding, all right.

22          MS. LONG:  Thank you, Brad.  All good back
23     there?  So I'm going to talk a little bit about our
24     Go-to-Market Strategy.  This is all about what Brad was
25     talking about I mean our success will be defined by
0030
 1     customer adoption.  So what's our approach to that? And
 2     I'm up here talking about it, but this is really for
 3     all of us to own and carry the water on.  So this is
 4     the -- well for many of you in the room actually you
 5     kind of were co-authors of this, but don't worry, this
 6     isn't the first time you'll hear about it.  We'll keep
 7     repeating it into the next year.
 8          Let's start with context and goals for our go
 9     to market.  Brad put this slide up on the screen
10     earlier.  We are building a network business meaning
11     that our moat, what will make our business big and
12     defensible, is volume.  And we are in a unique position
13     as a payment network in that we have this awesome,
14     magical digital asset, XRP that allows for cross-border
15     payments to be better than they ever have been before.
16     So if we're thinking of like what's our north star when
17     we're thinking about go to market, it's toward these
18     two ends:  building network volume and XRP usage.
19          2017, what did we learn?  We had a lot of
20     successes to be really proud of.  Brad was talking
21     about I mean, the faucet turned on.  That was a
22     tremendous moment in time for Ripple.  And our approach
23     to date has really been focus on the connections, get
24     the, you know, sign production contracts, get the
25     commitment from banks primarily to go into production
0031
 1     with our products.  But what we found is that not all
 2     production contracts or even production deployments
 3     result in volume.  I mean, we have five customers now
 4     who are live on the network producing recurring volume.
 5     And that's absolutely tremendous.  We have about a
 6     dozen contracts that they're signed, they're sealed,
 7     they're delivered.  But for a variety of reasons dating
 8     all the way back to 2015, they're not live yet.  And
 9     part of that has to do with, you know,          and
10     and team talk about matchmaking, the art of bringing
11     customers together so that they can stand up a
12     corridor.  And what we want to do is be reflective of
13     how can we make that process easier up front, so that
14     for marketing, for sales, for customer success, it
15     becomes a process of chopping wood.  And we don't have
16     to customize these matches every time.  And thinking of
17     those five examples of what's worked well, it's kind of
18     this Goldie Locks combination of the right customer,
19     the right use case and the right GEO.  And what makes

20  the right customer?  Its various aspects of the profile
21  of that financial institution: their size, their
22  culture, the executive sponsor, their appetite for risk
23  and just how motivated they are to move fast with us.
24  The last point here of what we've learned is I mean,
25  today we've really been, you know, software solution
0032
 1  for banks.  This year was very pivotal in that we've
 2  expanded the eco-system where we have a suite of
 3  products and we're serving more than just banks.  We're
 4  serving other types of financial institutions.
 5         So applying that to our 2018 go to market,
 6  this is kind of like the three-point high-level plan of
 7  how we approach this.  The north star now being how do
 8  we accelerate volume.  The faucet's turned on.  Now how
 9  do we make it move faster, flow more?  And also to
10  drive more XRP's beyond (inaudible).  So the three
11  points to the approach; first we looked at use cases.
12  And we'll talk a little bit about the process in just a
13  second but I mean the three primary lenses or criteria
14  through which we judge use cases were one: the market
15  opportunity, the size of the opportunity, how fast it's
16  growing, the customer's appetite for taking on new
17  technology and modernization.  The second being the
18  value proposition across the product suite.  So this
19  was a really important criteria.  We were looking at
20  for which use cases does the convergence of xCurrent,
21  xRapid and xVia allow for a customer experience that's
22  a step function better than whatever exists today.  And
23  then the third piece being feasibility of 2018 volume
24  and ambitiously even looking at the feasibility of 2018
25  volume through XRP.
0033
 1         Point two, we then -- so it's kind of like
 2  this cross section.  You bring together the use cases
 3  and then you also have to look at geo focus.  So in
 4  what key countries is there a sizable market
 5  opportunity for the use cases we prioritized?  Where do
 6  we already have the wind behind our sails through the
 7  accounts that we've already signed?  And what countries
 8  do we at least have initial indication that, you know,
 9  the regulatory climate is favorable toward digital
10  assets?  And from there, we take the mix or take the
11  combo of the use cases and the geos to develop target
12  account lists which provide marketing and sales with
13  our hit list of who we want to go after.
14         So I'll take you just briefly through the
15  sausage making which is going to look -- oh once we get
16  -- we'll get into eye charts in a minute.  But so the
17  process was product marketing led this initiative, but

18    it was really very cross functional.  We had a steering
19    committee of leaders from across the go to market
20    organization.  And we partnered with McKinsey which
21    hopefully you've heard of them.  They're a large and
22    very prestigious management consulting firm.  But they
23    have a really strong expertise in payments so what was
24    really cool was we were able to draw on their internal
25    experts.  They conducted more than 70 in the field,
0034
 1    surveys and interviews with their networks, drew on
 2    their database from, you know, tens of thousands of
 3    different banks and other payment companies.  So just
 4    rest assured that the data set and the inputs and we
 5    started with our own knowledge, but also we went out
 6    into the market and we got a lot of outside
 7    perspective.
 8            And so you don't have to read these, but this
 9    is just to kind of show you that the process was very
10    exhaustive.  We started with a view of every single
11    use case within cross-border payments and we just kept
12    pairing it down based on those three key criteria I
13    talked about. And then we also looked at all
14    geographies for cross-border payments and matched, you
15    know, based on the use cases we're prioritizing, what's
16    the size of the opportunity, regulatory climate, etc.
17            So where did we land?  Before I get into the
18    punch line, I'll just talk about like the three things
19    that kind of tied the use cases together. First being
20    the what.  They're primarily focused or driven by
21    low-value payments.  Our technology and our products
22    absolutely work for high-value payments.  The finding
23    mainly was that with low-value payments, there's acute
24    pain today that we can solve particularly with
25    processing low-value payments on demand.  And also this
0035
 1    is where there's opportunity for xRapid in the near
 2    term because you know for high-value payments you need
 3    much deeper liquidity for XRP to have a use case.
 4            The second of who.  The theme here is you'll
 5    see they are fast growing and underserved customers.
 6    These are customer segments that either are too small
 7    for banks to dedicate a lot of focus and resource to or
 8    they're too technologically sophisticated for banks to
 9    serve well.  A customer like Uber, Amazon, expects --
10    their expectations for APIs is much different than what
11    Citibank can offer them.
12            And then lastly, where.   In emerging markets
13    and, you know, if you think of low-value payments with
14    underserved customers, in emerging markets they're
15    using, they're kind of leap-frogging credit card

16    networks and they're using mobile wallets.  And so the
17    landscape as it becomes more fragmented, there's an
18    opportunity for a player like us to bring it together.
19             So these are the four use cases: remittance,
20    SME supplier payments, market places and e-commerce.
21    And we'll go through each of them more in a minute. I
22    will call out the -- we're going to talk about the use
23    cases from the end-user perspectives that we can get
24    closer to what is the problem that our customers
25    actually want to solve at the end of the day.  But our
0036
 1    customers remain the financial institutions be it banks
 2    or non-banks.  So I'm not suggesting we're going to
 3    launch a consumer (inaudible) service.
 4             The priority Geos, so they're, you know,
 5    there's certain geographies we have to continue to work
 6    on.  They take a long time to get up and running.  And
 7    they're very important to any kind of global network
 8    like the U.S. and Europe.  But in terms of looking at
 9    you know where do we apply the successive harmony in
10    India to new territory, we're looking at Mexico,
11    Brazil, China and South Korea as the new geographies
12    that we'll focus on next year.
13             Oh, the other key point here is there isn't a
14    specific split between origination and beneficiary
15    markets here.  In most cases, the countries can be
16    both.  And we should also think about you know for a
17    country like India even if it's not a territory that's
18    highlighted here, but where do they primarily connect
19    to?  So for example, we've already focused a lot on the
20    Middle East and UAE and that remains a good use of our
21    time.
22             So briefly talking through the four use
23    cases, we'll start with retail remittance to emerging
24    countries.  The key problem here is for payment
25    providers like CUALLIX that it's prefunding.  They
0037
 1    don't want to have tie up working capital in Nostro
 2    accounts.  The opportunity for this use case for us is
 3    we rated it moderately attractive.  It's, you know, 50
 4    to 80 billion in flows which I mean, for us that would
 5    be great to achieve.  But I think the point being is
 6    when you look at, you know, $27 trillion in
 7    cross-border flows, it's relatively small.  But you
 8    know the value prop hits in our sweet spot.  They're
 9    interested in being able -- their customers, if you
10    think, are primarily blue-collar workers sending a
11    couple hundred dollars at a time.  So they're cost
12    sensitive.  They would love for the payments to get
13    there in real time or be able to send it on an

14    on-demand basis.  And often they're sending it into not
15    just bank accounts, but to mobile wallets.  This is one
16    that we have been working on quite a bit.  When Brad
17    was showing the deals that we've signed for xVia and
18    xRapid, a lot of them have to do with this use case.
19    So we already have a running head start.
20              So to walk you through an example, let's take
21    Felicia here, who lives in Texas and she sends $200
22    home every week to her family in Mexico.  So she
23    deposits cash online with CUALLIX.  CUALLIX initiates
24    payment to Banamex, Mexican bank account through
25    xRapid.  XRapid provides the liquidity function.  And
0038
 1    then Banamex uses xCurrent as does Proso which is the
 2    mobile wallet that her family uses.  And so the payout
 3    is seamless end to end.
 4              And so this is a really exciting opportunity
 5    for a customer like CUALLIX to work with us because
 6    they can offer these low-cost on-demand remittances
 7    with payouts to local mobile wallets.
 8              The second use case SME is paying suppliers.
 9    These guys are -- they can even be -- when we're
10    talking about medium-sized enterprises, they can be
11    pretty big.  It's just they're not big enough for the
12    big banks to really care about you know customizing and
13    making their services better.  So they're primarily
14    relying on the correspondent banking system which has
15    all the problems that we talk about.  This is a pretty
16    big opportunity and they're leaning into modernization
17    and digitization.  So it's a good time for us to focus
18    on it.  For the value prop, if you think of the end
19    user, the SME they care about cash flow.  And so being
20    able to simplify the value chain and have access to
21    cash faster is a really big deal to their business.
22    And for the payment providers serving them, they have a
23    high risk appetite because they're seeking
24    differentiation.
25              So I wondered what this picture was, too,
0039
 1    when I first saw it.  It's a Kimchee factory.  So let's
 2    say our use case is BiRite distributors in the U.S. is
 3    using A/P software like Kyriba to pay a Kimchee
 4    supplier in South Korea.  So BiRite initiates the
 5    payment through their A/P software, Kyriba.  Kyriba is
 6    connected to a customer like TransferWise who's
 7    connected to xRapid.  By the way these flows are
 8    modular and flexible.  This is just one example of how
 9    those could work.  And then TransferWise deposits the
10    money into this Kimchee suppliers account at Hana Bank.
11    And what's really exciting for the A/P software

12  provider, the payment provider is that SMEs are a fast
13  growing segment. And so this -- I think they're 25% of
14  B-to-B flows and they're growing from there. So this
15  is a really big opportunity for them.
16        Use case three - market places which we have
17  -- we've talked about a lot in the past. So this is a
18  big platform business like Uber, Air BNB having to
19  either invest in these expensive and complex tailored
20  connections to every payment system through which they
21  have pay their drivers or hosts or whomever or having
22  to use wires if they don't have a direct connection.
23  This is a hugely attractive market opportunity. By the
24  way this is the one that McKinsey, like when they were
25  ranking them, they were like this is the one you should
0040
 1  like put all your money on this one. They are large
 2  and growing. They obviously are very tech. They're
 3  the most tech-forward and if you look at customers.
 4  And we can solve their problems. Where they need
 5  simplified connections, they need reached all the way
 6  out to the beneficiaries' account even if it's a
 7  non-bank. And they want to be able to process payments
 8  on demand. We've been working on it a lot throughout
 9  the past year so we have a good pipeline here so
10  feasibility is high.
11        So here we have Rodrigo in Brazil, a driver
12  who Uber wants to pay. It goes from Uber's account in
13  the U.S. Wells to Itau, a Brazilian bank account. And
14  then Itau pays out to the mobile wallet. So what's
15  game-changing for the market place is that they can pay
16  their contractors on an on-demand basis. We know that
17  from talking to them that this actually -- this helps
18  them grow their business because they can retain more
19  of these contractors.
20        And then the fourth example here is
21  e-commerce that's not well served by Visa and
22  MasterCard. So think of domestic credit card rails
23  like Union Pay or Mobile Wallets is a really big one
24  like Alipay and Paytm. High growth. Their problem is
25  they just don't have access to cross-border e-commerce
0041
 1  which is huge and growing. I think it's growing 20%
 2  year over year. And in terms of feasibility, again
 3  this is something where there's good synergy between
 4  all these use cases, so we're trying mobile wallets for
 5  some of the others and so we already kind of have a
 6  pipeline to work from.
 7        The example here is an Indian professional
 8  wants to buy shoes on Gilt which using Paytm he can't
 9  right now. He would have to use Visa or the MasterCard

10  rails.  So Paytm is able to connect to Gilt's U.S. bank
11  through Axis and then Axis connects to BAML.  Gilt
12  receives notification of the payment. So this is again
13  creating new access for these mobile wallet to grow
14  their business.
15          So these are the four, went through kind of
16  fast.  What does it mean?  The point here is -- I won't
17  go through every single bullet point.  The point here
18  is that I said up front that we all are going to own
19  this and carry the water on it into next year and so we
20  do need to all kind of think through the implications
21  of having a more focused go to market and focusing on
22  these use cases and these geos in our day-to-day work.
23  And on the leadership team, we're putting a lot of
24  thought and energy into that.  Brad mentioned, I'll
25  call out the top line one about aligning the company on
0042
 1  the strategy.  If we're all pointed towards software
 2  and services bookings, that's going to make us all
 3  focus on you know get the biggest, highest-value
 4  contracts we can and focus on those where the key
 5  learning there was that doesn't always yield the
 6  volume.  So rather you'll see, Ron's going to talk
 7  about what our topline company metrics look like.
 8  We're going to see more of a focus on generating
 9  volume.  And focusing on getting these target accounts
10  signed and then up and running.
11                    is leading a whole effort
12  around incentivizing our highly effective sales people
13  to focus on these target accounts and organizing them
14  in such a way that we'll go after both the banks and
15  the non-banks.
16          In summary, point one focusing on
17  accelerating volume and XRP usage.  Point two, we're
18  getting smarter.  And point three, we're getting more
19  focused if I were to quickly summarize.  And that's it
20  for me.
21          So next,          is going to talk about our
22  technical vision, right, going into 2018.
23                    Thank you.  So before I dive right
24  into it, maybe this time more than ever before, this is
25  my fifth yearly all-hands and maybe this time more than
0043
 1  ever I've been just overwhelmed with the number of
 2  people and the quality of people in the room.  So you
 3  know I just wanted to say that before I dove right in.
 4  And especially so many people that you don't usually
 5  see around, people that work remotely and maybe halfway
 6  across the globe, but they took the time to come out
 7  here.  So give a hand for the remote employees.

```
 8                So Monica was talking about a lot of really
 9    interesting opportunities that we could be going after
10    and I'm going to talk about or start to talk about a
11    little bit of small detail, the execution.  So first of
12    all, oh this got switched around a bit.  And we're
13    done.  I think I need to refresh it.  Okay.  Yeah,
14    we're good to go.
15                See, I don't do those two-hour old slides.
16    Okay.  Here we go.  So if you looked at what Ripple
17    looked like in 2017, you might have drawn something
18    like this.  So most of our deployments right now are
19    these bilateral xCurrent deployments.  And so when we
20    were thinking about protocols and how our different
21    software talks to each other, we're really just talking
22    about a pretty small part of the overall payments
23    picture.  And that was a great insertion point.  That
24    was a great place to start and it got us this far, but
25    I think as we go into next year, we really want to
0044
 1    think about how do we bring these different products
 2    together and there's a lot more pieces that have to
 3    talk to each other.  So, if I were to draw a picture
 4    for next year, it would something more like this where
 5    you have xVia deployed at the sender, the sending
 6    corporate or the sending payment provider and then you
 7    have xCurrent and maybe there's even xRapid involved in
 8    the flow.  So there's a lot of moving pieces that have
 9    to kind of fit together.
10                And a lot of times when we talk about the
11    internal value, we start every presentation with that.
12    Thank you, Brad.  And you know we always like try to
13    connect what we're doing with this future state.  And
14    find that like this picture looks more like the
15    internet of value than anything we've ever drawn at any
16    of the previous all-hands.  This is how I would draw
17    the internet of value, right?  So the only difference
18    really is that we're using some open protocols in some
19    of these middle places, but other than that our
20    products are actually starting to look a lot like, you
21    know, what we want our vision to be so that's really
22    good.
23                Now, obviously the devil's in the details so
24    there are a lot of little things that we have to get
25    right.  And I'm excited to you know work with the
0045
 1    product team and the engineering team, research team
 2    this year to kind of figure out how some of these open
 3    standards are applicable, how they can help us make our
 4    products work better together.  With the legal team,
 5    how do some of these rules have to change and how do
```

```
 6   the rules have to look to build towards that vision.
 7   So I think it's really the year where these things are
 8   starting to come together.
 9              But of course on the research team, we're
10   always like trying to work a little bit ahead and
11   trying to predict some of problems so I wanted to share
12   a few learnings from that.  So back in June we did a
13   demo where we actually tied together seven different
14   ledgers.  They weren't just different block chains or
15   just different banks, they were actually very different
16   kinds of ledgers.  They were you know centralized
17   ledger, a private blockchain, a public blockchain, a
18   blockchain that supports escrow, a payment channel
19   integration.  And so these were very different kinds of
20   integration.  And at that time we sort of had this
21   mindset of, you know, the more we can integrate, the
22   better.  But as we were running the demo, we started to
23   realize that the ledgers have significant differences.
24   You know, ledgers aren't all the same.  In this
25   particular case, the slowest ledger was Ethereum.  And
0046
 1   so we would always like stand, look at the demo and
 2   wait for Ethereum to confirm the transaction.
 3              And so we started to change our mind about,
 4   you know, how do we think about integrating different
 5   systems together.  I think in 2017 it's always like how
 6   do we connect the world's ledgers and that started to
 7   change into how do we provide a consistent experience
 8   across all these ledgers?  It's no good if we have
 9   everything in the world connected, but depending on
10   what path you take, suddenly your payment takes an
11   hour.  Suddenly it takes, you know, sometimes it takes
12   five minutes.  Sometimes it takes a day.  That's
13   actually very difficult to build experiences on top of.
14   So how do we get more of a consistent experience end to
15   end?
16              And so we kind of took a step back and said,
17   you know, Monica was talking about that step function
18   improvement in the customer experience.  And so like
19   what does that look like?  In the internet of value how
20   does my life as a user actually change?  Is it just
21   that I get a little bit more information about my
22   payment?  Is it just that you know maybe it takes one
23   day instead of three days or is there sort of a, you
24   know, a huge difference in the experience that we can
25   generate, you know, long term?
0047
 1              And so one of the examples that we built, we
 2   felt was something that is really impossible to do
 3   today is what we call API Micropayments.  So for those
```

4   who are technical, an API is essentially like a way to
5   talk to another computer that's run by someone else.
6   And you know normally when we talk to other people's
7   computers, we have to already have some sort of
8   business relationship, you know, created beforehand to
9   pay.  So usually it would be some kind of subscription
10  so we pay $10 a month or maybe there's a pay-as-you-go
11  where they charge by credit card afterwards.  But
12  there's a lot of sign up and a lot of friction around
13  that so I can't just out of the blue talk to some API
14  and expect it to do something for me.  There's no way
15  to pay for that.  But with some of the protocols that
16  we've been developing in ILP, we can actually do that.
17  And so we've been able to build some demos where with a
18  few lines of code, you can turn some API that you wrote
19  literally could have been a hobby project, a five-hour
20  project, and you can turn it into a business.  You
21  don't have to worry about what's my business model and
22  how do people sign up and how do they cancel a
23  subscription, how do they manage all that stuff.  You
24  can really just build it in.
25          And so to us that represents sort of the
0048
1   first little glimpse of what a future world could look
2   like where it's today if I'm a startup in Silicon
3   Valley and I want to build some really cool product, I
4   kind of have to figure out the product, but then I also
5   have to figure out the business model.  And that can be
6   just as hard because I have to come up with some, you
7   know, advertising scheme or maybe some free-to-play you
8   know trick you into, you know, paying for different
9   things.  And I think that that's sort of an artifact of
10  the fact that there isn't very efficient payments
11  infrastructure that it's just built into the protocols
12  that we use.  And I think that that's the thing that
13  we're trying to change.
14          Another example that's maybe a little bit
15  more relatable because it's a little bit closer to the
16  experience that we would have today is this is a demo
17  that we built through the W3C.  And this is essentially
18  showing how the W3C web payment standards that are
19  being developed in conjunction with Google and Apple,
20  Microsoft and so on, how they actually play together
21  with ILP.  And if you combine those two technologies,
22  something very interesting happens.
23          So these standards are really good at
24  automatically negotiating the payment instruments.  So
25  normally when you go pay today, you have to kind of
0049
1   find the right logo and click on it, right.  Like you

2      have to find the Visa logo or credit cards or the
3      PayPal logo or the Amazon Pay logo or the Alipay logo
4      or any number of hundreds of logos.  And so what this
5      browser technology does is it actually knows which
6      payment methods you have and it automatically selects
7      the right one.
8                Now, if you put ILP behind that, you can
9      actually make a payment just like you would with a
10     credit card, but the merchant doesn't have to be on the
11     same network as you are, right?  So the merchant could
12     be a Visa merchant and you could be a PayPal user and
13     as long as both of those are ILP-enabled, the payment
14     still goes through.  And that's really a very different
15     experience and you know for me personally, we did the
16     Mojaloop project and through that project, I learned
17     that the payment experience gets progressively worse
18     the poorer the country is that you live in.  And so
19     going to Tanzania, like if you look at the website from
20     a Tanzanian's perspective, it accepts PayPal and it
21     accepts you know, maybe Alipay and a few other sort of
22     western payment methods or you know rich country
23     payment methods.  You're not included in that.  You
24     can't use that.  And so it looks very different.  The
25     internet looks very different from your perspective.
0050
1      And so one of my hopes is that, you know, through the
2      work that we do here, we can actually start to break
3      down some of these walls and reduce the friction in
4      payments.
5                So going back to this picture, I think what I
6      want you to do, both through the rest of this
7      presentation as Asheesh and          come up here and
8      break it down more, think about how some of these open
9      protocols can apply here.  How do we force ourselves to
10     create interoperability between our own products?  You
11     know, I always joke, you know, with our team how banks
12     can have different systems internal to their bank that
13     aren't interoperable with each other.  And here we are,
14     we have several products and we're trying to figure out
15     how to make them interoperable.  So let's show the
16     world how to do it right, how to do it in an
17     interoperable way in a way that brings us closer to the
18     internet of value.  And I think with that I'm handing
19     over to Asheesh.
20                MR. BIRLA:  All right, I'll try to be quick.
21     So, a couple of things -- I think it's really important
22     to continue to push the envelope forward.  So what
23            was demonstrating is that, hey these are things
24     that we want to fold into our product strategy and keep
25     moving the ball forward so can't get complacent.  This

0051
1   is a fast-moving world.  You look at Task Rabbit which
2   was the hottest company four years ago and now they got
3   sort of surpassed by a number of others.  I mean, we
4   gotta keep pushing the envelope forward.
5           The second thing that we'll be talking about
6   that Monica was talking about was convergence.  And,
7   you know, I think even just this morning I got an email
8   from Welly, he wanted to know what I was wearing.  But
9   then I got a second email from him which was about a
10  customer that we were selling xCurrent to that now
11  actually wants to use xRapid and XRP liquidity.  That
12  wasn't a conversation happening four months ago, but
13  that conversation's happening again and again today.
14  And so I timed this back to Monica's slides.  What I'm
15  trying to show here is that these are one product that
16  we're selling to each one of these use cases.  There's
17  a lot of convergence.  And so you know the retail
18  remittance using xRapid, XRP liquidity in conjunction
19  with xVia, SME's you know using all three products in
20  conjunction to make that use case work.  My e-commerce
21  bro over there on the right, again, one of my favorite
22  use cases, you know, two products working together and
23  I think that's really important.  And then the bottom
24  piece, we need to deepen our reach into the emerging
25  markets.  And you can't have that conversation without
0052
1   folding in mobile, a mobile strategy.  And we're seeing
2   that use case happen again and again.  So are we done?
3   We just start shipping this stuff?  No.  I'll just go
4   through a few of these.
5           There are product gaps that we have to close
6   to realize a good user experience for these use cases.
7   And the first one being the retail remittance use case
8   with xRapid, you know, today it is a very nascent
9   infrastructure that we have to you know build xRapid on
10  top of, exchanges -- almost every exchange went out,
11  you know, three days ago.  You know what?  These
12  customers -- that's not acceptable to them.  They have
13  businesses to run.  They can't -- and we have to figure
14  out workarounds.  And so these are the four dimensions
15  that xRapid is working on to make this a good user
16  experience.  And a lot of this is just workarounds for
17  the nascency of the infrastructure, the digital asset
18  infrastructure that exists today.  So big focus for the
19  product and engineering team, you know, in 2018 is to
20  close this gap.
21          The second one is marketplaces.  Again, a lot
22  of interest from these customers in Ripple, but again,
23  we have product gaps.  By the way, I did not use Uber.

```
24    That was not me. I prefer Lyft now. That was Monica.
25    I was banned from using Uber in any presentation so I'm
0053
 1    going to throw you under the bus. But again this
 2    requires reach. This requires mobile. We have a gap
 3    in the product that we're working really hard on
 4    closing that is, you know, we need multi-hop to make
 5    this work. As you can see, the payment needs to
 6    originate at Wells, but then terminate in a mobile
 7    wallet. That is not something that we believe our
 8    product does really well today, but we're working
 9    really hard to close that gap so we can realize this
10    marketplace use case.
11            And I think that's it. And so I think
12    is going to bring us home on the product and
13    engineering section. Oh wait -- three more little
14    things. Anyways, that last piece is xRapid is really
15    important for this use case. You know, it's not
16    something that we're going to ship with the first
17    version, but we're already lining up these customers
18    and sort of you know making sure that they're also on
19    board and ready to go with xRapid for the marketplace
20    use case. All right, so I'm going to hand it over to
21    Kanaan.
22                          So we heard a little bit about
23    some of the use cases, the go to market strategies. I
24    kind of wanted to touch on the product engineering side
25    and specifically go through how we're going to organize
0054
 1    to get this done and also talk about the building
 2    blocks and the topologies it will support and how you
 3    can put together our products to make these use cases
 4    happen.
 5            So the first thing is around team
 6    organization. To have things interoperate, we want to
 7    be able to share code. We want to be able to have
 8    closeness between the three sort of product engineering
 9    teams, so happy to bring        on board. I think some
10    of you might have met him. This is, I think, week two,
11    but he will be leading this effort. Yeah. Hello?
12    Yeah. The other thing I'll point out is that this is
13    going to be a big area for investment on hiring and
14    bringing in engineering talent and that sort of ties
15    into the next point.
16            All three of our products are built using the
17    Java platform. And that is an important change for us.
18    We did it for a couple of reasons. Our customers
19    expect it and are used to it as far as integration
20    points. A lot of the middleware that we see that
21    customers write is written in Java. That makes sense.
```

22  They're used to administering Java-based products and
23  it has a mature eco-system.  There's libraries we can
24  pull off the shelf.  There's things that we can utilize
25  so we don't have to sort of do things that are not our
0055
 1  competitive advantage.  And maybe the one thing not
 2  listed here is it opens up the candidate pull.  It
 3  allows us to reach for more engineers that have
 4  enterprise software experience and there's a lot of
 5  those in the area here as well as New York, London.  It
 6  just opens up our candidate pool which is good for us
 7  and our growth.
 8            So next, I want to go product by product and
 9  explain sort of the building block and the topologies
10  we support and maybe first by starting to describe the
11  customer entry point.  So how does a customer from a
12  technical perspective interact with RippleNet?  And the
13  two entry points are xCurrent for a financial
14  institution to enter RippleNet.  The other would be
15  xVia for a corporate or payment service provider to
16  enter RippleNet.  You may notice or wonder, hey where
17  is that sweet XRP liquidity, this xRapid product?  And
18  I'll talk about where that fits later.  Suffice to say
19  these are the two customer entry points.
20            So we'll start with xVia.  So a couple things
21  to point out with xVia is it is a cloud-based offering.
22  And this helps us and is also sort of an expectation of
23  our customers.  If you remember in a few slides back,
24  we talked about Kyriba which is a treasury management
25  system.  That is in the cloud.  So if you're talking
0056
 1  about corporates or payment service providers, they'd
 2  much rather utilize a cloud-based offering than do an
 3  on-premise installation and have to do upgrades,
 4  maintenance, etc.
 5            The other thing to mention is that with your
 6  xVia, you can pair with multiple xCurrents.  So that
 7  top box, that bank can represent your bank account at
 8  Santander, but you might also have a bank account at
 9  Standard Charter, a bank account at BEX.  And so for a
10  customer, they have a single entry point with an API to
11  be able to control their balances and instruct
12  (inaudible) movement across all of those other
13  accounts.
14            Additionally, you can pair xVia with xRapid
15  and that's where you start to get into the XRP
16  liquidity.  Everything to the right is sort of the
17  RippleNet payment.
18            So the next one to talk about is changes in
19  xCurrent.  I think a lot of people here are familiar

```
20   with xCurrent and how it works right now.  I'll
21   highlight some of the, you know, the main feature
22   change that's on the tin and that is supporting atomic
23   transactions across multiple hops.  So this slide
24   doesn't look that exciting, but if you think about the
25   picture we saw at the beginning and all of those lines
0057
 1   going across from country to country and zigzagging
 2   around, this is a key feature to making that work and
 3   allowing transactions to happen across multiple hops
 4   atomically.  And that is really important for banks and
 5   important for our network growth.
 6            The other thing it allows you to do as a
 7   building block is support topologies that our customers
 8   want and that's things like hub and spoke, things like
 9   I guess -- yeah, that was the one I wanted to point
10   out.  Maybe they can think of them, but we'll support
11   them with this building block or arbitrary building
12   block.  Anything else?
13            And the last one I'll talk about is xRapid.
14   So I mentioned the customer entry point, so how does a
15   customer get to xRapid liquidity?  And that's either
16   with xCurrent or xVia.  And what xRapid is doing is you
17   are depositing funds on the exchange here, Bitstamp in
18   this example.  And you're getting a quote for USD MXN.
19   And you say, "Oh, that's a very attractive quote.
20   That's, you know, below a spot or right at spot and I
21   want that delivered."  And so you instruct or you
22   accept that quote, xRapid will do the exchange of USD
23   to XRP, send XRP to Bitstamp to BITSO, instruct the
24   conversation of xRapid to MXN and BITSO delivers over
25   this bay network the MXN to the destination account.
0058
 1   And what's exciting for me about this picture is if you
 2   look at these two banks, they no longer have to have a
 3   Nostro-Vostro relationship.  So for exotic quarters I
 4   could see this being really attractive and that is very
 5   exciting.  I will acknowledge there's some things we
 6   need to work on to get there, some are technical, some
 7   are related to liquidity, some are related to
 8   regulation, but making this picture happen I think will
 9   be very impactful.
10            Maybe the last thing to mention is xRapid is
11   also a hosted product.  And so we now have two cloud
12   hosted products, xRapid, xVia.  And I want to take a
13   moment to acknowledge the teams to make that happen
14   because behind the scenes there, doing a Fintech-hosted
15   cloud solution requires a lot of work from InfoSec and
16   technical operations for it to be reliable, to be
17   secure, to give us a chance at not losing customer
```

18   funds.  And that's the stuff behind the scenes that is
19   so much work and is something not necessarily visible
20   to a lot of folks in the company and I want to thank
21   them for that work.  Yeah.
22          And that's it.  So there you go.  Those are
23   the building blocks we put together.  I think it's up
24   to a lot of people in the room for having one, arranged
25   that and our customers to describe the experiences they
0059
 1   want.  But I feel like those pieces will get us to
 2   RippleNet and excited to see what we make with them
 3   going forward.
 4          MR. GARLINGHOUSE:  Oh wait, this is Ron.
 5   Give the mic to Ron, sorry.  Yeah, I forgot him twice.
 6          MR. WILL:  Does that work?  Great.  Okay.  So
 7   I'm going to talk about company OKRs, big group.  So
 8   Brad mentioned a few things which I will start with by
 9   refuting.  Let's go here.  So, first question, are we
10   going to stop charging for our software?   ▓▓▓▓
11   ▓▓▓▓▓▓▓  cold call?  No, we are not.  That's what he
12   said.  I heard him.  We are not going to stop charging
13   for our software.  Second, don't tell anyone outside of
14   Ripple that the CFO said that bookings don't matter.
15   That is a big deal to me.  But actually I agree that
16   for where we are as a company, bookings actually are
17   much less important right now than they are for other
18   software and services companies.  So we've taken a very
19   fresh look at company targets and OKRs to reflect that
20   fact.  And you might say, why?  Why does that -- why
21   can't you just use bookings?  And the reality is as
22   we've just heard we're trying to build a network.  We
23   have network users, network members.  We're trying to
24   build up volume.  We're trying to make sure that
25   volume's robust so there's both a large number of
0060
 1   transactions to create liquidity.  There's a large
 2   dollar amount of transactions.  They're using XRP.
 3   They're using a lot of different currencies:  emerging
 4   markets currencies, other currencies.  And so what
 5   we've tried to do in 2018 is reflect a lot of that
 6   complexity and nuance in our OKRs.
 7          So I'll just walk through this quickly.
 8   We'll do it on this side.  So the first is production
 9   deal signed.  So obviously that's the sales team and
10   their efforts there.  We're going to have that broken
11   down by products.  The second is production deals
12   deployed so that's obviously the customer success team
13   that's going to be a key measure of success is actually
14   getting things live.  Third one is RippleNet
15   transaction volume.  So that is both the number of

16  transactions in dollar volume which is still going back
17  and forth on exactly what, but they're both very
18  important. Fourth is dollar volume of XRP through
19  xRapid, so obviously a key metric for us in 2018. And
20  then as far as the network, cumulative counterparty
21  pairs, so number of currency pairs that we're are going
22  to have live, so hopefully that will all make sense.
23  And then finally, XRP sales which is obviously another
24  important metric for us. So those are the OKRs for
25  2018 and obviously the overall OKRs is about driving
0061
 1  volume. We'll be really digging into these in the next
 2  couple of weeks. They'll be cascaded down to all the
 3  groups so we can evaluate, you know, what are the right
 4  metrics for each individual group, person. But that
 5  gives you a sense and if anyone has questions, we can
 6  handle it at the end.
 7          So to give you some rough sense of numbers,
 8  we're looking to sign somewhere around let's say 75
 9  deals in 2018. That is a lot. Transaction volume, we
10  should be thinking something like ▮▮▮▮▮▮▮ dollars of
11  transaction volume. Number of transactions, I don't
12  know something like a million sounds about right. But
13  you could tell, it's still a work in progress. And so
14  like I said any questions, please raise your hand at
15  the end. Great.
16          MR. GARLINGHOUSE: Right. I'm going to hand
17  this over to you. We're going to double mic this.
18          SANDY: Okay.
19          MR. GARLINGHOUSE: All right, I'll kick it
20  off. First of all, obviously great having everybody
21  here. One of my favorite parts of this whole thing is
22  recognizing people in this room. As I said before, I
23  think it's my unique privilege to get to, you know, get
24  out there and talk about what we're doing but it's
25  because of people in this room. This is a chance for
0062
 1  us to step back an really recognize people who are
 2  living and demonstrating and should be role models for
 3  our values. We probably don't spend as much time as I
 4  would like talking about our values, but we're going to
 5  through them real quickly and recognize some people who
 6  are well deserving.
 7          ▮▮▮▮▮▮ We're going to start with Live It and
 8  I'll have ▮▮▮▮▮ come up to share the first award.
 9  Here is Live It.
10          MR. GARLINGHOUSE: As ▮▮▮▮▮ is on his way
11  up, to me a word that I think a lot of our values in
12  Live It is this word passion. I would rather hire
13  somebody who's super passionate, but without a ton of

14    experience, than hire somebody who has a ton of
15    experience and is just low on that passion scale, but
16    we want people coming here who actually are living it
17    and we have great people to recognize for that.
18                         Let me tell you about someone
19    that is both passionate and experienced.  This person
20    gets the Live It LEGGO award and has done tireless work
21    on educating our customers, getting them integrated,
22    getting them going live, testing our new releases.  He
23    can at times be interesting in the way that he
24    describes things, but I think his heart is always in
25    the right place and his excitement and passion for
0063
1     Ripple is really unparalleled.
2                 I'll read a little blurb that someone wrote
3     in with his nomination saying, he's not flashy, but
4     calm and very strong technically.  He sorts out
5     roadblocks all the time in critical production
6     environments, the latest being Santander and Santander
7     Charter.  We simply don't have enough people like him.
8     So for the Live It, I wanted to present that to an
9     Ozzie named                (Applause.)
10                        We have another Live It.  So for all
11    of these awards, we have two recipients because we have
12    so many great people here, that we couldn't narrow it
13    done to one for each value.  So for the second Live It,
14    I'd love to bring       up.
15                     Thank you.  Hi, everyone.  I am
16    delighted to award our second Live It LEGGO award to an
17    individual who truly rocks it every single day.  She
18    approaches every moment with positivity, passion and
19    spirit.  She loves the thrill of what we're doing at
20    Ripple and really thrives in the chaos.  You will never
21    hear her say, "This is not my job."
22                MR. GARLINGHOUSE:  What chaos?  What are you
23    talking about?
24                        So much chaos.  You'll never hear her
25    say, "I don't have bandwidth," but you will hear her
0064
1     contagious laugh pretty much from far distances.
2     Everyone knows -- everyone who works with her is
3     completely inspired by her and has a lot of fun.  She's
4     the woman behind many strategic bets for Ripple
5     including well, the Central Bank Forum, Brad's recent
6     Kora session and many other things.  A huge congrats to
7                        come on up.  Thank you,
8     (Applause.)
9                        For those of you who receive awards,
10    we will be handing them out on Thursday.  So Enjoy It.
11    Do you want to say a couple of words about Enjoy It?

```
12              MR. GARLINGHOUSE:  So, Enjoy It, you know,
13    one of the reasons why we chose this as one of our core
14    values is you know early on 18 months ago, people felt
15    like wow the stress of uncertainty, like there's not a
16    roadmap we're executing.  And Ripple is like no other
17    company I've ever seen.  And we have to kind of embrace
18    the journey and enjoy the experience.  And frankly, you
19    know, enjoy each other.  We certainly try to subscribe
20    to the no assholes rule and I think we've done a great
21    job on that, but we want to continue to enjoy the
22    journey and I will turn it over to you, Sandy.
23              And      will come up to help share
24    the first Enjoy It.
25              All right.  I'm here to present the
0065
 1    Enjoy It Award to a gentleman who is not really going
 2    to enjoy a lot of public recognition.  But it's great
 3    for me to be here presenting this today in front of
 4    everybody.  This is a lot of hard work.  You guys have
 5    seen that we're about a 194 employees.  You have not
 6    seen that that is about 30 accepted offers this quarter
 7    which is over 100 on-site interviews which gave us
 8    about a three to one onsite to hire ratio.  That was
 9    over 1,000 phone interviews to get to those points.
10    And the reason I have all this handy data isn't because
11    I looked it up, it's because of           Now,
12    is getting the Enjoy It Award.  Unlike the rest of the
13    recruiting team, you can find      at his desk quietly
14    working hard.  You guys do not know about all of the
15    cancellations, phone interviews.  You don't know about
16    the dog that ate somebody's car fop because      sits
17    at his desk and gets through it and gets interviews
18    moving seamlessly, so thank you very much,
19    (Applause.)
20              Asheesh.
21              MR. BIRLA:  All right, for this position I
22    was given a ton of shit because this position was open
23    for 180 days.  I won't name names, but that's because I
24    was looking for the perfect employee, someone that can
25    execute, someone that's a strategic thinker, someone
0066
 1    that's Canadian.       .  (Applause.)
 2              All right, let's Get it Done.
 3              MR. GARLINGHOUSE:  Yeah, Get It Done.  Yeah,
 4    for me this is about just recognize it's all about
 5    execution.  One of the things the leadership team likes
 6    to make fun of me for -- it's a long list, but one of
 7    the things they like to make fun of me for is to not
 8    confuse activity with progress, activity -- progress is
 9    actually putting points on the board.  People who are
```

```
10    Get It Done are about progress and I'll turn it over to
11    ████████████. Come on up.
12              ████████████: Thank you, ████. So you
13    know of course we always want to hire the best people
14    here at Ripple. However, when this person joined us
15    about a year and a half ago, I don't think we could
16    have possibly imagined the contribution he's made to
17    the technical operations team since that time. In the
18    past year the tech ops team has delivered on about 75
19    different projects and initiatives. And in some part,
20    either small or large, this person has contributed to
21    almost every single one of those in the past year. His
22    impact has been felt across the entirety of the tech
23    ops IT and engineering departments. And in fact, for
24    those of you who don't obsessively check the price of
25    XRP like the ops team does during the meeting, we've
0067
1     been up a lot just in the past hour or two. And this
2     has driven a tremendous amount of traffic to XRP charts
3     and a lot of our web properties. And we've been busy
4     in the back of the room responding to that. And in
5     fact, that's exactly what ████████ has been doing for
6     the past then our while you've been meeting.
7              So I'd like to say that ████████ gets it
8     done. ████ gets it done. (Applause.)
9              ████████ Nice. Thank you. Took too long.
10             MALE VOICE: So this award goes to someone in
11    the product marketing team. Instead of saying -- I
12    have enough good things to say about him, but instead
13    of saying it myself, I'm going to read a quote from
14    someone from the sales team who's worked with this
15    individual. "I've had the pleasure of working with ████
16    for a while now and he's been an invaluable resource
17    when it comes to developing and pitching relevant
18    marketing collateral. He has extensive industry
19    experience in banking, a deep understanding of the pain
20    points and challenges bank currently face and is able
21    to communicate all things Ripple in a very clear,
22    eloquent and meaningful way. He's a great listener and
23    is open to incorporating new feedback into collateral
24    material to make it even more impactful for sales
25    prospects and clients. He has been an instrumental
0068
1     part of the ever growing product marketing power house
2     and has worked hard to develop a great deal of material
3     and collateral that helps the sales team perform more
4     effectively. No matter how big the task or how soon
5     the deadline, ████ always seems to find a way to not
6     only get it done, but also do so with strong attention
7     to quality and detail. I believe ████ epitomizes the
```

```
 8   get it done attitude and is deserving of this award."
 9   Well said.  (Applause.)
10                    Go for it.
11           MR. GARLINGHOUSE:  So, Go For It.  You know,
12   I do think we have a massive mission.  We talk about
13   the internet of value.  It's kind of crazy when you
14   really think about what we're trying to do.  Don't
15   think about it too long, but I want to make sure we
16   keep taking risks.  You know, part of our job is not to
17   take dumb risks, but we need to keep taking risk.  And
18   part of going for it is really thinking big and going
19   big and we've got a bunch of people doing that so back
20   to    (inaudible).
21                    Right.  This is a fun one.  Go For It.
22   This person has been on the recruiting team for over
23   two years now.  Not currently in her same capacity as
24   we hired her in.  We hired                    We hired
25        over two years ago as a recruiting coordinator.
0069
 1   She has had the mission to go forward as a recruiter
 2   and has stepped up this quarter to hire how many
 3   people?
 4                    On my way to nine.
 5                    Which is her recruiting goal and has
 6   earned her a home cooked dinner from me which was our
 7   bet.
 8                    I already made my goal, thank
 9   you.
10                    Go For It. (Applause.)
11                    And including interns it's actually
12   11 so she's leading the charge.  All right.
13           MR. GARLINGHOUSE:  Where's Miguel?
14           MR. VIAS:  Hey guys.  So you know, xRapid,
15   talking about Go For It, at the beginning of the year
16   was just a gleam in our eye.  And it was a project
17   which we all were incredibly excited about, but
18   certainly was risky especially when we thought about
19   folks like Western Union and MoneyGram possibly using
20   it given its newness.  And we've come a long way with
21   that product and that adoption and we would not have
22   been able to do that without Vijay Chetty.  (Applause.)
23                    All right, we're going to bring it
24   home with Own It.
25           MR. GARLINGHOUSE:  So Own It to me is you
0070
 1   know this idea that you know our customers don't always
 2   sleep when we want them to be asleep and it's really
 3   owning, it's you know, start to finish.  The idea
 4   there's no such thing as someone else's problem.  I'll
 5   leave it at that, but we've got two great people to
```

```
 6  recognize here.
 7              So we should have      on the phone
 8  hopefully.
 9              MR. GARLINGHOUSE:  Do we have      on the
10  phone?
11                  Yes, can you hear me?
12              MR. GARLINGHOUSE:  Oh there he is.  Boom.
13              Go for it.
14                  Hey, I exist, okay.  Well, this
15  gentleman did a tremendous job.  Joined the company in
16  March this year and really had settled in as someone
17  that gets things done, is highly regarded by both
18  customers and all people within Ripple.  I've got a
19  great quote here I just want to call out.
20          "We've seen this chap grow spectacularly
21  since he joined.  He is now a key resource for all
22  projects and he's good at almost everything.  He's very
23  well organized, great knowledge, knows how to deal with
24  clients and do so in a very professional manner.  He's
25  good and he goes beyond the (inaudible) role and does
0071
 1  much more than what is expected.  The clients love him
 2  and his opinion is very well respected by all."  So
 3  this is a tremendous achievement and the Own It Award
 4  from me goes to           well done.  (Applause.)
 5              All right.  I'll ask      to come
 6  up, bring us home.
 7                  You know, two people from
 8  customer success with really new pictures.  So this
 9  person is calm, dedicated.  He's been here longer than
10  I have.  And he really brings -- in a world of customer
11  success where things are flying around, he is quietly
12  excited about where Ripple is going and he shows it to
13  his customers, he shows it to where it's going.  He is
14      teammate,    (Applause.)
15              MR. GARLINGHOUSE:  All right.  We are almost
16  home.  We have a concluding awesomeness of a video.
17  Before we kick off the video, a reminder that we have
18  the soccer match this afternoon.  I'm not going to tell
19  you which sides to pick.  What time does the bus leave?
20  3:15 in the lobby.  I'm channeling -- anyway that'll be
21  good fun.  Also, as a reminder, the holiday party is
22  tomorrow night.  I Tweeted something out yesterday.  If
23  you didn't see it, it said "No one got promoted for
24  behavior at the holiday party."  Just remember that.
25  Have fun tomorrow night.  Just remember that.  That's
0072
 1  all I'll say about that.
 2          Last, but not least, I want to thank three
 3  people for this video you're going to see.  One is
```

```
 4            where are you?  Great stuff.  I did sneak
 5  a peek at it and it's awesome.  Also to      thank
 6  you very much for your leadership on this.  The third
 7  person doesn't know they're going to be recognized.
 8  They have a starring role in this video.  Antoinette,
 9  you are awesome.  And we are so glad to have you.  And
10  I hope that made you nervous wherever you are.
11            All right, with that, let's role the video.
12  More volume.
13            (Video begins.)
14            MR. GARLINGHOUSE:  One of the reasons the end
15  of the year is my favorite time of year is because it's
16  an opportunity to reflect on everything that's happened
17  over the course of it.  We're on track potentially to
18  pass a billion dollars of real volume transiting
19  Ripple's (inaudible).  That is awesome.  And as you
20  reflect back on where we were two years ago, it's far
21  beyond where I think anyone thought we were going to be
22  and certainly as I look around the marketplace, far
23  ahead of (inaudible).
24            Certainly, I think one of the most
25  transformative things that happened in 2017, really
0073
 1  getting crisp around our product, being clear about
 2  xCurrent, xRapid and xVia, understanding use case,
 3  understanding the customer, really building momentum
 4  across all of this.  And of course any reflection of
 5  what 2017 was for Ripple would be incomplete without
 6  acknowledging the transformative year it's been in the
 7  Crypto markets.
 8            Seeing XRP go from fractions of a penny to
 9  today around .25 has been transformative for the
10  company.  It's been transformative for the industry.
11  And it really is because XRP is the heart of what we're
12  doing.  Of course, it's also awesome to see we now are
13  closing in on 200 employees.  And the end of the year
14  it really is about giving thanks to all of you and the
15  impact you have had on growing Ripple to what it is
16  today.
17            We have a huge opportunity in front of and
18  it's with all of you that I am optimistic we're going
19  to continue to be on the journey (inaudible).
20                  Hello, everyone.  This is      and
21  I'm holding out at our Luxembourg office.  In 2017 I'm
22  happy that I could contribute to make ILP more secure
23  and more reliable and for 2018 I'm looking forward to
24  keep doing that.
25            IN UNISON:  (Speaking foreign language.)
0074
 1            MALE SPEAKER:  This year (inaudible) has the
```

2  main transaction here in Japan (inaudible).  Next year
3  we are making more acquisition.  Thank you.
4           MALE SPEAKER:  My proudest moment in 2017 is
5  the increase in volume we saw from Q2 all the way to
6  Q4.  So at the end of Q2, we had one payment for a
7  total of $8.75.  Halfway through Q4, we have over $630
8  million dollars of volume.  That's around an 800,000
9  percent increase which is roughly equal to the increase
10 of value we've seen in XRP.
11          MALE SPEAKER:  We kind of moved that dirty
12 word of Acta into a good word.  So now people are
13 familiar with, hey let's reset my Acta password instead
14 of Google or (inaudible).
15          FEMALE SPEAKER:  I would say our proudest
16 moment, at least for BSA compliance, kind of the super
17 bowl for us is our annual audit, our independent review
18 that we get every summer and we passed with flying
19 colors yet again.
20          MALE SPEAKER:  So my proudest moment on the
21 xVia team in 2017 was when we signed our very first
22 xVia customer.  We've taken this from an idea to a real
23 product with real infrastructure and real customers in
24 less than a year.
25          MALE SPEAKER:  Getting Sian Bank live real
0075
1  live payments from Japan into Sian Bank, I think we've
2  been waiting a long time for this and to see our
3  product and vision come to life, I thought that was
4  super awesome.  And in following that up a couple
5  months later with using xRapid to our first flows,
6  payment flows through xRapid was CUALLIX from Mexico,
7  again something we've been working on and thinking
8  about for three years now and seeing that come to
9  fruition real quick, that was super exciting.
10          FEMALE SPEAKER:  We made our hiring goal.
11 We're super pumped so we decided to do as big fancy
12 steak dinner.   I don't remember most of what happened
13 after we had our Martinis, but we did a great job.  I
14 know that.
15          FEMALE SPEAKER:  Sitting around a Chinese
16 restaurant with the rest of the marketing team, we
17 pulled out a party hat, creating Swell from a party hat
18 to what it became today was rewarding (inaudible) 2017
19 and rewarding (inaudible).
20          MALE SPEAKER:  Funniest Ripple moment in 2017
21 was the person, we won't name names, who went to a
22 presentation at Lyft with a slide deck with Uber's logo
23 prominently presented on it.
24          MR. GARLINGHOUSE:  A leadership off-site
25 where a couple of the members of the leadership team.

0076
1            MALE SPEAKER:         Antoinette and Patrick
2    decided that it wasn't time to end the evening, so they
3    took matters into their own hands.
4            MR. GARLINGHOUSE:  Maybe got to know a park
5    ranger better than maybe they wanted.  I'll leave it at
6    that.
7            MALE SPEAKER:  I've never been part of a
8    group where I've been threatened that a park ranger
9    would come and deal with it if we didn't get our act
10   together.
11           FEMALE SPEAKER:  So much fun this year riding
12   rollercoasters in Copenhagen.
13           MALE SPEAKER:  I'm on my flight home
14   completely beat from flying and being, you know, in
15   Asia.  Two hours, you know, into a 10 hour journey and
16   someone pukes on me.  And at the time it wasn't funny,
17   but I find it sort of funny now.
18           MALE SPEAKER:  Molica and I went to an empty
19   desk in our section and wrote "Welcome George, new
20   product manager of xCurrent."  And as people started
21   trickling back, they started freaking out because
22           was like, "Who is this product manager?  I
23   didn't interview him."         was like, "Oh, this must
24   be a joke," but you could see in his face (inaudible)
25   being hired without asking him.
0077
1            FEMALE SPEAKER:  (Singing) XRP, price is
2    rising.  Customers we're enticing.  A beautiful sight,
3    we're happy tonight, walking in a Ripple wonderland.
4    Volume high, value moving.  RippleNet, see it blooming.
5    A beautiful sight, we're happy tonight walking in a
6    Ripple wonderland. XVia, xCurrent, and xRapid,
7    Thailand, India and Mexico bringing banks and everyone
8    together the internet of value brings the dough.
9    Sending money with no friction, we can do this, that's
10   our vision.  A beautiful sight, we're happy tonight
11   walking in a Ripple wonderland, walking in a Ripple
12   wonderland.
13           FEMALE SPEAKER:  Thank you XRP team for a
14   great year.
15           MALE SPEAKER:  Here's looking to 2018.
16           FEMALE SPEAKER:  Thank you so much.
17           MALE SPEAKER:  Thank you to the whole team.
18   It's been a blast working here.
19           MALE SPEAKER:  Really excited to see what the
20   team has to bring in 2018 so happy new year.
21           FEMALE SPEAKER:  Thanks, team.  Woohoo.
22           FEMALE SPEAKER:  Thank you, everybody on
23   compliance.  Thank you to Ripple.  A big thank you to

```
24    Antoinette for being our fearless leader.
25              MALE SPEAKER:  Thank you to leadership.  You
0078
 1    guys are pushing us towards the right direction.
 2              MALE SPEAKER:  Thanks, everybody, for a
 3    fantastic year.
 4              MR. GARLINGHOUSE:  Happy holidays to
 5    everyone. We're thrilled you're on team Ripple.
 6              (Video ends.)
 7              (End of video file.)
 8                      * * * * *
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0079
 1              TRANSCRIBER CERTIFICATE
 2
 3    I, Suchi Kumar, hereby certify that the foregoing
 4    transcript is a complete, true and accurate
 5    transcription of all matters contained on the recorded
 6    proceedings in the matter of:
 7    RPLI_SEC 1100507_HIGHLY CONFIDENTIAL.
 8
 9
10
11    Transcriber
12
13
14
15
16
17
18
19
20
21
```

22
23
24
25