# PX 426

Message

**From:** Monica Long [████@ripple.com]
**Sent:** 6/3/2020 5:23:16 PM
**To:** Breanne Madigan [████@ripple.com]
**CC:** Ron Will [████@ripple.com]; [████@ripple.com]
**Subject:** Re: Follow-up - XRP Markets Strategy Meeting

Hi Breanne,

My main takeaway from last week's meeting was Brad wants us to get to the heart of why XRP is underperforming, and with that clarity (or as much as we can achieve), develop a strategy to address it from both the supply side and the demand side.

What do you think of packaging it as the problem / solution? Could be within the slides you have?

As part of the solution, happy to update on the index fund. ██ is program managing for us so he'd be a great go-to for regular updates. Or I can fill it in.

Thanks,
Monica


On Wed, Jun 3, 2020 at 12:56 PM Breanne Madigan <████@ripple.com> wrote:

Hi Monica,

I wanted to touch base after last Friday's meeting and share some of our efforts to address Brad's recent comments.

1.) Adjusted framework for the weekly deck so that it incorporates a more XRP-centric update. Few quick points to highlight:

- You'll notice a higher focus on sentiment, and our proactive plans related to them (placeholder slide 11) - look forward to your feedback there.
- I've also instituted a weekly Wed mtg with some members of markets/comms/marketing teams, to get ahead each week, aligning on key issues & document action plans in time for the Friday mtg -- re: what is trending and what we are doing about it - i.e. if positive, let's amplify; if negative, let's combat more aggressively, etc

2.) Update on some of our ongoing work, particularly on the utility / demand side. This deck brings together some of the initiatives we are currently working on, as well as a status update.

- Per your request, would be happy to incorporate here some of the work that you and ██ are doing - I think the section beginning on slide 7 is the right place. Please let me know whom is best to coordinate with there, so that we are presenting the correct information as you see it.
- You'll see we also included a section called 'Awareness' - this is where we have the most overlap between our teams of course. Please let me know how you want to position this / any suggested edits, etc - very open to feedback!

Look forward to your insights. Goal is to share this with Brad by EOD tmrw so if you wouldn't mind scanning today / early tmrw, we would really appreciate it.

CONFIDENTIAL
RPLI_SEC 0770535

Excited to work with you on this!

All my best,
B
--
Breanne Madigan
VP, Head of Global Institutional Markets
██████@ripple.com

CONFIDENTIAL
RPLI_SEC 0770536