# PX 428

| | |
|---|---|
| **Message** | |
| **From:** | Breanne Madigan (Google Slides) [comments-noreply@docs.google.com] |
| **on behalf of** | Breanne Madigan (Google Slides) <comments-noreply@docs.google.com> [comments-noreply@docs.google.com] |
| **Sent:** | 7/8/2019 11:45:10 PM |
| **To:** | ▮▮▮▮▮@ripple.com |
| **Subject:** | Institutional Markets Board Slides |

Breanne Madigan added comments to Institutional Markets Board Slides

Institutional Markets Board Slides

New

8 comments

## Comments

### Performance

**Breanne Madigan** New

this one may get some pushback. i am not sure how much of a focus brad will want on the underperformance of his asset for this audience. but it certainly does a good job of illustrating this point! let's leave it in and ask ▮▮▮ her view re what he will want to see. have we also coordinated with ▮▮▮ and team? i think they were going to pull a few slides together as well so let's coordinate, thanks!

ReplyOpen

**Breanne Madigan** New

small nit but the prior slide says rolling 30-day and this says 30day rolling; tried to update but it's an image i think. thanks!

ReplyOpen

**Breanne Madigan** New

hey can you increase font on the legends/titles, etc - cant read it and inconsistent with subsequent slides
+▮▮▮@ripple.com

ReplyOpen

The relationship between XRP performance and sales percentage remains noisy, but the further divergence of reported volume from reliable volume suggests that we either recalibrate more frequently or change benchmarks to something that more closely approximates reliable volume

**Breanne Madigan** New

yes, ▮▮▮ - i agree with ▮▮▮ that you need to be a lawyer LOL - this sentence. ▮▮▮@ripple.com

ReplyOpen

CONFIDENTIAL
RPLI_SEC 0464643

47


**Breanne Madigan** New

we should draw a circle around the one we chose (CC)

ReplyOpen

The industry is rapidly evolving around exchange rating and legitimacy; nevertheless, we do not see an ideal option available today - we expect additional clarity by year-end


**Breanne Madigan** New

let's change the second half of this now that we are moving ahead with 

ReplyOpen

While there is no single ideal option that stands out, we have presented multiple vetted options for our sales benchmark, although each option has a significant challenge to be managed


**Breanne Madigan** New

ditto with this - make the summary about why we chose CC

ReplyOpen

Q2 Markets Report Prep - will coordinate with Marketing and Comms Teams to prepare; call scheduled for Monday, July 2.


**Breanne Madigan** New

Board does not need this bullet. pls delete - think about audience here + @ripple.com + @ripple.com

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.



CONFIDENTIAL                                                                                                                           RPLI_SEC 0464644