**PX 432**

Message

| | |
|---|---|
| **From:** | Breanne Madigan ███ @ripple.com] |
| **on behalf of** | Breanne Madigan ███ @ripple.com> ███ @ripple.com] |
| **Sent:** | 7/6/2019 2:40:35 PM |
| **To:** | Dinuka Samarasinghe [Dinuka Samarasinghe <███ @ripple.com>] |
| **Subject:** | Re: draft re ███ ontract |

This looks great. Edits below. Did on my mobile so I marked some edits with asterisks and caps so that changes are easy to find.
Thanks so much, D

Breanne Madigan
Global Institutional Markets
███ @ripple.com

On Jul 3, 2019 at 5:40 PM, <Dinuka Samarasinghe> wrote:

Dear ███

Thank you for speaking with our team late last week regarding the ███ contract to purchase XRP. Given that ███ is a large stakeholder in Ripple equity and an XRP holder, we believe our interests to be aligned in wanting to renegotiate this contract.

The Institutional Markets team is very concerned about the structure of the contract with ███ given that it allows for roughly ███ XRP supply to enter the market, with nearly ███ in potential supply remaining.

• ███ purchases through this deal began in earnest on 12/4/18 with a purchase of ███ worth of ███ XRP.

• At the time, XRP's market capitalization of circulating supply was $2.79B higher than that of ETH's.

• XRP's current market cap of circulating supply is -$14.4B that of ETH, despite a correlation of 81.7% during this time.

• This indicates that despite moving nearly in lock step, XRP lost -$17.2B in relative market cap to ETH.

• While there has been plenty of other XRP sellers during this time, a back of the envelope estimate is that ███ has been roughly 20% of the XRP selling during this time, and their sales corresponds to a loss of -$3.4B in relative market cap.

• For this -$3.4B loss in relative market cap, ███ has only captured about ███ in value from the ███ XRP monetized.

• Ripple has gained ███ in revenue from these ███ OTC sales.

• The impact on market cap of circulating supply and Ripple's XRP holdings has been dramatically higher THAN the value captured through this ███ deal

CONFIDENTIAL

• Further NEGATIVE impact to XRP performance can lead to a drop in support and liquidity for XRP

While we understand that ▓ has a close relationship with Ripple, and given ▓▓▓▓ relationship with Chris Larsen, we should handle this delicately.  However, we believe that we can preserve ▓ monetary reward of this deal, reduce the impact of additional XRP supply, and act in all of Ripple shareholders' ** (apostrophe at end) best interest.  We could very simply give ▓ the remainder of the expected $ ▓ value remaining in the contract in XRP, subject to sales restrictions, (**remove this part: with the new lower basis using Crypto Compare Top Tier volumes.)  In order to help them source XRP for demand on the ▓ exchange, we can provide (and pay) market makers to provide liquidity on that venue.

Please let us know your thoughts as we formulate a mutually beneficial path forward.

Thank you.


--
Dinuka Samarasinghe
XRP Markets
▓▓▓▓▓▓