PX 433

**From:** ▮
**Sent:** Wednesday, March 28, 2018 4:37 PM
**To:** Monica Long
**Cc:** ▮ Brad Garlinghouse
**Subject:** Re: interview for a story?

Great, thanks Monica. We'll send this along and keep you all posted on any further response from Bloomberg.

On Wed, Mar 28, 2018 at 7:19 PM, Monica Long <▮@ripple.com> wrote:

> All sounds good by me. Thank you for managing this.
>
> On Wed, Mar 28, 2018 at 5:41 PM ▮
> ▮ wrote:
>
>> Update and change of plan. Brad spoke with ▮ They have not been
>> contacted by ▮ as far as he knows and would tell them that
>> the info of offering payment is not true.
>>
>> The plan is to be more aggressive (per Brad) and go on record with
>> ▮ stating simply the following:* "The information you have is
>> inaccurate." *- Ripple Spokesperson
>>
>> Let us know if questions. ▮ is going to shoot an email to Lily in
>> the next couple of hours so please let us know if flags/concerns.
>>
>> Thanks,
>> ▮
>>
>> On Wed, Mar 28, 2018 at 2:19 PM, ▮
>> ▮ wrote:
>>
>>> Also - Brad reached out to ▮ to talk with him and let him know
>>> we are doing what we can to mitigate this story. For relationship sake.
>>>
>>> On Wed, Mar 28, 2018 at 2:16 PM, ▮
>>> ▮ wrote:
>>>
>>>> Jumping in and tying all convos together. Brad and I just spoke
>>>> again and then I spoke with ▮ The information that ▮ has
>>>> is not accurate. If we feel super confident that is the case at
>>>> least with Gemini, I propose we do the following as next steps to
>>>> ensure we've done what we can to balance this piece:
>>>>
>>>> -Still no comment from us on the record (have never commented on
>>>> specific discussions with exchanges and still will not) -On
>>>> background - ▮ tells Lily that the info she has on Gemini is
>>>> inaccurate and if she publishes it, it is incorrect. Won't provide
>>>> further detail on that.
>>>> -Also on background - VERY hypothetically - a "loan" to an exchange
>>>> is very different than offering payment. A loan is to mitigate risk

1

CONFIDENTIAL                                                                                                    RPLI_SEC 0393606

```
>>>> for unbalanced demand of the asset that will likely occur once
>>>> listed. Nobody wants the bitcoin cast disaster again.
>>>>
>>>> On a separate but similar note, [REDACTED] is calling former employees
>>>> fishing down somewhat the same path but referencing that we offered
>>>> incentive to [REDACTED] to use the product. Response to that if
>>>> he comes to us for comment is RippleNet Accelerator program that
>>>> we've been very public about.
>>>>
>>>> I think overall - this is normal and expected. Competitors are
>>>> clearly spreading FUD and continuing to come after us and they're
>>>> using [REDACTED] who run in the same circles to do it.
>>>>
>>>> Think we do what we can to influence the pieces but not let it
>>>> distract too much.
>>>>
>>>> Thoughts on next steps with [REDACTED]
>>>>
>>>> Thanks!
>>>> [REDACTED]
>>>>
>>>>
>>>> On Wed, Mar 28, 2018 at 1:38 PM, [REDACTED]
>>>> [REDACTED] wrote:
>>>>
>>>>> Would not disclose sources, but said they were confident in their
>>>>> reporting and it was more than just claims, so wouldn't be
>>>>> surprised if someone at an exchange provided an old email or the like.
>>>>>
>>>>> They wanted a response asap, editors didn't dictate a specific
>>>>> deadline but they're only waiting on our response at this point,
>>>>> so think anytime after we get back to them they could publish.
>>>>>
>>>>> Monica - let us know if you're also on board and once we have
>>>>> consensus we'll close the loop.
>>>>>
>>>>> Thanks,
>>>>> [REDACTED]
>>>>>
>>>>> On Wed, Mar 28, 2018 at 4:30 PM, [REDACTED]
>>>>> [REDACTED]
>>>>> wrote:
>>>>>
>>>>>> All on board with this strategy. Did they give any inclination of
>>>>>> how this got out to them? Do we think it was through Ripple or
>>>>>> through the exchanges?
>>>>>>
>>>>>> Any idea on timing of publication?
>>>>>>
>>>>>> On Wed, Mar 28, 2018 at 1:25 PM, [REDACTED]
>>>>>> [REDACTED] wrote:
>>>>>>
>>>>>>> Hi all,
>>>>>>>
>>>>>>> Connected live with [REDACTED] they'll be reporting that
```

2

>>>>>>> Ripple proactively offered $1M to Gemini to list XRP last year,
>>>>>>> and that Ripple offered Coinbase a loan of over $100M with the
>>>>>>> option to pay back in USD or XRP (timeline of this is unspecified).
>>>>>>>
>>>>>>> ▓▓▓▓ and I talked live with Brad, and all agree that this
>>>>>>> ultimately doesn't change anything from the earlier conversation
>>>>>>> they already had with Brad on background – conversations have
>>>>>>> been entertained when demands were made, but we've never paid.
>>>>>>> We don't think this warrants a response on record as responding
>>>>>>> will likely spin this into a bigger deal than it is.
>>>>>>>
>>>>>>> If we're all in alignment, we just have to get back to ▓▓▓▓
>>>>>>> ▓▓▓▓ and let them know either way, as they're holding the story
>>>>>>> for our potential statement.
>>>>>>>
>>>>>>> Let us know thoughts / questions.
>>>>>>>
>>>>>>> Thanks,
>>>>>>> ▓▓▓▓
>>>>>>>
>>>>>>> On Wed, Mar 28, 2018 at 2:18 PM, ▓▓▓▓
>>>>>>> ▓▓▓▓ wrote:
>>>>>>>
>>>>>>>> Thanks, ▓▓ Just curious who at Bloomberg is doing the pushing.
>>>>>>>> Is it Matt?
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>> On Mar 28, 2018, at 11:07 AM, ▓▓▓▓
>>>>>>>> ▓▓▓▓ wrote:
>>>>>>>>
>>>>>>>> Hi all - wanted to flag that ▓▓▓▓ is following up and
>>>>>>>> pushing hard to get another call with Brad today. They're being
>>>>>>>> incredibly resistant to share what they want to discuss, so
>>>>>>>> we're pushing back given they already had 30 minutes of Brad's
>>>>>>>> time – and they're consistently trying to make these calls
>>>>>>>> happen at the drop of a dime. Don't think we provide Brad or
>>>>>>>> any spokesperson until they give us more details, and then we can consider if we want to provide any official
statement.
>>>>>>>>
>>>>>>>> We're continuing to push and dig for the details, but wanted to
>>>>>>>> flag in case they try to come at you from other directions.
>>>>>>>>
>>>>>>>> Thanks,
>>>>>>>> ▓▓▓▓
>>>>>>>>
>>>>>>>> On Thu, Mar 22, 2018 at 6:41 PM, ▓▓▓▓
>>>>>>>> ▓▓▓▓ wrote:
>>>>>>>>
>>>>>>>>> Agreed. If ▓▓ is willing to go on background, we can work
>>>>>>>>> with ▓▓ to get a few minutes on your cal tomorrow.
>>>>>>>>>
>>>>>>>>> Stay tuned.
>>>>>>>>>

3

```
>>>>>>>>> Thanks!
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Thu, Mar 22, 2018 at 2:36 PM, Brad Garlinghouse <
>>>>>>>>> ▆▆▆▆▆▆▆▆> wrote:
>>>>>>>>>
>>>>>>>>>> also - I think that we can turn the tables here.
>>>>>>>>>>
>>>>>>>>>> There are exchanges that have made demands to list XRP (as
>>>>>>>>>> they are with ICO's now) - but no payments have happened.
>>>>>>>>>> Thus the story isn't about what Ripple has done - but rather what exchanges are demanding.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On Thu, Mar 22, 2018 at 2:20 PM ▆▆▆▆▆▆▆▆
>>>>>>>>>> ▆▆▆▆▆▆▆▆▆▆▆▆▆ wrote:
>>>>>>>>>>
>>>>>>>>>>> I like that! Thanks, ▆▆
>>>>>>>>>>>
>>>>>>>>>>> On Thu, Mar 22, 2018 at 2:13 PM, ▆▆▆▆▆▆▆
>>>>>>>>>>> ▆▆▆▆▆▆▆▆▆▆▆▆▆ wrote:
>>>>>>>>>>>
>>>>>>>>>>>> Agreed. I think we can follow-up with ▆▆ and say if he
>>>>>>>>>>>> can give us who they've been talking to, we might be able
>>>>>>>>>>>> to get him Brad on background before he leaves tomorrow (as a carrot to get him to share).
>>>>>>>>>>>> Then we would hopefully have a bit more insight into what
>>>>>>>>>>>> we're supposed to be responding to before getting on the line.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> On Thu, Mar 22, 2018 at 5:02 PM, ▆▆▆▆▆▆▆▆ <
>>>>>>>>>>>> ▆▆▆▆▆▆▆▆▆▆▆▆▆ wrote:
>>>>>>>>>>>>
>>>>>>>>>>>>> Thanks, ▆▆ Just spoke with Brad. No truth to this. Maybe
>>>>>>>>>>>>> this was a conversation 2 years ago but it's not true (no
>>>>>>>>>>>>> payments have happened). We wouldn't specifically address the below on record.
>>>>>>>>>>>>>
>>>>>>>>>>>>> So, I think we have three options:
>>>>>>>>>>>>>
>>>>>>>>>>>>> 1. Put Brad on the phone on background (given ▆▆ is
>>>>>>>>>>>>> out and ▆▆ isn't up to speed enough) to try and
>>>>>>>>>>>>> influence the piece. On background, we could obviously
>>>>>>>>>>>>> make the case that Coinbase is losing customers by not
>>>>>>>>>>>>> listing XRP. Why would we ever need to pay them to list it?
>>>>>>>>>>>>>
>>>>>>>>>>>>> 2. No executive and just send an on the record statement.
>>>>>>>>>>>>>
>>>>>>>>>>>>> 3. Do both. Put Brad on background (if ▆▆ will take him
>>>>>>>>>>>>> on
>>>>>>>>>>>>> background) and send an on the record statement.
>>>>>>>>>>>>>
>>>>>>>>>>>>> My gut is - I think we do option 3. Try to influence the
>>>>>>>>>>>>> piece early on and provide an on the record statement that
>>>>>>>>>>>>> doesn't directly address any one specific exchange.
>>>>>>>>>>>>>
>>>>>>>>>>>>> We can also hold on doing anything to see if they come
>>>>>>>>>>>>> back to us and let us know who they've been talking to.
```

4

```
>>>>>>>>>>>>>
>>>>>>>>>>>>> Thoughts?
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Thu, Mar 22, 2018 at 1:29 PM,
>>>>>>>>>>>>>                                          wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> Hi Brad and Monica,
>>>>>>>>>>>>>
>>>>>>>>>>>>> Just got off the phone with      and it's another tough
>>>>>>>>>>>>> piece coming our way. The gist is they're working on a
>>>>>>>>>>>>> story that implies Ripple is paying for XRP to be listed
>>>>>>>>>>>>> on the major US exchanges and pump the price. He said
>>>>>>>>>>>>> several of exchanges have claimed Ripple offered them money to get XRP listed.
>>>>>>>>>>>>>
>>>>>>>>>>>>> I pushed to get names of which exchanges, or further
>>>>>>>>>>>>> details on what he meant by "offered money," and he said
>>>>>>>>>>>>> he'd get back to me on whether they'll share, but characterized the sources as the biggest ones.
>>>>>>>>>>>>> Seems safe to assume Coinbase is part of the group.
>>>>>>>>>>>>>
>>>>>>>>>>>>> To get an idea of the direction / tone of the piece, he
>>>>>>>>>>>>> shared that he's thinking about how XRP shot up around
>>>>>>>>>>>>> the time that Coinbase rumors were circulating, and he
>>>>>>>>>>>>> pointed to this recent Business Insider story
>>>>>>>>>>>>> <http://www.businessinsider.com/cryptocurrency-exchanges-
>>>>>>>>>>>>> listing-tokens-cost-fees-ico-2018-3>
>>>>>>>>>>>>> on how much exchanges are charging for ICOs to be listed
>>>>>>>>>>>>> as a similar sounding practice.
>>>>>>>>>>>>>
>>>>>>>>>>>>> He confirmed that this isn't a broader piece on the
>>>>>>>>>>>>> industry doing this, but specifically focused on Ripple.
>>>>>>>>>>>>>
>>>>>>>>>>>>> In terms of timing, there isn't yet a hard deadline, but
>>>>>>>>>>>>> he will be OOO starting next week, so we would need to
>>>>>>>>>>>>> work with his colleagues for further engagement during that time.
>>>>>>>>>>>>>
>>>>>>>>>>>>> Think we need to determine if there's any truth to what
>>>>>>>>>>>>> he's hearing and develop our next steps / strategy from there.
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Thu, Mar 22, 2018 at 4:16 PM,
>>>>>>>>>>>>>                                          wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> Ok - thanks, BG. Let's see what     comes back with once
>>>>>>>>>>>>> she speaks to them and go from there.
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Thu, Mar 22, 2018 at 1:11 PM, Brad Garlinghouse <
>>>>>>>>>>>>>                            wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> I don't have any information on this.
>>>>>>>>>>>>>
>>>>>>>>>>>>>         is still on paternity - no need to involve him.
>>>>>>>>>>>>>
```

5

>>>>>>>>>>>>>>>>>> I am guessing that they are fishing on the topic of
>>>>>>>>>>>>>>>>>> coinbase.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Any statement would be consistent with what I have said
>>>>>>>>>>>>>>>>>> publicly on this previously: (roughly) XRP is listed
>>>>>>>>>>>>>>>>>> on over 60 exchanges globally - with trading volume
>>>>>>>>>>>>>>>>>> that averages XX per day in Q1 (a X000% increase over a
>>>>>>>>>>>>>>>>>> year ago) It's very clear that fiat / XRP (including
>>>>>>>>>>>>>>>>>> USD /
>>>>>>>>>>>>>>>>>> XRP) trading is very important to our success and we
>>>>>>>>>>>>>>>>>> will continue to champion making sure XRP has robust liquidity globally.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> On Thu, Mar 22, 2018 at 12:55 PM, ▮
>>>>>>>>>>>>>>>>>> ▮ wrote:
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Brad/Monica -
>>>>>>>>>>>>>>>>>>> Please see below from ▮ is following up
>>>>>>>>>>>>>>>>>>> now to try to see what is prompting this. Anything you
>>>>>>>>>>>>>>>>>>> can think of? Could it be related to ▮ ?
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Reaching out to the two of you first as I'm not sure
>>>>>>>>>>>>>>>>>>> if this is a Miguel or ▮ thing.
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Any intel would be great. Happy to talk through once
>>>>>>>>>>>>>>>>>>> ▮ gets more detail but wanted to flag asap.
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>> ▮
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>>>>>>>>>>>> From: ▮
>>>>>>>>>>>>>>>>>>> ▮
>>>>>>>>>>>>>>>>>>> Date: Thu, Mar 22, 2018 at 3:21 PM
>>>>>>>>>>>>>>>>>>> Subject: interview for a story?
>>>>>>>>>>>>>>>>>>> To: ▮
>>>>>>>>>>>>>>>>>>> amassa12@bloomberg.net
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Hi ▮
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> My colleagues ▮ and I are working
>>>>>>>>>>>>>>>>>>> on a story about how Ripple is trying to get XRP
>>>>>>>>>>>>>>>>>>> listed on US exchanges. Does someone from the company
>>>>>>>>>>>>>>>>>>> have time to talk to us tomorrow? We can't do
>>>>>>>>>>>>>>>>>>> 11-12:30 pm ET but other times work.
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> ▮
>>>>>>>>>>>>>>>>>>> ▮
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>

6



CONFIDENTIAL                                                                                     RPLI_SEC 0393612

>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> --
>>>>>>>>>> ▮
>>>>>>>>>> ▮
>>>>>>>>>> ▮
>>>>>>>>>> ▮
>>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> --
>>>>>>>>> ▮
>>>>>>>>> ▮
>>>>>>>>> ▮
>>>>>>>>> ▮
>>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> ▮
>>>>>>>> ▮
>>>>>>>> ▮
>>>>>>>> ▮
>>>>>>>> ▮
>>>>>>>> ▮
>>>>>>>> ▮
>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>> ▮
>>>>>>>
>>>>>>
>>>>>>
>>>>>> ▮
>>>>>> ▮
>>>>>> Director of Corporate Communications | Ripple
>>>>>> [image: Inline image 1]
>>>>>>
>>>>>
>>>>>
>>>>> ▮
>>>>> ▮
>>>>> ▮
>>>>> ▮
>>>>> ▮
>>>>> ▮
>>>>> ▮

8

```
>>>>>
>>>>>
>>>>>
>>>>
>>>>
>>>> █████████████████
>>>> █████████████████
>>>> █████████████████
>>>> █████████████████
>>>> █████████████████
>>>
>>>
>>>
>>> █████████████████
>>> █████████████████
>>> █████████████████
>>> █████████████████
>>> █████████████████
>>
>>
>>
>> █████████████████
>> █████████████████
>> █████████████████
>> █████████████████
>> █████████████████
> █████████████████
>
```



CONFIDENTIAL                                                                RPLI_SEC 0393614