PX 434

**From:** Brad Garlinghouse <███@ripple.com>
**To:** Patrick Griffin; Chris Larsen
**Sent:** 8/21/2016 4:30:33 PM
**Subject:** Fwd: Ripple catch-up?

Just FYI.

Sent from my iPhone

Begin forwarded message:

**From:** ███@coinbase.com>
**Date:** August 21, 2016 at 4:00:56 PM PDT
**To:** Brad Garlinghouse <███@ripple.com>
**Cc:** ███@coinbase.com>
**Subject: Re: Ripple catch-up?**

Hi Brad, open to hearing about it.

The hangup we have had in the past is that we believe open networks will win over closed ones.

You're welcome to stop by for lunch sometime, would be interested to hear what you all have been working on for the last year or so.

On Fri. Aug 19, 2016 at 4:49 PM, Brad Garlinghouse <███@ripple.com> wrote:

███

I hope all is well with you. I'm the (relatively) new guy here at Ripple - having joined Chris Larsen about a year ago in leading the Ripple team.

I know there have been conversations between our companies over the years - but to my knowledge we haven't caught up in over a year. A lot has changed here over the past 18 months and I would love to carve out a time to give you an informal overview of what we are up to - and of course re-visit if there are ways in which we could work together.

As I expect you may be aware, we are building on institutional use cases involving XRP as a bridge asset for nostro account consolidation at banks. As our institutional customer base increases, we are looking for credible exchanges to list XRP where we can send market makers and trading desks.

Let me know if you have time to connect. We're neighbors here in SF and I'd be happy to meet in person.

Best,
Brad

███

Co-founder, President
Coinbase

San Francisco, CA, USA