PX 436

Message

| | |
|---|---|
| From: | Patrick Griffin [▮@ripple.com] |
| Sent: | 7/27/2017 5:05:29 PM |
| To: | ▮ |
| CC: | Brad Garlinghouse [Brad Garlinghouse ▮@ripple.com>] |
| BCC: | ▮@ripple.com |
| Subject: | XRP Listing |

▮

Hope you are both having a fantastic summer. I'm reaching out to find a way to push ahead with a partnership between Ripple and Gemini to list XRP on your exchange and support XRP in your custody business.

We've tried a couple different approaches (offering to cover implementation costs, paying rebates, brokering intros to large XRP holders for custody), but none seem to move the needle.

Does a $1M cash payment move the needle for a Q3 listing?

Patrick

---
Patrick Griffin
SVP Business Development
Ripple Inc.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                    RPLI_SEC 0178836