PX 438 filed under seal as D.E. 627-36