# PX 440









reddit r/Ripple
r/Ripple Search Reddit
Log In Sign Up

FEEDS
Popular
RECENT COMMUNITIES
r/Ripple
r/XRP
r/IAmA
Create Community
EXPLORE
Gaming
Sports
Television
Celebrity
Business, Economics, a...
Crypto
More Topics

r/Ripple ripple

Posts

Posted by u/alone_sheep 2 years ago

141

# No one is talking about the fact that Ripple is now buying back XRP?

The fact that Ripple has stopped programmatic selling of XRP to the open market and is now buying back from the open market is huge IMO. It means Ripple is making enough money from their business that they can now afford to buy back up XRP thus lowering supply and increasing demand and therefor price.

They are still doing OTC sales, but given Ripple's track record, these are all likely part of on-boarding contracts. Many of these companies will be holding onto the XRP they receive to utilize in future transaction flows.

119 Comments Share Save Hide Report 94% Upvoted

u/RealTacoBell · Promoted

Get ready to be (re)reunited. Order Mexican Pizza early on our app.
tacobell.com Learn More

What are your thoughts?
Comment

Sort By: Best

lj26ft · 2 yr. ago · edited 2 yr. ago
XRP Hodler

It's really Interesting and confirms a xrpchat thread speculating that Ripple was performing quantative tightening. Could this be in anticipation of an IPO and filling out liquidity before an expansion of ODL. They increase liquidity by increasing the price.

There are a number of good reasons they could be buying XRP

Prove to the community that they don't want their OTC sales to dilute price.

Sourcing XRP for their OTC sales so that they can continue to re-escrow as many XRP as possible (controlling the supply and price dilution).

Balancing downward pressure from the various selling agreements that exist.

Buying XRP as a trading opportunity (the fact that they're buying it must mean that they expect the price to go up I would think).

Buying XRP to help raise the price by reducing supply since higher price helps liquidity.

Filling out bid side order books so ODL will work

24 Reply Share Report Save Follow

BonePants · 2 yr. ago

That's market manipulation and ripple said they do not want that. So if they say this is true think about what else they've lied about.

-2 Reply Share Report Save Follow

Continue this thread →

jimbobjabroney · 2 yr. ago

If this is true it could also be interpreted as Ripple buying XRP because demand elsewhere is low and they're trying to prop up a falling price. (Note: I believe in XRP and I hold some, just commenting to try to instigate constructive discussion, I'm interested in hearing other viewpoints, in other words I'm not a troll).

93 Reply Share Report Save Follow

badheartbull · 2 yr. ago

It has to do with liquidity and propping up liquid markets. Not so much price. The wider the spread, the more efficient the network settlements.

21 Reply Share Report Save Follow

Continue this thread →

About Community

r/Ripple

Ripple connects banks, payment providers and digital asset exchanges via RippleNet to provide one frictionless experience to send money globally. Banks and payment providers can use the digital asset XRP to further reduce their costs and access new markets. XRP is the fastest and most scalable digital asset today.

352k Members | 343 Online

Created Oct 14, 2009

Join

TOP POSTS AUGUST 4TH 2020

TOP POSTS OF AUGUST, 2020

TOP POSTS 2020

JOIN REDDIT

Create an account to follow your favorite communities and start taking part in conversations.

Create an account

Back to Top

reddit r/Ripple
r/Ripple Search Reddit
Log In Sign Up

FEEDS
Popular
RECENT COMMUNITIES
r/Ripple
r/XRP
r/IAmA
Create Community
EXPLORE
Gaming
Sports
Television
Celebrity
Business, Economics, a...
Crypto
More Topics

It could also be interpreted as Ripple wanting more XRP because they see the future value increasing.

Impossible to read into this behavior on its own, but it feels positive given the positive developments we've seen elsewhere recently.

25 Reply Share Report Save Follow

Continue this thread →

worldlyalien · 2 yr. ago
1 ~ 2 years account age. 80 - 150 comment karma.

> It's locked in escrow champ.
>
> You know what "escrow" is, right?
>
> If Ripple has over $200M in cash reserves (for example from investors + more from software revenue), why would they hold it in a depreciating asset (USD)?
>
> Instead it could be used to buy back XRP and use it in market maker scenarios or to incentivize usage of ODL, sell back to institutions in large tranches (OTC) etc...

Can it be that they are buying back to encourage use of ODL while developing these rails and the ecosystem? I mean for example, if we take the USD-MXN corridor, if there is not enough buyers on the Mexico end to consume the XRP being sent over, Bitso or whatever exchange will probably not be interested in using XRP. So when the demand is not matched, perhaps Ripple is stepping in to buy those XRPs to encourage on-going ODL activity until there is a well balanced ecosystem.

3 Reply Share Report Save Follow

ethereumflow · 2 yr. ago
Redditor for 3 months

Maybe they're buying it from Jed

1 Reply Share Report Save Follow

Continue this thread →

moonRekt · 2 yr. ago
Altcoin Believer

basedvato · 2 yr. ago

Anyway who doesn't think this is bullish is just salty. XRP knows they are undervalued, and is selling a ton OTC

9 Reply Share Report Save Follow

JNFou · 2 yr. ago

A stock buy back can often be seen as one of the most positive things a company can do with their capital to reinvest in themselves under the opinion that the market has under-valued the price.

(Not that I'm suggesting XRP is a "stock")

Let that sink in for a moment...

25 Reply Share Report Save Follow

PoseidonLordoftheSea · 2 yr. ago

I can't believe you are the only one who considered this so far that I've seen.

3 Reply Share Report Save Follow

Ercrypto74 · 2 yr. ago

What you are suggesting vs reality are two different things. Stock buy backs have been shown to be no more than a form of insider trading by CEO's and execs to enable them to cash out at a higher price. We thus now have thousands of companies around the globe who had spent money on a self serving useless venture instead of R&D and saving for a rainy day.

If you would bother to look you would see that there are just this month +650 million extra XRP now in circulation. You can bet your bottom dollar this extra XERPS didn't come from Jed's wallet alone. This is another disgusting move by Ripple execs to enable them to profit at retails expense.

1 Reply Share Report Save Follow

[deleted] · 2 yr. ago

Jed selling XRP can enter in the same category as:

- in a blink of an eye
- Chinese New Year
- Wall Street Bonuses
- When utility comes.... Price will go up, 100% guaranteed (oh... I'll get downvoted by this one)

Oh, and yeah, I've updated my selling points – if someone is curious:

JOIN REDDIT
Create an account to follow your favorite communities and start taking part in conversations.
Create an account

reddit r/Ripple
r/Ripple Search Reddit
Log In Sign Up

FEEDS
Popular
RECENT COMMUNITIES
r/Ripple
r/XRP
r/IAmA
Create Community
EXPLORE
Gaming
Sports
Television
Celebrity
Business, Economics, a...
Crypto
More Topics

- $ 10
- $ 12
- $ 50

6 Reply Share Report Save Follow

xXdDrifterXx · 2 yr. ago

You missed $589

6 Reply Share Report Save Follow

letitrippl · 2 yr. ago

I can't wait to sell them some bags if it gets to $5! 😅

I couldn't imagine the reasons to simply be, to acquire more XRP. I mean, if 50bil isn't enough then damn!

I haven't speculated on it being good or bad as I need more information behind it.

11 Reply Share Report Save Follow

JNFou · 2 yr. ago

It's locked in escrow champ.

You know what "escrow" is, right?

If Ripple has over $200M in cash reserves (for example from investors + more from software revenue), why would they hold it in a depreciating asset (USD)?

Instead it could be used to buy back XRP and use it in market maker scenarios or to incentivize usage of ODL, sell back to institutions in large tranches (OTC) etc...

7 Reply Share Report Save Follow

Continue this thread →

BonePants · 2 yr. ago

Yeah and they have another x billion not in escrow as well which some commenting on your reply don't understand or know because they have their head up their ass.

2 Reply Share Report Save Follow

jwd64 · 2 yr. ago
4 ~ 5 years account age. 100 - 200 comment karma.

Can you provide a credible link with this info?

10 Reply Share Report Save Follow

[deleted] · 2 yr. ago

Quarterly rapport from a few days ago

13 Reply Share Report Save Follow

Ercrypto74 · 2 yr. ago

You do realise most CEO's and executive teams around the globe have used share buy backs as a way to artificially drive up the price of their company's stocks allowing them to cash out at a higher price? Basically a legal way of insider trading.

Now substitute in what I've just mentioned the word "shares" for "XRP" and hopefully you'll see why this is nothing more than Ripple execs and VC's looking to unload their personal stash at a higher price at your expense.

If you want to see for yourself have a look at the increase in circulating supply in just this week... Disgusting.

0 Reply Share Report Save Follow

cecil_X · 2 yr. ago

I hope nobody in the government sees this as market manipulation.

12 Reply Share Report Save Follow

psyentist15 · 2 yr. ago
XRP Supporter

Probably *fighting* market manipulation more than anything.

12 Reply Share Report Save Follow

Continue this thread →

JNFou · 2 yr. ago

Buying on the open market can't be market manipulation. Your subjected to the same market pressures as everyone else even if you have deep pockets.

In what way do you think it might be?

JOIN REDDIT
Create an account to follow your favorite communities and start taking part in conversations.
Create an account

reddit r/Ripple r/Ripple Search Reddit Log In Sign Up

FEEDS
Popular
RECENT COMMUNITIES
r/Ripple
r/XRP
r/IAmA
Create Community
EXPLORE
Gaming
Sports
Television
Celebrity
Business, Economics, a...
Crypto
More Topics

Continue this thread →

N_importe_qui · 2 yr. ago · *edited 2 yr. ago*

You'd have to be a supreme douche to FUD that news. It's a major show of coincidence. EDIT: Confidence! Damn you bullish sediment!!!

5 Reply Share Report Save Follow

CreepyJoeBidenn · 2 yr. ago
Redditor for 7 months

Where can I buy?

3 Reply Share Report Save Follow

Lindbach · 2 yr. ago

Coinbase for instance

5 Reply Share Report Save Follow

[deleted] · 2 yr. ago

https://www.bitstamp.net has direct fiat -> XRP and lower fees and less BS than Coinbase (at least, last time I checked)

3 Reply Share Report Save Follow

R4ID · 2 yr. ago
XRP Supporter

> thus lowering supply

Supply does not lower at all from Ripple buying back XRP.

8 Reply Share Report Save Follow

BlenderdickCockletit · 2 yr. ago

When they say "supply" what they actually mean is the "float". An asset's float refers to how much of the supply is actively available and traded on the market vs what's held by the underlying company or institutions. The company buying back its assets reduces the float.

22 Reply Share Report Save Follow

Continue this thread →

NickT300 · 2 yr. ago · *edited 2 yr. ago*

Any transaction on the XRPL burns the XRP permanently. Burns the FEE.

0 Reply Share Report Save Follow

Continue this thread →

patrickcoxphoto · 2 yr. ago
2 ~ 3 years account age. 75 - 150 comment karma.

Like a company buying back it's own stock sorta thing?

2 Reply Share Report Save Follow

TheTangoFox · 2 yr. ago

Buy it back from exchanges, sell it to OTC customers while keeping escrow in place and virtually untouched.

Makes sense.

2 Reply Share Report Save Follow

alone_sheep OP · 2 yr. ago

yup that's what i think they're doing as well. Basically just facilitating the buying for their clients. Basically include XRP as part of their software sale (so that the client has a stash to eventually use). And then go refill the bit they sold to the client.

5 Reply Share Report Save Follow

scoobysi · 2 yr. ago

Your second sentence has no basis. I agree it's positive generally but you can't draw such a conclusion without knowing the volume of otc sales vs market buys and/or how much they're making vs needing from the software sales

2 Reply Share Report Save Follow

PeraHodlr · 2 yr. ago

Source?

1 Reply Share Report Save Follow

scoobysi · 2 yr. ago

Its in ripples latest quarterly report

JOIN REDDIT
Create an account to follow your favorite communities and start taking part in conversations.
Create an account

**Shaa366** · 2 yr. ago

Why do you think this is a good thing? What's the reason for them to do it even? You want to see the price going up by increase in usage and demand for the coin. They're absorbing supply which makes the price go up, but not in a sustainable way.

▲ 1 ▼   Reply   Share   Report   Save   Follow

**lj26ft** · 2 yr. ago
XRP Hodler

This could be as simple as them filling out liquidity on bid side of the order book on their exchange partners books. They have had problems with the buy side in the mxn corridor. They are actively building markets so they can use their ODL technology on top of it.

▲ 4 ▼   Reply   Share   Report   Save   Follow

Continue this thread →

**Ercrypto74** · 2 yr. ago

Anyone in crypto that acknowledges the damage that Stock Buy backs have done to business on a global scale and think that the equivalent in crypto is ok, then why are we even here?

Why isn't anyone talking about the +650 million new XRP in circulation in barely a month? all coinciding with buybacks announcement and the beginning of this latest XRP rally? A lovely coincidence or market manipulation?

More importantly who is selling all this XRP and who is buying?

▲ 1 ▼   Reply   Share   Report   Save   Follow

**N1A117** · 2 yr. ago

Whales are selling and Ripple plus some poor bastards like us are buying . That's my opinion.

▲ 1 ▼   Reply   Share   Report   Save   Follow

**Suchgainz** · 2 yr. ago

Mr. B XRP was talking about it...

▲ 1 ▼   Reply   Share   Report   Save   Follow

**pinksi** · 2 yr. ago

You are making a lot of speculation based on a very few known information.

▲ 1 ▼   Reply   Share   Report   Save   Follow

**mhvcrypto** · 2 yr. ago
2 ~ 3 years account age. 150 - 250 comment karma.

Great question,unfortunately we won't find out until the reason is released. Could be they're buying it back to drive the price up. I imagine it's much easier to sell the business model if the price is higher. Higher price = more liquidity. With the amount that Jeb sells they know there will be downward pressure on price until that ends or demand explodes. Let's be honest, those of us that have been in a while, that didn't sell when it hit .10, we aren't ever selling unless price goes up. We aren't emotional with this investment. So there's a lack of liquid that we're causing. The XRP use case requires liquidity. We're just taking xrp off the market and hoarding it. Not what ripple envisioned. Truth is no one knows for sure, we're all speculating at this point.

▲ 1 ▼   Reply   Share   Report   Save   Follow

**jasonp6988** · 2 yr. ago

They are buying back but they're still selling too

▲ 1 ▼   Reply   Share   Report   Save   Follow

**alone_sheep** OP · 2 yr. ago

Better than only selling like before. They're probably simply buying back from the market whatever they sell to clients when they onboard them. It would be rude to be like: You need some XRP, but we're not gonna sell it to you, you have to go scrounge it off the exchanges. Instead Ripple sells it to them, then goes and refills their own chests from the market. It's just proper customer service.

▲ 3 ▼   Reply   Share   Report   Save   Follow

**Silvacosm** · 2 yr. ago
XRP Hodler

Maybe they know its about to rocket and they want to maximize gains.

▲ 1 ▼   Reply   Share   Report   Save   Follow

Comment deleted by user · 2 yr. ago







reddit r/Ripple
r/Ripple Search Reddit
Log In Sign Up

FEEDS
Popular
RECENT COMMUNITIES
r/Ripple
r/XRP
r/IAmA
Create Community
EXPLORE
Gaming
Sports
Television
Celebrity
Business, Economics, a...
Crypto
More Topics

That was OTC, not direct to market.

5 Reply Share Report Save Follow

Continue this thread →

joekercom · 2 yr. ago

When they buy back 30+ billion, let me know

0 Reply Share Report Save Follow

oojacoboo · 2 yr. ago

LMAO. It doesn't mean they're making enough. Why wouldn't they be spending some of their mountain of cash from previous sells.

-2 Reply Share Report Save Follow

S_king_ · 2 yr. ago

charliepup · 2 yr. ago

TheSquirrel_ · 2 yr. ago

More posts from the Ripple community

JOIN REDDIT
Create an account to follow your favorite communities and start taking part in conversations.
Create an account

9/13/22, 9:18 PM
Case 1:20-cv-10832-AT-SN   Document 627-38   Filed 08/13/22   Page 10 of 11
No one is talking about the fact that Ripple is now buying back XRP : Ripple

reddit r/Ripple

r/Ripple Search Reddit

Log In Sign Up

FEEDS

Popular

RECENT COMMUNITIES

r/Ripple

r/XRP

r/IAmA

Create Community

EXPLORE

Gaming

Sports

Television

Celebrity

Business, Economics, a...

Crypto

More Topics

Continue browsing in r/Ripple →

JOIN REDDIT

Create an account to follow your favorite communities and start taking part in conversations.

Create an account



