PX 441

## Re: block and price

**From:** Phillip Rapoport <​​​​​​>
**To:**
**Cc:**
**Date:** Wed, 10 Sep 2014 21:26:05 -0700

Ok. Thank you. I will be available.

 is on CC and can provide more information on the compliance information we will need to complete the transaction.

Sent from my iPhone

On Sep 10, 2014, at 9:19 PM, wrote:

> Ok, our trader will reach out to you to figure out the details, thanks so much
> We would like to lock in a price tomorrow
>
> Thank you again while we explore other alternative in china on ripple
>
> **From:** Phillip Rapoport
> **Sent:** Wednesday, September 10, 2014 9:15 PM
> **To:**
> **Subject:** Re: block and price
>
> We can agree to a on but that is the absolute best we can do.
>
> We have never done a bigger discount, and for everyone else, we now only sell at spot (no discount).
>
> Our intention is to completely stop these OTC transactions after our funding round closes, and we generally view xrp to be undervalued at these levels.
>
> When we close the "OTC window" and push everyone into the market soon, we think it will have a bullish effect on price going forward.

Highly Confidential Discovery Material

_0002320