PX 442

filed under seal

as

D.E. 627-40