PX 443
filed under seal
as
D.E. 627-41