PX 446

Message

**From:** Brad Garlinghouse [@ripple.com]
**on behalf of** Brad Garlinghouse [@ripple.com> @ripple.com]
**Sent:** 5/22/2018 12:50:01 PM
**To:** Ron Will [Ron Will                                                                        Monica Long [Monica Long
**Subject:** hodor is one of us!

https://xrphodor.wordpress.com/2018/05/22/xrp-the-best-crypto-choice-for-long-term-investors/

CONFIDENTIAL                                                                                                                                                  RPLI_SEC 0431806