**PX 447**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,      :
                                          :
                              Plaintiff,  :          20 Civ. 10832 (AT) (SN)
                                          :
                   - against -            :          ECF Case
                                          :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,                   :
                                          :
                              Defendants. :
                                          :
---------------------------------------------------------------------x

## DECLARATION OF ▌▌▌▌▌▌

I, ▌▌▌▌, pursuant to 28 U.S.C. § 1746, declare that:

1.      I have been ▌▌▌▌▌▌▌▌▌▌▌▌▌▌ and
now serve as a ▌▌▌▌▌▌. My ▌▌▌▌▌▌▌▌

2.      I ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌ transactions.  As part of my job
responsibilities, I am familiar with the matters discussed below.

3.      In approximately 2019, Ripple Labs, Inc. ("Ripple") began discussions with ▌▌
to potentially advise Ripple in connection with a contemplated initial public offering of Ripple
stock.

4.      In connection with this and other such engagements, ▌▌ staff take a number of
steps, including providing the company with a valuation framework, which consists of
methodologies to estimate the company's value.

5.      Among other things, ▌▌ staff rely on financial and other information provided
by the company, publicly available information, information about transactions in the securities

of comparable companies, and their years of expertise in valuing companies, in order to create a valuation framework.

6.      The document attached hereto as Exhibit A is a true and correct copy of a ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ to Ripple employees (on which I was copied), attaching a presentation.  The presentation, also dated December 17, 2019, was prepared by ▅▅▅ staff during the course of its discussions with Ripple and prepared in the matter described above.

7.      Exhibit A, both the email and the attached presentation, are records kept in the course of ▅▅▅ regularly conducted business activity.  The presentation is the type of document made by ▅▅▅ as a regular practice when engaging with potential IPO clients.  I was aware that ▅▅▅ staff drafted the presentation at the time it was made.

8.      Because this declaration is submitted for a limited purpose, it does not necessarily contain all the facts known to me relating to this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8th_____, 2022 in ▅▅▅▅▅▅_____.



2

# EXHIBIT A



**To**: Monica Long

Monica Long

Cc:

**From**:
**Sent**:       2019-12-17T11:38:10-05:00
**Importance**:        Normal
**Subject**:    Ripple 12/17 Discussion Materials
**Received**:        2019-12-17T11:38:10-05:00
12.17.19 Ripple    Discussion Materials.pdf

Ripple Team,

Please find attached materials ahead of our call. We look forward to the discussion.

Thank you.

Team

SEC-    E-0000001



SEC-       -E-0000002

## Milestones and Roadmap to IPO



**1**     Investment Thesis for Public Investors



**2**     Customers, Metrics and Model to Support Thesis



**3**     Valuation Narrative / Framework



**4**     IPO Timeline and Process

2

SEC-███-E-0000003



# Characteristics That Resonate With Public Investors



 **Sustainable and Durable Growth** – One of the single most important factors impacting valuation

 **Large and Justifiable TAM** – Continued correlation between justifiable size and valuation achieved

 **Unique, Thematic** – Investors want access to companies that play on a macro trend or particular theme (Digital Transformation, Disruptive Tech, SaaS, ML/AI)

 **Market Leadership / Competitive Moats** – Solidifies business significance and speaks to overall traction

 **Secular Growth Drivers** – Further validates the opportunity ahead and increases confidence in continued momentum

3

SEC       E-0000004

 **Ripple's Investment Thesis for Public Investors**      **ripple**

 **Disruptor Leading a Paradigm Shift**
- Category leader for blockchain based digital payments
- Massive enablement *proposition* for digital payments



 **Large and Expanding Market Opportunity (TAM)**
- Solving a $10 trillion payments problem today
- Opportunity to expand market size and opportunity



 **Delivering Strong ROI to 300+ Customers**
- Dismantling the archaic payments infrastructure
- ROI: Global reach, fast, zero failure rates and 50%+ reduction in costs
- Unlocks trapped liquidity for working capital



 **Payments Focus and Network Effects Creating a Strong Moat**
- XRP purpose-built for payments vs. other digital assets
- Synergistic model that leverages RippleNet and XRP for liquidity



 **Strong Growth Levers**
- Existing customers have 60+M potential RippleNet transactions
- Disruptive technology platform to drive additional use-cases



4

SEC-      E-0000005



SEC-E-0000006

## 2 Ripple's Unique and Attractive Financial Model



### Ripple Financials

| ($ '000) | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| XRP Revenue | $186,079 | $534,858 | $648,722 | $641,296 |
| Y-o-Y growth | | 187.4% | 21.3% | (1.1%) |

6

Source: Company presentation.

### Observations

- Large scale and high margins driven by XRP revenue

- Unique business model: Increasing adoption of RippleNet and Xpring drive value for XRP
  - Will require continued investor education

- Inherent volatility in model and lack of visibility given current market speculation of XRP

- Software, services model still evolving

- Company's XRP holdings allows the company to fund the business to drive adoption of RippleNet

SEC      E-0000007



**3**

## Ripple's Preliminary Valuation Framework

**ripple**



| Preliminary Valuation Methodologies | Considerations |
|---|---|
| **A** Value of XRP *(Premium or Discount)* | Ripple drives value of XRP |
| **B** Present Value of XRP Monetization | Unique and Measurable Approach to Valuation |
| **C** Sum of the Parts (SOTP) | Investors will look for a long-term target model from management |

7

SEC_____E-0000008



## Preliminary Valuation Framework:  Value of XRP



*Investors view Ripple as a proxy for the broader space, could be viewed as more of a speculative asset which could lead to higher discount rates*

- **Public company discount**: XRP value today ~$12bn[1]; various discount levels (e.g. 20, 30%, for illustrative purposes) for a public company with holdings of an asset

- **Examples:** Naspers / Tencent and Mail.ru; Yahoo / Alibaba and Yahoo Japan; Expedia / Trivago all traded at a discount from their respective equity holdings ~15% to ~30%

- Naspers average discount 23% for the past two years, Yahoo / Alibaba and Yahoo Japan ~25% based on street analyst SOTP, Expedia/Trivago current discount ~25% based on street analyst SOTP

### XRP value today ~$12bn based on Dec 12, 2019 [1]

| Illustrative Value ($bn) | Illustrative Discount |
|---|---|
| $12 | 0% |
| $11 | 10% |
| $10 | 20% |
| $9 | 25% |
| $8 | 35% |

[1]   XRP ~$12bn value based on 56.7bn XRP and IRP price of $0.22 on Dec 12, 2019

8

SEC-E-0000009



## Preliminary Valuation Framework: B  PV of XRP Monetization    ◆ ripple

### *Investors value Ripple based on present value of XRP Monetization*

**Preliminary Assumptions**
- Assumes various revenue growth and discount rates
- Illustrative value = PV of XRP cash flows from 2020-2030, steady state reached in 2030 no further monetization of XRP; terminal value assumed to be 1.5x value of XRP in 2030
- FCF margin assumption of 60%

### Illustrative Valuation
#### XRP Revenue Growth

| Illustrative Discount Rate | (5%) | 0% | 5% | 10% | 15% | 20% |
|---|---|---|---|---|---|---|
| 35% | $ 1,339 | 1,722 | 2,282 | 3,097 | 4,277 | 5,969 |
| 30% | 1,666 | 2,215 | 3,028 | 4,223 | 5,963 | 8,471 |
| 25% | 2,146 | 2,953 | 4,160 | 5,947 | 8,565 | 12,358 |
| 20% | 2,872 | 4,088 | 5,921 | 8,654 | 12,678 | 18,527 |
| 15% | 4,005 | 5,883 | 8,735 | 13,011 | 19,333 | 28,550 |
| 10% | 5,831 | 8,808 | 13,359 | 20,211 | 30,376 | 45,236 |

### Illustrative '20 Revenue Multiple
#### XRP Revenue Growth

| Illustrative Discount Rate | (5%) | 0% | 5% | 10% | 15% | 20% |
|---|---|---|---|---|---|---|
| 35% | 2.1x | 2.7x | 3.6x | 4.8x | 6.7x | 9.3x |
| 30% | 2.6x | 3.5x | 4.7x | 6.6x | 9.3x | 13.2x |
| 25% | 3.3x | 4.6x | 6.5x | 9.3x | 13.4x | 19.3x |
| 20% | 4.5x | 6.4x | 9.2x | 13.5x | 19.8x | 28.9x |
| 15% | 6.2x | 9.2x | 13.6x | 20.3x | 30.1x | 44.5x |
| 10% | 9.1x | 13.7x | 20.8x | 31.5x | 47.4x | 70.5x |

9    *Note: Dollars in millions.*

SEC-      E-0000010

 **3**

## Preliminary Valuation Framework: **C** Sum-of-the-Parts 

*Investors believe in long-term vision of XRP as the universal asset for liquidity in Internet of Value (IoV)*

- Potential Sum-of-the-Parts (SOTP) Valuation: **RippleNet + Xpring** + **XRP**
  - **RippleNet and Xpring:** Multiple Method Applied to LT view and DCF approach



- **XRP: Public company discount and PV of XRP Monetization**
  - **Public company discount**: XRP value today ~$12bn[1]; various discount levels (e.g. 30% for illustrative purposes) for a public company with holdings of an asset

  - **PV of XRP Monetization:** Illustrative value = PV of XRP cash flows from 2020-2030, steady state reached in 2030 no further monetization of XRP; terminal value assumed to be 1.5x value of XRP in 2030

[1]   *XRP ~$12bn value based on 56.7bn XRP and 3RP price of $0.22 on Dec 12, 2019*

10

SEC-    E-0000011



# Illustrative IPO Timeline





SEC-...E-0000012



# Building Out Your Infrastructure for the IPO



## Key Internal Preparation Items

| | |
|---|---|
| **Legal / Other** | ■ Enaged counsel: company representative throughout the IPO preparation and execution processes<br>　■ Provide legal opinion to underwriters<br>■ Begin preparing for SOX compliance and other public responsibilities<br>　■ Specific corporate governance requirements, some of which contain phase-ins for IPOs<br>　■ No loans to directors or executive officers<br>　■ Corporate conduct & ethics policy<br>　■ Internal controls for CEO & CFO certifications |
| **Financial / Audit** | ■ Integral to the preparation of financial statements and with respect to internal controls<br>　■ Annual and Interim periods are required in the prospectus<br>　■ Provide comfort letter to underwriters<br>■ Develop financial projections (annual / quarterly) and long-term model<br>■ Develop Sarbanes-Oxley compliance plan<br>■ Ensure proper reporting systems and controls are in place<br>■ Track relevant KPIs |
| **Obtain D&O Insurance** | ■ Protects the executive team and company in the case of a lawsuit brought against the company or its executives |
| **Determine Exec. Comp. Plans** | ■ Establish compensation / retention plans for key management and directors (options plans, grants, etc.) |
| **Establish Investor Relations Team** | ■ Can be internal function or hired third-party advisors<br>■ Can start as an external function as the company builds its own in-house group |

*Companies must prepare internal infrastructure to meet public company standards as well as meet regulatory requirements per Sarbanes-Oxley and other SEC / exchange rules*

12

SEC-          -0000013