PX 450

| | |
|---|---|
| **Message** | |
| **From:** | [redacted]@com] |
| **Sent:** | 12/11/2017 6:35:02 PM |
| **To:** | Brad Garlinghouse [redacted]@ripple.com] |
| **CC:** | Monica Long [redacted]@ripple.com]; [redacted]@ripple.com]; [redacted]@ripple.com]; [redacted]; [redacted]@ripple.com]; [redacted]@ripple.com]; [redacted]@ripple.com]; [redacted]@ripple.com] |
| **Subject:** | Re: SEC Statement on Crypto + ICOs |
| **Attachments:** | ripple-logo-color.png |

Hi Brad,

Suggested tweets on the SEC's statement on cryptocurrencies/ICOs below. Suggest you post two tweets, threaded together by posting the second as a "reply" to your first tweet.

**Tweet 1 - RT SEC with comment:**
Comment: Joining me on my broken record about the risks of ICOs... the SEC came out with another statement today warning eager investors against "greater opportunities for fraud and manipulation." RT @SEC_News (Statement: Statement on Cryptocurrencies and Initial Coin Offerings http://ow.ly/sllE50fF0d7)

**Tweet 2 - reply to the above:**
From the SEC's statement: "Many of these assertions appear to elevate form over substance." Or as I like to say - it's all sizzle, no steak!

Thanks,
[redacted]

On Mon, Dec 11, 2017 at 5:24 PM, [redacted]@ripple.com> wrote:
Thanks for flagging, [redacted] and [redacted] for visibility.

[redacted]

Corporate Communications | Ripple
[redacted]@ripple.com



On Mon, Dec 11, 2017 at 5:17 PM, [redacted]com> wrote:
Hi all,

You may have already seen, the SEC Chairman, Jay Clayton, put out a statement on cryptocurrencies and ICOs today. The statement got some media pickup, including from Business Insider, CBS MoneyWatch, The Verge, The Wall Street Journal and a few others - we'll include in tomorrow's media tracking email.

There are a few elements of the statement for us to be aware of, including a section on what's considered a security – *"Merely calling a token a "utility" token or structuring it to provide some utility does not prevent the token"* Know it had been a concern to have XRP considered a security, so wanted to call this out.

We're reading through further and working on tweets for this.

Thanks,

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

[redacted]0042069







HIGHLY CONFIDENTIAL DISCOVERY MATERIAL                                                         0042070