PX 453

| | |
|---|---|
| From: | Brad Garlinghouse <███@ripple.com> on behalf of Brad Garlinghouse <███@ripple.com> |
| To: | ███ |
| CC: | |
| Sent: | 12/1/2016 6:24:58 PM |
| Subject: | Re: thanks |

███

I hope all is well with you - and thanks for your earlier note. I can certainly appreciate that Coinbase has a lot going on, but I wanted to provide a quick update on things here - and specifically some things going on with XRP.

In October, we announced a project trialling XRP with twelve R3 banks for interbank settlement. Based on the interest in the project, we are now developing a deeper implementation of XRP into our solutions in 2017 through the Global Payments Steering Group (a new tier 1 interbank network for low-value cross-border payments, built on Ripple).

That institutional settlement solution relies on the use of exchanges to route payments through XRP liquidity. The solution would enhance Coinbase's overall ability to support instant end-to-end payments, and our incentive program in 2017 will enhance the opportunity for Coinbase traders.

We are happy to offer minimum monthly guarantees in 2017 to get this onto your near term priorities list. Let me know if there's interest to revisit the conversation.

All the best,
Brad


On Thu, Sep 15, 2016 at 9:20 AM, ███@coinbase.com> wrote:
Hey Brad, thanks for sitting down with me

Congrats on the announcements! I don't think this makes it on our near term priorities but would love to stay in touch.

On Thursday, September 15, 2016, Brad Garlinghouse ███@ripple.com> wrote:
Hey ███

Just circling back.  How about a coffee or phone call next week to follow up?

Also - as briefly alluded when we met - we announced our funding today as well as a bunch of new customers.  More on this here:

https://ripple.com/insights/several-global-banks-join-ripples-growing-network/

or the more public versions:
here (WSJ) and here (coindesk)

Talk soon.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY COINBASE

CBASE_SEC_000003247

Brad

On Fri, Sep 9, 2016 at 6:26 PM, ▓▓▓▓▓▓▓@coinbase.com> wrote:
OK - good to see you guys. Thanks for diving in a bit ▓▓▓

On Fri, Sep 9, 2016 at 5:09 PM, Brad Garlinghouse <▓▓@ripple.com> wrote:
▓▓

Thanks for lunch earlier this week.  Great office, great lunch and I hope a useful re-introduction to what we are up to at Ripple!

I know you have plenty on your plate - but would love to reconnect in the coming weeks and see if a deeper discussion (with you and / or others) would be appropriate.

I'll follow up next week.

Best,
Brad

--
▓▓▓▓▓
Coinbase

San Francisco, CA, USA

--
▓▓▓▓▓
Coinbase

San Francisco, CA, USA

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY COINBASE

CBASE_SEC_000003248