PX 455

Message

**From:** Ron Will[████@ripple.com]
**Sent:** 6/9/2020 3:01:35 PM
**To:** [████@ripple.com]
**CC:** Brad Garlinghouse[████@ripple.com]
**Subject:** Re: June XRP funding proposal

Thanks ████ - Brad, let me know if you want to discuss live and we can find 15 minutes.

I approve returning 800M XRP to escrow - down from 900M recently. I don't think we want to jump to 700M return.

I've talked to the XRP markets team - they are going to evaluate alternatives for the GSR loans, but most likely we'll do those, and can claw back some of the $ loans we currently have outstanding to offset other XRP distributions. I recommend we scrutinize any other sources of XRP that we are distributing in June.
> ████ - can we satisfy any of the contractual XRP with $ instead - or do they need the profit from the discounted XRP for earnings purposes?
> Xpring - on any distributions coming up (Wietse, etc) - can we substitute $ for XRP to reduce supply hitting market?
> Donations - is it worth considering $ contributions with tax, particularly is ████ is liquidating immediately

Let me know any other thoughts.

Best,
Ron

On Mon, Jun 8, 2020 at 5:15 PM ████@ripple.com> wrote:
Hi Brad and Ron,

We are expecting to use a substantially higher amount of XRP in June than in prior months, and there is a potential to have very bad optics from a dramatic change to our escrow return. These are the three areas with significant changes from historical usage and the projections for June usage.

- Market Maker leases - 103m XRP
- XRP-O sales (and prefunding) - 90m XRP
- Donations - 27m XRP

So far this year, we have typically returned 900m to escrow each month, reflecting usage of 100m.

Given the above increase in usage, we would return at most 700m to escrow if we sourced all June funding needs from the June 1 escrow release.

Particularly as a good portion of this XRP will come back to us (the leased XRP), I recommend that we fund all needs in excess of 200m from our reserved XRP (i.e. cold, but not escrowed). We have substantial amounts in excess of our commitments, including the funds we've been using to fund our NYDIG and Coinbase custody amounts available. Last Monday we returned 800m to escrow. The above plan for this month should ensure that on July 1 we can again return 800m to escrow, a more consistent usage and escrow pattern.

These reserves were formed with this type of situation in mind and now is the time to deploy them.

**Please approve funding our operating wallets from reserved XRP.**

CONFIDENTIAL

RPLI_SEC 0475771

A brief analysis of historical usage is attached. Note that the January through May numbers reflect actual supply introduction, but the June figures also include amounts that we need to prefund but don't count towards outstanding supply until consumed.

Please let me know if you have any questions.



Controller | Ripple

▓▓▓@ripple.com | ripple.com

--
Ron Will
Chief Financial Officer | Ripple
▓▓▓@ripple.com | ripple.com

