PX 459

**From:** Ron Will <░░░@ripple.com>
**Sent:** Wednesday, August 08, 2018 7:35 AM
**To:** Miguel Vias
**Subject:** Re: ░░░

I think we are close to DEFCON 3 if not 4 - recommend we reach out to ░░░ - do you say you should? Me? brad? Want to grab him at his desk? I'm running a bit late this morning given a breakfast mtg

On Wed, Aug 8, 2018 at 7:23 AM Miguel Vias <░░░@ripple.com> wrote:

> Or we could just have ░░░ sell directly to ░░░ which might be
> operationally more difficult but ░░░ could get a bettter price and
> ░░░ a deeper discount. Just a thought.
>
> On Wed, Aug 8, 2018 at 5:21 AM, Miguel Vias ░░░@ripple.com>
> wrote:
>
>> Hey Ron,
>>
>> Given it looks like ░░░ is panicking, I suggest we contact them,
>> find out if they plan to liquidate the rest, and if they are, offer
>> to buy their remaining XRP for ░░░. While I understand the
>> initital reaction to that statement is likely a viscerally negative
>> one, please hear me out for a moment.
>>
>> - They are aggressively selling on exchanges. As an example, last
>> night someone put a 10M XRP sell order on Bitstamp. While we can't prove
>> it was them, it's likely.
>> - Because there is little institutional or retail demand for XRP at
>> the moment, that kind of selling will continue to drive the price lower,
>> possibly in a very destructive way.
>> - Even if bitcoin starts to rally, ░░░ selling will not allow XRP
>> to rally with it.
>> - XRP markets are precariously weak and sentiment is already bad, so
>> a lack of a bounce or continued underperformance could mean continued lack
>> of confidence and willing to buy.
>> - If ░░░ pushes the prices down to $0.10 - $0.15, that would make
>> XRP tumble in the market cap standings, further hurting confidence in the
>> long run.
>> - Additionally, an erosion of confidence would keep buyers away in
>> the short term and could impact ░░░'s willingness to buy the
>> remaining tranches.
>> - More importantly, if XRP gets down to $0.10 - $0.15, we would have
>> to sell more programmatically as a percentage of volume. With the
>> University initiative and Xpring deals on the horizon, this could get
>> really challenging.
>> - For ░░░ we buy their balance for ░░░. If ░░░ buys his
>> remaining amounts, we net roughly ░░░ between him and ░░░. It's not

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0222488

```
>>         but it still helps us get to our quarterly target and it removes
>>    what I think is a very serious risk.
>>    - Lastly, with     likely to buy a significant amount XRP from us
>>    over the next two quarters, the cash impact for the rest of the year, even
>>    if       doesn't buy anymore, should be manageable.
>>    - Lasty, even if       and    don't buy, we could increase our
>>    programmatic selling to make up the sales over the next few quarters but
>>    the selling would be spread out and thus constructive.
>>
>> First, I hope this doesn't sound too negative as I'm not trying to be
>> an alarmist. I generally try to stay pretty even about market moves.
>> But in this case, I feel like there is serious risk which we may have
>> the ability to mitigate.  I'm absolutely positive you have a better
>> idea here, but whatever it is, I feel strongly that we have to do
>> something. Doing nothing does not seem like an option right now.
>>
>>
>>
>>
>>
>>
>>
>> --
>> Miguel Vias* | *Head of XRP Markets
>>       @ripple.com <       @ripple.com> | www.ripple.com
>> <https://app.salesforceiq.com/r?target=5b6ae059c9e77c0079f3764e&t=AFw
>> hZf0ItAUngVXptvg71NNzO6hvf7Xy3_G7dKBSbv7RQRCd5-DijOnCm1oGEG2J9TlwuFrG
>> bPTYwPH0nAU8Qz6bDH5_-WFzC8NJbMz9iibRRbPfU8A0v_nuda10209_nD8pPb0H5_e6&
>> url=http%3A%2F%2Fwww.ripple.com%2F>
>> T. 646.470.1076 <(415)%20294-0579>
>>
>>
>
>
> --
> Miguel Vias* | *Head of XRP Markets
>       @ripple.com <       @ripple.com> | www.ripple.com T.
>
>
> --
Ron Will
Chief Financial Officer | Ripple
    @ripple.com | ripple.com
```