# PX 460

FOIA CONFIDENTIAL TREATMENT REQUESTED

PROPRIETARY AND CONFIDENTIAL: Contents are proprietary to Ripple and provided on the condition of confidentiality. Provided information may be disclosed, reproduced and used only in accordance with a written agreement with Ripple. No implied licenses are intended and all rights are reserved.

## Ripple's Rebate & Incentive Agreements with Digital Currency Exchanges

| Name of Exchange | Jurisdiction | Effective Date | End Date | Listing Fee | Volume Incentive | Fee Rebate |
|---|---|---|---|---|---|---|
| Bitstamp | United Kingdom | 1/11/2017 | 4/30/2017 | None | For 2 months, up to $50K per month per participant, allocated and paid to the top 3 volume traders on Bitstamp (incentives passed through to traders) | For 3 months, 25–100% of XRP trader's trading fees rebated up to $75K per month (rebates passed through to traders) |
| Kraken | United States | 5/17/2017 | 8/17/2017 | XRP 13.5MM; USD 10K; and XRP 3.5MM (provided that this cannot be sold or traded for a period of 90 days and a liquidation limit of 0.5% of the daily trading of XRP on Kraken) | For 3 months, up to $150K per month, allocated and paid to the top 3 volume traders ranked by the notional trading volume in each pair on Kraken by currency (incentives passed through to traders) | For 3 months, up to $60K per month fee rebates for actual trading fees (rebates passed through to traders) |
| CoinOne | Korea | 6/1/2017 | 8/31/2017 | None | For 3 months, top 10 traders get 1% monthly rebate not to exceed $75K total (incentives passed through to traders) | For 3 months, up to $25K in total fee rebates for actual trading fees from "participants" (rebates passed through to traders) |
| BitBank | Japan | 5/18/2017 | 8/31/2017 | None | For 3 months, top 5 traders get monthly rebate in proportion to their trading volume, not to exceed $25K total across traders per month (incentives passed through to traders) | None |
| BTCXIndia | India | 5/22/2017 | 11/30/2017 | None | None | For 6 months, up to $12.5K per month in total fee rebates |
| BitOasis | United Arab Emirates | 10/13/2017 | 4/13/2018 | None | None | Up to $75K XRP trader's trading fees rebated during the 6 month term of the agreement (rebates passed through to traders) |
| SFOX* | United States | 10/30/2017 | Effective One Year (Never Started) | None | Up to $200K aggregate volume incentives | None |

*Note: SFOX has not listed XRP

SEC-RIPPLE-E-0000008

SEC-LIT-EPROD-000618420