# PX 465

Message

| | |
|---|---|
| **From:** | ██████████ @ripple.com] |
| **Sent:** | 4/10/2016 3:58:00 PM |
| **To:** | Brad Garlinghouse [Brad Garlinghouse <██████ @ripple.com>] |
| **Subject:** | Re: XRP Price Weakness |

Thanks

On Sun, Apr 10, 2016 at 3:53 PM, Brad Garlinghouse <██████ @ripple.com> wrote:

His number is ██████████

Sent from my iPhone

Begin forwarded message:

> **From:** Chris Larsen <██████ @ripple.com>
> **Date:** April 10, 2016 at 3:46:34 PM PDT
> **To:** ██████ @ripple.com>
> **Cc:** ██████████████ @ripple.com>, Brad Garlinghouse <██████ @ripple.com>, Patrick
> Griffin ██████ @ripple.com>
> **Subject: Re: XRP Price Weakness**
>
> ██████ - can u call me (Sunday) when u have a moment
>
> Chris
>
> Chris Larsen | CEO
> Ripple, Inc.
> ██████ @ripple.com | www.ripple.com
>
> On Apr 10, 2016, at 12:57, ██████████████ @ripple.com> wrote:
>
>> I'm working on the analysis of daily price moves at different Ripple target sell
>> rates. ██████ I'll connect separately about data I need there. Overall, our sales
>> through GSR are done with sophisticated algorithms that 'drip' into the market,
>> so the price impact should be marginal—especially with recent insensitive sellers
>> in the market after the Dealbook article.
>>
>> I think we should also look to be a net buyer for the next few days at least. The
>> broader crypto space is getting hit, but we should expect XRP to potentially
>> continue taking a bigger hit.
>>
>> More broadly, we need to have a more aggressive and airtight XRP
>> communications strategy. I'll gather some data points from the community to
>> show that and talk to Patrick and Monica about it (i.e. repurchase strategy
>> announcement, mentioning XRP in the ██████ announcement, or ██████
>> announcement).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

The original XRP wording in the dealbook article caused major concern in the community and some of the partners I work with. Even with the wording adjustment, there's still concern among market participants of how that could have occurred, and it is a significant setback for now.



On Sun, Apr 10, 2016 at 12:39 PM, ████████████ @ripple.com> wrote:
████ let's connect next week when you are ready and I can help gather some data.

We could reduce the net sell target lower or go to 0% but it is a bit more complex (operationally) for GSR to switch to a net buy strategy. It can be done, it just takes a bit more work and time to transition.

Let me know your thoughts.



On Sunday, April 10, 2016, Brad Garlinghouse <███ @ripple.com> wrote:
As fyi, ive asked ████ to look at previous adjustments we have made in sales and what impact it may have had on price.

I'm in favor of doing below - but if we are going to impact the price, I'm marginally inclined to be more aggressive when we do this. e.g. either stop all sales? purchse for a few days? i am dubious that a modest adjustment like this will impact much. But I also think that the more we adjust, the more data we collect on it's impact.
B

On Sun, Apr 10, 2016 at 9:23 AM, ████████████ @ripple.com> wrote:
Will do.

On Sun, Apr 10, 2016 at 9:01 AM, Chris Larsen <███ @ripple.com> wrote:
Yes - let's adj

Chris

Chris Larsen | CEO
Ripple, Inc.
████ @ripple.com | www.ripple.com

On Apr 10, 2016, at 07:58, ████████████ @ripple.com> wrote:

We continue to see downward pressure on the price of XRP since Thursday. While there is no guarantee of an immediate favorable impact, I would like to have GSR adjust down a bit our net sell target for a few days to see if we can help stabilize and/or increase the XRP price.

We are currently at net sell target rates of 3.5% for Ripple and 0.5% for RippleWorks. I would keep RippleWorks at 0.5% and reduce Ripple to 1.5%. We will monitor for a few days and then work to ramp back to our 3.5% target rate. We do have some flexibility to still achieve our monthly/quarterly revenue targets as (1) volume has been pretty strong so far in April (we have had solid sales revenue month-to-date), and (2) we are early in Q2 and have time to catch-up.

Let me know if there are any concerns; otherwise, I will instruct GRS to make the noted adjustments.



Ripple
@ripple | ripple.com



Ripple
@ripple | ripple.com



Ripple
@ripple | ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.