PX 467

Message

| | |
|---|---|
| **From:** | Breanne Madigan [███@ripple.com] |
| on behalf of | Breanne Madigan [███@ripple.com> ███@ripple.com] |
| **Sent:** | 8/16/2019 7:25:34 AM |
| **To:** | Ron Will [Ron Will ███@ripple.com>] |
| **Subject:** | Re: XRP Markets Update |

Some of those articles Dinuka linked in the deck.
Twitter verse doesn't like hearing about another $1bn xrp on coil either
It's the same narrative about us 'dumping' xrp on the market

Breanne Madigan
Global Institutional Markets
███@ripple.com

---

On Aug 16, 2019 at 10:10 AM, <Ron Will> wrote:

Any sense of what FUD he's talking about ?

---------- Forwarded message ---------
From: **Brad Garlinghouse** <███@ripple.com>
Date: Thu, Aug 15, 2019 at 11:31 PM
Subject: Re: XRP Markets Update
To: Dinuka Samarasinghe ███@ripple.com>, Monica Long <███@ripple.com>
Cc: Breanne Madigan ███@ripple.com>, Chris Larsen ███@ripple.com>, ███@ripple.com>, ███@ripple.com>, Miguel Vias ███@ripple.com>, ███@ripple.com>, Ron Will ███@ripple.com>, ███@ripple.com>

+ Monica

team,

I will not be on the call this morning - but I'm curious (in light of what appears to me to be an increasingly level of FUD and generally false narratives about Ripple and XRP) whether this group has done (or can do) some brainstorming about whether we should proactively correct the record on critical points that seem to be persisting. I would assert that our silence isn't good for anyone in the XRP ecosystem.

Best,
Brad

On Fri, Aug 16, 2019 at 5:40 AM Dinuka Samarasinghe ███ripple.com> wrote:
  Hello all,

  Please find the attached deck for this week's market update.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                                    RPLI_SEC 0261522

Cheers,

Dinuka

> XRP Sales and Markets Presentation 8.16.2019.pdf

--
Dinuka Samarasinghe
Global Institutional Markets

--
Ron Will
Chief Financial Officer | Ripple
@ripple.com | ripple.com

ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.            RPLI_SEC 0261523