PX 468

**Message**

**From:** Monica Long [@ripple.com]
**on behalf of** Monica Long [@ripple.com> @ripple.com]
**Sent:** 10/20/2020 9:37:44 PM
**To:** @ripple.com]
**CC:** Breanne Madigan @ripple.com]; Growth Marketing @ripple.com]; Comms @ripple.com] @ripple.com]; @ripple.com]
**Subject:** Re: Q3 Social Listening

Thank you, ▮▮▮. Nice win on dampened FUD in Q3.

What are our top priorities for the XRP narrative in Q4? Are you evolving the strategy in any way based on lessons learned or insights from Q3?

Thanks,
Monica

On Tue, Oct 20, 2020 at 4:28 PM ▮▮▮ @ripple.com> wrote:
Hi All,

Every quarter, we share a social listening overview to track Ripple's efforts to decrease FUD and increase share of conversation (SOC) in key topic areas including blockchain, crypto, payments, regulation and sustainability.

You can see our quarterly analysis of the social landscape in this Q3 report. This quarter, we hit 2 of our 4 content-specific OKRs from our Q3 Marketing Plan (page 16).

Below is a brief overview of results. Happy to dive into more, as needed.

- **Total FUD decreased 9% QoQ:**
  - Dumping FUD decreased by 9%, falling short of the Q3 goal: 15% decrease
    - Conversations around Jed McCaleb "dumping XRP" remain popular among community members and detractors
    - Reports that Ripple was buying back XRP as disclosed in the Q2 Markets Report also resulted in Dumping mentions
  - Falling Prices FUD decreased 22% QoQ
    - Conversations are expressing frustration and negativity due to the low price of XRP
- **SOC:**
  - **Blockchain SOC decreased by 8% QoQ**
    - While Ripple/XRP mentions did increase by 6% due in part to blockchain-focused Insights content, the growth of overall blockchain conversations led to a decrease in SOC
  - ODL was in 30K conversations. This is a decrease of 44% from Q2
  - RippleNet was in 31K conversations. This is a 29% decrease from Q2

We continue to publish and amplify content that showcases Ripple's real business solutions, like the recent Line of Credit launch, Lemonway customer announcement and ▮▮▮ two-part executive thought leadership blog about the role of blockchain and digital assets in cross-border payments.

Also, the sustainability campaign helped to drive more positive conversations and broaden reach outside of crypto circles on Twitter, driving up the total number of conversations about Ripple and drowning out the negative chatter.

Case 1:20-cv-10832-AT-SN   Document 840-63   Filed 06/13/23   Page 3 of 3

Please don't hesitate to reach out with any questions.

Best,

▮

--

▮
Content Marketing Manager | Ripple
▮@ripple.com



CONFIDENTIAL
RPLI_SEC 0505438