PX 479

Message

| | |
|---|---|
| From: | [redacted]@ripple.com] |
| Sent: | 6/7/2016 5:21:47 PM |
| To: | Chris Larsen [Chris Larsen <[redacted]@ripple.com>]; Brad Garlinghouse [Brad Garlinghouse <[redacted]@ripple.com>]; Patrick Griffin [Patrick Griffin <[redacted]@ripple.com>]; [redacted]@ripple.com>]; [redacted]@ripple.com>] |
| Subject: | Bot algorithm update |

Team - following a discussion I had with Chris this morning, GSR has adjusted the algorithm so that it is a hybrid between 3.5% of the weekly average total trading volume and a minimum of $150k /week so we hit our cash flow and bookings targets (this shouldn't be a problem as long as trading volume remains high). For context, a couple of weeks ago we shifted to a weekly $ target as GSR tested out an improved algorithm but doing this instead of a volume % target means we'd miss out on higher sales when volume is high.

There will be variance from the 3.5% on a daily basis as the algorithm adjusts the daily % based on volume (less on weekends) but the target is 3.5% of weekly average total trading volume and we'll continue to monitor daily.

Will also coordinate with GSR in advance of any news announcements. I am now connected with [redacted] on the timing of any press releases.

Chris - separately, [redacted] is going to be updating the Ripple holdings of XRP this Thursday. There is now a process of updating it automatically weekly so that each Thursday there will be an update based on Sunday night's balances. We would have to do a manual adjustment this week to adjust for [redacted] options but we can set it up so that it flows in automatically the following week.

--

[redacted]
VP of Finance | Ripple

[redacted]@ripple.com | ripple.com



CONFIDENTIAL                                                                                    RPLI_SEC 0348801