PX 480

| | |
|---|---|
| From: | Patrick Griffin <​███@ripple.com> |
| Sent: | Tuesday, November 1, 2016 2:30 PM |
| To: | GSR ███@gsr.io> |
| Cc: | ███@ripple.com>; ███ |
| Subject: | Re: Clarify |

Definitely positive to see.

Regarding your 'standby' position, please aim to protect a $0.008 floor. Continue to operate within $100k increments. Do not purchase if the price is above the target floor of $0.008.

Patrick

> On Tue, Nov 1, 2016 at 10:14 PM, ███ GSR <███@gsr.io> wrote:
> I am very surprised that the price is reacting so well. We will continue to monitor closely as the market continues to digest the news. I've never been so glad to be so wrong on a market call.
>
>> On 1 Nov 2016, at 14:54, Patrick Griffin <███@ripple.com> wrote:
>>
>> I'm only seeing positive sentiment on the news: general feeling seems to be that ripple is doing well enough for chris to take this move.
>>
>>> On Nov 1, 2016, at 9:51 PM, ███@ripple.com> wrote:
>>>
>>> Hi guys - any update?
>>>
>>>> On Tue, Nov 1, 2016 at 6:17 AM, ███@ripple.com> wrote:
>>>> Please also confirm that you have not yet done any buying yet and are just monitoring.
>>>>
>>>>> On Tue, Nov 1, 2016 at 6:13 AM, ███@ripple.com> wrote:
>>>>> I'm not seeing any large movements in price so far. Are you guys seeing anything different? Is the market quiet right now or it just takes some time for the news to digest?
>>>>>
>>>>>> On Tue, Nov 1, 2016 at 6:09 AM, ███ wrote:
>>>>>> Maybe this could be clarified to stop speculation (see attachment)?

--
███
VP of Finance | Ripple
███@ripple.com | ripple.com

✦ ripple

CONFIDENTIAL
GSR00005000





--
Patrick Griffin
EVP Business Development | Ripple
| ripple.com

CONFIDENTIAL                                                                                               GSR00005001