# PX 482

5/23/2021 Ripple sold $916 million of its digital currency XRP last quarter, as the price surged almost 30,000% - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 627-78 Filed 09/13/22 Page 2 of 27



EXHIBIT

DS-34

5/26/2021

Jump to content

_ XRP CHAT

- Existing user? Sign In

**Sign In**

- Display Name
- Password
- ☑
  Remember me Not recommended on shared computers
- Sign In

  Forgot your password?

**Or sign in with one of these services**

Sign in with Twitter
Sign in with Google
- Sign Up

-

- Home
  - Leaderboard
  - Staff
  - Online Users
  - More
- All Activity
- Activity Feeds
  - My Activity Streams
    - Active Topics
  - More
- Links & Resources
- Zerpbox
- Clubs
- More
  - More

Search...
Search In

- ⦿ Everywhere
- ○ Topics
- ○ This Forum
- ○ This Topic
- More options...

Find results that contain...

- ⦿ *Any* of my search term words
- ○ *All* of my search term words

Find results in...

- ⦿ Content titles and body
- ○ Content titles only

- Press
-
-

- All Activity
- Home
- XRP
- Press
- Ripple sold $91.6 million of its digital currency XRP last quarter, as the price surged almost 30,000%

-
-

# Ripple sold $91.6 million of its digital currency XRP last quarter, as the price surged almost 30,000%



By **BlueCollarHedgeFund**,
January 24, 2018 in Press

 Share

- 
- 
- 

Followers 2

- 
- Prev
- 1
- 2
- Next
- 
- Page 1 of 2
    - Page
    - Go

## Recommended Posts



**BlueCollarHedgeFund** **211**

Posted January 24, 2018

**BlueCollarHedgeFund**

- Regular
- 

- Member
- 211
- 131 posts

- 
    - Share

Posted January 24, 2018

https://www.cnbc.com/2018/01/24/ripple-sold-91-point-6-million-of-digital-currency-xrp-last-quarter.html

Case 1:20-cv-10832-AT-SN Document 627-72 Filed 06/13/22 Page 4 of 27

- [Andi10](#) and [emsemporium](#)



- [1](#)

- [1](#)

-

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

-
-
-

- Replies 21
- Created 3 yr
- Last Reply 3 yr

**Top Posters In This Topic**



- 
3



- 
3



- 
3

5/23/2021    Ripple sold $916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Page 5 of 27 - Xrp Chat

Case 1:20-cv-10832-AT-SN    Document 627-78    Filed 09/13/22    Page 5 of 27



- 2

**Popular Days**

- [Jan 24](#)

  [22](#)

## Top Posters In This Topic



- **buckor** 3 posts



- **JoelKatz** 3 posts



- **DutchBeetle** 3 posts



- **Skippy** 2 posts

**Popular Days**

- Jan 24 2018
  22 posts

**Popular Posts**



**JoelKatz**

January 24, 2018

Yes, that's exactly it. Programmatic sales are made by market making on open markets. They don't include a lockup and Ripple has almost no control over who gets the XRP. They effectively become p



**JoelKatz**

January 24, 2018

I think another interesting point is the ratio of sales off market to sales on open markets. You can argue the pluses and minuses of both, but having the actual numbers helps to put those arguments in



**JoelKatz**

January 24, 2018

Programmatic literally means that they're made by a program. Ripple employs third party market makers to execute these XRP sales to ensure that we can't control the timing or volume to manipulate the



[buckor](#) **2,363**

Posted January 24, 2018

[buckor](#)

- Veteran
-



- Bronze Member
- ★ BRONZE ★
- 2,363
- 1,564 posts

- Share

Posted January 24, 2018

https://www.cnbc.com/2018/01/24/ripple-sold-91-point-6-million-of-digital-currency-xrp-last-quarter.html

And this is good news. 1) shows everyone they aren't trying to "dump" 1 billion coins on the markets, even in a month. 2) Ripple now has a lot more money to continue building the company out and push toward xRapid adoption. 3) They would not have been able to make the institutional sales unless they could show those institutions that XRP would be valuable and useful to them in the future, and then those institutions accepting what they've been shown as true.

All very good things for Ripple...and XRP!

- BlueCollarHedgeFund, Andi10 and Plikk



  3

**Link to post**

 https://www.xrpchat.com/topi

**Share on other sites**

-
-
-

5/23/2021      Ripple sold $916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 627-73 Filed 08/13/22 Page 8 of 27



**[mrenne](#) [716](#)**

[Posted January 24, 2018](#)

**[mrenne](#)**

- Advanced
-



- Member
- [716](#)
- 627 posts

- ○ [Share](#)

[Posted January 24, 2018](#)

> 9 minutes ago, buckor said:

> And this is good news. 1) shows everyone they aren't trying to "dump" 1 billion coins on the markets, even in a month. 2) Ripple now has a lot more money to continue building the company out and push toward xRapid adoption. 3) They would not have been able to make the institutional sales unless they could show those institutions that XRP would be valuable and useful to them in the future, and then those institutions accepting what they've been shown as true.

> All very good things for Ripple...and XRP!

Agree with you [@buckor](#), I just wanted to add to your point 1 the fact that the first escrow release took place in January 18, so not in Q4/17.

So we'll have to wait for the next quarterly report to see what is happening to the XRP released from escrow. Or look at the ledger and try to find out, of course.

**Link to post**

5/23/2021 Ripple sold 916 million of its digital currency XRP last quarter, as the price surged almost 30000 | Page 10 of 27 | Xrp Chat

Case 1:20-cv-10832-AT-SN Document 820-73 Filed 08/13/22 Page 10 of 27

Share on other sites

- 
- 
- 



**buckor** **2,363**

Posted January 24, 2018

**buckor**

- Veteran
- 



- Bronze Member
- ★ BRONZE ★
- 2,363
- 1,564 posts

- ○ Share

Posted January 24, 2018

Agree with you [mention=10253]buckor[/mention], I just wanted to add to your point 1 the fact that the first escrow release took place in January 18, so not in Q4/17.
So we'll have to wait for the next quarterly report to see what is happening to the XRP released from escrow. Or look at the ledger and try to find out, of course.

Absolutely....i am definitely not implying that the escrowed funds have anything to do with previous sales...that said, $90 million worth of sales last quarter is a lot different than $1.3 billion today, if all 1 billion escrowed coins are sold each month at today's prices...

I am just trying to point out that if history keeps repeating itself Ripple will continue to have XRP to go back into escrow every month....therefore, concerns about dumping on the market are unfounded.

Thanks for your thoughts!

- jag216



- 1

- 

Link to post

https://www.xrpchat.com/topi

Share on other sites

- 
- 
- 



**[Skippy](#)** **[9,276](#)**

[Posted January 24, 2018](#)

## [Skippy](#)

- Veteran
- 



- Gold Member
- ⭐⭐ **GOLD** ⭐⭐
- [9,276](#)
- 5,550 posts

- ○ [Share](#)

[Posted January 24, 2018](#)

Ripple have stated many times they don't intend to sell the maximum amount of XRP, only what they need to.

And since the price of XRP is as high as it is, they need to sell it increasingly less.

They also want to keep up a healthy XRP market, so I would assume they give institutional investors two choises:

1. Buy XRP directly from Ripple for VERY strict selling limits. (Ripple are in no need to sell to every institutional investor there is. They could sell their XRP just as easily to the public. )

2. Tell them to go to the public markets.

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

- 
- 
- 

- **Popular Post**



Case 1:20-cv-10832-AT-SN   Document 827-73   Filed 06/13/22   Page 12 of 27

### JoelKatz  8,274

Posted January 24, 2018

### JoelKatz



- Advanced
- 

- Ripple Employee
- 8,274
- 884 posts

- **Popular Post**
- 
  - Share

Posted January 24, 2018

I think another interesting point is the ratio of sales off market to sales on open markets. You can argue the pluses and minuses of both, but having the actual numbers helps to put those arguments in context.

- Skippy, CryptoGerrie, MBi and 8 others



 6

 5

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

- 
- 
- 



### DutchBeetle  216

Posted January 24, 2018

### DutchBeetle

- Regular
-



- 
- Member
- [216](#)
- 168 posts

- - [Share](#)

[Posted January 24, 2018](#) (edited)

> 9 minutes ago, JoelKatz said:
>
> I think another interesting point is the ratio of sales off market to sales on open markets. You can argue the pluses and minuses of both, but having the actual numbers helps to put those arguments in context.

@JoelKatz I can't really explain this for myself in simple terms : "Ripple sold $71.5 million of XRP through programmatic sales and $20.1 million directly to investors."

Could you please explain this further?

**Edited January 24, 2018 by DutchBeetle**

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

- 
- 
- 



**[Skippy](#) [9,276](#)**

[Posted January 24, 2018](#)

## [Skippy](#)

- Veteran
- 



- 
- Gold Member
- ⭐⭐⭐⭐⭐ 🎚️🎚️🎚️

Case 1:20-cv-10832-AT-SN Document 827-73 Filed 08/13/22 Page 14 of 27

[9,276](#)
5,550 posts

- ○ Share

Posted January 24, 2018

7 minutes ago, JoelKatz said:

I think another interesting point is the ratio of sales off market to sales on open markets. You can argue the pluses and minuses of both, but having the actual numbers helps to put those arguments in context.

Many FUDders see small XRP II sales as a negative thing, as in 'lack of demand'.

I as an optimist see it as confidence of Ripple to make strict rules for OTC sales as pointed out in my previous post.

Could also have something to do with the high volatility in Dec as investors are scared to jump in with FOMO.

I would like to know how many investors Ripple turns away to the public markets.

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**



**cmbartley** **4,285**

Posted January 24, 2018

**cmbartley**

- Veteran



- Silver Member
- ★★ SILVER ★★
- [4,285](#)
- 2,313 posts

- ○ Share

Posted January 24, 2018

3 minutes ago, DutchBeetle said:

@JoelKatz I can't really explain this for myself in simple terms : "Ripple sold $71.5 million of XRP through programmatic sales and $20.1 million directly to investors."

Could you please explain this further?

5/23/2021
Ripple sold 916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Page 15 - Xrp Chat

Case 1:20-cv-10832-AT-SN   Document 640-73   Filed 08/13/22   Page 15 of 27

Programmatic sales happen via exchanges and on XRPL. Sales to investors mean investors pay Ripple directly and Ripple transfers XRP from a Ripple-managed wallet to a wallet under the control/ownership of the investor.

- CryptoGerrie, emsemporium, BlueCollarHedgeFund and 1 other



- 3

- 1

- 

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

-
-
-



**DutchBeetle** 216

Posted January 24, 2018

**DutchBeetle**

- Regular
-



- Member
- 216
- 168 posts

- Share

Posted January 24, 2018

> 3 minutes ago, cmbartley said:
>
> Programmatic sales happen via exchanges and on XRPL. Sales to investors mean investors pay Ripple directly and Ripple transfers XRP from a Ripple-managed wallet to a wallet under the control/ownership of the investor.

Thanks!

5/23/2021 Ripple Sold 916 Million of its Digital Currency XRP Last quarter, as the price surged almost 30000! - Page 16 - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 870-73 Filed 08/13/22 Page 16 of 27

But does the term "Programmatic" imply that this was more or less pre-determined, or against pre-determined rules? Whereas the 'direct sales' are based on the amount Ripple was willing to sell to 'new kids on the block' in this specific period? Again, I'm more or less undereducated at this!

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

- 
- 
- 

- **Popular Post**



[**JoelKatz**](#) **8,274**

[Posted January 24, 2018](#)

## JoelKatz

- Advanced
- 



- [Ripple Employee](#)
- [8,274](#)
- 884 posts

- **Popular Post**

- - [Share](#)

[Posted January 24, 2018](#)

Yes, that's exactly it.

Programmatic sales are made by market making on open markets. They don't include a lockup and Ripple has almost no control over who gets the XRP. They effectively become part of the open market.

Institutional sales are made directly to investors. They might include a lockup or other kinds of deals and Ripple gets to pick and choose who they do business with.

One good thing I think these numbers clearly prove is that Ripple doesn't have to sell XRP at a discount to FIs or make mass sales to institutions with no lockup to raise revenue. Sales on the open market are the majority of the volume. That means that Ripple can afford to be picky in who it makes institutional sales to and thus it's reasonable to infer that Ripple likely thinks those have strategic value.

Ripple does not need to sell XRP at a discount to raise revenue, the open market clearly suffices. And Ripple is not selling large amounts of XRP at a discount to undermine the market.

On the downside, if you think that Ripple is a brilliant strategist making amazing backroom deals that will incentivize the entire financial industry to use XRP, seeing that such backroom deals are a fairly small percentage of total XRP released might be thought of as a negative. Alternatively, it means we're confident we'll succeed without such deals or that such deals don't involve large amounts of XRP. The point is -- you have the data.

- [Lamberth](#), [Lucky_777s](#), [Archive](#) and [12 others](#)

- 11

5/23/2021    Ripple sold 916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Page 17 - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 840-73 Filed 08/13/22 Page 17 of 27



- [4](#)
-

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

-
-
-



**buckor** **2,363**

Posted January 24, 2018

**buckor**

- Veteran
-



- Bronze Member
- ★ BRONZE ★
- 2,363
- 1,564 posts

- Share

Posted January 24, 2018

> I think another interesting point is the ratio of sales off market to sales on open markets. You can argue the pluses and minuses of both, but having the actual numbers helps to put those arguments in context.

Exactly...$20 million vs $70 million...the off market sales to those willing to take the various restrictions along with those sales is truly telling. Again, those buying off market trust what Ripple has told them regarding adoption and use.

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

-
-



**JoelKatz** **8,274**

Posted January 24, 2018

### JoelKatz

- Advanced



- Ripple Employee
- 8,274
- 884 posts

- ○ Share

Posted January 24, 2018

> 3 minutes ago, DutchBeetle said:
>
> Thanks!
>
> But does the term "Programmatic" imply that this was more or less pre-determined, or against pre-determined rules? Whereas the 'direct sales' are based on the amount Ripple was willing to sell to 'new kids on the block' in this specific period? Again, I'm more or less undereducated at this!

Programmatic literally means that they're made by a program. Ripple employs third party market makers to execute these XRP sales to ensure that we can't control the timing or volume to manipulate the markets or benefit from inside information and also to ensure that Ripple insiders (including me) can't use intimate knowledge of the sales strategy to their own advantage. These are professional market makers who understand that we don't want to kill rallies or engineer the price but want to sell with minimal impact.

- jag216, Ryyy20, Lucky_777s and 6 others



- 　8

- 　1

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

5/23/2021    Ripple sold 916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Page 18 - Xrp Chat

Case 1:20-cv-10832-AT-SN   Document 827-73   Filed 08/13/22   Page 19 of 27



### [DutchBeetle](#) 216

Posted January 24, 2018

### [DutchBeetle](#)

- Regular
-



- Member
- [216](#)
- 168 posts

-   - [Share](#)

Posted January 24, 2018 (edited)

> 8 minutes ago, JoelKatz said:
>
> Programmatic literally means that they're made by a program. Ripple employs third party market makers to execute these XRP sales to ensure that we can't control the timing or volume to manipulate the markets and to ensure that Ripple insiders can't use intimate knowledge of the sales strategy to their own advantage. These are professional market makers who understand that we don't want to kill rallies or engineer the price but want to sell with minimal impact.

Thanks, I really appreciate these explanations!

An answer from the Maestro.. that checks one off my bucketlist...

**Edited January 24, 2018 by DutchBeetle**

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

-
-
-



5/23/2021 Ripple sold 916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Posts - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 847-73 Filed 09/13/22 Page 20 of 27

**Coinzee 288**

Posted January 24, 2018

### Coinzee

- Regular
- 



- 
- Member
- 288
- 399 posts

- ○ Share

Posted January 24, 2018 (edited)

> 14 minutes ago, JoelKatz said:
>
> Programmatic sales are made by market making on open markets. They don't include a lockup and Ripple has almost no control over who gets the XRP. They effectively become part of the open market.

With the Billions of dollars your Company is sitting on.  Has Ripple thought about Acquiring or buying a smaller border to border money transfer company to further refine and develop the Ripple software?

Also, has or will Ripple develop proprietary intellectual property to add more value to the company?

**Edited January 24, 2018 by Coinzee**

- agonyaunt

- ♥ 1
- 

**Link to post**

https://www.xrpchat.com/topi

**Share on other sites**

- 
- 
- 

- 
- Prev
- 1
- 2
- Next
- 
- Page 1 of 2
  - ○ Page
  - ○ Go

## Create an account or sign in to comment

You need to be a member in order to leave a comment

## Create an account

Sign up for a new account in our community. It's easy!

5/23/2021 Ripple sold $916 million of its digital currency XRP last quarter, as the price surged almost 30000... - Page 21 - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 640-73 Filed 08/13/22 Page 21 of 27

Register a new account

## Sign in

Already have an account? Sign in here.

Sign In Now
 Share

- 
- 
- 

Followers 2
Go to topic listing

- 

- Replies 21
- Created 3 yr
- Last Reply 3 yr

**Top Posters In This Topic**



**buckor** 3 posts



**JoelKatz** 3 posts



5/23/2021    Ripple sold $916 million of its digital currency XRP last quarter, as the price surged almost 30000 - XRP Chat

Case 1:20-cv-10832-AT-SN   Document 827-73   Filed 06/13/23   Page 22 of 27

**DutchBeetle** 3 posts



**Skippy** 2 posts

### Popular Days

- Jan 24 2018

  22 posts

### Popular Posts



**JoelKatz**

January 24, 2018

Yes, that's exactly it. Programmatic sales are made by market making on open markets. They don't include a lockup and Ripple has almost no control over who gets the XRP. They effectively become p



**JoelKatz**

January 24, 2018

I think another interesting point is the ratio of sales off market to sales on open markets. You can argue the pluses and minuses of both, but having the actual numbers helps to put those arguments in



**JoelKatz**

January 24, 2018

Programmatic literally means that they're made by a program. Ripple employs third party market makers to execute these XRP sales to ensure that we can't control the timing or volume to manipulate the

- **Popular Topics**

5/23/2021
Case 1:20-cv-10832-AT-SN Document 637-73 Filed 08/13/22 Page 23 of 27
Ripple sold 916 million of its digital currency XRP last quarter, as the price surged almost 30000 - Xrp Chat



○ 17,269
[Charting the course of XRP](#)

By Guest
Started August 14, 2019



○ 12
[Using a crashed market to help re-balance tax liabilities](#)

By JASCoder
Started 9 hours ago



○ 1
[Restoring my XRP wallet](#)

By Takas0522
Started 3 hours ago



○ 9,976
[Epic Pennant on BTC Chart](#)

By Eric123
Started January 24, 2019



○ 4
[Could you run a VPN with Codius?](#)

5/23/2021 Ripple sold $916 million of its digital currency XRP last quarter, as the price surged almost 30000 | Page 23 - Xrp Chat

Case 1:20-cv-10832-AT-SN Document 827-73 Filed 08/13/22 Page 24 of 27

By [KarmaCoverage](#)
Started January 24, 2019



- 14
[Winter is Coming](#)

By [Woodseal](#)
Started 13 hours ago

Case 1:20-cv-10832-AT-SN   Document 647-73   Filed 08/13/22   Page 25 of 27



○

1

list of upcoming events in the case

By HAL1000
Started 8 hours ago

5/23/2021     Ripple Sold 916 Million of its Digital Currency XRP Last Quarter, as the Price Surged Almost 30000 | Press - Xrp Chat

Case 1:20-cv-10832-AT-SN   Document 847-73   Filed 08/13/22   Page 26 of 27



12

[Anonymous Poll] Have you sold?

By billion
Started 9 hours ago



XRP (XRP)

- 0.795674 USD (-14.48%)

| RANK | MARKET CAP | VOLUME |
|:---:|:---:|:---:|
| 7 | $36.71 B USD | $11.14 B USD |

*Powered by CoinMarketCap*

- **Forum Statistics**
  - **Total Topics**
    31,250
  - **Total Posts**
    852,263

- All Activity

- Home
- XRP
- Press
- Ripple sold $91.6 million of its digital currency XRP last quarter, as the price surged almost 30,000%

- Theme
  - Light (Default)
  - Dark
- Privacy Policy
- Contact
- About
- Terms

Xrp Chat is not affiliated, associated, authorized, endorsed by, or in any way officially connected with Ripple, or any of its subsidiaries or its affiliates. Powered by Invision Community

×

- Existing user? Sign In
- Sign Up

- **Home**
  - Back
  - Leaderboard
  - Staff
  - Online Users
- All Activity

- **Activity Feeds**

  - Back

  - **My Activity Streams**

    - Back
    - Active Topics
- Links & Resources
- Zerpbox
- Clubs

×

- Create New...

# Important Information

We have placed cookies on your device to help make this website better. You can adjust your cookie settings, otherwise we'll assume you're okay to continue.

 I accept