# PX 483

| From: | ██████ Pat Griffin |
| To: | ██████ Chris Larsen (owner) |
| **TimeStamp:** | 01/16/14 11:39:07 AM |
| **DateRead:** | 01/16/14 11:43:14 AM |

The whole program can really only support about $1-$2k per day of XRP without tanking the price of XRP

LARSEN-SEC-LIT-00003500