# PX 484

Message

**From:** Breanne Madigan <█████@ripple.com]
**on behalf of** Breanne Madigan <█████@ripple.com> [█████@ripple.com]
**Sent:** 10/4/2019 1:16:43 PM
**To:** Ron Will [Ron Will <█████@ripple.com>]; █████@ripple.com>]; █████@ripple.com>]; █████@ripple.com>]; Chris Larsen [Chris Larsen <█████@ripple.com>]; █████@ripple.com>]; █████@ripple.com>]; Dinuka Samarasinghe [Dinuka Samarasinghe <█████@ripple.com>]; Brad Garlinghouse [Brad Garlinghouse <█████@ripple.com>]; █████@ripple.com>]; █████@ripple.com>]; █████@ripple.com>]; Ethan Beard [Ethan Beard <█████@ripple.com>]
**Subject:** Minutes - Weekly XRP Sales Strategy Mtg 10/4

## Minutes - Weekly XRP Sales Strategy Mtg 10/4

Attendees:
Chris, █████ Breanne, █████

Summary:
Discussed market performance, XRP Sales, █ Q3 Report, ODL Natural Liquidity Plans & Institutional Outreach / Traction to-date

Key Outcomes / Follow-ups:

1.
2.   Q3 Markets Report: Proceed as outlined here; first draft for next week's mtg
3.
4.
5.   ODL NL Development: Proceed with creating sub-group focused on NL Dev & testing; will post this group monthly on progress
6.
7.
8.   Maintain pause on programmatic sales, pending outcome of ongoing █ conversations

--
Breanne Madigan
Global Institutional Markets
█████.com

CONFIDENTIAL                                                                                                      RPLI_SEC 1045665