PX 485

| | |
|---|---|
| From: | Patrick Griffin <​@ripple.com> |
| To: | |
| CC: | Miguel Vias; Asheesh Birla; Monica Long |
| Sent: | 4/13/2017 10:01:49 AM |
| Subject: | Re: Bitbank Adding XRP in May |

what are their volumes?  any visibility into the magnitude of the news would be great!

On Thu, Apr 13, 2017 at 12:57 PM, @ripple.com> wrote:
It marks another on-ramp to XRP in Japan, a country that loves trading FX, which is also preparing to drop their tax on virtual currencies in June. This will lead to more speculative volume, which is a target goal for Ripple in Q2.

On Thu, Apr 13, 2017 at 9:28 AM, Patrick Griffin <​@ripple.com> wrote:
What does that mean for XRP?  What does that mean for Ripple?

On Apr 13, 2017, at 11:17 AM, @ripple.com> wrote:

Tailwinds!

On Thu, Apr 13, 2017 at 11:15 AM, @ripple.com> wrote:
Japan-based Bitbank just announced that they are adding XRP in May:

https://bitcoinbank.co.jp/2017/04/263

--

Product Manager, RCL / XRP | Ripple
@ripple.com



**Read:** RCL Sustains 1,000 Transactions Per Second

**Latest RCL Releases:** XRP Escrow, XRP Payment Channels & TickSize

--
Patrick Griffin
SVP Business Development | Ripple
ripple.com