PX 490

## Re: XRP transaction

**From:** █████████████████████
**To:** Ripple Phil Rapoport <███@ripple.com>, ████████████████████████
**Date:** Thu, 11 Sep 2014 14:29:35 -0700

Fine thank you. ███ will try to close this asap. We need a secure way to store it.

On Sep 11, 2014 2:20 PM, "Phillip Rapoport" <███@ripple.com> wrote:

> As discussed, ███ will purchase $1mm USD worth of XRP.
>
> We will lock the rate at last trade price of ███████ until ███ to allow a few days to complete the transaction.
>
> RL will apply a ███ discount which brings the rate to ████████████████████
>
> Total xrp = $1,000,000 ████████ = ██████████
>
> Additionally, if ███ purchases an additional ███ of XRP/USD (for a total of ███ before ███████ ripple labs will retroactively apply a ███ discount on the entire ██████ The ███ discounted amount will be subject to a █ year lockup.
>
> The current $1mm purchase with a ███ discount is not currently subject to any lockup.
>
> Copying everyone to confirm that this looks good.
>
> Please confirm and we can move forward.
>
> Thanks
> Phillip
>
> Sent from my iPhone

Highly Confidential Discovery Material                                                             ███0002297