PX 491

Message
───────────────────────────────────────────────────────────────────────

**From:** Brad Garlinghouse [▇▇@ripple.com]
**Sent:** 4/19/2017 11:46:50 AM
**To:** Patrick Griffin [Patrick Griffin <▇▇@ripple.com>]
**Subject:** Re: Purchasing Ripple

you realize (i think) you didn't answer his question?

1 million XRP = $32,000 - thus you are recommending he go to the open market. Maybe include a link on where to get more information on how to do that?

On Wed, Apr 19, 2017 at 10:24 AM, Patrick Griffin <▇▇@ripple.com> wrote:
Hi ▇
We encourage buyers of less than $250k to go to the open market. For transactions of this size we can sell to you at the spot price.

Let us know how much and we will send through the paperwork this afternoon.

Patrick

On Tue, Apr 18, 2017 at 10:41 AM, ▇▇▇▇▇▇▇ wrote:
like a million or two? Would depend on the rate card. What would 1 million XRP cost in USD and what would 2 million cost?

[redacted]

On Apr 17, 2017, at 9:06 PM, Patrick Griffin <▇▇@ripple.com> wrote:

Hi ▇
▇ forwarded me along your request. We regularly sell XRP to large buyers (in fact, we have a registered entity and a rate card for that purpose), so definitely possible. How much are you interested in buying?

Patrick

---------- Forwarded message ----------
From: ▇▇@ripple.com>
Date: Mon, Apr 17, 2017 at 10:58 AM
Subject: Fwd: Purchasing Ripple
To: Patrick Griffin <▇▇@ripple.com>

Patrick - the emails from ▇

HIGHLY CONFIDENTIAL
RPLI_SEC 0843640

Thanks,

▮

\---------- Forwarded message ----------
From: ▮@ripple.com>
Date: Sun, Apr 16, 2017 at 8:42 AM
Subject: Re: Purchasing Ripple
To: ▮

Good morning ▮ Great to hear from you. Let me check with our compliance and finance teams and get right back to you. Expect an email back early this week with options.

All the best,

▮

Sent from my iPhone

On Apr 16, 2017, at 5:24 AM, ▮ wrote:

▮

I'm hoping to purchase some XRP and wondering about the best way to do it. Chris mentioned that if I buy more than some set amount I should notify you first. I could purchase on the open market, of course, but I have some memory that it's possible to buy directly from the company, possibly even at some sort of advantaged price? I want to be 100% above board, obviously, so please be frank with me if that's not a good idea for any reason. But if it IS possible, let me know!

--

▮
General Counsel | Ripple
▮
▮@ripple.com | ripple.com

HIGHLY CONFIDENTIAL



~~
Patrick Griffin
SVP Business Development | Ripple
[redacted]@ripple.com

~~
Patrick Griffin
SVP Business Development | Ripple
[redacted]@ripple.com

HIGHLY CONFIDENTIAL                                                                                           RPLI_SEC 0843642