PX 492

Message

**From:** [REDACTED]@ripple.com]
**Sent:** 12/9/2015 10:51:16 AM
**To:** Patrick Griffin [Patrick Griffin <[REDACTED]@ripple.com>]
**Subject:** Re: 2.t

Out of the 5%, 0.5% is for Ripple Works, and the rest is for the company currently. At the very least, 70-80% of sales are for the company even when doing sales for Chris.

On Wed, Dec 9, 2015 at 10:14 AM, Patrick Griffin <[REDACTED]@ripple.com> wrote:
How much is Chris Larsen selling through the bot?

> On Dec 9, 2015, at 9:41 AM, [REDACTED]@ripple.com> wrote:
>
> As XRP gets more buttoned-up (i.e. the fund), we might need to stop sales. But fund inflows would replace the revenue from sales.
>
>> On Wed, Dec 9, 2015 at 9:34 AM, [REDACTED]@ripple.com> wrote:
>> It's hard to argue that it's not impacting the price, but it's generally minor and the bot is being adjusted dynamically if there is ever an unreasonable impact.
>>
>>> On Wed, Dec 9, 2015 at 9:32 AM, Patrick Griffin <[REDACTED]@ripple.com> wrote:
>>> How is that not impacting price?
>>>
>>>> On Dec 9, 2015, at 9:31 AM, [REDACTED]@ripple.com> wrote:
>>>>
>>>> That would be 180k USD with today's particularly high volume. It was closer to 15-20k with our normal daily volumes of 300-400k. The 5% is taken on the overall volume, so a disproportionate amount may go through USD order books (even if they're smaller).
>>>>
>>>>> On Wed, Dec 9, 2015 at 9:25 AM, Patrick Griffin <[REDACTED]@ripple.com> wrote:
>>>>> How much is 5%?
>>>>>
>>>>>> On Dec 9, 2015, at 8:43 AM, [REDACTED]@ripple.com> wrote:
>>>>>>
>>>>>> [REDACTED] here's some more intel on that large XRP buyer that GSR has been monitoring.
>>>>>>
>>>>>> ---------- Forwarded message ----------
>>>>>> From: GSR <[REDACTED]@gsr.io>
>>>>>> Date: Wed, Dec 9, 2015 at 12:34 AM

CONFIDENTIAL                                                                                           RPLI_SEC 0306354

Subject: 2.t
To: @ripple.com>, @ripple.com>, @gsr.io>

Good morning gentlemen,

The large buyer continues to inject large amounts of BTC into RCL to purchase XRP (file attached).

Given the continued price spike and healthy volumes, coupled with the aforementioned increase in money-in, we have decided to ratchet up 2.t to 5% (@ 0030 PST). We are following closely.

Will update you later on today.

Regards,

>
>

--

CFO | Ripple
@ripple | ripple.com
<pnpworld-bitcoin-in.csv>

CONFIDENTIAL
RPLI_SEC 0306355