PX 496

| | |
|---|---|
| **From:** | Cris GSR <███@gsr.io> |
| **Sent:** | Saturday, August 06, 2016 1:26 PM |
| **To:** | Patrick Griffin |
| **Cc:** | ███ |
| **Subject:** | Re: Switching to buying XRP |

GSR purchased XRP today, but our purchases started after the first big move. Someone started buying XRP aggressively on Poloniex before we did.

> On 6 Aug 2016, at 21:34, Patrick Griffin <███@ripple.com> wrote:
>
> Thanks all.
>
> Cris, can you verify if GSR was behind the price moves this morning? We saw the price was bid up pretty aggressively. Fantastic.
>
>> On Aug 6, 2016, at 12:27 PM, Cris GSR <███@gsr.io> wrote:
>>
>> Thanks ███
>>
>> ███ is currently offline but he will send back the USD-gatehub ASAP.
>>
>>> On 6 Aug 2016, at 20:32, ███@ripple.com> wrote:
>>>
>>> Hey there,
>>> Funded the additional Bitstamp. Please send the Gatehub back to ███ which will be ███ going forward for Gatehub balances.
>>> Thanks!
>>>
>>>
>>> ███
>>> Controller | Ripple
>>>
>>> ███@ripple.com | ripple.com
>>> <ripple-logo-color.png>
>>>
>>>> On Sat, Aug 6, 2016 at 10:19 AM, ███@ripple.com> wrote:
>>>> Hey ███ I'm in transit now and will send once in office. I'm going to set up a new profit wallet to segregate bitstamp and gatehub funds and will send you new address.
>>>>
>>>>
>>>> On Aug 5, 2016 7:05 PM, ███@gsr.io> wrote:
>>>> Thank you ███ I confirm ███ received $200k but we received most in gatehub USD which is not very useful for the buying because other crosses use Bitstamp as reference and buying in gatehub doesn't have a strong impact on the rest of the crosses.
>>>>
>>>> Total sent: -200 400.01 (200 000 received)
>>>> Gatehub: -134 616.20 USD

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                            RPLI_SEC 0057021

>>>> Bitstamp: -65 783.81 USD
>>>>
>>>> If you could send: 134 616.20 USD from Bitstamp?
>>>>
>>>> Thanks
>>>>
>>>>> On Sat, Aug 6, 2016 at 8:56 AM, ██████@ripple.com> wrote:
>>>>> Please also start buying tomorrow as recommended. You have the flexibility to monitor and adjust as needed to maximize impact.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Aug 5, 2016, at 6:54 PM, ██████@ripple.com> wrote:
>>>>>>
>>>>>> Hey ██,
>>>>>> I've funded $200,000 to ██. Please confirm receipt.
>>>>>>
>>>>>> ██████
>>>>>> Controller | Ripple
>>>>>> ██████
>>>>>> ██@ripple.com | ripple.com
>>>>>> <ripple-logo-color.png>
>>>>>>
>>>>>>> On Fri, Aug 5, 2016 at 5:47 PM, ██████@gsr.io> wrote:
>>>>>>> I would recommend 40% weekend / 60% weekdays in general, but it really depends on the order book. When the depth of the order books is flatter the impact is greater. I suggest you give us flexibility to monitor the order books and when we monitor there is little liquidity we increase the buying to maximise effect. I also suggest we start this Saturday.
>>>>>>>
>>>>>>> After the payout last Monday there are only $11k in ██. Could you send back a couple $100k to ██ when you want us to start?
>>>>>>>
>>>>>>> Kind regards,
>>>>>>> ██
>>>>>>>
>>>>>>>
>>>>>>>> On Aug 6, 2016 05:34, ██████@ripple.com> wrote:
>>>>>>>> Hi Cris and ██,
>>>>>>>>
>>>>>>>> We'd like to start buying XRP per our discussion with Cris earlier this week. I know that Cris' recommendation was that we do this consistently over a longer period of time; we're not quite there yet but would like to test out buying XRP up to $100k / week for the next couple of weeks.
>>>>>>>>
>>>>>>>> We'd like to maximize impact of the dollars spent so want to start buying over the weekend. Any recommendations on how we split the $100k between weekend and weekday buying?
>>>>>>>>
>>>>>>>> Thanks,
>>>>>>>> ██████
>>>>>>>>
>>>>>>>> --
>>>>>>>> ██████
>>>>>>>> VP of Finance | Ripple

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0057022

```
>>>>>>>> █████████████
>>>>>>>> ██████@ripple.com | ripple.com
>>>>>>>>
>>>>>>
>>>>
>>>>
>>>
```

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                                 RPLI_SEC 0057023