# PX 510.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,                        :

                                          **Plaintiff,**                        :       **20 Civ. 10832 (AT) (SN)**

                                **- against -**                        :       **ECF Case**

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,

                                **Defendants.**                        :

------------------------------------------------------------------------x

### DECLARATION OF ███████

    I, ███████████, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.     I am the President of ███████████., a consulting firm located in ███████████.

    2.     I have been retained by plaintiff Securities and Exchange Commission to provide expert testimony in the above-referenced matter. On October 4, 2021, I submitted a report titled "Expert Report of ███████," in which I described certain industry customs and practices relating to public securities offerings.

    3.     I certify under penalty of perjury that the statements and opinions contained in my above-described report are true and correct.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2022