# PX 513.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

    - against -

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,

           Defendants.

---------------------------------------------------------------x

20 Civ. 10832 (AT) (SN)

ECF Case

## DECLARATION OF DR. ▮

I, Dr. ▮, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a computer scientist with ▮ of specialization in ▮ ▮ an area of computer science that is at the core of blockchain and decentralized systems.

2. I have been retained by plaintiff Securities and Exchange Commission to provide expert testimony in the above-referenced matter. On October 4, 2021, I submitted a report titled "Expert Report of Dr. ▮," updated on January 25, 2022, in which I offered the opinion, among others, that the XRP Ledger does not satisfy a basic definition of a decentralized system.

3. I declare under penalty of perjury under the laws of the United States of America that the opinions contained in my above-described report are, to the best of my knowledge and understanding, true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 12, 2022.

