# PX 516.00

Message

| | |
|---|---|
| From: | Antoinette O'Gorman [▮@ripple.com] |
| on behalf of | Antoinette O'Gorman [▮@ripple.com> ▮@ripple.com] |
| Sent: | 3/11/2017 3:32:05 PM |
| To: | Brad Garlinghouse [Brad Garlinghouse ▮@ripple.com>] |
| Subject: | Compliance Weekly Update as of 3/10/17 |

**XRP/XRP II Highlights**

[Redacted]

- Presented Compliance 2017 Focus at bi-weekly Leadership meeting on 3/8.
- Completed XRP II BSA/AML Policy Variance and memo to file for recent ▮ XRP transaction via XRP II.
- Drafted BSA Compliance "independence" presentation per your 3/10 request (via ▮ presentation scheduled for 3/20.
- AO'G meeting with ▮ on 3/15 to discuss Japan's virtual currency regulation and outcome of recent trip to Japan.

**Reg Relations Highlights**

- Completed for Clients and Regulators
    - BIS - survey response and 13 page paper on ILP and XRP submitted
    - Ryan Z confirmed as speaker at Asia Pacific Central Bank Conference, May 22-26
- Ryan Z External
    - Spoke at LendIt Conference (~350 attendees, blockchain for xborder payments)
    - Interview with Bloomberg BNA re: Ripple and Fed Faster Payments Initiative
    - Interview with Laura Shin, Fortune Magazine re: evolution of blockchain & Ripple update
- AO'G and Ryan Z met with ▮ on 3/06 re: Ripple's position that XRP is not a security. Meeting went well; however, XRP certainly has some "securities-type" characteristics and we do need to hone our playbook / messaging
    - Next steps: Scheduling an "educational" meeting with XRP and MarComm teams this coming week on how to discuss XRP/RCL generally and in presentations, responses to inquiries, etc. (e.g., some language used in the XRP presentation at this week's bi-weekly meeting was not ideal).

[Redacted]

**Hiring**

- Compliance/Risk Manager position: Two phone screens this week and one onsite interview on Friday, 3/10 - too junior for this position. Meeting with Lending Club candidate on Monday, 3/14.
- Reg Relations Manager candidate (for Singapore/Sydney): To be discussed with ▮ on Monday, 3/13.
- ▮ replacement: Looking to elevate this to a higher level Reg Relations position. Proposed job description to be submitted week of 3/13/17.

**Other**

- Shoring up NYDFS cyber security requirements with ▮
- Responded to ▮ on 3/8.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0270740

- ■ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
- Working on ▆▆▆▆▆ question re: requirements/obligations for acting as a Ripple validator. Also reviewing existing and proposed Ripple validators in terms of optimal locations (for least compliance impact/obligation to Ripple).
- Working on Lux IoV proposal; targeting completion of IoV proposal by 3/17/17. Also in broader Lux discussions with ▆▆▆▆▆▆▆▆▆.
- Working with Product on GPSG requirements/Ripple Network rulebook.

Chief Compliance Officer | Ripple

▆▆▆▆▆@ripple.com | ripple.com



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0270741