PX 517.00

**Message**

| | |
|---|---|
| From: | ▮ |
| Sent: | 12/11/2017 5:17:10 PM |
| To: | Monica Long ▮@ripple.com]; ▮@ripple.com]; ▮@ripple.com] |
| CC: | Ripple [ripple@▮ |
| Subject: | SEC Statement on Crypto + ICOs |

Hi all,

You may have already seen, the SEC Chairman, Jay Clayton, put out a statement on cryptocurrencies and ICOs today. The statement got some media pickup, including from Business Insider, CBS MoneyWatch, The Verge, The Wall Street Journal and a few others - we'll include in tomorrow's media tracking email.

There are a few elements of the statement for us to be aware of, including a section on what's considered a security – *"Merely calling a token a "utility" token or structuring it to provide some utility does not prevent the token"* Know it had been a concern to have XRP considered a security, so wanted to call this out.

We're reading through further and working on tweets for this.

Thanks,



--



HIGHLY CONFIDENTIAL DISCOVERY MATERIAL                                                                        ▮0042072