PX 541

**From:** ▮▮▮▮▮@ripple.com>
**Sent:** Wednesday, November 29, 2017 7:06 PM
**To:** Patrick Griffin
**Subject:** Re: Coinbase petition

Not yet. ▮▮▮ is working on it. (by hiring a local PR agent)

On Wed, Nov 29, 2017 at 7:04 PM, Patrick Griffin <▮▮▮@ripple.com> wrote:

> are we on kakao?
>
> —
> Patrick Griffin
> SVP Business Development
> Ripple Inc.
>
>
>
>
> On Thu, Nov 30, 2017 at 3:01 AM, ▮▮▮▮▮@ripple.com> wrote:
>
>> Yes. Most XRP fans in Japan are on Twitter, so it's easy to activate them.
>> But not many Koreans are on Twitter and they use Kakao or other local
>> SNS. Need to think more about accessing the Korean network going forward.
>> I also posted the link on our XRP group on meetup.com, which we
>> created when we did a meetup and is widely used by local crypto fans.
>> (we have 280 members so far.)
>>
>>
>>
>> On Wed, Nov 29, 2017 at 6:33 PM, Patrick Griffin ▮▮▮@ripple.com>
>> wrote:
>>
>>> have you activated your networks in japan and korea?
>>> —
>>> Patrick Griffin
>>> SVP Business Development
>>> Ripple Inc.
>>>
>>>
>>>
>>>
>>> ---------- Forwarded message ----------
>>> From: Monica Long ▮▮▮@ripple.com>
>>> Date: Wed, Nov 29, 2017 at 4:44 PM
>>> Subject: Re: Coinbase petition
>>> To: Patrick Griffin ▮▮▮@ripple.com>
>>>
>>>
>>> Ha!! I'm at my team offsite. Yesterday was entirely dedicated to
>>> brainstorming for our 2018 plan. We spent a portion of our 'XRP demand gen'

1

```
>>> brainstorm thinking about how we can pressure Coinbase publicly.
>>> Lots more to come there.
>>>
>>> On Tue, Nov 28, 2017 at 4:10 PM, Patrick Griffin
>>> <      @ripple.com>
>>> wrote:
>>>
>>>> I'm a fan of this.  Is it something your team could help with?
>>>>
>>>>
>>>> Begin forwarded message:
>>>>
>>>> *From:*              @ripple.com>
>>>> *Date:* November 28, 2017 at 3:50:57 PM PST
>>>> *To:* Patrick Griffin <      ipple.com>
>>>> *Subject:* *Coinbase petition*
>>>>
>>>> Patrick,
>>>>
>>>> As discussed in the 1:1 meeting, I was thinking that we could do
>>>> more to direct XRP fans to petition for Coinbase listing.
>>>>
>>>> There are already some activities but we could potentially
>>>> broadcast this to get more support.. (Not sure if we want to do
>>>> this publicly
>>>> though..)
>>>>
>>>> Existing petitions:
>>>> https://www.change.org/p/ripple-get-ripple-on-coinbase-18f01
>>>> 8d0-1c06-4d74-9a69-1639c9649af5/u/21304885?utm_medium=email&
>>>> utm_source=petition_update&utm_campaign=135094&sfmc_tk=Hw8bC
>>>> Bij1aFNNwd%2FxMEDK%2BwDppyVDopesNLedO29Vrdw1azbXtTDVqw8qKOPs
>>>> 0TB&j=135094&sfmc_sub=533259024&l=32_HTML&u=25930668&mid=7259882&jb
>>>> =2
>>>>
>>>> https://www.change.org/p/coinbase-petition-for-xrp-ripple-on
>>>> -coinbase-e01c1b86-79c0-4e14-a026-9cdc1d5e76ba
>>>>
>>>> Not only US investors, but also overseas investors are interested
>>>> in this because 1) they could buy XRP on Coinbase by wiring money
>>>> from overseas or using creditcard, and 2) more importantly, they
>>>> want to see a price increase by getting XRP more exposed on major exchanges like Coinbase.
>>>>
>>>> The idea is to utilize our *strong* fan base more since Coinbase
>>>> needs to listen to user voice.
>>>>
>>>> I think we could potentially do something like this for bitflyer too.
>>>>
>>>> --
>>>>
>>>> Director of Joint Venture Partnership | Ripple
>>>>
>>>>        @ripple.com | ripple.com
>>>>
>>>>
```

2

```
>>>
>>>
>>
>>
>> --
>> ▉
>> Director of Joint Venture Partnership | Ripple
>> ▉
>> ▉@ripple.com | ripple.com
>>
>>
>
```

--
▉

Director of Joint Venture Partnership | Ripple
▉
▉@ripple.com | ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0055022