# PX 544

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.
LARSEN,

            Defendants.

20 Civ. 10832 (AT) (SN)

## DECLARATION OF BRADLEY SOSTACK

1.  I, ▬▬▬ am the Court appointed ▬▬▬ in the putative class action captioned ▬▬▬ Case No. ▬▬▬ pending in the United States District Court for the Southern District of California (the "Class Action").

2.  Between January 1, 2018, and January 16, 2018, I purchased approximately 128,978.88 XRP for approximately $307,700 worth of Bitcoin and USDT on the cryptocurrency exchange Poloniex.

3.  Between January 9, 2018, and January 17, 2018 I sold that XRP for approximately $189,600 worth of Bitcoin and USDT. I thus sustained a loss of approximately $118,100.

4.  I did not purchase XRP for any consumptive use. Rather, I purchased XRP as an investment with the expectation that I would be able to profit from that purchase by selling the XRP later at a higher price.

5.  This expectation was based on Ripple's promotional activity that I saw, including Twitter posts and media appearances by Ripple and its CEO, Brad Garlinghouse. This promotional activity included repeated representations that adoption of XRP by financial

institutions would increase demand for XRP. Based on Ripple's promotional activity that I saw, I also expected Ripple to develop and improve the XRP Ledger as well as secure additional exchanges through which XRP could be traded or sold.

6. Because the Securities and Exchange Commission ("SEC") submits this declaration for the limited purpose of supporting the SEC's motion for summary judgment, I have not set forth each and every fact I know concerning XRP, Ripple or the individual Defendants in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____, on the 12 of September, 2022.

2