# PX 204

**Message**

| | |
|---|---|
| From: | Ripple.com Contact Form [ripplecontact@ripple.com] |
| Sent: | 5/7/2017 8:00:07 AM |
| To: | press@ripple.com |
| Subject: | Ripple.com contact form inquiry from ▉▉ |

From: ▉▉▉▉▉@gmail.com>
Organization: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Title: Ripple Investor

Message Body:
Hello,

My name is ▉▉▉▉▉▉▉ and I am a ripple investor with 19500 shares to date. I am very excited to invest further in Ripple and believe in your product.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

I wanted to see if Ripple wanted to see if putting Ripple on a T shirt or Swaddle with Ripple on the twins calling them Ripple babies would be a good fit and an interesting way to advertise on social media.

I am from New England and my wife is from Brazil so our situation really illustrates well one of the qualities of Ripple, a way to send money across the globe.

Please call me or email me if that seems like something you would be interested in. I think it is a great way to put your name out there.

Thank you,
▉▉▉▉▉▉▉
▉▉▉▉l@gmail.com

--
This e-mail was sent from a contact form on Ripple.com

IP address: 73.149.72.53


-- Tracking Info --
The user filled the form on: https://ripple.com/contact/
The user came to your website from: https://ripple.com/xrp-portal/
The user's landing page on your website: http:///contact/
User's IP: 73.149.72.53
User's browser is: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_7_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/49.0.2623.112 Safari/537.36

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL                                                           ▉▉0192958