# PX 205

Message

---

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 5/24/2017 10:07:22 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from 

From: ▮▮▮▮▮▮▮▮▮▮▮▮ gmail.com>
Organization: personal
Title: student

Message Body:
Hello,

I want to purchase XRP. what i need to invest in your coin?

--
This e-mail was sent from a contact form on Ripple.com

IP address: 189.252.97.49


-- Tracking Info --
The user filled the form on: https://ripple.com/contact/
The user came to your website from: https://ripple.com/
The user's landing page on your website: http:///contact
User's IP: 189.252.97.49
User's Proxy Server IP: 189.252.97.49

User's browser is: Mozilla/5.0 (Windows NT 6.3; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/58.0.3029.110 Safari/537.36

CONFIDENTIAL