# PX 207

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 6/4/2017 8:10:45 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from ▮

From: ▮@GMAIL.COM>
Organization: ▮
Title: CEO

Message Body:
I am based out of New York City and would like to purchase XRP (ripple) with my USA Bank account.  Please advise

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL
RPLI_SEC 0623000