# PX 208

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 6/7/2017 2:07:19 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from [REDACTED]

From: [REDACTED]@GMAIL.COM>
Organization: INDIVIDULA
Title: MANAGER

Message Body:
I WOULD LIKE TO BUY XRP STOCK.. CELL [REDACTED]

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL
RPLI_SEC 0623011