# PX 209

Message

---

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 6/18/2017 10:02:57 AM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from ▮

From: ▮<▮com>
Organization: ▮
Title: Manager

Message Body:
I have a self directed ira, ▮ I would like to expand my portfolio and purchase Ripple/XRP. How can I do this as most exchanges I have looked into don't cater to organizations/institutions? My shares need to be purchased under my ▮ due to the structure of the self directed ira.
Any help is greatly appreciated. I really like what Ripple/XRP is trying to accomplish and would like to start out with investing $50,000.

Thank You,
▮

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL                                                         RPLI_SEC 0622973