# PX 212

| Date | Year | Month | Day | Time | Transaction Type | Customer | Amount | Currency | USD Amount | XRP |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/2019 | 2019 | 2 | 20 | 20 | Wholesale | Genesis Trading | $ 324,400.00 | USD | $ 324,400.00 | 1,000,000.00 |
| 2/25/2019 | 2019 | 2 | 25 | 25 | Wholesale | Genesis Trading | $ 1,793,000.00 | USD | $ 1,793,000.00 | 5,500,000.00 |
| 4/3/2019 | 2019 | 4 | 3 | 3 | Wholesale | Genesis Trading | $ 111,600.00 | USD | $ 111,600.00 | 300,000.00 |
| 4/15/2019 | 2019 | 4 | 15 | 15 | Wholesale | Genesis Trading | $ 94,560.00 | USD | $ 94,560.00 | 300,000.00 |
| 4/15/2019 | 2019 | 4 | 15 | 15 | Wholesale | Genesis Trading | $ 996,950.00 | USD | $ 996,950.00 | 3,140,000.00 |
| 4/24/2019 | 2019 | 4 | 24 | 24 | Wholesale | Genesis Trading | $ 105,945.00 | USD | $ 105,945.00 | 350,000.00 |

| Discount | Base rate | Discounted Rounded Rate | Invoice | Entered in Intacct | on Agreemen | Funds Received | Date Funds Received | Commission Currency | Commission Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 0% | ███ | GT-90 | | | | 2/20/2019 | | |
| | 0% | ███ | GT-91 | | | | 2/25/2019 | | |
| | 0% | ███ | GT-92 | | | | 4/3/2019 | | |
| | 0% | ███ | GT-93 | | | | 4/15/2019 | | |
| | 0% | ███ | GT-94 | | | | 4/16/2019 | | |
| | 0% | ███ | GT-95 | | | | 4/16/2019 | | |

| Recipient Address | Recipient Ripple Name | Recipient Ripple ID | Destination Tag |
|---|---|---|---|
| ███ | ███ | | 486 |
| | | | 486 |
| | | | 486 |
| | | | 486 |
| | | | 486 |
| | | | 486 |

Case 1:20-cv-10832-AT-SN   Document 631-12   Filed 09/13/22   Page 5 of 6



| TX ID | XRP Sent | | 90 day 2k-3k | 90 day 8k-10k | include in 90 day |
|---|---|---|---|---|---|
| | | 2/21/2019 | | | |
| | | 2/26/2019 | | | |
| | | 4/5/2019 | | | |
| | | 4/16/2019 | | | |
| | | 4/16/2019 | | | |
| | | 4/25/2019 | | | |

datetime