PX 213

Message

From: Ripple.com Contact Form [ripplecontact@ripple.com]
Sent: 8/19/2017 11:37:11 AM
To: xrpcontact@ripple.com
Subject: Ripple.com contact form inquiry from

From: ██████████████████████ com>
Organization: N/A
Title: N/A

Message Body:
How do I buy Ripple (XRP) stock listed at $0.16?

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL                                                                                                      RPLI_SEC 0622660