PX 214

Message

| | |
|---|---|
| From: | Ripple.com Contact Form [ripplecontact@ripple.com] |
| Sent: | 8/21/2017 9:30:25 AM |
| To: | xrpcontact@ripple.com |
| Subject: | Ripple.com contact form inquiry from ▮ |

From: ▮▮▮bellsouth.net>
Organization: ▮▮▮
Title:

Message Body:
Good afternoon I was looking for a US based exchange where I would be able to purchase XRP as a NY resident.

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL
RPLI_SEC 0622656