# PX 216

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 8/27/2017 10:27:05 AM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from

From: Dalrymple
Organization: [org-594]
Title:

Message Body:
Hello I am very interested in purchasing $XRP.X stock. However my current broker abd others i have searched do not have your symbol or company available. Is there any direction you can give me? Thank you in advanced.

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL                                                                                                                          RPLI_SEC 0622629