# PX 217

Message
───────────────────────────────────────────────────────────

From:       Ripple.com Contact Form [ripplecontact@ripple.com]
Sent:       9/1/2017 11:03:06 AM
To:         xrpcontact@ripple.com
Subject:    Ripple.com contact form inquiry from Falfala


From: Falfala ███████████████
Organization: [org-594]
Title:

Message Body:
Hi
    how i can buy XRP Stocks and why is not showing up in Nasdaq?

thank you
Mo

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL                                                                                      RPLI_SEC 0622585