# PX 218

Message

**From:** Chris Larsen ████@ripple.com]
**on behalf of** Chris Larsen <████@ripple.com> ████ripple.com]
**Sent:** 2/26/2013 9:57:25 AM
**To:** ████.com]
**CC:** ████.com <████om>]; ████@ripple.com>]
**Subject:** Re: Introduction
**Attachments:** Ripple 4.4.pdf

Hi Tim,
Great to meet you too and look forward to chatting ████ can help set up a time on our end. Also, attached
is a current deck on the Ripple Network and OpenCoin Inc.
All the best,
Chris

**CHRIS LARSEN** | CEO
**OpenCoin, INC.**
████@ripple.com | www.ripple.com

On Mon, Feb 25, 2013 at 9:28 PM, ████.com> wrote:
Thanks for the kind intro, ████

Chris- it's a pleasure to meet you. Would you have time to chat by phone, and would you have an exec summary or
overview slides to help us get up to speed?

Best-

████

████

**From:** ████com]
**Sent:** Monday, February 25, 2013 06:28 AM
**To:** Chris Larsen <████@ripple.com>; ████
**Subject:** Introduction

Chris – Please meet ████ co-investor, friend and great guy. ████ as named to ████
in 2011 and 2012 and has invested in ████ He has particular expertise in
gaming and has also made several investments in ████ both of which may create interesting connections for Ripple.

CONFIDENTIAL

RPLI_SEC 0329804

 Please meet Chris Laren, co-founder/CEO of Ripple and prior founder of eLoan and Prosper. I'm a new investor, and I think Chris and co-founder Jed McCaleb have the fintech chops to make Ripple into a worldwide p2p payment system and digital currency.

Hope you connect soon.  Plmk if I can help.

Best,

RPLI_SEC 0329805



## OpenCoin Inc.



February 2013

CONFIDENTIAL

RPLI_SEC 0329806

# OpenCoin Founders and Team

**Chris Larsen**, CEO and co-founder
- CEO and co-founder, Prosper.com, 2004 to 2012: peer-to-peer lending marketplace
- CEO and co-founder, E-LOAN, 1992 to 2004: publicly traded online lender
- Stanford MBA, 1991

**Jed McCaleb**, CTO and co-founder
- CTO and founder, MetaMachine, 1999 to 2005: creator of the eDonkey file sharing application, one of the world's largest at the time
- CEO and founder, Mt.Gox, 2010 to 2011: largest Bitcoin exchange, sold in 2011 to start this venture

**David Schwartz**, Chief Cryptographer
- Chief Technical Officer, WebMaster Incorporated, 2001-2011, cloud based software
- Worked with NSA on cryptography

**Arthur Britto**, Software developer and co-founder
- Created one of the first ISP's and one of the first Bitcoin exchanges. Highly respected in Bitcoin community.

Software developer
- 

UI designer
- 



Proprietary and Confidential OpenCoin Inc. 2013

2

CONFIDENTIAL

RPLI_SEC 0329807

## Summary

- Ripple is a distributed open source global payments network that belongs to everyone enabling:
    - Free payments to merchants, consumers and developers
    - Ability to pay in any currency through a distributed exchange
    - Instant global payments that eliminate chargebacks

- Ripple is designed as a distributed ledger. The ledger includes the creation of a new currency called ripples.
    - New users receive free ripples when they create an account
    - Ripples are initially used in lieu of transaction fees to prevent system attacks
    - Because of their cost advantages, ripples should become a popular payment medium

- OpenCoin Inc. is the for profit entity that maintains the software and promotes the network. OpenCoin's business model is based on ripples gaining acceptance and value.

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

3

CONFIDENTIAL

RPLI_SEC 0329808

# Key Elements





Proprietary and Confidential OpenCoin Inc. 2013

4

CONFIDENTIAL

RPLI_SEC 0329809

# Distributed Ledger and Consensus

- Keeps track of balances in any currency
- Enables creation of a native currency – ripples - as credits in the ledger
- Enables nickname association to public keys: (@jed = █████████████)





Proprietary and Confidential OpenCoin Inc. 2013

5

CONFIDENTIAL

# Ripple Open Source Client



CONFIDENTIAL

# Ripple Benefits



Global



Free-ish





No Charge backs



Fast

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

7

CONFIDENTIAL

RPLI_SEC 0329812

# Bridging to Other Financial Systems and Currencies

- Gateways – Existing BTC exchanges, money transmitters, FI's
- BitStamp, 2nd largest BTC exchange now a Gateway for 7 currencies



- Peer-to-peer



- My friend trusts me with $100
- A merchant trusts my friend with $100
- Thus, the merchant trusts me with $100



Proprietary and Confidential OpenCoin Inc. 2013

8

CONFIDENTIAL

RPLI_SEC 0329813

# Distributed Exchange





Proprietary and Confidential OpenCoin Inc. 2013

9

RPLI_SEC 0329814

# Key New Currency Must Have's – Comparison to Bitcoin



**Same as BTC trust:**
- Amount can't be changed
- Math method currency

**Improved trust:**
- Ledger consensus = no mining, solves 51% attack problem

**Improved utility:**
- Confirms in seconds
- Allows any currency - BitCoin is BTC only
- Enables free given away
- Can adopt Ripple in preferred currency

**Improved liquidity:**
- Anyone can provide currency exchange
- Trade currency within network

**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

10

CONFIDENTIAL

RPLI_SEC 0329815

# Gateway Fee Example: Bitstamp

- **Deposits to Gateway account**
  - SEPA (Europe) - free
  - International wire (from anywhere) - $15

- **Create and Redeem Ripple IOU's**
  - USD and BTC – free
  - .3% conversion rate for EUR, CHF, AUD, GBP, JPY

- **Transfer IOUs**
  - .2% each time traded

- **Withdrawal from Gateway account**
  - .9 EUR fixed fee regardless of amount

- **Merchant Example: Receiving BitStamp USD or BTC payments**
  - Free irreversible receipt of payments held in Ripple
  - Free redemption to BitStamp account
  - .90 EUR bulk withdrawal fee out of BitStamp. A merchant withdrawing 1,000 EUR batches pays .09%



Proprietary and Confidential OpenCoin Inc. 2013

11

CONFIDENTIAL

# Record Keeping in the Distributed Ledger

- Open source Ledger gives law enforcement real time access to network transactions
- While transactions are tagged by public key, learning the public key of an account provides a complete audit trail of that account's transaction history

- Sender's Public Key
- Recipient's Public Key
- Time stamp
- Any descriptors (e.g. Twitter-like handles)





Proprietary and Confidential OpenCoin Inc. 2013

12

CONFIDENTIAL

# Gateway KYC Example: Bitstamp

1. Gateways perform AML and KYC, links KYC to Ripple Key. Enter the public key in our Network tool to show real time transactions



2. Shows each transaction and public key involved, which links to that key's activity

Proprietary and Confidential OpenCoin Inc. 2013

13

CONFIDENTIAL

RPLI_SEC 0329818

## Regulatory and Legal

- Retained Perkins Coie to advise on regulatory issues
  - Dax Hansen, Partner in charge of Electronic Financial Services practice with expertise in electronic payments and virtual currencies



- Mitigating regulatory risks
  - We do not maintain the payments system or client on our servers. The product is a distributed open source platform that is not centrally controlled.

  - We will position the distributed design of the platform as entirely about cost reduction to consumers and merchants.

  - We will actively engage with law enforcement and only promote legal and constructive uses of the platform.

  - Bitcoin has operated for 3 years without much regulatory concern - the FBI and ECB have issued extensive reports on Bitcoin that were fairly neutral.



CONFIDENTIAL

## Key Regulatory Issues and Tactics for OpenCoin

- *Is OpenCoin subject to prepaid access rules requiring BSA/FinCEN requirements?*
  - OpenCoin do not maintain the payments system on our servers
  - We will only sell our currency to licensed wholesale Money Services Businesses (MSB's)

- *Although currencies are specifically exempt from securities law, virtual currencies such as Bitcoin have not received designation as currencies. As such, is this new currency a security?*
  - Will not be sold to users or investors in the Corporation
  - Will be given away for free to users
  - Will only sell to licensed wholesale MSB's

- *Are we responsible for illegal uses of the platform?*
  - We will only promote legal uses
  - We will work closely with law enforcement to fight fraud and scams
  - Platform interfaces with the traditional banking system through 'Gateways', which are licensed MSB and/or money transmitters

 ripple

# Distribution of ripples

- About half of all ripples will be given away. Regular users will receive the equivalent of about $5 to $10.
- Bitcoin users will receive larger gifts to encourage early support.



| Time Period | User Target | Given per User | Total Users | Total Given |
|---|---|---|---|---|
| Launch | Bitcoin Community | 50,000 | 60 k | 3bn |
| Year 1 | Facebook User | 10,000 | 1 mm | 10bn |
| Year 2 | Facebook User | 1500 | 10 mm | 15bn |
| Year 3 | Facebook User | 150 | 150 mm | 22bn |



Proprietary and Confidential OpenCoin Inc. 2013

16

CONFIDENTIAL

RPLI_SEC 0329821

# The Business Model
## Adoption of the Ripple Currency

- Ripple's business model is based on the success of its native currency
  - OpenCoin will keep between 25% to 30% of all currency created
  - OpenCoin will sell to wholesale MSB's over time to fund itself

- Can a virtual currency really create and hold value? *Bitcoin proves it can.*



Launched in 2009, Bitcoin started trading below $.05, then spiked to $30 in mid-2011 before crashing to $2. It has steadily recovered to over $20 today.

**By improving on the lessons of Bitcoin, ripples should be even more valued**



Proprietary and Confidential OpenCoin Inc. 2013

17

CONFIDENTIAL

## Marketing Strategy

- Phase 1: Early Adopters – *at soft launch*
  - Existing Bitcoin users and merchants
  - Virtual goods purchases
  - Android In-app purchases

- Phase 2: Early Majority – *first year*
  - Begin giving away large amounts of ripples free of charge
  - International payments and transfers
  - Global e-commerce marketplaces
  - Emerging e-commerce payments platforms

- Phase 3: Late Majority – *at scale*
  - Mainstream merchants
  - Amazon, Wal*mart



Proprietary and Confidential OpenCoin Inc. 2013

18

CONFIDENTIAL

RPLI_SEC 0329823

## Phase 1 Marketing: Bitcoin Community

**Market Attributes**
- Approximately 100K to 250K users, some merchant penetration
- Need an easier way to pay with Bitcoins
- Should support Ripple providing early market activity
- Growing 3rd party developer community (e.g. BitInstant, BitPay, Coinabul)

**Keys to success**
- Incent these users to support Ripple by giving them a special allocation of ripples
- Show developers that building apps for both Bitcoin and Ripple is complementary
- Emphasize usage of platform as a better way to use Bitcoins
- Use team's deep connections to the Bitcoin community



Proprietary and Confidential OpenCoin Inc. 2013

19

CONFIDENTIAL

RPLI_SEC 0329824

# Phase 1 Marketing: Online Gaming and Virtual Goods

**Android in-app purchases**

- All top selling online games have In-App purchases
- In-App purchase penetration is very low on Android
- Google Play costs developers 30% of revenue

Only 3% of Android apps use in-app purchases. iPad has over 10%

**Virtual goods resellers**

- Larger virtual goods resellers make over $100K per day
- Existing options are very expensive for the typically small items sold (often averaging $1 or less)
- Charge back risk is very high
- Young and unbanked gamers don't have access to PayPal or credit cards

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

20

CONFIDENTIAL

RPLI_SEC 0329825

## Phase 2 Marketing: e-Commerce Global Marketplaces and Payment Platforms

### Global Marketplaces

- E-commerce Marketplaces are global in nature, but payment services are balkanized by country and region
- This is a real challenge for global services (e.g. Airbnb, Skype, oDesk)

### New e-Commerce Payment Platforms

- Companies like Stripe, Braintree, Balancedpayments are building innovative payments methods for e-commerce companies.
- These services are built on top of existing networks with high fees, charge-backs, account and geographic restrictions that hurt e-commerce growth and profitability

### Keys to success

- Integrate into payment option of e-commerce payments networks
- Allow e-commerce companies to give away ripples to new users



Proprietary and Confidential OpenCoin Inc. 2013

21

CONFIDENTIAL

RPLI_SEC 0329826

# Phase 2 Marketing: International Payments

## International Transactions
- High fees - $45 bank to bank, 3% foreign debit card fees
- Very restrictive depending on the country

## Key to success
- Position as a lower cost payments system
- Build client apps that are extremely easy to use
- Encourage and promote 3rd party companies and apps that enable charge-back protection where needed

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

CONFIDENTIAL

RPLI_SEC 0329827