# PX 219

## Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 9/30/2017 10:35:58 AM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from

From: Radway
Organization: [org-594]
Title:

Message Body:
I'm looking to buy stock in XRP I use the trading app "Robinhood", but have been unable to find a service or app to buy the stock. Any help would be appreciated.

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL
RPLI_SEC 0622546