# PX 220

# Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 10/7/2017 9:01:05 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from

From: Bozkurt <
Organization: [org-594]
Title: President

Message Body:
I would like to invest in your company and purchase XRP as business. please let me know what your requirements are and how can I do that directly without using Kraken bitstamp etc... ?

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL                                                                                                          RPLI_SEC 0622374