# PX 222

Message
------

From: Ripple.com Contact Form [ripplecontact@ripple.com]
Sent: 10/20/2017 9:30:24 AM
To: xrpcontact@ripple.com
Subject: Ripple.com contact form inquiry from R

From: R ▮▮▮▮▮▮@gmail.com>
Organization: [org-594]
Title: President / CEO

Message Body:
Hi, a couple of quick questions...

1. Am I correct that XRP is basically the "stock symbol" for Ripple? And that buying XRP is like buying shares of Ripple? Therefore if I buy it at .30 and it's value rises to .50 I've made that much profit on all the "shares" I've accumulated?

I realize I'm speaking in stock terminology but I'm making sure I understand exactly how this works.

2. Assuming I'm correct about everything above. If it does rise In value, can I then withdraw it in USD when I decide to? And what is the charge for doing so?

3. Are the exchanges that are listed on your site all trustworthy and reliable for transactions?

Thank you.

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL
RPLI_SEC 0622392