# PX 223

Message
___

From: Ripple.com Contact Form [ripplecontact@ripple.com]
Sent: 11/20/2017 6:02:48 PM
To: xrpcontact@ripple.com
Subject: Ripple.com contact form inquiry from ▮

From: ▮@yahoo.com>
Organization: [org-594]
Title: owner

Message Body:
How can buy the Ripple (XRP) stock in USA
▮

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL