# PX 224

**Message**

From: ███████@ripple.com]
Sent: 12/5/2017 9:41:00 AM
To: XRP Contact [XRP Contact <XRPcontact@ripple.com>]
Subject: Fwd: Ripple.com contact form inquiry from ███

███████

Corporate Communications | Ripple
███████ripple.com

**ripple**

---------- Forwarded message ----------
From: **Ripple.com Contact Form** <ripplecontact@ripple.com>
Date: Tue, Dec 5, 2017 at 9:38 AM
Subject: Ripple.com contact form inquiry from ███
To: press@ripple.com

From ███████@gmail.com>
Organization: [org-594]
Title: Marketing executive

Message Body:
I have invested in ripple xrp every unexpected coins are gaining but except ripple. I am planning to buy 100000 xrp please update me your goals

--
This e-mail was sent from a contact form on Ripple.com

HIGHLY CONFIDENTIAL
RPLI_SEC 0642929