# PX 225

Message

---

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 12/5/2017 8:49:48 AM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from

From: ▮▮▮▮▮▮▮▮▮▮@yahoo.com>
Organization: [org-594]
Title: Sheet metal mechanic(owner)

Message Body:
Would like to buy xrp ripple stock. Cannot get through to any dealers

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL

RPLI_SEC 0622178