# PX 226

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 12/5/2017 3:15:18 AM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from

From: <gmail.com>
Organization: [org-594]
Title:

Message Body:
I've invested in XRP and want to see this succeed. I'll continue investing at a rate I can afford. Is XRP currently the only way I can invest in Ripple?

--
This e-mail was sent from a contact form on Ripple.com

HIGHLY CONFIDENTIAL
RPLI_SEC 1050077