PX 227

**Message**

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 12/11/2017 7:09:55 PM
**To:** press@ripple.com
**Subject:** Ripple.com contact form inquiry from ▮

From: ▮@gmail.com>
Organization: [org-594]
Title: retired firefighter

Message Body:
▮

Hello to all the wonderful people at Ripple. I just wanted to tell you that I believe in your company. After being retired from the FDNY for four years because of a disabling injury, I found myself wondering what the next part of my life was going to be like. That's when I found Ripple. I have invested in your company because I see great potential in your vision and future. I decided to buy XRP to support your company by selling some items that I owned in my garage that I didn't use anymore. it was the only way to find extra money to purchase it since we live pay check to pay check. In fact the items I sold to raise money to hopefully buy XRP was a batting cage, and two hoverboards. I've finally purchased XRP and will hold onto it with the confidence that your company will become extremely successful. It's a very minimal amount (2,000 XRP) compared to what others big time investors have invested but its mine and well worth it. Thank you for this opportunity to be a part of your family. Having the opportunity for a retired firefighter with a family of four wonderful children and beautiful wife to own XRP is truly a blessing to come
▮

--
This e-mail was sent from a contact form on Ripple.com

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL                                                                                    ▮236916