# PX 228

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 1/3/2018 8:02:30 AM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from [REDACTED]

From: [REDACTED]@hotmail.com>
Organization: [org-594]
Title: CEO

Message Body:
I'm an American citizen living in Belgium but with substantial banking account in the US.  I am considering "investing" in Ripple and would be buying in, so to speak, with US dollars, either in my US account or my Belgian account, but preferably my US account.  I see I need to buy XRP, which seems to offer a number of possible choices, but it's not clear to me what choice I should make, meaning the most secure, or how I go about that.  Can you give me guidance as I do not want to surf all the options.
Thank you, [REDACTED]

--
This e-mail was sent from a contact form on Ripple.com

HIGHLY CONFIDENTIAL                                                                                     RPLI_SEC 1049162