PX 229

| | |
|---|---|
| From: | Ripple.com Contact Form <ripplecontact@ripple.com> |
| To: | xrpcontact@ripple.com |
| Sent: | 1/6/2018 9:27:26 PM |
| Subject: | Ripple.com contact form inquiry from ▉ |

From: ▉.com.au>
Organization: [org-594]
Title: Director

Message Body:
Hello Ripple Labs Team,

I have a suggestion for you.

With a huge community of XRP holders out there, these are also your largest group of supporters & defenders.

I suggest that appointing and XRP Support Team would deliver great benefits for Ripple & XRP. The responsibilities of this team would include the following.

1. Build relationships with certain social accounts dedicated to XRP.
2. Give the primary account holders a private, direct line of communication to the XRP Support Team.
3. Allow these account holders to be the first to learn of new developments and answer any questions they may have.
4. Jumping on negative & untrue media & responding.
5. Generating & spreading good media.

I believe the benefits of doing so may include the following.

1. These supporters will feel special and love all things XRP even more.
2. Built greater trust within the community.
3. Get the facts out, dispelling rumors & hearsay.
4. Strengthen the communities' bond to XRP.
5. Build greater confidence in challenging times to reduce XRP sell-off's.

While you may consider such a move unnecessary, I would have to disagree. XRP holders are placing their money, trust & faith in XRP. While not clients or customers, these people have have your back. They fight for you, they are in the trenches spreading the good word about XRP. Some even run XRP giveaway competitions.

You are blessed with a dedicated group of XRP holders who believe in Ripple Labs & what the company represents. They spend countless hours dedicated to showing their love & support. Showing them some genuine appreciation, respect, love & returning support in this way, I believe, will work wonders while truly cementing XRP as the peoples token.

I'm not aware of any other offering such support or demonstrating their appreciation of their token holders in the trenches in such meaningful, genuine ways.

As with all genuine support programs, I believe that the cost of showing the community love in this way will provide a great ROI.


Warm Regards,

▉
Western Australia

--
This e-mail was sent from a contact form on Ripple.com