PX 230

| | |
|---|---|
| From: | Ripple.com Contact Form <ripplecontact@ripple.com> |
| To: | xrpcontact@ripple.com |
| Sent: | 1/12/2018 6:31:54 AM |
| Subject: | Ripple.com contact form inquiry from ▮ |

From: ▮@gmail.com>
Organization: Self
Title:

Message Body:
Hello, my name is ▮ I wanted to inform someone at ripple that an exchange you have listed where you can buy XRP has gone down and people can not access their money or any of those digital assets. The exchange is Kraken I have 4834 XRP coins in an account and have zero access to them. The site has been down for several days and if you go online a lot of people believe their assests have been stolen. I'm writing this because kraken is an exchange suggested on your website and perhaps you might be able to Find out what is going on with the exchange you have listed on your website. I am not a wealthy person an put money into XRP because I truly believe in ripple. If you have any info regarding the Kraken exchange I would appreciate hearing what you have to say

--
This e-mail was sent from a contact form on Ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0041066