PX 231

**From:** Ripple.com Contact Form <ripplecontact@ripple.com>
**To:** xrpcontact@ripple.com
**Sent:** 1/12/2018 5:57:14 AM
**Subject:** Ripple.com contact form inquiry from ▓▓▓▓

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.com>
Organization: ▓▓▓▓▓▓▓▓
Title: Owner

Message Body:
Dear Ripple organization,

I have invested in Ripple for and bought 24.626 XRP using the website of Kraken. Now, as you might already have heard, Kraken is offline now already for about almost 2 days. I was wondering if you as Ripple organization might have heard what is going on with Kraken? Is Kraken hacked or permanently offline. Lots of people will loose their money, including me, and referring to that it might Kraken is prominent visible on your website on the page where traders of currency are mentioned. Hope that you have more information and to hear soon. My best, ▓▓▓▓▓

--
This e-mail was sent from a contact form on Ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                  RPLI_SEC 0041067