# PX 232

Message

From: Ripple.com Contact Form [ripplecontact@ripple.com]
Sent: 1/14/2018 11:38:45 AM
To: xrpcontact@ripple.com
Subject: Ripple.com contact form inquiry from [REDACTED]

From: [REDACTED]@[REDACTED].com>
Organization: [REDACTED]
Title: CEO

Message Body:
Hi Ripple, I love your Blockchain Technology but why would I buy your Ripple XRP token?  Please advise.....thanks, [REDACTED]   seems like your XRP is a fancy way of offering shares in an pre IPO.  If I have XRP tokens and you do decide to trade on a public platform and do an IPO one day, will I be able to convert my XRP tokens to real shares?   cell [REDACTED]

--
This e-mail was sent from a contact form on Ripple.com

HIGHLY CONFIDENTIAL
RPLI_SEC 1048402