PX 233



Message

From: [REDACTED]om]
on behalf of [REDACTED]com> [REDACTED]com]
Sent: 12/17/2019 8:38:10 AM
To: [REDACTED]@ripple.com; Monica Long [REDACTED]@ripple.com]; [REDACTED]@ripple.com]; [REDACTED]@ripple.com]; [REDACTED]@ripple.com]
CC: [REDACTED]com]; [REDACTED]com]; [REDACTED]com]; [REDACTED]com]
Subject: [REDACTED] Ripple 12/17 Discussion Materials
Attachments: 12.17.19 Ripple [REDACTED] Discussion Materials.pdf

Ripple Team,

Please find attached materials ahead of our call. We look forward to the discussion.

Thank you,
[REDACTED] Team

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at [REDACTED] If you are not the intended recipient, please delete this message.



# Milestones and Roadmap to IPO



**1. Investment Thesis for Public Investors**

**2. Customers, Metrics and Model to Support Thesis**

**3. Valuation Narrative / Framework**

**4. IPO Timeline and Process**

2

CONFIDENTIAL                                                                                    RPLI_SEC 0931810

# Characteristics That Resonate With Public Investors




**Sustainable and Durable Growth** – One of the single most important factors impacting valuation


**Large and Justifiable TAM** – Continued correlation between justifiable size and valuation achieved


**Unique, Thematic** – Investors want access to companies that play on a macro trend or particular theme (Digital Transformation, Disruptive Tech, SaaS, ML/AI)


**Market Leadership / Competitive Moats** – Solidifies business significance and speaks to overall traction


**Secular Growth Drivers** – Further validates the opportunity ahead and increases confidence in continued momentum

3

CONFIDENTIAL                                            RPLI_SEC 0931811

# Ripple's Investment Thesis for Public Investors

**Disruptor Leading a Paradigm Shift**
- Category leader for blockchain based digital payments
- Massive enablement *proposition* for digital payments

**Large and Expanding Market Opportunity (TAM)**
- Solving a $10 trillion payments problem today
- Opportunity to expand market size and opportunity

**Delivering Strong ROI to 300+ Customers**
- Dismantling the archaic payments infrastructure
- ROI: Global reach, fast, zero failure rates and 50%+ reduction in costs
- Unlocks trapped liquidity for working capital

**Payments Focus and Network Effects Creating a Strong Moat**
- XRP purpose-built for payments vs. other digital assets
- Synergistic model that leverages RippleNet and XRP for liquidity

**Strong Growth Levers**
- Existing customers have 60+M potential RippleNet transactions
- Disruptive technology platform to drive additional use-cases

4

## Ripple's Story Supported with Key Business Metrics



### Growing Customer Base...
*New RippleNet Customer Wins*



### ...Across the Globe...
*Cumulative Counties with Customers*



### ...Creating Strong Network Effects...
*Customers Increasing Connections*

Customers sending volume already have 2+ connections



### ...with Growing Pairings...
*Cumulative Counterparty Pairs*



### ...Driving Hyper Growth in Transaction Volume...



### ...with Significant Room for Growth...

60M+ Existing customers potential RippleNet Transactions

2% Wallet share



5  Source: Company presentation.

CONFIDENTIAL

RPLI_SEC 0931813

## ② Ripple's Unique and Attractive Financial Model    



| RippleNet | Xpring | XRP |

**Ripple Financials**

### Observations

- Large scale and high margins driven by XRP revenue

- Unique business model: Increasing adoption of RippleNet and Xpring drive value for XRP
    - Will require continued investor education

- Inherent volatility in model and lack of visibility given current market speculation of XRP

- Software, services model still evolving

- Company's XRP holdings allows the company to fund the business to drive adoption of RippleNet

6

Source: Company presentation.

## 3 Ripple's Preliminary Valuation Framework

**ripple**

| Preliminary Valuation Methodologies | Considerations |
|---|---|
| **A** — Value of XRP (Premium or Discount) | Ripple drives value of XRP |
| **B** — Present Value of XRP Monetization | Unique and Measurable Approach to Valuation |
| **C** — Sum of the Parts (SOTP) | Investors will look for a long-term target model from management |

CONFIDENTIAL                                                                 RPLI_SEC 0931815



## Preliminary Valuation Framework:  Value of XRP



**Investors view Ripple as a proxy for the broader space, could be viewed as more of a speculative asset which could lead to higher discount rates**

- **Public company discount**: XRP value today ▇▇▇[1]; various discount levels (e.g. 20, 30%, for illustrative purposes) for a public company with holdings of an asset

- **Examples:** Naspers / Tencent and Mail.ru; Yahoo / Alibaba and Yahoo Japan; Expedia / Trivago all traded at a discount from their respective equity holdings ~15% to ~30%

- Naspers average discount 23% for the past two years, Yahoo / Alibaba and Yahoo Japan ~25% based on street analyst SOTP, Expedia/Trivago current discount ~25% based on street analyst SOTP



▇▇▇ based on Dec 12, 2019 [1]

| Illustrative Value ($bn) | Illustrative Discount |
|---|---|
| | 0% |
| | 10% |
| | 20% |
| | 25% |
| | 35% |

8   (1) ▇▇▇ and XRP price of $0.22 on Dec 12, 2019.

CONFIDENTIAL                                                                RPLI_SEC 0931816



## Preliminary Valuation Framework: B  PV of XRP Monetization  ripple

### Investors value Ripple based on present value of XRP Monetization

**Preliminary Assumptions**
- Assumes various revenue growth and discount rates
- Illustrative value = PV of XRP cash flows from 2020-2030, steady state reached in 2030 no further monetization of XRP; terminal value assumed to be 1.5x value of XRP in 2030
- FCF margin assumption of 60%

**Illustrative Valuation** — XRP Revenue Growth



**Illustrative '20 Revenue Multiple** — XRP Revenue Growth



Note: Dollars in millions.

9

 **Preliminary Valuation Framework:**  **Sum-of-the-Parts**   

*Investors believe in long-term vision of XRP as the universal asset for liquidity in Internet of Value (IoV)*

- Potential Sum-of-the-Parts (SOTP) Valuation: RippleNet + Xpring + **XRP**
  - **RippleNet and Xpring:** Multiple Method Applied to LT view and DCF approach



- **XRP: Public company discount and PV of XRP Monetization**
  - **Public company discount**: XRP value today ▇▇▇▇ various discount levels (e.g. 30% for illustrative purposes) for a public company with holdings of an asset

  - **PV of XRP Monetization**: Illustrative value = PV of XRP cash flows from 2020-2030, steady state reached in 2030 no further monetization of XRP; terminal value assumed to be 1.5x value of XRP in 2030

10    (1) ▇▇▇▇ XRP price of $0.22 on Dec 12, 2019.



Illustrative IPO Timeline

# ④ Building Out Your Infrastructure for the IPO 

## Key Internal Preparation Items

| | |
|---|---|
| **Legal / Other** | ■ Enaged counsel: company representative throughout the IPO preparation and execution processes<br>  ■ Provide legal opinion to underwriters<br>■ Begin preparing for SOX compliance and other public responsibilities<br>  ■ Specific corporate governance requirements, some of which contain phase-ins for IPOs<br>  ■ No loans to directors or executive officers<br>  ■ Corporate conduct & ethics policy<br>  ■ Internal controls for CEO & CFO certifications |
| **Financial / Audit** | ■ Integral to the preparation of financial statements and with respect to internal controls<br>  ■ Annual and Interim periods are required in the prospectus<br>  ■ Provide comfort letter to underwriters<br>■ Develop financial projections (annual / quarterly) and long-term model<br>■ Develop Sarbanes-Oxley compliance plan<br>■ Ensure proper reporting systems and controls are in place<br>■ Track relevant KPIs |
| **Obtain D&O Insurance** | ■ Protects the executive team and company in the case of a lawsuit brought against the company or its executives |
| **Determine Exec. Comp. Plans** | ■ Establish compensation / retention plans for key management and directors (options plans, grants, etc.) |
| **Establish Investor Relations Team** | ■ Can be internal function or hired third-party advisors<br>■ Can start as an external function as the company builds its own in-house group |

*Companies must prepare internal infrastructure to meet public company standards as well as meet regulatory requirements per Sarbanes-Oxley and other SEC / exchange rules*

12