**PX 235**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0262215

CONFIDENTIAL

# Advisory General Disclaimer

This Executive Summary contains certain information pertaining to Ripple Labs, Inc. (or the "Company"). The Company has engaged ▮▮▮▮▮▮▮ as its financial advisor in connection with a proposed transaction. This Executive Summary is being provided solely to assist the recipient in determining whether it wishes to proceed with conducting its own due diligence investigation of the Company and a potential transaction. Neither the Company nor ▮▮▮ intend for this Executive Summary to form the sole basis of any transaction decision. The recipient should conduct its own investigation and analysis of the Company in connection with any transaction.

The information in this Executive Summary was provided by the Company or is from public or other sources. ▮▮▮ has not assumed any responsibility for independently verifying such information and expressly disclaims any liability to any purchaser in connection with such information or any transaction with the Company. Neither the Company nor ▮▮▮ make any representation or warranty, express or implied, or accept any responsibility or liability for the accuracy or completeness of this Executive Summary or any other written or oral information that the Company, ▮▮▮ or any other person makes available to any recipient. Neither the Company nor ▮▮▮ makes any representation or warranty as to the achievement or reasonableness of any projections, management estimates, prospects or returns.

Any transaction with the Company involves a high degree of risk. Any party to a transaction should inquire into, independently investigate and consider such risks in its due diligence investigation before entering into any transaction. This Executive Summary is confidential and by accepting this Executive Summary, the recipient agrees not to disclose, copy or distribute this Executive Summary or the information herein, without the Company's prior written consent.

Upon request, the recipient must return promptly all material provided by or on behalf of the Company (including this Executive Summary) without retaining any copies. The Company undertakes no obligation to provide the recipient with access to additional information and reserves the right, without advance notice, to negotiate with one or more prospective purchasers, to change the procedures for any transaction, to terminate negotiations at any time prior to the signing of a binding agreement for a transaction and to enter into such agreements with any other party.

By accepting this Executive Summary, each recipient acknowledges that it is aware and will advise its officers, directors, employees, advisors and representatives who are informed of the matters that are the subject of this Executive Summary, of the restrictions imposed by applicable securities laws on the purchase or sale of securities by any person who has received material, non-public information from the Company and on the communication of such information to any other person. In furnishing this Executive Summary, neither the Company nor ▮▮▮ undertakes any obligation to update any of the information contained herein or to correct any inaccuracies which may become apparent. All communication, inquiries and requests should be directed to the ▮▮▮ team members below.

2



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262217



RPLI_SEC 0262218



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262219



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0262220



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0262222



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262223







FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262226



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0262227









CONFIDENTIAL

# XRP: Purpose Built for Payments

## XRP

- 3 seconds to settle
- Fees: $0.0001 / transaction
- 1,500 transactions per second
- Negligible energy consumption
- 40+ million ledgers closed without issue
- Consensus (Deterministic)

## BTC

- ~1 hour to settle
- Fees: ~$2–20 / transaction
- 32 transactions per second
- 162kWh per transaction
- 0.5+ million blocks completed
- Proof of Work (Probabilistic)

18



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262233



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262235



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0262236



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262237