

CONFIDENTIAL

# Distributed Agreement

- Deterministic Transaction Execution
- Consensus for Ordering + Batching
- Amendments

25

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262239

CONFIDENTIAL

Programmed Transactions

- ⟩ Operate on Views
- ⟩ Scratchpad
- ⟩ Invariant Checking and Metadata

26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262240



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262241





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262243

CONFIDENTIAL

# Ripple Investment Highlights

Addressing a massive total addressable market

Leader in distributed ledger technology

Only blockchain company with production customers and significant momentum

Working closely with regulators, governments, and central banks

Significant holding of unique digital asset built for payments



30



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0262245

CONFIDENTIAL

# Ripple: Tech, Payments, and Regulatory Expertise

# 245+

## Employees Globally

World-Class C++ Engineering Talent and experience from finance and tech firms

J.P.Morgan    Morgan Stanley

citi    CME Group

PayPal    facebook

fiserv.    Deloitte.








32

RPLI_SEC 0262246



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                    RPLI_SEC 0262247

CONFIDENTIAL

# Ripple Technical Leadership

# 40%
### Product & Engineering

Ripple is a member of the C++ Standards committee

Ripple has key patents around smart contracts (Codius) and distributed ledger technology (ILP)

34

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262248

CONFIDENTIAL

## Driving the Conversation

## Key Message

XRP as a *liquidity tool* solves a real problem by connecting currencies more efficiently.

This lowers barriers to commerce and enables financial inclusion.

35

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262249

CONFIDENTIAL

## Driving the Conversation

- Issued G20 Recommendations
- Presented at IMF Spring Meetings
- Testified before U.K. Parliament
- 2x speaker at G20 Meetings

 +30 Regulatory Briefings

+20 Government Meetings

Coverage of 50+ Central Bankers and Govt Regulators

36

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0262250



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                        RPLI_SEC 0262253