# PX 236

Message
--------

**From:** ███████████@ripple.com]
**Sent:** 5/1/2018 9:52:52 AM
**To:** Monica Long ████████@ripple.com]
**CC:** Ripple ████████████om]
**Subject:** Re: ████ tory - correction
**Attachments:** ripple-logo-color.png

So ██ calls it Ripple's XRP in two places. I went back to him with the same correction request. Here is his response via text:

"i am not going to make the change. I get why you guys care but average reader doesn't know or care about the distinction. It is referred to as Ripple everywhere."

On Tue, May 1, 2018 at 9:26 AM, ████████████████@ripple.com> wrote:
███████ Do you want to ping ██ on this one since you were already reaching out about the larger story?

My take on the longer story is that ██ will essentially feel like this story covers off on both sides of the argument (2nd half rebuts Gensler to a certain extent) so that he doesn't see a need to write another. But agree we should still push on him to talk to additional voices.

On Tue, May 1, 2018 at 9:20 AM, Monica Long ████████@ripple.com> wrote:
Hi Team,

In ████ story this morning, he, for whatever reason, goes out of his way to incorrectly attribute XRP to Ripple. See the addition to Gensler's quote below. We need to follow up with him asap.

Also, has he responded to our outreach for a longer story on this topic?

Thanks!

Gary Gensler, a former CFTC chairman, said in a speech last week that "there is a strong case that one or both of ETH and [Ripple's] XRP are noncompliant securities," using the shorthand for the virtual currencies.



Director of Corporate Communications | Ripple

❖ripple

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

████ 0134361
SEC-LIT-EPROD-001159691



HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

HATCH0134362
SEC-LIT-EPROD-001159692