PX 237

Message

| | |
|---|---|
| From: | ███████ @ripple.com] on behalf of ███████ @ripple.com> ███████ @ripple.com] |
| Sent: | 3/7/2018 7:29:39 PM |
| To: | Monica Long ███████ @ripple.com |
| CC: | ███████ om]; Ripple ███████ om] ███████ ripple.com |
| Subject: | Re: Corrections to Coinbase article |

I think we need to ask people what they mean by centralized. Put it back on them. Then we can argue against a specific point rather than a broad "centralized" statement.

Is she saying we're centralized because we own a lot of XRP or centralized because we run trusted validates? Let's make people explain their stance to us.

Sent from my iPhone

On Mar 7, 2018, at 7:22 PM, Monica Long ███████ @ripple.com> wrote:

Thanks for sharing in real time ███████ We feel the problem all the time too and think about how we can improve positioning so it's right for Ripple and resonates. Open to any thoughts.

You handled her well (one nit is XRP Ledger is decentralized, not Ripple) and thank you for trying. She did not read the decentralization story b/c if she did, she'd know we say the ledger is already decentralized!! There is no process to "complete."

On Wed, Mar 7, 2018 at 12:07 PM, ███████ om> wrote:
Hi Monica + ███

Wanted to share the below pushback from ███████ in regards to corrections re: XRP is run by Ripple and is centralized. Thought it would be good for you two to see as this happens frequently with reporters and will help inform our media training + messaging.

Let me know if questions.

Thanks,
███

---------- Forwarded message ----------
From: ███████ om>
Date: Wed, Mar 7, 2018 at 9:49 AM
Subject: Re: Corrections to Coinbase article
To: ███████ om>

Hi ███

Do you represent Ripple? I follow the company closely and neither of those corrections reflect my understanding or research.

CONFIDENTIAL

RPLI_SEC 0524268

I think it's pretty absurd to dispute that XRP is run by a company, though I will remove the part that says Ripple created XRP. Thanks for that link.

You'll also see sourced in my article a recent link from Ripple explaining the decentralization process, which is not complete: https://ripple.com/insights/continued-decentralization-xrp-ledger-consensus-protocol/

Best,



Reporter

On Wed, Mar 7, 2018 at 9:37 AM, ███████████████████████████████████ com> wrote:
Hi ███

Saw your article on why Coinbase won't add Ripple and wanted to flag a few factual inaccuracies in the piece.

**"it's the only popular coin that is run by a company."**
While Ripple owns a substantial amount of XRP (the majority of which was locked it up in escrow in December), Ripple did not *create* XRP – it was created by the developers of the XRP ledger and Ripple the company did not exist at the time when XRP was created. So after creating the Ledger and XRP, they decided to gift the majority of XRP to a private company who could use it to recruit full-time developers and business professionals to build an ecosystem around the technology and drive usage. Ripple did not create XRP. Ripple is a steward of XRP and the most interested party in its success (you can read more on that here). Additionally, XRP is not mined. All 100B was created at the same time and more cannot be created.

**"But the guide also requires that new coins be decentralized — which XRP is not. Bitcoin, ethereum, bitcoin cash and litecoin are all decentralized, meaning there is no centralized server hosting the technologies, and there is no central decision maker controlling them either."**
Ripple is decentralized. Anyone can download and run an XRP Ledger validator, and the XRP Ledger will exist even if Ripple goes away as a company.

Would you be able to make these changes to reflect the accurate information?

Thanks,

███

███████████
.com

CONFIDENTIAL

RPLI_SEC 0524269



CONFIDENTIAL

RPLI_SEC 0524270