# PX 250

## Message

**From:** Antoinette O'Gorman <█@ripple.com>
**Sent:** 10/31/2016 1:42:50 PM
**To:** <█@ripple.com>
**Subject:** Fwd:

FYI. E-mail exchange btw Brad, Patrick and I earlier today.

Antoinette O'Gorman
Chief Compliance Officer | Ripple
█@ripple.com | ripple.com



---------- Forwarded message ----------
**From: Antoinette O'Gorman** <█@ripple.com>
Date: Mon, Oct 31, 2016 at 11:04 AM
Subject: Re:
To: Patrick Griffin <█@ripple.com>
Cc: Brad Garlinghouse <█@ripple.com>

Yes, it can, and more. IRS is of the opinion that virtual currency is "property", CFTC treats it as a "commodity", FinCEN has stated their opinion that "virtual currency operates as "real" currency in some environments" and the SEC may well come out on the side that certain crypto-currencies are securities. It's an interesting conundrum and one that begs for a more uniform regulatory approach at the federal (and state) level(s) but the probability of that ever happening is extremely low.

Antoinette O'Gorman
Chief Compliance Officer | Ripple
█@ripple.com | ripple.com



On Mon, Oct 31, 2016 at 10:42 AM, Patrick Griffin <█@ripple.com> wrote:
Thank you for the update.

One thing I noticed is that we are referencing FinCEN guidance about virtual *currency* when dealing with XRP II and these market makers, but we are referencing the CFTC's position that these things are digital *assets* to be regulated and taxed like a commodity. Can XRP be both a currency (FinCEN territory) and a commodity (CFTC territory)?

Patrick

> On Nov 1, 2016, at 1:33 AM, Brad Garlinghouse <█@ripple.com> wrote:
>
> A'OG and I just caught up on this. Suffice it to say (stating the obvious), their legal guidance is different than our legal guidance.
CONFIDENTIAL

Patrick -
I think we need to find a way to restructure the contract to more clearly make them a 'user'. I have some ideas.

We obviously aren't going to solve this by tomorrow. While marginally disappointing - it's not critical for tomorrow.

Let's lean on GSR for now - and in parallel work to get ▮ to a place where we can diversify beyond GSR.

More later this week when we are together.

Best,
Brad

On Mon, Oct 31, 2016 at 8:58 AM, Patrick Griffin <▮@ripple.com> wrote:
> Hi Antoinette,
> We are working with ▮ this week to programmatically buy/sell XRP ("support algo" mentioned in ▮ email below). GSR provides that service for us now and we want to diversify by working with ▮ as well.
>
> There is some time sensitivity. Do you have an update on your end? Do you agree with the position their legal team is taking that ▮ a user of virtual currency?
>
> Brad has asked for an update on ▮ so copying Brad for visibility.
>
> Patrick
>
>
> Begin forwarded message:
>
>> From: ▮ com>
>> Date: October 31, 2016 at 10:51:57 PM GMT+7
>> To: Patrick Griffin <▮@ripple.com>
>> Cc: ▮ com>
>>
>> Patrick, we are working on the implementation of the support algo. ▮
>> Please let us know if your legal side is good with the response form
>> regarding us not being regarded
>> as a money transmitter so we can proceed under the assumption that support
>> will take place through the
>> prefunded MM wallet.
>>
>> Thanks,
>> ▮

CONFIDENTIAL

RPLI_SEC 0761767