# PX 251

| Message | |
|---|---|
| **From:** | Ryan Zagone [█████@ripple.com] |
| on behalf of | Ryan Zagone [█████@ripple.com> █████@ripple.com] |
| **Sent:** | 1/3/2017 1:35:00 PM |
| **To:** | Antoinette O'Gorman [█████@ripple.com] |
| **Subject:** | Re: Your top 5 Q1 priorities needed by EOD 1/4/17. |

Correct - We did make that point once already. Other proposers have also made it. We get one more chance to make it.

Correct on securities issue.

On Tue, Jan 3, 2017 at 4:27 PM Antoinette O'Gorman <█████@ripple.com> wrote:
> I see. Nice of them to allow for this level of final input. I thought we made the case outlined in item 1 above ("*noting that the solution has matured since the rating and to take that into account (specifically GPSG)*" in our Q4 follow up letter to the original submission though?
>
> Note: we'll also need to add XRP as NOT a Security to the Q1 priorities (more of a January 2017 priority)
>
> Antoinette O'Gorman
> Chief Compliance Officer | Ripple
> █████@ripple.com | ripple.com
>
> **ripple**
>
> On Tue, Jan 3, 2017 at 1:12 PM, Ryan Zagone <█████@ripple.com> wrote:
>> Two action items:
>> 1. We will be receiving feedback from the Fed's task force (500 person group - banks, payment cos, etc). We have an opportunity to respond to that input and shape how Ripple is portrayed in the report. This would be a formal written response in February. █████ will not be updating their scores, but we are noting that the solution has matured since the rating and to take that into account (specifically GPSG).
>>
>> 2. It's clear there will be multiple faster payment systems in the US. The report has a section highlighting the need for interoperability. I've introduced ILP as a solution for that and aiming for coverage in this interoperability section.
>>
>> On Tue, Jan 3, 2017 at 4:01 PM Antoinette O'Gorman <█████@ripple.com> wrote:
>>> Thanks, Ryan. For item 5, when you say "*Finalize the public Fed report that assesses Ripple and Interledger*" what would your role be in that exercise? Isn't it now up to the Fed █████ to issue the final report (i.e. any lobbying is now complete) or will you be afforded a one-time opportunity to review/revise the draft report before the final is issued?
>>>
>>> Antoinette O'Gorman
>>> Chief Compliance Officer | Ripple
>>> █████@ripple.com | ripple.com

**ripple**

On Tue, Jan 3, 2017 at 11:25 AM, Ryan Zagone <██████@ripple.com> wrote:
Hi AoG,
Below are the five that rise up on my list. There are several other items (including the securities discussion with ████████). Do you feel this is properly prioritized?

1. Drive Regulatory Clarity on XRP - in Q1 assess implications UK sandbox application. Singapore as backup.
2. Develop updated GPSG on-boarding collateral focusing on reg relations and ILP
3. Integrate Reg Relations' client work more directly with the Client Success
4. Hire APAC/Middle East Reg Relations Manger
5. Finalize the public Fed report that assesses Ripple and Interledger

On Mon, Jan 2, 2017 at 10:31 PM Antoinette O'Gorman <██████@ripple.com> wrote:
Can you both please send me your top 5 Q1 priorities for you/your team no later than EOD this Wednesday (1/4)? (Needed in response to an email request from Brad.) Thank you!

Hope you had a fantastic holiday and welcome back!