PX 252

Message

**From:** Antoinette O'Gorman [█████@ripple.com]
**on behalf of** Antoinette O'Gorman [█████@ripple.com> █████ripple.com]
**Sent:** 3/11/2017 3:32:05 PM
**To:** Brad Garlinghouse [Brad Garlinghouse █████@ripple.com>]
**Subject:** Compliance Weekly Update as of 3/10/17

**XRP/XRP II Highlights**

- **Redacted**
- Presented Compliance 2017 Focus at bi-weekly Leadership meeting on 3/8
- Completed XRP II BSA/AML Policy Variance and memo to file for recent █████ XRP transaction via XRP II.
- Drafted BSA Compliance "independence" presentation per your 3/10 request (via █████ presentation scheduled for 3/20.
- AO'G meeting with █████ on 3/15 to discuss Japan's virtual currency regulation and outcome of recent trip to Japan.

**Reg Relations Highlights**

- Completed for Clients and Regulators
  - BIS - survey response and 13 page paper on ILP and XRP submitted
  - Ryan Z confirmed as speaker at Asia Pacific Central Bank Conference, May 22-26
- Ryan Z External
  - Spoke at LendIt Conference (~350 attendees, blockchain for xborder payments)
  - Interview with █████ re: Ripple and Fed Faster Payments Initiative
  - Interview with █████ re: evolution of blockchain & Ripple update
- AO'G and Ryan Z met with █████ on 3/06 re: Ripple's position that XRP is not a security. Meeting went well; however, XRP certainly has some "securities-type" characteristics and we do need to hone our playbook / messaging
  - Next steps: Scheduling an "educational" meeting with XRP and MarComm teams this coming week on how to discuss XRP/RCL generally and in presentations, responses to inquiries, etc. (e.g., some language used in the XRP presentation at this week's bi-weekly meeting was not ideal).

**Redacted**

**Hiring**

- Compliance/Risk Manager position: Two phone screens this week and one onsite interview on Friday, 3/10 - too junior for this position. Meeting with Lending Club candidate on Monday, 3/14.
- Reg Relations Manager candidate (for Singapore/Sydney): To be discussed with █████ on Monday, 3/13.
- █████ replacement: Looking to elevate this to a higher level Reg Relations position. Proposed job description to be submitted week of 3/13/17.

**Other**

- Shoring up NYDFS cyber security requirements with █████
- Responded to USAO-Arizona subpoenas (x 2) on 3/8.

- Received notification of new regulatory subpoena from NY attorney's office; details to be provided upon receipt.
- Working on ▉▉▉ question re: requirements/obligations for acting as a Ripple validator. Also reviewing existing and proposed Ripple validators in terms of optimal locations (for least compliance impact/obligation to Ripple).
- Working on ▉▉▉ IoV proposal; targeting completion of IoV proposal by 3/17/17. Also in broader ▉▉▉ discussions with ▉▉▉ and ▉▉▉
- Working with Product on GPSG requirements/Ripple Network rulebook.

Chief Compliance Officer | Ripple
▉▉▉@ripple.com | ripple.com



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0270741