# PX 254

Message

**From:** ▮▮▮▮▮@ripple.com]
**Sent:** 4/10/2017 12:43:56 PM
**To:** Patrick Griffin [Patrick Griffin ▮▮▮@ripple.com>]
**CC:** Miguel Vias [Miguel Vias ▮▮▮@ripple.com>]
**Subject:** Re: [Update] XRP Team Discussion - ICOs: Securities and Commodities analysis

Ryan put together a strong deck that summarizes the key points.

Key takeaway is about the classification of digital assets as a commodity vs. security/ICO and the correct messaging around that.

On Sun, Apr 9, 2017 at 12:53 PM, Patrick Griffin ▮▮▮@ripple.com> wrote:
Can you share notes?

On Fri, Apr 7, 2017 at 2:28 PM, ▮▮▮@ripple.com> wrote:
Fyi—Session recording for reference.

Patrick, this is valuable context for XRP messaging, especially since it's front and center.

---------- Forwarded message ----------
From: ▮▮▮@ripple.com>
Date: Fri, Apr 7, 2017 at 2:21 PM
Subject: Re: [Update] XRP Team Discussion - ICOs: Securities and Commodities analysis
To: ▮▮▮@ripple.com>
Cc: Antoinette O'Gorman <▮▮▮@ripple.com>

Attached is the recording from today's meeting.

Thank you and safe travels > NY! ✈

[recording.mp4]

▮▮▮ Executive Assistant
▮▮▮@ripple.com

On Fri, Apr 7, 2017 at 11:10 AM, Mandy Sumavska ▮▮▮@ripple.com> wrote:
Thanks, ▮▮▮

I've transferred ownership for both meeting today to you. You can add a new BJ link with you as moderator (that way, this mtg can be recorded :-).



Executive Assistant
@ripple.com

On Fri, Apr 7, 2017 at 10:38 AM, ██████@ripple.com> wrote:
Whoever is the moderator of this meeting can record the meeting. In addition to joining the meeting from the room system, join the meeting as the moderator from your laptop and hit the record button. You will get an email after the meeting is over with a link to the recording.



IT Operations Manager | Ripple
ripple.com

On Fri, Apr 7, 2017 at 10:28 AM, ██████@ripple.com> wrote:
Hi ██,

Would it be possible to record this season using BJ?

**Today at 1pm we have an XRP session in Ricardo**. Let me know :-)

You're the best!



Executive Assistant
ripple.com

On Fri, Apr 7, 2017 at 10:12 AM, ██████@ripple.com> wrote:

Would it be possible to record this session?

### XRP Team Discussion - ICOs: Securities and Commodities analysis

ICOs are increasingly popular and raise many regulatory questions. While XRP is very different from an ICO, Ryan and AoG would like to share our research with this team, explaining the importance of how we talk about XRP.

This will be a timely conversation given our upcoming focus on XRP.

Thanks Team!

[REDACTED]@ripple.com) has invited you to a video meeting.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

First time joining a Blue Jeans Video Meeting?
http://bluejeans.com/support

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Want to test your video connection?
http://bluejeans.com/111

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Visit bluejeans.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Blue Jeans Network 2015

Who
- Antoinette O'Gorman - organizer
- [REDACTED] creator



- Monica Long - optional

Patrick Griffin
SVP Business Development | Ripple
[REDACTED]@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0083486