# PX 262

---

Message

---

**From:** Ryan Zagone [████@ripple.com]
**on behalf of** Ryan Zagone <████@ripple.com> [████@ripple.com]
**Sent:** 10/19/2018 9:29:43 AM
**To:** Brad Garlinghouse [Brad Garlinghouse ████@ripple.com>]
**Subject:** Re: getting meetings with the SEC commissioners

I am updating the weekly update to reflect this before we review and send it out.

On Fri, Oct 19, 2018 at 10:21 AM Brad Garlinghouse ████@ripple.com> wrote:
> Hi Team,
>
> We have decided that as a next step in our goal to have the SEC proactively say something, that we should get meetings with each of them.
>
> One down (Clayton) and four to go!
>
> I'd like your help and input on how to best achieve that goal. I expect I can get a warm intro to Commissioners Peirce and Roisman through our WH connection. (unless someone here has a better connection?)
>
> With those in hand, I think we can then prioritize the other commissioners through Andrew C/
>
> Best.
> Brad

--

Ryan Zagone
Director of Regulatory Relations | Ripple
████@ripple.com | ripple.com



CONFIDENTIAL
RPLI_SEC 0766857