# PX 263

