# PX 264

Message

**From:** Ryan Zagone [████@ripple.com]
**on behalf of** Ryan Zagone <████@ripple.com> [████@ripple.com]
**Sent:** 12/21/2018 11:32:21 AM
**To:** ████████; Brad Garlinghouse [████@ripple.com]
**Subject:** DC dates in Jan and Feb?

Hi ███ and Brad,

1.   Are there dates in Jan and Feb that Brad will be or could be in DC?

1.   Congress will be starting in their new Committee assignments and we'd like to arrange meetings for Brad with Members. We'd also seek a make-up meeting with ████.

2.   Are there Mondays or Fridays that Brad will be in NYC in Jan or Feb for a meeting with SEC Commissioner Rob Jackson, the last remaining Commissioner to meet and one who has not been vocal on crypto.

Have a great holiday!
Ryan

--

Ryan Zagone
Director of Regulatory Relations | Ripple
████@ripple.com



CONFIDENTIAL

RPLI_SEC 0923237