# PX 265



OpenCoin Inc.



Gateways
May 2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016810

## The Ripple Ambition

**Power Internet Commerce**



Proprietary and Confidential OpenCoin Inc. 2013

2

## Summary

**Ripple in Three:**

1. Payment Network

2. Currency Exchange

3. Math-backed Currency



Proprietary and Confidential OpenCoin Inc. 2013

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016812

*Payment Network*

## What is a Payment Network? Revisited.

- An accounting ledger to track account balances, or;
- A pathway between different ledgers to enable interoperability ('intermediary')
- Ripple is both, at the same time – a common ledger to support the seamless transfer of payments without the need for interoperability
- A Common Ledger vs. Walled Gardens




FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

*Payment Network*

## Ripple is Protocol
### (a) Free to Use

- Like http, Ripple contains request-response protocol

- Standards for transaction 'calls':  send, receive, credit, trade, etc.

- Transact directly with any other node (person or institution) in the protocol

- Transact in any currency

- Decentralized system hosted on servers distributed around the world
    - No one owns Ripple

- Open for any developer to use without license, permission or fees
    - No network operator means no network operator fees



Proprietary and Confidential OpenCoin Inc. 2013

5

*Payment Network*

# The Ripple Eco-system





Proprietary and Confidential OpenCoin Inc. 2013

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016815

*Payment Network*

## Clearing through Consensus
(b) Instant & (c) Irreversible

- Transactions that appear valid to the majority of servers are updated in the ledger
- When the ledger updates, all intervening transactions clear and settle
- Consensus is reached every <u><5 sec</u>
- The state of the ledger <u>cannot be reversed</u>



*ripple*

Proprietary and Confidential OpenCoin Inc. 2013

7

*Payment Network*

## Summary of Market Agents



**Buyers**                                    **Sellers**







**Market Makers**          **Gateways**
**(forex trading)**        **(cash-in/out)**



ripple

Proprietary and Confidential OpenCoin Inc. 2013

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0016817

*Payment Network*

## Gateways
### Banks and Counterparty Risk

- Gateways are like banks

- They can be money transmitters, MSB's, FI's, or forex exchanges

- How does a bank work today?
    - A bank takes in cash deposits and issues a balance
    - The deposited cash is loaned out immediately
    - Since the bank no longer holds the cash, the depositor's balance is a liability—an IOU
    - IOU can be redeemed on demand (aka demand deposits)
    - IOU balances are stored and tracked (credits & debits) in the bank's *proprietary* ledger

- All debt instruments (IOU) carry <u>counterparty risk</u>:
    > "Will the asset be there when the debt claim is presented?"



Proprietary and Confidential OpenCoin Inc. 2013

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016818

*Payment Network*

## Gateways
### How to move cash into Ripple

- Ripple is a *common* ledger
- Each gateway takes deposits and issues a unique IOU into the ledger
- IOU can be transferred across the ledger without intermediaries
- IOU are redeemable for the deposit, on demand, at the issuing gateway

- Why?  Revenue.



ripple

Proprietary and Confidential OpenCoin Inc. 2013

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016819

*Payment Network*

## Gateways
### Revenue Opportunity

- Ripple protocol supports any fee structure for IOU issuance
- Possible Gateway Revenues:
  - Deposit Fee
  - Withdrawal Fee
  - Transfer Fee
- Fees can be flat or variable, but will be subject to market competition
  - Transfer Fees as Decaying Obligations
    - i.e., Bitstamp charges 0.20% every time their IOU is transferred from one account to another

- 'Aggressor' of transaction (i.e., buyer) pays any gateway fees



Proprietary and Confidential OpenCoin Inc. 2013

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016820

## Benefits



**Instant**



**Free-'ish'**



**Irreversible**



**Global**



Proprietary and Confidential OpenCoin Inc. 2013

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016821

*Distributed Exchange*

## Global Distributed Exchange
### (d) Global - Resolving Cross-Currency Transactions

- Anyone can create bid/ask offers for any currency pair & broadcast it across the protocol

- Why?  To profit from forex spreads

- Ripple automatically moderates cross-currency transactions through the cheapest available bid/ask in the protocol

- This eliminates the need for external exchanges

- Supports algorithm-driven trading



Proprietary and Confidential OpenCoin Inc. 2013

13

RPLI_SEC 0016822

*Distributed Exchange*

## Benefits of the Distributed Exchange

Key Points
- 'Aggressor' of transaction (i.e., buyer) pays any forex spread
- Forex liquidity is determined by availability of bid/ask orders

Value Proposition
- Automatic cross-currency convertibility
- Merchants receive complete asking price
  - ➢ no network, issuer, or forex deductions
- No currency exposure:
  - ➢ Pay in preferred currency
  - ➢ Settle in preferred currency
- Wholesale forex spreads without intermediaries
- Arbitrage the Aggregate Internet Transaction Volume



Proprietary and Confidential OpenCoin Inc. 2013

14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016823

*Distributed Exchange*

# Distributed Exchange
## Cross-currency transaction through a market-maker





Proprietary and Confidential OpenCoin Inc. 2013

15

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016824

*Math-backed Currency*

## Ripples (XRP) – the Currency

➢ **XRP is only one currency in Ripple.  Ripple supports all currencies.**

▪ XRP uses <u>cryptography</u> to achieve monetary trust and utility:
  - ▪ Unit of Account – 100% divisible and numéraire
  - ▪ Medium of Exchange – liquid across any connected device
  - ▪ Store of Wealth – supply is fixed and counterfeit-proof

▪ Because XRP uses math as an 'asset' it exists virtually, inside the Ripple protocol.
▪ XRP in cyberspace is the equivalent to paper cash in the physical world



●⁜ ripple

Proprietary and Confidential OpenCoin Inc. 2013

16

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016825

*Math-backed Currency*

## The Role of XRP in Ripple

Security*

- Transaction Fee (0.000001 XRP is destroyed) prevents DDoS attacks
- Reserve requirements prevent ledger spam

*(Note: federation obfuscates the visibility of XRP)

Efficiency

- Forex - counterparty hedging (XRP trade freely with IOU); vehicle currency
- Eliminate costs - transact without issuer fees, without forex spreads
- Global currency for the Web – no counterparty risk or fees

Value

- XRP are deflationary as store of wealth
- XRP cannot be debased by anyone
- XRP is valued by its usefulness to Internet commerce

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

17

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016826

*Math-backed Currency*

# XRP
## Payment without counterparty



**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

18

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016827

*Math-backed Currency*

## The Business Model
### Adoption of the Ripple Currency

- 100B unit supply that cannot be augmented (created/destroyed)
- Ripple's business model is based on the success of its native currency
  - OpenCoin will keep between 25% to 30% of all currency created
  - OpenCoin will sell to wholesale MSB's over time to fund itself

- Can a virtual currency really create and hold value? *Bitcoin proves it can.*



Launched in 2009, Bitcoin started trading below $.05, then spiked to $30 in mid-2011 before crashing to $2. It has since reached record highs.



Proprietary and Confidential OpenCoin Inc. 2013

19

RPLI_SEC 0016828

## OpenCoin Inc. vs Ripple

OpenCoin Inc.

- For-profit corporation
- OpenCoin owns all of the XRP at the outset
- Company mandates:
    1. Hire developers to contribute to the Ripple source code
    2. Hire BD/Sales/Marketing to promote the adoption of the Ripple protocol
    3. Administer the dispersal of XRP

Ripple

- Ripple is the open-source product
- No one owns Ripple



Proprietary and Confidential OpenCoin Inc. 2013

20

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016829

## Law Enforcement
### Gateway KYC Diligence

1. Gateways perform AML, BSA, KYC & links identity to Ripple Key

2. Shows each transaction and public key involved, which links to that key's activity



Proprietary and Confidential OpenCoin Inc. 2013

21

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016830

## Law Enforcement
### Gateway AML Controls

- Gateways stipulate who can hold their IOU when issuing
- By regulation, gateway will be required to govern the circulation of their IOU
- Gateway will subject every account holder to KYC



Proprietary and Confidential OpenCoin Inc. 2013

22

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0016831

## OpenCoin Inc.
### Financial and Operating Highlights

- Distributed 500 million XRP so far (.5% of total)

- $530,000 in XRP wholesale purchases to date

- ███████████████████████████████

- ████████████████████████████████████

- ██████████████████████████████████

- Hired ████████ as tax and audit firm in Q1



Proprietary and Confidential OpenCoin Inc. 2013

23

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016832

## OpenCoin Inc.
Investors

- Raised angel round of $1.6 Million

- Investors include:

- 
- 
- 
- 
- 
- 
- 
- and



Proprietary and Confidential OpenCoin Inc. 2013

24

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016833

## OpenCoin Founders and Team

**Chris Larsen**, CEO and co-founder
- CEO and co-founder, Prosper.com, 2004 to 2012: peer-to-peer lending marketplace
- CEO and co-founder, E-LOAN, 1996 to 2004: publicly traded online lender

**Jed McCaleb**, CTO and co-founder
- CTO and founder, ███████, 1999 to 2005: creator of the ███████ file sharing application
- CEO and founder, ███████, 2010 to 2011: largest Bitcoin exchange, sold in 2011 to start this venture

**David Schwartz**, Chief Cryptographer
- Chief Technical Officer, ███████████ 2001-2011. Worked with NSA on cryptography

███████████, Head User Engagement
- CEO ███████, asian pop site. Cohost ███████ show. Cofounder ███████, consumer shopping mobile app

███████████, Head Virality
- Creator "███████?". Cofounder ███████████

**Patrick Griffin**, Head of Business Development
- Founding team at ███████. Built the sales and business development strategy and team

**Arthur Britto**, Software developer and co-founder
- Created one of the first ISP's and one of the first Bitcoin exchanges. Highly respected in Bitcoin community

███████████, Software developer
- Early development contributor and leading voice for Bitcoin. Created ███████████, a popular Bitcoin portal

███████ UI designer
- Worked at ███████████, ███████, ███, ███████████ and many others



Proprietary and Confidential OpenCoin Inc. 2013

25

RPLI_SEC 0016834



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016835



# APPENDIX

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                                      RPLI_SEC 0016836