## Summary

- Ripple is a distributed open source payments network that enables:
  - Free global payments without chargebacks to anyone, anywhere
  - Ability to pay in any currency using the world's first distributed currency exchange
  - Open protocol that any developer can use without license, permission or fees

- The Ripple network enables the creation of a new currency called ripples
  - Like bitcoins, trust as a store of value is based on a math relationship of servers in a distributed network
  - New users receive free ripples when they create an account
  - Ripples are the native currency of the payment network. For example, they are used in lieu of transaction fees to prevent system attacks

- OpenCoin Inc. maintains the software and promotes the network
  - The company's business model is based on ripples gaining acceptance and value
  - The company does not control or direct transactions in any way



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0016837

# Ripple Network
## Comparison to Bitcoin

- The Network includes a native currency called ripples or XRPs. 100 Billion XRP are created at inception – this amount can not be increased.
- Ripple currency focuses on the key attributes of trust, utility and liquidity better than Bitcoin, the other major math-based global currency



**Equal to Bitcoin trust:**
- Amount can't be changed
- Math method currency

**Better than Bitcoin trust:**
- Ledger consensus solves 51% attack problem

**Better than Bitcoin utility:**
- Confirms in seconds vs. 10 plus minutes
- Allows any currency - BitCoin is Bitcoin only
- No blockchain scale limitation
- Can adopt Ripple in preferred currency

**Improved liquidity:**
- Anyone can provide currency exchange
- Trade currency within network



Proprietary and Confidential OpenCoin Inc. 2013

29

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                        RPLI_SEC 0016838

# OpenCoin Inc.
## Regulatory and Legal

- **Retained Perkins Coie to advise on regulatory issues**
  - Dax Hansen, Partner in charge of Electronic Financial Services practice with expertise in electronic payments and virtual currencies



- **Mitigating regulatory risks**
  - We do not maintain the payments system or client on our servers. The product is a distributed open source platform that is not centrally controlled.
  - We will position the distributed design of the platform as entirely about cost reduction to consumers and merchants.
  - We will actively engage with law enforcement and only promote legal and constructive uses of the platform.
  - Bitcoin has operated for 3 years without much regulatory concern - the FBI and ECB have issued extensive reports on Bitcoin that were fairly neutral.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0016839

## OpenCoin Inc.
## Key Regulatory Issues and Tactics

- *Is OpenCoin subject to FinCEN duties as a money transmitter?*
  - While virtual currency regulation is still evolving, OpenCoin does not authorize payments, control transactions or operate the servers that run the network

- *Although currencies are specifically exempt from securities law, virtual currencies such as Bitcoin have not received designation as currencies. As such, is this new currency a security?*
  - Will not be sold to users or investors in the Corporation
  - Will be given away for free to users
  - Will only sell to licensed wholesale MSB's

- *Are we responsible for illegal uses of the platform?*
  - We will only promote legal uses
  - We will work closely with law enforcement to fight fraud and scams
  - Platform interfaces with the traditional banking system through 'Gateways', which are licensed MSBs and/or money transmitters



Proprietary and Confidential OpenCoin Inc. 2013

31

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                            RPLI_SEC 0016840

# The Ripple Network
## Distribution of ripples

- About half of all ripples will be given away. Regular users will receive the equivalent of about $5 to $10.
- Bitcoin users will receive larger gifts to encourage early support.



| Time Period | User Target | Given per User | Total Users | Total Given |
|---|---|---|---|---|
| Launch | Bitcoin Community | 50,000 | 60 k | 3bn |
| Year 1 | Facebook User | 10,000 | 1 mm | 10bn |
| Year 2 | Facebook User | 1500 | 10 mm | 15bn |
| Year 3 | Facebook User | 150 | 150 mm | 22bn |



Proprietary and Confidential OpenCoin Inc. 2013

32

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016841

## Marketing Strategy

- Phase 1: Early Adopters – *at soft launch*
    - Existing Bitcoin users and merchants
    - Virtual goods purchases
    - Android In-app purchases

- Phase 2: Early Majority – *first year*
    - Begin giving away large amounts of ripples free of charge
    - International payments and transfers
    - Global e-commerce marketplaces
    - Emerging e-commerce payments platforms

- Phase 3: Late Majority – *at scale*
    - Mainstream merchants
    - Amazon, Wal*mart



## Phase 1 Marketing: Bitcoin Community

**Market Attributes**
- Approximately 100K to 250K users, some merchant penetration
- Need an easier way to pay with Bitcoins
- Should support Ripple providing early market activity
- Growing 3rd party developer community (e.g. BitInstant, BitPay, Coinabul)

**Keys to success**
- Incent these users to support Ripple by giving them a special allocation of ripples
- Show developers that building apps for both Bitcoin and Ripple is complementary
- Emphasize usage of platform as a better way to use Bitcoins
- Use team's deep connections to the Bitcoin community



Proprietary and Confidential OpenCoin Inc. 2013

34

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                            RPLI_SEC 0016843

## Phase 1 Marketing: Online Gaming and Virtual Goods

**Android in-app purchases**
- All top selling online games have In-App purchases
- In-App purchase penetration is very low on Android
- Google Play costs developers 30% of revenue

*Only 3% of Android apps use in-app purchases. iPad has over 10%*

**Virtual goods resellers**
- Larger virtual goods resellers make over $100K per day
- Existing options are very expensive for the typically small items sold (often averaging $1 or less)
- Charge back risk is very high
- Young and unbanked gamers don't have access to PayPal or credit cards



Proprietary and Confidential OpenCoin Inc. 2013

35

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0016844

## Phase 2 Marketing: e-Commerce Global Marketplaces and Payment Platforms

### Global Marketplaces
- E-commerce Marketplaces are global in nature, but payment services are balkanized by country and region
- This is a real challenge for global services (e.g. Airbnb, Skype, oDesk)

### New e-Commerce Payment Platforms
- Companies like Stripe, Braintree, Balancedpayments are building innovative payments methods for e-commerce companies.
- These services are built on top of existing networks with high fees, charge-backs, account and geographic restrictions that hurt e-commerce growth and profitability

### Keys to success
- Integrate into payment option of e-commerce payments networks
- Allow e-commerce companies to give away ripples to new users



## Phase 2 Marketing: International Payments

**International Transactions**
- High fees - $45 bank to bank, 3% foreign debit card fees
- Very restrictive depending on the country

**Key to success**
- Position as a lower cost payments system
- Build client apps that are extremely easy to use
- Encourage and promote 3rd party companies and apps that enable charge-back protection where needed



Proprietary and Confidential OpenCoin Inc. 2013

37

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0016846

## The Ripple Network
## Open Source Example Client

- A Ripple client exists at www.ripple.com/client to demonstrate basic Ripple features like sending, receiving, and exchanging ripples or Gateway IOUs denominated in other currencies.
- The client is open source at github.com and can be used without license, fees or permission. We expect many third party clients to appear soon.



- Balances
- History
- Contacts
- Security
- Send
- Receive
- Trade
- Options



Proprietary and Confidential OpenCoin Inc. 2013

38

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0016847