# PX 269

**From:** Monica Long <​@ripple.com>
**To:** Patrick Griffin
**CC:** Brad Garlinghouse
**Sent:** 11/29/2017 5:24:07 PM
**Subject:** Re: Escrow announcement plan

Hi Patrick,

We'd generally do a live, open Q&A when we want to invite lots of questions. The topic of supply distribution and the lockup is somewhat sensitive so I wouldn't recommend a live Q&A. David's a great resource for certain topics and scenarios but a live video Q&A with the XRP community on sensitive topics probably isn't the best stage for him to shine.

Reading between the lines, I think the goal behind the demand is to correct misinformation and misperception about XRP supply, and generate lots of excitement for and attention on XRP. The Insights post is not our recommended vehicle to achieve those ends - it's really just intended to be our official record of the lock up completion.

Rather, we'll tell our story and go broad through press. Given the significance of the event and the story, we'll up-level the spokesperson to Brad.

I like the spirit of community engagement. How about instead we do:

- A Q4/end of year streamed Q&A with Brad - similar to what we did at Swell where we source and edit the questions in advance
- A 'happy birthday' XRP Ledger streamed Q&A with David - again, source questions in advance. Could even ask ▮▮▮▮▮▮▮▮ host!

LMK if you'd like to discuss more live.

Monica

On Wed, Nov 29, 2017 at 3:23 PM, Patrick Griffin ▮▮▮▮▮@ripple.com> wrote:
Hi Monica,
Reducing the thread. In addition to announcing via Insights, I would like to see us set up a live stream (video or chat) with David Schwartz explaining the feature, the impetus for the escrow, and taking Q&A from forum people.

I think it's also worth considering announcing our intention to implement another lock-up now that the first one is successful to tighten up the supply question even more. I have to socialize that with Brad but I certainly think it will add a lot of interest.

How can I work with you/your team on the live stream?

Patrick

—
Patrick Griffin
SVP Business Development
Ripple Inc.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0042111

---------- Forwarded message ----------
From: **Monica Long** <█████@ripple.com>
Date: Tue, Nov 28, 2017 at 3:30 AM
Subject: Escrow announcement plan
To: Leadership <leadership-list@ripple.com>

Hi all -

Here's how we plan to announce escrow:

- objective is to create a second wave of excitement about the lock up amongst speculators.
- from a timing perspective, our last "daylight" to achieve that end is probably Dec 18 or 19.
- announce via Insights + Brad █████ tweet (RT by Patrick, Miguel)
- blog/tweets will go live right when the lock up is complete (or as closely timed as possible)
    - the forums will see the transfers and figure out what's going on in real time so we'll have to publish and then pitch with a quick turn around
- will then immediately pitch to all of our crypto press/beat reporters
- and, immediately reach out to key XRP influencers (both supporters and skeptics) to inform them it's complete

Please let me know if you have any questions. We'll need a heads up on a ballpark timeline to prep.

Thanks,
Monica


--
You received this message because you are subscribed to the Google Groups "Leadership" group.
To unsubscribe from this group and stop receiving emails from it, send an email to █████.

To post to this group, send email to █████

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0042112