PX 271

**To:**
**Cc:**
**From:** Monica Long
**Sent:** 2017-11-27T20:20:51-05:00
**Importance:** Normal
**Subject:** Re: PR for Escrow
**Received:** 2017-11-27T20:20:51-05:00

Thank you!

On Mon, Nov 27, 2017 at 2:00 PM, ███ wrote:

> Hi there -
> Yes. Apologies on the delay. Agree with the approach. Think we do a tweet from Brad (happy to help craft) announcing that this is taking effect now and we delivered on our promise.
> We did an Isights post from Brad for the initial announcement so for consistency sake - would be good to do another post but doesn't have be from Brad.
> We can just have Brad do the announcement first via twitter and point to the Insights post.
>
> Timing is 100% accurate. Think our last window would be anytime the week of the 18th. Sounds like most folks will be taking the entire next week off.
>
> Agree that as soon as the announcement drops via Twitter and Insights - we'll pitch coin pubs and think we also give our tier one folks an FYI so they know it happened.
>
> Assuming we don't want to do interviews around this as everything we can say about it will be in the blog post.
>
> Let us know if you need anything else.
>
> Thanks,
> ███
>
> On Fri, Nov 24, 2017 at 4:51 PM, Monica Long ███ripple.com> wrote:
>
>> For us to discuss on Monday... see Asheesh's note below. My initial thoughts and appreciate your input:
>>   • objective is to create a second wave of excitement about the lock up (first wave being the announcement we WOULD do it) amongst speculators.
>>   • from a timing perspective, our last "daylight" to achieve that end is probably Dec 18 or 19.
>>   • can announce via Insights + Brad/███/Miguel tweets
>>     ○ is there an advantage to Brad breaking the news via Twitter?
>>     ○ I'm thinking there's benefit to having an official point of reference on the blog.
>>   • blog/tweets will go live right when the lock up is complete (or as closely timed as possible)
>>     ○ the forums will see the transfers and figure out what's going on in real time so

we'll have to publish and then pitch with a quick turn around
- will then immediately pitch to all of our crypto press/beat reporters

---------- Forwarded message ----------
From: **Asheesh Birla** <███@ripple.com>
Date: Mon, Nov 20, 2017 at 9:22 PM
Subject: PR for Escrow
To: Monica Long <███@ripple.com>

Hey Monica,
There was a follow up from the staff meeting around the PR plan for the escrow.

Whenever you get a chance can you do a quick outline response back to the leadership team regarding the general plan.

I know its tough given we don't know the date, but I think just things around making sure we don't do it on a dead time around xmas, etc was the main concern raised.

I hope Noe did ok on the flight back home.

enjoy your thanksgiving!
Asheesh

