# PX 272

Message

**From:** ███████████████████ @ripple.com]
**on behalf of** ███████████████ @ripple.com> ████████ ripple.com]
**Sent:** 4/9/2020 7:39:25 AM
**To:** Ethan Beard ██████ @ripple.com]
**CC:** ███████████████ @ripple.com] ████████████████████ @ripple.com]
**Subject:** Re: xPring is a disaster... community abandonment

He didn't say much. Brought up his identity solution, and how we we weren't interested in that.

On Thu, Apr 9, 2020, 7:35 AM Ethan Beard <████████ @ripple.com> wrote:
  What was his feedback on payID?

On Thu, Apr 9, 2020 at 7:03 AM ████████████████ @ripple.com> wrote:
  Sounds good, agree keeping him focused on PayID.

On Thu, Apr 9, 2020 at 1:50 AM ████████████████ @ripple.com> wrote:
  I think we should send ████████ he payId docs and move on.

On Wed, Apr 8, 2020 at 9:15 PM ████████████████████ @ripple.com> wrote:
  Hey Guys,

  ████████ and I met with ████████ and ████ oday.

  Below are notes to close out this issue:

  • ████████ opened by asking directly what the concerns were about Xpring.
  • ████████ immediately brought up the way Xpring funded ████████ across a small amount of startups that (1) he doesn't think are going to be successful, (2) seem random on how they are going to bring value to XRP.
  • ████████ brought up the fact that Xpring passed on a payments deal that he pitched to Xpring in 2018, which would bring clear value to XRP.
  • ████████ mentioned how we backed his other project ████████████ and thought that he shouldn't dilute himself with two concurrent projects.
  • ████████ said he spoke with Wietse, who is running low on funding and claims that Xpring is "bringing everything in-house" and isn't keen on funding him again, which he thinks would be a mistake.
  • ████████ asked if there were other ways, outside of funding, that they thought Xpring could help the community.
  • ████████ mentioned that it seems that Xpring's message to invite developers to "build on the XRP Ledger" is contradictory with Xpring's investment thesis, which has focused more on companies building on Ethereum ████████████ etc), rather than XRPL.
  • ████████ brought up how the lack of a programmability layer on XRPL made it difficult for developers to build infinite use cases on it, hence the frequent extension to Ethereum.
  • ████████ dmitted that's a problem and brought up his latest project, which would use ████████ s a browser wallet, with an extension to do smart contracts on a second layer.
  • ████████ ad a brainstorm discussion with ████████ and ████ bout their smart contract project and encouraged them to try to explore using XRP as collateral for a Proof-of-Stake consensus mechanism, which would generate new demand for XRP, instead of issuing their own token, which would require a lot more overhead.
  • We finished the conversation on a positive note and they are going to consider using XRP and PayID in their POS smart contract layer on top of XRPL and will revert back with a proposal.
  • ████████ and ████████ oth agree that ████████ eels slighted that Xpring didn't fund any of his new projects and seems like raw jealousy more than anything else.

CONFIDENTIAL



- We're going to send him the docs for PayID and include him in future workshops.

On Mon, Apr 6, 2020, 7:42 AM ███████████████ @ripple.com> wrote:

Hi ███ and ███ - Apologies we weren't able to find time when we were in touch a few weeks ago. Let us know your availability for later this week - morning your time in NZ and afternoon in California would likely work best.

On Sun, Apr 5, 2020 at 8:58 PM ███████████████████████ wrote:

Hi Ethan, ███ and ███

Very happy to be involved and share our knowledge.

Just let us know what the next steps are. Is there an NDA or something you want us to sign?

As you know, we have our Self-KYC project which we presented at UBRI. We've since pushed ahead with development, including a working version of the consensus engine on which a decentralised version of the Self-KYC would run.

Look forward to being involved.

Cheers

**From:** Ethan Beard ███████ @ripple.com>
**Sent:** Monday, 6 April 2020 1:31 AM
**To:** Brad Garlinghouse <███ @ripple.com>
**Cc:** ████████████████████████████████
Ethan Beard ███████ @ripple.com>
████████████

**Subject:** Re: xPring is a disaster... community abandonment

Thanks Brad.

Hi ███ and ███

NIce to hear from you.  I believe ███ and ███ ried to connect to speak with you about PayID.  We'd enjoy the opportunity to talk with you about it and hear your thoughts.  The team has been working with the community on building PayID as an open standard and, knowing you've spent a lot of time thinking about identity, would value your input.  We're actively looking for developers to work with and would love to engage more closely with the two of you.

-Ethan

On Sat, Apr 4, 2020 at 1:03 PM Brad Garlinghouse ███████ @ripple.com> wrote:

Hi ███

Adding Ethan back to the cc.  He / his team can follow up with PayID info.

Brad

CONFIDENTIAL

On Fri, Apr 3, 2020 at 8:13 PM ████████████████████████████████ rote:
Hi Brad

Thanks for the reply.

I haven't seen anything about PayID, could you possibly loop myself and ████████████ in ? (cc'd)

Best regards

████████████████

On Sat, Apr 4, 2020 at 1:06 PM Brad Garlinghouse ████ ripple.com> wrote:
Hi ████████

Thanks for your email and apologies for a tardy reply.   One of our core values at Ripple is actually 'Say it' so I highly value intellectual honesty and speaking up so I appreciate you reaching out.

I completely respect your opinion here.  As I expect you're aware, the bulk of Xpring's recent activity has recently been on investing in core tools to make building with XRPL easier for more developers as evident by the recent release of the Xpring SDK and related gRPC support in XRPL.  Team Xpring is also closely engaged with a solid community of developers currently in building out PayID and had a well attended engineering workshop just last week where we were writing code with the community.  We would love to have you participate in this project as we think it has a lot of potential and I know you've been thinking about and working on identity for a while.

████ still remains very actively involved and continues to lead the team contributing to the core XRPL and building against the ideas/roadmap that David posted in the fall, currently focusing on performance and scaling efforts.  We continue to look for and fund interesting projects on XRPL as we did with ████████ ast year - if you are aware of projects that we should be supporting please send them along to us.  Team Xpring is actually led by Ethan Beard whom I've copied on this email.  Ethan is a great point of contact for you and for anyone that is looking to engage with use more closely.

I understand your frustration and can tell you that your input is incredibly helpful for us to hear and something we'll take into account as we continue on this journey.

Stay safe in these surreal times.
My best,
Brad