# PX 273

**From:** Monica Long <‎[redacted]‎ripple.com>
**To:** [redacted]
**CC:** Phil Rapoport; Arthur Britto; Asheesh Birla; Arthur Britto, (Google Drive) [redacted]
Chris Larsen; [redacted]ripple.com [redacted]
**Sent:** 4/30/2014 2:59:52 PM
**Subject:** Re: giveaway focused on foreign students?

Really compelling idea, Phil. And, I especially like making it a gateway giveaway, which supports our business goals.

I'm happy to provide input on the program (specifically around support and marketing/comms).

On Wed, Apr 30, 2014 at 11:40 AM [redacted] @ripple.com> wrote:
And I'm into it.

I'm suggesting one way to ensure this be a successful initiative is to involve a gateway that is also an experienced marketer.

On Wednesday, April 30, 2014 at 11:38 AM, Phil Rapoport wrote:

We're already essentially paying [redacted] and Ripple) to acquire customers via the 2,000 XRP giveaway * [redacted] weighted average XRP price for 2014.

I suspect that most Ripple users are currently depositing money, buying XRP, then waiting for the price to rise.  I'm just trying to think of ways that we can encourage them to find non-speculative utility in the network as it currently exists.

It seems like Ripple is already a price competitive option for transfer across certain corridors.  I'm trying to think of ways we can encourage more transaction volume.

On Wed, Apr 30, 2014 at 1:52 PM, [redacted] @ripple.com> wrote:
Just want to highlight that are non-trivial marketing considerations in launching/promoting a remittance product.

1. Remittances are typically marketed on the origination/sender's side - in this case [redacted] Not saying that other models aren't possible, this is just what's typical in the market.
2. The market for acquiring remittance customers is competitive. Here are [redacted] s cost per acquisition numbers from their S-1:
   1. 2009: $29
   2. 2010: $37
   3. 2011: $38

On Wednesday, April 30, 2014 at 10:21 AM, Arthur Britto wrote:

I'd like to do two things for remittance focused on the US-Mexico corridor. It could also apply to the others.

Average remittance payments start at $1,500. I would like a giveaway of maybe $100 for the first $1,000

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

dollars of remittance. Payments from registered SnapSwap customers to bitso customers.

Also, I'd like a $50 referral fee for each side if they refer someone else for remittance.

-Arthur

On Apr 30, 2014 9:40 AM, "Daniel Aranda" <danny@ripple.com> wrote:
Even in the short term, we have a lot of the pieces in place.  We could consider supporting a marketing effort via our current gateways.

Ripple Unioin's bank rail bridge in Canada is a good place to start ███████ hich supports tuition and living expense payments for international students in Canada, is interested in being a Gateway.  I just pinged the CEO to schedule the next conversation.

On Wednesday, April 30, 2014 at 9:28 AM, Asheesh Birla wrote:

Phil,
Great idea.

Since we don't have a consumer offering, I'd like to work with ███████ n this Giveaway idea. ███████ s working on either sponsoring or developing a white label remittance platform built on Ripple.  It would be great to pitch the idea of the college remittance corridor idea to him, supplemented by a Giveaway.

I'll talk to him on Friday about it and perhaps you can help me structure the Giveaway in a way the supports the correct kind of behaviors.

Asheesh

On Wed, Apr 30, 2014 at 9:25 AM ███████ @ripple.com> wrote:
-----BEGIN PGP SIGNED MESSAGE-----
Hash: ███████

On 04/30/2014 07:58 AM, Phil Rapoport wrote:

> What if we focused an XRP giveaway and marketing blitz on 1-2
> universities with a very high concentration of international
> students? The top 3 schools on the list below seem like pretty good
> candidates. These students are presumably getting international
> transfers from parents on a regular basis.

My suggestions are ███████ due to their engineering program).  Also consider the ███████
███████

> We could make some targeted marketing material to walk them through
> the steps to send money via Ripple and try to encourage more
> productive usage of the network.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

For CMU I would also suggest considering developer outreach targeted at undergrads. It's not unheard of for Logic and Computation and Computer Science students to go public with their first company right after graduation (which they'd been working on in their junior and senior years). Some professors there encourage and reward contributing to open source software projects outside of class, or at least they did when I was an urchin there.



Systems Engineer, Ripple Labs

-----BEGIN PGP SIGNATURE-----

iQIcBAEBCgAGBQJTYSQDAAoJEPrYmNakNkJIdlMP/RCg45j2oUhm3T7FNuUGiF9e
VLIGC+Ru9VYEg2gFsbfMfKGhesG4q7Nz53nBtVhAu4M7UUZLxCvoDUBBcSR938KC
WrlezESW2fruEIwCwUyhFq57QgMfwP7FtcE8P7sIuIWOQDMjz4xFNqoWihwPxS33
7XdYKGWiwnTOf22rjvWTJySCoyiE6Rp7gk8jB0G1s641SPZEesvmcX/dyNDu6cPe
bDyW7kFMqwChI045iA83j9flQHTpkmxoxQPvVjHMoXQv5KI9SC0LqQSdZdOAl/35
JnxMLEOwZZ1LuPC2acHA0J/mJPkQbICtE2Vatw/lbIBmVR00X+yhweJxYvtWqil+
EiELAVYtwpsvC0kXDJwA4s9p56ncE491kLcRiXcAmCSiaM/Z2gjZvsaxDmF263ue
o3HZGvWlA5eWGUftlMjbRs4/JzV/VAV+BDJW616yKk0Ev/LJ7K15PUPPpHNU4Vnh
MZw85LkMCCOMPFfd4jQm6cwWAkco7OY2pJN1LMd/DdH7o3NkkuN4O3t4ETdl9m2J
9MQZPtqzuFA5/gdY2DnzclkPpuCtq9dgvwMIprD+WUAXZO+591fPOSNQov+nlQph
O1rg6CcM1v+V/BokqKB+QnX739KJYnBAg2ki3ehhqaftJimSLiHqepmVC/4wU73T
QQ/f0h6Y6TCFyIVrj2fS
=blJQ
-----END PGP SIGNATURE-----

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
[redacted]@ripple.com [redacted] | www.ripple.com | @ripple
ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.