PX 275

Message
---

**From:** Miguel Vias [         @ripple.com]
**Sent:** 12/18/2016 7:53:46 PM
**To:**                                              @ripple.com>]
**Subject:** Re: Current XRP Sales

ok

On Sun, Dec 18, 2016 at 10:51 PM            @ripple.com> wrote:
I think we should leave it on for now.

On Sun, Dec 18, 2016 at 7:50 PM, Miguel Vias      @ripple.com> wrote:
Are we leaving 6t on?

On Sun, Dec 18, 2016 at 10:48 PM, Miguel Vias      @ripple.com> wrote:
I'm happy to let GSR know going forward

On Sun, Dec 18, 2016 at 10:24 PM, Brad Garlinghouse      @ripple.com> wrote:
no objections

On Sun, Dec 18, 2016 at 7:20 PM,                   @ripple.com> wrote:
Brad - any objections to going on hold? If so, Miguel or Patrick are you guys taking point on communicating to GSR?

On Sun, Dec 18, 2016 at 11:31 AM,                @ripple.com> wrote:
Correct, next year's target is

There is a broader effort going on with the BI initiative to make data self-service so we're making progress on this and we can talk through the timeline of when that might be ready in 2017. Patrick - might be good to revisit and talk through your prioritization of data asks so we're aligned on the implementation roadmap.

Note that this data (relative to other data that we're looking to automate) is fairly accessible on a daily basis - we all have access to GSR's daily report that tracks this and their Google sheet that gets updated regularly. We can start another one for OTC buys as well and open to other suggestions.

On Sun, Dec 18, 2016 at 11:21 AM, Miguel Vias      @ripple.com> wrote:
Thanks      As Patrick mentioned, I'll be tracking sales next year as well so would be great to get a hand in automating the process. Let's touch base early this week. Also, our target for sales next year is      correct?

On Dec 18, 2016 2:16 PM, "Patrick Griffin"      @ripple.com> wrote:
Thank you      Going into 2017, can you (or your designee) help Miguel build a tool to capture daily updates to the XRP bookings number. We need to be able to self-serve the data to make better recommendations and decisions.

Patrick

On Dec 18, 2016, at 11:09 AM, ▮▮▮▮▮▮▮▮▮▮▮@ripple.com> wrote:

Hi all,

We've met the bookings target we showed to the Board o▮▮▮▮▮hich assumed the ▮▮▮▮▮▮f bookings from▮▮and nominal programmatic sales through the end of the year.  We should be okay to turn off programmatic and meet our most recent outlook.

As a side note, there is a Q3 & Q4 delta between bookings and revenue as a result of the XRP buys we did in September that I'm looking into which could result in a higher bookings number in Q4.  However, it's a bit complicated so I need to discuss with ▮▮▮▮ve and can come back on this tomorrow.

On Sat, Dec 17, 2016 at 1:19 PM, ▮▮▮▮▮▮▮▮▮▮▮@ripple.com> wrote:
I have the numbers but want to confirm a couple of things - please give me till tomorrow morning.  We don't do any sales over the weekend so should be fine to instruct GSR tomorrow morning if we want to make a change.

On Sat, Dec 17, 2016 at 12:54 PM, Brad Garlinghouse <▮▮▮▮@ripple.com> wrote:
Where are we for the month and quarter?  (Relative to forecast?)

Sent from my iPhone

> On Dec 17, 2016, at 12:46 PM, Miguel Via▮▮▮▮▮▮@ripple.com> wrote:
>
> Hi All,
>
> Given XRP is below the ▮▮▮▮evel, which has served as support for the last few days, and the fact we just received ▮▮▮▮▮ recommend we stop selling for the moment.  The extra revenue does not seem to warrant the risk of exacerbating the markets lower right now.
>
> Let me know what you think.
>
>
> Best,
> Miguel

--

▮▮▮▮▮▮▮▮▮
VP of Finance | Ripple
▮▮▮▮▮▮@ripple.com | ripple.com



--

VP of Finance | Ripple

@ripple.com | ripple.com



VP of Finance | Ripple

@ripple.com | ripple.com



VP of Finance | Ripple

@ripple.com | ripple.com



CONFIDENTIAL                                                                                          RPLI_SEC 0763294

--

▮▮▮
VP of Finance | Ripple

▮▮▮@ripple.com | ripple.com



CONFIDENTIAL    RPLI_SEC 0763295