# PX 276

**From:** Patrick Griffin <​@ripple.com>
**To:** Monica Long
**CC:** Brad Garlinghouse
**Sent:** 5/9/2017 8:58:14 AM
**Subject:** Re: Revised XRP announcement strategy

-David

Monica, I'm totally supportive but there is one thing I need to make sure of on our end: do we have our accounts and funding set up such that we are ready to take advantage of any big lift in volume. I want to make sure we can take some serious money off the table on the back of that announcement (assuming it will have the desired impact). We are looking at our set up and plan right now and will have the final view by EoD.

Patrick

On Tue, May 9, 2017 at 1:49 AM, Monica Long <​@ripple.com> wrote:
Hi Brad, Patrick,

David and I propose a revised XRP announcement strategy:

- Thurs, May 11 - announce our decentralization strategy via Ripple Insights and send as an FYI to coin press.
- Mon, May 15 - announce Ripple lock up coupled by a physical lock up of a portion of our funds to show follow through. We announce via Ripple Insights and a exclusive to tightly manage the lead story.
- Thurs, May 18 - announce Bitgo + 5 exchanges in the context of our XRP product vision (i.e. make the news about tangible progress toward a real use case). We announce via press release + Ripple Insights for broad distribution.
- Tues, May 30 - announce validators, assuming agreements are final by then, via Ripple Insights and pitch to coin press.
- Tues, June 6 - announce Digital Asset Advisory Board via press release. TBD on media outreach strategy depending on who we secure.

Here's our rationale:

- Our original goal was to clear the air of FUD prior to Consensus to make our BD meetings as productive as possible.
- Our barrier to announcing the lockup was ease-of-use for consumers to acquire XRP confirmed today that the "how to buy" guide is working. Support receives few follow ups from people experiencing challenges using the guide. This indicates my assumption that we have serious funnel leakage was wrong.
- Especially on the back of the recent rally, the one-two-three punch of transparency in our decentralization strategy + a lock up + traction with exchanges will position us to maximize our opportunity at Consensus and to very likely overtake BTC in market cap.
- This strategy bides us more time to properly close contracts with validators and engage their teams in an announcement.
- It also affords us a really nice, weekly rolling thunder of positive XRP news.

CONFIDENTIAL                                                                                                                                        RPLI_SEC 0509562

Please let us know your thoughts.

Thanks,
Monica

--
Patrick Griffin
SVP Business Development | Ripple
████████@ripple.com

CONFIDENTIAL

RPLI_SEC 0509563