PX 277

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@ripple.com>
**Sent:** Tuesday, October 18, 2016 9:15 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Patrick Griffin - ▓▓▓▓▓@ripple.com>
**Subject:** Re: Selling

Thank▓ ▓▓▓▓ Also the press release will now be going out 6am PT on Thursday morning so delayed 1 day.

On Tue, Oct 18, 2016 at 6:04 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> Good morning,
>
> The new (and hopefully very improved) reports will be coming out in the next few hours. We are just working on the formatting.
>
> regards,
> ▓▓▓▓
>
> P.S. Bot 2.t has been @ ▓▓▓▓ for the last week, with the exception of yesterday when we ramped up the introduction of XRP.
>
>> On 18 Oct 2016, at 14:56 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@ripple.com> wrote:
>>
>> Hi ▓▓▓▓
>>
>> We haven't gotten the 2t / 6t reports in a few days - wondering if that's been halted while you work on the presentation? Are you revamping those? If so, when would we be expecting the reports again?
>>
>> Thanks
>> ▓▓▓▓
>>
>>> On Mon, Oct 17, 2016 at 6:33 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>> Good morning ▓▓▓▓
>>>
>>> Today we introduced more XRP into 2.t's MM pool to ensure the bot functions smoothly on Wednesday (with the much higher volume we anticipate). As a result, today's XRP introduced will be much higher than ▓▓▓▓ (probably around ▓▓▓▓ As of 0630PT we have extracted approximately ▓▓▓▓
>>>
>>> We are still working on the presentation describing 2t's performance. Sorry for the delay but pulling all the historical data has taken longer than anticipated.
>>>
>>> ▓▓▓▓,
>>>
>>>> On 15 Oct 2016, at 02:26 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@ripple.com> wrote:
>>>>
>>>> Hi ▓▓▓▓

CONFIDENTIAL

We are going to keep our sales a ▇ until ▇ announcement on Wednesday. After ▇ we would like to go to sales at ▇ (we are not going to buy). However, please be thoughtful / opportunistic around the timing of implementing ▇ we don't want to depress the rally but rather capitalize on the additional volume. As before, if you see the change to take more money off the table, please do so.

Also, there is a conference in Tokyo on Monday with ▇ so there may be some snippets / coverage coming out of that that could hopefully have a positive impact.

Finally, Patrick will connect with you directly on v3 and hitting limits following ▇

Thanks,
▇

--

▇
VP of Finance | Ripple
▇@ripple.com | ripple.com



--
▇
VP of Finance | Ripple
▇@ripple.com | ripple.com



--
▇
VP of Finance | Ripple
▇@ripple.com | ripple.com



CONFIDENTIAL