# PX 278

**From:** ▮
**Sent:** Tuesday, October 11, 2016 6:58 AM
**To:** Patrick Griffin <▮@ripple.com>; ▮ripple.com>;
**Subject:** Re: 2t

Good morning,

Bot 2t was adjusted back to ▮ 630pm PT yesterday, so today's results will reflect close t▮

Regards,
▮

> On 10 Oct 2016, at 1▮ ▮ote:
>
> Good morning all,
>
> XRP prices have increased significantly overnight. We believe it is due to erroneous coinmarketcap.com reporting, likely aided by a glitch in ripplecharts.
>
> Since volumes remain strong, and there seems to be significant buying interest, we are increasing 2.t's XRP introduction rate in order to extract more USD.
>
> Regards,
▮

CONFIDENTIAL                                                                                                                                               GSR00001999