# PX 279

| From: | dsamarasinghe <​███​ripple.com> |
|---|---|
| Sent: | Thu, 28 May 2020 15:05:02 +0000 |
| Subject: | [Slack Retention]ripple - dm-dcaranda--dsamarasinghe: Shared Private Im |
| To: | dsamarasinghe <​███​ripple.com>, ███ripple.com> |

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2020-05-28T14:33:23.0000000Z | ███ | Good question on Weekly Questions. |
| 2020-05-28T14:33:36.0000000Z | ███ | Thanks for bringing that up. |
| 2020-05-28T14:33:48.0000000Z | ███ | One thing that Ripple hasn't done is stopped distributing XRP to our partners. |
| 2020-05-28T14:34:06.0000000Z | ███ | ie, MGI, market makers, FX rebates, are all done in XRP, yet we communicate that we've stopped selling XRP. |
| 2020-05-28T14:34:27.0000000Z | ███ | We haven't stopped distributing XRP, and that number is large compared to XRP sales. |
| 2020-05-28T14:35:05.0000000Z | ███ | Also, our XRP sales numbers that we are communicating to the market under the guise of "transparency", significantly understate what we are putting into the market. |
| 2020-05-28T14:35:12.0000000Z | ███ | We sell to ███ at a ███ discount. |
| 2020-05-28T14:35:33.0000000Z | ███ | So, if we sell $20M worth of XRP (which they absolutely do dump into the market) |
| 2020-05-28T14:35:44.0000000Z | ███ | we only count that as $1M worth of XRP sales. |
| 2020-05-28T15:04:35.0000000Z | ███ | Interesting |
| 2020-05-28T15:05:02.0000000Z | ███ | My understanding is ███ as been digging into this area and highlighting it to Chris and Brad which seems like a positive development |

CONFIDENTIAL

RPLI_SEC 1077339