# PX 293

| | |
|---|---|
| From: | ████████████ |
| Sent: | Wednesday, December 03, 2014 10:28 AM |
| To: | ████@xrpfundllc.com |
| Subject: | Re: Recent orders - ████ ipple Foundation |

great thank you!


On 12/4/14, 3:24 AM, ████xrpfundllc.com wrote:
> For the $70,000.00 we have set aside ████████ RP as commission.
> For the $312,672.98 we have set aside ████████ s commission.
>
> -------- Original Message --------
> Subject: Recent orders - ████ Ripple Foundation
> From: <████@xrpfundllc.com <mailto:████@xrpfundllc.com>>
> Date: Mon, December 01, 2014 8:12 pm
> To: ████@ripple.com <mailto:████ipple.com>,
> ████████████████████████
>
> Hi Chris,
> Please execute XRP transfers, on behalf of the Foundation, for the
> following orders. Chris, appreciate for you to respond in line
> with transaction ID when executing. All times are PT, based on
> receipt of the email.
>
> 11/27 1:57 AM: $70,000. Base of .012602 - ████████
> 5,554,673.86 XRP
> 11/27 2:42 AM: $40,000. Base of .011701 - ████████ to .009361
> - 4,273,047.75 XRP
> 11/27 10:57 PM: $312,672.98. Base of .013333 - ████████
> 23,451,059.78 XRP
> 12/1 5:16 AM: $7,753.88. Base of .012148 - ████████ o
> .009718 - 797,888.45 XRP
> 12/1 3:21 PM: $2,000. Base of .013616 ████████ .010893 -
> 183,604.15
>
> Total XRP of 34,260,273.99
>
> ████
> We are continuing to use the spot rates on for USD.Bitstamp/XRP.
> I know you mentioned a rate on one of the transactions but that
> rate was lower than the low rate for the relevant time period, so
> I'm not sure what trading pair you are looking at, or if you're
> seeing the order book rather than executed trades.
>
> Thanks,
>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0052953