PX 296

filed under seal

as

D.E. 631-95