PX 297

Message
---

**From:** Chris Larsen [████@ripple.com]
on behalf of Chris Larsen [████@ripple.com> ████@ripple.com]
**Sent:** 8/1/2013 9:58:54 AM
**To:** ████
**CC:** ████@ripple.com>]
**Subject:** Re: Intro
**Attachments:** KYC Form April 2013 (1).pdf; Ripple Wholesale Sales Order - July 2013.pdf

Hi ████
Great - we'll start moving forward. Attached are:
1) the KYC form we'll need for AML - please complete and send back.
2) our current Wholesale Order Agreement - please complete for the first order.
3) will send wire instructions shortly

Also, we of course very much want you to become a gateway, but it is OK with us to be a XRP provider first.
Thanks ████

CHRIS LARSEN | Manager
XRP Fund II, LLC
████ipple.com | www.ripple.com


On Thu, Aug 1, 2013 at 2:37 AM, ████ wrote:
> Hi Chris
>
> I will be able to send you the first payment on Monday or Tuesday of next
> week. The first send will be around 200K. Could you please send me the
> wiring instructions for your bank so we can have it logged into our system
> to enable smooth wiring?
>
> One thing I would like to confirm is that by doing this is your
> expectation for us to be a Ripple Gateway for JPY (this is our intention)
> or do we also have the flexibility to start out initially as XRP selling
> agent only?
>
> Is Bitstamp operating as a fully functional gateway at this time?
>
> ████
>
> On 8/1/13 10:54 AM, "Chris Larsen" <████ripple.com> wrote:
>
>>Hi ████
>>We can probably have some flexibility, lets start at $75k on the first
>>one and we can adjust from there. Yes, you have full control on the
>>assets purchased.
>>All the best,
>>Chris
>>
>>Chris Larsen | Manager
>>XRP Fund II
>>████ripple.com | www.ripple.com
>>
>>On Jul 31, 2013, at 6:45 PM, ████ wrote:
>>
>>Hi Chris
>>
>>Thank you. There might be some weeks that its less than 75K. Will you be
>>able to be flexible at those times as well?
>>
>>Also just a confirmation, once we buy them from you, we are free to sell
>>them at any rate we choose, is this correct?
>>
>>████
>>
>>On 7/31/13 1:29 AM, "Chris Larsen" <████ripple.com> wrote:
>>

```
>>> Hi █
>>> We can do that and see how it goes - let's start with a minimum order
>>> of $75,000.
>>> Thanks █
>>>
>>> CHRIS LARSEN | CEO
>>> OpenCoin, INC.
>>> █ipple.com | www.ripple.com
>>>
>>>
>>>
>>>
>>> On Tue, Jul 30, 2013 at 3:46 AM, █
>>> wrote:
>>>> Hi Chris
>>>>
>>>> Great! Thank you for this.
>>>>
>>>> Would you be able to work with us on small amounts on a weekly basis
>>>> around 50-70K each week??
>>>>
>>>> █
>>>>
>>>> On 7/28/13 6:19 AM, "Chris Larsen" █ipple.com> wrote:
>>>>
>>>>> Hi █
>>>>> Yes, we will be able to accept direct bank deposits to █
>>>>> US Account in USD. I can send you the details for wire instructions.
>>>>> Next steps would be determining how much you want to buy and then
>>>>> signing a wholesale purchase order with the relevant order information
>>>>> as well as a completed AML questionaire. Just let us know how much
>>>>> you're requesting and I can forward those docs on Monday.
>>>>> Thanks █
>>>>>
>>>>> CHRIS LARSEN | CEO
>>>>> OpenCoin, INC.
>>>>> █ipple.com | www.ripple.com
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On Fri, Jul 26, 2013 at 1:17 AM, █
>>>>> wrote:
>>>>>> Hi Chris
>>>>>>
>>>>>> Appreciate the details!
>>>>>>
>>>>>> The conditions below sound great.
>>>>>>
>>>>>> What do we need to do for the next step??
>>>>>>
>>>>>> Before we are able to have everything set up on our system, would we
>>>>>> be
>>>>>> able to start with analogue direct bank deposits or BTC deposits to
>>>>>> XRP
>>>>>> Fund II??
>>>>>>
>>>>>> █
>>>>>>
>>>>>> On 7/26/13 9:52 AM, "Chris Larsen" █ipple.com> wrote:
>>>>>>
>>>>>>> Hi █
>>>>>>> Thanks for the suggestion of terms - I probably should have given
>>>>>>>more
>>>>>>> guidance on what we can and can't do - so my apologies. Hopefully
>>>>>>>this
>>>>>>> will clarify how we are likely to operate going forward.
>>>>>>> 1) we have to conduct wholesale transaction where we conduct the AML
>>>>>>> and KYC of the buyer. This really makes consignment sales
>>>>>>>impossible.
>>>>>>> So sales to you as a buyer must be complete.
>>>>>>> 2) As I understand Bitstamp's retail price from their site, looks
>>>>>>>like
>>>>>>> they sell at a 30% premium or so. We would entertain a █ discount
>>>>>>> from the market price - that would give you a █ mark up total.
>>>>>>> 3) Please note that any sales of XRP will be made from "XRP Fund
```

```
>>>>>>>II",
>>>>>>> a South Carolina LLC.
>>>>>>> Hope that helps.
>>>>>>> Thanks
>>>>>>>
>>>>>>> CHRIS LARSEN | Manager
>>>>>>> XRP Fund II
>>>>>>> ▮@ripple.com | www.ripple.com
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Thu, Jul 25, 2013 at 8:28 AM
>>>>>>>
>>>>>>> wrote:
>>>>>>>> Hi Chris
>>>>>>>>
>>>>>>>> Appreciate the time this morning to talk to you.
>>>>>>>>
>>>>>>>> We are all very excited to be able to sell XRPs!  Thank you for
>>>>>>>>this
>>>>>>>> special opportunity.
>>>>>>>>
>>>>>>>> As for what we would like to set up:
>>>>>>>>
>>>>>>>> 1) We receive XRPs in advance from OpenCoin to stock our pool.
>>>>>>>> 2) We sell XRPs online to our clients worldwide at a rate that
>>>>>>>> mirrors
>>>>>>>> Bitstamps
>>>>>>>> 3) We receive payment for XRPs, deliver the XRPs to clients' Ripple
>>>>>>>> accounts
>>>>>>>> 4) Payment is divided up between us 70% and OpenCoin, 30% Bitcoin
>>>>>>>> Japan
>>>>>>>> (in other words, we are buying XRPs at bulk rate of a ▮ scount
>>>>>>>> from
>>>>>>>> Market Rate, or said differently, 30% of all payments we receive
>>>>>>>>are
>>>>>>>> paid
>>>>>>>> to OpenCoin.)
>>>>>>>>
>>>>>>>> Looking forward to hearing you ideas and response.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On 7/25/13 2:47 AM, "Chris Larsen" ▮ipple.com> wrote:
>>>>>>>>
>>>>>>>>> great - talk then
>>>>>>>>> CHRIS LARSEN | CEO
>>>>>>>>> OpenCoin, INC.
>>>>>>>>> ▮ipple.com | www.ripple.com
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Wed, Jul 24, 2013 at 9:53 AM,
>>>>>>>>> wrote:
>>>>>>>>>> Hi Chris
>>>>>>>>>>
>>>>>>>>>> 8am my time would work much better.
>>>>>>>>>>
>>>>>>>>>> Thanks for offering that.
>>>>>>>>>>
>>>>>>>>>> Speak to you then!
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On 7/25/13 1:47 AM, "Chris Larsen" ▮pple.com> wrote:
>>>>>>>>>>
>>>>>>>>>>> Could also do 4 pst - 8 am your time
>>>>>>>>>>>
>>>>>>>>>>> Chris
>>>>>>>>>>>
>>>>>>>>>>> Chris Larsen | CEO
```

CONFIDENTIAL                                                                                     RPLI_SEC 0328633

```
>>>>>>>>>>> OpenCoin, Inc.
>>>>>>>>>>>         ripple.com | ripple.com
>>>>>>>>>>>
>>>>>>>>>>> On Jul 24, 2013, at 9:15 AM,
>>>>>>>>>>>
>>>>>>>>>>> wrote:
>>>>>>>>>>>
>>>>>>>>>>> Hi Chris
>>>>>>>>>>>
>>>>>>>>>>> Sure I think that's 10am my time.  You are talking in about 9
>>>>>>>>>>> hours
>>>>>>>>>>> from
>>>>>>>>>>> now correct?
>>>>>>>>>>>
>>>>>>>>>>> I will be on the go so can connect via Skype on my iPhone.
>>>>>>>>>>>
>>>>>>>>>>> Looking forward to speaking.
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> On 7/25/13 12:52 AM, "Chris Larsen" <       ripple.com> wrote:
>>>>>>>>>>>
>>>>>>>>>>> Hi
>>>>>>>>>>> Nice to hear from you. There are a few additional options - I
>>>>>>>>>>> can
>>>>>>>>>>> walk
>>>>>>>>>>> you they. Do you have time to chat today at 6 pm pst?
>>>>>>>>>>> Thanks
>>>>>>>>>>> Chris
>>>>>>>>>>>
>>>>>>>>>>> Chris Larsen | CEO
>>>>>>>>>>> OpenCoin, Inc.
>>>>>>>>>>>         ripple.com | ripple.com
>>>>>>>>>>>
>>>>>>>>>>> On Jul 23, 2013, at 11:48 PM,
>>>>>>>>>>>
>>>>>>>>>>> wrote:
>>>>>>>>>>>
>>>>>>>>>>> Hi Chris
>>>>>>>>>>>
>>>>>>>>>>> Hope you are well!
>>>>>>>>>>>
>>>>>>>>>>> I wanted to follow up with you again on our last conversation
>>>>>>>>>>> about
>>>>>>>>>>> introducing others to us that would be willing to sell XRPs.
>>>>>>>>>>>
>>>>>>>>>>> As of next week I we will have bought all          as to offer
>>>>>>>>>>> :)
>>>>>>>>>>> and
>>>>>>>>>>> it
>>>>>>>>>>> looks like       is all out now too.
>>>>>>>>>>>
>>>>>>>>>>> We are still going to have some more interest in buying more
>>>>>>>>>>> and
>>>>>>>>>>> hoping
>>>>>>>>>>> that we can either be introduced to someone else or buy
>>>>>>>>>>> directly
>>>>>>>>>>> from
>>>>>>>>>>> you
>>>>>>>>>>> guys.
>>>>>>>>>>>
>>>>>>>>>>> Either of these options a possibility?
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> On 7/14/13 2:25 AM, "Chris Larsen"          ripple.com> wrote:
>>>>>>>>>>>
>>>>>>>>>>> Thanks for the thoughtful feedback       - we really
>>>>>>>>>>> appreciate
>>>>>>>>>>> your
>>>>>>>>>>> support and I agree the focus should be to help
>>>>>>>>>>> understanding.
>>>>>>>>>>> Let
>>>>>>>>>>> me
>>>>>>>>>>> check in with the guys on a confidential basis - wont
>>>>>>>>>>> mention
>>>>>>>>>>> you
```

CONFIDENTIAL                                                                                  RPLI_SEC 0328634

```
>>>>>>>>>>>>>>> by
>>>>>>>>>>>>>>> name
>>>>>>>>>>>>>>> - and see of I can better balance their efforts.
>>>>>>>>>>>>>>> Will get back to you after my chat.
>>>>>>>>>>>>>>> Thanks so much!
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Chris
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Chris Larsen | CEO
>>>>>>>>>>>>>>> OpenCoin, Inc.
>>>>>>>>>>>>>>>        @ripple.com | ripple.com
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Jul 13, 2013, at 8:46 AM,
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Hi Chris
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Since we are having a hard time connecting, I wanted to
>>>>>>>>>>>>>>>send
>>>>>>>>>>>>>>> you a
>>>>>>>>>>>>>>> note
>>>>>>>>>>>>>>> via email.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> First of all I would like to thank you again for the
>>>>>>>>>>>>>>> introduction
>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>           He is very responsive and a good man.  Very much
>>>>>>>>>>>>>>> appreciated.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Also, we have been speaking with        and
>>>>>>>>>>>>>>> about
>>>>>>>>>>>>>>> technical
>>>>>>>>>>>>>>> issues, and they have been extremely responsive and
>>>>>>>>>>>>>>>helpful.
>>>>>>>>>>>>>>> Thank
>>>>>>>>>>>>>>> you
>>>>>>>>>>>>>>> for this as well.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Im worried a bit though about a recent conversation we had
>>>>>>>>>>>>>>> though.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> I have several clients who sent me the URL,
>>>>>>>>>>>>>>> www.ripplescam.org
>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>> they
>>>>>>>>>>>>>>> were asking me to respond to the allegations printed on
>>>>>>>>>>>>>>>that
>>>>>>>>>>>>>>> website.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> I contacted       d        to ask them if they would be
>>>>>>>>>>>>>>>kind
>>>>>>>>>>>>>>> enough
>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>> help me (arm me) with some explanations of how best I could
>>>>>>>>>>>>>>> explain
>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>> our
>>>>>>>>>>>>>>> clients.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> I also stressed to them that I am NOT doubting but rather
>>>>>>>>>>>>>>> just
>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>> need
>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>> some help with how to best explain to our clients.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Their response was suddenly very cold and unresponsive.
>>>>>>>>>>>>>>> They
>>>>>>>>>>>>>>> told
>>>>>>>>>>>>>>> me,
>>>>>>>>>>>>>>> "We
>>>>>>>>>>>>>>> trust people to do their own research and use common sense
>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>> come
>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>> their own conclusions."
>>>>>>>>>>>>>>>
```

```
>>>>>>>>>>>>>>>> This is of course a very good and sensible answer.
>>>>>>>>>>>>>>>>However,
>>>>>>>>>>>>>>>> when
>>>>>>>>>>>>>>>> I
>>>>>>>>>>>>>>>> pushed
>>>>>>>>>>>>>>>> for any kind of explanation or answer, they refused.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> I would like to apologize if I have created any
>>>>>>>>>>>>>>>> misunderstandings
>>>>>>>>>>>>>>>> or
>>>>>>>>>>>>>>>> caused people to be upset.  This was never my intention,
>>>>>>>>>>>>>>>> rather
>>>>>>>>>>>>>>>> I
>>>>>>>>>>>>>>>> am a
>>>>>>>>>>>>>>>> big
>>>>>>>>>>>>>>>> fan of Ripple and want to do nothing but support you and
>>>>>>>>>>>>>>>> your
>>>>>>>>>>>>>>>> company
>>>>>>>>>>>>>>>> moving forward in any way I can.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> If your people would be a bit more open in helping people
>>>>>>>>>>>>>>>> like
>>>>>>>>>>>>>>>> me
>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>> better understand how best to take apart false allegations,
>>>>>>>>>>>>>>>> it
>>>>>>>>>>>>>>>> would
>>>>>>>>>>>>>>>> be
>>>>>>>>>>>>>>>> very much appreciated and helpful.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Sorry for the long winded email.  Just wanted to apologize
>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>> explain
>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>> you
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>
>>
>>
>
>
```

CONFIDENTIAL

RPLI_SEC 0328636