PX 298

**Message**

| | |
|---|---|
| From: | [REDACTED]@xrpfundllc.com [[REDACTED]@xrpfundllc.com] |
| Sent: | 10/29/2013 9:48:08 AM |
| To: | [REDACTED]; Chris Larsen [Chris Larsen <[REDACTED]@xrpfundllc.com>] |
| Subject: | RE: $43,814 from last week |
| Attachments: | Ripple Wholesale Sales Order [REDACTED]-29-2013.pdf |

Hi [REDACTED]

Chris is fine with giving you today's rate at [REDACTED] With both deposits of [REDACTED] us [REDACTED] sent you [REDACTED]

Please execute then send back the attached agreement.

Kind regards,

[REDACTED]
[REDACTED] Executive Assistant
XRP FUND I & II LLC
[REDACTED]@xrpfundllc.com

-------- Original Message --------
Subject: Re: $43,814 from last week
From: [REDACTED]
Date: Tue, October 29, 2013 5:54 am
To: Chris Larsen <[REDACTED]@xrpfundllc.com>
Cc: [REDACTED] <[REDACTED]@xrpfundllc.com>

Thanks Chris!

If possible, could have calculate both this week's and last week's rate together with the present rate as it has gone down and we would prefer to buy at the present rate?

Thanks!
[REDACTED]

On 10/29/13 1:34 PM, "Chris Larsen" <[REDACTED]@xrpfundllc.com> wrote:

>Hi [REDACTED]
>Thank you - I'll have [REDACTED] work on both.
>All the best,
>
>Chris
>
>Chris Larsen
>Manager
>XRP Fund II LLC
>
>> On Oct 28, 2013, at 7:58 PM [REDACTED] wrote:
>>
>> Hi Chris and [REDACTED]

CONFIDENTIAL
RPLI_SEC 0328194

```
>>
>> Also last week we sent $43,814 to your fund but I forgot to notify you
>>of that. Did you receive it??
>>
>> Could you send XRPs for last week and this weeks transfers?
>>
>> Thanks.
>
>
```

CONFIDENTIAL RPLI_SEC 0328195