# PX 303

# XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:     8/8/18

## SUMMARY OF XRP PURCHASE

## NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:                         null

Transaction Type:                        Purchase by Customer
Total XRP Units:                         ████ Units priced at ████ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:                    $4,800,000

Lockup Period:                           None
Daily Sale Limitation:                   None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By: _____
Name: ████
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

DocuSign Envelope ID: B002EB38-6C63-491D-9BCD-3BB65D2DF1A8

-02

SEC-████████-0000673