# PX 306

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date: June 20, 2017

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the Ripple Consensus Ledger, on the following terms:

Customer Name:
Customer XRP Address:
Customer Destination Tag:

Transaction Type: Purchase by Customer
Total XRP Units: 2,300,000 Units priced at ▮ per Unit
Applicable fees, expenses or charges:

Total Purchase Price: $667,000

Lockup Period: None
Daily Sale Limitation: None

Additional terms, if applicable: N/A

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase and Custody Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II,
By: _____
Name:
Title: Manager

Agreed and Acknowledged:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0000608