# PX 308

**Message**

**From:** [redacted]
**Sent:** 8/3/2017 10:42:01 AM
**To:** [redacted] @ripple.com>]
**CC:** Miguel Vias [Miguel Vias <[redacted]@ripple.com>]; [redacted]@ripple.com>]; billing [redacted]@ripple.com>]; Trading [redacted]>]; Operations <[redacted]>];
**Subject:** RE: [redacted] XRP Orders
**Attachments:** Master XRP Purchase Agreement - [redacted] 08-02-2017.pdf

Please find attached the signed Master Agreement.

Best,
[redacted]

**From:** [redacted]
**Sent:** Thursday, August 3, 2017 1:15 PM
**To:** [redacted]
**Cc:** Miguel Vias <[redacted]@ripple.com>; [redacted] <rohan@ripple.com>; billing [redacted]@ripple.com>; Trading [redacted] Operations [redacted]>; [redacted]
**Subject:** Re: [redacted] XRP Orders

Hi [redacted],

As discussed on the phone, when we send over Ex. A, once we have the form Master Agreement signed, we will state "None" for both Lockup Period and Daily Sale Limitation.
Here's our wire instruction:



TO:
ROUTING & TRANSIT #:
FOR CREDIT OF (Account Name):
ADDRESS (your Address):
ADDRESS (line 2):
CREDIT ACCOUNT #:

If we receive funds today, we likely won't be able to send XRP until 5pm PST, to allow us to go through our security procedures. Is that workable for you? Will you be available to confirm receipt of a test transaction?
Thanks,

[redacted]
Controller | Ripple
[redacted]
[redacted]ripple.com | ripple.com



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0108629

On Thu, Aug 3, 2017 at 7:08 AM, ██████ > wrote:

Hi ██ –

Can you clear a few things up in appendix A?

For the lockup and trading restrictions, we should revise Appendix A so that the following is unambiguously clear:

- It should state that the Lockup Period is "Zero days" from the Date of Purchase

- Daily Sale Limitation should state "Zero daily sale limitation"

Do you mind adding that and we will countersign?

Thanks,

██

**From:** ██████@ripple.com]
**Sent:** Wednesday, August 2, 2017 8:15 PM
**To:** ██████
**Cc:** Miguel Vias ██████@ripple.com>; ██████@ripple.com>; billing <██████@ripple.com>; Trading ██████>; Operations <██████>
**Subject:** Re: Genesis XRP Orders

Great ██,

Please see attached and countersign on page 8.

Note that while this references lockups and trading restrictions, we will specify that there are none on the actual order confirmations. We just like to have the terms defined in the agreement.

Thanks!

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0108630



Controller | Ripple

▮@ripple.com | ripple.com

On Wed, Aug 2, 2017 at 4:34 PM, ▮ > wrote:

> Hi ▮ - sounds good. We will send the XRP wallet first thing in the am.
>
> Thanks!



On Aug 2, 2017, at 7:32 PM, ▮@ripple.com> wrote:

> Hi ▮,
>
> We're changing our approach to administration of XRP orders, and so will be sending you a master agreement shortly (so we can limit the T&Cs on orders as they come through). Once we get the XRP wallet address and the master agreement signed, we'll also send the form for the two transactions.
>
> Thanks,
>
> 
>
> Controller | Ripple
>
> ▮@ripple.com | ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0108631

<ripple-logo-color.png>

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. ▇▇▇ (Member FINRA/SIPC, MSRB Registered) ("▇▇▇") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. ▇▇▇ reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e mail address may be stored on the ▇▇▇ mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. ▇▇▇ does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business.

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. ▇▇▇, ▇▇▇ (Member FINRA/SIPC, MSRB Registered) ("▇▇▇") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. ▇▇▇ reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e mail address may be stored on the ▇▇▇ mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. ▇▇▇ does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business.

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. ▇▇▇ (Member FINRA/SIPC, MSRB Registered) ("▇▇▇") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. ▇▇▇ reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e mail address may be stored on the ▇▇▇ mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suit

able for you. This message is not a solicitation
for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. ▮▮▮▮▮▮▮▮▮▮ does not produce in
house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0108633