# PX 309

**From:** Brad Garlinghouse <███@ripple.com>
**Sent:** Thursday, September 14, 2017 8:36 AM
**To:** ███
**Subject:** Fwd: ███ Contract
**Attachments:** XRP II LLC Privacy Policy.pdf; Ripple - ██ Side Letter (9-14-2017 Ripple comments).docx; Ripple - ██ Side Letter Exhibit A (9 12 2017).docx

███

Hope all is well. Sorry for the short delay in getting this back to you.
I'm forwarding you this email with the preamble I received (below) unedited in the interest of transparency.

I believe the two key issues to be:
1) single entity vs. many entities. We are just trying to keep this as simple / low overhead as possible for all involved.

2) We added a floor of $██ to the capacity. The issue here is that we are committing to sell you up to $██m (at the ██% discount) in 2018. If XRP drops to $██ - this means you could buy ██% of total supply at a really low price.

Let me know if it helps to jump on the phone on any of this.

Best,
Brad


---------- Forwarded message ----------
From: Miguel Vias <███@ripple.com>
Date: Thu, Sep 14, 2017 at 7:46 AM
Subject: ███ Contract
To: Brad Garlinghouse <███@ripple.com>, Patrick Griffin <███@ripple.com>


Brad,

Attached are the red lines, our standard language around purchases in the Exhibit A, and our privacy policy.

The one significant change made to the ███ version was the consolidation of entities. Here is the legal and compliance rationale.

*Our comments to ███'s draft side letter includes revisions to have only one ███ entity (███ be the purchaser/customer to XRP II. Without these revisions XRP II would have to conduct due diligence on, and approve for XRP II onboarding, all ███ Investor entities involved, which can create significant delay. This approach would be significantly more efficient, if feasible. *

Additionally, legal and finance mentioned the fact we had not included any sales or transfer restrictions. I explained the fund would have its own gates and restrictions, but I wanted to make sure you knew they had brought it up.

1

CONFIDENTIAL
RPLI_SEC 0926193

*As we discussed, I understand that as business matter it is BD's position not to include our usual transfer restrictions in this agreement with ▮▮▮▮ and, instead, to rely on ▮▮▮▮'s own lock-up policies. Note that ▮▮▮▮ is free revise/remove its internal policies any time, and there may be market conditions where a massive sale of XRP may be in ▮▮▮▮'s best interests. *

We also went ahead and added the minimum purchase price of $▮▮▮.

Any questions, or if you need anything else just let me know.


Miguel Vias* | *Head of XRP Markets
▮▮▮▮@ripple.com <▮▮▮▮@ripple.com> | www.ripple.com

2

CONFIDENTIAL

RPLI_SEC 0926194