# PX 311

Message

| | |
|---|---|
| **From:** | Miguel Vias [█████@ripple.com] |
| on behalf of | Miguel Vias <█████@ripple.com> █████@ripple.com> |
| **Sent:** | 8/2/2018 11:47:31 AM |
| **To:** | Dinuka Samarasinghe [Dinuka Samarasinghe <████@ripple.com>] |
| **Subject:** | Fwd:████████ XRP Purchase |

---------- Forwarded message ----------
From: **Miguel Vias** <████@ripple.com>
Date: Thu, Aug 2, 2018 at 1:00 PM
Subject: ████████ XRP Purchase
To: Brad Garlinghouse <███@ripple.com>, Ron Will <████@ripple.com>

Brad,

████████ from ████████ would like to purchase $███ worth of XRP over the next 30 days at a
██% discount according to the following schedule:

| Tranche | Amount | Discount % |
|---------|--------|-----------|
| 1 | $ | |
| 2 | $ | |
| 3 | $ | |
| 4 | $ | |
| 5 | $ | |

All in Discount ████

Please let us know if you have any questions before moving forward.

Best,
Ron

--
Miguel Vias | Head of XRP Markets
█████ripple.com | www.ripple.com
████████

--
Miguel Vias | Head of XRP Markets
█████@ripple.com | www.ripple.com
T. ████████

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0131476