

SEC- E-0000594

2
```
[9/10/18, 12:50:57 PM]                              Yes I get same
[9/10/18, 12:51:06 PM]                              Tranche 4 is net
[9/10/18, 12:51:30 PM]                              Tranche 5 is net
[9/10/18, 12:55:14 PM]                              I am going to send to you       x 2 =
[9/10/18, 12:55:20 PM]                              when you confirm
[9/10/18, 12:55:38 PM]                              Confirmed
[9/10/18, 12:55:49 PM]                          : Thanks
[9/10/18, 12:55:58 PM]                              They have appetite for more I believe and will stand by for the 6th tranche tomorrow
[9/10/18, 12:56:35 PM]                              Yes we should be ready for T6 tomorrow
[9/10/18, 12:57:06 PM]                              Market has gone very volatile again after a quiet weekend
[9/10/18, 12:57:52 PM]                            : The XRP has been sent.
[9/10/18, 12:58:52 PM]                              Yes, I agree. These are good entry levels.
[9/10/18, 12:59:06 PM]                              Yes exactly
[9/10/18, 12:59:56 PM]                              It is difficult to predict the turning point but if you want significant volume waiting for the turn up is too late
[9/10/18, 1:01:07 PM] Peter Herbert Chapman: Yes, calling the bottom is very difficult, but I have to believe it is here...
[9/10/18, 1:01:20 PM]                            : somewhere around this level
[9/10/18, 1:01:34 PM]                              XRP received
[9/10/18, 2:42:25 PM]                            : Thank you for confirming.
[9/11/18, 6:05:05 AM]                              Untitled • 1 page <attached: 00000801-Untitled.pdf>
[9/11/18, 6:05:48 AM]                              Hi      we have sent fund for Tranche 6.
[9/11/18, 7:04:37 AM]                              Thank you     I am confirming it has been received.
[9/11/18, 7:07:44 AM]                              Hi. Thank you for confirmation.
[9/11/18, 9:48:24 AM]                              Hi    , we have wired the funds to Ripple and we are on track to price at 9:30 am PDT
[9/11/18, 10:35:40 AM]                             Thank you
[9/11/18, 10:37:05 AM]                           : Ripple has received the Tranche 6 funds so we are set to go when they are ready.
[9/11/18, 11:34:32 AM]                             noted
[9/11/18, 11:47:43 AM]                           : The Ripple team is lined up and willing to price at 9:30 am PDT.
[9/11/18, 11:48:15 AM]                           : The minute I hear from them, I will contact you      ...
[9/11/18, 11:51:58 AM]                             Ok
[9/11/18, 12:35:10 PM]                             any update?
[9/11/18, 12:36:01 PM]                           : Yes, Ripple just told me they are "in the security process" and will contact me shortly
[9/11/18, 12:36:12 PM]                             Noted
[9/11/18, 12:45:04 PM]                           : Ripple is calling.
[9/11/18, 12:45:15 PM]                             Ok
[9/11/18, 12:46:24 PM]                           : .25504
[9/11/18, 12:46:31 PM]                           : ?
[9/11/18, 12:46:31 PM]                             Ok
[9/11/18, 12:46:42 PM]                           : .25504 confirmed
[9/11/18, 12:46:45 PM]                             Confirmed
[9/11/18, 12:47:14 PM]                           : They are working on the docs; we are confirmed at
[9/11/18, 12:52:26 PM]                           :           XRP
[9/11/18, 12:52:52 PM]                             Yes that matches with my calculation
[9/11/18, 12:52:54 PM]                           : Gross price $        and Net price of $
[9/11/18, 12:53:44 PM]                             Good.       , they are sending me the confirm, I will sign it and they will then send the XRP
[9/11/18, 12:53:49 PM]                           : Please standby
[9/11/18, 12:53:58 PM]                             Will do
[9/11/18, 12:57:58 PM]                           : I am sending the XRP to you now       ; I have just received         I will send you        if you confirm
[9/11/18, 12:58:13 PM]
[9/11/18, 12:58:30 PM]                             again!
[9/11/18, 12:58:34 PM]                             Sorry
[9/11/18, 12:58:42 PM]                             I get
[9/11/18, 12:59:19 PM]                             another reason not to like Whatsapp
[9/11/18, 12:59:19 PM]                             Thank you. My spread sheet was further
```

```
than I can see, sorry about the confusion.
[9/11/18, 12:59:39 PM]                              Smaller keyboards on iphone
[9/11/18, 12:59:53 PM]                        : Yes. which do you prefer?
[9/11/18, 1:00:15 PM]                          Telegram messenger
[9/11/18, 1:00:31 PM]                          works on ipad and desktop
[9/11/18, 1:01:00 PM]                          and is fully synced on all devices
[9/11/18, 1:03:50 PM]                           We can use those in the future if you like.
[9/11/18, 1:04:42 PM]                           For some reason today I have fat fingers:
I have sent you            The error is in your favor.
[9/11/18, 1:04:52 PM]                          I think we just received XRP
[9/11/18, 1:05:13 PM]                        : Okay, my device must be reading it
differently.  Good.
[9/11/18, 1:05:35 PM]                          The decimal is in the wrong place
[9/11/18, 1:06:08 PM]                          I think we just received XRP
[9/11/18, 1:06:44 PM]                        : Okay, that was meant to be a comma.
[9/11/18, 1:06:47 PM]                          Factor of
[9/11/18, 1:07:58 PM]                        : Yes.
[9/11/18, 1:08:14 PM]                        Exciting stuff.  Many thanks
[9/11/18, 1:08:14 PM]                        : I have now sent
[9/11/18, 1:08:17 PM]                          If you send again and deduct     =
[9/11/18, 1:09:09 PM]                        : I have sent it
[9/11/18, 1:10:20 PM]                          Received in full
[9/11/18, 1:10:28 PM]                        : Okay good.
[9/11/18, 1:10:33 PM]                          Thank you again
[9/11/18, 1:11:20 PM]                        : Thank you            .  Please let me know
if would like to another sequence and we can migrate to Telegram
[9/11/18, 1:11:24 PM]                           How is the Ripple team disposed towards
continuing on same basis ?
[9/11/18, 1:12:12 PM]                        : Okay, I believe they would have an
interest.  I am calling the CFO this afternoon and will revert to you.
[9/11/18, 1:12:17 PM]                           Thank you.
[9/11/18, 1:12:24 PM]                           The buy price is getting more attractive and
at some point it will bounce back so I am happy to continue
[9/11/18, 1:12:34 PM]                        : Okay, great.
[9/11/18, 1:13:12 PM]                          I will go to bed now and contact on Telegram
tomorrow or later today for you
[9/11/18, 1:13:35 PM]                        : Okay, that sounds great.  Have a great
night's sleep.
[9/12/18, 1:49:52 AM]                        : Both      and I are set up    On Telegram.
is planning on being in UK week of 18th Sept in case you are around.
[10/15/18, 10:27:33 AM]                         Hello
[10/15/18, 10:28:17 AM]                         Hello
[10/15/18, 10:28:17 AM]                         I think we need to use this channel for
our call in a few minutes from now since Telegram does not do group calls
[10/15/18, 10:28:25 AM]                         Am up to speed but in meeting
[10/15/18, 10:28:31 AM]                         Okay
[10/15/18, 10:28:32 AM]                         no problem
[12/24/18, 12:34:06 PM]                      : Your security code with
changed.  Tap to learn more.
[3/16/19, 8:30:48 AM]                           Your security code with
changed.  Tap to learn more.
[7/20/19, 3:01:21 AM]                           Hello
[7/20/19, 3:01:28 AM]                           Hello
[7/20/19, 3:01:58 AM]                           is about to call
[7/20/19, 3:01:58 AM]                           shall we create a subgroup for this call ?
[7/20/19, 3:02:27 AM]                           Yes
[12/16/19, 5:16:12 PM]                          Your security code with        changed. Tap to
learn more.
[2/17/20, 10:28:41 AM]                      left
[9/28/20, 12:17:58 PM]                          Your security code with        changed. Tap to
learn more.
[9/29/20, 12:28:03 PM]                       : Your security code with
changed.  Tap to learn more.
[9/29/20, 4:08:03 PM]                           Your security code with               changed.
Tap to learn more.
[9/29/20, 4:08:03 PM]                           Your security code with               changed.
Tap to learn more.
[9/30/20, 7:51:03 AM]                           Your security code with               changed.
Tap to learn more.
[9/30/20, 7:51:03 AM]                           Your security code with               changed.
Tap to learn more.
```



SEC-E-0000597