# PX 315

This is fine. We can use this.

█████ have added my team here but cannot add them to the group ████████████

and we need to add your team here

Please add the following phone numbers

████████████

yes perhaps we need to add phone numbers as contacts

can you give the relevant names also

████████████ s the first number

████████████████

████████████████████

Hello █████████████

I am deleting the other group

OK

█████ will handle the AML matters from my end. I have already alerted ████████████████ at ████████ et al regarding the legal and the immediacy. He has built and alerted his team to begin documentation. The entity will be established today. I will contact the company and tell them we are going to proceed.

We normally use Telegram Messenger since it is more flexible across multiple devices but Whatsapp should be good for our purpose. The major risk and limitations are that Whatsapp requires a phone to be connected which is a risk if one loses the phone/sim and is less convenient for sharing documents. But we can work around these issues and it is by far more secure and timely for a high value transaction than email

my team: ████, █ and █ are based in Bangkok. I am currently traveling in Europe

Okay. I am of course very flexible and can move across to the Telegram platform if you wish...

Okay. I understand. Will you be in Europe during the trading period?

So long as we do not lose phones over the coming 30 days we should be OK using Whatsapp

Okay

███████ Who is handling AML compliance from your end?

Hi. It's ████ here. I will handle AML compliance.

Thank you. ████████ and █ will handle compliance for ████████████

I shall wait for your advice on what are required from our side.

Thank you.

 it would be great if we can have some bank details asap so we can setup and test and then send a tranche before the weekend

our team are in ████ and that poses a timezone challenge

if we do not get the details until our payments team have gone off duty on Friday which is your morning time then we lose the weekend

Okay.

I have a conference call with the lawyers at 1 pm to get an update

████, can you provide me details about the entity that will be involved in the XRP Transaction?

████,

We are setting up a separate share class (similar to a ████ account) for this transaction. The legal team is drafting the wrapper and assume I will get a draft later this afternoon. This streamlined the process.

Hi ███ it is ██ here. It is ████ now. I think ████ will check the message again in the morning BKK. Just FYI.

I am not certain however that you will be able to trade tomorrow because the KYC must be performed with the ████ sub docs

Thank you ███ I am providing an update and timing.

if we have the relevant bank details now and we exchange the documentation to tomorrow am Eastern Time we have a 75% chance of getting funds to you tomorrow

Okay.



ABA/Routing: ████

SWIFT Code: ████

For Credit of: ████

Account Number: ████

████ here. Happy to be working with you. To get started on the AML info, please provide the following:

-Full Name and Address of entity(ies) to be involved in the transactions

-Organizational Chart for each entity

- Formation documentation for entities

Please send to me at ▮▮▮▮▮▮▮▮▮▮▮

Please let me know if you have any questions.

Thanks ▮▮

Hi ▮▮ Nice to meet you. I will provide information and documents as required.

Hi All, I am ▮▮▮▮▮▮ eam, I will be a backup if required.

Thank you gentlemen. Let me know if I can be of help

AML info and documents have just been sent to ▮▮ by email.  If anything is missing, kindly let us know.

Hi ▮▮ if there is anything else required, I will provide on this channel.

Hello

Hello ▮▮

The documents are 99% complete

I would like to forward them to you.

The schedule of payments had to be modified from our end and I have completed that fir your review and approval.

My payments team have been waiting for some activity on this channel to suggest that you are ready to receive funds before setting up the fist payment

We need your team to send to ▮▮ the AML and your team needs to review our documents and fill out the sub docs

It is lateish in NY for a wire transfer to be processed today

I was hoping that was all done - sorry have been busy today and was not monitoring.

I guess we have missed for today and the weekend

This is your call.  We complete documentation and begin Monday

There is no way we could proceed faster. I pushed the legal team hard and we still need AML from you. ▮▮ sent a request last night for information.

It is ▮▮ in ▮▮ - probably rather late to get the team onto it now

I have been up since quite early to move this on

SEC-▮▮▮▮E-0000637

█████ just told me your man sent required docs to ███ I must get after ███

The main risk from my side is market volume over forward 30 days but there is no particular reason to think that Monday is not just as good as today.

Monday will be better and I believe you will see price support into this operations.

XRP team believes your timing is excellent

I prefer not to make predictions myself but of course I hope the XRP team are right

Yes.

I am going to send the pricing sheet for your approval on email. Docs will follow once you approve this as it be a schedule to the sub docs

Just sent the spread Sher to you ███

███ thank you for all the info you sent. Can you please email me formation information on ████████
████████ ?

Hi ███ Please find documents here.

Please find below the documentation for the transaction.

███ and and will assist in filling out the subscription documents

We are ready to proceed after the documents are executed.

Hello

Hello

The main issues for me are to define in the documentation the tranche pricing and transaction process and a firm undertaking on the discounts.


1. timing of sending and acknowledging receipt of USD funds ready for transaction.


2. how and when will each tranche pricing be agreed.


3. how soon will XRP be transmitted after step 2.


If we have the above issues clear then I think we will be good to go

4. a firm undertaking on the discounts

SEC-████████E-0000638

Okay, I will draw up the "protocol". Regarding price, I need to speak to Ripple to clarify precisely. Regarding the discount, I will submit that to the company and request they approve the firm undertaking in the amounts, tranches and respective discounts.

The delivery of XRP to you will be measured in minutes. We receive it and send immediately to your address

Thanks

Hi. Will ▇ send us the completed subscription documents for execution? We are standing by to send first payment when you advise us to do so.

I will provide that as soon as I finish the protocol.

Thank you.

by the way: I noted on the subscription / payment forms that we should instruct our bank to send a message to ▇ with the fund remittance details. The way we normally do this is by adding an email address to our bank's payment template so they send an email when the payment is transmitted.

If this is acceptable then we just need the appropriate email addresses- can be more than one

The email address for ▇ or for the bank?

Please find attached the Exhibit B Trading Protocol. I will flesh item 4. with Ripple now.

Email for ▇ to receive Payment Advice notification please

▇▇▇▇

Ripple has stated that "for the purposes of these sales, we will likely just use the real time XRP/USD (off ledger) order book, looking at simple midpoint"

Is this okay with you?

I am not sure what that means - where does one observe this price ?

The other question is whether it will be a specific moment in time (how will that time be determined) or the time or volume weighted average over a period?

Please look at https://www.bitstamp.net/market/tradeview

They price off the offer side of the market at the time of the request.

The subscription agreement was sent to by me previously. I think you should proceed with filling it out and if you have questions, let me know tomorrow. You will see there is quite of information requested. Also, the document has areas that are not applicable to you. I am going to send the sub doc to you again.

Yes I am happy to price off Bitstamp offer - I guess the price and time should be determined by agreement using this Whatsapp channel at some point after you confirm you have cleared funds and we communicate with you that we want to fix the tranche. But how do we get Ripple in the loop?

Re: the documentation- yes it requires some decoding but on first reading it is not too complex for us since we are a foreign company with no US shareholders or beneficial owners and we are and operating company not a financial holding company re FATCA.

May I suggest we get Ripple to respond with a firm offer in a quantity at a price good for 15 minutes.

▮ once we tell them we agree, the price is set.

▮ ▮ has been informed it is all set with Ripple to trade.

Let's get obtain the sub docs from you and agree to the protocol I sent to you.

A

We will send the first payment of ▮ USD now. From Trading Protocol Clause 1,

1.   Prior to the pricing of XRP by XRP II LLC, ▮ will send an email to ▮ confirming it's desire to purchase XRP with the following details:

a.   Tranche Number

b.   Notional Amount to be purchased in USD

c.   The Ripple Discount

d.   The Payment in USD that will be wired to ▮

e.   The timing of such Payment

f.   ▮ XRP address

Shall we send email to the same above email list ?

Yes please

ok will do

Hi ▮ just to reconfirm, it is ok to send the ▮ USD payment to ▮ now, right? Even we will submit the completed subscription docs to you tomorrow.

Yes

It is fine to send ▮ USD now

ok will proceed

First payment of ▮ USD has been sent with the confirmation details by email.

Thank you!

████████ will confirm XRP address.

Thank you very much.

Please find attached the FINAL ████████████ Class A Supplement with Schedules A and B.

I am confirming that the $████ for Tranche 1 is in the ████████████ account.

Hello and good morning in New York

We are about to send the completed subscription agreement

it would be appreciated if someone from ████ could check that we have not missed some section requiring initialing.

We do not understand the terminology well enough relating to


Tax-Exempt status

Excepted Company status

so we have omitted initialing these sections on the basis that it does not seem relevant to us as a wholly foreign (non US) owned BVI company

when ████ are happy we would like to move forward to execute the first tranche pricing today without more delay.

Hello and good morning.

Good morning ████. Here it is the completed subscription agreement, kindly review for us as per above.

I will review and revert. FYI... I will be working through San Francisco this week on XRP, the desk reverts back to New York next week

on that basis what is the likely timing of a pricing agreement today?


I need to plan my day and travel accordingly

Highly likely. I have been in constant touch with the Ripple trader, he has been alerted that we will want to transact today.

I believe we can execute between 10-11:30 EDT today ████

We need your XRP address.

XRP address:

SEC-████ E-0000641

Wallet Tag (essential to ensure delivery):



Thank you.

I am ready

I am talking to Ripple trading. Waiting for finance to get to send wire and get verification. Once they verify receipt, we price

I want to price as close to delivery to ▮▮▮▮ as possible. We are ready to instantaneously transmit the XRP to you

yes good if we get it all smooth today - so we have a formula for the next tranches

Yes.

I am waiting for Ripple

ok

any status update ?

Yes, I just got off the line with the Comptroller and head of XRP II LLC. The issue is that security is paramount at Ripple and they only access their vault on appointment with multiple parties observing to release XRP from the vault. They set the time at 4 pm PST but understand that I would like to the transaction occur sooner.

They are also setting up the protocol for the subsequent tranches. They understand that I want the pricing to occur as close to the sending of the XRP as possible, so they will set up the documentation so I can sign off, price and they transmit. They evidently arrange security clearance a few times a week to access the XRP.

We should provide Ripple dates that you would like to purchase the tranches so it moves in accordance to your requirements.

that is somewhat challenging- I am driving now and cannot guarantee to be available to agree pricing until tomorrow

▮▮▮▮ Ripple has responded: they got the time scheduled for 3 pm EDT which means confirming the price 3:10 pm EDT. Let me know if this works for you or if you prefer to do this tomorrow morning

not driving now so I can just check the timing

okay, great...let me know so I can confirm with the company

so 3pm EDT is one hour from now ?

Yes. I have to get the wire in now.

if so then yes that works fine

okay let me work on it

for future tranches we can schedule twice or three times per week and work to their schedule

thank you

are we on ?

Yes, waiting for Ripple. they will call me at 3:10 and give me the pricing and I will transmit that price to you here.

I am working with them now

█████

they are looking at the offer side, can you can confirm

███ I am trying to price the xrp

yes - confirmed at █████

they are confirming █████ s the price

the offer moved in your favor

they are sending me the documents to sign, then they will send the XRP and I will send that to you

ok

I have just received █████████ KRP and I am sending you ██ % which is █████████

█████████ please confirm receipt of the XRP

█████████ have you received the XRP?

received

Brilliant.

well done and thank you

Well done

I will work out the kinks with Ripple, it will be much smoother in the future.

I look forward to establishing the dates your would like to execute future tranches so that I can confirm with Ripple and streamline the execution for you █████

Hello ███ and good morning all

SEC-█████ E-0000643

with significantly increased market volume across all crypto and lower prices it would seem expedient to move quickly to complete some more tranches of XRP purchase.

I am thinking of at least tranches two and three for approximately usd ▮ less discount) - ▮ do you think we can do this today subject to funds reaching your account early after NYC clearing opens?

Good morning

Yes, I will ask them if they can execute but we are hamstringed by the fact the execution is in San Franacisco

San Francisco

▮ please wire the funds. I am contacting SF.

yes will do

We will send payment for Tranche no. 2 amount of $▮ now.  Will confirm once done.

Thank you.

Actually, Tranche 2 is $▮ and Tranche 3 is $▮ respectively.

yes thank you. Tranche 3 will be followed in another payment.

we have a large incoming payment for value today which has not been cleared into the account yet

we would like to do at least Tranche 2 for which payment will be with you more or less right now and Tranche 3 and/or 4 when our incoming funds clear which should be within 1-2 hours

but as always the clearing system is a dark pool

ie. zero information about the status of payments

That is why Ripple will prosper as a company, it is makes cross border payments faster, cheaper and transparent!

Correspondent banking network is Dickensian

$▮ has been sent together with the email.

We like to use Tether for the same functionality

I have notified Ripple and I will notify them that we would like to execute Tranche 4 as well

Thank you ▮

We may not get this executed until midday or afternoon NY time because of the security procedures at Ripple

understood

hopefully all the stars will align

our funds and their security procedures

SEC-▮E-0000644

if I can provide them with advance warning, it smooths out the process.

we can provide you with the email requesting that we subscribe for tranches 2,3,4 but only 2 is 100% firm because of the non clearance of our incoming funds

we know the funds were sent because we sent them from another bank account in ███ name and have value date for today - but given that funds were not cleared in at the open it is only 80% likelihood of clearance today

okay that is fine. I will confirm with SF as soon as they get back to me, they don't appear to be early risers

I am confirming receipt of Tranche 2 in the amount of $█████

Thank you for Tranche 2 fund receipt confirmation.

Email to confirm purchase of Tranche 3 and 4 has just been sent now.

Thank you

I am wiring the Tranche 2 funds to Ripple now. Ripple will try schedule a trade for 2 pm EDT. I will revert with a confirm. The Tranche 3 and 4 funds have not arrived

The Tranche 3 and 4 funds have not been initiated yet. We are still waiting for the cleared fund. I will confirm once it has been sent. We will send it together in one payment.

do you expect that to occur today?

Yes we expect for today.

███ are you ready for the pricing?

yes

Ripple has told me he going through their security protocol will be calling me shortly...

Do you have preferred time tomorrow if the funds do not arrive today for execution of Tranche 3 and 4?

preferred time is as early as convenient for you and them

no other constraints

I will request that from them and revert

███

yes

confirmed

for Tranche 2

███

confirmed

SEC-███E-0000645

why not the earlier price I already confirmed

this

they take the live offer side..

so do I

but I confirmed exactly their live offer price █████

as I saw that on screen

okay, I will see to it you get XRP at that price

let me confirm the number of XRP to be sent to you

I agreed the pricing protocol that favors them (ie live offer not bid or last trade)

and I confirmed the ████ within 2 seconds of receiving it

Yes, I agree. You will get that in XRP equivalent

of course it is live so I know it can change at any second but we do not have much lag in our systems - perhaps 2-3 seconds max

████ I have sent you ███████ which confirms at ████

Please confirm receipt ████████

They will trade for us again if I can get funds before the wire closes this evening in SF or at they will be prepared at 9 am PST tomorrow

████ I will ask them to hold the price firm in the future and request them to price on the bid side of the market as an accomodation

yes received

I don't think we will see more funds today

Okay. When would you like to schedule trading for tomorrow?

so lets plan for funds to you in good time for pricing tomorrow 9am PST = 12 noon ET/NYC ████████

Fine.

Just to let you know that our funds have cleared into our ████ account but too late for our payments team in ████████████████████ and I do not carry a security device (too easy to lose them).

Okay, I understand. I have asked Ripple to be prepared to trade tranches tomorrow at 9 am PST and I am awaiting a confirm.

But we will send funds tomorrow early - depending on market conditions we will decide whether to do one or multiple tranches. My view is whilst the liquidity is high it is better to do more tranches.

Okay, I understand. I will stand by and be prepared.

SEC-████ E-0000646

I hope you have a nice evening.

Hi ███ , payment amount of ███████ USD for Tranche No. 3 and 4 has been sent for value date 9 Aug 18.

Thank you. I will revert with a confirmation of receipt.

The funds for tranche 3 and 4 have arrived. Thank you.

Thank you very much for confirmation.

I have wired $ ███████ to Ripple for XRP Transaction, Tranche 3 and 4

I have requested that the transaction occur at 9 am PST and I am waiting for confirmation from Ripple

Thank you ███ I just remind ███

I am ready

Okay. I am waiting to hear from Ripple.

I have heard from Ripple, they are getting through their security protocol. I think we should expect to price closer to 12:15-12:30 EDT

no problem- relaxed here

Thank you ███████

Talking to Ripple

Are you there ███

yes

here and ready

3380 even

yes

.3380

confrimed

we should be able to do the remaining two tranches tomorrow if that works for you and Ripple

we have funds available

That would be fine ███

Same time?

same time as now - no need to try for earlier

There are two tranches of ███████

SEC-███████E-0000647

this is a convenient time for us - assuming our funds are good which should not be a problem since we have them in ▓

I will be sending to you both tranches together less ▓ discount of ▓% so

yes that works for us

You will receive ▓ for each tranche

▓

I am waiting to sign

I will need to check the calculation later - unable now - but if there is some unlikely error we can adjust tomorrow

That's fine ▓

Yes checked and agreed

I just had a temporary shutdown of my laptop but now back up

▓ I sent the XRP to your address in the amount of ▓

Kindly confirm receipt when possible

received- many thanks again for the fast delivery

Ripple is confirmed tomorrow for pricing.

▓ we are ironing out the kinks!

Hi ▓ I will send email to confirm Tranche 5 and 6 and send fund together in one payment morning BKK time and you will receive fund Friday morning same as today.

Hi ▓ that sounds fine. I am up early so will confirm. Thank you.

Hi ▓ Email for Tranche 5 and 6 has been sent together with the payment total amount of ▓ USD for value date 10 Aug 18.

Thank you

It has not yet hit the ▓ bank account; I will confirm when it does.

Thank you.

I am confirming the ▓ funds are in the ▓ account.

That's quick. Thank you very much for confirmation.

I have wired the $▓ million to Ripple's bank account and I am awaiting their confirmation. I have asked to begin the pricing at 9:15 am PST.

▓ are you online?

SEC-▓E-0000648

I am talking to Ripple, they are ready to go

Ripple has confirmed receipt of the funds and they are going through their security protocol

Hi ██████ should be online soon.

Great, thank you. Ripple is working through their protocol

Ripple is working towards a 12:30 or 12:40 call to me

here

Okay great. Waiting to hear from Ripple. Same procedure as before. When he calls me I will write you he is on the line, he will discuss levels, I will ask for hard bid quote, etc.

Ripple is on the line



are you there?

the price has moved we can reset

I am seeing lower



ok

we are firm on █████

they are prepping the docs

I tried to get you ███ but we could not see it

total for each tranche is ████████

net to you less the ████████ is ███████████ and ██████████████

for a total ██████████

just checking

You are receiving ██% for tranche 5 and ██% for tranche 6

I am waiting for them to present the document for my signature

I have signed and I am waiting for your confirm to send you the XRP as described above

The XRP has arrived

yes the numbers check out

so all good to proceed

SEC-████████E-0000649

Great I will

I have sent to you XRP ▮▮▮▮▮▮▮

Kindly confirm receipt

confirmed

Thanks

Thank you ▮▮▮▮▮

Thank you all - I am hoping we get some upwards movement in price from here but it does not seem ready to move that way yet

Thank you ▮▮▮▮▮ I believe there will be an upward bias in the price; Fridays and weekends are always soft

Hi ▮▮▮ regarding the subscription agreement that we have submitted , if there is anything missing out, kindly let me know so that I can amend accordingly especially on the aspects of Tax-Exempt status and Excepted Company status. Thank you very much.

Thank you ▮▮▮ I will review the documents this morning and revert back to you.

Thank you.

▮▮▮ I will put together a schedule for you to sign regarding the "redemption" from ▮▮▮▮▮▮▮▮ Class A Interests, denominated in XRP, less the commission. The entity is Delaware LP and there is no tax involved from our end.

Ok standing by. Thank you very much.

Hi ▮▮▮, I have reviewed our trading and the prepared reconciliation regarding the pricing on Tranche 2 in favor of ▮▮▮▮▮ and an overpayment in Management Fee paid in Tranche 2 to ▮▮▮▮▮. Please take a look at the spreadsheet and let me know if you have any questions. Once you have confirmed the reconciliation, we can finalize the documentation. Best regards, ▮▮▮

Thank you ▮▮▮ We will review and revert.

▮▮▮ yes I have checked the calculations above and agree with them.  Ready to receive the XRP ▮▮▮▮▮▮ at your earliest convenience.

Thank you ▮▮▮▮▮ I will transfer as soon a possible and notify you. Warmest regards, ▮▮▮

It seems like crypto prices generally and XRP are looking better now than earlier last week.

I would be interested to repeat the transaction for the same amounts ▮▮▮▮▮ and same discounts and pricing model.  Do you think Ripple are ready for that ?

I will speak to them an revert. I believe the timing is good.

I believe they will accommodate you.

SEC-▮▮▮▮▮E-0000650

I will revert.

OK have a good evening

afternoon and evening

not evening with you yet ▨

Thank you █████████

News flow is positive and improving.

████████ I have transferred ██████ to your wallet. Please confirm receipt when possible.

I have spoken with Ripple; waiting confirmation.

Thanks

received with thanks

Are you still in Europe?

Thank you ██████████ I will let you know when I receive a confirmation from the company. I am flying tomorrow at 7 am from to NY to California, arrive at 2 pm PST. I have WiFi on the flight.

████ we have approval to proceed on same terms as before, same protocol. Please let me know when you would like to begin.

Hello ████ any idea when you would like to proceed with the new transaction?

yes would like to proceed today or tomorrow

will try for today - just rather busy so far

at your end what is the likely time of price setting and time zone so I can plan accordingly

I am on PDT, same time zone as Ripple. Ripple needs a bit advanced warning to get through their security protocol. Perhaps tomorrow would be best, and I notify them now. We could do it at 9:30 PDT as that seem to work best for you?

Hi ████. I am going to send payment for Tranche 1 and 2 together. ████████████ USD

I will use the same reference on the payment Tranche 1 and 2.

Okay ███ Thank you.

And I will also send email same as last protocol.

Yes, thank you ██████

yes that is fine for me

tomorrow (wednesday) 09:30am PDT

Will send funds for tranches 1 & 2 but would like to decide tomorrow whether to do 1 only or both

Okay, that sounds very sensible ▮▮▮ I will request Ripple to be prepared tomorrow at 9 am for a 9:30 PDT pricing. 1 possibly 2 tranches.

Fund and email has been sent for Tranche 1 and 2.

I have received a confirmation from that the funds have been received by ▮▮▮ We are set to proceed. Thank you.

Thank you for confirmation.

We are confirmed for tomorrow morning 9am PDT.

i will like to wire funds to ▮▮▮ Will we be conducting one or two tranches in today's transaction?

Hi ▮▮▮ ▮▮▮ would like to do only one tranche today.

Thank you.

I have wired the funds for Tranche 1 to Ripple and I expect confirmation in 45 minutes and we can begin the transaction.

I am waiting for Ripple. ▮▮▮ are you on standby?

yes here

Great.

Ripple has confirmed receipt of Tranche 1 funds. They are getting through security and will call me in 5-10 minutes.

noted

on the phone now with Ripple

▮▮▮

yes confirmed

▮▮▮ thank you.

Confirmed

Thanks

Getting through paperwork,

we are confirmed ▮▮▮ units

yes that seems correct to me

I would like to plan for one or two tranches tomorrow- does the same time work for you and Ripple ?

I will send ▮▮▮ units to you after you confirm

▮▮▮ would be more correct- rounding to nearest integer

☺

I have sent ▮▮▮▮ to you sir!

please confirm receipt.

▮▮ the Ripple team will stand by for us for future transactions. Please give me an idea when you think you like to execute Tranche 2 and the other Tranches.

my unreliable internet connection is not helping - just had a new ISP connected yesterday and it is worse than previous

I understand. I am standing by, no worries.

I would like to plan for one or two tranches tomorrow- does the same time work for you and Ripple ?

I confirm receipt

now got to get my internet working better

Yes, they are standing by and I will confirm with them.

Great.

▮▮ Ripple is available tomorrow at the same time for Tranche 2 and possible 3. I will await to hear from you regarding Tranche 3. Thank you.

thank you

Warm regards and good day.

same to you

Good morning ▮▮ Payment for Tranche 3 and email has been sent.

Thank you.

I am confirming the funds have arrived at ▮▮

Please let me know if we are executing Tranche 2 and Tranche 3 or just Tranche 2.

Hi ▮▮ thank you for confirming on fund received. ▮▮ will advise again on execution when he's online.

Thank you ▮▮.

▮▮ are we executing one or two tranches this morning? I would like to wire the funds to Ripple's account.

I would prefer only one today

market is volatile and we have the weekend ahead

Okay, sounds sensible.

SEC-▮▮ E-0000653

Ripple has confirmed receipt of $███ for Tranche 2. They will call me around 9:15 am

noted

Ripple has just called me. So please standby

ok

███████

ok

confirmed

confrimed

███████████

███████████

hold on, I think they are cheating us ███ XRP

same

███████████ onfirmed!

good catch

I rounded up an integer▢

yes I like that

that what we were taught at school

I am signing the document.

but now the machines do the rounding

Yes, you are absolutely correct.

I have received the XRP and would like to send you ███████████

Please confirm if the amount is correct.

███████████

Fat finger

yes just got there

confirmed

Okay, I am about to transmit

ok

Transaction completed. Please confirm receipt ███

███████ well received- thank you

Excellent. Thank you.

Wishing all a good weekend

I am returning to New York on Sunday so will be on EDT Monday. I asked Ripple to standby on Monday. I will therefore await your instructions.

I wish you a good day and great weekend.

I know it is still early Friday am on the west coast but most of the world is already started the weekend- so have a good one

Many thanks!

yes we will aim to send funds for two tranches on Monday

Thanks. Back London Monday

Thank you.

but whether we do one or two will depend on market conditions

I fully understand. I spoke to the XRP trader earlier; he said he was constructive. Evidently the SEC rejected the Bitcoin ETF and Bitcoin has not moved.

I think the Bitcoin ETF concept is flawed.

I agree

Warmest regards.

Ultimately we will see most trading done on decentralised exchanges - but the tech is not ready yet - 1-2 years more

Yes, I agree.

Good morning ███████

Payment and email for Tranche 4 and 5 have been sent.

Total amount ███ USD.

Thank you ██████

███████ I am confirming receipt of the funds into the ████████████ account at ███

That's quick. Thank you very much.

███████ Good day. Please advise on how many tranches you would like to execute today.

one tranche today

Okay, thanks ██████ I will prepare the wire to Ripple and notify them.

Regarding Tranche 3.

I am waiting to hear from Ripple. The wire has been sent and I expect to hear from them shortly.

noted

Ripple just confirmed receipt of the funds. They are going thru their security protocols

They will call me in 5 minutes

ok

they are ready

█████████

████ are you okay with this level?

that was fast

yes ok

is close to mid

confirmed

It was on the hard bid side at the time. They are trying to impress us with efficiency; so came back very quickly!

yes can go with that

██████████ has received the XRP from Ripple.

I would like to send you ████████

what fee % will you apply today?

Friday we used ███ and Thursday ███

Hold on, let me check the math

we could use █████ for each of the final four tranches

we used a different array last time

you would like ████ % for these tranches?

that would statistically average it to ███

Great.

Rosemoor received ██████████ and would like to send you ██████████

Let me know when I can send the XRP to you ████

the ▮▮▮▮ s correct

Great.

The ▮▮▮▮ RP has been sent to you.

Kindly confirm receipt.

▮▮▮▮ ust pointed out that ▮▮▮▮ received ▮▮▮▮ units and sent you ▮▮▮▮

Please confirm this amount. Apologies for the confusion.

both numbers are correct

Many thanks

Thank you.

received ▮▮▮▮

Many thanks

Excellent.

Would you like to trade tomorrow?

yes see you again tomorrow

Okay, great. I will let Ripple know.

Thank you.

Hello ▮▮▮▮ it looks as though we should be good for two tranches today but I would like to push the time back by a couple of hours if I may due to another engagement

Hello ▮▮▮▮ Would you like to begin at 3 pm EDT? I think Ripple would be delighted.

thats a bit late for me since I am in Europe still this week - Asia next

11am EDT would be best for today

Oh, apologies. I misunderstood. Let me see what I can do and revert. Interestingly, the Ripple people seem to late starters for San Franciscans.

▮▮▮▮, they can get all the pre-prep done but cannot send XRP until 9. The people needed to unlock the cold wallet are not available until 9 am. Does that work?

They will call me 8 am PDT to price.

yes

volume and price is good today - I would be pleased to do three tranches if that is possible- we are sending T6 now so we may be able to complete this round today

Okay, I have wired the fund for two tranches. If the funds arrive, I will wire and execute.

Hi ▮ Payment for Tranche no. 6 amount of ▮ USD has been sent now.

Thank you. I will confirm receipt to you when it arrives and wire to Ripple.

I will send email for Tranche 6 now.

▮ has received the funds for Tranche 6; the funds have been wired to Ripple. I am waiting for a confirm regarding Ripple's receipt of $▮ for the execution of Tranche 4, 5 and 6 this morning.

ok so we can wait for their confirmation and then do all three tranches together

Ripple just confirmed the wire for Tranches 4 & 5.

I assume that I will work on the paperwork with Ripple and then we price at closer to 12 noon when the two other bodies arrive at Ripple with the keys to access the cold wallet.

Ripple is prepared to price now.

Just confirming the receipt of the last tranche wire

▮ do you want to price now; in half an hour or at 12 noon?

can price now

▮

please confirm

confirmed

Good. We are confirmed at ▮

They will work on the paperwork at that price, confirm receipt of the wire for third tranche

That price is for al three tranches

excellent- that saves time all round

We will send the XRP just after 12 Noon, when they pass their protocols

I will notify you prior to my receipt and following the transmission of the XRP to you. I will have the maths squared away for you ▮ prior to transmission of the XRP

I have received ▮ XRP units in 3 transactions totaling ▮ RP units

The total XRP units generated in the 2nd Trade of 6 tranches is ▮ RP units

▮ is due ▮: that is ▮ XRP units.

▮ would like to send ▮ RP units to ▮ You have received ▮ n the previous three transactions. Total therefore is ▮

Please confirm this and I will send the XRP immediately ▮

▮ I am sending ▮ XRP units to your wallet.

SEC▮E-0000658