# PX 316

# XRP II, LLC

80 State Street
Albany, NY 12207

Today's Date:          8/9/18

**RECEIPT**

Customer Name:
Customer's XRP Address[1]:
Destination Tag:          Null
Transaction ID (hash):

&

Transaction Type:          Purchase by Customer
Total XRP Units:          12,321,340.56 Units priced at $ █████ per Unit
Applicable fees, expenses or charges:     Not applicable

Total Transaction Value:     $5,000,000
Date of Transaction:          8/7/18

This acquisition of the Total XRP Units specified above is governed by the terms and conditions of the purchase agreement (the Agreement), including but not limited to, the provisions relating to the liability of XRP II, under which XRP II will not be liable for any incidental, indirect, or consequential damages arising out of the Agreement, and its entire liability arising out of or in connection with the Agreement will not exceed any purchase price it receives under the Agreement.

If you have any questions, need assistance, or wish to contact us with a complaint, please contact XRP II Customer Support at complaints@ripple.com. If you are dissatisfied with the manner in which a complaint has been handled, you can also refer the matter to the New York State Department of Financial Services (NYDFS) located at: One State Street, New York, NY 10004-1511, USA. Tel: + (800) 342-3736 (Monday through Friday, 8:30 AM to 4:30 PM EST).
To file an electronic compliant with NYDFS, you can visit
https://myportal.dfs.ny.gov/web/guest-applications/consumer-complaint.

---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered to or, as applicable from which any sold XRP will be delivered from.

█████-01

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:          8/7/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:                    null

Transaction Type:                   Purchase by Customer
Total XRP Units:                    12,321,340.56 Units priced at $▮▮▮ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:               $5,000,000

Lockup Period:                      None
Daily Sale Limitation:              None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By: ▮▮▮▮▮
Name: ▮▮▮▮▮
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

▮▮-01

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:            8/8/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:                         null

Transaction Type:                        Purchase by Customer
Total XRP Units:                         15,382,742 Units priced at ▮▮▮▮ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:                    $4,800,000

Lockup Period:                           None
Daily Sale Limitation:                   None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

**XRP II, LLC**
By: ▮▮▮▮▮▮▮▮
Name ▮▮▮▮▮▮▮
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

▮▮-02

### XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:        8/9/18

#### SUMMARY OF XRP PURCHASE

#### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:                null

Transaction Type:              Purchase by Customer
Total XRP Units:               14,792,899 Units priced at $ ███ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:          $4,650,000

Lockup Period:                 None
Daily Sale Limitation:         None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By:
Name:
Title: Manager

Agreed and Acknowledged:



---
[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

██-03

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:        8/9/18

**SUMMARY OF XRP PURCHASE**

**NOT A RECEIPT OR OFFER**

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:                        null

Transaction Type:                       Purchase by Customer
Total XRP Units:                        14,792,899 Units priced at $▮▮▮▮▮ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:                   $4,550,000

Lockup Period:                          None
Daily Sale Limitation:                  None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By: ▮▮▮▮▮▮▮▮▮▮▮
Name: ▮▮▮▮▮▮▮
Title: Manager

Agreed and Acknowledged:

---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

DocuSign Envelope ID: 4567B03D-E8C5-4763-BBE0-2ECF7E700A3C

### XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:         8/10/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:                  ███████████████████████████████
Customer XRP Address[1]:       ███████████████████████████████
Destination Tag:               null

Transaction Type:             Purchase by Customer
Total XRP Units:               15,096,618.00 Units priced at $████ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:         $4,450,000

Lockup Period:                None
Daily Sale Limitation:        None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

**XRP II, LLC**
By: _____
Name: ███████████████
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

███-05

# XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:        8/10/18

## SUMMARY OF XRP PURCHASE

## NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:        null

Transaction Type:        Purchase by Customer
Total XRP Units:        15,096,618.00 Units priced at $▮▮▮▮ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:        $4,450,000

Lockup Period:        None
Daily Sale Limitation:        None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP ▮
By: ▮
Name ▮
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

▮▮06

### XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:      8/23/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

| | |
|---|---|
| Customer Name: | |
| Customer XRP Address[1]: | |
| Destination Tag: | null |
| | |
| Transaction Type: | Purchase by Customer |
| Total XRP Units: | 15,731,680.00 Units priced at $⬛ per Unit |
| Applicable fees, expenses or charges: | |
| | |
| Total Purchase Price: | $5,000,000 |
| | |
| Lockup Period: | None |
| Daily Sale Limitation: | None |

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement).  The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers.  Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC

By
Nam
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

⬛07

DocuSign Envelope ID: 7A508F06-34AE-4DAA-93BC-8B5475C5B166

**XRP II, LLC**

80 State Street

Albany, NY 12207

Today's Date:        8/24/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:

Customer XRP Address[1]:

Destination Tag:        null

Transaction Type:        Purchase by Customer

Total XRP Units:        15,839,828.00 Units priced at $        er Unit

Applicable fees, expenses or charges:

Total Purchase Price:        $4,800,000

Lockup Period:        None

Daily Sale Limitation:        None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC

By:

Name:

Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

08

SEC        E-0000683 

DocuSign Envelope ID: 4B3685EC-E596-43AB-9A72-E9F4F1FC1B01

**XRP II, LLC**

80 State Street

Albany, NY 12207

Today's Date:          8/27/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:

Customer XRP Address[1]:

Destination Tag:

Transaction Type:                    Purchase by Customer

Total XRP Units:                      15,323,322.00 Units priced at ▉▉▉▉▉ per Unit

Applicable fees, expenses or charges:

Total Purchase Price:                 $4,650,000

Lockup Period:                        None

Daily Sale Limitation:                None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

**XRP II, LLC**

By: ▉▉▉▉▉▉▉▉▉

Name: ▉▉▉▉▉▉▉▉▉

Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

▉▉-09

SEC-▉▉▉▉▉-E-0000733

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:      8/28/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:                    Purchase by Customer
Total XRP Units:                     14,408,391.00 Units priced at $      per Unit
Applicable fees, expenses or charges:

Total Purchase Price:                $4,550,000

Lockup Period:                       None
Daily Sale Limitation:               None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By:
Name:
Title: Manager

Agreed and Acknowledged:



---
[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

10

## XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:        8/28/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:                  Purchase by Customer
Total XRP Units:                   14,408,391.00 Units priced at $███ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:              $4,450,000

Lockup Period:                     None
Daily Sale Limitation:             None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement).  The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers.  Once completed, the Transaction cannot be cancelled or revoked.



XRP II, LLC
By: ████████
Nan ████████
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

█████ 11

DocuSign Envelope ID: 7A475703-6C74-4D40-A23C-383FFE5CBCEB

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:        8/28/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:                    Purchase by Customer
Total XRP Units:                     14,408,391.00 Units priced at $███████ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:                $4,450,000

Lockup Period:                       None
Daily Sale Limitation:               None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement).  The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers.  Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By: ████████████████
Name: ██████████████
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

2

SEC-████████E-0000688

DocuSign Envelope ID: 9851AD84-8EFB-4D38-8237-34F33A2B86D0

### XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:          9/4/18

### Summary of XRP Purchase

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:              Purchase by Customer
Total XRP Units:               14,942,769.00 Units priced at $         per Unit
Applicable fees, expenses or charges:

Total Purchase Price:          $5,000,000

Lockup Period:                 None
Daily Sale Limitation:         None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement).  The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers.  Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By:
Name:
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

13

SEC          E-0000689

DocuSign Envelope ID: 9851AD84-8EFB-4D38-8237-34F33A2B86D0

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:        9/4/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:        Purchase by Customer
Total XRP Units:        14,942,769.00 Units priced at $▮▮▮ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:        $4,800,000

Lockup Period:        None
Daily Sale Limitation:        None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC

By
Name
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

14

DocuSign Envelope ID: EE978DA4-8906-4820-A1A2-2686832E2081

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date: 9/5/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type: Purchase by Customer
Total XRP Units: 16,914,750.00 Units priced at $     per Unit
Applicable fees, expenses or charges:

Total Purchase Price: $4,650,000

Lockup Period: None
Daily Sale Limitation: None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

**XRP II, LLC**
By:
Name:
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered. **Customer confirms that this XRP address is directly and wholly owned by Customer.**

15

DocuSign Envelope ID: E2C1105D-EE76-47EB-A1C9-0AD3658FE589

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:           9/10/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:                   Purchase by Customer
Total XRP Units:                    18,939,394.00 Units priced at $███ per Unit
Applicable fees, expenses or charges:

Total Purchase Price:               $4,550,000

Lockup Period:                      None
Daily Sale Limitation:              None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.



XRP II, LLC
By: _____
Name: ███████████
Title: Manager

Agreed and Acknowledged:

---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

███ 16

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:          9/10/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:                    Purchase by Customer
Total XRP Units:                     18,939,394.00 Units priced at $        per Unit
Applicable fees, expenses or charges:

Total Purchase Price:                $4,450,000

Lockup Period:                       None
Daily Sale Limitation:               None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By: 
Name:
Title: Manager

Agreed and Acknowledged:



---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**

17

SEC-        E-0000693

## XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:        9/11/18

### SUMMARY OF XRP PURCHASE

### NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Customer Name:
Customer XRP Address[1]:
Destination Tag:

Transaction Type:        Purchase by Customer
Total XRP Units:        19,604,768.00 Units priced at $    per Unit
Applicable fees, expenses or charges:

Total Purchase Price:        $4,450,000

Lockup Period:        None
Daily Sale Limitation:        None

Additional terms, if applicable:

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.



XRP II, LLC
By:
Name
Title: Manager

Agreed and Acknowledged:

---

[1] The unique public cryptographic key specified by Customer as the address to which any purchased XRP will be delivered.
**Customer confirms that this XRP address is directly and wholly owned by Customer.**