# PX 317

**From:** Brad Garlinghouse <​█​@ripple.com>
**Sent:** Thursday, August 09, 2018 8:07 AM
**To:** Ron Will
**Subject:** Re: XRP

wow.

nice

On Thu, Aug 9, 2018 at 7:48 AM, Ron Will <█@ripple.com> wrote:

> FYI
>
> ---------- Forwarded message ---------
> From: Miguel Vias <█@ripple.com
>
> ---------- Forwarded message ---------
> From: █
> Date: Thu, Aug 9, 2018, 5:46 AM
> Subject: XRP
> To: █@ripple.com>
> Cc: Miguel Vias <█@ripple.com>
>
>
> █
>
>
>
> I am wiring $█ million to the XRP II LLC account held at █ and I
> would like to execute Tranche 3 and 4.
>
> Would it be possible to execute at 9 am PST?
>
>
>
> Regards,
>
>
>
> █
>
>
>
> --------█
>
> █
>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0221269

> US Office: 
>
> Mobile:
>
>
>
>
>
>
>
> *This communication (including any attachments) is intended for the
> recipient(s) above. If you are not the intended recipient, you are
> hereby notified that any disseminating, distributing or copying of
> this email and any attachment(s) is strictly prohibited. If you have
> received this communication in error, please immediately notify the
> sender and delete the message and any attachment(s) from your system.
> Nothing in this email should be construed as a solicitation to purchase or sell any securities.
> Everything contained herein is privileged and confidential.*
>
>
>
>
> --
> Ron Will
> Chief Financial Officer | Ripple
> ▇▇@ripple.com | ripple.com
>

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0221270