# PX 318

Message

**From:** Chris Larsen [█@ripple.com]
**on behalf of** Chris Larsen <█@ripple.com> [█@ripple.com]
**Sent:** 8/8/2018 6:43:37 PM
**To:** Brad Garlinghouse [Brad Garlinghouse <█@ripple.com>]
**Subject:** Re: XRP Sales Update

That's good.
█ sure seems to have terrible timing - can't imagine his investors were pressuring for a distribution.

On Wed, Aug 8, 2018 at 15:15 Brad Garlinghouse <█@ripple.com> wrote:
fyi: █ █ has purchased $█m of XRP from us over the last two days.

---------- Forwarded message ----------
From: **Dinuka Samarasinghe** <█@ripple.com>
Date: Wed, Aug 8, 2018 at 5:26 PM
Subject: XRP Sales Update
To: Brad Garlinghouse <█@ripple.com>, Ron Will <█@ripple.com>, █
<█@ripple.com>, Miguel Vias <█@ripple.com>

| DATE | 8/8 |
|---|---|
| **TOTAL XRP SALES** | |
| Total sold | $5.52M |
| Actualized MTD, QTD | $15.56M, $33.13M |



Q3 '18 Combined Programmatic & OTC XRP Sales: Actual and Projected

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0221297

last price: $ 0.33
24 hour return: -13.24%
24 hour volume: $362.6M



Overall market cap is now down -8.3% on the day to $220.2 billion, its lowest since November 15th, 2017 as the digital asset markets have lost -18.5% on the week. Bitcoin dominance has increased to 49.1%, highest value since December 19th. Bitcoin fell to a low of $6121 on Bitstamp, though currently trading at $6310 there, and appears as though it will again challenge $6K. While bitcoin previously had seen support south of $6K, retail fatigue continues, and another challenge to the support could lead to a break further, despite some major advances on the institutional front with ICE entering the space. XRP since breaking its $0.42 support has been underperforming BTC on the way lower, with XRP/BTC ratio falling to 0.0000538.

| PROGRAMMATIC | |
|---|---|
| Total sold | $722K |
| Actualized MTD, QTD | $4.5M, $17.14M |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.  RPLI_SEC 0221298

### Q3 '18 Programmatic XRP Sales: Actual and Projected



| OTC | |
|---|---|
| Total sold | $4.8M |
| Actualized MTD, QTD | $11.06M, $15.98M |

### Q3 '18 OTC XRP Sales: Actual and Projected



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.         RPLI_SEC 0221299

| OTC Partners | Current Period | QTD |
|---|---|---|
| | $0 | $249K* |
| | $0 | $0 |
| | $0 | $1.27M* |
| | $0 | $0 |
| | $0 | $0 |
| | $0 | $3.75M |
| | $0 | $918K |
| | $4.8M | $9.8M |
| | $0 | $0 |

* XRP purchase from Loan to Purchase program

--
Dinuka Samarasinghe
XRP Markets

--
Chris

Chris Larsen
Executive Chairman
Ripple, Inc.
www.ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0221300