# PX 321

Message

From: Dinuka Samarasinghe [▮▮▮@ripple.com]
on behalf of Dinuka Samarasinghe <▮▮▮@ripple.com> [▮▮▮@ripple.com]
Sent: 9/14/2018 12:15:54 PM
To: Ron Will [Ron Will <▮▮▮@ripple.com>]
Subject: Bitfinex daily XRP volume share vs. ▮▮▮ OTC purchases



| BITFINEX SIMPLE AVG OF DAILY XRP VOLUME SHARE | |
|---|---|
| Q1 | 9.1% |
| Q2 | 6.7% |
| Q3 to Date | 4.9% |

| BITFINEX SHARE OF DAILY XRP VOLUME | | | |
|---|---|---|---|
| | No ▮▮▮ Purchases | ▮▮▮ Purchases | % diff. |
| Q3 to Date | 4.44% | 7.46% | 67.85% |

Notes:

- Bitfinex share of daily volume declined quarter on quarter for Q2 and Q3
- Decline appears to peter out at beginning of Q3
- Large spikes of volume share correspond to ▮▮▮ purchases


--
Dinuka Samarasinghe
XRP Markets
▮▮▮

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　RPLI_SEC 0261049