# PX 322

| | |
|---|---|
| **From:** | Dinuka Samarasinghe <█████@ripple.com> |
| **Sent:** | Friday, September 14, 2018 1:15 PM |
| **To:** | Brad Garlinghouse;Ron Will;████████ Miguel Vias |
| **Subject:** | Bitfinex daily XRP volume share vs. ████████ OTC purchases |

Take aways:

* Bitfinex share of daily volume declined quarter on quarter for Q2 and Q3
* Bitfinex volume share decline appears to peter out at beginning of Q3
* Large spikes of volume share correspond to ████████ purchases
* While Bitfinex share increased on days of ███████ Purchases, Bitfinex's share of volume increase only weakly with increased ██████ purchase size
* ████████ also did not appear to time larger purchases with higher volume days

[cid:ii_jm2disx70_165d97a1123a3e87]

[cid:ii_jm2djbl11_165d97a714035b13]

[cid:ii_jm2djmro2_165d97aa84120ed0]

[cid:ii_jm2enko73_165d997198bc4c3c]

[cid:ii_jm2enuts4_165d9974c19f8c56]

--
Dinuka Samarasinghe
XRP Markets
████████

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　　　　　　RPLI_SEC 0053327