# PX 325

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:    Sept 27, 2017

## SUMMARY OF XRP PURCHASE

## NOT A RECEIPT OR OFFER

The Customer would like to acquire units of XRP, the decentralized digital asset that is native to the Ripple Consensus Ledger, on the following terms:

| | |
|---|---|
| Customer Name: | |
| Customer XRP Address: | |
| Customer Destination Tag: | |
| Transaction Type: | Purchase by Customer |
| Total XRP Units: | 4,784,689 Units priced at $ ▮ per Unit |
| Applicable fees, expenses or charges: | |
| Total Purchase Price: | $700,000 |
| Lockup Period: | None |
| Daily Sale Limitation: | None |

Additional terms, if applicable:    N/A

The purchase of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Purchase and Custody Agreement, attached hereto (the Agreement). The Customer agrees to accept by email all documents relating to this Transaction and all other documents that XRP II is required to deliver to its customers. Once completed, the Transaction cannot be cancelled or revoked.

XRP II, LLC
By: ▮
Name: ▮
Title: Manager

**Agreed and Acknowledged:**



-01