# PX 330

Appendix A

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date: 5/26/2020

**Summary of XRP Commitment**

**NOT A RECEIPT OR OFFER**

The Purchaser would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

Purchaser Name:
[Bailment Account [1] Address] [2]:
Bitstamp exchange account:
Destination Tag:

Transaction Type: Commitment to Purchaser

Commitment Completion Delivery Date: 6/30/2020

Total XRP Units[3]: 100,000,000 XRP

Applicable fees, expenses or charges: Fees pursuant to Master XRP Commitment to Sell Agreement

Maturity Date: 9/30/2020

Additional terms, if applicable:

This Terms of XRP Commitment is being delivered pursuant to, and is governed by, the terms and conditions of the Master XRP Commitment to Sell Agreement between the parties, dated as of [ **5/26/2020** ]. Once completed, the transaction cannot be cancelled or revoked. For the avoidance of doubt, once executed the transaction may not be undone.

Agreed and Acknowledged:



XRP II, LLC

By:
Name:
Title:

---

[1] As that term is defined in the Master XRP Commitment to Sell Agreement.

[2] The unique public cryptographic key specified by Purchaser as the address to which any Committed XRP will be delivered. Purchaser confirms that the Bailment Account Address listed is directly and wholly owned by Purchaser.

[3] The Total XRP Units may be delivered in multiple tranches through the Commitment Completion Delivery Date in XRP II, LLC's sole discretion.

Page **14** of **16**
VAPRIL2020

DCACTIVE-54043342.2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ██████ CORPORATION

SEC00017941