# PX 331

XRP II, LLC
80 State Street
Albany, NY 12207

Today's Date:          May 27, 2020

## RECEIPT

Purchaser Name:
Receiving XRP Address[1]:
Receiving Destination Tag:

Receiving Financial Institution Name:     Bitstamp

Transferor[2] XRP Address:

Transaction ID (hash):
Transaction Type:              Commitment to Purchaser
XRP Units:                     10,000,000.00 Units of XRP
Date and Time of Transaction:  May 27, 2020 at 16:54:41 UTC


Additional terms, if applicable:

The Commitment of the Total XRP Units specified above is governed by the terms and conditions of the Master XRP Commitment to Sell Agreement (the "Agreement") between Ripple Services, Inc. ("Company") with offices at 315 Montgomery St., 2nd Floor, San Francisco, CA 94104, USA and _____ ("Purchaser") with offices at _____ including but not limited to, the provisions relating to the liability of XRP II, LLC, under which XRP II, LLC will not be liable for any incidental, indirect, or consequential damages arising out of the Agreement, and its entire liability arising out of or in connection with the Agreement will not exceed any purchase price it receives under the Agreement. In all events, and in its sole discretion, XRP II, LLC reserves the right to refuse to complete, or to otherwise cancel, any pending Commitment, even after receiving the signed Terms of XRP Commitment document. For the avoidance of doubt, the Company have no liability for non-delivery or delayed delivery. Once a Commitment to Purchaser is completed, a Commitment cannot be undone, cancelled or reversed. For the avoidance of doubt, there are no refunds for interests or other payments, if any, associated with a Commitment.

If you have any questions, need assistance, or wish to contact us with a complaint, please contact XRP II, LLC support at complaints@ripple.com, Tel: + (800) 887-4084, or 315 Montgomery St., 2nd Floor, San Francisco, CA 94104, USA to the attention of the XRP II, LLC Legal Department. If you are dissatisfied with the manner in which a complaint has been handled, you can also refer the matter to the New York State Department of Financial Services (NYDFS) located at: One State Street, New York, NY 10004-1511, USA. Tel: + (800) 342-3736 (Monday through Friday, 8:30 AM to 4:30 PM EST). To file an electronic compliant with NYDFS, you can visit https://myportal.dfs.ny.gov/web/guest-applications/consumer-complaint.

CONFIDENTIAL                                                                                         RPLI_SEC 0583587

[1] The unique public cryptographic key specified by Purchaser as the address to which any XRP was delivered.

[2] The unique public cryptographic key of XRP II from which the XRP was delivered.

CONFIDENTIAL

RPLI_SEC 0583588