# PX 332

Message

From: ███████@ripple.com]
on behalf of ███████@ripple.com> [███@ripple.com]
Sent: 8/24/2020 1:28:48 PM
To: ███████.com
CC: ███████@ripple.com]; ███████@ripple.com]; ███████@ripple.com]; billing [███████@ripple.com]; ███████@ripple.com]
Subject: ███████

Hello ███████ Team,

Attached is the latest invoice for XRP withdrawals for the week of 8/16/2020 to 8/22/2020, along with the supporting documentation. Let me know if you have any questions.

--
███████
Senior Accountant | Ripple
███████@ripple.com | www.ripple.com



CONFIDENTIAL                                                                                           RPLI_SEC 0776134