# PX 334



XRP II, LLC
80 State Street
Albany, NY 12207

# Invoice

| Date | Invoice # |
|---|---|
| 8/24/2020 | |

**Bill To**



**Contact Information**

| Terms |
|---|
| 7 Business Days |

| Description | | Amount |
|---|---|---|
| USD amount of XRP withdrawal Period Covering : 8/16/2020 to 8/22/2020 | $ | 4,620,000.00 |
| Total XRP withdrawn: 15,444,184.73 | | |
| Average XRP price: 0.2991 | | |
| Reference: Master XRP Commitment to Sell Agreement (Signed May 26, 2020) | | |
| **Invoice Total** | $ | 4,620,000.00 |

Please remite payment to:



CONFIDENTIAL

RPLI_SEC 0776135