# PX 337

**XRP II, LLC**
80 State Street
Albany, NY 12207

Today's Date:                      29th May 2020

### Summary of XRP Commitment

### NOT A RECEIPT OR OFFER

The Purchaser would like to acquire units of XRP, the decentralized digital asset that is native to the XRP Ledger, on the following terms:

| | |
|---|---|
| Purchaser Name: | |
| Segregated Wallet[1] Address[2]: | |
| Destination Tag: | |
| Transaction Type: | Commitment to Purchaser |
| Commitment Delivery Date: | 1st June 2020 |
| Total XRP Units: | 10,000,000 |
| Applicable fees, expenses or charges: | |
| Maturity Date: | 1st September 2020 |
| Additional terms, if applicable: | |

This Terms of XRP Commitment is being delivered pursuant to, and is governed by, the terms and conditions of the Master XRP Commitment to Sell Agreement between the parties, dated as of 1st May 2020. Once completed, the transaction cannot be cancelled or revoked. For the avoidance of doubt, once executed the transaction may not be undone.

Agreed and Acknowledged:

                                                      XRP II, LLC

                                                    By: _____
                                                    Name:
                                                    Title:

---

[1] As that term is defined in the Master XRP Commitment to Sell Agreement.

[2] The unique public cryptographic key specified by Purchaser as the address to which any Committed XRP will be delivered. Purchaser confirms that the Segregated Wallet Address listed is directly and wholly owned by Purchaser.