# PX 339



XRP II, LLC
80 State Street
Albany, NY 12207

# Invoice

| Date | Invoice # |
|---|---|
| 6/8/2020 | |

| Bill To |
|---|
| |

| Contact Information |
|---|
| |

| Terms |
|---|
| Net 5 |

| Description | | Amount |
|---|---|---|
| USD amount of XRP withdrawal Period Covering : 5/31/2020 to 6/6/2020<br>Total XRP Pool Used: 5,302,803.88<br>Average XRP price: 0.2052<br><br>Reference: Master XRP Commitment to Sell Agreement (Signed May 1, 2020) | $ | 1,087,770.83 |
| **Invoice Total** | $ | 1,087,770.83 |

Please remit payment to: