# PX 343

Message

From: Brad Garlinghouse [▮@ripple.com]
on behalf of Brad Garlinghouse <▮@ripple.com> [▮@ripple.com]
Sent: 9/20/2020 5:11:10 PM
To: ▮@ripple.com]
CC: ▮
Subject: Re: ODL Weekly

Best weekly ODL update I've read! Thanks ▮!

On Sun, Sep 20, 2020 at 5:10 PM ▮@ripple.com> wrote:
Team,

This week we drove $▮ in Wallet Send volume at a cost of $▮ not including purchase costs or non-Wallet Send flows. This week's total ODL volume was $▮ at a cost of $▮ We broke another Ripple record for the cheapest ODL volume ever at ▮%!

It was a big week for ODL flows as we've crossed our transaction OKR of ▮ (we're now at ▮ for Q3) and we've just reached our $▮ Wallet Send OKR.

We've also made some big steps towards an ODL deal the team is very proud of with ▮ While the contract hasn't been inked yet, we were able to use an attractive, introductory line of credit percent to get ▮ over the line to a verbal yes. There's no other incentives on this deal, making it the closest-to-positive bps deal at an estimated all-in total cost of ▮ It's still not the positive bps deal we wanted in Q3, but there's a line of sight. More to come!

| | Wallet Send Revenue Forecast | |
|---|---|---|
| | Next Week | Remaining 2020 Forecast |
| ▮ | ▮ | ▮ |

**Summary**
**Wallet Send Volume:** $▮ ▮ of all ODL volume)
**Weekly ODL Volume:** $▮ ▮ WoW)
**Weekly Adjusted ODL Cost** (Old ▮ basis): $▮
**Average Cost of Volume:** ▮%
**Liquidity Cost of Volume:** ▮
**Incentive Cost of Volume:** ▮

Liquidity costs remain near all time lows, ending this week at ▮ This marks the 7th week in a row our costs have been below our Q3 OKR of ▮ We observed a slight uptick from last week, as Bitso's experiment with a new market maker ended last week and our market maker subsidies increased as a result.

## Go-To-Market

The date for the Lending public announcement is now 10/5.

This week we pitched ▮ on ODL with a Line of Credit for payments into Thailand. More information to come as the deal progresses.

On the process front, the information required for underwriting has now been incorporated into due diligence review, improving the customer experience and introducing our ability to collect lending data for all Wallet Send deals.

Below are the near term revenue opportunities:

| Company | Stage | Payout Currency | Monthly Rev Opp |
|---|---|---|---|
| ▮ | Implementation | PHP | ▮ |
| | Request | MXN/PHP | |
| | Contracts | THB/PHP | |
| | Signed | PHP | |
| | Contracts | MXN | |
| | Contracts | MXN/PHP | |
| | | | Total Monthly Potential: $▮ |

▓▓▓
Product | Ripple
▓▓▓@ripple.com | ripple.com

--
You received this message because you are subscribed to the Google Groups "Leadership" group. To unsubscribe from this group and stop receiving emails from it, send an email to ▓▓▓@ripple.com.
--
You received this message because you are subscribed to the Google Groups "Leadership" group. To unsubscribe from this group and stop receiving emails from it, send an email to ▓▓▓@ripple.com.

CONFIDENTIAL                                                                 RPLI_SEC 0521046