# PX 347 filed under seal as D.E. 631-146