# PX 348



HIGHLY CONFIDENTIAL    RPLI_SEC 0876907

## Forecasted Profit and Loss



| $000s | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|
| XRP revenue | | | | | | | |
| Software, services & other | | | | | | | |
| **Total Revenue** | | | | | | | |
| COGS | | | | | | | |
| **Gross Profit** | | | | | | | |
| Sales & marketing | | | | | | | |
| Research & development | | | | | | | |
| General & administrative | | | | | | | |
| **Total Operating Expenses** | | | | | | | |
| Operating Income | | | | | | | |
| Other Income | | | | | | | |
| Provision for income taxes | | | | | | | |
| Equity in net income (loss) of affiliate | | | | | | | |
| **Net Income / (Loss)** | | | | | | | |
| Net income attributable to noncontrolling interests | | | | | | | |
| **Net income attributable to Ripple** | | | | | | | |

HIGHLY CONFIDENTIAL

CONFIDENTIAL 2

RPLI_SEC 0876908

## Forecasted Balance Sheet



HIGHLY CONFIDENTIAL

CONFIDENTIAL 3

RPLI_SEC 0876909

## Forecasted Cash Flow



| $000s | 2017A | 2018A | 2019F | 2020F | 2021F | 2022F | 2023F |
|---|---|---|---|---|---|---|---|
| **Cash Flows - Operating Activities** | | | | | | | |
| Net income | | | | | | | |
| Items not involving cash | | | | | | | |
|   Depreciation and amortization | | | | | | | |
|   Stock based compensation expense | | | | | | | |
|   Equity in net income of affiliate | | | | | | | |
|   Deferred tax asset | | | | | | | |
|   Other non-cash reconciliation items | | | | | | | |
| Change in assets and liabilities | | | | | | | |
| **Net cash provided by operating activies** | | | | | | | |
| **Cash Flows - Investing Activities** | | | | | | | |
| Purchase of investments | | | | | | | |
| Purchase of fixed and intangible assets, net | | | | | | | |
| **Net cash used in investing activities** | | | | | | | |
| **Cash Flows - Financing Activities** | | | | | | | |
| Issuance of common shares | | | | | | | |
| Capital lease principal payments | | | | | | | |
| Stock repurchases | | | | | | | |
| **Net cash used in financing activities** | | | | | | | |
| Effect of exchange rate changes | | | | | | | |
| **Net change in cash and cash equivalents** | | | | | | | |
| Cash and cash equivalents at beginning of period | | | | | | | |
| Cash and cash equivalents at end of period | | | | | | | |

CONFIDENTIAL 4

HIGHLY CONFIDENTIAL

RPLI_SEC 0876910

## Forecasted Profit and Loss, Adjusted for XRP Expenses



| $000s | 2017A | 2018A | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|
| XRP revenue | | | | | | | |
| Software, services & other | | | | | | | |
| **Total Revenue** | | | | | | | |
| COGS | | | | | | | |
| **Gross Profit** | | | | | | | |
| Sales & marketing | | | | | | | |
| Research & development | | | | | | | |
| General & administrative | | | | | | | |
| **Total Operating Expenses** | | | | | | | |
| Operating Income | | | | | | | |
| Other income | | | | | | | |
| Provision for income taxes | | | | | | | |
| Equity in net income (loss) of affiliate | | | | | | | |
| Net Income / (Loss) | | | | | | | |
| Net income attributable to noncontrolling interests | | | | | | | |
| **Net income attributable to Ripple** | | | | | | | |

HIGHLY CONFIDENTIAL

CONFIDENTIAL   5

RPLI_SEC 0876911