# PX 349

# ripple

# xRapid Market Maker Status Update

March 2019

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0078831

## Solving For

1. Certainty
2. Speed
3. Scale



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0078832

## Traditional (4)

**PROS**

- Quick to market
- No capital from Ripple
- Ripple dictates requirements
- Experienced

**CONS**

- Liquidity capped by MM balance sheet
- Most expensive

## Replication (1)

**PROS**

- Quick to market
- No capital from Ripple
- Cheapest

**CONS**

- Liquidity capped by BTC markets
- Relatively inexperienced

## SPV (1)

**PROS**

- Relatively inexpensive
- Experienced
- Liquidity capped by Ripple balance sheet

**CONS**

- Slowest to market
- Ripple provides capital
- Possible tax implications

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0078833



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0078834

4

## SLA Overview

- Credentials
    - Market making and crypto experience
    - Existing integration into Bitso, Coins.ph and Bitstamp
    - Infrastructure and capital
- Performance
    - 
    - 
    - 
    - 
- Infrastructure
    - Ability to onboard 3 additional exchanges / fiat corridors per quarter
- Reporting
    - Full and transparent accounting (full list of trades, % uptime, max spreads per tier, avg. spreads, total volume, etc.)
- Per Pair Incentive Structure
    - Minimum monthly fee
    - % based passive volume incentive with monthly cap

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　RPLI_SEC 0078835



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0078836