# PX 351

Message

**From:** Miguel Vias [███@ripple.com]
**Sent:** 3/3/2017 7:57:45 AM
**To:** Brad Garlinghouse [Brad Garlinghouse <███@ripple.com>]
**CC:** Patrick Griffin [Patrick Griffin <███@ripple.com>]; Asheesh Birla [Asheesh Birla <███@ripple.com>]; ███ <███@ripple.com>]
**Subject:** Re: Fwd: congrats and a question

Brad do you mean the weekly XRP Sales Update?

I'm in SF next week so that will happen on Friday. As for the Quarterly Update, that comes out the second Monday in April.

The suggestion below is one I've been discussing with Patrick. You and I have time on the calendar next week to discuss it as well.

On Mar 3, 2017 10:38 AM, "Brad Garlinghouse" <███@ripple.com> wrote:

Gents,

Just fyi. This is something I think is very interesting.

For discussion at our next XRP macro update. Which is when!?

---------- Forwarded message ----------
From: **Chris Larsen** <███@ripple.com>
Date: Thu, Mar 2, 2017 at 3:42 PM
Subject: congrats and a question
To: ███
Cc: Brad Garlinghouse <███@ripple.com>

Hi ███
First of all, congrats on the great book - bought 10 copies for the team. Much enjoyed it!

Second, would love to have your opinion on the following: Our currency, XRP, currently trades at approx. .006 USD/XRP. As there are 100 billion of them, this is not a bad market cap. However, some currency and crypto institutional funds have suggested that the nominal price is outside the bounds of 'normal' currencies and therefore is less attractive. For example, Bitcoin is now $1,200 USD/BTC and the second most traded crypto currency, ETH (Ether), is about $18 USD/ETH. As you know, major fiats range from about $3 to $.01 nominal.

CONFIDENTIAL

RPLI_SEC 0352731

While we obviously don't control the nominal price of XRP, we could advocate to the community of decentralized validators to increase the nominal price with a decrease in the nominal supply. My question to you would be whether you think this would be a constructive suggestion?

Thanks very much,
Chris

CHRIS LARSEN | Co-founder & Executive Chairman
███@ripple.com | www.ripple.com



CONFIDENTIAL

RPLI_SEC 0352732