# PX 352

**Message**

| | |
|---|---|
| **From:** | Chris Larsen [█████@gmail.com] |
| **Sent:** | 8/6/2020 4:33:02 PM |
| **To:** | Asheesh Birla [█████] |
| **CC:** | [█████@ripple.com] |
| **Subject:** | Re: XRP Trade |
| **Attachments:** | image.png; IMG_0156.JPG; IMG_0155.JPG |

Thanks Asheesh!
Got to love those rallies!

On Wed, Aug 5, 2020 at 9:29 PM Asheesh Birla <█████@gmail.com> wrote:
> Hi Chris,
>
> ████████████
>
> We ran into a XRP rally! ████████
> ████████████████
> ████████████████
> ████████████████
>
> Asheesh

████████████████
████████████████
████████████████
████████████████
████████████████
████████████████

Highly Confidential



On Sat, Aug 1, 2020 at 10:37 AM <@ripple.com> wrote:

Highly Confidential

LARSEN-SEC-LIT-00002718



On Sat, Aug 1, 2020 at 10:31 AM ███████ <███████@ripple.com> wrote:

---------- Forwarded message ----------
From: **Asheesh Birla** <███████████>
Date: Fri, Jul 31, 2020 at 5:07 PM
Subject: XRP Trade
To: <███████@ripple.com>



Asheesh

Highly Confidential

LARSEN-SEC-LIT-00002719