# PX 353

| | |
|---|---|
| From: | Phil Rapoport <[redacted]@ripple.com> |
| To: | [redacted] |
| CC: | Arthur Britto; Asheesh Birla; Arthur Britto, (Google Drive); [redacted] Monica Long; Greg Kidd; Chris Larsen; [redacted]@ripple.com; [redacted] |
| Sent: | 4/30/2014 11:38:29 AM |
| Subject: | Re: giveaway focused on foreign students? |

We're already essentially paying $20 for [redacted] (and Ripple) to acquire customers via the 2,000 XRP giveaway * ~$0.010 weighted average XRP price for 2014.

I suspect that most Ripple users are currently depositing money, buying XRP, then waiting for the price to rise. I'm just trying to think of ways that we can encourage them to find non-speculative utility in the network as it currently exists.

It seems like Ripple is already a price competitive option for transfer across certain corridors. I'm trying to think of ways we can encourage more transaction volume.

On Wed, Apr 30, 2014 at 1:52 PM, [redacted]@ripple.com> wrote:
Just want to highlight that are non-trivial marketing considerations in launching/promoting a remittance product.

1. Remittances are typically marketed on the origination/sender's side - in this case [redacted] Not saying that other models aren't possible, this is just what's typical in the market.
2. The market for acquiring remittance customers is competitive. Here are Xoom's cost per acquisition numbers from their S-1:
    1. 2009: $29
    2. 2010: $37
    3. 2011: $38

On Wednesday, April 30, 2014 at 10:21 AM, Arthur Britto wrote:

I'd like to do two things for remittance focused on the US-Mexico corridor. It could also apply to the others.

Average remittance payments start at $1,500. I would like a giveaway of maybe $100 for the first $1,000 dollars of remittance. Payments from registered [redacted] customers to bitso customers.

Also, I'd like a $50 referral fee for each side if they refer someone else for remittance.

-Arthur

On Apr 30, 2014 9:40 AM, [redacted]@ripple.com> wrote:
Even in the short term, we have a lot of the pieces in place. We could consider supporting a marketing effort via our current gateways.

Ripple [redacted] rail bridge in Canada is a good place to start. [redacted] which supports tuition and living expense payments for international students in Canada, is interested in being a Gateway. I just pinged the CEO to schedule the next conversation.

On Wednesday, April 30, 2014 at 9:28 AM, Asheesh Birla wrote:

Phil,
Great idea.

Since we don't have a consumer offering, I'd like to work with ▮ on this Giveaway idea. ▮ is working on either sponsoring or developing a white label remittance platform built on Ripple. It would be great to pitch the idea of the college remittance corridor idea to him, supplemented by a Giveaway.

I'll talk to him on Friday about it and perhaps you can help me structure the Giveaway in a way the supports the correct kind of behaviors.

Asheesh

On Wed, Apr 30, 2014 at 9:25 AM, ▮ @ripple.com> wrote:
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

On 04/30/2014 07:58 AM, Phil Rapoport wrote:

> What if we focused an XRP giveaway and marketing blitz on 1-2
> universities with a very high concentration of international
> students? The top 3 schools on the list below seem like pretty good
> candidates. These students are presumably getting international
> transfers from parents on a regular basis.

My suggestions are CMU, Perdue, and the University of Pittsburgh (due to their engineering program). Also consider the Rochester Institute of Technology.

> We could make some targeted marketing material to walk them through
> the steps to send money via Ripple and try to encourage more
> productive usage of the network.

For CMU I would also suggest considering developer outreach targeted at undergrads. It's not unheard of for Logic and Computation and Computer Science students to go public with their first company right after graduation (which they'd been working on in their junior and senior years). Some professors there encourage and reward contributing to open source software projects outside of class, or at least they did when I was an urchin there.

- --
▮

Systems Engineer, Ripple Labs
PGP: ▮
"We see in order to move; we move in order to see."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0011978

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.22 (GNU/Linux)
Comment: Using GnuPG with Thunderbird - http://www.enigmail.net/



-----END PGP SIGNATURE-----

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.					RPLI_SEC 0011979