# PX 354

| | |
|---|---|
| **From:** | Chris Larsen <​███@ripple.com> |
| **Sent:** | Saturday, July 02, 2016 4:02 PM |
| **To:** | Monica Long |
| **Cc:** | ███ |
| **Subject:** | Ripple's June Investor and Advisor Update |

Hi all -

Happy July fourth weekend to my compatriots. I can't believe we're already halfway through 2016!

I'm pleased to report Q2 marked significant momentum for Ripple customer adoption and building momentum for the institutional use case for XRP <https://www.ripplecharts.com/#/>, Ripple's digital asset.

We announced seven leading banks <https://ripple.com/insights/seven-leading-banks-join-ripples-global-network/> are the latest to join Ripple's growing global network, including Santander, UniCredit, UBS, ReiseBank, CIBC, National Bank of Abu Dhabi (NBAD), and ATB Financial. They're using Ripple to reduce the time and cost of settlement, which enables them to offer new cross-border payment services like low-value transactions. Most have already completed real money transfers on Ripple and they all have an eye toward implementing Ripple commercially.

Santander, who is also an investor in Ripple, is executing one of the more aggressive roadmaps in the industry to bring Ripple capabilities to market.
In May, the bank announced a mobile app <https://ripple.com/insights/santander-becomes-first-uk-bank-use-ripple-cross-border-payments/> that allows its staff members to transfer between £10 and £10,000 from GBP to EUR in 21 countries and to USD in the U.S. The staff pilot is a precursor to a customer offering.

Earlier this month, the state of New York awarded us the BitLicense <https://ripple.com/insights/ripple-receives-new-yorks-first-bitlicense-institutional-use-case-digital-assets/>, which allows us to sell and custody XRP for institutional investors and financial institutions in New York. It's a watershed moment - regulatory validation for the institutional use case of digital assets. We've championed the institutional use case of digital assets since 2013 and are starting to see others in blockchain follow suit.

XRP will play a crucial role <https://ripple.com/files/xrp_cost_model_paper.pdf> in Ripple's global bank network, supporting liquidity between different currencies. Larger banks can consolidate cash positions into highly fungible XRP pools, instead of maintaining liquidity in accounts around the world. Small banks can gain access to more competitive FX in exotic corridors using XRP as a bridge currency.

Our vision of enabling an Internet of Value by connecting the world's banks through Ripple and providing less expensive, more diverse sources of liquidity through third-parties and XRP is starting to bear fruit. Now, it's all about leveraging our Q2 momentum through the remainder of the year.

-Chris

CHRIS LARSEN | CEO
███ www.ripple.com

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0057312