PX 355

Message

**From:** Chris Larsen [■■■@ripple.com]
**on behalf of** Chris Larsen <■■■@ripple.com> ■■■@ripple.com]
**Sent:** 6/5/2018 10:49:45 AM
**To:** Brad Garlinghouse [Brad Garlinghouse <■■■@ripple.com>]
**Subject:** Re: quick ?

Let's let him come to this next one - given his activity w sec and fund, can be useful - then see how much he sells/resolution of reg on anything after that.

On Tue, Jun 5, 2018 at 09:29 Brad Garlinghouse <■■■@ripple.com> wrote:
> Chris,
>
> How do you want to handle his clear expectation that he is (again) attending the board meeting? We positioned him as a "guest" at the last board meeting - but I don't think he is understanding that we don't view him as full 'observer' status.
>
> Particularly if he is selling some (or all) of his equity...
>
> Brad
>
> ---------- Forwarded message ----------
> From: ■■■<■■■com>
> Date: Mon, Jun 4, 2018 at 8:40 PM
> Subject: Re: quick ?
> To: Brad Garlinghouse <■■■@ripple.com>
> Cc: ■■■@ripple.com" <■■■@ripple.com>
>
> Terrific - I will call your mobile at 830am PT / 1130am ET on Wednesday.
>
> On Jun 4, 2018, at 7:00 PM, Brad Garlinghouse <■■■@ripple.com> wrote:
>
>> ■■■
>>
>> Let's do 830am PT on Wednesday. Want to just ring me on my mobile? ■■■
>>
>> And you are correct that ■■■ is on the cap table already. The Stock Purchase Agreement we use may be the same (since ■■■ already transacted once) but we will want to verify that.
>>
>> Talk soon
>> Best
>> Brad
>>
>>> On Mon, Jun 4, 2018 at 6:07 PM, ■■■<■■■com> wrote:
>>> Hi guys – hope all is well. I'm looking forward to seeing you in SF on July 12, if not sooner.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0222998

I wanted to see if either of you guys had 10 mins to chat sometime this week?

The brief topic is some personal financial/estate/philanthropic planning I am in the process of doing which involves creating some liquidity in a variety of my personal investments, including Ripple. You guys have shared versions of your own philanthropy related to partial Ripple or XRP divestitures, which I find inspirational. I have a buyer for a portion of my equity holdings that I believe is pre-approved by you guys ▮▮▮▮. When we connect I just want to talk through the logistics of transaction (we have an agreed Stock Purchase Agreement), and who I need to coordinate with at Ripple (GC? Other?), and also re-iterate that I remain VERY long XRP via my majority ownership of our digital asset fund positions and remain 1000% supportive of everything you guys are working on.

Pls let me know if any of the following times suits either of you to briefly discuss:

Tues: anytime 1-230pm PST or 730pm PST

Wednesday: anytime 8-930am PST or anytime 1pm PST onward

Thursday: anytime 1030-2pm PST

Hopefully something in the above ranges works on your end and I look forward to connecting.

Thx

▮▮▮▮

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

 www.ripple.com

Ripple, Inc.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　　　　　　RPLI_SEC 0223000