# PX 358

**EXHIBIT CG-37**

**Sent:** Thu, 14 Dec 2017 06:52:58 -0700
**Subject:** Re: Quick question
**From:** ███████@gsr.io>
**To:** Chris Larsen <███████@ripple.com>
**Cc:** ███████@gsr.io>

It's difficult to keep up with demand. The buying in Korea keeps growing.



Cristian Gil
GSR Co-Founder

Skype
Telegram

> On 13 Dec 2017, at 08:35, Chris Larsen ███████@ripple.com> wrote:
>
> Let's try a constructive increase
>
> On Tue, Dec 12, 2017 at 23:19 ███████@gsr.io> wrote:
>
>> Market seems very frothy and it might be a good opportunity to tactically increase sales?
>> Please advise
>>
>> 
>>
>> Co-Founder
>>
>> Skype
>> Telegram
>
> --
> Chris
>
> CHRIS LARSEN | EXECUTIVE CHAIRMAN
> ███████ | www.ripple.com
> Ripple, Inc.