UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,     :
     :
                      Plaintiff,     :      No. 20 Civ. 10832 (AT) (SN)
     :
           - against -     :      ECF Case
     :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
And CHRISTIAN A. LARSEN     :
     :
                Defendants.     :
     :
------------------------------------------------------------------------ x

## DECLARATION OF LADAN F. STEWART IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Ladan F. Stewart, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York.  I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office.

2.      I have personal knowledge of the facts and circumstances of the case.  As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3.      I am submitting this Declaration to put forth exhibits in support of the SEC's opposition to the summary judgment motion of Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A Larsen.

4.      Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates or Website |
|---|---|---|
| PX 113 | Email chain dated November 22, 2017 | RPLI_SEC 0052056 |
| PX 398 | Declaration of Christopher Ferrante, dated October 18, 2022 | N/A |
| PX 409 | Email chain dated February 7, 2019 with attachment | RPLI_SEC 0971231 |
| PX 456 | Email chain dated November 12, 2019 with attachments | RPLI_SEC 0982737 |
| PX 457 | Transcript of audio file, dated October 1, 2019 | RPLI_SEC 1141099 |
| PX 499 | Email chain dated January 30, 2020 | RPLI_SEC 0552756 |
| PX 500 | Amended Expert report of ███████, Ph.D., dated October 6, 2021 | N/A |
| PX 505 | Supplemental Expert Report of ██████, dated February 28, 2022 | N/A |
| PX 525 | Expert Rebuttal Report of ██████ Ph.D., dated November 12, 2021 | N/A |
| PX 526 | Email chain dated June 9, 2017 | ██████0051663 |
| PX 528 | Email chain dated January 4, 2017 | RPLI_SEC 0353479 |
| PX 529 | Email chain dated August 1, 2018 | RPLI_SEC 0431365 |
| PX 530 | Email chain dated October 25, 2019 | RPLI_SEC 0478676 |
| PX 532 | Email chain dated March 21, 2016 and attachment | RPLI_SEC 0091249 |
| PX 533 | Email chain dated June 24, 2015 and attachment | RPLI_SEC 0095167 |
| PX 535 | Email dated April 3, 2019 | RPLI_SEC 0414368 |
| PX 537 | Email chain dated January 5, 2019 | RPLI_SEC 0269617 |
| PX 538 | Email chain dated August 7, 2018 | RPLI_SEC 0453728 |
| PX 539 | Email chain dated November 30, 2015 | RPLI_SEC 0484565 |
| PX 547 | Slack chat dated June 24, 2020 | RPLI_SEC 0504550 |
| PX 548 | Email chain dated October 27, 2020 | RPLI_SEC 0505983 |
| PX 549 | Reserved | N/A |
| PX 550 | Reserved | N/A |
| PX 551 | Reserved | N/A |
| PX 552 | Email chain dated January 31, 2017 with attachment | RPLI_SEC 0532018 |
| PX 553 | Reserved | N/A |
| PX 554 | Reserved | N/A |
| PX 555 | Email chain dated April 15, 2020 | RPLI_SEC 0768533 |

| PX 556 | Email chain dated December 18, 2014 with attachment | RPLI_SEC 0914881 |
|---|---|---|
| PX 557 | Agreement among Larsen, Jed McCaleb, and Arthur Britto, dated September 17, 2012 | RPLI_SEC 0956688 |
| PX 558 | Reserved | N/A |
| PX 559 | Email dated February 20, 2019 | SEC-████████-E-0048808 |
| PX 560 | Financial Times, *With $16bn in Cryptocurrency, Ripple Attempts a Reset*, dated August 13, 2020 | SEC-JFSA-E-0032887 |
| PX 561 | Email chain dated March 22, 2018 | ████████ 000303 |
| PX 562 | Email chain dated May 11, 2018 | ██_RIPPLE0007260 |
| PX 563 | Ripple forum posts, dated December 22, 2012 | N/A |
| PX 564 | Email dated May 3, 2019 with attachment | SEC-████████-E-0048726 |
| PX 565 | Exchange Analysis – U.S. Customers | RPLI_SEC 0807008 |
| PX 566 | XRP Sales Exchange Geography | RPLI_SEC 0751829 |
| PX 567 | Slack chat, dated October 8, 2019 | RPLI_SEC 1076439 |
| PX 568 | SEC Release No. 34-83273 (July 26, 2018) | https://www.sec.gov/rules/other/2018/34-83723.pdf |
| PX 569 | Ripple's Employee and Board Member XRP Trading Plan Instructions and Form | RPLI_SEC 0642635 |
| PX 570 | Javier Paz, *More Than Half of All Bitcoin Trades are Fake*, FORBES, dated August 26, 2022 | https://www.forbes.com/sites/javierpaz/2022/08/26/more-than-half-of-all-bitcoin-trades-are-fake/?sh=7740a5f46681 |
| PX 571 | Deposition transcript of Alan Schwartz, dated February 11, 2022 | N/A |
| PX 572 | Reserved | N/A |
| PX 573 | Email chain dated March 31, 2018 | GARL_Civil_000637 |
| PX 574 | Email chain dated June 23, 2019 | GARL00000108 |
| PX 575 | Email chain dated September 28, 2018 | LARSEN_NAT 00000093 |
| PX 576 | Email dated October 7, 2019 | RPLI_SEC 0550551 |
| PX 577 | Email chain dated September 19, 2019 | SEC-████████-E-0050754 |
| PX 578 | Email dated May 19, 2017 | RPLI_SEC 0623105 |
| PX 579 | Email dated May 6, 2017 | RPLI_SEC 0623136 |
| PX 580 | Email dated April 21, 2017 | RPLI_SEC 0623146 |
| PX 581 | Email dated January 23, 2018 | RPLI_SEC 0010590 |
| PX 582 | Email chain dated December 27, 2017 | RPLI_SEC 0512265 |
| PX 583 | Email chain dated March 29, 2017 | RPLI_SEC 0018325 |
| PX 584 | Email chain dated December 1, 2016 | RPLI_SEC 0056805 |
| PX 585 | Slack chats dated September 15, 2020 | RPLI_SEC 1084074 |
| PX 586 | Slack chats dated August 9, 2017 | RPLI_SEC 1082332 |
| PX 587 | Email chain dated March 22, 2017 | RPLI_SEC 0056513 |
| PX 588 | Email chain dated March 5, 2018 | RPLI_SEC 0069949 |
| PX 589 | Email chain dated January 5, 2018 | RPLI_SEC 0203416 |

| PX 590 | Email chain dated October 2, 2016 | RPLI_SEC 0050302 |
|---|---|---|
| PX 591 | Ripple.com Report, dated September 2016 | RPLI_SEC 0701612 |
| PX 592 | Email chain dated September 19, 2017 | RPLI_SEC 0646875 |
| PX 593 | Email dated May 22, 2017 | RPLI_SEC 0623089 |
| PX 594 | Slack chats dated April 3, 2019 | RPLI_SEC 1121276 |
| PX 595 | Web capture dated May 18, 2017 re: How to Buy XRP | RPLI_SEC 1108991 |
| PX 596 | Email chain dated March 21, 2017 | RPLI_SEC 0059355 |
| PX 597 | Ripple Sales XRP FAQ | RPLI_SEC 0820758 |
| PX 598 | 2Q19 XRP Markets Report, dated July 24, 2019 | RPLI_SEC 1114447 |
| PX 599 | Email chain dated November 22, 2017 | RPLI_SEC 0054189 |
| PX 600 | Email chain dated December 23, 2016 | RPLI_SEC 0009737 |
| PX 601 | Email dated July 18, 2017 | RPLI_SEC 0048597 |
| PX 602 | Email chain dated January 16, 2017 | RPLI_SEC 0059456 |
| PX 603 | Email chain dated February 20, 2017 | RPLI_SEC 0018343 |
| PX 604 | Email chain dated April 10, 2017 | RPLI_SEC 0513049 |
| PX 605 | Email chain dated October 2, 2017 | RPLI_SEC 0029883 |
| PX 606 | Email dated January 1, 2018 | RPLI_SEC 0041093 |
| PX 607 | Email chain dated January 17, 2017 | RPLI_SEC 0049542 |
| PX 608 | Email dated January 18, 2017 | RPLI_SEC 0056671 |
| PX 609 | Email dated October 19, 2017 | ███ 0163734 |
| PX 610 | Email dated April 1, 2015, attaching agreement between Larsen and GSR | GSR00008432 |
| PX 611 | Email chain dated October 13, 2020 | GSR00021711 |
| PX 612 | Agreement between Larsen and GSR, dated January 24, 2020 | GSR00000689 |
| PX 613 | Email chain dated October 4, 2020 | GSR00021703 |
| PX 614 | Agreement between Larsen and GSR, dated October 4, 2017 | GSR00000673 |
| PX 615 | Agreement between Garlinghouse and GSR, dated December 18, 2017 | GSR00000681 |
| PX 616 | Email chain dated October 8, 2020 | GSR00021713 |
| PX 617 | Email chain dated October 14, 2020 | GSR00021703 |
| PX 618 | Email chain dated October 16, 2020 | GSR00021684 |
| PX 619 | Email chain dated October 13, 2020 | GSR00021711 |
| PX 620 | Email chain dated January 29, 2020 | RPLI_SEC 0550287 |
| PX 621 | Second Amended Rebuttal Report of ███ ███, dated February 24, 2022 | N/A |
| PX 622 | Reserved | N/A |
| PX 623 | Twitter post by @ashgoblue dated February 25, 2022 | https://twitter.com/ashgoblue/status/1232480844847017985?s=20 |

| PX 624 | Deposition transcript of Lawrence Angelilli dated August 3, 2021 | N/A |
|---|---|---|
| PX 625 | Email chain dated April 15, 2020 | RPLI_SEC 0768533 |
| PX 626 | ODL Account Review Presentation, dated April 13, 2020 | RPLI_SEC 0688733 |
| PX 627 | Reserved | N/A |
| PX 628 | Reserved | N/A |
| PX 629 | Amended and Restated Ripple Work Order #1 between Ripple and MoneyGram, dated December 31, 2019 | MONEYGRAM_SEC 0000658 |
| PX 630 | Email chain dated January 13, 2020 | RPLI_SEC 0504441 |
| PX 631 | Email chain dated August 24, 2017 | RPLI_SEC 0526856 |
| PX 632 | Email chain dated March 29, 2020 | RPLI_SEC 0479912 |
| PX 633 | Email chain dated August 25, 2020 | RPLI_SEC 0506230 |
| PX 634 | Declaration of Lawrence Angelilli, dated March 14, 2021 | N/A |
| PX 635 | BIS Working Papers No 1013, dated May 2022 | https://www.bis.org/publ/work1013.pdf |
| PX 636 | FINANCIAL STABILITY BOARD, *Assessment of Risks to Financial Stability from Crypto-Assets*, February 16, 2022 | https://www.fsb.org/wp-content/uploads/P160222.pdf |
| PX 637 | INTERNATIONAL MONETARY FUND, *Global Financial Stability Report*, 2021 (Ch. 2-a) | https://www.imf.org/-/media/Files/Publications/GFSR/2021/October/English/ch2.ashx |
| PX 638 | Eric D. Chason, How Bitcoin Functions As Property Law,  49 Seton Hall Law Review 129 (2019) | https://scholarship.law.wm.edu/cgi/viewcontent.cgi?article=2936&context=facpubs |
| PX 639 | Memorandum by ▮▮▮▮▮ LLP, dates February 2014 | RLPI_SEC 1027262 |
| PX 640 | Email Chain dated June 15, 2019 | RPLI_SEC 0602119 |
| PX 641 | Transcript of Internal Ripple Company Meeting held on February 5, 2018 | RPLI_SEC 1141043 |
| PX 642 | Transcript of Internal Ripple Company Meeting held on September 11, 2020 | RPLI_SEC 1100529 |
| PX 643 | Transcript of Internal Ripple Company Meeting held on April 30, 2018 | RPLI_SEC 1141204 |
| PX 644 | Transcript of Internal Ripple Company Meeting held on February 4, 2019 | RPLI_SEC 1141059 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 18, 2022

                                        /s/ Ladan F. Stewart
                                         Ladan F. Stewart