# PX 113

**From:** Antoinette O'Gorman <[redacted]@ripple.com>
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** [redacted]
**Subject:** Fwd: Partnership / listing XRP on the 3rd largest exchange with 1M Chinese customers

FYI only - this e-mail thread seems to have taken on a life of its own!

---------- Forwarded message ----------
From: [redacted]@ripple.com>
Date: Wed, Nov 22, 2017 at 12:52 PM
Subject: Re: Partnership / listing XRP on the 3rd largest exchange with 1M Chinese customers
To: Brad Garlinghouse <[redacted]@ripple.com>
Cc: [redacted]@ripple.com>, Patrick Griffin <[redacted]@ripple.com>, [redacted] <[redacted]@ripple.com>, Antoinette O'Gorman <[redacted]@ripple.com>, [redacted]@ripple.com>

Perhaps it is overcomplicating. [redacted] is going to run point in working with Miguel, Dinuka and [redacted] for visibility into new exchanges being onboarded so we are equipped to make the best of these relationships.

On Wed, Nov 22, 2017 at 12:34 PM, Brad Garlinghouse <[redacted]@ripple.com> wrote:

> [redacted]
> is there more data behind your comment that Huobi carries a negative
> reputation? I'm aware they may have a pending fine from PBOC... but
> as a company that has endured it's own regulatory / compliance fine,
> I'm careful to not assume too much. From what I know they are a
> credible exchange as measured by the fact that they are top 10 in the world for crypto volume.
>
> I just read the document Monica put together. [redacted] owns listing
> announcements. At this point I don't expect any press to write about
> XRP listings - unless maybe it's coinbase or gemini. But we still
> want the community to be aware -yes?
>
> I still feel like I'm missing something... and that we are takign
> something relatively simple and making it complicated.
> To your point about 'what's coming' - to whom are you directing that?
> I presume Patrick (by way of Miguel / Dinuka and [redacted] own that
> pipeline?)
>
>
>
>
>
> On Wed, Nov 22, 2017 at 2:18 PM [redacted]@ripple.com> wrote:
>
>> All - my two cents:
>>

>> - Always in favor of moving the dial with XRP - as you know.
>> - I understand that this exchange carries a negative reputation and
>> there is pending administrative punishment/fine from PBOC, China's
>> financial regulator, reportedly for AML and possibly other issues. @Patrick
>> - I know that AoG has voiced her concerns. I'm not privy to the
>> conversations - but if you are confident that Ripple or XRP won't get
>> caught up in it, let's roll.
>> - We have experienced a recent instance where an exchange rushed to
>> market with XRP and skipped integration steps which resulted in missing XRP
>> for their customers (not Ripple's fault but also a negative experience).
>> For this reason - Monica rolled out a process and checklist
>> [redacted]
>> for exchange listings/announcements.
>>
>> All ducks are lined up? If so - let's put out the tweets. I'm also
>> happy to add to the "how to buy XRP" page on Ripple.com.
>>
>> Lastly, in future - let's have visibility into what's coming down the
>> pike so that we can promote "to the moon."
>>
>> Happy Thanksgiving,
>>[redacted]
>>
>> On Wed, Nov 22, 2017 at 11:36 AM, [redacted]
>> <[redacted]@ripple.com
>> > wrote:
>>
>>> Hi Patrick just left a voicemail. If everyone's on board I'm all
>>> for some marketing promotion. Don't want to be a bottleneck here.
>>>
>>>[redacted] I'll follow-up separately to make sure that we're all lined
>>> up for some promotion. Like Brads idea on the Tweet!
>>>
>>> Moving forward I'll work more closely with BD to understand the
>>> pipeline for exchanges. That way we can be ahead of announcements
>>> and make sure we can make the biggest impact possible.
>>>
>>> [redacted]
>>>
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On Nov 22, 2017, at 12:31 PM, Patrick Griffin <[redacted]@ripple.com>
>>> wrote:
>>>
>>> I'm very open to it and do not see any downside scenario on the
>>> business front that we can't manage. I've asked [redacted] to give me a
>>> call to talk me through any scenario that I am not appreciating.
>>> Until then, I welcome any input from the group.
>>>
>>> (I like the tweet fwiw!)

>>>
>>> Patrick
>>>
>>> —
>>> Patrick Griffin
>>> SVP Business Development
>>> Ripple Inc.
>>>
>>>
>>>
>>>
>>> On Wed, Nov 22, 2017 at 1:27 PM, Brad Garlinghouse @ripple.com>
>>> wrote:
>>>
>>>> adding and A'OG,
>>>>
>>>> Sparing Monica ;)
>>>>
>>>> PG, thanks for forwarding.
>>>> Ultimately, this is your call. Compliance and legal are here to
>>>> help you (as the business owner) understand risk. It's your job to
>>>> allocate risk. Team marketing is also here to support your efforts
>>>> and strategy - and give you good counsel.
>>>>
>>>> Clearly one of our efforts / strategies has been to get XRP listed
>>>> on more exchanges. (top of mind it's one of your OKR's for the
>>>> quarter!?)
>>>>
>>>> I think we want to share with the world anytime another exchange
>>>> (particularly when it's the third largest exchange in China) is
>>>> listing XRP. The community wants to know it's important to us and
>>>> there is forward progress. To be clear, I am not suggesting the
>>>> language of a tweet would 'endorse' Huobi - but to simply tweet out
>>>> and draw attention to the fact that XRP continues to get listed at
>>>> more exchanges - well, that is just a statement of fact.
>>>>
>>>> Are there risks here I'm not seeing?
>>>> Are you worried that Huobi would be upset? Presumably they would
>>>> be happy to get the extra attention.
>>>>
>>>> How about I tweet this:
>>>> Holiday, schmoliday! Team Ripple is absolutely committed to
>>>> building XRP liquidity - and in that context very excited to share
>>>> that Houbi (3rd largest exchange in China) is listing BTC / XRP tomorrow on Huobi Pro.
>>>>
>>>> And now that I read the whole thread - per Patrick's point - maybe
>>>> there is a tweet storm announcing the other China listings?
>>>>
>>>>
>>>>
>>>>
>>>> On Wed, Nov 22, 2017 at 12:04 PM, Patrick Griffin

>>>> <@ripple.com>
>>>> wrote:
>>>>
>>>>> Just FYI on status re: a decision to Tweet or not to Tweet.
>>>>>
>>>>> pg
>>>>>
>>>>> —
>>>>> Patrick Griffin
>>>>> SVP Business Development
>>>>> Ripple Inc.
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> ---------- Forwarded message ----------
>>>>> From: @ripple.com>
>>>>> Date: Wed, Nov 22, 2017 at 12:03 PM
>>>>> Subject: Re: Partnership / listing XRP on the 3rd largest exchange
>>>>> with 1M Chinese customers
>>>>> To: Patrick Griffin <@ripple.com>
>>>>>
>>>>>
>>>>> Checking in with Antoinette on our Compliance coverage here.
>>>>> Unfortunately Huobi's a little bit of a different exchange since
>>>>> we've already considered them in the past prior to their scandal
>>>>> with client funds
>>>>> <https://qz.com/1059179/huobi-and-okcoin-chinas-two-biggest-bitcoin-btc-exchanges-were-themselves-to-150-million-in-idle-client-funds/>.
>>>>> Want to be careful here especially as we consider China as a key
>>>>> corridor for us in 2018. Passed along the process for approving
>>>>> exchanges
>>>>>
>>>>>
>>>>> to Compliance, and will work with Miguel/ to make sure we
>>>>> can get ahead of these listings moving forward.
>>>>>
>>>>> TLDR - not yet, but keep you posted with updates!
>>>>>
>>>>>
>>>>>
>>>>> On Wed, Nov 22, 2017 at 10:59 AM, Patrick Griffin
>>>>> <@ripple.com>
>>>>> wrote:
>>>>>
>>>>>> Is there a tweet storm on the horizon here?
>>>>>>
>>>>>> —
>>>>>> Patrick Griffin
>>>>>> SVP Business Development
>>>>>> Ripple Inc.
>>>>>>

>>>>>>
>>>>>>
>>>>>>
>>>>>> On Wed, Nov 22, 2017 at 11:11 AM,
>>>>>> @ripple.com> wrote:
>>>>>>
>>>>>>> Sure will start getting this circulated.
>>>>>>>
>>>>>>> ets check in off of this email on all upcoming exchange
>>>>>>> listings. In order to make sure we can support from Marketing
>>>>>>> we'll need to get final sign-offs from Compliance/Legal. Let's
>>>>>>> chat more this next week in our 1-on-1.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Wed, Nov 22, 2017 at 9:09 AM,
>>>>>>> @ripple.com>
>>>>>>> wrote:
>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Can you confirm all sign-offs (including compliance) per this
>>>>>>>> process?
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On Nov 22, 2017, at 7:47 AM,
>>>>>>>> @ripple.com>
>>>>>>>> wrote:
>>>>>>>>
>>>>>>>> Hi
>>>>>>>>
>>>>>>>> There were some issues around PR'ing this given that Huobi got
>>>>>>>> in trouble/was fined for taking customer funds to invest in
>>>>>>>> high-yield, risky investments in the last couple of months.
>>>>>>>>
>>>>>>>> Do we know if the heat around them has died down?
>>>>>>>>
>>>>>>>> My inclination is not to promote because their reputation is a
>>>>>>>> it contentious, but welcome others' PoV.
>>>>>>>>
>>>>>>>>
>>>>>>>> Corporate Communications | Ripple @ripple.com
>>>>>>>> [image: Inline image 1]
>>>>>>>>
>>>>>>>> On Wed, Nov 22, 2017 at 7:18 AM,
>>>>>>>> @ripple.com> wrote:
>>>>>>>>
>>>>>>>>> Moving Monica to BCC since she's on PTO and hopefully not
>>>>>>>>> seeing this email until Friday :-)

>>>>>>>>>
>>>>>>>>> [redacted]
>>>>>>>>>
>>>>>>>>> Looks like Huobi <https://coinmarketcap.com/exchanges/huobi/>
>>>>>>>>> (one of the largest exchanges) is getting ready to list XRP on
>>>>>>>>> Huobi.pro based in Singapore. Are we able to provide some
>>>>>>>>> boosting on social, or release our own Tweet? No PR needed
>>>>>>>>> here since it's a holiday and such quick turnaround.
>>>>>>>>>
>>>>>>>>> [redacted]
>>>>>>>>>
>>>>>>>>> On Wed, Nov 22, 2017 at 8:00 AM, Patrick Griffin <
>>>>>>>>> [redacted]@ripple.com> wrote:
>>>>>>>>>
>>>>>>>>>> Are they doing any announcement? Are we supporting via tweet
>>>>>>>>>> or anything?
>>>>>>>>>>
>>>>>>>>>> +Monica since Brad pushed me on this.
>>>>>>>>>>
>>>>>>>>>> On Nov 22, 2017, at 12:15 AM, [redacted]@ripple.com>
>>>>>>>>>> wrote:
>>>>>>>>>>
>>>>>>>>>> FYI:
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>> Begin forwarded message:
>>>>>>>>>>
>>>>>>>>>> *From:* [redacted]@ripple.com>
>>>>>>>>>> *Date:* November 22, 2017 at 5:12:17 PM GMT+9
>>>>>>>>>> *To:* [redacted]@ripple.com>
>>>>>>>>>> *Cc:* [redacted]@ripple.com>, Miguel Vias <
>>>>>>>>>> [redacted]@ripple.com>, [redacted]
>>>>>>>>>> [redacted]@ripple.com>, [redacted]@ripple.com>, [redacted]
>>>>>>>>>> [redacted]@ripple.com>
>>>>>>>>>>
>>>>>>>>>> *Subject:* *Re: Partnership / listing XRP on the 3rd largest
>>>>>>>>>> exchange with 1M Chinese customers*
>>>>>>>>>>
>>>>>>>>>> Hi all,
>>>>>>>>>> Just got a message from Huobi that they plan to list XRP
>>>>>>>>>> tomorrow on their crypto to crypto exchange (Huobi.pro) based in Singapore.
>>>>>>>>>>
>>>>>>>>>> [redacted] pls share with the marketing team.
>>>>>>>>>>
>>>>>>>>>> [redacted]
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>> On Nov 21, 2017, at 11:25 AM, [redacted]
>>>>>>>>>> [redacted]@ripple.com> wrote:
>>>>>>>>>>

>>>>>>>>>> Keep me posted on the results of the due diligence. Would
>>>>>>>>>> love to offer some support on launching from the Marketing
>>>>>>>>>> side of things, but will have to wait on a final review by Monica when she's back in next week.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On Mon, Nov 20, 2017 at 4:56 PM,
>>>>>>>>>> @ripple.com>
>>>>>>>>>> wrote:
>>>>>>>>>>
>>>>>>>>>>> Hi
>>>>>>>>>>> They initially planned to list XRP on Nov 20th, but I
>>>>>>>>>>> suggested to them that they slow down and receive proper technical training etc.
>>>>>>>>>>> after going through our due diligence process. They are now
>>>>>>>>>>> going through the due diligence process, and once it's done,
>>>>>>>>>>> I'll put you in touch with their engineers, who I heard are based in SF.
>>>>>>>>>>>
>>>>>>>>>>> Flying drone! :)
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> On Tue, Nov 21, 2017 at 2:50 AM,
>>>>>>>>>>> @ripple.com>
>>>>>>>>>>> wrote:
>>>>>>>>>>>
>>>>>>>>>>>> The deck says "list XRP by Nov 20". Doesn't appear to be
>>>>>>>>>>>> on the site already.
>>>>>>>>>>>>
>>>>>>>>>>>> They seem like a serious bunch (see screenshot, esp the
>>>>>>>>>>>> little guy flying a drone!)
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> --
>>>>>>>>>>>>
>>>>>>>>>>>> Integration Engineer | Ripple ripple.com |
>>>>>>>>>>>> ripple.com/technology
>>>>>>>>>>>> PGP: 565F A26A 63B9 FC31 890F 897B 881E 6C43 36D4 84B3
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> On Sun, Nov 19, 2017 at 3:09 PM,
>>>>>>>>>>>> @ripple.com>
>>>>>>>>>>>> wrote:
>>>>>>>>>>>>
>>>>>>>>>>>>> FYI, a Chinese exchange named ZB.com has approached me and
>>>>>>>>>>>>> said they are going to list XRP on their exchange outside
>>>>>>>>>>>>> of mainland China this week. See more details in the
>>>>>>>>>>>>> attached deck. I was trying to meet someone there in HK
>>>>>>>>>>>>> last week but couldn't. I'll try to find time to talk today and keep you all posted.
>>>>>>>>>>>>>
>>>>>>>>>>>>> like other Chinese exchanges including OKex and
>>>>>>>>>>>>> Huobi, they are seeking marketing partnership with us.)

>>>>>>>>>>>>>
>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>
>>>>>>>>>>>>> Begin forwarded message:
>>>>>>>>>>>>>
>>>>>>>>>>>>> *From:*[redacted]@gmail.com>
>>>>>>>>>>>>> *Date:* November 19, 2017 at 7:10:43 AM GMT+9
>>>>>>>>>>>>> *To:*[redacted]@ripple.com>
>>>>>>>>>>>>> *Subject:* *Re: Partnership / listing XRP on the 3rd
>>>>>>>>>>>>> largest exchange with 1M Chinese customers*
>>>>>>>>>>>>>
>>>>>>>>>>>>> Hi [redacted]
>>>>>>>>>>>>>
>>>>>>>>>>>>> Hope you have had a great time in HK!
>>>>>>>>>>>>>
>>>>>>>>>>>>> I am sorry I couldn't manage to make the meeting happen.
>>>>>>>>>>>>> But I put some information about ZB and the plan to list
>>>>>>>>>>>>> XRP on the coming Monday together.
>>>>>>>>>>>>>
>>>>>>>>>>>>> I just wonder if you could have a look and see if we could
>>>>>>>>>>>>> have a phone call about it?
>>>>>>>>>>>>>
>>>>>>>>>>>>> Many thanks!
>>>>>>>>>>>>>
>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>[redacted]
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Wed, Nov 15, 2017 at 9:55 PM, [redacted]
>>>>>>>>>>>>>[redacted]@gmail.com> wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>>> Hi [redacted]
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Thanks for the prompt reply! Yes, they are now outside of
>>>>>>>>>>>>>> China.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> I am talking to them and see if they can meet you in HK.
>>>>>>>>>>>>>> Will keep you posted.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> I worked in HK for two years, love there :) Enjoy your stay!
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Cheers,
>>>>>>>>>>>>>>[redacted]
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> On Wed, Nov 15, 2017 at 9:25 PM, [redacted]
>>>>>>>>>>>>>>[redacted]@ripple.com> wrote:
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Hi [redacted]
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Thanks for your email.
>>>>>>>>>>>>>>> Where is ZB.com located? Given the recent ban on

>>>>>>>>>>>>>>> exchanges in China, I assume they are located outside of
>>>>>>>>>>>>>>> China? I am visiting HK today and tomorrow. In case they
>>>>>>>>>>>>>>> happen to be located in HK, I could meet f2f too.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Nov 16, 2017, at 11:14 AM,
>>>>>>>>>>>>>>> gmail.com> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Hi
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> I am writing to thank you for hosting a meeting with us
>>>>>>>>>>>>>>> recently. All members of the delegation had a great time at your office.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Besides that, the head of 3rd largest exchange in China,
>>>>>>>>>>>>>>> ZB.com, is asking me to contact you about building
>>>>>>>>>>>>>>> partnership and community in China and list XRP on their
>>>>>>>>>>>>>>> international exchange.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> I am preparing a detailed introduction of ZB.com and can
>>>>>>>>>>>>>>> share more information.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> I just wonder if we can schedule some time to discuss this.
>>>>>>>>>>>>>>> Many thanks!
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Tue, Oct 24, 2017 at 11:34 AM,
>>>>>>>>>>>>>>> @ripple.com> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Here you go!
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> On Tue, Oct 24, 2017 at 9:22 AM,
>>>>>>>>>>>>>>>> gmail.com> wrote:
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Can you please attach the deck again?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Tue, Oct 24, 2017 at 1:41 PM,
>>>>>>>>>>>>>>>>> ripple.com> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Hi
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Here is the presentation deck for your reference.
>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> When you arrive at the lobby of our building, please
>>>>>>>>>>>>>>>>>> let your name and that you are visiting Ripple, and
>>>>>>>>>>>>>>>>>> come up to the M floor, where our company lobby is.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> On Mon, Oct 23, 2017 at 5:11 PM,
>>>>>>>>>>>>>>>>>> @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Hi
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Thanks for the confirmation. Yes, we will be there
>>>>>>>>>>>>>>>>>>> on time. Currently, there are ~20 people.
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> I want to ask if you can send me the presentation
>>>>>>>>>>>>>>>>>>> deck so that I can warm up and make the translation
>>>>>>>>>>>>>>>>>>> process more smoothly. Thank you!
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On Mon, Oct 23, 2017 at 10:47 PM,
>>>>>>>>>>>>>>>>>>> @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Just want to doublecheck that your team will be
>>>>>>>>>>>>>>>>>>>> visiting our office at 4pm on Wed as scheduled?
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> And is it still 25+ people?
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Thanks
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> On Sep 27, 2017, at 1:30 PM,
>>>>>>>>>>>>>>>>>>>> @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Hi can we do 50/50? Some of them are also
>>>>>>>>>>>>>>>>>>>> investors, I think they will be interested in the solution. Thanks!
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 1:52 PM
>>>>>>>>>>>>>>>>>>>> @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Ripple has two parts of businesses; cryptocurrency
>>>>>>>>>>>>>>>>>>>>> related and enterprise blockchain software for banks.
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Given the audience list, I assume that they are
>>>>>>>>>>>>>>>>>>>>> more interested in hearing about cryptocurrency (XRP)?
>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>> Or do you want us to cover both topics equally?
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 11:42 AM,
>>>>>>>>>>>>>>>>>>>>> @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> No worry! 4pm Oct 25 works for us. I think we can
>>>>>>>>>>>>>>>>>>>>>> have a broad conversation about blockchain,
>>>>>>>>>>>>>>>>>>>>>> Ripple's latest business development and explore
>>>>>>>>>>>>>>>>>>>>>> cooperation opportunities etc. Please also let me know your thoughts about the topics and the location. Thank again!
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 1:31 PM,
>>>>>>>>>>>>>>>>>>>>>> @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Apologies! Actually 4pm on Oct 25th works best
>>>>>>>>>>>>>>>>>>>>>>> for us since some of my colleagues are flying back to SF in the early afternoon.
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Let me know if that works for us.
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 10:41 AM,
>>>>>>>>>>>>>>>>>>>>>>> < @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Apologies for changing again..
>>>>>>>>>>>>>>>>>>>>>>>> After checking with my colleagues again, it
>>>>>>>>>>>>>>>>>>>>>>>> seems October 25th works better for us.
>>>>>>>>>>>>>>>>>>>>>>>> Would 2pm work for your team? We could have a
>>>>>>>>>>>>>>>>>>>>>>>> networking session plus presentation.
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Please let me know what your team particularly
>>>>>>>>>>>>>>>>>>>>>>>> would like to hear from us in the session.
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> On Thu, Sep 21, 2017 at 9:06 PM,
>>>>>>>>>>>>>>>>>>>>>>>> @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>> Emi, Oct 27th works! Sorry for the confusion.
>>>>>>>>>>>>>>>>>>>>>>>>> Will it still be at noon?
>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>> On Thu, Sep 21, 2017 at 7:55 PM,
>>>>>>>>>>>>>>>>>>>>>>>>> < @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> We received the same inquiry from another

>>>>>>>>>>>>>>>>>>>>>>>>>> person but with a different agenda. It said
>>>>>>>>>>>>>>>>>>>>>>>>>> the group will be in SF from Oct 25 to Oct 28.
>>>>>>>>>>>>>>>>>>>>>>>>>> If you are indeed in SF between Oct 25 and
>>>>>>>>>>>>>>>>>>>>>>>>>> Oct 28, we prefer to host you on Oct 27.
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Let me know your availability.
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 15, 2017 at 3:11 PM,
>>>>>>>>>>>>>>>>>>>>>>>>>> @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> Hi hat's very nice of you. I will
>>>>>>>>>>>>>>>>>>>>>>>>>>> update my team and confirm with you about
>>>>>>>>>>>>>>>>>>>>>>>>>>> the meeting when the delegation land in SF.
>>>>>>>>>>>>>>>>>>>>>>>>>>> Cheers,
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> ------------------------------
>>>>>>>>>>>>>>>>>>>>>>>>>>> *From:* @ripple.com>
>>>>>>>>>>>>>>>>>>>>>>>>>>> *Sent:* Thursday, September 14, 2017 4:48:13
>>>>>>>>>>>>>>>>>>>>>>>>>>> PM
>>>>>>>>>>>>>>>>>>>>>>>>>>> *To:* @gmail.com;
>>>>>>>>>>>>>>>>>>>>>>>>>>> @gmail.com
>>>>>>>>>>>>>>>>>>>>>>>>>>> *Subject:* Re: Business visit request - from
>>>>>>>>>>>>>>>>>>>>>>>>>>> Chinese blockchain delegation
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> I just connected with my colleagues.
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> Would October 25th, Wed work for you?
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> We could host you for lunch starting at
>>>>>>>>>>>>>>>>>>>>>>>>>>> noon, and then do a presentation.
>>>>>>>>>>>>>>>>>>>>>>>>>>> Let me know if that would work for your group.
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> On Thu, Sep 14, 2017 at 1:41 PM,
>>>>>>>>>>>>>>>>>>>>>>>>>>> ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Dear
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Nice to meet you. I'm at Ripple.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> We would be more than happy to host your
>>>>>>>>>>>>>>>>>>>>>>>>>>>> group at our HQ in San Francisco.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> How much time do you expect us to host your
>>>>>>>>>>>>>>>>>>>>>>>>>>>> group for? 1hr presentation + 30min networking session?

>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> I'll check my colleagues' schedule.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]@ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>>>>>>>>>>>>>>>>>>>>> From: [REDACTED]@gmail.com>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Date: Thu, Sep 14, 2017 at 10:46 AM
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Subject: Business visit request - from
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Chinese blockchain delegation
>>>>>>>>>>>>>>>>>>>>>>>>>>>> To: [REDACTED]@ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Cc: [REDACTED]@gmail.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Dear *Mr. Garlinghouse,*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> I hope the email finds you well! My name is
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] and our team is organizing a
>>>>>>>>>>>>>>>>>>>>>>>>>>>> delegation mainly from [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] and Okcoin to visit innovative blockchain/cryptocurrency companies in the US like Ripple.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Would you be willing to meet with them in
>>>>>>>>>>>>>>>>>>>>>>>>>>>> San Francisco someday between Oct 21 and
>>>>>>>>>>>>>>>>>>>>>>>>>>>> 25? The purpose is to explore potential cooperation opportunities between you and the delegation.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Mr. [REDACTED] Director of [REDACTED] who also
>>>>>>>>>>>>>>>>>>>>>>>>>>>> attended Davos Forum 2017 as China
>>>>>>>>>>>>>>>>>>>>>>>>>>>> representative together with [REDACTED] will be leading the delegation.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> The delegation, including the managing
>>>>>>>>>>>>>>>>>>>>>>>>>>>> directors of leading Chinese Blockchain
>>>>>>>>>>>>>>>>>>>>>>>>>>>> enterprises and top cryptocurrency exchange
>>>>>>>>>>>>>>>>>>>>>>>>>>>> platforms and venture capitals, would like
>>>>>>>>>>>>>>>>>>>>>>>>>>>> to discuss every aspect of blockchain with you, as well as to explore cooperation and investment opportunities.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> P.S. I CCed my team member [REDACTED] If
>>>>>>>>>>>>>>>>>>>>>>>>>>>> interested, you can contact with any of us
>>>>>>>>>>>>>>>>>>>>>>>>>>>> and we will provide more detailed information. Look forward to hearing from you!
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Best regards,
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]

Case 1:20-cv-10832-AT-SN   Document 862-1   Filed 06/18/23   Page 15 of 19

\* - Attached: schedule and delegation\*

Oct 21 - 25, San Francisco

Oct 26 - 28, New York

- ███████████████████ Director-general
- ███████████████████
- Yuanbao Digital Currency Exchange Platform, General Manager
- Okcoin Bitcoin Exchange Platform, Chairman
- Jubi Digital Currency Exchange Platform, General Manager
- Huobi Exchange Platform, CEO
- ███████████████ GM of Shanghai Branch
- ███████ Doctoral Supervisor
- ███████ Partner
- ███████ CEO
- ███████████ CEO
- ███████████████ Co-founder
- ███████████ CEO
- █████████ Co-Founder
- ███████████████ Chairman
- █████████████ Assistant to Chairman
- ███████████ GM of Software Development
- ███████████ GM of Software Development

14

<␂boilerplate>FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.        RPLI_SEC 0052069</␂boilerplate>



>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] Managing Partner
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] Managing Partner
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] Co-Founder
>>>>>>>>>>>>>>>>>>>>>>>>>>>> and CMO
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] COO
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Co-Founder
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] Director
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] CEO
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] CEO
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> • [REDACTED] General
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Manager
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]@ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]@ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED] Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]
>>>>>>>>>>>>>>>>>>>>>>>>>> [REDACTED]@ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>

15

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0052070

>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> @ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> @ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> @ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> @ripple.com | ripple.com
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> @ripple.com | ripple.com
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>

16

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0052071



>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> --
>>>>>>>>>>> [redacted]
>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>> [redacted]
>>>>>>>>>>> [redacted]@ripple.com | ripple.com
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> --
>>>>>>>>>>
>>>>>>>>>> [redacted]
>>>>>>>>>> Product Marketing | Ripple
>>>>>>>>>> [redacted]
>>>>>>>>>> [redacted]@ripple.com | ripple.com
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> --
>>>>>>>>>
>>>>>>>>> [redacted]
>>>>>>>>> Product Marketing | Ripple
>>>>>>>>> [redacted]
>>>>>>>>> [redacted]@ripple.com | ripple.com
>>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> --
>>>>>>>
>>>>>>> [redacted]
>>>>>>> Product Marketing | Ripple
>>>>>>> [redacted]
>>>>>>> [redacted]@ripple.com | ripple.com
>>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>> --
>>>>>
>>>>> [redacted]
>>>>> Product Marketing | Ripple
>>>>> [redacted]
>>>>> [redacted]@ripple.com | ripple.com

>>>>>
>>>>>
>>>>
>>>
>>
>>
>> --
>>
>> Director of Audience Marketing | Ripple @ripple.com |
>> ripple.com
>>
>
>

--

Director of Audience Marketing | Ripple
@ripple.com | ripple.com

--

Antoinette O'Gorman
Chief Compliance Officer | Ripple
@ripple.com | ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0052073