# PX 456

Message

**From:** Breanne Madigan [████████]
**Sent:** 11/12/2019 11:29:49 AM
**To:** ████████@ripple.com]
**Subject:** Fwd: Follow-up
**Attachments:** Natural Liquidity Task Force - Proposal.pdf; Insti Markets - Strategy and Resourcing.pdf; ODL and ODL liquidity - BD_Prod_Insti Mkts.pdf; Bi-directional Flow v2.pdf

# Redacted-Privilege

---------- Forwarded message ---------
From: **Ron Will** <████@ripple.com>
Date: Tue, Nov 12, 2019 at 1:31 PM
Subject: Follow-up
To: ████████@ripple.com>
Cc: Breanne Madigan ████████@ripple.com>



Attached are several presentations that might be helpful - 2 on what her team does and how it interfaces with other teams and 2 on natural liquidity.

Please let Breanne and I know any questions

Best,
Ron

--
Ron Will
Chief Financial Officer | Ripple
████@ripple.com | ripple.com

**ripple**

--
Breanne Madigan
Global Institutional Markets
████████@ripple.com

# ripple

# Bi-Directional Flow

Hypothesis and Plan for Testing

October, 2019

INTERNAL      1

HIGHLY CONFIDENTIAL

RPLI_SEC 0982752



1. Executive Summary
2. Background
3. The Problem
4. Natural Liquidity
5. The Solution
6. Predictions
7. The Ask
8. Appendix

INTERNAL    2

HIGHLY CONFIDENTIAL   RPLI_SEC 0982753

## Executive Summary

- Ripple subsidizes liquidity for nearly the full notional size of ODL volume, **which is expensive and unsustainable**
- **Subsidies are necessary to support ODL volumes**, because one sided flows are not profitable for MMs
- **Subsidies were expected and modeled** for (markets / finance) but **developing natural liquidity** is an area of focus to reduce % subsidy over time as
- **Natural liquidity** is defined as unsubsidized order book liquidity that is capable of supporting trading activity
- **No supporting data exists for how long it will take for natural liquidity to develop to the level needed to support ODL at scale because this has never been done before.**
- The markets team would like to test **adding bi-directional flow** as a method to help spur natural liquidity
- **Hypothesis:** Bi-directional flow should have an outsized impact in the growth of natural liquidity as it should create **efficiencies to help make markets**
- ▇▇▇ is a payments platform looking to join RippleNet in order to send payments from MXN to USD, and would be **a strong test case** to see if bi-directional flows increase natural liquidity.

## Background: XRP Open Order Books and ODL Flows

On-Demand Liquidity leverages the **open order book liquidity** of an exchange to facilitate payments

ODL partner exchanges can have **lower natural supply and demand for XRP (liquidity) relative to ODL volume** and sometimes **large differences in liquidity** between source and destination exchanges.

As a result, Ripple has to subsidize the liquidity for the **nearly the full notional size of ODL volume** in a given period (regardless of the average transaction value) **by paying MMs**



USD
(10/29/19)

Bitstamp
coinbase
kraken

ODL Volume →

MXN[1] $2M+
(10/29/19)

BITSO

[1] MXN volume represented in USD equivalent

INTERNAL   4

HIGHLY CONFIDENTIAL

RPLI_SEC 0982755

# Background: Why Does Ripple Need to Pay MMs to Support ODL?

**MMs have no incentive to support ODL flows without a subsidy** because supporting one sided flows is not profitable

One sided flows subject MMs to the same **frictions Ripple is trying to solve for** (time + cost)

The majority of the **capital Ripple provides market makers is idle/in-flight**



INTERNAL  5

HIGHLY CONFIDENTIAL                                                          RPLI_SEC 0982756

# The Problem: Paying MMs to Facilitate ODL Flows is Unsustainable

**MM incentives are really expensive!**
- Total **MM fees are projected to exceed** ▓▓▓▓ and **total lease / loan amounts are expected to exceed** ▓▓▓▓ through June 2020 (using conservative natural liquidity growth estimates)
- These costs **were expected and modeled for** (markets / finance), as our MMs were tasked with providing liquidity where it did not exist before
- While the high cost of supporting ODL through MM incentives was anticipated, it is significant - the next area of focus is developing natural liquidity to reduce % subsidy over time.

**Ripple will need to continue MM incentives** until natural liquidity takes hold

- Although Ripple has forecasted MM incentives for various bull/bear case scenarios, we have budgeted for the more conservative (i.e. expensive) outcome assuming NL takes time to develop
- We have identified a number of levers to enhance **natural liquidity**
- Testing will begin in November

# Natural Liquidity: What is It? And How Does it Develop?

**Natural Liquidity** is unsubsidized order book liquidity that is capable of supporting the trading activity taking place on the venue in question

A market with natural liquidity is characterized by
- Balanced active buying and selling demand
- Tight spreads with few mispricings that lead to arbitrage opportunities
- Ample order book depth to enter and exit positions

ODL disrupts and overwhelms this natural liquidity on low-volume venues, skewing the buying and selling demand and overwhelming the order book liquidity.

**Natural liquidity** develops when new players notice the opportunity inherent in price-agnostic flows and they join the venue to monetize that opportunity.

**No supporting data exists for how long it will take for natural liquidity to develop to the level needed to support ODL at scale because <u>this has never been done before.</u>**

INTERNAL    7

# One Solution: Boosting Liquidity with Bi-Directional Flow

**Increased bi-directional flow** to boost natural liquidity is one of the main hypotheses the markets team feels is necessary to test

As ODL payments are spread-crossing orders that interact with resting orders on an exchange, Bi-directional flow should **allow a market participant to capture spreads** on the exchange

**What is the Impact?**
- <u>**Reduce MMs costs in turn reducing Ripple's subsidies**</u> by reducing the amount of wire transfer fees, forex fees, spread costs
- <u>**Reduce the reliance on XRP leases and USD loans**</u> by creating an environment where MMs can instantly convert currencies on exchange instead of going through forex brokers outside the system and wiring money back in.

# Predictions: Bi-Directional Flow Should Have an Outsized Importance to the Growth of Natural Liquidity

Assume that Natural Liquidity growth occurs in proportion to the profit that a trader can expect to make.

Under this assumption, here is a theoretical accounting of the lifecycle of a trade facilitating one-directional flow compared to two-directional flow.

With the profitability difference shown, we should **expect that Natural Liquidity will grow an order of magnitude more quickly**.

|  | One-Directional MXN Flow | Two-Directional MXN Flow |
|---|---|---|
| Spread Captured | + 45 bps | + 45 bps |
| Trading Fee (Bitso) | - 5 bps | - 5 bps |
| Spread Paid (Bitstamp) | - 3-4 bps | - 0 bps |
| Trading Fee (Bitstamp) | - 5 bps | - 0 bps |
| FX Broker Fee | - 30 bps | - 0 bps |
| **Total Profit** | **1-2 bps** | **40 bps** |

INTERNAL    9

HIGHLY CONFIDENTIAL                                                                 RPLI_SEC 0982760

## The Ask: Onboard dLocal as Test Case

**Who is ▇▇▇?** - ▇▇▇ is a 360 payments platform for EM looking to join RippleNet in order to send payments from MXN to USD

**Why ▇▇▇?** ▇▇▇ is the perfect candidate to allow us to test the benefits of bidirectional flow in the USD/MEX corridor. They currently execute ~$8M/month MXN/USD and may be willing to modify their flow to fit Ripple test parameters.

### What are the hurdles?
- MXN to USD is not a corridor on the RoadMap
- ▇▇▇s number of transactions is low - only 50 per month

### Why do they deserve an exception?
- This is a timely and unique opportunity to test bidirectional flow
- The universe of customers that send payments from MXN to USD is limited
- ▇▇▇ is eager to join RippleNet

INTERNAL  10

HIGHLY CONFIDENTIAL

RPLI_SEC 0982761

# APPENDIX

- Projected Costs for MM Incentive program
- Cost Breakdown for ODL September

CONFIDENTIAL   11

HIGHLY CONFIDENTIAL                                          RPLI_SEC 0982762

# Projected Costs for MM Incentive Program

- Ripple has to pay market makers a **fixed fee per month** per corridor as well as a **volume based fee**
- **Ripple** also **provides working capital** to our market makers, with a large effect on our balance sheet: estimated ▮ in leases / loans through June 2020 with just ▮ corridors averaging less ▮ per day per corridor, assuming natural liquidity does not grow

| | Corridors | Avg. Flow per Corridor | % of volume by | Market Making Fee | Total loan amount | loan amount in cash | Cash outflow | XRP outflow |
|---|---|---|---|---|---|---|---|---|
| November | 3 | $847,177 | 85% | ▮ | $6,929,812 | $5,543,850 | $2,429,246 | $1,601,911 |
| December | 3 | $1,315,017 | 85% | ▮ | $10,756,697 | $8,605,358 | $3,061,508 | $2,060,737 |
| January | 5 | $1,341,963 | 85% | ▮ | $18,295,186 | $14,636,148 | $6,030,791 | $3,537,168 |
| February | 5 | $1,932,809 | 85% | ▮ | $26,350,272 | $21,080,218 | $6,444,069 | $4,273,549 |
| March | 5 | $2,003,490 | 85% | ▮ | $27,313,874 | $21,851,099 | $770,882 | $2,930,983 |
| April | 5 | $2,104,892 | 85% | ▮ | $28,696,314 | $22,957,051 | $1,105,952 | $3,123,399 |
| May | 5 | $2,245,190 | 85% | ▮ | $30,609,015 | $24,487,212 | $1,530,161 | $3,379,773 |
| June | 5 | $2,463,990 | 85% | ▮ | $33,591,940 | $26,873,552 | $2,386,340 | $3,828,250 |

HIGHLY CONFIDENTIAL                                                     RPLI_SEC 0982763

## Cost Breakdown for ODL for September

- In September, ODL payments totalled $■
- To support this volume, Ripple paid ■ in market maker fees ■
- To support this volume, Ripple provided $2.5M in working capital to market makers ■
- There were ■ in FX differences covered
- There are also payment partner incentives and exchange incentives

INTERNAL    13

HIGHLY CONFIDENTIAL

RPLI_SEC 0982764