# PX 457

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
) File No. NY-09875-A
RIPPLE LABS, INC. )

SUBJECT: RPLI_SEC 1141099_HIGHLY CONFIDENTIAL
PAGES: 1 through 29

VIDEO TRANSCRIPTION

Diversified Reporting Services, Inc.
(202) 467-9200

PROCEEDING

RPLI_SEC 1141099_HIGHLY CONFIDENTIAL

[redacted] Hey, guys. I think we can get started. Just waiting for the defi team to come back. I think they're grabbing food right now. Yep. Cool. So hey, guys. Again, my name is [redacted] I do operations here at Spring. I just want to thank everyone, again, for coming. I know there's a lot of logistical things to navigate for being in person, so really, really appreciate it.

Like Ethan said, this is an amazing team, probably the best team I've ever gotten the chance to work with, so really, really awesome to have you guys all in the room. I think we're launching some really, really cool things over -- over the week. And so it's going to be awesome.

So part of all hands is kind of just giving visibility to what we are doing as a group, you know? All of us are kind of pushing out our own initiatives. It's cool to see how it all comes together, which we'll be doing tomorrow during our product launch and on Thursday during our keynote. Another part of it is just like meeting everyone, right? So I think it's the first time we're all in -- in one room. And so with that said, you know, we did very brief, cursory introductions to

start, but definitely please, please come to our happy hour at 5:00. I think all of you guys are in the invite with the address. I think it's just a couple blocks away from here.

We're going to, you know, laugh, chat, get to know each other a little bit more, in a more casual setting. I know everyone is kind of heads down pushing on, launching all the products, but if you could kind of spare a free hour or -- or two to kind of meet everyone, chat, we'll have drinks, we'll have non-alcoholic drinks; we'll have food, so it'll be good to kind of just have everyone there.

Cool. Well, this is kind of the -- the last part of our all hands. And I purposely did it during lunch because it's very -- it will be very brief and it's kind of very high level. And -- and it -- and in -- in some parts, it's -- it's about Spring. It's -- it's a little bit more than Spring. It's -- it's about Ripple and what Ethan kind of teed up was this is all about stewardship. And so I'm going to tell you guys a little bit what that is, what we're doing to kind of address it, moving forward, how all of us can kind of play a role in it. It's something I've been pushing on for the past few months or so.

Cool. So what is stewardship? Kind of an open

question that we kind of try to narrow down on, but essentially what it is is, as Ethan teed up, Ripple, as a company, owns a lot of XRP. It was gifted to us by the creators of the ledger to be, you know, good stewards of the ecosystem. So what we're trying to do is kind of unpack that and see how we could be better stewards if we were being good stewards right now, if not, what is the path towards remediation?

But what is kind of important about stewardship? For me, I think stewardship is -- is kind of -- and in another way, just -- just how we achieve our vision of the internet of value, right? We want to bring money to the internet at Spring as the open platform. But broadly, you know, Ripple also thinks about how money can move like information does today.

And how that's done is -- is -- is through XRP's stewardship, right? How do we use the XRP that was gifted to us to the best of our abilities? How do we create a vibrant ecosystem? How do we make sure that there's trust in Ripple as a steward in order to do so?

And if we don't kind of think about that in a very strategic and structured way, we're not going to be doing it right. And so it's -- it's definitely something that's very top of mind for leadership because we need structure around how we are good stewards or else, you

Page 5

know, there's (inaudible).

There's definitely lots of critics. There's definitely a very unclear way of how we want to communicate to the public and -- and how we want to promote the utility of XRP, so this is something that I -- I kind of proposed to Brad and the leadership team about a month ago with Ethan's help.

So what is this framework and -- and why is it important? So basically, I talk to a lot of folks, you know, David Schwartz, Arthur Britto, other folks about, you know, what are the important parts of stewardship and -- and how do we kind of make sure that we are good stewards? It's essentially landing on, kind of, three key portions. There's one part about core principles, which is, you know, how do we make sure that people are trusting XRP's role in creating the internet of value? How do we make sure that people are trusting that Ripple is the right steward for XRP to kind of drive that vision?

The second thing is markets, you know -- markets are -- are important, you know? There's a lot of speculative nature right now, but like Ethan said, it drives a lot of liquidity for the importance of XRP. It's -- it's what a lot of folks in the public think about when they think about XRP right now. So how we can

Page 6

be good stewards to them.

And then lastly, it's about technology, which is, by design, exactly what Spring is doing. You know, how do we drive adoption? How do we drive the utility of XRP? Well, we need the ledger to be great and continue being great. We want developers to love using XRP and have it easily built into their apps. We want end consumers to be using XRP and be using ILP.

They want it to be relevant. They want it to be useful. They want it to be easy. And so how do we do that? How do we ensure good stewardship? It's through strategies that I will be proposing later in this document, as well as communications, which we are coordinating with Monica and her team, the coms team and how to really execute on presenting all of these things to the public and making sure that we are taking good control of our narrative and kind of really owning that.

So these next three pages are essentially, you know, I know I hit them pretty quickly, what we are encountering right now against these three kind of buckets of our framework and what we can be doing in the future in order to, you know, as like an aspiration of -- of what the future could be. But quickly, you know, core principles, it's about trust. It's about trust in Ripple. It's about belief in the IOV and right now, you

Page 7

know, there is, for lack of a better term, limited public understanding of -- of what XRP's values are. Is it open? Is it decentralized? Yes, but there seems to be a lot of misinformation or misconceptions about that. So how do we address that?

There's a lot of confusion between Ripple and XRP. We had a gaff from [redacted] earlier, calling it -- mixing up Ripple and XRP. So how do we kind of address the marketing debt, I think, [redacted] and [redacted] call that brand debt, yes. There's negative narratives, which we would have to combat. So how do we kind of take control of that narrative as well. A lot of that is very much fluffy. It's very much about values and communications but very important.

Secondly, markets, you know, there's a component about supply. When I spoke to the markets team about how we're thinking about this, it's really just about selling. How do we sell XRP? How do we use it to fund our business?

And, you know, there's a -- there's a proposal that we have to -- to kind of make sure that we're thinking about other things, to make sure we're good stewards in the market, we're making sure that inflation rate is something that's important, supply introduced by other groups is something that's important. Having full

Page 8

visibility as a company and even disseminating to the public about who owns how much XRP, who is selling it and everything, that's something that we -- is an option for us to be better stewards.

Demand is -- is about how do we make sure XRP is everywhere right now. How do we make sure that liquidity is -- is tracked and is important? And then certainty, you know? I think right now, in terms of markets, we saw XRP in every quarter. We tell folks how much XRP we're selling. How do we kind of forecast that so folks know what to expect as opposed to learning about it retroactively?

And then technology. Technology is very much what we've been talking about for the past few hours. You know, there's a ledger. How do we make sure that it is the best technology out there for -- for settlement? How do we make sure that the platform is something that is vibrant, full of developers using tools, services and programs that are easy to use?

And then the asset, how do we make sure that, you know, we find other killer apps beyond just what Ripple is trying to drive for on-demand liquidity through RippleNet?

And so how do we do that? This is a very high-level proposal, so I can talk through this quickly

and then I'm going to talk through how we're actually going to be doing it in a more tactical basis. How we're doing it is -- is through a lot of alignments. So basically, we have three meetings for each of these buckets that our different folks in Ripple and Spring are leading the charge on.

So I, myself, and -- and Ethan are -- are the convenors of -- of all of this. We're serving as, for lack of a better word, the -- the GMs of stewardship at Ripple. So there's a core principles meeting, what we want to do is just align on what we want XRP to convey to the public. There's a piece around potentially having an XRP constitution or a manifesto.

There's a piece around maybe creating a foundation, you know, all of these are proposals that will have to have a lot of data and details around it, but that's kind of a starting point for how we're thinking about it. For markets, I am working with a markets team every week, starting next week, on how we, you know, research and propose and execute on a better way to sell XRP, as opposed to what they have right now.

Right now, they sell XRP based on 24-hour volume. It's a certain BIPs of 24-hour volume. But is there a way that we can forecast this? Is there a way that we can be very transparent about who is selling

outside of us and what the end state goal of our selling is?

And then lastly, for technology, it's what we're doing right now. And, you know, we've got to keep on doing what we're doing and we're doing some really awesome stuff, so definitely trust our team to execute on the bottom bucket.

But how that kind of ladders up, so there's those meetings that we're pushing on every week and then every month -- sorry, there's a cross-functional team that's kind of owning it. It's us at Spring. It's marketing coms. It's markets. It's finance. We meet to kind of game plan on and have a status check on how we're tracking towards all of these things. And then every month, we meet with Brad and his leadership team to kind of not only report on what we're doing, but also align on key decisions because imagine, you know, we have yet to truly kick this -- this off.

This was a proposal we had a month ago and we've kind of been heads down on our product launch, but next week, we're going to kick it off and then we're going to show him some options of how we want to execute things against these different buckets, whether or not a constitution is the right thing to do for core principles, whether or not we want to have a new sales

plan for the markets, whether or not we want to have a better way to track liquidity internally, the updates that we have from the spring.

So we'll keep you guys posted on that, but that is kind of how we're thinking about stewardship and how we're thinking about executing on it. It's definitely very top of the mind for a lot of folks at Spring and a lot of folks at Ripple. So we'll definitely keep you guys in the loop and hopefully if you guys are interested and want to help out, we are more than happy to have more folks kind of with this charge. Thanks.

(Applause)

Yes. Questions, yes?

MALE SPEAKER 1: So is the -- the XRP constitution sort of a precursor to a potential governance model?

[redacted] Yeah. That's a great question. I think the short answer is yes, it -- it could be. I was just speaking to [redacted] She had a very similar way of how they execute in [redacted] They had a constitution. They had a whole operating model with governance behind it. That is potentially what we're looking into. Again, this is very much just the research phase, but I think a no-regret is to align on what we think are the core principles of XRP and of distribute that to the public.

MALE SPEAKER 1: Just to clarify the question, are you referring to like governance on how to update the core protocol in GitHub?

MALE SPEAKER 2: Not exactly sure what all is involved in governance, but, you know, it's -- it's the -- right now, there are some people on the Ripple D team who are responsible for every single commit. And, you know, how do we -- how do we open that up?

Because it -- you know, yes, we do want to be in control of those commits for a while now, but while that's true, it's less of an open project than if we start opening it up to other people who are involved seriously in the XRP echo system. And it's not necessarily all about commits. It could be about which projects, you know, we -- we have some number of paid developers. What's important for us to be working on?

Right now, that's being determined by us inside the team. And it's possible that folks outside the team say, you know, here's something that's really important to us. We don't necessarily have the skills or, you know, money to get this to happen on the XRP ledger, but if you did this, it would give us, and a bunch of other folks, some real leverage. How do they communicate that to us? You know? So those -- those are the kinds of things I'm thinking about.

Page 13

MALE SPEAKER 3: Yeah, just to piggyback, also context for the -- the new guys, so classically, like, first of all, I don't think anyone's done blockchain governance like right. It's like probably the most complicated thing in blockchain. You can make arguments on across the board, down, whatever list you want to make.

And then classically, though, governance, like, the way mostly interpreted is on -- on chain and then off chain. So the on chain governance model, you know, with how validators vote for amendments and how that, you know, the amendments get included on chain is like pretty classic. You know, I think that works really well. Actually, really well thanks to, you know, David and -- and [redacted]nd everyone that -- that created that model.

But it's how do we layer the off chain people, like the -- we know how to move the bits, but how do we move the people to make the decisions? Because, you know, this team, you know, collectively, like just proposing changes and then assuming that the network is going to automatically -- like, that's going to -- that's going to work until it doesn't work. And then when it doesn't work, that's when the governance doesn't work anymore.

So we've been like lucky to have a community

Page 14

that's supportive of the work that, you know, this team and the third party developers do, but have also been in the Bitcoin world where that doesn't work and there's friction and then everything breaks. So how do we prepare for a future state where there is disagreement in terms of what the developers in this room and what the developers outside of this room think is best for the XRP ledger?

So that model, you know, there's a lot -- there's a lot of examples that have been proposed. Tezos is like one of them. Probably not the best model, but they were -- it was interesting. So I think we have the -- some hindsight to look back on and, you know, do really well, so it's all up to [redacted].

[redacted] I have far more microphones, though.

(Crosstalk)

MALE SPEAKER 4: Hello. So yeah, thanks for putting this together, [redacted] I think it's super interesting and very important. I had a couple of ideas, a few ideas come to mind, so I just wanted to put them out there and maybe get your thoughts. One thing is around you mentioned inflation, I'm not sure if this is a readily available thing, but I think it would be relatively straightforward to compare it to inflation in other digital assets like Bitcoin and Ethereum. So like

Page 15

one is sort of like inflation in terms of percentage of the existing supply that's out there.

And then the other is inflation in terms of like dollar notional value, so like how many dollars per unit time. And then you mentioned about the goal of selling XRP. And I just have three that immediately come to mind. One is, of course, sort of growing the war chest, so selling XRP to fund operations and just have more like liquid funding available. The next thing would be the opportunity to stabilize the price of XRP.

So, you know, you can imagine if there's not a lot of XRP out there for sale, of course, if someone tries to buy XRP, the price would move up. But kind of the opportunity of having this pool available is you kind of stabilize that. And then the third thing is just around the decentralization. So like reducing Ripple's holdings because a lot of people in the wider ecosystem kind of look at it as like oh, Ripple holds 60 percent, so obviously, this isn't a decentralized asset. So, you know, there's benefit there to kind of reducing that over time.

[redacted] Yeah, definitely. And thank you for your thoughts. And again, have -- have yet to actually kick off the cadence of meetings with the markets team, but I'll definitely get a lot deeper into how they're

Page 16

thinking about it as well. I think they have some proposals. Just some quick reactions to what you shared again, thank you. Supply, definitely, those are the two metrics that I think about. Historically, when we've looked at our supply introduction versus other digital assets, it has been higher.

And I think if you read the markets report, it's because we have been using Coin Market Cap as a benchmark for volume. And so again, the current selling of XRP strategy is around a few -- like some X BIPs, again, it's 24-hour volume.

MALE SPEAKER 3: Just a quick comment there. I think there are probably various reasons it wouldn't be the case, but ideally, it would be like inflation. And the two ways of looking at it that I mentioned would be similar, like roughly the same or maybe slightly less than Bitcoin and Ethereum ideally, I think, just a thought.

[redacted] Yeah, definitely. And again, what -- like let's definitely have a later chat about this -- about this afterwards. Definitely lots of thoughts in sort of how to -- how to do it. Love to -- love to get your thoughts -- love to get the whole team's thoughts on how we're kind of thinking about this. And so definitely a -- a very hairy issue that I think the origination is

trying to grapple. So the more -- the more bright minds that we have tackling this, the better.

MALE SPEAKER 4: I was wondering, is there a set of things that we tell say one of these ecosystem partners, say [redacted] or [redacted] or, you know, whoever comes next, like that, you know, we just gave you this injection of XRP, are there like a specific set of guidelines that they're supposed to follow to be, you know, more responsible in using them?

[redacted] Do we have [redacted] in the room? Hey. Sorry, the question was around as we partner with more companies that want to, you know, drive utility of XRP, like [redacted] and [redacted], are there perimeters around when we inject capital or, you know, partner with them -- are there perimeters around, you know, how they're able to use that capital injection?

MALE SPEAKER 4: Yeah, just like mostly about accountability of how use the XRP?

[redacted] Yeah. A simple answer to this is we typically have sell limits. So if we go into an engagement and we're giving $1 million worth of XRP to this partner to complete XY&Z, they will be able to sell it in the market at -- you know, at -- at some basis point of what the total -- total daily volume is. And the idea there is to minimize impact on the markets since

we can do these deals without seeing kind of any adverse effect on the price.

I think going forward, you know, and part of having programs for developers and also for -- for partners as well, I -- I think a big framework we want to think about is like what does this do for XRP overall, specifically around creating demand for XRP.

So not just kind of like providing XRP to supply the market, but that they're going to use the XRP as like part of their application, generate more demand off of it through that initial supply of XRP and when you're providing the XRP, you're sort of getting a fly wheel started around liquidity and volume versus just providing funding. So I -- I think we're trying to kind of orientate some of our partnerships in the future around that as well.

MALE SPEAKER 5: So one other thing I want to point out, right, is in the past, you know, we've tried to be like -- you know, to listen to concerns from other people, from external partners and everything, no matter what we -- I've been in this space for a long time -- no matter what we do, we're going to catch flack for it, right? And I don't think the right approach should be for us to look and see what others expect of us.

I think the right approach is what we're trying

to do here, like define our own values and principles and saying this is what we -- this is what we believe in and this is how we're going to proceed and, you know, just make sure that we do the best -- the best job that we can, as opposed to constantly trying to address criticism after criticism, right? We've -- we've been down that road before in many different ways, right? Whether it's decentralization of validators or this or that, we've been down this road before.

Nothing we do will ever be enough for people, so we just need to be really cognizant of that, instead of trying to keep shifting all the time, you know, set -- set a course and -- and go with it.

[redacted] Definitely agree. And I think the point of this exercise or initiative, it's less about net new things to do, but more about two things. One is it's just a convenor of all of the things that we're already doing. So the markets team is already thinking about is there a better way to communicate to the market about how we sell; is there a better way to communicate about who owns what?

For technology, right, this is more or less just bringing together what we're already doing. In core principles, I mean that -- that -- that's a bit net new, but this is just a convenor of -- of all of the awesome

work we're doing with this company. And then too, it's about alignment, right? And to the next point, once we put a stake in the ground on what we want each of these strings to be, you know, within a few years from now, we can still turn to it, as opposed to, you know, setting sail every time that a new kind of narrative pops up that we need to address. So I'm pretty excited about the work we're about to do on this.

MALE SPEAKER 5: I have a -- I have a question maybe for the creators of the protocol, so David Schwartz and [redacted] and -- and anyone else who cares to comment. In -- in other comparable protocols like Bitcoin, Ethereum, you know, proof of stake chains that are coming out as well, the question of inflation is actually baked into the protocol itself, so there is a -- like, there is an inflation rate literally set in Bitcoin, according to how -- you know, how -- how proof of work minors perform against it.

I'm just curious if you guys -- like was there ever a discussion of having something similar in the protocol? Like we're -- we're having this discussion now about inflation rate of XRP, which essentially means how does Ripple sell it, but was there ever a contemplation of actually like baking that into the protocol itself, having like tech actually drive what the inflation rate

should be?

DAVID: So back in the early days, a cryptocurrency with inflation would've been like a veggie burger with bacon, like there were people who liked inflationary currencies and there were people who liked cryptocurrencies and there was zero overlap and no reason to think there would ever be one. Everybody who was interested in cryptocurrency were like fixed supply is where it's at.

But -- but in effect, you do have inflation because all of the XRP was not in circulation from day one, right? Ripple was sitting on a giant pile of it, Open Coin, at the time. And so the inflation -- essentially what you would up with is the founders of the company essentially acting like a central bank, in the sense that for the foreseeable future, they could control the -- they could increase the supply however they wanted.

They couldn't necessarily decrease it without spending capital to do so, but they could increase the supply however they wanted. And the theory was that we expected that Ripple would be -- or Open Coin would be able to push that supply down relatively quickly with things like giveaways and charitable contributions. That didn't work. That -- that turned out to be very naïve.

We -- we tried that strategy and it just -- it just failed. You can't drive adoption by giving something away. When you give something away, people convert it to dollars very quickly because there's nothing they can do with the ecosystem.

As -- as we all know now, it's a much harder problem than we kind of thought it was at the time. And we switch from giveaways to things like partnerships. We then -- we then kind of -- a couple of years ago, we realized that like we put ourselves in a position to be like the governors of the system for the foreseeable future because we had this giant pile. So to try to give some kind of predictability and some kind of control, we did the escrow, which at least guaranteed that Ripple would be in the market for many years, at least.

So at least Ripple didn't have like an exit scam motive. Although, really, if you think about it, it does -- the problem is had we made the escrow really tight and -- and limited the supply very aggressively, we may have discovered in, you know, two years later that we made a terrible mistake and there's nothing you can we can do about it. On the other hand, if we constrained ourselves very little, then it would be a sham escrow, like if we had just given it all to ourselves over six months or something. And so now, we're locked into

something that probably is too weak a guarantee. It isn't really providing any certainty.

And so the market is looking to us to signal through our actions. And to be brutally honest, like, our actions have signaled to the market that we're converting our XRP to dollars as quickly as we can. I mean that's -- I don't want to over index on what negative people say, positive people are like we're in this for the long term.

But like we're -- we're turning a lot of XRP into cash and we're using that -- that cash for all kinds of different things. And I think we need this kind of commitment to -- because we're the only people it can come from. Like, there's no other place where predictability and stability about supply and long term health can come from. There just -- because we just have this giant pile of XRP.

We have two conflicting desires. There is a strong desire on the part of the leadership of this company to get the amount of XRP we hold down. Like if we could push a button and be down to 40 percent, we'd do it. The problem is unless you come up with something that's a real strategic alliance, what happens is the XRP just becomes someone else's dollars instead of ours and then it just -- like in these partnerships, a lot of

these companies don't know how to use XRP strategically because there isn't an ecosystem for them to use it in.

And I think you could look at the Spring effort as a response to that, like this is kind of our way to solve that problem. And that's kind of what we're all kind of here to do at a very high level is to kind of get some way out of this. That's probably more honesty than you wanted.

[redacted] For the record, I volunteer to help the company go from $55 billion or whatever to $40. They have my address on file. (Laughter)

DAVID: Thank you, [redacted] That's extremely helpful.

MALE SPEAKER 6: Hey, David. Just, I guess, a follow-up to what you were just saying. I feel like the escrow has been pretty successful in terms of giving some certainty to like what inflation might look like but still, you know, like $1 billion every -- every release is still like quite a bit of uncertainty. I wonder if part of this governance, what -- what the appetite or -- or what the risks perhaps would be of Ripple saying like we're going to put some large portion of our XRP into a formal legal arrangement where we're basically saying over the next like 50 years, the inflation rate of XRP is going to be this. And maybe there's like 1 or 2 billion

Page 25

that we can still sell, but like the big pile is like very known because right now, it -- it feels like we have maybe a five-year horizon on inflation. I guess that's a follow-up to what you were saying.

DAVID: So -- so one thing I also want to say is that the escrow provides another benefit, too, which is everybody knows that a billion XRP is unlocked every month. And everybody looks at how much XRP is locked back up going into the next month. So that does give a sort of predictable drumbeat, which I think is something we didn't really have before. It's a regular signal and that people can sort of extrapolate from that. Of course, they're assuming that our behavior is not going to radically change. They don't have any guarantee about that.

What I would caution with some kind of a long term plan like that is that if it's too aggressive -- if it's not aggressive enough, it may seem like it's just right today and then if two -- a year from now or two years from now, it seems like it's either too aggressive or not aggressive enough, it won't have the -- the -- the desired effect.

So the -- the -- what I would prefer -- so -- so this is actually something that I wanted to -- that a lot of people should know and this is not -- not very

Page 26

well-known, but there was some research done by central banks about how do you tell people what you're going to do because they often have like a strategy for a year. And one of the things that you can do is you can say we're going to raise -- we -- we -- our target for the -- you know, the inflation of the currency is .7 percent per year. The problem with doing that is that people don't know what you've anticipated and what you haven't anticipated.

So let's say a report comes out and unemployment is through the roof, people don't know like did you anticipate that? Did that go into your thinking? And so now, what you've done is by trying to create certainty with very precise numbers, you actually create uncertainty because then people don't know what you anticipated and that the better way to do it is to say, for example, out target rate for unemployment is below 6 percent. And we'll adjust the currency to make that happen. And now, if an unemployment report says it's really high, like, oh, crap, we know they -- that's not what they want. We know they're going to change this, right? Like to make your -- your thinking and your rationale clear.

And if we tie our hands with numbers, it actually makes it harder for us to be more predictable

Page 27

and responsive. So it's hard, what I'm trying to get at is this is really hard. And I think one of the things that [REDACTED] was tasked with figuring out and that Ethan's been trying to work on is like how do we do this and -- and -- and a lot of -- it's just -- it really is complicated and nuanced. And I don't envy their job because (crosstalk) -- yeah, the number of unemployed developers, right, do it just like the fed does. By the way, the fed's primary metric is unemployment, weirdly enough.

[REDACTED] Cool. Well, you know, yeah --

FEMALE SPEAKER 1: (Inaudible) progress, how will you communicate or how can we check in on the progress of this effort since it is cross-functional?

[REDACTED] Yeah. That's a great question. Don't have an answer for you right now, but I definitely want to provide full visibility. How that happens might come through the form of the updates that we give to leadership. Maybe less frequent cadence than that, but I will put some thought into it, but rest assured that we want to be fully transparent in this effort and so that will come in one form or another. If it doesn't, please call me out and I will definitely do it immediately. So great question. On that note, you know, lots that we're thinking about both on the Spring side and broadly.

Page 28

That's still tying to Spring.

Again, please, please come to the happy hour. I would love to meet all of you guys. I'm a bit shy, so please approach me. I don't know how to start conversations. But thank you guys again for coming. This is a bit of a truncated all hands because we know everyone wants to be heads down so that we have an awesome launch tomorrow. So thank you, everyone, for -- for all the hard work and all of the help you guys have -- have done over the past few months. This is going to be truly like the best launch I -- I will ever experience, so thank you guys.

(End of recording.)

* * * * *

TRANSCRIBER'S CERTIFICATE

I, Wendy Smith, hereby certify that the foregoing transcript is a complete, true and accurate transcription of all matters contained on the recorded proceedings in the matter of:

RPLI_SEC 1141099_HIGHLY CONFIDENTIAL.

______________________________

Transcriber

**0**

**09875** 1:4

**1**

**1** 1:8 11:14 12:1 17:21 24:18 24:25 27:12
**1141099** 1:7 2:2 29:7

**2**

**2** 12:4 24:25
**202** 1:25
**24** 9:22,23 16:11
**29** 1:8

**3**

**3** 13:1 16:12

**4**

**4** 14:17 17:3,17
**40** 23:21 24:10
**467-9200** 1:25

**5**

**5** 18:17 20:9
**5:00** 3:2
**50** 24:24
**55** 24:10

**6**

**6** 24:14 26:17
**60** 15:18

**7**

**7** 26:6

**a**

**abilities** 4:18
**able** 17:15,22 21:23
**accountability** 17:18
**accurate** 29:4
**achieve** 4:11
**acting** 21:15
**actions** 23:4,5
**address** 3:3,21 7:5,8 19:5 20:7 24:11
**adjust** 26:18
**adoption** 6:4 22:2
**adverse** 18:1
**aggressive** 25:17,18,20,21
**aggressively** 22:19
**ago** 5:7 10:19 22:9
**agree** 19:14
**alcoholic** 3:10
**align** 9:11 10:16 11:24
**alignment** 20:2
**alignments** 9:3
**alliance** 23:23
**amazing** 2:11
**amendments** 13:11,12
**amount** 23:20
**answer** 11:18 17:19 27:16
**anticipate** 26:12
**anticipated** 26:8,9,16
**anymore** 13:24
**anyone's** 13:3
**appetite** 24:20
**applause** 11:12
**application** 18:10
**appreciate** 2:10
**approach** 18:23,25 28:4
**apps** 6:7 8:21
**arguments** 13:5
**arrangement** 24:23
**arthur** 5:10
**aspiration** 6:22
**asset** 8:20 15:19
**assets** 14:25 16:6
**assuming** 13:20 25:13
**assured** 27:20
**automatically** 13:21
**available** 14:23 15:9,14
**awesome** 2:13,16 10:6 19:25 28:8

**b**

**back** 2:4 14:13 21:2 25:9
**bacon** 21:4
**baked** 20:15
**baking** 20:24
**bank** 21:15
**banks** 26:2
**based** 9:22
**basically** 5:9 9:4 24:23
**basis** 9:2 17:23
**behavior** 25:13
**belief** 6:25
**believe** 19:2
**benchmark** 16:9
**benefit** 15:20 25:6
**best** 2:12 4:18 8:16 14:7,11 19:4 19:4 28:11
**better** 4:6 7:1 8:4 9:9,20 11:2 17:2 19:19,20 26:16
**beyond** 8:21
**big** 18:5 25:1
**billion** 24:10,18,25 25:7
**bips** 9:23 16:10
**bit** 3:6,18,21 19:24 24:19 28:3 28:6
**bitcoin** 14:3,25 16:17 20:13,17
**bits** 13:17
**blockchain** 13:3,5
**blocks** 3:3
**board** 13:6
**bottom** 10:7
**brad** 5:6 10:15
**brand** 7:10
**breaks** 14:4
**brief** 2:25 3:15
**bright** 17:1
**bring** 4:12
**bringing** 19:23
**britto** 5:10
**broadly** 4:14 27:25
**brutally** 23:4

bucket
10:7
buckets
6:21 9:5 10:23
built
6:7
bunch
12:22
burger
21:4
business
7:19
button
23:21
buy
15:13

c

cadence
15:24 27:19
call
7:9 27:23
calling
7:7
cap
16:8
capital
17:14,16 21:20
cares
20:11
case
16:14
cash
23:11,11
casual
3:6
catch
18:22
caution
25:16
central
21:15 26:1
certain
9:23
certainty
8:8 23:2 24:17 26:14
certificate
29:1
certify
29:3
chain
13:9,10,10,12,16
chains
20:13
chance
2:12
change
25:14 26:21
changes
13:20
charge
9:6 11:11
charitable
21:24
chat
3:5,10 16:20
check
10:13 27:13
chest
15:8
circulation
21:11
clarify
12:1
classic
13:13
classically
13:2,8
clear
26:23
cognizant
19:11
coin
16:8 21:13,22
collectively
13:19
combat
7:11
coming
2:8 20:14 28:5
comment
16:12 20:12
commission
1:1
commit
12:7
commitment
23:13
commits
12:10,14
communicate
5:4 12:23 19:19,20 27:13
communications
6:13 7:13
community
13:25
companies
17:12 24:1
company
4:3 8:1 20:1 21:15 23:20
company (cont.)
24:10
comparable
20:12
compare
14:24
complete
17:22 29:4
complicated
13:5 27:6
component
7:16
coms
6:14 10:12
concerns
18:19
confidential
1:7 2:2 29:7
conflicting
23:18
confusion
7:6
constantly
19:5
constitution
9:13 10:24 11:15,20
constrained
22:22
consumers
6:8
contained
29:5
contemplation
20:23
context
13:2
continue
6:5
contributions
21:24
control
6:17 7:11 12:10 21:16 22:13
convenor
19:17,25
convenors
9:8
conversations
28:5
convert
22:3
converting
23:6
convey
9:11
cool
2:5,15,20 3:13,25 27:11
coordinating
6:14
core
5:14 6:23 9:10 10:24 11:24 12:3 19:23
couple
3:3 14:19 22:9
course
15:7,12 19:13 25:13
crap
26:20
create
4:19 26:13,14
created
13:15
creating
5:16 9:14 18:7
creators
4:4 20:10
criticism
19:5,6
critics
5:2
cross
10:10 27:14
crosstalk
14:16 27:7
cryptocurrencies
21:6
cryptocurrency
21:3,8
curious
20:19
currencies
21:5
currency
26:6,18
current
16:9
cursory
2:25

d

daily
17:24
data
9:16
david
5:10 13:14 20:10 21:2 24:12,14 25:5

day 21:11
days 21:2
deals 18:1
debt 7:9,10
decentralization 15:16 19:8
decentralized 7:3 15:19
decisions 10:17 13:18
decrease 21:19
deeper 15:25
defi 2:4
define 19:1
definitely 3:1 4:23 5:2,3 10:6 11:6,8 15:22,25 16:3,19,20,21,24 19:14 27:16,23
demand 8:5,22 18:7,10
design 6:3
desire 23:19
desired 25:22
desires 23:18
details 9:16
determined 12:17
developers 6:6 8:18 12:16 14:2,6,7 18:4 27:8
different 9:5 10:23 19:7 23:12
digital 14:25 16:5
disagreement 14:5
discovered 22:20
discussion 20:20,21
disseminating 8:1
distribute 11:25
diversified 1:24
document 6:13
doing 2:18,21 3:21 4:23 6:3,21 9:2,3 10:4,5,5,5,16 19:18 19:23 20:1 26:7
dollar 15:4
dollars 15:4 22:4 23:6,24
drinks 3:10,10
drive 5:18 6:4,4 8:22 17:12 20:25 22:2
drives 5:23
drumbeat 25:10

e

earlier 7:7
early 21:2
easily 6:7
easy 6:10 8:19
echo 12:13
ecosystem 4:5,19 15:17 17:4 22:5 24:2
effect 18:2 21:10 25:22
effort 24:3 27:14,21
either 25:20
else's 23:24
encountering 6:20
engagement 17:21
ensure 6:11
envy 27:6
escrow 22:14,18,23 24:16 25:6
essentially 4:2 5:13 6:18 20:22 21:14 21:15
ethan 2:11 3:19 4:2 5:22 9:7
ethan's 5:7 27:3
ethereum 14:25 16:17 20:13
everybody 21:7 25:7,8
exactly 6:3 12:4
example 26:17
examples 14:10
exchange 1:1
excited 20:7
execute 6:15 9:20 10:6,22 11:20
executing 11:6
exercise 19:15
existing 15:2
exit 22:16
expect 8:11 18:24
expected 21:22
experience 28:12
external 18:20
extrapolate 25:12
extremely 24:12

f

failed 22:2
far 14:15
fed 27:8
fed's 27:9
feel 24:15
feels 25:2
female 27:12
figuring 27:3
file 1:4 24:11
finance 10:12
find 8:21
first 2:23 13:3
five 25:3
fixed 21:8
flack 18:22
fluffy 7:13
fly 18:12
folks 5:9,10,24 8:9,11 9:5 11:7,8 11:11 12:18,23
follow 17:8 24:15 25:4
food 2:5 3:11
forecast 8:10 9:24
foregoing 29:3
foreseeable 21:16 22:11
form 27:18,22
formal 24:23
forward 3:22 18:3
foundation 9:15
founders 21:14
framework 5:8 6:21 18:5
free 3:9
frequent 27:19

friction
14:4
full
7:25 8:18 27:17
fully
27:21
functional
10:10 27:14
fund
7:19 15:8
funding
15:9 18:14
future
6:22,23 14:5 18:15 21:16 22:12

g

gaff
7:7
game
10:13
generate
18:10
getting
18:12
giant
21:12 22:12 23:17
gifted
4:3,18
github
12:3
give
12:22 22:3,12 25:9 27:18
giveaways
21:24 22:8
given
22:24
giving
2:17 17:21 22:2 24:16
gms
9:9
go
17:20 19:13 24:10 26:12
goal
10:1 15:5
going
2:15 3:5,20 4:22 9:1,2 10:21,22 13:21,21,22 18:3 18:9,22 19:3 24:22,25 25:9 25:13 26:2,5,21 28:11
good
3:11 4:4,7,25 5:12 6:1,11 6:16 7:22
gotten
2:12
governance
11:16,21 12:2,5 13:4,8,10
governance (cont.)
13:23 24:20
governors
22:11
grabbing
2:5
grapple
17:1
great
6:5,6 11:17 27:15,24
ground
20:3
group
2:18
groups
7:25
growing
15:7
guarantee
23:1 25:14
guaranteed
22:14
guess
24:14 25:3
guidelines
17:8
guys
2:3,6,13 3:2,20 11:4,9,9 13:2 20:19 28:3,5,9,12

h

hairy
16:25
hand
22:22
hands
2:17 3:14 26:24 28:6
happen
12:21 26:19
happens
23:23 27:17
happy
3:1 11:10 28:2
hard
27:1,2 28:9
harder
22:6 26:25
heads
3:7 10:20 28:7
health
23:16
hello
14:17
help
5:7 11:10 24:9 28:9
helpful
24:13
hey
2:3,5 17:10 24:14
high
3:16 8:25 24:6 26:20
higher
16:6
highly
1:7 2:2 29:7
hindsight
14:13
historically
16:4
hit
6:19
hold
23:20
holdings
15:17
holds
15:18
honest
23:4
honesty
24:7
hopefully
11:9
horizon
25:3
hour
3:2,9 9:22,23 16:11 28:2
hours
8:14

i

idea
17:25
ideally
16:14,17
ideas
14:19,20
ilp
6:8
imagine
10:17 15:11
immediately
15:6 27:23
impact
17:25
importance
5:23
important
4:9 5:9,11,21 7:14,24,25 8:7 12:16,19 14:19
inaudible
5:1 27:12
included
13:12
increase
21:17,20
index
23:7
inflation
7:23 14:22,24 15:1,3 16:14 20:14,16,22,25 21:3,10,13 24:17,24 25:3 26:6
inflationary
21:5
information
4:15
initial
18:11
initiative
19:15
initiatives
2:19
inject
17:14
injection
17:7,16
inside
12:17
interested
11:9 21:8
interesting
14:12,19
internally
11:2
internet
4:12,13 5:16
interpreted
13:9
introduced
7:24
introduction
16:5
introductions
2:25
invite
3:2
involved
12:5,12
iov
6:25
issue
16:25
it'll
3:11

j

**job**
19:4 27:6

**k**

**keep**
10:4 11:4,8 19:12
**key**
5:14 10:17
**keynote**
2:22
**kick**
10:18,21 15:24
**killer**
8:21
**kind**
2:17,19 3:7,8,9,11,13,16,19 3:21,22,25 4:1,5,9,10,21 5:6,12,13,18 6:17,20 7:8,11 7:21 8:10 9:17 10:8,11,13 10:15,20 11:5,11 15:13,14 15:18,20 16:24 18:1,8,14 20:6 22:7,9,13,13 23:12 24:4,5,6,6 25:16
**kinds**
12:24 23:11
**know**
2:8,18,25 3:5,6,7 4:4,14 5:1 5:10,11,15,20,21 6:3,19,19 6:22,23 7:1,15,20 8:8,11,15 8:21 9:15,20 10:4,17 12:5,8 12:9,15,19,21,24 13:10,12 13:13,14,17,19,19 14:1,9 14:13 15:11,20 17:5,6,9,12 17:14,15,23 18:3,18,19 19:3,12 20:4,5,13,17 22:6 22:20 24:1,18 25:25 26:6,8 26:11,15,20,21 27:11,24 28:4,6
**known**
25:2 26:1
**knows**
25:7

**l**

**labs**
1:5
**lack**
7:1 9:9
**ladders**
10:8
**landing**
5:13
**large**
24:22
**lastly**
6:2 10:3
**laugh**
3:5
**laughter**
24:11
**launch**
2:21 10:20 28:8,11
**launching**
2:14 3:8
**layer**
13:16
**leadership**
4:24 5:6 10:15 23:19 27:19
**leading**
9:6
**learning**
8:11
**ledger**
4:4 6:5 8:15 12:21 14:8
**legal**
24:23
**level**
3:16 8:25 24:6
**leverage**
12:23
**liked**
21:4,5
**limited**
7:1 22:19
**limits**
17:20
**liquid**
15:9
**liquidity**
5:23 8:7,22 11:2 18:13
**list**
13:6
**listen**
18:19
**literally**
20:16
**little**
3:6,18,20 22:23
**locked**
22:25 25:8
**logistical**
2:8
**long**
18:21 23:9,15 25:16
**look**
14:13 15:18 18:24 24:3,17
**looked**
16:5
**looking**
11:22 16:15 23:3
**looks**
25:8
**loop**
11:9
**lot**
2:8 4:3 5:9,21,23,24 7:4,6 7:12 9:3,16 11:7,8 14:9,10 15:12,17,25 23:10,25 25:25 27:5
**lots**
5:2 16:21 27:24
**love**
6:6 16:22,22,23 28:3
**lucky**
13:25
**lunch**
3:15

**m**

**making**
6:16 7:23
**male**
11:14 12:1,4 13:1 14:17 16:12 17:3,17 18:17 20:9 24:14
**manifesto**
9:13
**market**
7:23 16:8 17:23 18:9 19:19 22:15 23:3,5
**marketing**
7:9 10:12
**markets**
5:20,21 7:15,16 8:9 9:18,19 10:12 11:1 15:24 16:7 17:25 19:18
**matter**
1:3 18:20,22 29:6
**matters**
29:5
**mean**
19:24 23:7
**means**
20:22
**meet**
3:9 10:12,15 28:3
**meeting**
2:23 9:10
**meetings**
9:4 10:9 15:24
**mentioned**
14:22 15:5 16:15
**metric**
27:9
**metrics**
16:4
**microphones**
14:15
**million**
17:21
**mind**
4:24 11:7 14:20 15:7
**minds**
17:1
**minimize**
17:25
**minors**
20:18
**misconceptions**
7:4
**misinformation**
7:4
**mistake**
22:21
**mixing**
7:8
**model**
11:16,21 13:10,15 14:9,11
**money**
4:13,14 12:21
**monica**
6:14
**month**
5:7 10:10,15,19 25:8,9
**months**
3:24 22:25 28:10
**motive**
22:17
**move**
4:15 13:17,18 15:13
**moving**
3:22

**n**

**naïve**
21:25
**name**
2:6
**narrative**
6:17 7:12 20:6
**narratives**
7:10
**narrow**
4:1
**nature**
5:22
**navigate**
2:9
**necessarily**
12:14,20 21:19
**need**
4:24 6:5 19:11 20:7 23:12
**negative**
7:10 23:8

net
19:15,24
network
13:20
new
10:25 13:2 19:16,24 20:6
non
3:10
note
27:24
notional
15:4
nuanced
27:6
number
12:15 27:7
numbers
26:14,24
ny
1:4

o

obviously
15:19
oh
15:18 26:20
once
20:2
open
3:25 4:13 7:3 12:8,11 21:13 21:22
opening
12:12
operating
11:21
operations
2:6 15:8
opportunity
15:10,14
opposed
8:11 9:21 19:5 20:5
option
8:3
options
10:22
order
4:20 6:22
orientate
18:15
origination
16:25
outside
10:1 12:18 14:7
overall
18:6
overlap
21:6
owning
6:17 10:11
owns
4:3 8:2 19:21

p

pages
1:8 6:18
paid
12:15
part
2:17,22 3:14 5:14 18:3,10 23:19 24:20
partner
17:11,14,22
partners
17:5 18:5,20
partnerships
18:15 22:8 23:25
parts
3:17 5:11
party
14:2
path
4:8
people
5:15,17 12:6,12 13:16,18 15:17 18:20 19:10 21:4,5 22:3 23:8,8,13 25:12,25 26:2,7,11,15
percent
15:18 23:21 26:6,18
percentage
15:1
perform
20:18
perimeters
17:13,15
person
2:9
phase
11:23
piece
9:12,14
piggyback
13:1
pile
21:12 22:12 23:17 25:1
place
23:14
plan
10:13 11:1 25:17
platform
4:13 8:17
play
3:22
please
3:1,1 27:22 28:2,2,4
point
9:17 17:24 18:18 19:15 20:2
pool
15:14
pops
20:6
portion
24:22
portions
5:14
position
22:10
positive
23:8
possible
12:18
posted
11:4
potential
11:15
potentially
9:12 11:22
precise
26:14
precursor
11:15
predictability
22:13 23:15
predictable
25:10 26:25
prefer
25:23
prepare
14:5
presenting
6:15
pretty
6:19 13:12 20:7 24:16
price
15:10,13 18:2
primary
27:9
principles
5:14 6:24 9:10 10:25 11:25 19:1,24
probably
2:12 13:4 14:11 16:13 23:1 24:7
problem
22:7,18 23:22 24:5 26:7
proceed
19:3
proceedings
29:5
product
2:21 10:20
products
3:8
programs
8:19 18:4
progress
27:12,14
project
12:11
projects
12:15
promote
5:5
proof
20:13,17
proposal
7:20 8:25 10:19
proposals
9:15 16:2
propose
9:20
proposed
5:6 14:10
proposing
6:12 13:20
protocol
12:3 20:10,15,21,24
protocols
20:12
provide
27:17
provides
25:6
providing
18:8,12,14 23:2
public
5:4,24 6:16 7:1 8:2 9:12 11:25
purposely
3:14
push
21:23 23:21
pushing
2:19 3:7,23 10:9
put
14:20 20:3 22:10 24:22 27:20
putting
14:18

**q**

**quarter** 8:9
**question** 4:1 11:17 12:1 17:11 20:9 20:14 27:15,24
**questions** 11:13
**quick** 16:2,12
**quickly** 6:19,23 8:25 21:23 22:4 23:6
**quite** 24:19

**r**

**radically** 25:14
**raise** 26:5
**rate** 7:24 20:16,22,25 24:24 26:17
**rationale** 26:23
**reactions** 16:2
**read** 16:7
**readily** 14:23
**real** 12:23 23:23
**realized** 22:10
**really** 2:9,9,13,13,14,14 6:15,17 7:17 10:5 12:19 13:13,14 14:14 19:11 22:17,18 23:2 25:11 26:20 27:2,5
**reason** 21:6
**reasons** 16:13
**record** 24:9
**recorded** 29:5
**recording** 28:13
**reducing** 15:16,20
**referring** 12:2
**regret** 11:24
**regular** 25:11
**relatively** 14:24 21:23
**release** 24:18
**relevant** 6:9
**remediation** 4:8
**report** 10:16 16:7 26:10,19
**reporting** 1:24
**research** 9:20 11:23 26:1
**response** 24:4
**responsible** 12:7 17:9
**responsive** 27:1
**rest** 27:20
**retroactively** 8:12
**right** 2:5,23 4:7,12,17,23 5:18,22 5:25 6:20,25 8:6,8 9:21,22 10:4,24 12:6,17 13:4 18:18 18:23,23,25 19:6,7,22 20:2 21:12 25:2,19 26:22 27:8 27:16
**ripple** 1:5 3:18 4:2,14,20 5:17 6:25 7:6,8 8:22 9:5,10 11:8 12:6 15:18 20:23 21:12,22 22:14,16 24:21
**ripplenet** 8:23
**ripple's** 15:16
**risks** 24:21
**road** 19:7,9
**role** 3:22 5:16
**roof** 26:11
**room** 2:14,24 14:6,7 17:10
**roughly** 16:16
**rpli** 1:7 2:2 29:7

**s**

**sail** 20:6
**sale** 15:12
**sales** 10:25
**saw** 8:9
**saying** 19:2 24:15,21,23 25:4
**says** 26:19
**scam** 22:17
**schwartz** 5:10 20:10
**sec** 1:7 2:2 29:7
**second** 5:20
**secondly** 7:15
**securities** 1:1
**seeing** 18:1
**sell** 7:18 9:21,22 17:20,22 19:20 20:23 25:1
**selling** 7:18 8:2,10 9:25 10:1 15:6 15:8 16:9
**sense** 21:16
**seriously** 12:13
**services** 1:24 8:18
**serving** 9:8
**set** 17:4,7 19:12,13 20:16
**setting** 3:7 20:5
**settlement** 8:16
**sham** 22:23
**shared** 16:2
**shifting** 19:12
**short** 11:18
**show** 10:22
**shy** 28:3
**side** 27:25
**signal** 23:3 25:11
**signaled** 23:5
**similar** 11:19 16:16 20:20
**simple** 17:19
**single** 12:7
**sitting** 21:12
**six** 22:24
**skills** 12:20
**slightly** 16:16
**smith** 29:3
**solve** 24:5
**sorry** 10:10 17:11
**sort** 11:15 15:1,7 16:22 18:12 25:10,12
**space** 18:21
**spare** 3:9
**speaker** 11:14 12:1,4 13:1 14:17 16:12 17:3,17 18:17 20:9 24:14 27:12
**speaking** 11:19
**specific** 17:7
**specifically** 18:7
**speculative** 5:22
**spending** 21:20
**spoke** 7:16

spring
2:7 3:17,18 4:13 6:3 9:5 10:11 11:3,7 24:3 27:25 28:1
stability
23:15
stabilize
15:10,15
stake
20:3,13
start
3:1 12:12 28:4
started
2:3 18:13
starting
9:17,19
state
10:1 14:5
states
1:1
status
10:13
steward
4:20 5:18
stewards
4:4,6,7,25 5:13 6:1 7:23 8:4
stewardship
3:20,25 4:10,10,17 5:11 6:11 9:9 11:5
straightforward
14:24
strategic
4:22 23:23
strategically
24:1
strategies
6:12
strategy
16:10 22:1 26:3
strings
20:4
strong
23:19
structure
4:25
structured
4:22
stuff
10:6
subject
1:7
successful
24:16
super
14:18
supply
7:16,24 15:2 16:3,5 18:9,11 21:8,17,21,23 22:19 23:15
supportive
14:1
supposed
17:8
sure
4:19 5:12,15,17 6:16 7:21 7:22,23 8:5,6,15,17,20 12:4 14:22 19:4
switch
22:8
system
12:13 22:11

t

tackling
17:2
tactical
9:2
talk
5:9 8:25 9:1
talking
8:14
target
26:5,17
tasked
27:3
team
2:4,11,12 5:6 6:14,14 7:16 9:19 10:6,10,15 12:7,18,18 13:19 14:1 15:24 19:18
team's
16:23
tech
20:25
technology
6:2 8:13,13,16 10:3 19:22
teed
3:19 4:2
tell
3:20 8:9 17:4 26:2
term
7:1 23:9,15 25:17
terms
8:8 14:6 15:1,3 24:16
terrible
22:21
tezos
14:10
thank
2:7 15:22 16:3 24:12 28:5,8 28:12
thanks
11:11 13:14 14:17
theory
21:21
thing
5:20 10:24 13:5 14:21,23 15:9,15 18:17 25:5
things
2:8,15 6:15 7:22 10:14,23 12:25 17:4 19:16,16,17 21:24 22:8 23:12 26:4 27:2
think
2:3,4,14,23 3:2,3 4:10,21 5:24,25 7:9 8:8 11:18,23,24 13:3,13 14:7,12,18,23 16:1 16:4,7,13,17,25 18:3,5,6,14 18:23,25 19:14 21:7 22:17 23:12 24:3 25:10 27:2
thinking
7:17,22 9:18 11:5,6 12:25 16:1,24 19:18 26:12,22 27:25
thinks
4:14
third
14:2 15:15
thought
16:18 22:7 27:20
thoughts
14:21 15:23 16:21,23,23
three
5:13 6:18,20 9:4 15:6
thursday
2:22
tie
26:24
tight
22:19
time
2:24 15:5,21 18:21 19:12 20:6 21:13 22:7
today
4:15 25:19
tomorrow
2:21 28:8
tools
8:18
top
4:24 11:7
total
17:24,24
track
11:2
tracked
8:7
tracking
10:14
transcriber
29:10
transcriber's
29:1
transcript
29:4
transcription
1:15 29:4
transparent
9:25 27:21
tried
18:18 22:1
tries
15:13
true
12:11 29:4
truly
10:18 28:11
truncated
28:6
trust
4:20 6:24,24 10:6
trusting
5:16,17
try
4:1 22:12
trying
4:5 8:22 17:1 18:14,25 19:5 19:12 26:13 27:1,4
turn
20:5
turned
21:25
turning
23:10
tying
28:1
typically
17:20

u

uncertainty
24:19 26:15
unclear
5:3
understanding
7:2
unemployed
27:7
unemployment
26:11,17,19 27:9
unit
15:5
united
1:1
unlocked
25:7

[unpack - zero]

| | | |
|---|---|---|
| unpack<br>   4:6<br>update<br>   12:2<br>updates<br>   11:2 27:18<br>use<br>   4:17 7:18 8:19 17:16,18<br>   18:9 24:1,2<br>useful<br>   6:10<br>utility<br>   5:5 6:4 17:12 | war<br>   15:7<br>[redacted]<br>ways<br>   16:15 19:7<br>weak<br>   23:1<br>week<br>   2:15 9:19,19 10:9,21<br>weirdly<br>   27:9<br>wendy<br>   29:3 | **y**<br>yeah<br>   11:17 13:1 14:17 15:22<br>   16:19 17:17,19 27:7,11,15<br>year<br>   25:3,19 26:3,7<br>years<br>   20:4 22:9,15,20 24:24<br>   25:20<br>yep<br>   2:5 |
| **v**<br>validators<br>   13:11 19:8<br>value<br>   4:12 5:16 15:4<br>values<br>   7:2,13 19:1<br>various<br>   16:13<br>veggie<br>   21:3<br>versus<br>   16:5 18:13<br>vibrant<br>   4:19 8:18<br>video<br>   1:15<br>visibility<br>   2:18 8:1 27:17<br>vision<br>   4:12 5:19<br>volume<br>   9:23,23 16:9,11 17:24<br>   18:13<br>volunteer<br>   24:9<br>vote<br>   13:11 | we've<br>   8:14 10:4,20 13:25 16:4<br>   18:18 19:6,6,8<br>wheel<br>   18:13<br>wider<br>   15:17<br>wonder<br>   24:19<br>wondering<br>   17:3<br>word<br>   9:9<br>work<br>   2:13 13:22,22,23 14:1,3<br>   20:1,7,18 21:25 27:4 28:9<br>working<br>   9:18 12:16<br>works<br>   13:13<br>world<br>   14:3<br>worth<br>   17:21<br>would've<br>   21:3 | **z**<br>zero<br>   21:6 |
| **w**<br>waiting<br>   2:4<br>want<br>   2:7 4:12 5:3,4 6:6,7,9,9,10<br>   9:11,11 10:22,25 11:1,10<br>   12:9 13:6 17:12 18:5,17<br>   20:3 23:7 25:5 26:21 27:16<br>   27:21<br>wanted<br>   14:20 21:18,21 24:8 25:24<br>wants<br>   28:7 | **x**<br>xrp<br>   4:3,17 5:5,18,23,25 6:5,6,8<br>   7:7,8,18 8:2,5,9,10 9:11,13<br>   9:21,22 11:14,25 12:13,21<br>   14:7 15:6,8,10,12,13 16:10<br>   17:7,12,18,21 18:6,7,8,9,11<br>   18:12 20:22 21:11 23:6,10<br>   23:17,20,23 24:1,22,24<br>   25:7,8<br>xrp's<br>   4:17 5:16 7:2<br>xy&z<br>   17:22 | |