PX 526

| | |
|---|---|
| **Message** | |
| From: | Chris Larsen [____@ripple.com] |
| Sent: | 6/9/2017 6:09:14 PM |
| To: | ____@ripple.com]; Ripple [____ ; ____@ripple.com] |
| Subject: | Re: First ICO |

first XRP sold 2/13

On Fri, Jun 9, 2017 at 17:55 ____@ripple.com> wrote:
> Hey Marketeers,
>
> According to Wikipedia, Mastercoin was the first ever ICO: https://en.wikipedia.org/wiki/Initial_coin_offering
>
> I'm pretty sure Ripple counts as an ICO and happened before Mastercoin, thoughts?
>
> Mastercoin first sold tokens on July 31, 2013.
> @Chris: When did Opencoin Inc. sell its first Ripple tokens? Do we have any public record of that?
>
> Since Wikipedia isn't an original source, I believe the correct remedy would be to get the source publication (CoinTelegraph - https://cointelegraph.com/explained/ico-explained) to publish a correction and then update Wikipedia.
>
> -____

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

____@ripple.com | www.ripple.com
Ripple, Inc.

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL                                                                 0051663