PX 537

**Message**

**From:** Ron Will [▮@ripple.com]
**on behalf of** Ron Will <▮@ripple.com> [▮@ripple.com]
**Sent:** 1/5/2019 7:06:11 AM
**To:** ▮ [▮@ripple.com>]
**Subject:** Fwd: 2018 Corporate Metrics Dashboard

FYI

---------- Forwarded message ---------
From: ▮ <▮@ripple.com>
Date: Fri, Jan 4, 2019 at 7:11 PM
Subject: 2018 Corporate Metrics Dashboard
To: Ron Will <▮@ripple.com>

Hi Ron,

Here's the final 2018 corporate metrics dashboard, updated with all the figures as of year-end. As a reminder, here's what's included:

- **Customers tab** - Includes actuals for sales, deployments and counterparty pairs, with the ability to drill down by product & geo to see the specific customers.
- **Transactions (#) tab** - Includes detailed transaction volume figures by connection, with an update this quarter to breakout xRapid volume.
- **Transactions ($000) tab** - Similar to the prior tab, but with transaction volume in $000s for each connection.
- **Active Connections tab** - New this time around, this is the historical data for the new active connections metric we're planning to measure in 2019. A connection first becomes active after completing 150 transactions in a single month (or 50 transactions for an xRapid customer). Once active, the connection is considered to remain active if it completes 600 transactions over the prior 3 months (150 transactions for an xRapid customer).
- **XRP tab** - A breakdown of historical XRP sales, including details on programmatic sales as a percentage of daily volume.
- **Headcount tab** - The number of employees and attrition figures for each team and office.

Happy to discuss if you have any questions. We'll work on pulling these various components into the board prep doc as well.

Thanks,


--
▮
Director, FP&A | Ripple
▮@ripple.com | ripple.com

--

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                          RPLI_SEC 0269617

Ron Will
Chief Financial Officer | Ripple
███@ripple.com | ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0269618

| | Q1 '17 | Q2 '17 | Q3 '17 | Q4 '17 | FY 17 | Q1 '18 | Q2 '18 | Q3 '18 | Q4 '18 | FY 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total # of Active Connections** | - | - | 1 | 2 | 2 | 1 | 5 | 7 | 10 | 10 |
| **xRapid Active Connections** | - | - | - | - | - | - | - | - | - | - |
| Bitso > Bitso | - | - | - | - | - | - | - | - | - | - |
| ▮▮▮▮▮▮▮ | - | - | - | - | - | - | - | - | - | - |
| **xCurrent & xVia Active Connections** | - | - | 1 | 2 | 2 | 1 | 5 | 7 | 10 | 10 |

Separator Sheet

| $M | Q1 '17 | Q2 '17 | Q3 '17 | Q4 '17 | FY 17 | Q1 '18 | Q2 '18 | Q3 '18 | Q4 '18 | FY 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **XRP Sales** | **$7** | **$28** | **$52** | **$92** | **$179** | **$165** | **$73** | **$163** | **$128** | **$529** |
| OTC | $6 | $19 | $19 | $20 | $65 | $17 | $17 | $98 | $40 | $172 |
| Programmatic | $0 | $9 | $32 | $72 | $113 | $148 | $56 | $65 | $87 | $356 |
| Other | $0 | $0 | $0 | $0 | $1 | $0 | $0 | $0 | $0 | $1 |
| **XRP Volume** | | | | | | | | | | |
| **USD Denominated** | | | | | | | | | | |
| | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Daily XRP Trading Volume | $3 | $145 | $179 | $808 | $286 | $1,778 | $499 | $416 | $596 | $818 |
| Daily Programmatic Sales ($000) | $4 | $99 | $348 | $781 | $310 | $1,645 | $611 | $708 | $949 | $975 |
| Daily Sales % | 0.13% | 0.07% | 0.19% | 0.10% | 0.11% | 0.09% | 0.12% | 0.17% | 0.16% | 0.12% |
| **XRP Denominated** | | | | | | | | | | |
| | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Daily Programmatic Sales (000) | 436 | 581 | 1,684 | 1,314 | 932 | 1,256 | 885 | 1,665 | 2,293 | 1,341 |
| Daily Sales % | 0.13% | 0.07% | 0.19% | 0.10% | 0.11% | 0.09% | 0.12% | 0.17% | 0.16% | 0.12% |
| **XRP Price** | | | | | | | | | | |
| Closing Price | $0.02 | $0.26 | $0.20 | $1.91 | $1.91 | $0.51 | $0.47 | $0.58 | $0.35 | $0.35 |
| %Δ Period over Period | - | 1,158% | (25%) | 864% | - | (73%) | (9%) | 25% | (39%) | - |

**Notes**
1) "Other" XRP sales include employees and vendors

Separator Sheet

| $000s | Q1 '17 | Q2 '17 | Q3 '17 | Q4 '17 | FY 17 | Q1 '18 | Q2 '18 | Q3 '18 | Q4 '18 | FY 18 | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Transaction Value** | - | $92,403 | $97,515 | $494,519 | $684,438 | $394,452 | $173,453 | $496,438 | $613,643 | $1,677,986 | $2,362,424 |
| **xRapid Transaction Value** | - | - | - | - | - | - | $0 | - | $3,011 | $3,011 | $3,011 |
| Bitso > Bitso | - | - | - | - | - | - | - | - | $3,010 | $3,010 | $3,010 |
| ▓▓▓▓▓▓ | - | - | - | - | - | - | $0 | - | $1 | $1 | $1 |
| **xCurrent & xVia Transaction Value** | - | $92,403 | $97,515 | $494,519 | $684,438 | $394,452 | $173,453 | $496,438 | $610,632 | $1,674,975 | $2,359,413 |

Separator Sheet



Separator Sheet

| | Q1 '17 | Q2 '17 | Q3 '17 | Q4 '17 | FY 17 | Q1 '18 | Q2 '18 | Q3 '18 | Q4 '18 | FY 18 | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Transactions | - | 299 | 683 | 1,830 | 2,812 | 2,446 | 8,557 | 20,491 | 34,941 | 66,435 | 69,247 |
| xRapid Transactions | - | - | - | - | - | - | 1 | - | 36 | 37 | 37 |
| Bitso > Bitso | - | - | - | - | - | - | - | - | 31 | 31 | 31 |
| ▮▮▮ ▮▮▮ | - | - | - | - | - | - | 1 | - | 5 | 6 | 6 |
| xCurrent & xVia Transactions | - | 299 | 683 | 1,830 | 2,812 | 2,446 | 8,556 | 20,491 | 34,905 | 66,398 | 69,210 |