PX 547

**Message**

| From: | [redacted]@ripple.com] |
| --- | --- |
| Sent: | 6/24/2020 9:51:59 AM |
| To: | [redacted] |
| Subject: | [Slack Retention] Ripple - : Private |

| Date Sent (UTC) | Sender | Message |
| --- | --- | --- |
| 2020-06-23T19:49:57.0000000Z | [redacted]@ripple.com | I'm reading this XRP-O buy backs deck, |
| 2020-06-23T19:50:05.0000000Z | [redacted]@ripple.com | and I think I am missing a bunch of the context here. |
| 2020-06-23T19:50:24.0000000Z | [redacted]@ripple.com | So, seems like CL / BG are concerned about XRP underperformance since XRPO started? |
| 2020-06-23T19:50:40.0000000Z | [redacted]@ripple.com | But, I don't quite get the Bitso focus here. |
| 2020-06-23T19:50:52.0000000Z | [redacted]@ripple.com | Selling on Bitso is now less than it used to be given the reduced volumes |
| 2020-06-23T19:51:15.0000000Z | [redacted]@ripple.com | And we already have MM's buying XRP on Bitso. |
| 2020-06-23T19:52:06.0000000Z | [redacted]@ripple.com | The problem here is there is no offsetting buy of XRP anywhere. |
| 2020-06-23T19:54:18.0000000Z | [redacted]@ripple.com | Yea the idea is we would be taking it out of circulation by buying it |
| 2020-06-23T19:55:59.0000000Z | [redacted]@ripple.com | We achieve tax basis on this, so we can only buy back 71% of this for zero net cash benefit at 29% increase of supply. |
| 2020-06-23T19:56:29.0000000Z | [redacted]@ripple.com | Unless we limit this to an amount that we can only recycle. |
| 2020-06-23T19:56:44.0000000Z | [redacted]@ripple.com | But, then it again has zero economic benefit to Ripple and still only introduces supply. |
| 2020-06-23T19:57:30.0000000Z | [redacted]@ripple.com | I've been told to keep my head down about this, so I don't want to keep on about this. |
| 2020-06-23T19:58:03.0000000Z | [redacted]@ripple.com | That's a point I mentioned too yes. Best option imo is to redirect xrpo flow to traditional odl flow and only allow xrpo flow for inflation rate we deem absorbable |

CONFIDENTIAL

RPLI_SEC 0504550

| Timestamp | Sender | Message |
|---|---|---|
| 2020-06-23T19:58:24.0000000Z | ▉@ripple.com | I agree. |
| 2020-06-23T19:58:49.0000000Z | ▉@ripple.com | But we can certainly highlight the different options with consequences |
| 2020-06-23T19:58:55.0000000Z | ▉@ripple.com | The idea is to show a very aggressive remedy option since we are not limiting XRPO flow |
| 2020-06-23T19:59:28.0000000Z | ▉@ripple.com | Then we are just adding additional costs to this. |
| 2020-06-23T20:00:34.0000000Z | ▉@ripple.com | Yea but the ask wasn't to decrease costs, it was to decrease negative pricing pressures right |
| 2020-06-23T20:01:17.0000000Z | ▉@ripple.com | It seems like decreasing XRP-O is a sin right now |
| 2020-06-23T20:02:40.0000000Z | ▉@ripple.com | def add in the pro/con to option c as well |
| 2020-06-23T20:02:51.0000000Z | ▉@ripple.com | Gr8 |
| 2020-06-23T20:03:02.0000000Z | ▉@ripple.com | And also be clear on implications of B |
| 2020-06-23T20:03:05.0000000Z | ▉@ripple.com | there was an almost directive by CL to BG to start buying back on bitso - so we are trying to show a few other options. |
| 2020-06-23T20:03:41.0000000Z | ▉@ripple.com | agree to show some implications on B - ie the tax #s are important, even if only in the TP section or as notes on sidelines for ROn that is super helpful. thx vjm' |
| 2020-06-23T20:03:57.0000000Z | ▉@ripple.com | I don't get why Bitso. |
| 2020-06-23T20:04:18.0000000Z | ▉@ripple.com | It will just cost more |
| 2020-06-23T20:04:23.0000000Z | ▉@ripple.com | the market makers are already buying there |
| 2020-06-23T20:04:27.0000000Z | ▉@ripple.com | they are just selling elsewhere. |
| 2020-06-23T20:04:52.0000000Z | ▉@ripple.com | think he suggested that given the concentration of xrpo on bitso but pls add your views in there, vhelpful |
| 2020-06-23T20:05:11.0000000Z | ▉@ripple.com | we can add option D and E as well |

CONFIDENTIAL

RPLI_SEC 0504551

| Timestamp | Sender | Message |
|---|---|---|
| 2020-06-23T20:05:29.0000000Z | ▓▓@ripple.com | just cant make this too long so anything added needs to be succinct as much as possible |
| 2020-06-23T20:05:31.0000000Z | ▓▓@ripple.com | All ODL flow had large selling on Bitso |
| 2020-06-23T20:05:43.0000000Z | ▓▓@ripple.com | And it is much less than it used to be. |
| 2020-06-23T20:06:29.0000000Z | ▓▓@ripple.com | yes, bg rec'd a directive and now we can add alternative suggestions for their consideration, pls add to this as you see fit, that's why youre in it :slightly_smiling_face: |
| 2020-06-23T20:06:31.0000000Z | ▓▓@ripple.com | appreciate it |
| 2020-06-23T20:35:59.0000000Z | ▓▓@ripple.com | From Ron, on the deck: |
| 2020-06-23T20:36:02.0000000Z | ▓▓@ripple.com | ```Ron Will  4:30 PM<br>hey - an idea on the presentation - and I'm just thinking top of head here - but what if we lay out 3 potential narratives up front - 1) XRP supply - whether from Ripple or other sources, impacts the market the same, 2) XRP supply from Ripple impacts the market more (because its so visible perhaps) and 3) XRP supply from XRPO impacts the market the most (because its taken on a life of its own in the markets, it creates unusual bitso dynamics, etc etc)<br>4:30<br>we can do that up front - then say we are going to assume #3 for purposes of this presentation, while we continue to investigate further``` |
| 2020-06-23T20:39:58.0000000Z | ▓▓@ripple.com | Adding a slide at the front. |
| 2020-06-23T20:40:03.0000000Z | ▓▓@ripple.com | per Ron's instructions. |
| 2020-06-23T20:44:24.0000000Z | ▓▓@ripple.com | i added options C,D,E so far - can you build out a bit there, ▓▓@ripple.com - and then on recco slide, figured a blend of ST and LT makes sense. i got that started, pls take a look when you can, thanks |
| 2020-06-23T20:44:51.0000000Z | ▓▓@ripple.com | we need to get this out today given CL called BG on vaca about it, it's apparently urgent. apprecaite it |
| 2020-06-24T16:51:59.0000000Z | ▓▓@ripple.com | ▓▓@ripple.com can you draft an email to ron re: status on bitkub and concerns re: insufficient MM support for a july go-live. want to post him before we |

post product re: the challenges and make sure we give product a head's up that we may need to delay launch if we cannot get MMs up and running there.

CONFIDENTIAL

RPLI_SEC 0504553