# PX 559

From: ███████
To: ███████
Subject:
Sent: Wed, 20 Feb 2019 14:01:55 +0000
Cc: ███████com>, ███████com>

FIX_API_Conformance_Test_6.2v2.pdf
FIX_API_Examples_6.2v2.pdf
FIX_API_6.2v2.pdf

As you guys know part of the solution for the xRapid project will involve having an institutional FX account where we can convert fiat to fiat (i.e USD to MXN). The two main choices we have are ███████ (big brand name) and ███████ (smaller, but more customer relationship oriented). ██ and I are applying for accounts at both (they take weeks to open).
Anyway, even after opening the accounts I will be doing manual test trades via their gui and initiating a withdrawal to make sure things flow correctly and in a timely manner. Obviously, with either one we will need to have API access. Attached is a link to the API options for ███████ and also a set of PDFs for ███████ Just as guide, it would be helpful if you guys gave me an indication which one you would lean towards just based on the documentation (we obviously get a great feed through the connection as well).
BTW, this is a mature market so basically they either use FIX or have a custom API (no rest).


https://www.███████com/en/index.php?f=5041

SEC-███████-E-0048808