PX 561

| | |
|---|---|
| **From:** | Dinuka Samarasinghe <​███​@ripple.com> |
| **Sent:** | Thu, 22 Mar 2018 14:45:15 -0400 (EDT) |
| **To:** | |
| **Cc:** | Miguel Vias <​███​@ripple.com> |
| **Subject:** | Re: Program expansion |
| **Last Modifier Name:** | |
| **Creator Name:** | Dinuka Samarasinghe |

From our perspective, we would like to prioritize getting sales running on Huobi, OkEx, CEX.IO.

D

On Thu, Mar 22, 2018 at 2:22 PM, ███ wrote:

> We're currently on
>
> Bitstamp, Gatehub, Gemini, GDAX, Bitflyer USA, Bittrex, Binance, Kraken, BitMex, Liqui.io
>
> And in process of adding: HUOBI, CEX.IO, Qryptos, Gate.IO, KuCoin, HitBTC, OkEx / OKCoin, ItBit, Cryptopia
>
> Somewhere In Between:
>
> Bitfinex – crypto enabled, fiat availability soon
>
> Poloniex—awaiting corporate account conversion
>
> On our Radar:
>
> ACX.IO, RobinHood, WEX, YoBit

**From:** Dinuka Samarasinghe <​███​@ripple.com>
**Sent:** Thursday, March 22, 2018 1:31 PM
**To:** ███
**Cc:** Miguel Vias <​███​@ripple.com>
**Subject:** Re: Program expansion

CONFIDENTIAL

I'm in SF right now, but perhaps some time in April.

So, our goal is to have redundant XRP sales presence on basically every major exchange that sells XRP, with priority for exchanges that we don't have a presence on.

Can you send us a list of exchanges you are currently trading on, and we can formulate a plan?

D

On Thu, Mar 22, 2018 at 12:16 PM, ███ wrote:

> Dinuka, should we discuss over a call, dinner at Tamarind, or a quick drink on Stone Street? It's been too long.
>
> ███

**From:** Miguel Vias <███@ripple.com>
**Sent:** Thursday, March 22, 2018 11:43 AM
**To:** ███ Dinuka Samarasinghe <███@ripple.com>
**Subject:** Re: Program expansion

Hey ███

I've copied in Dinuka since I'm going to be out for the next two weeks. You guys should connect before I get back though. He'll be able to tell you were you guys need to be going forward. Get ready!

CONFIDENTIAL

On Thu, Mar 22, 2018 at 4:49 AM, ▮ wrote:

Hey ▮,

Now that we have a contract renewal in place, do you have a time to discuss expanding to new venues? If there's any I should be filing KYC on to get ahead of things by all means let me know. Also we'll need to set up another tranche of XRP in the very near future.

Thanks,

▮

--

**Miguel Vias | Head of XRP Markets**

▮@ripple.com | www.ripple.com

T. ▮

--

Dinuka Samarasinghe

XRP Markets

▮

--

Dinuka Samarasinghe
XRP Markets
▮

CONFIDENTIAL                                                                                     ▮ 000305