PX 562

| | |
|---|---|
| **Message** | |
| From: | |
| Sent: | 5/11/2018 2:15:31 PM |
| To: | |
| Subject: | Re: Ripple claims success in first pilot trials of XRP for cross-border... |
| Attachments: | image001.jpg; image002.png; image003.png |

Also the difference between a PE firm and a Public Company. Our lawyers would never let us make a claim of saving 40-70% on FX. There's also a pretty fundamental problem in their claim. The inter ledger transfer takes 2-3 seconds, but you are still dependent on how long it takes the local payment rails, ie: "the last mile" to process the payment.

So what do you actually benefit from by using this?

Regards

Senior Vice President, Strategy and Product

Desk:
Mobile:



Please consider the environment before printing this email. This email (including all attachments) may contain personal information and is intended solely for the named addressee. It is confidential and if you have received it in error, please let us know by reply email, delete it from your system and destroy any copies. Disclosure of the email may breach one or more laws. Be advised that emails may contain computer viruses or have other deficiencies, be tampered with, and may not be reproduced the same on other systems. We give no warranties in relation to these matters. If you suspect that an email ostensibly sent by us is not authentic or has been changed, please contact us immediately..

---

From:
Date: Thursday, May 10, 2018 at 10:18 PM
To:
Subject: RE: Ripple claims success in first pilot trials of XRP for cross-border...

That's perfect!

Key to this business model is a great PR person, never mind actual capabilities. ▇ and ▇ are meeting with Ripple in NYC next week.

CFA
Senior Vice President, Treasurer and Head of Payments Finance



**From:**
**Sent:** Thursday, May 10, 2018 7:36 PM
**To:**
**Subject:** Ripple claims success in first pilot trials of XRP for cross-border...

Thought you would find this amusing.

https://www.finextra.com/newsarticle/32084/ripple-claims-success-in-first-pilot-trials-of-xrp-for-cross-border-payments?utm_medium=newsflash&utm_source=2018-5-10&member=76128

# Ripple claims success in first pilot trials of XRP for cross-border payments

While big banks continue to shy away from the use of XRP as a form of reserve currency in funds transfers, Ripple appears to have found a sweet spot for the adoption of xRapid in the $569 billion remittance market.

IDT, MercuryFX, MoneyGram, Viamericas and Cuallix have all taken the plunge with xRapid and XRP, while a recent agreement with Fleetcor-owned B2B international payments provider Cambridge Global Payments has opened a new avenue - commercial payments - for the digital asset.

Ripple says the first pilot tests resulted in 40-70% savings on FX exchange rates for participating platforms, and faster settlement of transactions, cutting the time taken to effect a cross-border payments from two-to-three days to just minutes. The leg of the transfer that touches the XRP Ledger only takes 2-3 seconds with the additional processing time happening while the transfer moves across the intermediary digital asset exchanges and local payment rails.

"It's encouraging to see positive xRapid results because they validate what many in our industry already know: certain digital assets have utility," says Asheesh Birla, SVP of product at Ripple. "XRP's utility lies in its speed and scalability, which makes it the perfect fit for cross-border payments. The XRP Ledger can send 1,500 transactions per second."

Paul Dwyer, co-founder and CEO of money transfer outfit Viamericas was initially circumspect on the potential of XRP and concerned about the impact of volatility on prices, but now adopts a more upbeat tone following tests in the US to Mexico trade corridor.

"It's clear that xRapid can lower liquidity costs while increasing payment speed and transparency in a

CONFIDENTIAL                                                                                                                  RIPPLE0007261

way that facilitates rigorous compliance controls," he says. "We believe that digital assets like XRP will play a key role in the future of cross-border payments, helping to safely address some of the structural inefficiencies of legacy settlement infrastructure as their adoption grows. We look forward to exploring next steps with Ripple."

Sent from my iPhone

CONFIDENTIAL
RIPPLE0007262