# PX 563



archive.today
webpage capture
Saved from https://forum.ripple.com/viewtopic.php?f=1&t=5 search
no other snapshots from this url
6 Feb 2018 08:55:51 UTC
All snapshots from host forum.ripple.com
Webpage Screenshot
share download .zip report bug or abuse donate

Register | Login

rippleForum

FAQ

Board index → General Discussion

# ledger reset

62 posts • Page 1 of 7 • 1 2 3 4 5 ... 7

## ledger reset

by jed » Sat Dec 22, 2012 4:20 am

The ledger was just reset. So ask me or arthur for credits again.
This will be the final ledger baring some catastrophe.

jed
Co-Founder
CO-FOUNDER

**Posts:** 73
**Joined:** Thu Oct 11, 2012 9:01 pm

## Re: ledger reset

by jtimon » Fri Dec 28, 2012 2:50 pm

Can I get some credits at the following address to test a little bit?
rLp9pST1aAndXTeUYFkpLtkmtZVNcMs2Hc

Thank you.

jtimon

**Posts:** 90
**Joined:** Sat Nov 10, 2012 10:41 pm

## Re: ledger reset

by ahbritto » Sat Dec 29, 2012 4:06 am

> jtimon wrote:
> Can I get some credits at the following address to test a little bit?
> rLp9pST1aAndXTeUYFkpLtkmtZVNcMs2Hc

Sent.

ahbritto
Co-Founder
CO-FOUNDER

**Posts:** 656
**Joined:** Sat Dec 29, 2012 4:03 am

## Re: ledger reset

by jtimon » Sat Dec 29, 2012 8:24 pm

Thank you!

jtimon

**Posts:** 90
**Joined:** Sat Nov 10, 2012 10:41 pm

## Re: ledger reset

by matholroyd »

Just created my first wallet. Can I get some coins to sent to - please?

EDIT: Oops, copied/pasted the secret key...wasn't paying attention...just created a new wallet .

Can I get some coins sent to rLhyXnYycbAohmhybf89yeBtzV1bvsWso please?

Posts: 7
Joined: Thu Jan 24, 2013 1:12 am

### Re: ledger reset

by **ahbritto** » Thu Jan 24, 2013 9:29 am

Sent.

**ahbritto**
Co-Founder



Posts: 656
Joined: Sat Dec 29, 2012 4:03 am

### Re: ledger reset

by **knotwork** » Thu Feb 07, 2013 4:23 pm

I created a test account at ripple.com's web based client, since I am not sure of the security model I want to get a real client of my own running before making a "real" account. It gave me this address to ask for coins to be sent to: rpVft3wic2fZ2saY5BjEtL8R2NPrubxWG5

Anyone have any clue how to make the client "source code" from github work? It has nothing in its README about whether it needs some kind of building or compiling and if so how to do that, nor how to "run" it...

-MarkM-

**knotwork**

Posts: 14
Joined: Thu Feb 07, 2013 4:19 pm

### Re: ledger reset

by **scrybe** » Thu Feb 07, 2013 5:06 pm

Congratulations!
I could use some XRP for testing: rf9gutfmGB8CH39W2PCeRbLWMKRauYyVfx

Thanks,
Scrybe

**scrybe**

Posts: 1
Joined: Thu Feb 07, 2013 5:05 pm

### Re: ledger reset

by **ahbritto** » Thu Feb 07, 2013 5:49 pm

> scrybe wrote:
> Congratulations!
> I could use some XRP for testing: rf9gutfmGB8CH39W2PCeRbLWMKRauYyVfx
>
> Thanks,
> Scrybe

Sent.

**ahbritto**
Co-Founder

Posts: 656
Joined: Sat Dec 29, 2012 4:03 am



**ahbritto**

I created a test account at ripple.com's web based client, since I am not sure of the security model I want to get a real client of my own running before making a "real" account. It gave me this address to ask for coins to be sent to: rpVft3wic2fZ2saY5BjEtL8R2NPrubxWG5

Sent.

Co-Founder

CO-FOUNDER

Posts: 656
Joined: Sat Dec 29, 2012 4:03 am

> knotwork wrote:
> Anyone have any clue how to make the client "source code" from github work? It has nothing in its README about whether it needs some kind of building or compiling and if so how to do that, nor how to "run" it...

See: https://ripple.com/wiki/Ripple_Client

Display posts from previous: All posts    Sort by Post time    Ascending    Go                                                          Next

62 posts • Page **1** of 7 • [1] 2 3 4 5 ... 7

Return to General Discussion                                    Jump to:  General Discussion    Go

### Who is online

Users browsing this forum: No registered users and 6 guests

The team • Delete all board cookies • All times are UTC

Powered by phpBB® Forum Software © phpBB Group
phpBB Metro Theme by PixelGoose Studio