PX 564

**Subject:** Exchange Data and Contacts
**From:**
**Sent:** Fri, 03 May 2019 21:47:34 +0000
**Cc:** "Dinuka Samarasinghe" <​@ripple.com> "Miguel Vias" <​@ripple.com>
**Bcc:**

**To:** @ripple.com" @ripple.com>, @ripple.com" @ripple.com>
Exchange Contacts.pdf

Hi

Thank you again for taking the time to speak to us last Wednesday.

Per our conversation, I have worked on compiling some data on exchanges associated with our Ripple liquidation program. In the attached PDF file you will find a list which includes exchange names, corresponding 2018 Ripple liquidation volumes, and whether the exchanges allow US customers or not. In the last column I have also added any reliable direct email contacts (if any) associated with the exchange. In 2019 we added additional exchanges, which I have appended to the list as well (without volume data).

Please let me know if you have any questions.

Regards,

SEC--0048726

| Exchange | XRP Sold | USD Value | Allows U.S. Customers | Reliable Email Contact(s) |
|---|---|---|---|---|
| BINANCE | 82,996,334 | $49,157,884 | YES | |
| BITFINEX | 53,098,451 | $36,595,384 | NO | |
| BITHUMB | 58,337,766 | $48,450,725 | YES | |
| BITSTAMP | 10,321,857 | $9,186,351 | YES | |
| BITTREX | 6,844,759 | $4,299,394 | YES | |
| COINONE | 13,718,850 | $10,651,723 | YES | |
| HITBTC | 12,618,735 | $5,265,801 | NO | |
| HUOBI | 23,712,971 | $9,958,768 | NO | |
| KORBIT | 8,302,380 | $7,398,170 | YES | |
| KRAKEN | 22,358,011 | $14,118,476 | YES | |
| OKEX | 15,092,053 | $6,521,483 | NO | |
| POLONIEX | 5,524,089 | $3,404,729 | YES | |
| ZB | 27,064,388 | $10,762,459 | YES | |
| ZBG | 3,508,629 | $1,257,495 | YES | |
| DIGIFINEX | ADDED 2019 | ADDED 2019 | NO | |
| BITBANK | ADDED 2019 | ADDED 2019 | NO | |
| BW | ADDED 2019 | ADDED 2019 | YES | |
| COINBASE | ADDED 2019 | ADDED 2019 | YES | |