# PX 565

As of 11/14/2019

| CryptoCompare - B or Better Rated Exchanges Only | | |
|---|---|---|
| Allows US Customers? | Exchange | XRP Volume 2019 YTD |
| TRUE | Binance | 18,890,000,000 |
| FALSE | Bithumb | 6,430,000,000 |
| FALSE | BitBank | 5,430,000,000 |
| TRUE | Bitstamp | 3,520,000,000 |
| FALSE | Bitfinex | 3,210,000,000 |
| TRUE | Coinbase | 3,050,000,000 |
| TRUE | BitTrex | 832,820,000 |
| TRUE | Poloniex | 760,140,000 |
| TRUE | HuobiPro | 444,860,000 |
| FALSE | OKEX | 420,330,000 |
| FALSE | Upbit | 354,650,000 |
| TRUE | Kraken | 127,560,000 |
| FALSE | Liquid | 75,750,000 |
| FALSE | Korbit | 14,480,000 |
| TRUE | Cexio | 5,480,000 |
| TRUE | IndependentReserve | 913,100 |
| TRUE | OKCoin | 119,600 |
| TRUE | Coincheck | - |
| TRUE | Gemini | - |
| TRUE | bitflyerus | - |
| TRUE | Zaif | - |
| FALSE | bitFlyer | - |
| FALSE | bitflyereu | - |
| TRUE | itBit | - |

| | |
|---|---|
| Total - XRP Vol. 2019 YTD | 43,567,102,700 |
| US - XRP Vol. 2019 YTD | 27,631,892,700 |
| % US by XRP Vol. 2019 YTD | 63.42% |

RPLI_SEC 0807008

| CryptoCompare - Top 25 Exchanges by XRP Volume | | |
|---|---|---|
| **Allows US Customers?** | **Exchange** | **XRP Volume 2019 YTD** |
| TRUE | zbg | 36,129,849,741 |
| TRUE | zb-com | 20,997,888,687 |
| FALSE | bcex | 19,838,450,632 |
| TRUE | binance | 18,673,155,361 |
| FALSE | fatbtc | 17,722,190,693 |
| FALSE | hitbtc | 16,992,448,552 |
| FALSE | digifinex | 16,929,743,263 |
| TRUE | rightbtc | 16,496,608,245 |
| FALSE | okex | 15,760,003,137 |
| TRUE | bitforex | 13,123,508,189 |
| FALSE | upbit | 12,305,442,007 |
| TRUE | idcm | 11,886,160,631 |
| TRUE | cointiger | 11,855,356,190 |
| TRUE | exx | 11,788,505,844 |
| FALSE | bit-z | 11,669,619,582 |
| FALSE | huobi-global | 11,525,643,619 |
| TRUE | fcoin | 10,977,574,915 |
| TRUE | bibox | 9,567,457,000 |
| TRUE | idax | 8,072,910,526 |
| TRUE | bitker | 7,996,759,677 |
| FALSE | exrates | 7,439,391,243 |
| FALSE | bithumb | 6,929,926,317 |
| TRUE | bitrue | 6,142,467,306 |
| FALSE | coinegg | 5,588,922,053 |
| FALSE | bitbank | 5,353,104,775 |

| | |
|---|---|
| **Total - XRP Vol. 2019 YTD** | 331,763,088,185 |
| **US - XRP Vol. 2019 YTD** | 183,708,202,312 |
| **% US by XRP Vol. 2019 YTD** | 55.37% |

RPLI_SEC 0807008

| | 2019 Programmatic XRP Sales | |
|---|---|---:|
| **Allows US Customers?** | **Exchange** | **Prog. XRP Sales - 2019 YTD** |
| TRUE | Binance | 29,659,209 |
| FALSE | Bitbank | 8,370,575 |
| FALSE | Bitfinex | 5,469,598 |
| TRUE | Bitforex | 12,513,480 |
| FALSE | Bithumb | 9,188,947 |
| FALSE | Bitlish | 134,588 |
| FALSE | Bitmart | 1,119,577 |
| TRUE | Bitmax | 929,509 |
| TRUE | Bitrue | 925,017 |
| TRUE | Bitstamp | 4,869,932 |
| TRUE | Bittrex | 1,303,272 |
| TRUE | BW | 9,112,553 |
| TRUE | Coinbase | 2,583,315 |
| FALSE | Coinbene | 1,989,604 |
| FALSE | Coinone | 2,843,104 |
| FALSE | Digifinex | 20,385,431 |
| FALSE | Hitbtc | 25,817,909 |
| FALSE | Huobi Global | 17,815,511 |
| FALSE | Korbit | 1,032,009 |
| TRUE | Kraken | 4,144,105 |
| FALSE | Okex | 26,080,483 |
| TRUE | Poloniex | 1,048,628 |
| FALSE | Upbit | 16,660,227 |
| TRUE | XRP Ledger | 68,580 |
| TRUE | Zb | 34,404,880 |
| TRUE | Zbg | 30,277,530 |

| | | |
|---|---|---:|
| | **Total - Prog. Sales 2019 YTD** | 268,747,573 |
| | **US - Prog. Sales 2019 YTD** | 131,840,010 |
| | **% US Prog. Sales 2019 YTD** | **49.06%** |

RPLI_SEC 0807008