# PX 566

|   | C | D | E | F | G | H |
|---|---|---|---|---|---|---|
| 2 |   | Q1 | Q2 | Q3 | TOTAL |   |
| 3 | Prog. Sales to US exchanges | 2.7% | 3.2% | 9.3% | 3.4% |   |
| 4 | Prog. Sales to non-US exchanges | 97.3% | 96.8% | 90.7% | 96.6% |   |
| 5 | % of OTC Sales to US partners | 28.4% | 34.3% | 0.0% | 24.78% |   |
| 6 | % of OTC Sales to non-US partners | 71.6% | 65.7% | 100.0% | 75.22% |   |
| 7 | % of TOTAL Sales to US partners | 12.3% | 16.5% | 2.3% | 12.95% |   |
| 8 | % of TOTAL Sales to non-US partners | 87.7% | 83.5% | 97.7% | 87.05% |   |
| 9 |   |   |   |   |   |   |
| 10 |   | Q1 | Q2 | Q3 | TOTAL |   |
| 11 | Prog. Sales to exchanges w. US Customers | 47.9% | 51.0% | 38.9% | 49.06% |   |
| 12 | Prog. Sales to exchanges w/o. US Customers | 52.1% | 49.0% | 61.1% | 50.94% |   |
| 13 | % of OTC Sales partners that had US Customers | 28.9% | 35.1% | 0.4% | 25.4% |   |
| 14 | % of OTC Sales partners w/o US Customers | 71.1% | 64.9% | 99.6% | 74.6% |   |
| 15 | % of TOTAL Sales to partners w US customers | 41.6% | 44.6% | 9.8% | 38.48% |   |
| 16 | % of TOTAL Sales to partners w/o US customers | 58.4% | 55.4% | 90.2% | 61.52% |   |
| 17 |   |   |   |   |   |   |
| 18 |   |   |   |   |   |   |
| 19 |   |   |   |   |   |   |
| 20 |   |   |   | PROGRAMMATIC |   |   |
| 21 | is US? |   | allows US customers | Q1 | Q2 | Q3 |
| 22 | FALSE | TRUE | Binance | $12,395,650 | $13,958,142 | $3,305,417 |
| 23 | FALSE | FALSE | Bitbank | $3,556,723 | $4,106,457 | $707,395 |
| 24 | FALSE | FALSE | Bitfinex | $2,646,397 | $2,327,147 | $496,054 |
| 25 | FALSE | TRUE | Bitforex | $3,864,217 | $8,491,872 | $157,391 |
| 26 | FALSE | FALSE | Bithumb | $5,460,249 | $2,686,006 | $1,042,692 |
| 27 | FALSE | FALSE | Bitlish | $128,442 | $6,146 | $0 |
| 28 | FALSE | FALSE | Bitmart | $346,555 | $772,576 | $446 |
| 29 | FALSE | TRUE | Bitmax | $626,976 | $294,556 | $7,977 |
| 30 | FALSE | TRUE | Bitrue | $74,590 | $850,427 | $0 |
| 31 | FALSE | TRUE | Bitstamp | $1,992,598 | $2,177,215 | $700,119 |
| 32 | TRUE | TRUE | Bittrex | $565,305 | $596,175 | $141,792 |
| 33 | FALSE | TRUE | BW | $2,011,643 | $6,956,615 | $144,295 |
| 34 | TRUE | TRUE | Coinbase | $70,718 | $1,737,309 | $775,288 |
| 35 | FALSE | FALSE | Coinbene | $580,920 | $1,378,198 | $30,486 |
| 36 | FALSE | FALSE | Coinone | $1,097,644 | $1,718,203 | $27,257 |
| 37 | FALSE | FALSE | Digifinex | $8,781,628 | $11,389,709 | $214,094 |
| 38 | FALSE | FALSE | Hitbtc | $11,165,873 | $14,405,334 | $246,702 |
| 39 | FALSE | FALSE | Huobi | $5,857,679 | $9,495,149 | $2,462,683 |
| 40 | FALSE | FALSE | Korbit | $622,198 | $408,277 | $1,534 |
| 41 | TRUE | TRUE | Kraken | $1,811,950 | $1,875,577 | $456,578 |
| 42 | FALSE | FALSE | Okex | $9,956,783 | $13,239,675 | $2,884,025 |
| 43 | TRUE | TRUE | Poloniex | $465,228 | $457,205 | $126,195 |
| 44 | FALSE | FALSE | Upbit | $5,973,749 | $8,898,117 | $1,788,361 |
| 45 | FALSE | TRUE | XRP Ledger | $46,255 | $22,325 |   |
| 46 | FALSE | TRUE | Zb | $19,370,103 | $14,882,834 | $151,943 |
| 47 | FALSE | TRUE | Zbg | $8,414,701 | $21,529,972 | $332,857 |
| 48 |   |   | TOTAL PROG | $107,884,774 | $144,661,218 | $16,201,581 |
| 49 |   |   |   |   |   |   |
| 50 |   |   | OTC |   |   |   |
| 51 | TRUE | TRUE | Akuna | $162,500 | 0 | 0 |
| 52 | TRUE | TRUE | Almeda | $2,212,320 | $1,210,640 | 0 |
| 53 | TRUE | TRUE | Cumberland | $10,244,757 | $12,208,489 | 0 |
| 54 | TRUE | TRUE | Galaxy | $371,980 | $19,742,126 | 0 |
| 55 | TRUE | TRUE | Galois | $2,482,820 | $1,799,300 | 0 |
| 56 | TRUE | TRUE | Genesis | $2,117,400 | $1,309,055 | 0 |
| 57 | FALSE | TRUE | Octagon | $312,571 | $560,740 | 0 |
| 58 | FALSE | TRUE | QCP | 0 | $275,635 | $183,847 |
| 59 | FALSE | FALSE | SBI VC | $44,024,853 | $68,514,583 | $49,627,416 |
| 60 |   |   | TOTAL OTC | $61,929,201 | $105,620,568 | $49,811,263 |
| 61 |   |   | TOTAL XRP SALES | $167,169,235 | $248,558,798 | $66,012,844 |