PX 567

From: ▓▓▓▓▓
Sent: Tue, 08 Oct 2019 00:55:03 +0000
Subject: [Slack Retention]ripple - ▓▓▓▓▓ Shared Private Im
To: ▓▓▓▓▓@ripple.com>, ▓▓▓▓▓@ripple.com>

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2019-10-07T21:16:35.0000000Z | ▓▓▓▓▓@ripple.com | Hi ▓▓ |
| 2019-10-07T21:16:43.0000000Z | ▓▓▓▓▓@ripple.com | Quick question on ▓▓▓▓▓ |
| 2019-10-07T21:16:50.0000000Z | ▓▓▓▓▓@ripple.com | Do they allow US customers? |
| 2019-10-07T21:17:21.0000000Z | ▓▓▓▓▓@ripple.com | Also, our sales agreement through the CTS program is with ▓▓ ▓▓? Is that correct? |
| 2019-10-07T21:30:14.0000000Z | ▓▓▓▓▓@ripple.com | The agreement is with ▓▓ but ▓▓ uses ▓▓'s market maker |
| 2019-10-07T21:30:36.0000000Z | ▓▓▓▓▓@ripple.com | OK, so the exchange is the purchaser? |
| 2019-10-07T21:30:43.0000000Z | ▓▓▓▓▓@ripple.com | Yes |
| 2019-10-07T21:30:58.0000000Z | ▓▓▓▓▓@ripple.com | Great. And does ▓▓ allow US customers? |
| 2019-10-07T21:31:58.0000000Z | ▓▓▓▓▓@ripple.com | ▓▓ was sorting out a KYC/onboarding process for non-Japanese / corporate customers, and was not actively onboarding new customers who fit into the category |
| 2019-10-07T21:32:24.0000000Z | ▓▓▓▓▓@ripple.com | But they may be able to do it on an one-off basis while sorting it out |
| 2019-10-07T21:32:35.0000000Z | ▓▓▓▓▓@ripple.com | OK |
| 2019-10-07T21:32:37.0000000Z | ▓▓▓▓▓@ripple.com | we can ask |
| 2019-10-07T21:32:43.0000000Z | ▓▓▓▓▓@ripple.com | Thank you. |
| 2019-10-07T21:33:00.0000000Z | ▓▓▓▓▓@ripple.com | Would you please ask? |
| 2019-10-07T21:33:14.0000000Z | ▓▓▓▓▓@ripple.com | is it for a corporate accoujt? |

CONFIDENTIAL                                                                                                   RPLI_SEC 1076439

| Timestamp | Sender | Message |
|---|---|---|
| 2019-10-07T21:33:24.0000000Z | @ripple.com | Actually, I has a question from Brad. |
| 2019-10-07T21:33:38.0000000Z | @ripple.com | What percentage of total XRP sales are to US and non-US partners |
| 2019-10-07T21:33:43.0000000Z | @ripple.com | (exchanges and OTC desks) |
| 2019-10-07T21:33:52.0000000Z | @ripple.com | and also, what % of total sales to partners that allows US customers |
| 2019-10-07T22:08:08.0000000Z | @ripple.com | i can ask about whether they accept US customers, but for the questions you mentioned above, it'd be awkward to ask these specific questions.. unless there are reasons for asking |
| 2019-10-07T22:10:01.0000000Z | @ripple.com | We are exploring our tax treatment of XRP sales. If we sell XRP on exchanges without US customers, our tax basis is different than our tax basis on exchanges that allow US customers. |
| 2019-10-07T22:10:10.0000000Z | @ripple.com | by roughly 500 bps. |
| 2019-10-07T22:10:29.0000000Z | @ripple.com | Which, especially on how much we have sold historically, can be a big number. |
| 2019-10-07T22:11:01.0000000Z | @ripple.com | Do you need % ratio too? |
| 2019-10-07T22:11:11.0000000Z | @ripple.com | Not for now, thank you. |
| 2019-10-07T22:11:31.0000000Z | @ripple.com | ok i will ask whether they have US customers or not. (and this is for both retail and corporate accounts right?) |
| 2019-10-07T22:11:40.0000000Z | @ripple.com | yes please. |
| 2019-10-07T22:11:41.0000000Z | @ripple.com | Thank you. |
| 2019-10-08T00:54:36.0000000Z | @ripple.com | responded and said that they have no US customers today. |
| 2019-10-08T00:54:55.0000000Z | @ripple.com | Great! Thank you for the update. |
| 2019-10-08T00:55:03.0000000Z | @ripple.com | I'll update my numbers for Breanne and Brad |



CONFIDENTIAL

RPLI_SEC 1076441