PX 573

filed under seal

as

D.E. 669-39