PX 574

Message

**From:** Brad Garlinghouse [▮@ripple.com]
**on behalf of** Brad Garlinghouse [▮@ripple.com> ▮@ripple.com]
**Sent:** 6/23/2019 11:42:42 AM
**To:** ▮ [▮com>]
**CC:** ▮GSR ▮GSR ▮@gsr.io>]
**Subject:** Re: Bot 42t 24-Hour Report (06/22/2019)

no problem. thanks for confirming

On Sun, Jun 23, 2019 at 11:29 AM ▮ com> wrote:
Hi Brad,

Apologies for the confusion, our system wasn't yet setup to be able to monitor two cold wallets per clients and we were still monitoring the other cold wallet we setup for you. We have deployed a fix to be able to monitor the two cold wallets and we will send you a corrected Daily Sales email shortly. We confirm that there has been no incidence on sales and have continued to sell on target.

Again sorry for the confusion.

Kind regards,
▮

On Sun, Jun 23, 2019 at 4:49 PM ▮ GSR ▮ @gsr.io> wrote:

Begin forwarded message:

From: Brad Garlinghouse <▮@ripple.com>
Date: 23 June 2019 at 22:38:25 GMT+8
To: gsr@gsr.io
Cc: ▮@gsr.io
Subject: Re: Bot 42t 24-Hour Report (06/22/2019)

I sent 10m Xrp yesterday. Pls confirm the balance is correct

On Jun 23, 2019, at 10:31 AM, gsr@gsr.io wrote:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BRAD GARLINGHOUSE    GARL00000108



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BRAD GARLINGHOUSE

GARL00000109