PX 575

**Message**
**From:** [redacted]@ripple.com]
**Sent:** 9/28/2018 3:05:33 PM
**To:** Chris Larsen [redacted]@ripple.com]
**Subject:** Re: Exchange rankings

[redacted]

On Fri, Sep 28, 2018 at 2:17 PM Chris Larsen <[redacted]@ripple.com> wrote:
> [redacted] - where do these go, which bank?
>
> ---------- Forwarded message ----------
> From: [redacted] GSR [redacted] <[redacted]@gsr.io>
> Date: Fri, Sep 28, 2018 at 11:11
> Subject: Re: Exchange rankings
> To: [redacted]@ripple.com>
> CC: [redacted]@ripple.com>, [redacted]@gsr.io>
>
> Hi Chris,
>
> Wires are going out right now.
>
> Have a great weekend,
>
> [redacted]
>
> On 27 Sep 2018, at 18:0[redacted] [redacted]@gsr.io> wrote:
>
> Understood, working on it.
>
> [redacted] please confirm when the wires go out.
>
> [redacted]
> GSR Co-Founder
> [redacted]@gsr.io
> [redacted]
>
> On 27 Sep 2018, at 16:32, Chris Larsen <[redacted]@ripple.com> wrote:
>
> Thanks [redacted]
>
> Also, looks like dollar balances are getting pretty high - can you do a withdrawal to our bank on both bots. Thanks!
>
> On Thu, Sep 27, 2018 at 05:42 [redacted] [redacted]@gsr.io> wrote:
> I thought you might find this interesting:
>
> https://www.blockchaintransparency.org/exchangerankings/

FOIA Confidential Treatment requested by C. Larsen

LARSEN_NAT_00000093

(Binance reported trade volumes still seem suspect to us)



GSR Co-Founder
████@gsr.io

--
Chris

Chris Larsen
Executive Chairman
Ripple, Inc.
www.ripple.com

--
Chris

Chris Larsen
Executive Chairman
Ripple, Inc.
www.ripple.com