PX 577

From: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.com>
To: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Subject: Fw: Re: Exchange Data and Contacts
Sent: Thu, 19 Sep 2019 02:05:20 +0000

ugh..not sure how to answer this...basically we signed up Oct 2018 and have not been prompted to get off

------- Original Message -------
On Wednesday, September 18, 2019 9:52 PM, ⬛⬛⬛⬛⬛⬛⬛⬛@ripple.com> wrote:

⬛⬛⬛

Hope all is well with you. See email string below and the attachment you prepared re: whether the specified exchanges allow US person to set up account.

With regard to the South Korean exchanges (Bithumb, Coinone, Korbit), I've been advised by our South Korean lawyers that the gov of South Korea banned all non-South Korean residents from setting up and maintaining accounts on South Korean exchanges effective Jan 30, 2018. To enforce the law, all existing and new account holders on an SK exchange had to register and open a bank account with a South Korean bank in accordance with the Real Name Verification process.

Can you shed some light on this?

As a non-South Korean person, how has OCS been able to continue trading on these exchanges?

Grateful for the help. Happy to talk live if that helps or is easier for you. Let me know. Many thanks.

On Fri, May 3, 2019 at 5:24 PM ⬛⬛⬛⬛⬛⬛⬛@ripple.com> wrote:

Thanks ⬛⬛ Nice to speak with you as well. Thanks for gathering this info. Much appreciated.

On Fri, May 3, 2019 at 2:47 PM ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.com> wrote:

Hi ⬛⬛

Thank you again for taking the time to speak to us last Wednesday.

SEC-⬛⬛⬛⬛⬛E-0050754

Per our conversation, I have worked on compiling some data on exchanges associated with our Ripple liquidation program. In the attached PDF file you will find a list which includes exchange names, corresponding 2018 Ripple liquidation volumes, and whether the exchanges allow US customers or not. In the last column I have also added any reliable direct email contacts (if any) associated with the exchange. In 2019 we added additional exchanges, which I have appended to the list as well (without volume data).

Please let me know if you have any questions.

Regards,

--

Regards,



Privileged & Confidential

Ripple | Sr. Tax Counsel
315 Montgomery Street
San Francisco, CA 94104
@ripple.com

--

Regards,

Privileged & Confidential

Ripple | Sr. Tax Counsel
315 Montgomery Street
San Francisco, CA 94104
@ripple.com

SEC-         -0050755