PX 578

Message

---

From:       Ripple.com Contact Form [ripplecontact@ripple.com]
Sent:       5/19/2017 1:49:34 PM
To:         xrpcontact@ripple.com
Subject:    Ripple.com contact form inquiry from ▮

From: ▮
Organization: Question to buy xrp
Title: Manager

Message Body:
I am interesting to buy  ripple   But I don't know how   I live in Florida  usa
 Please tell me in  so  wait your answer
Thank you very much

Truly

--
This e-mail was sent from a contact form on Ripple.com

IP address: 73.57.71.202


-- Tracking Info --
The user filled the form on: https://ripple.com/contact/
The user came to your website from: http://www.google.be/
The user's landing page on your website: http:///events/
User's IP: 73.57.71.202
User's Proxy Server IP: 73.57.71.202

User's browser is: Mozilla/5.0 (iPhone; CPU iPhone OS 10_3_1 like Mac OS X) AppleWebKit/603.1.30 (KHTML, like Gecko) Version/10.0 Mobile/14E304 Safari/602.1

CONFIDENTIAL                                                                                                         RPLI_SEC 0623105