PX 579

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 5/6/2017 11:50:56 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple XRP Contact Form

From: ███████████████████
Subject: [your-subject]

Message Body:
Blocked in WASHINGTON STATE - Please explain.  I began registering to purchase XRP, changed my password, but then was told that your SERVICE NOT PROVIDED IN THIS STATE.  Is there a work around for me.  If not, when will residence of WA be allowed to purchase?

CONFIDENTIAL
RPLI_SEC 0623136