PX 580

Message

| | |
|---|---|
| From: | Ripple.com Contact Form [ripplecontact@ripple.com] |
| Sent: | 4/21/2017 6:51:54 AM |
| To: | xrpcontact@ripple.com |
| Subject: | Ripple XRP Contact Form |

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: [your-subject]

Message Body:
Hi. Can I purchase xrp us in new york state?
If yes, Ive created an account on bitstamp. Is that the only way to purchase?
Thanks

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RPLI_SEC 0623146