PX 581

| | |
|---|---|
| From: | Ripple.com Contact Form <ripplecontact@ripple.com> |
| To: | xrpcontact@ripple.com |
| Sent: | 1/23/2018 11:59:14 AM |
| Subject: | Ripple.com contact form inquiry from ▮▮▮▮ |

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Organization: independent
Title:

Message Body:
I have been trying to buy 200 XRP for over a month now. I want you guys to know and understand that the XRP buying experience is horrible. I have opened 2 different accounts (using bitstamp.net and gatehub.net) - both brokers suggested an await time of 2 to 3 weeks for the account activation. After a month of waiting on their account activation I'm finally giving up. I have closed both accounts and I'm never going back.

Though I like the XRP concept, I do not like the idea of not being able to purchase it easily from an American broker. Please fix this inaccessibility issue. Thanks.

--
This e-mail was sent from a contact form on Ripple.com