# PX 582

Message

**From:** ▮ on behalf of ▮
**Sent:** 12/27/2017 11:38:08 AM
**To:** ▮
**CC:** ▮
**Subject:** Re: Fortune Article: How to Buy Ripple

FYI this article has been updated and the tweet has been posted.

On Wed, Dec 27, 2017 at 9:57 AM, ▮ <▮com> wrote:
  Thanks, ▮

On Wed, Dec 27, 2017 at 9:55 AM, ▮ <▮@ripple.com> wrote:
  One small edit in red

▮

Corporate Communications | Ripple
▮@ripple.com

🌊 ripple

On Wed, Dec 27, 2017 at 9:52 AM, ▮ <▮com> wrote:
  Awesome - below is the draft tweet. Let us know your thoughts and we'll flag once updated.

  Tweet:
  Have questions about how to buy $XRP? @TheLedger has you covered.
  http://fortune.com/2017/12/27/ripple-buy-how-to-cryptocurrency-bitcoin/

On Wed, Dec 27, 2017 at 9:51 AM, ▮ <▮@ripple.com> wrote:
  Yes. Feel free to tweet it out once it's fixed.

  Thanks!

▮

Head of Content | Ripple
▮@ripple.com | ripple.com

🌊 ripple

On Wed, Dec 27, 2017 at 9:48 AM, ▮ wrote:

Thanks, ▇ We'll ask for the market cap correction.

Once that is made, is it something we are able to tweet out?

On Wed, Dec 27, 2017 at 9:46 AM, ▇ @ripple.com> wrote:
Got it. Thanks,

Given your input, I think correcting the market cap figure takes precedence over the headline.

▇

Head of Content | Ripple
▇@ripple.com | ripple.com



On Wed, Dec 27, 2017 at 9:42 AM ▇ wrote:
Hi ▇
It gets tricky to correct things like this given your listed as "Ripple" on Coinmarketcap, etc.

We will do our best to ask that they clarify/update. Stay tuned.

Thanks,
▇

On Wed, Dec 27, 2017 at 9:34 AM, ▇ com> wrote:
Hi ▇

I was just going to send an email about this. Can we ask them to change the headline to "This Your Guide to Buying XRP"?

▇

Head of Content | Ripple
▇@ripple.com | ripple.com



On Wed, Dec 27, 2017 at 9:33 AM, ▇ com> wrote:

Hi team,

Flagging an article that Fortune published today: This Is Your Guide to Buying Ripple.

Given we receive a lot of inquiries on Twitter and through the press alias, thought it would be a good opportunity to tweet this article from the Ripple handle. We want to be mindful of the sensitivities of giving investment advice, but think this is a strong piece to share with followers.

Let us know if this is something we can post and we'll send a draft tweet for review.

Thanks,









--

CONFIDENTIAL                                                                                       RPLI_SEC 0512267



CONFIDENTIAL

RPLI_SEC 0512268