PX 583

| | |
|---|---|
| From: | Patrick Griffin <​███@ripple.com> |
| To: | Miguel Vias |
| Sent: | 3/29/2017 5:01:56 PM |
| Subject: | Re: Fwd: XRP II candidate? |

thanks, I'd like to get an update after first contact. can you track here

https://docs.google.com/spreadsheets/d███

On Wed, Mar 29, 2017 at 4:58 PM, Miguel Vias <███@ripple.com> wrote:
He just replied to my request on LinkedIn. I'll follow up as it progresses.

On Mar 29, 2017 7:55 PM, "Patrick Griffin" <███@ripple.com> wrote:
can you reach out as a first step?

pg

---------- Forwarded message ----------
From: ███@ripple.com>
Date: Wed, Mar 29, 2017 at 4:48 PM
Subject: Re: XRP II candidate?
To: ███@ripple.com>
Cc: ███@ripple.com>, ███@ripple.com>, Patrick Griffin ███@ripple.com>, Miguel Vias ███@ripple.com>, ███@ripple.com>

+ Patrick, Miguel and ███

███

Thank you for forwarding this to me. It sounds like he is interested in purchasing a large amount of XRP. In that case, then yes, he would be a good candidate for XRP II. Great feedback too.

Moving forward, be sure to also include Miguel and Vijay on emails of this type as they handle our XRP over-the-counter sales.

███

On Wed, Mar 29, 2017 at 4:23 PM, ███@ripple.com> wrote:
This person may be a good candidate for XRP II?

Today 08:25 am    Optimus - ███com> (change)    Via ███@ripple.com

[Browse...] No files selected.    [Browse...] No file selected.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.            RPLI_SEC 0018325

**Public reply**   Internal note

Browse...   No files selected.

Conversations    All   10

  less than a minute ago

▮▮▮▮▮▮▮▮ is the founder and president of ▮▮▮▮▮▮▮▮ a boutique futures trading brokerage that caters to retail and institutional traders via online trading platforms and stable data feeds, commodity trading advisors, and algorithmic trading systems. They are an independent introducing broker with multiple Futures Clearing Merchant (FCM) relationships, which allows them to deliver flexibility to their clients.

▮▮▮▮▮ has over 18 years of experience in the futures and commodities markets and a deep understanding of low-latency trading technologies, advanced technical analysis and methodologies, and trading software development. He also is a big advocate of risk management.

▮▮▮▮▮  1 minute ago
Hello,

Thank you for your email. We very much appreciate your interest. I have forwarded your email to the appropriate parties. In the meantime, please let us know if you have any additional information.

Best,
Ripple Support

 Today 02:32 pm

to senior management

  Today 02:17 pm

Please show my email to your senior management. I think they may shed a different perspective on the issue.

Matt

------------------------------


Today 02:08 pm
Hello

No problem, we're glad you clarified and would like to help. We appreciate the suggestions and always love to hear from our users. The situation you describe is definitely on our radar and we are working hard to improve the process of buying XRP. For now, we suggest reaching out the the gateways you are interested in doing business with and letting them know about your experience as well.

The Ripple Consensus Ledger is a shared ledger that anyone in the world can use to record, send, and redeem virtual representations of assets and value. No one owns or controls the Ripple protocol. It's powered by a peer-to-peer network of servers running the open-source rippled software to accept and process transactions. Client applications sign and send transactions to nodes, which relay these candidate transactions throughout the network for processing. Examples of client applications include wallets and gateways.

Gateways are the businesses that link the Ripple Consensus Ledger to the rest of the world. They hold issuances and provide a way for money and other forms of value to move in and out of the Ripple Consensus Ledger. Because Ripple does not own the Ripple Consensus Ledger, it has no ability to control who uses the software and network or how their client applications work. If you are experiencing issues, such as having to send large amounts to particular banks that the gateway works with, or with how a gateway operates, that gateway is responsible for providing you support and listening to your user experience as well (although us here at Ripple have noted this and are working on ways to help). Additionally, you will need to follow up directly with the gateway to understand what measures the gateway is taking to resolve it. We have no control or oversight into the gateway application or servers.

In summary, Ripple created the software that runs the network. We provide it free to anyone who wants to create a business using it.

Best,
Ripple Support


. Today 01:58 pm

I hope I am not coming across rude, but this is not what I am talking about.

In order to open an account with Bitsamp and trade with them, they request to send the funds to a correpondent bank they work with.
So we send from a USA bank to a East European bank that is very small and unfamiliar.

Both Bitstamp and gatehub you use the same bank for deposits.

So he question is, would you send money to a bank that has a parking lot and nothing

around when you Google Map?

Does that give an investor like me a sense of Security? Sure, I do believe that Ripple is a good invetment, but I would not send a large amount to a bank like that.

My suggestion, and I know I am a drop in the ocean for you guys, is to list yourself with guys like Coinbase and Gemini.Com for those of us who have 5+ figure accounts for trading crypto.

Thank you,



-------------------------------

 Today 01:45 pm

Hello

Thanks for asking. It sounds like you're asking for recommendations for which gateways list XRP/USD. We do not recommend or endorse any wallet services. You should do your own diligence on the wallet service you choose before you sign up. For general information on Bitstamp and GateHub offering XRP/USD trading:

Bitstamp recently released XRP/USD trading:

https://www.bitstamp.net/article/bitstamp-introduces-xrp-trading/

GateHub also allows you to trade XRP/USD as well. Please reach out to support@gatehub.net for more information on how to use their platform to trade XRP/USD.

Please let us know if this helps or if you have any other questions.

Best,
Ripple Support

 Today 11:01 am

I fully understand the risk associated with Ripple and it's speculation.

You refer people to exchanges on your page where we need to wire the funds (to buy Ripple) where banks are small and unkonwn.

I am talking about Bitstamp and Gatehub Specifically. Did you ever look at the Balance sheets of this guys? I suggest you do.

Kraken allows only a cross rate of XRP/XBT.

Thank you,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0018328

Matt Zimberg

-------------------------------

 Today 10:15 am

Hi,

Thank you for reaching out to Ripple. Please see our XRP Portal for more information:

https://ripple.com/xrp-portal/
https://ripple.com/xrp-portal/how-to-buy-xrp/

We do not recommend or endorse any wallet services. You should do your own diligence on the wallet service you choose before you sign up. Please remember the price of XRP, like the price of any digital asset, fluctuates based on the buying and selling dynamics in the market. XRP does not offer a guaranteed return, and owners and purchasers of XRP should be prepared to handle risk and even potential loss.

Best,
Ripple Support


...

[Message clipped]


--
Patrick Griffin
EVP Business Development | Ripple
ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.   RPLI_SEC 0018329