PX 584

Case 1:20-cv-10832-AT-SN   Document 862-50   Filed 06/18/23   Page 1 of 3

**From:** Patrick Griffin <███@ripple.com>
**Sent:** Thursday, December 01, 2016 2:54 PM
**To:** ███
**Subject:** Re: XRP

Ok got it. Gatehub put this 'how to buy XRP at Gatehub' tutorial together by request. It's self-serve (but let me know if you have any trouble!):



On Wed, Nov 30, 2016 at 3:16 PM ███████████.com> wrote:

> $10k usd
>
> Sent from my iPhone
>
> On Nov 30, 2016, at 2:21 PM, Patrick Griffin ███@ripple.com> wrote:
>
> Hi ███
> We sell OTC to qualified buyers.  Before I send over the instruction
> to by XRP in the market, do you have a sense of the order size you
> will be purchasing?
>
> Patrick
>
> On Wed, Nov 30, 2016 at 12:59 PM, ███████████.com> wrote:
>
>> Patrick,
>>
>>
>>
>> What is the easiest way to buy XRP and transfer it to our GateHub
>> account? I tried doing it through the tutorial on the Ripple site and
>> its telling me I cant buy XRP for Tier 0 users at Kraken...
>>
>>
>> ███

1

```
>>
>>
>>
>>
>>
>> *This message contains information intended only for the use of the
>> addressee named above. If you are not the intended recipient of this
>> communication please delete and destroy all copies and telephone
>>
>> immediately. Except as required by law,              and all
>> affiliates and subsidiaries of           do not represent,
>> warrant and/or guarantee that the integrity of this communication has
>> been maintained nor that the communication is free of errors, virus,
>> interception or interference.*
>>
>>
>>
>
>
>
> --
> Patrick Griffin
> EVP Business Development | Ripple
>                ripple.com
>
>
```



--
Patrick Griffin
EVP Business Development | Ripple
           ripple.com

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0056806