PX 585

```
From:
Sent:       Tue, 15 Sep 2020 19:01:16 +0000
Subject:    [Slack Retention]ripple -
To:                              @ripple.com>,              @ripple.com>,              @ripple.com>,
                     @ripple.com>
17_7ip05f2ct2_76768945_200ee080_6772_11ea_99f1_23346ee95a58.jpg
01_Blog-150dpi-06.png
image.png
```

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2020-09-14T20:50:14.0000000Z | | will do...looked all good when i went thought it on fridaybbut would like another read and maybe we try to briefly meet on it tomorrow |
| 2020-09-14T20:52:25.0000000Z | | Sounds great. If you wouldn't mind, I'll put something on your calendars. |
| 2020-09-14T21:25:07.0000000Z | | D, i want top buy DOT, but Kraken wants my soc sec # to verify identity. Do you know if there is there any way i can buy DOT without giving my SSN? |
| 2020-09-14T21:27:27.0000000Z | | The top exchanges that DOT is listed on do not accept US customers. However, if you have a VPN, you can get around that hurdle. |
| 2020-09-14T21:27:50.0000000Z | | <https://www.expressvpn.com/?oid=homepage><br><br>Attachment data<br>-----<br>Summary: High-Speed, Secure & Anonymous VPN Service \| ExpressVPN<br>Title: High-Speed, Secure & Anonymous VPN Service \| ExpressVPN<br>Text: Top rated VPN for 2020. Unblock websites & protect all your devices. 24/7 support. VPN for Windows, Mac, Android, iOS, routers & more. Try 30 days risk-free.<br>---------- |
| 2020-09-14T21:28:23.0000000Z | | Depending on how much DOT you are looking to buy, I believe that Binance allows you to withdraw up to 2 BTC worth of digital assets per day without further verification. |
| 2020-09-14T21:29:29.0000000Z | | If you are looking to get more than 2 BTC, you may need to pass further verification. |
| 2020-09-14T21:31:33.0000000Z | | Ok, we'll ask you tomorrow for some more details. Does Kraken not accept US customers? |
| 2020-09-14T21:32:01.0000000Z | | Kraken certainly does accept US customers |
| 2020-09-14T21:32:25.0000000Z | | but, they will typically have more KYC |
| 2020-09-14T21:33:39.0000000Z | | (I thought the bigger issue was releasing your SSN) |

| Timestamp | Content |
|---|---|
| 2020-09-14T21:35:35.0000000Z | Your first sentence said the top xchgs that DOT is listed on do not accept US customers. Kraken lists DOT, doesn't it? |
| 2020-09-14T21:35:50.0000000Z | But yes, the bigger issue is releasing my SSN |
| 2020-09-14T21:36:20.0000000Z | The VPN would allow you to get around the restriction of US customers on several of these exchanges. |
| 2020-09-14T21:36:41.0000000Z | and would allow you to avoid releasing your SSN. |
| 2020-09-14T21:36:54.0000000Z | Kraken allows US customers and does list DOT, according to <http://Coinmarketcap.com\|Coinmarketcap.com>. |
| 2020-09-15T18:34:43.0000000Z | <https://bronxzoo.com/treetop><br><br>Attachment data<br>-----<br>Summary: Bronx Zoo Treetop Adventure - Bronx Zoo<br>Title: Bronx Zoo Treetop Adventure - Bronx Zoo<br>---------- |
| 2020-09-15T18:41:39.0000000Z | <https://blog.kraken.com/post/219/security-advisory-mobile-phones/><br><br>Attachment data<br>-----<br>Summary: Kraken Blog: Security Advisory: Mobile Phones \| Kraken Blog<br>Title: Security Advisory: Mobile Phones \| Kraken Blog<br>Text: Heed this or perish. Let's begin with the assumption that within 24 hours your usual mobile phone number will be hijacked by social engineers. They will use your number to gain access to every account you own that utilizes phone-based authentication and account recovery, like…<br>---------- |
| 2020-09-15T18:49:08.0000000Z | <https://fi.google.com/about/><br><br>Attachment data<br>-----<br>Summary: Meet Google Fi, a different kind of phone plan.: Google Fi - A Different Kind Of Phone Plan<br>Title: Google Fi - A Different Kind Of Phone Plan<br>Text: Make the switch to the Google Fi Unlimited or Flexible plan to get high-speed data and texting abroad, unlimited tethering, and more at no extra charge. No contracts or cancellation fees, so join or cancel anytime.<br>---------- |
| 2020-09-15T18:52:49.0000000Z | <https://docs.google.com/document/ |

CONFIDENTIAL                                                                                           RPLI_SEC 1084075


| | | |
|---|---|---|
| 2020-09-15T18:57:29.0000000Z |  | ...prevent... mentation to be attached. Ripple XRP Registration Guidelines<br>File Id: F01A3U7GHJT<br><https://docs.google.com/...> |
| 2020-09-15T19:01:16.0000000Z | | File uploaded: image.png<br>File Id: F01ARAAE6HY |

CONFIDENTIAL