# PX 586

| From: | ███████████████████ |
|---|---|
| Sent: | Wed, 09 Aug 2017 21:11:30 +0000 |
| Subject: | |
| To: | ███████████████████ |

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2017-08-09T19:16:24.0000000Z | | Hey Dinuka |
| 2017-08-09T19:16:40.0000000Z | | i'm looking at the XRP buyers list - and it doesnt have all the notes we put into it last week |
| 2017-08-09T19:17:13.0000000Z | ple.com | ? |
| 2017-08-09T19:17:19.0000000Z | | ahh hidden columns |
| 2017-08-09T19:17:21.0000000Z | | tricky |
| 2017-08-09T19:17:30.0000000Z | ple.com | Ha. � |
| 2017-08-09T19:21:33.0000000Z | | gonna fire the emails - get the calls going, CC-ing you on emails. |
| 2017-08-09T19:21:42.0000000Z | | does miguel want to be CC'd as well? |
| 2017-08-09T19:21:47.0000000Z | ple.com | great. Thank you. |
| 2017-08-09T19:21:52.0000000Z | ple.com | Yes, I'd CC Miguel as well. |
| 2017-08-09T19:21:57.0000000Z | | okay |
| 2017-08-09T20:16:11.0000000Z | | wanna fly out here Friday? |
| 2017-08-09T20:40:40.0000000Z | ple.com | Ha, |
| 2017-08-09T20:40:46.0000000Z | ple.com | That's a bit of short notice! |
| 2017-08-09T20:40:51.0000000Z | ple.com | No can do. |
| 2017-08-09T20:41:00.0000000Z | | Meeting in person? |

CONFIDENTIAL

RPLI_SEC 1082332

| | |
|---|---|
| 2017-08-09T21:04:01.0000000Z | ahah just kidding - phone calls only.. |
| 2017-08-09T21:05:36.0000000Z | I'll wear my batman outfit to the office. |
| 2017-08-09T21:06:09.0000000Z | cat woman doesnt mess around - when you say "outreach" she goes.. |
| 2017-08-09T21:06:34.0000000Z | I think a whip might come in handy in these meetings. |
| 2017-08-09T21:07:21.0000000Z | haha my favorite hedge fund PM was this lady that had a pink whip on her desk |
| 2017-08-09T21:07:40.0000000Z | hilarious - we should get her into crypto |
| 2017-08-09T21:07:41.0000000Z | I hope she used it often |
| 2017-08-09T21:08:25.0000000Z | haha |
| 2017-08-09T21:08:43.0000000Z | do you hear much push back from XRP investors in NY saying its hard bc of NY laws? |
| 2017-08-09T21:08:54.0000000Z | i just got off the phone with a guy that said it was a pain |
| 2017-08-09T21:09:06.0000000Z | specific to NY - and now DC.. more regulations I need to learn |
| 2017-08-09T21:09:08.0000000Z | I haven't actually spoken to any investors yet! |
| 2017-08-09T21:09:28.0000000Z | I know from the trading side that the Bitlicense is a pain. |
| 2017-08-09T21:09:38.0000000Z | More from the exchange side. |
| 2017-08-09T21:09:50.0000000Z | Some exchanges do not accept New York residents as customers. |
| 2017-08-09T21:09:54.0000000Z | grrrr. |
| 2017-08-09T21:09:57.0000000Z | This guy said kraken, bitrix all of these weren't allowing them |

RPLI_SEC 1082333

| | |
|---|---|
| 2017-08-09T21:10:03.0000000Z | |
| | ple.com |
| 2017-08-09T21:10:08.0000000Z | yeah he has to go coinbase BTC to bitrix XRP |
| 2017-08-09T21:10:15.0000000Z | that's megaaaaa headwinds |
| 2017-08-09T21:10:16.0000000Z | Bitstamp does allow, but is located in Slovenia. |
| | ple.com |
| 2017-08-09T21:10:33.0000000Z | Bittrex does allow NY residents, but has a whole bunch of states it doesn't allow |
| | ple.com |
| 2017-08-09T21:10:42.0000000Z | ahh that's it |
| 2017-08-09T21:10:46.0000000Z | (FL, TX, and a bunch of other big ones) |
| | ple.com |
| 2017-08-09T21:11:02.0000000Z | allow NY residents, but no XRP trading. |
| | ple.com |
| 2017-08-09T21:11:12.0000000Z | i think this would be a very helpful one-page for how to buy XRP |
| 2017-08-09T21:11:27.0000000Z | We have to find a way to make it easier! |
| | ple.com |
| 2017-08-09T21:11:30.0000000Z | NY and FL specific - are florida based |

CONFIDENTIAL