146

```
1    11:00:06 MR. FLUMENBAUM: Objection as to form.

2    11:00:09 THE WITNESS: I have no recollection of

3    11:00:10 that.

4    11:00:13 BY MR. SYLVESTER:

5    11:00:13 Q. Okay.

6    11:00:13 Do you have a general familiarity with

7    11:00:20 equity trading plans a CEO might have in a public

8    11:00:24 company?

9    11:00:25 MR. FLUMENBAUM: Objection as to form.

10   11:00:27 THE WITNESS: Could be more specific?

11   11:00:28 BY MR. SYLVESTER:

12   11:00:28 Q. Sure.

13   11:00:29 The CEO of a public company from time to

14   11:00:31 time has a trading plan as to that company's

15   11:00:34 securities?

16   11:00:37 A. Yes, I'm aware of that.

17   11:00:38 Q. Okay. Have you ever set up a trading plan

18   11:00:40 for your XRP?

19   11:00:42 MR. FLUMENBAUM: Objection as to form.

20   11:00:45 You may answer.

21   11:00:45 THE WITNESS: No.

22   11:00:46 BY MR. SYLVESTER:

23   11:00:46 Q. Have you ever considered setting up a

24   11:00:49 trading plan for your XRP?

25   11:00:52 MR. FLUMENBAUM: Objection as to form.
```

147

1    11:00:52 THE WITNESS: Could you be more specific?

2    11:00:53 BY MR. SYLVESTER:

3    11:00:53 Q. Have you thought about the proposal to set

4    11:00:59 up a trading plan and decided not to?

5    11:01:02 MR. FLUMENBAUM: Objection as to form.

6    11:01:08 THE WITNESS: As we talked about

7    11:01:09 previously, we have a programmatic selling

8    11:01:12 arrangement with GSR.

9    11:01:13 BY MR. SYLVESTER:

10   11:01:13 Q. I see.

11   11:01:17 Have you ever discussed with anyone at

12   11:01:18 Ripple any restrictions on your selling of XRP in

13   11:01:24 connection with any information you may acquire as a

14   11:01:28 result of your role at Ripple?

15   11:01:34 MR. FLUMENBAUM: Objection as to form.

16   11:01:36 THE WITNESS: What we have talked about as

17   11:01:38 being constructive, not having an impact on the

18   11:01:41 market.

19   11:01:50 BY MR. SYLVESTER:

20   11:01:50 Q. Okay. But you have not discussed with

21   11:01:52 anyone at Ripple restricting your trading on the

22   11:01:56 basis of any confidential information that Ripple

23   11:02:02 might have prior to its public disclosure?

24   11:02:04 MR. FLUMENBAUM: Objection as to form.

25   11:02:07 THE WITNESS: Are you talking about Ripple

148

1    11:02:08 stock?

2    11:02:09 BY MR. SYLVESTER:

3    11:02:09 Q. No. I mean trading in XRP?

4    11:02:12 MR. FLUMENBAUM: Objection as to form.

5    11:02:16 THE WITNESS: XRP has nothing to do with

6    11:02:20 Ripple, the company. If it comes to Ripple's stock,

7    11:02:25 we've -- we follow standard Silicon Valley best

8    11:02:30 practices.

9    11:02:30 BY MR. SYLVESTER:

10   11:02:30 Q. Sure.

11   11:02:32 Has Ripple ever had an employee policy

12   11:02:36 that prohibited employees from selling XRP during

13   11:02:42 periods where those employees had information that

14   11:02:49 might impact the price of XRP upon public

15   11:02:54 disclosure?

16   11:02:55 MR. FLUMENBAUM: Objection as to form.

17   11:02:58 THE WITNESS: I think the way you describe

18   11:03:00 that is not -- not accurate.

19   11:03:04 We have had and do have policies in place

20   11:03:08 to make sure that our employees are following best

21   11:03:13 practices.

22   11:03:14 That's important to maintain fairness

23   11:03:17 between employees, for one thing.

24   11:03:19 BY MR. SYLVESTER:

25   11:03:19 Q. What do those best practices entail when

[9/14/2021] Larsen, Christian (revised) 9.14.2021

149

1    11:03:22 it comes to employees selling their XRP?

2    11:03:26 MR. FLUMENBAUM: Objection as to form.

3    11:03:29 THE WITNESS: They have to let the company

4    11:03:30 know if they have -- or if they intend to sell a

5    11:03:33 certain amount -- certain amounts.

6    11:03:39 BY MR. SYLVESTER:

7    11:03:39 Q. Has Ripple ever had -- strike that.

8    11:03:43 Has Ripple ever had a policy prohibiting

9    11:03:46 employees from selling XRP when those employees were

10   11:03:50 in possession of material nonpublic information?

11   11:03:54 MR. FLUMENBAUM: Objection as to form.

12   11:03:58 THE WITNESS: I don't know what all the

13   11:04:02 details are, but we do believe that's a best

14   11:04:07 practices, and we do have a program in place.

15   11:04:11 BY MR. SYLVESTER:

16   11:04:11 Q. Have you ever restricted your sales of XRP

17   11:04:21 to persons who had a use for XRP?

18   11:04:24 MR. FLUMENBAUM: Objection as to form.

19   11:04:31 THE WITNESS: No. It's a -- it's a

20   11:04:34 currency, and it has all the attributes of a

21   11:04:36 currency.

22   11:04:38 BY MR. SYLVESTER:

23   11:04:38 Q. Have you ever restricted your sales of XRP

24   11:04:40 to persons who wish to use XRP as a medium of

25   11:04:44 exchange?

1    11:04:47 MR. FLUMENBAUM: Objection as to form.

2    11:04:48 THE WITNESS: No.

3    11:04:48 BY MR. SYLVESTER:

4    11:04:48 Q. Have you ever restricted your sales of XRP

5    11:04:51 to persons who wish to use XRP as a store value?

6    11:04:55 MR. FLUMENBAUM: Objection as to form.

7    11:04:56 THE WITNESS: No.

8    11:04:56 BY MR. SYLVESTER:

9    11:04:56 Q. Have you ever restricted your sales of XRP

10   11:04:59 to persons who wished to use XRP as a unit of

11   11:05:02 account?

12   11:05:03 A. No.

13   11:05:04 MR. FLUMENBAUM: Objection as to form.

14   11:05:05 THE WITNESS: No.

15   11:05:05 BY MR. SYLVESTER:

16   11:05:06 Q. Okay. Have you ever restricted your sales

17   11:05:07 of XRP to only persons who wish to use XRP for

18   11:05:12 cross-border payments?

19   11:05:13 MR. FLUMENBAUM: Objection as to form.

20   11:05:14 THE WITNESS: No.

21   11:05:14 BY MR. SYLVESTER:

22   11:05:15 Q. Okay.

23   11:05:23 Have you ever become aware that any

24   11:05:25 purchasers of your XRP were purchasing XRP for

25   11:05:27 investment purposes?

1    11:05:30 MR. FLUMENBAUM: Objection as to form.

2    11:05:31 THE WITNESS: Not to my recollection.

3    11:05:35 BY MR. SYLVESTER:

4    11:05:35 Q. Okay. Has any purchaser of your XRP ever

5    11:05:38 told you that they were purchasing for investment

6    11:05:41 purposes?

7    11:05:42 MR. FLUMENBAUM: Objection as to form.

8    11:05:43 THE WITNESS: Not to my recollection.

9    11:05:44 BY MR. SYLVESTER:

10   11:05:44 Q. We discussed earlier a few sales that you

11   11:05:48 made directly to a Japanese entity or individual, to

12   11:05:53 another foreign person.

13   11:05:53 Do you recall that discussion?

14   11:05:55 A. Yes.

15   11:05:56 Q. Do you have an understanding of why those

16   11:05:58 individuals and entities purchased XRP from you?

17   11:06:02 MR. FLUMENBAUM: Objection as to form.

18   11:06:03 You may answer it, if you --

19   11:06:04 THE WITNESS: My understanding is they

20   11:06:06 were big participants in the Bitcoin markets, and

21   11:06:14 XRP was one of the few other currencies that existed

22   11:06:22 at that time. So they started including that in

23   11:06:25 their holdings as well.

24   11:06:27 BY MR. SYLVESTER:

25   11:06:35 Q. The Japanese person or entity -- was it a

152

1    11:06:38 person or an entity?

2    11:06:39 MR. FLUMENBAUM: Objection as to form.

3    11:06:40 You may answer.

4    11:06:42 THE WITNESS: I believe you're referring

5    11:06:43 to Bitcoin Japan was an entity.

6    11:06:48 BY MR. SYLVESTER:

7    11:06:48 Q. Okay.

8    11:06:48 A. Although the Japanese company has several

9    11:06:51 different entity names and is, obviously, probably

10   11:06:55 more complicated than that.

11   11:06:57 Q. What kind of business is Bitcoin Japan, or

12   11:07:00 whatever the purchasing entity was for your XRP?

13   11:07:04 MR. FLUMENBAUM: Objection as to form.

14   11:07:06 THE WITNESS: I'm not sure of all of the

15   11:07:10 scope of their businesses, but the best of my

16   11:07:13 understanding is equivalent to an exchange or a

17   11:07:16 fund.

18   11:07:18 BY MR. SYLVESTER:

19   11:07:18 Q. Okay. How about the other -- the foreign

20   11:07:27 person? Was that -- that was an individual or an

21   11:07:30 entity?

22   11:07:31 A. Well, it's an entity, a closely controlled

23   11:07:36 entity.

24   11:07:37 Q. Okay. And what's the nature of that

25   11:07:39 entity's business?

153

1    11:07:41 A. Well, that individual has a number of

2    11:07:46 entities with lots of different business interests

3    11:07:50 and is a -- one of the earliest Bitcoin holders and

4    11:07:56 is a -- you know, a strong believer in

5    11:07:59 cryptocurrencies, as you're going to find out there.

6    11:08:02 Q. I'm sorry, what was the last sentence?

7    11:08:03 A. A very strong believer in

8    11:08:05 cryptocurrencies, holding them and being involved in

9    11:08:09 them.

10   11:08:12 Q. Holding them for what purpose?

11   11:08:14 MR. FLUMENBAUM: Objection as to form.

12   11:08:14 THE WITNESS: It's hard for me to

13   11:08:16 understand exactly what that might be about.

14   11:08:20 BY MR. SYLVESTER:

15   11:08:20 Q. Did you have an understanding that that

16   11:08:24 person was intending to use the XRP to purchase

17   11:08:27 goods or services?

18   11:08:29 MR. FLUMENBAUM: Objection as to form.

19   11:08:31 THE WITNESS: That's impossible for me to

20   11:08:33 know.

21   11:08:33 BY MR. SYLVESTER:

22   11:08:33 Q. Okay. So that individual might have been

23   11:08:37 holding XRP for investment purposes?

24   11:08:39 MR. FLUMENBAUM: Objection as to form.

25   11:08:40 Anything is possible, Mr. Sylvester.

154

1    11:08:41 You want to ask a question that can be

2    11:08:43 answered, please?

3    11:08:46 THE WITNESS: I have no way of knowing

4    11:08:47 that.

5    11:08:47 BY MR. SYLVESTER:

6    11:08:47 Q. Okay.

7    11:08:47 When you sold your XRP, did you ever --

8    11:09:08 A. Are you done with this one?

9    11:09:10 Q. Yes.

10   11:09:10 Strike that.

11   11:09:12 When you sold your XRP, did you ever place

12   11:09:14 any restrictions on the purchaser from immediately

13   11:09:18 reselling the XRP?

14   11:09:21 MR. FLUMENBAUM: Objection as to form.

15   11:09:23 THE WITNESS: Are you talking about me as

16   11:09:24 an individual or about the company?

17   11:09:27 BY MR. SYLVESTER:

18   11:09:27 Q. Just about your sales of your XRP.

19   11:09:29 A. Not that I can recollect.

20   11:09:32 Q. Okay. Again, just focusing on your sales

21   11:09:35 of your XRP, did you ever prohibit any purchaser

22   11:09:38 from reselling the XRP they bought from you to

23   11:09:41 persons in the United States?

24   11:09:42 MR. FLUMENBAUM: Asked and answered.

25   11:09:44 Objection as to form again.

```
1    11:09:45 You may answer it again.

2    11:09:47 THE WITNESS: Not that I can recall.

3    11:09:48 BY MR. SYLVESTER:

4    11:09:48 Q. Okay. Did you ever instruct anyone who

5    11:10:00 was executing your sales of XRP to restrict sales of

6    11:10:03 XRP to persons who had a use for XRP?

7    11:10:08 MR. FLUMENBAUM: Objection, asked and

8    11:10:08 answered. Objection as to form.

9    11:10:10 You may try to answer it again.

10   11:10:19 THE WITNESS: My assumption is that

11   11:10:24 everyone has a use for it. But, you know -- can you

12   11:10:30 ask your question again, please?

13   11:10:31 MR. SYLVESTER: Sure.

14   11:10:33 Kat, do you mind reading it back? Thank

15   11:10:36 you.

16   11:10:36 (Record read by the reporter

17   11:10:36 as follows:

18   11:10:52 QUESTION: Did you ever

19   11:10:52 instruct anyone who was executing

20   11:10:52 your sales of XRP to restrict

21   11:10:52 sales of XRP to persons who had a

22   11:10:52 use for XRP?)

23   11:10:53 THE WITNESS: No.

24   11:10:58 MR. SYLVESTER: Let's look at Exhibit 203,

25   11:11:00 please.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    11:11:01 MR. FLUMENBAUM: Sorry, what exhibit?

2    11:11:04 MR. SYLVESTER: 203.

3    11:11:05 (Whereupon, Deposition Exhibit CL-203

4    11:11:06 was marked for identification.)

5    11:11:33 BY MR. SYLVESTER:

6    11:11:33 Q. Exhibit 203 is labeled, "Defendant

7    11:11:36 Christian A. Larsen's Responses and Objections to

8    11:11:40 the SEC's First Set of Interrogatories."

9    11:11:42 Do you see that, Mr. Larsen?

10   11:11:44 A. Yes.

11   11:11:44 Q. If you turn to the second --

12   11:11:47 A. I should probably read this first.

13   11:11:50 Q. Sure. That's fine.

14   11:11:51 I have a question -- I think it's actually

15   11:11:53 just the -- my question is going to be on page 8 of

16   11:11:57 the document.

17   11:19:38 A. Okay.

18   11:19:43 MR. FLUMENBAUM: It's the last page.

19   11:19:46 THE WITNESS: Okay.

20   11:19:46 BY MR. SYLVESTER:

21   11:19:47 Q. Mr. Larsen, page 10 of the document,

22   11:19:49 that's your signature?

23   11:19:50 A. Yeah. But let me just finish this. I'm

24   11:19:52 sorry.

25   11:19:53 Q. Oh, okay.

1   11:20:17 A. Okay.

2   11:20:20 Q. Mr. Larsen, this is an interrogatory

3   11:20:27 asking for the dates and countries for the periods

4   11:20:30 that you were outside the United States between

5   11:20:32 September 1st, 2015 and December 22nd, 2020; is

6   11:20:37 that right?

7   11:20:37 A. Yes.

8   11:20:38 Q. And on page 8, there's a chart that lists

9   11:20:41 dates and locations.

10  11:20:43 Do you see that?

11  11:20:44 A. I do.

12  11:20:45 Q. To the best of your knowledge, are these

13  11:20:46 the dates between September 1st, 2015 and

14  11:20:49 December 22nd, 2020, in which you were outside the

15  11:20:52 United States?

16  11:20:53 A. To the best of my knowledge, yes.

17  11:20:58 Q. Okay. If you gave a direction to GSR to

18  11:21:02 sell your XRP between September 2015 -- strike that.

19  11:21:09 If you gave a direction to GSR to sell

20  11:21:11 your XRP between September 1st, 2015 and

21  11:21:14 December 22nd, 2020, during a time period that's

22  11:21:18 not on that list, it's safe to assume you were in

23  11:21:21 the United States?

24  11:21:23 MR. FLUMENBAUM: Objection as to form.

25  11:21:27 THE WITNESS: Yes.

```
1    11:21:30 BY MR. SYLVESTER:

2    11:21:30 Q. Okay. Do you have a trading account with

3    11:21:33 Bitstamp?

4    11:21:35 A. I have an account with Bitstamp, yes.

5    11:21:38 Q. Have you used that account to sell XRP?

6    11:21:45 A. Very rarely over the last several years.

7    11:21:49 In the early years, yes.

8    11:21:52 Q. Okay. Did you open the account with

9    11:21:56 Bitstamp in the U.S.?

10   11:21:58 MR. FLUMENBAUM: Objection as to form.

11   11:21:59 THE WITNESS: I don't recall.

12   11:22:00 BY MR. SYLVESTER:

13   11:22:00 Q. Okay. Did you open your GSR accounts in

14   11:22:03 the U.S.?

15   11:22:04 MR. FLUMENBAUM: Objection as to form.

16   11:22:07 THE WITNESS: I'm not sure GSR has a

17   11:22:08 notion of accounts. There's an agreement with GSR.

18   11:22:14 BY MR. SYLVESTER:

19   11:22:14 Q. Okay. Did you finalize your agreement

20   11:22:16 with GSR while you were in the U.S.?

21   11:22:18 MR. FLUMENBAUM: Objection as to form.

22   11:22:19 THE WITNESS: I don't recall.

23   11:22:20 BY MR. SYLVESTER:

24   11:22:20 Q. Okay. Do you have an account with

25   11:22:23 Coinbase?
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

159

```
 1    11:22:24 MR. FLUMENBAUM: Objection as to form.

 2    11:22:24 Asked and answered.

 3    11:22:26 THE WITNESS: I do.

 4    11:22:26 BY MR. SYLVESTER:

 5    11:22:26 Q. Did you open your Coinbase account in the

 6    11:22:29 U.S.?

 7    11:22:30 MR. FLUMENBAUM: Objection as to form.

 8    11:22:30 THE WITNESS: Yes.

 9    11:22:30 BY MR. SYLVESTER:

10    11:22:30 Q. Okay. You have an account with GateHub?

11    11:22:34 A. I do.

12    11:22:35 Q. Did you sell XRP through that account?

13    11:22:41 A. So GateHub, just to be clear, works a

14    11:22:45 little differently since they use the XRP Ledger.

15    11:22:48 They don't have the notion, I believe, of accounts.

16    11:22:52 They have the notion of addresses.

17    11:22:53 Q. I see.

18    11:22:53 So you have a GateHub address, then?

19    11:22:56 A. Correct.

20    11:22:57 Q. Okay. Did you sell any XRP in connection

21    11:22:59 with that GateHub address?

22    11:23:02 MR. FLUMENBAUM: Objection as to form.

23    11:23:02 THE WITNESS: In the early years, yes.

24    11:23:04 Yeah.

25    / /
```

```
 1   11:23:05 BY MR. SYLVESTER:

 2   11:23:05 Q. Okay. Did you open that GateHub address

 3   11:23:08 in the U.S.?

 4   11:23:10 A. I don't recall.

 5   11:23:11 MR. FLUMENBAUM: Objection as to form.

 6   11:23:11 BY MR. SYLVESTER:

 7   11:23:12 Q. Okay. You testified you were one of the

 8   11:23:20 founders of Ripple. Is that right?

 9   11:23:22 MR. FLUMENBAUM: Objection as to form.

10   11:23:24 You may --

11   11:23:28 THE WITNESS: At the time of founding, it

12   11:23:31 was called "Opencoin," but yes.

13   11:23:34 BY MR. SYLVESTER:

14   11:23:34 Q. Why did you and the cofounders found

15   11:23:37 Opencoin?

16   11:23:38 A. So we can build applications that would

17   11:23:42 use blockchain technology.

18   11:23:50 Q. When you say, "applications," can you be

19   11:23:51 more specific about what that means generally?

20   11:23:53 MR. FLUMENBAUM: Objection as to form.

21   11:23:56 You may answer.

22   11:23:57 THE WITNESS: Depends on the time period.

23   11:23:59 BY MR. SYLVESTER:

24   11:23:59 Q. Does it depend on the time period because

25   11:24:08 the applications that Opencoin contemplated building
```

1   11:24:14 changed throughout the years?

2   11:24:16 MR. FLUMENBAUM: Objection as to form.

3   11:24:17 THE WITNESS: Yes.

4   11:24:20 BY MR. SYLVESTER:

5   11:24:20 Q. Okay. Does applications generally include

6   11:24:23 software applications?

7   11:24:25 MR. FLUMENBAUM: Objection as to form.

8   11:24:26 You may answer.

9   11:24:29 THE WITNESS: Most applications will

10  11:24:31 involve software.

11  11:24:33 BY MR. SYLVESTER:

12  11:24:33 Q. And you said Opencoin was founded to build

13  11:24:36 applications using blockchain technology.

14  11:24:39 Does that include the XRP Ledger?

15  11:24:43 MR. FLUMENBAUM: Objection as to form.

16  11:24:44 You may answer.

17  11:24:45 THE WITNESS: I'm sorry, can you repeat

18  11:24:46 the question?

19  11:24:47 BY MR. SYLVESTER:

20  11:24:47 Q. Sure.

21  11:24:48 You testified that Opencoin was founded to

22  11:24:52 build applications that use blockchain technology.

23  11:24:56 And my question is whether that blockchain

24  11:24:59 technology includes the XRP Ledger?

25  11:25:01 MR. FLUMENBAUM: Objection as to form.

162

```
1    11:25:02 THE WITNESS: Yes. The applications that

2    11:25:04 we built, some of them would utilize the open source

3    11:25:11 software, including the XRP Ledger.

4    11:25:17 BY MR. SYLVESTER:

5    11:25:17 Q. Okay.

6    11:25:17 Was there other blockchain technology

7    11:25:25 other than the XRP Ledger that Opencoin intended to

8    11:25:31 build applications on in the early years?

9    11:25:34 A. Yes.

10   11:25:35 MR. FLUMENBAUM: Objection as to form.

11   11:25:35 You may answer.

12   11:25:36 THE WITNESS: Yes.

13   11:25:36 BY MR. SYLVESTER:

14   11:25:37 Q. Okay. What's that?

15   11:25:37 MR. FLUMENBAUM: Objection as to form.

16   11:25:37 You may answer.

17   11:25:41 THE WITNESS: There are three broad

18   11:25:43 components, XRP Ledger, Interledger Protocol,

19   11:25:48 Codius, a smart contacting program, in the early

20   11:25:53 years.

21   11:25:56 BY MR. SYLVESTER:

22   11:25:56 Q. When -- in the early years of Opencoin,

23   11:26:06 did it have a business model?

24   11:26:12 MR. FLUMENBAUM: Again, objection as to

25   11:26:13 form.
```

1    11:26:13 Can we be a little more precise on timing

2    11:26:17 here in these questions?

3    11:26:20 MR. SYLVESTER: Sure.

4    11:26:20 Q. In, say, in and around fall of 2012, did

5    11:26:25 Opencoin have a business model?

6    11:26:30 MR. FLUMENBAUM: Objection as to form.

7    11:26:31 THE WITNESS: So when you say "business

8    11:26:33 model," I think in terms of product market fit. And

9    11:26:38 product market fit is something that happens down

10   11:26:41 the road in most start-ups, including Opencoin,

11   11:26:45 Ripple.

12   11:26:46 And that's okay. In the early days, I

13   11:26:49 think you don't really have to have product market

14   11:26:53 fit for necessarily a business model.

15   11:26:56 BY MR. SYLVESTER:

16   11:26:56 Q. Okay. Can you explain to me what that

17   11:26:58 phrase means, "product market fit"?

18   11:27:00 A. Product market fit is when you found the

19   11:27:04 best application for a product or a service and you

20   11:27:10 have a good solution to that -- that problem.

21   11:27:17 Q. Okay. So at the start of Opencoin, it

22   11:27:21 wasn't yet clear what the best application was for

23   11:27:26 the XRP Ledger; is that right?

24   11:27:29 MR. FLUMENBAUM: Objection as to form.

25   11:27:29 You may answer.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

164

1    11:27:32 THE WITNESS: Yeah. And that's very

2    11:27:33 typical of a tele start-up. You know, that's a big

3    11:27:36 opportunity. You don't know exactly where it's

4    11:27:39 going. Try a lot of things.

5    11:27:40 BY MR. SYLVESTER:

6    11:27:40 Q. So one of the goals of Opencoin in its

7    11:27:43 inception was to figure out what applications could

8    11:27:45 be built on the XRP Ledger that would ultimately

9    11:27:48 become marketable?

10   11:27:50 MR. FLUMENBAUM: Objection as to form.

11   11:27:52 I think the witness also had other

12   11:27:55 applications that he talked about.

13   11:27:59 MR. SYLVESTER: Sure.

14   11:27:59 Q. Among what you talked about.

15   11:28:02 MR. FLUMENBAUM: Objection as to form.

16   11:28:02 THE WITNESS: I'm sorry, could you repeat

17   11:28:03 the question?

18   11:28:06 BY MR. SYLVESTER:

19   11:28:06 Q. Sure.

20   11:28:06 One of the goals of Opencoin in its

21   11:28:09 inception was to figure out what applications could

22   11:28:12 be built on the XRP Ledger that would ultimately

23   11:28:15 become marketable.

24   11:28:17 MR. FLUMENBAUM: Objection as to form.

25   11:28:17 You may answer.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    11:28:19 THE WITNESS: They have to -- to narrow a

2    11:28:22 definition, the real objective of an entity like

3    11:28:25 what became Ripple, Opencoin, is to be able to build

4    11:28:30 a team that can develop applications across a number

5    11:28:34 of different technologies.

6    11:28:57 BY MR. SYLVESTER:

7    11:28:57 Q. All right. At Opencoin's inception, did

8    11:29:00 it have any plan as to how it would raise capital to

9    11:29:03 fund its operations?

10   11:29:05 MR. FLUMENBAUM: Objection as to form.

11   11:29:07 THE WITNESS: Yes.

12   11:29:07 BY MR. SYLVESTER:

13   11:29:07 Q. What was that plan?

14   11:29:11 A. To raise traditional seed, and then

15   11:29:15 venture capital investments in exchange for stock in

16   11:29:20 the company.

17   11:29:24 Q. Other than the capital-raising tactic that

18   11:29:28 you just mentioned, did Opencoin have any other

19   11:29:33 plans with respect to raising capital for its

20   11:29:36 operations in the fall 2012 time frame?

21   11:29:39 MR. FLUMENBAUM: Objection as to form.

22   11:29:40 THE WITNESS: Can you repeat the question

23   11:29:40 again?

24   11:29:41 BY MR. SYLVESTER:

25   11:29:41 Q. Sure.

1    11:29:46 Other than the capital-raising tactics you

2    11:29:49 just mentioned, did Opencoin have any other plans

3    11:29:51 with respect to raising capital for its operations

4    11:29:53 in the fall 2012 time frame?

5    11:29:55 A. Yes.

6    11:29:57 Q. What were those other plans?

7    11:29:59 A. The two founders also put their own

8    11:30:03 capital directly into the corporation.

9    11:30:09 Q. Other than what we've just discussed, did

10   11:30:13 Opencoin have any other plans with respect to

11   11:30:15 raising capital to funding -- to fund its operations

12   11:30:19 in the fall of 2012?

13   11:30:21 A. No, that -- that covers it.

14   11:30:25 Q. Okay. In around fall of 2012, did --

15   11:30:34 might be easier to call it "Ripple."

16   11:30:36 If I just call it "Ripple" --

17   11:30:38 A. Sure.

18   11:30:39 Q. -- do you know that I will be including

19   11:30:41 Opencoin?

20   11:30:41 A. Sure.

21   11:30:42 Q. Okay.

22   11:30:42 In fall of 2012, did Ripple -- strike

23   11:30:45 that.

24   11:30:45 In fall of 2012, Ripple had 80 billion

25   11:30:48 XRP; is that right?

```
 1    11:30:52 MR. FLUMENBAUM: Objection as to form.

 2    11:30:54 THE WITNESS: Ripple was given 80 billion

 3    11:30:59 XRP.

 4    11:30:59 It's probably a slightly different number

 5    11:31:02 than that because of the destruction of small

 6    11:31:05 amounts of XRP that occurred.

 7    11:31:10 BY MR. SYLVESTER:

 8    11:31:10 Q. Okay. So Ripple was in possession of

 9    11:31:13 approximately 80 billion XRP in fall of 2012; is

10    11:31:16 that fair?

11    11:31:18 MR. FLUMENBAUM: Objection as to form.

12    11:31:19 THE WITNESS: Yes.

13    11:31:21 BY MR. SYLVESTER:

14    11:31:21 Q. Okay. Did Ripple in fall of 2012 have a

15    11:31:24 plan of distribution of its XRP?

16    11:31:31 MR. FLUMENBAUM: Objection as to form.

17    11:31:32 THE WITNESS: There were initial ideas

18    11:31:33 about -- about that, yes.

19    11:31:34 BY MR. SYLVESTER:

20    11:31:34 Q. What were those initial ideas?

21    11:31:39 A. That we would roughly give away, I think,

22    11:31:44 in excess of 50 billion of that and keep about, if I

23    11:31:50 remember, roughly 25 billion.

24    11:31:54 Q. To whom did Ripple plan to give away the

25    11:31:57 50 billion XRP?
```

1    11:32:00 A. I don't recall the entire list, but giving

2    11:32:03 it away to basically users. That could include

3    11:32:15 companies, individuals, nonprofits, you know, a

4    11:32:19 broad list.

5    11:32:22 Q. When you say users, in that fall 2012 time

6    11:32:25 frame, what would -- what would those individuals or

7    11:32:30 companies have been using the XRP for?

8    11:32:33 MR. FLUMENBAUM: Objection as to form.

9    11:32:37 THE WITNESS: I'm sorry, can you repeat

10   11:32:38 the time frame you're talking about?

11   11:32:39 BY MR. SYLVESTER:

12   11:32:39 Q. Sure.

13   11:32:39 In the fall 2012 time frame, Ripple had a

14   11:32:42 plan to distribute XRP to users, you said, I think;

15   11:32:45 is that right?

16   11:32:47 A. Well, we had a rough idea.

17   11:32:49 Q. Okay. Fair enough.

18   11:32:50 What were the uses of XRP in fall 2012?

19   11:32:54 MR. FLUMENBAUM: Objection as to form.

20   11:32:58 THE WITNESS: In the fall of 2012, the

21   11:33:02 Ledger was, of course, complete, but it was still

22   11:33:06 going through a series of resets. So it wasn't

23   11:33:10 ready yet for wide distribution.

24   11:33:16 BY MR. SYLVESTER:

25   11:33:16 Q. Okay. When -- in the fall 2012 time

1    11:33:25 frame, when did Ripple plan to begin the

2    11:33:28 distribution of XRP?

3    11:33:31 MR. FLUMENBAUM: Objection as to form.

4    11:33:31 THE WITNESS: I don't recall the date that

5    11:33:32 we had a plan for.

6    11:33:38 BY MR. SYLVESTER:

7    11:33:38 Q. Are you familiar with the term "faucet" as

8    11:33:40 it applies to the distribution of Ripple's XRP?

9    11:33:44 A. Yes.

10   11:33:45 Q. What does the term "faucet" mean?

11   11:33:50 A. "Faucet" was a term that was used in the

12   11:33:52 Bitcoin system for giving away Bitcoin, for example,

13   11:33:57 or XRP, for example.

14   11:34:00 Q. So a reference to a faucet with respect to

15   11:34:03 XRP means giving away XRP?

16   11:34:07 A. Essentially.

17   11:34:19 MR. SYLVESTER: Let's look at Exhibit 13,

18   11:34:21 please.

19   11:34:25 (Whereupon, Deposition Exhibit CL-13

20   11:34:26 was marked for identification.)

21   11:34:26 BY MR. SYLVESTER:

22   11:34:58 Q. Exhibit 13 is an exchange of emails with

23   11:35:04 an attachment. The top email is from Mr. Larsen to

24   11:35:07 ▮▮▮▮▮▮▮ dated October 8th, 2013.

25   11:35:24 A. Okay.

1    11:45:21 Q. Who is ██████████?

2    11:45:26 A. ██████████ is a journalist, political

3    11:45:30 advisor, used to be an editor of a large newspaper.

4    11:45:34 Q. At some point in time, Mr. ████████ was a

5    11:45:36 Ripple board member?

6    11:45:38 A. Years later from this, yeah.

7    11:45:40 Q. From approximately when to approximately

8    11:45:41 when was he a board member?

9    11:45:45 A. I don't recall the date he started, but

10   11:45:49 until 2020 is when he -- when I asked him to leave

11   11:45:54 the board.

12   11:45:54 Q. Did he become a Ripple board member during

13   11:45:56 the time you were CEO?

14   11:46:02 A. I don't recall. I don't recall.

15   11:46:05 Q. Was he an independent director?

16   11:46:07 A. Yes. He was an independent director, I

17   11:46:09 believe.

18   11:46:12 Q. At the time of this document, Exhibit 13,

19   11:46:14 it appears that Mr. ███████ is contemplating

20   11:46:18 publishing the attachment; is that correct? The

21   11:46:24 attachment to the email?

22   11:46:25 A. It appears that, yes.

23   11:46:26 Q. And you provided comments to the

24   11:46:28 attachment; is that correct?

25   11:46:29 A. Correct.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

171

1     11:46:29 Q. Okay.

2     11:46:36 Looking at page ending Bates -681, do you

3     11:46:45 see the paragraph that begins with the phrase "So

4     11:46:47 let's talk"?

5     11:46:49 A. Oh, -81.

6     11:46:51 I'm sorry, -681?

7     11:46:55 Q. Yes.

8     11:46:56 A. Yes, I see that.

9     11:46:57 Q. Okay. The gray text is your comment, I

10    11:47:02 take it?

11    11:47:04 A. I believe so.

12    11:47:04 Q. Okay. It says, "We use 'Ripple' for the

13    11:47:09 protocol, [lower-case] 'ripple' for the currency."

14    11:47:12 Do you see that?

15    11:47:13 A. I do.

16    11:47:14 Q. Is this lower-case ripple a reference to

17    11:47:16 XRP?

18    11:47:20 A. Yes, it is.

19    11:47:20 Q. Was XRP originally called "Ripple"?

20    11:47:27 A. Yes. It comes from the Ripple project,

21    11:47:31 which was folded into the protocol at -- during

22    11:47:35 the -- the project period.

23    11:47:38 Q. For how long was XRP called "Ripple"?

24    11:47:41 A. I don't recall.

25    11:47:44 Q. Okay. Does "XRP" stand for anything?

172

1    11:47:49 A. It stands for -- it's the nomenclature for

2    11:47:57 currencies, which usually have three positions.

3    11:48:00 So "JPY" is the country Japan. "Y" is

4    11:48:07 Yen. When it comes to cryptocurrencies, you have no

5    11:48:12 country, so it's "X," and then some designation of

6    11:48:17 the name of the currency.

7    11:48:20 Q. I see.

8    11:48:21 A. So Bitcoin sometimes is BTC but it's

9    11:48:25 actually XBT.

10   11:48:28 Q. Okay. And is the "R" in XRP "Ripple"?

11   11:48:31 A. "RP" stood for Ripple at the time.

12   11:48:38 Q. Okay. Let's look at page -680 -- Bates

13   11:48:44 ending -680, the first paragraph.

14   11:48:51 The second comment down in a parenthetical

15   11:48:55 says:

16   11:48:56 "Importantly Ripple Labs will

17   11:48:58 never sell to the public, we'll

18   11:49:00 give away to the public."

19   11:49:02 Do you see that?

20   11:49:03 A. I do.

21   11:49:03 Q. A little later, it says, "Over half will

22   11:49:05 be given away."

23   11:49:07 Do you see that?

24   11:49:07 A. Yes.

25   11:49:08 Q. Is that a referencing to the initial

1   11:49:10 Ripple plan to give away approximately 50 billion

2   11:49:13 XRP?

3   11:49:15 MR. FLUMENBAUM: Objection as to form.

4   11:49:16 You may answer.

5   11:49:18 THE WITNESS: That's my understanding,

6   11:49:19 yes.

7   11:49:21 BY MR. SYLVESTER:

8   11:49:21 Q. What was the purpose of that distribution

9   11:49:23 plan?

10  11:49:27 A. The same as the Bitcoin faucet, to

11  11:49:31 distribute to -- as widely as possible.

12  11:49:39 Q. What was the purpose of distributing XRP

13  11:49:41 as widely as possible?

14  11:49:42 A. Whether that would be a good thing for the

15  11:49:44 ecosystem and for developers, users, basically any

16  11:49:52 purpose.

17  11:49:57 Q. Did you expect that distribution of XRP to

18  11:50:00 the general population would allow XRP to begin to

19  11:50:04 trade and establish value?

20  11:50:07 MR. FLUMENBAUM: Objection as to form.

21  11:50:10 THE WITNESS: No. It's -- it's to create

22  11:50:12 an ecosystem, just like Bitcoin or Ethereum have

23  11:50:19 their method of giving to people. And that would be

24  11:50:27 good for utility, liquidity, which would be

25  11:50:34 important in any cryptocurrency ecosystem.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

174

```
1    11:50:41 BY MR. SYLVESTER:

2    11:50:41 Q. Okay. The distribution of XRP, according

3    11:50:45 to the initial plan, to give away approximately

4    11:50:49 50 billion XRP, would be good for the utility of

5    11:50:52 XRP?

6    11:50:55 MR. FLUMENBAUM: Objection as to form.

7    11:50:56 You take pieces out of his sentence and

8    11:50:59 then ask him the same question again.

9    11:51:03 BY MR. SYLVESTER:

10   11:51:04 Q. You can answer.

11   11:51:05 A. We've always been focused on utility,

12   11:51:08 liquidity and trust. Those have always been the

13   11:51:13 focus.

14   11:51:16 Q. Liquidity of XRP?

15   11:51:18 MR. FLUMENBAUM: Objection as to form.

16   11:51:19 THE WITNESS: Yes.

17   11:51:19 BY MR. SYLVESTER:

18   11:51:19 Q. The "we" in that sentence is Ripple; is

19   11:51:24 that right?

20   11:51:26 MR. FLUMENBAUM: Objection as to form.

21   11:51:27 THE WITNESS: Yes.

22   11:51:27 BY MR. SYLVESTER:

23   11:51:27 Q. Okay.

24   11:51:27 Did Ripple ultimately give away 50 billion

25   11:51:39 XRP to the public?
```

1    11:51:41 A. No.

2    11:51:41 Q. Why not?

3    11:51:45 MR. FLUMENBAUM: Objection as to form.

4    11:51:47 You may answer.

5    11:51:48 THE WITNESS: What we found, and most of

6    11:51:50 the cryptocurrency ecosystems found, was giving away

7    11:51:56 opened you up to too much abuse and spamming, too

8    11:52:02 many fake accounts posing to be different

9    11:52:04 individuals would take advantage of the giveaways

10   11:52:08 once the currencies had value.

11   11:52:23 BY MR. SYLVESTER:

12   11:52:23 Q. Did you observe that -- that negative

13   11:52:25 outcome happen with respect to XRP?

14   11:52:27 A. Yes.

15   11:52:37 Q. And was that outcome the reason that

16   11:52:39 Ripple -- strike that.

17   11:52:49 Another portion of your comment is,

18   11:52:50 "Importantly Ripple Labs will never sell to the

19   11:52:52 public."

20   11:52:53 Do you see that?

21   11:52:53 A. Yes.

22   11:52:54 Q. Ripple ultimately did sell XRP to the

23   11:52:56 public, correct?

24   11:52:58 MR. FLUMENBAUM: Objection as to form.

25   11:52:58 THE WITNESS: No, that's not correct.

1    11:53:03 BY MR. SYLVESTER:

2    11:53:03 Q. To whom did Ripple sell its XRP?

3    11:53:07 A. To market makers and exchanges.

4    11:53:10 Q. Do you have an understanding if those

5    11:53:13 market makers and exchanges sold the XRP to members

6    11:53:15 of the public?

7    11:53:18 A. I don't know what they do with their

8    11:53:20 currency.

9    11:53:20 Q. Do you have an understanding that those

10   11:53:22 market makers and exchanges sold the XRP?

11   11:53:26 A. I don't.

12   11:53:27 It's up to them what they want to do with

13   11:53:29 it.

14   11:53:38 Q. So Ripple has sold over a billion XRP; is

15   11:53:41 that right?

16   11:53:42 MR. FLUMENBAUM: Objection as to form.

17   11:53:43 MR. SYLVESTER: Strike that.

18   11:53:43 Q. Ripple sold over a billion dollars of XRP;

19   11:53:47 is that right?

20   11:53:47 A. Over what period of time are you speaking?

21   11:53:49 Q. From 2013 to 2020.

22   11:53:54 A. I don't know the exact number. It's

23   11:53:56 possible.

24   11:53:57 Q. Okay. And -- and your testimony is that

25   11:54:02 you don't know whether or not any of that XRP landed

1    11:54:05 in the hands of the general public?

2    11:54:07 MR. FLUMENBAUM: Objection as to form.

3    11:54:09 THE WITNESS: Again, we don't -- it's not

4    11:54:11 possible for us to know what an entity is going to

5    11:54:15 be doing with their currency.

6    11:54:17 BY MR. SYLVESTER:

7    11:54:17 Q. Is it plausible that the market makers

8    11:54:19 kept it all,          dollars?

9    11:54:22 A. That's possible.

10   11:54:23 MR. FLUMENBAUM: Objection as to form.

11   11:54:24 BY MR. SYLVESTER:

12   11:54:24 Q. Do you know one way or the other?

13   11:54:26 A. No, I don't know.

14   11:54:34 Q. You also comment on the same page,

15   11:54:35 "Importantly, the company isn't the issuer, the

16   11:54:40 founders were the issuers."

17   11:54:40 Do you see that?

18   11:54:42 A. I do.

19   11:54:42 Q. Is that an issuance of XRP?

20   11:54:46 A. Yes.

21   11:54:46 Q. Why is it important that the company was

22   11:54:49 not the issuer?

23   11:54:51 A. Because being an issuer of prepaid access

24   11:54:55 is against the money transmission laws as regulated

25   11:54:58 by FinCEN and Treasury, which is the key regulator

1    11:55:01 in this industry and always has been the key

2    11:55:06 industry -- regulator of this industry.

3    11:55:08 Q. Okay. Any other reason?

4    11:55:14 A. No.

5    11:55:16 Again, being an issuer with prepaid access

6    11:55:19 is a big risk, especially in those early years.

7    11:55:25 Became less of a risk later, but it was a very big

8    11:55:29 risk at that time.

9    11:55:34 Q. The final paragraph on that page, Bates

10   11:55:36 ending with -680, that starts with "What's more," do

11   11:55:41 you see that?

12   11:55:42 A. Yes.

13   11:55:42 Q. Okay. The second sentence says:

14   11:55:43 "At least these guys have made

15   11:55:45 clear that there are 100 billion

16   11:55:47 ripples; there can never be another

17   11:55:50 one created, and they're holding

18   11:55:52 onto half" -- your comment inserts

19   11:55:54 25 percent -- "of them with the

20   11:55:55 hope that they increase in value."

21   11:55:58 Do you see that?

22   11:55:59 A. I do.

23   11:55:59 Q. Was that an accurate statement of Ripple's

24   11:56:01 hope at the time, that it hoped XRP would increase

25   11:56:04 in value?

1   11:56:07 A. Are you asking about the entire sentence

2   11:56:09 here?

3   11:56:10 Q. No. Just whether or not it's an accurate

4   11:56:13 statement that, at the time of this document, Ripple

5   11:56:16 hoped that XRP would increase in value?

6   11:56:18 A. It's -- it's accurate to talk about how

7   11:56:22 valuable a currency is to the world. Importantly,

8   11:56:26 that's different than price. But valuable to the

9   11:56:28 world is how much utility it has to the world, and

10  11:56:31 that's tied to how much liquidity exists, as well as

11  11:56:34 how much trust.

12  11:56:35 Q. Sure.

13  11:56:35 But XRP was also an asset that Ripple

14  11:56:39 held, correct?

15  11:56:40 A. Are you asking now about the earlier part

16  11:56:42 of the sentence?

17  11:56:43 Q. No. I'm just asking in general, XRP at

18  11:56:45 this time was an asset that Ripple held?

19  11:56:49 MR. FLUMENBAUM: Objection as to form.

20  11:56:50 You may answer.

21  11:56:51 THE WITNESS: Can you ask the whole --

22  11:56:53 again, I want to -- I want to be clear about if

23  11:56:57 you're asking about this portion of this statement.

24  11:56:59 Because there's some things that aren't

25  11:57:02 really clear in his sentence that weren't worth

180

```
1    11:57:06 correcting.

2    11:57:06 BY MR. SYLVESTER:

3    11:57:07 Q. Divorced from this document, in 2013, XRP

4    11:57:09 was an asset that Ripple held, correct?

5    11:57:12 MR. FLUMENBAUM: Objection as to form.

6    11:57:12 You may answer.

7    11:57:13 THE WITNESS: XRP was a currency,

8    11:57:15 currencies are assets, so currencies would be under

9    11:57:19 the classification of assets on a balance sheet.

10   11:57:23 BY MR. SYLVESTER:

11   11:57:23 Q. Okay. And did Ripple hope in 2013 that

12   11:57:25 the -- that XRP would increase in value?

13   11:57:29 MR. FLUMENBAUM: Objection as to form.

14   11:57:31 You may answer.

15   11:57:32 THE WITNESS: Yes. It's very -- we were

16   11:57:37 focused on a currency being valuable to the world,

17   11:57:41 and, again, very importantly, value different than

18   11:57:44 price.

19   11:57:44 Valuable is how useful something is in the

20   11:57:47 world. The more useful it is, the more valuable it

21   11:57:50 is in the world, and that's a good thing because

22   11:57:53 you're having impact on the world.

23   11:57:54 BY MR. SYLVESTER:

24   11:57:54 Q. Typically, the more valuable an asset is

25   11:57:58 to the world is reflected in its price; is it not?
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    11:58:01 A. No, that's not --

2    11:58:02 MR. FLUMENBAUM: Objection as to form.

3    11:58:03 You may answer.

4    11:58:04 THE WITNESS: Sorry.

5    11:58:04 That's not correct. In many instances,

6    11:58:07 the U.S. dollar is more valuable to the world when

7    11:58:11 its price vis-a-vis other assets or currencies is

8    11:58:15 lower.

9    11:58:16 So, again, focus on utility, liquidity and

10   11:58:20 trust is, in my opinion, very important.

11   11:58:32 BY MR. SYLVESTER:

12   11:58:32 Q. The final page of this document, Bates

13   11:58:39 ending -684.

14   11:58:45 A. Yes.

15   11:58:46 Q. Mr. ▮▮▮▮▮ writes, "Meanwhile, I'm

16   11:58:49 stocking up on ripple while it's still less than a

17   11:58:51 penny a piece."

18   11:58:53 Do you see that?

19   11:58:53 A. I do.

20   11:58:54 Q. Do you take that to be a reference to

21   11:58:56 XRP's price?

22   11:58:58 MR. FLUMENBAUM: Objection as to form.

23   11:58:58 THE WITNESS: Yes.

24   11:58:59 BY MR. SYLVESTER:

25   11:58:59 Q. Do you have any comments on that sentence?

```
 1    11:59:02 MR. FLUMENBAUM: Objection as to form.
 2    11:59:04 Document speaks for itself.
 3    11:59:07 THE WITNESS: I'm sorry, what's your
 4    11:59:08 question exactly, please?
 5    11:59:10 BY MR. SYLVESTER:
 6    11:59:10 Q. Sure.
 7    11:59:10 Did you provide any comments on that
 8    11:59:12 concluding sentence?
 9    11:59:16 MR. FLUMENBAUM: Objection as to form.
10    11:59:17 This is a document by Mr. ████████ not by
11    11:59:23 Mr. --
12    11:59:23 MR. SYLVESTER: Larsen?
13    11:59:24 MR. FLUMENBAUM: -- Larsen, and he
14    11:59:27 corrected errors, as you've gone through, that
15    11:59:31 related to Ripple.
16    11:59:32 And so --
17    11:59:34 BY MR. SYLVESTER:
18    11:59:35 Q. The question is just whether or not you
19    11:59:36 provided comments as to that sentence?
20    11:59:38 A. I didn't because he wasn't looking for me
21    11:59:40 to rewrite his article. He was looking for me to
22    11:59:42 correct inaccuracies in his article.
23    11:59:46 MR. FLUMENBAUM: Are we done with this?
24    11:59:48 MR. SYLVESTER: We are.
25    11:59:49 MR. FLUMENBAUM: We've been going for
```

183

1    11:59:51 another two hours, so I think it's --

2    11:59:53 MR. SYLVESTER: Let me ask just one

3    11:59:54 follow-up question on that.

4    11:59:55 MR. FLUMENBAUM: I need to take a break,

5    11:59:56 so let's take a break right now, and then we'll --

6    12:00:00 we can take a short break --

7    12:00:03 MR. SYLVESTER: Fair enough.

8    12:00:03 MR. FLUMENBAUM: -- and we'll go for

9    12:00:05 another chunk afterwards.

10   12:00:06 MR. SYLVESTER: All right. Let's go off

11   12:00:07 the record.

12   12:00:07 MR. FLUMENBAUM: And then we'll have a

13   12:00:08 longer break for lunch, if that's okay with you

14   12:00:11 guys.

15   12:00:12 THE VIDEOGRAPHER: Okay. We're off the

16   12:00:14 record at 12:00 p.m.

17   12:15:51 (Whereupon, a recess was taken.)

18   12:16:26 THE VIDEOGRAPHER: This is the beginning

19   12:16:27 of File Number 3.

20   12:16:28 We're back on the record at 12:16 p.m.

21   12:16:31 BY MR. SYLVESTER:

22   12:16:33 Q. Okay. Mr. Larsen, in the fall of 2013,

23   12:16:37 was Ripple trying to develop uses for XRP?

24   12:16:48 A. XRP was -- had utility from the moment it

25   12:16:55 began. Ripple was trying to develop additional

[9/14/2021] Larsen, Christian (revised) 9.14.2021

184

1   12:17:00 applications that would have utility.

2   12:17:04 Q. What utility did XRP have at the moment it

3   12:17:07 began?

4   12:17:10 A. It had exactly the utility Bitcoin had,

5   12:17:14 Ethereum later had, around being a currency without

6   12:17:17 a counterparty, without a government.

7   12:17:20 Q. In the fall of 2013, was anyone using XRP

8   12:17:23 as a currency?

9   12:17:28 A. People were using XRP in the same way as

10  12:17:32 they were using Bitcoin, and later, Ethereum, as a

11  12:17:36 currency, as a medium of exchange, store value, unit

12  12:17:40 of account currency that, like fiat currencies, is

13  12:17:48 divisible, fungible, durable, only difference being

14  12:17:53 it has no issuer, no counterparty.

15  12:17:56 Q. In the fall of 2013, were you using XRP to

16  12:18:01 buy goods or services?

17  12:18:03 A. From time to time, I would buy -- I could

18  12:18:07 buy things with it.

19  12:18:10 Q. How much volume is there in XRP's use as a

20  12:18:15 currency in 2013?

21  12:18:17 A. I'm sorry, what was the question again?

22  12:18:18 Q. Sure.

23  12:18:18 How much volume was there in XRP's use as

24  12:18:21 a currency in 2013?

25  12:18:24 MR. FLUMENBAUM: Objection as to form.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

185

1    12:18:26 THE WITNESS: 100 percent of the volume of

2    12:18:31 the XRP markets is as a currency.

3    12:18:35 BY MR. SYLVESTER:

4    12:18:35 Q. Sure.

5    12:18:36 What volume of XRP was being used in 2013

6    12:18:39 to purchase goods and services?

7    12:18:42 MR. FLUMENBAUM: Objection as to form.

8    12:18:45 You may answer, if you know.

9    12:18:46 THE WITNESS: I don't know. I have no way

10   12:18:48 of knowing that.

11   12:18:49 BY MR. SYLVESTER:

12   12:18:49 Q. Okay. You mentioned in fall 2013, Ripple

13   12:19:00 was trying to develop additional applications that

14   12:19:03 would have utility with respect to XRP. Is that

15   12:19:05 right?

16   12:19:08 MR. FLUMENBAUM: Objection as to form.

17   12:19:10 You may answer.

18   12:19:10 THE WITNESS: We're trying to develop

19   12:19:11 products that have product market fit.

20   12:19:13 BY MR. SYLVESTER:

21   12:19:13 Q. Those are products that would use XRP?

22   12:19:17 A. As I mentioned before, it could be

23   12:19:20 products that are using the technology of the XRP

24   12:19:25 Ledger, which may or may not involve XRP 'cause XRP

25   12:19:29 Ledger is also a decentralized exchange, or ILP, the

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    12:19:36 Interledger Protocol, or Codius for a time as well.

 2    12:19:42 Q. Okay. Again, fall 2013 time frame, you

 3    12:19:46 mentioned that XRP was being used for goods or

 4    12:19:49 services, but you don't know the volume. Is that

 5    12:19:51 right?

 6    12:19:52 MR. FLUMENBAUM: Objection as to form.

 7    12:19:53 THE WITNESS: Correct.

 8    12:19:53 BY MR. SYLVESTER:

 9    12:19:53 Q. What's the basis for your knowledge that

10    12:19:56 it was being used to purchase goods or services?

11    12:20:01 A. Oh, well, there were many stores that

12    12:20:04 allowed for the use of XRP to purchase things.

13    12:20:07 Q. I see.

14    12:20:11 But you're not sure if XRP was actually

15    12:20:13 used to purchase things; is that right?

16    12:20:15 A. No. I'm certain --

17    12:20:17 MR. FLUMENBAUM: Objection as to form.

18    12:20:18 You may answer.

19    12:20:19 THE WITNESS: I'm certain it was.

20    12:20:20 BY MR. SYLVESTER:

21    12:20:20 Q. Focusing just on XRP in the fall of 2013,

22    12:20:22 was Ripple making any efforts to create applications

23    12:20:26 that used XRP?

24    12:20:32 MR. FLUMENBAUM: Objection as to form.

25    12:20:33 Asked and answered.
```

1    12:20:33 Please answer it again.

2    12:20:35 THE WITNESS: In 2013, is that --

3    12:20:37 BY MR. SYLVESTER:

4    12:20:38 Q. Yes.

5    12:20:39 MR. FLUMENBAUM: Fall of 2013.

6    12:20:40 THE WITNESS: Yes.

7    12:20:40 I can't recall if that was focused on

8    12:20:46 cross-border payments or if it was focused on Ripple

9    12:20:49 Trade, for example, which is a product that we had

10   12:20:53 in the early years which was discontinued later.

11   12:20:57 BY MR. SYLVESTER:

12   12:20:57 Q. Fair to say, Ripple's had various ideas

13   12:21:01 over the years of market applications --

14   12:21:03 sorry -- strike that.

15   12:21:05 Is it fair to say that over the years,

16   12:21:06 Ripple has had many ideas with respect to what

17   12:21:09 products it might develop that would use XRP?

18   12:21:14 MR. FLUMENBAUM: Objection as to form.

19   12:21:16 THE WITNESS: Well, again, not limited

20   12:21:18 just to XRP but certainly, as a start-up company, we

21   12:21:21 have tried many products in getting to our eventual

22   12:21:26 product market fit.

23   12:21:27 BY MR. SYLVESTER:

24   12:21:27 Q. What does it take to develop those

25   12:21:30 products?

1    12:21:33 A. Generally, products in the fintech arena

2    12:21:36 take domain expertise in technology, compliance and

3    12:21:41 capital markets.

4    12:21:44 Q. When you say, "domain expertise," how does

5    12:21:48 Ripple acquire that expertise?

6    12:21:50 A. Well, generally, by hiring team members,

7    12:21:54 using outside consultants and outside partners,

8    12:22:01 generally.

9    12:22:03 Q. When evaluating whether to pursue an idea

10   12:22:09 for an application that would involve the use of

11   12:22:12 XRP, did Ripple ever come up with a budget of how

12   12:22:18 much it would cost to develop that application?

13   12:22:23 MR. FLUMENBAUM: Objection as to form.

14   12:22:23 THE WITNESS: The company certainly had

15   12:22:26 team members that were responsible for financial

16   12:22:30 planning and accounting whose job it would be to do

17   12:22:35 that.

18   12:22:37 BY MR. SYLVESTER:

19   12:22:37 Q. Okay. And is there a range of dollar

20   12:22:41 amounts that it might cost to build a particular

21   12:22:45 application that used XRP?

22   12:22:51 A. Well, I mean, that would greatly depend on

23   12:22:55 the complexity of the application that one was

24   12:22:58 planning.

25   12:22:59 Q. Sure.

1    12:22:59 Say the simplest idea that occurred to any

2    12:23:02 of the folks who worked at Ripple in the early

3    12:23:06 years, what's the ballpark of how much it would cost

4    12:23:09 from the idea stage to the

5    12:23:10 putting-the-application-on-the-market stage?

6    12:23:15 MR. FLUMENBAUM: Objection as to form.

7    12:23:16 THE WITNESS: Yeah. I think that's a very

8    12:23:19 wide range. It could involve open source components

9    12:23:22 that don't cost anything. It could involve

10   12:23:24 extremely complex technologies that would take a lot

11   12:23:28 of resources to produce.

12   12:23:30 BY MR. SYLVESTER:

13   12:23:30 Q. Okay. Is it fair to say that some of the

14   12:23:32 ideas were more expensive than others?

15   12:23:34 MR. FLUMENBAUM: Objection as to form.

16   12:23:35 THE WITNESS: Yes.

17   12:23:36 MR. FLUMENBAUM: You can answer.

18   12:23:37 BY MR. SYLVESTER:

19   12:23:37 Q. Sort of what's the outer bounds of the

20   12:23:39 most expensive idea that Ripple had in those early

21   12:23:42 years?

22   12:23:42 MR. FLUMENBAUM: Objection as to form.

23   12:23:44 You want to define "early years"?

24   12:23:46 BY MR. SYLVESTER:

25   12:23:47 Q. Sure.

190

1    12:23:47 Say the 2013 time frame.

2    12:23:48 A. The outer bounds of expenses? I don't

3    12:23:51 know how to answer that question. Software products

4    12:23:56 can be extremely expensive.

5    12:23:57 Q. In the millions?

6    12:23:59 A. Generally, in the tens of millions.

7    12:24:03 MR. FLUMENBAUM: Objection as to form.

8    12:24:03 THE WITNESS: Possible.

9    12:24:03 BY MR. SYLVESTER:

10   12:24:03 Q. In the hundreds of millions?

11   12:24:07 MR. FLUMENBAUM: Objection as to form.

12   12:24:08 THE WITNESS: Are you asking about general

13   12:24:09 software development programs?

14   12:24:11 BY MR. SYLVESTER:

15   12:24:11 Q. Anything that Ripple was contemplating in

16   12:24:14 the 2013 time frame with respect to developing uses

17   12:24:17 for XRP.

18   12:24:17 A. Specifically to 2013? No. I don't think

19   12:24:20 we'd be that high.

20   12:24:22 Q. Okay. Did there come a time in later

21   12:24:24 years in Ripple's history that it contemplated

22   12:24:29 creating an application using XRP that would have

23   12:24:31 been in the hundreds of millions of dollars to

24   12:24:33 develop and bring to market?

25   12:24:34 MR. FLUMENBAUM: Objection as to form.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1     12:24:35 THE WITNESS: I don't think hundreds of

2     12:24:36 millions.

3     12:24:36 BY MR. SYLVESTER:

4     12:24:36 Q. Tens of millions?

5     12:24:38 MR. FLUMENBAUM: Objection as to form.

6     12:24:39 THE WITNESS: Possible.

7     12:24:40 BY MR. SYLVESTER:

8     12:24:40 Q. At least millions?

9     12:24:42 MR. FLUMENBAUM: Objection as to form.

10    12:24:46 THE WITNESS: Possible.

11    12:24:46 BY MR. SYLVESTER:

12    12:24:48 Q. When Ripple was engaging in giveaways of

13    12:24:53 XRP, did it have an understanding of what the

14    12:24:57 recipients of the XRP would do with it?

15    12:25:03 MR. FLUMENBAUM: Objection as to form.

16    12:25:04 THE WITNESS: Sorry, could you repeat the

17    12:25:05 question, please.

18    12:25:06 MR. SYLVESTER: Kat, can you read it back?

19    12:25:07 Thank you.

20    12:25:07 (Record read by the reporter

21    12:25:07 as follows:

22    12:25:23 QUESTION: When Ripple was

23    12:25:23 engaging in giveaways of XRP, did

24    12:25:23 it have an understanding of what

25    12:25:23 the recipients of the XRP would do

192

1    12:25:23 with it?)

2    12:25:25 MR. FLUMENBAUM: Objection as to form.

3    12:25:32 THE WITNESS: Well, you would hope that it

4    12:25:33 would be a positive for building the ecosystem, but

5    12:25:39 other than that, it was a pretty broad idea, just

6    12:25:42 like Bitcoin's faucet or the Ethereum process of

7    12:25:46 distribution.

8    12:25:48 BY MR. SYLVESTER:

9    12:25:48 Q. Did Ripple take any steps to determine

10   12:25:50 what recipients of XRP that it gave away for free

11   12:25:55 did with the XRP?

12   12:25:57 MR. FLUMENBAUM: Objection as to form.

13   12:25:58 THE WITNESS: Most of the efforts would be

14   12:26:00 around making sure that those were not scams or

15   12:26:07 false identities or duplicative recipients of

16   12:26:14 giveaways.

17   12:26:15 BY MR. SYLVESTER:

18   12:26:15 Q. Other than those efforts, can you think of

19   12:26:18 any other efforts Ripple made in order to determine

20   12:26:20 what recipients of free XRP did with their XRP?

21   12:26:27 MR. FLUMENBAUM: Objection as to form.

22   12:26:31 THE WITNESS: I believe that there was

23   12:26:33 bounty bug campaigns as well, so those folks would

24   12:26:39 have to have caught errors in software, for example.

25   / /

```
 1    12:26:44 BY MR. SYLVESTER:

 2    12:26:44 Q. Okay. Other than what we've just

 3    12:26:46 discussed, were there any other steps that Ripple

 4    12:26:48 took to determine what recipients of its free XRP

 5    12:26:52 did with the XRP?

 6    12:26:54 MR. FLUMENBAUM: Objection as to form.

 7    12:26:55 THE WITNESS: Not that I can recollect.

 8    12:27:00 MR. SYLVESTER: Okay. Let's take a look

 9    12:27:10 at Exhibit 7, please.

10    12:27:14 (Whereupon, Deposition Exhibit CL-7

11    12:27:19 was marked for identification.)

12    12:27:40 MR. SYLVESTER: Exhibit 7 is an email with

13    12:27:41 an attachment. It's from                    .com to

14    12:27:45         ripple.com, dated January 9th, 2013.

15    12:42:21 Q. Mr. Larsen, I don't want to cut short your

16    12:42:24 reading for context, but just to let you know, I

17    12:42:26 want to ask questions on page -167, -175, and -180.

18    12:42:35 A. Okay. I'll let you know when I'm done.

19    12:45:15 Can you repeat those pages that you were

20    12:45:17 interested in, please?

21    12:45:20 Q. Sure. Let's start with -167.

22    12:45:22 A. Okay, I'm still reading, but I want -- was

23    12:45:25 that the first one?

24    12:45:27 Q. Yeah. That's the first one.

25    12:45:29 A. -167?
```

```
1    12:45:31 Q. That's right, ending -167.

2    12:45:33 A. Okay.

3    12:45:38 What was the other one?

4    12:45:41 Q. -175.

5    12:45:43 A. Okay.

6    12:45:45 Q. And -180?

7    12:45:52 A. Those three?

8    12:45:53 Q. Yeah.

9    12:45:54 A. Thank you.

10   12:45:55 THE WITNESS: Should I finish this whole

11   12:54:52 thing?

12   12:54:53 MR. FLUMENBAUM: Well, have you gone

13   12:54:54 through the pages that he wants to ask you on?

14   12:54:57 THE WITNESS: Yeah. But it looks like

15   12:54:58 there's -- this is partially a template and then

16   12:55:02 there's partially words interspersed. So I'm a

17   12:55:05 little uncomfortable not going through the whole

18   12:55:07 thing.

19   12:55:08 BY MR. SYLVESTER:

20   12:55:09 Q. Right.

21   12:55:09 I mean, I just want to ask you about the

22   12:55:13 portions that appear to be drafted by you.

23   12:55:14 I'll ask you: Did you draft them?

24   12:55:17 A. Yeah. But -- well ...

25   12:55:19 MR. FLUMENBAUM: Well, finish up.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    12:55:21 THE WITNESS: I think I need to finish it,
 2    12:55:22 because it looks like it goes back and forth between
 3    12:55:26 template and --
 4    12:55:27 MR. SYLVESTER: Just for the record, we've
 5    12:55:28 been paused for at least ten minutes.
 6    12:55:31 THE WITNESS: Okay.
 7    12:55:31 MR. FLUMENBAUM: Well, you did give him a
 8    12:55:33 40-page document from January of 2013, which is --
 9    12:55:38 which is, as Mr. Larsen said, not something --
10    12:55:42 something that's a template, something that was
11    12:55:44 written by somebody. You're assuming it's
12    12:55:48 Mr. Larsen.
13    12:55:49 MR. SYLVESTER: I'm going to ask him --
14    12:55:50 MR. FLUMENBAUM: Well --
15    12:55:51 MR. SYLVESTER: -- at some point.
16    12:55:52 THE WITNESS: Okay. Well, you tell me.
17    12:55:54 MR. FLUMENBAUM: Look, you know, if you
18    12:55:56 have to read more to answer any of his questions,
19    12:55:59 we'll do that, but go ahead.
20    12:56:02 BY MR. SYLVESTER:
21    12:56:03 Q. Great.
22    12:56:03 So, Mr. Larsen, Exhibit 7 is an attachment
23    12:56:06 to an email you appeared to have sent yourself; is
24    12:56:09 that correct?
25    12:56:11 A. Yeah. It appears that way.
```

1   12:56:13 Q. Okay. On the first page of the -- well,

2   12:56:16 let's use Bates numbers.

3   12:56:19 On page ending Bates -165.

4   12:56:29 A. -165.

5   12:56:30 Okay. Yeah.

6   12:56:32 Q. Okay. Do you see it says, "Business Plan,

7   12:56:35 OpenCoin"?

8   12:56:36 A. Yes.

9   12:56:36 Q. Do you see at the bottom of the page, it

10  12:56:38 has your name, Mr. McCaleb's name and your email

11  12:56:42 address?

12  12:56:43 A. Yes.

13  12:56:43 Q. Whose phone number is that?

14  12:56:45 A. That's my cell phone.

15  12:56:46 Q. Okay. You mentioned that this document

16  12:56:50 is, in part, a template, and in part, appears to be

17  12:56:53 specific to Opencoin; is that fair?

18  12:56:59 A. It looks like it's the uncompleted draft

19  12:57:05 having to do with Opencoin.

20  12:57:07 Q. Okay. Let's start on page 167, "Executive

21  12:57:11 Summary."

22  12:57:15 Do you see that?

23  12:57:16 A. I do.

24  12:57:17 Q. Okay. Do you see the first sentence

25  12:57:19 refers to Ripple; is that right?

1    12:57:20 A. Yes.

2    12:57:20 Q. Okay. It appears to me that this -- at

3    12:57:28 least the first three paragraphs of this page

4    12:57:31 pertain to Ripple and are not a template; is that

5    12:57:35 right?

6    12:57:36 A. When you say, "Ripple," are you talking

7    12:57:37 about the decentralized ledger or are you talking

8    12:57:43 about the company as it was renamed later?

9    12:57:50 Q. I was talking about the company.

10   12:57:52 MR. FLUMENBAUM: Objection as to form.

11   12:57:54 You may answer.

12   12:57:54 THE WITNESS: Yeah, again, keep in mind

13   12:57:55 that this is a business plan of a company named

14   12:57:58 Opencoin, the name of the company before it was

15   12:58:01 changed to Ripple. And if they're talking about

16   12:58:03 Ripple in that context, then I would assume Ripple

17   12:58:08 refers to the open source distributed technology.

18   12:58:13 BY MR. SYLVESTER:

19   12:58:13 Q. Okay. The third paragraph on this page

20   12:58:16 starts, "The new currency provides."

21   12:58:19 Do you see this?

22   12:58:20 A. Yes.

23   12:58:20 Q. The whole sentence says, "The new currency

24   12:58:23 provides the business model for this company."

25   12:58:25 Is the new currency XRP?

1   12:58:29 A. Yes. But I think at that time, it was

2   12:58:31 referred to as small ripple, small letter ripple.

3   12:58:39 Q. I see. Okay.

4   12:58:41 And just to start -- strike that.

5   12:58:46 Who drafted that sentence, "The new

6   12:58:48 currency provides the business model for this

7   12:58:50 company"?

8   12:58:51 A. I don't know.

9   12:58:51 Again, this is a, obviously,

10  12:58:56 never-completed draft that looks like it was

11  12:58:58 abandoned and never used.

12  12:59:01 Q. I see.

13  12:59:02 Could it be anyone other than you or

14  12:59:04 Mr. McCaleb?

15  12:59:05 A. It's possible. It could have been other

16  12:59:07 people that were on the team.

17  12:59:13 Q. Okay. Is the statement "The new currency

18  12:59:16 provides the business model for the company"

19  12:59:17 accurate?

20  12:59:21 MR. FLUMENBAUM: Objection as to form.

21  12:59:22 Accurate as to what?

22  12:59:25 THE WITNESS: Accurate as to when as well.

23  12:59:28 BY MR. SYLVESTER:

24  12:59:28 Q. Let's situate ourselves in time. In

25  12:59:32 January of 2013.

1    12:59:33 This document says, "The new currency

2    12:59:35 provides the business model for this company."

3    12:59:39 Do you see that?

4    12:59:40 A. I do.

5    12:59:40 Q. So at this time, January 2013, did XRP

6    12:59:43 provide the business model for Opencoin?

7    12:59:46 A. I think your dates are wrong here. I

8    12:59:48 mean, this looks like I am sending this to myself

9    12:59:51 from a -- from a document that might have existed on

10   12:59:54 a computer for a long time.

11   12:59:57 So I don't know when this was written,

12   12:59:59 when this incomplete draft was completed, when this

13   01:00:02 statement was completed. So it's hard for me to

14   01:00:06 comment on an uncompleted document.

15   01:00:08 Q. Let's divorce ourselves from the document.

16   01:00:10 Has XRP ever provided the business model

17   01:00:12 for Ripple?

18   01:00:14 A. I think we've stated in other investor

19   01:00:17 presentations that we would use XRP for operations.

20   01:00:25 Q. When you say that Ripple would use XRP for

21   01:00:29 operations, what does that mean?

22   01:00:31 A. That we would -- in some early

23   01:00:37 presentations to investors in Ripple, the company,

24   01:00:40 the currency that we owned could be used to pay for

25   01:00:45 operations, we have said that, in addition to

1    01:00:50 opportunities for software revenue, for example.

2    01:00:54 Q. I see. So sales of XRP could be used to

3    01:00:56 pay for operations?

4    01:00:58 A. That we could use the currency that was on

5    01:01:01 our -- that we owned for operations, yes.

6    01:01:05 Q. Okay. And just to make sure that we're

7    01:01:07 both talking about the same thing, the currency that

8    01:01:11 Ripple owned is XRP?

9    01:01:14 A. Correct.

10   01:01:31 Q. And why did you need -- sorry -- strike

11   01:01:33 that.

12   01:01:33 Why did Ripple need to convert the XRP to

13   01:01:40 US dollars in sales in order to fund its operations?

14   01:01:45 MR. FLUMENBAUM: Objection as to form.

15   01:01:49 What are you talking about in terms of

16   01:01:51 timing?

17   01:01:52 BY MR. SYLVESTER:

18   01:01:53 Q. Well, you said -- so, Mr. Larsen said, I

19   01:01:55 think, that part of Ripple's plan was to sell XRP to

20   01:02:03 fund operations. Is that fair?

21   01:02:09 A. In the early days of the company, we had

22   01:02:15 presented to investors in the company that we could

23   01:02:19 use the currency that we owned for operations. We

24   01:02:27 didn't have to, but we could.

25   01:02:30 Q. Right.

```
1    01:02:30 And in order to use XRP to pay for

2    01:02:35 operations, did Ripple sell XRP?

3    01:02:40 MR. FLUMENBAUM: Objection as to form.

4    01:02:43 THE WITNESS: So we could certainly use

5    01:02:46 the currency to pay for operations, to the extent

6    01:02:51 that that would be accepted, which it was from time

7    01:02:54 to time.

8    01:02:56 Of course, we have to pay taxes on that,

9    01:02:58 so converting it into the currency that the

10   01:03:03 organization pays taxes in is always going to be a

11   01:03:06 more efficient process.

12   01:03:12 BY MR. SYLVESTER:

13   01:03:12 Q. Okay. You said Ripple paid -- used XRP to

14   01:03:17 pay for its operations from time to time?

15   01:03:20 A. We could.

16   01:03:21 Q. Did it?

17   01:03:23 A. From time to time, yes.

18   01:03:26 Q. Okay. Did Ripple also use U.S. dollars to

19   01:03:29 pay for its operations?

20   01:03:33 A. Are you asking U.S. dollars tied to the

21   01:03:35 sales of XRP?

22   01:03:37 Q. No. Just U.S. dollars generally.

23   01:03:42 A. Well, you know, the functional currency of

24   01:03:46 the country we operate in is U.S. dollars, right,

25   01:03:49 so ...
```

202

```
1    01:03:50 Q. Sure.

2    01:03:50 But, you know, my question is, did you --

3    01:03:53 Ripple had certain expenses as a business, correct?

4    01:03:56 A. Yes.

5    01:03:56 Q. Had to pay employees?

6    01:03:58 A. Correct.

7    01:03:58 Q. Had to lease a building?

8    01:04:01 A. Yes.

9    01:04:02 Q. Okay. So did Ripple pay for any of its

10   01:04:07 business expenses using XRP, transferring XRP to pay

11   01:04:12 for those expenses?

12   01:04:13 A. Yes.

13   01:04:15 Q. Okay. Did Ripple also pay for some of its

14   01:04:18 expenses using U.S. dollars?

15   01:04:20 A. Yes.

16   01:04:22 Q. Okay. What percentage of Ripple's

17   01:04:25 expenses were paid for using XRP versus U.S.

18   01:04:28 dollars?

19   01:04:29 A. I don't have that exact number.

20   01:04:31 Q. Was it less than 5 percent?

21   01:04:36 MR. FLUMENBAUM: Objection as to form.

22   01:04:36 THE WITNESS: What period are you talking

23   01:04:37 about?

24   01:04:38 BY MR. SYLVESTER:

25   01:04:38 Q. Let's start with 2013.
```

203

1    01:04:44 A. No. That -- 2013, it must be much more

2    01:04:48 than that. I don't have those numbers handy. But,

3    01:04:54 obviously, we raised venture capital money, seed

4    01:04:57 money, for the company.

5    01:05:00 Q. Okay. What Ripple operations were paid

6    01:05:06 for with XRP?

7    01:05:10 MR. FLUMENBAUM: Objection as to form.

8    01:05:14 THE WITNESS: After it was clear that you

9    01:05:17 could start paying employees with cryptocurrency, as

10   01:05:23 was -- eventually became fairly common in the

11   01:05:28 industry and was not going to get on the wrong side

12   01:05:31 of, you know, employee protection laws, many

13   01:05:39 employees and consultants would accept

14   01:05:41 cryptocurrencies for payment.

15   01:05:42 BY MR. SYLVESTER:

16   01:05:42 Q. Did Ripple also pay employees using U.S.

17   01:05:45 dollars?

18   01:05:46 A. Yes.

19   01:05:47 Q. What percentage of total salaries paid was

20   01:05:51 XRP versus U.S. dollars?

21   01:05:56 MR. FLUMENBAUM: Objection as to form.

22   01:05:56 THE WITNESS: Yeah. What period? 2013

23   01:05:59 again?

24   01:06:00 BY MR. SYLVESTER:

25   01:06:00 Q. Sure.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

204

1    01:06:00 A. I don't -- I don't have that number with

2    01:06:02 me.

3    01:06:04 Q. Do you have an understanding of -- for the

4    01:06:06 period of time that you were CEO, what percentage of

5    01:06:10 employees' salaries were paid in XRP versus U.S.

6    01:06:12 dollars?

7    01:06:14 A. I don't have that number handy.

8    01:06:18 Q. Okay. Are there other business expenses

9    01:06:23 that Ripple paid for using XRP, other than employee

10   01:06:29 salaries?

11   01:06:29 A. I believe so.

12   01:06:30 Q. What are those?

13   01:06:33 A. I believe there were some ISPs that

14   01:06:37 accepted payment in XRP that we could utilize.

15   01:06:41 There was some law firms, for example, consulting

16   01:06:45 firms. Yeah. It would vary.

17   01:06:49 Q. How much XRP in total has Ripple spent

18   01:06:53 paying ISPs over the years?

19   01:06:55 MR. FLUMENBAUM: Objection as to form.

20   01:06:57 THE WITNESS: I don't have that number.

21   01:06:59 BY MR. SYLVESTER:

22   01:06:59 Q. Do -- have all of Ripple's ISPs accepted

23   01:07:07 XRP as payment over the years?

24   01:07:09 MR. FLUMENBAUM: Objection as to form.

25   01:07:10 THE WITNESS: Are you asking are -- do all

```
1    01:07:12 ISP vendors accept XRP?

2    01:07:15 BY MR. SYLVESTER:

3    01:07:15 Q. That Ripple used.

4    01:07:18 MR. FLUMENBAUM: Objection as to form.

5    01:07:18 THE WITNESS: To the best of my

6    01:07:23 recollection, no.

7    01:07:23 BY MR. SYLVESTER:

8    01:07:23 Q. Does Ripple typically pay its ISPs in XRP?

9    01:07:28 MR. FLUMENBAUM: Objection as to form.

10   01:07:29 THE WITNESS: In the early days, that was

11   01:07:36 a very common practice.

12   01:07:39 BY MR. SYLVESTER:

13   01:07:39 Q. Did there come a time when it was no

14   01:07:42 longer the common practice?

15   01:07:46 MR. FLUMENBAUM: Objection as to form.

16   01:07:47 THE WITNESS: Well, we were a smaller

17   01:07:48 company back then, so ...

18   01:07:51 BY MR. SYLVESTER:

19   01:07:51 Q. Does Ripple pay its ISPs in U.S. dollars

20   01:07:57 now?

21   01:07:58 MR. FLUMENBAUM: Objection as to form.

22   01:07:58 You want to limit your question to 2020?

23   01:08:00 Hold on. Hold on. Hold on.

24   01:08:05 I thought discovery --

25   01:08:07 MR. SYLVESTER: Sure. Fine.
```

1    01:08:09 THE WITNESS: I'm sorry, what's the

2    01:08:10 question, please?

3    01:08:10 BY MR. SYLVESTER:

4    01:08:10 Q. Did Ripple pay its ISPs in U.S. dollars in

5    01:08:15 2020?

6    01:08:16 A. Not that I'm aware of.

7    01:08:17 Q. You think it paid in XRP?

8    01:08:20 A. Oh, I'm sorry, apologies.

9    01:08:21 Can you ask the question again, please.

10   01:08:23 Q. Sure.

11   01:08:23 In 2020, did Ripple pay its ISPs with XRP?

12   01:08:27 A. Not that I can recollect.

13   01:08:28 Q. Okay. You also mentioned law firms.

14   01:08:31 A. Yes.

15   01:08:31 Q. Which law firms accepted XRP as payment?

16   01:08:38 A. Perkins Coie did in the early days, Paul

17   01:08:42 Hastings.

18   01:08:46 There's probably others I can't remember.

19   01:08:49 Q. Ripple has had a number of other law firms

20   01:08:51 from which it obtained services over the years?

21   01:08:54 A. We've used a number of law firms over the

22   01:08:56 years.

23   01:08:57 Q. Any of those other law firms accept XRP as

24   01:09:02 payment?

25   01:09:04 A. I can't recollect which other law firms.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
1    01:09:08 Q. Other than employees, ISPs and law firms,
2    01:09:10 are there any other expenses of Ripple's that Ripple
3    01:09:13 has paid for directly using XRP?
4    01:09:16 A. Sure there were. I can't recollect
5    01:09:20 exactly what those are.
6    01:09:32 Q. Do you have a sense of how much Ripple has
7    01:09:34 paid in U.S. taxes over the years?
8    01:09:37 MR. FLUMENBAUM: Objection as to form.
9    01:09:38 THE WITNESS: I don't have the exact
10   01:09:39 number.
11   01:09:39 BY MR. SYLVESTER:
12   01:09:39 Q. Like a ballpark, was it in the millions,
13   01:09:44 hundreds of thousands?
14   01:09:45 Let's with start 2013.
15   01:09:49 MR. FLUMENBAUM: Objection as to form.
16   01:09:49 THE WITNESS: To the best of my
17   01:09:50 understanding, it was in the █████████████.
18   01:09:52 BY MR. SYLVESTER:
19   01:09:52 Q. █████████████████     Okay.
20   01:09:57 When Ripple paid -- strike that.
21   01:10:05 When Ripple paid its employee salary in
22   01:10:08 XRP, where is that documented, if anywhere?
23   01:10:11 MR. FLUMENBAUM: Objection as to form.
24   01:10:14 THE WITNESS: I'm sure that would be
25   01:10:16 documented in our income statements --
```

```
 1    01:10:19 BY MR. SYLVESTER:

 2    01:10:19 Q. Okay.

 3    01:10:19 A. -- and employee records, obviously.

 4    01:10:22 Q. How about payments to ISPs in XRP; where

 5    01:10:25 is that documented?

 6    01:10:28 MR. FLUMENBAUM: Objection as to form.

 7    01:10:28 THE WITNESS: I'm sure that would be in

 8    01:10:30 our income and expense statements.

 9    01:10:36 BY MR. SYLVESTER:

10    01:10:36 Q. And how about XRP payments to law firms;

11    01:10:39 where is that documented, if anywhere?

12    01:10:42 MR. FLUMENBAUM: Objection as to form.

13    01:10:42 THE WITNESS: That should be in our income

14    01:10:44 and expense statements as well.

15    01:10:46 BY MR. SYLVESTER:

16    01:10:46 Q. Let's look at -175, please.

17    01:11:23 It's the bottom of page -175. Do you see

18    01:11:25 where it says, "Dedicated Team."

19    01:11:28 A. Yes.

20    01:11:28 Q. Okay. So dedicated team -- strike that.

21    01:11:31 After "Dedicated Team," it says:

22    01:11:33 "This is probably our most

23    01:11:36 important advantage. Bitcoin is an

24    01:11:37 open source project without anyone

25    01:11:39 leading it. Opencoin while also
```

1    01:11:41 open source will have a

2    01:11:42 professional team of developers and

3    01:11:43 businesspeople behind it. They

4    01:11:45 will be responsible for driving

5    01:11:46 adoption, marketing and ensuring

6    01:11:48 the system is constantly

7    01:11:50 improving."

8    01:11:51 Do you see that?

9    01:11:52 A. I do.

10   01:11:52 Q. Is that team of developers and

11   01:11:56 businesspeople a reference to Ripple?

12   01:11:59 A. It's a reference to people that would be

13   01:12:02 working on the core development. That could be

14   01:12:06 inside or outside Ripple.

15   01:12:09 Q. The core development of what?

16   01:12:12 A. Of the open source protocol.

17   01:12:14 Q. Okay. Has Ripple been responsible for

18   01:12:21 driving adoption of XRP over the years?

19   01:12:28 A. No. I mean, Ripple -- XRP is a large

20   01:12:33 global marketplace. It's tied to the overall

21   01:12:37 cryptocurrency markets, such as Bitcoin, and then

22   01:12:43 later, Ethereum.

23   01:12:44 I should also point out -- you're still on

24   01:12:48 -175?

25   01:12:51 Q. Yes.

210

```
 1   01:12:52 A. While we talk about the team of developers
 2   01:12:55 and that Bitcoin not having one, by 2013, Bitcoin
 3   01:13:02 had a group of core developers --
 4   01:13:06 Q. Oh, I see.
 5   01:13:07 A. -- through the Bitcoin foundation.
 6   01:13:11 Whether or not that was professional or
 7   01:13:13 not is a different matter. But that's quite a
 8   01:13:20 powerful group of developers.
 9   01:13:21 Q. In 2013, did Ripple have developers that
10   01:13:26 were working on projects related to XRP?
11   01:13:29 A. We contribute code. That code has to be
12   01:13:32 adopted by the majority of the validators that we
13   01:13:35 don't control.
14   01:13:37 Q. Throughout the time you've been with
15   01:13:38 Ripple, has Ripple had developers that worked on
16   01:13:41 projects related to XRP?
17   01:13:46 A. Working on applications, and if we can
18   01:13:50 contribute constructive code to the protocol, we'll
19   01:13:58 participate in that, as anybody can in the entire
20   01:14:01 world.
21   01:14:01 But mostly, I think the way to look at all
22   01:14:04 of these ledgers is once they function, the
23   01:14:12 overwhelming part of the technology is complete.
24   01:14:15 Code changes tend to be very minor going forward,
25   01:14:19 whether that be Bitcoin or the XRP Ledger.
```

```
1    01:14:24 Q. Setting the Ledger aside, has Ripple had

2    01:14:27 employees that were working on other applications

3    01:14:29 related to XRP?

4    01:14:34 MR. FLUMENBAUM: Objection as to form.

5    01:14:35 THE WITNESS: I'm sorry, can you repeat

6    01:14:36 the question again?

7    01:14:38 BY MR. SYLVESTER:

8    01:14:38 Q. Sure.

9    01:14:38 Setting aside contributions to the code

10   01:14:41 underlying the XRP Ledger, has Ripple had developers

11   01:14:45 who worked on applications related to XRP?

12   01:14:49 MR. FLUMENBAUM: Objection as to form.

13   01:14:50 Asked and answered.

14   01:14:51 Go ahead.

15   01:14:52 THE WITNESS: We've had developers that

16   01:14:53 are working on code like RippleNet that don't touch

17   01:14:57 the XRP Ledger, as well as developers working on

18   01:15:03 code that does touch XRP, such as the On-Demand

19   01:15:11 Liquidity product.

20   01:15:14 BY MR. SYLVESTER:

21   01:15:14 Q. Okay.

22   01:15:14 Has Ripple had developers working on

23   01:15:18 developing applications related to blockchain

24   01:15:21 throughout its existence?

25   01:15:23 MR. FLUMENBAUM: Objection as to form.
```

```
 1    01:15:24 THE WITNESS: When you're saying,

 2    01:15:24 "blockchain," you're talking about the wider

 3    01:15:28 cryptocurrency industry?

 4    01:15:29 BY MR. SYLVESTER:

 5    01:15:29 Q. Any blockchain technology, yeah.

 6    01:15:32 MR. FLUMENBAUM: Objection as to form.

 7    01:15:35 THE WITNESS: Yes. Products such as --

 8    01:15:38 sorry -- ILP, Interledger Protocol, is a universal

 9    01:15:43 interoperability protocol that's currency-agnostic,

10    01:15:50 Ledger-agnostic and coding-language agnostic.

11    01:15:54 BY MR. SYLVESTER:

12    01:15:54 Q. Okay.

13    01:15:54 Has Ripple taken steps to encourage the

14    01:16:02 adoption of XRP?

15    01:16:04 MR. FLUMENBAUM: Objection as to form.

16    01:16:07 THE WITNESS: As I mentioned before,

17    01:16:08 Ripple is focused on liquidity, utility and trust

18    01:16:14 within the ecosystem. We think that's very

19    01:16:20 important.

20    01:16:20 BY MR. SYLVESTER:

21    01:16:20 Q. Liquidity, utility and trust with respect

22    01:16:24 to XRP; is that right?

23    01:16:25 MR. FLUMENBAUM: Objection as to form.

24    01:16:26 THE WITNESS: Not just XRP, but also, as a

25    01:16:28 participant in the wider cryptocurrency industry,
```

213

```
 1    01:16:32 given that we are, especially now, focused on
 2    01:16:36 enterprise customers that have a very high degree of
 3    01:16:42 compliance requirements.
 4    01:16:44 BY MR. SYLVESTER:
 5    01:16:44 Q. Okay. Has Ripple taken steps to market
 6    01:16:48 XRP?
 7    01:16:49 MR. FLUMENBAUM: Objection as to form.
 8    01:16:50 THE WITNESS: We have taken steps to
 9    01:16:53 educate participants both inside and outside of the
10    01:16:59 cryptocurrency markets, including regulators, about
11    01:17:03 how these technologies function, and also, any
12    01:17:10 misinformation that other ecosystems might try to
13    01:17:17 throw out there to misinform the public.
14    01:17:22 BY MR. SYLVESTER:
15    01:17:22 Q. Misinformation about XRP?
16    01:17:25 MR. FLUMENBAUM: Objection as to form.
17    01:17:26 THE WITNESS: Misinformation about Ripple,
18    01:17:28 the company.
19    01:17:28 BY MR. SYLVESTER:
20    01:17:28 Q. I see.
21    01:17:30 And Ripple takes steps to try to correct
22    01:17:33 any misinformation about Ripple, the company?
23    01:17:36 MR. FLUMENBAUM: Objection as to form.
24    01:17:39 THE WITNESS: Yes.
25    / /
```

214

```
1    01:17:39 BY MR. SYLVESTER:

2    01:17:39 Q. Has Ripple taken steps to correct any

3    01:17:41 misinformation about XRP?

4    01:17:43 MR. FLUMENBAUM: Objection as to form.

5    01:17:43 THE WITNESS: We have taken steps to

6    01:17:44 correct misinformation about Ripple, the company,

7    01:17:49 controlling XRP Ledger, which is, obviously,

8    01:17:55 misinformation.

9    01:17:58 BY MR. SYLVESTER:

10   01:17:58 Q. Did Ripple prepare financial statements

11   01:18:00 during the time you were CEO?

12   01:18:02 A. Yes.

13   01:18:04 Q. Okay. And has Ripple prepared financial

14   01:18:06 statements between the time that you left your

15   01:18:09 position as CEO and 2020?

16   01:18:11 A. Yes.

17   01:18:12 Q. Okay. Were those financial statements

18   01:18:15 always reviewed by auditors?

19   01:18:19 A. Are you talking about from the founding of

20   01:18:21 the company?

21   01:18:22 Q. From 2013 through 2020.

22   01:18:26 MR. FLUMENBAUM: Objection as to form.

23   01:18:27 You may answer.

24   01:18:28 THE WITNESS: Yes, I believe in the

25   01:18:29 earliest year, though, not in that calendar year,
```

215

```
1    01:18:37 but then we went back and had an auditor rereview

2    01:18:42 and then since then, we've had it consistently.

3    01:18:47 BY MR. SYLVESTER:

4    01:18:47 Q. Was it important to you that Ripple

5    01:18:49 provide accurate information to its auditors?

6    01:18:53 MR. FLUMENBAUM: Objection as to form.

7    01:18:54 THE WITNESS: Yes.

8    01:18:54 BY MR. SYLVESTER:

9    01:18:54 Q. Is there any reason to believe that

10   01:18:59 there's anything in Ripple's audited financial

11   01:19:01 statements that's inaccurate?

12   01:19:04 MR. FLUMENBAUM: Objection as to form.

13   01:19:06 You want to show somebody a document?

14   01:19:08 BY MR. SYLVESTER:

15   01:19:08 Q. Just sitting here today, is there anything

16   01:19:10 to believe that there's anything in Ripple's audited

17   01:19:13 financial statements that's inaccurate?

18   01:19:15 MR. FLUMENBAUM: Objection as to form.

19   01:19:15 THE WITNESS: I think the standard from an

20   01:19:17 auditor would be that there's no material

21   01:19:20 inaccuracies in your audited statement.

22   01:19:23 I'm sure an auditor would always find

23   01:19:27 maybe an entry that might have to be corrected. I

24   01:19:29 think the standard is material deficiencies.

25   / /
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

216

```
 1    01:19:32 BY MR. SYLVESTER:

 2    01:19:32 Q. Okay. Understanding that, is there

 3    01:19:34 anything, sitting here today, that you're aware of

 4    01:19:37 that's materially inaccurate in any of Ripple's

 5    01:19:41 financial statements?

 6    01:19:42 MR. FLUMENBAUM: Objection as to form.

 7    01:19:42 THE WITNESS: To the best of my knowledge,

 8    01:19:43 no.

 9    01:19:43 BY MR. SYLVESTER:

10    01:19:43 Q. You applied for a trademark for XRP on

11    01:19:46 behalf of Ripple?

12    01:19:48 MR. FLUMENBAUM: Objection as to form.

13    01:19:48 THE WITNESS: Yes.

14    01:19:49 BY MR. SYLVESTER:

15    01:19:49 Q. Okay. Why did you do that?

16    01:19:53 A. When we purchased the URL ripple.com, that

17    01:20:01 was the right to the URL. The trademark of Ripple

18    01:20:05 needed to be defended. There was many different

19    01:20:13 organizations using that name.

20    01:20:18 Q. Did you also apply for a trademark for the

21    01:20:21 mark "XRP"?

22    01:20:23 MR. FLUMENBAUM: Objection as to form.

23    01:20:24 You may answer.

24    01:20:25 THE WITNESS: We did.

25    / /
```

1     01:20:26 BY MR. SYLVESTER:

2     01:20:26 Q. Okay. And why did you apply for a

3     01:20:30 trademark for the mark "XRP"?

4     01:20:32 A. It's important to protect that so that

5     01:20:37 scammers don't try to control that name and then

6     01:20:41 misuse it in a way that would be fraudulent,

7     01:20:45 misrepresenting, abusing consumers. You try to

8     01:20:50 protect it and essentially, like an open source

9     01:20:53 license, it's open, but under that permissible

10    01:20:59 license.

11    01:21:01 Q. Okay. Just a yes-or-no question.

12    01:21:03 Did you seek legal advice in connection

13    01:21:06 with applying for a trademark for XRP?

14    01:21:09 MR. FLUMENBAUM: Objection as to form.

15    01:21:13 You can answer the last part of what he

16    01:21:14 asked you for. He just -- if it doesn't discuss any

17    01:21:22 legal discussions.

18    01:21:23 THE WITNESS: Could you repeat the

19    01:21:24 question, please?

20    01:21:25 MR. SYLVESTER: Kat, do you mind reading

21    01:21:26 it back?

22    01:21:27 (Record read by the reporter

23    01:21:27 as follows:

24    01:21:34 QUESTION: Did you seek legal

25    01:21:34 advice in connection with applying

218

```
 1    01:21:34 for a trademark for XRP?)

 2    01:21:38 THE WITNESS: To the best of my knowledge,

 3    01:21:38 yes.

 4    01:21:39 BY MR. SYLVESTER:

 5    01:21:39 Q. Did Ripple obtain a trademark for XRP?

 6    01:21:43 A. I actually -- I can't recollect whether we

 7    01:21:47 did or didn't.

 8    01:21:51 Q. Ripple started selling XRP in March of

 9    01:21:53 2013; is that right?

10    01:21:56 MR. FLUMENBAUM: Objection as to form.

11    01:22:00 THE WITNESS: I believe that began in the

12    01:22:02 first half of 2013.

13    01:22:04 BY MR. SYLVESTER:

14    01:22:04 Q. Okay. Did you have any role in the

15    01:22:06 decision for Ripple to begin selling XRP in the

16    01:22:09 first half of 2013?

17    01:22:12 MR. FLUMENBAUM: Objection as to form.

18    01:22:12 THE WITNESS: As the CEO, yes, I would

19    01:22:17 have to approve that.

20    01:22:23 BY MR. SYLVESTER:

21    01:22:23 Q. Okay. Did you as CEO have the final

22    01:22:26 authority to decide how much XRP Ripple would sell

23    01:22:29 in the 2013 time frame?

24    01:22:31 MR. FLUMENBAUM: Objection as to form.

25    01:22:36 THE WITNESS: Well, no, not in the context
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    01:22:38 of sort of absolute authority. That would have had

2    01:22:46 to have been a discussion, depending on the amount,

3    01:22:49 with -- with the board.

4    01:22:53 BY MR. SYLVESTER:

5    01:22:53 Q. Okay. In the 2013 time frame, would you

6    01:22:55 have had to approve the amount of sales?

7    01:23:00 MR. FLUMENBAUM: Objection as to form.

8    01:23:01 THE WITNESS: As a CEO, I would have had

9    01:23:04 to have approved a transaction or have delegated it

10   01:23:09 to a team member with proper authority to do that,

11   01:23:15 or taken it to the board if it was significant

12   01:23:18 enough.

13   01:23:20 BY MR. SYLVESTER:

14   01:23:20 Q. Okay. As CEO, did you have the authority

15   01:23:22 to decide whether Ripple would sell XRP to any

16   01:23:27 particular individual or entity?

17   01:23:29 MR. FLUMENBAUM: Objection. Objection as

18   01:23:33 to form.

19   01:23:34 THE WITNESS: Can you repeat the question,

20   01:23:35 please.

21   01:23:35 MR. SYLVESTER: Kat, will you read that

22   01:23:37 one back, too.

23   01:23:38 (Record read by the reporter

24   01:23:38 as follows:

25   01:23:47 QUESTION: As CEO, did you

[9/14/2021] Larsen, Christian (revised) 9.14.2021

220

1    01:23:47 have the authority to decide

2    01:23:47 whether Ripple would sell XRP to

3    01:23:47 any particular individual or

4    01:23:47 entity?)

5    01:23:49 THE WITNESS: I would have -- as CEO, I

6    01:23:51 would have had authority, subject to, obviously,

7    01:23:55 compliance regulations around money transmission and

8    01:24:00 expenditure authority to the board.

9    01:24:06 BY MR. SYLVESTER:

10   01:24:06 Q. In that 2013 time frame, did you approve

11   01:24:09 sales of XRP?

12   01:24:11 MR. FLUMENBAUM: Objection as to form.

13   01:24:12 THE WITNESS: I don't recall exact

14   01:24:14 approvals of transactions.

15   01:24:16 BY MR. SYLVESTER:

16   01:24:16 Q. Understanding you don't recall exact

17   01:24:22 approvals of transactions, do you generally recall

18   01:24:25 approving the sales of XRP in 2013?

19   01:24:29 MR. FLUMENBAUM: Objection as to form.

20   01:24:30 THE WITNESS: Generally, as I mentioned, I

21   01:24:31 believe our sales began in the first half of 2013.

22   01:24:34 As CEO, I would have had to have been -- I

23   01:24:37 would have approved of it -- of those transactions.

24   01:24:40 BY MR. SYLVESTER:

25   01:24:40 Q. Okay. In 2013, did you have any

221

1    01:24:43 understanding for what purpose purchasers of XRP

2    01:24:47 from Ripple were purchasing their XRP?

3    01:24:52 MR. FLUMENBAUM: Objection as to form.

4    01:24:52 THE WITNESS: My understanding is that

5    01:24:54 those sales would have been to market makers or

6    01:24:59 exchanges.

7    01:25:00 BY MR. SYLVESTER:

8    01:25:00 Q. What's the basis of that understanding?

9    01:25:03 A. That's my recollection.

10   01:25:12 Q. Again, focusing just on the 2013 time

11   01:25:14 frame, what's your understanding of what the market

12   01:25:17 makers who purchased XRP from Ripple then did with

13   01:25:21 the XRP?

14   01:25:23 MR. FLUMENBAUM: Objection as to form.

15   01:25:24 You may answer.

16   01:25:25 THE WITNESS: It's up to, obviously, those

17   01:25:27 institutions, and that's -- and thank you, that's a

18   01:25:32 clearer question than -- than before we broke.

19   01:25:35 But if there was an exchange, that could

20   01:25:40 be to people that were participating in the

21   01:25:43 cryptocurrency markets. That could be institutions

22   01:25:49 that were looking to participate in the

23   01:25:53 cryptocurrency markets. It really depends on the

24   01:25:55 model.

25   / /

222

```
 1    01:25:56 BY MR. SYLVESTER:

 2    01:25:56 Q. When you say, "participate in the

 3    01:25:58 cryptocurrency markets," what does that mean?

 4    01:26:01 MR. FLUMENBAUM: Objection as to form.

 5    01:26:03 THE WITNESS: Just that, is to buy or

 6    01:26:07 sell, if you're an exchange, I would assume,

 7    01:26:10 cryptocurrencies, as you would Bitcoin or any of the

 8    01:26:13 other cryptocurrencies in the market.

 9    01:26:25 BY MR. SYLVESTER:

10    01:26:25 Q. Okay. In the 2013 time frame, did you

11    01:26:28 take any steps to determine why the

12    01:26:34 purchasers -- strike that.

13    01:26:37 In 2013, did you take any steps to

14    01:26:40 determine what the ultimate purchasers of XRP that

15    01:26:43 Ripple sold to market makers did with their XRP?

16    01:26:49 MR. FLUMENBAUM: Objection.

17    01:26:49 I think you mangled that question. You

18    01:26:54 want to revise it?

19    01:26:56 BY MR. SYLVESTER:

20    01:26:57 Q. Did you understand, Mr. Larsen?

21    01:26:58 A. Yes, I heard you, but I just want to ...

22    01:27:18 MR. FLUMENBAUM: You want to repeat the

23    01:27:19 question?

24    01:27:19 BY MR. SYLVESTER:

25    01:27:20 Q. Did you understand?
```

223

```
1    01:27:21 If you don't, I'll rephrase. If you
2    01:27:23 understand, you can answer.
3    01:27:25 A. Yes. I understood, but can you repeat it
4    01:27:27 just for the record?
5    01:27:28 MR. SYLVESTER: This is going to be
6    01:27:29 painful, but, Kat, will you repeat that one, too?
7    01:27:32 (Record read by the reporter
8    01:27:32 as follows:
9    01:27:47 QUESTION: In 2013, did you
10   01:27:47 take any steps to determine what
11   01:27:47 the ultimate purchasers of XRP
12   01:27:47 that Ripple sold to market makers
13   01:27:47 did with their XRP?)
14   01:27:49 MR. FLUMENBAUM: Objection as to form,
15   01:27:51 again.
16   01:27:51 THE WITNESS: So yes, in the context of
17   01:27:54 appropriate compliance.
18   01:27:55 Very importantly, I think by then, you
19   01:28:00 already had guidance from FinCEN, a part of
20   01:28:06 Treasury, on guidance for virtual currencies. So
21   01:28:13 you would have to ensure proper AML and KYC and that
22   01:28:20 they weren't being used for illegal purposes.
23   01:28:22 BY MR. SYLVESTER:
24   01:28:22 Q. Setting aside uses for illegal purposes,
25   01:28:27 did you have an understanding what the ultimate
```

224

1    01:28:29 purchasers of XRP were going to do with their XRP?

2    01:28:32 MR. FLUMENBAUM: Objection as to form.

3    01:28:33 THE WITNESS: As long as the purpose was a

4    01:28:34 legal purpose, then that was really the -- the

5    01:28:38 standard that we followed.

6    01:28:45 BY MR. SYLVESTER:

7    01:28:45 Q. So outside of ensuring that the purpose

8    01:28:49 was a legal purpose, did Ripple know what the

9    01:28:52 ultimate purchasers did with their XRP?

10   01:28:54 MR. FLUMENBAUM: Objection as to form.

11   01:28:55 THE WITNESS: No. As I said, I think

12   01:28:56 standard is that it's a legal purpose, and that it

13   01:29:00 was going to be consistent with FinCEN's guidance.

14   01:29:05 BY MR. SYLVESTER:

15   01:29:05 Q. Is a speculative purpose a legal purpose?

16   01:29:09 MR. FLUMENBAUM: Objection as to form.

17   01:29:10 THE WITNESS: When you say, "speculative,"

18   01:29:12 what -- what kind of speculation are we referring

19   01:29:15 to?

20   01:29:15 BY MR. SYLVESTER:

21   01:29:15 Q. Is the purchase of XRP with the hope that

22   01:29:17 the price rise -- rises, is that a legal purpose?

23   01:29:22 MR. FLUMENBAUM: Objection as to form.

24   01:29:22 THE WITNESS: In the currency markets,

25   01:29:25 most currency experts, currency regulators would

225

1    01:29:29 look at healthy markets to have appropriate

2    01:29:34 liquidity. A lot of that liquidity is important

3    01:29:38 from institutional speculation in markets. I think

4    01:29:42 everybody agrees that that's a key component of

5    01:29:45 efficient currency markets globally.

6    01:29:54 I think, further -- if it's okay?

7    01:29:57 BY MR. SYLVESTER:

8    01:29:57 Q. Go ahead. No, finish your answer, by all

9    01:30:00 means.

10   01:30:00 A. We've been very clear on this, the kind of

11   01:30:02 speculation that's not good is that sort of day

12   01:30:05 trading consumer speculation. We have -- I think we

13   01:30:11 have been very clear that's not healthy speculation,

14   01:30:14 but institutional speculation as part of a healthy

15   01:30:18 currency or commodity market is what most regulators

16   01:30:21 and market participants would look at as healthy.

17   01:30:26 Q. You're qualifying speculation with the

18   01:30:27 word "institutional."

19   01:30:29 What is institutional speculation?

20   01:30:31 A. We would look at that as sort of a

21   01:30:36 long-term almost -- and you could argue store of

22   01:30:40 value is essentially long-term speculating that a

23   01:30:44 currency or commodity that you hold will have more

24   01:30:51 value vis-a-vis another currency or commodity that

25   01:30:57 you might hold.

226

```
1    01:30:59 Q. Was Ripple aware in 2013 that certain of
2    01:31:02 its purchasers were purchasing XRP for long-term
3    01:31:08 speculation purposes?
4    01:31:10 MR. FLUMENBAUM: Objection as to form.
5    01:31:16 THE WITNESS: We would hope so, and we
6    01:31:18 believe so. It's very hard to tell, though.
7    01:31:38 MR. SYLVESTER: Okay. Let's look at
8    01:31:39 Exhibit 86, please.
9    01:31:40 (Whereupon, Deposition Exhibit CL-86
10   01:31:42 was marked for identification.)
11   01:31:43 THE WITNESS: Sorry, that's 186 in here?
12   01:31:45 MR. SYLVESTER: No. Next exhibit,
13   01:31:46 eight-six.
14   01:32:26 For the record, this is a thread of emails
15   01:32:30 among Miguel Vias, Mr. Larsen, Brad Garlinghouse,
16   01:32:38 and an individual with a Gmail.com domain address,
17   01:32:47 dated February 18th, 2017.
18   01:33:21 MR. FLUMENBAUM: Just so the record's
19   01:33:23 clear, the emails are not on -- just on
20   01:33:26 February 18th. They go back earlier to
21   01:33:29 February 6th, as far as I can see. So it's a
22   01:33:33 chain of emails from February 6th to
23   01:33:35 February 18th.
24   01:33:37 MR. SYLVESTER: That's right.
25   01:33:48 THE WITNESS: Okay.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    01:37:57 BY MR. SYLVESTER:

 2    01:37:57 Q. Okay. On page -049, it appears that an

 3    01:38:06 individual with email address identifying him as

 4    01:38:10 ███████████ wrote to you. Is that right?

 5    01:38:13 A. Yes, I believe so.

 6    01:38:14 Q. Mr. ██████ identifies himself as an early

 7    01:38:16 investor in XRP; is that right?

 8    01:38:21 A. Early participant, yes.

 9    01:38:23 Q. I'm reading the first sentence. "Would

10    01:38:25 like to say I'm an early investor in XRP."

11    01:38:28 Do you see that?

12    01:38:28 A. I see that.

13    01:38:29 Q. Okay. Was Mr. █████ an institutional

14    01:38:32 investor?

15    01:38:33 MR. FLUMENBAUM: Objection. Objection as

16    01:38:34 to form.

17    01:38:40 THE WITNESS: I don't know.

18    01:38:40 BY MR. SYLVESTER:

19    01:38:40 Q. Is there anything about Mr. ██████ email

20    01:38:43 to you that suggests that he purchases XRP in an

21    01:38:46 institutional capacity?

22    01:38:49 MR. FLUMENBAUM: Objection as to form.

23    01:38:49 The document speaks for itself.

24    01:38:52 THE WITNESS: It looks like he's a

25    01:38:54 long-term holder.
```

```
 1    01:38:57 BY MR. SYLVESTER:

 2    01:38:57 Q. Right.

 3    01:38:57 But my question was whether or not, when

 4    01:39:00 you read this email, you believed that he had

 5    01:39:04 purchased XRP as part of an institutional purpose?

 6    01:39:07 A. No.

 7    01:39:08 MR. FLUMENBAUM: Objection as to form.

 8    01:39:08 THE WITNESS: Yeah, no.

 9    01:39:09 BY MR. SYLVESTER:

10    01:39:17 Q. So he -- Mr. ████████ writes -- now I'm on

11    01:39:21 page -050, the bottom of the second paragraph, three

12    01:39:30 lines up, he starts:

13    01:39:31 "No volume on Bitstamp, and

14    01:39:34 almost all the volume from RCL is

15    01:39:37 gone."

16    01:39:38 Do you see that?

17    01:39:38 A. I do.

18    01:39:40 Q. RCL is a reference to Ripple Ledger?

19    01:39:44 A. It was referred to as the Ripple Consensus

20    01:39:45 Ledger some time ago.

21    01:39:47 Q. When you read this email, did you take

22    01:39:48 "RCL" to mean the Ripple Consensus Ledger?

23    01:39:53 A. I did.

24    01:39:54 Q. Okay. So you write back to Mr. ████████

25    01:39:57 starting on page -049.
```

```
 1    01:40:01 Do you see that?

 2    01:40:02 A. Yes.

 3    01:40:07 Q. And it's a little hard to tell with the

 4    01:40:09 spacing, but about two-thirds of the way down, you

 5    01:40:12 write:

 6    01:40:13 "I understand your concerns

 7    01:40:14 about the current state of volume

 8    01:40:17 flows."

 9    01:40:17 Do you see that?

10    01:40:18 A. Yes.

11    01:40:19 Q. Okay. Is that a reference to the current

12    01:40:22 state of volume flows of XRP?

13    01:40:27 A. It could be. It could be the general

14    01:40:30 cryptocurrency markets at the time.

15    01:40:31 Q. But Mr. ████████ is writing you about the

16    01:40:33 volume of XRP; is that right?

17    01:40:35 MR. FLUMENBAUM: Objection as to form.

18    01:40:35 He answered your question. It's not --

19    01:40:40 MR. SYLVESTER: I'm asking the next one.

20    01:40:43 MR. FLUMENBAUM: Well, you're arguing with

21    01:40:44 him.

22    01:40:44 MR. SYLVESTER: I'm just asking the next

23    01:40:45 question, if you let me ask the question.

24    01:40:48 MR. FLUMENBAUM: And you skipped a lot of

25    01:40:49 sentences.
```

```
1    01:40:50 MR. SYLVESTER: Yeah. I'm not reading the

2    01:40:51 entire email. I'm asking him questions about the

3    01:40:54 email.

4    01:40:54 It's a deposition.

5    01:40:55 MR. FLUMENBAUM: You're assuming some

6    01:40:57 facts that there's no foundation for --

7    01:40:57 MR. SYLVESTER: I'm asking -- I would be

8    01:40:58 asking him a question if you would allow me to speak

9    01:41:01 and ask him a question.

10   01:41:03 MR. FLUMENBAUM: Oh, stop. No one has

11   01:41:05 stopped you from speaking, please.

12   01:41:06 BY MR. SYLVESTER:

13   01:41:07 Q. All right. Mr. Larsen, did Mr. ███████

14   01:41:11 write you with concerns about the volume of XRP

15   01:41:14 trading?

16   01:41:15 MR. FLUMENBAUM: Objection as to form.

17   01:41:18 The document speaks for itself.

18   01:41:19 BY MR. SYLVESTER:

19   01:41:19 Q. I'm asking Mr. Larsen the question.

20   01:41:22 A. Well, I'm not sure that's how I took what

21   01:41:25 his concerns are.

22   01:41:28 Q. Okay. When Mr. ███████ wrote, "no volume

23   01:41:32 on Bitstamp and almost all the volume from RCL is

24   01:41:35 gone," did you understand that he was referring to

25   01:41:39 the volume in XRP?
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    01:41:42 MR. FLUMENBAUM: Objection as to form.

 2    01:41:45 THE WITNESS: Well, he was writing about

 3    01:41:47 XRP, I assume. But since volume in XRP is heavily

 4    01:41:52 or mostly correlated with the volume of the overall

 5    01:41:56 cryptocurrency markets, those are probably one in

 6    01:41:59 the same thing.

 7    01:42:08 BY MR. SYLVESTER:

 8    01:42:08 Q. Okay. Flipping back to page 049 to your

 9    01:42:12 email.

10    01:42:13 A. Uh-huh, yes.

11    01:42:14 Q. Right underneath where you say, "I

12    01:42:16 understand your concerns around the current state of

13    01:42:18 volume flows," you write:

14    01:42:19 "Frankly, the entire industry

15    01:42:21 is really in the earliest stages of

16    01:42:23 development. Most volume in the

17    01:42:24 space is speculation in advance of

18    01:42:26 enterprise and eventually consumer

19    01:42:28 flows."

20    01:42:29 Do you see that?

21    01:42:30 A. I do.

22    01:42:32 Q. What does "most volume in the space is

23    01:42:35 speculation" mean?

24    01:42:37 MR. FLUMENBAUM: Objection.

25    01:42:37 Again, you're taking the words out of
```

232

1    01:42:40 context, which is, you know, just totally

2    01:42:42 inappropriate.

3    01:42:44 But answer the question, if you can.

4    01:42:46 THE WITNESS: Well, I think most

5    01:42:48 cryptocurrency analysts would have assumed that at

6    01:42:53 this stage, but, again, I think it's important to

7    01:42:56 distinguish between what I would consider bad

8    01:42:58 speculation, day trading, the type of stuff that

9    01:43:01 Elon Musk says about Dogecoin, and all that

10   01:43:06 nonsense, and the speculation that is, I guess, best

11   01:43:10 defined by a belief that a certain technology is

12   01:43:12 going to have a major future position in the global

13   01:43:17 economy, which I think is very much played out when

14   01:43:19 it comes to cryptocurrencies.

15   01:43:21 BY MR. SYLVESTER:

16   01:43:21 Q. Do you believe that certain purchasers of

17   01:43:25 XRP purchased XRP because of their belief that XRP

18   01:43:29 was going to be successful?

19   01:43:33 MR. FLUMENBAUM: Objection as to form.

20   01:43:33 We've been through this now at least five

21   01:43:36 times --

22   01:43:37 MR. SYLVESTER: Enough, Mark, enough.

23   01:43:39 MR. FLUMENBAUM: -- five times, same

24   01:43:41 question, five times.

25   01:43:42 MR. SYLVESTER: That's just not true.

233

```
 1    01:43:43 MR. FLUMENBAUM: All morning.

 2    01:43:45 THE WITNESS: So I believe that people are

 3    01:43:54 thinking that the overall cryptocurrency industry is

 4    01:43:58 going to be a -- well, going back, will be a major

 5    01:44:04 part of the future of global finance.

 6    01:44:06 That, I think, actually is playing out as

 7    01:44:09 we sit here. I think that is how I would define

 8    01:44:17 what most analysts say when they say speculating

 9    01:44:20 about where the industry is going.

10    01:44:23 BY MR. SYLVESTER:

11    01:44:23 Q. Has Ripple taken steps in furtherance of

12    01:44:27 XRP being a major part of the future of global

13    01:44:30 finance?

14    01:44:33 MR. FLUMENBAUM: Objection as to form.

15    01:44:33 THE WITNESS: I'm sorry, your question is

16    01:44:34 what, again, please?

17    01:44:37 BY MR. SYLVESTER:

18    01:44:37 Q. Sure.

19    01:44:37 Has Ripple taken steps in furtherance of

20    01:44:39 XRP becoming a part of the future of global finance?

21    01:44:50 MR. FLUMENBAUM: Objection as to form.

22    01:44:51 THE WITNESS: Ripple wants to be part of

23    01:44:53 what we consider to be an internet of value. We

24    01:44:56 think what is happening here is exactly the same

25    01:44:58 thing that happened with the internet of data, which
```

234

```
 1   01:45:02 now dominates global communications. We think being
 2   01:45:06 part of an internet of value is going to be the
 3   01:45:10 future of the way value moves around the world.
 4   01:45:14 BY MR. SYLVESTER:
 5   01:45:14 Q. And does XRP have a role to play in that?
 6   01:45:20 MR. FLUMENBAUM: Objection as to form.
 7   01:45:21 THE WITNESS: I believe, yes, very much,
 8   01:45:22 because XRP, again, just like Bitcoin or Ethereum,
 9   01:45:27 is a currency. It's a medium of exchange. It's
10   01:45:33 store of value. It's a unit of account. It's
11   01:45:36 durable. It's fungible. It's divisible. But it's
12   01:45:39 far superior as a currency to Bitcoin or Ethereum.
13   01:45:44 It's substantially faster. It's
14   01:45:48 substantially lower cost. It has much higher
15   01:45:51 throughput. It provides -- it produces a small
16   01:45:56 fraction of the energy consumption and is carbon
17   01:46:02 neutral, whereas Bitcoin, as you guys know, it
18   01:46:05 produces 80 -- roughly megatons of CO2 per year,
19   01:46:10 using 100 trillion-watt hours of power. That's a
20   01:46:14 far superior currency for the future of an internet
21   01:46:17 of value.
22   01:46:18 BY MR. SYLVESTER:
23   01:46:18 Q. Has Ripple taken steps to position XRP to
24   01:46:24 be a part of that internet of value, as you put it?
25   01:46:29 MR. FLUMENBAUM: Objection as to form.
```

235

1    01:46:31 THE WITNESS: It already is. XRP already

2    01:46:33 is. It's a global ecosystem. Trades on hundreds of

3    01:46:39 exchanges all around the world. There's developers

4    01:46:41 all over the world building on it.

5    01:46:43 And we also believe that Ripple can build

6    01:46:51 products that will be very valuable to enterprise

7    01:46:55 customers so that cross-border payments can be more

8    01:46:58 efficient. It's one -- one of the use cases that we

9    01:47:03 think is important.

10   01:47:11 BY MR. SYLVESTER:

11   01:47:11 Q. Did Ripple take steps to position XRP to

12   01:47:14 be in the position you just described?

13   01:47:16 MR. FLUMENBAUM: Objection as to form.

14   01:47:19 Asked and answered.

15   01:47:20 You can answer again.

16   01:47:22 THE WITNESS: Ripple has taken steps to

17   01:47:24 build successful products that utilize those

18   01:47:26 technologies.

19   01:47:38 MR. FLUMENBAUM: Would this be a good time

20   01:47:40 for a break? It's ten of two.

21   01:47:42 MR. SYLVESTER: I want to ask one followup

22   01:47:44 on Mr. Larsen's answer.

23   01:47:45 MR. FLUMENBAUM: Sure.

24   01:47:46 BY MR. SYLVESTER:

25   01:47:46 Q. Which is, how much does it cost Ripple to

236

1    01:47:49 take those steps to build successful products that

2    01:47:52 utilize those technologies?

3    01:47:55 MR. FLUMENBAUM: Objection as to form.

4    01:47:56 THE WITNESS: As I -- as I mentioned

5    01:47:57 before, it depends on what product or product

6    01:48:00 component you're talking about. So -- and maybe you

7    01:48:03 can be more specific.

8    01:48:06 BY MR. SYLVESTER:

9    01:48:06 Q. Let me ask it this way: If I looked at

10   01:48:08 the R&D line item on Ripple's financial statements,

11   01:48:11 does that roughly approximate how much Ripple is

12   01:48:15 spending on developing the products you described?

13   01:48:19 MR. FLUMENBAUM: Objection as to form.

14   01:48:21 THE WITNESS: To be honest with you, I'm

15   01:48:23 not sure we have an R&D line, so ...

16   01:48:30 MR. SYLVESTER: Okay. This is a good time

17   01:48:32 to take a break.

18   01:48:33 MR. FLUMENBAUM: All right. It's ten to

19   01:48:34 two. You want to take 40 minutes?

20   01:48:35 MR. SYLVESTER: We're off the record.

21   01:48:38 THE VIDEOGRAPHER: Off the record at

22   01:48:39 1:48 p.m.

23   (Whereupon, a lunch recess was taken.)

24

25

237

1    September 14, 2021 2:34 P.M.

2    AFTERNOON SESSION

3    02:34:54 THE VIDEOGRAPHER: This is the start of

4    02:34:55 File Number 4. We're back on the record at

5    02:34:59 2:34 p.m.

6    02:35:00 BY MR. SYLVESTER:

7    02:35:01 Q. Mr. Larsen, are you aware that Mr. McCaleb

8    02:35:04 and Jessie Powell sought legal advice from Perkins

9    02:35:06 Coie in early 2012?

10   02:35:09 A. Yes.

11   02:35:10 Q. Are you aware that they obtained a

12   02:35:13 memorandum from Perkins Coie?

13   02:35:16 A. Yes.

14   02:35:17 Q. Okay. And are you aware that that

15   02:35:19 memorandum was about the application of the

16   02:35:21 securities laws to sales of XRP?

17   02:35:24 MR. FLUMENBAUM: Objection as to form.

18   02:35:27 THE WITNESS: That's not an accurate

19   02:35:28 statement. The memo was about a lot of things.

20   02:35:33 BY MR. SYLVESTER:

21   02:35:33 Q. Okay. Was one of the topics of the memo

22   02:35:35 the application of the securities laws to sales of

23   02:35:38 XRP?

24   02:35:41 MR. FLUMENBAUM: Objection as to form.

25   02:35:41 THE WITNESS: Yes.

```
 1    02:35:42 BY MR. SYLVESTER:

 2    02:35:42 Q. Okay. Did you ever receive that memo?

 3    02:35:46 A. Not at the time it was produced.

 4    02:35:48 Q. Okay. You did at some point receive the

 5    02:35:51 memo?

 6    02:35:52 A. I reviewed the memo.

 7    02:35:53 Q. Okay. About when was that?

 8    02:35:57 A. That would have been in the first half of

 9    02:35:59 2012.

10    02:36:03 Q. Did you read the entire memo?

11    02:36:04 A. I did.

12    02:36:06 Q. Did you discuss the memo with any

13    02:36:08 attorneys around that time.

14    02:36:12 MR. FLUMENBAUM: Just -- you can answer

15    02:36:14 either yes or no.

16    02:36:17 THE WITNESS: Yes.

17    02:36:17 BY MR. SYLVESTER:

18    02:36:18 Q. Which attorneys?

19    02:36:23 THE WITNESS: Is it okay to say?

20    02:36:25 MR. FLUMENBAUM: You can mention a name.

21    02:36:27 THE WITNESS: Perkins Coie.

22    02:36:29 BY MR. SYLVESTER:

23    02:36:29 Q. Did you discuss the memo with any others

24    02:36:31 at Ripple outside the presence of attorneys?

25    02:36:36 A. Ripple the company you're talking about?
```

```
1    02:36:38 Q. Yes.

2    02:36:38 A. Ripple the company didn't exist at that

3    02:36:40 time.

4    02:36:40 Q. Fair enough. Did you discuss the contents

5    02:36:43 of the memo with Mr. McCaleb or Mr. Powell?

6    02:36:46 A. Yes.

7    02:36:48 Q. Okay. And did you discuss the potential

8    02:36:51 application of the securities laws as set forth in

9    02:36:53 the memo with Mr. McCaleb or Mr. Powell?

10   02:37:01 MR. FLUMENBAUM: Objection as to form.

11   02:37:02 You can answer that either yes or no?

12   02:37:04 THE WITNESS: Yes.

13   02:37:12 THE REPORTER: Is your mike on?

14   02:37:14 MR. FLUMENBAUM: No, not at all. Excuse

15   02:37:16 me.

16   02:37:17 BY MR. SYLVESTER:

17   02:37:22 Q. And what was it that you discussed with

18   02:37:25 Mr. McCaleb or Mr. Powell with respect to the

19   02:37:28 application of securities laws to sales of XRP?

20   02:37:30 MR. FLUMENBAUM: Objection. Instruction

21   02:37:31 not to answer to the extent that it's based on

22   02:37:34 communications that you had with counsel as well.

23   02:37:37 THE WITNESS: There's no way for me to

24   02:37:38 separate those discussions with discussion with

25   02:37:40 counsel.
```

240

1    02:37:41 BY MR. SYLVESTER:

2    02:37:41 Q. Let's limit it just to the memos, which I

3    02:37:44 understand privilege has been waived.

4    02:37:49 MR. FLUMENBAUM: Objection. I don't

5    02:37:50 believe that's accurate.

6    02:37:52 MR. SYLVESTER: Is it not?

7    02:37:52 MR. CERESNEY: To be clear, privilege as

8    02:37:54 to the memos themselves, they're -- we're not

9    02:37:58 asserting privilege as to the memos --

10   02:37:58 (Reporter clarification.)

11   02:37:58 MR. CERESNEY: -- asserting privilege as

12   02:38:03 to the memos themselves because they were shared

13   02:38:06 with third parties. However, any additional advice

14   02:38:11 surrounding those memos, so anything outside of

15   02:38:14 those memos, as you know, we've asserted privilege

16   02:38:17 and the court has the same power assertion of

17   02:38:20 privilege.

18   02:38:25 So unless you want to take out a copy of

19   02:38:28 the memo and ask him about a line in the memo, we're

20   02:38:31 going to object to the questions.

21   02:38:32 MR. SYLVESTER: Okay. Well, be that as it

22   02:38:34 may, see if you need to object to this one.

23   02:38:38 BY MR. SYLVESTER:

24   02:38:38 Q. Did you discuss the contents of the early

25   02:38:43 2012 Perkins Coie memo with Mr. McCaleb or

```
 1    02:38:48 Mr. Powell?

 2    02:38:49 MR. FLUMENBAUM: Objection. Again,

 3    02:38:50 instruction not to discuss any -- anything that you

 4    02:38:54 may have said to Mr. Powell or Mr. McCaleb based on

 5    02:38:58 any communications that you had with counsel.

 6    02:39:00 THE WITNESS: I think it's impossible for

 7    02:39:01 me to separate those discussions and discussions

 8    02:39:05 with counsel.

 9    02:39:08 BY MR. SYLVESTER:

10    02:39:08 Q. Okay. You ultimately obtained a second

11    02:39:26 memo from Perkins Coie; is that correct?

12    02:39:28 MR. FLUMENBAUM: Objection as to the form

13    02:39:29 of that question.

14    02:39:31 THE WITNESS: Yes.

15    02:39:32 BY MR. SYLVESTER:

16    02:39:32 Q. And that memo was addressed to you as

17    02:39:34 well; is that right?

18    02:39:37 A. I believe that's correct.

19    02:39:39 Q. Okay. So you sought the legal advice

20    02:39:45 contained in the second Perkins Coie memo; is that

21    02:39:47 right?

22    02:39:49 MR. FLUMENBAUM: Objection as to form.

23    02:39:49 If you can answer that question, please

24    02:39:52 do.

25    02:39:52 THE WITNESS: We -- we sought that memo.
```

242

```
 1    02:39:57 BY MR. SYLVESTER:
 2    02:39:57 Q. Who's the "we" in that sentence?
 3    02:40:00 A. Jed and I.
 4    02:40:03 Q. Okay. And why did you determine to obtain
 5    02:40:08 a second memo from Perkins Coie in 2012?
 6    02:40:12 MR. FLUMENBAUM: Objection. Again, as to
 7    02:40:16 form. And instruction not to answer to the extent
 8    02:40:24 that your decision was based on communications that
 9    02:40:27 you may have had with counsel.
10    02:40:31 THE WITNESS: I wanted to make sure that
11    02:40:33 that was a complete memo and it wasn't a -- that Jed
12    02:40:41 and Jessie economized, didn't pay enough to get a
13    02:40:47 proper memo. So I wanted to make sure it was
14    02:40:49 validated that was a complete memo.
15    02:40:52 BY MR. SYLVESTER:
16    02:40:52 Q. Did you have a concern that Mr. McCaleb or
17    02:40:56 Mr. Powell had economized with respect to the first
18    02:41:00 Perkins Coie memo?
19    02:41:01 MR. FLUMENBAUM: Objection as to form.
20    02:41:02 Again, instruction not to answer anything that's
21    02:41:06 based on communications with counsel.
22    02:41:08 THE WITNESS: Jed is known to be sort of a
23    02:41:11 cheapskate. I wanted to make sure he wasn't being
24    02:41:15 cheap on legal advice. Getting the memo, again,
25    02:41:19 ensured that.
```

```
 1    02:41:19 BY MR. SYLVESTER:

 2    02:41:19 Q. And the second Perkins Coie memo, that was

 3    02:41:23 in the second half of 2012; is that right?

 4    02:41:26 A. That's right.

 5    02:41:26 Q. Prior to Perkins Coie providing the second

 6    02:41:29 memo in the second half of 2012, had you provided

 7    02:41:35 Perkins Coie with a revised business plan for

 8    02:41:37 Ripple?

 9    02:41:39 MR. FLUMENBAUM: Objection as to form.

10    02:41:43 THE WITNESS: Not that I can recall, but

11    02:41:45 that is in -- stated in the memo.

12    02:41:50 BY MR. SYLVESTER:

13    02:41:50 Q. Did you understand in 2012 that if

14    02:41:52 Ripple's business plan changed, that could affect

15    02:41:54 the securities law analysis?

16    02:41:57 MR. FLUMENBAUM: Objection as to form.

17    02:41:58 THE WITNESS: Yes.

18    02:41:58 BY MR. SYLVESTER:

19    02:41:58 Q. When you -- strike that.

20    02:42:05 You received the late 2012 Perkins Coie

21    02:42:08 memo; is that right?

22    02:42:09 A. I did.

23    02:42:09 Q. Okay. Did you read it?

24    02:42:11 A. I did.

25    02:42:11 Q. Did you read the entire thing?
```

244

```
1    02:42:13 A. Yes.

2    02:42:13 Q. Okay. Did you discuss it with counsel

3    02:42:16 around the time that you received it?

4    02:42:19 MR. FLUMENBAUM: Again, you can answer

5    02:42:20 that either yes or no.

6    02:42:22 THE WITNESS: Yes.

7    02:42:24 BY MR. SYLVESTER:

8    02:42:24 Q. Okay. Which counsel?

9    02:42:25 A. Perkins Coie.

10   02:42:29 Q. Did you discuss the October 2012 memo with

11   02:42:33 anyone else outside the presence of counsel?

12   02:42:38 A. Again, it's impossible for me to

13   02:42:40 distinguish between general discussions and

14   02:42:43 discussions with counsel.

15   02:42:44 Q. Okay. Just so we have a clear record,

16   02:42:49 were there occasions in which you discussed the

17   02:42:51 contents of the October 2012 memo with others

18   02:42:54 outside the presence of counsel?

19   02:42:57 MR. FLUMENBAUM: Objection as to form.

20   02:43:02 THE WITNESS: Not that I can recall.

21   02:43:05 BY MR. SYLVESTER:

22   02:43:05 Q. Okay. You provided some information to

23   02:43:11 Perkins Coie for the purposes of providing advice in

24   02:43:12 the memo?

25   02:43:15 MR. FLUMENBAUM: Again, objection as to
```

245

1   02:43:16 form. It would really help if you ask the questions

2   02:43:19 in a question form.

3   02:43:20 BY MR. SYLVESTER:

4   02:43:21 Q. Do you understand what I'm asking,

5   02:43:22 Mr. Larsen?

6   02:43:22 MR. SYLVESTER: I just want to know if

7   02:43:25 Mr. Larsen understands me. If he does, let's move

8   02:43:27 forward.

9   02:43:28 THE WITNESS: Can you ask it again,

10  02:43:29 please.

11  02:43:30 MR. SYLVESTER: Can you read it back, Kat,

12  02:43:31 please.

13  02:43:31 (Record read by the reporter

14  02:43:31 as follows:

15  02:43:45 "QUESTION: You provided some

16  02:43:45 information to Perkins Coie for

17  02:43:45 the purposes of providing advice

18  02:43:45 in the memo?")

19  02:43:47 THE WITNESS: I can't recall.

20  02:43:50 BY MR. SYLVESTER:

21  02:43:50 Q. Do you know whether anyone at Ripple

22  02:43:53 provided information to Perkins Coie for the

23  02:43:54 purposes of providing advice in the October 2012

24  02:43:57 memo?

25  02:43:58 MR. FLUMENBAUM: Objection as to form.

246

1    02:44:02 THE WITNESS: I can't recall.

2    02:44:05 BY MR. SYLVESTER:

3    02:44:05 Q. The October 2012 memo from Perkins Coie

4    02:44:16 contained some facts about Ripple; is that right?

5    02:44:19 MR. FLUMENBAUM: Objection as to form.

6    02:44:24 THE WITNESS: Contained facts about the

7    02:44:25 company which I think was called Opencoin still at

8    02:44:30 that point.

9    02:44:31 BY MR. SYLVESTER:

10   02:44:31 Q. Where did Perkins Coie get those facts?

11   02:44:34 MR. FLUMENBAUM: Objection as to form.

12   02:44:34 THE WITNESS: I don't recall.

13   02:44:35 BY MR. SYLVESTER:

14   02:44:35 Q. Did Perkins Coie recommend that Ripple

15   02:44:51 obtain or seek to obtain a no action letter from the

16   02:44:55 SEC?

17   02:44:57 MR. FLUMENBAUM: Objection. Document

18   02:44:57 speaks for itself.

19   02:44:59 You may answer. Again, based solely on

20   02:45:02 what your recollection is of the document, no other

21   02:45:07 conversations?

22   02:45:10 THE WITNESS: Sorry, can you rephrase --

23   02:45:12 repeat the question, please.

24   02:45:14 BY MR. SYLVESTER:

25   02:45:20 Q. Did Perkins Coie recommend that Ripple

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    02:45:21 obtain or seek to obtain a no action letter from the

2    02:45:25 SEC?

3    02:45:25 MR. FLUMENBAUM: I'm going -- I'm actually

4    02:45:27 going to instruct him not to answer that question

5    02:45:29 based on privilege.

6    02:45:33 THE WITNESS: Follow the advice of

7    02:45:34 counsel.

8    02:45:44 BY MR. SYLVESTER:

9    02:45:44 Q. Did the Perkins Coie memo advise Ripple to

10   02:45:49 seek to obtain a no action letter from the SEC?

11   02:45:53 MR. FLUMENBAUM: Objection to form.

12   02:45:54 Document speaks for itself.

13   02:45:55 You may answer, if you can.

14   02:46:00 THE WITNESS: I believe it stated that

15   02:46:02 that was an option that we could choose to do.

16   02:46:07 BY MR. SYLVESTER:

17   02:46:07 Q. Did Ripple ever try to obtain a no action

18   02:46:10 letter from the SEC?

19   02:46:11 MR. FLUMENBAUM: Objection as to --

20   02:46:12 objection as to form.

21   02:46:13 You may answer.

22   02:46:14 THE WITNESS: No.

23   02:46:15 BY MR. SYLVESTER:

24   02:46:15 Q. Why not?

25   02:46:16 MR. FLUMENBAUM: Objection to the extent

248

```
 1    02:46:17 that it is based on advice of counsel.

 2    02:46:21 THE WITNESS: That was based -- I can't

 3    02:46:25 distinguish other knowledge from advice from

 4    02:46:28 counsel.

 5    02:46:28 BY MR. SYLVESTER:

 6    02:46:28 Q. When did you receive the advice that you

 7    02:46:41 just referenced?

 8    02:46:42 MR. FLUMENBAUM: Objection. Objection.

 9    02:46:52 MR. SYLVESTER: On what grounds?

10    02:46:53 MR. FLUMENBAUM: You're trying to get

11    02:46:54 information as to conversations that took place

12    02:46:59 outside of the memo.

13    02:47:00 MR. SYLVESTER: Right. I'm trying to put

14    02:47:01 a privilege log on the record. When he had a

15    02:47:03 discussion with counsel is not privileged.

16    02:47:05 MR. FLUMENBAUM: Well, you're asking when

17    02:47:06 he had discussions with counsel about a particular

18    02:47:09 subject matter, so you're --

19    02:47:10 MR. SYLVESTER: Yes. That's what a

20    02:47:11 privilege log is.

21    02:47:15 MR. FLUMENBAUM: You're asking

22    02:47:16 specifically about a no action letter that was never

23    02:47:18 requested, correct?

24    02:47:20 MR. SYLVESTER: Correct.

25    02:47:21 MR. FLUMENBAUM: Okay. So I don't
```

249

```
 1    02:47:22 understand what -- what is going to be on a
 2    02:47:25 privilege log.
 3    02:47:26 MR. SYLVESTER: Discussing a no action
 4    02:47:27 letter.
 5    02:47:29 MR. FLUMENBAUM: There's no privilege log
 6    02:47:30 that has a discussion of a no action letter on it.
 7    02:47:36 I don't know what you're referring to.
 8    02:47:37 MR. SYLVESTER: I'm not referring to
 9    02:47:38 physical privilege log. I'm saying when Mr. Larsen
10    02:47:40 had any conversations with counsel is not
11    02:47:42 privileged.
12    02:47:47 MR. FLUMENBAUM: Do you recall --
13    02:47:48 You could ask him if he recalls all
14    02:47:51 conversations with counsel after the receipt of the
15    02:47:54 memo, or when those occurred.
16    02:48:02 BY MR. SYLVESTER:
17    02:48:03 Q. Do you remember discussing with counsel
18    02:48:04 the topic of seeking a no action letter after
19    02:48:07 receipt of the memo?
20    02:48:13 MR. FLUMENBAUM: Mr. Ceresney?
21    02:48:15 MR. CERESNEY: The question -- is the
22    02:48:17 question whether he sought advice from counsel after
23    02:48:19 receiving the memo about whether to seek a no action
24    02:48:22 letter? Is that the question?
25    02:48:24 MR. SYLVESTER: Yes.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

250

```
 1    02:48:24 MR. CERESNEY: I think that's -- that's --

 2    02:48:26 you can answer yes or no.

 3    02:48:27 THE WITNESS: Yes.

 4    02:48:27 BY MR. SYLVESTER:

 5    02:48:28 Q. Okay. Which counsel?

 6    02:48:30 A. Perkins Coie.

 7    02:48:31 Q. When did you seek that advice?

 8    02:48:33 A. I don't recall.

 9    02:48:34 Q. Okay. Was it in the fall 2012 time frame?

10    02:48:40 MR. FLUMENBAUM: Objection as to form. He

11    02:48:40 said he can't recall.

12    02:48:42 THE WITNESS: I can't recall.

13    02:48:47 BY MR. SYLVESTER:

14    02:48:47 Q. Did you have any conversations with

15    02:48:50 anyone, other -- any lawyers other than Perkins Coie

16    02:48:53 about the possibility of seeking a no action letter

17    02:48:56 from the SEC?

18    02:48:59 MR. FLUMENBAUM: Mr. Ceresney?

19    02:49:00 MR. CERESNEY: He can answer yes or no.

20    02:49:02 MR. FLUMENBAUM: Okay.

21    02:49:02 THE WITNESS: Not that I can recall.

22    02:49:10 BY MR. SYLVESTER:

23    02:49:10 Q. Were your conversations with Perkins Coie

24    02:49:12 on the topic of a no action letter as late as 2018?

25    02:49:22 MR. FLUMENBAUM: Objection to the form of
```

```
 1    02:49:23 that question. Do you want to rephrase it?
 2    02:49:26 MR. SYLVESTER: I'm trying to cabin a time
 3    02:49:27 frame. He didn't recall whether it was fall of
 4    02:49:30 2012, which is fair. I want to know, is it as late
 5    02:49:33 at 2018, is it as late as 2020. We can go one year
 6    02:49:37 at a time.
 7    02:49:38 MR. FLUMENBAUM: You want to ask, did the
 8    02:49:39 conversation with Perkins Coie take place in 2018.
 9    02:49:42 That would be a question that you could -- that
10    02:49:43 would --
11    02:49:43 MR. SYLVESTER: He can answer my first
12    02:49:44 question, but fine.
13    02:49:45 BY MR. SYLVESTER:
14    02:49:45 Q. Did the conversation with Perkins Coie
15    02:49:47 regarding seeking a no action letter with the SEC
16    02:49:50 take place in 2018?
17    02:49:54 MR. FLUMENBAUM: Mr. Ceresney?
18    02:49:55 MR. CERESNEY: You can answer yes or no --
19    02:49:56 THE WITNESS: No.
20    02:49:57 MR. CERESNEY: -- or you don't recall.
21    02:49:59 THE WITNESS: Not that I can recall.
22    02:50:01 BY MR. SYLVESTER:
23    02:50:01 Q. Okay. Did the conversation with
24    02:50:02 Perkins Coie about seeking a no action letter from
25    02:50:04 the SEC take place in 2013?
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

252

```
 1    02:50:08 MR. FLUMENBAUM: Mr. Ceresney?

 2    02:50:09 MR. CERESNEY: You can answer yes, no, you

 3    02:50:11 don't recall.

 4    02:50:12 THE WITNESS: Not that I can recall.

 5    02:50:13 BY MR. SYLVESTER:

 6    02:50:13 Q. Did the conversation with Perkins Coie

 7    02:50:15 about seeking a no action letter from the SEC take

 8    02:50:19 place at some point during the time you were CEO?

 9    02:50:22 A. Yes.

10    02:50:23 Q. Okay. From reading the October 2012

11    02:50:36 Perkins Coie memo, did you understand that what

12    02:50:39 Ripple said publicly about XRP was a factor in the

13    02:50:45 securities law analysis?

14    02:50:47 MR. FLUMENBAUM: I'm going to object to

15    02:50:48 you asking him questions about his understanding of

16    02:50:51 the memo, unless you put the memo in front of him

17    02:50:55 and ask him specific questions with respect to

18    02:50:57 specific language.

19    02:50:59 MR. SYLVESTER: Marty, in all honesty, the

20    02:51:01 last document I put in front of Mr. Larsen, it took

21    02:51:04 30 minutes to ask a question. So I'm just asking

22    02:51:05 about his recollection sitting here today. It's my

23    02:51:06 deposition and that's what I'm going to do.

24    02:51:08 MR. FLUMENBAUM: Well --

25    02:51:08 MR. SYLVESTER: He can tell me he doesn't
```

253

1    02:51:10 recall if he doesn't recall.

2    02:51:13 MR. FLUMENBAUM: The only thing that's not

3    02:51:16 privilege is the memo itself. So ask --

4    02:51:18 MR. SYLVESTER: That's the question I

5    02:51:19 asked.

6    02:51:22 MR. FLUMENBAUM: All right. Let's make

7    02:51:23 sure that it's not a privileged communication. Want

8    02:51:29 to repeat the question.

9    02:51:30 MR. SYLVESTER: Sure.

10   02:51:31 THE WITNESS: Repeat the question.

11   02:51:31 BY MR. SYLVESTER:

12   02:51:31 Q. From reading the October 2012 Perkins Coie

13   02:51:33 memo, did you understand that what Ripple said

14   02:51:35 publicly about XRP was a factor in the securities

15   02:51:38 law analysis?

16   02:51:43 MR. FLUMENBAUM: Objection as to form.

17   02:51:44 THE WITNESS: Yes.

18   02:51:45 BY MR. SYLVESTER:

19   02:51:49 Q. After reading the Perkins Coie memo, what

20   02:51:52 steps, if any, did you take to conform Ripple's

21   02:51:56 marketing efforts to the advice of the October 2012

22   02:52:00 Perkins Coie memo?

23   02:52:04 MR. FLUMENBAUM: Objection as to form.

24   02:52:05 MR. CERESNEY: You can answer it. You can

25   02:52:06 answer the question. It's not seeking -- just to be

```
 1    02:52:09 clear, obviously any legal advice you got you should
 2    02:52:12 not reveal. If the question can be answered without
 3    02:52:16 revealing or drawing upon advice you got from
 4    02:52:20 counsel, you can answer the question.
 5    02:52:23 THE WITNESS: We were comfortable with our
 6    02:52:25 plans, our go-forward plans in terms of how the
 7    02:52:29 company marketed itself. We made changes based on
 8    02:52:33 the memo on other elements.
 9    02:52:36 BY MR. SYLVESTER:
10    02:52:36 Q. What changes did you make based on the
11    02:52:38 memo?
12    02:52:42 A. So Jed had raised            for the
13    02:52:49 project. It was his plan to pay that in any
14    02:52:56 currency that was developed. The memo made it clear
15    02:52:59 that we shouldn't do that and we didn't do that.
16    02:53:17 Q. Did you take any steps with respect to
17    02:53:19 the -- with respect to Ripple's public statements
18    02:53:22 about XRP as a result of what you read in the
19    02:53:24 October 2012 Perkins Coie memo?
20    02:53:27 MR. FLUMENBAUM: Objection as form. And
21    02:53:29 again, if you -- only if you recall.
22    02:53:34 MR. CERESNEY: I think the other thing I'm
23    02:53:35 going to say is to the extent that Mr. Larsen can
24    02:53:38 recall what was in the memo, sitting here today.
25    02:53:41 That's another question. I don't know whether
```

255

1    02:53:43 Mr. Larsen, you know, has in his mind what was in
2    02:53:46 the memo. So basically if he can answer it, great.
3    02:53:49 But --
4    02:53:50 THE WITNESS: Can you point to what you're
5    02:53:51 talking about?
6    02:53:52 BY MR. SYLVESTER:
7    02:53:52 Q. Let me ask you a question.
8    02:53:54 From reading the October 2012 memo, did
9    02:53:57 you have an understanding that if Ripple promoted
10   02:54:00 XRP as an investment, that would have an impact on
11   02:54:02 the securities law analysis?
12   02:54:04 A. Yes.
13   02:54:05 Q. Okay. Did you take any steps to conform
14   02:54:11 Ripple's marketing efforts to that understanding?
15   02:54:15 MR. FLUMENBAUM: Objection as to -- as to
16   02:54:18 form. You're asking, you know, from -- the memo is
17   02:54:25 dated October 2012. Life changes after
18   02:54:28 October 2012. Your question makes no sense by
19   02:54:32 itself.
20   02:54:34 BY MR. SYLVESTER:
21   02:54:35 Q. Do you understand my question?
22   02:54:36 A. Can you ask the question again, please?
23   02:54:40 Q. Sure.
24   02:54:47 MR. SYLVESTER: I lost it. Kat, will you
25   02:54:49 read it back, please.

256

```
 1    02:54:51 (Record read by the reporter

 2    02:54:51 as follows:

 3    01:50:03 "QUESTION: From reading the

 4    02:53:55 October 2012 memo, did you have an

 5    02:53:58 understanding that if Ripple

 6    02:53:59 promoted XRP as an investment,

 7    02:54:01 that would have an impact on the

 8    02:54:03 securities law analysis?

 9    02:54:04 "ANSWER: Yes.

10    02:54:05 "QUESTION: Okay. Did you

11    02:54:06 take any steps to conform Ripple's

12    02:54:11 marketing efforts to that

13    02:54:14 understanding?")

14    02:55:19 MR. FLUMENBAUM: Again, objections. And,

15    02:55:20 again, no date in the question.

16    02:55:24 THE WITNESS: Yes. We conformed to the

17    02:55:28 advice given in that memo.

18    02:55:30 BY MR. SYLVESTER:

19    02:55:30 Q. In the October 2012 time frame, what steps

20    02:55:33 did you take to conform to that piece of advice in

21    02:55:36 the October 2012 memo?

22    02:55:39 A. Just what I said, that we were consistent

23    02:55:42 with that advice given.

24    02:55:44 Q. Did you make any changes on the basis of

25    02:55:46 that piece of advice in the October 2012 memo?
```

257

```
 1   02:55:50 MR. FLUMENBAUM: Objection as to form.
 2   02:55:52 Again, untethered in time in terms of the question.
 3   02:55:56 And, again, I object to you asking him about a memo
 4   02:55:59 without putting the memo in front of him.
 5   02:56:02 THE WITNESS: I can't recall if any of
 6   02:56:04 Jed's initial plans were in keeping with that.
 7   02:56:08 Certainly the plans that we went forward with were
 8   02:56:13 in -- conforming to that advice.
 9   02:56:16 BY MR. SYLVESTER:
10   02:56:16 Q. Did you ever provide the Perkins Coie memo
11   02:56:18 to anybody in Ripple's marketing department?
12   02:56:24 MR. FLUMENBAUM: Objection as to form.
13   02:56:24 THE WITNESS: I can't recall.
14   02:56:25 BY MR. SYLVESTER:
15   02:56:25 Q. Was it important to you that Ripple follow
16   02:56:32 the advice in the Perkins Coie memo with respect to
17   02:56:36 statements about XRP?
18   02:56:38 MR. FLUMENBAUM: Objection as to form.
19   02:56:42 Again, when?
20   02:56:45 MR. SYLVESTER: Was it important to him?
21   02:56:46 Was there a time that it was and a time that it
22   02:56:49 wasn't? Let him answer the question, Marty.
23   02:56:52 MR. FLUMENBAUM: Your question is vague.
24   02:56:53 BY MR. SYLVESTER:
25   02:56:54 Q. Do you understand the question?
```

258

1    02:56:55 A. Well, it would be helpful if you were more

2    02:56:58 specific in statements. What do you mean by

3    02:57:02 "statements"?

4    02:57:03 Q. Okay. Fair enough. I meant Ripple's

5    02:57:13 public statements. Let me rephrase.

6    02:57:15 Was it important to you that Ripple

7    02:57:16 followed the advice in the Perkins Coie memo with

8    02:57:18 respect to Ripple's public statements about XRP?

9    02:57:23 MR. FLUMENBAUM: Objection, 'cause again

10   02:57:24 you're not defining what the memo said with respect

11   02:57:26 to public statements. And you're relying on his

12   02:57:30 memory relating to a memo nine years and you're

13   02:57:33 expecting a meeting of the minds. And I'm objecting

14   02:57:37 as to form.

15   02:57:38 MR. SYLVESTER: This is truly the longest

16   02:57:40 speaking objection. Just say "objection form." You

17   02:57:42 know the rules, Marty. This is really frustrating.

18   02:57:44 MR. FLUMENBAUM: I'm trying to get you to

19   02:57:45 ask a more specific question, Mark.

20   02:57:48 MR. SYLVESTER: Mr. Larson just told me

21   02:57:48 what he was confused about and I rephrased.

22   02:57:52 MR. FLUMENBAUM: All right. I'm just

23   02:57:52 going to make objections as to form. But I want to

24   02:57:54 have a continuing objection to -- because there's no

25   02:57:57 meeting of the minds in connection with your

```
1    02:57:59 question and his answer.
2    02:58:01 MR. SYLVESTER: You can't -- no. You
3    02:58:03 can't have that continuing objection Mr. Larsen
4    02:58:05 doesn't understand each and every question that I
5    02:58:07 ask.
6    02:58:07 MR. FLUMENBAUM: I'm going to object as to
7    02:58:09 form. The basis for the form is that you're not
8    02:58:11 showing him the statements that you're referring to,
9    02:58:15 you know, in the memo which form the basis of your
10   02:58:18 question generalized the way you're articulating it.
11   02:58:23 So, you know, we don't know what
12   02:58:25 statements you're talking about, we don't know what
13   02:58:27 the memo says, and --
14   02:58:29 MR. SYLVESTER: Mr. Larsen has told me
15   02:58:31 what the memo says. He has a recollection, sitting
16   02:58:32 here today. I asked him the question and he
17   02:58:35 answered it. We're wasting time.
18   02:58:37 Kat, can you read back the last --
19   02:58:41 MR. FLUMENBAUM: Objection as to form.
20   02:58:41 MR. SYLVESTER: Great. Kat, can you read
21   02:58:43 back the last question, please.
22   02:58:44 (Record read by the reporter
23   02:58:44 as follows:
24   02:59:00 "QUESTION: Was it important
25   02:59:00 to you that Ripple followed the
```

260

```
1    02:59:00 advice in the Perkins Coie memo

2    02:59:00 with respect to Ripple's public

3    02:59:00 statements about XRP?")

4    02:59:02 THE WITNESS: Yes.

5    02:59:06 BY MR. SYLVESTER:

6    02:59:06 Q. When you were CEO, did you view it your

7    02:59:13 responsibility to make sure that Ripple followed the

8    02:59:16 advice given in the Perkins Coie memo with respect

9    02:59:18 to Ripple's public statements about XRP?

10   02:59:21 MR. FLUMENBAUM: Objection as to form.

11   02:59:25 THE WITNESS: Yes. As CEO and also

12   02:59:26 important for the leadership group of the company to

13   02:59:29 follow.

14   02:59:30 BY MR. SYLVESTER:

15   02:59:30 Q. Who's within that leadership group?

16   02:59:36 A. Leadership group changes over time, but it

17   02:59:39 would be essentially my direct reports.

18   02:59:50 Q. Did you take any steps to monitor whether

19   02:59:53 or not Ripple's public statements were in conformity

20   02:59:57 with Perkins Coie's advice from the time of the memo

21   03:00:02 throughout the time you were CEO?

22   03:00:06 MR. FLUMENBAUM: Objection as to form.

23   03:00:07 THE WITNESS: I'm sorry, is the

24   03:00:08 question -- the first part, did I take steps or --

25   / /
```

```
1    03:00:11 BY MR. SYLVESTER:

2    03:00:12 Q. Exactly.

3    03:00:13 A. Yes. Hiring, most importantly, the right

4    03:00:16 team that understands the important of compliance.

5    03:00:22 Q. Is it fair to say you delegated the

6    03:00:23 monitoring of Ripple's public statements to folks on

7    03:00:27 your team?

8    03:00:28 MR. FLUMENBAUM: Objection as to form.

9    03:00:31 THE WITNESS: In the same way that any CEO

10   03:00:33 delegates certain responsibilities to certain team

11   03:00:36 members.

12   03:00:36 BY MR. SYLVESTER:

13   03:00:36 Q. Who on your team was in charge of

14   03:00:39 monitoring Ripple's public statements for conformity

15   03:00:42 with Perkins Coie's advice?

16   03:00:45 MR. FLUMENBAUM: Objection as to form.

17   03:00:46 We're now going way beyond -- now you're assuming

18   03:00:49 that the people --

19   03:00:50 MR. SYLVESTER: I thought we agreed no

20   03:00:51 speaking objections.

21   03:00:52 MR. FLUMENBAUM: But --

22   03:00:53 MR. SYLVESTER: I hear your form

23   03:00:55 objection.

24   03:00:55 BY MR. SYLVESTER:

25   03:00:55 Q. Mr. Larsen --
```

1    03:00:55 MR. FLUMENBAUM: Go ahead. Objection as

2    03:00:55 to form.

3    03:00:55 BY MR. SYLVESTER:

4    03:00:55 Q. -- if you don't understand the question,

5    03:00:56 please tell me.

6    03:00:57 MR. SYLVESTER: He has, thank you.

7    03:00:59 THE WITNESS: Among others, that would be

8    03:01:00 your compliance team.

9    03:01:02 BY MR. SYLVESTER:

10   03:01:03 Q. Okay. Which others?

11   03:01:09 A. Well, legal. Across the company. But

12   03:01:14 it's your compliance folks that help the -- all the

13   03:01:18 team members understand those issues.

14   03:01:20 Q. Okay. Now moving forward to the time

15   03:01:22 where you're no longer CEO, you're chairman of the

16   03:01:25 board, did you take any steps at that point in time

17   03:01:28 to ensure that Ripple's public statements conformed

18   03:01:31 with Perkins Coie's advice?

19   03:01:33 MR. FLUMENBAUM: Objection as to form. No

20   03:01:37 foundation for that question.

21   03:01:40 BY MR. SYLVESTER:

22   03:01:40 Q. Go ahead.

23   03:01:41 A. My role as chairman is making sure those

24   03:01:48 compliance matters in -- consistently with what the

25   03:01:52 board's responsibilities are. The bulk of that, of

```
 1   03:01:55 course, is the job of the management and leadership
 2   03:01:59 team.
 3   03:02:05 Q. For clarity, who is within the management
 4   03:02:06 and leadership team you just referenced?
 5   03:02:09 MR. FLUMENBAUM: Objection as to form.
 6   03:02:11 You may answer.
 7   03:02:11 THE WITNESS: That's the role of the CEO
 8   03:02:13 and the CEO's leadership team. There's only one CEO
 9   03:02:17 in a company. We've always been very careful that
10   03:02:22 people didn't view the chairman as sort of a second
11   03:02:25 CEO. There's one CEO. They're the ones who are
12   03:02:29 leading, building the team and ensuring all the
13   03:02:34 proper requirements for the company are executed.
14   03:02:50 BY MR. SYLVESTER:
15   03:02:50 Q. Did you understand, from your review of
16   03:02:51 the October 2012 Perkins Coie memo, that the
17   03:02:54 motivations of purchasers of XRP were relevant in
18   03:02:57 determining the securities law analysis?
19   03:03:00 MR. FLUMENBAUM: Objection as to form.
20   03:03:02 What -- when was it relevant? What time
21   03:03:04 period are you talking about?
22   03:03:09 MR. SYLVESTER: I'm asking -- I'm asking
23   03:03:12 whether he understood a fact, which -- after having
24   03:03:15 read it.
25   / /
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    03:03:17 BY MR. SYLVESTER:
 2    03:03:17 Q. So after having read the memo, did you
 3    03:03:20 understand that -- from reading the memo, that the
 4    03:03:24 motivations of purchasers of XRP were relevant in
 5    03:03:27 determining the securities law analysis?
 6    03:03:30 MR. FLUMENBAUM: Objection as to form.
 7    03:03:33 THE WITNESS: What I understood is there
 8    03:03:34 were certain recommendations that were made to
 9    03:03:39 address the risk and we followed those
10    03:03:43 recommendations.
11    03:03:44 BY MR. SYLVESTER:
12    03:03:44 Q. What recommendations to address the risk
13    03:03:46 did Ripple follow?
14    03:03:50 MR. FLUMENBAUM: Objections as to form.
15    03:03:51 THE WITNESS: Are you talking specifically
16    03:03:52 about 2012?
17    03:03:54 BY MR. SYLVESTER:
18    03:03:54 Q. I'm talking about specifically from the
19    03:03:55 October 2012 Perkins Coie memo.
20    03:03:57 A. Well --
21    03:04:00 MR. CERESNEY: Mark, you're now going to
22    03:04:01 get into recommendations in the memo. I think it's
23    03:04:03 really unfair to question him about the whole
24    03:04:06 recommendation memo without putting it in front of
25    03:04:06 him.
```

265

```
 1    03:04:08 MR. SYLVESTER: I'm just asking based on
 2    03:04:09 his memory. You sat here for 30 minutes as well as
 3    03:04:11 I did.
 4    03:04:12 MR. CERESNEY: Listen, you show him a
 5    03:04:14 document, he gets to read it.
 6    03:04:16 MR. SYLVESTER: No. I understand. I
 7    03:04:16 didn't complain.
 8    03:04:18 MR. CERESNEY: It's not for us to say --
 9    03:04:18 MR. SYLVESTER: I didn't complain. But if
10    03:04:19 he has a memory sitting here today I'm entitled to
11    03:04:21 ask him.
12    03:04:22 MR. CERESNEY: Okay. Ask him.
13    03:04:23 MR. FLUMENBAUM: You gave him a 40-page
14    03:04:25 memo --
15    03:04:25 MR. SYLVESTER: Okay. All right. Enough,
16    03:04:26 Marty.
17    03:04:27 MR. FLUMENBAUM: -- before. There's no
18    03:04:27 basis for you to object to that nor did you during
19    03:04:31 the reading.
20    03:04:32 MR. SYLVESTER: That is what I -- just
21    03:04:34 came out of my mouth.
22    03:04:36 Kat, can you read back the question,
23    03:04:37 please.
24    03:04:38 (Record read by the reporter
25    03:04:38 as follows:
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    03:05:07 "QUESTION: What

 2    03:05:07 recommendations to address the

 3    03:05:07 risk did Ripple follow?")

 4    03:05:07 THE REPORTER: There were some objections

 5    03:05:07 and you asked the question --

 6    03:05:07 (Record read by the reporter

 7    03:05:07 as follows:

 8    03:05:07 "THE WITNESS: Are you

 9    03:03:51 talking specifically about 2012?

10    03:03:54 "QUESTION: I'm talking about

11    03:03:54 specifically from the October 2012

12    03:03:56 Perkins Coie memo.")

13    03:05:09 MR. FLUMENBAUM: Again, objections.

14    03:05:11 THE WITNESS: Qualifying question is, are

15    03:05:12 you talking -- I understand you're talking about the

16    03:05:14 memo in 2012, but are you talking about in the

17    03:05:19 period 2012, which is important?

18    03:05:22 BY MR. SYLVESTER:

19    03:05:23 Q. You testified that you followed the memo's

20    03:05:24 recommendations. I just want to know which

21    03:05:27 recommendations that were -- that you followed.

22    03:05:30 Uncabined by time frame.

23    03:05:34 MR. FLUMENBAUM: Objection as to form.

24    03:05:36 THE WITNESS: Well, yeah. I think the

25    03:05:37 time frame is important because the market evolves
```

1    03:05:39 over time as you have key -- the key regulator being

2    03:05:43 announced in 2013, for example, which is FinCEN and

3    03:05:48 treasury, when they came out with their

4    03:05:51 cryptocurrency guidance. That was an important

5    03:05:54 change in the market.

6    03:05:55 But yes, we did follow those key

7    03:06:00 recommendations to address that risk.

8    03:06:04 BY MR. SYLVESTER:

9    03:06:04 Q. Let me ask a different question.

10   03:06:06 Were there any steps that Ripple took to

11   03:06:08 determine the motivations of purchasers of XRP?

12   03:06:11 MR. FLUMENBAUM: Objection as to form.

13   03:06:13 Asked and answered.

14   03:06:15 THE WITNESS: And can you be more

15   03:06:18 specific? Are you talking about at the point where

16   03:06:21 the company was selling XRP?

17   03:06:24 BY MR. SYLVESTER:

18   03:06:25 Q. Yes.

19   03:06:26 A. Okay. Because it didn't sell, of course,

20   03:06:28 in 2012.

21   03:06:31 So by the time the company was selling,

22   03:06:33 you did have the FinCEN treasury guidance on

23   03:06:40 cryptocurrencies released, which made it very clear

24   03:06:42 that this industry was regulated by treasury and

25   03:06:45 that the key issues, as we always thought, were the

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    03:06:49 money transmission laws and making sure that we were
 2    03:06:51 not issuers of prepaid access, making sure that we
 3    03:06:54 were following the AML guidelines, the KYC
 4    03:07:00 guidelines. Those rules were all about making sure
 5    03:07:02 that we were preventing illegal activity in the
 6    03:07:06 purchase of these currencies, and that's what we
 7    03:07:10 did.
 8    03:07:12 Q. Mr. Larsen, throughout your tenure as CEO,
 9    03:07:14 Ripple's revenues overwhelmingly have been driven by
10    03:07:19 XRP sales; is that right?
11    03:07:21 MR. FLUMENBAUM: Objection as form.
12    03:07:24 THE WITNESS: Uh-huh. The proceeds that
13    03:07:26 have come into the company have been -- amount from
14    03:07:34 XRP sales.
15    03:07:36 BY MR. SYLVESTER:
16    03:07:36 Q. Okay. In light of that reality, weren't
17    03:07:43 you curious why purchasers were purchasing XRP?
18    03:07:47 MR. FLUMENBAUM: Objection as to form.
19    03:07:49 THE WITNESS: Again, the key regulator of
20    03:07:50 this industry, treasury, FinCEN, their guidance had
21    03:07:54 to do with AML, money transmission, and yes, we were
22    03:08:00 very focused on what the purpose was. It could not
23    03:08:02 be for illegal purposes because that would violate
24    03:08:05 AML, KYC laws which are the laws that address
25    03:08:10 currencies.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

269

```
 1    03:08:13 BY MR. SYLVESTER:
 2    03:08:13 Q. When Ripple started selling XRP in 2013,
 3    03:08:18 did it desire ever to sell more XRP?
 4    03:08:23 MR. FLUMENBAUM: Objection as to form.
 5    03:08:25 THE WITNESS: It has always been the
 6    03:08:27 objective to sell and give away in the early days --
 7    03:08:32 again give away has become spam. Once a market
 8    03:08:39 has -- currency market has value, that's going to
 9    03:08:42 happen. Selling then became really the only
10    03:08:48 reliable way of distributing the currency.
11    03:08:55 BY MR. SYLVESTER:
12    03:08:55 Q. When you were CEO, did Ripple monitor
13    03:08:58 social media comments about XRP?
14    03:09:01 MR. FLUMENBAUM: Objection as to form.
15    03:09:05 THE WITNESS: What time period?
16    03:09:06 BY MR. SYLVESTER:
17    03:09:06 Q. While you were CEO.
18    03:09:11 A. To a greater extent, as the company became
19    03:09:13 bigger, certainly, and we could afford a bigger
20    03:09:17 staff to monitor social media.
21    03:09:23 Q. During the time you were CEO, did Ripple
22    03:09:25 monitor XRP chat or other kinds of XRP community
23    03:09:28 forums?
24    03:09:29 MR. FLUMENBAUM: Objection as to form.
25    03:09:33 THE WITNESS: We certainly had people that
```

270

1    03:09:34 would keep an eye out on all kinds of things

2    03:09:38 happening in the market so that we had sufficient

3    03:09:42 knowledge of what was happening in these markets.

4    03:09:45 BY MR. SYLVESTER:

5    03:09:45 Q. And during the time you were CEO, did

6    03:09:49 Ripple monitor press articles about XRP?

7    03:09:51 MR. FLUMENBAUM: Objection as to form.

8    03:09:51 THE WITNESS: We tried to do our best with

9    03:09:54 the staff that we had to monitor all aspects of this

10   03:09:58 industry.

11   03:10:00 BY MR. SYLVESTER:

12   03:10:00 Q. Through the monitoring efforts that we

13   03:10:02 just described, did Ripple ever learn anything about

14   03:10:12 whether individuals were purchasing XRP for

15   03:10:14 speculative purposes?

16   03:10:17 MR. FLUMENBAUM: Objection as to form.

17   03:10:17 THE WITNESS: I think, as I mentioned

18   03:10:22 before, and I think most experts in the

19   03:10:23 cryptocurrency markets, and analysts, that the early

20   03:10:31 days speculation on where these technologies might

21   03:10:35 go was a big use case in these markets, generally.

22   03:10:49 BY MR. SYLVESTER:

23   03:10:49 Q. Is that true -- you said "the early days."

24   03:10:51 Is that true, what you just said, throughout the

25   03:10:53 time you were CEO?

```
 1    03:10:55 MR. FLUMENBAUM: Objection as to form.
 2    03:10:56 THE WITNESS: I think that's an evolving
 3    03:10:59 situation. As more and more developers across the
 4    03:11:02 cryptocurrency industry are building additional
 5    03:11:05 applications.
 6    03:11:06 BY MR. SYLVESTER:
 7    03:11:06 Q. What percentage of XRP sales in 2013 do
 8    03:11:10 you think was speculation?
 9    03:11:14 MR. FLUMENBAUM: Objection as to form.
10    03:11:15 THE WITNESS: Again, what type of
11    03:11:16 speculation are you referring to?
12    03:11:18 BY MR. SYLVESTER:
13    03:11:18 Q. Anyone who is purchasing XRP with the hope
14    03:11:20 that the price will rise?
15    03:11:23 MR. FLUMENBAUM: Objection as to form.
16    03:11:24 THE WITNESS: I can ask a clarifying
17    03:11:25 question. Are you including store value in that
18    03:11:28 definition?
19    03:11:37 MR. FLUMENBAUM: I think Mr. Sylvester
20    03:11:38 needs Mr. Tenreiro's help on that.
21    03:11:41 MR. TENREIRO: Stop.
22    03:11:45 MR. SYLVESTER: I don't mind consulting
23    03:11:46 Mr. Tenreiro.
24    03:11:52 BY MR. SYLVESTER:
25    03:11:53 Q. Yeah, I guess I'm not sure, Mr. Larsen,
```

1    03:11:54 what you mean by "store value." So let's just say

2    03:12:00 it's 2013, Ripple is selling XRP, correct?

3    03:12:06 A. Okay. It's 2013.

4    03:12:07 Q. Okay. And Ripple sold XRP in 2013?

5    03:12:10 A. Yes.

6    03:12:10 Q. Do you have a sense, sitting here today,

7    03:12:12 of what percentage of XRP was purchased by

8    03:12:16 individuals or entities who purchased it because

9    03:12:19 they hoped that the price of XRP would rise?

10   03:12:24 MR. FLUMENBAUM: Objection as to form.

11   03:12:24 This has been asked and answered many times at this

12   03:12:27 point.

13   03:12:28 THE WITNESS: Again, though it's a very

14   03:12:29 important question around store value. The

15   03:12:37 definition of store value is holding one currency --

16   03:12:39 so we believe in holding one currency, is going to

17   03:12:44 hold value better vis-a-vis some other currency or

18   03:12:50 asset, is the definition of it. There are only

19   03:12:56 things of value in the world. And so you're always

20   03:12:59 going to have one thing of value vis-a-vis some

21   03:13:02 other thing of value. That's the definition of

22   03:13:04 stored value.

23   03:13:06 And the only reason somebody would engage

24   03:13:08 in store value is because they believe that one

25   03:13:12 thing will hold value better vis-a-vis some other

273

```
 1    03:13:17 thing.

 2    03:13:19 BY MR. SYLVESTER:

 3    03:13:19 Q. Okay.

 4    03:13:20 A. If I can add to that.

 5    03:13:21 Q. Please.

 6    03:13:22 A. It's a really important distinction, I

 7    03:13:24 believe, in the cryptocurrency ecosystem. It's

 8    03:13:28 pretty much why Bitcoin was created. And those were

 9    03:13:32 the first people involved in the industry when XRP

10    03:13:37 was available. It's largely those same individuals

11    03:13:42 that were engaged in the XRP market. So my

12    03:13:47 assumption is that that was store value across the

13    03:13:52 board.

14    03:13:52 Q. Okay. In 2013, what percentages of --

15    03:13:59 what percentage of purchasers of XRP purchased XRP

16    03:14:02 because they believed that XRP would have a more

17    03:14:06 attractive store value in the future as compared to

18    03:14:10 other assets?

19    03:14:11 MR. FLUMENBAUM: Objection as to form.

20    03:14:14 THE WITNESS: So if you're -- sounds like

21    03:14:17 you are defining store value. I believe store value

22    03:14:21 was a major use case for cryptocurrencies,

23    03:14:26 particularly in the early years when Bitcoin was

24    03:14:31 first introduced.

25    / /
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

274

```
 1    03:14:33 BY MR. SYLVESTER:

 2    03:14:33 Q. Did you understand generally that if

 3    03:14:42 Ripple did not follow the advice of counsel in

 4    03:14:46 October 2012, that there might be a greater risk the

 5    03:14:50 sales of XRP would be classified as securities?

 6    03:14:52 MR. FLUMENBAUM: Objection as to form.

 7    03:14:58 THE WITNESS: I mean, clearly following

 8    03:15:01 proper compliance reduces risk in any endeavor.

 9    03:15:14 BY MR. SYLVESTER:

10    03:15:14 Q. In general, is it important to

11    03:15:16 you -- strike that.

12    03:15:17 In general, when you were CEO, was it

13    03:15:19 important to you that Ripple complied with the law?

14    03:15:22 MR. FLUMENBAUM: Objection as to form.

15    03:15:23 THE WITNESS: Absolutely.

16    03:15:23 BY MR. SYLVESTER:

17    03:15:23 Q. And as chairman of the board, has it been

18    03:15:26 important to you that Ripple complies with the law?

19    03:15:28 MR. FLUMENBAUM: Objection as to form.

20    03:15:29 THE WITNESS: Absolutely.

21    03:15:37 BY MR. SYLVESTER:

22    03:15:37 Q. Did you view Ripple following the memo's

23    03:15:41 advice as equivalent to following the law?

24    03:15:46 MR. FLUMENBAUM: Object. Objection. And

25    03:15:49 you're -- if you want to show him some specifics in
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

275

1    03:15:53 that memo, show him the specifics in the memo.

2    03:15:56 These broad questions are ridiculous.

3    03:16:05 BY MR. SYLVESTER:

4    03:16:05 Q. You can answer.

5    03:16:09 A. It's the financial regulators that

6    03:16:12 determine compliance. That's the most important

7    03:16:14 thing.

8    03:16:21 Q. Outside of the October 2012 time frame,

9    03:16:27 did you ever review any part of the Perkins Coie

10   03:16:29 memo after that date?

11   03:16:32 MR. FLUMENBAUM: Objection, again, as to

12   03:16:35 form.

13   03:16:38 If you understand the question, please

14   03:16:39 answer?

15   03:16:40 THE WITNESS: Is your question did I

16   03:16:41 reread the memo later?

17   03:16:43 BY MR. SYLVESTER:

18   03:16:43 Q. Exactly.

19   03:16:47 MR. FLUMENBAUM: Take out of your answer

20   03:16:48 anything relating to this proceeding and in the

21   03:16:52 context of your deposition preparation.

22   03:16:57 THE WITNESS: Marty, I'm sorry, can you

23   03:16:58 repeat that? You were talking to me?

24   03:17:01 MR. FLUMENBAUM: Yeah.

25   03:17:02 MR. SYLVESTER: Yeah.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1   1 03:17:05 MR. FLUMENBAUM: The question that was

2   2 03:17:07 asked is excluding, and I'm telling to you

3   3 03:17:09 exclude -- he's asking whether you reread the

4   4 03:17:12 October 12th memo, but I'm instructing you not to

5   5 03:17:16 answer with respect to any time periods relating to

6   6 03:17:21 this investigation or lawsuit.

7   7 03:17:28 THE WITNESS: Okay. Thank you.

8   8 03:17:31 I don't recall specifically, but I will

9   9 03:17:33 say, though, that compliance in new technology

10  10 03:17:37 markets is very dynamic and maybe none more so than

11  11 03:17:41 in the cryptocurrency markets. When you had FinCEN

12  12 03:17:45 and treasury come out with their -- the first

13  13 03:17:48 guidance that they were going to be the key

14  14 03:17:50 regulator for the industry, that changes a lot of

15  15 03:17:54 things.

16  16 03:17:54 When you had Bitcoin no longer being able

17  17 03:17:57 to be mined by individuals, which meant it was much

18  18 03:18:03 more centralized than it started out to be, and

19  19 03:18:08 regulators seemed comfortable with that factor, that

20  20 03:18:12 changes things dramatically. There's many, many

21  21 03:18:15 other instances over the years that changed that

22  22 03:18:23 compliance needs and requirements and the way you

23  23 03:18:27 would think about being compliant in these markets.

24  24 03:18:30 And not just in the U.S. but globally.

25  25 03:18:36 MR. SYLVESTER: Let's take a look at

277

1    03:18:37 Exhibit 9, please.

2    03:18:38 (Whereupon, Deposition Exhibit CL-9

3    03:18:38 was marked for identification.)

4    03:19:04 THE WITNESS: I see. Now I'm going to

5    03:19:05 have to use my glasses.

6    03:19:11 BY MR. SYLVESTER:

7    03:19:12 Q. For the record, Exhibit 9 is three

8    03:19:14 paragraphs of text. This is how it was produced to

9    03:19:17 us. The metadata on the file was dated

10   03:19:20 February 2nd, 2013.

11   03:20:57 A. Okay.

12   03:21:00 Q. Mr. Larsen, did you -- did you write

13   03:21:02 this -- the text in Exhibit 9?

14   03:21:07 A. I don't recall this, but it looks like my

15   03:21:09 writing.

16   03:21:11 Q. Okay. Do you see in the second paragraph,

17   03:21:13 the second to last sentence, it says:

18   03:21:18 "The worst is being considered

19   03:21:20 a security - because securities can

20   03:21:21 be exchanged only by broker

21   03:21:23 dealers, wreaking the utility of a

22   03:21:25 currency."

23   03:21:26 Do you see that?

24   03:21:27 A. Yes.

25   03:21:27 Q. Is that a typo, should "wreaking" be

1    03:21:30 "wrecking"?

2    03:21:31 A. Yes.

3    03:21:32 Q. Okay.

4    03:21:38 MR. SYLVESTER: Okay. Let's take a look

5    03:21:40 at Exhibit 5, please.

6    03:21:42 (Whereupon, Deposition Exhibit CL-5

7    03:21:43 was marked for identification.)

8    03:21:44 THE WITNESS: Sorry, did you have a

9    03:21:45 question on this?

10   03:21:46 BY MR. SYLVESTER:

11   03:21:46 Q. Just those.

12   03:21:48 A. I'm sorry?

13   03:21:48 Q. Just the questions you just answered.

14   03:21:51 A. All right.

15   03:22:09 Q. So Exhibit 5 is one page of notes with a

16   03:22:18 one line continuation to the next page starting with

17   03:22:22 Bates ending 4066. And the metadata on this doc, I

18   03:22:27 can represent, is November 14th, 2012.

19   03:23:23 A. Okay.

20   03:23:23 Q. Mr. Larsen, did you write this document?

21   03:23:25 A. Not that I recall, but it looks like

22   03:23:28 something I might write.

23   03:23:30 Q. Okay.

24   03:23:31 MR. FLUMENBAUM: Don't guess. If you

25   03:23:33 don't recall writing it, then that's the answer, not

279

| | |
|---|---|
| 1 | 03:23:36 guessing. |
| 2 | 03:23:36 THE WITNESS: I don't recall. |
| 3 | 03:23:37 BY MR. SYLVESTER: |
| 4 | 03:23:37 Q. Do you know whether or not this was |
| 5 | 03:23:38 produced from your files? |
| 6 | 03:23:41 A. I don't recall. |
| 7 | 03:23:42 Q. Okay. I can represent, because of the |
| 8 | 03:23:44 Bates stamp, that it was produced by your counsel. |
| 9 | 03:23:46 A. Okay. |
| 10 | 03:23:46 Q. But my question is do you know if it was |
| 11 | 03:23:48 produced from your files? |
| 12 | 03:23:50 A. Okay. |
| 13 | 03:23:52 Q. Do you know? |
| 14 | 03:23:54 MR. FLUMENBAUM: He could have something |
| 15 | 03:23:55 in his files that he didn't write. |
| 16 | 03:23:56 MR. SYLVESTER: I know -- |
| 17 | 03:23:57 MR. FLUMENBAUM: You asked him if he wrote |
| 18 | 03:23:57 it. |
| 19 | 03:23:57 MR. SYLVESTER: I asked -- I appreciate |
| 20 | 03:23:59 that, Marty, I just didn't hear his answer. |
| 21 | 03:24:01 BY MR. SYLVESTER: |
| 22 | 03:24:01 Q. You may have answered the question, |
| 23 | 03:24:03 Mr. Larsen, and I just didn't hear you. |
| 24 | 03:24:05 Was this from your files? |
| 25 | 03:24:07 A. I don't know. |

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    03:24:08 Q. Okay.

2    03:24:09 A. Sure.

3    03:24:11 Q. Second line from the bottom on the first

4    03:24:12 page:

5    03:24:12 "If not currency, then could

6    03:24:14 be security that's impossible

7    03:24:16 because only BD can trade."

8    03:24:18 Do you see that?

9    03:24:19 A. I do.

10   03:24:20 Q. Okay. Do you understand what "BD" means

11   03:24:22 in that sentence?

12   03:24:23 A. Broker dealer, I believe.

13   03:24:25 Q. Okay.

14   03:24:42 MR. SYLVESTER: Let's look at Exhibit 30,

15   03:24:44 please.

16   03:24:51 (Whereupon, Deposition Exhibit CL-30

17   03:24:52 was marked for identification.)

18   03:26:15 THE WITNESS: Okay.

19   03:26:17 BY MR. SYLVESTER:

20   03:26:17 Q. For the record, Exhibit 30 is a thread of

21   03:26:21 emails. The top email is from            , sent on

22   03:26:26 January 5th, 2015, to            and Mr. Larsen,

23   03:26:29 and I believe Phil Rapoport; is that right?

24   03:26:32 A. Yes.

25   03:26:32 Q. Okay. Who is            ?

```
 1    03:26:37 A. I believe he's the managing director of
 2    03:26:40 ███, which is a private equity fund.
 3    03:26:43 Q. Okay. Around this time, was ███
 4    03:26:46 exploring the possibility of setting up a fund for
 5    03:26:49 selling XRP?
 6    03:26:50 A. I believe that's correct.
 7    03:26:54 Q. And Mr. ███ recommends, in the first line
 8    03:27:00 of the top email, getting a letter from a lawyer
 9    03:27:03 saying we do not think XRP is a security; is that
10    03:27:06 right?
11    03:27:07 A. Yes.
12    03:27:09 Q. Okay. Did Ripple ultimately get such a
13    03:27:11 letter?
14    03:27:13 A. I believe we did.
15    03:27:16 Q. Okay. Did you have any involvement in
16    03:27:17 that decision?
17    03:27:19 A. Not that I can recall.
18    03:27:21 Q. Okay. Looking at the bottom email on the
19    03:27:35 first page, or really second from bottom, from ███
20    03:27:38 ███, he says:
21    03:27:39 "Thanks so much. Do you know
22    03:27:40 if SEC has decided not to
23    03:27:42 regular -- regular XRP or Bitcon
24    03:27:45 and now treasury regulates/will XRP
25    03:27:49 be ever considered a security which
```