1    03:27:51 needs SEC approval?"

2    03:27:56 I think I read that correctly.

3    03:27:57 Did you understand, when you read this,

4    03:27:58 "regular" to mean "regulate"?

5    03:28:02 A. I don't think this email was to me, was

6    03:28:03 it?

7    03:28:04 Q. Sure. You're on the thread. Did you read

8    03:28:06 it when you received it?

9    03:28:07 A. Not that I can recall.

10    03:28:08 Q. Okay. Do you recall reading the middle

11    03:28:14 email from ▮▮▮▮▮▮▮▮▮▮▮▮▮?

12    03:28:18 A. Not that I can recall.

13    03:28:20 Q. Do you have any recollection of anyone

14    03:28:22 conveying to you that ▮▮▮▮ had said:

15    03:28:24 "One certainly can create a

16    03:28:27 security by packaging virtual

17    03:28:29 currency"?

18    03:28:30 A. I'm sorry, what's the question there

19    03:28:32 again?

20    03:28:35 Q. Do you have any recollection of anyone

21    03:28:36 conveying to you that ▮▮▮▮ had said:

22    03:28:38 "One can certainly create a

23    03:28:41 security by packaging virtual

24    03:28:43 currency"?

25    03:28:45 MR. FLUMENBAUM: Objection as to form.

```
 1   03:28:47 THE WITNESS: I don't recall if somebody
 2   03:28:48 mentioned that exact message to me.
 3   03:28:58 BY MR. SYLVESTER:
 4   03:28:58 Q. Did [REDACTED] -- strike that.
 5   03:28:59 Do you understand [REDACTED] is a law
 6   03:29:03 firm?
 7   03:29:04 MR. FLUMENBAUM: Objection as to form.
 8   03:29:05 THE WITNESS: Yes.
 9   03:29:05 BY MR. SYLVESTER:
10   03:29:05 Q. Okay. Did [REDACTED] -- strike that.
11   03:29:09 Outside of this email, did [REDACTED]
12   03:29:12 provide any advice to Ripple?
13   03:29:18 A. Not to my knowledge. I don't know.
14   03:29:22 Q. Sitting here today, you can't recall
15   03:29:24 Ripple engaging [REDACTED] for anything?
16   03:29:28 MR. FLUMENBAUM: Objection. Asked and
17   03:29:29 answered.
18   03:29:29 THE WITNESS: It's possible, but not that
19   03:29:30 I can recall.
20   03:29:32 BY MR. SYLVESTER:
21   03:29:32 Q. Okay. Did Ripple ultimately obtain a memo
22   03:29:46 from Paul Hastings with respect to XRP status under
23   03:29:51 the securities laws?
24   03:29:58 MR. FLUMENBAUM: Objection as to form.
25   03:29:58 You may answer.
```

284

```
 1    03:29:59 THE WITNESS: Yes. To the best of my
 2    03:30:00 knowledge.
 3    03:30:00 BY MR. SYLVESTER:
 4    03:30:00 Q. Did you read that memo?
 5    03:30:01 A. Not that I can recall.
 6    03:30:04 Q. Okay. Did others at Ripple convey to you
 7    03:30:07 what was in the Paul Hastings memo?
 8    03:30:10 MR. FLUMENBAUM: Objection as to form.
 9    03:30:10 And I instruct you not to answer to the
10    03:30:15 extent that the question involves communications
11    03:30:21 with either Ripple in-house counsel or outside
12    03:30:25 counsel.
13    03:30:28 THE WITNESS: Not that I can recall.
14    03:30:31 BY MR. SYLVESTER:
15    03:30:31 Q. Other than in connection with the SEC's
16    03:30:40 investigation or this litigation, did you ever come
17    03:30:43 to learn what was in the Paul Hastings' memo?
18    03:30:47 A. To the best of my recollection, it was
19    03:30:50 a -- confirmed everything we -- we thought.
20    03:30:54 Q. When you say "confirmed everything we
21    03:30:55 thought," what is "everything we thought" in that
22    03:30:58 response?
23    03:30:59 A. That XRP is a currency and it's proper
24    03:31:03 regulation is as a currency.
25    03:31:07 Q. I see.
```

285

1    03:31:08 So your understanding is that the Paul

2    03:31:13 Hastings' memo said that Ripple should be -- strike

3    03:31:13 that.

4    03:31:14 Your understanding is the Paul Hastings

5    03:31:16 memo said that XRP was properly classified as a

6    03:31:20 currency?

7    03:31:22 MR. CERESNEY: Hold on. Hold on.

8    03:31:23 You're answering this question separate

9    03:31:24 and apart anything you learned from counsel; is that

10   03:31:27 right?

11   03:31:33 THE WITNESS: Well, now I'm -- I mean, the

12   03:31:34 memo is from counsel, isn't it?

13   03:31:37 MR. CERESNEY: Right. But you said you

14   03:31:38 don't recall reviewing the memo, right? And so now

15   03:31:41 he's asking you, you got a report on the memo, you

16   03:31:44 said yes. Now he's asking you for your

17   03:31:46 understanding of the memo.

18   03:31:48 THE WITNESS: Oh.

19   03:31:49 MR. CERESNEY: And the question is did you

20   03:31:50 get that understanding from anybody other than

21   03:31:52 counsel, and I would instruct you not to give an

22   03:31:55 answer --

23   03:31:55 THE WITNESS: I understand.

24   03:31:55 MR. CERESNEY: -- that implicates your

25   03:31:56 discussions with counsel.

286

| 1 | 03:31:57 THE WITNESS: I see. Okay. I understand. |
| 2 | 03:32:00 Yeah, it's hard for me to remember whether |
| 3 | 03:32:02 or not that was learned outside of counsel or within |
| 4 | 03:32:05 counsel, so I'll follow counsel's advice. |
| 5 | 03:32:10 BY MR. SYLVESTER: |
| 6 | 03:32:14 Q. Okay. I just want to make the record |
| 7 | 03:32:16 clear. At some point prior to the SEC's |
| 8 | 03:32:18 investigation, you came to learn the contents of the |
| 9 | 03:32:21 Paul Hastings' memo; is that correct? |
| 10 | 03:32:23 MR. FLUMENBAUM: Objection as to form. |
| 11 | 03:32:25 THE WITNESS: To the best of my |
| 12 | 03:32:27 recollection, yes. |
| 13 | 03:32:28 BY MR. SYLVESTER: |
| 14 | 03:32:28 Q. And your testimony is that you can't |
| 15 | 03:32:30 recall, sitting here today, whether or not the way |
| 16 | 03:32:33 in which you learned the contents of the memo was |
| 17 | 03:32:35 through counsel? |
| 18 | 03:32:37 A. I can't recall. |
| 19 | 03:32:38 Q. Okay. At the time of the January 2015 |
| 20 | 03:32:48 email, what was Ripple's relationship, if any, with |
| 21 | 03:32:52 ▮? |
| 22 | 03:32:56 A. I believe that they were an investor in |
| 23 | 03:32:58 the company, and we were separately discussing their |
| 24 | 03:33:08 setting up of an XRP fund. |
| 25 | 03:33:13 Q. Were they also XRP purchasers at the time? |

1    03:33:19 A. I don't recall if they had purchased XRP

2    03:33:22 at that time.

3    03:33:23 Q. And ▮▮▮▮ ultimately did purchase XRP?

4    03:33:28 A. They did.

5    03:33:29 Q. Approximately how much, in dollars?

6    03:33:39 A. Probably -- yeah, I don't recall the exact

7    03:33:43 number.

8    03:33:46 Q. Was it ▮▮▮▮▮▮▮▮▮▮?

9    03:33:49 A. I believe it was ▮▮▮▮▮▮▮

10   03:33:51 ▮▮▮▮▮

11   03:34:02 Q. Do you have an understanding of why Ripple

12   03:34:06 engaged Paul Hastings to opine on XRP securities law

13   03:34:12 status as opposed to going back to Perkins Coie?

14   03:34:14 MR. FLUMENBAUM: Objection as to form.

15   03:34:14 And, again, instruction not to discuss anything that

16   03:34:19 you may have learned from counsel or discussions

17   03:34:21 with counsel relating to that issue.

18   03:34:28 THE WITNESS: Perkins Coie was, I think,

19   03:34:29 the very first law firm that got involved in the

20   03:34:33 cryptocurrency space way back in 2012, 2011, even.

21   03:34:37 Subsequent to that, though, as the industry grew up

22   03:34:40 and became global, boy, just about every law firm

23   03:34:46 had a cryptocurrency practice.

24   03:34:51 BY MR. SYLVESTER:

25   03:34:51 Q. Do you have an understanding of why Paul

1    03:34:53 Hastings in particular was retained?

2    03:34:55 MR. FLUMENBAUM: Objection as to form.

3    03:34:56 THE WITNESS: Paul Hastings, as far as I

4    03:34:58 know, has an outstanding reputation.

5    03:35:01 BY MR. SYLVESTER:

6    03:35:01 Q. Did you typically read the emails that

7    03:35:08 were sent to you by Ripple's investors?

8    03:35:11 MR. FLUMENBAUM: Objection as to form.

9    03:35:17 THE WITNESS: Yeah. Typically.

10   03:35:20 BY MR. SYLVESTER:

11   03:35:20 Q. Are you familiar -- are you familiar with

12   03:35:24 a publication by ▓▓▓▓▓▓ regarding a securities

13   03:35:29 law framework for blockchain tokens that was

14   03:35:32 published around December 2016?

15   03:35:36 A. Is this the Coinbase index you're

16   03:35:41 referring to or is it something else?

17   03:35:44 Q. Something in that time frame was published

18   03:35:45 by ▓▓▓▓▓▓.

19   03:35:50 A. I can't recall, but ▓▓▓▓▓▓ --

20   03:35:54 MR. FLUMENBAUM: Do you want to show him a

21   03:35:56 document?

22   03:35:56 BY MR. SYLVESTER:

23   03:35:57 Q. What was it that you were about to say

24   03:35:58 about ▓▓▓▓▓▓?

25   03:36:00 A. ▓▓▓▓▓▓ is a Bitcoin maximalist

```
 1    03:36:03 organization, so ...

 2    03:36:13 Q. Do you recall reading -- do you recall

 3    03:36:18 asking Ms. O'Gorman to prepare a report about the

 4    03:36:25 application of the securities laws to digital

 5    03:36:29 assets?

 6    03:36:31 MR. FLUMENBAUM: Objection as to form.

 7    03:36:32 THE WITNESS: I don't recall.

 8    03:36:32 BY MR. SYLVESTER:

 9    03:36:32 Q. Do you recall Ms. O'Gorman giving a

10    03:36:44 presentation to Ripple employees about the

11    03:36:49 application of the securities laws to digital

12    03:36:52 assets?

13    03:36:52 A. I don't recall.

14    03:36:59 Q. Just for the record, Ms. O'Gorman is

15    03:37:00 Ripple's former CCO; is that correct?

16    03:37:06 A. Yeah, I believe that was her title.

17    03:37:11 MR. FLUMENBAUM: Your mask. Thank you.

18    03:37:13 BY MR. SYLVESTER:

19    03:37:14 Q. Mr. Larsen, are you familiar with the DAO

20    03:37:18 report?

21    03:37:19 MR. FLUMENBAUM: Again, in answering that

22    03:37:22 question, please omit anything you may have learned

23    03:37:25 from counsel to Ripple or your own counsel

24    03:37:30 subsequent to the investigation in this matter.

25    03:37:35 THE WITNESS: Yes.
```

```
1     03:37:36 BY MR. SYLVESTER:

2     03:37:36 Q. Okay. Did you read the DAO report around

3     03:37:41 the time it was published?

4     03:37:43 A. I can't recall.

5     03:37:44 Q. Okay. Did you familiarize yourself with

6     03:37:46 what was in the DAO report around the time it was

7     03:37:49 published?

8     03:37:51 A. Our compliance team relayed that to the

9     03:37:55 leadership team.

10    03:37:58 Q. Was that Ms. O'Gorman at the time?

11    03:37:59 A. I can't recall.

12    03:38:00 Q. Okay. Apart from any steps you might have

13    03:38:16 taken in connection with the SEC's investigation or

14    03:38:18 litigation, setting that aside, did you ever read

15    03:38:22 the DAO report?

16    03:38:26 A. I -- I understand the -- the key points of

17    03:38:35 it, but I can't recall where I learned of those key

18    03:38:39 points.

19    03:38:41 Q. Did you learn those key points around the

20    03:38:43 time it was published?

21    03:38:47 A. That's my recollection.

22    03:38:56 Q. Did the DAO report discuss the Howey test?

23    03:38:59 MR. FLUMENBAUM: Objection as to form.

24    03:39:04 THE WITNESS: I don't recall.

25    / /
```

291

```
 1   03:39:04 BY MR. SYLVESTER:

 2   03:39:04 Q. Okay. Around the time that you learned

 3   03:39:07 the key points regarding the DAO report, just yes or

 4   03:39:13 no, did you discuss the contents of the DAO report

 5   03:39:15 with counsel?

 6   03:39:19 A. Not that I can recall.

 7   03:39:24 Q. Did there ever come a time when you

 8   03:39:26 discussed the contents of the DAO report with

 9   03:39:28 counsel?

10   03:39:29 MR. FLUMENBAUM: Objection. Exclude from

11   03:39:30 your answer any communications you might have had

12   03:39:32 relating to this investigation or this proceeding.

13   03:39:38 THE WITNESS: I don't think I can

14   03:39:38 delineate, then, between now and then.

15   03:39:47 BY MR. SYLVESTER:

16   03:39:47 Q. After you learned the key points in the

17   03:39:50 DAO report, did you take any steps based on what you

18   03:39:57 had learned?

19   03:39:59 MR. FLUMENBAUM: Objection. Objection as

20   03:40:00 to form.

21   03:40:01 THE WITNESS: Well, no. We didn't have

22   03:40:03 to. The United States government already declared

23   03:40:06 XRP to be a currency, and my understanding is that

24   03:40:08 it is exempt from the securities laws.

25   / /
```

292

```
 1    03:40:12 BY MR. SYLVESTER:

 2    03:40:12 Q. When you say "the United States government

 3    03:40:16 already declared XRP to be a currency," are you

 4    03:40:18 referring to Ripple's settlement with FinCEN?

 5    03:40:20 A. Yes.

 6    03:40:23 Q. Okay. Did anyone at FinCEN ever tell

 7    03:40:27 anyone at Ripple that because FinCEN said XRP was a

 8    03:40:31 virtual currency, XRP sales could not be classified

 9    03:40:35 as securities?

10    03:40:36 MR. FLUMENBAUM: Objection as to form.

11    03:40:37 THE WITNESS: It is my understanding that

12    03:40:38 that was an official United States government

13    03:40:43 declaration that XRP is a currency. It's my

14    03:40:49 understanding that currencies are exempt from U.S.

15    03:40:52 securities laws.

16    03:40:55 BY MR. SYLVESTER:

17    03:40:55 Q. What is your understanding that a currency

18    03:40:57 is exempt from U.S. securities laws based on?

19    03:41:01 MR. FLUMENBAUM: Objection. Again,

20    03:41:03 instruction not to answer if your understanding is

21    03:41:05 based on communications with counsel. And I'm also

22    03:41:09 asking you to exclude anything you might have

23    03:41:11 learned in connection with the investigation or this

24    03:41:15 proceeding.

25    03:41:17 THE WITNESS: It's my understanding that
```

1    03:41:18 it's explicitly stated in the 33 and 34, I'm not

2    03:41:23 sure which one, Acts.

3    03:41:26 BY MR. SYLVESTER:

4    03:41:26 Q. And how did you obtain that understanding?

5    03:41:32 MR. FLUMENBAUM: Again, instruction not to

6    03:41:32 answer if it's based on discussions with counsel.

7    03:41:38 THE WITNESS: I can't delineate on whether

8    03:41:39 or not that was learned with or without counsel.

9    03:41:43 BY MR. SYLVESTER:

10   03:41:43 Q. Did you ever read those provisions of the

11   03:41:45 33 and 34 Acts that you just referenced?

12   03:41:48 A. I believe I have.

13   03:41:52 Q. When did you read them?

14   03:41:56 A. I don't recall a date.

15   03:42:00 Q. Did you read them -- strike that.

16   03:42:02 The FinCEN settlement was in 2015; is that

17   03:42:04 right?

18   03:42:05 A. Yes. That's correct.

19   03:42:07 Q. Did you read those provisions of the 33

20   03:42:09 and 34 act as early as 2015?

21   03:42:14 A. I'm sorry, can you repeat that, please.

22   03:42:16 Q. Sure. Did you read those provisions of

23   03:42:19 the 33 and 34 act as early as 2015?

24   03:42:25 A. I believe so.

25   03:42:28 Q. Okay. Have you ever read Howey, the

294

1     03:42:31 opinion?

2     03:42:33 A. I can't recall if I read the whole thing.

3     03:42:37 Q. Have you read parts of Howey?

4     03:42:39 A. Well, I can't -- I can't recall if it's

5     03:42:42 parts of some document referred to as Howey or if

6     03:42:46 it's a summary of the conclusions.

7     03:42:53 Q. Okay. Do you recall reading a document

8     03:42:54 that was a summary of Howey's conclusions?

9     03:42:57 MR. FLUMENBAUM: Again, I'm going to

10    03:42:58 instruct you not to answer to the extent that

11    03:43:01 that -- that that summary was prepared by counsel or

12    03:43:09 given to you in connection with this case.

13    03:43:12 THE WITNESS: Yeah, I can't delineate

14    03:43:13 whether that was learned with or without counsel.

15    03:43:16 BY MR. SYLVESTER:

16    03:43:16 Q. Okay. Did anyone at FinCEN ever tell

17    03:43:20 anyone at Ripple that because FinCEN said XRP was a

18    03:43:23 virtual currency, XRP sales could not also be

19    03:43:26 classified as securities?

20    03:43:28 MR. FLUMENBAUM: Objection as to form.

21    03:43:29 Asked and answered.

22    03:43:31 You may answer it again.

23    03:43:33 THE WITNESS: Some months after the

24    03:43:35 settlement, we spoke at a conference put on by the

25    03:43:41 San Francisco Federal Reserve that included Jennifer

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    03:43:44 Shasky, who was the head of FinCEN at the time, and

2    03:43:50 also included representatives from the SEC, among

3    03:43:53 other regulators.

4    03:43:55 And in that, her presentation, Jennifer

5    03:43:57 Shasky's, she did speak about how that experience

6    03:44:05 specifically that we went through made us

7    03:44:07 stronger -- made us more regulatory compliant, would

8    03:44:10 have been a good thing for our company.

9    03:44:14 And the notable SEC person, also on that

10   03:44:20 panel, didn't correct or didn't change anything. I

11   03:44:24 was sitting right in front of them, so ...

12   03:44:27 BY MR. SYLVESTER:

13   03:44:27 Q. When was this?

14   03:44:30 A. This would have been the second half of

15   03:44:31 2015.

16   03:44:36 Q. Other than what you just described, did

17   03:44:38 anyone at FinCEN ever give you any comfort that

18   03:44:43 because FinCEN called XRP a virtual currency, XRP

19   03:44:47 sales could not be classified as securities?

20   03:44:49 MR. FLUMENBAUM: Other than the documents

21   03:44:50 themselves? The settlement that --

22   03:44:56 MR. SYLVESTER: Sure.

23   03:44:57 BY MR. SYLVESTER:

24   03:44:57 Q. I'm talking about any communication

25   03:44:58 whatsoever.

```
 1    03:45:00 A. Well, yes. As part of the settlement,
 2    03:45:04 there was a press release that FinCEN and the
 3    03:45:07 Department of Justice put out about the settlement,
 4    03:45:11 publicly.
 5    03:45:13 Q. Okay. And it's your understanding that
 6    03:45:15 that addressed the topic of whether or not XRP could
 7    03:45:17 be classified as a security?
 8    03:45:18 MR. FLUMENBAUM: Objection as to form.
 9    03:45:19 THE WITNESS: Well, again, it's my
10    03:45:22 understanding that in that document, that officially
11    03:45:29 defined XRP as a currency, that that meant that it
12    03:45:34 was just that, a currency. And clearly being
13    03:45:37 regulated, as we always thought it would be, by
14    03:45:42 treasury, FinCEN in the realm of money transmission
15    03:45:48 and money services businesses as a currency.
16    03:45:52 Q. Did anyone at FinCEN ever tell you that
17    03:45:59 because of your settlement agreement with FinCEN,
18    03:46:03 you would not be prosecuted for any future conduct
19    03:46:07 with respect to sales of XRP?
20    03:46:13 MR. FLUMENBAUM: Objection as to form.
21    03:46:18 THE WITNESS: Well, if you're saying that
22    03:46:20 that -- is that settlement a get out of jail free
23    03:46:23 card forever, no. We, of course, have to stay in
24    03:46:28 continued compliance with FinCEN and treasury and
25    03:46:31 all the money transmission laws.
```

```
 1    03:46:35 MR. FLUMENBAUM: Is this a good time for a

 2    03:46:36 break?

 3    03:46:37 MR. SYLVESTER: Sure.

 4    03:46:39 THE VIDEOGRAPHER: Okay. We are off the

 5    03:46:40 record at 3:46 p.m.

 6    03:48:16 THE VIDEOGRAPHER: This is the beginning

 7    04:02:28 of File Number 5. We're back on the record at

 8    04:02:33 4:02 p.m.

 9    04:02:33 BY MR. SYLVESTER:

10    04:02:34 Q. Mr. Larsen, did anyone at FinCEN ever tell

11    04:02:37 anyone at Ripple that Ripple was in compliance with

12    04:02:39 the securities laws?

13    04:02:41 MR. FLUMENBAUM: Objection as to form.

14    04:02:45 THE WITNESS: Not that I can recall.

15    04:02:51 BY MR. SYLVESTER:

16    04:02:51 Q. Okay. The FinCEN settlement was also with

17    04:02:55 the U.S. Attorney's Office for the Northern District

18    04:02:57 of California; is that right?

19    04:03:01 A. In addition, correct.

20    04:03:01 Q. Okay. Did anyone from the U.S. Attorney's

21    04:03:04 Office for the Northern District of California ever

22    04:03:06 tell anyone at Ripple that Ripple was in compliance

23    04:03:08 with the securities laws?

24    04:03:10 A. Not that I can recall.

25    04:03:22 Q. Ripple has a marketing department,
```

1    04:03:23 correct?

2    04:03:24 A. Yes.

3    04:03:28 Q. And it has employees whose job is to

4    04:03:31 engage with the press?

5    04:03:32 A. Yes.

6    04:03:33 Q. Ripple monitors press about Ripple?

7    04:03:36 A. Yes.

8    04:03:37 MR. FLUMENBAUM: Objection. Asked and

9    04:03:37 answered.

10    04:03:38 BY MR. SYLVESTER:

11    04:03:39 Q. Okay. Has Ripple tried to respond to

12    04:03:42 negative stories about XRP?

13    04:03:45 MR. FLUMENBAUM: Objection. Asked and

14    04:03:46 answered.

15    04:03:46 You may answer it again.

16    04:03:50 THE WITNESS: Ripple tries to educate

17    04:03:56 participants in the cryptocurrency markets about

18    04:04:02 what we feel are the superior aspects of XRP versus

19    04:04:07 Bitcoin and Ethereum, for example.

20    04:04:10 BY MR. SYLVESTER:

21    04:04:10 Q. Okay. How does Ripple go about trying --

22    04:04:13 MR. FLUMENBAUM: Had you finished your

23    04:04:14 answer?

24    04:04:14 MR. SYLVESTER: Oh, sorry.

25    04:04:15 THE WITNESS: Yes.

1   04:04:15 BY MR. SYLVESTER:

2   04:04:16 Q. Okay. Great.

3   04:04:17 How does Ripple go about trying to educate

4   04:04:19 participants in the cryptocurrency markets about

5   04:04:22 those topics?

6   04:04:26 A. A variety of ways that we will discuss the

7   04:04:32 superiority of. For example, RippleNet over SWIFT

8   04:04:39 and correspondent banking partially enabled by the

9   04:04:43 efficiency of the XRP Ledger, ILP technology, for

10  04:04:49 example.

11  04:04:50 Q. When you say "we will discuss that," is

12  04:04:52 that a reference to Ripple's public statements?

13  04:04:57 A. I'm sorry, what was -- what was the

14  04:04:59 question referring to?

15  04:05:02 Q. I asked how does Ripple go about trying to

16  04:05:04 educate participants in the cryptocurrency markets

17  04:05:06 about those topics and your first sentence was, "A

18  04:05:09 variety of ways that we will discuss the superiority

19  04:05:12 of." And so I was just asking if "we will discuss"

20  04:05:14 is a reference to Ripple's public statements?

21  04:05:17 MR. FLUMENBAUM: Objection as to form.

22  04:05:20 THE WITNESS: Well, Ripple is an

23  04:05:22 enterprise-focused company. So many of those

24  04:05:27 discussions happen in meetings with enterprise

25  04:05:32 customers. And then they'll also occur in

1   04:05:35 enterprise-focused conferences to educate users of

2   04:05:45 competitive processes and technologies to products

3   04:05:50 like RippleNet.

4   04:05:52 BY MR. SYLVESTER:

5   04:05:52 Q. When you say -- sorry -- strike that.

6   04:05:58 When you say enterprise customers, do you

7   04:06:00 mean Ripple's customers?

8   04:06:04 A. Well, I mean specifically a type of

9   04:06:07 customer that Ripple focuses on, which is the

10  04:06:10 enterprise space rather than the consumer space.

11  04:06:17 Q. Okay.

12  04:06:18 MR. FLUMENBAUM: Mark?

13  04:06:19 MR. SYLVESTER: Yes.

14  04:06:19 Let's look at 178, please. Actually, hang

15  04:06:27 on a second, Rob.

16  04:06:28 BY MR. SYLVESTER:

17  04:06:28 Q. Before we do that, does Ripple ever employ

18  04:06:31 third parties to make positive statements about

19  04:06:33 Ripple on its behalf?

20  04:06:36 MR. FLUMENBAUM: Objection as to form.

21  04:06:37 THE WITNESS: Are you talking about

22  04:06:40 outside public relations firms?

23  04:06:47 BY MR. SYLVESTER:

24  04:06:47 Q. Yes. Let's start there.

25  04:06:50 A. Sure. Like any technology company, we

```
 1    04:06:55 have internal MarComm, marketing and communications,

 2    04:07:00 team members who will frequently employ outside

 3    04:07:06 MarComm-type companies in -- and in different --

 4    04:07:13 different markets as well, globally.

 5    04:07:15 Q. Okay. In addition to any retention of

 6    04:07:17 outside marketing companies, does Ripple ever pay

 7    04:07:25 individuals to make positive statements in the press

 8    04:07:27 about Ripple?

 9    04:07:29 MR. FLUMENBAUM: Objection as to form.

10    04:07:32 THE WITNESS: Not that I'm aware of.

11    04:07:35 MR. SYLVESTER: Okay. Let's look at 178.

12    04:07:37 (Whereupon, Deposition Exhibit CL-178

13    04:07:38 was marked for identification.)

14    04:08:07 MR. SYLVESTER: So for the record,

15    04:08:07 document 178, Exhibit 178 is two text messages, two

16    04:08:12 pages of text messages that appear between -- to be

17    04:08:15 between Mr. Larsen and          dated July 24th,

18    04:08:19 2020.

19    04:08:26 MR. FLUMENBAUM: Just so the record's

20    04:08:27 clear, the second page of the document is Bates

21    04:08:29 stamped; the first page is not.

22    04:08:47 THE WITNESS: Okay.

23    04:08:48 BY MR. SYLVESTER:

24    04:08:48 Q. What is                     ?

25    04:08:51 A. That's a competitor to
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
1   04:08:54 Q. What is Mr. ████████ relationship with

2   04:08:56 ████████████ if any?

3   04:08:59 A. I believe he's the founder.

4   04:09:07 Q. You suggest in here that there's a big

5   04:09:12 opening for ██████████to feed XRP news.

6   04:09:15 Do you see that?

7   04:09:16 A. I do.

8   04:09:16 Q. And is that a suggestion that ██████

9   04:09:18 ████████ publish positive articles about XRP?

10  04:09:22 MR. FLUMENBAUM: Objection as to form.

11  04:09:27 THE WITNESS: No. ██████████ is a

12  04:09:30 journalist. He's going to publish what he wants.

13  04:09:32 What I'm referring to is the surprising lack of

14  04:09:37 media feeds in the feeds in the Apple financial app

15  04:09:45 and that that seemed like an opportunity for██

16  04:09:50 BY MR. SYLVESTER:

17  04:09:50 Q. Mr. ██████ responds:

18  04:09:54 "We have noticed precisely the

19  04:09:55 same thing. We have two nice XRP

20  04:09:58 stories coming."

21  04:09:59 Did you understand him to be saying that

22  04:10:02 ████████████ was about to publish two nice XRP

23  04:10:06 stories?

24  04:10:10 MR. FLUMENBAUM: Objection as to form.

25  04:10:13 THE WITNESS: Yeah. That's what it says.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

303

```
1   04:10:15 BY MR. SYLVESTER:
2   04:10:15 Q. Okay. Have you ever had any kind of
3   04:10:32 agreement with Mr. ███████ where you paid him for his
4   04:10:36 services?
5   04:10:37 A. Yes.
6   04:10:39 Q. What was the nature of that agreement?
7   04:10:44 A. Well, ████ lost -- or was hacked a large
8   04:10:48 number of the XRP that he had bought. And that was
9   04:10:56 a good way for me to help him with that, but then
10  04:11:03 also have his services available if I needed them.
11  04:11:13 Yeah.
12  04:11:13
13  04:11:16
14  04:11:19
15  04:11:25
16  04:11:30
17  04:11:36
18  04:11:38
19  04:11:43
20  04:11:46
21  04:11:50
22  04:11:58
23  04:12:06
24  04:12:10
25  04:12:14 Q. Other than the projects that you just
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1   04:12:16 described, has Mr. ████ provided any other
 2   04:12:20 services pursuant to that agreement?
 3   04:12:27 MR. FLUMENBAUM: Objection. You're
 4   04:12:27 referring to an agreement without showing the
 5   04:12:29 agreement.
 6   04:12:30 THE WITNESS: Mr. ████ and I are close
 7   04:12:32 friends, and it's almost like having him on a
 8   04:12:35 retainer for things just like what I just mentioned.
 9   04:12:42 BY MR. SYLVESTER:
10   04:12:42 Q. Understanding that, between the agreement
11   04:12:45 and today, are there any other projects that he's
12   04:12:49 worked on that were services pursuant to that
13   04:12:54 agreement?
14   04:12:54 MR. FLUMENBAUM: Objection as to form.
15   04:13:00 THE WITNESS: Well, again, he's sort of on
16   04:13:01 retainer, if you will. I pick up the phone when I
17   04:13:07 want to know about something that he's an expert in,
18   04:13:09 maybe around politics, for example, but that's how I
19   04:13:13 regard that contract.
20   04:13:14 BY MR. SYLVESTER:
21   04:13:14 Q. Okay. Do any of Mr. ████ services
22   04:13:17 relate in any way to ████████ stories?
23   04:13:23 A. ████████ had a relationship with
24   04:13:24 Ripple, but I believe that Brad was unhappy with
25   04:13:26 that relationship. That's up to Brad on how he
```

1   04:13:30 wants to run that.

2   04:13:31 Q. What was the relationship between

3   04:13:32 ███████ and Ripple?

4   04:13:33 A. I believe that was an advertising

5   04:13:37 relationship.

6   04:13:39 Q. Did Ripple pay ██████████ to provide

7   04:13:43 advertising services?

8   04:13:45 A. I believe it did.

9   04:13:47 Q. What sort of advertising services did

10  04:13:50 ██████████ provide pursuant to that agreement?

11  04:13:55 A. I'm assuming it had to do with products

12  04:13:58 and applications that Ripple had at the time.

13  04:14:10 Q. Who entered into that agreement with

14  04:14:13 ██████████ on behalf of Ripple?

15  04:14:15 A. I don't know exactly who that would have

16  04:14:16 been.

17  04:14:17 Q. Not you?

18  04:14:18 A. No, that was after my time as CEO.

19  04:14:24 MR. SYLVESTER: Okay. Let's look at

20  04:14:29 Exhibit 147, please.

21  04:14:46 Actually, I have the wrong number. Hold

22  04:14:49 that. Hang on. I have the wrong number. Let's

23  04:14:55 look at 138. Sorry, Rob.

24  04:15:14 MR. FLUMENBAUM: Thank you.

25  / /

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    04:15:48 (Whereupon, Deposition Exhibit CL-138

2    04:15:49 was marked for identification.)

3    04:15:57 ZOOM PARTICIPANT: Can I verify just

4    04:15:58 Exhibit 138?

5    04:15:59 MR. SYLVESTER: That's right. Thank you.

6    04:16:07 MR. FLUMENBAUM: Before you question,

7    04:16:09 Mr. Sylvester, again, these documents are not Bates

8    04:16:13 stamped. I don't know how they've been approved.

9    04:16:19 You've attached an article to a couple of emails

10   04:16:26 and --

11   04:16:27 MR. SYLVESTER: The article -- I will tell

12   04:16:28 you, Marty. The article I pulled from the internet.

13   04:16:32 Was going to ask Mr. Larsen if this is the article

14   04:16:34 to which he refers because of the date and the

15   04:16:39 description and the text messages.

16   04:16:41 MR. FLUMENBAUM: So this article did not

17   04:16:42 go with these emails?

18   04:16:44 MR. SYLVESTER: That's correct.

19   04:16:44 MR. FLUMENBAUM: You know, you should not

20   04:16:47 mark it as one exhibit. They should be separate

21   04:16:52 exhibits. They should not be attached. And they

22   04:16:55 should be Bates stamped.

23   04:16:56 MR. SYLVESTER: Okay. All of your

24   04:16:57 objections are noted.

25   04:17:04 THE WITNESS: Okay.

```
 1    04:18:17 BY MR. SYLVESTER:

 2    04:18:17 Q. Okay. So my first question is -- there's

 3    04:18:18 a New York Times article at the back of this

 4    04:18:21 exhibit. Did you read that article at the time it

 5    04:18:22 was published?

 6    04:18:23 A. I did.

 7    04:18:24 Q. Okay. The front of the exhibit is a

 8    04:18:29 series of text messages dated the same date of the

 9    04:18:31 article, April 22nd, 2018, between you and

10    04:18:34 Mr. Garlinghouse, correct?

11    04:18:35 A. Correct.

12    04:18:35 Q. Okay. In your text that's the first page

13    04:18:39 of the exhibit, you write:

14    04:18:41 "Article is out. Cites

15    04:18:43 Ethereum and Ripple but says

16    04:18:44 'particularly Ripple.'"

17    04:18:47 A. I see that.

18    04:18:49 Q. Okay. That's a reference to the quote

19    04:18:51 from the article from Mr. Gensler; is that right?

20    04:18:54 A. Yes.

21    04:18:59 MR. FLUMENBAUM: Are you making

22    04:18:59 Mr. Gensler available as a witness in this case?

23    04:19:02 MR. SYLVESTER: Marty, I'm asking him if

24    04:19:04 he read an article.

25    04:19:05 MR. FLUMENBAUM: Okay. I --
```

1    04:19:05 MR. SYLVESTER: He said he read the

2    04:19:07 article, he text messaged Mr. Garlinghouse about it.

3    04:19:09 That's all I'm asking about, his statements and

4    04:19:12 Mr. Garlinghouse's statements, to the extent they're

5    04:19:13 in the exhibit.

6    04:19:15 MR. FLUMENBAUM: Mr. Larsen also says in

7    04:19:16 this email that he's got to be put up by the BTC

8    04:19:21 crew.

9    04:19:21 MR. SYLVESTER: I see that.

10   04:19:23 MR. FLUMENBAUM: Do you see that?

11   04:19:24 MR. SYLVESTER: Sure.

12   04:19:24 MR. FLUMENBAUM: Are you making a

13   04:19:25 representation that Mr. Gensler was not put up by

14   04:19:27 the BTC?

15   04:19:28 MR. SYLVESTER: Marty, what are you

16   04:19:29 talking about? Like, please stop talking. This

17   04:19:31 isn't an objection. This isn't my deposition.

18   04:19:33 MR. FLUMENBAUM: I think this is an

19   04:19:34 outrageous use of --

20   04:19:35 MR. SYLVESTER: I think your behavior at

21   04:19:36 this deposition is outrageous --

22   04:19:37 MR. FLUMENBAUM: Oh, please --

23   04:19:37 MR. SYLVESTER: -- and you know better.

24   04:19:39 MR. FLUMENBAUM: -- please, please.

25   04:19:41 Don't -- you're yelling. You know, just stop.

309

1    04:19:44 MR. SYLVESTER: Enough. Enough. You

2    04:19:45 stop. Say object to form.

3    04:19:47 MR. FLUMENBAUM: Ask questions.

4    04:19:48 MR. SYLVESTER: Object to form. Those are

5    04:19:49 your words.

6    04:19:50 MR. FLUMENBAUM: Ask questions, please.

7    04:19:54 BY MR. SYLVESTER:

8    04:19:54 Q. Mr. Larsen, you texted Mr. Garlinghouse

9    04:19:59 after you read this article, correct?

10   04:20:01 A. Yes.

11   04:20:01 Q. Okay. Mr. Garlinghouse responded to you:

12   04:20:02 "Yes. Have read. It's one

13   04:20:05 guy's opinion. We have many others

14   04:20:06 lined up to disagree."

15   04:20:07 Correct?

16   04:20:08 A. I see that.

17   04:20:09 Q. Okay. And then Mr. Garlinghouse followed

18   04:20:12 up that text by saying the word "publicly," correct?

19   04:20:18 A. You mean that the story is out publicly?

20   04:20:21 Q. Well, I read it as we have many other

21   04:20:24 lined up to disagree publicly.

22   04:20:26 A. Okay.

23   04:20:26 Q. How did you read it?

24   04:20:27 A. I was asking the question of you.

25   04:20:29 Q. Well, it doesn't matter what I think.

310

```
 1    04:20:31 A. Well, I don't remember the exact order
 2    04:20:34 here. I'm just seeing this, so ...
 3    04:20:36 Q. Oh, I see. I see. Okay.
 4    04:20:43 36 -- it looks to me from the second stamp
 5    04:20:46 that the "publicly" is second. But let's just, for
 6    04:20:50 sake of clarity, let's focus on "we have many others
 7    04:20:53 lined up to disagree."
 8    04:20:54 A. Okay.
 9    04:20:55 Q. Okay. Who was lined up to disagree with
10    04:20:58 Mr. Gensler in April 2018?
11    04:21:00 A. I don't recall exactly who that would be,
12    04:21:04 but I think clearly what he means here is that we
13    04:21:09 have to counteract the Bitcoin maximalist of which
14    04:21:13 Mr. Gensler was a part of that division in the
15    04:21:18 with          who very clearly is a Bitcoin
16    04:21:23 maximalist and is spreading misinformation about
17    04:21:28 Bitcoin's two biggest rival ecosystems.
18    04:21:31 Q. Okay. I want to focus on the many that
19    04:21:34 Ripple had lined up to disagree.
20    04:21:36 Can you remember any one of the many
21    04:21:38 people that Ripple was going to have -- strike that.
22    04:21:40 That Ripple had lined up to disagree?
23    04:21:46 A. I don't recall. That's -- I was not CEO
24    04:21:48 at that point.
25    04:21:48 Q. Were you aware of Ripple lining up people
```

```
 1   04:21:52 to disagree publicly with respect to XRP's
 2   04:21:54 classification as a security?
 3   04:21:57 MR. FLUMENBAUM: Objection as to form.
 4   04:21:57 There's no classification under security in this
 5   04:22:02 document.
 6   04:22:02 THE WITNESS: That's not -- yeah, that's
 7   04:22:02 not what he's referring. What he's referring to is
 8   04:22:05 the misinformation being spread by Mr. Gensler as
 9   04:22:09 part of a division of █████ which is known to be run
10   04:22:13 by a Bitcoin maximalist, Mr. ███████ who was --
11   04:22:18 obviously had to resign from ████ for unethical
12   04:22:22 practices.
13   04:22:23 BY MR. SYLVESTER:
14   04:22:23 Q. Okay. Let me just explain the basis of my
15   04:22:27 question.
16   04:22:27 A. Sure.
17   04:22:27 Q. You can tell me if you disagree with my
18   04:22:29 read. So Mr. Gensler says in the article:
19   04:22:30 "There is a strong case for
20   04:22:32 both of them - but particularly
21   04:22:34 Ripple - that they are noncompliant
22   04:22:36 securities."
23   04:22:36 A. I understand that. He's spreading
24   04:22:37 misinformation because he's trying to hurt two of
25   04:22:42 the biggest rivals to an ecosystem that he is
```

1     04:22:47 extremely biasedly attached to.

2     04:22:49 Q. I understand --

3     04:22:50 A. Which, by the way --

4     04:22:51 Q. Sorry.

5     04:22:52 MR. FLUMENBAUM: Don't interrupt him,

6     04:22:53 please.

7     04:22:53 MR. SYLVESTER: I didn't know he wasn't

8     04:22:55 finished.

9     04:22:55 THE WITNESS: By the way, that's confirmed

10    04:22:56 by Mr. Gensler' speech recently at the Aspen

11    04:23:00 Institute where he never mentions Bitcoin's

12    04:23:04 outrageous energy waste, 100 trillion-watt hours a

13    04:23:09 year, and refers to Satoshi Nakamoto almost in a

14    04:23:14 admiring way when no one knows who Satoshi Nakamoto

15    04:23:19 is. For all we know, as Americans, he could be an

16    04:23:23 agent of the Iranian intelligence for all we know.

17    04:23:27 It's absurd. So that's very unfortunate.

18    04:23:33 BY MR. SYLVESTER:

19    04:23:33 Q. Okay. When Mr. Garlinghouse writes that

20    04:23:38 Ripple has many others lined up to disagree, did you

21    04:23:42 understand that "lined up" means people who are on

22    04:23:44 Ripple's payroll?

23    04:23:46 MR. FLUMENBAUM: Objection as to form.

24    04:23:48 THE WITNESS: No. What I understood that

25    04:23:52 to mean is that there were many very smart, very

[9/14/2021] Larsen, Christian (revised) 9.14.2021

313

```
 1    04:23:55 unbiased technology-oriented people in the
 2    04:23:59 cryptocurrency markets globally that are much more
 3    04:24:03 knowledgeable and much less biased than Mr. Gensler.
 4    04:24:08 BY MR. SYLVESTER:
 5    04:24:08 Q. And who were those people that were lined
 6    04:24:15 up to disagree?
 7    04:24:16 MR. FLUMENBAUM: Objection. Asked and
 8    04:24:17 answered.
 9    04:24:17 THE WITNESS: The XRP ecosystem is an
10    04:24:20 enormous global market. It is crystal clear what
11    04:24:26 the regulation is in the enormous markets of Japan,
12    04:24:31 Singapore, United Kingdom, Switzerland, UAE, who
13    04:24:38 have made it crystal clear that XRP is a currency.
14    04:24:44 So there's an enormous ecosystem of extremely
15    04:24:48 knowledgeable financial people, professionals,
16    04:24:54 analysts, professors, that can speak much more
17    04:24:59 accurately with much less bias, much less
18    04:25:03 misinformation than Mr. Gensler is quoted in this
19    04:25:09 New York Times story.
20    04:25:09 Which, by the way, was written by
21    04:25:12 Nathaniel Popper, who is also known as a Bitcoin
22    04:25:16 maximalist, because his income is derived from the
23    04:25:21 biased Bitcoin books that he is known to have
24    04:25:24 written.
25    / /
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

314

1    04:25:25 BY MR. SYLVESTER:

2    04:25:25 Q. Okay. Just for purposes of

3    04:25:29 Mr. Garlinghouse's text, you didn't have in mind any

4    04:25:32 specific individuals that he was referencing?

5    04:25:35 MR. FLUMENBAUM: By "you," you mean

6    04:25:37 Mr. Larsen?

7    04:25:38 MR. SYLVESTER: Mr. Larsen. Yeah.

8    04:25:39 THE WITNESS: Brad is the CEO of the

9    04:25:40 company. Mr. Gensler spreading misinformation about

10   04:25:44 the company, I would expect, and I think the board

11   04:25:48 would expect, that the CEO of a company that's being

12   04:25:51 attacked with misinformation, with somebody who is

13   04:25:54 as biased as Mr. Gensler, needs to stand up to that

14   04:25:57 and counter that misinformation.

15   04:26:04 BY MR. SYLVESTER:

16   04:26:04 Q. Okay. Setting aside this document.

17   04:26:07 A. Sure.

18   04:26:10 Q. By around April 22nd, 2018, you were

19   04:26:15 aware that the SEC was investigating whether

20   04:26:17 Ripple's sales of XRP complied with the securities

21   04:26:19 laws?

22   04:26:21 A. Yes.

23   04:26:23 Q. Okay. At that point, had anyone from

24   04:26:27 Ripple reached out to the SEC to get its views on

25   04:26:31 the matter?

```
 1    04:26:33 MR. FLUMENBAUM: Objection as to form.

 2    04:26:35 THE WITNESS: I'm sorry --

 3    04:26:36 MR. FLUMENBAUM: I don't know what --

 4    04:26:37 what -- what precisely you would be referring to.

 5    04:26:40 THE WITNESS: I'm not sure I understand

 6    04:26:41 the question.

 7    04:26:42 BY MR. SYLVESTER:

 8    04:26:43 Q. Sure. In April -- in April --

 9    04:26:46 sorry -- strike that.

10    04:26:47 Upon learning that the SEC was

11    04:26:55 investigating Ripple, did anyone from Ripple reach

12    04:26:57 out to anyone at the SEC to discuss the SEC's views?

13    04:27:04 MR. CERESNEY: Here, I just want to

14    04:27:05 caution the witness that anything he learned from

15    04:27:08 counsel about discussions with counsel and the SEC

16    04:27:12 would be privileged, so I'd just instruct him that

17    04:27:15 if he can answer that question without referencing

18    04:27:17 discussions with counsel, he should avoid --

19    04:27:20 THE WITNESS: Yeah, there's no way for me

20    04:27:21 to delineate what I would have learned outside of

21    04:27:25 counsel with what I learned from counsel.

22    04:27:27 BY MR. SYLVESTER:

23    04:27:27 Q. Okay. Who is                    ?

24    04:27:30 A.                    worked at another of the

25    04:27:34 cryptocurrency realms at        There was competing
```

1    04:27:42 realms of individuals working on the cryptocurrency

2    04:27:47 industry at █████

3    04:27:50 Q. Is he associated with a company called

4    04:27:52 ████████████████

5    04:27:53 A. I don't know.

6    04:27:55 Q. Okay. Has Ripple ever had any

7    04:27:57 relationship with ████████████████

8    04:27:59 A. That's possible.

9    04:28:01 Q. Okay. Do you know whether or not Ripple

10   04:28:03 has ever paid ████████████ any amount of money?

11   04:28:06 A. That's also possible.

12   04:28:09 MR. FLUMENBAUM: If you don't know, you

13   04:28:11 know, just say I don't know. Anything is possible.

14   04:28:14 THE WITNESS: Well, my recollection with

15   04:28:16 ████████████ is that we were supporting his efforts

16   04:28:20 at ████ if I recollect correctly.

17   04:28:25 MR. SYLVESTER: Okay. Let's look at

18   04:28:26 Exhibit 140, please.

19   04:28:27 (Whereupon, Deposition Exhibit CL-140

20   04:28:28 was marked for identification.)

21   04:29:15 THE WITNESS: Okay. I see it.

22   04:29:17 MR. FLUMENBAUM: Hold on a second. You've

23   04:29:21 attached two emails to this exhibit. One is Bates

24   04:29:27 stamped, one is not.

25   04:29:28 MR. SYLVESTER: Two text messages between

317

1   04:29:30 Mr. ████ and Mr. Larsen, dated -- I take your

2   04:29:36 point. They're two different dates.

3   04:29:38 MR. FLUMENBAUM: Two different dates.

4   04:29:39 MR. SYLVESTER: I'll ask a question only

5   04:29:40 about the Bates-stamped document.

6   04:29:41 BY MR. SYLVESTER:

7   04:29:41 Q. So Exhibit 140, the first page is Bates

8   04:29:45 stamped ending -5494. It's a text from Mr. ████

9   04:29:50 to you, Mr. Larsen.

10  04:29:51 Do you see that?

11  04:29:52 A. I see that.

12  04:29:52 Q. It's dated May 23rd, 2018?

13  04:29:56 A. Yes.

14  04:29:57 Q. Okay. And it says:

15  04:29:57 "Fresh intel from SEC meeting

16  04:30:00 yesterday. You have very little

17  04:30:01 time left."

18  04:30:02 Do you see that?

19  04:30:03 A. I see that.

20  04:30:04 Q. Did you have -- did you ever discuss with

21  04:30:06 Mr. ████ this text message?

22  04:30:12 A. You mean did I have a conversation after

23  04:30:14 receiving this text message?

24  04:30:15 Q. Yes.

25  04:30:15 A. Not that I can recall.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
1    04:30:17 Q. Okay. Was Mr. ███████ -- were you
2    04:30:23 surprised -- strike that.
3    04:30:23 Were you surprised to receive a text
4    04:30:26 message from Mr. ██████ stating "fresh intel from
5    04:30:28 SEC meeting yesterday"?
6    04:30:32 A. I don't know what to make of ████████.
7    04:30:35 He's involved with ███ in, again, one of the -- what
8    04:30:38 he would describe as the competing fiefdoms on
9    04:30:44 cryptocurrencies and was critical of ████████ wing
10   04:30:49 that was known as being Bitcoin maximalists. So he
11   04:30:55 seemed to have information. How credible it is,
12   04:31:00 hard for me to tell.
13   04:31:01 Q. He seemed to have information about what?
14   04:31:05 A. He seemed to have information about, you
15   04:31:10 know, how the SEC was going to look at the
16   04:31:15 cryptocurrency industries.
17   04:31:17 Q. I see. And do you have an understanding
18   04:31:21 of what Mr. ██████ meant by "you have very little
19   04:31:25 time left"?
20   04:31:26 A. Well, he seems to be implying that there
21   04:31:27 was something brewing at the SEC. But, again, I
22   04:31:31 have no way of knowing, you know, if that's just
23   04:31:36 talk. That's just rumors. Is he manipulating us.
24   04:31:40 It's just very, very hard to tell.
25   04:31:42 Q. What steps, if any, did you take to verify
```

```
1    04:31:45 whether or not Mr. ███████ had accurate information
2    04:31:47 about the SEC?
3    04:31:52 A. Well, I'm not sure there's anything you
4    04:31:54 can do. You just have to make your best judgment.
5    04:32:06 Q. Did you ask Mr. ███████ what his intel was
6    04:32:09 from the SEC meeting?
7    04:32:11 MR. FLUMENBAUM: Objection as to form.
8    04:32:12 Asked and answered.
9    04:32:13 THE WITNESS: I don't know that he met
10   04:32:14 with the SEC.
11   04:32:18 BY MR. SYLVESTER:
12   04:32:18 Q. Just referencing Mr. ███████ message to
13   04:32:20 you, "fresh intel from the SEC meeting." Did you
14   04:32:23 ask him what his fresh intel was from the SEC
15   04:32:25 meeting?
16   04:32:26 MR. FLUMENBAUM: Objection as to form.
17   04:32:29 THE WITNESS: Well, my understanding, he's
18   04:32:30 not meeting with the SEC; he is meeting with
19   04:32:32 somebody who might have intel. But, again, no way
20   04:32:36 to verify if that's just talk or if it's relevant.
21   04:32:42 BY MR. SYLVESTER:
22   04:32:42 Q. How did you obtain the understanding that
23   04:32:44 he was meeting with somebody who might have intel?
24   04:32:48 MR. FLUMENBAUM: Objection -- objection as
25   04:32:49 to form.
```

| | |
|---|---|
| 1 | 04:32:51 THE WITNESS: That seemed to be what he |
| 2 | 04:32:52 was representing. |
| 3 | 04:32:53 BY MR. SYLVESTER: |
| 4 | 04:32:53 Q. In this text message or otherwise? |
| 5 | 04:32:55 A. Otherwise. |
| 6 | 04:32:56 Q. Okay. What did Mr. ███ tell you about |
| 7 | 04:33:01 the source of his information about the SEC in |
| 8 | 04:33:04 conversations outside of this text message? |
| 9 | 04:33:06 MR. FLUMENBAUM: Objection as to form. |
| 10 | 04:33:08 THE WITNESS: He seemed to keep that much |
| 11 | 04:33:10 to himself. |
| 12 | 04:33:11 BY MR. SYLVESTER: |
| 13 | 04:33:11 Q. What did -- outside of this text message, |
| 14 | 04:33:19 what, if anything, did Mr. ███ tell you about the |
| 15 | 04:33:22 SEC's views with respect to Ripple or XRP? |
| 16 | 04:33:28 MR. FLUMENBAUM: Objection as to form. |
| 17 | 04:33:30 THE WITNESS: My recollection was that |
| 18 | 04:33:34 someone was trying to misinformation campaign |
| 19 | 04:33:40 against us, which I would assume to be the Bitcoin |
| 20 | 04:33:43 maximalists. |
| 21 | 04:33:49 BY MR. SYLVESTER: |
| 22 | 04:33:49 Q. And was that connected at all to the SEC? |
| 23 | 04:33:54 MR. FLUMENBAUM: Objection as to form. |
| 24 | 04:33:54 THE WITNESS: Well -- |
| 25 | / / |

1    04:33:54 BY MR. SYLVESTER:

2    04:33:54 Q. I just must have misunderstood your

3    04:34:08 answer.

4    04:34:08 A. -- you might want to ask your internal

5    04:34:09 folks if they want to do an investigation. I think

6    04:34:11 that probably would be a healthy thing.

7    04:34:14 Q. Okay. So make sure I understand your

8    04:34:17 testimony. Mr. ▮▮▮▮ conveyed to you that there

9    04:34:21 were -- that there was a misinformation campaign

10   04:34:28 against Ripple and the SEC?

11   04:34:30 MR. FLUMENBAUM: Objection as to form.

12   04:34:33 THE WITNESS: No. I think what he's

13   04:34:34 getting at is there's an opposition campaign by

14   04:34:40 competing ecosystems to hurt a competitive

15   04:34:45 ecosystem.

16   04:34:47 BY MR. SYLVESTER:

17   04:34:47 Q. Okay. Outside of this text message, did

18   04:34:53 Mr. ▮▮▮▮ ever purport to provide you any other

19   04:34:56 intel from an SEC meeting?

20   04:34:59 MR. FLUMENBAUM: Objection as to form.

21   04:35:01 THE WITNESS: Not that I can recall. My

22   04:35:04 conclusion on ▮▮▮▮ is not somebody I would

23   04:35:08 want to continue working with.

24   04:35:10 BY MR. SYLVESTER:

25   04:35:10 Q. I see. Let's look at Exhibit 1 --

1   04:35:31 actually, before we do that, who is ████████

2   04:35:35 A. ████████████ is on one of the federal

3   04:35:38 reserve boards. I can't recall which one. He was

4   04:35:46 also a founder of ████████████████████.

5   04:35:50 He's also on the board of ████████████

6   04:35:53 Q. Okay. What's ████████████ connection,

7   04:36:00 if any, with the digital asset industry?

8   04:36:03 MR. FLUMENBAUM: Objection as to form.

9   04:36:04 THE WITNESS: Mr. ████████ is an

10  04:36:06 incredibly respected financial leader, speaks at the

11  04:36:14 world economic forum, which I believe is where I met

12  04:36:16 him. And he also now runs a very successful

13  04:36:24 cryptocurrency fund.

14  04:36:27 MR. SYLVESTER: Okay. Let's take a look

15  04:36:28 at Exhibit 160.

16  04:36:30 (Whereupon, Deposition Exhibit CL-160

17  04:36:32 was marked for identification.)

18  04:37:43 THE WITNESS: Okay.

19  04:40:43 BY MR. SYLVESTER:

20  04:40:43 Q. This is -- Exhibit 160 is an email

21  04:40:52 exchange between Mr. ████████ Mr. Garlinghouse and

22  04:40:54 you. The top email is November 7th, 2018; is that

23  04:40:57 right?

24  04:40:58 A. That's right.

25  04:41:00 Q. Okay. It appears that Mr. ████████ read

1    04:41:05 Bill Hinman's speech; is that right?

2    04:41:08 MR. FLUMENBAUM: Objection as to form.

3    04:41:09 THE WITNESS: That appears correct.

4    04:41:11 BY MR. SYLVESTER:

5    04:41:11 Q. Okay. You have familiarity with what I

6    04:41:13 mean when I say Bill Hinman's speech?

7    04:41:16 A. No. Other than what you're referring to

8    04:41:17 here in this email exchange.

9    04:41:20 Q. Okay. Do you know who Bill Hinman is?

10   04:41:22 A. I do.

11   04:41:23 Q. Okay. Are you familiar with the fact that

12   04:41:25 he gave a speech about the application of the

13   04:41:27 securities laws to digital assets?

14   04:41:31 A. Clarifying question. Is this the speech

15   04:41:32 where he said that the SEC doesn't consider Ethereum

16   04:41:38 a security?

17   04:41:41 Q. It's a speech in which Mr. Hinman spoke

18   04:41:44 about here.

19   04:41:45 A. Where he said that the SEC doesn't

20   04:41:47 consider Ethereum a security?

21   04:41:49 Q. Mr. Larsen, I can't answer your questions

22   04:41:51 here. It goes the other way around.

23   04:41:53 A. Well, it's important in the way I respond.

24   04:41:57 Q. Okay. Are you familiar with more than one

25   04:41:59 speech that Mr. Hinman gave during his tenure at the

324

1    04:42:03 SEC?

2    04:42:04 A. Well, I'm assuming he's given many

3    04:42:06 speeches.

4    04:42:06 Q. Sure. I'm asking your personal

5    04:42:09 familiarity.

6    04:42:12 A. Well, yes.

7    04:42:13 Q. Okay.

8    04:42:16 A. But that is the speech you're referring to

9    04:42:18 where --

10   04:42:19 Q. Again, Mr. Larsen, I'm not answering your

11   04:42:21 questions. I ask you questions.

12   04:42:24 MR. SYLVESTER: I understand, we can leave

13   04:42:25 it alone.

14   04:42:27 MR. CERESNEY: Mark, he talks about

15   04:42:28 Ethereum in that speech.

16   04:42:29 MR. SYLVESTER: That's exactly what I told

17   04:42:30 the witness. He talks about Ethereum in that speech

18   04:42:33 and the witness would like to ask me a further

19   04:42:34 question and I'm not going to answer it.

20   04:42:35 MR. CERESNEY: Okay. So then he can't

21   04:42:37 answer the question you're asking him. He's looking

22   04:42:39 for clarity.

23   04:42:40 MR. SYLVESTER: I'm going back to the

24   04:42:41 email.

25   04:42:42 MR. CERESNEY: Show him the speech if you

1    04:42:43 want to show him something.

2    04:42:46 MR. SYLVESTER: Understood. I have

3    04:42:47 questions about the email, so I'm going to return to

4    04:42:52 the email, if that's all right with you.

5    04:42:53 MR. CERESNEY: Okay.

6    04:42:53 BY MR. SYLVESTER:

7    04:42:53 Q. Okay. So Mr. ████████ writes, in his

8    04:42:55 email -- we're now on page Bates ending -149.

9    04:42:59 A. Okay.

10   04:42:59 Q. He writes:

11   04:42:59 "Hinman offers to help

12   04:43:02 promoters and their counsel work

13   04:43:04 through these issues."

14   04:43:06 Do you see that?

15   04:43:06 A. I do.

16   04:43:07 Q. Okay. And then Mr. ████████ concludes

17   04:43:10 with -- that paragraph with:

18   04:43:10 "You should take him up on

19   04:43:12 this offer."

20   04:43:13 Do you see that?

21   04:43:13 A. Yes.

22   04:43:15 Q. Okay. Did Ripple ever take Mr. Hinman up

23   04:43:24 on that offer?

24   04:43:25 MR. FLUMENBAUM: Objection. You're

25   04:43:26 getting into meetings that you know existed between

```
 1    04:43:29 Ripple and -- and the SEC. I don't understand this
 2    04:43:34 line of questioning at all, Mr. Sylvester. You're
 3    04:43:39 talking about settlement discussions. You're
 4    04:43:40 talking about --
 5    04:43:41 MR. SYLVESTER: I'm not talking about
 6    04:43:42 settlement discussions.
 7    04:43:43 MR. FLUMENBAUM: Well, how can he answer
 8    04:43:44 that question without talking about things that
 9    04:43:46 shouldn't be talked about --
10    04:43:48 MR. SYLVESTER: Let me ask a better
11    04:43:49 question. Let me ask a better question.
12    04:43:50 Q. Did Ripple meet with Bill Hinman or his
13    04:43:54 staff to work to -- in assistance to work through
14    04:43:58 these issues?
15    04:44:02 MR. FLUMENBAUM: Objection as to form.
16    04:44:02 Mr. Ceresney?
17    04:44:09 MR. CERESNEY: Ask the question again.
18    04:44:11 MR. SYLVESTER: Sure. Okay.
19    04:44:12 Let's start with the foundation.
20    04:44:13 Q. Mr. ███████ says, "You should take him up
21    04:44:16 on this offer," correct?
22    04:44:17 A. I see that.
23    04:44:18 Q. Okay. And the offer is, according to
24    04:44:20 Mr. ███████ to help promoters and their counsel
25    04:44:23 work through these issues.
```

327

```
 1    04:44:25 Do you see that?

 2    04:44:25 A. I see that.

 3    04:44:26 Q. Okay. So in your view, did Ripple take up

 4    04:44:28 Mr. Hinman on his offer to help promoters and their

 5    04:44:32 counsel work through these issues?

 6    04:44:35 MR. CERESNEY: You're characterizing it as

 7    04:44:37 his offer. This is Mr. ███████ view of

 8    04:44:39 Mr. Hinman's speech. So is the question whether

 9    04:44:43 they did what Mr. ███████ suggest that Mr. Hinman

10    04:44:46 said in his speech?

11    04:44:47 MR. SYLVESTER: Yes.

12    04:44:48 MR. CERESNEY: Okay. That's a different

13    04:44:49 question than what you asked so why don't you ask

14    04:44:52 the question.

15    04:44:52 BY MR. SYLVESTER:

16    04:44:53 Q. Did Ripple do what Mr. ███████ suggested

17    04:44:55 that Mr. Hinman said that promoters could do in his

18    04:44:58 speech?

19    04:44:58 MR. FLUMENBAUM: And you're talking about

20    04:44:59 the June 14, 2018 speech?

21    04:45:02 MR. SYLVESTER: Yes. June 2018.

22    04:45:05 THE WITNESS: It's my understanding that

23    04:45:06 the company was meeting with the SEC on the same day

24    04:45:09 as the speech.

25    / /
```

```
 1   04:45:14 BY MR. SYLVESTER:

 2   04:45:14 Q. Okay.

 3   04:45:20 MR. CERESNEY: Fair point.

 4   04:45:20 BY MR. SYLVESTER:

 5   04:45:21 Q. Mr. Garlinghouse writes to Mr. ▮▮▮▮▮

 6   04:45:25 discussing Mr. Hinman's speech; is that right?

 7   04:45:30 A. As I read this, it looks like

 8   04:45:34 Mr. Garlinghouse is explaining some key details

 9   04:45:42 about the XRP ecosystem to Mr. ▮▮▮▮▮.

10   04:45:47 Q. Okay. And Mr. ▮▮▮▮▮ replies:

11   04:45:48 "You have convinced me and I

12   04:45:50 am curious why the SEC has dragged

13   04:45:53 their heels on XRP. Is there any

14   04:45:54 rationale they have shared with

15   04:45:56 you. You can bet that I will raise

16   04:45:58 this."

17   04:45:58 Do you see that?

18   04:45:59 A. I see that. And it's terrific.

19   04:46:01 Q. Do you have an understanding of what

20   04:46:05 Mr. ▮▮▮▮▮ would raise?

21   04:46:10 A. Well, I'm assuming, from this, that he

22   04:46:12 would raise his belief that XRP is a currency, as we

23   04:46:15 have always believed. And someone like

24   04:46:18 Mr. ▮▮▮▮▮ -- I mean, you don't get any more

25   04:46:22 experienced or intelligent or successful in
```

1    04:46:26 financial markets as Mr. ████████

2    04:46:29 Q. With whom would he raise this?

3    04:46:34 A. Well, I believe he was on a panel with

4    04:46:36 Mr. Clayton around this time, if I remember

5    04:46:39 correctly.

6    04:46:41 Q. Okay. So you write:

7    04:46:42 "Here we go. Nice job, Brad."

8    04:46:45 Do you see that?

9    04:46:46 A. I do.

10   04:46:47 Q. And that's in response to your

11   04:46:48 understanding that Mr. ██████ would raise this

12   04:46:49 with Mr. Clayton?

13   04:46:51 A. That's my understanding about how awesome

14   04:46:56 it is to have someone like Mr. █████ understand

15   04:47:03 these markets so well.

16   04:47:08 Q. Okay. Mr. Larsen, you've referred to

17   04:47:12 Bitcoin maximalists a few times today; is that

18   04:47:15 correct?

19   04:47:16 A. I have.

20   04:47:16 Q. Did XRP have maximalists?

21   04:47:20 A. There are definitely some very passionate

22   04:47:26 people in the XRP ecosystem, every bit as equal as

23   04:47:32 people in the Bitcoin ecosystem or the Ethereum

24   04:47:35 ecosystem.

25   04:47:36 Q. Who are those people?

1    04:47:37 A. Are you asking me to name them?

2    04:47:38 Q. Yes. If you know their names.

3    04:47:41 A. You're talking about millions of people

4    04:47:42 all over the world.

5    04:47:43 Q. Okay. So not anyone in specific that

6    04:47:45 springs to mind?

7    04:47:50 A. Well, you were comparing them to Bitcoin

8    04:47:52 maximalists. Those are also millions of people all

9    04:47:55 over the world.

10   04:47:56 Q. Are you familiar with the term "XRP Army"?

11   04:47:59 A. I've heard that term.

12   04:48:00 Q. Okay. Would you consider the XRP Army to

13   04:48:02 be XRP maximalists?

14   04:48:05 MR. FLUMENBAUM: Objection as to form.

15   04:48:06 THE WITNESS: I would consider that

16   04:48:07 definition to be -- equate to people that are as

17   04:48:12 passionate about Bitcoin's technology and as

18   04:48:16 passionate about Ethereum's technology. It's very

19   04:48:20 much equivalent.

20   04:48:25 BY MR. SYLVESTER:

21   04:48:25 Q. And the XRP Army is as passionate about

22   04:48:28 XRP; is that right?

23   04:48:31 A. Just to be clear, that's not a term that I

24   04:48:33 use. But, you know, it's a term that's out there.

25   04:48:36 But, again, that is really defining the ecosystem of

1    04:48:46 XRP. Exactly the same thing as the ecosystem of

2    04:48:48 Ethereum and the ecosystem of Bitcoin. These are

3    04:48:53 competing technology ecosystems, and the rivalry

4    04:48:59 between them is intense, to say the least.

5    04:49:03 MR. SYLVESTER: Okay. Let's look at

6    04:49:04 Exhibit 148, please.

7    04:49:10 MR. MOYE: 148?

8    04:49:10 MR. SYLVESTER: Yes.

9    04:49:14 ZOOM PARTICIPANT: Repeat the exhibit

10   04:49:15 number, please.

11   04:49:16 MR. SYLVESTER: Sure. 148.

12   04:49:18 ZOOM PARTICIPANT: 148, thank you.

13   04:49:18 MR. SYLVESTER: And, for the record, since

14   04:49:20 this document doesn't bear a Bates stamp, it's

15   04:49:22 Larsen SEC_LIT 00003738.

16   04:49:36 (Whereupon, Deposition Exhibit CL-148

17   04:49:36 was marked for identification.)

18   04:49:36 BY MR. SYLVESTER:

19   04:50:07 Q. For the record, this appears to be a text

20   04:50:08 message from ███████ to Chris Larsen, dated

21   04:50:13 July 17th, 2018.

22   04:50:15 A. I see that, yes.

23   04:50:17 Q. Okay. Who is Mr. ████?

24   04:50:20 A. Mr. ████ is a very successful, recently

25   04:50:25 private equity investor. Then was so successful he

1    04:50:30 created his own fund, and he is an extremely active

2    04:50:34 investor in financial technology. And he's an

3    04:50:39 investor in Ripple.

4    04:50:43 Q. Mr. ████ is an equity investor in Ripple?

5    04:50:45 A. He is.

6    04:50:46 Q. Okay. Mr. ████ writes, the fifth point:

7    04:50:49 "Press hard on your lobbying

8    04:50:52 effort and SEC. Remember you and

9    04:50:54 Brad are the ultimate quarterbacks.

10   04:50:56 The lawyers and lobbyists work for

11   04:50:59 you. War room effort is needed."

12   04:51:01 Do you see that?

13   04:51:02 A. I do.

14   04:51:02 Q. Do you have an understanding of what

15   04:51:04 Mr. ████ meant by "war room effort is needed"?

16   04:51:07 MR. FLUMENBAUM: Objection as to form.

17   04:51:07 THE WITNESS: Yes. I think he's -- he's

18   04:51:08 talking about countering the misinformation campaign

19   04:51:12 that the Bitcoin maximalists and perhaps the

20   04:51:16 Ethereum maximalists and some of the investors in

21   04:51:19 both those ecosystems had been throwing at the XRP

22   04:51:26 ecosystem and through trying to tie it to Ripple.

23   04:51:33 BY MR. SYLVESTER:

24   04:51:33 Q. One of the things that Mr. ████ says is

25   04:51:36 "the lawyers and lobbyists work for you."

333

1    04:51:40 Do you see that?

2    04:51:41 A. I do.

3    04:51:41 Q. At the time of this text message, did

4    04:51:42 Ripple employ lobbyists?

5    04:51:49 MR. CERESNEY: Answer that yes or no.

6    04:51:50 THE WITNESS: Yes.

7    04:51:51 BY MR. SYLVESTER:

8    04:51:51 Q. Who did Ripple employ as lobbyists at the

9    04:51:55 time of this text message?

10   04:51:57 A. I don't remember the name or names of the

11   04:52:01 lobbying people. But they were very important at

12   04:52:06 this juncture of the development of the

13   04:52:09 cryptocurrency markets to make sure that it wasn't

14   04:52:14 just the Bitcoin and Ethereum voices that were

15   04:52:18 driving possible legislation in the U.S. around

16   04:52:25 cryptocurrency.

17   04:52:28 Q. Did Ripple retain any lobbying

18   04:52:33 firms -- strike that.

19   04:52:36 Had Ripple retained any lobbying firms by

20   04:52:40 July 2018?

21   04:52:41 MR. FLUMENBAUM: Objection as to form.

22   04:52:43 THE WITNESS: To the best of my knowledge,

23   04:52:44 yes.

24   04:52:44 BY MR. SYLVESTER:

25   04:52:44 Q. How many?

334

```
 1    04:52:47 A.  I don't know.

 2    04:52:50 Q.  Was it more than two?

 3    04:52:52 MR. FLUMENBAUM:  Objection as to form.

 4    04:52:53 THE WITNESS:  I don't know.

 5    04:52:53 BY MR. SYLVESTER:

 6    04:52:55 Q.  Who at Ripple would know which lobbying

 7    04:52:59 firms were retained?

 8    04:53:01 A.  The leadership group would know.

 9    04:53:03 Q.  Mr. Garlinghouse?

10    04:53:04 A.  Yes.

11    04:53:05 Q.  Okay.  Did you have any role in retaining

12    04:53:09 lobbyists on behalf of Ripple?

13    04:53:11 A.  Not at this time.  Again, I was the

14    04:53:13 chairman.

15    04:53:14 Q.  Okay.  At any time, did you have a role in

16    04:53:17 retaining lobbyists on behalf of Ripple?

17    04:53:21 MR. FLUMENBAUM:  Objection as to form.

18    04:53:22 THE WITNESS:  Yes.

19    04:53:22 BY MR. SYLVESTER:

20    04:53:22 Q.  When was that?

21    04:53:26 A.  I don't recall the exact date.

22    04:53:28 Q.  Was it while you were chairman?

23    04:53:30 A.  No.  It would be while I was CEO.

24    04:53:33 Q.  Okay.  Who did you retain as a lobbyist

25    04:53:36 for Ripple during the time you were CEO?
```

```
1    04:53:41 A. So ████████ although technically I'm
2    04:53:44 not sure if they're a lobbyist or an advisor. And
3    04:53:48 ████████ former interim director of the Consumer
4    04:53:54 Financial Protection Bureau, who I've known for a
5    04:53:59 long time. And I'm not sure if that's technically a
6    04:54:05 lobbyist or -- or what his designation is.
7    04:54:11 Q. Okay. Other than those two, were there
8    04:54:12 any lobbyists that you were involved in retaining
9    04:54:16 during your time as CEO?
10   04:54:17 MR. FLUMENBAUM: Objection as to form.
11   04:54:18 THE WITNESS: Not that I can recall.
12   04:54:19 BY MR. SYLVESTER:
13   04:54:19 Q. Okay. What was ████████ objective as
14   04:54:30 a lobbyist?
15   04:54:31 MR. FLUMENBAUM: Objection as to form. I
16   04:54:32 think he testified that he wasn't sure whether they
17   04:54:34 were a lobbyist or not.
18   04:54:37 BY MR. SYLVESTER:
19   04:54:37 Q. Okay. Fair enough.
20   04:54:38 What was ████████ hired to do for
21   04:54:40 Ripple?
22   04:54:42 A. They were hired to help us with important
23   04:54:48 compliance requirements, as well as helping us
24   04:54:53 understand where regulators were likely to be going
25   04:54:57 in the cryptocurrency industry, and to make sure
```

```
 1    04:55:01 that we had good relations with all of the key
 2    04:55:05 regulators that are responsible for regulating this
 3    04:55:09 industry, mostly, of course, the money transmission
 4    04:55:15 and treasury and FinCEN, Bank Secrecy Act, OFAC
 5    04:55:21 folks, all the key regulatory areas for this
 6    04:55:24 industry.
 7    04:55:29 Q. One of the things you mentioned
 8    04:55:31 helped with was important compliance requirements.
 9    04:55:34 Which requirements were those?
10    04:55:37 A. Like I mentioned,            was very
11    04:55:41 concerned that the cryptocurrency industry wasn't up
12    04:55:46 to the standards that would be required by the chief
13    04:55:51 regulator of this industry, treasury and FinCEN,
14    04:55:55 particularly around the money transmission, Know
15    04:55:57 Your Customer, preventing illegal activity, OFAC,
16    04:56:02 sanctioning of countries, for example. And that was
17    04:56:07 very helpful for us.
18    04:56:08 Q. Did            have any role with respect
19    04:56:10 to how the securities laws might or might not apply
20    04:56:16 to the cryptocurrency industry?
21    04:56:17 MR. FLUMENBAUM: Objection as to form.
22    04:56:21 THE WITNESS: Again, it was my -- my
23    04:56:23 understanding that that was not a key concern for
24    04:56:27 them, but that the concerns were around money
25    04:56:33 transmission, how value moves as currencies and
```

```
 1    04:56:42 making sure that all the requirements on sanctioned
 2    04:56:43 countries list, OFAC, were being followed.
 3    04:56:48 As well as some of the opportunities that
 4    04:56:51 this technology could be seen as an ally for folks
 5    04:56:54 like the USAID, I believe it was, in helping refugee
 6    04:57:01 communities and impoverished that had had an
 7    04:57:04 interest in American policy be handled in a way that
 8    04:57:07 was helpful and focused on that help.
 9    04:57:11 BY MR. SYLVESTER:
10    04:57:11 Q. Understanding that it wasn't a key concern
11    04:57:13 for them, did          do any work whatsoever on
12    04:57:17 behalf of Ripple with respect to the application of
13    04:57:18 the securities laws to digital assets?
14    04:57:21 A. No.
15    04:57:21 MR. FLUMENBAUM: Objection as to form.
16    04:57:23 THE WITNESS: Not that I can recall.
17    04:57:26 BY MR. SYLVESTER:
18    04:57:26 Q. Why did Ripple have an interest in how the
19    04:57:29 cryptocurrency markets are regulated?
20    04:57:34 A. Well, as I -- as I mentioned before, there
21    04:57:39 are various ecosystems that are trying to move
22    04:57:44 legislation in a way that favors their ecosystems.
23    04:57:47 And, again, as I mentioned,          digital
24    04:57:54 currency group at    was very much in the Bitcoin
25    04:57:59 camp and trying to push that forward.
```

```
 1    04:58:01 You mentioned ▮▮▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮
 2    04:58:06 went so far as to tell regulators that the only
 3    04:58:09 cryptocurrency ecosystems that work were ones that
 4    04:58:13 employed mining, which is an outrageous statement.
 5    04:58:18 And not only is that way more inefficient, but that
 6    04:58:21 had become nearly completely centralized in China
 7    04:58:24 under the control of the Chinese communist party.
 8    04:58:28 Such an outrageous statement.
 9    04:58:32 So it was very important that the XRP
10    04:58:37 interests, you know, are heard in Washington, just
11    04:58:44 as it is very important that the Ethereum voice is
12    04:58:50 heard from the Ethereum ecosystem.
13    04:58:52 Q. Why was it important to Ripple that the
14    04:58:54 XRP interests were heard in Washington?
15    04:58:57 A. Well, because the misinformation campaign
16    04:58:59 by the Bitcoin people like ▮▮▮▮▮▮ and that division
17    04:59:04 of ▮▮▮▮ their attack line was connecting Ripple to
18    04:59:09 the XRP Ledger and somehow saying that it was
19    04:59:15 centralized when, of course, that's an outrageous
20    04:59:19 statement. If Ripple did not exist, the XRP Ledger
21    04:59:23 would continue on. It's an enormous market existing
22    04:59:26 in hundreds of exchanges. Ripple is a small player
23    04:59:31 in the -- in the volume in those markets. So that's
24    04:59:35 the attack line. So that forced Ripple to counter
25    04:59:42 that with an effective education effort, again, to
```

1    04:59:47 counter that misinformation.

2    04:59:50 Q. You said Ripple was forced to counter that

3    04:59:53 misinformation with an education effort.

4    04:59:56 What did that education effort consist of?

5    04:59:59 A. Well, that would be on multiple levels.

6    05:00:02 But in Washington, that would be meeting with

7    05:00:07 political leaders, regulators and educating them,

8    05:00:10 for example, why the idea that only mining is a

9    05:00:17 relevant consensus method is utter nonsense and, in

10   05:00:21 fact, is counter to U.S. interests because that

11   05:00:24 favors China. And, of course, is extremely energy

12   05:00:29 wasteful and produces way too much CO2.

13   05:00:33 Q. Who in Washington did Ripple meet with?

14   05:00:36 MR. CERESNEY: You know, Mark, I've given

15   05:00:38 you a lot of latitude here, particularly in light of

16   05:00:40 the Judge's ruling on lobbyists. I know we had this

17   05:00:44 at the Zagone deposition, but I think that was a

18   05:00:46 different kind of situation because it was kind of

19   05:00:49 regulatory regulations. I've given you some

20   05:00:51 latitude here but, you know, I'm not going to allow

21   05:00:54 you to go too far down this road.

22   05:00:56 MR. SYLVESTER: Yeah, I've obviously read

23   05:00:58 the Judge's ruling, Andrew, and she didn't put any

24   05:01:00 restrictions whatsoever on asking about lobbying.

25   05:01:02 In fact, she told Ben, it's his record, and this is

340

```
 1    05:01:03 mine.
 2    05:01:03 MR. CERESNEY: Yeah. No. She told Ben
 3    05:01:07 she'd allow it in that circumstance, given those
 4    05:01:09 circumstances. So, you know, I don't know how much
 5    05:01:10 more you have on this. I'm just putting you on
 6    05:01:12 notice that at some point I'm going to draw the
 7    05:01:14 line.
 8    05:01:15 MR. SYLVESTER: Okay.
 9    05:01:15 MR. FLUMENBAUM: Are you almost done on
10    05:01:15 this --
11    05:01:15 MR. SYLVESTER: Do you have any response?
12    05:01:16 MR. FLUMENBAUM: Are you almost done on
13    05:01:18 this issue?
14    05:01:18 MR. SYLVESTER: I'm going to ask the
15    05:01:20 questions I'm going to ask. You all can lodge your
16    05:01:23 objections.
17    05:01:25 Q. Who in Washington did Ripple meet with?
18    05:01:28 MR. FLUMENBAUM: What -- what time -- what
19    05:01:29 dates are you talking about? What timing are you
20    05:01:31 talking about?
21    05:01:34 MR. SYLVESTER: Mr. Larsen just told me
22    05:01:35 that there was a need to have -- to provide
23    05:01:40 education.
24    05:01:43 MR. FLUMENBAUM: I know what his answer
25    05:01:44 was. Now you're asking another question. What
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

341

1    05:01:47 dates are you asking this question about?

2    05:01:49 BY MR. SYLVESTER:

3    05:01:49 Q. Okay. Let's start with when you were CEO.

4    05:01:52 When you were CEO, who in Washington did Ripple meet

5    05:01:55 with?

6    05:01:58 A. So I haven't been part of those meetings

7    05:02:00 in Washington. That's other team members. So

8    05:02:05 I'm -- I can't recall those names.

9    05:02:07 Q. Okay. Let's -- let me ask a foundational

10   05:02:09 question just to make sure I have the time frame

11   05:02:11 correct.

12   05:02:12 When you were Ripple's CEO, did Ripple

13   05:02:15 meet with individuals in Washington?

14   05:02:18 A. Not that I can recall in Washington, but

15   05:02:21 we did meet with people here on the West Coast, FBI,

16   05:02:26 law enforcement, to make sure that we were good

17   05:02:29 stewards. So all of those key needs to prevent

18   05:02:33 illegal activity on these new technologies.

19   05:02:37 Q. Okay. Earlier you testified, Mr. Larsen,

20   05:02:52 that Ripple needed to counter misinformation with an

21   05:02:56 effective education effort. Is that right?

22   05:02:58 A. That's right.

23   05:02:59 Q. And part of that was meeting with

24   05:03:01 individuals in Washington; is that right?

25   05:03:04 A. Correct.

```
 1    05:03:05 Q. What time frame did those meetings in
 2    05:03:07 Washington occur?
 3    05:03:15 A. Well, I think that has ramped up as the
 4    05:03:19 industry has grown and as its legislation seemed to
 5    05:03:25 be percolating at least.
 6    05:03:32 Q. In terms of industry ramp-up, would you
 7    05:03:34 say that started in 2017?
 8    05:03:36 MR. FLUMENBAUM: Objection as to form.
 9    05:03:39 THE WITNESS: Well, it's really been tied
10    05:03:40 to the growth of the overall cryptocurrency markets.
11    05:03:43 And as more and more activity within finance has
12    05:03:47 gone into blockchains and as more corporations have
13    05:03:51 talked about blockchain with their regulators and as
14    05:03:54 more venture capital funds have gotten involved in
15    05:03:59 the space.
16    05:03:59 BY MR. SYLVESTER:
17    05:03:59 Q. Right.
18    05:03:59 And sort of around when did that happen?
19    05:04:02 Was it 2017?
20    05:04:03 A. Well, no, it's not 2017. As I said, it's
21    05:04:05 been a ramp-up as the industry has grown, you know,
22    05:04:09 from the earliest days. Although you probably
23    05:04:12 ignore 2011, but certainly when -- 2013 when FinCEN
24    05:04:18 issued its key guidance on the crypto space, I think
25    05:04:23 that was kind of Washington's entry point.
```

343

```
1    05:04:25 Q. When did Ripple first meet with anyone in

2    05:04:29 Washington as part of its education campaign that

3    05:04:31 you described?

4    05:04:32 A. I don't recall.

5    05:04:35 Q. But it was after you were CEO; is that

6    05:04:37 right?

7    05:04:40 A. I don't recall.

8    05:04:43 Q. Okay. Do you recall anyone at all that

9    05:04:46 Ripple met with in Washington as part of its

10   05:04:49 education campaign you described?

11   05:04:51 MR. FLUMENBAUM: Objection as to form.

12   05:04:58 Asked and answered.

13   05:04:58 Go ahead.

14   05:04:59 THE WITNESS: I'm confident we met with a

15   05:05:02 number of regulatory leaders and political leaders.

16   05:05:10 BY MR. SYLVESTER:

17   05:05:10 Q. Who?

18   05:05:12 MR. FLUMENBAUM: You know --

19   05:05:13 THE WITNESS: I can't recall exact names.

20   05:05:14 MR. SYLVESTER: Okay. He can't recall.

21   05:05:15 He can't recall. I'm entitled to ask for his

22   05:05:18 answer.

23   05:05:18 MR. FLUMENBAUM: Well, you know, there is

24   05:05:19 a doctrine that protects this conduct.

25   05:05:23 MR. SYLVESTER: Yes. The Judge didn't
```

344

1    05:05:24 reach that in our order.

2    05:05:25 MR. FLUMENBAUM: And you're getting to the

3    05:05:26 point where you're --

4    05:05:29 MR. SYLVESTER: Listen, Marty, let me ask

5    05:05:30 the questions. We're wasting time. Let me ask the

6    05:05:32 questions, you lodge your objections, okay?

7    05:05:35 MR. FLUMENBAUM: Well, there's some that

8    05:05:36 I'm not going to let you answer.

9    05:05:38 MR. SYLVESTER: I hear what you're saying.

10   05:05:39 MR. FLUMENBAUM: Yeah.

11   05:05:39 MR. SYLVESTER: I'm saying --

12   05:05:39 MR. FLUMENBAUM: Okay.

13   05:05:39 MR. SYLVESTER: -- I'll ask the questions,

14   05:05:41 you'll lodge your objections.

15   05:05:43 All right. Let's look at Exhibit 158,

16   05:05:47 please.

17   05:05:56 MR. FLUMENBAUM: We'll take a break after

18   05:05:57 this exhibit, okay.

19   05:05:58 MR. SYLVESTER: That's fine.

20   05:06:00 (Whereupon, Deposition Exhibit CL-158

21   05:06:06 was marked for identification.)

22   05:06:25 ZOOM PARTICIPANT: Exhibit 158?

23   05:06:26 MR. SYLVESTER: That's right.

24   05:07:03 THE WITNESS: Okay.

25   / /

```
 1    05:07:05 BY MR. SYLVESTER:
 2    05:07:05 Q. This is a set of emails. Top email dated
 3    05:07:11 October 22nd, 2018, from you, Mr. Larsen, to
 4    05:07:14 Mr. █████████
 5    05:07:15 Do you see that?
 6    05:07:16 A. I see that.
 7    05:07:17 Q. Who is ██████████████?
 8    05:07:19 A. ██████████ used to be, I believe, the
 9    05:07:22 ████████████ to President Trump.
10    05:07:25 Q. And Mr. ████████ offered to speak to
11    05:07:28 President Trump on Ripple's behalf?
12    05:07:30 A. That came kind of secondhand.
13    05:07:38 Q. That offer came to Ripple kind of
14    05:07:39 secondhand?
15    05:07:40 A. No. It came to me personally secondhand
16    05:07:43 from another friend who knows him.
17    05:07:45 Q. I see.
18    05:07:48 Okay. Did Ripple hire Mr. ████████?
19    05:07:50 THE WITNESS: I think I can answer that.
20    05:07:58 MR. FLUMENBAUM: You can answer yes or no,
21    05:07:59 you can answer that question.
22    05:08:00 THE WITNESS: Yeah. I hired him some time
23    05:08:03 later. I wish I had hired him at this point. He's
24    05:08:07 a terrific guy.
25    / /
```

```
 1   05:08:08 BY MR. SYLVESTER:

 2   05:08:08 Q. For what purpose did you hire Mr.        ?

 3   05:08:14 A. I've hired him to help out also with sort

 4   05:08:20 of misinformation, you know, campaign.

 5   05:08:25 Q. How has Mr.        helped out with the

 6   05:08:28 misinformation campaign?

 7   05:08:31 MR. FLUMENBAUM: Mr.        is an

 8   05:08:32 attorney, and I believe he's been hired as an

 9   05:08:37 attorney.

10   05:08:38 THE WITNESS: Yeah, I can't distinguish --

11   05:08:40 MR. FLUMENBAUM: I'm not going to let you

12   05:08:41 get into that.

13   05:08:42 BY MR. SYLVESTER:

14   05:08:42 Q. Mr.        is your attorney?

15   05:08:46 A. He is an attorney, yes.

16   05:08:47 Q. That's not what I asked. He's your

17   05:08:50 attorney?

18   05:08:51 A. Yes.

19   05:08:51 MR. FLUMENBAUM: His activities are based

20   05:08:53 on him being an attorney.

21   05:08:54 BY MR. SYLVESTER:

22   05:08:55 Q. Has Mr. -- have you sought legal advice

23   05:08:56 from Mr.        ?

24   05:08:58 A. I don't think I can distinguish between

25   05:09:02 that distinction.
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

347

```
1    05:09:05 Q. I'm not sure what distinction you mean.

2    05:09:07 That was just a yes-or-no question.

3    05:09:08 MR. FLUMENBAUM: I'm going to instruct him

4    05:09:09 not to answer questions about --

5    05:09:11 MR. SYLVESTER: He sought legal advice.

6    05:09:12 MR. FLUMENBAUM: -- what he discussed with

7    05:09:14 Mr. ████████  You haven't established when he was

8    05:09:18 hired. You haven't established -- you know, and I

9    05:09:22 think if you did, you would understand that it's

10   05:09:25 related to this particular proceeding.

11   05:09:28 MR. SYLVESTER: Okay. Let me ask the

12   05:09:29 date, then.

13   05:09:30 Q. When did you hire Mr. ████████

14   05:09:36 A. That was --

15   05:09:37 MR. CERESNEY: You know what, I think we

16   05:09:38 should take the break now because this is a

17   05:09:41 privilege issue and we should discuss it before he

18   05:09:44 answers.

19   05:09:44 MR. SYLVESTER: Okay.

20   05:09:45 THE VIDEOGRAPHER: We are off the record

21   05:09:46 at 5:09 p.m.

22   05:09:47 (Whereupon, a recess was taken.)

23   05:18:59 THE VIDEOGRAPHER: This is the start of

24   05:24:58 File Number 6. We're back on the record at

25   05:25:00 5:25 p.m.
```

```
 1    05:25:01 BY MR. SYLVESTER:

 2    05:25:03 Q. Okay. Mr. Larsen, when did you hire

 3    05:25:06 Mr. ████████?

 4    05:25:08 MR. FLUMENBAUM: I'm going to answer that

 5    05:25:09 question on behalf of Mr. Larsen. Mr. ████████ was

 6    05:25:12 hired after the SEC filed its complaint in this

 7    05:25:17 case, and he was hired as an attorney.

 8    05:25:20 BY MR. SYLVESTER:

 9    05:25:21 Q. What was the subject of the legal advice

10    05:25:22 that Mr. ████████ provided?

11    05:25:25 MR. FLUMENBAUM: I'm not giving you any

12    05:25:26 further information other than that sentence. If

13    05:25:28 you want to go to the court, go to the court.

14    05:25:34 MR. TENREIRO: I think the question was

15    05:25:34 like he was a trust and estates lawyer, a securities

16    05:25:37 lawyer, just like what --

17    05:25:39 MR. FLUMENBAUM: I'm not giving you --

18    05:25:40 it's related to this litigation.

19    05:25:53 BY MR. SYLVESTER:

20    05:25:53 Q. And for the record, to clarify, Ripple

21    05:25:55 never hired Mr. ████████ is that right?

22    05:25:58 MR. SYLVESTER: Ripple, not Mr. Larsen.

23    05:26:02 MR. FLUMENBAUM: To your knowledge,

24    05:26:02 Mr. Larsen, you can answer that either yes or no.

25    05:26:07 THE WITNESS: Not to my knowledge.
```

```
 1    05:26:08 BY MR. SYLVESTER:

 2    05:26:08 Q. Okay. Did Ripple ever hire anyone to

 3    05:26:12 lobby Mr. Trump, President Trump directly?

 4    05:26:16 MR. FLUMENBAUM: Objection as to form.

 5    05:26:25 MR. CERESNEY: Mark, what's the relevance

 6    05:26:27 of that?

 7    05:26:29 MR. FORD: Andrew, you guys in your first

 8    05:26:30 letter said that this was like a last minute case by

 9    05:26:33 the Trump administration right at the door. I mean,

10    05:26:35 come on.

11    05:26:36 MR. CERESNEY: We didn't say Trump

12    05:26:36 administration.

13    05:26:37 MR. FORD: Sure you did. The party

14    05:26:38 administration.

15    05:26:40 MR. CERESNEY: We did not attribute it to

16    05:26:42 the Trump administration.

17    05:26:43 MR. FORD: You did, you did.

18    05:26:45 MR. CERESNEY: But what does that have to

19    05:26:47 do with the question about the relevance of this?

20    05:26:49 MR. SYLVESTER: Again, it's a deposition,

21    05:26:50 it's my record, it's one question. What's your

22    05:26:53 objection?

23    05:26:53 MR. CERESNEY: My objection is relevance,

24    05:26:55 particularly based on the Judge's prior ruling on

25    05:26:58 these issues.
```

1    05:26:59 MR. SYLVESTER: Again, we disagree on what

2    05:27:00 the Judge's ruling was.

3    05:27:02 MR. CERESNEY: We can disagree on that.

4    05:27:02 MR. SYLVESTER: Well, the Judge didn't

5    05:27:02 rule on this question so ...

6    05:27:02 MR. CERESNEY: Do you want to call the

7    05:27:04 Judge now?

8    05:27:04 MR. SYLVESTER: The Judge, I'm sure, is

9    05:27:06 out of chambers by now.

10   05:27:08 MR. CERESNEY: I would imagine that's

11   05:27:08 right.

12   05:27:09 MR. SYLVESTER: Okay. So are you

13   05:27:09 instructing him not to answer?

14   05:27:12 MR. CERESNEY: Do you know the answer to

15   05:27:13 that question?

16   05:27:14 THE WITNESS: No. Not to my knowledge.

17   05:27:15 BY MR. SYLVESTER:

18   05:27:18 Q. Okay. Mr. Larsen, did anyone on Ripple's

19   05:27:24 staff contact anyone on Senator Cotton's staff?

20   05:27:29 MR. FLUMENBAUM: I'm going to instruct him

21   05:27:30 not to answer these questions. You're getting into

22   05:27:32 the Noerr-Pennington doctrine. This is highly

23   05:27:35 inappropriate.

24   05:27:35 MR. SYLVESTER: Yeah, the Judge didn't --

25   05:27:35 MR. FLUMENBAUM: This is privileged. If

1    05:27:36 anyone -- if anyone did, it's a privileged

2    05:27:40 communication. It's permitted by the Constitution,

3    05:27:41 and it's not subject to this deposition.

4    05:27:46 MR. SYLVESTER: Okay. So you're

5    05:27:46 instructing him not to answer?

6    05:27:48 MR. FLUMENBAUM: I'm instructing him not

7    05:27:49 to answer.

8    05:27:49 BY MR. SYLVESTER:

9    05:27:49 Q. Okay. Are you going to follow your

10   05:27:51 counsel's instruction?

11   05:27:52 A. Yes.

12   05:27:53 Q. Okay. Mr. Larsen, did you donate to

13   05:28:06 Senator Cotton?

14   05:28:07 MR. FLUMENBAUM: Objection. Lack of

15   05:28:08 relevance, invasion of privacy.

16   05:28:11 MR. SYLVESTER: That's public information,

17   05:28:12 Marty.

18   05:28:13 MR. FLUMENBAUM: Well, then, if it's

19   05:28:14 public information, you don't need his answer here.

20   05:28:17 This is not appropriate.

21   05:28:19 BY MR. SYLVESTER:

22   05:28:20 Q. You can answer the question.

23   05:28:24 THE WITNESS: Are you saying I can't

24   05:28:26 answer the question?

25   05:28:27 MR. FLUMENBAUM: Andrew, what do you

```
1    05:28:28 think?

2    05:28:30 MR. CERESNEY: If it's public information,

3    05:28:30 Mark, you can just look it up.

4    05:28:32 MR. SYLVESTER: Then he can just tell me.

5    05:28:34 It's not an invasion of privacy.

6    05:28:36 MR. CERESNEY: Why is a political donation

7    05:28:37 that he may or may not have made to Mr. Cotton, why

8    05:28:42 does that have any potential relevance to this

9    05:28:45 matter?

10   05:28:45 MR. SYLVESTER: I mean, I think you know.

11   05:28:46 MR. CERESNEY: I actually don't.

12   05:28:48 MR. SYLVESTER: Okay.

13   05:28:52 MR. CERESNEY: You want to make a proffer

14   05:28:53 as to why it's relevant?

15   05:28:54 MR. FLUMENBAUM: Yeah, let's --

16   05:28:55 MR. SYLVESTER: Yeah. Sure. I'd be happy

17   05:28:56 to. Senator Cotton called CorpFin staff inquiring

18   05:29:00 about XRP.

19   05:29:02 MR. FLUMENBAUM: You're asking for the

20   05:29:03 notes.

21   05:29:04 MR. CERESNEY: Right. Okay. And so why

22   05:29:05 is that relevant whether he might have given a

23   05:29:09 political donation to him or not?

24   05:29:10 MR. TENREIRO: Because -- just continue,

25   05:29:10 Mark.
```

1    05:29:11 MR. SYLVESTER: Okay. I think the

2    05:29:12 relevance speaks for itself on that one. Are you

3    05:29:15 instructing him not to answer?

4    05:29:16 MR. FLUMENBAUM: You're opening up stuff

5    05:29:18 in this case that is going to plague you guys for --

6    05:29:21 you know, there's still another period of discovery

7    05:29:23 after this -- after these two depositions. And

8    05:29:27 you're going to open yourself up by asking these

9    05:29:29 questions. You better rethink this, Mark.

10   05:29:33 MR. SYLVESTER: Thank you for the speech,

11   05:29:34 Marty.

12   05:29:34 Is anyone instructing the witness not to

13   05:29:37 answer or may he answer?

14   05:29:40 MR. CERESNEY: It's public information, so

15   05:29:43 you can answer the question.

16   05:29:44 THE WITNESS: Yes.

17   05:29:44 BY MR. SYLVESTER:

18   05:29:46 Q. Why did you donate to Senator Cotton?

19   05:29:49 MR. FLUMENBAUM: Objection. Instruction

20   05:29:50 not to answer under Noerr-Pennington.

21   05:29:53 MR. SYLVESTER: Okay. We reserve all

22   05:29:54 rights.

23   05:29:55 MR. FLUMENBAUM: Of course.

24   05:29:55 BY MR. SYLVESTER:

25   05:30:08 Q. Mr. Larsen, are you familiar with the

354

1    05:30:10 messaging application Signal?

2    05:30:12 A. Yes.

3    05:30:13 Q. Have you ever used Signal?

4    05:30:15 A. Yes.

5    05:30:15 Q. When did you start using Signal?

6    05:30:19 A. I don't recall the date.

7    05:30:20 Q. Okay. Did you start using Signal during

8    05:30:22 the time that you were Ripple's CEO?

9    05:30:30 A. Not that I recall.

10   05:30:31 Q. Was it before or after the time you were

11   05:30:33 Ripple's CEO?

12   05:30:34 A. I believe it was after.

13   05:30:36 Q. Okay. You're familiar with the feature of

14   05:30:39 Signal that permits to you set messages to

15   05:30:41 disappear?

16   05:30:43 MR. FLUMENBAUM: Objection as to form.

17   05:30:44 THE WITNESS: Yes.

18   05:30:45 BY MR. SYLVESTER:

19   05:30:45 Q. Okay. Did you ever set your messages to

20   05:30:47 disappear using Signal?

21   05:30:52 A. I don't recall what the default settings

22   05:30:53 were.

23   05:30:57 Q. I see. So it's possible that the default

24   05:31:02 settings with the Signal application that you set

25   05:31:05 messages to delete; is that right?

[9/14/2021] Larsen, Christian (revised) 9.14.2021

355

1    05:31:07 MR. FLUMENBAUM: Objection as to form.

2    05:31:09 THE WITNESS: I don't really know that

3    05:31:10 much about the application.

4    05:31:12 BY MR. SYLVESTER:

5    05:31:12 Q. Okay. Are you aware of whether or not

6    05:31:13 Signal has ever deleted messages from your phone?

7    05:31:16 MR. FLUMENBAUM: Objection as to form.

8    05:31:23 THE WITNESS: You know, again, I'm not

9    05:31:27 that familiar with the application and how that all

10   05:31:30 works.

11   05:31:31 BY MR. SYLVESTER:

12   05:31:31 Q. When -- strike that.

13   05:31:37 Did you ever use Signal to provide

14   05:31:39 instructions regarding selling Ripple's XRP?

15   05:31:42 A. Not to my knowledge.

16   05:31:43 Q. Okay. Did you ever use Signal to provide

17   05:31:45 instructions regarding selling of your own XRP?

18   05:31:48 A. Not that I can recall.

19   05:31:53 Q. Did you ever use Signal to communicate

20   05:31:56 with Mr. Garlinghouse?

21   05:31:58 A. Yes. But we use that for phone calls from

22   05:32:01 time to time, particularly when he was overseas.

23   05:32:04 Q. Did you use Signal's text messaging

24   05:32:06 feature to communicate with Mr. Garlinghouse?

25   05:32:08 A. Rarely. It's more effective as a phone --

356

1    05:32:12 secure phone line.

2    05:32:13 Q. Okay. Did you ever use Signal to

3    05:32:15 communicate with Mr. Garlinghouse via text message

4    05:32:17 about XRP?

5    05:32:20 MR. FLUMENBAUM: Objection as to form.

6    05:32:21 THE WITNESS: Not that I can recall.

7    05:32:22 BY MR. SYLVESTER:

8    05:32:22 Q. Okay. Did you ever use Signal's text

9    05:32:26 messaging feature to communicate with

10   05:32:27 Mr. Garlinghouse about any Ripple business?

11   05:32:31 MR. FLUMENBAUM: Objection as to form.

12   05:32:31 THE WITNESS: Not that I can recall.

13   05:32:33 BY MR. SYLVESTER:

14   05:32:33 Q. Okay. Have you ever used Signal -- strike

15   05:32:37 that.

16   05:32:38 Have you ever used Signal's text message

17   05:32:40 feature to communicate with any Ripple board member?

18   05:32:43 MR. FLUMENBAUM: Objection as to form.

19   05:32:44 THE WITNESS: Not that I can recall.

20   05:32:46 BY MR. SYLVESTER:

21   05:32:46 Q. Okay. Have you ever used Signal's

22   05:32:48 messaging feature to communicate with any Ripple

23   05:32:51 employee?

24   05:32:52 MR. FLUMENBAUM: Objection as to form.

25   05:32:53 THE WITNESS: Not that I can recall.

357

```
 1    05:32:57 BY MR. SYLVESTER:

 2    05:32:57 Q. Other than Mr. Garlinghouse?

 3    05:32:59 A. Correct.

 4    05:33:25 Q. When you were Ripple's CEO, Ripple sold

 5    05:33:28 XRP over the counter from time to time?

 6    05:33:30 MR. FLUMENBAUM: Objection. Asked and

 7    05:33:31 answered.

 8    05:33:31 THE WITNESS: Sorry, can you repeat the

 9    05:33:32 question, please.

10    05:33:33 BY MR. SYLVESTER:

11    05:33:33 Q. Sure. When you were Ripple's CEO, Ripple

12    05:33:36 sold XRP over the counter from time to time?

13    05:33:38 MR. FLUMENBAUM: Objection. Asked and

14    05:33:39 answered. We had a whole discussion about what over

15    05:33:41 the counter meant.

16    05:33:43 MR. SYLVESTER: Marty, I was asking about

17    05:33:45 his personal sales. This is about Ripple's sales.

18    05:33:51 MR. FLUMENBAUM: Well, it wasn't clear to

19    05:33:52 me from your question. I thought you were talking

20    05:33:54 about Ripple sales again.

21    05:33:55 MR. SYLVESTER: I am talking about

22    05:33:56 Ripple's sales now. I was talking about his

23    05:33:58 personal sales before.

24    05:33:59 MR. FLUMENBAUM: I thought you were

25    05:34:00 talking about Ripple's sales then too. Go ahead.
```

1    05:34:03 THE WITNESS: Sorry, the question was

2    05:34:04 about OTCs specifically?

3    05:34:06 MR. SYLVESTER: Yeah. Kat, do you want to

4    05:34:08 read it back? Thank you.

5    05:34:09 (Record read by the reporter

6    05:34:09 as follows:

7    05:34:17 "QUESTION: When you were

8    05:34:17 Ripple's CEO, Ripple sold XRP over

9    05:34:17 the counter from time to time?")

10   05:34:25 THE WITNESS: To the best of my

11   05:34:25 recollection, yes.

12   05:34:27 BY MR. SYLVESTER:

13   05:34:27 Q. Okay. You had a role in some of those

14   05:34:28 over-the-counter sales?

15   05:34:31 MR. FLUMENBAUM: Objection as to form.

16   05:34:33 THE WITNESS: Are you talking about when I

17   05:34:34 was CEO?

18   05:34:36 BY MR. SYLVESTER:

19   05:34:36 Q. Good clarification. Yes. When you were

20   05:34:38 CEO.

21   05:34:38 A. In my role as CEO, I do oversee the

22   05:34:45 overall company, however, team members would be

23   05:34:49 responsible for activities like that.

24   05:34:53 Q. Did you approve Ripple's OTC sales during

25   05:34:55 the time that you were CEO?

359

1    05:35:00 MR. FLUMENBAUM: Objection as to form.

2    05:35:00 THE WITNESS: In my capacity as CEO, I

3    05:35:02 would have had to have approved just by nature of

4    05:35:05 my -- my role.

5    05:35:07 BY MR. SYLVESTER:

6    05:35:07 Q. Okay. When you were Ripple's CEO, did you

7    05:35:10 make efforts to find buyers for Ripple's XRP?

8    05:35:14 MR. FLUMENBAUM: Objection as to form.

9    05:35:15 THE WITNESS: Not that I can recall.

10   05:35:17 BY MR. SYLVESTER:

11   05:35:17 Q. Okay. When you were Ripple's CEO, did you

12   05:35:20 participate in any negotiations of XRP sales?

13   05:35:25 MR. FLUMENBAUM: Objection as to form.

14   05:35:26 THE WITNESS: Not that I can recall.

15   05:35:27 MR. SYLVESTER: Let's look at Exhibit 26,

16   05:35:36 please.

17   05:35:37 (Whereupon, Deposition Exhibit CL-26

18   05:35:53 was marked for identification.)

19   05:36:05 THE WITNESS: Okay. I see it.

20   05:39:12 BY MR. SYLVESTER:

21   05:39:12 Q. Okay. So Exhibit 26 is a thread of emails

22   05:39:17 among Mr. Rapoport, you and               ; is that

23   05:39:21 right?

24   05:39:21 A. Yes, that's right.

25   05:39:22 Q. Subject line, "XRP bulk purchase," dated

1   05:39:25 July 22nd, 2014?

2   05:39:26 A. Yes.

3   05:39:30 Q. Who is Mr. ████?

4   05:39:32 A. ██████████ is a very early

5   05:39:36 cryptocurrency fund creator, manager and long-time

6   05:39:44 fintech entrepreneur.

7   05:39:48 Q. He was interested in purchasing XRP?

8   05:39:51 MR. FLUMENBAUM: Objection as to form.

9   05:39:55 THE WITNESS: Potentially.

10  05:39:55 BY MR. SYLVESTER:

11  05:39:55 Q. Did he ultimately purchase XRP?

12  05:39:59 A. I don't recall.

13  05:40:03 Q. Did Mr. ██████ or his fund purchase XRP

14  05:40:06 at any point in time from Ripple?

15  05:40:08 MR. FLUMENBAUM: Objection as to form.

16  05:40:08 THE WITNESS: To my understanding, yes.

17  05:40:10 BY MR. SYLVESTER:

18  05:40:10 Q. For what purpose did Mr. ██████ or his

19  05:40:18 fund purchase XRP from Ripple?

20  05:40:20 MR. FLUMENBAUM: Objection as to form.

21  05:40:25 THE WITNESS: He, as I mentioned, ran a

22  05:40:26 series of cryptocurrency funds, and I believe he

23  05:40:30 wanted to add XRP to one or several of his funds.

24  05:40:35 BY MR. SYLVESTER:

25  05:40:35 Q. Okay. Looking at page ending -462, there

361

1    05:40:41 appears to be an email from you to Mr. ███████ and

2    05:40:44 Mr. Rapoport.

3    05:40:46 Do you see that?

4    05:40:46 A. Yes.

5    05:40:47 Q. You say -- you begin and say:

6    05:40:49 "Here are the terms we're

7    05:40:50 using now for large blocks of XRP."

8    05:40:52 Is that right?

9    05:40:53 A. I see that.

10   05:40:54 Q. And then there's a number of terms that

11   05:40:55 you list below that.

12   05:40:57 Do you see that?

13   05:40:57 A. I do.

14   05:40:58 Q. Did you set those terms?

15   05:41:00 A. I believe those were set by Phil Rapoport,

16   05:41:06 but because I had a relationship, long relationship

17   05:41:08 with ██████ that Phil thought it was a good thing

18   05:41:15 for me to talk to him about it.

19   05:41:17 Q. Did Mr. Rapoport consult with you on what

20   05:41:20 sale terms to set for Mr. ████████

21   05:41:23 A. To the best of my recollection, yes.

22   05:41:24 Q. And did you approve those terms?

23   05:41:30 A. To the best of my recollection, yes.

24   05:41:32 Q. Right under "size," do you see where it

25   05:41:34 says "lockup"?

```
 1    05:41:36 A. I'm sorry, which page are you on?

 2    05:41:37 Q. We're on 462.

 3    05:41:44 A. Yes, I see that.

 4    05:41:44 Q. Okay. After lockup, you say:

 5    05:41:46 "No XRP can be sold for ▮▮▮▮▮

 6    05:41:48 ▮▮▮▮▮"

 7    05:41:49 Do you see that?

 8    05:41:49 A. Yes.

 9    05:41:50 Q. What was the purpose of that lockup

10    05:41:51 provision?

11    05:41:54 A. I believe the purpose was that ▮▮▮▮ is a

12    05:41:57 long-time holder, so for exchange in holding the

13    05:42:03 cryptocurrency for a period of time, that he would

14    05:42:10 get a discount, liquidity discount, if you will,

15    05:42:16 from the spot market price.

16    05:42:18 Q. Why did you want Mr. ▮▮▮▮ to hold the

17    05:42:21 XRP for a period of time?

18    05:42:23 MR. FLUMENBAUM: Objection as to form.

19    05:42:27 THE WITNESS: That would be a constructive

20    05:42:29 thing for building liquidity.

21    05:42:35 BY MR. SYLVESTER:

22    05:42:35 Q. How would Mr. ▮▮▮▮ holding the XRP

23    05:42:38 for ▮▮▮▮ be a constructive thing for building

24    05:42:41 liquidity?

25    05:42:42 MR. FLUMENBAUM: Objection as to form.
```

```
 1    05:42:47 THE WITNESS: Because if Mr. ███████
 2    05:42:49 included XRP in the cryptocurrencies in his fund,
 3    05:42:56 that would be a constructive thing, it likely would
 4    05:42:59 be, you know, brought into the ecosystem.
 5    05:43:04 BY MR. SYLVESTER:
 6    05:43:04 Q. Did you have any concern that if
 7    05:43:06 Mr. ███████ immediately resold the XRP, it would
 8    05:43:09 depress XRP's price?
 9    05:43:11 MR. FLUMENBAUM: Objection as to form.
10    05:43:14 THE WITNESS: Well, again, what
11    05:43:16 Mr. ███████ is doing is trading liquidity, the
12    05:43:22 ability to sell for a discount to the spot price.
13    05:43:30 So that's entirely -- that's a financial
14    05:43:33 calculation.
15    05:43:37 BY MR. SYLVESTER:
16    05:43:37 Q. You write a little further down after the
17    05:43:39 list of terms:
18    05:43:40 "We are in the process of
19    05:43:41 putting together a block purchase
20    05:43:42 for some hedge fund investors with
21    05:43:45 these same terms."
22    05:43:46 Do you see that?
23    05:43:47 A. Yes.
24    05:43:47 Q. Did Ripple sell XRP in blocks to hedge
25    05:43:51 fund investors?
```

1    05:43:54 A. I don't recall.

2    05:43:59 Q. Were you a part of any discussions with

3    05:44:00 hedge fund investors who were interested in

4    05:44:04 potentially purchasing XRP?

5    05:44:10 A. Yeah. I believe I was -- had discussed

6    05:44:13 with ███ as well.

7    05:44:16 Q. I see.

8    05:44:18 And ███ ultimately did purchase XRP; is

9    05:44:23 that right?

10   05:44:24 A. Yes.

11   05:44:26 Q. Turning to the first page of this document

12   05:44:28 of Exhibit 26, do you see where Mr. ███ writes

13   05:44:32 in the last paragraph:

14   05:44:33 "Also with respect to the XRP

15   05:44:35 investment vehicle question, yes,

16   05:44:36 that exactly -- that is exactly

17   05:44:38 what we're doing"?

18   05:44:41 MR. FLUMENBAUM: Where are you reading

19   05:44:42 from?

20   05:44:42 MR. SYLVESTER: It's the last paragraph on

21   05:44:43 the first page of this exhibit starting with the

22   05:44:45 word "also."

23   05:44:47 THE WITNESS: Yes, I see that.

24   05:44:49 BY MR. SYLVESTER:

25   05:44:49 Q. Okay. Mr. ███ was contemplating

1    05:44:52 forming an XRP investment vehicle?

2    05:44:54 A. Appears so, yes.

3    05:44:55 Q. Okay. If you look at page 455, this is

4    05:45:05 part of an email from Mr. Rapoport. The fourth

5    05:45:12 whole paragraph down that starts with "This is

6    05:45:14 partially."

7    05:45:14 Do you see that?

8    05:45:32 A. Yes, I see that.

9    05:45:33 Q. Do you see the last sentence in the

10   05:45:35 bracket says -- Mr. Rapoport writes:

11   05:45:37 "Side note: If you are

12   05:45:38 contemplating an XRP investment

13   05:45:40 vehicle for outside investors, this

14   05:45:42 is something we'd love to cooperate

15   05:45:44 with you on. We're already in

16   05:45:46 motion here."

17   05:45:47 Do you see that?

18   05:45:48 A. I see that.

19   05:45:48 Q. Okay. Was Ripple, at this time,

20   05:45:50 contemplating being involved in an XRP investment

21   05:45:53 vehicle for outside investors?

22   05:45:58 MR. FLUMENBAUM: Objection as to form.

23   05:46:01 THE WITNESS: That would -- to the best of

24   05:46:02 my understanding, yes.

25   / /

1    05:46:05 BY MR. SYLVESTER:

2    05:46:05 Q. Okay. What was the nature of those

3    05:46:10 potential -- strike that.

4    05:46:11 What was the nature of the potential XRP

5    05:46:13 investment vehicle that Ripple was contemplating

6    05:46:15 being involved with?

7    05:46:18 MR. FLUMENBAUM: Objection as to form.

8    05:46:19 THE WITNESS: I don't recall the details

9    05:46:21 of -- of that.

10   05:46:22 BY MR. SYLVESTER:

11   05:46:22 Q. Ripple was starting -- strike that.

12   05:46:24 Ripple was considering starting up its own

13   05:46:26 XRP investment fund?

14   05:46:29 MR. FLUMENBAUM: Objection as to form.

15   05:46:30 THE WITNESS: I believe Phil was exploring

16   05:46:31 that.

17   05:46:33 BY MR. SYLVESTER:

18   05:46:33 Q. Did Ripple ultimately start its own XRP

19   05:46:37 investment fund?

20   05:46:38 A. To the best of my understanding, no.

21   05:46:40 Q. Why not?

22   05:46:41 MR. FLUMENBAUM: Objection as to form.

23   05:46:42 You may answer.

24   05:46:45 THE WITNESS: Yeah. I don't recollect why

25   05:46:46 not.

```
1    05:46:47 BY MR. SYLVESTER:

2    05:46:47 Q. Okay. If you look at page ending -456,

3    05:46:56 the very last paragraph of Mr. Rapoport's email, he

4    05:47:00 says:

5    05:47:00 "We're obviously keen to get

6    05:47:02 you more involved, and in

7    05:47:03 particular, it would be great if we

8    05:47:04 could find a way to cooperate on

9    05:47:06 marketing your potential XRP

10   05:47:09 vehicle, post a Jed resolution."

11   05:47:11 Do you see that?

12   05:47:11 A. I see that.

13   05:47:13 Q. Okay. Did Ripple ultimately cooperate on

14   05:47:17 marketing any XRP vehicles?

15   05:47:19 MR. FLUMENBAUM: Objection as to form.

16   05:47:21 THE WITNESS: Not to my recollection.

17   05:47:23 BY MR. SYLVESTER:

18   05:47:23 Q. Did it cause you any concern at the time

19   05:47:26 in light of the legal advice he received in the

20   05:47:29 Perkins Coie memo that you would be -- that Ripple

21   05:47:32 would be marketing a potential XRP investment

22   05:47:34 vehicle?

23   05:47:35 MR. FLUMENBAUM: Objection as to form.

24   05:47:37 THE WITNESS: Well, no. I would assume

25   05:47:39 that it would be done in a regulatorily compliant
```

| 1  | 05:47:42 way. |
| 2  | 05:47:51 BY MR. SYLVESTER: |
| 3  | 05:47:51 Q. Did Ripple place any restrictions on what |
| 4  | 05:47:54 any over-the-counter purchaser could do with its |
| 5  | 05:47:57 XRP? |
| 6  | 05:47:59 MR. FLUMENBAUM: Objection as to form. |
| 7  | 05:48:01 THE WITNESS: I believe this email, again, |
| 8  | 05:48:05 talks about a tradeoff of discount to lockup. |
| 9  | 05:48:09 BY MR. SYLVESTER: |
| 10 | 05:48:09 Q. So there was a -- restrictions on occasion |
| 11 | 05:48:12 placed on the time period with which the XRP |
| 12 | 05:48:15 purchaser could resell the XRP; is that right? |
| 13 | 05:48:20 MR. FLUMENBAUM: Objection as to form. |
| 14 | 05:48:20 THE WITNESS: Well, it's stated in this |
| 15 | 05:48:23 email, is what I'm referring to. |
| 16 | 05:48:24 BY MR. SYLVESTER: |
| 17 | 05:48:24 Q. Okay. Outside of this email |
| 18 | 05:48:29 correspondence with Mr. ████, did Ripple place |
| 19 | 05:48:32 resale restrictions on any other OTC purchasers of |
| 20 | 05:48:37 XRP? |
| 21 | 05:48:37 A. Not that I can recall. |
| 22 | 05:48:39 Q. Okay. Did Ripple place any restrictions |
| 23 | 05:48:42 on what any OTC purchaser could use their XRP for? |
| 24 | 05:48:48 MR. FLUMENBAUM: Objection as to form. |
| 25 | 05:48:49 THE WITNESS: Not that I can recall. |

1    05:48:53 Sorry.

2    05:48:53 BY MR. SYLVESTER:

3    05:48:53 Q. Sure.

4    05:48:56 A. Obviously, with the focus on making sure

5    05:48:58 that no illegal activity was being conducted in such

6    05:49:02 a transaction.

7    05:49:04 Q. Okay. While you were CEO, did Ripple sell

8    05:49:07 XRP over the counter to ███?

9    05:49:13 A. I'm not sure how to characterize that.

10   05:49:17 That would be under the jurisdiction of the Japanese

11   05:49:22 at FSA.

12   05:49:24 Q. I see. ███ is a Japanese entity?

13   05:49:28 A. It is.

14   05:49:28 Q. Removing the characterization of the sale,

15   05:49:30 did Ripple sell XRP to ███?

16   05:49:34 MR. FLUMENBAUM: Objection as to form.

17   05:49:34 You may answer.

18   05:49:38 THE WITNESS: Yes. Yes.

19   05:49:40 BY MR. SYLVESTER:

20   05:49:40 Q. Did Ripple sell XRP to ███ while you were

21   05:49:44 CEO?

22   05:49:45 A. To the best of my recollection, I believe

23   05:49:48 that was after.

24   05:49:49 Q. Okay. After Ripple sold XRP to ███, what

25   05:49:56 did ███ do with the XRP it purchased?

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    05:50:01 MR. FLUMENBAUM: Objection as to form.

 2    05:50:02 THE WITNESS: I believe that they were

 3    05:50:03 trying to further their financial technology

 4    05:50:09 offerings in Japan.

 5    05:50:11 BY MR. SYLVESTER:

 6    05:50:11 Q. And how did they use XRP to do that?

 7    05:50:14 MR. FLUMENBAUM: Objection as to form.

 8    05:50:16 THE WITNESS: I don't recall.

 9    05:50:17 BY MR. SYLVESTER:

10    05:50:17 Q. Did      resell any of the XRP it purchased

11    05:50:20 from Ripple?

12    05:50:22 MR. FLUMENBAUM: Objection as to form.

13    05:50:26 THE WITNESS: To the best of my

14    05:50:26 recollection, I believe that they did, in some

15    05:50:28 cases.

16    05:50:28 BY MR. SYLVESTER:

17    05:50:35 Q. Did Ripple place any restrictions on       s

18    05:50:38 ability to resell XRP it purchased from Ripple?

19    05:50:41 A. I believe that that agreement included a

20    05:50:46 discount in exchange for some form of lockup.

21    05:50:49 Q. And that agreement was entered -- strike

22    05:50:51 that.

23    05:50:51 Was that agreement entered into during the

24    05:50:54 period where you were chairman?

25    05:51:00 MR. FLUMENBAUM: Objection. Asked and
```

1    05:51:00 answered.

2    05:51:00 You can answer it again.

3    05:51:02 THE WITNESS: That -- to the best of my

4    05:51:04 recollection, yes.

5    05:51:04 BY MR. SYLVESTER:

6    05:51:04 Q. And did you have any involvement in

7    05:51:07 finalizing that agreement?

8    05:51:11 MR. FLUMENBAUM: Objection as to form.

9    05:51:12 You may answer.

10   05:51:14 THE WITNESS: Well, while I'm chairman, of

11   05:51:16 course, Brad is the CEO and the leadership team is

12   05:51:21 responsible for the details of any transaction. In

13   05:51:24 my capacity as a board member, though, that is a

14   05:51:27 transaction likely to have been approved by the

15   05:51:30 board.

16   05:51:30 BY MR. SYLVESTER:

17   05:51:30 Q. Okay. You have a direct relationship with

18   05:51:32 ███    though, right?

19   05:51:34 MR. FLUMENBAUM: Objection as to form.

20   05:51:36 THE WITNESS: When you say "direct

21   05:51:36 relationship," could you be more specific, please.

22   05:51:40 BY MR. SYLVESTER:

23   05:51:40 Q. Sure. You have regular contact with

24   05:51:43 representatives of ███ on behalf of Ripple?

25   05:51:47 MR. FLUMENBAUM: Objection as to form.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    05:51:47 THE WITNESS: I serve on the board of █████

2    05:51:54 ████████████ so in my capacity as a board

3    05:51:58 member, I'll participate in board meetings, which

4    05:52:02 are fairly infrequent.

5    05:52:04 BY MR. SYLVESTER:

6    05:52:04 Q. How about monthly calls with ████ do you

7    05:52:07 participate in those?

8    05:52:10 A. There was a period when I had periodic

9    05:52:14 calls with the CEO, Mr. ██████, but not -- not in

10   05:52:22 some period of time.

11   05:52:25 Q. Was that period where you had periodic

12   05:52:31 calls with the CEO, was that after you were CEO of

13   05:52:34 Ripple?

14   05:52:36 MR. FLUMENBAUM: Objection as to form.

15   05:52:37 THE WITNESS: I don't recall the dates.

16   05:52:41 MR. SYLVESTER: Let's look at Exhibit 75,

17   05:52:49 please.

18   05:52:52 (Whereupon, Deposition Exhibit CL-75

19   05:52:53 was marked for identification.)

20   05:53:02 MR. FLUMENBAUM: It's a long day.

21   05:53:06 THE WITNESS: Voice is going.

22   05:53:09 ZOOM PARTICIPANT: Exhibit 75?

23   05:53:10 MR. SYLVESTER: That's right.

24   05:53:12 ZOOM PARTICIPANT: Thank you.

25   / /

1    05:53:13 MR. SYLVESTER: 75, for the record, is a

2    05:54:03 thread of emails among Mr. Larsen, Patrick Griffin,

3    05:54:07 Mr. Garlinghouse and ▮▮▮▮▮▮▮▮ top email

4    05:54:11 dated November 13th, 2016.

5    05:56:26 THE WITNESS: Okay.

6    05:56:30 BY MR. SYLVESTER:

7    05:56:31 Q. So on the second page of the document,

8    05:56:33 ending -131, where Mr. Griffin writes, "Chris,

9    05:56:39 Brad."

10   05:56:39 Do you see that?

11   05:56:41 A. Yes.

12   05:56:42 Q. Okay. The last sentence of the first

13   05:56:44 paragraph reads:

14   05:56:45 "While ▮▮▮ is the impetus for

15   05:56:48 these considerations, the

16   05:56:49 underlying premise that a more

17   05:56:50 predictable distribution of XRP is

18   05:56:53 needed to attract institutional

19   05:56:54 investors to XRP is applicable to

20   05:56:56 all investors and users of XRP."

21   05:56:59 Do you see that?

22   05:57:00 A. I do.

23   05:57:02 Q. Is ▮▮▮ Mr. ▮▮▮▮▮▮ fund?

24   05:57:06 A. I believe that's correct.

25   05:57:07 Q. Okay. The underlying premise that

```
 1   05:57:12 Mr. Griffin describes, did you agree with that at
 2   05:57:15 the time of this email?
 3   05:57:16 MR. FLUMENBAUM: Objection as to form.
 4   05:57:21 THE WITNESS: I agree with his being
 5   05:57:22 creative and being, you know, thoughtful.
 6   05:57:25 BY MR. SYLVESTER:
 7   05:57:25 Q. Okay. Did you agree that a more
 8   05:57:27 predictable distribution of XRP is needed to attract
 9   05:57:31 institutional investors to XRP?
10   05:57:33 MR. FLUMENBAUM: Objection as to form.
11   05:57:33 THE WITNESS: I don't recall.
12   05:57:34 BY MR. SYLVESTER:
13   05:57:34 Q. You don't recall if you agreed with that
14   05:57:37 at the time?
15   05:57:40 A. Yeah, I -- I don't see any issue with it.
16   05:57:47 Q. Can you explain what you mean by "I don't
17   05:57:50 see any issue with it"?
18   05:57:52 A. Well, I think this is a critique from
19   05:57:54                    I don't agree with his critique, but
20   05:57:59 Patrick is doing the right thing for trying to be
21   05:58:03 thoughtful about possible other -- other ideas.
22   05:58:11 Q. And Patrick's proposal generally describes
23   05:58:13 an escrow of a certain amount of XRP by Ripple; is
24   05:58:17 that right?
25   05:58:19 A. I think he's talking about something else
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    05:58:20 here.

 2    05:58:31 Q. This is -- you're saying this is different

 3    05:58:33 than -- the proposal here is different than the

 4    05:58:35 escrow of XRP that Ripple ultimately entered into;

 5    05:58:39 is that what you mean?

 6    05:58:40 A. That's my understanding, yes.

 7    05:58:42 Q. Okay.

 8    05:58:42 A. Are you referring to what ended up being

 9    05:58:45 the escrow?

10    05:58:47 Q. Yes.

11    05:58:47 A. I believe this is --

12    05:58:48 Q. I think we're talking about the same

13    05:58:50 thing. Ripple -- let's set a foundation.

14    05:58:51 Ripple ultimately did escrow approximately

15    05:58:54 55 billion XRP; is that right?

16    05:58:55 A. Correct.

17    05:58:57 MR. FLUMENBAUM: Objection as to form.

18    05:58:58 Go ahead.

19    05:58:58 THE WITNESS: Correct. But I believe this

20    05:58:59 is a completely different thing that never happened.

21    05:59:01 BY MR. SYLVESTER:

22    05:59:01 Q. Okay. I see. Okay.

23    05:59:12 Did you agree -- looking down at the

24    05:59:14 bottom of Mr. Griffin's email on page 131, did you

25    05:59:20 agree with his statement that OTC's sales were about
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

```
 1    05:59:23 50 percent of XRP sales at the time for Ripple?

 2    05:59:26 A. I don't -- I don't recollect that.

 3    05:59:33 Q. Okay. The top email, the first page, you

 4    05:59:36 say:

 5    05:59:36 "The Plan looks good enough to

 6    05:59:38 present to        Nice work."

 7    05:59:41 Do you see that?

 8    05:59:41 A. Yeah.

 9    05:59:42 Q. Okay. Do you know if Mr. Griffin did

10    05:59:44 present the plan to

11    05:59:46 A. I don't recall.

12    05:59:47 Q. Okay. Turning back, divorcing ourselves

13    05:59:59 from the document and discussing the escrow that

14    06:00:04 Ripple ultimately entered into of its approximately

15    06:00:08 55 billion XRP, were you involved at all in the

16    06:00:13 decision to place those XRP in escrow?

17    06:00:17 A. Yes.

18    06:00:17 Q. What was your involvement?

19    06:00:22 A. So I believe I was chairman at that point.

20    06:00:26 And as chairman, I would be part of the board's

21    06:00:29 approval of something that large.

22    06:00:33 Q. Okay. Why did Ripple decide to escrow

23    06:00:36 55 billion XRP?

24    06:00:36 MR. FLUMENBAUM: Objection as to form.

25    06:00:38 You may answer.
```

```
 1   06:00:40 THE WITNESS: We believe that there was
 2   06:00:43 some -- some concern that Ripple could dump its
 3   06:00:51 holdings and that that would be a bad thing. Now, I
 4   06:00:56 think it was pretty clear that the company had
 5   06:00:59 established a very good track record that should
 6   06:01:07 have mitigated any concern like that. Nonetheless,
 7   06:01:10 it seemed constructive, from a point of view of
 8   06:01:13 driving trust, that putting it in an escrow would
 9   06:01:18 alleviate any concerns that a small number of people
10   06:01:22 might have had about that.
11   06:01:25 BY MR. SYLVESTER:
12   06:01:26 Q. What was the basis of your belief that
13   06:01:27 there was some concern that Ripple could dump its
14   06:01:30 holdings?
15   06:01:31 MR. FLUMENBAUM: Objection as to form.
16   06:01:31 THE WITNESS: We had heard feedback from
17   06:01:36 some quarters about that.
18   06:01:39 BY MR. SYLVESTER:
19   06:01:39 Q. When you say "some quarters," can you be
20   06:01:42 more specific?
21   06:01:45 A. Just, you know, what you might pick up in
22   06:01:48 critiques or discussions.
23   06:01:54 Q. Did you learn about -- concern about
24   06:01:58 Ripple dumping its XRP through Ripple's efforts to
25   06:02:02 monitor press about XRP?
```

1    06:02:08 MR. FLUMENBAUM: Objection as to form.

2    06:02:09 THE WITNESS: I don't recall exactly

3    06:02:10 those -- those avenues, but we were concluded enough

4    06:02:17 that that was a concern by some.

5    06:02:19 BY MR. SYLVESTER:

6    06:02:19 Q. Were the critiques, in your view, from the

7    06:02:25 XRP community?

8    06:02:28 MR. FLUMENBAUM: Objection as to form.

9    06:02:29 THE WITNESS: I don't recall.

10   06:02:30 BY MR. SYLVESTER:

11   06:02:30 Q. Okay. Were they from BTC maximalists?

12   06:02:35 MR. FLUMENBAUM: Objection as to form.

13   06:02:35 THE WITNESS: I don't recall, but, you

14   06:02:37 know, we came to that conclusion, that that was a

15   06:02:40 concern that could be easily addressed.

16   06:02:42 BY MR. SYLVESTER:

17   06:02:42 Q. Was it a concern that was held by

18   06:02:47 purchasers of XRP?

19   06:02:51 MR. FLUMENBAUM: Objection as to form.

20   06:02:57 THE WITNESS: I don't recall.

21   06:02:57 BY MR. SYLVESTER:

22   06:02:57 Q. I'm a little confused, Mr. Larsen. Ripple

23   06:03:05 escrowed 55 billion of its XRP based on the concerns

24   06:03:08 of some unknown constituencies? Who was it that was

25   06:03:13 concerned?

1   06:03:14 MR. FLUMENBAUM: Objection as to form.

2   06:03:14 THE WITNESS: Well, I think others in the

3   06:03:17 company would probably have more details about those

4   06:03:19 concerns. Suffice it to say that we became

5   06:03:23 convinced enough that that's something that could be

6   06:03:26 addressed through an escrow. There's no downside.

7   06:03:30 We wouldn't have, of course, dumped in any event, so

8   06:03:36 it's not a big effort to put it in an escrow.

9   06:03:44 BY MR. SYLVESTER:

10  06:03:44 Q. Others in Ripple reported to you that they

11  06:03:46 were aware of concerns in the XRP community about a

12  06:03:48 Ripple dumping event?

13  06:03:51 MR. FLUMENBAUM: Objection as to form.

14  06:03:52 THE WITNESS: Yes. As best as I can

15  06:03:53 recollect.

16  06:03:54 BY MR. SYLVESTER:

17  06:03:54 Q. Okay. And those that reported to you,

18  06:03:56 what did they tell you about the concerns about a

19  06:03:59 Ripple dumping event?

20  06:04:01 MR. FLUMENBAUM: About Ripple what?

21  06:04:03 MR. SYLVESTER: A Ripple dumping event.

22  06:04:05 MR. FLUMENBAUM: Dumping -- event, is it?

23  06:04:06 THE WITNESS: I don't know if I'd put it

24  06:04:08 as an event. I'd put it as a concern that may have

25  06:04:12 been eroding trust. Which, again, our focus on

1    06:04:17 trust, utility and liquidity, that seemed like a

2    06:04:22 pretty easy thing to address with an escrow.

3    06:04:24 BY MR. SYLVESTER:

4    06:04:24 Q. Eroding trust in XRP you mean?

5    06:04:26 MR. FLUMENBAUM: Objection as to form.

6    06:04:27 THE WITNESS: Eroding trust in us.

7    06:04:30 BY MR. SYLVESTER:

8    06:04:30 Q. In Ripple?

9    06:04:32 A. Correct.

10   06:04:33 Q. And how did Ripple escrowing 55 billion of

11   06:04:41 its XRP enhance trust in Ripple?

12   06:04:47 A. Well, once it's put in an escrow, it's

13   06:04:52 cryptographically impossible to take it out, so,

14   06:04:55 therefore, it's impossible to dump. So it's simply

15   06:04:58 a nonissue.

16   06:05:03 Q. Did Ripple publicly announce that it was

17   06:05:06 planning to escrow a portion of its XRP?

18   06:05:12 A. Yes.

19   06:05:12 Q. Was there any reaction in the XRP market

20   06:05:16 to that announcement?

21   06:05:18 MR. FLUMENBAUM: Objection as to form.

22   06:05:21 THE WITNESS: It's always hard to tell

23   06:05:24 what is a cause of a reaction in the market, but I

24   06:05:28 believe that that was looked at favorably.

25   / /

381

1    06:05:31 BY MR. SYLVESTER:

2    06:05:31 Q. And how -- how could you tell that the

3    06:05:37 market reacted to that news favorably?

4    06:05:41 MR. FLUMENBAUM: Objection as to form.

5    06:05:42 THE WITNESS: Well, I think clearly the

6    06:05:43 commentary by people that watched these markets was

7    06:05:47 favorable. So that was -- seemed like a positive

8    06:05:52 thing.

9    06:05:52 BY MR. SYLVESTER:

10   06:05:52 Q. Was there any change in XRP's trading

11   06:05:56 volume as a result of the announcement?

12   06:05:58 A. I don't recall in the volume. Yeah, I

13   06:06:01 don't recall.

14   06:06:02 Q. Was there any change in XRP's price as a

15   06:06:05 result of the announcement?

16   06:06:07 MR. FLUMENBAUM: Objection as to form.

17   06:06:08 THE WITNESS: It's my understanding that

18   06:06:09 the price increased after that announcement.

19   06:06:12 Whether or not that's tied to that announcement,

20   06:06:15 again, it's very difficult to tell, especially since

21   06:06:18 most of the moves, by overwhelming amount of moves

22   06:06:23 in the cryptocurrency markets are correlated with

23   06:06:27 each other.

24   06:06:27 MR. SYLVESTER: Let look at 20 --

25   06:06:30 Exhibit 206, please.

382

1    06:06:31 (Whereupon, Deposition Exhibit CL-206

2    06:06:32 was marked for identification.)

3    06:06:36 BY MR. SYLVESTER:

4    06:07:21 Q. Exhibit 206 is a text message from you,

5    06:07:24 Mr. Larsen, to Gene Sperling, dated May 16th,

6    06:07:29 2017; is that right?

7    06:07:30 A. Yes.

8    06:07:30 Q. Okay. Who's Gene Sperling?

9    06:07:33 A. Gene Sperling was a former board member

10   06:07:38 and used to be President Obama's head of the

11   06:07:44 National Economic Council, I believe. And then was

12   06:07:46 also a deputy director at the treasury department.

13   06:07:52 Q. Was Mr. Sperling a board member of Ripple

14   06:07:54 at the time of this text message?

15   06:07:59 A. To the best of my recollection, yes.

16   06:08:00 Q. Okay. And you write:

17   06:08:01 "Good response to the lockup

18   06:08:03 news so far. BTW, we're thinking

19   06:08:05 of creating an XRP monetary policy

20   06:08:08 board, would love to brainstorm on

21   06:08:11 who we might recruit."

22   06:08:11 Do you see that?

23   06:08:13 A. I do.

24   06:08:13 Q. Is the lockup news referenced here the

25   06:08:14 announcement of Ripple's escrow of XRP?

383

```
1    06:08:19 A. I believe that's correct.

2    06:08:20 Q. You mention also you were thinking of

3    06:08:21 creating an XRP monetary policy board?

4    06:08:25 A. Brainstorming, yes.

5    06:08:26 Q. What purpose would an XRP monetary policy

6    06:08:29 board serve?

7    06:08:32 A. Well, first of all, it was brainstorming.

8    06:08:34 We do a lot of brainstorming. So first step is kind

9    06:08:38 of what -- what innovation could you think about,

10   06:08:43 that's step 1. Any innovative process, of course,

11   06:08:47 down the road would be, is that regulatorily

12   06:08:53 compliant as a -- within the financial technology

13   06:08:55 regulatory regimes.

14   06:08:57 Q. What -- what purpose -- or strike that.

15   06:09:02 Would an XRP monetary policy board be of

16   06:09:04 any benefit to Ripple?

17   06:09:06 MR. FLUMENBAUM: Objection as to form.

18   06:09:07 THE WITNESS: I don't know. Again, it was

19   06:09:10 brainstorming, so it's very early. And Gene

20   06:09:14 Sperling is such an awesome guy to talk to about

21   06:09:18 economics and finance. It would be the kind of

22   06:09:20 thing I would have enjoyed talking to him about.

23   06:09:22 MR. SYLVESTER: Okay. Let's look at

24   06:09:26 Exhibit 207, please.

25   / /
```

384

1    06:09:27 (Whereupon, Deposition Exhibit CL-207

2    06:09:28 was marked for identification.)

3    06:09:31 BY MR. SYLVESTER:

4    06:09:55 Q. Exhibit 207 is two text messages both from

5    06:09:58 you to Mr. Sperling on December 7th, 2017.

6    06:10:02 Do you see that?

7    06:10:02 A. I do.

8    06:10:03 MR. FLUMENBAUM: Hold on a second. Hold

9    06:10:04 on a second. The Bates numbers are not consecutive.

10   06:10:09 You have 2781 on the back of 2783.

11   06:10:17 MR. SYLVESTER: Okay. That's fine.

12   06:10:24 MR. FLUMENBAUM: There might be something

13   06:10:25 in between.

14   06:10:26 MR. SYLVESTER: Okay. Let me ask

15   06:10:27 Mr. Larsen if he recalls what this is about.

16   06:10:30 Q. Mr. Larsen, was December --

17   06:10:32 MR. FLUMENBAUM: The times also are -- or

18   06:10:35 the date looks the same but the times look different

19   06:10:38 to me.

20   06:10:38 MR. SYLVESTER: Okay. Duly noted.

21   06:10:42 Q. Mr. Larsen, was December 7th, 2017, the

22   06:10:44 date that Ripple completed its escrow of the

23   06:10:48 55 billion XRP?

24   06:10:49 A. I don't know the exact date of that

25   06:10:52 completion.

385

```
 1    06:10:52 Q. Okay. You write on page 1 of the exhibit:

 2    06:10:55 "Market liked our 55 billion

 3    06:10:58 XRP lockup - just successfully

 4    06:11:01 completed."

 5    06:11:02 Do you see that?

 6    06:11:02 A. I do.

 7    06:11:02 Q. Okay. Does that refresh your recollection

 8    06:11:03 that it was that date on which the lockup was

 9    06:11:06 completed?

10    06:11:09 A. Well, I have no way of knowing if that was

11    06:11:11 the date it was completed or that's simply the date

12    06:11:15 that I was texting Mr. Sperling.

13    06:11:17 Q. That's a fair point.

14    06:11:18 On page 2, you write Mr. Sperling:

15    06:11:20 "And 18bn in volume" --

16    06:11:23 MR. FLUMENBAUM: So the record's clear,

17    06:11:25 page 2 is 2781.

18    06:11:27 MR. SYLVESTER: Yes.

19    06:11:28 Q. On 2781 you write Mr. Sperling: "And 18bn

20    06:11:31 in volume" -- sorry, "in vol. Incredible."

21    06:11:34 Do you see that?

22    06:11:36 A. I do.

23    06:11:36 Q. Do you take that to be volume of XRP?

24    06:11:40 A. I believe so.

25    06:11:42 Q. Okay. And why was that incredible to you?
```

1    06:11:46 A. Well, $18 billion is a lot, and I think

2    06:11:50 that was more than you would have seen typically.

3    06:11:56 Q. Okay. Mr. Larsen, does monetary policy

4    06:12:11 normally refer to how much currency is in

5    06:12:14 circulation?

6    06:12:15 MR. FLUMENBAUM: Objection as to form.

7    06:12:18 THE WITNESS: Well, monetary policy is a

8    06:12:20 very complex domain, so I think it means different

9    06:12:25 things to different people.

10   06:12:33 BY MR. SYLVESTER:

11   06:12:33 Q. Isn't monetary policy typically set by a

12   06:12:42 central bank?

13   06:12:43 MR. FLUMENBAUM: Objection as to form.

14   06:12:45 THE WITNESS: Well, I mean, again, if

15   06:12:47 you're asking me, you know, in what context did I

16   06:12:50 use it, in a brainstorming idea, it could simply be

17   06:12:55 as simple as money policy. And since, you know,

18   06:13:01 these are currencies and these are monies, what's

19   06:13:07 your policy.

20   06:13:09 So, yeah. And, again, it's something we

21   06:13:12 actually did not do. But it's a fun, you know,

22   06:13:17 brain exercise.

23   06:13:19 BY MR. SYLVESTER:

24   06:13:19 Q. And in this context, it would be just

25   06:13:22 Ripple's policies with respect to XRP; is that

1    06:13:25 right?

2    06:13:26 MR. FLUMENBAUM: Objection as to form.

3    06:13:28 THE WITNESS: Yeah. Again, this is so

4    06:13:30 preliminary as even a suggestion of a brainstorming

5    06:13:34 session, which I don't think ever happened, so yeah.

6    06:13:38 MR. SYLVESTER: Let's look at Exhibit 32,

7    06:13:45 please.

8    06:14:05 (Whereupon, Deposition Exhibit CL-32

9    06:14:05 was marked for identification.)

10   06:14:06 BY MR. SYLVESTER:

11   06:14:29 Q. Exhibit 32 appears to be a string of

12   06:14:32 emails between you, Mr. Larsen. The top email is to

13   06:14:38 ████████████████. I'm not sure how to say that

14   06:14:42 name.

15   06:14:43 A. ██████.

16   06:14:44 Q. ██████ Thank you. Dated January 25th,

17   06:14:46 2015. And then some of the other emails are with

18   06:14:49 ████████@gmail.com.

19   06:16:34 A. Okay.

20   06:16:34 Q. Who is ████████

21   06:16:37 A. He is a member of the ████████

22   06:16:45 Q. And you write to Mr. ████ on page Bates

23   06:16:51 ending -294:

24   06:16:52 "Here's a first stab at a

25   06:16:55 promotional XRP distribution

1    06:16:56 agreement."

2    06:16:57 Do you see that?

3    06:16:57 A. I do.

4    06:16:59 Q. Okay. What was the agreement being

5    06:17:02 contemplated between Ripple and Mr. ███?

6    06:17:06 A. Well, ███ was really trying to get an

7    06:17:13 agreement to get XRP to move forward with a

8    06:17:18 relationship with the company.

9    06:17:23 Q. And what kind of relationship was

10   06:17:24 contemplated by ███?

11   06:17:26 A. Well, I believe that they wanted territory

12   06:17:30 in China. To be honest with you, I can't recollect.

13   06:17:34 But we didn't go through with this.

14   06:17:38 MR. SYLVESTER: Okay. I think we have

15   06:17:42 about a half an hour left. I'd like to take a very

16   06:17:45 short break.

17   06:17:46 THE WITNESS: Sure.

18   06:17:47 MR. SYLVESTER: Is that all right with

19   06:17:48 everyone?

20   06:17:49 THE VIDEOGRAPHER: Okay. We are off the

21   06:17:50 record at 6:17 p.m.

22   06:18:12 (Whereupon, a recess was taken.)

23   06:34:28 THE VIDEOGRAPHER: This is the start of

24   06:34:28 File Number 7. We're back on the record at

25   06:34:31 6:34 p.m.

```
 1    06:34:36 MR. FLUMENBAUM: Mr. Sylvester, I'm sure
 2    06:34:36 you did not intend to do this on purpose. But
 3    06:34:40 you -- the documents that you marked were misleading
 4    06:34:44 about the 18 billion in volume. 2781 has nothing to
 5    06:34:50 do with 2783. And it has nothing to do, in fact,
 6    06:34:57 with XRP. It has to do with Bitcoin.
 7    06:35:04 And I think the record needs to be
 8    06:35:06 corrected as a result.
 9    06:35:09 MR. SYLVESTER: You're correct, I
10    06:35:10 certainly didn't mean to do anything misleading. Do
11    06:35:13 you want to have the witness read the documents into
12    06:35:16 the record in order?
13    06:35:17 MR. FLUMENBAUM: Well, I'll do that. It
14    06:35:18 shouldn't -- the witness -- Larsen 2781, which says,
15    06:35:23 "And 18 billion in volume, incredible," comes after
16    06:35:30 2779 and 2780, which are emails between Sperling and
17    06:35:35 Larsen relating to Bitcoin.
18    06:35:39 MR. CERESNEY: Texts.
19    06:35:39 MR. FLUMENBAUM: I'm sorry? Texts.
20    06:35:52 MR. CERESNEY: Texts.
21    06:35:52 MR. FLUMENBAUM: What did I say?
22    06:35:52 MR. CERESNEY: Emails.
23    06:35:52 (Reporter clarification.)
24    06:35:52 MR. FLUMENBAUM: I use emails very
25    06:35:54 generically. I'm sorry. I apologize.
```

1    06:35:59 Texts. The texts -- and you can check in

2    06:36:01 your files. 2779 relates to Bitcoin and 2780

3    06:36:07 relates to Bitcoin. And the price of Bitcoin

4    06:36:13 apparently -- what it says is "Bitcoin tops 15,000,

5    06:36:17 maybe 20- by weekend. Insane, to be clear, when I

6    06:36:21 said 20- by weekend, I was kidding." These are

7    06:36:24 Sperling to Larsen. This is historic craziness and

8    06:36:31 18 billion in volume, incredible. You know. And

9    06:36:35 that was Larsen's response.

10   06:36:36 So those -- those relate to, you know,

11   06:36:38 that volume point that you were trying to make that

12   06:36:46 related to the XRP lockup just is inaccurate.

13   06:36:50 MR. SYLVESTER: Okay. So thank you for

14   06:36:51 reading those documents on to the record.

15   06:36:55 Q. Mr. Larsen, in light of Mr. Flumenbaum's

16   06:36:58 recitation of all those documents, you agree -- I

17   06:37:02 assume you want to change your testimony that the

18   06:37:04 18 billion volume reference was a reference to

19   06:37:07 Bitcoin. Is that correct?

20   06:37:08 A. That's correct.

21   06:37:09 Q. Okay.

22   06:37:10 MR. FLUMENBAUM: And I just want to make

23   06:37:11 one other thing clear for the record. We've marked

24   06:37:14 today a lot of documents that don't have the highly

25   06:37:20 confidential stamp that would have been there had

1   06:37:30 the document been printed with the proper Bates

2   06:37:35 numbers. So I want to make sure that every exhibit

3   06:37:39 that's been used today is viewed as highly

4   06:37:44 confidential, even though it doesn't have any legend

5   06:37:50 on that that reflects that.

6   06:37:53 MR. SYLVESTER: Yeah. I understood you

7   06:37:55 designated the entire transcript and all exhibits as

8   06:37:57 confidential.

9   06:37:57 MR. FLUMENBAUM: And all exhibits, but

10  06:37:58 because of the fact --

11  06:38:00 MR. SYLVESTER: Right. I get it. It's

12  06:38:01 stipulated.

13  06:38:02 MR. FLUMENBAUM: -- that it's not there --

14  06:38:04 MR. SYLVESTER: Okay.

15  06:38:04 MR. FLUMENBAUM: -- there's a risk of

16  06:38:05 mistake, and I want to just emphasize that so that

17  06:38:09 you make sure that that mistake doesn't occur.

18  06:38:13 MR. SYLVESTER: Okay. Understood. Okay.

19  06:38:14 Q. Mr. Larsen, Ripple made efforts to get XRP

20  06:38:18 listed on digital asset platforms; is that right?

21  06:38:24 A. There were relatively few of the total

22  06:38:26 number out there, yes.

23  06:38:30 Q. There were relatively few of the total out

24  06:38:32 there -- I'm sorry, I didn't understand your answer,

25  06:38:34 sir.

1    06:38:40 There were relatively few of the total

2    06:38:41 number that were trading XRP; is that what you mean?

3    06:38:45 MR. FLUMENBAUM: Objection as to form.

4    06:38:48 THE WITNESS: No. There's hundreds of

5    06:38:51 exchanges that trade XRP. We've given incentives to

6    06:38:58 a handful of them, and many -- many of that's

7    06:39:03 related to ODL.

8    06:39:06 BY MR. SYLVESTER:

9    06:39:06 Q. What kinds of incentives have you given to

10   06:39:09 digital asset platforms to list XRP?

11   06:39:13 A. I don't recall the exact form of those

12   06:39:15 incentives.

13   06:39:19 MR. SYLVESTER: Okay. Let's look at

14   06:39:20 Exhibit 50, please.

15   06:39:22 (Whereupon, Deposition Exhibit CL-50

16   06:39:24 was marked for identification.)

17   06:39:25 BY MR. SYLVESTER:

18   06:39:47 Q. Exhibit 50 is a thread of emails. The top

19   06:39:53 email is from Patrick Griffin dated December 21st,

20   06:39:57 2015. It's copying you, Mr. Larsen, and I'm hoping

21   06:40:01 you can help me with the recipient's name.

22   06:40:05 A. ████

23   06:40:07 Q. ███. Okay?

24   06:40:08 A. Yeah.

25   06:40:08 Q. Thank you.

393

1   06:40:09 A. Okay. I see that.

2   06:41:11 Q. Okay. Who is █████?

3   06:41:15 A. He's the founder and CEO of Bitstamp.

4   06:41:20 Q. And it appears that Mr. Griffin is

5   06:41:22 offering Bitstamp a number of incentives to list XRP

6   06:41:26 as early as possible; is that correct?

7   06:41:28 A. I see that here, yes.

8   06:41:31 Q. Okay. Did Ripple ultimately provide the

9   06:41:35 incentives listed here to Bitstamp?

10  06:41:39 A. I don't recall if this was executed or

11  06:41:42 not.

12  06:41:43 Q. Did Ripple provide any incentives to

13  06:41:45 Bitstamp?

14  06:41:47 A. Not that I -- well, I don't recall, so ...

15  06:41:50 Q. Okay.

16  06:41:51 A. Yeah.

17  06:41:51 Q. Which exchanges -- sorry -- strike that.

18  06:41:53 Which digital asset platforms received

19  06:41:56 incentives from Ripple to list XRP?

20  06:42:00 A. I don't recall the names.

21  06:42:03 Q. Do you recall how many?

22  06:42:06 A. My understanding is a handful of exchanges

23  06:42:11 of the hundreds that trade XRP.

24  06:42:15 Q. Were these listing fees the types of

25  06:42:19 incentives that were offered to the exchanges to

1    06:42:21 which Ripple offered incentives to list XRP?

2    06:42:25 MR. FLUMENBAUM: Objection as to form.

3    06:42:26 THE WITNESS: Sorry, are you asking is

4    06:42:27 this a template based on this email or --

5    06:42:30 BY MR. SYLVESTER:

6    06:42:30 Q. No, not a template.

7    06:42:33 Was -- was the type of incentives that

8    06:42:36 were offered to the exchanges to which Ripple

9    06:42:39 offered incentives listing fees?

10   06:42:44 MR. FLUMENBAUM: Objection as to form.

11   06:42:47 THE WITNESS: I don't recall what -- the

12   06:42:49 predominant one. It likely varied.

13   06:42:53 MR. SYLVESTER: Let's look at 113, please.

14   06:42:56 (Whereupon, Deposition Exhibit CL-113

15   06:43:05 was marked for identification.)

16   06:43:05 BY MR. SYLVESTER:

17   06:43:14 Q. Exhibit 113 is an email thread, top email

18   06:43:20 from you to Mr. Garlinghouse and Mr. Griffin dated

19   06:43:25 August 21st, 2017.

20   06:45:11 A. Okay.

21   06:45:11 Q. Starting with the second page ending -972,

22   06:45:15 do you see your email to Mr. Garlinghouse subject,

23   06:45:18 "███/Coinbase"?

24   06:45:22 A. I'm sorry, the second page?

25   06:45:23 Q. Yes.

1    06:45:24 A. Yes.

2    06:45:24 Q. And you write:

3    06:45:25 "As a followup, ███████

4    06:45:27 suggested that you or I send her an

5    06:45:30 email: 1, discussing our desire to

6    06:45:31 be listed on Coinbase and how good

7    06:45:32 that would be for both companies."

8    06:45:34 Do you see that?

9    06:45:37 A. I do.

10   06:45:37 Q. Is that about listing XRP on Coinbase?

11   06:45:41 A. I assume so. I believe that's in relation

12   06:45:43 to ODL, given they're talking about "support our

13   06:45:52 payments business to route commercial payments

14   06:45:54 through XRP."

15   06:45:55 Q. Who is ███████

16   06:45:57 A. ███████ is a partner at ███████

17   06:46:00 ███████ cohead of their cryptocurrency funds. I

18   06:46:06 believe was also a board member at Coinbase and was

19   06:46:12 also the person from the DOJ that was involved in

20   06:46:17 this -- the FinCEN settlement with Ripple.

21   06:46:22 Q. Okay. And it looks like Mr. Griffin --

22   06:46:24 now turning to the first page of the document.

23   06:46:26 Looks like Mr. Griffin drafted an email to be sent

24   06:46:30 by either you or Mr. Garlinghouse to Ms. ███ Is

25   06:46:34 that right?

```
 1    06:46:36 A. That looks correct.
 2    06:46:38 Q. Okay. Regarding, first line, how we can
 3    06:46:42 chart a course to get XRP listed on Coinbase in
 4    06:46:45 2017; is that right?
 5    06:46:46 A. I see that.
 6    06:46:47 Q. Okay. In the second paragraph of
 7    06:46:49 Mr. Griffin's draft, the second sentence, he says:
 8    06:46:52 "So far this year we've
 9    06:46:54 provided integration support for
10    06:46:55 just about 20 exchanges around the
11    06:46:57 world, including the largest in the
12    06:46:58 world."
13    06:47:00 What kind of integration support -- sorry.
14    06:47:03 Do you see that, what I just read?
15    06:47:06 A. I do.
16    06:47:06 Q. Okay. What kind of integration support
17    06:47:08 services did Ripple provide for just about 20
18    06:47:10 exchanges?
19    06:47:12 A. I believe that refers to RippleNet, that
20    06:47:17 application, and ODL to ensure that there's enough
21    06:47:24 liquidity in those enterprise products.
22    06:47:28 Q. And what specifically did Ripple do for
23    06:47:30 the exchanges to get XRP listed?
24    06:47:36 A. Assuming there would be technical
25    06:47:38 integration.
```

397

```
 1   06:47:40 Q. To assist with technical integration, is
 2   06:47:44 that -- sorry -- strike that.
 3   06:47:46 The next sentence says:
 4   06:47:46 "We can make integrating to
 5   06:47:48 XRP very streamlined and easy by
 6   06:47:50 offering up our engineering and
 7   06:47:52 integration teams to work with
 8   06:47:54 Coinbase."
 9   06:47:56 Do you see that?
10   06:47:56 A. I do.
11   06:47:56 Q. So is the integration support services
12   06:47:59 Ripple sending engineering and integration teams to
13   06:48:03 digital asset platforms who wish to list XRP?
14   06:48:07 MR. FLUMENBAUM: Objection as to form.
15   06:48:12 THE WITNESS: I don't know if they were
16   06:48:13 physically sent to wherever those platforms would
17   06:48:15 be.
18   06:48:17 BY MR. SYLVESTER:
19   06:48:17 Q. Whether or not the engineers physically
20   06:48:19 traveled, did Ripple typically provide integration
21   06:48:22 and engineering support whenever a digital asset
22   06:48:26 platform wanted to list XRP?
23   06:48:28 MR. FLUMENBAUM: Objection as to form.
24   06:48:29 THE WITNESS: Yeah. Again, as I
25   06:48:30 mentioned, I believe this is in context of RippleNet
```

1    06:48:35 and ODL for our enterprise payment applications.

2    06:48:41 BY MR. SYLVESTER:

3    06:48:41 Q. If a digital asset platform wanted to list

4    06:48:47 XRP -- strike that.

5    06:48:48 Did digital asset platforms that wanted to

6    06:48:51 list XRP ever ask Ripple for engineering assistance?

7    06:48:56 MR. FLUMENBAUM: Objection as to form.

8    06:48:58 THE WITNESS: You mean if they were going

9    06:49:02 to be involved with RippleNet or ODL?

10   06:49:06 BY MR. SYLVESTER:

11   06:49:06 Q. If they were going to list XRP for

12   06:49:08 trading?

13   06:49:09 MR. FLUMENBAUM: Objection as to form.

14   06:49:10 THE WITNESS: It was my understanding that

15   06:49:11 they would get involved if that was going to be

16   06:49:14 helpful for RippleNet or ODL. And, of course, those

17   06:49:19 platforms would have to be appropriately compliant

18   06:49:22 in whatever jurisdiction that they were operating

19   06:49:25 under.

20   06:49:25 BY MR. SYLVESTER:

21   06:49:25 Q. Okay. I guess what I'm driving at is just

22   06:49:28 whether there was any technical assistance needed

23   06:49:30 between sort of connecting the XRP Ledger with

24   06:49:33 whatever software the digital asset platform was

25   06:49:35 running.

399

1    06:49:37 MR. FLUMENBAUM: Objection as to form.

2    06:49:37 THE WITNESS: The XRP Ledger is

3    06:49:39 open-source permissionless so anybody can integrate

4    06:49:43 to it. And documentation to do that is readily

5    06:49:47 available to anyone, just like in Bitcoin or

6    06:49:50 Ethereum or any of the other decentralized ledgers.

7    06:49:54 BY MR. SYLVESTER:

8    06:49:54 Q. Understanding that anyone can, did Ripple

9    06:49:56 send engineers to help?

10   06:49:58 MR. FLUMENBAUM: Objection. Asked and

11   06:49:59 answered.

12   06:50:02 THE WITNESS: Yeah. Again, if it's going

13   06:50:03 to further the RippleNet or ODL applications that we

14   06:50:07 provide to enterprise customers, we would readily do

15   06:50:11 that if it was a compliant platform.

16   06:50:16 MR. SYLVESTER: Okay. Let's look at --

17   06:50:27 let's look at 156, please. Actually, hold that.

18   06:50:45 All right.

19   06:50:45 Q. Did you speak with anyone at Coinbase

20   06:50:50 about listing XRP on Coinbase?

21   06:50:54 MR. FLUMENBAUM: Objection as to form.

22   06:50:56 THE WITNESS: Not that I recall.

23   06:50:57 BY MR. SYLVESTER:

24   06:50:57 Q. Okay. Did anyone at Ripple speak with

25   06:50:59 anyone at Coinbase about listing XRP on Coinbase?

1    06:51:04 MR. FLUMENBAUM: Objection as to form.

2    06:51:07 THE WITNESS: It's my understanding that

3    06:51:09 the team did as that's an important -- could be an

4    06:51:14 important provider for RippleNet and ODL.

5    06:51:16 BY MR. SYLVESTER:

6    06:51:16 Q. Who on the Ripple team spoke with Coinbase

7    06:51:20 about listing XRP on Coinbase?

8    06:51:23 MR. FLUMENBAUM: Objection as to form.

9    06:51:23 THE WITNESS: I -- I don't recollect. I

10   06:51:30 assume somebody on the leadership group.

11   06:51:32 BY MR. SYLVESTER:

12   06:51:33 Q. Did anyone on the Ripple team discuss with

13   06:51:36 anyone at Coinbase the application of the securities

14   06:51:39 laws to offers and sales of XRP?

15   06:51:45 MR. FLUMENBAUM: Objection as to form.

16   06:51:45 THE WITNESS: Well, it's my understanding

17   06:51:47 that Coinbase talked to the SEC before they listed

18   06:51:50 XRP, and they got approval to do so.

19   06:51:53 BY MR. SYLVESTER:

20   06:51:53 Q. Right.

21   06:51:53 But my question was did anyone on the

22   06:51:55 Ripple team discuss with anyone at Coinbase the

23   06:51:58 application of the securities laws to offers and

24   06:51:59 sales of XRP?

25   06:52:02 MR. FLUMENBAUM: Objection as to form.

401

```
1    06:52:06 THE WITNESS: Not to my recollection.
2    06:52:08 However, Coinbase has a world-class compliance team.
3    06:52:12 And, again, it is my understanding that they talked
4    06:52:16 to the SEC and got approval to list XRP on their
5    06:52:20 exchange.
6    06:52:20 BY MR. SYLVESTER:
7    06:52:20 Q. What's the basis of that understanding?
8    06:52:22 A. Well, I understand that they talked to the
9    06:52:24 SEC, so why would they have listed if they weren't
10   06:52:26 approved?
11   06:52:27 Q. No. No. I'm asking what's the basis for
12   06:52:29 your understanding that Coinbase talked to the SEC?
13   06:52:32 MR. CERESNEY: Mr. Larsen, if you could
14   06:52:34 not reveal anything you've learned from counsel.
15   06:52:38 But if there's another source, you can obviously
16   06:52:41 answer it.
17   06:52:42 THE WITNESS: It's my understanding that
18   06:52:44 they have an ongoing dialogue every time they do
19   06:52:47 list. But I believe that that was public
20   06:52:49 information.
21   06:52:51 BY MR. SYLVESTER:
22   06:52:51 Q. What's the basis of your understanding
23   06:52:53 that Coinbase talked to the SEC and got approval to
24   06:52:55 list XRP?
25   06:52:57 A. Can I ask a clarifying question?
```

402

```
 1    06:52:59 Q. Sure.
 2    06:53:00 A. Did Coinbase talk to the SEC?
 3    06:53:02 Q. No. You can't ask that clarifying
 4    06:53:04 question. I'm not here --
 5    06:53:05 A. I'm not trying to be tricky there, I
 6    06:53:07 just -- it seems like a relevant answer.
 7    06:53:10 MR. FLUMENBAUM: What's your question?
 8    06:53:11 BY MR. SYLVESTER:
 9    06:53:11 Q. What's the basis of your understanding
10    06:53:13 that Coinbase talked to the SEC and the SEC approved
11    06:53:18 Coinbase's listing of XRP?
12    06:53:20 MR. FLUMENBAUM: I believe he's answered
13    06:53:21 that. I believe he testified just two questions ago
14    06:53:25 that he believes they talked to them and then they
15    06:53:28 listed and his assumption was that the SEC approved.
16    06:53:33 MR. SYLVESTER: Well, no, he didn't say
17    06:53:35 any of that. I don't know why you're testifying.
18    06:53:37 MR. FLUMENBAUM: I thought he did say
19    06:53:38 that.
20    06:53:39 MR. SYLVESTER: He didn't.
21    06:53:39 THE WITNESS: It's my understanding that
22    06:53:41 they talked to the SEC and they got approval. And I
23    06:53:45 just can't imagine in my wildest dreams that they
24    06:53:48 wouldn't have done that. That's a very compliant
25    06:53:51 organization, which had been planning to go public
```

403

1   06:53:55 and would have to have worked with the SEC. And, in

2   06:53:58 fact, did go public. I can't imagine that what we

3   06:54:03 have been led to understand is not correct.

4   06:54:05 BY MR. SYLVESTER:

5   06:54:05 Q. When you say "what we have been led to

6   06:54:07 understand," by whom?

7   06:54:09 MR. FLUMENBAUM: If you've -- if you have

8   06:54:11 more information based on communications with

9   06:54:14 counsel, I'm instructing you not to answer that

10  06:54:16 question.

11  06:54:17 THE WITNESS: Okay. So I can't delineate

12  06:54:19 between what I've heard not with counsel and what

13  06:54:21 I've heard with counsel.

14  06:54:22 BY MR. SYLVESTER:

15  06:54:22 Q. Did anyone other than your counsel tell

16  06:54:24 you that Coinbase met with the SEC and the SEC

17  06:54:28 approved the listing of XRP on Coinbase?

18  06:54:30 MR. FLUMENBAUM: Objection. He can't

19  06:54:33 answer that the way it's worded.

20  06:54:35 THE WITNESS: I can't --

21  06:54:36 MR. FLUMENBAUM: He can't answer that

22  06:54:37 question the way it's worded. Please rephrase that.

23  06:54:41 BY MR. SYLVESTER:

24  06:54:41 Q. Other than conversations with counsel, did

25  06:54:44 anyone tell you that Coinbase met with the SEC and

[9/14/2021] Larsen, Christian (revised) 9.14.2021

1    06:54:47 the SEC approved the listing of XRP?

2    06:54:49 MR. FLUMENBAUM: Well, objection as to

3    06:54:50 form. He's already testified that he understood

4    06:54:55 that Coinbase met with them and that it was -- and

5    06:55:00 that they listed. I believe he's answered this

6    06:55:03 question twice.

7    06:55:05 MR. SYLVESTER: He hasn't. That's why he

8    06:55:07 keep asking it.

9    06:55:09 Q. You can answer.

10   06:55:12 A. My understanding that that occurred is

11   06:55:14 without doubt.

12   06:55:18 Q. Okay. What's the basis of your lack of

13   06:55:20 doubt?

14   06:55:20 A. I think I, again, cannot delineate between

15   06:55:22 what I've heard not with counsel and what I've heard

16   06:55:26 with counsel.

17   06:55:27 Q. Okay.

18   06:55:27 A. But --

19   06:55:27 Q. Go ahead.

20   06:55:37 A. -- there must be public record of that.

21   06:55:41 Q. Have you told anybody at Ripple that the

22   06:55:44 SEC approved Coinbase's listing of XRP?

23   06:55:50 MR. FLUMENBAUM: Objection as to form.

24   06:55:50 THE WITNESS: Not to my recollection, no.

25   / /

[9/14/2021] Larsen, Christian (revised) 9.14.2021

405

```
1    06:55:51 BY MR. SYLVESTER:

2    06:55:51 Q. Have you told anybody outside Ripple that

3    06:55:54 Coinbase approved the -- that the SEC approved the

4    06:55:56 listing of XRP on Coinbase?

5    06:55:58 A. Not to my recollection, no.

6    06:56:17 Q. Mr. Larsen, are you familiar with Coil?

7    06:56:19 A. Yes.

8    06:56:19 Q. What is Coil?

9    06:56:21 A. Coil is a web monetization technology

10   06:56:25 company.

11   06:56:27 Q. It was founded by                    ?

12   06:56:30 A. He is, I believe, a cofounder.

13   06:56:33 Q. Does he have any connection to Ripple?

14   06:56:36 MR. FLUMENBAUM: Objection as to form.

15   06:56:38 THE WITNESS: He is a former CTO of Ripple

16   06:56:42 but no longer has a connection to the company.

17   06:56:44 BY MR. SYLVESTER:

18   06:56:44 Q. Okay. Does Coil publish a DUNL [sic] for

19   06:56:48 the XRP Ledger?

20   06:56:50 MR. FLUMENBAUM: Objection as to form.

21   06:56:50 THE WITNESS: I'm sorry?

22   06:56:51 BY MR. SYLVESTER:

23   06:56:51 Q. Does Coil publish a DUNL for the XRP

24   06:56:54 Ledger?

25   06:56:55 A. A DUNL?
```

[9/14/2021] Larsen, Christian (revised) 9.14.2021

406

1    06:56:57 Q. Yeah.

2    06:56:58 A. I'm not sure what that is.

3    06:56:59 Q. Does it publish a list of trusted notes

4    06:57:02 for the XRP Ledger?

5    06:57:05 MR. FLUMENBAUM: Objection as to form.

6    06:57:06 THE WITNESS: A UNL?

7    06:57:07 BY MR. SYLVESTER:

8    06:57:07 Q. UNL. Sorry.

9    06:57:10 A. I believe it does.

10   06:57:11 Q. Okay. When did Coil start publishing this

11   06:57:14 list?

12   06:57:15 A. I don't recall.

13   06:57:18 Q. Was it within the past couple of years?

14   06:57:25 A. I don't recall.

15   06:57:27 Q. Okay. Was it after the time that you

16   06:57:29 stepped down as Ripple's CEO?

17   06:57:33 MR. FLUMENBAUM: Objection as to form.

18   06:57:33 THE WITNESS: I believe that's correct.

19   06:57:36 BY MR. SYLVESTER:

20   06:57:36 Q. Okay. Do you have any role with respect

21   06:57:37 to Coil?

22   06:57:39 A. Yes. I serve on their board.

23   06:57:40 Q. Are you an investor in Coil?

24   06:57:43 A. You mean personally or with the company?

25   06:57:45 Q. Let's start with personally.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

407

1   06:57:47 A. No.

2   06:57:47 Q. Is Ripple an investor in Coil?

3   06:57:50 A. Ripple has a minority stake in Coil.

4   06:57:55 Q. Have you ever made any payments whatsoever

5   06:57:57 to Coil?

6   06:57:59 MR. FLUMENBAUM: Objection.

7   06:57:59 THE WITNESS: Not that I can recollect.

8   06:58:01 BY MR. SYLVESTER:

9   06:58:01 Q. Okay. Does Ripple have any joint

10  06:58:05 partnerships with Coil?

11  06:58:06 A. Do you mean does Ripple have an agreement

12  06:58:08 with Coil?

13  06:58:12 Q. Do Ripple and Coil have any joint business

14  06:58:14 ventures?

15  06:58:18 A. I don't believe we have any joint ventures

16  06:58:20 together.

17  06:58:20 Q. Has Ripple ever had a joint venture with

18  06:58:24 coil?

19  06:58:26 MR. FLUMENBAUM: Objection as to form.

20  06:58:27 THE WITNESS: When you say "joint

21  06:58:28 venture," are you talking about a separate entity?

22  06:58:30 BY MR. SYLVESTER:

23  06:58:30 Q. Let's start there, sure.

24  06:58:33 MR. FLUMENBAUM: Objection as to form.

25  06:58:34 THE WITNESS: Not that I know of.

```
 1   06:58:35 BY MR. SYLVESTER:

 2   06:58:35 Q. Has -- have Ripple and Coil worked

 3   06:58:39 together on business projects?

 4   06:58:41 MR. FLUMENBAUM: Objection as to form.

 5   06:58:45 THE WITNESS: When you say "work

 6   06:58:45 together," you mean -- what do you mean by that?

 7   06:58:51 BY MR. SYLVESTER:

 8   06:58:51 Q. Have Ripple and Coil -- are there any

 9   06:58:58 outstanding contractual agreements between Ripple

10   06:59:00 and Coil?

11   06:59:01 MR. FLUMENBAUM: Objection as to form.

12   06:59:02 THE WITNESS: Yes.

13   06:59:02 BY MR. SYLVESTER:

14   06:59:02 Q. What's the nature of those agreements?

15   06:59:05 A. Ripple incented Coil with XRP to pursue

16   06:59:12 web monetization in a program called

17   06:59:15

18   06:59:17 Q. When you say "Ripple incented Coil with

19   06:59:19 XRP," does that mean that Ripple gave Coil XRP?

20   06:59:25 A. It provided XRP for appropriate projects

21   06:59:29 that might utilize web monetization.

22   06:59:34 Q. Okay. How much XRP did Ripple give Coil?

23   06:59:39 A. I don't recall the exact amount.

24   06:59:41 Q. When did Ripple give XRP to Coil?

25   06:59:45 A. I believe that was after -- shortly after
```

409

1   06:59:47 its founding.

2   06:59:54 MR. FLUMENBAUM: You have about three

3   06:59:55 minutes left, Mr. Sylvester.

4   07:00:03 BY MR. SYLVESTER:

5   07:00:03 Q. Have you ever suggested to anyone at Coil

6   07:00:05 that they take over a greater number of validating

7   07:00:11 servers for the XRP Ledger?

8   07:00:13 MR. FLUMENBAUM: Objection as to form.

9   07:00:17 THE WITNESS: Can you restate that

10  07:00:18 question, please.

11  07:00:19 BY MR. SYLVESTER:

12  07:00:19 Q. Sure. Have you ever talked to anyone at

13  07:00:21 Coil about running a greater number of validating

14  07:00:25 servers for the XRP Ledger?

15  07:00:27 MR. FLUMENBAUM: Objection as to form.

16  07:00:30 THE WITNESS: When you say "validating

17  07:00:32 servers," are you talking about validators that

18  07:00:38 might be on a UNL list?

19  07:00:41 BY MR. SYLVESTER:

20  07:00:41 Q. That's right.

21  07:00:41 A. It's important to note that UNLs don't do

22  07:00:44 the validating. Each validator validates the state

23  07:00:49 of the ledger independently. And more importantly,

24  07:00:51 it's not just the public ledgers' validators that

25  07:00:55 might end up on a UNL list, but that also includes

[9/14/2021] Larsen, Christian (revised) 9.14.2021

410

1   07:00:59 an even greater number of private validators. For

2   07:01:02 example, Coinbase would be a private validator.

3   07:01:09 Q. I see. Okay. Have you ever had any

4   07:01:12 discussions with Coil about operating any of the

5   07:01:14 validators on the XRP Ledger?

6   07:01:16 MR. FLUMENBAUM: Objection as to form.

7   07:01:19 THE WITNESS: Well, I believe Coil has a

8   07:01:21 validator themselves.

9   07:01:28 BY MR. SYLVESTER:

10  07:01:28 Q. Okay. After Coinbase listed XRP, did the

11  07:01:31 investigation of -- by the SEC of Ripple close?

12  07:01:36 MR. FLUMENBAUM: Objection as to form.

13  07:01:42 THE WITNESS: Can you ask that question

14  07:01:43 again, please.

15  07:01:44 BY MR. SYLVESTER:

16  07:01:44 Q. Sure. After Coinbase listed XRP, did the

17  07:01:46 SEC's investigation of Ripple close?

18  07:01:49 MR. FLUMENBAUM: Objection as to form.

19  07:01:50 THE WITNESS: Can you remind me again when

20  07:01:52 did Coil list XRP?

21  07:01:55 MR. CERESNEY: Coinbase.

22  07:01:55 MR. SYLVESTER: Coinbase.

23  07:01:56 THE WITNESS: Sorry, what did I say?

24  07:01:58 MR. CERESNEY: Coil.

25  07:01:58 THE WITNESS: Sorry, apologies.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

411

1    07:01:58 BY MR. SYLVESTER:

2    07:01:59 Q. 2019.

3    07:02:00 A. 2019, what month was that, please?

4    07:02:02 MR. MOYE: February.

5    07:02:04 BY MR. SYLVESTER:

6    07:02:05 Q. February 2019.

7    07:02:06 MR. FLUMENBAUM: Objection as to form.

8    07:02:10 THE WITNESS: Again, if I could ask the

9    07:02:11 question, who did Coinbase approach at the SEC?

10   07:02:17 BY MR. SYLVESTER:

11   07:02:17 Q. Again, I can't answer your questions,

12   07:02:18 Mr. Larsen. This is our deposition of you.

13   07:02:20 A. No. I understand, but it's important for

14   07:02:22 how I would answer the question.

15   07:02:25 Q. I don't understand that.

16   07:02:28 A. Well, the SEC, there's many different

17   07:02:31 divisions, and our experience was it didn't seem

18   07:02:33 like one division knew what the other division was

19   07:02:36 doing, so isn't it impossible that they actually did

20   07:02:39 contact one of your divisions?

21   07:02:41 Q. That had nothing to do with the question I

22   07:02:43 asked.

23   07:02:43 A. Well, yes. It did. You were asking me

24   07:02:45 whether or not you dropped the -- well, can you ask

25   07:02:47 the question again, please.

[9/14/2021] Larsen, Christian (revised) 9.14.2021

412

| 1 | 07:02:49 Q. Sure. |
| 2 | 07:02:49 After Coinbase listed XRP in February of |
| 3 | 07:02:53 2019, did the SEC close its investigation of Ripple? |
| 4 | 07:03:00 MR. FLUMENBAUM: Objection as to form. |
| 5 | 07:03:00 THE WITNESS: Well, the answer to that |
| 6 | 07:03:01 would be no. But I think important to note, and it |
| 7 | 07:03:06 would be possible, that Coinbase approached one of |
| 8 | 07:03:09 the divisions of the SEC and the other division |
| 9 | 07:03:14 didn't know or didn't agree with that. Because in |
| 10 | 07:03:16 our experience in the settlement talks, there seemed |
| 11 | 07:03:20 to be a great deal of disagreement between the |
| 12 | 07:03:22 divisions of what to do and a great number of 180s |
| 13 | 07:03:25 that happened during those settlement talks. |
| 14 | 07:03:27 MR. FLUMENBAUM: All right. Are we done, |
| 15 | 07:03:31 Mr. Sylvester? |
| 16 | 07:03:34 THE VIDEOGRAPHER: You have 30 seconds. |
| 17 | 07:03:35 MR. FLUMENBAUM: Are we done, sir? |
| 18 | 07:03:37 MR. SYLVESTER: I think we're done. |
| 19 | 07:03:38 MR. FLUMENBAUM: All right. Thank you |
| 20 | 07:03:39 very much. |
| 21 | 07:03:39 THE WITNESS: Thank you. Thank you for |
| 22 | 07:03:39 coming out. |
| 23 | 07:03:40 MR. SYLVESTER: Thank you for your time, |
| 24 | 07:03:40 Mr. Larsen. |
| 25 | 07:03:40 THE WITNESS: Absolutely. I appreciate |

413

1    07:03:40 it.

2    07:03:41 THE VIDEOGRAPHER: Okay. This concludes

3    07:03:43 today's deposition on September 14th, 2021. We

4    07:03:45 are off the record at 7:03 p.m. Master media will

5    07:03:50 be retained by Gradillas Court Reporting.

6    07:03:52 (Deposition concluded at 7:03 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF WITNESS

2

3

4    I, CHRISTIAN A. LARSEN, do hereby declare under

5    penalty of perjury that I have read the entire

6    foregoing transcript of my deposition testimony,

7    or the same has been read to me, and certify that

8    it is a true, correct and complete transcript of

9    my testimony given on September 14, 2021, save and

10   except for changes and/or corrections, if any, as

11   indicated by me on the attached Errata Sheet, with

12   the understanding that I offer these changes and/or

13   corrections as if still under oath.

14   _____ I have made corrections to my deposition.

15   _____ I have NOT made any changes to my deposition.

16

17   Signed: _____
         CHRISTIAN A. LARSEN
18

19   Dated this _____ day of _____ of 20____.

20

21   Sworn to and Subscribed before me,

22   this _____ day of _____ of 20_____.

23

24   _____
     Notary Public My Commission expires: _____

25

[9/14/2021] Larsen, Christian (revised) 9.14.2021

416

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   ERRATA SHEET

2   Deposition of: CHRISTIAN A. LARSEN
      Date taken: SEPTEMBER 14, 2021
3   Case: SEC v. RIPPLE LABS, INC., et al.

4   PAGE LINE
      _____ _____ CHANGE: _____
5   REASON: _____

6   _____ _____ CHANGE: _____
      REASON: _____
7
      _____ _____ CHANGE: _____
8   REASON: _____

9   _____ _____ CHANGE: _____
      REASON: _____
10
      _____ _____ CHANGE: _____
11   REASON: _____

12   _____ _____ CHANGE: _____
      REASON: _____
13
      _____ _____ CHANGE: _____
14   REASON: _____

15   _____ _____ CHANGE: _____
      REASON: _____
16
      _____ _____ CHANGE: _____
17   REASON: _____

18   _____ _____ CHANGE: _____
      REASON: _____
19
      _____ _____ CHANGE: _____
20   REASON: _____

21   _____ _____ CHANGE: _____
      REASON: _____
22
      _____ _____ CHANGE: _____
23   REASON: _____

24
      Signed_____
25   Dated_____

[9/14/2021] Larsen, Christian (revised) 9.14.2021









