# PX 3

1

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:    )

4                        ) File No. NY-09875-A

5   RIPPLE LABS, INC.    )

6

7   WITNESS:  Patrick Griffin

8   PAGES:    1 through 281

9   PLACE:    Securities and Exchange Commission

10            New York Regional Office

11            200 Vesey Street, 4th Floor

12            New York, New York 10281

13  DATE:     Wednesday, February 12, 2020

14

15       The above entitled matter came on for hearing,

16  pursuant to notice, at 9:38 a.m.

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                    (202) 467-9200

2

```
 1    APPEARANCES:

 2

 3    On behalf of the Securities and Exchange Commission:

 4         DAPHNA WAXMAN, ESQ.

 5         JON DANIELS, ESQ.

 6         Securities and Exchange Commission

 7         200 Vesey Street

 8         4th Floor

 9         New York, New York 10281

10

11    On behalf of the Witness:

12         SEAN HECKER, ESQ.

13         JUSTIN HORTON, ESQ.

14         Kaplan Hecker & Fink LLP

15         350 Fifth Avenue

16         Suite 7110

17         New York, New York 10118

18

19         JENNIFER R. COWAN, ESQ.

20         CHRISTOPHER S. FORD, ESQ.

21         Debevoise & Plimpton

22         919 Third Avenue

23         New York, NY 10022

24

25
```

3

1    APPEARANCES (CONT.)

2

3        DEBORAH MCCRIMMON, ESQ.

4        Ripple Labs, Inc.

5        315 Montgomery St.

6        Floor 2

7        San Francisco, CA 94104

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                       C O N T E N T S

 2

 3      WITNESS:                                  EXAMINATION

 4      Patrick Griffin                               10

 5

 6      EXHIBITS:        DESCRIPTION              IDENTIFIED

 7      100        Background Questionnaire,           13

 8                 6 pages

 9      101        List Of All Private Investors       43

10                 From 2012 Through Series A,

11                 2 pages

12      102        Opencoin/Ripple Deck,               46

13                 February 2013

14      103        Opencoin/Ripple Deck, June          66

15                 2013

16      104        E-mail, From Arthur Britto,         74

17                 To Patrick Griffin, 1 page,

18                 March 19, 2013,

19      105        E-mail from Arthur Britto,          83

20                 To Patrick Griffin, 1 page,

21                 March 28th, 2013,

22      106        E-mail From Patrick Griffin,        91

23                 May 9th, 2013, Attachment of

24                 Opencoin Deck May 2013

25
```

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

5

```
 1                   C O N T E N T S (CONT.)

 2

 3    EXHIBITS:       DESCRIPTION                  IDENTIFIED

 4    107        E-mail, From Patrick Griffin,          98

 5               April 23rd, 2013

 6    108        E-mail, From Patrick Griffin,         122

 7               November 30th, 2013, Subject:

 8               XRP Distribution Themes, w/ an

 9               attachment, RPLI_SEC0012359 -

10               RPLI_SEC0012368

11    109        E-mail String, November 2013,        136

12               w/ attachment: Ripple of

13               Primer, RPLI_SEC0042334 -

14               RPLI_SEC0042351

15    110        Document, Information                147

16               Regarding XRP 2 LLC's

17               History and Business,

18               RPLI_SEC0001203 -

19               RPLI_SEC0001206

20    111        Document From the Internet:         153

21               Ripple Labs 2014, A Year In

22               Review, 6 pages

23    112        Document From the Internet:         166

24               Ripple 2015 year in review,

25               December 28, 2015, 5 pages
```

6

```
C O N T E N T S (CONT.)
```

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 113 | A New Chapter For Ripple | 167 |
| 114 | Article | 169 |
| 115 | Document: ██████████ | 172 |
|  | Executive Summary, |  |
|  | RPLI_SEC157137 - RPLI_SEC157144 |  |
| 116 | E-Mail From Patrick Griffin | 178 |
|  | To Miguel Vias, January 18th, |  |
|  | 2017, With ██████ Attachments, |  |
|  | RPLI_SEC0157073 |  |
| 117 | E-mail Attachments: ██████ | 178 |
|  | ██████████ Series, |  |
|  | RPLI_SEC0157178 |  |
| 118 | E-mail String, October 2014, | 180 |
|  | Regarding ████████████ |  |
|  | ██████ with Attachment: |  |
|  | LTRF Term Sheet |  |
| 119 | Ripple Labs Inc., XRP Plan, | 184 |
|  | Notice of XRP Unit Bonus Award |  |

7

```
 1              C O N T E N T S (CONT.)

 2

 3    EXHIBITS:     DESCRIPTION              IDENTIFIED

 4    120      E-mail From Patrick Griffin,      201

 5             To Brad Garlinghouse at Ripple,

 6             May 2nd, 2017, Subject:  XRP

 7             Escrow Proposal, with Attachment:

 8             Proposal

 9    121      E-mail From Patrick Griffin,      217

10             To Brad Garlinghouse, March

11             31st, 2017, Subject:  Q2 XRP

12             Plan Update, RPLI_SEC0056445

13             - RPLI_SEC0056446

14    122      Google Doc linked to E-mail      217

15    123      E-mail From Patrick Griffin,      218

16             To          and various

17             Individuals at Ripple, April

18             13th, 2017.  Subject:  Bitbank

19             Adding XRP In Pay

20    124      E-mail From Patrick Griffin,      228

21             To          June 21st, 2017,

22             Subject:        Intros,

23             RPLI_SEC0056230

24

25
```

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

8

```
 1              C O N T E N T S (CONT.)

 2

 3    EXHIBITS:      DESCRIPTION                IDENTIFIED

 4    125      E-mail Between Patrick Griffin       232

 5             And Miguel Vias, June 21st,

 6             2017, Also Speaks About ██████

 7             RPLI_SEC0026817 - RPLI_SEC0026821

 8    126      E-mail From Patrick Griffin,         236

 9             To Brad Garlinghouse, July

10             23rd and 24th, 2017,

11             RPLI_SEC0042394 - RPLI_SEC0042395

12    127      Twitter Feed Printouts,              240

13             In Color, 11 pages

14    128      E-mail From ███████████             249

15             To Brad Garlinghouse, April

16             10, 2016, RPLI_SEC0205600 -

17             RPLI_SEC0205602

18    129      E-mail From Patrick Griffin,         257

19             To Miguel Vias, November 1st,

20             2017, RPLI_SEC0032504

21    130      E-mail From Monica Long, To          262

22             ███████████████  January 17,

23             2018, RPLI_SEC0199343

24

25
```

9

```
1                  C O N T E N T S (CONT.)

2

3     EXHIBITS:        DESCRIPTION                IDENTIFIED

4     131        E-mail From Patrick Griffin,          264

5                To Brad Garlinghouse,

6                RPLI_SEC0026737 -

7                RPLI_SEC0026740

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

10

```
 1                P R O C E E D I N G S
 2          MS. WAXMAN:  We are on the record at
 3   9:38, February 12th, 2020.
 4          Mr. Griffin, please raise your right
 5   hand.
 6   Whereupon,
 7                PATRICK GRIFFIN
 8   was called as a witness and, having been first
 9   duly sworn, was examined and testified as
10   follows:
11                EXAMINATION
12          BY MS. WAXMAN:
13      Q    Please state your full name and
14   spell your name for the record.
15      A    Patrick Griffin, P-A-T-R-I-C-K,
16   G-R-I-F-F-I-N.
17      Q    Do you have a middle name?
18      A    Warren, W-A-R-R-E-N.
19      Q    Good morning, Mr. Griffin.  My name
20   is Daphna Waxman and with me is my colleague,
21   Jon Daniels.  We are officers for the
22   Commission for the purpose of this proceeding.
23   This is an investigation by the U.S.
24   Securities and Exchange Commission in the
25   matter of Ripple Labs to determine whether
```

```
 1    there have been violations of the federal

 2    securities laws.

 3              However, the facts developed in this

 4    investigation may constitute violations of

 5    other federal or state civil and criminal

 6    laws.

 7              Prior to the opening of the record,

 8    you were provided with a copy of the formal

 9    order of investigation.  It will be available

10    for your examination during the course of

11    today's testimony.

12              Mr. Griffin, have you had an

13    opportunity to review the formal order?

14        A    Yes.

15        Q    Prior to the opening of the record,

16    you were also provided with a copy of the

17    commission supplemental information form,

18    which has been previously marked as Exhibit

19    15.

20              Mr. Griffin, have you had an

21    opportunity to read Exhibit 15?

22        A    Yes.

23        Q    Do you have any questions regarding

24    Exhibit 15?

25        A    No.
```

1       Q    Mr. Griffin, are you represented by

2  counsel today?

3       A    Yes.

4       Q    Would counsel please state for the

5  record your name, your firm's name, and whom

6  you represent?

7         MR. HECKER:  Sean Hecker of Kaplan

8  Hecker & Fink for the witness.

9         MS. COWAN:  Jennifer Cowan,

10  Debevoise & Plimpton on behalf of Ripple.

11        MR. HORTON:  Justin Horton.  Kaplan

12  Hecker & Fink for the witness.

13        MR. FORD:  Christopher Ford.

14  Debevoise & Plimpton for the witness.

15        MS. McCRIMMON:  Deborah McCrimmon

16  from Ripple for Patrick Griffin.

17       Q    Mr. Griffin, as you may be aware,

18  multiple representation of witnesses by

19  counsel presents a potential conflict of

20  interest.  And the Form 1662 states that:

21        "The commission will assume that the

22  witness and counsel have discussed and

23  resolved all issues concerning possible

24  conflicts of interest."  Mr. Griffin, are you

25  appearing here today pursuant to a subpoena?

1       A     Yes.

2             MS. WAXMAN:   I would like to mark

3    this as Exhibit 100.

4                         (SEC Exhibit No. 100 was

5                          marked for

6                          identification.)

7       Q     Mr. Griffin, I have marked a copy of

8    the background questionnaire produced by

9    counsel.  Would you just take a moment to look

10   at and it let me know if everything in there

11   is accurate?

12            (The witness examined the document.)

13      A     Yes.

14      Q     Is everything in Exhibit 100

15   accurate?

16      A     Yes.

17      Q     All of the information provided in

18   the exhibit?

19      A     Yes.

20      Q     I just want to ask you a couple of

21   questions about some of the information that

22   you provided?

23      A     Okay.

24      Q     What is your primary residence?

25      A     ███████████████

1    Q    Going to the second page.

2         When did you open a ProtonMail

3    account?

4    A    Within the last month.

5    Q    Why did you open a ProtonMail

6    account?

7    A    Largely to move off of Google.

8    Q    And is that your primary e-mail that

9    you use?

10   A    Right now, I use the Proton e-mail

11   and I use the ███████████████████

12   Q    Would there be a reason you use a

13   ProtonMail rather than the G-Mail?

14   A    It's just personal preference.   I

15   have a privacy consideration that's all.

16   Q    Do you --

17   A    Just that Google tracks your data

18   and private information and I made a personal

19   decision to move away from that.

20   Q    Are you currently employed?

21   A    No.

22   Q    Are you looking for employment?

23   A    Not at the moment.

24   Q    Any reason why?

25   A    No.

```
 1        Q     When was your last employment?

 2        A     The last employment was with Ripple,

 3   which I believe ended in March of 2018.

 4        Q     And do you have any source of income

 5   currently?

 6        A     It's investment income, comes from

 7   fixed income.

 8        Q     When you say "fixed income," can you

 9   be a little more specific?

10        A     Municipal bonds that provide income.

11        Q     So, are you living off savings?

12        A     Yes, I think that that's right.

13        Q     Are you living off of money that you

14   earned in connection with investments?

15        A     Yes.

16        Q     Do you have any plans to look for

17   employment in the future?

18        A     I do.

19        Q     What are your plans?

20        A     I don't know yet.

21        Q     Is there any reason you are not

22   looking for employment now?

23        A     No.

24        Q     Well, what is the reason you are not

25   working now?
```

1        A    Oh, just right now I have a new

2    family and two years old kid or just about to

3    turn two and that's kind of it.

4        Q    Well, you have not worked since

5    2018, correct?

6        A    That's right.

7        Q    So, why haven't you looked for a job

8    since your prior, last employment?

9        A    I haven't felt the need to or the

10   desire to.  I just been focused on my family

11   and taking some time off from work.

12       Q    Would you consider yourself retired?

13       A    No, I would not.

14       Q    Just taking a break?

15       A    Yes.

16       Q    What is the XRP Ledger?

17       A    The XRP Ledger is a decentralized

18   ledger that tracks accounts and balances.  It

19   contains a native digital asset and has

20   similar principles to a blockchain.

21       Q    What is XRP?

22       A    XRP is a unit of value that resides

23   within the XRP ledger and is used to make

24   changes to the XRP Ledger.  More properly the

25   database Ripple-D, within which the XRP Ledger

1   is contained.

2        Q    Is it the native token for the XRP

3   Ledger?

4        A    Yes.

5        Q    How many XRPs currently exist?

6        A    I don't know the exact number; but I

7   know it's somewhere south of 100 billion.

8        Q    And how do you know that?

9        A    It's public.

10        Q    Did you learn it through public

11   forces?

12        A    I don't know.  I believe so, yes.

13        Q    What is Ripple?

14        A    Ripple is a for-profit company that

15   builds financial services products.  It holds

16   XRP and it is currently working on building a

17   payment network.

18        Q    And how much XRP does Ripple hold?

19        A    I don't know the exact number.  The

20   last I saw was 55 billion.

21        Q    How did Ripple come to acquire the

22   XRP?

23        A    A grant from the technical founders,

24   Jed McCaleb and Arthur Britto.

25        Q    And how did you come to learn that?

18

1        A     I don't remember. But I suppose it

2   was through my conversations with the early

3   founders of the company.

4        Q     When did you first learn of Ripple?

5        A     Just to be clear, Ripple or

6   Opencoin.

7        Q     Well, I'm going to refer to Ripple;

8   but I understand that Ripple was known as

9   Opencoin --

10       A     Okay --

11       Q     -- in 2012?

12       A     Right.

13       Q     So, I'll ask a different question.

14             When did you first learn of

15   Opencoin?

16       A     Okay.  I first learned of Opencoin

17   in the fall of 2012.

18       Q     And how did you learn of it?

19       A     Over conversations with Chris

20   Larsen.

21       Q     And why were you talking to Chris

22   Larsen about Opencoin?

23       A     We were talking about the

24   possibility of employment and me coming to

25   work with Chris at Opencoin.

1       Q    When did you have those discussions

2   with Chris?

3       A    In the fall of 2012.

4       Q    And what was Chris' role in the

5   company?

6       A    I think at that point, he was CEO;

7   but I don't remember specifics if that had

8   been formalized or not yet.

9       Q    And what did Chris say to you in

10  those conversations about what you would do

11  for the company?

12      A    Well, I don't -- it's a long time

13  ago.  But what I do remember it was largely a

14  discussion around business development and

15  trying to secure partnerships for the company.

16      Q    Partnerships with whom?

17      A    At that point, I think it was --

18  there was a vague idea of what that would look

19  like.  But mostly I think it was around

20  financial institutions and the early

21  participants in the crypto currency ecosystem.

22      Q    During that conversation in the fall

23  of 2012, what did Larsen tell you about

24  Opencoin?

25      A    In 2012, at that point, he talk

1    about an intranet of value and the possibility

2    of this new technology to play a central role

3    within the creation of an intranet of value.

4            And beyond that, I think it was so

5    early that sort of the terminology was still

6    being decided on.

7            So, when I look back on that time, I

8    don't exactly remember what the conversation

9    was beyond that.

10       Q    And when you say "new technology,"

11   what are you referring to?

12       A    That -- well, crypto currency

13   technology broadly, blockchain, digital

14   assets, XRPLedger and XRP.

15       Q    Did Larsen tell you anything about

16   the company's holdings of XRP?

17       A    I don't remember.

18       Q    Did you discuss XRP?

19       A    I don't remember.

20       Q    Did you accept a job with Ripple?

21       A    I did.

22       Q    When did you start with the company?

23       A    I started in March of 2013, I

24   believe.

25       Q    Your background questionnaire, if

1   you --

2       A    I would say February.

3       Q    Yes.

4            If you turn to page 10, it says

5   "February"?

6       A    Okay, it is February.

7       Q    Okay, February --

8       A    Yes, February.

9       Q    So, the page then says from February

10  2013 to January 2015 you had the title of EVP

11  of business development and you reported to

12  Chris Larsen.  And then it says from February

13  2015 through May 2018 you had the title of SVP

14  of business development and that you -- your

15  supervisor was Brad Garlinghouse.

16      A    Yes.

17      Q    What were your responsibilities in

18  the earlier time period?

19      A    Okay.

20           In the earlier time period -- so,

21  2013 to 2015, it was largely around

22  partnerships and business development; it was

23  about finding and securing partners for

24  Ripple.

25           I also wore a couple of other hats

1    including the build out of the sales team,

2    Integration Department and I also was -- had a

3    hand in the fundraising for the Series A.

4        Q    When you say "securing

5    partnerships," what sorts of partnerships?

6        A    Okay.

7             Well, going back to 2013, the types

8    of partners and the way that, I think, Ripple

9    had conceived developing a network was by

10   plugging different endpoints onto the XRP

11   Ledger.  And Ripple talked about that as

12   gateways.  Which in the end, we're sort of

13   just financial institutions that custody

14   assets.  With an eye towards digitizing toward

15   real world assets and making them transferable

16   and liquid sort of on an internet based or

17   internet style platform. That was the main

18   focus in the earliest 2013 time frame.

19       Q    In that early time frame, how did

20   Ripple envision the XRP Ledger would be used?

21       A    Well, the XRP Ledger -- again, I

22   think the vision at that point was -- okay,

23   just for context, there were really only two

24   primary blockchain platforms at that point.

25   There was Bitcoin and a couple of derivative

1     systems of Bitcoin, Litecoin.  And I think you

2     had something like Dogecoin and that was kind

3     of it.  And then you had the XRP Ledger.

4     And -- so, there really was sort of a

5     competition between Bitcoin and XRP Ledger

6     just as far as we saw that.

7               So, we were focused on trying to

8     make the XRP Ledger or bring as much liquidity

9     onto the XRP Ledger as possible.  And I think

10    that the premise was to utilize some of the

11    native features and functionalities of the XRP

12    Ledger, which sort of was pretty feature rich

13    and was competitive to what Bitcoin had to

14    offer.

15        Q    And were these partnerships aimed at

16    bringing liquidity to the ledger?

17        A    Yes, they were mostly, I would say

18    first and foremost, identifying assets that

19    were held by different payment companies or

20    exchanges, for example.  And digitizing them,

21    bringing them onto the XRP Ledger and then

22    making them tradeable, transferable and more

23    liquid.

24        Q    So, when you're talking about

25    "bringing liquidity to the ledger," you're

1  talking about bringing different assets to

2  ledger?

3      A    Mostly different assets and

4  typically different currencies, for example.

5  I think there was a discussion with a gold

6  company, bringing gold -- digitizing gold and

7  making it tradeable on the internet sales

8  platform.

9      Q    Can you trade any digital asset on

10  the XRP Ledger?

11      A    Yes.

12          MR. DANIELS:  How did Ripple claim

13  to make money from bringing assets to the

14  ledger?

15          THE WITNESS:  Well, I think at that

16  point there was an idea that we could build

17  different sort of API solutions and provide

18  integration support and charge fees around

19  that.

20      Q    You said your other responsibility

21  in that early time period was to build out the

22  sales team; what did you mean by that?

23      A    Right.  Well, that was maybe a

24  little bit later in 2013 than the period that

25  we are talking about.  That was probably when

1   we started to get our footing in understanding

2   where the product could be adopted.  And I

3   think that was around the 2015/2014 period,

4   late 2014/2015.  I don't remember exactly the

5   start of that.

6            But that was really more oriented

7   around financial institutions, selling our

8   services to financial institutions, which

9   again sort of API integration capability to

10  get them to plug in and move their information

11  onto the system.

12       Q    During that early time period, did

13  Ripple have any revenue?

14       A    I don't remember.  I don't remember.

15       Q    Well, you said you participated in

16  fundraising.  How did the company fund it's

17  operations?

18       A    Well, prior to my arrival, there had

19  already -- I think the company had just

20  finalized a -- I think you can call it a seed

21  round of capital.  I think there was some cash

22  around for that.  And then I think about a

23  year later there was a Series A, which

24  re-raised financing around that as well.

25       Q    Was the --

```
 1        A    It was for 10 million dollars; but I

 2   can't remember exactly the number.

 3        Q    Was the raises primarily to fund

 4   operations?

 5        A    Yes.

 6        Q    And at that point in that early time

 7   period, did the company have any products?

 8             MR. HECKER:  "Early time period,"

 9   meaning '13 to '15?

10             MS. WAXMAN:  Yes.

11        A    I think the product was -- I think

12   there was like -- there was a retail product

13   and there was also sort of a set of developer

14   tools.  I think, that was kind of the extent

15   of what was available in terms of customer

16   products.

17        Q    I want to narrow time period.  So,

18   going back to 2013.  Was there a product in

19   2013?

20        A    I believe there was a retail

21   product.  I can't remember if there was

22   anything else.

23        Q    What retail product?

24        A    There was a product that allowed for

25   the trading and interfacing with the XRP
```

```
1    Ledger for retail type of customer.
2         Q    And did that product have a name?
3         A    At the time, 2013, I don't know if
4    it did.  I don't think so.
5         Q    Okay.
6              Are you familiar with Ripple Steam?
7         A    No.
8         Q    Okay.
9         A    No.
10        Q    Did the company generate revenue
11   from that product?
12        A    I don't think so, no.
13        Q    During 2014, did the company have
14   any products?
15        A    I have no -- no, I don't think so.
16        Q    During 2015, did the company have
17   any products?
18        A    Well, again, just to be clear.
19   Beyond what I have described, the developer
20   tools and the sort of this wallet interface, I
21   don't remember the specific products.  So,
22   I -- beyond that, no, I don't think there were
23   others.
24        Q    When you say "developer tools," what
25   are you talking about?
```

28

```
 1        A    So, I recall there is a developer
 2   portal and sort of different APIs to read into
 3   that you could write to to read into the XRP
 4   Ledger and write to it; that was kind of the
 5   extent that I remember.
 6             So, it allows you to create sort of
 7   that real world asset and you wanted to
 8   digitize that balance onto the XRP Ledger,
 9   there was a set of APIs that allowed you to do
10   that.  If you wanted to trade that balance,
11   there was a set of APIs that allowed you to do
12   that.
13             So, just sort of an interface into
14   this new system and sort of the services -- it
15   was more of a service, as I recall, at that
16   point where we would sell the capability of
17   plugging in and we would support that
18   integration and that was the extent of what I
19   remember.
20        Q    Did Ripple actually sell any of it's
21   tools that allowed integration with the
22   ledger?
23        A    I don't remember if we sold -- I
24   mean, it's like any other start up that I have
25   been involved with.  The early days, I think
```

```
 1    that there may have been selling; but I think
 2    you're sort of wherever you can to get people
 3    to sort of adopt it and use it.
 4         Q    Isn't XRP Ledger sort of an open
 5    source?
 6         A    Yes.
 7         Q    And are all of the APIs open source?
 8         A    I don't remember at that point if
 9    they were or not.  And I vaguely sort of
10    recall there being debates internally of
11    whether or not the open source code we
12    developed to plug into the system to make it
13    more broadly easier to plug in or whether we
14    keep that proprietary and try to figure out
15    how to monetize that.
16         Q    Okay.
17              Is it your testimony that the
18    company received some sort of revenue from
19    these tools --
20         A    It's not my testimony.  I don't
21    remember --
22         Q    Okay --
23         A    -- whether they did or not.
24         Q    Okay, that's fine.
25              Just going back to the 2015 to the
```

1    2008 time period, how did your role change in

2    2015?

3         A    So, "2015 to 2008"?

4              MR. HECKER:  '18.

5              MS. WAXMAN:  '18.

6         A    '18 okay.

7              So, 2015 to 2018 the company was

8    growing and getting bigger.  And so, some of

9    the things that I had been tasked with doing,

10   for example, building out a sales team and

11   managing an Integration Team where we were

12   able to resource people to manage some of

13   those things that I was focused on.  So I was

14   no longer, at a certain point within that

15   period of time, no longer managing the

16   integration and the sales as well.  So the

17   sales was moved out of my team.

18              In addition to that, I started to

19   manage the sales of XRP and how XRP -- I think

20   that's kind of the simple way of thinking

21   about it.

22              And I also had responsibility,

23   continued responsibility around business

24   development, so partnerships.  As well as

25   corporate development.

1          Q    Can you just clarify for me what do

2     you mean by "integration"?

3          A    So, again, so you go back to the

4     earliest days all the way through until

5     today -- well, I don't know today; but at

6     least by the time I left.  Every customer that

7     we would approach or potential customer

8     would -- in various iterations of the

9     technical platform would plug into it and the

10    relationship sort of between what we were

11    doing and trying to provide the software to

12    these customers and the customer actually

13    doing work was assigned to the management

14    of -- the management of that relationship was

15    assigned to the Integration Team.

16              So there was sort of a technical

17    team that would go typically on site to a

18    customer and say, Here's how you integrate

19    with this technology.  Here are the API calls

20    and trying to understand what they were

21    interested in doing and then designing the

22    integration.

23         Q    Who were the customers at that

24    point?

25         A    Well, for example, this would be

32

1    exchanges.  I think I mentioned, for -- you

2    know, just to give another example, there's a

3    gold -- gold deal. ████████████████████████

4    and there were different trading firms that

5    were trying to understand how it worked and

6    integrate to it.

7        Q    Why would exchanges want to

8    integrate with the ledger?

9        A    Well, it was just another source of

10   liquidity, trading activity and possible

11   revenue.

12       Q    When you say "possible revenue,"

13   what are you talking about?

14       A    So, the trading that happens on the

15   XRP Ledger is monetizable by the issuer of the

16   balances of those assets.

17       Q    Would the exchanges be trading XRP

18   on the ledger?

19       A    Well -- okay, no.  No.

20       Q    Why not?

21       A    Well, the exchanges would not be

22   doing any of the trading but they would be

23   facilitating the changes.  And so...

24       Q    So, the exchanges would interact

25   with the XRP Ledger every time a customer of

```
 1    the exchange wanted to buy or sell XRP?

 2        A     Right.  Yet again, going back to

 3    2013, there was this notion -- I mean, this

 4    was the time of Mt. Gox and Bitcoin and sort

 5    of the relevant legacy issues around Bitcoin.

 6    And what we had developed and -- or what we at

 7    least could connect people into was this XRP

 8    Ledger.  And the XRP Ledger had a

 9    decentralized exchange.  And I think in those

10    earliest days, there was this -- we had a

11    notion that there were benefits to a sort of

12    decentralized exchange without any

13    counterparty risk. Like -- again, like Mt.

14    Gox.

15            So, we thought people would want to

16    change assets on an exchange like that.

17    Again, given all the sort of headline risks

18    associated with these early crypto currency

19    exchanges and failures associated, there was

20    one of the -- I think we had slides that would

21    show here's what Bitcoin does and here's what

22    XRP can do.

23            And so, we felt like it was a

24    natural conclusion -- whether we were right or

25    wrong, I don't know -- that people would want
```

1  to trade on that platform.  And so, the

2  customers of these exchanges might want to

3  take their balances and be able to go in and

4  out of the decentralized exchange.

5       And that was the premise of an

6  exchange like Bitstamp could issue a balance

7  onto the XRP Ledger.  Their customers could

8  then trade that between each other and not

9  face the -- the sort of singular counterparty

10 risk that was, I think, in the back of

11 everybody's head at that time.

12      Q   So, during what time period was the

13 company promoting the XRP Ledger as a

14 decentralized exchange?

15      A   I know for sure in 2013; but I don't

16 know at what point the emphasis around that

17 started to come down.

18      Q   Did that strategy change at some

19 point?

20      A   Yes, it did.

21      Q   When did it change?

22      A   It changed after the Boston Sibos

23 Conference.  It's like sort of a big moment, I

24 think for -- at least in my mind -- where we

25 were -- the Sibos Conference is the annual

```
 1    SWIFT Conference where you have sort of a lot

 2    of short transactions.  Commercial banks have

 3    come together to talk about payments.

 4            And we were over there and just

 5    chasing down a signal we were seeing in the

 6    market as we were talking to different

 7    financial services companies.  And again, we

 8    were talking to a pretty broad range of

 9    financial source companies from gateways all

10    the way up to fairly large commercial banks.

11    And what we were hearing was the possibility

12    of providing sort of an internet style

13    communication systems on top of transaction --

14    payment processing; so the ability to

15    communicate around a payment.  And then

16    providing a new mechanism by which those

17    financial institutions could then settle that

18    transaction.

19            And so, when we went to the Sibos

20    Conference in, I think it was 2014.  I don't

21    remember; but it was in Boston.  Easily

22    searchable.  That -- we were just really

23    swarmed by a lot of customers at that

24    conference.  And it was very clear that there

25    was a loud signal that we needed to be
```

1    pursuing.

2          And so, from that point on, I think

3    it became -- and at least an emphasis from my

4    team to really be focused on how do we connect

5    these financial institutions together and from

6    a technical perspective that evolved to

7    realizing that, well, really what we are doing

8    is sort of unnecessarily taking -- you think

9    about each bank as a ledger, taking each bank,

10   each ledger and then connecting them to this

11   intermediary ledger to sort of coordinate the

12   ledgers that would then have to be resolved.

13   The ledger changes, that would then have to be

14   resolved on each financial institution's

15   separate ledger.

16          And so, we -- the technical system

17   sort of evolved to see that there was this

18   development of something called the

19   interledger protocol, which allowed for the

20   coordination of ledger changes without that

21   intermediary step.

22          And that is sort of where -- how the

23   technology sort of evolved.  So we weren't

24   just focused on connecting to the XRP Ledger,

25   to answer your original question.  But really

```
 1   coordinating -- connecting all these banks
 2   together to better streamline their payment
 3   flows.  And that became sort of an increasing
 4   focus, I think in -- I don't know -- late 2014
 5   going into 2015.
 6        Q    So, before that 2014 conference, the
 7   focus was on the XRP Ledger and using the XRP
 8   Ledger for transactions?
 9        A    Yeah.  So again, just for context.
10             There were only really two
11   blockchain platforms at that point.  There is
12   Bitcoin, which can only support Bitcoin.  Then
13   there was the XRP Ledger, which can support
14   kind of all different assets.
15             And so, the earliest implementation
16   we thought we could get people to -- like
17   there was a premise -- early premise that we
18   could get all financial assets onto this one
19   system. And this one system would be the
20   singular blockchain platform for the internet.
21   And very quickly, around 2014 it became very
22   clear that there were lots of blockchain
23   platforms that were springing up all over the
24   place.  And it was becoming the battle of the
25   blockchain.  And it became clear that there
```

1  would not be sort of one blockchain system to

2  rule all blockchain systems.  And so, I think,

3  tactically we started to move away from that.

4      Q    You said in that later time period

5  you managed sales of XRP.  Just generally,

6  what was your role with respect to sales of

7  XRP?

8      A    Well, not in the early period.  So,

9  I don't think I was -- I don't remember being

10  involved with that in the 2013/2015 period.  I

11  think it was more -- my involvement was more

12  sort of after 2015, as I remember.

13      Q    Yes, that's your testimony.  We're

14  talking about the later time period from 2015

15  to 2018.  So --

16      A    Yes --

17      Q    -- just generally, you said you

18  managed sales of XRP; what were your

19  responsibilities?

20      A    Well, it was the sales of XRP.  We

21  had two ways of doing that through

22  over-the-counter trading and through

23  programatic sales and I managed those.

24      Q    Do you know who Miguel Vias is?

25      A    Yes.

39

```
 1        Q    Who is he?

 2        A    He -- I don't know his title today;

 3   but at the time, he was the head of markets

 4   and reported to me.

 5        Q    And how did your responsibilities

 6   compare to his responsibilities?

 7             MR. HECKER:  As it relates to sales

 8   of XRP or just generally?

 9        Q    As it relates to sales of XRP?

10        A    Okay.

11             Well, he was more focused on XRP and

12   the XRP market, specifically.  And it was one

13   of the many things that I was focused on.  And

14   so, he was more focused on that on a

15   day-to-day basis.

16        Q    I'm not sure I understand.

17             Did he have responsibilities for

18   programatic or OTC sales?

19        A    He did.

20        Q    How did his responsibilities compare

21   to your responsibilities in that specific

22   area?

23        A    He was working on a day to day and

24   he was managing the relationships on a daily

25   basis.  And I think that's -- yeah.
```

40

1      Q    What was your role compared to his

2  role?

3      A    Well, I managed him.  I helped to

4  set goals with him and...

5      Q    Other than Vias, did you manage

6  anyone else during that 2015/2018 time period?

7      A    I did.

8      Q    Who else?

9      A    For my whole time or just the XRP

10  sale s?

11     Q    Your whole team.

12     A    Okay.

13          So, I managed Miguel Vias.  He

14  managed in turn ███████████  I also managed

15  a Ann Dinuka -- I don't remember Dinuka's last

16  name. I also managed ████████████████████

17  ███████████ ████████████  and there were a

18  few people as well that were coming in and

19  out.

20     Q    And what was Dinuka's role?

21     A    Dinuka was on Miguel's team and he,

22  I think, was primarily focused on providing

23  sort of intelligence on what was happening on

24  crypto currency markets broadly and XRP

25  market, specifically.

1    Q    And what was ██████?

2    A    Business partnerships.

3    Q    And ████████?

4    A    The same.

5    Q    And ██████?

6    A    ██████ oversaw sales.  First, he was

7    overseeing partnerships with me and then he

8    oversaw sales --

9    Q    Sales of what?

10   A    Of the enterprise software that we

11   talked about earlier.  So, plugging financial

12   institutions into the XRP Ledger.  I think he

13   did that for a period of time and then he left

14   the company.

15   Q    During the 2015/2018 time period,

16   who did you report to?

17   A    Sorry.  Can you say those dates

18   again?

19   Q    From the later time period --

20   A    Okay --

21   Q    -- who did you report to?

22   A    Brad Garlinghouse.

23   Q    And the earlier time period?

24   A    Chris Larsen.

25   Q    And how often did you meet with

1    Brad?

2        A    I had a weekly meeting with Brad,

3    which was a one-on-one meeting.  And then I

4    also had a leadership meeting that was every

5    week where Brad was in attendance and I think

6    that is it.

7        Q    How are you compensated by Ripple?

8        A    I was compensated through equity and

9    salary and also I had an XRP bonus.

10       Q    How much equity do you own in the

11   company?

12       A    I'm not 100 percent sure at this

13   point; somewhere between ███████████████

14       Q    You said that you were involved in

15   fundraising for the company, correct?

16       A    Yes.

17       Q    You were involved beginning with the

18   Series A?

19       A    Yes.

20       Q    What was your involvement with

21   fundraising?

22       A    I was the lead; meaning, the primary

23   coordinator; set up meetings, reach out to

24   investors, typically do a lot of the pitching.

25       Q    Did you prepare materials to

1    distribute to investors?

2        A    I did, yes.

3        Q    And did you participate in meetings

4    with investors?

5        A    Yes.

6        Q    Who would be present at those

7    meetings?

8        A    It varied.  It could just be me.

9    Again, this is Series A would have been also

10   been Chris Larsen.  I think that that would be

11   it.  And sometimes the investors would ask to,

12   you know, to meet with the leadership team,

13   executive team; so we would bring them in, the

14   technical team.

15           MS. WAXMAN:  I will have this marked

16   as Exhibit 101.

17                       (SEC Exhibit No. 101 was

18                        marked for

19                        identification.)

20       Q    Mr. Griffin, I'm showing you what's

21   been marked as Exhibit 101, which is a

22   spreadsheet that was created by the staff from

23   information that was provided by Ripple Labs;

24   and it is a list of all private investors in

25   the company from 2012 through the Series A.

```
1        A    Okay.

2             (The witness examined the document.)

3        Q    You said, you participated in

4   meetings with potential investors?

5        A    Yes.

6        Q    Are there any investors on this list

7   that you met with?

8        A    Yes.

9        Q    Which ones?

10       A    Camp One, Core Innovation --

11       Q    What page are you referring to?

12       A    I'm on the first page.

13            I mean, do you want me to go through

14  each one?

15       Q    Yes, that would be great.

16       A    And are you asking did I meet with

17  them in the course of their investigation or

18  their sort of assessment of whether to invest

19  or just broadly?

20       Q    I'm asking whether you met with them

21  in connection with your fundraising efforts

22  with Ripple.

23       A    Okay.

24            Lightspeed, ████████ -- some of

25  these I don't remember; but it's possible and
```

1    Camp One, Google Ventures, IDG, ███████

2    ████████████  Venture 51, Bitcoin Opportunity

3    Corporation, █████ Cross Coin Ventures, IDG

4    China, Seagate Technologies -- or technology,

5    ████████████ Phil Rapoport.  Root 66 -- I'm

6    skipping -- there are some in here that

7    repeat.

8        Q    That's fine.

9        A    Okay.

10       Q    I see ██████--

11       A    Right.

12       Q    -- invested -- there were a couple

13   of lines for █████ in connection with the

14   Series A?

15       A    Right.

16            MR. HECKER:  ████████ also appears

17   multiple times.

18            THE WITNESS:  A lot of them do.

19       A    Let's see, RRE Ventures, Santander,

20   CME Ventures, SBI Holdings, Accenture, ██████

21   ██████ Standard Chartered, Siam Commercial

22   Bank.  And that's my first pass; but yeah.

23       Q    Okay.  So, were you also involved

24   in earlier financing prior to the Series A?

25       A    Not that I remember.  So certainly

1   not before I joined.

2       Q   So, you said, you met with

3   Lightspeed?

4       A   Yes.

5       Q   The first time appears on the first

6   page in connection with ██████ investment in

7   March 2013.

8           Did you meet with Lightspeed in

9   connection with that investment or in

10  connection with a later investment?

11      A   It may have been that I met them

12  after they had already invested.  Just got the

13  wires crossed; and the same with ██████████

14      Q   Were you also involved in the

15  fundraising for the Series B?

16      A   Yes.

17      Q   How much did the company raise from

18  the Series A?

19      A   10 million dollars, if memory serves

20  me right.

21      Q   And from the Series B?

22      A   25.

23                  (SEC Exhibit No. 102 was

24                  marked for

25                  identification.)

```
 1        Q    Mr. Griffin, I'm showing you what's
 2   been marked as Exhibit 102, which is an
 3   Opencoin deck from February 2013.
 4             Did you draft what's been marked as
 5   Exhibit 102?
 6        A    I do not know.
 7             (The witness examined the document.)
 8        Q    Was there -- take a minute to look
 9   at it --
10        A    Okay --
11        Q    -- let me know when you're done.
12        A    Okay.
13        Q    Do you recognize what's been marked
14   as Exhibit 102?
15        A    Yes.
16        Q    Okay --
17        A    Well, I recognize -- I don't
18   recognize this specific document; but the
19   images within it and the slides, yes, I
20   recognize them.
21        Q    Did you draft any of this document?
22        A    I don't know.
23        Q    Was this document --
24        A    By the way, I don't -- it would have
25   been pretty early for me to have done that.  I
```

```
 1    had just started, I think, there at that
 2    point; so I doubt that I would have been this
 3    involved.
 4        Q    Was this document used in connection
 5    with the company's fundraising efforts?
 6        A    It looks it; but I'm not sure.
 7        Q    Okay.
 8             Was this document distributed to
 9    potential investors?
10        A    Again, I'm not sure.
11        Q    You said, that you participated in
12    discussions with potential investors.  What
13    pitch was made to potential investors
14    regarding the company's business modo at the
15    time?
16        A    I think that it was really -- if I
17    were to summarize, it was mostly a -- and
18    again, it's hard for me to parse which
19    conversations happened when, if this is Series
20    B or Series A.
21             But from my recollection, there was
22    primarily the business modo was predicated on
23    XRP and the holdings of XRP, which was
24    primarily sort of an -- we talked about it
25    earlier -- an asset appreciation play.
```