1          And the second opportunity, was

2     around sort of somewhat what I had mentioned

3     earlier so APIs and services around them that

4     we could build and sell.

5          Q    So, when you say "asset appreciation

6     play," what did you mean?

7          A    Well, just the idea that if the

8     network takes off there's a possibility that

9     the asset will gain value.  And that value

10    will be accredited to the asset holdings of

11    Ripple Inc.

12         Q    Can you be more specific when you

13    say "the network," what are you talking about?

14         A    Well, the network of financial

15    institutions plugged into the XRP Ledger or

16    that are utilizing Ripple software.

17         Q    And the "asset" is what?

18         A    XRP.

19         Q    So, did the company pitch that XRP

20    would increase in value as the network grew?

21         A    I think that the pitch was more --

22    well, just to be clear, value, price something

23    that are two distinctions.  And as far as

24    value that we talked about, it's really more

25    around the utility of it, liquidity of it,

1   price is a component of that for sure.

2          But I think my recollection is that

3   we said it's possible.  We think it will; but

4   we are not really 100 percent sure.

5          And again, it was so early and so

6   new that nobody could really know and that was

7   my recollection of how those conversations

8   went.

9      Q    Well, what did the company and what

10  did you tell the company of how it would make

11  money --

12         MR. HECKER:  Did you --

13     Q    Sorry.

14         What did you tell investors about

15  how the company would make money?

16     A    I think it -- so again, for context.

17  It's 2013 to '14 this is a brand new space,

18  there's a lot of activity and investors are

19  mostly trying to, like, figure out what this

20  is and what's going on.  And we would go in

21  and talk about what we were doing and I think

22  people would look at us and say seems like

23  there's a professional team over here and

24  there's some compelling technology.  And I

25  think their decisionmaking was more in that

1    context as opposed to this is about an asset

2    and we're gonna make money on an asset.

3        That's my recollection.  It was just

4    so uncertain and so, frankly, kind of knew,

5    the language was all new, the jargon was

6    totally new.  So that's -- yeah that's my

7    recollection. I want to make sure I answer

8    your question.

9        MR. DANIELS:  Recognizing that it

10    was uncertain if you go back to Daphna's

11    question.

12        Did investors ask what potential

13    revenue streams might be?

14        THE WITNESS:  They did -- again, I

15    do think we talked about XRP and it's

16    potential to increase in value.  And --

17        MR. DANIELS:  Just to be clear --

18        THE WITNESS:  Okay --

19        MR. DANIELS:  When you're talking to

20    investors about XRP increasing in value --

21        THE WITNESS:  Yes.

22        MR. DANIELS:  -- do you mean

23    increasing in price?

24        THE WITNESS:  Well, I mean,

25    specifically, increasing in value.  And again,

52

1    for context.  At that time, XRP is trading a

2    couple of hundred dollars or a couple of

3    thousand dollars a day.  So there is -- the

4    price is sort of irrelevant at that point; it

5    is really the overall picture and -- of what

6    is going on in the market.  And I think the

7    only -- what we -- what I recall is that it

8    was really a question about how much utility,

9    how much liquidity we can bring into the

10   system sort of one informing the other and how

11   that could increase the value of XRP.

12            MR. DANIELS:  But from an investor's

13   perspective, if you increase the liquidity of

14   XRP --

15            THE WITNESS:  Yes --

16            MR. DANIELS:  -- without, for

17   example, increasing the price --

18            THE WITNESS:  Yes --

19            MR. DANIELS:  -- how would that

20   benefit them if they're putting money into

21   your company?

22            THE WITNESS:  Well, it's an asset.

23   And I'm not saying the price wasn't going to

24   move up or down.  And I think that would

25   potentially be a part of that conversation.  I

1    think it's sort of an unglobal, unpredictable

2    piece of the equation.  But I think it was

3    really more of the function of depth of

4    liquidity, depth of the market, which in turn

5    is a function of usefulness.  And I think that

6    is what we were trying to articulate.

7              And the company has a large holding

8    of XRPs.  And, you know, conceivably the

9    outcome could be good, you know, in different

10   price scenarios.  But the bigger question is

11   whether or not there's going to be liquidity

12   to take advantage of that.

13        Q    At the time that you had these

14   conversations, did the company intend to use

15   XRP sales to fund operations?

16        A    I don't think so.  I don't remember

17   that being something -- I mean, we were

18   raising money; so I have to say, no, that was

19   not a viable option.

20        Q    Okay.

21             Did the company plan to sell XRP at

22   all?

23             MR. HECKER:  Which time period, I'm

24   sorry?

25        Q    I'm talking about conversations with

54

1    potential investors in connection with the

2    Series A and the Series B?

3        A    Right.  Okay.

4            I don't remember to be honest with

5    you.  I don't know if we said to investors

6    that we're going to sell this at some point in

7    the future or be able to sell this at some

8    point in the future.  And again, I want to be

9    able to emphasize the liquidity at that point

10   in time is so tiny that any investor that we

11   were talking to is mostly focused on what we

12   would become as a business or the potential

13   for us to develop a business.

14           And the crypto currency component to

15   this whole equation was very abstract.  And

16   again, the liquidity around it was so tiny

17   that it was almost unfathomable to think that

18   it could have enough volume to really monetize

19   to be the primary source of shareholder value.

20       Q    Why don't we turn to Exhibit 102.

21       A    Okay.

22       Q    If you would turn to page 3.  At the

23   bottom of the page it says:

24           "The company's business modo is

25   based on Ripples gaining acceptance in value."

```
1              What is "Ripple"?

2        A    So, at the time, the terminology

3    shifted and changed over time.

4              So again, this is an Opencoin deck.

5    So the company was called Opencoin at the

6    time. And all the technical language, I think,

7    was mostly around Ripple and that was grounded

8    in the technical origins of the XRP Ledger,

9    which is something called "Ripple"; and

10   Ripples are the digital currency within that

11   system.

12       Q    So, is "Ripples" another name for

13   "XRP"?

14       A    It's, I think, the first name for

15   XRP, yes -- actually, XRP and Ripples are the

16   same.  XRP was sort of the currency

17   denominator for Ripple. "X," mean no country;

18   "RP," being Ripple.

19       Q    What is your understanding of the,

20   you know, Ripples gaining value mean?

21       A    Again, liquidity, utility,

22   usefulness.

23       Q    Okay.

24              And did you have an understanding

25   that that meant an increase in price?
```

56

```
1        A    I -- no -- I don't -- I think this
2   is again it's -- no, I don't.  I think it's
3   part of the equation but not the only thing.
4        Q    If you would turn to page 16 of the
5   deck.
6        A    Okay.
7        Q    Earlier we spoke about that Ripple
8   had a large amount of XRP.  Here on page 16 it
9   says that "Opencoin has 80 billion XRP" and
10  talked about the "distribution of XRP."
11            How did the company intend to
12  distribute it's XRP?
13       A    I think that the initial ideas were
14  around giving XRP to different users, traders.
15  I don't know how exactly to define that.  And
16  I think that was the primary way initially.
17       Q    If you look at page 16, it talks
18  about, "50 billion corporate gifts, credits to
19  users over time"; is that what you are
20  referring to?
21       A    I think so, yes.
22       Q    And then it says "30 billion sold to
23  exchanges"?
24       A    Okay.
25       Q    Is that your understanding of what
```

57

1    was the distribution strategy at the time?

2        A    I don't remember to be honest, no.

3    And this is changed so much that, I don't

4    know.

5        Q    And then --

6        A    They were -- yeah.

7        Q    If you turn to page 17, at the top

8    of the page it says:

9            "Opencoin will keep between 25

10    percent to 30 percent of all currency

11    created".

12            All right.  Is that a reference to

13    XRP?

14        A    I think so.  I would imagine.

15        Q    And then --

16        A    Says "native currency" above the

17    line.

18        Q    Then:

19            "Opencoin will sell to whole same

20    MSB's over time to fund itself."

21        A    Okay.

22        Q    Was that your understanding of the

23    distribution plan at the time?

24        A    I don't remember what my

25    understanding was at the time.  And at this

58

```
1    point, I can't even remember what it looked

2    like.  So...

3         Q    Okay --

4         A    No --

5         Q    -- any reason to believe that that's

6    not accurate?

7         A    No.

8         Q    Going back to page 3 of the

9    document.

10        A    Okay.

11        Q    How did the company plan to create

12   value for XRPs?

13             Earlier you described what you

14   understood "value" to mean; but what was the

15   plan to create value?

16        A    Okay.

17             So, just at the highest level, I

18   think, the plan was to -- again, it was rooted

19   in this idea of an intranet of value where

20   value moves more chiefly, freely, efficiently.

21             I think the premise here was that

22   the digitization of as many assets as possible

23   and then the -- sort of the ability to source

24   liquidity from those assets is sort of what

25   would theoretically drive the value of XRP,
```

59

1    make it more useful as sort of a bridge

2    currency within the ecosystem.

3            So, instead of -- I think there's a

4    slide in here somewhere or in one of the

5    documents.

6            Instead of every currency pair or

7    every asset pair having to trade with each

8    other, they could trade through the XRP

9    digital asset, which has a couple of

10   interesting benefits within the ecosystem;

11   because it's counterparty free.  It's a native

12   asset within the system and it's mostly just

13   free to use.

14           So, that was the original premise.

15   And that utility, that usefulness as a bridge

16   currency, and as a sort of technical component

17   to operate the whole system would drive the

18   value of XRP.

19       Q    But how would the company influence

20   the value of XRP?

21       A    Well, the company is just -- the

22   only thing the company could do is to help get

23   as many assets onto the system as possible.

24   And that's again, sort of at a high level,

25   theoretical level assets.  It could be

```
 1    dollars, it could be anything.  And then

 2    facilitate -- do whatever it could to try to

 3    help move volume through that.

 4          So maybe now that there's dollars on

 5    the system, maybe now we can provide APIs to

 6    allow private networks to take advantage of

 7    those dollars and send them around.

 8          And that was the premise of what

 9    Ripple was trying to enable.

10    Q    You said that the company was going

11    to help get as many assets on the system; but

12    the deck talks, specifically, about Ripples --

13    A    Okay --

14    Q    -- XRP.

15          Was there a focus on getting XRP

16    adopted as opposed to other assets?

17    A    Okay.  So again, going back to 2013.

18          There's sort of a battle between

19    Bitcoin and Ripple -- I should say pick one

20    XRP Ledger at that point was called Ripple.

21    And the battle is what we're trying to do is

22    we're trying to get as many trader -- as much

23    just broadly liquidity onto the XRP Ledger as

24    possible.

25          And we -- and with the way the world
```

```
 1    looked at that point was that there was going
 2    to be, again, sort of one blockchain system
 3    that would win in this space.  And so, there
 4    was not an attempt to get XRP outside of the
 5    XRP Ledger; it was sort of the other way
 6    around.  It was trying to get everybody else
 7    to get their assets onto the XRP Ledger and
 8    then make that XRP Ledger sort of the de facto
 9    clearing and settlement system for all sorts
10    of digital payment types.
11            MS. WAXMAN:  But did XRP have to be
12    the bridge currency for using connection with
13    the ledger?
14            THE WITNESS:  In fact, no.  And we
15    would often talk about that.  We would say it
16    could be dollars, it could be anything.
17            What I think the design premise was
18    for the system -- and it's sort of rooted in
19    the technical reality of -- in operating a
20    decentralized system is that sort of prevent
21    against different attacks.  A digital asset
22    helps to secure the network.  And the digital
23    asset not only helps to secure the asset but
24    has a duel function of being the native asset
25    within the system and can now be sort of has
```

62

1   inheritably these sort of unique principles of

2   being counterparty free, being, you know, low

3   cost to utilize, there's no fees associated

4   with and it it's really fast.  Okay.

5             And so, that was the basic idea was

6   that it would win on it's merits.  And that's

7   sort of what we -- what we sort of talked

8   about in those early days.

9        Q    I want to separate the benefits of

10  digital assets in general and the use of the

11  XRP Ledger, which allowed people to trade XRP

12  and any other asset from the benefits of XRP

13  and why the company would want to promote XRP

14  over other assets?

15       A    But I --

16            MR. HECKER:  Wait.  I'm sorry.

17            THE WITNESS:  Okay.

18            MR. HECKER:  Was there a question

19  there or no?

20            MS. WAXMAN:  There will be.

21            MR. HECKER:  Okay.

22       Q    How would the company benefit if XRP

23  became the asset of choice, you know, and

24  preferred over Bitcoin?

25       A    Well, the company has a lot of XRP.

1   And in addition to that, if XRP becomes a

2   dominant or sort of primary way which to

3   facilitate all this clearing settlement on an

4   internet based sort of new value system, value

5   transfer system, I think Ripple also is sort

6   of uniquely positioned to understand how data

7   and values moving across it build services

8   around that in varying ledgers.

9          In very much the same way sort of

10  something like Google is able to build

11  services around a search; because they were

12  early in that field.  I think that was sort of

13  the theoretical --

14      Q    So, Ripple is the largest holder of

15  XRP, correct?

16      A    Yes.

17      Q    Was it discussed with potential

18  investors that the more valuable XRP is the

19  more Ripple would benefit from holding that --

20      A    Honestly, I don't remember any

21  specifics around the conversation; but I'm

22  sure, yes, that we would have that

23  conversation.

24      Q    Did any of the potential investors

25  that you spoke to want direct exposure to XRP?

64

1      A    Yes.

2      Q    And what did you do in that

3   situation?

4      A    We sold them XRP.

5      Q    In connection with their investment

6   in Ripple?

7      A    I don't remember if it was -- no, I

8   don't -- I don't remember.  I don't think so;

9   but I don't remember.

10     Q    Why would they want direct exposure

11  to XRP?

12     A    Okay.  Can I ask for a clarification

13  question?  Are you asking why would they want

14  exposure to XRP or why would they want -- are

15  you asking for the difference between the

16  Ripple investment and Ripple equity versus the

17  XRP?

18     Q    Yes.  Yes.

19          When I say "direct exposure of XRP,"

20  I mean actually purchasing XRP as opposed to

21  purchasing shares in Ripple?

22     A    Oh, okay.

23          Well, I think XRP is just an asset

24  within this ecosystem and the asset could

25  increase in value, become more liquid, the

```
1    price could go up.  And so, I think it's sort
2    of a directional -- I'm not sure; because I
3    don't know what's inside the head of these
4    investors.
5         Q    Well, did they ever tell you that
6    they wanted direct exposure to XRP?
7         A    I don't -- I don't remember.
8         Q    Did you ever discuss entering into
9    agreements with potential investors to
10   purchase XRP?
11        A    I remember there were investors that
12   brought XRP.
13        Q    Why wasn't XRP offered in connection
14   with the investment Ripple?
15        A    I don't know.
16             MS. WAXMAN:  Do you want to take a
17   five-minute break?
18             MR. HECKER:  That would be great.
19             MS. WAXMAN:  Okay, it is 10:48.  We
20   are off the record.
21             (A brief recess was taken.)
22             MS. WAXMAN:  We are back on the
23   record at 10:56?
24             I will have the marked as an
25   exhibit.
```

66

```
 1                        (SEC Exhibit No. 103 was

 2                        marked for

 3                        identification.)

 4        Q    Mr. Griffin, I'm showing you what's

 5   been marked as Exhibit 103, which is an

 6   Opencoin deck, dated June 2013.

 7             Take a look at it and let me know

 8   when you are done.

 9             (The witness examined the document.)

10        A    Yes.

11        Q    Do you recognize what's been marked

12   as Exhibit 103?

13        A    I -- again, I don't recognize this

14   specific document.  I recognize some of the

15   material in it though.

16        Q    Okay.

17             Do you recall the company using

18   multiple versions of this deck in connection

19   with their fundraising affairs?

20        A    Yes.

21        Q    Does the deck state the company was

22   going to sell XRP to fund operations?

23        A    Are you asking me what the deck

24   says?  I don't know.  I think it may have said

25   that in there.
```

67

1     Q     If you turn to page 13.

2     A     Okay.

3     Q     Top of the page:

4           "Opencoin business modo based on the

5     success of XRP" and then says, "will

6     occasionally sell XRP to fund itself."

7     A     Yes.  Yes.

8     Q     Was that also your understanding at

9     the time?

10    A     Yes.

11    Q     Then if you turn to page 14, it

12    talks about "the distribution of XRP." And it

13    talks about how:

14          "A portion of the XRP would be used

15    for giveaways," which we spoke about earlier.

16          And then it talks about:  "A

17    portion being sold to exchanges."

18          Was that your understanding at that

19    time?

20    A     I -- I don't remember the exchanges

21    piece; but everything else looks familiar,

22    yes.

23    Q     The next page, page 15, line 2 says:

24          "The company had wholesale sales of

25    XRP totaling 1,000,000."

68

1          Who were those sales to?

2     A    I don't know.

3     Q    If you look on page 20, it's a slide

4  that says, "financial projections" and it

5  projected -- it's projections for 2013, 2014

6  an 2015.

7          What is it mean when it says, "XRP

8  mark to market"?

9     A    I don't know.  I would guess that

10  it -- yeah.  Well, I shouldn't guess so there

11  you go.

12     Q    What is your understanding of that?

13     A    "Mark to market" just means that

14  sort of notional value of the current price

15  extrapolating across the total holdings, the

16  total amount.  Sort of a meaningless number in

17  the context of what you could actually take

18  out of the market.

19     Q    How does that compare to the line

20  below it "XRP sales"?

21     A    I -- I'm guessing that the XRP --

22  well --

23          MR. HECKER:  Do you --

24     Q    What's your understanding of what

25  the document says?

1      A     The XRP says --

2            MR. HECKER:  Wait.  Wait.  Wait.

3      Wait --

4            THE WITNESS:  Yeah --

5            MR. HECKER:  I want you to slow down

6      and just make sure you understand the

7      question.

8            Do you have understanding of what

9      "XRP sales"?  And if so, you should share it.

10     A     "XRP sales" would have been the

11     sales of XRP.

12     Q     Does the document show increasing

13     revenues from XRP sales?

14     A     Yes.

15     Q     Is that because the company believed

16     that the price of XRP would increase?

17     A     Oh, I don't know.  It could have

18     been the value.  It could have been more

19     volume.  It could have been a number of

20     things.

21     Q     Well, "sales" refers to price and

22     we're talking about how much they would get

23     from price --

24           MR. HECKER:  Wait --

25     A     Well, you --

1        MR. HECKER:  Wait.  Wait for a

2   question.

3        Q    Did the company anticipate selling

4   less over time, less XRP?

5        A    I don't know.

6        Q    So, I'll ask it again.

7             Did the company anticipate

8   getting -- selling, receiving more money from

9   XRP sales over time?

10       A    I don't know.

11       Q    Well, based on the document --

12            MR. HECKER:  Well, wait.  Wait.

13   Wait. Are you asking him what the document

14   says or what he remembers about his

15   understanding at the time?  Because the

16   document is what it is; but I feel like you're

17   conflating them.  And I want to make sure he's

18   clear about what he remembers versus what the

19   document says.

20            MS. WAXMAN:  Okay, that's fair.

21   Thank you.

22       Q    What was your understanding at the

23   time; did the company understand that it would

24   make more money from sales of XRP over time?

25       A    Okay.  I just -- to clarify your

1    question.  Did the company know if it would

2    make more money?  I would say no.

3        Q    No.

4             The question is, Did the company

5    believe that it would make more money over

6    time through XRP sales from XRP sales?

7        A    Again, with any certainty, no.

8        Q    No one can predict the future?

9        A    Right --

10       Q    -- at least I can't; but that's not

11   the question.  The question is, Did the

12   company believe that XRP would increase in

13   price so that when it sold in the increasing

14   price, it would make more money?

15            MS. COWAN:  That's not the same

16   question you asked before, just to be clear.

17            MS. WAXMAN:  I'm just trying to get

18   an answer from the witness.

19            MR. HECKER:  Well, if you know.  Do

20   you know?

21            THE WITNESS:  I just said, "no."

22       A    No.

23            MR. DANIELS:  Earlier, when we were

24   talking about the 2013 through 2015 period, I

25   think you had talked about potential revenues

72

1    from the API integration --

2              THE WITNESS:  Yes --

3              MR. DANIELS:  -- is that right?

4              THE WITNESS:  Yes.

5              MR. DANIELS:  Do you see that

6    reflected anywhere in the financial

7    projections?

8              THE WITNESS:  No.

9              MR. DANIELS:  Do you know why it

10   wouldn't have been listed in the financial

11   projections?

12             THE WITNESS:  I -- well, the -- no.

13             MR. DANIELS:  Do you believe that

14   these financial projections were intended to

15   cover the intended revenues for the company

16   over the ensuing two years or three years?

17             THE WITNESS:  When I look at this, I

18   think it's a reflection of what the company

19   had the clearest understanding of where the

20   money -- they'll make money.

21             MR. DANIELS:  So would it be --

22             THE WITNESS:  But I know that for

23   sure at this time -- sorry -- that there were

24   discussions around -- I remember there being

25   discussions around sort of services and

73

```
1    ancillary business revenues, which were still
2    not solidified, still hadn't come together in
3    a totally coherent way.  And so, they
4    weren't -- they're not in here and I suspect
5    maybe that's why.
6            MR. DANIELS:  Understood.
7            So, would it be fair to say the
8    clearest revenue stream at the time appear to
9    be from the XRP sales?
10           THE WITNESS:  Yes.
11       Q    Earlier, when we were talking about
12   the distribution of XRP, did the company give
13   XRP away?
14       A    Yes.
15       Q    And what was the purpose of giving
16   XRP away?
17       A    Again, I think it was about trying
18   to find ways in which to build the liquidity
19   and the usefulness around XRP.
20       Q    Was there a focus on giving it away
21   to consumers?
22       A    Yes, I believe so.
23       Q    At the time of that giveaway, how
24   could those people use XRP?
25       A    I think there was an open source
```

1  client that had been built and that was the

2  primary interface into the system.

3      Q    What could XRP be used for?

4      A    I would say that everything that

5  Bitcoin was possible for to be used for, you

6  could apply the same logic to XRP; restore

7  value, sending them money.  I think even at

8  that time, even in this deck, you'll see it

9  talks about "no charges back"; where there was

10  a discussion around using digital currency for

11  lowering costs and risks associated with

12  online transactions.

13          So, I think there were a lot of use

14  cases for digital currency itself.  And in

15  addition to that's sort of, like, the van of

16  Bitcoin and XRP.

17          And I think XRP also is useful

18  within it's sort of native environment for

19  providing liquidity more seamlessly for other

20  assets within that system.

21          MS. WAXMAN:  I will have this

22  marked.

23                    (SEC Exhibit No. 104 was

24                     marked for

25                     identification.)

75

```
1         Q    I'm showing you what's been marked

2    as Exhibit 104, which is an e-mail chain from

3    March 2013.  You are one of the persons on the

4    e-mail chain.

5         A    Thank you.

6         Q    Take a moment, look at it and let me

7    know when you're done.

8              (The witness examined the document.)

9         A    Okay.

10        Q    Did you have any concerns regarding

11   the distribution strategy that included

12   giveaways?

13        A    "Concerns," I don't know that I

14   would characterize it that way.  But I did --

15   it wasn't totally clear.  And so, I think

16   that's how I would characterize it.

17        Q    When you say "it wasn't totally

18   clear," what do you mean?

19        A    So, that the purpose, the value of

20   doing the giveaway.

21        Q    Were there any risks involved?

22        A    I think the risk is that the outcome

23   wouldn't be, I think, what the designers of

24   these giveaway programs had intended, which

25   would be to create more use of XRP, sort of
```

1   more utility and liquidity around it.

2        Q    Were you concerned that the

3   giveaways would negatively affect XRP's fair

4   market value?

5        A    Well -- let's see, I don't know. So

6   this is -- are you referring to this document?

7        Q    Not referring to the document.  I'm

8   just asking you the question outside of the

9   document.

10       A    Okay.

11            Well, if we're defining "fair market

12   value," as "value," again, using the same sort

13   of principles as liquidity, utility,

14   usefulness, prices in there for sure and there

15   are other things sort of dictating the value,

16   yes, I was concerned about it's value.

17       Q    Going to the document itself, when

18   you talk about "fair market value" in the

19   document, are you referring to price?

20       A    It's possible.  I don't remember.

21            And maybe for context, I think, I'm

22   a couple of weeks on the job here on this

23   e-mail chain.

24       Q    Okay.

25            In the bottom e-mail you say:

77

```
1              "I want to make sure I understand

2    how we plan to defend the fair market value of

3    XRP against a surge in supply to make this

4    giveaway scheme work."

5         A    Okay.

6         Q    How would a surge in supply affect

7    the fair market value of XRP?

8         A    Well, a surge in supply -- and

9    that -- again, I think to define from what I

10   understand about what this is saying is a

11   surge in supply would come with a surge in

12   selling. And if there's a lot of selling, then

13   the price would assumably go down.  And any

14   liquidity around the digital asset at that

15   point would also be drained.  So it would be

16   hard to trade it; and therefore, it would be

17   kind of hard to use it.

18        Q    Other than why would a decrease in

19   price be problematic?

20        A    Well again, I think it's a

21   combination of all these factors play into, I

22   think, the value consideration.  And I think

23   that would speak more to the liquidity of the

24   asset and being the most value -- or being

25   sort of the primary importance.
```

78

```
 1          Q    If XRP's price went down, would the
 2    XRP get less money from XRP sales?
 3          A    I don't know.
 4          Q    Well, if they wanted to sell it and
 5    the price went down, would they get less
 6    money?
 7          A    I don't know.  It would depend on
 8    the volume.
 9          Q    Just regardless of the volume, if I
10    sell something at 10 as opposed to selling
11    something at 5?
12          A    Okay, yeah.  If we're talking about
13    one unit --
14          Q    Yes --
15          A    -- of XRP --
16          Q    Yes --
17          A    -- we're being very specific in
18    early defining it, yes.
19          Q    Okay.
20               The second page, at the end, you
21    pose three questions.  First one is:
22               "How are we protecting from a
23    collapse of the XRP fair market value as we
24    disperse the minted XRP?"
25                    Did the company have a plan?
```

```
 1        A    You know, apart from this e-mail, I
 2   don't know.  And sorry, just to be clear.  A
 3   plan for what?
 4        Q    Of "protecting from a collapse of
 5   the XRP fair market value"?
 6        A    I just -- like, I really want to
 7   emphasize the point that I think I'm three --
 8   two weeks on the job.  I had a payments and
 9   identity management background and this is
10   totally new for me.  And so, even using
11   language like "fair market value" might be
12   completely wrong.  And then so, I don't think
13   it's something they said in later years of
14   being with Ripple.  And so, I, you know, I
15   think this is also what you're seeing in this
16   is also -- not only an attempt to understand
17   how all of this would play out; but also just
18   the dynamics of how markets work in general.
19        Q    Did you discuss how liquidity
20   providers would play a role in preventing a
21   "collapse of the XRP of fair market value"?
22             MR. HECKER:  In 2013?
23             MS. WAXMAN:  Yes.
24        A    I don't know if we discussed it. But
25   this is an e-mail that shows we had a
```

80

1    discussion.

2        Q    And how would liquidity providers

3    play a role in preventing the "collapse of the

4    XRP fair market value"?

5        A    I don't understand.  That's my

6    answer.  I don't really know how that would

7    work.

8        Q    Did the company ever do what was

9    proposed?

10       A    No.

11       Q    Second page of the e-mail.  Second

12   question that you pose is:

13            "How are we thinking about defending

14   the incremental valuation increases XRP

15   accrues as we grow the network."

16       A    Okay.

17       Q    What are you talking about when you

18   say "incremental valuation increases"?

19       A    Yeah.  Okay.

20            Again, I think it's important to

21   point out all the terminology I'm using here,

22   I'm new on the job and probably using all

23   kinds of mixed language that is not super

24   concise and on point.

25            I think my understanding of that

1    bullet point is, again, the premise of the

2    giveaway is to extend the usefulness and

3    utility of XRP.  And so, within that is a

4    presumption that for every XRP that is given

5    away will more value than the XRP that's given

6    away is created.  That's the fundamental

7    premise of the giveaway.  And I think that's

8    kind of what Jed is talking about with this,

9    "wide Rex" piece in the beginning.

10           So, I think what I'm saying here is,

11   How do we think about the valuation going up

12   for every XRP that's given away in the face of

13   the fact that when you give away the XRP

14   presumably there's also value that's being

15   eroded.  So that -- the equation has to be

16   balanced just that one outweighs the other.

17           And I think that's what I was trying

18   to understand.

19       Q    In the first page, in the middle,

20   you write:

21           "Just thinking through this a floor

22   would be set for an open order by private

23   equity firm to buy available XRP for fee at

24   IOUs at a set price, a backstop, to keep the

25   price from collapsing."

1      A    Okay.

2      Q    Does this refresh your memory as to

3  what you were referring to when you spoke

4  about fair market value?

5      A    No.

6      Q    Well, you're talking about --

7      A    I'm sorry.  Can you point me to

8  where you're looking?  I just want to make

9  sure I follow along.

10          MR. HECKER:  If you need to, read

11  along first.

12          (The witness examined the document.)

13      Q    The second bullet:

14          "The X demand --"

15      A    Okay --

16      Q    "-- created from an entire network?

17          not from each new --"

18      A    Okay --

19      Q    "-- individually --"

20      A    Okay --

21      Q    "-- is this just an unqualifiable

22          notion?" You ask.  "As more people

23          enter the network we believe the

24          value of XRP will rise and turn as

25          the utility of XRP is realized."

1    What do you mean by "the value of

2  XRP" in that sentence?

3    A    Is it the same that -- the same sort

4  of the same definition that the notion that

5  utility and functionality are part and parcel

6  to liquidity.  Those two things together also

7  reflect in the price and all those things move

8  to drive value.

9    MS. WAXMAN:  I will have this marked

10  as Exhibit 105.

11                  (SEC Exhibit No. 105 was

12                  marked for

13                  identification.)

14    Q    I'm showing you what's been marked

15  as Exhibit 105, which is an e-mail from Arthur

16  Britto to you, on March 28th, 2013.

17    Take a moment to read it over and

18  let me know when you are done?

19                  (The witness examined the document.)

20    A    Okay.

21    Q    Turning to the very bottom of the

22  page, there's an e-mail from you on March

23  27th, 2013.  It says:

24    "At Chris Jed.  Are we restricted

25  from discussing the underriding activity;

84

1    i.e., backstop funding as an ROI opportunity

2    for an investor given the sensitivity around

3    XRP as a security"?

4         A    Okay.

5         Q    What are you referring to when you

6    say "underriding activity"?

7         A    I don't know.

8         Q    What about "backstop funding"; what

9    did you mean?

10        A    I don't have a perfect recollection.

11   What I do remember is the idea here is that as

12   there's XRP given away that if that XRP is

13   given away, that there would be some period of

14   time behind which different market

15   participants, liquidity providers, would have

16   standing orders to buy an XRP.

17             So that, as the XRP is sold, that

18   there won't be substantial price and volume

19   changes that undermine sort of the overall

20   intention, which is again to create more value

21   than the value that we are sort of giving up.

22        Q    Who would be buying the XRP?

23        A    I don't know.  I presume some kind

24   of market maker, liquidity provider; but I'm

25   not sure.

1    Q    Then what is "ROI" refer to?

2    A    I -- sorry.  I'm not totally sure

3    when I read this, I don't really know exactly

4    what it means.  But presumably, again, it

5    would be an opportunity for somebody who wants

6    to buy or go long in the crypto currency or

7    something like that.  But I look at this and

8    I'm not totally sure.

9    Q    Are you talking about going long on

10   XRP?

11   A    Presumably, that's what that would

12   be; but I'm not really sure what this means.

13   Q    And "ROI" do you understand what

14   that term refers to?

15   A    I do.

16   Q    What is that?

17   A    Return on investment.

18   Q    So, who would be investing in XRP?

19   A    I think this would be -- again, I

20   just want to re-emphasize it's March, I'm only

21   a couple of weeks on the job here.  So all of

22   my language is probably not the most precise

23   that it should be or it could be.  And, I

24   think, when I say "investor" it's probably

25   trader, market maker, participant, liquidity

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

 1   provider.  But I don't totally recall.

 2       Q    So, did the company understand that

 3   certain people would make money from trading

 4   in XRP?

 5       A    I -- the company understood that

 6   there was speculators in the market.  I can't

 7   say what the company understood.  But me

 8   personally, there are speculators in crypto

 9   currency and digital assets.  I think that's

10   what the common was then.

11       Q    At the time of this e-mail, March

12   2013, the company understood that there were

13   speculators in XRP?

14           MR. HECKER:  He just testified that

15   he couldn't speak to the company; but he knows

16   what he understood.  So your follow-up

17   question seemed to assume that he was speaking

18   for the company.

19           MS. WAXMAN:  I'll ask again.

20       Q    Did the company understand that

21   there were speculators in XRP at the time in

22   2013?

23       A    I can only say I understood that.

24   But I don't know what the company understood.

25       Q    And what was the basis for your

87

1    understanding?

2         A    The sort of broader crypto currency

3    market.  And I just knew -- understood that

4    there were other speculators.  There were

5    speculators actively involved in buying and

6    selling and trading crypto currency.

7         Q    My question is specific to XRP?

8         A    Yes.

9         Q    Did you understand that there were

10   speculators in XRP at the time?

11        A    Yes.

12             MR. DANIELS:  Did you discuss that

13   understanding with anybody else at the company

14   at the time?

15             THE WITNESS:  I don't remember any

16   discussions.

17        Q    How did you know that there were

18   speculators in XRP as opposed to speculators

19   in the broad crypto currency market?

20        A    Well, to be honest with you, it's

21   sort of a definitional challenge.  People

22   trading XRP, exactly what they were doing with

23   that XRP, I don't know.  I don't know if they

24   were speculating or what they were doing.  But

25   people were trading XRP and that's kind of --

88

1    I probably made an assumption that they were

2    speculating; but I honestly couldn't know.

3        Q    Did you ever discuss with any

4    potential investors that there were people

5    speculating in XRP?

6        A    I don't remember any discussions

7    like that.

8        Q    What were you referring to when you

9    wrote "the sensitivity around XRP as a

10   security?"

11       A    So again, I just -- sorry to do this

12   again.  Just emphasizing and stressing the

13   earliness of this time period.  Not only am I

14   very new to the company but crypto currencies,

15   broadly speaking, are totally new.  And I

16   think there was a lot of discussion at the

17   time around the classification of crypto

18   currencies and digital asset.

19            And so, I suspect that in the course

20   of some of those discussions internally, there

21   were conversations about it being classified

22   as a whole host of different assets.

23            And so, I suspect that's what it's

24   referring to.  But sitting here today, I don't

25   know exactly what I was referring to.

1  Q During this time period in March

2 2013, did you have discussions with people at

3 Ripple regarding as to whether XRP could be

4 classified as a security?

5  A I don't know if we had -- I don't

6 know.

7  Q Did you have discussions with

8 potential investors as to whether XRP could be

9 classified as a security?

10  A I don't know.

11  Q Why was there sensitivity around XRP

12 being potentially classified as a security?

13  A So, if you stepped back and look at

14 the whole space, I know there was

15 discussion -- again, this is 2013 and I don't

16 think there was any -- really any clarity

17 around what crypto currencies were at the

18 time.

19   So, I think there was discussion

20 more broadly about crypto currencies in

21 general.  I don't remember, specifically,

22 around XRP.  But obviously, again, there are

23 only two really crypto currencies at the time.

24   And I think the conversation then

25 was around how to think about these things and

1    how to classify them.  And I think -- that's

2    all I kind of remember.  I think there was

3    pros and cons of one thing versus another

4    thing.  I don't really remember what those

5    were though.

6        Q    Talking about crypto currency in

7    general whether it was XRP or Bitcoin, what

8    would be the con -- and your word is

9    "sensitivity" -- then you said "the con" of

10    that asset being deemed a security?

11         MS. COWAN:  That's not what he

12    testified.

13         MS. WAXMAN:  Well, he was talking

14    about -- he said "the pros and cons."

15        Q    I'm trying to understand why you

16    used the word "sensitivity"?

17        A    Okay.

18         MR. HECKER:  Do --

19         THE WITNESS:  I don't remember using

20    the word "sensitivity."

21        Q    Would there be any consequences if

22    XRP was deemed a security?

23         MR. HECKER:  Do you mean at the time

24    in 2013 did he have an understanding of what

25    the consequences would be being deemed a

```
 1    security or do you mean now?

 2              MS. WAXMAN:  No.  I'm focused on

 3    this document at the time in 2013 not now,

 4    2013.

 5              MR. HECKER:  Okay.  So, do you

 6    recall that?

 7              THE WITNESS:  No, I don't recall

 8    that.

 9         A    No.

10         Q    I want to go back to what was

11    previously marked as Exhibit 103, which is a

12    copy of the June 2013 deck.

13              MS. WAXMAN:  I will have this marked

14    as Exhibit 106.

15                        (SEC Exhibit No. 106 was

16                        marked for

17                        identification.)

18         Q    I'm showing you what's been marked

19    Exhibit 106, which is an e-mail from you,

20    dated May 9th, 2013, and an attachment.  The

21    attachment is an Opencoin deck from May 2013.

22              (The witness examined the document.)

23         A    Okay.

24         Q    Is this another version of the deck

25    that the company used in connection with it's
```

1    fundraising efforts?

2        A    I don't believe so.

3        Q    How is this different?

4        A    From my e-mail, it looks like it's a

5    deck we just used for gateways.  And then on

6    the title slide it says "gateways."

7        Q    And what is a "gateway"?

8        A    A "gateway," is an endpoint to sort

9    of provide cash in cash out of the XRP Ledger

10   or, to use the language I used before, it's a

11   place where assets are digitized.

12       Q    And who would act as gateways on the

13   ledger?

14       A    We looked at and worked with a range

15   of financial institutions, crypto currency

16   exchanges.  And again, May 2013 there were

17   probably only a handful, five or something

18   like that.  I don't really know what the total

19   was.  It would have been payment networks,

20   wallet providers.  It could have been

21   remittance companies, any financial

22   institution that holds some form of asset.

23       Q    Would it include market makers?

24       A    No.

25       Q    Would it include exchanges?

1      A    Yes.

2      Q    And why wouldn't it include market

3  makers?

4      A    Well, the market makers were simply

5  providing trade and execution as opposed to

6  sort of more custody and services around

7  custody.

8      Q    Turning to the first page.  Who is

9  ███████████████' if you recall?

10     A    I think he was the head and founder

11 of ███████

12     Q    And what is ██████████?

13     A    I think it's a retail remittance

14 payment company.

15     Q    And who is ████████████?

16     A    Actually, I don't remember if ██████

17 was a designer.  I can't remember.

18     Q    Who did he work for?

19     A    I don't remember that either.

20     Q    Why did you send this to █████████

21 ████████?

22     A    I think we were talking about how to

23 connect in the earlier days.  We were looking

24 for early adapters and he had sort of a

25 budding remittance payment company and we

94

1    thought that it would make sense to connect

2    his company and their platform onto the --

3    onto our system to sort of streamline their

4    effects and cross board of payments cost.

5        Q    Was there any relation to ▇▇▇▇?

6        A    I don't know.

7        Q    I'm referring to the subject line?

8        A    I saw that.  I don't know.

9        Q    So, the e-mail says:

10         "▇▇▇▇, FYI.  Here's the deck

11    we're using for bank gateways.  We are

12    focusing on the payment network and

13    downplaying the XRP."

14        A    Okay.

15        Q    What did you mean by "downplaying

16    the XRP"?

17        A    Again, so I think at this point in

18    time this is right around the wake up of Mt.

19    Gox collapsing and a lot of headline risk

20    around crypto currencies in general.

21        And so, when we went in to talk to

22    payment companies that were sort of sensitive

23    to regulatory issues, if we started the

24    conversation by saying, We are a crypto

25    currency company"; it would sort of end the

```
 1    meeting.  And so, we would have to downplay
 2    that conversation -- that part of our
 3    technology stack just deprioritize it.  We
 4    would still talk about it; it wasn't hidden
 5    away.  It just wasn't what we were leading
 6    with.
 7              MR. DANIELS:  Just to follow up on
 8    that.  When you would meet with investors,
 9    would you then lead with the fact that you
10    were a crypto currency company?
11              THE WITNESS:  It's possible; but
12    those are totally different audiences.  I
13    mean, I think crypto currency investors in
14    Silicone Valley are a little -- not all of
15    them but some of them -- were plugged in what
16    was going on with crypto currency in the
17    crypto currency space.
18              But I, specifically, remember going
19    into meetings where we were explaining what
20    Bitcoin was, what the blockchain was and what
21    we were doing.  And so, it's different
22    audiences.  Totally different audiences.
23              So I think, by the time you're
24    talking to other retail payment companies, it
25    was just a different focus.
```

96

```
 1       Q    What specific risks were there with
 2   respect to crypto currencies and,
 3   specifically, XRP at the time?
 4       A    I just think it was the headline
 5   risk is what I remember.  Again, it's like Mt.
 6   Gox, also sill road.  There was this
 7   association that crypto currencies were bad
 8   and that they were being used for bad and that
 9   there is sort of fraud around crypto currency.
10   And so, it was sort of a non-starter in a lot
11   of contexts.  And so it wasn't -- and by the
12   way, it wasn't necessarily the premise of what
13   we were doing.  I think when we would talk to
14   a payment company, we were talking about the
15   value that we could bring to them.  Beyond
16   just using a crypto currency; it was more of
17   the network effects and what the network could
18   deliver, the proposition of the network.  And
19   just focusing on crypto currency, I think was
20   sort of, you know, trees for the forest or
21   whatever.
22       Q    Was there regulatory risk as to the
23   classification of XRP?
24       A    I don't remember that being part of
25   the issue.
```

1      Q    And when I ask that, I'm talking

2  about this May 2013 time period?

3      A    Yeah, I don't remember that.

4      Q    If you would turn to page 30.

5      A    Okay.

6      Q    The title is "regulatory and legal."

7      A    Okay.

8      Q    And the first bullet says:

9           "Retains Perkins Coie to advise on

10  regulatory issues."   Did the company receive

11  legal advise as to whether XRP could be deemed

12  a security?

13         MS. COWAN:  I think he made his

14  point. "Yes" or "no" at this point.

15      A    Yes.

16      Q    Did you discuss this legal advise

17  with potential investors?

18      A    I don't remember.

19      Q    Was the legal advice documented

20  anywhere?

21      A    Yes.

22      Q    Where was it documented?

23      A    There was a memo from Perkins Coie.

24      Q    And did you distribute the memo to

25  potential investors?

1      A    I don't know if we did.

2      Q    Did you discuss the memo and it's

3   contents with potential investors?

4      A    I don't remember.

5           MS. WAXMAN:  I will have this marked

6   as Exhibit 107.

7                     (SEC Exhibit No. 107 was

8                      marked for

9                      identification.)

10     Q    I'm showings you what's been marked

11  as Exhibit 107, which is an e-mail from you,

12  dated April 23rd, 2013.

13          Just take a look at and it let me

14  know when you are done.

15          (The witness examined the document.)

16     Q    Who is █████████████?

17     A    █████████████ is -- I think at the

18  time was the chief operating officer of

19  ████████  That's my recollection.

20     Q    I'm showing you what's been

21  previously marked as Exhibit 48, which is the

22  attachment to that e-mail.

23     A    Okay.

24          (The witness examined the document.)

25     A    Yes?

1    Q    Is this the memo you referred to

2    earlier containing legal advise as to whether

3    XRP could be deemed a security?

4    A    It is.

5    Q    Why did you send it to ███████████?

6    A    I could only venture a guess.   I

7    can't remember.

8    Q    Did Ripple intend a potential

9    relationship with ██████?

10   A    Yes.

11   Q    What was the relationship?

12   A    I think there were two discussions

13   with ██████.   There was one more of a

14   corporate development when ██████ was

15   interested in buying Opencoin.

16         And the second was trying to

17   utilize, from a business development

18   perspective, working with ██████ to integrate

19   the two technologies of XRP Ledger, which was

20   called Ripple at the time and ██████'s

21   merchant processing system.

22   Q    Did the company want ██████ to

23   integrate XRP into it's business?

24   A    Well, we would -- okay.   No.

25   Q    Okay.   Why not?

100

1    A    It's -- we would have wanted them to

2    integrate the XRP Ledger and utilize the XRP

3    Ledger and the functionality within it.

4    There's -- it's not really possible to

5    integrate to XRP, that's why.

6    Q    Did you want ████ to accept XRP as

7    payment by it's customers?

8    A    Probably.  I don't really remember.

9    It was -- I know that -- again, for context.

10   At the time, merchant processing was sort of

11   the big story for digital currencies.  So

12   Bitcoin, everyone was talking about charge

13   backs and the ability to process payments for

14   free without the risk of the charge back,

15   reversal of the payment.

16        So there were a number of companies

17   that were focused on that and we were

18   interested in working with ████ to

19   investigate whether that would be of value

20   certainly using XRP.

21        But I think more broadly, we weren't

22   sort of just focused on that.  I think we were

23   thinking about sort of the technology system.

24   Q    So, you were focused on both?

25   A    I believe so, yes.