101

1      Q    Did you discuss the contents of the

2   memo with ███████████?

3      A    I don't remember.

4      Q    I asked you this earlier.  I just

5   want to make sure you answered it.

6           Did you forward the memo to any

7   other potential investors?

8      A    I don't remember.

9      Q    Did you forward the memo to anybody

10   else?

11      A    Okay -- you said "other potential

12   investors.

13           I don't think these guys were

14   investors at the time.

15           (The witness examined the document.)

16      A    But it's possible I forwarded it.  I

17   don't remember.

18      Q    If you turn to the first page.  First

19   paragraph talks about "Ripple credits."

20   Earlier, you said that was the first name for

21   XRP, correct?

22      A    Actually, no.  I think that's just

23   what this memo referred to it as.

24      Q    So, are they referring to XRP when

25   they refer to "Ripple credits"?

102

1      A    I believe so, yes.

2      Q    The first paragraph in the middle,

3 it says:

4          "We provided you our initial

5 analysis in a memo dated February 8th, 2012."

6  Did you see an earlier memo from Perkins from

7 February 2012?

8      A    I vaguely remember that; it's

9 possible.

10     Q    Did you forward that memo to anyone?

11     A    I don't know.

12     Q    Why don't you take a couple of

13 minutes and review the first pages.  I'm going

14 to ask you questions about the first few pages

15 up until page 4.  And then I'll ask you some

16 additional questions on page 7 and 8 and then

17 17.

18     A    Sorry.  Do you mind if we take a

19 break after this?

20     Q    Do you want to take a break?

21     A    Is that okay?

22     Q    Yes, sure.

23          Do you want to take a break right

24 now?

25     A    If it's possible.  Honestly, now or

103

1    after, I can wait.

2         Q    If you could wait, let's just -- if

3    you do not mind, we'll just finish this --

4         A    -- okay --

5         Q    If you need to take a break earlier,

6    I'm happy to do so as well.

7         A    That's fine.

8         Q    Actually, independent of the

9    document, what advice did the company receive

10   with respect to XRP's potential status as a

11   security?

12        A    I don't remember.

13        Q    Why don't you take a look at the

14   document.

15        A    Okay.

16             (The witness examined the document.)

17        A    Okay.

18        Q    I also want you to take a look at

19   the recommendations on page 6 and 7 and 8 and

20   then also the analysis on page 16 and 17 and

21   18.

22        A    Okay.

23             MS. WAXMAN:  Off the record at

24   11:59.

25             (A brief recess was taken.)

```
 1              MS. WAXMAN:  Back on at 12:06.

 2         Q    Mr. Griffin, do you need a couple of

 3    more minutes to review the document?

 4         A    Yes.

 5         Q    Sure.

 6         A    Okay.

 7         Q    Does this document refresh your

 8    memory as to the legal advice the company

 9    received regarding XRP whether it could be

10    deemed a security?

11         A    No.

12         Q    If you turn to page 4, Paragraph B,

13    there's a:

14              "Summary of conclusions and

15    recommendations concerning the application of

16    the federal securities laws on XRP."

17               It says, "we believe that there is

18    some risk, albeit small, that the SEC

19    disagrees with our analysis."   Are they

20    talking about whether XRP could be deemed a

21    security?

22         A    I don't know.  I presume.

23         Q    It says:

24              "The more the founders and company

25    promote Ripple credits as an investment
```

1    opportunity, the more likely it is that the

2    SEC will take action and argue that Ripple

3    credits are investment contracts and thus

4    securities under the federal securities laws."

5            It also says:  "If Ripple credits

6    are purchased and sold in the secondary

7    market, individuals purchasing Ripple credits

8    may do so with the expectation of increased

9    value caused by increased demand and limited

10   supply. Although, we understand this rationale

11   to be incidental to the primary purpose, to

12   the extent that Ripple credits are purchased

13   with an expectation of profit because of the

14   efforts of company, founders and/or others

15   promoting Ripple credit, there is a risk that

16   Ripple credits will constitute investment

17   contracts and be subject to securities

18   laws --"

19           MS. COWAN:  "Regulations."

20           MS. WAXMAN:  Thank you.

21      Q    "-- be subject to securities.

22           regulations.  As discussed in more

23           detail below, we believe this risk

24           can be minimized through careful

25           marketing effort and/or by

```
 1                 obtaining a no action letter from.

 2                 the SEC."

 3                 Did you ever discuss whether to seek

 4      no action relief from the SEC with anyone at

 5      the company?

 6          A    I can't remember.

 7          Q    Did you ever discuss any of the

 8      recommendations that I have just spoke about

 9      in Paragraph B with anyone at the company?

10          A    I don't remember.

11          Q    What specific recommendations did

12      Perkins make in connection with XRP?

13          A    Specific --

14                 MR. HECKER:  Sorry.  Sorry.  Wait.

15      Do you want him to just re-read what's here or

16      do you want if he's not looking at the

17      document does he remember what the

18      recommendations are? They're different.

19                 MS. WAXMAN:  Well, I think I asked

20      him already if he has any memory of what the

21      advice was.  And he said he didn't have an

22      independent recollection.

23                 MR. HECKER:  I'm struggling.  Are

24      you just asking him to read from the document

25      or interpret the document --
```

107

1           MS. WAXMAN:  Yes.  Yes --

2           MR. HECKER:  -- since the document

3       is what it is; I'm just not sure why we would

4       use him for that.

5           Q    Did lawyers recommend that the

6       company take certain steps to avoid XRP being

7       classified as a security?

8           MR. HECKER:  In the memo you mean?

9           MS. WAXMAN:  Sure.

10          Q    In the memo?

11          A    I mean, apart from what's there, I

12      don't remember.

13          Q    Did counsel at Perkins recommend

14      that Ripple do certain things in order to

15      avoid XRP being classified as a security?

16          MS. COWAN:  Are you asking if he

17      reads this as a recommendation?

18          MS. WAXMAN:  The document says

19      "summary of recommendations and conclusions."

20          MS. COWAN:  Okay.  But it's a long

21      document; so are you asking him whether or not

22      he thinks Paragraph B includes

23      recommendations?

24          MS. WAXMAN:  Yes.

25          A    I think it does.

108

```
1          Q    Do you recall discussing any of the
2     specific recommendations that are inside that
3     are in the document?
4          A    No.
5          Q    Did the company do anything as a
6     result of the legal advice that it obtained?
7          A    I can't remember.
8          Q    Did the legal advice affect the
9     company's business plan at all?
10         A    No -- I don't -- I don't think it
11    did.  I don't remember though specifically.
12         Q    Did the legal advice affect how the
13    company distributed XRP?
14         A    I don't -- I don't think so.
15         Q    As a result of the legal advice, was
16    the company careful not to promote XRP as an
17    investment opportunity?
18         A    I -- I don't know if it was -- no, I
19    don't -- I don't -- no.
20         Q    As a result of legal advice, was the
21    company careful not to promote an expectation
22    of increased value for XRP?
23         A    I don't know.
24         Q    Earlier, we spoke about discussions
25    that you had with potential investors
```

109

```
 1    regarding -- about how XRP would increase in
 2    value, correct?
 3         A    Yes --
 4              MR. HECKER:  Wait.  Wait.  I don't
 5    actually -- that's not how I recall his
 6    testimony.  I think he talked about the
 7    possibility of it not that it would increase
 8    in value.
 9         Q    The possibility that XRP would
10    increase in value?
11         A    Okay.
12         Q    Doesn't this memo say not to discuss
13    about the possibility about XRP's increase in
14    value?
15         A    I don't know.  I don't know how they
16    are being defined from one document to the
17    other.
18         Q    If you look on page 7 of the memo,
19    Paragraph C --
20         A    Okay.
21         Q    -- the last sentence it says:
22              "Company should be careful in it's
23    approach to promoting and marketing the Ripple
24    network and Ripple credits; it will be
25    important that company and founders do not
```

110

1    mislead participants particularly with regard

2    to liquidity and expectations concerning the

3    value or safety of Ripple credits."   Did you

4    ever discuss this recommend with anyone at the

5    company?

6         A    I don't remember.  It's possible. I

7    don't remember.

8         Q    If you go down to F, last sentence

9    says, paragraph starts:

10             "Do not promote Ripple credits as

11   being an investment opportunity." Then the

12   last sentence says:  "Founders and company

13   should make clear that it's mission is to

14   facility online commerce and not speculative

15   investment trading."

16        A    Okay.

17        Q    Earlier, we spoke about your

18   knowledge that people -- and tell me if I'm

19   mischaracterizing -- that people were

20   speculating in digital assets which included

21   XRP --

22             MR. HECKER:  I think he was aware

23   that that might be happening; is that what you

24   said?

25             MS. WAXMAN:  Yes.

111

1        A     Yes, I said that.

2        Q     Did you discuss that with anyone at

3    the company in light of this recommendation?

4        A     I don't -- I don't know.

5             MR. DANIELS:  Another question about

6    this one.

7             A minute ago you said you discussed

8    with investors the possibility of increasing

9    value from XRP; is that correct?

10             THE WITNESS:  Yes.

11             MR. DANIELS:  Here, after it says:

12             "Do not promote Ripple credits as

13    being investment opportunity." The next

14    sentence is:

15             "Actively promoting the trading

16    Ripple credits as an investment opportunity or

17    it's potential to increase in value could

18    result in regulatory scrutiny."

19             Did you ever have discussions around

20    that issue, the potential for XRP to increase

21    in value generating regulatory scrutiny?

22             THE WITNESS:  With who?

23             MR. DANIELS:  With investors in the

24    first instance.

25             THE WITNESS:  Okay.  Well, again, I

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

112

```
 1    would go back to it's unclear to me when I
 2    look at the document in values; it's talking
 3    about price.  And I'm just trying to be
 4    careful defining "value," which is typically
 5    we talked about liquidity, usefulness of the
 6    asset and positive sort of externalities that
 7    could come out of that which could be in the
 8    form of price and value and things like that.
 9            MR. DANIELS:  Well, what was your
10    understanding at the time of what this was
11    talking about when it says, "potential to
12    increase value"?
13            THE WITNESS:  I don't know.  I don't
14    even know that I read this at the time, so.
15            MS. COWAN:  Just to be clear.  The
16    memo was written before he was with the
17    company.
18            MR. DANIELS:  Correct.  But you did
19    read the memo at the time in --
20            THE WITNESS:  Maybe, I don't
21    remember.
22            MR. DANIELS:  Could we turn back to
23    107.
24            In this exhibit, this is April 2013,
25    you send a copy of this memo to ███████████
```

1    at ████     is that correct?

2              THE WITNESS:  Yes.

3              MR. DANIELS:  You say:

4              "There's a lot of details; so I

5    apologize for the length.  Let me know how I

6    can help you process everything"; do you see

7    that?

8              THE WITNESS:  Yes.

9              MR. DANIELS:  Do you believe you had

10   an understanding of the memo such that you

11   could help him process everything?

12             THE WITNESS:  It's possible.  It may

13   have been that in the course of saying that, I

14   would have said, If you have questions, I'll

15   help you process it by getting our attorneys

16   on the line.  I don't know.  There's a lot of

17   ways it could have played out.

18             MR. DANIELS:  Just to be clear.

19   You're saying now you're not sure whether you

20   read the memo?

21             THE WITNESS:  I'm not sure how much

22   detail I read it.  I'm not sure -- I'm sure I

23   opened up the document, I'm sure I flipped

24   through; it I may have read it in detail, I

25   may have not.  I don't remember.

114

1          MR. DANIELS:  Would it be your usual

2   practice to send something like this to a

3   potential partner without familiar riding

4   yourself with what your sending?

5          THE WITNESS:  No.  I -- again, 2013,

6   I had two months there.  I don't even know

7   that I had permission to send this out.  And

8   it seems like it is relevant, people were

9   interested in what the regulatory sort of

10  picture was around crypto currency and here

11  was the document that said here's a potential

12  way to look at this.

13          That's kind of what I remember how

14  this document factoring into my use.

15          MR. HECKER:  Just make sure you're

16  meeting the question he's asking.  If you

17  think you had a practice of sending stuff out

18  without --

19          THE WITNESS:  Oh.  No.  No, I don't.

20          MR. HECKER:  Do you remember one way

21  or the other?

22          THE WITNESS:  No.

23          BY MS. WAXMAN:

24      Q    Do you know if other people in

25  Ripple sent this memo outside of the company?

115

```
 1        A    No, I don't know.

 2             MR. DANIELS:  One more question.

 3              Do you believe that in your role of

 4    marketing the company to investors, it was

 5    your obligation to understand the legal

 6    issues?

 7             THE WITNESS:  Well, actually --

 8             MR. HECKER:  Wait.  Wait.  Wait.

 9    "Obligation."  Okay, go ahead.

10             THE WITNESS:  Just to be clear.  My

11    goal is not to market the company.  So, I may

12    have been involved in marketing; but that was

13    not my role.  I was not the head of marketing.

14             MR. DANIELS:  Well, in your

15    involvement with marketing efforts with

16    potential investors --

17             THE WITNESS:  Okay.

18             MR. DANIELS:  -- did you see it as

19    your role or obligation to understand these

20    legal issues?

21             THE WITNESS:  The regulatory issues?

22             MR. DANIELS:  The regulatory issues.

23             THE WITNESS:  It came up and it

24    definitely -- it definitely was probably

25    something we talked about or it was something
```

116

1    we talked about.  I don't remember through the

2    shape of these conversations at this point.

3        Q    This memo is from 2013.  When did

4    you have other conversations later on in time

5    regarding XRP's potential status as a

6    security?

7            MS. COWAN:  The e-mails from 2013?

8    You said the "memo."

9            MS. WAXMAN:  Yes.  I'm sorry.  The

10   e-mail.  Sorry.

11       Q    The e-mails from 2013 you forwarded

12   in April 2013 --

13       A    Yes --

14       Q    -- the memo is from 2012.  Did you

15   have any conversations after April 2013

16   regarding any of the advice contained in the

17   memo or whether or not XRP could be deemed a

18   security?

19       A    Okay, that's a broad question, "any

20   of the advice."

21           So, if I take the memo to be broad

22   guidance around what the classification is, is

23   it crypto currency and -- what you said,

24   Ripple credits, XRP; we definitely talked

25   about that after this point, yes, it came up.

117

1       Q    When did it come up?

2       A    I can't remember specific dates. But

3    I mean, just to give you a sense certainly

4    there is the FinCEN action.  I remember it

5    coming up then.  How do you talk about this?

6    What is it?  That's kind of it.

7       Q    Were there other instances where it

8    came up?  And I meant this as a very broad

9    question.

10           MR. HECKER:  He just said that it

11    did but he doesn't recall a specific instance.

12           MS. WAXMAN:  Well, he just recalled

13    the FinCEN incident.

14       Q    So, I'm asking whether there were

15    other instances other than that?

16           MR. HECKER:  Do you remember --

17       A    I don't -- just around that time --

18    I don't remember any specific conversations

19    where we sat down and talked about this, no.

20       Q    At any point in time?

21       A    No.

22       Q    Do you remember any conversation

23    with Ripple employees?

24       A    I remember speaking with Ripple

25    employees.  I don't remember any specific

118

```
1    conversation where we sat down and talked

2    about the content of this or even just the

3    broader kind of classification.

4         Q    Do you recall generally what was

5    discussed?

6         A    I think it was --

7              MS. COWAN:  One moment --

8              MR. HECKER:  -- discussions with

9    lawyers do you think you remember.

10        A    Well then, no.  Typically that

11   conversation would have involved -- I'm trying

12   to think -- no, I don't.

13        Q    If you had a conversation with a

14   lawyer, let me know --

15        A    I did, yes.

16        Q    -- but do not tell me the context of

17   it; because that's another discussion we need

18   to have whether or not those conversations

19   have been waived.

20             MR. HECKER:  Maybe, we can short

21   circuit it.

22             Do you remember specific discussions

23   with lawyers?

24             THE WITNESS:  I do not.

25             MR. HECKER:  So it probably does not
```

119

1    matter.

2         MS. WAXMAN:  I thought he just said

3    he did recall discussions with counsel.

4         MR. HECKER:  I think he said he

5    generally recalls discussions with counsel but

6    does not remember any specific discussion.

7         A    I do not remember any specific

8    conversations with anybody on this topic.  I

9    know it was brought up.  I know it came up.

10   And for the most part, I was probably involved

11   in one of the 10 lawyers that we have at

12   Ripple.  And I don't remember the specific

13   conversation or the date or anything like

14   that.

15        Q    Did you have any general

16   conversations with any Ripple investors?

17        A    Again, if we are talking the in

18   generalities yes the topic of regulatory

19   clarity -- the regulatory picture of crypto

20   currency digit assets XRP sort of a component

21   in Ripple investment Ripple that would have

22   definitely come up.

23        Q    Did the company ever make statements

24   that it believed XRP was not a security?

25        A    It's possible.  I don't remember.

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

120

```
1        Q    Did you ever make those statements
2   to anyone else outside of the company?
3             MR. HECKER:  Anyone else?
4             MS. WAXMAN:  Outside of the company.
5        A    I don't know.
6        Q    Would it be a problem if XRP was
7   deemed a security?
8             MS. COWAN:  Today?  I mean, he's not
9   with the company anymore.
10       Q    Would it be a problem for Ripple?
11            MR. HECKER:  Would it have been when
12  he was there -- I don't know, that question
13  really doesn't really make a lot of sense to
14  me.
15       Q    While you were at the company, was
16  there a concern that XRP could be deemed a
17  security?
18       A    I don't know concern -- I think
19  there is just a search for regulatory clarity.
20  And whether that was in the securities laws or
21  commodity laws or whatever that was, I think
22  there was no guidance whatsoever in 2013 when
23  this e-mail was out there about what this is.
24            So there -- I don't know if there
25  was a preference for one thing or the other.
```

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

121

1    I think it was just sort of a broad analysis

2    of what this is and what it isn't.

3            And I think the only thing I recall

4    about the securities question is the tax

5    implications of moving digital assets and

6    every time the digital asset would change

7    hands, that potentially that would trigger

8    some tax payment.  And therefore, would sort

9    of undermine the payment capabilities of the

10   digital assets.

11           And that's the piece I remember

12   around the securities conversation.  It was

13   really more around what the securities would

14   do to the utility of XRP than anything else.

15      Q    And what would it do to the utility

16   of XRP?

17      A    It's very vague in what I remember

18   and I'm probably wrong at this point.  It's

19   just that there's some sort of tax, like, that

20   every time -- you know, currencies move back

21   and forth and trade hands, there's not a tax

22   bill that comes along with that trading every

23   single time payments are sent around,

24   presumably.  And that would not be the case if

25   it was a security; it would be like shaped

122

1   almost like a security moving around and it

2   would create taxes and maybe hinder the

3   functionality in the use case of digital

4   currency as we could see.

5            MS. WAXMAN:  I will have this

6   marked.

7                      (SEC Exhibit No. 108 was

8                       marked for

9                       identification.)

10       Q    I'm showing you what's been marked

11   as Exhibit 108, which is an e-mail from you,

12   dated November 30th, 2013.  The subject is XRP

13   distribution themes.  And there is an

14   attachment on the e-mail as well.

15            Take a moment to review it and then

16   let me know when you are done, please.

17            (The witness examined the document.)

18       A    Okay.

19       Q    Do you recognize what's been marked

20   Exhibit 108?

21       A    No.

22       Q    Is this a PowerPoint that you put

23   together?

24       A    I don't know.

25       Q    Who is "Susan Athey"?

1       A    A professor of economics at Stamford

2   and sits on the board of Ripple.

3       Q    If you turn to -- the document does

4   not have page numbers -- but the slide that

5   starts with "long-term stage of Ripple."

6       A    Okay.

7       Q    What is your understanding of Phase

8   1.

9       A    Well, I wouldn't -- well, I think,

10   again, maybe to set context here.  A lot of

11   the discussions that we had with Susan, pretty

12   academic.  She's a professor of economics.

13   And so, her expertise is in market place

14   dynamics and how markets develop.

15        I suspect, the shape of this

16   conversation was how to develop and market XRP

17   around the ecosystem for what we were trying

18   to do.

19        So, my understanding of the first

20   part of this question -- or the first bullet

21   point is exactly sort of that it's just in the

22   earliest days when there isn't anything yet

23   built out, the source of liquidity may largely

24   come from speculators.

25        MR. DANIELS:  What do you mean by,

1    "there isn't anything built out"?

2              THE WITNESS:  The ecosystem.  There

3    aren't endpoints to use it, there aren't

4    merchants to accept it, there aren't payment

5    networks that are using it.  Just like sort of

6    with any other crypto currency story or any

7    sort of new asset story.

8         Q    At the time that you sent the

9    e-mail, what stage was Ripple at?

10        A    I don't know.  I would suspect;

11   Number 1, I guess; but I don't know.  As I

12   said, surely any time Susan Athey's named in

13   an e-mail thread, I'm going to assume that

14   it's very academic discussions and pretty

15   theoretical.

16        Q    Why do you think Ripple was in Phase

17   1 at that point?

18        A    Because it was so early.

19        Q    At that time were there any -- how

20   could XRP be used?

21        A    You could send it, you could buy it,

22   you could sell it, you could trade it, you

23   could use it to run the network.

24             So those were the primary ways.

25        Q    Were most people purchasing XRP for

125

1    speculative purposes?

2         A    I don't know.

3              Again, to emphasize that last point.

4    You could also use it to run the network just

5    to clarify that.  If you wanted to build

6    anything on the XRP Ledger really that Ripple

7    D, decentralized database, typically a

8    developer or someone wants to put something in

9    it, has to have XRP as well.

10        Q    XRP could be used as fuel for the

11   transactions on the ledger?

12        A    Not just the transaction.  But XRP

13   Ledger is but one technical capability within

14   Ripple D.  Ripple D is just a database.  And

15   so, any change in the database, has to be

16   governed by XRP.  And so, it really just --

17   it's a technical tool.

18             So, if you want to put something in

19   a distributed database for whatever reason --

20   I don't know, there are lots of ideas -- you

21   would have to have XRP to use it to build into

22   the system.

23        Q    If you turn to the slides.  Was the

24   company concerned about overhang, XRP

25   overhang.

126

```
 1         A    The company, I don't know.  It was

 2    something I thought about.

 3         Q    Did you have a concern about XRP

 4    overhang?

 5         A    I didn't have a concern.  I saw that

 6    there was sort of resistance to the crypto

 7    currency world.  I thought general ideas of

 8    overhang.

 9         Q    Well, I'm talking about XRP in

10    particular.

11         A    Yes.

12         Q    Was there a concern with XRP

13    overhang?

14              And what is your understanding of

15    the term "overhang"?

16         A    Okay.  And also, was there a

17    concern -- was there a concern on my behalf?

18         Q    Yes.

19         A    Okay.  I didn't really think about

20    it -- first of all, "overhang," I think is

21    just the possibility of a large supply

22    entering the market, which could suck up

23    liquidity, drive the price down and really

24    sort of hinder the market around, the function

25    of the market around the asset.
```

127

1          That's my understanding of

2     "overhang" -- overhang of supply.

3          Your question was, Was I concerned?

4     I wasn't so much concerned as it was a

5     headwind that was out there in sort of the

6     crypto world.

7          Again, this is early.  I don't know

8     what time frame this is; but I think it is

9     2013.  So the noise or chatter around what was

10    happening with XRP, this would be a theme or

11    reoccurring criticism of XRP.  And so, I would

12    have been thinking about ways to address that.

13         So, I don't know if that was a

14    concern; but it was a headwind that I would

15    have been focused on trying to resolve.

16    Q     And when you say a "headwind," what

17    do you mean?

18    A     For adoption.

19    Q     Would this be a reason why people

20    would not want to purchase XRP?

21    A     Any of the -- yes.  I think

22    purchase, build on the XRP Ledger, any of the

23    sort of things that I mentioned earlier.

24    Q     Was there a concern that Ripple

25    could sell it's XRP into the market at any

point in time?

A Was there a concern -- just could you clarify that? Was there a concern by me, by the public at large, by the company; what do you mean?

Q Anyone?

A I don't know.

Q Did you have a concern?

A I did not have a concern.

Q Were potential purchasers concerned that Ripple could sell XRP into the market at any point?

A Investors in Ripple --

Q No. As a potential purchaser of XRP?

A Okay. I don't know.

Q Did you propose any solutions to addressing the concern?

A Probably. I can't remember. There were different times where we were focused on this, and where we weren't focused on it.

Q At any point in time, did you propose anything that would address these overhang concerns?

A Well, we did work on an escrow for

129

```
 1    XRP.  I'm trying to think if there was

 2    anything else.  I know this sort of fired up

 3    around Jed McCaleb leaving the company and

 4    sort of threatening to sell all of his XRP.

 5    So that became sort of an in issue and

 6    probably spent time thinking about it too.

 7         Q    If you turn to the slide that says

 8    "speculators." The very last bullet says,

 9    "speculators are speculating on Ripple Labs."

10         A    Okay.

11         Q    Do you understand what that means?

12         A    No.  I could venture a guess; but I

13    don't know.

14         Q    Does it refer to speculators in XRP?

15         A    Looking at the document, I would say

16    yes.

17         Q    Did purchasers of XRP believe that

18    XRP -- by purchasing XRP they were investing

19    in Ripple Labs?

20         A    Well, definitely -- well

21    definitely -- well, no.  I don't know what

22    they thought; but that's not what they were --

23    they weren't buying shares in Ripple.

24         Q    Did people have an understanding

25    that XRP speculators were speculating on
```

130

```
 1    Ripple Labs, people at the company?

 2         A    No, I don't think that that's how

 3    anybody thought about it.

 4         Q    Why not?

 5         A    I think that the premise is here is

 6    just that -- why not?  Why aren't people -- I

 7    think I'm losing -- maybe just rephrase.  I

 8    don't know.

 9         Q    Well, the document says,

10    "speculators are speculating on Ripple Labs."

11         A    Yes.

12         Q    So, we agreed it's likely talking

13    about speculators in XRP?

14         A    Yes.

15         Q    And this is the document that was

16    distributed to Susan Atheys.  She's on the

17    Ripple's board.  Was this something that was

18    discussed with Susan --

19         A    I'm not even sure that she was on

20    the board at this point in time, 2013.  She

21    may not have been.  She was sort of around and

22    actively involved in the crypto space and did

23    a lot of --

24              MR. HECKER:  Sorry.  I think the

25    question was, Was it discussed with the board?
```

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

131

```
 1    There may be more questions; but I think that

 2    is the question.

 3         A     I don't think it was discussed with

 4    the board.

 5         Q     Did you discuss with anybody the

 6    idea that speculators in XRP were speculating

 7    on Ripple Labs?

 8         A     No.

 9         Q     It's included in this document that

10    you forwarded --

11         A     Yes --

12         Q     -- and then you write in the e-mail,

13    "as promised here's the summary of the themes

14    we touched on during our call Wednesday" --

15         A     Yeah --

16         Q     -- do you remember the call you were

17    talking about?

18         A     I don't remember the call, no.

19              MR. DANIELS:  Just given context of

20    this slide.  If you look at the first bullet

21    point, it talks about, "building out the

22    commercial use of the network."

23              Do you see that?

24              THE WITNESS:  Yes.

25              MR. DANIELS:  And then, in the last
```

132

1      bullet point, it talks about giving Ripple

2      Labs six months and saying --

3              THE WITNESS:  The -- okay.

4              MR. DANIELS:  That, "if you're

5      holding XRP, you should want Ripple Labs to

6      retain XRP for business development."

7                  Just reading this in the context,

8      do you think it's talking about speculators

9      speculating on Ripple Labs building out the

10     ecosystem around XRP?

11             THE WITNESS:  I think this is like a

12     talk-slide, you know, you read this and there

13     is probably talking points around it.  So, I

14     don't really know what is meant by "give

15     ourselves six months."

16                 Also, sort of down in the middle

17     paragraph as well, the middle bullet as well.

18     I just -- I could even say, you know, I -- the

19     speculators speculating on Ripple -- I -- it

20     could have been just, you know, again broadly

21     speaking trying to build utility.  And in all

22     of these projects there's different companies

23     trying to build out utility in different

24     crypto currencies.

25             MR. DANIELS:  Right and people are

133

1    speculating XRP --

2           THE WITNESS:  Well, I don't -- I

3    think they're speculating -- sorry let you

4    finish.

5           MR. DANIELS:  I mean, is it fair to

6    say that at the time there were some people

7    who were speculating in XRP?

8           THE WITNESS:  Yes.

9           MR. DANIELS:  And you said, Ripple

10   Labs is trying to build out the utility of

11   this entire ecosystem around XRP --

12          THE WITNESS:  Right --

13          MR. DANIELS:  -- is that correct?

14          THE WITNESS:  Yeah --

15          MR. DANIELS:  So, is it possible

16   that you're saying speculators are investing

17   in XRP in part due to Ripple Labs building out

18   this ecosystem?

19          THE WITNESS:  In part, like -- I

20   mean, like, collectively, I think it's just

21   the same argument you would make in any

22   speculative bed for any of these crypto

23   currencies I suspect. I mean, I'm not in the

24   head of these investors or buyers of crypto

25   currencies.  I don't know exactly what they're

134

1   thinking.

2          So I'm not totally sure.  I don't

3   know what the talk track was on top of this.

4          MR. DANIELS:  To close the loop on

5   what you said.  The last thing you said, you

6   don't think that speculators were speculating

7   on Ripple Labs.

8          And I think where we have just ended

9   up is they may have been speculating in part

10  based on Ripple Labs building out the

11  ecosystem.

12         THE WITNESS:  Okay.

13         MR. DANIELS:  Is that fair?

14         THE WITNESS:  I don't -- I'm,

15  specifically, not saying that they are

16  investing -- they're speculating on Ripple

17  Labs and solely on Ripple Labs.  I'm saying

18  their speculating on maybe the ecosystem and

19  maybe key players in that ecosystem.  But I'm

20  not saying their speculating on XRP and that

21  equals speculating on Ripple Labs, no.

22         And then in -- at this point in

23  time, I think there's -- I don't even know if

24  like a -- there's a lot of promise in all of

25  these different crypto currencies for sort of

135

1      natural ecosystems to emerge and I don't think

2      we knew how difficult that would be whether

3      that would be possible, if it wasn't gonna be.

4      It just -- so, to answer your question, I

5      don't know.  I don't know.  I don't know if

6      that's really what I'm saying there.  What the

7      document says.

8              BY MS. WAXMAN:

9          Q    Who else would have put together

10     this attachment?

11         A    I think this would have potentially

12     been Phil as well.  It could have been Phil,

13     it could have been --

14         Q    Phil Rappaport?

15         A    It could have been me.  It could

16     have been Phil on my team.

17         Q    So, either you or Phil Rapoport put

18     together the attachment?

19         A    I suspect; but I don't know.

20         Q    Would you have discussed it with

21     Phil?

22         A    Probably.

23         Q    What was Phil Rapoport's role?

24         A    I believe his title was head of

25     markets and trading.

136

```
 1              MS. WAXMAN:  I will have this marked

 2      as Exhibit 109.

 3                        (SEC Exhibit No. 109 was

 4                        marked for

 5                        identification.)

 6          Q    Showing you what's been marked as

 7      Exhibit 109, which is an e-mail string from

 8      November 2013 with an attachment that's called

 9      "Ripple of primer."

10              Take a moment to review it and let

11      me know when you are done.

12              (The witness examined the document.)

13          Q    I'm going to ask you about page 12

14      of the document.

15          A    Skip ahead?

16          Q    Yes, skip ahead.  Take a look at the

17      document and focus on page 12.

18              (The witness examined the document.)

19          A    Okay.

20          Q    Do you recognize the attachment?

21          A    I do.

22          Q    Is this something that you drafted

23      or helped to put together?

24          A    I did.

25          Q    Did you draft this document?
```

137

```
 1        A    I don't know if I drafted it; but I
 2   helped put it together.
 3        Q    Are there specific portions of the
 4   document that you wrote?
 5        A    I don't know.
 6             MR. HECKER:  He didn't read it.  He
 7   went to the end.
 8        Q    Please, take a --
 9             MR. HECKER:  Do you want to know
10   whether there are portions that look to him
11   like he may have drafted them --
12        Q    -- take a look.
13             (The witness examined the document.)
14        A    I'm not sure.  I don't know.
15        Q    Turn to page 12.  Second paragraph
16   on top:
17             "Ripple Labs hopes to make money
18   from XRP if the world finds the Ripple network
19   useful and broadly adopts the protocol."
20        A    Okay.
21        Q    Was that your understanding at the
22   time?
23        A    Yes.
24        Q    At the time, did the company
25   anticipate having revenue from the other
```

138

1    source?

2       A    Yeah, I -- I will just repeat what I

3    said earlier.  I don't -- I think the company

4    had vision grand ideas about how else it could

5    make money.  I think the most clear way that

6    it would make money was with XRP.

7       Q    And how would it make money from

8    XRP?

9       A    Selling it.

10      Q    And would it make more money if the

11   price of XRP increased?

12      A    Okay, if it sold one XRP and the

13   price increased, then it would make more money

14   off that one XRP sale.

15      Q    If they sold a lot of XRP and

16   increasing prices, would they make more money?

17      A    Not necessarily.

18      Q    Why not?

19      A    Because the volume would have to

20   move with that as well.

21      Q    Well --

22      A    In fact, if they sold a lot of XRP

23   without increasing volume, the price would go

24   down.

25      Q    Did you discuss with anyone at the

139

```
 1    company ways to mitigate the impact of
 2    Ripple's XRP sales and their affect on XRP
 3    price?
 4         A    Probably -- I don't know.  I don't
 5    remember; but probably, yeah.
 6         Q    As part of your role in managing XRP
 7    sales, was there generally a concern at the
 8    company that Ripple sales of XRP could have
 9    caused a downward pressure on price?
10         A    Yes.
11         Q    Okay.
12              And why was that a concern?
13         A    Just going back to the value, we're
14    trying to create a useful asset that -- whose
15    utility is sort of grounded in volume and
16    distribution.  Adoption and price is a
17    component of that.  So price is something we
18    talked about.
19         Q    What did the company do to mitigate
20    the risk of downward pressure on the price
21    from XRP sales?
22         A    So, I don't know how much we
23    spent -- energy we spent just on the top of
24    price. But I do think we talked about the
25    value and the overall picture of liquidity and
```

1    we would -- so maybe just to clarify.  So, we

2    did spend time thinking about the impact on

3    the liquidity picture when we sold XRP.

4             So, I don't -- as far as what

5    concrete steps we took, I don't.

6        Q    When you say the "liquidity

7    picture" --

8        A    Right --

9        Q    -- are you talking about volume and

10   price?

11       A    Yes.

12       Q    Okay.

13            And what specific things did you

14   discuss that you would do to mitigate the risk

15   on volume and price?

16       A    Well, it was really the only thing

17   we could do is -- it's just a function of how

18   much we sold or did not sell.

19       Q    So, would you decrease selling at

20   certain points?

21       A    I don't -- I don't know if it was

22   something we actively did.  Like, I don't know

23   if the volume was going down or the price was

24   going down we would sort of ease off the gas.

25   It's just I don't -- I don't think -- I think

141

1   it was something we were doing the best we

2   could to mitigate and the sort of the impact

3   on; but -- yeah.

4       Q    While you were in charge of managing

5   XRP sales, how do you not know what the

6   company was doing to mitigate this risk --

7           MR. HECKER:  Wait.  Wait.  Wait.

8   Daphna, that's not fair.  You're just arguing

9   with him.  I mean, if you want to pose another

10  question, go ahead but he's trying to tell

11  you --

12      Q    Did you have --

13          MR. HECKER:  Wait.  He is trying to

14  remember what they discussed.  He is telling

15  you what they discussed.

16      Q    Did you discuss with Miguel Vias

17  specific strategies that would mitigate the

18  risk of, you know, any pressure, downward

19  pressure, on XRP's price as a result of Ripple

20  sales of XRP?

21      A    Yes.

22      Q    And what did you discuss with him?

23      A    Well, I think -- I can't remember

24  what I discussed with him so much as what we

25  did, which was -- well, what we discussed was

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

142

1     trying to have a smaller footprint in the

2     market as possible.  So that if we sold that,

3     you know, the bid size and spreads between

4     bids and us weren't affected in a material way

5     and that volumes weren't sort of taken down

6     out of the market and the price wasn't moving

7     because of the activities we were doing.

8          Q     If the price went up, could you sell

9     less into the market?

10         A     Yes.

11         Q     Was that something that you

12    discussed with Miguel?

13         A     It's possible.  Most likely; but I

14    don't remember.

15         Q     Is that one scenario in which you

16    could mitigate the risk of downward pressure

17    by decreasing XRP sales?

18         A     Yes.

19         Q     Did Ripple sell XRP in order to meet

20    specific requirement funding requirements by

21    the company?

22         A     Yes.

23         Q     Were you involved in that?

24         A     Just to be clear on the term

25    "funding." To me funding, from a business

143

1    development perspective, like financing, going

2    out and raising money and I don't -- that was

3    not part of that.

4             So, as far as cash flow to meet

5    budget needs, yes.  If that is your question

6    around funding yes.

7        Q    So, Ripple would sell XRP in order

8    to meet it's cash flow needs?

9        A    Yes.

10       Q    And how much were you told what

11   Ripple's funding needs were on any sort of

12   regular basis?

13       A    Yes.

14       Q    And who told you?

15       A    It would have come from the finance

16   department.  I don't know who or what time.

17       Q    And did that dictate how much XRP,

18   the company would sell?

19       A    Well, it wasn't the sole source of

20   cash for the company; but I believe so, yes.

21       Q    So, at the time, was there a balance

22   between generating enough money for the

23   company verse not having a negative impact on

24   the price of XRP?

25       A    I think so, yes.

144

1    Q    And how did you manage that?

2    A    Well, I mean, I think the difficulty

3    of managing that is that sort of some of these

4    things are unmeasurable and unknowable.  And

5    so, I think we would try to understand that

6    just operating on basic principles of more

7    supply of demand equal to sustain equal will

8    have an impact on volume and price.  And so

9    that was sort of the premise of a lot of

10   things we did.

11   Q    Was there a recognition that if XRP

12   price increased that you wouldn't have these

13   issues because you wouldn't have to sell as

14   much?

15   A    Which issues?

16   Q    The issues of downward pressure as a

17   result of Ripple sales of XRP?

18   A    Well, I don't know that -- I

19   couldn't say to you whether or not Ripple

20   sales of XRP had any impact on price or volume

21   within the XRP markets.  I think it would be

22   pretty hard to quantify to make that case.

23   Q    Did anyone at the company ever think

24   that Ripple sales had a downward effect on XRP

25   price?

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

145

1       A     Okay.

2             I think people had ideas that that

3    could be the case.  Yes.

4       Q     Did the company try to impose

5    restrictions on XRP sales by large XRP

6    holders?

7       A     Yes.

8       Q     And why did they do that?

9       A     For the same reason.  The reason

10   being to prevent against negative sort of

11   forces or downward pressure, as you said, on

12   volume, liquidity and the price.

13      Q     The third paragraph says:

14            "The company will retain a portion

15   with the hope of creating a robust and liquid

16   market place in order to monetize it's only

17   asset sometimes in the future."

18      A     Okay.

19      Q     Is that talking about XRP?

20      A     Okay.  So, two things to say here.  I

21   think the answer is, Yes, I think that's

22   talking about XRP.

23            The second thing I would say is,

24   This like "about" blurb on Ripple Labs, it has

25   gone through so many iterations that I'm sure

146

1    it was changed, at a certain point changing

2    every day.

3          So just for context, like, I think

4    it's important context the "about" blurb and

5    the definition of the company and how people

6    talked about it was constantly in evolution

7    especially in 2013.

8    Q     This document was sent in November

9    2013.  Do you have any reason to believe that

10   this document, that at the time this wasn't

11   Ripple Labs business modo with respect to XRP?

12   A     I -- it was just of a certain fluid,

13   you know.  It was very fluid.  It was

14   something that we were trying to understand

15   ourselves; and so I think that is sort of the

16   reality.

17   Q     Who is --

18   A     Yeah.

19         MS. WAXMAN:  Strike that.

20   Q     Do you know how this document was

21   used?

22   A     It was educational about here's what

23   Ripple is and we found ourselves saying the

24   same things over and over again; so we built

25   this document to try and not have to say the

147

```
 1    same things over and over again.
 2         Q    And who did you distribute this
 3    document to?
 4         A    I think it could have been a number
 5    of different entities -- yeah.
 6         Q    Is it fair to say it had widespread
 7    distribution?
 8         A    I think so.
 9              MS. WAXMAN:  It's 1:05, let's go off
10    the record for lunch.
11              (Whereupon, at 1:05 p.m., a luncheon
12    recess was taken.)
13         A F T E R N O O N   S E S S I O N
14              MS. WAXMAN:  On the record at 2:02.
15    I will have this marked as Exhibit 110.
16                        (SEC Exhibit No. 110 was
17                        marked for
18                        identification.)
19         Q    Mr. Griffin, are you familiar with
20    an entity called XRP 2?
21         A    Yes.
22         Q    What is "XRP 2"?
23         A    It's an institute that is, I think,
24    registered in South Carolina and Ripple sold
25    XRP through XRP 2.
```

148

1        Q    Why do purchasers purchase XRP

2    through XRP 2?

3        A    I -- I don't remember.

4        Q    Who are the purchasers who are

5    purchasing XRP from XRP 2?

6        A    Who are they?  I don't know who they

7    all were.

8        Q    No.  In June, who are the purchasers

9    of -- who enters into agreements with XRP 2 to

10   purchase XRP?

11        MS. COWAN:  During his time at the

12   company since he's not there.

13        MS. WAXMAN:  Yes.

14        A    Well, I think it's -- I don't know

15   if it's people, entities -- say entities that

16   were interested in buying XRP.

17        Q    Were they hedge funds?  Did they

18   include hedge funds?

19        A    I don't know.  I don't remember.  I

20   don't even know if all XRP sales went through

21   XRP 2; but I think they may have involved

22   hedge funds, private people and -- I don't

23   know if it's hedge funds or some kind of

24   investing fund.

25        Q    Earlier, you spoke about XRP sales

149

```
1    falling into two buckets, problematic sales
2    and OTC sales?
3         A    Yes.
4         Q    Were the OTC sales pursuant to an
5    agreement between Ripple and XRP 2?
6         A    I believe so, yes.
7         Q    When was XRP established?
8         A    I don't remember.  I recall it being
9    sort of fairly on; but I don't remember.
10        Q    I would like to show you what's been
11   marked as Exhibit 110, which is a document
12   with the title "information regarding XRP 2
13   LLC's history and business."
14        A    Okay.
15             (The witness examined the document.)
16        Q    Do you recognize what's been marked
17   as Exhibit 110?
18        A    No, I just --
19        Q    Do you need a little more time to
20   take a look at the document?
21        A    Okay, I'll take a look at it.
22             (The witness examined the document.)
23        A    Okay.
24        Q    Why were XRP's customers purchasing
25   XRP?
```

150

1      A      What's "XRP's customers" -- what's

2    "XRP"?

3      Q      If you turn to page 3 out of four

4    the middle paragraph titled "current and

5    future customer base."

6      A      Okay.

7      Q      It says:

8             "XRP LLC has a customer base

9    consisting primarily of companies and in

10   limited cases accredited institutional

11   investors who are purchasing XRP for

12   speculative purposes."

13     A      Okay.

14     Q      Was that your understanding as well?

15     A      Yes.

16     Q      At the time --

17     A      By the way, I don't know if that's

18   the sole reason XRP 2 was created.  But I know

19   the purchasers of XRP consisted of speculative

20   buyers.

21     Q      So, were those purchases made

22   through agreements with XRP 2 only meant to be

23   for speculation?

24     A      I don't know if that's the only

25   reason why XRP 2 was created.  Like for

151

1    example, if financial institutions wanted to

2    buy XRP at large quantities, I would suspect

3    it would go through XRP 2; but I'm not totally

4    sure.

5        Q    Did you understand any of XRP

6    customers were purchasing XRP to actually use

7    it?

8        A    I don't -- I don't remember -- I

9    don't -- I don't -- no, I don't know.

10       Q    Is the answer "no"?

11            MR. HECKER:  He said he doesn't

12    know.

13       A    I don't remember.

14       Q    So, you don't recall whether people

15    who entered into agreements with XRP 2 were

16    purchasing XRP to use it?

17       A    Well -- oh, to use it, people were

18    buying it, I think, to speculate.  And I don't

19    know if there was also purchasers who were

20    buying it for any other reason.

21       Q    What were these purchasers

22    speculating on?

23       A    I'm sorry -- they were speculating

24    on the value of XRP going up.

25       Q    And --

152

```
 1        A     I actually do not know; it could
 2   have been the other direction as well.
 3        Q     Did Ripple tell purchasers of XRP
 4   through XRP 2 that it would seek to increase
 5   the value of XRP?
 6        A     Not that I'm aware.
 7        Q     When Ripple sold XRP
 8   over-the-counter, did you participate in
 9   communications or discussions with those
10   purchasers?
11        A     Sometimes.
12        Q     And what did you discuss with those
13   purchasers?
14        A     It was typically the terms of the
15   purchase -- of the agreement of the purchase.
16   So that could include the discount of the
17   price they were buying at and different
18   liquidation preference -- liquidation
19   restrictions on the purchase depending on the
20   size of the purchase.
21        Q     Were there certain restrictions
22   placed on XRP that were sold to OTC?
23        A     Again, I wasn't involved in every
24   single OTC sale.  In particular, if we're
25   looking at this document when I was reading
```

153

1    it, I'm guessing this document comes from a

2    pretty early point in time.  I was not doing

3    OTC sales in 2013, as I recall.  I think that

4    was not something that I was involved in.

5         Q    Who was doing OTC sales in 2003?

6         A    I think that would have been Chris.

7    I don't remember who else it would have been.

8         Q    When did you again doing OTC sales?

9         A    I can't remember.

10        Q    Was it in 2005 when you started to

11   report to Brad or was it earlier?

12        A    I think it might have been earlier

13   than me reporting to Brad so not 2005.  I

14   can't remember the date.  But right when I

15   started, I was not taking care of it.

16             MS. WAXMAN:  I will have this marked

17   as Exhibit 111.

18                        (SEC Exhibit No. 111 was

19                         marked for

20                         identification.)

21        Q    I'm showing you what is marked as

22   Exhibit 111.  An article I retrieved this from

23   the internet.  And the titled is, Ripple Labs

24   2014, a year in review; and it's dated

25   December 22nd, 2014.

154

```
 1              (The witness examined the document.)
 2        A    Okay.
 3        Q    Do you recognize what's been marked
 4   as Exhibit 111?
 5        A    No.
 6        Q    Do you know who would have drafted
 7   this document?
 8        A    I don't know who but it would have
 9   come from a marketing team.
10        Q    The very first sentence says:
11             "For Ripple last 2014 was the year
12   in which we not only clarified our strategy
13   for building the internet of money but also
14   made large strides in turning the vision into
15   reality."  Do you know what was meant by --
16   do you know how the company clarified it's
17   strategy?
18        A    I think it was large -- I think it
19   speaks to the middle section here.
20        Q    What page are you referring to?
21        A    It doesn't have page numbers; it's
22   the document with the sort of semi-circle in
23   the top.
24        Q    What paragraph are you referring to?
25        A    Towards the bottom, center in May we
```

155

1    announced our partnership with Fidor,

2    F-I-D-O-R, Germany Fidor Bank.  The first

3    initial institute to integrate digital

4    protocol.  And then I think it goes on to talk

5    about the conference we had attended from

6    SWIFT, the Sibos Conference, in the fall as

7    well.

8        Q    Is that the conference you referred

9    to earlier during --

10       A    Yes --

11       Q    -- your testimony?

12       A    Yes.

13       Q    Is it fair to say in 2014 the

14   company shifted it's focus to a more

15   enterprised use of the ledger?

16       A    I don't know that it -- I would just

17   say it narrowed it's focus as opposed to it

18   wasn't like a pivot.  I think we were always

19   talking to enterprises; but I think it became

20   a widow down of what is working and what is

21   not and a narrowing of the options.

22       Q    When did the company focus on using

23   XRP for payments?

24       A    Well, I would say from the very

25   beginning XRP that has been rooted in the