1  whole story.  Again, getting back to this

2  whole -- which I think still persists today or

3  at least while I was there -- the notion of an

4  intranet of value and the ability to bridge

5  liquidity through or procure liquidity through

6  XRP.  I -- that's -- from the beginning and

7  sort of uses different words to describe the

8  same thing later on.

9      Q    During 2014, did Ripple engineers

10  work to improve the XRP Ledger?

11      A    Yes.

12      Q    And what did they do?

13      A    I don't know.

14      Q    Is it referred to in the document?

15      A    I think -- I think I saw it in

16  there -- I don't know.

17      Q    On page 5, the very top it says --

18  under the paragraph titled:

19          "The year the protocol matured" it

20  says, "throughout 2014 the Ripple team work on

21  improving stability increasing Ripples --"

22      A    Yeah --

23      Q    "-- to over $0.99.  Also rolled out.

24          A series of new features and

25          improvements."    And goes on to

157

1     list some of those are they referring to the

2     XRP Ledger here?

3          A     Yes.

4          Q     Is that a reference to the XRP

5     Ledger?

6          A     Yes.

7          Q     Did the company also enter into

8     partnerships in 2014?

9          A     I believe so, yes.

10         Q     What was the primary purpose of

11    those partnerships?

12         A     Gets back to the same premise

13    connecting different financial institutions to

14    the Ripple network -- to the Ripple XRP

15    Ledger. And from there getting them to

16    digitize their assets or transfer them across

17    the XRP Ledger.

18         Q     I would like to show you what's been

19    previously marked as Exhibit 73, which if you

20    just keep that open for a minute --

21         A     Okay.

22         Q     -- in the middle of the page right

23    above section we were referring to, there's a

24    link to an article it says:

25               "The Ripple protocol, a deep dive

158

```
1     for financial professionals."   And I'm
2     showing you what's been previously marked as
3     Exhibit 73, which is that document.
4              (The witness examined the document.)
5         A    Okay.
6         Q    It's a long document; so just take a
7     couple of minutes to look at it.  I'm going to
8     ask you some questions about page 45 and page
9     17.
10        A    Where do you want me to start; just
11    read both --
12        Q    Yes --
13        A    -- them?  Okay.
14        Q    You can start from the beginning.
15    Just take a couple of minutes to page through
16    the document and then I will ask you questions
17    about those specific two pages.
18        A    Okay.
19        Q    If you look at page 17, the entire
20    page, it talks about the Ripple protocol and
21    how it could be monetized through XRP Ripple.
22    And then it goes on to say:
23              "Ripple plans to retain 25 of all
24    XRP issued to fund operations and hopefully
25    turn a profit and distribute through the rest
```

159

1    to the participation of market makers,

2    gateways, and consumers to utilize the

3    protocol.  Given that there was finite number

4    of XRP as demand for XRP gross the value of

5    XRP should appreciate. In this matter, Ripple

6    Labs believes that it's incentives are aligned

7    with those of protocol users both want the

8    protocol to reach it's full potential and

9    scale."   Does this adequately reflect the

10    company's strategy with respect to XRP?

11        A    The 25 percent, I don't know.  I

12    don't know.  I feel like in the course of this

13    conversation, that number has been different.

14    More or less, right, yes.

15        Q    Turn to page 45, sub-heading, the

16    role of XRP.  At the end of the paragraph it

17    says:

18           "Over time if the Ripple protocol

19    becomes widely adopted, demand for XRP may

20    increase leading to an increase in price."

21        A    Yes.

22        Q    "Unlike information protocols, like

23           HTTP or SMTP investors can own a

24           stake in Ripple the value transport

25           layer of the internet."

160

1      A      Okay.

2      Q      Does this adequately reflect the

3   company's understanding of how demand of XRP

4   would reflect XRP's price?

5      A      Well... by the way, I do think it's

6   worth pointing out for context.  The author of

7   this document, ████████ was actually the

8   primary author of this document.  He, I think

9   subsequently went onto ████ but was at

10  ████████ where we met him.  And then he

11  left ████████ and in the intervening

12  period we contracted him.  He is a sort of

13  research analyst.  He writes long documents

14  like this.  And so, we were trying to build a

15  document that we could use to explain some of

16  the complexities of the technology and the

17  space and something that could be provided to

18  financial professionals.

19          So that's the context of this is

20  really effectively I would say a document that

21  was written and we paid Roman to write this

22  document and we went in and, of course, read

23  it, edit it and made revisions to it.

24          So, as far as the question about

25  what drives demand for XRP, if the protocol

1    was used, I think that there's an intention

2    that there's a theory, a belief, that that

3    will potentially lead to the use of XRP and

4    the increased use of XRP.  And if that

5    happens, then that will have positive impacts

6    on the value of XRP as well.

7        Q    Including the price of XRP?

8        A    Including the value being the price

9    and the volume moving through XRP.

10         And again, if there's more liquidity

11    around XRP it's used more widely across a

12    range of application as well.

13        Q    You are listed as one of the author

14    for this document?

15        A    Yes.

16        Q    What was your involvement in putting

17    this document together?

18        A    Apart, from speaking so we

19    contracted ▮▮▮▮ I believe there was a draft

20    version of this that was written up and my

21    team and I read through it.  I would probably

22    have been one of the last people to review it

23    and that was my involvement.

24        Q    Did you provide line edits?

25        A    I don't know.  It's possible.

162

1        Q     How did it happen that Ripple

2    contracted with ███ to produce this

3    document?

4        A     So, again, I think as with the other

5    document you pulled up earlier --

6        Q     The primary?

7        A     Yes, the primary.

8        Q     Let's turn to it.  I think it is

9    Exhibit 109.  You can leave that open.

10       A     Yeah, we were out talking with a lot

11   of possible customers and different financial

12   services players about what we were doing and

13   investors and classic venture investors and

14   people who wanted to know -- regulators,

15   people who wanted to know to know what was

16   going on in the space.  We often were

17   repeating ourselves and explaining --

18   re-explaining ourselves over and over again.

19   And I think with that document and certainly

20   with this one, which I think was a little bit

21   later, we were trying to create a document

22   that could be used to provide sort of an

23   overview of the space and overview of what XRP

24   was and overview of what Ripple was to

25   different financial analysts and financial

```
 1    specialists trying to understand the space.

 2         Q    Were you trying to provide an

 3    overview of how Ripple was going to help to

 4    increase the value of XRP?

 5         A    No, I -- no, that's not what the

 6    intention was.

 7         Q    Well, was the document provided to

 8    potential investors?

 9         A    Possibly.

10         Q    Was it provided to potential

11    purchasers of XRP?

12         A    It's possible.

13         Q    Why do you think the document -- do

14    the documents talk about how Ripple will

15    create value for XRP?

16         A    I don't know.

17         Q    On page 17, going back.  We just saw

18    that Ripple said that it was:

19              "Planned to retain a portion of the

20    XRP to fund operations and then distribute the

21    rest to incent the participation of market

22    makers, gateways, and consumers to utilize the

23    protocol."   Which you said earlier would

24    help increase demand --

25         A    Right --
```

1       MR. HECKER:  Wait.  Wait --

2       Q    -- and increase the value, which

3   included increased price.

4       MR. HECKER:  Wait.  Wait.  Wait for

5   the question.

6       Q    So, was this document meant to let

7   people know about Ripple's efforts with

8   respect to XRP?

9       A    Maybe as part of the broader

10  educational document, yes.

11      Q    At this time -- this document is

12  dated November 2014 -- at the time, did Ripple

13  develop any products that used XRP other than

14  the XRP letter?

15      A    Well, that's -- I don't know really

16  how to answer that question.

17           I mean, I think the approach that we

18  were taking at least from a business

19  development perspective was to identify our

20  market insertion point.  That might not have

21  involved XRP; but maybe led to uses of XRP.

22           So I don't know.  When you ask the

23  question was there a product that utilized XRP

24  or was intended to use XRP, I -- it's -- maybe

25  not on day one; but certainly the intention

165

1    was to create networks that would drive volume

2    into XRP at some point.

3         Q    At this point in time, was there

4    products that used XRP?

5         A    I don't remember.  There could have

6    been, you know.  'Cause I think at that point,

7    there was a retail product.  I can't remember

8    though.

9         Q    Page 45, last sentence, sub-heading

10   "the role of XRP."

11        A    Yes.

12        Q    Says:

13             "Investors can directly own a stake

14   in Ripple." The last sentence says, "unlike

15   information protocol like HTTP or SMTP,

16   investors can directly own a stake in Ripple,

17   the value transport layer of the internet."

18        A    Okay.

19        Q    What is your understanding of

20   "Ripple" in that sentence?

21        A    At this time, people talked a lot

22   about what was interesting about crypto

23   currency, broadly, was that they are

24   monetizable protocols.  That unlike other

25   protocols like SMTP or HTTP, sort of the

166

1    backbone of the internet, which were not

2    monetizable, these are sort of a new backbone,

3    a new infrastructure that could be monetized

4    by way of the sort of native assets by

5    securing them and help them operate.

6              And that's what "Ripple" here I

7    think is, specifically, referring to, the

8    Ripple protocol, which is sort of the code

9    that runs Ripple D.

10        Q    So, you don't think is it a

11   reference to people investing in Ripple Lab --

12        A    No.

13        Q    It's not your understanding?

14        A    No.  No.  Especially given first

15   part of that sentence, "unlike the information

16   protocols like HTTP or SMTP."

17             Ripple Inc. is not a "protocol."

18   This would be, specifically, talking about the

19   protocol that operates the Ripple -- the XRP

20   Ledger.

21             MS. WAXMAN:  I will have this marked

22   as Exhibit 112.

23                       (SEC Exhibit No. 112 was

24                       marked for

25                       identification.)

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

167

1      Q    Showing you what's been marked as

2   Exhibit 112, which is a document I retrieved

3   from the internet titled Ripple 2015 year in

4   review and dated December 28, 2015.

5           Again, I apologize for the printout?

6           (The witness examined the document.)

7      A    Okay.

8      Q    Do you recognize what's been marked

9   Exhibit 112?

10     A    No.

11     Q    Is this something that you helped

12  put together?

13     A    I don't know.

14     Q    If you look at the second page, the

15  middle says in:

16          "Continuing our path towards the

17  intranet value, 2015 was the year we figured

18  out Ripple's place in the world zeroing in on

19  product market fit and releasing the

20  industries first enterprise grade products."

21          MS. WAXMAN:  I will have the marked

22  as Exhibit 113.

23                      (SEC Exhibit No. 113 was

24                      marked for

25                      identification.)

1     Q    I'm showing you what's been marked

2   as Exhibit 113; it's just the article that is

3   linked in that paragraph.

4          (The witness examined the document.)

5     A    Okay.

6     Q    What "product" is being discussed in

7   Exhibit 113?

8     A    I don't know what the product name

9   is.  I suspect it would have been mostly about

10  a product that came to be known as Xcurrent.

11    Q    Did Xcurrent use XRP?

12    A    No.

13    Q    Is Xcurrent one of the products that

14  formed RippleNet?

15    A    Yes.

16    Q    Other than Xcurrent, were there any

17  other products introduced by the company in

18  2015?

19    A    I don't know.  I don't remember. It

20  says that there was here.  I don't really

21  remember what it was.  It says two complete

22  solutions.  Looks like there was also a market

23  making product for trading; but I can't

24  remember.

25          MS. WAXMAN:  I only have one more

169

1  copy of this.

2           I will have this marked as Exhibit

3  114.

4                    (SEC Exhibit No. 114 was

5                    marked for

6                    identification.)

7       Q    I'm showing you what's marked as

8  114, which is the article linked on the first

9  page of 113.

10          (The witness examined the document.)

11      A    Okay.

12      Q    Do any of the products identified in

13 Exhibit 114 use XRP?

14      A    I think the second one does, the

15 trade in system and effects market making.

16      Q    How does it use XRP?

17      A    I think you can trade it.  I can't

18 remember the details at that point; but that

19 product I think evolved or went away.

20      Q    How did the product work?

21      A    I think it was just a trading

22 interface to be able to trade.

23      Q    Through the XRP Ledger?

24      A    I think so.  I can't really remember

25 exactly.  Because I see here that it talks

170

1    about "fix," which I know is a common trading

2    protocol.

3        Q    So, who developed that trading

4    interface?

5        A    I don't know.  It would have come

6    from the product team, presumable.

7        Q    Was it something that Ripple

8    developed?

9        A    I think so, yes.

10        Q    And how --

11        A    You know what, I'm not sure.  I

12    think that there was somebody that was also

13    working on a product like that; but I can't

14    remember if he built it or if it was somebody

15    at Ripple like where the origins of that

16    product come from.

17        Q    Did the product exist when you left

18    the company?

19        A    I'm not sure.  I don't know if it's

20    like an API call or -- but I don't remember

21    what happened to that.

22        Q    Okay --

23        A    Could have evolved into something. I

24    don't know.

25        Q    Are you familiar with an entity

171

```
 1    called ▓▓▓▓▓▓▓▓▓?

 2         A    Yes.

 3         Q    What is ▓▓▓▓▓?

 4         A    I think it's an investment fund.  I

 5    think it's run by ▓▓▓▓▓▓▓    That's all I

 6    know.  He's based in New York.

 7         Q    How did you come to learn about

 8    ▓▓▓▓ and ▓▓▓▓▓▓?

 9         A    I don't know how I met ▓▓▓▓

10    ▓▓▓▓    But I do remember meeting him and

11    talking to him about the whole category of

12    crypto currency, blockchain, Ripple, XRP at

13    the racket and tennis club on Park Avenue

14    East.  I guess he is a member there.

15         Q    Did ▓▓▓▓ invest in Ripple?

16         A    I don't remember.

17         Q    Did ▓▓▓▓ have any direct

18    exposure to XRP?

19         A    I don't remember.  It could have

20    been one or the other or both.  I don't

21    remember.

22         Q    Did Ripple ever enter into any sort

23    of agreement with ▓▓▓▓?

24         A    In the course of whatever the

25    investment was apart from that, I don't
```

172

1    remember.

2         Q    Do you recall what investment

3    ██████████ made?

4         A    I don't.

5              MS. WAXMAN:  I will have this marked

6    as Exhibit 115.

7                        (SEC Exhibit No. 115 was

8                         marked for

9                         identification.)

10        Q    I'm showing what's been marked

11   Exhibit 115.  A document titled ████████

12   ██████████ executive summary and the stamp

13   numbers 157137 through 157144.

14             (The witness examined the document.)

15        A    Okay.

16        Q    Have you ever seen what's been

17   marked as Exhibit 115?

18        A    No.

19        Q    Do you know if ████████ purchased

20   Series A preferred stock from another

21   shareholder?

22        A    No.

23        Q    Did Ripple ever sell XRP to the ████

24   ████?

25        A    I can't remember.

173

1      Q    If you turn to page 5, the top, the

2    last bullet point says:

3            "███████ has reserved 10 billion

4    XRP that it can purchase at no cost from

5    Ripple."

6      A    Okay.

7      Q    Did that ever happen?

8      A    I don't know.  I don't think that

9    did; but I don't remember this.

10     Q    Did you provide any information

11   about Ripple or it's financials to either

12   ██████ or ████████?

13     A    I believe so.

14     Q    What information did you provide?

15     A    I don't remember.

16     Q    At the bottom of page 5 it talks --

17   there's a section that says "revenue model."

18     A    Okay.

19     Q    Do you know where this -- is this

20   information that you would have provided to

21   ██████?

22     A    It's possible.

23     Q    The paragraph talks about:

24            "Ripple connect bookings are

25   estimated to be 16.3 million, 2016; and 45.2

174

1    million, in 2017."

2        A    Okay.

3        Q    How is that, where is the 16.3

4    million from?

5        A    Okay.  So I don't know where this

6    document was from apart from this is the first

7    time I ever seen it.

8        Q    Understood.

9             Did you provide information to █████

10   that said Ripple connect bookings would be in

11   that range in 2016?

12       A    I don't know.

13       Q    Is that even feasible?

14       A    Is what feasible?

15       Q    That Ripple connect bookings, would

16   bookings would be around 16.3 million in 2016?

17       A    It's possible.  I can't really

18   remember what the sales pipeline looked like

19   in 2016; but it's possible.

20       Q    And --

21       A    Bookings -- yeah.

22       Q    What is "Ripple connect bookings"

23   refer to?

24       A    Well, "bookings" are a measure of

25   sort of a life long value of the contract,

175

1    which could extend three or four years.

2              So, I think bookings are saying that

3    in the year that it's booked, what's the total

4    value.  Though the revenue might follow a

5    different cash flow and different schedule.

6         Q    So, the revenue might be lower than

7    that --

8         A    In the bookings --

9         Q    -- on a yearly basis?

10        A    Yes.  Any bookings is sort of a

11   standard metrics for enterprise software

12   businesses.

13        Q    If you turn to page 7, at the very

14   top, Number 4 says:

15             "XRP holdings are insured by XRP 2

16   up to 10 billion XRP."   Did you ever have

17   any discussions with ███ or anyone else at

18   ████████ about insuring XRP holdings by the

19   fund?

20        A    I don't remember doing that, no.

21        Q    Is there anyone?

22        A    Well, I'm sorry.  This is talking

23   about custody; is that right?

24        Q    Do you understand this to be

25   referring to Ripple custodying any XRP on

176

1    behalf of the fund?

2         A    Yes.

3         Q    Is that what you think is meant by

4    "insurance"?

5         A    It's possible, yes.

6         Q    Did the company custody XRP on

7    behalf of ████████ or ██████████████?

8         A    I don't remember.

9         Q    Why wouldn't the company be

10   custodying XRP?

11        A    I suspect it's just complicated. And

12   so, I think it would be hard for some

13   non-technical person to custody a large

14   amount.

15        Q    But was it in connection with an

16   investment that --

17        A    I don't know.  I don't know.

18        Q    Did the company sell XRP to funds in

19   general?

20        A    I don't -- in general, I don't -- I

21   don't know.  I think there were some sales;

22   but I don't know.

23        Q    What sort of fund did ██████████

24   envision here?

25        A    I have -- I don't know.  I don't

1    know what he envisioned.

2         Q    What assets would the fund hold?

3         A    I don't know.

4              You talking about ███████████████

5    ██████████    the fund you're talking about?

6         Q    No.  I'm talking about the █████████?

7         A    Oh, I'm not sure.

8         Q    Was XRP going to be the only asset

9    in the ███████████

10        A    I don't know.  I gotta say I don't

11   know.  I think -- but "████" must mean intranet

12   of value.

13             I presume that that was sort of a

14   broad catch all of all crypto currencies and

15   all blockchain technologies and everything.

16   That's my understanding; but that is purely

17   conjecture.  I don't know.

18             MR. HECKER:  I just want to be

19   clear. He said he didn't know what it was and

20   cannot identify the fund.  So, unless you

21   know -- I understand it may stand for intranet

22   of value but unless you know that and --

23             THE WITNESS:  No, I don't know that.

24             MS. WAXMAN:  I will have these marks

25   as Exhibit 116 and 117.

178

```
 1                    (SEC Exhibit Nos. 116 and

 2                     117 were marked for

 3                     identification.)

 4       Q    I'm showing what's been marked as

 5   Exhibit 116 and 117; it's just an e-mail from

 6   you dated January 18th, 2017, with ███████

 7   attachments.

 8            Exhibit 117 is one of the

 9   attachments and it's the ███████████████

10   series.

11       A    Okay.

12            (The witness examined the document.)

13       Q    Does this refresh your memory if the

14   company entered into any agreements with

15   ██████████?

16       A    Refresh my memory, yes.

17       Q    Okay.

18            What do you recall about the

19   relationship between ███████ and --

20       A    Not very much to be honest.

21       Q    Are you familiar with an entity

22   called ██████████████████████?

23       A    Yes.

24       Q    What is ███████████████████████

25   or ██████?
```

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

179

```
 1       A    I believe they're an investment fund

 2   with a primary focus on the Chinese market and

 3   a cross sort of between they provide

 4   investments between China and I think mostly

 5   techs in Silicone Valley.

 6       Q    Did ███████████████████

 7   invest in Ripple?

 8       A    Yes.

 9       Q    How much did it invest generally?

10       A    And again, when -- Ripple, I think

11   they invested in Opencoin -- but anyway.

12       Q    Well, when I talk about "Ripple,"

13   I'm referring to any predecessor entity?

14       A    Okay.  Okay.

15       Q    We saw earlier today an exhibit that

16   listed the investors, Exhibit 101, and I

17   believe ████████████ --

18       A    ████████████

19       Q    ██████████████████████ was

20   listed on several lines.

21       A    Yes.

22       Q    Do you recall what fundraising

23   rounds they participated in?

24       A    No.

25       Q    Did ████████ also have direct
```

180

1    exposure too XRP?

2        A    Yes.

3        Q    How did that happened?

4        A    I don't know.

5        Q    Were you involved --

6        A    I don't --

7        Q    -- in any negotiations between

8    Ripple and ████████ with respect to their

9    purchase of XRP?

10       A    I can't remember.

11            MS. WAXMAN:  I will have this marked

12   as Exhibit 118.

13                     (SEC Exhibit No. 118 was

14                      marked for

15                      identification.)

16       Q    I'm showing you what's been marked

17   as Exhibit 118, which is an e-mail chain from

18   October 2014 regarding █████████████████

19   ██████

20            Just take a couple of seconds to

21   look at it.  There's an attachment to the

22   document, it's called "LTRF term sheet."

23            (The witness examined the document.)

24       A    Okay.

25       Q    Does this refresh your memory as to

181

1    any agreements that the company entered into

2    with ████████?

3         A    No.

4         Q    Did ██████ form a fund whose sole

5    asset was XRP?

6         A    I don't know.

7         Q    Did Ripple sell XRP to ████████ for

8    use in that fund?

9         A    I don't know.

10        Q    Did you have conversations with

11   anyone from ████████████████████ in

12   2014?

13        A    Yes.

14        Q    What was the purpose of those

15   conversations?

16        A    Oh, in October, I actually do not

17   know.  I know that Phil and Chris were talking

18   to ████.  I don't know if I had started

19   talking to ████ at this point.

20        Q    During this time period, not

21   necessarily in October; did you have

22   conversations with ████████ about them

23   purchasing XRP from Ripple?

24        A    It's possible.  I don't know -- I

25   don't remember.

182

```
 1        Q    I know you do not remember

 2   discussions about ███████ purchasing XRP

 3   from Ripple or ███████ using that XRP in

 4   connection with a fund.

 5             But in general, did you have

 6   conversations with fund managers who wanted to

 7   create a fund whose sole asset was XRP?

 8        A    Oh, I -- I don't know if I did or

 9   not.  I talked to fund managers; but I don't

10   know if it was for that explicit purpose.

11        Q    So, that explicit purpose doesn't

12   ring out to you --

13        A    It doesn't.

14        Q    Are you familiar with an entity

15   called ███████ or ██?

16        A    Yeah.

17        Q    Did you have conversations with

18   ███████, ██ or ███████ about them

19   creating a fund whose sole exposure was in

20   XRP?

21        A    Again, I don't know if it was just

22   to do an XRP fund.  But I remember talking to

23   them about buying XRP and putting that into a

24   fund structure.

25        Q    And what would be the benefit to
```

183

1    Ripple from that arrangement?

2        A    Well, potentially buying XRP, they

3    could be buying a portion of XRP from Ripple,

4    which could generate cash flow.

5        Q    And --

6        A    Alternatively, if they're buying XRP

7    in the market, they're bringing liquidity and

8    price discovery and positive things for the

9    XRP market.

10       Q    And would the liquidity come from

11   speculators?

12       A    Well, from an investment fund, I

13   don't know if it's from speculator.

14       Q    Did ▮▮▮▮▮▮▮▮ intend to -- how

15   did ▮▮▮▮▮ intend to use the XRP?

16       A    I -- for -- I don't know.  I don't

17   know how he intended to use it.

18       Q    Was it supposed to fund the XRP

19   fund?

20       A    I don't remember if there was an XRP

21   fund or if we talked about that.  I don't -- I

22   don't remember.

23       Q    Was there an initiative at the

24   company to engage with funds who were

25   interested in creating, you know, XRP funds?

184

```
 1        A    No.  I don't remember that, no.

 2             MS. WAXMAN:  It is 3:06 we are off

 3    the record.

 4             (A brief recess was taken.)

 5             MS. WAXMAN:  Back on the record at

 6    3:16.

 7             I will have this marked as Exhibit

 8    119.

 9                     (SEC Exhibit No. 119 was

10                      marked for

11                      identification.)

12        Q    Mr. Griffin, have you ever received

13    XRP as a bonus or part of your compensation?

14        A    Yes.

15        Q    When?

16        A    I believe the first time I received

17    XRP as part of a single agreement was in May

18    of 2017.  I cannot be totally sure about that.

19        Q    And how much XRP did you receive?

20        A    I don't remember.

21        Q    Did you receive XRP at any other

22    point in time?

23        A    Yes, periodically up until I left in

24    2018.

25        Q    In total, how much XRP have you
```

185

```
1    received from the company?
2         A    I don't know exactly.  But I think
3    it's somewhere around ██████████
4         Q    I'm showing you what's been marked
5    as Exhibit 119, which is an agreement that
6    your counsel produced on your behalf titled
7    "notice of XRP unit bonus award."
8              (The witness examined the document.)
9         Q    Do you recognize what's been marked
10   as Exhibit 119?
11        A    Yes.
12        Q    What is Exhibit 119?
13        A    A bonus award.
14        Q    How much is the award for?
15        A    ████████████  XRP.
16        Q    And how did you come to receive the
17   award?
18        A    Pursuant to investing schedule.
19        Q    No.  How did it happen that the
20   company provided you with this bonus award?
21        A    It was something that had been
22   negotiated somewhere in the time period of
23   2013 and 2014 between Chris Larsen and me.
24        Q    And whose idea was it?
25        A    It was mine.
```

186

```
1        Q    And what prompted you to negotiate

2    it with Chris?

3        A    Well, I honestly can't remember the

4    exact specifics; but broadly we were in the

5    crypto currency space and I didn't have a

6    whole lot of crypto currency and I wanted

7    crypto currency.

8        Q    When did the XRP vest under the

9    agreement?

10       A    I think it vested beginning in -- I

11   can't remember exactly the date but I think

12   there is different provisions for when the

13   vesting clause starts.  And -- but I think it

14   started in, as I said before -- I think May of

15   2017 or early 2017.

16       Q    At the time you entered into the

17   agreement, what was the price of XRP,

18   approximately?

19       A    When I entered into the agreement?

20       Q    Yes.

21       A    Okay, well that's -- so, my

22   discussions were I think in late 2013,

23   possibly 2014.  I can't remember exactly when

24   we had come to an agreement.  This got papered

25   much later, like, two years later as I recall
```

187

```
 1    and -- so, when I had the initial discussions,

 2    I think the price of XRP was -- I would

 3    venture a guess that it was below a half a

 4    penny.  And then when I think this got papered

 5    I think it was still below a penny.

 6         Q    So, the initial discussions you had

 7    with Chris, at that time did you believe that

 8    XRP would increase in value?

 9         A    I believe -- I didn't -- no, I

10    didn't know if it would or wouldn't.  But

11    certainly, I was working on a project that

12    would hopefully create more value for XRP and

13    XRP ecosystem and potentially there would be

14    greater liquidity around XRP.

15         Q    Did you want to share in that

16    increase in value?

17         A    Yes.

18         Q    Did you think your efforts would

19    play a part in that increase in value?

20         A    Had the potential to, yes.

21         Q    What specific efforts are you --

22         A    Well, my efforts -- my contribution

23    to Ripple Labs and in turn Ripple Labs is

24    focused on building an ecosystem around the --

25         Q    Which would create value for XRP?
```

188

```
1        A    Yes.

2        Q    What about your specific

3   contributions?

4        A    Well, I thought my contributions

5   were part and parcel to the long-term

6   corporate sort of efforts that were around

7   Ripple X.

8        Q    Did you intend to use the XRP that

9   you would receive as part of the grant?

10            MR. HECKER:  Did you say "send to

11   use" it?

12       A    What do you mean by "use it"?

13       Q    Did you see the receipt of XRP as an

14   investment?

15       A    I just saw it as compensation.

16       Q    Why wasn't the agreement papered

17   until 2016?

18       A    I just -- it just turned out there

19   was limited resources and I think that's kind

20   of it.  Just, we were focused on other things.

21       Q    Well, what was the specific

22   agreement that you and Chris agreed to in that

23   initial conversation?

24       A    It was ▮▮▮▮▮▮▮▮ subject to a

25   vesting schedule.  I can't remember the
```

189

1    details of the different triggers; but it was

2    somewhere close to what's in here.

3        Q    Were there any differences between

4    what was initially discussed and what is in

5    the document?

6        A    I -- nothing sticks out, no.

7        Q    Have you receive the entire ███

8    ███

9        A    No.

10       Q    How much have you received?

11       A    I received, approximately, ██

12    ███

13       Q    ███████XRP?

14       A    Yes.

15       Q    Are you entitled to receive any

16    additional?

17       A    No.  No.

18       Q    Why not?

19       A    Well, half of that was not sent my

20    way largely for tax withholding purposes.

21       Q    Half of what?

22       A    Half of the total amount of ███

23    ███  I don't know exactly the percentage;

24    but there was a tax withholding.  So, I did

25    not -- I was not eligible for that.  And then

190

1    the remainder -- because I left the company

2    before the vesting period.  Here, there was a

3    partial acceleration of the last part, the

4    last of the vesting schedule.

5        Q    When you say "partial acceleration,"

6    can you explain what you mean?

7        A    It just meant that -- I don't

8    remember exactly how much was left; but I

9    think there was six months left or something

10    like that just to give you a sense.  And so,

11    when I left, something like three months of

12    the remaining -- the clock was accelerated.

13        Q    So, you didn't receive that

14    remaining portion of XRP?

15        A    No, I didn't receive the full

16    amount.

17        Q    And how much longer did you need to

18    stay in order to receive?

19        A    I don't remember.  I think -- I

20    can't remember.

21        Q    Were there any restrictions placed

22    on the XRP that you received pursuant to the

23    agreement?

24        A    No, not that I remember.

25        Q    And at what period of time did you

 1   receive the XRP; was it all at once or at two

 2   different intervals?

 3        A    No, it was different intervals.  I

 4   think the first interval was again in May of

 5   2017 is what I recall and then there was

 6   subsequent sort of more calendar-based

 7   intervals from there.

 8        Q    Other than this grant, did you

 9   receive any other XRP from the company?

10        A    No, not anything meaningful.  There

11   was tiny amounts of XRP that I received just

12   to demonstrate the technology but that was

13   kind of it.

14        Q    Did you sell any portion of the XRP

15   that you received --

16        A    Yes --

17        Q    -- in connection with the agreement?

18        A    Yes.

19        Q    How much XRP do you still hold?

20        A    Approximately, ██████████

21        Q    So, you sold, approximately, ██

22   ████████

23        A    That would have been --

24        Q    ██ --

25        A    Yeah, ██.

192

1     Q    Sorry. ████████?

2     A    Yeah, approximate.  I don't have the

3  exact numbers.

4     Q    Did you sell for a fee --

5     A    For dollars, yes.

6     Q    How much did you earn in proceeds?

7     A    In proceeds, I think, about ████

8  ████████████

9     Q    Did you sell the XRP pursuant to any

10  strategy?

11     A    Mostly just a function of de-risking

12  my financial picture, which was largely tied

13  up into Ripple and XRP.

14     Q    Did you sell the XRP on exchanges,

15  OTC or both?

16     A    Both.

17     Q    How much did you sell on exchanges?

18     A    I don't know.

19     Q    Approximately?

20     A    I don't know.

21     Q    What exchanges did you sell XRP on?

22     A    Maybe, let's say, approximately, 75

23  percent went through exchanges --

24     Q    And -- okay --

25     A    -- yeah.