1    Q    And the other 25 percent?

2    A    Was sort of block trade.

3    Q    Over-the-counter?

4    A    I believe that's -- yeah,

5    over-the-counter; it was through a broker.

6    Q    What was the name of the broker?

7    A    GSR.

8    Q    And the trades on exchanges, what

9    exchanges?

10   A    I think it was just Bitstamp and the

11   XRP decentralized exchange that resides within

12   the XRP Ledger.

13   Q    Did you enter the trades through the

14   ledger yourself?

15   A    Yes.

16   Q    How did it happen that you sold XRP

17   through GSR?

18   A    It was a relationship that I had. I

19   knew them from Ripple. We worked together

20   while I was at Ripple and I know that they

21   represented sort of a book of business that

22   was not just Ripple.

23   Q    What was GSR's relationship with

24   Ripple?

25   A    They were the -- I think the primary

```
 1    service -- like vendor that Ripple used to

 2    sell XRP programatically in open, books and

 3    exchanges.

 4         Q    Did anyone at the company also use

 5    GSR to sell XRP in their personal capacity?

 6         A    I can't be sure.

 7         Q    Did the company know that you were

 8    using GSR to sell your XRP?

 9         A    Well, I -- when I was using them, I

10    had left the company already.

11         Q    While you were at the company, did

12    you sell any of the XRP you received as

13    agreement?

14         A    Yes.

15         Q    What portion of it?

16         A    I think the portion I had mentioned,

17    about 75 percent just in a ballpark. I don't

18    know the exact numbers.

19         Q    When did you begin selling the XRP?

20         A    In May, approximately, when I

21    received it.

22         Q    In May --

23         A    2017.

24         Q    -- 2017?

25              Did the company place any
```

195

1    restrictions on your sales?

2        A    No.

3        Q    Was anyone at the company aware of

4    your sales?

5        A    Yes.

6        Q    Who?

7        A    I'm not sure who would have known;

8    but I was required to send -- and there's an

9    employee guidelines on how much you can sell

10   up to a certain amount before having to notify

11   the company about your sales beyond that

12   point.

13        Q    And when did that reporting

14   requirement go into effect?

15        A    I don't remember.

16        Q    Was it in effect as of the first

17   time you sold the XRP?

18        A    I think so.  I'm not sure.

19        Q    Did anyone else at the company

20   receive a similar type of XRP agreement?

21        A    Yes.

22        Q    Who?

23        A    Well, Phil Rapoport, who reported to

24   me.  And also, I think, Brad Garlinghouse as

25   well.

196

1      Q    Do you know the terms of the

2   agreement to Phil?

3      A    No, I can't remember them.

4      Q    Would he have received more or less

5   XRP than you?

6      A    I don't know.  I think it would -- I

7   think he received ████████████

8      Q    When did he negotiate that?

9      A    When he came on board.

10     Q    When was that?

11     A    Prior to his arrival.  I don't

12   remember.  I think it was -- I think it was

13   2014.

14     Q    How did you come to learn that Brad

15   also had an XRP bonus award?

16     A    I don't know, in the course of

17   talking to him.

18     Q    He told you?

19     A    Yes, I think he was involved in

20   finalizing this agreement.

21     Q    Was he involved in any initial

22   discussion?

23     A    No.

24     Q    Were there any discussions with

25   anyone within the company that providing XRP

197

1    as compensation was something that the Perkins

2    guidance recommended against?

3        A   I don't know.  I don't know.

4        Q   What was the relationship between

5   ████████  ██ and Ripple?

6        A   ████████

7        Q   Yes.  And I'm clumping ██████

8   ███ and ██████████   kind of --

9        A   Okay --

10       Q   -- all in the same bucket.

11       A   I think they're investors in Ripple.

12       Q   Other than investing in the company,

13   did they have any direct exposure to XRP?

14       A   Well, let me widen that a little bit

15   more.  They were investors in Ripple.  We also

16   worked with ████████ to source OTC buyers.

17   So I think they're a brokers service. I think

18   that's the ██████ part of their business

19   and they have a fund management business.  I

20   don't know what that's called whether it's ████

21   or ██████ or where it fits within that.  And

22   they, I think, were launching different

23   products with different baskets of digital

24   currencies and I think we were talking to them

25   about how we could support that.

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

198

1      Q    Were they thinking of launching an

2  XRP fund similar to their Bitcoin investment

3  trust?

4      A    I don't know.  I know there was

5  discussion about them launching a fund that

6  included XRP.  I don't remember if it was just

7  an XRP fund or what it was.

8      Q    Did they ever express to you any

9  concerns about Ripple's XRP holdings?

10      A    Yes, they did.

11      Q    What concerns did they express?

12      A    They felt like -- they had expressed

13  an opinion that they felt that the fact that

14  Ripple Labs held a large percentage of the XRP

15  that that was standing in the way of sort of a

16  broader adoption or uptake from sort of a

17  broader crypto currency market.

18      Q    Did they think that it had an affect

19  on speculators?

20      A    I don't know that it had an effect.

21  I think for them, they viewed that it was an

22  optics challenge for us that there was this

23  threat that Ripple could sell all of it's XRP

24  and sort of damage the market.  That was their

25  opinion.

1      Q      Was that their opinion only or was

2   that a widespread opinion among others?

3      A      I don't know for sure.  They

4   mentioned that.  I don't know how widespread

5   that opinion was but it was out there.

6      Q      Did anyone else express that concern

7   to you?

8      A      I'm sure they did.

9      Q      Did you have any involvement in the

10  decision to put Ripple's XRP into escrow?

11     A      Yes.

12     Q      What involvement did you have in

13  that?

14     A      I had, I guess, helped shape the

15  proposal to the rest of the company to

16  implement an escrow.

17     Q      What was the purpose of the escrow?

18     A      I think it was to build confidence

19  and address this issue which was a headwind in

20  the sort of broader crypto market for people

21  looking at crypto currencies.  I think they --

22  this sort of what we saw earlier overhang of

23  XRP that Ripple held was sort of keeping

24  people on the sidelines from participating in

25  the XRP ecosystem as speculators or developers

1    or whatever the case may be.  And so, we were

2    looking for ways in which to address that.

3    And that was sort of where the proposal came

4    from.

5        Q    And how would the proposal address

6    that?

7        A    Well, I think just by

8    programatically locking and releasing the XRP

9    and putting upper bound on how much Ripple --

10   Ripple Inc. or Labs could sell at any given

11   moment was the primary purpose of that.

12           So, it was really -- I mean, I think

13   that -- yeah, that's it.

14       Q    Was the purpose of the escrow to

15   provide certainty in XRP supply?

16       A    I think it was to provide some more

17   transparency or predictability or at the very

18   least remove this scenario where -- that

19   people were worried about.

20       Q    And predictability with respect to

21   XRP supply in the market?

22       A    Well, I don't know about

23   predictability.  But I think it addressed this

24   I think lingering criticism that the large

25   holdings of XRP by Ripple Inc. could be sold

1    at once into the market or in huge quantities,

2    which could undermine the value of XRP.

3        Q    And how did the proposal address

4    that concern?

5        A    It restricted the total amount that

6    could go into the market at any given time.

7        Q    How much did it restrict it to?

8        A    I think it restricted it to a

9    billion XRP a month and I think Ripple has --

10    I don't know the numbers now but I think

11    there's also an additional component to that

12    that would set aside like five years plan by

13    XRP.  So it goes from 60 percent to 6 percent.

14        MS. WAXMAN:  I will have this marked

15    Exhibit 120.

16                    (SEC Exhibit No. 120 was

17                    marked for

18                    identification.)

19        Q    I'm showing you what's been marked

20    Exhibit 120, which is an e-mail to you and

21    Brad Garlinghouse at Ripple, dated May 2nd,

22    2017, subject is XRP escrow proposal --

23        MR. HECKER:  From him not "to" him.

24        MS. WAXMAN:  Thank you.

25        Q    From Patrick and the attachment is

1    the proposal.

2            (The witness examined the document.)

3        A    Okay.

4        Q    Do you recognize the attachment?

5        A    Yes.

6        Q    Did you draft this?

7        A    I would have drafted this working

8    alongside my team.  And I think you can see

9    the names listed on the top of this third

10   paragraph.

11       Q    Were you the primary drafter?

12       A    Yes.

13       Q    Why did you draft this document?

14       A    To help with the decisionmaking

15   process around whether or not to move forward

16   with an XRP escrow.

17       Q    On the first page of the attachment.

18   Under the objective section says:

19            "We want to make XRP a viable asset

20   to provide liquidity for cross boarder

21   payments. The objective of this proposal is to

22   build the prerequisite liquidity to make that

23   possible by first securing speculative

24   liquidity."   Why was speculative liquidity

25   important?

203

```
1          A    It's just a function of providing

2     liquidity which could be utilized for a range

3     of things.  And I think this would be -- that

4     liquidity -- this liquidity that was

5     contemplated here "speculative liquidity"

6     dovetails with payments liquidity needed to

7     support the XRP related products and sort of

8     the overall product.

9          Q    Where would the speculative

10    liquidity come from?

11         A    I think -- I presume traders and

12    buyers and sellers of XRP and crypto

13    currencies in general.

14         Q    People who were buying the asset as

15    an investment?

16         A    I mean, I don't -- people who may

17    have been speculating and taking directional

18    bets.

19         Q    Did you believe that the escrow

20    proposal would effect XRP's price?

21         A    I think it had the potential to

22    among other things; but I think the core issue

23    sort of is more providing sort of regular --

24    maybe like -- maybe, taking a step back.

25              Going back to the origin in 2013, at
```

1    least when I started, one of the primary

2    challenges for XRP and for Ripple's

3    involvement with XRP it was to try to device a

4    mechanism by which Ripple's holdings of XRP

5    could be distributed and sort of the premise

6    of the whole crypto currency space.  And

7    what's interesting about it is that it's sort

8    of programmable money.

9            And so Bitcoin, the mining

10   algorithms, are sort of the core premise of

11   the product. And here, I think the premise

12   was, well, the portion that Ripple Inc. holds,

13   can be used for a wide range of distribution

14   mechanisms that might be better might be

15   better than mining. It might be used to drive

16   different value in a different direction not

17   just into the running of servers and burning

18   of fossil fuel for electricity costs.

19            And so, the fundamentals of the

20   whole crypto currency is sort of rooted in

21   it's distribution and how the XRP -- how the

22   digital currency is released.  And with Ripple

23   holding such a huge amount, I think the

24   attempt here is to demonstrate how just as any

25   other crypto currency sort of the fundamental

1    properties is that it's programmable and that

2    you could do the same thing here with XRP and

3    do it in a way I think is very clearcut.

4            So, I think that the purpose here is

5    really to tackle some of the fundamentals

6    around crypto currency and to show how the

7    fundamentals for XRP, at least as far as a

8    large holder of XRP is concerned, are sound.

9    And that that's the purpose of, I think, the

10   efforts around this escrow product.

11       Q     Was also the purpose to provide a

12   predictable supply of XRP?

13       A     Yeah, I don't -- at least a more

14   predictable supply.  It's not like

15   predictable. It's not like a locked in number

16   that comes out.  But at least you could figure

17   out what the bounds are that would be coming

18   from Ripple Inc.

19       Q     Sure.

20            In the proposal, did you say that

21   the proposal would impact XRP price?

22            MR. HECKER:  Sorry.  Did you say,

23   "in the proposal" --

24       Q     In the proposal, did you say that

25   the proposal would have an impact on XRP's

206

1    price?

2         A    Well --

3              MR. HECKER:  Wait.  Hold on.  The

4    middle of the third page?

5         Q    The middle of the second page of the

6    attachment says:

7              "Considering the impact of the

8    proposal is to constrain supplied then we

9    expect price appreciation and thus fewer XRP

10   to meet our cash flow needs."

11        A    Okay.

12        Q    How much of an effect did you expect

13   the proposal to have on XRP's price?

14        A    Unknowable.

15             I think what's important also is to

16   point out under "objectives" -- I know it's

17   missing.  We were focusing on the liquidity.

18   So, the second bullet point under "objective,"

19   we really focused on volume and price

20   appreciation.  And again, the price alone was

21   not enough to really be meaningful for Ripple

22   and I think it's vast holdings of XRP.  It had

23   to have a cufflink to two.  And ultimately,

24   you know, those -- I would argue that the

25   effort here is build liquidity and build

1   confidence in XRP, which would then be

2   liquidity around the asset.

3       Q    You say the effort is geared towards

4   securing speculative liquidity.

5       A    Yes.

6       Q    And then if you go turn to page 3,

7   it estimates that the price of XRP will go up

8   6 cents as a result of the escrow; so it would

9   more than double --

10      A    Just to be clear.  That's not a

11  forecast, that's just a scenario.  That's just

12  if the price goes to here, here's how we

13  can -- sort of expectations.  So you're

14  looking at page --

15      Q    I'm looking at the page, the third

16  page of the proposal, under the "price

17  appreciation" section.  It says:

18          "The escrow schedule will help by

19  addressing two different dynamics impacting

20  the price; one, constraining supply, which

21  limits the amount available for purchase.  And

22  two, reducing the discount price into XRP due

23  to the uncertainty around fly."

24          And then it says:  "Here's a

25  framework for thinking about the impact of a

1    constraining imply."

2         And it talks about --

3         MR. HECKER:  It says "directional

4    only" right next to that.  So it's clear,

5    right?

6         Q    What is that mean "directional

7    only"?

8         A    Just different scenarios.

9         Q    So, how did you come up with this

10   framework?

11        A    I just kind of want to say a finger

12   in the air best guess.

13        Q    You provided a best guess to the CEO

14   of the company?

15        A    I think -- again, this is totally

16   new territory.  I don't think -- a lot of the

17   decisionmaking process is in totally green

18   space.  And so, if you look at the history of

19   even -- well, to answer your question, yes.

20   Yes, is the answer to your question.

21        MR. DANIELS:  If the goal is to

22   drive long-term liquidity --

23        THE WITNESS:  Yes --

24        MR. DANIELS:  -- I understand how

25   the escrow helps that.  Why did Ripple need to

209

```
 1   sell the XRP in that scenario as opposed to
 2   distributing it, giving it away.
 3          THE WITNESS:  I just -- well, I
 4   think that our experience with the giveaways
 5   was not successful.  We tried that and we
 6   tried to do that in the way we could create
 7   more value than the value we were giving out;
 8   and that did not play out the way we thought
 9   it would.  And then I would -- yeah.  So,
10   that's the first thing the company needed the
11   cash flow and has assets on it's balance sheet
12   and I think sort of the decision to sell some
13   assets and convert that into dollars to
14   satisfy the cash need.
15          MR. DANIELS:  Recognizing that the
16   giveaways had not worked in the past, did you
17   have any discussions around potential
18   giveaways at this period when you are
19   considering the escrow in early 2017?
20          THE WITNESS:  To be honest, every
21   bad idea always doubles back.  When I say "bad
22   idea," meaning ideas we tried, they didn't
23   work and they come back.  And we evaluate them
24   from different angles and different directions
25   and the landscape changes and the equation is
```

210

```
 1   different.

 2            And so, I don't remember there

 3   being any giveaway discussions at this point.

 4   It's possible.

 5            MR. DANIELS:  Then if you go to page

 6   2 of the proposal.  At the top, there's a

 7   table and it talks about --

 8            THE WITNESS:  "Different scen-" --

 9            MR. DANIELS:  -- "different

10   scenarios." And first is "speculative market

11   will continue to grow without any changes."

12   Did you talk a little bit about that?  Did you

13   discuss the fact that maybe speculative value

14   will increase naturally without Ripple taking

15   any action?

16            THE WITNESS:  Yes.

17            MR. DANIELS:  And what were those

18   discussions?

19            THE WITNESS:  I don't remember.

20            MR. DANIELS:  I think you talked

21   earlier about the need to create this

22   speculative liquidity.  Can you just elaborate

23   on what that need was.

24            THE WITNESS:  Well, the thing about

25   liquidity, it's just depth of the market at a
```

1    certain price.  And so, that could be used

2    for, I think, directly for our product flows.

3    So, whether you're talking about speculators

4    on either side of the trade or payment

5    companies on either side of the trade, that

6    liquidity could be taken advantage of by

7    anybody.

8              So, that's sort of the rationale.

9              MR. DANIELS:  So, you're looking at

10   that same outcome.  It says:

11             "XRP markets are unlikely to achieve

12   the same level of robustness as traditional

13   markets or digital asset markets --"

14             THE WITNESS:  Right --

15             MR. DANIELS:  "-- supply clarity"?

16             THE WITNESS:  Right.

17             MR. DANIELS:  Had you done some type

18   of analyst around that issue?

19             THE WITNESS:  I think we had -- I

20   know we talked a lot about a lot of different

21   scenarios and analogies to this.

22             Again, it's totally new space and

23   there's definitely nothing like it and we were

24   trying to just create a framework for how to

25   think about this.  But I don't think we

212

```
 1    approached anybody and said this is fact

 2    and -- I think it's just a way of thinking

 3    about the decision.

 4              MR. DANIELS:  As a related point.

 5    Can you turn to the last page of the document.

 6    You have a series of questions for discussion.

 7    Looking at Number 4 it says:

 8              "We answered the question underneath

 9    for speculators to drive long-term liquidity.

10    For example, is there a scenario where we skip

11    the speculative stage, get large payment

12    volume and build liquidity on back of

13    commercial --

14              THE WITNESS:  Right.

15              MR. DANIELS:  Do you recall any

16    discussion around that?

17              THE WITNESS:  Yes.

18              MR. DANIELS:  What did that

19    discussion entail?

20              THE WITNESS:  Just sort of a chicken

21    and egg conversation.  I mean, you're trying

22    to build a market place, a market and the

23    large payment volume is hard to attract if the

24    liquidity is not there.  And so --

25              MR. DANIELS:  Did you use any type
```

213

```
1    of analysis around that or is it sort of a

2    general discussion of we don't think we could

3    get there.

4           THE WITNESS:  Well, we had been

5    working on it for several years and I don't --

6    I would guess no is the answer.  Probably.  I

7    don't know.  The best we could.

8           BY MS. WAXMAN:

9       Q    At the bottom of the second to last

10   page is the sub-heading, "why now." Why did

11   you feel the escrow -- it was time to

12   incorporate the escrow as opposed to earlier

13   in time?

14      A    Well, I think there was a lot -- I

15   don't remember exactly when this was, what the

16   market dynamics were.

17      Q    May 2017.

18      A    I recall vaguely there was a lot

19   of -- crypto currency space not just around

20   Bitcoin but also including other, I think,

21   coins like that Ethereum, Litecoin -- other

22   stuff.  I don't remember which ones.

23           And so, there was increasing

24   interest and not just for Bitcoin but maybe I

25   think for the first time and in a meaningful
```

214

1   way.  But also, these other blockchain based

2   aspects that were not Bitcoin.  So, that's

3   sort of what that's referring to.

4        Q    So, were you trying to take

5   advantage of larger trends in the market at

6   the time?

7        A    I think so, yes.

8        Q    And were those larger trends people

9   speculating and digital assets in general?

10       A    I don't know what people were doing.

11  But there was definitely more trading activity

12  happening at that time as I recall.

13       Q    The sentence at the end of the page

14  talking about "timing" says:

15            "We will pinpoint the timing in Q2

16  such that we have enough exchanges listed."

17  Why did you need exchanges listed before

18  implementing this?

19       A    I think if we implemented this with

20  an eye towards capturing the liquidity that

21  it's growing in the market around digital

22  assets, there had to be sort of a call to

23  action for people who were trading digital

24  assets.  And I think at the time XRP was

25  traded on very few exchanges.  It was traded

215

1    on XRP Ledger; but it's very technically

2    complicated to interface with it.  And I feel

3    like then it was just -- I can't remember but

4    just a very small number of other exchanges

5    where XRP was listed.  And so, we wanted to

6    coordinate those two things.

7         Q    So, was it important for XRP to be

8    traded widely on a lot of exchanges in order

9    for this escrow to achieve the desired

10   results?

11        A    Yes.  The sequencing -- I mean, it's

12   easier to talk about theoretically.  But

13   theoretically, it -- we were trying to

14   identify and build out -- help build out our

15   payment network by building liquidity in

16   regional sort of currencies against XRP.  And

17   then sending payments through those.

18             And so, I think the premise here was

19   to try to get XRP listed in different regional

20   markets, in different markets, try to capture

21   some liquidity and then that liquidity could

22   substantiate payment volume.

23        Q    Before people would actually use XRP

24   for payments, there would have to be an avid

25   liquid in XRP market?

1      A    Independent of people who are

2   interested in just sending XRP to XRP

3   payments, I think that exists as it does with

4   Bitcoin.  Yes, that's correct.

5      Q    Did the company engage in efforts to

6   increase the number of exchanges that XRP

7   traded on?

8      A    Yes.

9      Q    And what efforts did it engage in?

10     A    We, I think, sort of sourced -- we

11  looked at the map of exchanges and we tried to

12  work with them and structure deals with them

13  to support them integrating to the XRP Ledger

14  and incentivize their adoption.

15     Q    And did you target any specific

16  exchanges?

17     A    I think there were a number of

18  exchanges.  I don't know which one was more

19  priority than others.

20     Q    Were there certain exchanges that

21  you targeted as benefitting XRP speculative

22  trading volume?

23     A    More so than others?

24     Q    Yes.

25     A    Coinbase comes to mind.  It was one

1    of the bigger exchanges at the time.  It had

2    the most liquidity, it was high up in the

3    overall volume of the market and it's market

4    share.  There were others I can't remember off

5    top of my head right now.

6         Q    Were you targeting U.S. based

7    exchanges as part of your efforts to increase

8    speculative trading?

9         A    Yes.

10        Q    Were you targeting Gemini?

11        A    Can we talk about which time frame

12   are you referring to?

13        Q    I'm talking around the time period

14   that the company was discussing the XRP

15   proposal?

16        A    I don't think so.  I don't know that

17   we were talking to Gemini in May 2017; but I

18   could be wrong about that.  I think we were

19   definitely trying to find a U.S. exchange;

20   they may have been in that discussion.

21             MS. WAXMAN:  I will have this marked

22   as Exhibit 121 and 122.

23                      (SEC Exhibit Nos. 121 and

24                      122 were marked for

25                      identification.)

218

```
 1        Q    I'm showing you what's been marked
 2   an exhibits 121 and 122; it's an e-mail from
 3   you, dated March 31st, 2017, to Brad
 4   Garlinghouse.  The subject is Q2 XRP Plan
 5   Update.
 6             And Exhibit 122 is the Google Doc
 7   that's linked to the e-mail.
 8             MS. WAXMAN:  I will have this marked
 9   as Exhibit 123.
10                      (SEC Exhibit No. 123 was
11                       marked for
12                       identification.)
13        Q    Showing you what's been marked as
14   Exhibit 123, which is an e-mail from you to
15   various individuals at Ripple, dated April
16   13th, 2017.  The subject is RE:  Bitbank
17   adding XRP in pay.
18             (The witness examined the document.)
19        A    Okay.
20        Q    If you look at Exhibit 123, the last
21   sentence of the second to top e-mail, it talks
22   about "Bitbank" and how it would:
23             "Lead to more speculative volume
24   which is a target goal for Ripple in Q2."
25   Why was that a goal; why was increasing
```

219

1    speculative volume a goal in Q2?

2       A   I think we were just talking to talk

3    about build the liquidity around XRP for XRP

4    to be used in our product flows and more

5    broadly, for it to be useful.

6           And the way we were thinking about

7    it, this would be a natural starting place.

8    There already is a world of early adopters and

9    people who are, I guess, technically savvy or

10    have an understanding of crypto currencies and

11    digital assets.  And so, it would be, from our

12    perspective, a natural starting place of how

13    you get that volume that would then be useful

14    for driving real world utility across it.

15       Q   Speculative volume would be a

16    natural starting point?

17       A   Yes, speculative volume.  I think is

18    a catch all for just trading activity in

19    general.

20       Q   Was the need to increase speculative

21    volume discussed prior to Q2?

22       A   I don't know.  I don't know.

23       Q   Why did it come up in Q2,

24    specifically?

25       A   Well, I think that there was -- I

1    don't know.  I can't remember why.

2        Q    Was it meant to compliment the

3    escrow proposal?

4        A    I -- no, I don't know.  Yeah.

5        Q    If you look at Exhibit 121 and 122,

6    you write:

7            "Hi, Brad.  We've made a ton of

8    great progress this week on Q2 planning for

9    all things XRP.  The goal is to drive XRP

10   speculative trading volume.  We've organized

11   the tactics against the following themes."

12       A    Okay.

13       Q    And then, what is the attachment to

14   Exhibit 122?

15       A    It's, I guess, an XRP planning -- Q2

16   planning document about how we're coordinating

17   cross functional efforts around XRP building

18   liquidity around XRP.

19       Q    Were all of these efforts geared

20   towards driving XRP speculative trading

21   volume?

22       A    I think they're all geared towards

23   sort of putting in place the necessary

24   components to build as much liquidity as we

25   possibly could at that point, which could also

221

1    in the future -- in a future point be used for

2    our product flows.

3        Q    But the e-mail says:

4             "The goal is to drive XRP

5    speculative trading volume." And then you said

6    you've: "Organized several tactics against the

7    following themes."   Taking one as taking on

8    skeptics.

9        A    Okay --

10            MR. HECKER:  Wait -- sorry, I don't

11   think that is a question.  Go ahead.

12       Q    How did that help drive XRP

13   speculative trading volume?

14       A    Okay, yeah.  And again, I think the

15   goal for us in general is to build liquidity.

16   It's just a function -- I guess the way we

17   thought about it at this point was the

18   function of sequencing.  And the skeptics

19   piece is just, I think, headwinds that sort of

20   the internet chatter or influencer chatter

21   around additional currencies in general or

22   creating challenges for obstacles for people

23   to adopt XRP or understand it.

24       Q    Were they creating obstacles for

25   people to buy XRP as an investment?

222

1        A    I think there was just a lot of

2    misinformation that was being propagated

3    around XRP.

4           Again, the history of XRP and

5    Bitcoin are a little bit confrontational.  And

6    I think people who were early Bitcoin adopters

7    are pretty maximalist in their views.  And

8    anything that potentially threatened the

9    position of Bitcoin in the crypto currency

10   hierarchy, was a sort of direct challenge to

11   them personally.  I don't know.  So that was

12   really a source of a lot of misinformation

13   that sort of just made our jobs more difficult

14   and made it more difficult for people to

15   understand XRP and the technology.  And so,

16   obviously, that had consequences for adoption.

17       Q    If you look on the third page of the

18   attachment.  In the middle of the page it

19   says, "momentum fear of missing out."

20       A    Okay.

21       Q    What were you talking about there?

22       A    Oh, it's just getting exchanges to

23   list XRP.  We were trying to devise different

24   tactics to motivate exchanges to integrate to

25   the system.  So the fear of missing out is,

1  well, if, you know, your primary competitors

2  are showing XRP in their order books, then

3  that's potentially missing out on volume and

4  you're losing customers.  So, it's just to

5  drive more competition and make that work to

6  our advantage.

7          MR. DANIELS:  Could you turn back to

8  the first page.

9          THE WITNESS:  Yes.

10          MR. DANIELS:  "Table stakes."

11          THE WITNESS:  Yes.

12          MR. DANIELS:  Number 2 says:

13          "Interview existing XRP holders to

14  understand motivations to invest, objections

15  to sale, perception of the XRP and Ripple

16  brands."

17          Can you explain why you wanted to

18  interview existing XRP holders about their

19  view of the Ripple brand?

20          THE WITNESS:  I think this is --

21  again, this probably wouldn't -- this is

22  probably sort of a cross functional document

23  is my read on it.  And I think it's just sort

24  of a standard marketing practice to sort of

25  know your customers as you try to device a

224

```
1    good market strategy.  I think that's all it

2    was.

3              MR. DANIELS:  What would be the

4    importance to XRP investors about the Ripple

5    brand?

6              MS. COWAN:  XRP holders.

7              MR. DANIELS:  XRP holders.  Sorry.

8    Thank you.

9              THE WITNESS:  Again, I -- there's

10   just -- in the history of Ripple Inc. and

11   Bitcoin, there's a lot of -- I don't want to

12   say animosity with the Bitcoin camp towards

13   Ripple and XRP -- and the amount of

14   information that's propagated about Ripple

15   Inc., XRP, the conflation of the two is pretty

16   significant and it created a constant ongoing

17   challenge to our business.

18              And so, even this just

19   understanding that people who are buying XRP

20   not knowing the difference between XRP and

21   Ripple, was the consequence of FUD that has

22   been propagated in the market -- "FUD," fear,

23   uncertainty and doubt -- I think that was part

24   of the motivation just to understand how

25   people were thinking about it so that
```

1     messaging could be devised to address that and

2     correct that misinformation.

3            MR. DANIELS:  In relating to some of

4     that confusion in 2-A 3, it talks about the

5     fact "buying XRP is buying a stake in Ripple's

6     success."

7            Do you have any idea what that

8     refers to?

9            THE WITNESS:  No.

10           MR. DANIELS:  Do you think that some

11    investors at the time might have believe they

12    were purchasing XRP to buy a stake in Ripple's

13    success?

14           THE WITNESS:  You know, I honestly

15    don't know.  And I think the point of that

16    whole section to date, it is a hypothesis we

17    should test.  I mean, it says "positioning to

18    test."

19           MR. DANIELS:  And do you recall

20    actually performing that test?

21           THE WITNESS:  I don't.  As I said, I

22    think this was maybe a marketing to a cross

23    functional document that included a couple of

24    different teams.

25           BY MS. WAXMAN:

1    Q    Did you draft the document?

2    A    I don't know.  I'm not sure.

3    Q    The back of the page.  The e-mail at

4    the very bottom:

5         "Put David Schwartz on the same

6    speaking circuit as ███████████."

7    A    Yes, okay.

8    Q    Who is ████████?

9    A    He is the creator of Ethereum.

10   Q    Why did you want to put David

11   Schwartz on the same speaking circuit as him?

12   A    I think ███████████ had done a

13   good job capturing a lot of attention of

14   adopters -- early adopters of crypto currency.

15   And a lot of those early adopters were

16   developers.  And in the process of sort of

17   building out an ecosystem, I think it was

18   worth our wild to sort of see where he was

19   going and maybe just use that as a possible

20   marketing tool just to say.  Yeah.

21   Q    What was David Schwartz's role in

22   the company?

23   A    David, the CTO and I think he is

24   now -- at the time, I think he was the chief

25   cryptographer.

227

1        Q    How did XRP holders view David?

2        A    Smart guy.

3        Q    Did he have a following?

4        A    I don't know if he had a following.

5   I think people were enthusiastic about him on

6   the internet.

7        Q    Did he promote XRP?

8        A    I don't know.

9        Q    Did you ever see him post on Reddit,

10  Quora or Bitcoin forum about XRP and Ripple?

11       A    Yes -- oh, I didn't "see him post";

12  but I saw his post.

13       Q    Did he make statements that XRP

14  would -- that Ripple would work to increase

15  the value and price of XRP?

16            MR. HECKER:  Did Schwartz make

17  statements like that?

18            MS. WAXMAN:  Yes.

19       A    I don't know.

20       Q    Did you ever see those statements on

21  posts?

22       A    I don't know.

23       Q    Did you ever discuss that, David

24  Schwartz's posts, with anyone at the company?

25       A    I don't know.

228

1          MS. WAXMAN:  Off the record at 4:19.

2          (A brief recess was taken.)

3          MS. WAXMAN:  Back on the record at

4    4:29.

5                    (SEC Exhibit No. 124 was

6                    marked for

7                    identification.)

8     Q    Mr. Griffin, I would like to show

9    you what's been marked as Exhibit 124, which

10   is an e-mail from you, dated June 21st, 2017,

11   subject is "Gemini intros."

12          (The witness examined the document.)

13    Q    Who is ███████?

14    A    I think he is the fund manager of

15   ███

16    Q    Why did you send this e-mail to him?

17    A    We were trying to -- well, stepping

18   back.  We were looking for a U.S. dollar

19   exchange in the U.S. and I think Gemini is one

20   of those exchanges.  They were starting to

21   build a custody business.  ███ was looking

22   for a way to custody the XRP that he owned and

23   we thought that the two could be -- the two

24   interests could be aligned.

25    Q    Did you think ███ could pressure

229

```
1    Gemini to list XRP on the platform?

2         A    I mean, "pressure" is -- I think

3    exciting language in here.  But I don't think

4    they could do anything other than ask.

5         Q    Why was the USD exchange or USD

6    listing important for the company?

7         A    Well, I mean, at the highest level,

8    a global payments business who doesn't have a

9    good US dollar clearance facility would

10   probably be sort of limited or U.S. dollar

11   entry point and exit point?

12        Q    Would a listing of Gemini help

13   speculative trading with XRP?

14        A    Yes.

15        Q    Second --

16        A    Sorry.  Just for clarification.

17             "Speculative trading," I take that

18   to mean trading.  Because I don't know what

19   people are doing when they trade.  They

20   probably are speculating; but they're probably

21   doing other stuff as well.  But I couldn't

22   know.  So I would just say "trading."

23        Q    Okay.

24             The second paragraph you write:

25             "Keep in mind, Gemini is a high
```

230

1    value target for us.  We are pressuring them

2    from every angle we can to list XRP on their

3    exchange.  Any conversation you have with them

4    that is loaded with ultimatums, 'you must list

5    XRP on Gemini for us to custody XRP or any of

6    our digital asset with you'" would be very

7    valuable to us and to you."   Why was Gemini

8    the value target?

9         A     Various dollar exchange.

10        Q     Did Ripple make any ultimatums

11   directly to Gemini?

12        A     I think just definitionally neither

13   ████, us or anybody here in this equation was

14   in the position to make an ultimatum I don't

15   think.  They would make a request.

16        Q     Why did you use that term?

17        A     I don't know.  Just a style thing.

18   Probably not the best use of words, not the

19   most precise.

20        Q     Did the company engage in any

21   efforts to try to persuade Gemini to list XRP?

22        A     Did Ripple or did ████?

23        Q     Ripple.

24        A     Yes.

25        Q     And what did the company do?

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

231

```
 1        A    Well, I think we sought out a
 2   partnership with them, we offered integration
 3   services, I think we even asked if they wanted
 4   to be paid how they operated their business in
 5   terms of listing other digital assets, and I
 6   think we also offered to custody XRP with
 7   them.
 8        Q    Did any of those things influence
 9   it?
10        A    No.
11        Q    Is that why you used the term
12   "ultimatum"?
13        A    I don't know why I used the term
14   "ultimatum."
15        Q    But it sounds like they were either
16   reluctant to list XRP despite all the efforts
17   you spoke about?
18        A    Yes.
19        Q    Did you ever assume why they were
20   reluctant or would not list XRP?
21        A    I can't speak for their motives, no.
22        Q    Well, did anyone at Gemini or anyone
23   at the company ever tell you what their
24   reasoning was or rationale?
25        A    No.
```

1     Q     Did you ever discuss with anyone

2     that Gemini didn't want to list XRP 'cause

3     they were -- thought it may be a security?

4     A     No.  My understanding, they

5     ultimately did not want to list; because there

6     was -- again, in the camp of hardcore sort of

7     Bitcoin maximalists, they seemed to be not

8     excited about XRP.

9     Q     And what is the basis of that

10    understanding?

11    A     I think we met with their technical

12    team.  I think his name -- I can't remember

13    his name and he just came across as very

14    aggressive.

15         MS. WAXMAN:  Marking Exhibit 125.

16              (SEC Exhibit No. 125 was

17              marked for

18              identification.)

19    Q     Showing you what's been marked as

20    Exhibit 125, which is an e-mail chain between

21    you and Miguel, dated June 21st, 2017, that

22    also talks about Gemini.

23    A     Okay.

24    Q     In the middle of the page at 211,

25    you write again with respect to Gemini "we

233

1    should be making ultimatums"?

2        A    Okay.

3        Q    What did you mean?

4        A    If they want business, then they

5    have to list XRP.  I think that was -- if they

6    want our business, then they have to list XRP.

7    I guess, you could characterize that as an

8    ultimatum.

9        Q    And what business were you talking

10   about?

11       A    Well, whether that was coming from

12   us, specifically, with our holdings of XRP or

13   I think that's what we were referencing with

14   ██████.

15       Q    When you say your Ripple's holdings,

16   were you talking about Gemini acting as a

17   custodian for Ripple's XRP?

18       A    Yes.  Gemini had told us that they

19   were interested in building a custody

20   business. They had indicated they were

21   interested in exploring custody -- I think

22   they asked to custody all of Ripple's XRP at

23   one point.

24       Q    Would they charge a fee for that?

25       A    I -- probably.  I don't remember.

234

```
1        Q    Would there --

2        A    I think it was just like their

3   proposal to us.

4        Q    Would there be any technical reason

5   for Gemini to custody Ripple's XRP?

6        A    Technical reason for who?

7        Q    For Ripple?

8        A    No.

9        Q    Would there be a business reason for

10  Ripple -- for Gemini to custody Ripple's XRP?

11       A    In order to induce them to list XRP

12  or to -- I would say, yeah.

13       Q    Did you have --

14       A    To dock the XRP Ledger --

15       Q    Did you have discussions with anyone

16  at the company about entering into agreements

17  with exchanges that provided custody fees for

18  them to custody Ripple's XRP?

19       A    No -- are you asking me about other

20  exchanges --

21       Q    Yes.  Other than Gemini?

22       A    No, I don't.

23       Q    You said earlier you offered to pay

24  Gemini a listing fee?

25       A    No.
```

 1       Q     No.  Did you offer to pay Gemini

 2    money in exchange for a listing?

 3       A     No.

 4       Q     Did you offer to pay Gemini anything

 5    in connection with the listing?

 6       A     No.  I recall asking if they wanted

 7    to be paid and that was kind of it.

 8       Q     And what did they say?

 9       A     They said we're busy.  I think

10    that's what I recall to be honest.

11       Q     If they said, yes, would Ripple have

12    been willing to pay them?

13       A     I don't know.  I would have had to

14    run that up the flagpole.

15       Q     Well, did you ever have any

16    discussions with anyone up the chain about

17    paying exchanges?

18       A     It's possible.  I don't -- I don't

19    know -- oh.  Actually, yes, I do remember.

20    Sorry.

21           Coinbase asked us for $5 million to

22    list XRP.  I don't remember what period of

23    time that was; it could have been 2016.  And

24    they asked us for $5 million.  We talked about

25    it internally and we said no.

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

236

```
 1        Q    Why did you say "no"?

 2        A    Because we didn't feel like that was

 3   sort of an appropriate exchange value.

 4        Q    Did you discuss paying Coinbase in

 5   exchange for a listing earlier before 2016?

 6        A    No, they had come up with that and

 7   proposed that to us.

 8             MS. WAXMAN:   I will have this marked

 9   as Exhibit 126.

10                      (SEC Exhibit No. 126 was

11                       marked for

12                       identification.)

13        Q    I'm showing you what's been marked

14   as Exhibit 126, which is an e-mail from you,

15   dated July 23rd and 24, 2017.  I'm going to

16   ask you about this second page of the e-mail.

17             (The witness examined the document.)

18        Q    Let me know when you're done reading

19   the document.

20        A    Okay.

21        Q    Under number 7 refers to "Coinbase"?

22        A    Yeah.

23        Q    You write:

24             "███████ ignored meeting request

25   last week.  At this point, we've now offered
```

1  to invest in their round or just pay them

2  outright --"

3     A   Mm-hmm.

4     Q   Why did you offer to pay Coinbase

5  outright?

6     A   Well, I am -- again, it would have

7  been to get them to integrate into the XRP

8  Ledger.  Whether that -- yeah.

9     Q   Did that include providing customers

10  the ability to trade in XRP on their exchange?

11     A   Yes.

12     Q   And did you discuss with ████ how

13  much you were willing to pay?

14     A   I don't remember.  The only thing I

15  remember is them sending the proposal for $5

16  million.

17     Q   Is that before or after?

18     A   I think that would have been -- that

19  is what the "wide" -- the bid ask was.

20     Q   Was there an amount that Ripple was

21  willing to pay?

22     A   Possible, I don't know.  I think in

23  the course of doing -- of working with an

24  exchange, we would want to make it as easy as

25  possible for them to integrate.  Maybe help

1    them with their integration cost or provide

2    incentives for customer adoption.

3        Q    What are you referring to when you

4    said "we've offered to invest in their round"?

5        A    I think they were raising capital at

6    the time and we offered to participate as

7    investors in their round of financing.

8        Q    Did they accept the offer?

9        A    No.

10       Q    Did Ripple ever counter on the 5

11   million ask?

12       A    I don't remember.  I don't think so.

13   But I don't remember.

14       Q    Under Number 8 for Gemini you write

15   ████████████████████████████    Who is that?

16       A    I think he's an investment entity. I

17   think that's the best way I can describe it.

18       Q    Did you introduce that entity to

19   Gemini?

20       A    Probably, I don't remember.

21       Q    What was the purpose of the --

22       A    I don't remember.

23       Q    Did you ask them to try to influence

24   Gemini of the listing of XRP?

25       A    No. I don't think we asked anybody