239

1    to influence them.

2        Q    You write:

3            "Miguel is working on a meeting with

4    ████████, the third guy in the room, to see

5    how much money it will take to convince them."

6        A    Okay.

7        Q    Is ████████ someone who works at

8    Gemini?

9        A    He was the technical lead as I

10   recall.

11       Q    Was Ripple willing to pay Gemini to

12   convince them to list XRP?

13       A    It's possible.  I think we were just

14   trying to figure out what -- what it would

15   take to get them to list XRP and we asked --

16   we talked to them about a lot of different

17   scenarios or different incentives and they

18   kind of just stonewalled us.  And so -- yeah,

19   it was more just pulling at the corners.

20       Q    And with respect to Coinbase, did

21   you have an understanding as to why they

22   didn't accept the offer or didn't list XRP at

23   the time in 2017?

24       A    So which question you asking?

25       Q    Did you have an understanding as to

240

1   why Coinbase didn't accept the offer from

2   Ripple?

3       A    Just purely speculative.  No, I

4   don't know.

5       Q    Did you have an understanding as to

6   why Coinbase did not list XRP during that time

7   period?

8       A    Again, purely speculative, I don't

9   know.

10          MS. WAXMAN:  I will have this marked

11  as Exhibit 127.

12                  (SEC Exhibit No. 127 was

13                  marked for

14                  identification.)

15      Q    I'm showing you what's been marked

16  as Exhibit 127, which is a copy of your

17  Twitter feed beginning in February 2011 up to

18  the present.  And I apologize that it's very

19  small and very hard to read.

20      A    Okay.

21          (The witness examined the document.)

22      Q    I'm going to ask you to turn your

23  attention to the date, the sixth page at the

24  very bottom, the entry on November 29th, 2017?

25      A    Okay.  There's two -- there's

241

1    actually several.

2         Q    Sorry.  The one at the very bottom

3    of the page about "Coinbase."

4         A    Okay.

5         Q    Did you start a petition on

6    Change.org to get Coinbase to list XRP?

7         A    I don't think so.  It's possible.  I

8    don't think so though.  If anything, I think I

9    just signed it.  I don't think I made a

10   petition to get Coinbase to list it.  But no,

11   I don't think I did that.  Yeah, no.

12        Q    In general, did you use your Twitter

13   for business purposes?

14        A    A little bit, I don't really

15   remember being a very active Twitter person.

16        Q    Did anyone at the company ever

17   direct you to tweet certain announcements?

18        A    Yes.

19        Q    And during what period of time?

20        A    I don't know.

21        Q    Did anyone at the company look at

22   your social media?

23        A    I think so, yes.

24        Q    Who was that?

25        A    It would have been the marketing

242

```
 1    team.
 2         Q    Was that a general practice by the
 3    marketing team?
 4         A    To?
 5         Q    To review employees social media?
 6         A    I don't know.
 7         Q    How did you know that they were
 8    looking at your social media?
 9         A    Well, okay, just to be clear.  I
10    don't know if they were reviewing it actively.
11    They were -- it was part of their public
12    outreach; but I don't know if they were sort
13    of actively sort of looking through
14    everybody's tweets and things like that.
15         Q    When you say "part of their
16    outreach," they were telling various people at
17    the company to tweet certain things?
18         A    Yes.
19         Q    If you turn to the third to last
20    page, the page that has "CGI" on it.
21         A    Yes.
22         Q    In the middle of the page, "April
23    7th, 2016"?
24         A    Okay.
25         Q    You write:
```

243

1           "XRP will also be central to our

2    company's success."

3       A    Yes.

4       Q    What did you mean by that?

5       A    Well, the lines above and below that

6    are important.  So, there was a New York Times

7    article, I think pretty prominent article,

8    that came out in the New York Times that

9    seemed to indicate that Ripple Inc., as a

10    company, was really focused on just building

11    out a payment network that was not a crypto

12    currency based network.  They then issued a

13    correction about that.

14          And so, that's sort of what I was

15    referring to.

16       Q    If you turn to December 2016, and

17    it's the page with "Huffpost" on the top.  On

18    December 15th you write:

19          "XRP quarter Ripple strategy and the

20    time is right for us to feature XRP more

21    prominently."  What are you referring to

22    there?

23       A    I think there was a portal that I'm

24    linking to that was newly launched, I recall

25    it was right around then.  That is sort of an

244

1    overview of XRP, what XRP is, some stats

2    around it; that's it.

3           I will add some background on that

4    the context is very important.

5           There was a shift to -- with

6    customers to not start with XRP for a period

7    of time given the headline risk associated

8    with crypto currencies certainly in the early

9    days.  And the landscape changed and the

10   landscape evolved and it became possible to

11   talk about it more and people had a deeper

12   understanding of what crypto currency and

13   blockchain technologies. And I think we can

14   feature it more prominently within our

15   technology offerings.

16       Q    Did you have any involvement in the

17   in the company's decision to issue XRP market

18   reports?

19       A    Yes.

20       Q    What was your involvement?

21       A    I largely -- well, I largely

22   reviewed them.

23       Q    Taking a step back.  I'm just

24   talking about the decision to issue the

25   reports not just the actual issuance of it.

245

1   Did you have any involvement in the decision

2   to publish these reports?

3          A    Yes.

4          Q    And what was your involvement?

5          A    My involvement --

6          Q    In --

7          A    -- with the report or with the

8   decision?

9          Q    Your involvement in the decision?

10         A    Yeah, I agreed with it and advocated

11  it.

12         Q    Why did you advocate for it?

13         A    I thought it was a good idea to be

14  transparent about what Ripple Inc. was doing

15  with it's XRP holdings and also to provide

16  sort of our take on what was happening in the

17  crypto currency markets more broadly.

18              And again, the context is important.

19  I think Ripple Inc. was -- has really I think

20  been not the beneficiary of a whole lot of

21  positivity coming from the Bitcoin community.

22  And so, there's a lot of misinformation out

23  there.  And so, the quarter report was just

24  another avenue to correct the misinformation

25  and provide some visibility into what Ripple

246

1    Inc. was doing.

2         Q    Did the company want to provide

3    visibility into it's efforts in connection

4    with creating value for XRP.

5         A    I think so, if I understand your

6    question right.

7         Q    How would that have an affect on

8    XRP's price?

9         A    Well, I think it had -- it's in some

10   ways done with an eye towards the market

11   around -- with the crypto currency market and

12   the people who are active within it and

13   getting them to point their liquidity towards

14   XRP.

15        Q    Did Ripple want Ripple's efforts to

16   be transparent so it would be effectively

17   interpreted in XRP's price?

18        A    I don't know if there was a

19   deliberate effort to -- no.  I would say, no.

20        Q    Did the company hope to distinguish

21   XRP from other assets by publishing these

22   reports?

23        A    By being more transparent, possibly.

24        Q    Other than being transparent about

25   it's sales, what else did the report include,

[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020

247

```
1    what other information was in the report?

2        A    I recall also talking about some new

3    developments in the RippleNet ecosystem or the

4    partners that Ripple had brought to the XRP

5    Ledger sort of headline partnership

6    announcements as well that would factor into

7    that.  And I think that coupled with the -- I

8    think there was also some technical updates or

9    just news around technical updates.

10       Q    Did the report include Ripple's

11   efforts to include XRP liquidity?

12       A    I -- I don't know what that means.

13       Q    Earlier, we spoke about the need to

14   increase liquidity in order for the product to

15   work, correct?

16       A    Right.

17       Q    Take a step back.

18            Did the company engage in certain

19   efforts to increase liquidity?

20       A    Oh, yes.  Yes.

21       Q    And earlier, we spoke about specific

22   efforts that the company took to increase

23   speculative liquidity, correct?

24       A    Well, again, I just --

25            MR. HECKER:  You want to just ask
```

248

```
1    the question again about the market reports?

2              MS. WAXMAN:  Sure.

3         Q    Did the reports include information

4    about Ripple's efforts to increase liquidity?

5         A    Yes.

6         Q    Did the reports talk about how

7    increased liquidity would affect the demand

8    for XRP?

9         A    I don't remember.

10        Q    Did the report talk about how

11   Ripple's efforts had an effect on XRP's price?

12        A    Had an effect on XRP's price?

13        Q    Yes.

14             MS. COWAN:  You mean Ripple's

15   efforts?

16             MS. WAXMAN:  Ripple's efforts.

17        Q    Was it your understanding that

18   Ripple could positively influence the price of

19   XRP through it's various efforts?

20             MR. HECKER:  We're stepping back

21   from the market reports now.  Just, generally

22   speaking, did Ripple think they could impact

23   liquidity?

24             MS. WAXMAN:  No.  That wasn't the

25   question.  The question is not about
```

```
 1    "liquidity."

 2            MR. HECKER:  Sorry.

 3       Q    Did Ripple believe it's efforts

 4    could increase the price of XRP?

 5       A    Increase the price, I -- no.

 6       Q    "No"?

 7       A    No.  I would say, no. I mean, I

 8    think there are so many things that Ripple did

 9    and the price moved in ways that were just

10    kind of random.

11            MS. WAXMAN:  I will have this marked

12    Exhibit 128.

13                    (SEC Exhibit No. 128 was

14                    marked for

15                    identification.)

16       Q    I'm showing you what's been marked

17    as Exhibit 128, which is an e-mail strain from

18    April 2016.

19            Please, take a look at it and let me

20    know when you're done.

21            (The witness examined the document.)

22       A    Okay.

23       Q    Who is "              " at the very

24    end of this e-mail?

25       A            is the CFO of Ripple
```

250

```
1    at this time 2016.
2         Q    While you were at Ripple, was XRP
3    price a concern?
4         A    Yes.
5         Q    Why?
6         A    Just because back to the liquidity
7    picture and -- price and volume is a function
8    of liquidity sort of the underpinning of the
9    network that we were billing.
10        Q    Did people at the company monitor
11   XRP price?
12        A    Yes.
13        Q    Who at the company monitored XRP
14   price?
15        A    Well, XRP price would have been
16   monitored alongside a number of factors and
17   that would have been coming from my team and
18   also from the finance team.
19        Q    And what were they monitoring,
20   specifically, with respect to price?
21        A    It's movement up and down.
22        Q    And if the movement went down, did
23   they try to understand why?
24        A    Yes.
25        Q    And if the movement went down, was
```

1    there anything that the company tried to do to

2    influence it to make it go back up?

3           A      Outside of its own control of what

4    it had, no, I don't -- again, I don't -- I

5    don't really know what it could have done.

6           Q      If you look at the last page of the

7    exhibit --

8           A      Right --

9           Q      -- the very first e-mail, ████

10   writes at the top of the last page:

11                 "We continue to see downward

12   pressure on the price of XRP since Thursday.

13   While there is no guarantee of when the media

14   impact, I would like to have GSR adjust down a

15   bit our net sale target for a few days to see

16   if we can stabilize and/or increase the price

17   of XRP."

18          A      Okay.

19          Q      Is that what we spoke about earlier

20   kind of adjusting Ripple's XRP sales to try to

21   influence the price?

22          A      Well, again, I don't know that

23   that's what that says.  He's saying here

24   there's no guarantee of any impact.  And Brad

25   reiterates the point it's hard to understand

252

1   whether this is gonna have an impact.  So,

2   I...

3       Q    Aside from what Brad responds, who

4   is "GSR"?

5       A    "GSR" is a programatic -- is a

6   trading firm that sells and have different

7   services -- broker services and they operate a

8   trading bop, which allows for the selling or

9   buying of digital asset.

10      Q    Was GSR at the time selling Ripple's

11  XRP onto the market on Ripple's behalf?

12      A    Yes.

13      Q    Okay.

14           So, what is he talking about

15  "adjusting down our net sale target"; what is

16  he talking about?

17      A    ▓▓▓▓▓

18      Q    Yes.

19      A    I think that there was, at the time

20  and the way this was managed changed; so, I

21  can't remember what happened here.  But I

22  think there was a dollar a target for cash

23  flow needs on a quarterly basis and I think

24  that's what he's referring to as far as his

25  targets.  And those targets are set against

253

```
 1   historical numbers.  So you do a 30 day look
 2   back or 90 day look back on trading volume or
 3   price and you can derive to some forecast.
 4        Q    So, these adjustments, did you know
 5   whether they would have an impact?
 6        A    No.
 7        Q    Did          offer another suggestion?
 8        A    I don't remember.
 9        Q    If you look to the first page of the
10   e-mail on 128, the bottom e-mail on April
11   10th, 2016, the middle paragraph:
12             "I think we should also look to be a
13   net buyer for the next few days at least."
14        A    Okay.
15        Q    Did Ripple ever buy XRP from the
16   market?
17        A    I don't remember.  I don't remember.
18   It's possible.  It wasn't something that was
19   done a lot, if it happened at all.
20        Q    Would he have done it through the
21   market makers?
22             MR. HECKER:  Wait.  Do you know?
23             THE WITNESS:  I don't know.
24             MR. HECKER:  I'm struggling; because
25   he says he doesn't know if it ever happened.
```

254

```
1    So, I don't know how they would have done it.

2            MS. WAXMAN:  Well, he said it's

3    possible.

4        A    I don't know.  I can't remember a

5    specific instance.

6        Q    "We need to have a more aggressive.

7             and XRP communication strategy."

8        A    Okay.

9        Q    "I'll gather some data points from

10            the community to show that.  And

11            talk to Patrick and Monica about;

12            i.e., repurchase strategy

13            announcement mentioning XRP in the

14            treacher announcement or R3.

15            announcement."   Did you discuss

16   internally issuing announcements that would

17   have a positive effect on XRP price?

18       A    I -- again, I just restate the

19   announcements we made.  I cannot recall any

20   announcement having made with any certainty

21   any impact on the price that we anticipated it

22   would make.

23       Q    I understand you're not sure if it

24   would have an have an affect.  The question

25   is, Did you ever discuss doing that with, you
```

255

```
 1    know, issuing announcements with the hope that

 2    it would have an affect on price?

 3         A    I don't remember.  The other thing

 4    to keep in mind is ▮▮▮▮ is a junior member of

 5    this team.  He is an analyst.

 6         Q    Did this suggestion ever go up the

 7    train?

 8         A    It's possible.

 9         Q    Did you ever discuss, you know, XRP

10    releasing XRP related announcements in order

11    to effect XRP's price with anyone other than

12    ▮▮▮▮?

13         A    I don't remember.

14              MR. DANIELS:  Why was it so

15    important to Ripple to counteract a downward

16    price in XRP?

17              MR. HECKER:  Are you basing that

18    question on his testimony --

19              MR. DANIELS:  No.  I'm basing it on

20    this chain.  And there's a large back and

21    forth saying "we see downward pressure in the

22    market what steps can we take to counter act

23    that"; then it this goes on for multiple

24    e-mails.

25              MR. HECKER:  Right.  Then your
```

256

1    question asks "why was it so important"; he

2    didn't even say anything on this chain --

3           MR. DANIELS:  I mean, you were

4    having the discussions --

5           MR. HECKER:  But --

6           MR. DANIELS:  -- I'm just curious

7    why it mattered so much to limit the downward

8    pressure on the price?

9       A    I -- again, I think the price is

10   sort of one metrics to go by in this whole

11   space.  And I think it's a metrics certainly

12   that people pay attention to among other

13   metrics like volume, usage endpoints accounts,

14   wallets, integration and all those things are

15   sort of indicators of the health of the

16   network.

17          And I think that in sort of the

18   battle for liquidity, it's basically price

19   going down; it's not necessarily the greatest

20   signal for the health of the ecosystem and the

21   technology underpaying it.  So, I think it

22   would have been something we would have been

23   paying attention to.

24          MS. WAXMAN:  I will have this marked

25   as Exhibit 129.

257

```
 1                    (SEC Exhibit No. 129 was

 2                    marked for

 3                    identification.)

 4         Q     I'm showing you what's been marked

 5    as Exhibit 129, which is an e-mail from you

 6    dated November 1st, 2017.

 7                (The witness examined the document.)

 8         A     Okay.

 9         Q     Do you recognize the charts that are

10    in 129?

11         A     They look familiar.

12         Q     Is this information that you would

13    have included in any sort of deck?

14         A     I don't know.

15         Q     What information is contained in the

16    e-mail?

17         A     Information about the market around,

18    I think it's on, XRP -- yup.  I think there's

19    also other crypto currencies.  However, I

20    can't tell what that is at the bottom; it's

21    hard to read.

22         Q     Were you preparing this information

23    for any reason?

24         A     Just general learning what was going

25    on in the general crypto currency market.
```

258

```
1        Q    Did this information get distributed
2   to anyone at the company?
3        A    Yes.
4        Q    Who did it get distributed to?
5        A    I think this got distributed to Brad
6   and also to the leadership.  There's a certain
7   point I remember we were sending these sort of
8   on a regular basis.
9        Q    Did you have a weekly XRP sales
10  meeting with Brad and others at the company?
11       A    Yes.
12       Q    That meeting, was there a deck that
13  was distributed during that meeting?
14       A    Yes, there was a deck we pulled up
15  on the screen.
16       Q    So, there was a weekly deck?
17       A    Yes.
18       Q    Who prepared the deck?
19       A    That would have been my team. Miguel
20  and his team would have prepared that.
21       Q    Is the information in 129
22  information that would typically be included
23  in those decks?
24       A    It would have -- yeah, it's
25  possible.  Would have mostly been an update on
```

259

1    the market and so that would have had relevant

2    information.

3        Q    At the bottom of the page you're

4    talking about "actionable insights." You say:

5            "Continue to drive interest in XRP

6    by communicating progress to the market."

7        A    Okay.

8        Q    What did you mean by "communicating

9    progress to the market"?

10       A    Okay.

11           Again, there is so much information

12   that was out about XRP and Ripple I think it

13   is still there until this day that there was a

14   lack of understanding and awareness of the

15   things that were happening around XRP and the

16   XRP Ledger and adoption of Ripple's products

17   and in turn sort of how everything all worked

18   together.  So, I think it's really just about

19   messaging and communicating about what was

20   happening and trying to fight against that is

21   my take on that.

22       Q    Was there a lack of awareness of

23   specific efforts being taken by Ripple?

24       A    I don't know.  I just -- that's not

25   my recollection that that was sort of an

260

```
1    ongoing fight with the company I had to make

2    about fighting misinformation about the

3    technology and the company.

4        Q    Well, you're not -- it says

5    "communicating progress"; it didn't really

6    talk about "fighting misinformation."

7        A    Right.

8            MR. HECKER:  Sorry.  I think he

9    answered your question based on what he

10   remembered about what happened.  You're now

11   putting something in the document and I guess

12   I'm not understanding.  Are you suggesting

13   that this doesn't say what he just said?

14           MS. WAXMAN:  Well, he may be talking

15   about something different than what the

16   document says.  So I just want to ask him more

17   about, you know.

18       Q    It says you want to "drive XRP

19   interest by communicating progress."

20           What sort of progress were you

21   talking about?

22       A    Okay.

23           Well, I think progress around

24   Ripple's efforts to buildup.  I think at 2017

25   it was called RippleNet.  And I think sort of
```

261

```
1    developments around the XRP ecosystem.

2         Q    Did any of RippleNet's products at

3    the time involve the use of XRP?

4         A    Yes.

5         Q    Which one?

6         A    It would have been Xrapid is the

7    primary.  I don't know if it was built out in

8    2017 at this point.

9         Q    I'm trying to find the announcement

10   regarding Xrapid.  My understanding is Xrapid

11   was commercially adopted in 2018?

12        A    I don't know.  I'm not sure.

13        Q    Under that, at the very bottom of

14   the e-mail says:

15             "Separately we are looking at what

16   we can do to accelerate, prioritize XRP

17   beneficial announcements and we'll be

18   coordinating with Monica's team."   Do you

19   recall discussing that?

20        A    No.

21        Q    Why would the company want to

22   accelerate or prioritize XRP beneficial

23   announcements?

24        A    I don't know.

25        Q    Would it be beneficial to XRP's
```

1    price?

2         A    I don't know.  I'm not sure.

3         Q    Would it benefit XRP volume?

4         A    I -- I don't know.

5         Q    Why did you write that?

6         A    I don't know.

7         Q    Did you ever discuss with anybody

8    accelerating or prioritizing XRP beneficial

9    announcements?

10        A    I don't remember.

11        Q    Was that something that was

12   discussed at the company generally?

13        A    XRP announcements?

14        Q    Prioritizing or accelerating XRP

15   beneficial announcements?

16        A    That was not something that was

17   generally talked about, no.

18             MS. WAXMAN:  I will have this marked

19   as Exhibit 130.

20                       (SEC Exhibit No. 130 was

21                       marked for

22                       identification.)

23        Q    I'm showing you what's been marked

24   as Exhibit 130, which is an e-mail dated

25   January 17, 2018, you are cc'd on the e-mail.

263

```
 1    The e-mail is from Monica Long.

 2         A    Okay.

 3         Q    Who is "Monica Long"?

 4         A    Head of marketing.

 5         Q    The top e-mail at the very end she's

 6    talking about:

 7              "Generating a wave of positive press

 8    for XRP to soften a blow."

 9              What "blow "is she talking about?

10         A    I don't know.  I think she's

11    referring to the previous sentence.

12              (The witness examined the document.)

13         Q    About the:

14              "Future story that questions

15    Ripple's customers' appetites to use XRP."

16         A    Yes.

17         Q    Would the story have an affect on

18    XRP price?

19         A    I don't know.

20         Q    Did you ever discuss with Monica

21    generating positive press for XRP at any

22    point?

23         A    Generating positive press?

24         Q    Or issuing positive press releases?

25         A    We would have just talking about
```

264

1  press releases possibly or not.

2          MS. WAXMAN:  This will be Exhibit

3  131.

4                  (SEC Exhibit No. 131 was

5                  marked for

6                  identification.)

7      Q    I'm showing what's been marked as

8  Exhibit 131, which is an e-mail chain from

9  August 2017.  The subject is RE:  Any market

10  commentary.  And I'm going to ask you about

11  the entire document.  So if you would read

12  through from the very first e-mail that would

13  be great.

14          (The witness examined the document.)

15     A    Okay.

16     Q    Did you ever have any discussions

17  with Brad about XRP prices?

18     A    Yes.

19     Q    What did you discuss with him?

20     A    I can't remember anything,

21  specifically.

22     Q    Did he ever express any concern when

23  XRP price had decreased?

24     A    Yes.

25     Q    Why would that cause concern?

1      A     Ripple owned XRP it's on the balance

2    sheet.  So declining XRP price would have an

3    impact on Ripple's balance sheet first.

4           Second, it's again detrimental or

5    damaging to the focus around building

6    liquidity around XRP.  And I think there's

7    probably a fear of prices going down, interest

8    bullying and liquidity will dry up.

9      Q     Did you discuss interest the --

10          MR. HECKER:  You're not asking about

11   the document; but you're looking at it.  I

12   just want him to be clear.  Are you asking

13   what he remembers or are you asking something

14   about the document?

15          MS. WAXMAN:  I'm not asking about

16   the document.

17          MR. HECKER:  You told him to read

18   it. Then you just start asking different

19   questions; it's confusing.  I just think the

20   record should be clear.  We're not talking

21   about the document.

22     Q     Independent of the document, do you

23   recall discussions with Brad?  Do you recall

24   discussing with Brad ways in which the company

25   could seek to increase the price of XRP?

266

```
1         A    No.  I mean, short of a whole
2    company strategy of driving volume into XRP,
3    announcements that would help with the
4    interest and drive volume and demand and --
5    no.  There's no conversation on what can we do
6    to get the price up.
7         Q    But you said short of announcements
8    that would drive interest in XRP?
9         A    Yeah.  Again, I just -- general
10   awareness, understanding what XRP is.  Anybody
11   who wants to make an informed decision would
12   have to have some understanding of what was
13   going on.  I think there was a lot of positive
14   things happening and that was sort of what I
15   mean by that.
16        Q    Okay.  Now turning to the document
17   itself, the August 12th e-mail.
18             Brad writes at the bottom:
19             "Interesting to see the markets
20   rally and XRP gets squarely left out of the
21   rally. Particular if you look at it over the
22   past seven days, XRP is the only crypto down
23   over the past week in the top 10.  I'm curious
24   to hear any insights that might be driving
25   this."
```

1      A    Okay.

2      Q    And then there's an e-mail exchange

3 between him and Vias and he weighs in as to

4 why that might have happened.

5      A    Yes.

6      Q    On the first page of the e-mail on

7 Saturday, August 12th, 2017.  You write:

8         "Seeing this e-mail exchange now;

9 was out this morning.  Do you want to talk

10 live on this today?" He responds, "no, just

11 looking for some proactive leadership.  I

12 continue to feel culturally that the XRP

13 market's team leans more towards analyzing,

14 observing than doing and that you and I will

15 need to keep pushing them for proactive

16 tangible steps."  Who is the "XRP markets

17 team" that he is referring to?

18      A    This is a part of my team that --

19 it's three people.  I think at this point it's

20 Miguel, █████ and █████

21      Q    And yourself?

22      A    And myself, yes.

23      Q    And what did he mean by "proactive

24 tangible steps"?

25      A    I don't know.

268

1       Q    You respond:

2           "Okay, in this case the drivers for

3   stoking short term volume are largely

4   marketing.  It looks like Monica is also

5   working through some issues" then you talk

6   about "the partnership announcements are

7   driven by contracts.  So the only thing we can

8   do right now is to push ahead on the escrow.

9   I'll check in with Asheesh to see where we are

10   with the implementation timeline.  Obviously,

11   this isn't something we want to rush."   Did

12   you believe that these announcements would

13   have a positive effect on XRP prices?

14       A    I don't know.  I don't think there

15   is a way for us to know.

16       Q    Did you think that these

17   announcements would be "a driver for stoking

18   short term volume"?

19       A    I don't know.

20       Q    At the bottom of the second

21   paragraph, you talk about:

22           "Partnership with a PE firm to buy

23   earth port and swap out their internal

24   treasury with XRP and we get ourselves in the

25   deal with a slug of XRP for the PE firm,

269

1    synergy."

2         A    Okay.

3         Q    What were you talking about there?

4         A    Just a way in which we could use XRP

5    to creatively buy a company that's bigger than

6    us in order to get that company to fast track

7    their adoption of XRP and our products.

8         Q    Did you ever use the company's XRP

9    in connection with investments while you were

10   at the company?

11        A    Oh, yes.

12        Q    And when?

13        A    I think the -- what comes to mind is

14   the deal we did with ███████████ and that's

15   the only thing that jumps out.

16        Q    And did Ripple hope that the deal

17   would seek to have ███████████ identity

18   adopt XRP?

19        A    Well, not -- well, more just I think

20   to help -- to fund an effort to build products

21   in and in turn fund other products that could

22   be built on the XRP Ledger.

23        Q    And use XRP?

24        A    And use XRP.

25        Q    Are you familiar with the DAO report

270

```
 1    the SECs issuance of the DAO report?

 2         A    No.

 3         Q    Did the SEC come out with guidance

 4    in 2017 regarding digital assets and point

 5    offerings?

 6         A    I don't remember.

 7         Q    Do you remember the SEC issuing any

 8    sort of guidance regarding assets while you

 9    were at the company?

10         A    No.

11         Q    You left the company in May of 2018,

12    correct?

13         A    Yes.

14         Q    Why did you leave?

15         A    Well, I been there for six years and

16    I just had a kid and that's on the personal

17    level.

18              Then at the company, my -- I think

19    my relationship with Brad was sort of having

20    some friction largely around priorities.  I

21    had one set of priorities that I felt pretty

22    strongly about.  He had overlapping but wider

23    set of priorities that he wanted me to focus

24    on.

25         Q    Can you be more specific?
```

```
 1        A    I was really focused on payment

 2   systems and trying to get the payment

 3   companies to connect to Ripple while trying to

 4   manage the things that we were doing around

 5   XRP but really focused on building out

 6   RippleNet.  And hoping with an eye towards

 7   growing payment volume being able to move that

 8   volume as much as possible through XRP and I

 9   think Brad was focused on that as well.  I

10   think he was also interested in having me look

11   at other non-payments businesses.  I wore a

12   couple of hats at that time.  I was also the

13   head of corporate development.  So he was also

14   interested in exploring new business ideas

15   that were non-payments related.  That I was --

16   I felt -- at least for me in my bandwidth was

17   sort of a bridge too far and I didn't have a

18   lot of excitement and enthusiasm of doing

19   that.

20             In the end, I did, with the Xpring

21   Initiative helped to launch that.  But sort

22   of, you know, at that point, I been there for

23   six years and some sort of internal tussling

24   and I was ready to go.

25        Q    Didn't he want you to try to build
```

272

1    business using XRP in a different way other

2    than the payments context?

3         A    I think so, yes.

4         Q    Other than what you have just spoken

5    about, did he have other priorities that

6    didn't align with your priorities?

7         A    It's not that they didn't align; it

8    was just in addition to.  And, you know, I had

9    a lot already going on and it just felt like a

10   stretch to also be able to take that on as

11   well.

12        Q    Did you feel like you were being

13   forced out?

14        A    No, I don't -- well, I just think it

15   sort of came to -- it really felt sort of

16   natural slowing down and I also went on

17   maternity leave.  I came back after six weeks.

18   Just my enthusiasm had sort of dwindled away a

19   little bit.

20        Q    When did you go on leave?

21        A    I left on the end of February 2018.

22        Q    When did you come back?

23        A    I came back in March, as I recall,

24   roughly.

25        Q    Then you left in May?

273

1        A    Yes.  So then I was there a couple

2    of months.

3        Q    If you would have stayed a few extra

4    months, would you have received an additional

5    chunk of XRP under the bonus --

6        A    Yes.

7        Q    Did you consider that when you

8    decided, when you left?

9        A    I did.

10       Q    Did you leave willingly?

11       A    Yes.

12       Q    What is the Xpring Initiative?

13       A    Well, I don't know what it is now.

14   Again, I haven't been there for two years --

15       Q    At the time?

16       A    At the time, it was really --

17   sorry -- it was an effort to identify new

18   businesses that could be built on top of the

19   XRP Ledger that were non-payment specific.

20       Q    Were they all businesses that would

21   use XRP?

22       A    Yes -- well, actually, let me walk

23   that back.  They were businesses that

24   potentially could use XRP or not.  I think it

25   was pretty wide open mandate; because you

274

```
1   looked across the landscape and 2017, 2018

2   there were some pretty radical ideas that

3   different companies were building across the

4   blockchain category.  And a lot of those

5   ideas, some of them, were interesting and they

6   were certainly applicable to the technologies

7   that we had and that were available on the XRP

8   Ledger.

9           And so, again, in the spirit of sort

10  of intranet of value, the two things are

11  compatible and the more value in any form that

12  comes onto the XRP Ledger the more utility

13  that XRP can deliver and sort of the more

14  benefits we can create.

15      Q    The more XRP is used then this more

16  demand there is for XRP, correct?

17      A    Presumably.

18      Q    Would an increase of demand lead to

19  increase of value of XRP?

20      A    I would think under most

21  circumstances, yes.

22      Q    Was that the company's business to?

23      A    To increase the value --

24      Q    That increased demand would lead to

25  increased value?
```

275

```
 1        A     I think you said -- again, the

 2    "value" being -- the company's premise is

 3    squarely rooted in the idea of intranet of

 4    value and that was the premise and I think

 5    there was a sort of moon shot that potentially

 6    that mean it's value of XRP is going to rise

 7    if the value plays out in a very theoretical

 8    way.  And so, I think there was certainly, I

 9    think, it's positive -- I don't think anybody

10    wanted the price to go down.  And so, the

11    price going up and the volume moving up, those

12    are positive things that provide more

13    resources to the company and to the ecosystem.

14        Q     You mentioned ILP earlier?

15        A     Yes.

16        Q     How did ILP fit into Ripple's

17    business?

18        A     I think the -- so again, the premise

19    of XRP and the XRP Ledger at it's origin was

20    like to build better Bitcoin.  And that then

21    evolved very quickly into, hey, we can -- I

22    think when Chris Larsen came onto the scene it

23    became, Well, why don't we expand the intranet

24    of value and this platform that could really

25    move things around.
```

276

```
 1              And so, the focus of the company was

 2    to try plug as many additional -- as many

 3    assets onto the XRP Ledger, digitize them and

 4    make them freely tradeable across the internet

 5    and all these sort of positivity externality

 6    might come along with that.  And what we

 7    realized right around the 2014 Sibos -- it is

 8    just a notable date for me -- is as I think

 9    about the history here is that we were

10    starting to get a lot of traction from

11    financial institutions who simply wanted to

12    coordinate their ledger changes.  And first

13    and foremost the proof there was to do that

14    was with better communication system.  And

15    then, the bigger opportunity was to also

16    streamline their settlement flows and just to

17    allow them to not only communicate sort of

18    with intranet style communication systems; but

19    also to settle their transactions using

20    digital asset instead of sort of the, I think

21    the, traditional legacy ways of doing that

22    with correspondent banking.

23              And so, what we saw around that time

24    period is that really that entry point all

25    that we really needed to do was just to
```

277

1    coordinate a ledger change on one side, the

2    ledger change on the other without having to

3    first do that unnecessary step of migrating

4    all of their assets onto the system.  And that

5    realization is really sort of the root of the

6    interledger protocol.

7        Q    How does the company if at all make

8    money from the interledger protocol?

9        A    Again, I think it's rooted in XRP

10   and rooted in software services.  I think that

11   first and foremost, is sort of classic

12   intraclass style for a business that the

13   company can develop to sell these sort of

14   connecting tools into financial institutions.

15          And then, I think again, if the

16   theory is right and the value of digital

17   assets not having counterparties and being

18   able to move around the world without any cost

19   and in realtime plays out, then that value is

20   still there whether or not the assets are

21   plugged into that ledger or not so long as you

22   can move in and out of that ledger without

23   incurring additional costs and risks.

24          And so, that's the premise of the

25   intraledger protocol, that you can move in and

278

1    out of any ledger without additional risk

2    without having that sort of clunkier

3    requirement of getting everything onto that

4    one ledger and I think that was the premise.

5           So, it's sort of nothing changed as

6    far as what we can do; it's just to widen the

7    field a little bit more.

8        Q    It was non-XRP specific?

9        A    It is non-XRP specific.  But again I

10   think, Ripple's viewpoint is look rather than

11   try to battle it out in a war of garden,

12   that's just not the way the world is going.

13   Let's battle it out on eras open it up,

14   connect any ledger together.  And whatever

15   digital asset within that ecosystem has the

16   benefits of, you know, that are sort of most

17   beneficial for payment flows, settlement flows

18   and that should win.  And a key part of that

19   is does it have liquidity, does it have

20   volume, and suspicion price discovery and all

21   of the technical components as well of the

22   asset.

23          And so, that's sort of the origin.

24       Q    Thank you.

25          MS. WAXMAN:  It's 5:45.  I want to

279

1    thank you very much for sitting here.  I know

2    it was a very long day.  We appreciate it.  If

3    we have any additional questions, we will

4    reach out to counsel.

5              THE WITNESS:  Okay.

6              MS. WAXMAN:  We are off the record

7    at 5:45 p.m.

8              (Whereupon, at 5:45 p.m., the

9    examination was concluded.)

10                  * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

280

```
 1                    PROOFREADER'S CERTIFICATE

 2

 3    In The Matter of:    RIPPLE LABS, INC.

 4    Witness:             Patrick Griffin

 5    File Number:         NY-09875-A

 6    Date:                Wednesday, February 12, 2020

 7    Location:            New York, NY

 8

 9            This is to certify that I, Maria E. Paulsen,

10    (the undersigned), do hereby certify that the

11    foregoing transcript is a complete, true and accurate

12    transcription of all matters contained on the recorded

13    proceedings of the investigative testimony.

14

15    _____     _____

16    (Proofreader's Name)          (Date)

17

18

19

20

21

22

23

24

25
```

281

```
1                  C E R T I F I C A T E
2              The undersigned stenographer hereby
3       certifies:
4              That the foregoing deponent was duly sworn
5       by myself and this transcript is a true record of the
6       testimony by the witness and of all objections made by
7       counsel at the time and place detailed herein.
8              That I am not related to any of the parties
9       in this action by blood or by marriage   That I am in
10      no way interested in the outcome of this litigation.
11             IN WITNESS WHEREOF, I have hereunto set my
12      hand this 12th day of February 2020.
13
14             _signature_ _____
15                    LESLEY SIMPSON
16
17
18
19
20
21
22
23
24
25
```

# Transcript Word Index



[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020













[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020















