



[2/12/2020 9:38 AM] Griffin, Patrick Inv. Test. 2.12.2020































