# PX 359

| | |
|---|---|
| **From:** | Miguel Vias <░░░░░░@ripple.com> |
| **Sent:** | Saturday, February 18, 2017 12:38 PM |
| **To:** | Chris Larsen |
| **Cc:** | Brad Garlinghouse |
| **Subject:** | Re: Fwd: Ripple-xrp |

I'll reach out to him shortly.

On Feb 18, 2017 3:31 PM, "Chris Larsen" ░░░░░@ripple.com> wrote:

> Thoughtful, smart guy
>
> Chris
>
> Chris Larsen | Executive Chairman
> Ripple, Inc.
> ░░░░@ripple.com | www.ripple.com
>
> Begin forwarded message:
>
> *From:* ░░░░░░░░░@gmail.com>
> *Date:* February 18, 2017 at 12:15:54 PST
> *To:* Chris Larsen ░░░░@ripple.com>
> *Subject:* *Re: Ripple-xrp*
>
> Tanks again for the reply. Even on a Saturday!
>
> He sent most of his xrps (I think he had like 340m) to <mark>poloniex.</mark> Some
> to bitstamp too. And sold there. I was watching all the markets and
> someone sold there 50m in a short period. Not normal to <mark>poloniex/</mark>XRP
> market. That's why I'm almost 100% sure it were his xrps. But as he
> sent them to an exchange we can't track those xrps after that. But it
> would be a great coincidence.
>
> I thought that, as in the past, ripple acted when jed was selling 100m
> that something should be done now that we are talking about a even
> higher amount of xrps. But I understand the circumstances are
> different and maybe ░░░░ has all the right to sell his xrps if he
> doesn't have any agreement on top of them for being an employee.
> Either way, I thought I should let you know about it.
>
> Thanks for contact Miguel Vias about me and XRP. Will be good to
> understand a little bit more about the future of xrp. I think I should
> receive some xrps m for this consulting and maybe I could be ev+ on my
> investment :) I'm kidding mr Larsen.
>
> Ripple focus are not end users like me and the community is very small
> but we are good and we just love Ripple. I think here in Portugal I'm

1

> the only one that knows and follows your company. As I'm not from the
> tech area, there is few I can do about this space and ripple related
> so I'm glad I can help in any way. I sent all the info about Ripple to
> all Portuguese banks but not much more I can do. Otherwise I would
> definitely be trying to build something on top of your great tech that
> will change te world about moving money.
>
> Sorry for sending an email in a Saturday and sorry for my English again.
>
> ▮▮▮▮
>
>
> Sent from my iPhone
>
> On 18 Feb 2017, at 19:32, Chris Larsen <chris@ripple.com> wrote:
>
> Thank you for the email ▮▮▮▮ This is news to me and I'm looking into it.
> Separately, I've also asked Miguel Vias to reach out to you on what
> he's focused on.
> Thanks again,
>
> Chris
>
> Chris Larsen | Executive Chairman
> Ripple, Inc.
> ▮▮▮@ripple.com | www.ripple.com
>
> On Feb 18, 2017, at 10:33, ▮▮▮▮▮▮@gmail.com> wrote:
>
> Hi Mr Larsen,
>
> Sorry to send another email but as I said I'm on top of everything
> related to XRP and ripple. And today XRP is going down 10%. It just
> felt off. So I was digging around and found out who is selling.
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> I know that it's a free market and you guys don't control the price
> and if someone wants to sell there is nothing you can do about it. The
> reason I send you this email is because he person who is selling is ▮▮▮
>
> https://bitcointalk.org/index.php?action=profile;u=25463
>
> Again, maybe he bought this xrps before any agreement, and maybe he is
> allowed to sell them. But this is not a very good sign... if an
> employee can sell 100m+ at this level, crashing he price..
>
> Not good publicity I think. Of course I'm not making a post about it
> on xrptalk or tweet about it. But I thought about letting you know
> about this matter. I could sell and buy later after creating FUD about
> an employee selling millions under all year low but that's not what is wright.
>

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

> Sorry again for my initiative to send you an email and on a Saturday.
>
> Have a good weekend mr Larsen
>
> Carlos
>
> Sent from my iPhone
>
> On 6 Feb 2017, at 21:31, Chris Larsen ███████ @ripple.com> wrote:
>
> Hello ████████
> Thanks very much for writing - I appreciate your comments and early
> participation in Blockchain and Digital Currencies!
> To your question, I've actually never been more excited about the
> prospects both for Blockchain to be the wiring for the Internet of
> Value (specifically Ripple's solution of Ripple Connect and ILP -
> Interledger
> Protocol) and Digital Assets to provide fundamentally new use cases
> that only a digital thing of value without a counter-party can serve.
> We believe XRP is uniquely valuable in the new world we're entering as
> a bridge currency to initially eliminate inefficiencies in the way
> payment providers finance payment flows (see white paper here
> <https://ripple.com/files/xrp_cost_model_paper.pdf>). Thus, the
> strategy of focusing on connecting banks serves both emerging trends -
> the more banks that connect thru Ripple Connect and ILP, the more
> demand we should see for XRP as an asset to reduce liquidity costs.
> I understand your concerns around the current state of volume flows.
> Frankly, the entire industry is really in the earliest stages of
> development. Most volume in the space is speculation in advance of
> enterprise and eventually consumer flows. But conditions are changing
> rapidly. Where banks were skeptical of Digital Asset uses just a year
> ago - there is now wide acceptance that real efficiencies will be realized.
> The addition of Miguel is in fact a big milestone and the volumes in
> the market are in a process of market makers realigning to the
> enterprise use case. Stay tuned!
> All the best,
> Chris
>
> CHRIS LARSEN | Co-founder & Executive Chairman ████ @ripple.com |
> www.ripple.com
>
>
>
>
> On Mon, Feb 6, 2017 at 9:22 AM, ████████████████ @gmail.com>
> wrote:
>
>> Dear Mr. Larsen,
>>
>> *My apologies in advance for this odd email. And for my written
>> English as it´s not my native language.*
>>

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0067049

>>    Would like to say i´m an early investor in XRP. Bought my stack
>> in 2014. Found out about Ripple and was the only way I could invest
>> in a project that was/is so amazing. I think Ripple had only a dozen
>> employees at that time. Have been following Ripple ever since, on a daily basis.
>> Always searching things and wanting to learn more about the company
>> and about XRP. Always thought XRP value had a lot of potential. Still
>> think so.  Now I understand that by that time it was maybe a little
>> overvalued and right now, after 3+ years is completely undervalued..
>> With all ripple accomplished as a company, its incredible that, for
>> eg., ETH has a higher market cap then XRP/Ripple. Of course that
>> frustration gets on your nerves about that. Ripple made so much
>> progress and still, anyone can, right now, buy more XRPs than me with
>> what I invested in 2014 (+30kEUR). Nevertheless, I still think XRP still has its chance.
>>    Not writing to ask for investment advice of any kind, just to
>> understand your view on XRP. I was awake for hours, during Jed´s
>> drama, the $1m sell wall, and other times of high volatility.. Now,
>> volatility is dead. Every time there is some buying, some dozens  of
>> millions XRPs are transferred to a wallet, and that wallets kills any
>> rally. And keeps selling for weeks/months until $0.005s. Can´t
>> understand why that happens, but always happened in the past 3 years.
>> I understand that founders hold big amounts, and Ripple still holds
>> 63B. A large supply out there. But, fundamentals should prevail on
>> top of all that is wrong about XRP imo. But they don´t. It´s my
>> perception that Ripple made very little for XRP in the past years
>> (probably had some agreement with other entity to do that and
>> couldn´t) but now I got excited again with Miguel Vias entry on the team.
>> Bitstamp was announced and the complete opposite happened. No volume
>> on Bitstamp, and almost all the volume from RCL is gone.. Can´t
>> remember volumes like this on RCL. Maybe in early 2014 only.
>>    When you announced that would drop from being Ripple CEO, that
>> was the first red flag for me. Always thought to myself that if you
>> dropped from CEO or David Schwartz from Chief Cryptographer, that
>> would terminate my investment in XRP  But as you are still connected
>> to the company, I decided to write you this email. Maybe it´s just to
>> get this out of my chest before selling. In 2014 I sold all my stocks
>> and investments to be on XRP with a good position. But would thought
>> that in 2017 XRP would have a new and strong bottom around
>> $0.02-$0.03. It didn´t and now, after all the work, still anyone can
>> invest at a very cheap price. Hope XRP still has a chance. Because
>> there is no doubt in my mind that Ripple sure has one. Your vision
>> will take place. It was a pleasure to see Ripple grow so much in the
>> past years in your leadership. Thanks for all the work. I had my
>> first entrepreneur experience when I was 23 and would have loved to
>> have an example like you by then. Your pace and flair are incredible.
>> Not easy in a position like that.  As one of the reasons for you to
>> drop from CEO was your family, good luck and mainly a healthy life to
>> all of you. That´s my desire for your family as I have recently been
>> a father for the first time and that's all I want now for mine.It´s also one of the reasons i can´t keep 30kEUR in
investments anymore.
>>
>> Sincerely,
>>

4

>> *My apologies iagain for this odd email. And for my written English
>> as it´s not my native language.*
>>
>
>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0067051