# PX 360

## RE: thanks

**From:** ▮▮▮@▮▮▮.com>
**To:** Chris Larsen <▮▮▮@ripple.com>
**Cc:** ▮▮▮@ripple.com
**Date:** Wed, 26 Nov 2014 19:28:53 -0800

Chris and ▮▮▮

When we bought XRP at .0037, we thought this Jed thing will pass and the TEAM is what we bet on

I think this regulatory stuff will PASS too, and any scare is a good chance to ADD because we believe in the TEAM and the END POINT

Thanks again and happy holidays

▮▮▮

---

**From:** Chris Larsen [mailto:▮▮▮@ripple.com]
**Sent:** Wednesday, November 26, 2014 7:27 PM
**To:** ▮▮▮
**Cc:** ▮▮▮@ripple.com
**Subject:** Re: thanks

That's great ▮▮▮ Appreciate your support as always.
Have a very Happy Thanksgiving!

Chris

Chris Larsen | CEO
Ripple Labs, Inc.
▮▮▮@ripple.com | ripple.com

On Nov 26, 2014, at 5:01 PM, ▮▮▮ <▮▮▮.com> wrote:

> Chris
>
> I hope you are getting a well deserved vacation in Haiwaii.
>
> I have been communicating with ▮▮▮ and I think we can fill the rest of your round 2mm ish. I am getting already around 0.5mm interest and I have explained to people of this regulatory risk.
> We believe in the team, ▮▮▮ especially of her work, and we are okay to take this risk.
>
> Talk soon, we appreciate this opportunity to let us add.
>
> ▮▮▮

Highly Confidential Discovery Material