# PX 361

**Message**

**From:** Chris Larsen [▮@ripple.com]
on behalf of Chris Larsen <▮@ripple.com> [▮@ripple.com]
**Sent:** 11/16/2012 2:43:26 PM
**To:** [▮com>]
**Subject:** Re: Ripple.com

That's great that you're in ▮

So Ripple is actually a new version of BitCoin (BTC) called Ripple Credits (XRP). One of the differences between BTC and XRP is no 'mining', we give them away. So we're free to give away lots of Credits to key influencers. I also really wanted you to have a bunch given all you've done for me over the years. So how about this: instead of investing, let me give you XRP 10,000,000 when the ledger is finalized - probably Jan 1.
Going to be fun!

Chris

Chris Larsen
CEO
Ripple
www.ripple.com

On Nov 16, 2012, at 1:29 PM, ▮ com> wrote:

> Yep. I invest in his fund, ▮
>
> I wanna get into bitcoin, but I'm broke. What's an amount that won't
> embarrass me or you? Get Prosper to pay me for my shares and I'll put it
> all in bitcoin!!!
>
> On 11/16/12 4:27 PM, "Chris Larsen" <chris@ripple.com> wrote:
>
>> yes, they're looking at it now. ▮ is a great guy and one of his
>> team members - ▮ is extremely knowedgable about BitCoin.
>> Really proud of ▮ - he's killing it!
>>
>> On Fri, Nov 16, 2012 at 12:26 PM, ▮
>> ▮ com> wrote:
>>> Have you brought this to ▮ He would be very interested.
>>>
>>> On 11/16/12 3:15 PM, "Chris Larsen" <chris@ripple.com> wrote:
>>>
>>>> Hey ▮
>>>> Thought I'd send you some info on our seed round that we are just now
>>>> completing. Totally don't feel any hesitation to pass, either way I'm
>>>> gloing to be gfting you a bunch of Ripple Credits (our new virtual
>>>> currency) once the final dirstributed ledger is set (first of the
>>>> year). Hope to catch up soon!
>>>> All the best,
>>>> Chris
>>>>
>>>> --
>>>> CHRIS LARSEN | CEO
>>>> ▮ripple.com | www.ripple.com
>>
>>
>>
>> --
>> CHRIS LARSEN | CEO
>> ▮ripple.com | www.ripple.com
>

CONFIDENTIAL                                                                         RPLI_SEC 0344746