# PX 364

| | |
|---|---|
| **Message** | |
| From: | Chris Larsen [███@prosper.com] |
| Sent: | 8/18/2012 8:52:24 AM |
| To: | ███@gmail.com |
| Subject: | FW: |
| Attachments: | faucet.xlsx |

CHRIS LARSEN
Chairman of the Board
Prosper.com
████████████████████████@prosper.com

---

From: Jed McCaleb [███@gmail.com]
Sent: Tuesday, August 14, 2012 11:01 AM
To: chris larsen
Subject:

Hi Chris,
So far I've talked to ███ and Arthur about the structure you purposed. ███ are fine with it.
Arthur has some concerns. He would greatly prefer actual coins to shares in a company. He is worried about regulators shutting down the company and seizing his coins. Our original deal promised him either 2.1% of all coins or the equivalent amount of equity in the company. The 2.1% is less than he would get if we calculated his coin ownership based on the 100k figure in my spreadsheet. Is there a big disadvantage to giving Arthur founder shares by the same mechanism that we are getting them? I feel like we need to talk to the lawyers again to see what is possible.
I still need to talk to David but I never had anything specific with him so I don't really think he will care much.

The other issue is it seems the amount we ultimately give to the world is still a large variable. If we only end up giving say 20% to the world it would be nice if the founders got more coins. I attached my faucet spreadsheet.

I think you are right, 10% is probably enough for bitcoiners. If we are able to raise millions of dollars we should be able to target the general population and the bitcoin user base won't be essential.

I have no problem with you also getting founder coins. The one issue is how do we make them vest? It doesn't seem like you should get them all at once. It is possible to set up something where you are sent coins from the founder pool on a certain schedule and I or maybe the board of the foundation can stop the flow if you quit. I guess the answer doesn't have to be technical. We can just have a contract. Are you ok with having them vest?

I'm still thinking about a fair way to structure our deal. I'll send another email in a bit.
Jed.

CONFIDENTIALITY STATEMENT: This email message, together with all attachments, is intended only for the individual or entity to which it is addressed and may contain legally privileged or confidential information. Any dissemination, distribution or copying of this communication by persons or entities other than the intended recipient, is strictly prohibited, and may be unlawful. If you have received this communication in error please contact the sender immediately and delete the transmitted material and all copies from your system, or if received in hard copy format, return the material to us via the United States Postal Service. Thank you.

Notes:

| | |
|---|---:|
| Number of newcoins: | 100,000,000,000.00 |
| Number of bitcoins: | **9,694,450** |
| btc price | 12.00 |
| | |
| newcoins in $1 | 859.60 |
| btc cap | 116,333,400.00 |
| NC cap | 116,333,400.00 |
| | |
| NC price at BTC levels: | 0.0012 |
| # of btc users: | 300,000.00 |
| NC price per user: | 3.87778E-09 |
| | |
| $ amount we try to give them: | 5.00 |
| Retention rate: | 0.06 |
| Claims per user: | 0.75 |
| Initial User base | 150,000.00 |

Case 1:20-cv-10832-AT-SN Document 854-63 Filed 09/13/22 Page 4 of 8

1) We are deriviving the NC price per user based on our estimate of the BTC price per user. But I think th
2) I think the retention rate will be relatively high since people will have to go claim their coins so they v
3) If the retention rate is low but claims per user is high then we have to give away a lot of coins.
4) This also ignores any growth other than from the faucet. (This is another argument for the retention r
5) Tweaking the retention rate just a little has large effects on the value of the coins after 3 years. So we

| month | # users | # claims | NC price | NC per claim |
|---|---|---|---|---|
| 1 | 262,500 | 112,500 | 0.00101792 | 4297.991806 |
| 2 | 274,313 | 196,875 | 0.00106372 | 4297.991806 |
| 3 | 286,657 | 205,734 | 0.00111159 | 4297.991806 |
| 4 | 299,556 | 214,992 | 0.00116161 | 4297.991806 |
| 5 | 313,036 | 224,667 | 0.00121389 | 4119.005467 |
| 6 | 327,123 | 234,777 | 0.00126851 | 3941.632026 |
| 7 | 341,843 | 245,342 | 0.00132559 | 3771.896676 |
| 8 | 357,226 | 256,382 | 0.00138524 | 3609.470503 |
| 9 | 373,301 | 267,920 | 0.00144758 | 3454.038759 |
| 10 | 390,100 | 279,976 | 0.00151272 | 3305.300248 |
| 11 | 407,654 | 292,575 | 0.00158079 | 3162.966744 |
| 12 | 425,999 | 305,741 | 0.00165193 | 3026.762435 |
| 13 | 445,169 | 319,499 | 0.00172627 | 2896.423382 |
| 14 | 465,201 | 333,877 | 0.00180395 | 2771.697017 |
| 15 | 486,136 | 348,901 | 0.00188513 | 2652.341643 |
| 16 | 508,012 | 364,602 | 0.00196996 | 2538.125974 |
| 17 | 530,872 | 381,009 | 0.00205861 | 2428.828683 |
| 18 | 554,761 | 398,154 | 0.00215124 | 2324.237974 |
| 19 | 579,726 | 416,071 | 0.00224805 | 2224.151172 |
| 20 | 605,813 | 434,794 | 0.00234921 | 2128.374327 |
| 21 | 633,075 | 454,360 | 0.00245493 | 2036.721844 |
| 22 | 661,563 | 474,806 | 0.0025654 | 1949.016119 |
| 23 | 691,334 | 496,172 | 0.00268084 | 1865.087195 |
| 24 | 722,444 | 518,500 | 0.00280148 | 1784.772435 |
| 25 | 754,954 | 541,833 | 0.00292754 | 1707.916206 |
| 26 | 788,927 | 566,215 | 0.00305928 | 1634.369575 |
| 27 | 824,428 | 591,695 | 0.00319695 | 1563.990024 |
| 28 | 861,528 | 618,321 | 0.00334081 | 1496.641171 |
| 29 | 900,296 | 646,146 | 0.00349115 | 1432.192508 |
| 30 | 940,810 | 675,222 | 0.00364825 | 1370.519147 |
| 31 | 983,146 | 705,607 | 0.00381242 | 1311.501576 |
| 32 | 1,027,388 | 737,360 | 0.00398398 | 1255.025432 |

| 33 | 1,073,620 | 770,541 | 0.00416326 | 1200.981274 |
| 34 | 1,121,933 | 805,215 | 0.00435061 | 1149.264377 |
| 35 | 1,172,420 | 841,450 | 0.00454639 | 1099.774524 |
| 36 | 1,225,179 | 879,315 | 0.00475097 | 1052.415812 |

his isn't a linear relationship actually. The more users there are the higher the price per user.
will have some idea what the system is before hand.

ate being higher)
should definitely focus a lot of attention here.

| total | running total | running % | NC marketcap |
|---|---|---|---|
| 483524078.2 | 483524078.2 | 0.00483524 | 101,791,725 |
| 846167136.9 | 1329691215 | 0.01329691 | 106,372,353 |
| 884244658 | 2213935873 | 0.02213936 | 111,159,108 |
| 924035667.6 | 3137971541 | 0.03137972 | 116,161,268 |
| 925404934.4 | 4063376475 | 0.04063376 | 121,388,525 |
| 925404934.4 | 4988781409 | 0.04988781 | 126,851,009 |
| 925404934.4 | 5914186344 | 0.05914186 | 132,559,305 |
| 925404934.4 | 6839591278 | 0.06839591 | 138,524,473 |
| 925404934.4 | 7764996213 | 0.07764996 | 144,758,075 |
| 925404934.4 | 8690401147 | 0.08690401 | 151,272,188 |
| 925404934.4 | 9615806081 | 0.09615806 | 158,079,436 |
| 925404934.4 | 10541211016 | 0.10541211 | 165,193,011 |
| 925404934.4 | 11466615950 | 0.11466616 | 172,626,696 |
| 925404934.4 | 12392020884 | 0.12392021 | 180,394,898 |
| 925404934.4 | 13317425819 | 0.13317426 | 188,512,668 |
| 925404934.4 | 14242830753 | 0.14242831 | 196,995,738 |
| 925404934.4 | 15168235688 | 0.15168236 | 205,860,546 |
| 925404934.4 | 16093640622 | 0.16093641 | 215,124,271 |
| 925404934.4 | 17019045556 | 0.17019046 | 224,804,863 |
| 925404934.4 | 17944450491 | 0.1794445 | 234,921,082 |
| 925404934.4 | 18869855425 | 0.18869855 | 245,492,531 |
| 925404934.4 | 19795260359 | 0.1979526 | 256,539,695 |
| 925404934.4 | 20720665294 | 0.20720665 | 268,083,981 |
| 925404934.4 | 21646070228 | 0.2164607 | 280,147,760 |
| 925404934.4 | 22571475163 | 0.22571475 | 292,754,409 |
| 925404934.4 | 23496880097 | 0.2349688 | 305,928,358 |
| 925404934.4 | 24422285031 | 0.24422285 | 319,695,134 |
| 925404934.4 | 25347689966 | 0.2534769 | 334,081,415 |
| 925404934.4 | 26273094900 | 0.26273095 | 349,115,078 |
| 925404934.4 | 27198499834 | 0.271985 | 364,825,257 |
| 925404934.4 | 28123904769 | 0.28123905 | 381,242,394 |
| 925404934.4 | 29049309703 | 0.2904931 | 398,398,301 |

| | | | |
|---|---|---|---|
| 925404934.4 | 29974714638 | 0.29974715 | 416,326,225 |
| 925404934.4 | 30900119572 | 0.3090012 | 435,060,905 |
| 925404934.4 | 31825524506 | 0.31825525 | 454,638,646 |
| 925404934.4 | 32750929441 | ■■■ | 475,097,385 |