# PX 367

| | |
|---|---|
| **From:** | Brad Garlinghouse <███@ripple.com> |
| **To:** | Patrick Griffin |
| **CC:** | Chris Larsen |
| **Sent:** | 4/22/2016 10:53:06 AM |
| **Subject:** | Re: thanks |

I'm good with it.

On Fri, Apr 22, 2016 at 10:50 AM, Patrick Griffin <███@ripple.com> wrote:
Brad, Chris:
Are you OK with the proposal below for ███? ███ and I have been looking at different models for pricing but decided to table those until we have support for a broader XRP strategy (allocations, OTC and programatic sales, etc.). Here, we are just using the discounts ███ is getting for ETH and BTC (as they have told us) as a benchmark and pricing accordingly. We want to make a happy customer.

███ has told me that he is not willing to continue operate his fund without exclusivity. In talking with ███ team, they've indicated that they are making this request from us to satisfy a market order, not for a fund. So I think we can cross that bridge when/if needed.

Patrick

---------- Forwarded message ----------
From: ███ @ripple.com>
Date: Fri, Apr 22, 2016 at 10:44 AM
Subject: Re: thanks
To: Patrick Griffin <███@ripple.com>

Given our relationship with ███ and their status as an institutional reseller, it makes sense to benchmark our XRP discount (vs spot) to what ███ s currently receiving for ETH and BTC (see below). Our broader proposal accounting for order book liquidity depth leads to premium pricing vs. spot, which would not give ███ an opportunity to earn a spread from reselling. Accounting for the present illiquidity of XRP vs. ETH, we can propose the following discounts to spot ('top of order book'):

BTC: $250k is ███ %, $500k-$1mm is ███ %

ETH: $250k is ███ %, $500k-$1mm is ███ %

XRP proposal (XRP is currently = $0.0073):

| Size | Lockup | Discount | Effective XRP price | XRP amount |
|---|---|---|---|---|
| $250,000 | No lockup | ███ | $0.006935 | 36,000,000 |
| $500,000 | 6 months | ███ | $0.006570 | 76,000,000 |
| $1,000,000 | 12 months | ███ | $0.006205 | 161,000,000 |

(with liquidation limit and requirement to resell at spot)

███

On Fri, Apr 15, 2016 at 4:02 PM, Patrick Griffin <███@ripple.com> wrote:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

please make a proposal for review with Chris/Brad

pg

---------- Forwarded message ----------
From: ████████████████co>
Date: Thu, Apr 14, 2016 at 12:11 PM
Subject: thanks
To: Patrick Griffin <████@ripple.com>

Thanks for the insight.  If we ████ would like to purchase XRP direct from you guys, can you let me know how you would price out the following sale of XRP to us?

$250,000, no lockup
$500,000, six month lockup
$1,000,000, 12 month lockup

Thanks



--
Patrick Griffin
EVP Business Development | Ripple
████████ripple.com

--
Patrick Griffin
EVP Business Development | Ripple
████████ripple.com