# PX 370

| | |
|---|---|
| **From:** | Chris Larsen <​@ripple.com> |
| **Sent:** | Wednesday, May 17, 2017 7:13 AM |
| **To:** | @gsr.io> |
| **Cc:** | @ripple.com>; @gsr.io> |
| **Subject:** | Re: Refill |

Yes - ok to go to $1 million.

, please refill w another 20 million.
Thank you!

Chris

Chris Larsen | Executive Chairman
Ripple, Inc.
@ripple.com | www.ripple.com

> On May 16, 2017, at 23:19, @gsr.io> wrote:
>
> Good evening Chris,
>
> We continue to try to meet the enormous demand for XRP.
>
> Although trading on Polo is complicated due to intermittent service, I would like to capitalise more on the higher prices (and trading volumes) currently there. As such, would you consider increasing your exposure to Polo from $300K to $1MM?
>
> Also, although we should have enough XRP in the buffer for today, please refill when you get a chance. We are selling across three exchanges and trading volumes continue to increase from one day to the next.
>
> Regards,
>
>
>> On 16 May 2017, at 07:20, Chris Larsen @ripple.com> wrote:
>>
>> Thank you for letting us know. All good
>>
>> Chris
>>
>> Chris Larsen | Executive Chairman
>> Ripple, Inc.
>> @ripple.com | www.ripple.com
>>
>>> On May 15, 2017, at 21:48, @gsr.io> wrote:
>>>
>>> Thank you.
>>>
>>> For good reporting sake, I forgot to mention yesterday that the reason it's effective selling rate seemed so high (5.26%) was because it included XRP sales we have started making at Bitstamp. My apologies - we are working on improving our reporting.
>>>
>>>> On 16 May 2017, at 06:45, @ripple.com> wrote:
>>>>
>>>> Refilled with another 20mm:
>>>>
>>>>
>>>> Kind regards,
>>>>
>>>>
>>>> EXECUTIVE ASSISTANT
>>>> | www.ripple.com
>>>>
>>>> ⟨ripple⟩
>>>>
>>>>> On Mon, May 15, 2017 at 9:39 PM, Chris Larsen @ripple.com> wrote:
>>>>> Will do - sending within the hour
>>>>> Thanks!
>>>>>
>>>>> Chris
>>>>>
>>>>> Chris Larsen | Executive Chairman

Ripple, Inc.
███@ripple.com | www.ripple.com

> On May 15, 2017, at 21:33, ███████@gsr.io> wrote:
>
> Hi ███
>
> Given today's price action we anticipate high demand for XRP. We would recommend a refill today.
>
> Kind regards,
>
> ███

CONFIDENTIAL
GSR00006144