# PX 371

| | |
|---|---|
| **Message** | |
| From: | [████████████████@███████.com] |
| Sent: | 12/6/2018 4:35:02 PM |
| To: | █████@ripple.com |
| CC: | Ripple [ripple@████████.com]; Comms █████@ripple.com] |
| Subject: | Re: Upcoming report of DLT in FX |
| Attachments: | image001.jpg |

Hi █████ - happy to look into this and we will share a recommendation tomorrow if that works?

On Thu, Dec 6, 2018 at 4:20 PM ████████████████@ripple.com> wrote:
> Hi team,
>
> █████ received this interview request from █████████. I did a quick search of the website, and it looks like █████ data has been used in some decent publications. Can you all take a look and see if the opp is worth pursuing?
>
> Thank you!
> █████
>
>
> ---------- Forwarded message ---------
> From: █████████████@gmail.com>
> Date: Thu, Dec 6, 2018 at 2:44 PM
> Subject: Fwd: Upcoming report of DLT in FX
> To: ████████████████████>
>
>
>
> ---------- Forwarded message ---------
> From: ████████████████████com>
> Date: Thu, Dec 6, 2018 at 12:14 PM
> Subject: Upcoming report of DLT in FX
> To: ████████████████████████
>
>
> Hi █████
>
> I hope you are well. Apologies I don't have your work email.
>
> My firm ██████████.com conducts capital markets research in FX topics and am presently writing a piece on DLT in FX, highlighting some of the initiatives and profile the work of some firms. I know a fair amount of what Ripple is doing, but would like to have us organize a briefing call to bring me up to date. The goal is to gain a better perspective of how the business has evolved in the past few years that I may relay that information to my institutional audience. If it makes sense, I'd be amenable to write a profile on Ripple.
>
>
> Could you please let me know a good day/time for a call this or next week?

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

Kind regards,

▮

▮

Managing Director and Founder

▮.com

e.
m.
w.
t. ▮

▮

--
▮

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL ▮0015663