# PX 372

| | |
|---|---|
| From: | Patrick Griffin <░░░@ripple.com> |
| To: | ░░░ |
| CC: | ░░░ Chris Larsen |
| BCC: | Arthur Britto |
| Sent: | 12/2/2015 10:15:42 AM |
| Subject: | Touch Base: XRP Listing |

Hi ░░░

Hope you are doing well. Looks like things are winding down on the settlement front which is great to hear. Chris asked me to reach out to discuss the possibility of listing XRP on Bitstamp. We have a few ideas on how to make this work for everyone. Do you have some time to touch base this week to discuss further?

░░░ can help coordinate calendars, on copy. Look forward to reconnecting!

Best,
Patrick

--
Patrick Griffin
EVP Business Development | Ripple
░░░ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0042044