# PX 373

| | |
|---|---|
| From: | Patrick Griffin <​███@ripple.com> |
| To: | ███ |
| CC: | Brad Garlinghouse |
| Sent: | 3/28/2016 8:48:25 AM |
| Subject: | Fwd: Thanks for the call |

███

I just want to give you both a heads up that this offer has come back into play. Chris L has agreed to make good on the incentive offer for ███ to list XRP on Bitstamp. The schedule is below. This amounts to a $200k cash flow impact over the next 12 months.

Please let me know if you have questions. The first payment is contingent upon Bitstamp listing XRP by May 31st.

Patrick

---------- Forwarded message ----------
From: ███████████<███bitstamp.net>
Date: Mon, Mar 21, 2016 at 8:49 AM
Subject: Re: Thanks for the call
To: Patrick Griffin <███@ripple.com>
Cc: Chris Larsen <███@ripple.com>

Hey guys,

I am not sure if you saw but we launched sub-accounts two weeks ago: https://www.bitstamp.net/article/sub-accounts-now-available-on-bitstamp/

Alongside the launch we also made some changes to our database so multi-currency is close. We are evaluating which currency pairs we should add first. I was wondering if mentioned offer for listing fee still stands.

Best regards



--
███
Chief executive officer

Bitstamp LIMITED,
5 New Street Square, EC4A 3TW, London, United Kingdom

Skype: ███   web: www.bitstamp.net

*This e-mail and any attachments may contain confidential and/or privileged information and is intended solely for the addressee. Any unauthorized use, review, retransmissions, dissemination, copying or other use of this information by persons or entities other than the intended recipient is strictly prohibited.*

On Mon, Dec 21, 2015 at 11:45 PM, Patrick Griffin <patrick@ripple.com> wrote:
Thank you ███ for your time today. Happy holidays!

We discussed a couple ideas today but listing XRP on Bitstamp's exchange seems more realistic than the others so let's focus on that. To summarize, we would like to enable buyers and sellers of XRP to come to Bitstamp to place their bids and asks. Bitstamp would custody the XRP to eliminate counterparty risk.

Basically, the same kind of facilities and services Bitstamp provides for bitcoin trading.

We are excited to hear you are implementing multi-currency support. Very cool! To encourage you to provide an XRP market at Bitstamp, we would like to offer the following bonus schedule to list XRP as early as possible:

- A monthly 'listing fee' for the first 6 months of $20k
- $80k to list XRP at launch of Bitstamp's new multi-currency platform
- $50k to list XRP by April 30th
- $25k to list XRP by May 31st
- XRP would have to be listed for at least 12 months, subject to compliance needs.
- Total possible deal value: $200k

Building a deeper XRP market is a top company priority for Ripple in 2016. We would love to work with Bitstamp to help us build our vision! Look forward to hearing from you after your meeting tomorrow.

Regards,
Patrick

On Mon, Dec 21, 2015 at 9:35 AM, <█████████@bitstamp.net> wrote:
Guys thanks for the call. I look forward getting your proposal.

Chris,

Too bad I couldn't hear that well. I propose we use another communications channel for our next call.

Best regards
--
███████
Chief executive officer



Bitstamp LIMITED,
5 New Street Square, EC4A 3TW, London, United Kingdom

Skype: ████  web: www.bitstamp.net

This e-mail and any attachments may contain confidential and/or privileged information and is intended solely for the addressee. Any unauthorized use, review, retransmissions, dissemination, copying or other use of this information by persons or entities other than the intended recipient is strictly prohibited.

--
Patrick Griffin
EVP Business Development | Ripple
████████ | ripple.com

--
Patrick Griffin
EVP Business Development | Ripple
████████ | ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0019247