# PX 375

## Message

**From:** Chris Larsen [█@ripple.com]
**on behalf of** Chris Larsen [█@ripple.com> [█@ripple.com]
**Sent:** 12/13/2017 5:29:30 PM
**To:** █████████████████████ co.jp]
**CC:** ███████████████ ]; Brad Garlinghouse [█@ripple.com]; ███ █@ripple.com]
**Subject:** ████

Dear ████

I hope you're doing well and enjoying these incredible times!

We're very excited to hear that ████████ has finalized its launch date at the end of January 2018. As you know, XRP hit all time high yesterday and we are very excited to see SBI VC building on that momentum.

I just learned some more details about ████ launch plan from our team working closely with ████. We have been told that ████ will list XRP on its crypto-to-crypto trading platform, but will not be able to list JPY/XRP at launch due to resource constraints.

We also heard from ████ that ████ which is building the fiat pair trading platform, said they only have time to support one fiat pair and prioritized JPY/BTC.

Given ████ commitment to XRP, we would like to request that ████ prioritize the listing of JPY/XRP at launch. We believe that listing only JPY/XRP would send a very strong signal to the market that ██ is committed to XRP.

We are also ready to commit substantial resources for promoting your XRP listing at launch and we believe that together we can fully leverage this opportunity to make XRP extremely successful in Japan!

All the very best,
Chris

**CHRIS LARSEN | EXECUTIVE CHAIRMAN**

█████
@ripple.com | www.ripple.com
Ripple, Inc.

CONFIDENTIAL
RPLI_SEC 0573139