# PX 376

Message

**From:** Breanne Madigan [____@ripple.com]
**Sent:** 10/25/2019 6:56:32 AM
**To:** [____@ripple.com]
**CC:** [____@ripple.com]
**Subject:** Re: INFRA/LIQ PARTNERSHIPS: Status Update & Q4 opportunities

This is awesome - great progress. thanks, [____]
let's make sure you include this outline as part of your weekly that gets sent to [____]

On Fri, Oct 25, 2019 at 9:52 AM [____]@ripple.com> wrote:
Hey Breanne

Wanted to give you a quick update and overview on XRP Liq Partnership build out.

## 1.) Infrastructure Listings/Integrations

**Green:** What should materialize by Q4.
**Red:** What appears unlikely to happen and hard to influence (happy to discuss those individually).

-> Few changes (Huobi DM, Binance into Top10) and additions in "rest", as we have continued to map out the infrastructure-universe and learned more.

| | Prospect | Description | Goal | Est Timeline | Last Status |
|---|---|---|---|---|---|
| Top 10 | CME | Exchange | List cash-settled XRP future & options | ? | met with Brad/Kahina in May, unlikely to happen b4 SEC clarity on XRP |
| | BitMex | Exchange | List XRP Perpetual Future | Q1 2020 | Close to launching perp - can't give date, will follow up to try expedite |
| | Deribit | Exchange | List XRP Options & XRP Perpetual | Q1 2020 | Working for integration Q1 20 the latest. Are keen to include. |
| | Eurex | Exchange | Launch XRP Futures | Q2 2020 | Confirmed XRP included in launch, planned for Q2 latest |
| | Bakkt | Exchange | List XRP settled future | 2020 | Wants to discuss but not before Jan (overwhelmed with launch) |
| | SDX | Exchange | List XRP spot | Q1 20 (cfm listing) | Agreed to include XRP if listing crypto. TBC Q1 20 |
| | FTX | Exchange | List XRP single options | Q4 2019 | Agreed to prioritize XRP listing for Q4. Partnership potential |
| | [____] | Custodian | Integrate XRP in custody | ? | Meeting scheduled for 29th Oct |
| | Huobi DM | Exchange | XRP perpetual & single options listing | Q4 2019 / Q1 2020 | Confirmed working for Q4 or Q1 latest. Partnership potential |
| | Binance | Exchange | List XRP perpetual future | ? | Working on getting intro with Head Deriv. in place |
| Rest | BSDEX | Exchange | List XRP spot | ? | Reached out, awaiting intro appointment |
| | BitFlyer | Exchange | List XRP Future | Q4 2019 | As per Emi will integrate XRP by Q4 this year |

CONFIDENTIAL

RPLI_SEC 0478676

| | | | | |
|---|---|---|---|---|
| ▮ | Lending Platform | Listing on Lending Platform | Q4 2019 | Working on getting XRP in place, partnership potential |
| ▮ | Crypto Bank | Integrate XRP in platform / ODL infra | Q1 2020 | To integrate XRP Q1, looking at partnership ODL w. investment Q4 |
| Paxos/itBit | Exchange | XRP listing / liquidity | ? | To reach out (Q4) |
| ▮ | Data Comp. | Integrate XRP | Q4 2019 | Agreed to integrate XRP by Q4. In discussion with Xpring for investment |
| ErisX | Exchange | XRP Listing futures & spot & options | ? | Reached out, awaiting intro appointment |
| SeedCX | Exchange | List XRP futures | ? | Stated if able to provide LO on XRP non-sec status will integrate |
| FXCoin | Exchange | List XRP / creation of swap market | 2020 | Confirmed to list XRP, investment tbd with BD & CD in Q4 |
| ▮ | Crypto Bank | integrate XRP | Q4 2019 / Q1 2020 | Last engagement in Gva indicated to add XRP next |
| ▮ | Crypto Bank | integrate XRP | 2020 | Indicated will integrate XRP after launch into 2020 |
| ▮ | Asset Manager | XRP Trust Public Quotation | 2020 | in process to get XRP UTRUST publicly quoted |
| ▮ | Custodian | Integrate XRP into storage solution | ? | Intro meeting arranged this week |
| ▮ | Lending Platform | Integrate XRP into lending platform | Q4 2019 / Q1 2020 | Intro meeting held, will add XRP soon (Nov), marketing to be involved |
| Gemini | Crypto Exchange | Integrate XRP into platform | ? | Check Matt B. (in discussion with Xpring) |
| LedgerX | Exchange (Opts) | List XRP options | ? | To reach out (Q4) |
| CoinFlex | Exchange | XRP Listing (physical future) | ? | Low prio, intro to be arranged |
| Bitbank | Exchange | XRP Listing spot | ? | Low prio, intro to be arranged |
| Coincheck | Exchange | XRP Listing spot | ? | Low prio, intro to be arranged |
| Zaif | Exchange | XRP Listing spot | ? | Low prio, intro to be arranged |
| LBank | Exchange | XRP Listing spot | ? | Low prio, intro to be arranged |
| ▮ | B2B Infra Provider | Get XRP integrated in Custody API | Q2 2020 | Agreed to integrate XRP after ETH in Q1. (supported setup of BSDEX) |
| ▮ | Asset Manager | XRP income yield fund | 2020 | turned down Q4, to look at Q1 when XRP sales a topic & infra there |

## 2.) Liquidity Partnerships

5 Opportunities so far that could probably be delivered by Q4:

## I.) LMAX

**What:** Grow XRP liquidity on exchange sequentially.

**How:** XRP loan via Market Maker ▮ and/or ▮.

**Why:**
- LMAX is already one of the Top 5-10 spot liquidity venues (300M ADV w/o 5% XRP)
- Demonstrated solid growth progress since launch
- Exchange has mainly Institutional approach & players

- High regulatory accountability (KYC, AML etc.)
- Confident could attract substantial volume uplift if spreads narrowed a notch & liq improved (attracting Japanese XRP/JPY broker business into region)
- Work already with MMs we have relationships with ▮▮▮▮▮
- Potential to become a GBP ODL infra partner into Q1 as they soon get a GBP account
- Strong background in FX Trading Infrastructure

**Consideration(s):**
- XRP loans capacity beyond ODL (size tbd)
- Deal Structure (measures / milestones) with MMs tbd

### II.) Huobi Global/DM

**What: Grow XRP liquidity on exchange sequentially.**

**How:** XRP loan via Market Maker (Huobi to introduce)

**Why:**
- Huobi is a Top 3 volume exchange (Derivatives & Spot)
- Did facilitate similar deals for other coins with good results (source Huobi)
- Exchange has shown good maturation in terms of footprint, regulation (employ 1,300 ppl)
- Potential future ODL infra partner given recent announcement for FIAT gateway in TRY
- Liq mandate could help expedite XRP perpetual, single options listings
- Addresses different region & segment than LMAX

**Consideration(s):**
- XRP loans capacity beyond ODL (size tbd)
- Which Market Maker(s) to engage?
- Mandate on Spot or Derivatives
- Deal Structure (measures / milestones) with MMs tbd

### III.) ▮▮▮▮▮

**What: Grow XRP borrowing/lending flow & generate revenue.**

**How:** Provide XRP to LB for lending (supply side)

**Why:**
- Borrowing/Lending market is active and growing
- LB's strategy sync's with Ripple's in that they focus on institutional B2B platform
- Solid concept with market utility and strong partners ▮▮▮▮ on the platform already)
- XRP loaned are segregated in cold storage and 1:1 returned (including separate interest)
- Institutionalized platform which mitigates risks to a minimum in general
- Opportunity to generate interest on XRP in treasury

- Lending and Borrowing set to become an integral part of efficient crypto market
- Principal borrowing use-case by now is for working capital as opposed to shorting crypto (MM, Arb, OTC brokers, Exchanges borrow for working capital)

**Consideration(s):**

- Would this align with broader "lending vertical"
- Size & deal structure
- Early days: XRP to be integrated in Q4 and liq to be slow in phase I

-> ▮ to send proposal in next days.

III.) ▮▮▮▮▮▮

**What:** Grow XRP borrowing/lending flow & generate revenue.

**How:** Provide XRP to ▮ for lending (supply side)

**Why:**

- Borrowing/Lending market is active and growing
- XRP about to go live on platform (est Nov) and could support good launch
- ▮ one of the larger players
- Assets insured by ▮▮▮
- Well serviced, fully automated platform with traction and company relatively well established
- Opportunity to generate interest on XRP in treasury
- Have done similar structures in the past
- Can provide full visibility as part of the service package in terms of lending/borrowing market structure, participants etc.

**Consideration(s):**

- Would this align with broader "lending vertical"
- Use case for potential XRP lent is to be verified
- Size & deal structure
- XRP lent would be commingled

-> ▮ to send proposal in next days.

IV.) FTX

**What:** Grow XRP liquidity on exchange sequentially.

**How:** XRP loan via Market Maker (Alameda Research)

**Why:**

- FTX only one of two exchanges with XRP perpetual
- Top10 Derivatives venue globally

- Exchange demonstrates good growth in relatively short time
- Liq mandate could help expedite XRP single options listing
- Alameda indicated could grow overall XRP volume by 1% per 1M USD
- Alameda claims to participate in 5% of overall XRP volume in market

**Consideration(s):**

- Relatively young exchange with loose regulations (similar to BitMEX)
- ▇▇▇ overall not the pedigree of a ▇▇▇ & Co.
- Deal Structure (measures / milestones) with MMs tbd

Happy to discuss those 5 in our 1:1 monday.

▇▇▇

Senior Director
Institutional Markets - EMEA
e: ▇▇▇@ripple.com | ripple.com

**ripple**

--
Breanne Madigan
Global Institutional Markets
▇▇▇@ripple.com

CONFIDENTIAL

RPLI_SEC 0478680