# PX 378

Message

**From:** Brad Garlinghouse [▮@ripple.com]
**on behalf of** Brad Garlinghouse <▮@ripple.com> [▮@ripple.com]
**Sent:** 4/9/2017 3:14:49 PM
**To:** Chris Larsen [Chris Larsen <▮@ripple.com>]
**Subject:** Re: XRP grants and tax implications

Yes - agree, it's not really our cost - but since we are responsible (required) for withholding and paying the taxes, it becomes our problem.

# Redacted

I'll revisit it with ▮ - but I also think that equity can serve the same purpose but without the cash complexities.

On Sun, Apr 9, 2017 at 6:53 PM, Chris Larsen <▮@ripple.com> wrote:
> Sounds good - let's discuss.
> Obviously the withholding isn't really our cost - is there a way to modify the income event to when he actually sells?
>
> Chris
>
> Chris Larsen | Executive Chairman
> Ripple, Inc.
> ▮@ripple.com | www.ripple.com
>
> On Apr 9, 2017, at 21:08, Brad Garlinghouse <▮@ripple.com> wrote:
>
>> Chris,
>>
>> I can't recall if you were aware of the details - but Patrick's XRP grant of ▮ was set to vest based upon time ▮ and price ($.▮ for ▮). We'll pass the price hurdle very shortly and thus he'll get ▮ of the XRP grant. (as fyi, mine was set at $.▮ - which also will vest ▮ soon)
>>
>> ▮ and I have been discussing the mechanics of implementation for Patrick.
>>
>> One key element - which impacts how I think about doing this for others (particularly ▮ and Miguel) is the cash implications for Ripple given tax issues. Using Patrick's grant as they example:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0287802

He was granted ▉ - so he'll vest ▉ of that (▉ XRP) in a week or so - at a price of about ▉ cents - which is a value of ▉ This amount is considered compensation and thus we'll have to withhold and pay payroll tax on that. This means that this vesting event will cost us about $▉ in cash.

Practically we will simply send to him the ▉ XRP (~$▉) LESS the withholding - so we'll send him ~ ▉ XRP (which is about ~$▉ of XRP).

▉ and team did not forecast these costs in our 2017 cash balance forecast - so this will impact our end of year cash forecast. We will certainly try to take advantage of the price and volume increases to offset this by increasing our programmatic sales - but I'm not sure we'll be able to offset all of it.

While I'm sharing this for transparency - I'm also sharing it because it impacts how I think about additional XRP grants (vs. using Ripple equity). On Friday we talked about doing something for ▉ - and perhaps Miguel also. So I just wanted to flag this for discussion at some point in the coming week or two.

Brad

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0287803