# PX 379

Message

---

**From:** Monica Long [          @ripple.com]
**on behalf of** Monica Long [          @ripple.com>          @ripple.com]
**Sent:** 4/27/2017 2:06:18 PM
**To:** Chris Larsen [Chris Larsen <          @ripple.com>]; Brad Garlinghouse [Brad Garlinghouse <          @ripple.com>]
**Subject:** Fwd: Brief call?

Hi Chris, Brad,

Flagging this strange note I got from          (a long-time XRP community member) about          Context is I spoke with          yesterday as part of a series of interviews I've done to profile the XRP speculator. She followed up this morning with this note.

---------- Forwarded message ----------
From:                              @hotmail.com>
Date: Thu, Apr 27, 2017 at 9:19 AM
Subject: Re: Brief call?
To: Monica Long <          @ripple.com>

No problem.
I know I mentioned developer support was an issue, but I don't think I mentioned that I had launched a startup built on Ripple, so when I said it was an issue, I wasn't speaking as a spectator, fwiw.
Also, your Global Ambassador program... I'm not sure how many you have or how they are chosen, but people like          don't understand Ripple. I tutor him, do his homework, and he wants me to take over his Twitter account. It puts me in an awkward position. This is not a knock against          I like him very much. But I'm at the point where I can't keep helping everybody else when my own house isn't in order, kwim?

I enjoyed chatting yesterday, very much. Let me know if you ever have anymore questions.

Thanks!

Sent from my iPhone

On Apr 27, 2017, at 3:17 AM, Monica Long <          @ripple.com> wrote:

Hi

Thank you so much for the call today. Your insights and feedback are tremendously helpful.

What you do and what you've accomplished in home schooling, in the XRP community and in the political arena is all very impressive. Thank you for caring so deeply about Ripple and XRP!

Monica

On Mon, Apr 24, 2017 at 1:02 PM, Monica Long <          @ripple.com> wrote:
Awesome - thanks,          I'm looping in          who'll help with scheduling.

On Mon, Apr 24, 2017 at 1:01 PM,                              @hotmail.com> wrote:
Hey Monica,

CONFIDENTIAL

RPLI_SEC 0624385

I'd love to chat about XRP. I have tomorrow and Wednesday wide open. If you're available either of those days, anytime will work for me.

Thanks!



On Apr 24, 2017, at 12:39 PM, Monica Long ███████@ripple.com> wrote:

Hi ████

We met awhile back at an ILP workshop at Ripple. My name is Monica Long and I head marketing at Ripple.

We're working on new marketing initiatives here at Ripple. As an early adopter of XRP, I was wondering if you'd be open to a brief phone call with me. I'd like to ask you a few questions about your views of what motivates folks to acquire XRP, blockers, outreach, etc.

I won't take more than 15-30 minutes of your time, depending on your availability.

Many thanks,
Monica

--
Monica Long
VP Marketing, Ripple

www.ripple.com | @ripple

--
Monica Long
VP Marketing, Ripple

www.ripple.com | @ripple

--
Monica Long
VP Marketing, Ripple

CONFIDENTIAL

@ripple.com
www.ripple.com | @ripple

--
Monica Long
VP Marketing, Ripple

www.ripple.com | @ripple

CONFIDENTIAL

RPLI_SEC 0624387