# PX 380

Message
___

**From:** Chris Larsen [████@ripple.com]
**Sent:** 11/2/2016 6:27:25 AM
**To:** Patrick Griffin [Patrick Griffin <████@ripple.com>]
**Subject:** Re: Touching Base

Sounds good

Chris

Chris Larsen | CEO
Ripple, Inc.
████@ripple.com | www.ripple.com

On Nov 1, 2016, at 21:39, Patrick Griffin <████@ripple.com> wrote:

> Hi Chris,
> Thank you for taking a call with Miguel Vias this week, the finalist for my XRP role. Miguel has verbally accepted our offer to come on board so the call is a formality to establish executive contact and to get comfort with our vision and leadership. Feel free to probe Miguel on his experience building liquidity for new financial products. He runs the largest precious metals desk in the world and oversees a team responsible for a $200M P&L with a 70% profit margin. He has a deep expertise in building liquidity for new markets and products, including rebate programs, liquidity instruments, market maker relationship management, and the balancing of speculative with commercial trading. I especially like the similarities of precious metals to XRP.
>
> I've included the briefing notes for the interview panel below. Note: Miguel comes from ████ but he reached out to us. We'll, of course, have to manage our relationship with ████ with some sensitivity once we execute the employment agreement.
>
> Patrick
>
>
> We are prioritizing candidates that have experience with go-to-market strategies for new financial products (not 'product' in the Silicon Valley tech sense, but in the financial services sense). Specifically, we have tailored the search to identify commodities specialists given the similarities between digital assets and commodities. The priorities for the role:
>
> 1. Manage market maker relationships
> 2. Design/refine business tactics to make XRP more liquid
> 3. Execute partnerships that build commercial demand for XRP (more Xenons)
> 4. Implement systems/processes to build more rigor into our partner pipeline
> 5. Implement analytical and reporting framework to assess impact of all XRP initiatives
> 6. Maximize proceeds from XRP
> 7. Execute partnerships that build commercial demand for XRP
> 8. Coordinate with product/marketing to devise tools to make XRP liquid and build trading interest in XRP

CONFIDENTIAL

RPLI_SEC 0353551

Common characteristics to evaluate:

1. Entrepreneurial - is this person going to Get It Done?
2. Skillset - is this someone who will deepen our collective understanding of building liquidity for a new product? Is there a alignment in industry expertise?
3. Personable - is this someone you can work with?



Patrick Griffin
EVP Business Development | Ripple
███████@ripple.com

Begin forwarded message:

**From:** Miguel Vias <███████@gmail.com>
**Subject: Re: Touching Base**
**Date:** November 2, 2016 at 4:39:47 AM GMT+8
**To:** ███████@ripple.com>
**Cc:** Patrick Griffin <███████@ripple.com>

Wonderful. ███████ is better actually.

Thank you again ███

On Nov 1, 2016 4:32 PM, ███████@ripple.com> wrote:
Thanks Miguel!

I will send an invitation for that time. I have ███████ as the best number to reach you.

Please let me know if that is incorrect, otherwise enjoy your connection with Chris tomorrow.

Kind regards.

███████
Assistant to Patrick Griffin
███@ripple.com | www.ripple.com
T ███████



On Tue, Nov 1, 2016 at 1:18 PM, Miguel Vias <​@gmail.com> wrote:

No worries at all I can move something and make 3pm EST work.

Looking forward to it and thank you! Can't wait to start.

On Nov 1, 2016 4:04 PM, @ripple.com> wrote:
Hello Miguel.

Unfortunately, Chris is not available at the times you suggested this week. I can offer, 3p EST and 4:30 - 5:30p EST on Wednesday. Are you able to make either of those times work?

Otherwise, we can look to the beginning of next week.

Thank you and welcome!



Assistant to Patrick Griffin
| www.ripple.com

On Tue, Nov 1, 2016 at 9:27 AM, Miguel Vias @gmail.com> wrote:

Hey Patrick,

Hope all is well on the other side of the world. Great catching up last night and I'm really looking forward to what's next. It's going to be fun.

I saw the announcement this morning about Chris. The WSJ covered it nicely. I'm pretty free Wed and Fri btwn 1-230pm EST this week to catch up with him. Hopefully one of those works.

All the best,
Miguel

On Oct 31, 2016 11:43 PM, "Miguel Vias" <​███████@gmail.com> wrote:

Thank you Patrick. I can't tell you how excited I am. It's a good night at the Vias household!

That all looks good and I'll get back to you in the morning with some windows that work for my chat with Chris.

Btw I just got an idea for a title which I thought was pretty interesting. Let me know your thoughts on 'Global Head of XRP.'

On Oct 31, 2016 11:16 PM, "Patrick Griffin" <​███████@ripple.com> wrote:
Miguel,
Thanks for taking the late night call. We're very excited to have you on board! As a next step, we'll send over the offer letter and start working through the employment agreement. To confirm what we agreed:

[REDACTED]

*Target start date: Dec 1, 2016
*Title: Global Head of Liquidity

Please let me know if you have any questions.

What times work for you for a 30 min call with Chris this week?

Congrats!
Patrick

On Nov 1, 2016, at 10:39 AM, Miguel Vias <​███████@gmail.com> wrote:

> Hey Patrick
>
> I'm free now for about 20 minutes or could do tomorrow 8am EST.
>
> Best,
> Miguel
>
>> On Oct 31, 2016 7:53 PM, "Patrick Griffin" <​███████@ripple.com> wrote:
>> Hi Miguel, are you free this evening or tomorrow morning to connect?
>>
>> Patrick

On Oct 31, 2016, at 7:14 PM, Miguel Vias <███@gmail.com> wrote:

Perfect. I'll give you a call at 830am EST.

On Oct 31, 2016 7:05 AM, "Patrick Griffin" <███@ripple.com> wrote:
How about your Monday or Tuesday morning?

On Oct 31, 2016, at 7:50 AM, Miguel Vias <███@gmail.com> wrote:

Patrick,

First of all, I hope the trip is going well. Second, when is a good time to chat? No worries if it's later in the week.

All the best,
Miguel

CONFIDENTIAL
RPLI_SEC 0353555