# PX 381

**EXHIBIT CG-34**

| | |
|---|---|
| Sent: | Wed, 22 Feb 2017 00:14:33 -0700 |
| Subject: | Re: Bot4 |
| From: | ▓▓▓▓▓▓ @gsr.io> |
| To: | Chris Larsen ▓▓▓@ripple.com> |
| Cc: | ▓▓▓▓▓▓ org> |

Good morning Chris,

We have exhausted 4t's funds ($42K) and are now switching over to 6t (approximately $100K).

Regards,



> On 19 Feb 2017, at 16:39, ▓▓▓▓▓▓ @gsr.io> wrote:
>
> Understood. We will utilise 4t's $40K first, and if XRP price is still below $0.006, we will engage 6t.
> Regards,
>
> ▓▓
>
>> On 19 Feb 2017, at 16:14, Chris Larsen <▓▓▓@ripple.com> wrote:
>>
>> let's reverse bot6 as well.
>> Thank you!
>>
>> **CHRIS LARSEN | Co-founder & Executive Chairman**
>> @ripple.com | www.ripple.com
>>
>>
>>> On Sun, Feb 19, 2017 at 2:26 AM, ▓▓▓▓▓▓ @gsr.io> wrote:
>>>
>>> Good morning Chris,
>>> 6t was stopped @ 1800 PST Saturday per your instructions.
>>>
>>> We are launching 4t in buying mode (0230am PST Sunday), but there is only $40K available, and this amount will probably have minimal impact. (6t has approximately $100k available, FYI.)
>>>
>>> Please advise.
>>>
>>> Regards,



On 19 Feb 2017, at 01:10, Chris Larsen <█████@ripple.com> wrote:

Yes, lets pause Bot 6

CHRIS LARSEN | Co-founder & Executive Chairman
█████@ripple.com | www.ripple.com

On Sat, Feb 18, 2017 at 1:48 PM, █████ <█████gsr.io> wrote:

Hi Chris,

Bot 6t (Ripple-works) is running at a rate of $25K/week. We would recommend pausing 6t before reversing 4t, otherwise they will likely cancel each other out. Please advise.

Regards,

█████

> On 18 Feb 2017, at 20:27, Chris Larsen <█████@ripple.com> wrote:
>
> H████ - on my bot4, could you start buying as long as we're below .006 usd.bitstamp.
> Thanks!
>
> Chris
>
> Chris Larsen | Executive Chairman
> Ripple, Inc.
> █████@ripple.com | www.ripple.com