# PX 382

Case 1:20-cv-10832-AT-SN Document 835-126 Filed 06/13/23 Page 1 of 3

| Message | |
|---|---|
| From: | Brad Garlinghouse [brad@ripple.com] |
| Sent: | 4/10/2016 7:39:21 PM |
| To: | [redacted]@ripple.com>]; Patrick [Patrick [redacted]@ripple.com>]; Monica Long [Monica Long [redacted]@ripple.com>] |
| Subject: | Fwd: XRP |

Sent from my iPhone

Begin forwarded message:

> **From:** [redacted]@ripple.com>
> **Date:** April 10, 2016 at 7:29:18 PM PDT
> **To:** Chris Larsen <[redacted]@ripple.com>
> **Cc:** Brad Garlinghouse <[redacted]@ripple.com>
> **Subject: Re: XRP**
>
> OK -- I will provide that direction to GSR. We will see how the market reacts, and I will provide a recommendation on Wednesday morning on how best to adjust.
>
> [redacted]
>
> On Sun, Apr 10, 2016, at 7:18 PM, Chris Larsen <[redacted]@ripple.com> wrote:
>> Let's try it.
>>
>> [redacted] - also hold off on ripple works sales
>>
>> Chris
>>
>> Chris Larsen | CEO
>> Ripple, Inc.
>> [redacted]@ripple.com | www.ripple.com
>>
>> On Apr 10, 2016, at 18:51, Brad Garlinghouse <[redacted]@ripple.com> wrote:
>>
>>> Given the sell off this weekend - I think we should halt the sales entirely tomorrow and Tuesday - and instead purchase $20k each day.
>>>
>>> That obviously lacks any analysis - so mostly just a gut reaction - but feels appropriate given the sell-off.
>>
>> --

CONFIDENTIAL                                                                                                   RPLI_SEC 0307809



CFO | Ripple
@ripple | ripple.com

CONFIDENTIAL                                                                                           RPLI_SEC 0307810