# PX 384 filed under seal as D.E. 631-183