PX 385

**Message**

**From:** ▮
**Sent:** 11/5/2015 3:27:43 PM
**To:** Chris Larsen [▮@ripple.com]
**CC:** ▮
**Subject:** Re: Bot 4t

Done. Stopped 4t

On Fri, Nov 6, 2015 at 1:20 AM, Chris Larsen <▮@ripple.com> wrote:
Hi Alexis - let's pause 4t for now - price is too low.
thanks

CHRIS LARSEN | CEO
▮@ripple.com | www.ripple.com


On Thu, Nov 5, 2015 at 8:16 AM, ▮ wrote:
Hello Chris,

Your bot 4t is currently stopped. Would you like us to run it with 0.5% and USD Bitstamp or should it continue halted?

Regards,
▮

FOIA Confidential Treatment requested by C. Larsen

LARSEN_NAT_00000008