# PX 6

1

1    IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ---------------------------------------------------x

3    SECURITIES AND EXCHANGE COMMISSION,

4              Plaintiff,        Case No.
                                 20-civ-10832(AT)(SN)
5         vs.

6    RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
     and CHRISTIAN LARSEN,
7
               Defendants.
8
     ---------------------------------------------------x
9

10

11
        ** CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER **
12

13

14

15                VIDEOTAPED DEPOSITION OF

16                    DAVID SCHWARTZ

17

18
                    919 Third Avenue
19
                  New York, New York
20

21                  May 26, 2021

22                   9:17 a.m.

23

24   Reported b:
     Cheryll Kerr, CSR
25   JOB No. 210526CK

2

1    IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ---------------------------------------------------x

3    SECURITIES AND EXCHANGE COMMISSION,

4              Plaintiff,        Case No.
                                 20-civ-10832(AT)(SN)
5         vs.

6    RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
     and CHRISTIAN LARSEN,
7
               Defendants.
8
     ---------------------------------------------------x

9

10

11      ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

12

13

14      VIDEOTAPED DEPOSITION OF DAVID SCHWARTZ, held

15   at the offices of Debevoise & Plimpton, LLP, located

16   at 919 Third Avenue, New York, New York, before

17   Cheryll Kerr, CSR, a Certified Shorthand Reporter

18   and notary public, on Wednesday, May 26th, 2021,

19   at 9:17 a.m.

20

21

22

23

24

25

3

```
1    COUNSEL FOR PLAINTIFF:

2    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
     NEW YORK REGIONAL OFFICE
3    BY: JORGE G. TENREIRO, ESQ.
     BY:  DAPHNA A. WAXMAN, ESQ.
4    BY:  JON A. DANIELS, ESQ.
     200 Vesey Street, Suite 400
5    New York, NY  10281-1022
     Phone:  (212) 336-1060
6    E-mail:  tenreiroj@sec.gov
     E-mail:  waxmand@sec.gov
7    E-mail:  danielsj@sec.gov

8
     COUNSEL FOR DEFENDANT RIPPLE LABS, INC.:
9
     DEBEVOISE & PLIMPTON LLP
10   BY:  ANDREW J. CERESNEY, ESQ.
     BY:  CHRISTOPHER S. FORD, ESQ.
11   919 Third Avenue
     New York, NY  10022
12   Phone:  (212) 909-6000
     E-Mail:  ajceresney@debevoise.com
13   E-mail:  csford@debevoise.com

14
                  - and -
15

16   KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
     BY:  BETHAN JONES, ESQ. (via Zoom)
17   Sumner Square
     1615 M Street, N.W.
18   Suite 400
     Washington, D.C.  20036
19   Phone:  (202) 326-7999
     E-mail:  bjones@kellogghansen.com
20

21

22

23

24

25   (Continued on the next page)
```

4

1    APPEARANCES:  (Cont.)

2

     COUNSEL FOR DEFENDANT BRADLEY GARLINGHOUSE:
3
     CLEARY GOTTLIEB STEEN & HAMILTON, LLP
4    BY:  NOWELL D. BAMBERGER, ESQ. (via Zoom)
     BY:  SAMUEL LEVANDER, ESQ.
5    2112 Pennsylvania Avenue, N.W.
     Washington, D.C.  20037
6    Phone:  (202) 974-1500
     E-mail:  nbamberger@cgsh.com
7    E-mail:  slevander@cgsh.com

8
     COUNSEL FOR DEFENDANT CHRISTIAN A. LARSEN:
9
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP:
10   BY:  MICHAEL E. GERTZMAN, ESQ. (via Zoom)
     BY:  CARLY M. LAGROTTERIA, ESQ. (via Zoom)
11   1285 Avenue of the Americas
     New York, NY  10019-6064
12   Phone:  (212) 373-3547
     E-mail:  mgertzman@paulweiss.com
13   E-mail:  clagrotteria@paulweiss.com

14
     Also Present:
15
     David Shereck, Legal Videographer
16   Ladan F. Stewart, SEC (via Zoom)
     Mark R. Sylvester, SEC (via Zoom)
17   Nicole Forbes, SEC (via Zoom)
     Kyle Chernak, Debevoise & Plimpton (via Zoom)
18   Scott Caravello, Debevoise & Plimpton (via Zoom)
     Lisa Zornberg, Debevoise & Plimpton (via Zoom);
19   Alex King, Kellogg, Hansen et al., LLP (via Zoom)

20
                    ***     ***     ***
21

22

23

24

25

5

1                           INDEX

2    WITNESS                                        PAGE

3    DAVID SCHWARTZ

4        Direct examination by Mr. Tenreiro          16

5        Cross-examination by Mr. Ceresney          409

6

7                          EXHIBITS

8                   (Premarked on page 17)

9    DS
     FOR ID          DESCRIPTION                     PAGE
10
     Exhibit 2    Multi-page printout from Bitcoin    231
11
                  Forum entitled "Latest Posts of
12
                  JoelKatz" dated April 15, 2013
13
     Exhibit 3    Multi-page printout from Bitcoin    226
14
                  Forum entitled "Latest Posts of
15
                  JoelKatz" dated April 17, 2013
16
     Exhibit 5    Multi-page printout from Bitcoin    246
17
                  Forum entitled "Latest Posts of
18
                  JoelKatz" dated May 13, 2013
19

20   Exhibit 6    Multi-page printout from Bitcoin    107

21                Forum entitled "Latest Posts of

22                JoelKatz" dated May 20, 2013

23

24

25   (Continued on the next page)

6

1                           EXHIBITS (Cont.)

2     DS
      FOR ID        DESCRIPTION                            PAGE
3
      Exhibit 7     One-page e-mail dated 6/10/2013        250
4
                    to from David Schwartz to
5
                    ███████████████
6
      Exhibit 9     Two-page document entitled             120
7
                    "XRP Ledger Amendment"
8
      Exhibit 11    Two-page GitHub printout               174
9
      Exhibit 13    Multi-page document entitled           196
10
                    "Validator Registry"
11
      Exhibit 14    Multi-page document entitled           179
12
                    "The Ripple Protocol Consensus
13
                    Algorithm"
14
      Exhibit 15    Multi-page document entitled           181
15
                    "Analysis of the XRP Ledger
16
                    Consensus Protocol" dated
17
                    February 21, 2018
18
      Exhibit 18    Three-page e-mail dated                184
19
                    4/16/19 from David Schwartz
20
                    ████████████████
21
      Exhibit 19    Document entitled "If Ripple            91
22
                    Failed, XRP died - General
23
                    Discussion - Xrp Chat"
24

25    (Continued on the next page)

```
 1                    EXHIBITS (Cont.)

 2     DS
       FOR ID        DESCRIPTION                  PAGE
 3
       Exhibit 20    Document entitled "Exchanges    270
 4
                     with XRP autobridging? (Aka 'I'm not
 5
                     going to spill the beans just yet') -
 6
                     General Discussion - Xrp Chat)
 7
       Exhibit 21    Four-page Twitter printout      256
 8
                     dated 5/5/2017
 9
       Exhibit 22    Multi-page document entitled    283
10
                     "Valuation Models - XRP The
11
                     Digital Currency vs. Ripple
12
                     the Company - XRP Trading
13
                     and Price Speculation - Xrp
14
                     Chat" dated 5/25/2017
15
       Exhibit 23    Multi-page document entitled    292
16
                     "For people asking about 'Coin
17
                     vs Protocol'" dated "29 juin"
18
       Exhibit 25    Two-page Twitter printout        51
19
                     entitled "David 'JoelKatz'
20
                     Schwartz on Twitter:
21
                     '@bitcoinlobo @SASchofield52
22
                     @Ripple I know it sounds
23
                     ridiculous tod…" dated 1/8/19
24
25     (Continued on the next page)
```

8

1                          EXHIBITS (Cont.)

2    DS
     FOR ID        DESCRIPTION                    PAGE

3    Exhibit 27    Five-page Insights article     198

4                  entitled "How We Are Further

5                  Decentralizing the XRP Ledger

6                  to Bolster Robustness for

7                  Enterprise Use" dated 5/11/17

8    Exhibit 30    31-page document entitled       66

9                  "What Did Ripple Do Wrong? -

10                 Page 4 - General Discussion -

11                 Xrp Chat"

12   Exhibit 31    E-mail dated 4/18/17 from      382

13

14

15

16

17   Exhibit 32    Nine-page printout from        260

18                 Bitcoin Forum entitled

19                 "[XRP] Ripple Speculation"

20

21

22

23

24

25   (Continued on the next page)

1                    EXHIBITS (Cont.)

2     DS
      FOR ID          DESCRIPTION                    PAGE
3
      Exhibit 34      26-page printout entitled      310
4
                      "Ripple sold $91.6 million
5
                      of its digital currency XRP
6
                      last quarter, as the price
7
                      surged almost 30,000% -
8
                      Press - Xrp Chat"
9
      Exhibit 35      10-page printout from Bitcoin  318
10
                      Forum entitled "Latest posts
11
                      of JoelKatz" dated 5/30/17
12
      Exhibit 36      35-page printout entitled       80
13
                      Ripple: The Most Prestigious
14
                      Team - General Discussion -
15
                      Xrp Chat"
16
      Exhibit 37      33-page printout entitled      394
17
                      "Insiders Dumpling? - Page 6 -
18
                      XRP Trading and Price
19
                      Speculation - Xrp Chat"
20

21

22

23

24

25    (Continued on the next page)

10

1                       EXHIBITS (Cont.)

2    DS
     FOR ID        DESCRIPTION                        PAGE
3
     Exhibit 38    26-page printout entitled           272
4
                   "How do you like your
5
                   misinformation?  Please,
6
                   feel free to correct him -
7
                   Off-Topic - Xrp Chat"
8
     Exhibit 39    24-page document entitled           326
9
                   "Can the first usage of
10
                   xRapid actually flood
11
                   the market with XRP? -
12
                   Page 3 - General
13
                   Discussion - Xrp Chat"
14
     Exhibit 40    34-page document entitled           351
15
                   "Ripple: 'The fundamental
16
                   Value of XRP' - Page 5 -
17
                   Press - Xrp Chat"
18
     Exhibit 42    Eight-page e-mail dated 12/31/17    219
19
                   from ████████@ripple.com to
20
                   ████████@ripple.com et al.
21

22

23

24

25   (Continued on the next page)

11

                        EXHIBITS (Cont.)

1

2   DS
    FOR ID          DESCRIPTION                    PAGE
3
    Exhibit 44      E-mail chain with the top      222
4
                    e-mail dated 11/13/18 from
5
                    Monica Long to ▮▮▮▮▮▮▮
6
                    ▮▮▮▮▮▮ et al.
7
    Exhibit 46      23-page document entitled      190
8
                    "Can Ripple labs reverse a
9
                    payment? - Page 2 -
10
                    Technical Discussion -
11
                    Xrp Chat"
12
    Exhibit 47      E-mail dated 2017-12-21        384
13
                    from ▮▮▮▮▮▮▮▮▮ to
14
                    David Schwartz et al.
15
    Exhibit 48      E-mail dated 2018-01-09        387
16
                    from ▮▮▮▮▮▮▮▮ to
17
                    David Schwartz et al.
18
    Exhibit 52      10-page document entitled      337
19
                    "I am David Schwartz,
20
                    Chief Cryptographer at
21
                    Ripple.  AMA!"
22

23

24

25   (Continued on the next page)

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

12

1                       EXHIBITS (Cont.)

2   DS
    FOR ID        DESCRIPTION                        PAGE
3   Exhibit

4   Exhibit 57    38-page document entitled          342

5                 "Why the world needs Ripple

6                 XRP - Whitepaper" dated

7                 January 15, 2020

8   Exhibit 58    Three-page document entitled        355

9                 "Considering that the banks

10                don't use XRP coins for their

11                transactions, how can the XRP

12                price go high even if the

13                banks adopt the Ripple

14                platform?" dated 11/12/17

15  Exhibit 59    Ripple document entitled            357

16                "Where a community about

17                your favorite things is

18                waiting for you" submitted

19                22 Jun 2017

20  Exhibit 60    Two-page document entitled           86

21                "Issuing Gateway vs. Private

22                Exchange - Gateways and

23                Exchanges - Xrp Chat"

24

25  (Continued on the next page)

13

1                          EXHIBITS (Cont.)

2    DS
     FOR ID        DESCRIPTION                   PAGE
3
     Exhibit 61    Four-page document entitled   360
4
                   "Forbes - The Bear Case for
5
                   XRP - Page 3 - Press - Xrp
6
                   Chat"
7
     Exhibit 63    E-mail chain with top e-mail  369
8
                   dated 7/13/18 from Brad
9
                   Garlinghouse to Asheesh
10
                   Birla et al., "Subject:
11
                   Coinbase decision"
12
     Exhibit 64    E-mail chain with top e-mail  372
13
                   dated 7/14/18 from Brad
14
                   Garlinghouse to Chris
15
                   Larsen et al.
16
     Exhibit 66    E-mail dated 7/23/18 from     379
17
                   Miguel Vias to Brad
18
                   Garlinghouse et al.
19
     Exhibit 68    E-mail chain with top e-mail  390
20
                   dated 7/18/19 from Brad
21
                   Garlinghouse to David
22
                   Schwartz
23

24

25   (Continued on the next page)

14

```
1                    EXHIBITS (Cont.)

2    DS
     FOR ID        DESCRIPTION                    PAGE
3
     Exhibit 69    E-mail chain with top e-mail     393
4
                   dated 3/31/2020 from David
5
                   Schwartz to Brad Garlinghouse
6
     Exhibit 70    E-mail chain with the top        213
7
                   e-mail dated 7/6/2020 from Brad
8
                   Garlinghouse to David
9
                   Schwartz et al.
10
     Exhibit 71    Eight-page document entitled     399
11
                   "David "JoelKatz" Schwartz
12
                   (u/sjoelkatz) - Reddit"
13
                   dated 7/3/18
14
     Exhibit 75    Nine-page document entitled      397
15
                   Opencoin Features Overview"
16
                   bearing Bates Nos.
17
                   DS_RPLI0002158 through
18
                   DS_RPLI0002166
19
     Exhibit 76    Four-page Twitter printout       201
20
                   entitled "David 'JoelKatz'
21
                   Schwartz on Twitter" dated
22
                   December 1, 2020
23

24

25   (Continued on the next page)
```

15

1                           EXHIBITS (Cont.)

2        DS
         FOR ID        DESCRIPTION                          PAGE
3
         Exhibit 77    Document entitled "Technical FAQ -   161
4
                       XRPL.org"
5
         Exhibit 80    Two-page e-mail chain with           375
6
                       top e-mail dated 6/20/18
7
                       from                 to
8
                             @ripple.com
9
         Exhibit 83    31-page document entitled "Master    404
10
                       Press Q&A"
11
         Exhibit 84    10-page entitled "Make XRP Great"    404
12

13                           ***     ***     ***

14

15

16

17

18

19

20

21

22

23

24

25

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

16

1              THE VIDEOGRAPHER:  Okay.  This is the

2          videotaped deposition of David Schwartz,

3          deponent, in the matter of SEC vs.  Christian

4          A. Larsen, defendants.  Case number is

5          20-civ-10832 and this deposition is being held

6          at Debevoise & Plimpton, at 919 Third Avenue,

7          New York, New York.

8              Today's date is Wednesday, May 26th, 2021

9          and the time is approximately 9:17 a.m.  My

10         name is David Shereck, certified videographer

11         with Gradillas Court Reporters, located at 400

12         North Brand Boulevard in Glendale, California.

13             All appearances will be noted on the

14         stenographic record, and the court reporter

15         today is Cheryll Kerr, also with Gradillas,

16         and will you please swear in the deponent?

17    D A V I D   S C H W A R T Z,

18    called as a witness, having been duly

19    sworn, was examined and testified

20    as follows:

21

22                     DIRECT EXAMINATION

23                   BY MR. TENREIRO:

24

25    (Continued on the next page)

17

```
 1                    (Thereupon, the following exhibits were

 2            premarked for identification:  DS Exhibit 2, 3,

 3            5, 6, 7, 9, 11, 13, 14, 15, 18, 19, 20, 21, 22,

 4            25, 27, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40,

 5            42, 44, 46, 47, 48, 52, 57, 58, 59, 60, 61, 63,

 6            64, 66, 68, 69, 70, 71, 75, 76, 77, 80, 83, and

 7            84.)

 8    BY MR. TENREIRO:

 9        Q.    Please state your name for the record.

10        A.    David Schwartz.

11        Q.    Mr. Schwartz, are you represented by counsel?

12        A.    I am.

13        Q.    Who is your counsel?

14        A.    Debevoise.

15        Q.    Okay.  My name is Jorge Tenreiro.  I'll be

16    asking questions today on behalf of SEC.

17        With me are my colleagues Daphna Waxman, Jon

18    Daniels, and other SEC staff members on the phone.

19        Mr. Schwartz, other than SEC testimony in this

20    case, have you ever given testimony under oath before?

21        A.    I have been deposed before.

22        Q.    In connection with what matter?

23        A.    Well, previously with this matter, and once

24    with an IRS matter involving a former employer of mine.

25                    MR. CERESNEY:  Mr. Tenreiro, just before
```

1           we proceed any further, just two stipulations

2           on the record.

3                One is that any objection by defense

4           counsel will be imputed to the other

5           departments, so defendants Garlinghouse and

6           Larsen --

7                (Thereupon, an informal discussion was

8           held off the record with the shorthand

9           reporter.)

10               MR. CERESNEY:  Any objection by one party

11          will be an objection by all parties.  That's

12          one stipulation.

13               The other stipulation is that this

14          transcript will be marked confidential under

15          the protective order in this case.  That's it.

16               (Thereupon, an informal discussion was

17          held off the record.)

18               THE VIDEOGRAPHER:  Off the record at 9:18

19          a.m.

20               (Recess taken at 9:18 a.m.)

21               (Resumed at 9:24 a.m.)

22               THE VIDEOGRAPHER:  Back on the record at

23          9:24.

24    BY MR. TENREIRO:

25

19

1          Q.     Thank you.  So, Mr. Schwartz, it sounds like

2     you've -- you know, you've given testimony or deposition

3     under oath.  Just briefly, to remind you, it's important

4     that we don't talk over each other.  If you wait for me

5     to complete my question before answering in order to

6     create a clear record, I'll try to do the same.  Please

7     give verbal answers rather than shaking your head or

8     nodding, and don't tell me the substance of any advice

9     that your lawyers have given you throughout the course

10    of today's deposition.

11         I'll start by asking you if there's any reason why

12    you cannot testify truthfully or accurately today.

13         A.     There is not.

14         Q.     Okay.  Mr. Schwartz, are you employed?

15         A.     Yes.

16         Q.     And where?

17         A.     I am employed by Ripple.

18         Q.     Since when?

19         A.     Well, I started work on what eventually

20    became the company Ripple in November of 2011, and I was

21    employed by the company since it was formed.

22         Q.     And what is your title today?

23         A.     My entitled today is chief technology

24    officer.

25         Q.     When did you get that title?

1          A.      I believe it was sometime in 2018.  I'm not

2      exactly sure.

3          Q.      Who do you report to today?

4          A.      I report to Brad Garlinghouse.

5          Q.      Before 2018, did you report to -- did your

6      reporting structure change when your title changed?

7          A.      It did.  Prior to that, I reported to Chris

8      Larsen.

9          Q.      Did you report to Mr. Larsen even when he was

10     no longer CEO of the company?

11         A.      Yes.

12         Q.      Okay.  Why did you report to him?

13         A.      A small number of employees, including

14     myself, remained in sort of the previous reporting

15     structure still reporting to Chris Larsen.

16         Q.      Who else remained reporting to Mr. Larsen?

17         A.      I know his executive assistant did, and I

18     believe █████████      did.

19                 (Thereupon, an informal discussion was

20             held off the record with the shorthand

21             reporter.)

22                 THE WITNESS:  ███████████     his

23             executive assistant, and ████████

24             ████████         Sorry.  I sometimes forget.

25                 THE SHORTHAND REPORTER:  It's okay.

1    BY MR. TENREIRO:

2        Q.    No problem.  Why did your reporting structure

3    change sometime in 2018?

4                (Pause.)

5                THE WITNESS:  Chris Larsen had been

6            reducing his day-to-day responsibilities with

7            the company over a period of time, and this

8            was just sort of a step in that process.

9    BY MR. TENREIRO:

10       Q.    Okay.  Does anyone report to you currently?

11       A.    No.

12       Q.    How is it you came to work for the company or

13   the project that became Ripple in November of 2011?

14       A.    ▆▆▆▆▆▆▆▆▆▆▆ had the original idea for what

15   eventually became the company, and he found me online.

16       Q.    Where online?

17       A.    I believe he was familiar with -- with who I

18   was and what I was doing at the time through my posts on

19   a Bitcoin forum, and then he posted a job offer on, um,

20   I think it was stack exchange careers, which was like an

21   experimental -- an experimental website at the time.

22       But -- and I think he had someone point me to it,

23   posted that job offer so I would specifically see it.

24       Q.    And what did you work or what can do you

25   before you started working on this project in November

22

 1   of 2011?

 2        A.    Prior to that, I worked for a software

 3   company in San Jose called ████████████████████

 4        Q.    What were you doing for them?

 5        A.    I was in charge of software development.

 6        Q.    Okay.  Can you briefly describe your

 7   educational background post-high school?

 8        A.    I studied electrical engineering at the

 9   University of Houston.

10        Q.    Anything else?

11        A.    No.

12        Q.    Okay, and what is your role at Ripple today?

13   What are your responsibilities?

14        A.    Today, I -- I have -- I am responsible for

15   the security of the company's XRP holdings, and

16   generally the direction of development, strategic

17   direction, those kinds of things.

18        Q.    What do you mean by "the security of the

19   company's XRP holdings"?

20              MR. TENREIRO:  Actually, strike that.

21   BY MR. TENREIRO:

22        Q.    Just for the record, what is XRP?

23        A.    A digital asset that trades on the

24   decentralized public ledger.

25        Q.    And what do you refer -- what do you refer to

1    that ledger as?

2         A.    The XRP Ledger.

3         Q.    Okay.  Just so that we can use the same

4    language, what do you mean by you are "responsible for

5    the security of the company's XRP holdings"?

6         A.    Digital assets like XRP can be stolen or

7    compromised in various ways, and one of my

8    responsibilities is to make sure that that does not

9    happen to the company's XRP holdings.

10        Q.    How much -- what are the company's XRP

11   holdings today?

12        A.    I would have to check to give you the exact

13   number, but roughly 50 billion XRP.

14        Q.    Okay.  Has that number changed over time?

15        A.    It has decreased over time.

16        Q.    Okay.  We'll get back to that.  So who -- who

17   wrote the code for what became the public version of the

18   XRP Ledger?

19        A.    Several hundred people.

20        Q.    What was your role in that?

21        A.    I was probably one of the two major

22   developers in the early days, then gradually reducing

23   over time.

24        Q.    In the very early days, 2011/2012 time

25   period?

24

1          A.    Yes.

2          Q.    Okay.  At that point, who was writing code?

3     Was it several hundred people back then?

4          A.    No.

5          Q.    Okay, so who was writing back then?

6          A.    The two primary developers were myself and

7     Arthur Britto.

8          Q.    Did you copyright the code?

9          A.    It's automatically copyrighted as soon as we

10    create it.

11               (Thereupon, an informal discussion was

12          held off the record with the shorthand

13          reporter.)

14               THE WITNESS:  It's automatically

15          protected by copyright as soon as we write it.

16    BY MR. TENREIRO:

17         Q.    What do you mean, "automatically protected by

18    copyright?

19         A.    My understanding of the way copyright in the

20    United States is that nothing specific needs to be done

21    for a work to be copyrighted.

22         Q.    Okay, and where did you derive that

23    understanding, without discussing the advice of counsel,

24    if you can answer that?

25         A.    Just various intellectual property issues

25

1    that I've been involved with throughout my entire

2    career.

3        Q.    Okay.  When was the XRP Ledger deployed to

4    the public?

5        A.    I would have to -- I would have to check the

6    exact dates, but I think it was either late 2012 or

7    early 2013.

8        Q.    Okay, and did XRP -- was XRP in the genesis

9    block for the ledger?

10       A.    Yes.

11       Q.    Okay, and when was XRP created?

12       A.    It's not really possible to answer that

13   question.

14       Q.    Why is that?

15       A.    Because the term XRP is not sufficiently

16   precisely defined to allow you to draw a bright line.

17       Q.    What would you need to define it in order to

18   draw a bright line?

19       A.    Some precise definition that was -- that will

20   enable you to say that on a particular date, what

21   existed was or was not XRP.

22       Q.    Let me ask you this:

23       Is it fair to say that at some point, Mr. Britto

24   wrote code that would define how the initial

25   distribution of XRP would occur?

1          A.    Yes, yes.

2          Q.    Okay, and what would --

3          What did that code provide in terms of the

4     distribution?

5          A.    That code placed 100 billion units, each

6     divisible into one million subunits, into the genesis

7     block.

8          Q.    Okay, and is it fair to say the ledger that

9     you were working on as reset a number of times before it

10    was deployed publicly?

11         A.    Yes.

12         Q.    And each time it was reset, what --

13         Would that be a sort of -- new genesis block each

14    time it was reset?

15         A.    Yes.

16         Q.    Okay, and so there was a sort of new

17    iteration of XRP each time there was a reset?

18         A.    I -- I hesitate to adopt that terminology,

19    again, because the term "XRP" --

20         It's a term that has a precise meaning today, but

21    it -- it can't necessarily draw that meaning back in

22    time.

23         Q.    Okay.  Fair enough.

24              (Pause.)

25    BY MR. TENREIRO:

1    Q.    Who decided to deploy the XRP Ledger

2    publicly?

3              MR. GERTZMAN:  Objection to the form.

4              (Thereupon, an informal discussion was

5         held off the record.)

6    BY MR. TENREIRO:

7    Q.    Go ahead.

8    A.    That was something that we had always planned

9    to do from the very, very beginning.

10   Q.    At what point did Mr. Larsen get involved

11   with that project?

12   A.    ████████        brought Chris Larsen in to be

13   CEO.  I couldn't place the time period exactly for you,

14   but prior to the formation of the company.

15   Q.    Was the company formed prior to the public

16   launch of the ledger?

17   A.    I'm not sure.

18   Q.    Okay.  Did Mr. Larsen have any role in

19   deciding to publicly launch the ledger?

20   A.    He was CEO at the time and he was present at

21   conversations about the timing, but I -- I couldn't tell

22   you how much inputs he provided.

23   Q.    Briefly, so that we're -- you know, I'm

24   trying to get on the same page, which is the XRP Ledger.

25   You already said something, but could you expand a

1    little bit?

2         A.    Sure.   The XRP Ledger is a public,

3    decentralized -- it is technically a blockchain that

4    stores and processes transactions to move XRP and other

5    digital assets.

6         Q.    You say, "technically a blockchain."  Why did

7    you say, "technically a blockchain"?

8         A.    The term "blockchain" has evolved over time,

9    but as I understand the meaning of the term

10   "blockchain," it meets the criteria to be considered a

11   blockchain.

12        Q.    What do you understand the meaning of the

13   term "blockchain" to be?

14        A.    I understand the meaning of the term

15   "blockchain" to be literally a chain of blocks, and by

16   "blocks," I mean chunks of information that contain

17   transactions.

18        And by "chain," I mean each block, except the first

19   one has a cryptographically secure reference to the

20   prior block.

21        Q.    And does the XRP Ledger --

22        Is the XRP Ledger a chain of blocks or is it a

23   chain of ledgers?

24        A.    You could --

25        You could use either terminology.   The way I use

1    the terms, a ledger is a block with some additional

2    information in it.

3         Q.    And does every block in the XRP Ledger or

4    every ledger, as whatever term we're using, have a

5    cryptographically secure reference to the prior block?

6         A.    Yes.  Except the first, obviously.

7         Q.    Except the first?  Now, is it also fair to

8    say that -- let's talk about blockchains generally.

9         A distributed blockchain is -- is run over several

10   computers, a network of computers?

11        A.    Yes.

12             MR. CERESNEY:  Objection to form.

13   BY MR. TENREIRO:

14        Q.    Is that also true for the XRP blockchain?

15        A.    Yes.

16        Q.    Sorry.  XRP Ledger.  Apologies.

17        Now, when the XRP Ledger was publicly launched, how

18   many nodes was the computer running -- was -- was the

19   network running on?

20        A.    I know at that time, there were three

21   validators, but I couldn't tell you how many -- other

22   nodes.  Let me rephrase a little more precisely.

23        There were three validators that were on what we

24   would call UNL.  There may have been other validators

25   running or other servers.  I couldn't tell you for sure.

1          Q.    Let's take it one step at a time.   What is a

2     validator in the context of the XRP Ledger?

3          A.    In the context of the XRP Ledger, a validator

4     is a node that coordinates with other nodes in the

5     consensus process.

6          Q.    And the consensus process achieves what

7     purpose?

8          A.    The purpose of the consensus process is to

9     break ties in the ledger.

10         Q.    Is one of the purposes to --

11         Well, is one of the purposes of the validators to

12    permit the ledger to continue moving forward?

13               MR. CERESNEY:   Objecting to form.   You

14          can answer.

15               THE WITNESS:   One of the purposes of the

16          validators is to ensure a consistent view of

17          the ledger as it moves forward.

18               Otherwise, there could be equally good

19          ways the ledger could make forward progress.

20               (Thereupon, an informal discussion was

21          held off the record with the shorthand

22          reporter.)

23    BY MR. TENREIRO:

24         Q.    So do the validators help the ledger make

25    forward progress?

1       A.      They ensure there's a -- that it's possible
2    to have a single view on how the ledger makes forward
3    progress.  It would make forward progress without them.
4       Q.      How would it make forward progress without
5    them?
6       A.      The way the software is designed, it's -- we
7    describe it as opportunistic.  That is, it makes forward
8    progress unless it is impossible to make forward
9    progress, which it basically never is.  The -- yeah, I
10   think I'll stop there.
11      Q.      Well, without the validators ordering
12   transactions, would there be double spin?
13      A.      What could happen is there could be
14   disagreement over -- over which ledger people wanted to
15   honor.
16      Q.      So fork, in other words?
17      A.      Yes, an unintentional fork.
18      Q.      Has there ever been a fork on the company
19   ledger since inception?
20      A.      There are forks of the type that you were
21   just talking about all the time.  I guess you would call
22   them minor or small forks.
23           But if the network is operating normally, they
24   don't cause any -- they don't cause any problem.  They
25   last -- you know, a couple of seconds.

1        Q.    So just to make sure I understand the insert,

2   have there ever been any forks on the XRP Ledger since

3   inception, other than minor forks that have not lasted

4   more than a few seconds?

5              MR. CERESNEY:  Objection to form.

6              THE WITNESS:  Right.  Other than those

7         minor things that are technically forks that

8         don't cause -- they're completely harmless and

9         you wouldn't even notice unless there were

10        specific -- there has not been a harmful

11        fork -- to my knowledge, at least -- since the

12        inception.

13             (Thereupon, an informal discussion was

14         held off the record with the shorthand

15         reporter.)

16   BY MR. TENREIRO:

17        Q.    When was the last time the XRP Ledger was

18   reset?

19        A.    I believe it was early -- late 2012, but I'm

20   not exactly sure.

21        Q.    Was it around the time it was publicly

22   deployed?

23        A.    I think it was within a couple months.  I'm

24   not sure.

25        Q.    And the 32,000 or so blocks that were lost

1    originally -- when was that, approximately?

2                MR. CERESNEY:  Objection.

3    BY MR. TENREIRO:

4        Q.    Were there -- has the XRP Ledger --

5        Are some of the original blocks or ledgers -- were

6    they lost?

7        A.    Yes.

8        Q.    Okay, and when was that, just in time?

9    Before or after the public launch?

10       A.    I think it was after, but I'm not certain.

11       Q.    Okay.  Does it affect the functioning of the

12   ledger today in any way?

13       A.    No.

14       Q.    Why not?

15       A.    The XRP Ledger is designed -- it doesn't

16   require you to have history in order to operate.

17       Q.    Every new ledger -- every closed ledger has

18   all of the information, in other words?

19       A.    Correct.

20                MR. GERTZMAN:  Objection to form.

21   BY MR. TENREIRO:

22       Q.    Okay.  So is it fair to say that your

23   recollection is that when the ledger was launched, there

24   were three validators that were engaged in the consensus

25   process?

1      A.    Yes.

2      Q.    And who operated or ran those validators back

3    then?

4      A.    My recollection is that until the incident

5    with the lost ledgers, ▮▮▮ ran them exclusively.

6      Q.    From his home?

7      A.    Well, he operated them for wherever they

8    were.  The validators themselves -- I believe they were

9    running on an Amazon infrastructure.

10      Q.    And the loss of some of the -- the loss of

11    some of the blocks caused a change in that, I guess?  Is

12    that what you're saying?

13      A.    Yes.

14      Q.    And what happened after that?

15      A.    After the incident with the lost blocks -- at

16    first, we didn't know --

17          We didn't know what had happened, so ▮▮▮ asked me

18    to investigate, and in order to do that, I needed access

19    to those validators.

20          Prior to that, I didn't have any role.  I'm not

21    even positive I knew that there were three.  I might

22    have.  I might not have.  At that point, it became

23    important that I look at the infrastructure.

24      Q.    What had happened, just briefly?

25      A.    All -- all three of the validators that Jed

1  was running at the time were built -- were built

2  substantially the same way.  They were on the same

3  infrastructure and they all ran out of disk space at

4  roughly the same time of the.

5      The software, at that point, didn't have any

6  safeties to handle that in the same way, so there was a

7  data -- relationships between data was lost.

8      Q.    Does the software have safeties to handle

9  that today?

10     A.    Yes.

11     Q.    Who programmed that into the software?

12     A.    I believe either myself or ████████  did

13 so immediately after that incident.

14     Q.    What language is the software program in?

15     A.    C++.

16     Q.    What was the function of XRP at the time that

17 the ledger was launched publicly?

18     A.    At that time the time, the primary function

19 of XRP was to sort of fund transactions pay for

20 transactions and prevent spam.

21     Q.    So -- and how much did the transactions cost

22 at that time, approximately?

23     A.    I don't remember exactly.

24     But it would have been much less than one XRP,

25 probably on the order of magnitude like a thousandth of

1    an XRP, possibly less.  I don't exactly recall.

2                    MR. GERTZMAN:  Objection.

3                    (Thereupon, an informal discussion was

4            held off the record with the shorthand

5            reporter.)

6    BY MR. TENREIRO:

7         Q.    Did -- you said, "fund transactions."

8         Was someone receiving the XRP when they engaged in

9    a transaction, or what was happening to the XRP?

10        A.    Transaction fees are destroyed.

11        Q.    So the XRP that was, let's say, charged by

12   the ledger for a transaction just disappears?

13        A.    Correct.

14                    MR. CERESNEY:  Objection to form.  You've

15            got to wait.

16                    THE WITNESS:  Yes.

17   BY MR. TENREIRO:

18        Q.    Is that still the case today?

19        A.    Yes.

20        Q.    And the cost of a transaction has changed

21   over time for this function only?

22        A.    I think -- I think there was at least one

23   change, but I don't recall for sure.

24        Q.    Who would have programmed that change?

25        A.    There was a change to the fee structure that

1   I originally designed, and it was implemented by the

2   team -- the team at the time.

3        Q.   The programmers?

4        A.   Yes.

5        Q.   When I asked you what the function of XRP was

6   at the time that the ledger was launched publicly, you

7   said at that time, the primary function was to sort --

8   sort the fund transactions.

9        A.   Uh-huh.

10        Q.   Was there any other function at that time?

11        A.   Very close to that time, there was another

12   function.

13        Q.   What was that?

14        A.   That was as -- as a sort of intermediary

15   currency between other assets on the ledger.

16        Q.   Is this in connection with the exchange that

17   Ripple constructed on the XRP Ledger?

18        A.   It is in connection with the decentralized

19   exchange.

20        Q.   Who created that exchange?

21        A.   That was a very early design idea in very

22   early 2012, and that was primarily developed by ▮▮▮▮▮

23   ▮▮▮▮

24        Q.   Does that function exist today?

25        A.   Yes.

1          Q.     Is it used today?

2          A.     Yes.

3          Q.     You know, how --

4          What's the order of magnitude of XRP used on that

5     today?

6          A.     I could not tell you offhand the magnitude of

7     XRP that's used.  I can tell you the value exchange is

8     on the order of $10 million a day, some XRP, some not.

9     I suspect XRP is the dominant fraction of that.

10         Q.     So it's other assets being exchanged for each

11    other?

12         A.     Yes.

13         Q.     What assets, for example?

14         A.     There are assets denominated in U.S. dollars,

15    other cryptocurrencies are there, and then there are

16    assets that represent either commodities or intangible

17    items.

18         Q.     Has Ripple ever sold XRP for use in this way

19    on this decentralized exchange on the ledger?

20                (Pause.)

21                THE WITNESS:  Ripple has sold XRP at

22                times when XRP was being used on the

23                decentralized exchange.

24    BY MR. TENREIRO:

25         Q.     But has Ripple ever sold it specifically for

1    that use, as far as you know?

2         A.    It's hard to make sense of that question.

3    Generally, we didn't know what people were going to use

4    XRP for.

5         Q.    Okay.  At some point, did another use for XRP

6    develop?

7         So we talked about the use as you've described the

8    first user, the primary use as sort of avoiding spam

9    transactions.

10        A.    Uh-huh.

11        Q.    Is that a fair characterization of that use?

12        A.    Yes.

13        Q.    And then we talked about the exchange.  At

14   some point, did other uses develop?

15        A.    Yes.

16        Q.    Okay, and let's start with when.

17        A.    Roughly 2014, XRP started being used

18   essentially as a means of payment.

19        Q.    And who developed that use?

20        A.    I don't know.

21        Q.    Was it someone at Ripple?

22        A.    No.

23        Q.    Did Ripple promote XRP as a means of payment?

24             MR. CERESNEY:  Objection to form.

25             THE WITNESS:  If you interpret "promote"

1              broadly enough, I believe, for example, we

2              circulated documents that mention that as a

3              use case.

4    BY MR. TENREIRO:

5         Q.    Okay.  All right.  Just to be clear, no one

6    at Ripple developed that use case; is that fair?

7         A.    I don't believe so.

8         Q.    Okay, and at any point in time, did any other

9    uses develop?

10        A.    I -- I think the -- I think there certainly

11   were others.

12        Q.    Well, actually, let me take a step back.

13   Earlier, when I asked you whether Ripple had ever sold

14   XRP specifically for use on the decentralized exchange,

15   you said it's hard to make sense of that question.

16   Generally, we didn't know what people were going to use

17   XRP for.

18        Is that also true with respect to XRP's use as a

19   means of payment?  Did Ripple ever sell it specifically

20   for that use, as far as you know?

21              MR. GERTZMAN:  Objection to form.

22              THE WITNESS:  Construing that broadly,

23              you could include some of our -- some of the

24              ODL uses.

25   BY MR. TENREIRO:

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021

41

1        Q.    Construing what broadly?

2        A.    Means of payment?  Yes.

3        Q.    You could construe some of the ODL -- well,

4   did Ripple sell XRP in connection with ODL?

5               MR. GERTZMAN:  Objection to the form.

6               (Pause.)

7               THE WITNESS:  Yeah, it -- it's hard to

8         give a "yes" or "no" answer to that question.

9   BY MR. TENREIRO:

10       Q.    Why is that?

11       A.    Both -- well, first of all, because I don't

12   know exactly what -- what -- what the nature of the

13   transactions that the ODL team negotiated were, and I

14   hesitate to characterize them as "sales" without knowing

15   more details about the nature of those transactions.

16       Q.    Okay.  Other than construing broadly means of

17   payment to include ODL, as far as you know, did Ripple

18   sell XRP as a means of payments?

19               MR. CERESNEY:  Objection to form.

20               THE WITNESS:  I don't know.

21   BY MR. TENREIRO:

22       Q.    Okay.  At some point, were there discussions

23   at Ripple about trying to develop XRP for use for banks

24   to use as a bridge currency?

25       A.    Yes.

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021

1     Q.   And did that use --

2     Did you have any involvement with -- any attempts

3  to develop that use?

4     A.   Yes.

5     Q.   When did that use case as a bridge currency

6  come into existence, if at all?

7     A.   I think --

8     I think, as I said previously, the use as a sort of

9  intermediary asset on the ledger was a very early idea,

10  early 2013.

11     Q.   Right.  No, I understand the idea, but my

12  question was a little bit different, which is:  When did

13  that idea actually come to fruition such that banks

14  might have used XRP as a bridge currency?

15          MR. CERESNEY:  Objection to form.

16          THE WITNESS:  To my knowledge, for banks

17       to be able to do that --

18       They wouldn't have been able to do it

19       without -- with the Ripple -- with something

20       made by Ripple until xRapid went live.

21       (Thereupon, an informal discussion was

22      held off the record with the shorthand

23      reporter.)

24       THE WITNESS:  With a product that Ripple

25      provided until xRapid was launched.

1              MR. TENREIRO:  XRapid.

2              THE SHORTHAND REPORTER:  Thank you.

3    BY MR. TENREIRO:

4        Q.    Which was when?

5        A.    I don't recall exactly.

6        Q.    Okay.  We can get to that.

7        As far as you know, are banks using the xRapid

8    product today?

9        A.    Today, the primary customers are not bank

10   financial institutions, payment -- payment providers.

11       Q.    So did the --

12       This idea that banks might use XRP as a bridge

13   currency -- has that actually come to fruition, meaning

14   do banks actually use XRP as a bridge currency today, as

15   far as you know?

16       A.    Not as far as I know.

17       Q.    Okay.  Is it fair to say that the people who

18   created the XRP Ledger are some of the people who

19   founded Ripple?

20       A.    Yes.

21       Q.    Is it fair to say that the people who created

22   XRP are some of the people who founded Ripple or created

23   Ripple?

24       A.    Yes.

25       Q.    Okay.  And Mr. Schwartz, you have an online

1     pseudonym; is that right?

2          A.     Yes.

3          Q.     That's Joel Katz?

4          A.     Yes.

5          Q.     With a K?

6          A.     Yes.

7          Q.     We can get into -- we will get into the

8     specific forum, but is it your understanding that --

9          Well, when you post online as Joel Katz, do you

10    typically identify yourself as a Ripple employee?

11         A.     Yes.

12         Q.     Okay.

13         A.     Yes.

14         Q.     Do you have any understanding whether the

15    people who read posts by Joel Katz understand that these

16    are posts by Mr. Schwartz?

17                    MR. CERESNEY:  Objection form.

18                    THE WITNESS:  My understanding is that

19              I'm pretty clear when I'm speaking for the

20              company and when I'm speaking for myself.

21    BY MR. TENREIRO:

22         Q.     Right.  Thank you, but my question is:  Do

23    you --

24         Do you know whether people understand that Joel

25    Katz is David Schwartz?  Separate from the company for a

1    second.

2                    MR. CERESNEY:  You're asking him to

3            speculate as to whether --

4                    MR. TENREIRO:  Really, to speculate.

5    BY MR. TENREIRO:

6        Q.    I mean, you're online a lot; is that fair to

7    say?

8        A.    Yes.

9        Q.    You interact with people online; is that

10   fair.

11       A.    Yes.

12       Q.    Okay.  So from your interactions, do you

13   think that these people know that Joel Katz is David

14   Schwartz?

15       A.    I have said so several times, but I don't

16   know what -- whether -- I don't know that ... I -- I

17   would have to speculate.  I would have to speculate.

18       Q.    Okay.  In terms of what you said a minute

19   ago, I think you said something along the lines of --

20   you made clear --

21       You said, "I'm pretty clear when I'm speaking for

22   the company and when I'm speaking for myself."  What did

23   you mean by that?

24       A.    I mean that I generally try to make clear

25   whether I'm speaking in my individual capacity or when

1    I'm making a statement for the company.

2          Q.   How do you do that?  How do you make that

3    distinction?

4          A.   It varies.  Sometimes by explicitly stating

5    it's not a position of the company, so sometimes by

6    explicitly stating that it is.

7          Q.   If you don't explicitly state either, which

8    is it?

9          A.   I think it's -- I think it's -- it would

10   generally be clear from context, but usually it's an

11   individual view.

12         Q.   So sort of like on Twitter where people

13   say -- you know, "Views are my own, not my company's"?

14         A.   Yes.

15         Q.   That's the idea?

16         A.   Yes.

17              MR. CERESNEY:  Objection to form.

18   BY MR. TENREIRO:

19         Q.   Okay.  What would the -- well, let's look at

20   the context.

21         You said it would be clear from the context.  What

22   context would I look for to know whether it's a company

23   view or an individual view?

24         A.   The type of statement that it was.

25         Q.   What do you mean, the type of statement?

1      A.    If a statement is a clearly personal view,

2    then someone would understand it to be a personal view,

3    whereas if it's the type of statement that a future CTO

4    would -- would hold, then it would be a more official

5    view.

6      Q.    A future CTO?

7      A.    Right.

8      Q.    What do you mean by that?

9      A.    If it's -- if I'm speaking in my capacity as

10   CTO of Ripple, it would be a position that would be --

11   that any CTO could make.  Even like a future CTO would

12   be bound to that position, because it was a -- had been

13   a statement from the office, if it's that type of

14   statement.

15     Q.    Before CTO, what was your title?

16     A.    Chief cryptographer.

17     Q.    Chief cryptographer was your title for the

18   entire period before CTO?

19     A.    I believe there was a brief period -- there

20   were --

21          There was a brief period, prior to the formation of

22   the company, where I either had no title or there might

23   have been an expectation that I might have the CTO title

24   at some point, but it was very quickly established it

25   would be CTO.

48

1      Q.    Fair enough.

2           (Thereupon, an informal discussion was

3      held off the record.)

4  BY MR. TENREIRO:

5      Q.    I just want to ask one question before we get

6  to the exhibits.

7      Are all the statements that you make online before

8  XRP on behalf of the company or on behalf of yourself?

9      A.    Most of them are on behalf of myself.

10     Q.    And all the statements that you make online

11  about Ripple -- are they on behalf of the company or

12  yourself?

13     A.    Most of them are on my own behalf.

14     Q.    Okay.  Does the company -- has the company

15  ever tried to sort of restrict the statements that you

16  make on your own behalf with respect to XRP or Ripple?

17     A.    Only with respect to pending litigation.

18     Q.    Okay.  Have you ever received direction from

19  the company about what you might post online?

20           MR. CERESNEY:  Other than counsel?

21  BY MR. TENREIRO:

22     Q.    Well, I don't want to get into the

23  conversations, but has counsel directed you to post

24  online?

25           MR. CERESNEY:  I'm not going to allow him

1           to answer what counsel has directed him to do.

2                If the question is "Have there been

3           discussions with counsel about his posts,"

4           that's a fair question.

5                If the question is what he's been

6           directed to do, I'll instruct him not to

7           answer.

8    BY MR. TENREIRO:

9        Q.   All right.  Let's ask the first question.

10       Have there been discussions with counsel about your

11   posts online?

12       A.   Yes.

13       Q.   Which counsel?

14       A.   Current counsel in -- current counsel in

15   the -- in this litigation.

16       Q.   Any other counsel before?

17       A.   Not that I recall.

18       Q.   Did you discuss any of your public posts with

19   counsel at Perkins Coie -- or did you discuss the --

20       Just "yes" or "no."  Did you discuss your public

21   posts with Perkins Coie counsel?

22       A.   Yes.

23       Q.   Okay.  Let's look at --

24       A.   No, I'm sorry.

25       I want to correct that answer.  I believe Perkins

1   Coie -- no, I did not.

2        Q.   Okay.  What about Paul Hastings?

3        A.   I don't believe so.

4        Q.   And so your --

5        Your current recollection is that the only counsel

6   you've discussed the subject of your posts with is

7   Debevoise?

8        A.   Yes, that's correct.

9        Q.   What about others at the company?

10       Have you discussed with nonlawyers at the company

11   your posts?

12       A.   Yes.

13       Q.   Have they directed you with respect to your

14   posts online?

15       A.   Yes.

16       Q.   And generally, what have they told you?

17            MR. CERESNEY:  I just -- just to be

18       clear, these are not lawyers?

19            THE WITNESS:  Right.

20            MR. CERESNEY:  Okay.

21            THE WITNESS:  Only both not to discuss

22       pending litigation, and occasionally, they

23       recommended a particular tweet.

24   BY MR. TENREIRO:

25

51

1        Q.    Have you followed those recommendations?

2        A.    Generally, yes.

3        Q.    Are those on behalf of the company or on

4   behalf of yourself?

5        A.    It's not really possible to answer in

6   general.

7        Q.    We would have to look at the specific ones?

8        A.    Yes.

9              MR. TENREIRO:  Okay.  Now, Exhibit 25.

10             I'm going to pass around -- the exhibits have

11             been premarked.  We e-mailed some to you.

12             There's a couple that have changed.  I will

13             let you know on the record when that occurs.

14             I will also note for the record we

15             accidently marked these with yesterday's date,

16             so -- you know, we're not intending to travel

17             back in time.  It's today's date.  This is

18             Exhibit 25, DS-25.

19             (Thereupon, a two-page Twitter printout

20             entitled "David 'JoelKatz' Schwartz on Twitter:

21             '@bitcoinlobo @SASchofield52 Ripple I know it

22             sounds ridiculous tod…' dated 1/8/19" was

23             introduced as DS Exhibit 25 for identification.)

24             MR. CERESNEY:  Just for the record, do

25             you have a copy?

 1                    MR. TENREIRO:  Yes.

 2                    MR. CERESNEY:  Just for the record, I

 3              understand that the exhibits will be e-mailed

 4              to the folks on the zoom so they have it.

 5                    MR. TENREIRO:  And we have the list of

 6              e-mails?

 7                    MR. CERESNEY:  Yes.  Daphna has the list

 8              of e-mails.

 9                    (Thereupon, an informal discussion was

10          held off the record.)

11                    MR. CERESNEY:  So if you want to ask

12              foundation questions --

13                    MR. TENREIRO:  Sure.  Sam is here, right?

14              We just need to e-mail it to Larsen's counsel.

15                    (Thereupon, an informal discussion was

16          held off the record.)

17                    MR. TENREIRO:  Okay.  Great.

18                    MR. CERESNEY:  Nowell's on the Zoom as

19              well, so he deserves a copy as well.

20                    MR. BAMBERGER:  Thank you.

21     BY MR. TENREIRO:

22         Q.    Mr. Schwartz, is this your Twitter account?

23         A.    Yes.

24         Q.    So -- sorry.  @JoelKatz is your Twitter

25     account?

53

1      A.    Yes.

2      Q.    Okay.  I'm referring you to a tweet towards

3  the middle of the page, where you say -- actually, it's

4  on the second page.  Do you see a tweet where you say:

5      "It is misleading to say Ripple had nothing to do

6  with the creation of XRP.  The people who created XRP

7  are pretty much the same as the people who created

8  Ripple, and they created Ripple originally to, among

9  other things, distribute XRP"?

10     Do you see that tweet?

11     A.    Yes.

12     Q.    Did you make that tweet?

13     A.    Yes.

14     Q.    Did the company direct you to make this

15 tweet?

16     A.    No.

17     Q.    Is this tweet on behalf of the company or

18 yourself?

19              (Pause.)

20              THE WITNESS:  I -- I don't really know.

21              (Thereupon, an informal discussion was

22         held off the record.)

23 BY MR. TENREIRO:

24     Q.    And if I'm reading the tweet, how could I

25 tell -- you know, this is David speaking or Mr. Schwartz

1    speaking or is this someone on behalf of the company?

2         What context here would I look to determine -- you

3    know, which of the two it was?

4              MR. CERESNEY:  I'm just instructing the

5         witness to look at the whole chain just so he

6         can put it in context.

7              MR. GERTZMAN:  I'm going to object to the

8         form.

9              THE WITNESS:  I don't know what someone

10        else would look to, but I would look to the

11        conversational flow of the chain to see this

12        is an individual engaged in a conversation.

13   BY MR. TENREIRO:

14        Q.   So looking at the conversational flow of the

15   chain, is this a tweet on behalf of Mr. Schwartz

16   individually or on behalf of the company?

17        A.   I don't really have an answer.  I don't know.

18        Q.   Okay.  Did anyone at the company ever ask you

19   to remove a post you've made online?

20        A.   Not that I can think of.  I don't believe so.

21        Q.   Have any of your posts been removed by you?

22        A.   There -- there are a couple cases.

23        Q.   What are those cases?

24        A.   One of them -- one -- one example would be

25   posts that like had a typo or some error, I just

1    removed.  Twitter has that function, so I removed it to

2    correct fairly immediately.

3        Q.    Any other examples that come to mind?

4        A.    I don't believe I've ever removed a

5    substantive post significantly after making it.

6        Q.    Was there something called --

7        A.    Oh, let me just say one thing.

8        There was one tweet that I made that someone said

9    was causing them to get abusive comments, and so I

10   deleted that post at their request.

11       Q.    Okay.  Was there something called XRP Forum?

12       A.    Yes.

13       Q.    Does that still exist?

14       A.    I think it may have changed its name.  It at

15   one time was Xrp Chat, and I believe it still exists in

16   one or the other form.

17       Q.    Who managed it?

18       A.    I cannot remember the name.

19       Q.    Was there something called XRP Wiki at some

20   point?

21       A.    I don't recall that, but there might have

22   been.

23       Q.    Okay.  Going back to the exhibit, Exhibit 25,

24   which you have in front of you, and the tweet that I

25   read, what did you mean when you say here that "The

1    people who created XRP created Ripple originally to,

2    among other things, distribute XRP"?

3         What does "distribute XRP" mean here?

4         A.    Give XRP to people so they could access the

5    ledger.

6         Q.    Okay, and is -- why are you --

7         What do you mean by "It's misleading to say Ripple

8    had nothing to do with the creation of XRP"?

9         A.    Precisely for the reason I state in the

10   second sentence, that the people who created XRP are the

11   same people that created Ripple, and one of their

12   objectives in creating Ripple was to give people XRP so

13   they could interact with the ledger.

14        Q.    Did there come a time when it sort of became

15   a talking point of the company to state publicly that

16   XRP was created after the company -- sorry -- before the

17   company was founded?

18                   MR. CERESNEY:  Objection to form.

19                   MR. GERTZMAN:  Form.

20                   THE WITNESS:  To my knowledge, we stated

21             it and then it became -- it sort of morphed

22             into a talk point because other people stated

23             that it was not true.

24   BY MR. TENREIRO:

25

57

1          Q.    Okay, and what -- what is -- what is your

2    understanding of the reason why people said it was not

3    true?

4                    MR. CERESNEY:  Objection to form.

5    BY MR. TENREIRO:

6          Q.    If any?

7                    MR. CERESNEY:  If you know.

8                    THE WITNESS:  I don't really know.

9    BY MR. TENREIRO:

10         Q.    Okay, and does -- why -- does Ripple -- does

11   Ripple --

12         Is Ripple's current sort of position to the public

13   that XRP was created before Ripple was created?

14                    MR. CERESNEY:  Objection to form.

15                    MR. GERTZMAN:  Objection to form.

16                    THE WITNESS:  We've always stated that.

17                    MR. TENREIRO:  Okay.

18                    (Pause.)

19   BY MR. TENREIRO:

20         Q.    Okay.  We'll talk about the consensus

21   mechanism a little more, but I want to ask you in the

22   last --

23         In the last step of the consensus process for the

24   XRP Ledger, when the last known ledger closes -- is that

25   the last step of the consensus mechanism?

58

1          A.     You can define the consensus -- so --

2          It's unfortunate that there's some confusion in

3    terminology.

4          Some people use the term "consensus" to mean

5    everything necessary to advance the ledger and have

6    ledgers that people rely on, and some people draw a

7    distinction between what's consensus and what's a

8    validation.

9          Q.     How do you think about it?

10          A.     Because I'm involved in the technical

11    process, I generally draw that distinction, but it's

12    generally less helpful to do that -- you know, in

13    conversation with people who are not technically

14    interested in it.

15          Q.     I actually am technically interested in the

16    details, so the validation process -- please -- so we're

17    on the same page, where do you draw the distinction?  So

18    let's start again.

19          There are some steps in this process where let's

20    say a node that's validating transactions puts out its

21    sort of idea of what the ledger should look like; is

22    that correct?

23                    MR. CERESNEY:  Objection to form.

24                    THE WITNESS:  That's what I describe as

25               the validation part of the process.

1   BY MR. TENREIRO:

2        Q.    Okay.

3        A.    As distinct from consensus.

4        Q.    And consensus is what part of the process?

5        A.    Consensus is the part of the process that

6   advances the ledger without necessarily establishing

7   finality.

8        Q.    Well, why would it not establish finality?

9        A.    That's validation's job.  You do have

10  to finality in order to be -- in order for --

11            (Thereupon, an informal discussion was

12        held off the record with the shorthand

13        reporter.)

14            THE WITNESS:  Sorry.  In order for

15        advancing the ledger to be useful, at some

16        point, you have to establish finality.  But

17        I -- I --

18            For technical precision, I prefer to

19        describe those as two separate processes:

20        Consensus, advance the ledger; validation,

21        establish finality.

22  BY MR. TENREIRO:

23        Q.    Which occurs first?

24        A.    Consensus.

25        Q.    Okay, and validation -- is this the last step

60

1    in this entire process?  Is that correct?

2                    MR. CERESNEY:  Objection to form.

3                    THE WITNESS:  Yes.

4    BY MR. TENREIRO:

5        Q.    Okay.  When --

6        So when validation occurs, is that the moment when

7    the last known ledger is closed?

8        A.    No.

9        Q.    That's the consensus part?

10       A.    Yes.

11       Q.    Okay.  When validation occurs, the ledger

12   advances?  The state of the ledger advances?

13       A.    It depends on how you define "state of the

14   ledger".

15       Q.    Well, how do you define it for purposes of

16   the moment when validation occurs?

17       A.    So the state -- consensus is always advancing

18   the state of the ledger, but if you define state of the

19   ledger as the confirmed state, then validation advances

20   that state of the ledger.

21       Q.    Okay, so let -- let's define it as the

22   confirmed state.

23       So validation advances the confirmed state of the

24   ledger?

25       A.    Yes.

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021

1      Q.    That's something you want to occur?

2      A.    That's the ultimate goal of this process.

3  These are all steps to achieve that end result.

4      Q.    When validation advances the confirmed state

5  of the ledger, where does that occur physically?

6      A.    In each individual node participating in or

7  moderating or participating in the process.  That's an

8  individual decision that each server makes.

9      Q.    So it occurs --

10     Just today, as an example, is it fair to say that

11  there are nodes engaging in this consensus validation

12  process all over the world?

13     A.    Yes.

14     Q.    Including the United States?

15     A.    Yes.

16     Q.    So is it your testimony that when the

17  validation advances --

18     When the validation process advances the confirmed

19  state of the ledger, this physically occurs in several

20  countries all over the world?

21            MR. CERESNEY:  Objection.  Are you asking

22       for a legal conclusion?

23            MR. TENREIRO:  No.  I'm asking him where

24       physically --

25            MR. CERESNEY:  You're just asking where

```
 1                    the servers are that are the validators?

 2                    MR. TENREIRO:  No.  I'm not asking him

 3              that.

 4    BY MR. TENREIRO:

 5         Q.    When the validation advances -- when the

 6    validation process advances the confirmed state of the

 7    ledger, where is that physically occurring?  If the

 8    answer depends on where the servers are, you can explain

 9    that.

10         A.    Each server independently tracks the state --

11    what it considers the last validated ledger, and it

12    advances its own state.

13         Q.    And so if a server is in the United States,

14    that is occurring in that server in the United States?

15         A.    That server will advance its own state where

16    that server is for its own purposes.

17         Q.    But you need -- you know, 80 percent of the

18    servers to advance sort of their agreed-upon state

19    ledger, right?

20                    MR. CERESNEY:  Objection to the form.

21                    THE WITNESS:  80 percent of the servers

22              that particular server has chosen to listen

23              to.

24    BY MR. TENREIRO:

25
```

63

1        Q.    Right.   Okay, so from the perspective of the

2   server that has chosen a particular set is it fair to

3   say that this validation process that confirms the

4   closed state of the ledger currencies on all of the

5   servers, it's distributed across all of the servers?

6        A.    Yes.

7        Q.    Okay.   All right.   What percent --

8        Do you know what percentage of the validate --

9   ledger validating nodes today are run in the United

10  States?

11       A.    I don't.

12       Q.    How would I find that out?

13       A.    I guess you could crawl the network.   You

14  would have to do a three-step process.

15       You'd have to crawl the network to identify all the

16  nodes, then check each node to see which are validating,

17  and then you could -- you could infer the geographic

18  location from the IP address.

19       Q.    All right.

20       A.    It would not be a perfect process, but it

21  would be reasonably accurate.

22       Q.    Do you know if any of the nodes use VPN to

23  mask their IP address?

24              (Thereupon, an informal discussion was

25         held off the record with the shorthand

1              reporter.)

2                    THE WITNESS:  I don't.

3   BY MR. TENREIRO:

4        Q.    Okay.

5        A.    I don't know why someone would other than to

6   maybe secure -- I think if they did, they would be more

7   likely to protect against being attacked than to mask

8   them.

9        Q.    Right, and Ripple has nodes that are ledger

10  validating nodes today; is that fair?

11       A.    Yes.

12       Q.    And where are the servers for that located?

13       A.    We've moved them several times.  I'm not sure

14  precisely where they are today.

15       Q.    Do you know what country they are in?

16       A.    I don't.

17       Q.    Who would know?

18       A.    I'm sure someone in our office.  I suspect

19  they are suspect they are geographically distributed for

20  fault tolerance, but I don't know for sure.

21       Q.    Do you know if some of them are in the United

22  States?

23       A.    I don't.  I would have to guess.

24       Q.    Okay.  We'll get back to the ledger.  Has --

25  did Ripple ever promote XRP as a virtual currency?

1              MR. CERESNEY:  Objection to form.

2              THE WITNESS:  I think Ripple described

3         XRP as a virtual currency.

4    BY MR. TENREIRO:

5         Q.    To whom?

6         A.    Every -- everyone.  I think just in general.

7         Q.    At what time?

8         A.    I don't recall when we started using the term

9    "virtual."  Do you mean like specifically the term

10   "virtual currency" or the concept?

11        Q.    The term.

12        A.    I don't know -- remember when we started

13   using it.

14        Q.    So I understand that your testimony is that

15   Ripple described XRP as a virtual currency, but did

16   Ripple ever promote XRP as a virtual currency?

17              MR. CERESNEY:  Objection to form.

18              THE WITNESS:  I don't know the difference

19         between promoting ... yeah, I can't really

20         understand where the boundaries of "promote"

21         would be.

22   BY MR. TENREIRO:

23        Q.    Okay.  Let's take a look at Exhibit 30.

24              (Informal discussion was held off the

25         record.)

1              (Thereupon, a 31-page document entitled

2         "What Did Ripple Do Wrong? - Page 4 - General

3         Discussion - Xrp Chat" was introduced as DS

4         Exhibit 30 for identification.)

5    BY MR. TENREIRO:

6         Q.    I'm handing you what was premarked DS-30.

7    It's a Reddit post, I believe.  Sorry, Xrp Chat post.

8    There's a lot of pages.  I'm just going ask you about a

9    post on page 22.

10        You can look at whatever you need.  I apologize for

11   the way these print.  I haven't figured out a better way

12   to do it.  Perhaps afterward, you will tell me how.

13        A.    I have the same problem.

14        Q.    Yeah, so I'll just --

15        There's no Bates number, because this is just from

16   online -- you know, Xrp Chat.

17        A.    There are small page numbers.

18        Q.    Yeah, there's page numbers.  I'm looking at

19   22, but there's no Bates number.

20        A.    Oh, I got you.

21        Q.    The post at issue, I believe, was posted on

22   April 2nd, 2017.

23              (Thereupon, an informal discussion was

24         held off the record.)

25              THE WITNESS:  So what page did you want

```
 1                     to call my attention to?
 2                         MR. TENREIRO:  22.  22, please.
 3                         MR. CERESNEY:  You will see that you're
 4                     responding to the -- lots of posts, so take
 5                     your time.
 6     BY MR. TENREIRO:
 7          Q.    Yeah.
 8          A.    Difficult to tell who said what in some
 9     places.
10          Q.    Maybe -- maybe this will help.  If you look
11     at the post, I believe -- but you can tell me if it's
12     wrong, That you're quoting certain posts and then
13     posting a response, as indicated by some of the
14     quotation marks.
15          There's something in quotation marks.  Then there's
16     something else without quotation marks and so on a
17     number of times.
18          A.    Yes.
19          Q.    Is that -- first of all, what is Xrp Chat?
20          A.    It's a -- a forum that was created in the
21     very early days to discuss XRP.
22          Q.    Who created it?
23          A.    I -- I knew, but I don't recall.
24          Q.    Was it someone at Ripple?
25          A.    No.
```

1          Q.    And this -- this --

2          What appears to be this format where you have

3     something quotes and then something not in quotes -- is

4     that sort of familiar to you as a way that you might

5     have made a post?

6          A.    Yes.

7          Q.    Okay, and you see the title of the thread is

8     "What did Ripple do wrong?"  Do you see that?

9          A.    Yes.

10         Q.    Do you recall this thread at all?

11         A.    Not at all, no.

12         Q.    Okay.  So just looking at the post, there's a

13    part where it says "Failure to promote XRP's currency."

14    That's in quotation marks.

15         Do you see that part?

16         A.    Yes.

17         Q.    You say:

18         "We didn't think it made sense to take Bitcoin on

19    head on at its strength."

20         Do you see that?

21         A.    Yes.

22         Q.    What was Bitcoin's strength that you were

23    referring to here?

24         A.    At that time, Bitcoin was being positioned as

25    peer-to-peer digital cash as a -- as a means of

69

1    peer-to-peer value exchange.

2         Q.   So Ripple's strategy as a company was not to

3    pursue that?  Why not?  Why was that the strategy?

4         A.   Two reasons.  One is that anyone could do

5    that.  There was no particular reason why Ripple would

6    do that.  It was something anyone could do.  It didn't

7    play to our strengths.

8         I think the other one was we kind of felt that

9    Ripple -- that Bitcoin kind of -- that was Bitcoin's

10   thing, so to go head to head against a market leader --

11   you know, you would constantly face "Why not just use

12   Bitcoin for that?"

13        Q.   Right, and here you say --

14        Is this post on behalf of the company or on behalf

15   of yourself?  To the extent you say, "we" does that give

16   context to the reader?

17        A.   Yeah, I think that I -- I would agree.

18        Q.   Do you agree that the word "we" gives context

19   to the reader?

20        A.   Yes.

21        Q.   Okay, and does that mean it's on behalf of

22   you or on behalf of the company?

23        A.   I think someone would take this to be my view

24   of what the company was doing, and then -- and then with

25   me being an employee of the company, obviously, that has

1    more weight than a random person's view of why a company

2    does it.

3         Q.   Sure.  So is it fair to say that --

4         Is it fair to say that Ripple did not promote XRP

5    as a -- as a cash-to-cash exchange like Bitcoin was?

6              MR. CERESNEY:  Objection.  I don't think

7         that was the term he used.

8    BY MR. TENREIRO:

9         Q.   Okay.  Answer, please.

10        A.   I'm sorry.  Could you --

11        Q.   Yes.  Is it fair to say that Ripple did not

12   promote XRP as a digital currency, at least up until the

13   point of this post?

14        A.   Ripple --

15             MR. GERTZMAN:  Objection to form.

16             THE WITNESS:  Ripple was not actively

17        pursuing that use case.

18   BY MR. TENREIRO:

19        Q.   Okay.  Is it pursuing that use case today?

20             (Pause.)

21             THE WITNESS:  A little -- a little bit.

22   BY MR. TENREIRO:

23        Q.   Please explain.

24        A.   We have some strategies that could -- that

25   could facilitate those types of use cases.

71

1        Q.    Which ones?

2        A.    Well, for example, the xPring strategy.

3               (Thereupon, an informal discussion was

4         held off the record with the shorthand

5         reporter.)

6   BY MR. TENREIRO:

7        Q.    In what way does the xPring strategy

8   potentially facilitate those types of use cases?

9               MR. CERESNEY:  Objection.

10              THE WITNESS:  At least two ways.

11              One would be some of the partners --

12         people -- companies that we were providing

13         investment or -- advice to or pursuing use

14         cases in that direction, and then some of the

15         software we were developing could be used by

16         those people who had those use cases in mind.

17   BY MR. TENREIRO:

18        Q.    And do you have -- with respect to the part

19   of the strategy -- sorry.  Some of the --

20        With respect to the companies that were pursuing

21   use cases in that direction, do you have knowledge as to

22   what the status of their pursuit is?

23              MR. CERESNEY:  Objection.  You used "that

24         direction."  It's ambiguous, but --

25              MR. TENREIRO:  Well, he said, "that

1           direction," and I was asking about the use

2           case as a Bitcoin-like currency.

3                So I'm assuming that's what he meant when

4           he said, "that direction," but if that's not

5           correct, let me know.

6                MR. CERESNEY:  It should be clear in your

7           answer what you're talking about.

8  BY MR. TENREIRO:

9      Q.    So let's take a step back.

10     I asked you in what way does the xPring strategy

11 potentially -- you know, further the use cases we were

12 discussion here, which is the -- you know, digital

13 currency use?

14     And I think you said two ways.  One would be some

15 of the partners of companies we were providing advice to

16 are pursuing cases in that direction.

17     When you said that direction, did you mean the

18 discussion we're having now, the sort of medium of

19 exchange use cases?

20                MR. CERESNEY:  I think you used a term

21           that hasn't come up until now, "medium

22           exchange."

23                MR. TENREIRO:  Sorry.  He said -- he

24           said, "medium of currency exchange" earlier.

25                (Pause.)

73

```
1    BY MR. TENREIRO:

2         Q.   So let's start again.  Has Ripple --

3         So does Ripple today promote XRP as a digital

4    currency, as this term is used in the exhibit?

5              MR. GERTZMAN:  Objection to the form.

6              THE WITNESS:  That's not a use case that

7         we are directly pursuing.

8              But we do assist other people who are

9         pursuing it, and we certainly do describe it

10        as having the use case.

11   BY MR. TENREIRO:

12        Q.   The people who are pursuing it -- that

13   includes the Xpring companies, correct?

14        A.   They are among -- they would be among that

15   group, yes.

16        Q.   What is the status of their pursuit of that

17   use case, if you know?

18        A.   I don't.

19        Q.   Who knows?

20        A.   Those individual companies.

21        Q.   Does anyone at Ripple know?

22        A.   I don't -- I don't know.

23        Q.   Okay.  Are you aware of a settlement between

24   Ripple and FinCEN in 2015?

25        A.   Yes.
```

74

1          Q.      What was the settlement about, in your own

2      terms?   Not what counsel has told you.   Just what's your

3      understanding?

4          A.      My understanding is FinCEN alleged we didn't

5      comply with laws regarding enforcement of sanctions and

6      transmission of money.

7          Q.      Did -- do you --

8          Are you aware of a settlement between Ripple and

9      the Department of Justice in 2015?

10                 (Thereupon, an informal discussion was

11             held off the record with the shorthand

12             reporter.)

13                 THE WITNESS:   Yes, I am.

14     BY MR. TENREIRO:

15         Q.      And your understanding -- layman's, no legal

16     advice -- what is that settlement?

17         A.      My understanding of that settlement is that

18     Department of Justice and FinCEN agreed not to prosecute

19     Ripple for those violations in exchange for Ripple

20     agreeing to a series of stipulations.

21         Q.      At that point in time, did you derive an

22     understanding -- and by "that point in time," I mean at

23     the time of the settlements, did you derive an

24     understanding as to whether XRP was a currency, based on

25     those statements -- based on those settlements?

1          A.     That was a factor in my understanding of the

2     status of the XRP.

3          Q.     Okay, and did you derive an understanding as

4     to whether the statements -- sorry.  I keep saying, "the

5     statements."

6          Did you derive an understanding as to whether the

7     settlements sort of meant that Ripple did not have to

8     comply with other statutes with respect -- that might

9     govern XRP?

10               MR. CERESNEY:  Objection, and also direct

11               you not to reveal any discussions you might

12               have had with counsel.

13               THE WITNESS:  My layman's understanding

14               at the time was that that meant that the

15               position of the U.S. Attorney's office and

16               Department of Justice was that XRP would be

17               regulated and a form of -- as a form of --

18               something more currency or commodity-like.

19     BY MR. TENREIRO:

20          Q.     Did you derive an understanding what the

21     SEC's position with regards to XRP would be based on

22     those settlements?

23          A.     I did not.

24          Q.     Do you know if others at Ripple derived an

25     understanding --

1                    MR. CERESNEY:  Again --

2    BY MR. TENREIRO:

3        Q.    -- on what the SEC's position on what XRP

4    would be based on these settlements?

5                    MR. CERESNEY:  Again, I'll instruct you

6            not to -- not to discuss conversations with

7            counsel.

8                    THE WITNESS:  I didn't have any

9            conversations with employees about that, so I

10           couldn't -- I would have to speculate about

11           what conclusions they might have drawn.

12    BY MR. TENREIRO:

13       Q.    Did the settlement --

14       Did these settlements change your understanding as

15    to whether XRP was, in fact, a digital currency as the

16    term is used in the exhibit we're looking at?

17       A.    I don't think it significantly exchanged

18    my -- it was consistent with what I already expected.

19       Q.    What do you mean, what you had "already

20    expected"?

21       A.    My expectation -- again, I'm not in

22    compliance and this isn't my field expertise, but my

23    expectation was the government would treat XRP as akin

24    to a commodity.

25       Q.    Let me -- I'm trying to understand, now,

77

1    you -- in Exhibit 30, you say -- you know.

2        You respond to this point that says "failed to

3    promote XRP as a digital currency" by saying, "We didn't

4    think it make sense to take on Bitcoin head-on as its

5    strength."

6        A.    Uh-huh.

7        Q.    Did the FinCEN settlement sort of change your

8    understanding about whether XRP was a digital currency

9    or not?

10            MR. CERESNEY:  I'm going to object,

11        because you're using this document to say

12        something about the definition of the -- of

13        XRP as a currency versus the use case that

14        Ripple was promoting.

15            But you can answer the question, if you

16        can.

17            (Pause.)

18            THE WITNESS:  So I'm responding here

19        to -- in -- in the statement "failed to

20        promote XRP as a digital currency."

21            What I understand that to mean is that

22        Ripple did not pursue a use case similar to

23        Bitcoin's use case, and I testified previously

24        to the reasons why we didn't do that.

25            I don't see a connection between that and

78

```
1              the FinCEN statement and my -- my

2              understanding as a result of the FinCEN

3              settlement.

4                  But that didn't significantly change my

5              understanding.  It was roughly consistent with

6              what I had expected at the time.

7    BY MR. TENREIRO:

8         Q.    Do you have an understanding as to why if

9    Ripple did not pursue a use case similar to Bitcoin's

10   use case -- you know, you had to enter into a settlement

11   with FinCEN at all?

12        A.    I don't know if this -- this particular

13   statement was before or after the settlement with

14   FinCEN.

15        Prior to the settlement with FinCEN, my view would

16   have been that there was no particular reason why Ripple

17   would pursue that use case, but we could have, and it

18   might have been successful.  It just might not have been

19   the best use of resources.  After that, my view was more

20   that it wasn't tenable for Ripple to pursue that use

21   case.

22        Q.    Not tenable for what reason?

23        A.    Because we had agreed with FinCEN on things

24   that would make -- basically make it impractical to be

25   compatible with Bitcoin if -- at that time.
```

79

1          Q.     This includes the stipulations you mentioned

2     earlier?

3          A.     Yes.

4                 (Pause.)

5     BY MR. TENREIRO:

6          Q.     I want to show you another exhibit which

7     relates to this, which is 36.

8          Actually, before we do that, do you know if others

9     at Ripple agree that it wasn't tenable or -- sorry --

10    practical -- practicable to pursue the use case we've

11    been discussing after the FinCEN settlement?

12         A.     My recollection is that we had discussions.

13    I don't recall specifically who, and that that was the

14    predominant view.  That's my recollection.

15         We weren't planning to pursue it anyway, so it

16    wasn't -- it wasn't a couldn't controversial issue,

17    because it wasn't something that was our strategy

18    anymore.

19         Q.     Did the discussions include Mr. Larsen?

20         A.     I don't believe so.

21         Q.     Did they include Mr. Garlinghouse?

22         A.     I don't know for sure.

23                MR. TENREIRO:  Do you want a break,

24            Andrew?

25                MR. CERESNEY:  Yes.

80

1             MR. TENREIRO:  Let's go off the record.

2             THE VIDEOGRAPHER:  Going off the record

3         at 10:30.

4             (Recess taken at 10:30 a.m.)

5             (Resumed at 10:44 a.m.)

6             THE VIDEOGRAPHER:  Back on the record at

7         10:44.

8             (Thereupon, a 35-page printout entitled

9         "Ripple: The Most Prestigious Team - General"

10         was introduced as DS Exhibit 36 for

11         identification.)

12   BY MR. TENREIRO:

13       Q.    Okay.  Mr. Schwartz, we handed you what was

14   premarked as Exhibit 36.  It's another Xrp Chat

15   printout.  I'm going to look -- this one has 35 pages.

16       My focus is on page 15, which appears to be a post

17   on May 5th -- May 21st, 2017.  The prior exhibit, as I

18   think we discussed, was in April of 2017.

19       A.    Uh-huh.  Yes.

20       Q.    Here, if you take a moment to read, it seems

21   like you're responding to someone who posted with a lot

22   of all caps.

23       You say, "This is a good argument that it doesn't

24   make sense for ordinary people to hold cryptocurrencies

25   yet.  This is one of the reasons Ripple didn't pursue a

1    retail use case like Bitcoin did."

2        Can you please explain what you mean by "retail use

3    case"?

4        A.    I mean a use case where people hold

5    cryptocurrencies and use them as money.

6        Q.    And is this -- is it fair to say this was

7    your view in 2017?

8        A.    Yes.

9        Q.    Is that still your view today?

10        A.    Yes.

11        Q.    Okay.  Does Ripple today sell XRP for people

12    to hold and use XRP as money?

13        A.    Ripple sells XRP and some people do use it as

14    money.

15        Q.    Does Ripple, when it sells XRP, look for

16    people that are going to hold and use it as money as the

17    buyers?

18        A.    I don't --

19        If you're talking about programmatic sales, Ripple

20    doesn't choose the buyers.

21        Q.    Yeah, so I'm talking about any sales.  So

22    let -- we can talk about programmatic sales.  Who

23    chooses the buyers?

24        A.    They're chosen by the exchange.

25        Q.    Does the exchange choose them or is it more

1    the buyers sort of choosing themselves by introducing

2    the transaction?

3                    MR. CERESNEY:  Objection to form.

4                    THE WITNESS:  You could describe it

5               either way.

6    BY MR. TENREIRO:

7         Q.    Does Ripple provide the exchanges any

8    instructions that they -- you know, should choose the

9    buyers based on whether they're going to hold and use

10   XRP as money?

11        A.    I can't imagine that they would be receptive

12   to that type of advice.

13        Q.    Why?

14        A.    Because they -- they operate algorithmically.

15        Q.    You mean the exchanges?

16        A.    Yes.

17        Q.    By the way, the exchanges --

18        What interaction do they have with the XRP Ledger

19   for the purpose of selling the XRP to the buyers we were

20   discussing?

21                   MR. CERESNEY:  Objection to form.

22                   THE WITNESS:  My understanding is that

23               they receive XRP from people who wish to sell

24               it, then they send out XRP to people who have

25               purchased it and those transactions take place

1          on the XRP Ledger.

2    BY MR. TENREIRO:

3        Q.    And just to be clear, when they receive XRP

4    from people who wish to sell it, does that include

5    Ripple's programmatic exchanges, programmatic sales?

6        A.    I believe so.

7        Q.    Okay.  You referred to programmatic sales.

8        Are there any other type of XRP sales that Ripple

9    engages in?

10       A.    Over-the-counter sales.

11       Q.    With respect to the over-the-counter sales,

12   does Ripple sell XRP to people who would use -- hold and

13   use XRP as money?

14                MR. CERESNEY:  Objection.

15                MR. GERTZMAN:  Objection to form.

16                MR. CERESNEY:  You used the present

17           tense.  Is that what your intention --

18                MR. TENREIRO:  Yes.

19   BY MR. TENREIRO:

20       Q.    With respect to the counter sales, does

21   Ripple sell XRP to persons who would hold and use XRP as

22   money?

23       A.    I don't --

24                MR. GERTZMAN:  Objection to form.

25                THE WITNESS:  I don't know the criteria

84

1                    for our current over-the-counter sales.

2    BY MR. TENREIRO:

3         Q.    And what about historically?  Were there --

4         Were there criteria for the over-the-counter sales

5    related to whether people would hold and use XRP as

6    money?

7                    MR. CERESNEY:  Objection.

8                    (Pause.)

9                    THE WITNESS:  I don't know.

10   BY MR. TENREIRO:

11        Q.    Okay.  Who would know?

12        A.    I'm not sure who was in charge of

13   over-the-counter sales.  Yeah, I'm not sure.

14        Q.    So the person in charge of the

15   over-the-counter sales might know?

16        A.    Well, they might not have chosen the

17   criteria, but I presume they would know what the

18   criteria were.

19        Q.    Okay.

20                    (Thereupon, an informal discussion was

21          held off the record.)

22   BY MR. TENREIRO:

23        Q.    Mr. Schwartz, do you recall at times

24   referring to Ripple's gateway strategy with respect to

25   XRP?

1      A.    Yes.

2      Q.    Could you just for the record what you mean

3    by "gateway strategy"?

4      A.    Yes.  That was one of Ripple's first

5    strategies that deserves to be called a strategy.  The

6    gateway strategy is that people would use the XRP Ledger

7    as a multi-asset ledger to transact largely in the

8    assets that they were traditionally comfortable, with

9    like dollars.

10      If they wanted cryptocurrencies, they could, and

11    the ledger would sort of act as a giant decentralized

12    exchange with XRP as the transaction fee currency and as

13    an intermediary asset.

14      Q.    And is that --

15      Is that strategy different from what we discussed

16    earlier this morning, that you described generally as an

17    exchange on the ledger where there's a 10 million a day

18    volume?

19      A.    Those are substantially the same thing.

20      Q.    Those are substantially the same?

21      A.    Yes.  The gateway strategy and current

22    operation of the decentralized exchange are

23    substantially the same end result.

24            (Thereupon, a two-page document entitled

25         "Issuing Gateway vs. Private Exchange - Gateways

1              and Exchanges - Xrp Chat" was introduced as DS

2              Exhibit 60 for identification.)

3    BY MR. TENREIRO:

4        Q.    Okay.  Let's look at Exhibit 60, please.

5        A.    Okay.

6        Q.    This is an excerpt from Xrp Chat.  I don't

7    know how this printed so neatly compared to the other

8    ones.

9          It's two pages, and it appears to be a post on

10   January 24th.  I'm not sure what the year is.  I believe

11   it's 2018, but I can't represent that to you.

12       A.    Yes, I see that.

13       Q.    Just by reading it, could you tell us what

14   year it was?

15       A.    Well, since I did say we did pursue a gateway

16   strategy for several years, we began that strategy in

17   2014.

18       Q.    Can I direct you to the bottom of the first

19   page where you say, "xRapid is our first big push to

20   connect payments to XRP settlement"?

21         And my only question is if that sort of clues you

22   in as to more or less when this post was made.

23       A.    Well, it would have had to have been after we

24   used the term xRapid as well.

25       Q.    Okay, so that's -- that's fine.  So first,

1    you say, "Ripple is not targeting XRP at retail use"

2    and the word "retail" is in quotation marks.

3         Now, did you have the same meaning there as you did

4    in Exhibit 36 we saw a minute ago, when you say, "retail

5    use"?

6              (Pause.)

7              THE WITNESS:  I think so.

8    BY MR. TENREIRO:

9         Q.   And just for the record, does that mean --

10   does that mean hold and use XRP as money?

11        A.   That means people holding and using XRP as a

12   means of payment beyond the decentralized exchange and

13   transaction fees.

14        Q.   Okay.  By the way, on the second page, it

15   appears that your response is in 2018.  If you take a

16   look, there's an actual year marker there.  Thank you.

17        A.   I see that, yeah.

18        Q.   Is that consistent with sort of your

19   recollection when this post might be?

20        A.   That's certainly reasonable.

21        Q.   Yeah.  When you say, "There are a variety of

22   reasons for this, including the regulatory challenge,"

23   what -- what regulatory challenge -- is that the FinCEN

24   issue?

25        A.   I believe it must have been, yeah.

88

1        Q.    You say, "It's also because we -- at least

2    some of us -- don't think any cryptocurrencies are quite

3    ready for mass adoption through this route yet."

4        Is that a similar sentiment as what we saw in

5    Exhibit 36, your view that -- you know, cryptocurrencies

6    aren't ready to be used as cash?

7        A.    Well, not -- not mass adoption.

8        Q.    As opposed to some people might do it, but

9    not mass adoption?

10       A.    Exactly.  People who are specifically

11   interested might do so, but it wouldn't be ready from

12   like a mass retail use case.

13       Q.    And here -- then, you say, "We did pursue a

14   Gateway strategy for several years."

15       So is that gateway strategy the exchange on the XRP

16   Ledger of assets for each other --

17       A.    Uh-huh.

18       Q.    -- that we were talking about?

19       A.    Yes.

20       Q.    Why did you say "did pursue" in the past

21   tense, if you're still pursuing it here?

22       A.    This probably was after we stopped pursuing

23   that strategy.

24       Q.    Oh.

25       A.    Well, let me rephrase.  It's not clear from

1      this that I necessarily mean that we weren't still --

2      and without -- without --

3          I would have to check the timeline for precisely to

4      know for sure.  This is consistent with either us still

5      pursuing it or us having pursued it.

6          Q.    The next sentence says:

7          "We had a very hard time on boarded gateways.  An

8      unreliable gateway is probably worse than no gateway.

9      Gateways face challenges with regulatory compliance,

10     customer service, and finding a good revenue model,"

11     etc.

12         A.    Uh-huh.

13         Q.    Does that refresh your recollection as to

14     whether you were still pursuing -- as to whether Ripple

15     was still pursuing the gateway strategy at this point?

16     And.

17         Then I'll just note for you the next paragraph says

18     "So we pivoted to a strategy," etc.

19         A.    Yeah, that's consistent with my understanding

20     of the time.  But I hesitate to say that we completely

21     abandoned the gateway strategy.

22         Q.    So is it your testimony that today, Ripple

23     has not completely abandoned the gateway strategy?

24         A.    I am not saying that we -- I'm saying that I

25     can't conclude that we did completely abandon the

1    gateway strategy at that time.

2        Q.    Has it abandoned it today?

3        A.    No.

4        Q.    Okay.  It hasn't completely abandoned it, but

5    it has abandoned it somewhat?  I'm trying to understand

6    what Ripple's current position is with respect to the

7    gateway strategy.

8              MR. CERESNEY:  Objection to form.

9              THE WITNESS:  I would say Ripple's --

10             Ripple's commitment to the gateway

11         strategy or focus on it has changed over time.

12             It first didn't exist, was very high,

13         dropped for a while in preference to the

14         RippleNet strategy, then came up again.

15   BY MR. TENREIRO:

16       Q.    In preference to RippleNet strategy?

17       A.    Yes.

18       Q.    Is that the same as xRapid?

19       A.    XRapid's a subset of the RippleNet strategy.

20       Q.    Then you say, "came up again."  The gateway

21   strategy came up again?

22       A.    Yes.

23       Q.    When was that?

24       A.    I would say probably -- I mean it did a

25   little bit over a long periods of time, but I think

1    around the time we noticed that the gateway strategy --

2    the decentralized exchange was thriving despite our lack

3    of focus on it.

4         Q.   Okay.  Let's take a look, now, at a different

5    exhibit, which will be Exhibit 19.

6                   (Thereupon, a document entitled "If Ripple

7              failed, XRP died - General Discussion - Xrp

8              Chat" was introduced as Exhibit 19 for

9              identification.)

10   BY MR. TENREIRO:

11        Q.   This is an Xrp Chat and this is 28 pages.  My

12   question is on page 12.

13        It appears to be posted June 3rd, 2016.  The title

14   of the thread is "If Ripple failed, XRP died."  You do

15   call them "threads," right, for Xrp Chat?

16        A.   Yes.

17        Q.   And do you call this -- let me --

18        When you're finished reading this part, my question

19   is if you recall this thread.

20        A.   I don't specifically recall writing this.

21        Q.   Okay.  Have you had a chance to read your

22   post there?

23        A.   Let me just -- let me just --

24        I've looked at the context.  Let me just read my

25   particular post in its entirety.  One second.

```
 1                     (Pause.)

 2                     THE WITNESS:  Yes.

 3     BY MR. TENREIRO:

 4          Q.    Okay.  Let's start with "I don't think it's

 5     likely XRP would succeed without us, though it is

 6     possible."

 7          What did you mean by that?  How would it be

 8     possible for XRP to succeed without Ripple?

 9                     MR. CERESNEY:  Objection to form.

10                     THE WITNESS:  Today, I find it --

11                     MR. CERESNEY:  Do you want him to

12               answer -- you asked two questions, "What did

13               you mean by that?" and then the subsequent

14               question.  Which one do you want him to

15               answer?

16     BY MR. TENREIRO:

17          Q.    No, I'm asking back then.  How -- how would

18     XRP subject succeed without Ripple in 2016?

19          A.    Looking at this today, I'm surprised that I

20     would have said that in 2016.  I believe in 2016 the

21     decentralized exchange was already in significant,

22     active use.  Many exchanges were trading XRP.  I --

23          Honestly, I'm -- I'm -- honestly, I'm very

24     surprised it's as late as 2016.  That certainly isn't my

25     view today of what I would -- what I would have
```

1    thought -- what I think I would have thought today in

2    2016.

3        Q.    Okay.  But you did make this post, as far as

4    you know?

5        A.    I did, as far as I know.

6        Q.    Later, you say:

7        "I do think it's possible for us to succeed without

8    XRP succeeding as we do have other sources of revenue."

9        Is it fair to say that in 2016, XRP was one of

10   Ripple's -- selling XRP was one of Ripple's sources of

11   revenue?

12       A.    I believe it was by 2016.  I'm not sure.

13       Q.    And -- okay.  Then, you say:

14       "That said, our XRP is a significant asset."  What

15   does it mean there -- what do you mean, "a significant

16   asset"?

17       A.    I meant that Ripple held a significant amount

18   of XRP.

19       Q.    Was it worth a significant amount in 2016?

20       A.    I don't -- I don't recall.  I suspect -- I

21   don't recall the price then.

22       Q.    Okay.  Did you monitor the price of XRP back

23   in 2016?

24                 MR. CERESNEY:  Objection to form.

25                 MR. TENREIRO:  What's the objection?

1          MR. CERESNEY:  What the term "monitor"

2      means.

3  BY MR. TENREIRO:

4      Q.   Did you look at the price of XRP online?

5      A.   I believe I did check the price at the time,

6  from as soon as it was possible to do that to the

7  present.

8      Q.   You still do that today?

9      A.   Yes.

10      Q.   Why?

11      A.   Just to understand the sentiment in the

12  market.

13      Q.   The sentiment as to what, as to XRP?

14      A.   Well, as to the entire cryptocurrency space.

15      Q.   Okay.  What other digital asset prices do you

16  look up online from time to time?

17      A.   Primarily, Bitcoin, Ethereum, and XRP.  I

18  think those are the three that I would look at most.

19      Q.   And do you hold XRP today?

20      A.   Yes, I do.

21      Q.   How much?

22      A.   I believe approximately

23      Q.   And over the course of your employment --

24  over the course of your life, how much XRP had you sold?

25      A.   Probably about

1       Q.      ████████████ XRP?

2       A.      It's probably a little more than that.  Maybe

3       ████████████

4       Q.      And in exchange for what did you sell that

5  XRP?

6       A.      Either Bitcoin or U.S. dollars.

7       Q.      How much in U.S. dollars?

8       A.      I think about ████████████

9       Q.      And how much in Bitcoin?

10      A.      That I don't know, but much less.

11      Q.      Much less in the equivalent of dollars to

12 Bitcoin?

13      A.      Yes, yes.  It's -- it's just challenging

14 because the price of Bitcoin is also variable.

15      Q.      Yeah?

16      A.      So it's hard -- it's less in terms of the

17 magnitude of value.

18      Q.      Okay.  Where did you sell -- how -- how did

19 you sell your XRP?

20      A.      Either on exchanges or on the decentralized

21 exchange.

22      Q.      If you used exchanges, which ones did you

23 use?

24      A.      I believe I predominantly used Bitstamp and

25 Coinbase Pro, Kraken probably third.

1       Q.    Back to the exhibit.  You say:

2       "Our XRP strategy is based on promoting it as a

3   bridging currency."  Do you see that part?  It's the

4   second paragraph, third sentence?

5       A.    Yes.

6       Q.    What do you mean by "our XRP strategy"?

7   Whose?

8       A.    Ripple's.

9       Q.    Okay.  Here you're talking on behalf of

10   Ripple or on behalf of yourself?

11       A.    I think here I think I'm describing what

12   Ripple's strategy is, which is -- I hesitate to put it

13   in one of two buckets, but I am an employee of Ripple,

14   describing what my view of what Ripple's strategy is.

15       Q.    Right.  At this point, had Ripple achieved

16   adoption of XRP as a bridging currency?

17       I understand you're talking about --

18            MR. CERESNEY:  Objection.

19   BY MR. TENREIRO:

20       Q.    -- promoting it.

21            MR. TENREIRO:  Sorry.

22            MR. CERESNEY:  Objection to form.

23   BY MR. TENREIRO:

24       Q.    I understand that you're talking here about

25   promoting it as a bridging currency.  You talk about

1   significant technical obstacles and other ways in which

2   the strategy might work.

3       My question is:  At this point, had Ripple actually

4   achieved adoption of XRP as a bridging currency?

5                MR. CERESNEY:  Objection to form.

6                THE WITNESS:  Yes and no.  "Yes," to the

7            extent that people were using it as a bridging

8            currency.

9                "No," to the extent that Ripple didn't

10           have a product that would allow people to do

11           that at that time.  At least, I don't believe

12           we did in 2016.

13  BY MR. TENREIRO:

14      Q.    Is that yes to the part that's on the

15  exchange we were talking about?

16      A.    Yes.  It would be the part on the

17  decentralized exchange.

18      And possibly people doing it other ways, too, but I

19  wouldn't want to say -- I wouldn't know, but I know

20  people were doing it on the decentralized exchange.

21      Q.    Did Ripple -- you know, develop that

22  decentralized exchange?

23      A.    We developed the decentralized -- well, the

24  decentralized exchange was developed by myself and

25  ███████████  who subsequently became Ripple employees,

98

```
1    but we didn't -- we didn't -- but I believe this --
2    well, this is 2016.  Sorry.  I lost my train of thought.
3    Can you --
4         Q.    Yeah, yeah, yeah, so -- you know.
5         I had asked you if Ripple at this point had
6    achieved adoption of XRP's bridging currency.  You said,
7    "Yes, to the extent that people were using it as a
8    bridging currency; no, to the extent Ripple didn't have
9    a product."
10        That confused me a little bit, because I thought
11   the exchange itself was one of Ripple's products.
12        A.    The decentralized exchange?
13        Q.    Yeah.
14        A.    Not really, because that predates the
15   company.  That was developed largely by myself and
16   ███████████ in early 2013.
17        And then adoption occurred initially with Ripple
18   suggesting the adoption and then with Ripple pivoting to
19   RippleNet strategy, but then adoption continued despite
20   Ripple's lack of effort.
21        Q.    Okay.  Understood.
22        A.    So if you want to attribute that success to
23   Ripple or not, it is what it is.
24        Q.    Yeah, I understand.
25        Does Ripple earn revenue from that decentralized
```

99

1      exchange from people using it?

2              A.    No.

3              Q.    Has it ever, as far as you know, earned

4      revenue from people using the decentralized exchange?

5              A.    Not to my knowledge.

6              Q.    Did there come a point in time where Ripple

7      earned revenue from people using XRP as a bridging

8      currency?

9              A.    Yes.

10             Q.    And when was that?

11             A.    Once xRapid was live.

12             Q.    What was the source of revenue through

13     xRapid?

14             A.    It would have initially been things like

15     licensing fees and there may have been per transaction

16     fees.

17             Q.    Order of magnitude, do you know how much

18     revenue Ripple has earned through xRapid?

19             A.    No, I would have to guess.

20             Q.    Towards the end of the post, you say -- I

21     guess towards the bottom of the page -- "We do not plan

22     to encourage use of XRP as an alternative to Bitcoin or

23     as a direct payment method at this time."

24             Was that statement true in 2016?

25             A.    I believe so, yes.

1          Q.    Okay.  Let's move on.  Well, let me ask you

2     this:

3          Why are you publicly talking about the strategy

4     that Ripple has?

5                    MR. CERESNEY:  Hold on.  I just took --

6                    MR. TENREIRO:  Yeah, sorry.

7                    (Thereupon, an informal discussion was

8               held off the record.)

9     BY MR. TENREIRO:

10         Q.    Yeah, page 12.  You say:

11         "Our XRP strategy is based on promoting it as a

12    bridging currency."

13         Why are you even talking publicly about the

14    strategy Ripple has at this time?

15         A.    When people say something that I know the

16    truth on that's not correct, I have an uncontrollable

17    instinct to correct them.

18         I call it "Code Red."  Someone's wrong on the

19    Internet.  I know it's a thankless and eternal task, but

20    I literally cannot help it.

21         Q.    I will save my comments for off the record on

22    that.

23         Is there any other reason why you publicly explain

24    Ripple's plans from time to time?

25         A.    I do feel like it's within -- I do feel like

101

1    it's something that I should do as a -- you know, as a

2    well known employee of the company.

3         Q.    Why?  Why should -- I mean, why do you feel

4    that?

5         A.    I don't really know.

6         Q.    Well -- okay.  Why -- and do you have a view

7    as to whether -- sort of its a good idea to have

8    accurate information about the company -- you know, out

9    in public?

10        A.    Yeah.  Yes, I do think people should have

11   accurate information rather than inaccurate information.

12        Q.    Okay, so would you say -- I'm going to switch

13   gears for a second.

14              MR. CERESNEY:  Are you done with this

15         exhibit?

16              MR. TENREIRO:  I think so.

17   BY MR. TENREIRO:

18        Q.    Would you say that when the ledger -- the XRP

19   Ledger -- was launched, the public -- would you

20   describe -- would you describe it as a centralized

21   ledger or decentralized?

22        A.    At the time, I would have described it as

23   centralized.  Today, I would describe it as

24   decentralized.

25        Q.    You would describe it as decentralized

102

1     whether it was launched?

2          A.     Soon as the source code was generally

3     available outside the company.

4          Q.     That's the moment you describe it as

5     decentralized?

6          A.     It is hard -- I will concede it's challenging

7     to draw a bright line, but if you want to draw a bright

8     line, that's where I would draw it.

9          Q.     Okay, I could ask for a bright line, but

10    that's fine.  My question is -- let's do this:

11         Is it fair to say that at times, people will say

12    that whether something is centralized or decentralized

13    is suggestive?

14         A.     Yes.

15         Q.     And whether I say people, I mean people --

16    you know, in the academic literature, for example?

17    People say that -- whether something is centralized or

18    decentralized is subjective?

19         A.     There is no one consistent definition of

20    centralized and decentralized that everybody means every

21    time they use those terms.

22         Q.     And when the ledger was launched, why would

23    you describe it as centralized back then?  Even though I

24    understand that today, you don't have that view.

25         A.     Back then, I would have described it as

1    centralized, because the notion of centralization of

2    decentralization wasn't very -- wasn't very precisely

3    defined.

4         Q.    But there was enough -- there must have been

5    some definition such that you would have taken your view

6    though to be centralized?

7         A.    That's correct.

8         Q.    What about your view back then about these

9    concepts made you think back then that it was a

10   centralized ledger?

11        A.    The primary one would be that had Ripple

12   stopped existing, gone away, disappeared, it's unlikely

13   that anyone else would have continued the project.

14        Q.    Why?

15        A.    They would have had no reason to.  They just

16   wouldn't have been interested in doing so.

17        Q.    Was one of the reasons because the XRP Ledger

18   wasn't doing much back then?

19             MR. CERESNEY:  Objection to form.

20   BY MR. TENREIRO:

21        Q.    What are the reasons people would have had no

22   interest?

23        A.    I think it's fair to say that a person would

24   have interest if they were using it for something that

25   was important to them, and if they weren't using it for

1    something that was important to them, just out of sheer
2    interest in the technology or -- they could if they
3    wanted to, but it's simply unlikely that they would
4    have.
5         Q.   At what point did your understanding of the
6    concepts of centralization and decentralization change
7    such that your view of what the ledger was originally
8    also changed?
9         A.   I think they continuously evolved throughout
10   the entire time period, and it's hard for me to place --
11        And that's reflected in many of my posts, where I
12   think you'll find later on I talk more about "Well, if
13   by 'decentralization' you mean this, then this means
14   something else."
15        I understood that it was more nuanced and there
16   were different notions of centralization and
17   decentralization.
18        Q.   This -- this sort of evolving
19   understanding -- did you derive it from sort of --
20   where, again, reading academic literature, conversations
21   with fellow computer programmers?  How is it that it
22   changed?
23        A.   Right, from -- from all of those things.
24        I think the biggest one was just thinking about why
25   does it matter is something is decentralized, what does

105

1    a person actually care about, then that should inform --

2    the definition should be a thing that you actually care

3    about.

4        Q.    Okay, and is it -- does Ripple care about

5    whether the public perceives the XRP Ledger as

6    centralized or decentralized?

7            MR. CERESNEY:  Objection, form.  He asked

8            you whether Ripple cared.

9            THE WITNESS:  I believe that -- that

10           people at Ripple, including myself, care that

11           people have an accurate understanding of the

12           status of the ledger.  If somebody wants to

13           take the trouble to make a false statement,

14           then we'll correct that false statement.

15   BY MR. TENREIRO:

16       Q.    Separate from caring about accurate

17   understandings, my question is:

18       Do people at Ripple, such as yourself, care about

19   whether the public perceives the XRP Ledger is

20   centralized or decentralized?

21           MR. CERESNEY:  Objection.

22           MR. GERTZMAN:  Objection.

23           MR. CERESNEY:  You're asking people at

24           Ripple such as himself.  Are you just asking

25           him?

1          MR. TENREIRO:  No, I'm asking him about

2      Ripple, because he could have had

3      conversations with other people where they

4      might have said, "Hey -- you know.  My name is

5      Monica Long.  I really want there to be this

6      perception in the public."

7          MR. CERESNEY:  If you can, answer the

8      question.

9          MR. GERTZMAN:  Just note my objection to

10      the form.

11          MR. CERESNEY:  Yeah.  I objected, Mike.

12          THE WITNESS:  I mean, I can --

13          I can say specifically that there were

14      Ripple efforts to communicate the status of

15      the ledger -- to accurately communicate the

16      status of the ledger centralization or

17      decentralization at various times.

18  BY MR. TENREIRO:

19      Q.    And why did Ripple make those efforts?

20      A.    I think largely to combat the false narrative

21  that it was centralized.

22      Q.    And were there other reasons?  Not largely,

23  but something else?

24      A.    I don't -- I don't believe so.

25      Q.    Okay.  Do you know whether Ripple made

1     efforts to communicate the status of the ledger,

2     centralization or decentralization, in order to promote

3     a litigation strategy?

4                     MR. CERESNEY:  Objection.

5                     You should not reveal any discussions

6                with counsel.

7                     THE WITNESS:  I do not believe we did

8                that.

9                     (Pause.)

10                     (Thereupon, a printout from Bitcoin Forum

11                entitled "Latest Posts of JoelKatz" dated May

12                20, 2013" was introduced as Exhibit 6 for

13                identification.)

14     BY MR. TENREIRO:

15         Q.    Let's look at Exhibit 6, please.  This is

16     from the Bitcoin forum, "Latest posts of JoelKatz," and

17     these are a series of posts in May 2013.

18         There's eight pages to the exhibit.  I am going to

19     ask you about something on page 3.

20                     (Pause.)

21     BY MR. TENREIRO:

22         Q.    Also on page 6.  We can start with three, if

23     that's okay.

24         A.    Okay.

25         Q.    Is it fair to say the way this is

108

1    presented -- it's sort of you responding to something

2    someone else said?

3            A.    Yes.

4            Q.    Okay, so on the top of page 3, you say --

5                    (Thereupon, an informal discussion was

6                held off the record.)

7                    MR. TENREIRO:  Oh, I'm sorry.  Yes.  For

8                the SEC person displaying them, it's six,

9                please.

10                   My understanding of how this works is you

11               could -- maybe Mr. Schwartz has a different

12               understanding.

13                   But my understanding is you can select a

14               user and you can sort of concatenate their

15               posts, and it's not the threads.  You'd have

16               to click on the actual title of threads to see

17               the whole thread.  This is just their post on

18               various threads.

19                   (Thereupon, an informal discussion was

20               held off the record.)

21   BY MR. TENREIRO:

22           Q.    It shows what -- it says:

23           "Larsen can't have it both ways," and then, he

24   says, "You're assuming OpenCoin will be a Ripple central

25   authority forever."

1       So we can go to page 3 of this exhibit, please,

2   towards the top.

3       A.   Yes.

4       Q.   There we go.

5       When you say, "You are assuming OpenCoin will be a

6   Ripple central authority forever," do you see that?

7       A.   Yes.

8       Q.   OpenCoin was that the name for Ripple before

9   it was called Ripple?

10       A.   Yes.

11       Q.   Okay.  What do you mean by "central

12   authority"?

13                 (Pause.)

14                 THE WITNESS:  I'm really not precisely

15           sure.  Yeah, I'm really not.  I'm not sure.

16   BY MR. TENREIRO:

17       Q.   You're not sure what you mean by "central

18   authority," sitting here today?

19       A.   Yeah, let me read what I am responding to,

20   again.

21                 MR. CERESNEY:  Take your time.

22                 (Pause.)

23                 THE WITNESS:  I think I meant the most

24           interested party, the party participating the

25           most in development.

1          But I'm not really sure today what I

2          meant by that at that time.

3    BY MR. TENREIRO:

4          Q.    Here, does the word "ripple" refer to XRP?

5          A.    "Ripple" refers to the XRP Ledger.

6          Q.    The XRP Ledger?

7          A.    I think so.

8          Q.    There was a moment in time when XRP was

9    referred to as "ripples"?

10         A.    People have referred to them that way, yes.

11   Ripple credits or -- yeah, the name's changed a number

12   of times.

13         Q.    Did Ripple have any role in sort of ensuring

14   that the public did not use the word "ripples" or

15   "ripple credits" instead of XRP?

16              MR. CERESNEY:  Objection to the form.

17              MR. GERTZMAN:  Objection to the form.

18              THE WITNESS:  My recollection is there

19         came a time when we -- when we treated

20         "Ripple" as a company trademark.

21   BY MR. TENREIRO:

22         Q.    Okay.  When you say, "That is absolutely not

23   our plan," who is "our" referring to?

24         A.    This is early 2013, so I'm not -- I can tell

25   you -- I don't know if it was -- well, I'm referring to

1    OpenCoin, so I must have meant OpenCoin.

2        Q.    Okay, and what do you mean by "That is

3    absolutely not our plan"?

4        A.    OpenCoin's intention was always -- was always

5    to -- to reduce its own role.

6        Q.    With respect to what?

7        A.    Well, in the early days, OpenCoin's role

8    was -- primary role was to distribute XRP, so as that

9    job wound to a close, OpenCoin wouldn't have anything

10   left to do.

11       Q.    Has that job wound to a close today?

12       A.    No.

13       Q.    When -- when is it going to?

14       A.    It's impossible to say.

15       Q.    Okay.  Would you say it's going to be in the

16   next few years?

17            MR. CERESNEY:  Objection.

18            THE WITNESS:  Very hard -- very hard to

19       say.

20   BY MR. TENREIRO:

21       Q.    Okay.  Page 6, please.  This response is to a

22   quote on May 16th.  The quote says:

23       "Thanks for the clear responses."  Your response

24   says:

25       "We will do what we can to drive adoption."

112

1          A.    Yes.

2          Q.    Then you say -- I'm skipping a sentence.

3    You say, "We plan to develop client and server

4    software for as long as necessary."  Who is the "we"

5    there?

6          A.    I suspect I'm speak on behalf of OpenCoin.

7          Q.    "Server software"?  Does that refer to the

8    XRP Ledger?

9          A.    At least that, yeah.

10         Q.    I'm sorry?  At least?

11         A.    At least that, yeah.  Could include other

12   software, but yes.

13         Q.    Is this still the plan that Ripple has today,

14   to continue to develop server software, client and

15   server software for the XRP Ledger?

16         A.    Yes.

17         Q.    It says "for as long as necessary"?

18         A.    Yes.

19         Q.    What does that mean?  Who determines -- who

20   determines whether it's still necessary?

21              MR. CERESNEY:  Objection to form.

22              MR. TENREIRO:  Actually, let me strike

23         that.

24   BY MR. TENREIRO:

25         Q.    How do you determine if it's still necessary

113

1    for Ripple to do these things?

2              MR. CERESNEY:  Objection.

3              THE WITNESS:  Yeah, I don't -- I -- I --

4         I don't really know.

5    BY MR. TENREIRO:

6         Q.    And do you know who determines it, whether

7    it's still necessary or not?

8         A.    Well, if -- well, OpenCoin, now Ripple, would

9    determine its own plan, so that would be the term nation

10   we would make, whether we felt we needed to do that

11   authority.

12        Q.    Further down, Post 696, you say, "The price

13   of XRP is just a matter of supply and demand."  Do you

14   see that?

15        A.    Yes.

16        Q.    What -- what does that in layman's terms?  Is

17   it just Adam Smith?

18        A.    Yeah.

19        Q.    Supply and demand determine the price of an

20   asset?

21        A.    Yes.

22        Q.    Okay.  Typically, under this sort of theory,

23   if demand goes up what happens to the price and

24   everything else stays equal?

25        A.    If everything else stays equal, an increase

114

1    in demand would translate to an increase in price --

2    again, if everything else stays equal.

3        Q.    You say, we believe that broad adoption of

4    Ripple as a payment platform will drive demand.

5        What does Ripple refer to there?  Is that the

6    ledger or XRP?

7        A.    The ledger.

8               (Thereupon, an informal discussion was

9           held off the record with the shorthand

10          reporter.)

11   BY MR. TENREIRO:

12       Q.    And will drive demand for what?

13       A.    I don't say here.

14       Q.    Can you tell me from context what you meant?

15       A.    I don't -- I don't recall.

16       Q.    Okay.  I understand you don't recall, but

17   does the context clue you in as to what you meant or

18   not?

19       A.    I mean, you could draw the conclusion as

20   easily as I can.  I don't what I -- what I meant by

21   that.

22       Q.    Okay.  Is it still true today that the price

23   of XRP is just a matter of supply and demand?

24       A.    I hesitate to use the word "just."  Supply

25   and demand are factors that influence price, but I think

115

1        the world is not as simple as a quote from Adam Smith.

2              Q.    Is it fair to say the price of XRP today is

3        in part a matter of supply and demand?

4                    MR. CERESNEY:  Objection to form.

5        BY MR. TENREIRO:

6              Q.    As far as you understand?

7              A.    I believe those are factors that affect the

8        price.

9              Q.    What other factors do you believe affect the

10       price today?

11             A.    Well, it's extremely complicated because if

12       you look at the prices of digital assets, they don't --

13       they seem to move despite what don't look like changes

14       and the supply or demand for those particular assets.

15             There are a lot of specific examples where there

16       were drastic changes in the supply or demand of digital

17       assets and then there was no change in the price, so

18       something else is going on.

19             Q.    Fair enough.  Was Ripple a central authority

20       with respect to the XRP Ledger at this point in time?

21                   MR. CERESNEY:  Objection.

22       BY MR. TENREIRO:

23             Q.    As far as you used those terms, "central

24       authority"?  We're going back to page 3.

25             A.    I think there was a sense --

1          I think there's some sense in which you could make

2     that term meaningful and other senses which you could

3     not.

4          Q.    What are those senses?

5          A.    In which you could or...

6          Q.    Could not.

7          A.    Well, for example, as I understand

8     decentralization today, if Ripple went away, other

9     people could have continued the ledger, had they wished

10    to do so.

11         For example, had Ripple made a rules change, people

12    could have resisted that change.  They wouldn't have had

13    to do what Ripple wanted them to do.  So in that sense,

14    we were not a central authority.

15         Q.    Were there other nodes validating ledger

16    transactions at that time?

17                    MR. CERESNEY:  "Other nodes"?  Other

18              than?

19                    MR. TENREIRO:  Yeah, other than the ones

20              Ripple was using -- running.

21                    THE WITNESS:  I know there was at least

22              one for sure.  There might have been others.

23    BY MR. TENREIRO:

24         Q.    How many were there?

25         A.    I don't know.

1        Q.    All right.

2        Let's talk about the consensus mechanism for a

3    minute.  Could you describe it in your own terms,

4    please?  What's the consensus mechanism for the XRP

5    Ledger?

6        A.    The consensus mechanism for the XRP Ledger --

7        It's very hard to describe it -- to describe

8    something shortly, but it's the method by which the XRP

9    Ledger reaches -- advances -- advances itself and

10   reaches new confirmed ledgers that people can rely on.

11       Q.    I'm sorry.  Reaches new ...

12              MR. CERESNEY:  You have to speak a little

13          louder and --

14   BY MR. TENREIRO:

15       Q.    That last part.

16       A.    Confirmed ledgers that people can rely on.

17       Q.    What method of reaching consensus does the

18   XRP Ledger utilize?

19       A.    The method is sometimes described as

20   "Federated Byzantine Agreement."

21              (Thereupon, an informal discussion was

22          held off the record with the shorthand

23          reporter.)

24              THE WITNESS:  What that means is -- what

25          that means is there's sort of a continuous --

1                  It's very analogous to a discussion with

2              human beings where they would actually agree

3              on something.  They would literally come to an

4              agreement on it.

5       BY MR. TENREIRO:

6           Q.   The Byzantines didn't seem to agree on much,

7       though, did they?

8           A.   Sorry.  That describes the challenge, not so

9       much the solution.

10          Q.   Does Ripple --

11          Does the Ripple Ledger use Proof of Work to

12      establish consensus?

13          A.   No.

14          Q.   Why not?

15          Whose idea was it for -- to use the consensus

16      mechanism it does use?

17          A.   ███████████ had the original idea to

18      replace -- to take something Bitcoin-like and replace

19      Proof of Work with some sort of distributed agreement

20      algorithm.

21          Q.   Does he use Proof of Stake?

22          A.   No.

23          Q.   Why not?

24          A.   For one thing, Proof of Stake didn't exist at

25      the time.

119

1          Q.     That's a good answer.  But today, why doesn't

2     it?

3          A.     Because Proof of Stake makes the stakeholders

4     the people who hold the digital asset rather than the

5     people who use the system.

6          Q.     And why would one want to make the

7     stakeholders those who use the system as opposed to

8     those who hold the asset?

9          A.     It's my belief that it produces a better

10    system when the people who use the system and get value

11    out of it are the primary stakeholders as opposed to

12    those who just hold an asset.

13         Q.     Is it fair to say that to run a node of any

14    type on the ledger today you don't have to hold XRP?

15         A.     Correct.

16         Q.     And now there's -- how many nodes are on the

17    ledger today?

18         A.     Last I checked, there was something like 15

19    hundred, but I couldn't tell you for you are sure what

20    it is today.

21         Q.     How many of those nodes are actually

22    validating ledger transactions?

23         A.     Last I checked, it was about 160 or so.

24         Q.     What are the other nodes doing?

25         A.     Let me back up a little bit.  They are all

120

1   validating in the sense that they are checking whether

2   the transactions are valid.

3        But whether or not they are validators -- there's

4   only about 170 of them.

5        Q.   And the distinction being what?

6        A.   Every node checks whether every transaction

7   is valid, and a node will not take another node's word

8   whether a transaction is valid or not.

9        But the validators participate in coming to a

10  consensus to break ties, so the double spin comment.

11       Q.   And how many of the hundred or so -- did you

12  say 150?

13       A.   I think it's about 170.

14       Q.   Okay.  How many of the 170 of these nodes are

15  actually confirming transactions?

16       A.   All -- all validators are confirming

17  transactions.

18       Q.   Okay.  Let's look at Exhibit 9.

19            (Thereupon, a two-page document entitled

20        XRP Ledger Amendment" was introduced as DS

21        Exhibit 9 for identification.)

22  BY MR. TENREIRO:

23       Q.   Exhibit 9, please.

24       A.   I see that.

25       Q.   What's XRP scanned?

121

```
 1          A.    I can tell you what it appears to be from
 2    this document.  I don't have any independent knowledge.
 3          Q.    Okay.  What does it appear to be?
 4          A.    It appears to be a tool that at least among
 5    other things can report on the status of proposed
 6    changes to the XRP Ledger.
 7          Q.    Does Ripple have any such tool?
 8          A.    I'm not sure.  I think we do.
 9          Q.    Is that fair --
10          From that, may I infer fairly that you have not
11    participated in the creation of such a tool?
12          A.    That is correct.
13          Q.    Okay.  What is --
14          Just from looking at this document, what does this
15    appear to represent to you?
16          A.    This appears to represent the -- the sum
17    subset of the validators appearing on the XRP Ledger and
18    whether -- whether or not they support or oppose a
19    proposed change to the software's operation.
20          Q.    Okay.  There's 28 yeas and nine nays.  Do you
21    see that?
22          A.    On mine, I see 19 yeas.
23          Q.    If you turn the page?
24          A.    Oh, I see.  Yes, there's 28 yeas and nine
25    nays.
```

122

1          Q.    So do you know what the subset of 37

2    validators are?

3          A.    Given the -- I don't independently know, but

4    I suspect, given the context, someone's recommended UNL.

5          Q.    Do you know if Ripple recommended UNL?

6          A.    I don't know for sure.

7          Ripple's UNL has changed over time.  It's similar

8    to many other recommended UNLs, so it's hard for me to

9    know whether this was specific.  It certainly could have

10   been.

11         Q.    How many validators are in Ripple's UNL

12   today?

13         A.    My last recollection was that it was 35.  It

14   may have changed.  That may not be exactly correct at

15   this moment.

16         Q.    If the 35 nodes on that list all have the

17   same UNL list, which is the 35 of them, what function is

18   left for the other validators in that 150 or so group to

19   do with respect to validating the transactions on the

20   XRP Ledger?

21         A.    Based on --

22                 MR. CERESNEY:  Hold on.  170?

23                 THE WITNESS:  However --

24   BY MR. TENREIRO:

25         Q.    However many?

123

1          A.     Yeah.

2          Q.     We don't have to determine the exact amount.

3          A.     They still determine whether every

4     transaction is valid or not for their own purposes.

5          Q.     Other than that, what role do they play?

6          A.     That would be the only role.

7          Q.     If they determine it's not valid for their

8     own purposes, what would they do?

9          A.     They would ignore it.

10         Q.     And for -- and enter -- you know, believe a

11    different state of the ledger?

12         A.     Depending on how they are configured, the

13    ledger has significant protection against an accidental

14    fork.

15         So unless they intended to fork, they would -- they

16    would simply report that something was wrong, and they

17    would --

18         Q.     To whom?

19         A.     To their operators, and they would cease

20    operation.

21         Q.     Okay.  Reading the list here today, do you --

22         Do you know if some of these validators are on

23    Ripple's UNL today?

24                MR. CERESNEY:  Jorge, what is the date of

25             this document?

124

1          MR. TENREIRO:  I printed this on the 23rd

2     of May.

3          MR. CERESNEY:  But it summarizes some

4     amendments.  Do we know when that was

5     introduced and when the nodes were?

6          MR. TENREIRO:  I think it's ongoing.

7          THE WITNESS:  Yeah, this could -- this

8     probably was the statement at the time we

9     printed it.  That's what it looks like.  It's

10    hard to say for sure.

11         MR. CERESNEY:  It was still an ongoing

12    process?

13         MR. TENREIRO:  It was ongoing on the

14    23rd.  I know there's a two-week thing, but --

15         THE WITNESS:  There is.

16         MR. CERESNEY:  Do you know what this

17    amendment is?

18         THE WITNESS:  I'm not certain.

19         MR. CERESNEY:  It's just I --

20         MR. TENREIRO:  Do you know --

21         Well, I'm not asking about the amendment.

22    I'm asking about the validators.  So if he

23    recognize these names as validators, it might

24    be on Ripple's UNL.

25         MR. CERESNEY:  You're asking whether any

1              of these validators are on Ripple's UNL?

2                   MR. TENREIRO:  Yeah.

3                   MR. CERESNEY:  Okay.

4                   THE WITNESS:  I know some of them have

5              been on our UNL at times, and there are

6              several that I believe are still on our UNL.

7    BY MR. TENREIRO:

8         Q.    Well, let's do this.  Let's just set this

9    aside for a second.  What is the UNL list, for the

10   record?

11        A.    The -- a node to a UNL list is the list of

12   validators that it has chosen to listen to break ties on

13   the double spin problem, so ...

14        Q.    And does Ripple publish a UNL list?

15        A.    Yes.

16        Q.    Is that referred to as the "dUNL" list?

17        A.    Some people refer to it as that.

18        Q.    Lower case D?

19        A.    Yes.

20        Q.    Why do people call it that?

21        A.    Because there were times when it was the

22   UNL -- it may still be true, where it's the UNL list you

23   get if you don't choose one.

24        Q.    So the default --

25        A.    Yes.

126

1                  (Inaudible crosstalk.)

2    BY MR. TENREIRO:

3        Q.    Why does Ripple publish this list?

4        A.    Just to simplify administration of the XRP

5    Ledger software.

6        Q.    Okay.  Does Ripple use the XRP Ledger

7    software?

8        A.    Yes.

9        Q.    Is it fair to say Ripple has a stake in the

10   XRP Ledger?

11               MR. CERESNEY:  Objection to form.

12               THE WITNESS:  I would say any -- I

13           would -- I have said at times that every XRP

14           holder has a stake in the ledger.

15   BY MR. TENREIRO:

16       Q.    That includes Ripple?

17       A.    Certainly, that would include Ripple.

18       Q.    Does Ripple have a financial interest in the

19   ledger?

20               MR. CERESNEY:  Objection to form.

21               THE WITNESS:  I mean, it's kind of a

22           vague term, but I ...

23   BY MR. TENREIRO:

24       Q.    Does it have a financial interest in the

25   ledger operating/functioning correctly?

127

```
 1          A.    I think so.

 2          Q.    Does it have a reputational interest in the

 3   ledger functioning correctly?

 4                MR. CERESNEY:  Objection to form.

 5                THE WITNESS:  I think so.

 6   BY MR. TENREIRO:

 7          Q.    From your conversations at the company, do

 8   you have any idea whether --

 9                MR. TENREIRO:  Well, let me strike that.

10   BY MR. TENREIRO:

11          Q.    Let's go back to my question.  Who else is

12   publishing UNL lists today?

13          A.    I -- I don't necessarily know if everybody

14   could be publishing the UNL list.  I know COIL publishes

15   one, and I know the                        publishes one.

16          Q.    What is COIL?

17          A.    COIL is a company that uses

18          Q.    What is                   ?

19          A.               is a payment protocol that

20   allows -- that doesn't use a ledger.

21          Q.    Does not use a blockchain?

22          A.    It can use assets that trade on a block

23   change but doesn't itself.

24          Q.    Is that the xCurrent software platform?

25          A.    There are historical ties between them, but
```

128

```
 1    they have gone their separate ways since then.
 2         Q.    Historical ties between xCurrent and the
 3    software or platform that COIL uses?
 4         A.    ██████████, yes.  Severed all ties between
 5    them.
 6         Q.    What commercial relationship, if any, does
 7    COIL have with Ripple?
 8                   MR. CERESNEY:  Objection.
 9                   THE WITNESS:  I believe Ripple has
10              invested in COIL.
11    BY MR. TENREIRO:
12         Q.    What about -- what commercial relationship,
13    if any, does Ripple have with the XRP Ledger Foundation?
14                   MR. CERESNEY:  Objection to form.
15                   THE WITNESS:  Ripple has donated -- I
16              believe Ripple has donated to the ████████
17              ██████████.
18    BY MR. TENREIRO:
19         Q.    How much?
20         A.    I recall seeing the figure $1.2 million, but
21    I don't know if that was a proposed donation.  I don't
22    know.
23         Q.    How much has Ripple invested in COII?
24         A.    I knew at one time.  I don't recall, though.
25         Q.    Do you know if COIL's UNL list is identical
```

1    to the ███████████████?

2         A.    I have not compared them.

3         Q.    Do you know what overlap between COIL's an

4    Ripple's UNL lists?

5         A.    I have not compared them.

6         Q.    How many of the validators on Ripple's

7    proposed UNL list are on the lists of the other nodes?

8              MR. CERESNEY:  When you say, "the other

9              nodes" --

10             MR. TENREIRO:  150 or 170 or so.

11             THE WITNESS:  I believe the three

12             published UNL lists I've talked about are at

13             least substantially identical.  I don't

14             believe that they are identical.  I don't know

15             more detail that than that.

16   BY MR. TENREIRO:

17        Q.    They have to be substantially identical for

18   the ledger to move forward, right?

19        A.    Not unless -- assuming there's no -- assuming

20   there's no intent to disagree.

21        Q.    And it's --

22        Is it fair to say that Ripple employees have

23   reached the conclusion the overlap has to be about 90

24   percent?

25        A.    Between 80 and 90 percent.  Again, unless

1    there's a decision to deliberately disagree.

2         Q.    Set that aside for now.

3         Do you know how many of the validators, of the 150

4    or 170, use Ripple's dUNL?

5         A.    I have no idea.

6         Q.    Is it still the default list?

7         A.    I believe so.

8         Q.    Why?

9         A.    Because Ripple -- Ripple -- I mean, there has

10   to be some default.

11        Q.    That's true.  Is there an infrastructure

12   currently in place to manage validator lists?

13        A.    Yes.

14        Q.    What is it?

15        A.    Everybody who publishes in UNL has some

16   mechanism to keep track of which validators they keep on

17   their list and why, and to actually --

18        The UNL itself has to be produced in a certain

19   digital format in order to be accepted so they have the

20   infrastructure to produce it in that format.

21        Q.    The digital format is what, a JSON file?

22        A.    My recollection --

23        It's been a while, is that the human input would

24   typically be a JSON file, and there's a cryptographic

25   process that converts it into a digital format and signs

1    it, but underneath it is a JSON file.

2                    (Thereupon, an informal discussion was

3            held off the record.)

4    BY MR. TENREIRO:

5        Q.    How many of the current nodes on Ripple's UNL

6    list are operated by Ripple itself?

7        A.    I -- one second.  I think between three and

8    five.

9        Q.    Of the 35 or so?

10       A.    Or so, yes.  I know -- I know it dropped

11   below 20 percent fairly recently.

12       Q.    Right.  Was it after this litigation began?

13       A.    I don't know.  I don't think so, but I don't

14   know.

15       Q.    And how many --

16             How many of the nodes on Ripple's dUNL are operated

17   by entities with whom Ripple has a commercial

18   relationship, such as COIL?

19       A.    I don't know.

20       Q.    Who decides --

21             How does Ripple decide what validators it should

22   put on its dUNL list?

23       A.    We look at things like history of reliable

24   operation, jurisdiction, some sort of commitment.  We

25   don't want them to just disappear.  Those are the

132

```
 1    factors that go into our decision.

 2         Q.    How do you gauge commitment?

 3         A.    Depends on -- if it's --

 4         If it's an institution, like if it's a university,

 5    some sort of commitment from that institution as opposed

 6    to just someone there who's like, "I want to run a

 7    validator."

 8         Q.    Commitment to whom or to what?

 9         A.    Commitment to the validator -- to operating

10    the validator.

11         Q.    How could you -- how could you know --

12         How could Ripple know if they are committed to

13    that?

14         A.    We would ask them.

15         Q.    Okay.  Who at Ripple asks them?

16         A.    I think at --

17         I think, at times, it's been          .  His last

18    name's escaping me at the moment.  More recently,

19

20         Q.    Do they -- does Ripple enter into any sort of

21    commercial agreement with these -- the universities to

22    make sure that the commitment is true, or is it informal

23    conversations, as far as you know?

24         A.    As far as I know, it's informal.  It's

25    informal.
```

133

```
1        Q.    Does the amount of holding of XRP -- of any
2   of the person or institution or validator weigh into the
3   decision as to whether they might go on Ripple's dUNL
4   list?
5        A.    We don't weigh that factor.
6        Q.    Who -- you don't?  Meaning you, Ripple,
7   don't?
8        A.    Right.
9        Q.    Who does?
10       A.    It becomes a factor indirectly, because one
11  of the reasons a person might want to run a validator is
12  because they are interested in the performance of the
13  XRP Ledger.
14       Q.    Just to be clear, you don't have to have XRP
15  to run a validator, right?
16       A.    Correct.
17       Q.    Do you have any knowledge as to whether the
18  validators on Ripple's dUNL list actually have XRP,
19  nodes?
20       A.    I don't.
21       Q.    The universities that run validator nodes
22  that are on Ripple's dUNL list --
23       Have they received XRP from Ripple directly or
24  indirectly, as far as you know?
25       A.    As far as I know, no.  Obviously, Ripple
```

134

1      holds XRP.  COIL, I believe, holds XRP.  And some of

2      these are businesses that probably -- probably hold it.

3      I don't -- I don't know.

4           Q.    Is Bitso on the Ripple dUNL list?

5           A.    I believe so.

6           Q.    And does Ripple have a commercial

7      relationship with Bitso?

8           A.    Yes.

9           Q.    Is there a process for someone to come ask to

10     be put on your list?

11          A.    I don't know that there's a formal process.

12     I know people have asked us.

13          Q.    Again -- I'm sorry.  Who -- maybe I asked

14     you.  Maybe I didn't.

15          Who at Ripple ultimately decides who goes on the

16     dUNL list?

17          A.    I don't really know the process that we go

18     through.

19          Q.    It's not part of your responsibilities as

20     CTO?

21          A.    No.

22          Q.    Does Mr. Garlinghouse have a role in that

23     process?

24          A.    Well -- I mean, theoretically,

25     Mr. Garlinghouse as CEO could control any process that

1  he wants, but my knowledge of that process is that

2  either ████ -- whose last name I forgot -- or ████

3  ████ would make a recommendation.

4       And then generally, the recommendation would

5  generally -- would -- generally, there wouldn't be

6  pushback on a -- on the recommendation.  There would be

7  no reason.

8       Q.    Recommendation to whom?

9       A.    You know, I don't -- I don't really know.

10      Q.    Okay.  Before Ripple put someone on the dUNL,

11  does someone at Ripple talk to the person that's -- you

12  know, running the institution or -- or the entity that's

13  going to run this node?

14      A.    I -- I -- I assume that would happen in most

15  cases.

16      Q.    Why do you assume that?

17      A.    Just seems odd for us to add them randomly

18  without coordinating with them at all.

19      Q.    And I think you said part of your role today

20  is to make sure that -- you know, Ripple's XRP

21  doesn't -- I'm going to paraphrase, because I don't

22  think you used this word, but -- you know, doesn't get

23  stolen or sort of --

24      A.    Yes.

25      Q.    Okay, and why does Ripple care about that?

136

1          MR. CERESNEY:  Objection to form.

2          THE WITNESS:  So it depends on the scope

3      of the type of incident you're talking about.

4      For a small incident, reputational risk.

5      Obviously, for a large --

6          For a large incident -- I mean, no

7      company would want to have a significant theft

8      of that company's assets.

9  BY MR. TENREIRO:

10     Q.   With Ripple -- with Ripple running fewer than

11  20 percent of the validators on its own dUNL list, could

12  the --

13     Could, in theory, the other non-Ripple validators

14  on your list -- you know, let's say "burn" your stash --

15  Ripple's stash -- of XRP against Ripple's will?

16     A.   No.

17     Q.   Why not?

18     A.   Because there's no code that allows them to

19  do that.

20     Q.   Couldn't they add it and make it into an

21  amendment first?

22     A.   Sure.

23     Q.   Theoretically, they could add it?

24     A.   Right, they could add it, but then they would

25  have to convince other people to add it as well.

1     Q.    Right.  Ripple would not be able to stop

2    that?

3     A.    We might try.

4     We may or may not be able to stop it.  It's --

5    there's no way to know what the result of that would be.

6    You know, just speculation.  It's just speculation.

7     Q.    Right.

8     A.    They may or may not be successful in that

9    attempt.  There may be pushback.  There may not be.

10     Q.    But they have the votes to do it?

11     A.    But if you don't need the votes -- the votes

12    don't help, right?  The votes don't help to change the

13    rules.

14     Changing the rules requires making a change in the

15    software and then convincing exchanges and other people

16    to run that changed software.  They may or may not be

17    successful in that effort, just as Ripple may or may not

18    be successful in that effort.

19     Q.    But if they have 80 percent of the votes that

20    you trust, that Ripple trusts, can't they put in the

21    change in the software?

22     A.    But that doesn't mean other people put the

23    change in the software.

24     Q.    So they would fork the ledger?

25     A.    They would fork themselves, yes.

138

1          Q.    Those 80 percent would fork themselves?

2          A.    Exactly.

3          Q.    What steps, if any, does Ripple take to

4     prevent that from happening?

5               MR. CERESNEY:  Objection to form.

6               THE WITNESS:  If you hypothesize a change

7               that the other validators wanted to make that

8               Ripple did not want to make, and you --

9               I mean, hypothetically, Ripple could take

10              a number of steps from advocating against the

11              process -- I know theoretically even to try

12              legal action against them, I suppose.

13              There's a variety of things that Ripple

14              could attempt to stop them.

15    BY MR. TENREIRO:

16         Q.    Could the 80 percent of validators on your

17    list modify the rules that currently apply to Ripple's

18    time release of XRP?

19              MR. CERESNEY:  Objection.

20    BY MR. TENREIRO:

21         Q.    Colloquially known as the "escrow," but --

22         A.    They could propose modification.

23         Again, if they actually activated the modification,

24    then anybody who didn't modify their own code would

25    fork.  That would -- that would cause a fork.

139

1          Q.    You mentioned the exchanges would have to

2     implement that software change.  The exchanges are

3     running -- you mean the ones running validator nodes?

4          A.    No.

5          Q.    Why would the exchanges have to implement

6     that software change?

7          A.    They currently have no code to allow you to

8     burn Ripple's XRP or change the escrow, so they wouldn't

9     understand that change.

10         They would just disagree with those validators, and

11    if they disagree with -- we presume they run the default

12    UNL, so now you have a server that disagrees with 80

13    percent of its validators.

14                   (Thereupon, an informal discussion was

15               held off the record with the shorthand

16               reporter.)

17                   THE WITNESS:  You have a server that

18               disagrees with 80 percent of its validators.

19                   It needs to agree with 80 percent of its

20               validators to make forward progress, so it's

21               halted permanently until there's some external

22               given resolution.  Sorry.  I apologize.

23                   (Thereupon, an informal discussion was

24               held off the record with the shorthand

25               reporter.)

140

BY MR. TENREIRO:

Q.    I just -- I understand all that.

What I don't understand is what role do the
exchanges play if they are not running validator nodes?

A.    If it -- so imagine -- let's walk through
your hypothetical.  So somebody proposes this change
that Ripple objects to.  They make the change to the
software.

The exchanges don't accept the change to the
software.  Eighty percent of the validators activate the
change.  All of the exchanges halt.  That's the end
result.

Q.    Yeah.

A.    That hasn't successfully made the change.

That's just successfully halted the network.  Now
they have to convince the validators to make that
change.

Q.    And the exchanges have to run the updated
software to interact with the XRP Ledger, in other
words?

A.    To continue, yes.  That's right.

Q.    Even though they're not --

Even though they are not running validators, they
still need to have the most -- they still need to have
the same software that everyone else is using to

1    continue operating on that ledger?

2         A.    They have to understand the system's rules.

3    If there's a rule change that they -- they don't know

4    what that rule change -- they literally just say, "I

5    don't know what rules are," and so they can't --

6         They can't even understand -- the rule change could

7    be anything, and so they don't know what it is, and so

8    there's simply no way they could make any progress.

9              MR. CERESNEY:  You have to slow down for

10             the court reporter.

11             THE WITNESS:  Sorry.

12             (Thereupon, an informal discussion was

13             held off the record.)

14   BY MR. TENREIRO:

15        Q.    Let's talk about my hypothetical, and the

16   rule change in my hypothetical is something that would

17   permit 80 percent to burn and destroy Ripple's XRP

18   holdings.

19        A.    Right.

20        Q.    Do you have -- as part of your --

21        As a part of your function to protect Ripple's XRP

22   holdings, have you developed any theories as to whether

23   the changes would accept any such amendment to the code?

24             MR. CERESNEY:  Objection to form.

25

 1    BY MR. TENREIRO:

 2         Q.    I'm asking you for your own theories, not

 3    what other people think.

 4         A.    My expectation would be that they would not.

 5         Q.    Why?

 6         A.    Because radical changes that upset settled

 7    expectations are generally considered undesirable, but

 8    you would have to flush out the hypothetical.  Like if

 9    you flush out the hypothetical in which that would

10    happen, it's possible that would change, if it just came

11    up out of the blue today.

12         I would expect everybody in the community would

13    push back against any radical change without any sort of

14    justification.  There's a huge bias against change.

15         Q.    So is it fair to say that it's a settled

16    expectation that Ripple has the XRP that it has today?

17    That's a settled expectation in the community?

18                   MR. CERESNEY:  Objection, form and

19              speculation.

20                   MR. TENREIRO:  No, his understanding.  No

21              speculation.

22                   MR. CERESNEY:  You're asking him what the

23              community thinks.

24    BY MR. TENREIRO:

25         Q.    You're part of the XRP Ledger community,

143

1    right?

2         A.    I don't think people would expect that to

3    change.

4         Q.    Okay, and --

5         Okay.  Is Ripple still the largest single holder of

6    XRP?

7         A.    Yes.

8         Q.    What is the financial incentive for someone

9    to run a validator?

10        A.    Generally, people would run a validator

11   because they needed to run an XRP Ledger node anyway,

12   like it was part of their business or part of what they

13   were doing.  The additional cost to run a validator is

14   essentially zero.

15        Q.    So, for example, an exchange might run a

16   validator for that reason?

17        A.    Right.  They'd be running a server anyway in

18   order to process transactions, and the additional cost

19   to make it a validator is essentially zero.  It's almost

20   literally just you enter one command.

21        Q.    Do you have to run a server -- do you have to

22   run a validator?  Does an exchange have to run a

23   validator?

24        A.    No.

25        Q.    Okay.  I'm sorry if I'm asking again.  Why

144

1     are you -- I know it didn't exist back then.  Why don't

2     you just use Proof of State today for the consensus

3     mechanism?

4                    (Inaudible.)

5                    THE SHORTHAND REPORTER:  Was that an

6              objection?

7                    MR. CERESNEY:  Yes, objection to form.

8                    MR. TENREIRO:  We can take the exhibit

9              down, by the way.  Thank you.

10                   THE WITNESS:  Again, it didn't exist at

11             the time, but Proof of Stake makes the

12             stakeholders the people who hold the asset.

13                   MR. CERESNEY:  We've been going more than

14             an hour.  Is it a ripe, opportune moment?

15                   MR. TENREIRO:  Yeah.  I'm almost done

16             here.

17    BY MR. TENREIRO:

18        Q.    All right.  We talked about that.

19        Why do people use Ripple's UNL instead of somebody

20    else's, to the extent that they do, and other than the

21    default?

22                   MR. CERESNEY:  Objection to form.  Are

23             you asking him to speculate or his view?

24                   MR. TENREIRO:  His understanding.

25                   I assume he interacts with people that

145

1              are running validators or that are in the

2              community.  If that's not true, he'll let me

3              know.

4                   THE WITNESS:  My understanding would be

5              that unless they had some reason to change it,

6              it's just easier not to change a default.

7    BY MR. TENREIRO:

8         Q.   Does Ripple strongly recommend using its own

9    dUNL?

10                   MR. CERESNEY:  Objection to form.

11                   THE WITNESS:  I don't think so.

12   BY MR. TENREIRO:

13        Q.   Does Ripple recommend that people use its

14   dUNL?

15                   MR. CERESNEY:  Objection to form.

16                   THE WITNESS:  It is our recommended -- we

17              call it the "recommended dUNL" or the "default

18              dUNL".

19   BY MR. TENREIRO:

20        Q.   Why?

21        A.   Because if you use that UNL, then you don't

22   have to go through any additional steps.  It just

23   simplifies your decision-making.

24        Q.   What do you think would happen if Ripple

25   stopped publishing the dUNL?

146

1          MR. CERESNEY:  Objection.

2     BY MR. TENREIRO:

3          Q.    In terms of the functionality of the

4     blockchain?

5               MR. CERESNEY:  Objection to the form.

6               THE WITNESS:  I -- I think people who --

7          people who used COIL's UNL or the XRP Ledger

8          Foundation's UNL wouldn't even notice.

9               People who already had a fallback UNL

10         configured would fall back to that fallback.

11         People who only use the default UNL would then

12         have to make a decision as to which UNL to

13         switch to.

14    BY MR. TENREIRO:

15         Q.    Why doesn't Ripple just stop publishing a

16    dUNL?

17              MR. GERTZMAN:  Objection to form.

18              THE WITNESS:  I wouldn't advocate for us

19         to stop publishing a dUNL, because it saves --

20         it saves developer -- it saves users the

21         necessity of going through steps, but we could

22         switch the default to COIL's UNL or the XRP

23         foundation's UNL.  There's no reason

24         particularly to do.

25

1    BY MR. TENREIRO:

2         Q.    If another organization published a UNL that

3    was used by the majority of the validators instead of

4    the dUNL, what would be the impact on the network's

5    consensus?

6              MR. GERTZMAN:  Objection to form.

7              THE WITNESS:  It would either be nothing,

8              depending on exactly how you envision the

9              scenario.

10             It would either be nothing or you could

11             reach a situation where the unintentional fork

12             protections kicked in, and then some servers

13             would perceive the network to have halted,

14             because they wouldn't see sufficient

15             agreement.

16   BY MR. TENREIRO:

17        Q.    Who put in the unintentional fork

18   protections?

19        A.    I believe I did.

20        Q.    Right.

21        A.    So they have evolved over time.  I believe

22   the first iteration of them went in at the same time the

23   amendment process was created, but I can't place it in

24   time better than that.

25        Q.    Was it in the beginning, 2011/2012?

1          A.    I think they were -- I think there were, but
2     they were significantly less than they were -- than they
3     were now.  I believe that the behavior of those
4     protections would have been more inconsistent.
5          So, for example, you might have gotten a warning,
6     but the server might have continued operating.  They
7     were not as robust.
8          Q.    Is there any way for this distributed
9     consensus that Ripple has described for its ledger to
10    work without relying on someone to publish the common
11    UNL list or having -- you know, ledger forks constantly?
12                   MR. CERESNEY:  Objection to form.
13                   THE WITNESS:  There has to be some
14              mechanism for people to roughly agree on who
15              the validators are.
16    BY MR. TENREIRO:
17         Q.    Don't they have to agree on who they trust to
18    agreement?  Isn't that what they have to agree on first?
19                   MR. CERESNEY:  Objection to form.
20    BY MR. TENREIRO:
21         Q.    At least 80 to 90 percent agreement on that?
22         A.    I'm not -- not quite sure I follow.
23         Q.    Well, there has to be a mechanism for people
24    to agree on who the validators are?  That's referring to
25    the UNL list?

149

1          A.      There has to be substantial agreement on the

2    UNL.  Ideally, 90 percent.  80 percent is sufficient in

3    most practical scenarios, but 90 percent is safe.

4          Q.      So how do you get to the point where people

5    roughly agree on who the validators are?  How do you

6    achieve that?

7          A.      There's two ways.  The earliest way and the

8    simplest way is just to literally directly come to that

9    agreement.  Like everybody can literally have a

10   conversation and come up with an agreement.  The problem

11   is that it's static.  It's at one point in time.

12         The better method is to agree on some number of

13   people who will make that decision, and then, of course,

14   you can always revise that if you're unhappy with the

15   decision they made.

16         Q.      What role does Ripple play today in ensuring

17   that there's substantial agreement on who the validators

18   are?

19         A.      Today, Ripple publishes a UNL.

20         And obviously, if everybody used that UNL exactly,

21   there would be complete agreement.

22         Q.      But they only need to use the 80 or 90

23   percent?

24         A.      Or they could opt to intentionally fork or

25   they could risk an unintentional fork.

150

1          Obviously, you wouldn't want to risk -- generally,

2     you wouldn't -- obviously, the word "unintentional"

3     generally means you don't want it.  But, of course, if

4     they wished to intentionally fork, then they would

5     deliberately not follow it.

6          Q.    Have there been forks of the Bitcoin Ledger?

7          A.    Yes.

8          Q.    And the Etherium Ledger?

9          A.    Yes.

10         Q.    But not of the XRP Ledger?

11         A.    Not unless you count Stellar, but I generally

12    wouldn't.

13         Q.    Right.  Let's not count Stellar, unless you

14    do, but my question is generally, would not --

15         A.    I generally would not.

16         So as a "yes" or "no" answer, but answer would be

17    "Not to my knowledge."

18         Q.    And do you know why there's been forks of

19    those ledgers but not this one?  What's the difference

20    or what would you attribute the difference to?

21         A.    It's -- well, so one thing that I would say

22    is the forks that we have had are Bitcoin and the

23    Etherium blockchain were connected to specific events

24    that occurred, and no such event has occurred in the XRP

25    Ledger ecosystem.

1        There's no -- there's no real reason to fork unless

2   there is some sort of event that triggers some sort of

3   disagreement.

4        Q.    What was the event in the Bitcoin blockchain?

5        A.    The event in the Bitcoin blockchain was the

6   dispute over the evolution of Bitcoin, whether bigger

7   blocks were the step forward or whether they threatened

8   decentralization and a segregated witness was the better

9   path.

10        Q.    And no such dispute has arisen with this

11   blockchain?

12        A.    Not that anyone has been willing to fork

13   over, to my knowledge, and I would probably know if it

14   happens.

15        Q.    So like the Checks Amendment?

16        A.    Right.  There was a dispute, but -- Ripple

17   didn't get its way, but we said whatever.

18        Q.    That's an amendment Ripple wanted at first,

19   right?

20        A.    It's an unusual thing.  We proposed it.  We

21   developed it, and then we later opposed it and it was

22   accepted anyway.

23              MR. TENREIRO:  Okay.  Let's stop here,

24         because Andrew asked for a break.

25              THE VIDEOGRAPHER:  Okay.  Going off the

1          record at 11:56.

2                (Recess taken at 11:56 a.m.)

3                (Resumed at 12:10 p.m.)

4                THE VIDEOGRAPHER:  Back on at 12:10.

5   BY MR. TENREIRO:

6          Q.   Mr. Schwartz, have you ever met Jay Clayton?

7          A.   Yes.

8          Q.   When?

9          A.   I met him twice.  Once at a meeting, and once

10   I passed him in a hallway at the SEC.

11          Q.   Have you ever met any other SEC commissioner?

12          A.   At the time I -- I passed him in a hallway,

13   he was with Hester Peirce.

14          Q.   Did you meet her or just see her?

15          A.   I said, "Hello" to Clayton, because I'd met

16   him before.  I just saw her.

17          Q.   Have you ever met any other SEC

18   commissioners?

19          A.   No.

20          Q.   When was the meeting with Clayton?

21          A.   I don't recall the date.

22          Q.   Who was there?

23          A.   It's hard for me to remember, because I had

24   two meetings with the SEC that were a couple of weeks

25   apart, and it's hard for me to separate what happened --

153

1    who was at the first meeting, who was at the second

2    meeting.  I know Clayton was there.

3        I know John Roscoe, from the Office of Presidential

4    Personnel, was there.  Brad Garlinghouse, I believe, was

5    there, and I know there were several other people from

6    the SEC, but I couldn't tell you more detail than that.

7        Q.    Anyone else from Ripple?

8        A.    I -- I don't believe so.

9        Q.    Lawyers from Ripple?

10       A.    My recollection, which is not precise, is

11   that we did not have counsel at that first meeting, but

12   I'm not sure.

13       Q.    The other meeting you're recalling at the

14   SEC -- was that with staff that was conducting the

15   investigation?

16       A.    I believe -- I believe most of the people who

17   were there were from Corp Fin, but that's the extent of

18   my recollection.

19       Q.    Were Ripple's lawyers there?

20       A.    I believe we did have counsel at that

21   meeting.

22       Q.    Why did you meet with Clayton?

23       A.    From my point of view, the purpose of the

24   meeting and the reason that Brad wanted me at that

25   meeting rather than something else was to cover

154

1    technical aspect of the function of the XRP Ledger.

2         Q.   Why did you want to give that presentation to

3    Clayton?  And I -- maybe I should say, "Chair Clayton"

4    every time.  Faster.

5         Why did you want to give Chair Clayton a technical

6    presentation of the XRP Ledger?

7         A.   My understanding at the -- I'm trying to

8    remember what time period --

9              MR. CERESNEY:  Actually, if you had

10             discussions with counsel, obviously you

11             shouldn't reveal that about the meeting.  In

12             other words, it sounds like counsel wasn't at

13             the meeting.

14             But if you had discussions with counsel

15             in advance of the meeting and that's the basis

16             for the meeting, you shouldn't answer that.

17             If there's other discussions, obviously you

18             should go there.

19             THE WITNESS:  My recollection, and I

20             could be confusing the meeting with other

21             meetings, but my recollection is that this was

22             around the time that other SEC commissioners

23             had made statements about -- about

24             cryptocurrencies.

25

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021