1     the whole sector gets abandoned.

2         Q.    So is it fair, though, someone reading this

3     answer might reasonably assume it relates to speculating

4     on the price?

5               MR. CERESNEY:  Objection.

6               THE WITNESS:  I don't know what context

7               this answer would have been presented in these

8               years ago.  Like I said, I believe the order

9               of these responses are changed, so I can't --

10              I can't tell what you context someone

11              three years ago would have read this in and

12              what conclusions they would have drawn on this

13              one post in isolation.

14    BY MR. TENREIRO:

15        Q.    So is it fair to say you are referring to

16    risks not just to Ripple, but to XRP itself in your

17    answer?  For example, where you say, "Perhaps some

18    regulators deem XRP to be a security."

19        A.    I actually said that here?

20        Q.    No. 2.

21        A.    Oh, I give that as an example, yeah.  Sales

22    to sophisticated investors.  Sorry.  What was the

23    question, again?

24        Q.    Is it fair to say that you --

25              While I understand your testimony that you believe

306

1    you're answering a question about risks to Ripple, you

2    are, in fact, giving examples of risks to XRP?  Such as,

3    for example, the regulatory risk that it might be deemed

4    to be a security?

5        A.    Well, I say -- I say that regulatory

6    changes --

7                (Thereupon, an informal discussion was

8            held off the record with the shorthand

9            reporter.)

10               THE WITNESS:  In two, I say, "those

11           regulatory changes that might make Ripple's

12           business model impractical."

13   BY MR. TENREIRO:

14       Q.    So there's a tie there between Ripple's

15   business model and XRP; fair?

16       A.    No, I don't think that's what's happening.

17   What I'm saying is if there was some regulatory change

18   that made Ripple's business model impractical, that

19   would be bad for Ripple.  But Ripple could mitigate that

20   by targeting friendlier jurisdictions.

21       Q.    One of the risks would be with respect to

22   regulatory risk over XRP; is that what you're saying?

23       A.    If it made Ripple's business model

24   impractical.

25       Q.    Wouldn't it, at that time?

1        A.    There could have been regulatory changes that

2 could have made Ripple's regulatory model impractical.

3        Q.    Was XRP being deemed a security one of them?

4        A.    I used that as an example here, probably

5 because I thought it was implausible.

6        Q.    Why did you think it was implausible?

7               MR. CERESNEY:  Objection.  Only answer if

8               you can answer that without discussing

9               discussions with counsel.

10               THE WITNESS:  Well, I hadn't had any

11               discussions with counsel at that time but it's

12               hard for me to place in time, but I think

13               three -- I don't recall whether three years

14               ago that would have been something I would

15               have considered a significant regulatory risk

16               or not.

17               There was a time I didn't and then there

18               was a time when I did, and I suspect I was

19               using this as an example because -- probably

20               because I didn't think it was plausible.  But

21               again, there were times I didn't think it was

22               plausible and times when I did.

23 BY MR. TENREIRO:

24        Q.    When were the times you did think it was

25 plausible?

1      A.    More recently.

2      Q.    In No. 5, you say:

3      "Someone comes up with a better way to bridge

4    international payments than using a digital asset and

5    Ripple is unable to position XRP."

6      What did you mean by that?  How is that a risk to

7    Ripple?

8      A.    It's a risk to Ripple because Ripple wouldn't

9    have the strategic advantage as it has with XRP, having

10   a significant amount that it didn't have to expend

11   resources to get with any other resource.

12     Q.    How -- but -- okay.

13     Now, you preface this by saying that you are

14   telling someone what you think the biggest risks are,

15   right?

16     A.    Yes.

17     Q.    Why -- why would you list an implausible

18   example when you're listing the biggest risks?

19              MR. CERESNEY:  Objection.

20              THE WITNESS:  Because I didn't think that

21          that was a significant risk and so I wanted to

22          use a sort of --

23              There's two aspects to how big a risk is.

24          There's how probable it is it will occur and

25          how much damage it does if it does occur.

```
 1                    And I listed two -- well, because other
 2            people were talking about it and because it
 3            could cause a significant amount of damage if
 4            it materializes and because there were a
 5            number of different regulatory changes that
 6            people envisioned at the time.
 7    BY MR. TENREIRO:
 8         Q.    So you -- you understood however improbable
 9    you believed it to be that it would cause a significant
10    amount of damage if XRP was deemed a security under U.S.
11    law?
12         A.    That's not what I'm saying.
13         What I'm saying is that's one example of a set of
14    potential regulatory risks which in aggregate pose a
15    significant risk.
16         Q.    In aggregate, the regulatory risks together?
17         A.    Yes, and that's why I placed them on this
18    list, not because there's any one particular risk that I
19    was specifically concerned about.
20         Q.    Well, you only placed one on the list, right?
21    You said, "unfavorable regulatory changes," and then you
22    gave one example?
23         A.    Right, perhaps.
24         Q.    Okay.
25                    (Pause.)
```

1    BY MR. TENREIRO:

2        Q.    How would "a horrible personal business

3    scandal affecting key Ripple people" affect XRP?

4        A.    There could be reputational damage.  People

5    could infer -- people could -- people could conclude

6    that that was like some sort of a stain on XRP itself.

7        I also point out the risk of the company becoming

8    toxic for financial institutions to do business with,

9    meaning the company would also.

10       Q.    Let's move on.

11               (Thereupon, an informal discussion was

12           held off the record.)

13               MR. TENREIRO:  Break time?

14               MR. CERESNEY:  Yeah, we've been going for

15           more than an hour.

16               MR. TENREIRO:  Okay.  Let's -- break

17           time.

18               THE VIDEOGRAPHER:  Off the record at

19           4:10.

20               (Recess taken at 4:10 p.m.)

21               (Resumed at 4:34 p.m.)

22               THE VIDEOGRAPHER:  Back on the record at

23           4:34.

24               (Thereupon, a 26-page printout entitled

25           "Ripple sold $91.6 million of its digital

1          currency XRP last quarter, as the price surged

2          almost 30,000% - Press - Xrp Chat" was

3          introduced as DS Exhibit 34 for identification.)

4     BY MR. TENREIRO:

5          Q.    Thank you.  Mr. Schwartz, I think we've

6     handed you Exhibit 34, another chat thread.  This one

7     has 26 pages and I'm going to focus you on page 17, now

8     we're up to January of 2018.  Please take a look --

9          Well, my question is:  Is there any other Ripple

10    employee or person associated with Ripple that is as

11    prolific on social media channels as you, as far as you

12    know?

13         A.    I doubt it.

14         Q.    Okay.  What about Mr. Garlinghouse?

15         A.    He's probably a little less prolific in

16    total.  He's active on Twitter.

17         Q.    He's also been around fewer years than you;

18    is that fair?

19         A.    Yes.

20         Q.    All right.  Here, you say:

21         "Programmatic literally means they are made by a

22    program."  Are you referring to programmatic sales by

23    Ripple there?

24         A.    Yes.

25         Q.    What knowledge did you have, as time went on,

1    about programmatic sales generally?  And we can atomize

2    this, if you like, but timing, price, generally.

3         A.    My understanding is programmatic sales are

4    sales made by market makers who facilitate trades in

5    both direction, both buying and selling, that have a net

6    preference for -- for reducing the amount of XRP they

7    hold and increasing the amount of fiat that they hold.

8         Q.    That's very helpful.

9         As time went on, though, were you being kept

10   abreast of -- you know, the parameters of the

11   programmatic sales at all?

12        A.    I believe some summaries or presentations

13   were made on a dashboard that was available to all his

14   direct reports.  I had access to them.  They put up them

15   on screens, but I wasn't specifically following them.

16        Q.    Have you ever had a decision-making role with

17   respect to any parameters involving programmatic sales?

18   Again, being timing, amount, pricing, anything like

19   that?

20        A.    No.

21        Q.    Does Mr. Garlinghouse have any such

22   decision-making role, as far as you know?

23        A.    I don't know.

24        Q.    Okay.  Do you know who has decision-making

25   power over programmatic sales?

313

1          A.    My understanding is that the XRP markets team

2    makes suggestions and then those suggestions would be

3    circulated to staff and they are generally followed.

4          Q.    And is that Ms. Madigan, now?

5          A.    I don't think so.

6          Q.    Who is it?

7          A.    I'm not sure.  I would have to look at the

8    organizational chart to tell you for sure.

9          Q.    Let's move on and back to the exhibit.

10         "Ripple employees, third-party market makers

11   execute these excerpted sales to ensure that we can't

12   control the timing or the volume to manipulate the

13   markets for benefit from insider information and to also

14   ensure that Ripple insiders, including me, can't use

15   intimate knowledge of the sales strategy to their own

16   advantage."  Do you see that?

17         A.    Yes.

18         Q.    How could an insider use intimate knowledge

19   of the sales strategy to their own advantage?

20              MR. CERESNEY:  Objection to form.

21              THE WITNESS:  If you knew precisely how

22              those trades were being made -- the

23              information that the market makers would have

24              like the actual algorithms they used to trade

25              those trades -- you could trade against them.

314

BY MR. TENREIRO:

     Q.   You could hedge, essentially?  You could
arbitrage, rather?

     A.   That would be -- that would be probably the
most significant.  You could arbitrage against them for
personal profit.

     Q.   Why doesn't Ripple want that?

          MR. CERESNEY:  Objection to form.

BY MR. TENREIRO:

     Q.   To the extent that's what you're saying here,
that you have programs to do it -- is that what you're
suggesting, that Ripple does not want that to happen?

     A.   Ripple wouldn't want its own employees like
independently profiting from knowledge that they have
from their employment.

     Q.   Do you know why not?

          (Pause.)

          THE WITNESS:  I can't really enumerate it
          any more specifically than that.

BY MR. TENREIRO:

     Q.   Well, how about -- I mean, if XRP holders in
the market found out that was happening, would that look
bad for Ripple, do you think?

          MR. CERESNEY:  Objection.

          THE WITNESS:  I could argue it either

315

1           way.

2    BY MR. TENREIRO:

3          Q.    Well, again, from your participation in

4    social media and things like that, do you have any view

5    as to whether if the market understood that Ripple

6    employees were -- you know, using intimate knowledge of

7    the sales to their own financial advantage, whether that

8    would -- you know, be perceived positive or negative?

9          A.    I think it would cause reputational harm,

10   probably not directly financial harm.

11         Q.    Just reputational harm?

12         A.    I think that would cause reputational harm to

13   Ripple.

14         Q.    Then, you say:

15         "These are professional market makers who

16   understand we don't want to kill rallies."  What are you

17   referring to by "kill rallies"?

18         A.    We didn't want to have an impact on the price

19   of XRP by ourselves.

20         Q.    Then, you say:

21         "or engineered the price but want to sell with

22   minimal impact."

23         A.    Yes.

24         Q.    So is it fair to say Ripple didn't want -- to

25   rally is a price increase, right?

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

316

```
 1        A.    Right.

 2        Q.    So Ripple does not -- did not want to sell

 3   into a rally such that it would kill the rally?

 4        A.    Right.

 5        Q.    Is that fair?

 6        A.    We did not want to have a negative price from

 7   our sales.

 8        Q.    Why?

 9        A.    Because we ... I think at that time, our

10   concern was that there was -- that there was a dramatic

11   correlation between those types of actions and price,

12   and so the price would track our actions.

13        Q.    There was a concern?

14        A.    Yeah.

15        Q.    By whom or who had that concern?

16        A.    I -- I know I did, from the fact that I wrote

17   this.  I don't know that that concern was -- you know,

18   specifically that it was shared.

19        Q.    In this post, are you talking on your behalf

20   or are you talking on behalf of the company?  You used

21   the word "we" a number of times.

22        A.    Yeah, this is my own, personal -- this is my

23   own personal view that I'm stating here.

24        I don't know that it was shared by other people at

25   the company.
```

1       Q.   Now, is it true that Ripple did not have a

2   decision-making authority over timing or volume of

3   programmatic sales?

4       A.   My understanding at the time was that we did

5   not have short-term control over timing or volume.

6       Q.   Has your understanding changed since?

7       A.   No.

8       Q.   Have you since come to understand that Ripple

9   did, in fact, sell into or related to information that

10  was being released into the market about XRP?

11      A.   I'm sorry.  Could you repeat that?

12      Q.   Have you --

13      Since the date of this post, have you come to

14  understand whether Ripple has in fact sold into the

15  release of information about XRP?  Sold XRP?

16      A.   Into the release of -- sorry.  I don't

17  understand the question.

18      Q.   Yeah, so -- it's poorly worded.  Have you --

19      Since the date of this post, have you come to

20  understand whether Ripple has, in fact, sold XRP in

21  conjunction with its release of information about XRP?

22      A.   No.

23      Q.   If that were true, would you consider that

24  manipulating the market, as you used the terms here?

25              MR. CERESNEY:  Objection.

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021

318

```
 1                    THE WITNESS:  I would have to look at the
 2               facts and circumstances of the particular
 3               situation.
 4     BY MR. TENREIRO:
 5          Q.    What do you mean by "manipulate the markets"
 6     in this post?
 7          A.    What I mean is that Ripple would -- would be
 8     using programmatic sales to engineer some particular
 9     price.
10          Q.    That would be manipulating the market?
11          A.    I believe at the time that that would be,
12     yes.
13          Q.    Has that believe changed today?
14          A.    I still believe that if Ripple -- if Ripple
15     sold with the goal of producing particular pricing
16     changes, that that -- I would consider that market
17     manipulation.
18          Q.    Let's go to Exhibit 35.
19                    (Thereupon, a 10-page printout from
20               Bitcoin Forum entitled "Latest posts of
21               JoelKatz" dated 5/30/17 was introduced as DS
22               Exhibit 35 for identification.)
23     BY MR. TENREIRO:
24          Q.    Let's see if we can get to the end.  This is
25     going to be a Bitcoin Forum.  By the way, before you
```

1    look at it, have I -- is there any forum I haven't

2    covered?

3         So I've covered Reddit, Bitcoin Forum, Xrp Chat,

4    Twitter.  Am I missing one?

5         A.    There's a Bitcoin Stack Exchange Forum.

6         But most of those posts are about Bitcoin.  They're

7    not as interesting.  That would have Ripple-related

8    posts relating to Ripple or XRP?

9         Q.    By you.

10         A.    By me?  You certainly got the biggest ones.

11    I -- I can't think of any others.

12               MR. TENREIRO:  Okay.  Good job, guys.

13               THE WITNESS:  You got Quora?  Quora was

14         on that list, right?

15    BY MR. TENREIRO:

16         Q.    I didn't see it.  Quora?  Okay.

17         A.    If Quora was not on that list, there would

18    probably be quite a bit on Quora.

19         Q.    Okay.  All right.  So now back to this one.

20    On page 6, there appears to be a response to you on May

21    27, 2017 about -- you know, "FUD."

22         So let's just start -- we've had it at another

23    deposition, but for the record, this one -- what does

24    "FUD" mean?

25         A.    "FUD" is fear, uncertainty, and doubt.

1        Q.    And that's a -- sort of a [inaudible]

2   community term?

3        A.    Yes.

4        Q.    Something bad, generally speaking?

5        A.    Yes.

6        Q.    And bad, because it affects the -- it could

7   potentially could affect the price of an asset?

8        A.    Some people might be concerned for that

9   reason.

10       Q.    Why was Ripple concerned?  Was Ripple

11  concerned about FUD about XRP?

12       A.    Yes.

13       Q.    Why?

14       A.    Ripple was concerned that people having

15  misinformation about XRP or Ripple or Ripple's products

16  might discourage them using XRP or Ripple's products,

17  even where that was the best solution to the products

18  they had.

19       Q.    So is it fair to say that Ripple undertook

20  efforts to combat FUD with respect to Ripple or XRP?

21            MR. CERESNEY:  Objection.

22            THE WITNESS:  I would say I certainly

23            responded to FUD when I saw it and some other

24            people at the company did.

25

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

1    BY MR. TENREIRO:

2         Q.   Who?

3         A.   I know ████████████████ did at the time.   I

4    think Brad did.

5         Q.   Isn't it fair to say that at times, Ripple's

6    communications department instructed you or suggested to

7    you that you might combat FUD by making certain Tweets?

8         A.   I think there probably were fewer than a

9    dozen times where Tweets were suggested, and some of

10   those -- I mean, I can't say right now whether any of

11   those were aimed at combating FUD.

12        Q.   Okay, so let me try my question again.   Is it

13   fair to say that Ripple undertook efforts, as far as you

14   know, to combat FUD with respect to Ripple or XRP?

15        A.   Ripple employees responded to FUD on social

16   media forums.

17        Q.   Okay.   Here, you say:

18        "Correct.   Ripple has consistently defended the XRP

19   market from dumping by insiders."   What do you mean by

20   "dumping by insiders"?

21        A.   By "dumping by insiders," I mean people who

22   received large amounts of XRP either from Ripple or from

23   the creation of the XRP Ledger in the early days selling

24   large amounts.

25        Q.   And what do you mean, "defend the XRP

322

1   market"?

2       A.    What I mean is that --

3       What I mean is that dumping by insiders could

4   produce people who had very large amounts of XRP that

5   they didn't have to spend resources to get, and they

6   could use that, for example, to spam the XRP Ledger with

7   large numbers of transactions or other nefarious

8   purposes.

9       Q.    You say:

10      "We've gone to court to do it, and we've negotiated

11  the agreements to do it."  Do you see that?

12      A.    Yes.

13      Q.    Has Ripple gone to court to stop people from

14  spamming the XRP Ledger with transactions?

15      A.    No.

16      Q.    Has Ripple gone to court to stop people from

17  selling XRP?

18      A.    Yes.

19      Q.    That's ██████████

20      A.    Yes.

21      Q.    Okay.  Why is that, defending the XRP market,

22  stopping ████████ from selling XRP?

23      A.    If someone received a large amount of XRP at

24  a very, very low price, they could use that to spam the

25  XRP Ledger.

 1          Q.    How would -- I'm sorry.  Was ████████

 2     spamming the XRP market?

 3          A.    The concern wasn't that he would.  The

 4     concern was that someone who bought the XRP from him

 5     could.

 6          Q.    That they could buy it at a very low price?

 7          A.    Right, and therefore they would -- the cost

 8     to attack the ledger would go down.

 9          Q.    What was the -- at this time, what was the

10     cost per transaction?

11          A.    At this time -- this was 2017?  I believe at

12     this time, the -- there was 20 XRP reserve per account,

13     and the cost per transaction was very, very small, like

14     a hundred-thousandth of an XRP.

15          Q.    A hundred-thousandth?  And the smallest unit

16     did you say was one one-millionth?

17          A.    Correct.

18          Q.    So one one-hundred thousandths of an XRP is

19     called a "drop"?

20          A.    A drop is one one-millionth.  A transaction

21     fee was 10 drops, and I think at that time, it was 10

22     drops.

23          Q.    At some point, it was 20?

24          A.    I don't -- I don't really remember.  I

25     believe it did drop over time, but I can't recall right

1    now.

2         Q.   Okay, so the concern was --

3         Well, the concern with ▮▮▮▮▮▮ selling his XRP

4    was that someone could acquire it to spam the XRP

5    Ledger?

6         A.   That someone could acquire it at a very low

7    price, and therefore, the cost to attack the XRP Ledger

8    would go down.

9         Q.   Was he selling it at a very low price?

10        A.   I don't know.

11        Q.   And how does that defend the XRP market?

12        A.   At the time -- at the time -- actually ...

13        There were times when I believed that failures of

14   the underlying ledger technology would affect the

15   markets for assets, and I either believed that at the

16   time or was expressing that concern here.

17        Q.   And were you expressing here that the market

18   should expect Ripple to stand up to stop any such

19   potential attacks on the XRP market?

20        A.   I would hope that someone wouldn't draw that

21   conclusion from this, and what I hoped that they would

22   conclude --

23        And because I said, "by insiders," what I meant was

24   we would take care to ensure we didn't cause those types

25   of problems; not necessarily we would protect from

```
 1    all -- that we wouldn't be a bad actor, not necessarily
 2    that we would affirmatively be some sort of defender.
 3        Q.   Okay.  You wouldn't be a bad actor, because
 4    you would be the largest holder of XRP for many, many
 5    years?
 6        A.   Yes.
 7        Q.   Okay, and you're still the largest holder of
 8    XRP today?
 9        A.   Yes.
10        Q.   And you expect that to continue for many,
11    many years?
12        A.   Yes.
13        Q.   Okay, and is there an entity sort of that you
14    know of that does engage in this sort of effort with
15    respect to Bitcoin?
16        So, for example -- you know, going to court to stop
17    dumping by insiders?
18                MR. CERESNEY:  Objection.
19    BY MR. TENREIRO:
20        Q.   Just that you know of.
21        A.   Not that I know of.
22        Q.   And what about for Etherium?
23        A.   I don't know the role that the various
24    institutions inside the system play.
25        Q.   Okay.  Let's look at Exhibit 39, please.
```

326

```
 1                    (Thereupon, a 24-page document entitled
 2             "Can the first usage of xRapid actually flood
 3             the market with XRP? - Page 3 - General
 4             Discussion - Xrp Chat" was introduced as DS
 5             Exhibit 39 for identification.)
 6   BY MR. TENREIRO:
 7        Q.   Back to Xrp Chat.  This is 2017 -- November
 8   of 2017, page 16.
 9                    (Pause.)
10                    THE WITNESS:  Yes.
11   BY MR. TENREIRO:
12        Q.   Okay, so you're talking about designing
13   programmatic sales again?
14        A.   Yes.
15        Q.   You say:
16        "I admit that I find it" --
17        "I admit that I do find it somewhat difficult to
18   believe that the effect on price is negligible."  Are
19   you talking there about programmatic sales?
20        A.   Yes.
21        Q.   So is it fair to say that at least in 2017,
22   it is your intuition that Ripple's programmatic sales,
23   despite being -- you know, channeled through experts,
24   had some downward effect on the price of XRP?
25        A.   Yes.
```

327

1          Q.     Have you exchanged your mind since then?

2          A.     I'm -- I'm less certain now than I was then.

3     It still doesn't seem intuitively right to me.

4          Q.     Okay.  Why?

5          A.     Just doing back-of-the-envelope math, just

6     calculating the -- the -- just from basically just

7     looking at the percentage of sales of Ripple and trying

8     to forecast without them there.

9          Q.     And then, you say, "My own

10    back-of-the-envelope math suggests that the price is

11    probably about one cent lower now than it would have

12    been if Ripple stopped its programmatic sales one year

13    ago."

14         So just in other words, if Ripple had stopped

15    selling a year before, perhaps the price of XRP would be

16    one cent higher than it was at the time?

17         A.     Yes, and I explained the methodology here,

18    which is reconfiguring the market cap with or without.

19         Q.     Then, you say:

20         "It ignores two ways Ripple sales can put upward

21    pressure on the price."  Do you see that?

22         A.     Yes.

23         Q.     "One is when Ripple releases XRP, the

24    overhang of Ripple" -- sorry -- "the overhang of XRP

25    Ripple can release in the future is reduced."  Do you

1   see that?

2        A.    Yes.

3        Q.    Explain, please, what you mean by the

4   "overhang of XRP."

5        A.    By the "overhang" here, I mean the risk that

6   Ripple would sell a large amount of XRP in a short

7   period of time and reduce the short-term price.

8        Q.    So as Ripple has less XRP to sell, the risk

9   that Ripple will sell a lot of XRP goes down?

10        A.    Right.

11        Q.    And that, you believe, might increase the

12   price of XRP?

13        A.    If that overhang is priced in, having a

14   downward effect, then the absence of that overhang could

15   eliminate that downward effect.

16        Q.    Was the escrow, in part, designed to

17   eliminate that overhang effect?

18        A.    I think there was a belief that the escrow

19   could reduce that overhang effect.

20        Q.    And do you -- okay.  Then, you say:

21        "The second part is when Ripple gets cash for XRP,

22   that increases Ripple's ability to executes on its plans

23   for XRP.  If the probability of Ripple's successful

24   execution of its XRP strategy is part of the price of

25   XRP, then growth in Ripple's reward chat should put

329

1    upward pressure on the price."

2        So let me see if I can unpack this part.  Are you

3    saying here that to the extent that part of the price of

4    XRP is Ripple's chances of successful execution than if

5    Ripple has more money to successfully execute a

6    strategy, that could put upward pressure?

7        Is that what you're saying?

8        A.    To that extent, yes.

9        Q.    Is the probability of Ripple's successful

10   execution of its XRP strategy part of the price of XRP?

11       A.    I have not seen evidence that that is the

12   case.

13       Q.    Have you seen evidence that it's not the

14   case?

15       A.    Yes.

16       Q.    What evidence?

17       A.    Lack of correlation between news that would

18   impact Ripple's successful execution of the strategy not

19   correlating to changes in the price.

20       Q.    And since when did you see that evidence?  Is

21   it after this point?

22       A.    It was not -- it was not one particular point

23   where that evidence -- it's just a gradual accumulation

24   of evidence that gradually changes my view.

25       Q.    And how --

1           When you were doing that analysis, did you

2    determine -- you know, which news you would expect to

3    have a price effect that you did not see a price effect?

4           A.    We looked at news that we thought would

5    impact Ripple's perceived probability of success.

6           Q.    Who is "we"?

7           A.    Myself and other people at Ripple.

8           Q.    Be more specific, please.

9           A.    I don't recall who the analysis was done by.

10          Q.    Did it -- did the conversations include

11   Mr. Garlinghouse?

12          A.    I don't believe Mr. Garlinghouse was involved

13   in the preparation of that information.

14          Q.    But the receipt of it?  The review of the

15   final analysis?

16          A.    I believe he would have seen it.

17          Q.    What about Mr. Larsen?

18          A.    I think it's less likely that he would have

19   seen it.  He was not as actively involved in the company

20   at that time.

21          Q.    Okay, and we looked at news --

22          I think I'm quoting your answer.  "We looked at

23   news that we thought would impact Ripple's perceived

24   probability of success."  Why Ripple's as opposed to

25   XRP's?

1          A.    Well, the question here is whether -- the

2    question you asked about is whether the probability

3    of -- whether changes in the probability of Ripple's

4    successful execution of its XRP strategy is part of the

5    price of XRP.

6          So for that analysis, you would look at news events

7    that impact the perception of Ripple's successful

8    execution of its XRP strategy.

9          Q.    Is it fair to say that sometimes Ripple made

10   announcements of business activities that did not have

11   to do with XRP?

12         A.    Yes.

13         Q.    And did you --

14         When you analyzed the effect or lack of effect, did

15   you consider those news events as moments when you

16   analyzed whether there was a correlation?

17         A.    We looked at both of those as two hypotheses.

18   One, that people -- that Ripple's probability of success

19   generally was a factor in the price of XRP and one that

20   the success of Ripple's XRP strategy affected the

21   price -- was a factor in the price of XRP.

22         So those are two separate hypotheses.  One is sort

23   of a subset of other.

24         Q.    Yeah, and you've concluded there's no

25   correlation with respect to both the hypotheses?

1          A.    We were unable to find any consistent

2    correlation.  There were one or two incidents where

3    there -- there did seem to be correlation in time and

4    very short-term spikes in price, but not enough to draw

5    a conclusion.

6          Q.    What were those?

7          A.    I -- I cannot remember.  I -- I know -- I

8    know the instances that we looked at included things

9    like -- things like the MoneyGram partnership

10   announcement, but I --

11         I don't recall which were the two -- there were two

12   cases where there was a correlation in time.  I don't

13   remember what those two incidents were.

14         Q.    Was one of them the escrow announcement?

15         A.    I'm sure that's one of the ones we looked at.

16   I don't remember whether that's one of the ones where we

17   did see a short-term increase or not.

18         Q.    Who would have the sort of results of this

19   analysis or where is it?

20         A.    I don't know.

21         Q.    Does the company have it?

22         A.    Yeah, I would assume so, but I don't know for

23   sure.

24         Q.    Was listing on the exchanges one of the

25   events you looked at?

1       A.    We did look at listing on -- listings on

2  exchanges to see if we saw a correlation in price.

3       Q.    Do you recall reaching a conclusion?

4       A.    My recollection was there was in the early

5  days, particularly when one listing was -- if

6  cryptocurrency has only two listings, the third listing

7  could be significant, and there were these short-term

8  spikes in price, and then over time, the market didn't

9  seem to care anymore.  Even for cryptocurrencies that

10  had very few listings in the market.  The one exception

11  was a cryptocurrency's very first listing.

12       Q.    Okay.

13       A.    Because there kind of wasn't a price before

14  that, so you almost can't even make a comparison.

15       Q.    What was your first listing?

16            MR. CERESNEY:  "Yours" meaning?

17  BY MR. TENREIRO:

18       Q.    XRP's.

19       A.    XRP's?  This is going way back.  I think it

20  might have been a company called ████████ which doesn't

21  exist anymore.

22       Obviously, that was a very significant listing, but

23  there were no significant exchanges at that point at

24  that time.

25

334

1          Q.      Yeah.   The point you're making here, about
2     "When Ripple releases XRP, the overhang of XRP Ripple
3     can release in the future is reduced" --
4          Is that point still true today to the extent that
5     overhang is priced in Ripple reducing the amount of XRP
6     it holds might have upward pressure on the price?
7          A.      To the extent that's produced in, it would
8     have -- it could have some upward pressure.
9          Q.      Do you have any views what that's priced in
10    today?
11         A.      It should be, but it's not.
12         Q.      What about the second point, the probability
13    of Ripple's successful execution of its XRP strategy?  I
14    understand your correlation point.
15         A.      Yeah.
16         Q.      Do you have an understanding whether that's
17    priced into the price of XRP?
18         A.      I don't think so, because you would expect
19    there to be more of -- if it was priced in, a change in
20    it should change the extent to what it's priced in, and
21    we haven't seen that.
22         So I think while those are reasonable things to
23    expect, the evidence, surprisingly, doesn't support
24    those views.  At least, surprising to me.
25         Q.      And did you consider the impact of Ripple's

1    sales of XRP into the market that the time as -- you

2    know, whether they would have an effect on price?

3         A.    At this time, I personally did that

4    back-of-the-envelope calculation, essentially

5    imagining -- basically, running a counterfactual where

6    Ripple doesn't engage in those trades and assuming all

7    other trades are equal.

8         Q.    Sorry.  I think I was not clear.  So when

9    you're doing --

10        You said people at Ripple did analysis of the

11   correlation and found maybe there were a couple

12   instances where there were some, but less correlation

13   than you expected?

14        A.    Right.

15        Q.    Okay.  When you were doing that analysis, did

16   you sort of control for the fact that Ripple might have

17   been making sales into the market such that those sales

18   might be putting some downward pressure on the price, as

19   you intuitively suggest here?

20             MR. CERESNEY:  Objection to the form.

21             THE WITNESS:  I -- I don't know.

22   BY MR. TENREIRO:

23        Q.    You don't know if you included that or not,

24   if you controlled for that or not?

25        A.    I did not look closely at the analysis.

1       Q.    Do you think that's something you should look

2   at if you're doing that correlation analysis?

3                 MR. CERESNEY:  Objection.

4                 THE WITNESS:  I'm not an economist,

5           but -- I don't know what you should control

6           for.

7   BY MR. TENREIRO:

8       Q.    Okay, and you also don't know who has the

9   company's results of the analysis; is that right?

10      A.    I don't know.

11      Q.    Could you figure that out by like searching

12  your e-mail or -- I'm just trying to figure out how I

13  would get my hands on that.  Perhaps the wrong use of --

14                MR. CERESNEY:  Objection.

15                MR. TENREIRO:  Perhaps the wrong use

16          of --

17                MR. CERESNEY:  For several reasons.

18                THE WITNESS:  I -- I have a recollection

19          that I saw the report, but it may just be that

20          it was discussed.  I don't know -- I'm not

21          even positive I saw the actual document.

22                I know there was a meeting where the

23          conclusions were discussed.  My recollection

24          is that that was Breanne's meeting, but I'm

25          not sure at this point.

337

```
 1    BY MR. TENREIRO:

 2         Q.   Okay.  All right.  Let's look at Exhibit 52.

 3              (Thereupon, a 10-page document entitled "I

 4         am David Schwartz, Chief Cryptographer at

 5         Ripple.  AMA!" was introduced as DS Exhibit 52

 6         for identification.)

 7    BY MR. TENREIRO:

 8         Q.   There's a Reddit, "AMA," meaning "Ask me

 9    anything," right?

10         A.   Uh-huh.  Yes.

11         Q.   Okay, and this appears to be --

12         This is 50 pages, and I've only printed 10 of them

13    to save some trees, and I'm going to ask you about pages

14    3, 6, and maybe 9.  Sorry, 8.  I believe this is from

15    2018.

16              (Thereupon, an informal discussion was

17         held off the record.)

18              MR. CERESNEY:  Is this printed out in the

19         sequence which the questions and answers

20         occur?  Do you know, Jon?

21              MR. DANIELS:  I believe these are

22         uploaded.  These are based on votes.  It's not

23         really a conversation.

24              MR. CERESNEY:  And it --

25              Would Mr. Schwartz's response be to the
```

338

```
1              question immediately before?  I'm just asking

2              because if it's showing him an excerpt, I just

3              want to make sure the rest of it's not --

4                   MR. TENREIRO:  My belief --

5                   My understanding is his responses are --

6              as you see here, his responses are the most

7              popular -- you know, upvoted responses to the

8              original post.

9                   MR. CERESNEY:  Okay, but -- but is --

10                  Can you see the questions to which he's

11             responding in this -- in the printout?

12                  MR. TENREIRO:  Yeah.  It's not questions.

13             He responds to --

14                  He can correct me if I am wrong.  There's

15             a post that's made that I believe he started.

16             "I am the Chief Cryptographer and one of the

17             the original architects," and then people

18             comment.

19                  There's 520 comments.  People start

20             upvoting the comments that are responding to

21             his post, and then he responds to a comment.

22                  MR. CERESNEY:  Okay.  So what I'm

23             saying --

24                  MR. TENREIRO:  It's not questions he's

25             responding to.  It's more comments.
```

339

```
 1                 MR. CERESNEY:  But you have the comment
 2           he's responding to in this comment?
 3                 MR. TENREIRO:  Yes.  It's right above his
 4           post.
 5   BY MR. TENREIRO:
 6        Q.   Mr. Schwartz, did you understand that to be
 7   the presentation as I described it?
 8        A.   Yes.
 9        Q.   Okay.  So, for example, just to start as an
10   example, on page 3, in the middle,          says,
11   "Hi, David.         mentioned (in the interview at
12   Google) that 'XRP is not static' and open for
13   improvement.  Could you elaborate on the possibilities?"
14        Then you say:
15        "Ripple has a team of talented developers working
16   on improving the scalability and reliability of the XRP
17   Ledger."
18        I'm not going to read all of it, but just sort of
19   reading that, do you understand that seems to be a
20   response to the "Hi, David" comment above?
21        A.   Yes.
22        Q.   Okay, so what are you talking about there?
23   What is Ripple's team of talented developers doing
24   there?
25        A.   Making the ledger more powerful, increasing
```

1    its feature set.  I cite specifically features like

2    payment channels and escrows that originated at Ripple.

3        Q.    On page 6, you say in the middle:

4        "XRapid is our first enterprise product delivering

5    payments bridged by XRP."

6        Can you explain what that means?

7        A.    Yes.  The thesis behind xCurrent and the

8    RippleNet strategy was to enable enterprises to bridge

9    payments using XRP.  XRapid actually delivered on that.

10       Q.    That was the first time that there was a

11   product that was using XRP, potentially?

12              MR. CERESNEY:  Objection.

13              THE WITNESS:  That was that first time

14         there was a Ripple product that used XRP to

15         bridge off ledger payments.

16   BY MR. TENREIRO:

17       Q.    As opposed to the exchange we discussed?

18       A.    The decentralized exchange, which could

19   bridge on the payments.

20       Q.    Okay, so on page 9, you say:

21       "I think three things really set XRP apart from any

22   other digital asset.  One is the amazing team of

23   dedicated professionals that Ripple has managed to

24   unmask the valid ecosystem around XRP."

25       Why is Ripple's team setting XRP apart from other

341

```
1   assets?
2               MR. CERESNEY:  Hold on.  I think you said
3         page 9.
4               MR. TENREIRO:  It's page 8.
5               THE WITNESS:  Starts on page 8.
6               MR. CERESNEY:  Hold on, David.  Take a
7         look at that.
8   BY MR. TENREIRO:
9       Q.   Yeah, take a look.
10      A.   So the question I'm responding to is really
11  specifically focused on the difference between
12  and Ripple --
13      Q.   Uh-huh.
14      A.   -- and the core difference between
15  and Ripple is the team that built the ledger went on to
16  work at Ripple.
17      Q.   Well, you say:
18      "I think three things really set XRP apart from any
19  other digital asset."  You say your testimony is just
20  setting it apart from
21      A.   No.  I think -- I think I'm -- I think I
22  picked that -- I think one of the reasons I picked that
23  particular thing like to list first and to call out was
24  because of this particular combination of
25      But I do agree that you could -- you could make a
```

1   similar comparison with any other digital asset and

2   there will be differences.  You know, there would be

3   differences, so this is also something that will set XRP

4   apart, perhaps not the same extent as other digital

5   assets.

6        Q.    Those include Bitcoin and Etherium?

7        A.    Yes.

8        Q.    Let's move on to Exhibit 57.

9              (Thereupon, a 38-page document entitled

10         "Why the world needs Ripple XRP - Whitepaper"

11         dated January 15, 2020" was introduced as DS

12         Exhibit 57 for identification.)

13   BY MR. TENREIRO:

14        Q.    If Ripple sort of disappeared today,

15   what's -- what's -- what do you think would happen to

16   the ODL product?

17        A.    I don't think the ODL --

18              MR. CERESNEY:  Objection.  Objection.  Go

19         ahead.

20              THE WITNESS:  I don't think the ODL

21         product coexist without Ripple, because it's a

22         Ripple product.

23   BY MR. TENREIRO:

24        Q.    In what ways does Ripple -- you know, help

25   the existence of the ODL product?

1      A.    Well, Ripple developed the software.  Ripple

2  owns the software.  It's a proprietary Ripple product,

3  so someone else who wanted to continue it would have to

4  develop the software themselves to meet the requirements

5  of the product.

6      Q.    Are there other ways in which Ripple makes

7  efforts with respect to the product other than

8  developing the software?

9      A.    (No response).

10      Q.    I think you mentioned some partnerships with

11  exchanges.  Are there other things that Ripple does with

12  respect to the --

13      A.    Ripple pitches the products to customers,

14  gets them to sign contracts and so on.

15      Q.    Relationships with market makers for

16  liquidity on certain corridors?

17      A.    For corridors that -- yeah, the rate would

18  not be as high without those market makers.

19      Q.    And do you --

20      Would the product be viable without those

21  product -- those market makers?  At least, on the U.S.

22  dollar/Mexican peso corridor?

23            MR. CERESNEY:  Objection.

24  BY MR. TENREIRO:

25      Q.    As far as you know?

344

```
 1          A.    I think the --

 2          I think today, the USD/MXN peso corridor would be

 3    viable at a lower volume level without -- without Ripple

 4    incentivizing the market makers.

 5          Q.    And when did that "today" start?

 6          A.    I would say probably roughly a year ago, but

 7    again, I would have to look at the volume number to say.

 8          Those payments had to be fairly small.  They tend

 9    to be around $300 or so, which means you don't need that

10    much liquidity in that market.

11          Q.    The market makers buy XRP for Mexican pesos?

12          A.    Yes.

13          Q.    On that side of the tranche?

14          A.    Yes.  They buy XRP, and they provide the

15    Mexican pesos that are delivered to the recipient.

16          Q.    Where do they get the Mexican pesos from?

17          A.    Whatever sources they have.  Probably foreign

18    exchange.

19          Q.    Like a foreign exchange with a bank or ...

20          A.    I mean, I'm -- I'm speculating.  I'm

21    speculating, here.

22                MR. CERESNEY:  And so therefore?

23                THE WITNESS:  Yeah, I can --

24                I could speculate where they would get

25          them from, but --
```

345

```
 1                    MR. CERESNEY:  But you're not going to.

 2                    THE WITNESS:  -- wherever market makers

 3              will get Mexican pesos from.

 4    BY MR. TENREIRO:

 5         Q.    Do you know in this context?

 6         A.    I don't.

 7         Q.    Okay.  Let's move on.

 8         So what I have is Exhibit 57.  I wanted you to look

 9    at pages 19 and 21, please.  This one is called "Why the

10    World Needs Ripple XRP."

11         A.    Yes.

12         Q.    You know, in the middle you say:

13         "In practice, we probably have a lot of power right

14    now."  Is that power over the Ripple Ledger?  Is that --

15         A.    Which page?

16                    MR. CERESNEY:  Nineteen.

17                    THE WITNESS:  Yeah, and I clarify

18              precisely what I mean in the next sentence.

19                    "We could probably do some evil at the

20              margins for a short period of time," so

21              that -- that's about sort of short-term

22              operational, yeah.

23    BY MR. TENREIRO:

24         Q.    Yeah, but if you did something evil, people

25    would stop following you, essentially, is what you're
```

1   saying?

2       A.   Right.  We would immediately lose that power.

3       Q.   And that's probably still true today, to the

4   extent you have any power?

5       A.   Right.

6       Q.   So Ripple's incentivized by sort of market

7   reactions to not do something "evil"?

8       A.   Yeah.

9       Q.   Later, you say:

10      "On the other hand, we do hold an awful lot of XRP.

11  We could, for example, crash the market for XRP by

12  selling a huge amount in a short period of time.  That

13  will hurt us more than anyone else."

14      Why is that the case?  Or why was that the case in

15  2017?

16      A.   Because we hold more XRP than anyone else

17  does.

18      Q.   But why would crashing the price help -- hurt

19  you?

20      A.   That could impact the long-term price, which

21  would mean that we couldn't use our XRP for any of the

22  business purposes that we talked about.

23      Q.   Including revenue and developing uses?

24      A.   It would include all of them.

25      Q.   Is that still true today, that if you did

1    something to crash the market for XRP by selling a huge

2    amount, that would hurt you more than anyone else?

3        A.    I believe so.

4        Q.    For the same reasons we just discussed, your

5    inability -- you couldn't use your XRP for any of the

6    business purposes that we talked about?

7        A.    Right.

8        Q.    Okay.  Then, you say:

9        "Our comment has demonstrated to date precisely the

10   opposite.  We've worked to lock up XRP and we've

11   discussed our plans for how we will release XRP to the

12   world."

13       What do you mean there?

14       A.    What I mean is that we've acted in our own

15   interest.

16       We haven't -- we haven't done long-term damage to

17   the XRP ecosystem, because we have an incentive not to

18   do that.

19       Q.    Later, you say:

20       "If you think we will be good stewards and our

21   plans are likely to build them in, then you will tend to

22   expect the price to go up."

23       Please explain that.

24            (Pause.)

25            THE WITNESS:  I think at that time I did

348

```
 1              believe the prices were responsive or would be
 2              responsive to -- to specific factors of the
 3              individual projects.
 4      BY MR. TENREIRO:
 5          Q.   And why you expressing these views publicly?
 6              (Pause.)
 7      BY MR. TENREIRO:
 8          Q.   Other than to annoy Mr. Ceresney?
 9              MR. CERESNEY:  If you recall.
10              (Pause.)
11              THE WITNESS:  I mean, I ... I don't know
12          why I was saying that in this particular
13          context at this -- at that time.
14      BY MR. TENREIRO:
15          Q.   Okay.  Are you aware of Ripple pausing or
16      stopping programmatic sales to stabilize the price of
17      XRP?
18          A.   I am aware that Ripple paused programmatic
19      sales at some point.  I'm not sure why.
20          Q.   Are you aware of any programmatic purchases
21      to stabilize and increase the price of XRP?
22          A.   No.
23          Q.   Okay.
24          A.   Well, I'm -- I am aware -- programmatic
25      purchases?  No.
```

349

```
 1          Q.   Okay.  Let's put that aside, Mr. Schwartz.
 2   At any point --
 3          At any point in time -- and then we can be more
 4   specific, but at any point in time, did you have a view
 5   as to whether increasing the use cases for XRP could
 6   increase its demand?
 7          A.   Yes.
 8          Q.   Do you still hold that view today?
 9          A.   I hold the view that that may become true at
10   some time in the future but is not currently true and
11   hasn't been in most -- in the past.
12          Q.   Then it could become true that increasing the
13   use cases for XRP could potentially increase the demand
14   for XRP?
15          A.   Yes, at some future point.
16          Q.   Is Ripple still engaged in efforts to
17   potentially increase the use for XRP?
18                    MR. CERESNEY:  Objection.  Objection.
19   BY MR. TENREIRO:
20          Q.   Okay.
21          A.   Ripple is still -- has -- still has engineers
22   who are developing the XRP Ledger, but Ripple releases
23   software that enables people to use the XRP ledger and
24   so on.
25          Q.   So is that a "yes"?
```

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021

```
 1         A.    Yes.
 2               MR. CERESNEY:  I think he's answered the
 3         question.
 4    BY MR. TENREIRO:
 5         Q.    Well, is Ripple still engaged in efforts to
 6    potentially increase the uses?
 7         I just want to understand whether releasing
 8    software that enables people to use the software
 9    ledger --
10         Are you saying that also could increase the use of
11    XRP itself?
12         A.    It --
13               MR. CERESNEY:  So -- hold on.  Objection
14         to the form.  I think that was a compound
15         question.
16               If you can rephrase the question, he can
17         answer the question.
18    BY MR. TENREIRO:
19         Q.    All right, so my question was:  Is Ripple
20    still engaged in efforts to potentially increase the use
21    for XRP?
22         Your answer -- paraphrasing -- was about engineers
23    enabling people to use the software ledger, so my
24    question is slightly different.
25         Is Ripple still engaged in efforts to potentially
```

1    increase the use of XRP itself?

2                    MR. CERESNEY:  Objection.

3                    THE WITNESS:  I listed things that we're

4            doing.  I don't know that I would characterize

5            them that way.

6    BY MR. TENREIRO:

7        Q.    How would you characterize those?

8        So releasing software, for example, that enables

9    people to use the software ledger, you would not

10   characterize it as potentially increasing the use of XRP

11   itself?

12       A.    I -- I would say that making it easier for

13   people to use the XRP Ledger could increase their use of

14   the XRP Ledger or XRP itself.

15       Q.    Is it your testimony Ripple currently is more

16   focused on increasing the use of the XRP Ledger than the

17   use of XRP?

18                    (Pause.)

19                    THE WITNESS:  I don't know that I said

20           that, but I would agree with that statement.

21                    (Thereupon, a 34-page document entitled

22           Ripple:  'The fundamental Value of XRP' - Page 5

23           - Press - Xrp Chat" was introduced as DS Exhibit

24           40 for identification.)

25   BY MR. TENREIRO:

352

```
1          Q.    Let's look at Exhibit 40, please, another
2     chat from December 2017.
3                    MR. CERESNEY:  What page are we on?
4                    MR. TENREIRO:  This one will be 17.
5                    (Pause.)
6     BY MR. TENREIRO:
7          Q.    It seems like the post is or the comment is:
8          "My basic understanding is that a higher price for
9     XRP will create more liquidity, less friction, and
10    greater capacity in the network.  I know using XRP=good,
11    but can an expert please educate us, technologically
12    speaking?"
13         And I think you responded:
14         "A higher price tends to correlate with more
15    liquidity.  It's not really a direct cause and effect
16    relationship, but they tend to move in tandem."
17         What is the base for that statement?
18         A.    As I've explained --
19         Actually, I've explained that in several other
20    places, but the idea is that the higher the value of an
21    asset is, there tends to be more liquidity.
22         It's easiest to understand if you think of very
23    extreme cases, like trying buy a house with Bitcoin when
24    Bitcoin was a dollar versus when Bitcoin was $60,000.
25         Q.    You need fewer Bitcoins?
```

353

1      A.    Right, and therefore, the market can more

2  easily supply them, even though it's the same price

3  value, yeah.

4      Q.    You say next:

5      "The ideal situation for Ripple would be an

6  increasing price over the long term with few downward

7  spikes."  Why?  Why do you say that?

8      A.    Because that would maximize the value that

9  Ripple would be able to get for the XRP it holds, and it

10  would also increase other people's desire to receive XRP

11  to incentivize partnerships and so on.

12      Q.    Would it also increase Ripple's revenue, as

13  you say in the next statement?

14      A.    Yes.  A long-term increase in price would

15  increase the value that Ripple could get themselves.

16      Q.    Later, you say:

17      "This is my kind of dream scenario for XRP.

18  Companies that have to make payments around the world

19  buy XRP at below market by facilitating other people's

20  payments and using XRP to make payments below market,

21  because they only have to pay from the 'from XRP' half.

22      All those piles of XRP people are holding increase

23  demand, increasing price, reducing the holding cost of

24  XRP to zero or negative."

25      So are you explaining here that as companies might,

354

```
 1    for example, buy XRP in something like an ODL
 2    transaction, that would increase the demand and
 3    therefore the price of XRP?
 4              MR. CERESNEY:  Objection.
 5              THE WITNESS:  No, that's not what I'm
 6         saying.
 7    BY MR. TENREIRO:
 8         Q.   What are you saying?
 9         A.   I'm saying that if people held XRP to make
10    their payments, that would increase the value of XRP.
11         Q.   And the price?  Increased demand, increasing
12    price, correct?
13         A.   Well, preventing a decrease in price.
14         Q.   So even though it says here "increasing
15    price," you mean -- what you're saying is you mean at
16    least keeping the price the same?
17         A.   Right, and that's why I say, "holding cost of
18    XRP to zero," warning.  The concern is that it not be
19    dropping in price, not that it necessarily be increasing
20    in price.
21         Q.   Later, you say:
22         "Ripple's preferred price of XRP is as high as
23    possible, preferably increasing."
24         A.   Right.
25         Q.   What do you mean there?
```

1    A.    If the price -- I don't believe this is a

2    possible scenario, but if the price of XRP were reliably

3    increasing over the long term, that would not only

4    maximize what Ripple could get by selling their XRP but

5    also the holding cost of the XRP would be zero or

6    negative.  There would be no obstacle as using XRP as a

7    payment source.

8    Q.    Let's look at Exhibit 58, please.

9          (An informal discussion was held off the

10         record.)

11         (Thereupon, a three-page document entitled

12         "Considering that the banks don't use XRP coins

13         for their transactions, how can the XRP price go

14         high even if the banks adopt the Ripple

15         platform?" dated 11/12/17 was introduced as DS

16         Exhibit 58 for identification.)

17   BY MR. TENREIRO:

18   Q.    Towards the bottom, you say:

19   "If Ripple is successful getting XRP used as a

20   vehicle asset in international payments, new corporates

21   like AirBNB" -- I'm skipping the parenthetical -- "could

22   significantly add to the demand for XRP."

23   Do you see that part?

24   A.    Yes.

25   Q.    What do you mean there?  Well, let me try to

356

1      short-circuit this -- you know, but please answer fully.

2          Is this the same concept we discussed about if

3      someone needs to utilize the asset, that could increase

4      its demand for the asset?

5          A.    Yes, this is the same idea.

6          Q.    Later, you say at the bottom:

7          "These forces could be expected to increase the

8      price of XRP."

9          So is this an -- is there an expression of the idea

10     that this demand could also lead to an increase in the

11     price of XRP?

12         A.    Yes.

13         Q.    Then, you say:

14         "At least, that's what Ripple's betting on.  After

15     all, the reason we're doing this is to increase the

16     demand for XRP to increase the value we can extract from

17     our stash of XRP."

18         Do you see that?

19         A.    Yes.

20         Q.    What did you mean, "the value we can

21     extract"?

22         A.    I can't tell you, sitting here today, what I

23     meant four years ago in that sentence.

24         Q.    Does Ripple itself use XRP to bridge

25     payments?

357

```
 1        A.    The ODL product does.  That's a Ripple
 2   product, so Ripple's customers.  Yeah, there's an
 3   interaction there.
 4        Q.    Right, and so MoneyGram -- let's -- I know.
 5        When MoneyGram was using ODL -- you know, they were
 6   relying on the ODL product to sort of, I guess, further
 7   their business, one might say?
 8        A.    Right.
 9        Q.    But was Ripple -- you know, engaged in this
10   type of -- those type of transactions itself?
11        A.    Not to my knowledge.
12        Q.    Okay.  To the extent -- you know, banks might
13   use the xCurrent product, is Ripple itself using that
14   platform as opposed to selling it or licensing it?
15        A.    No.
16              (Thereupon, a Ripple document entitled
17          "Where a community about your favorite things is
18          waiting for you" dated 22 Jun 2017 was
19          introduced as DS Exhibit 59 for identification.)
20   BY MR. TENREIRO:
21        Q.    Okay.  Let's take a look at Exhibit 59.  This
22   has a lot of pages.  I'm just going to ask you about the
23   first one.
24        A.    Yes.
25        Q.    Why are you talking about "how big you want
```

1     to dream" here?

2          The question is:  "Mathematically speaking, what is

3     the highest price Ripple could potentially get to?" and

4     you start by saying, "It all depends how big you want to

5     dream."

6          A.    Yes.

7          Q.    Why would you be dreaming about how high the

8     price -- it says "Ripple" here, but I assume it's really

9     a reference to XRP?

10         A.    Yeah.  I'm not sure of the date on this.

11         Q.    June -- June 2017.

12         A.    Yeah, I believe I assumed they meant XRP.

13         Q.    Why?

14         A.    Because I don't know what else would have a

15    price.

16         Q.    So you're talking about dreaming big with

17    respect to the price of XRP?

18         A.    As I understood the question, mathematically

19    speaking -- it requires a sort of mathematical analysis,

20    and in order to do that, you have to sort of --

21         In talking about how high something can go, you

22    have to sort of imagine -- you have to construct -- you

23    have to construct scenarios from the most plausible to

24    the -- you know, less plausible.

25         Q.    Were you ever instructed by someone at Ripple

[5/26/2021]  Schwartz, David Dep. Tr. 5.26.2021

1    not to tout XRP as potentially increasing in price?

2                    MR. CERESNEY:  Objection.

3                    THE WITNESS:  Not that I recall.

4    BY MR. TENREIRO:

5        Q.    Did you have an understanding that sort of

6    talking about potential increase in price could make XRP

7    more attractive to investors or speculators?

8                    MR. CERESNEY:  Objection.

9                    THE WITNESS:  I think it stands to reason

10              that talking to -- that talking about an

11              increase in price would be make something more

12              attractive to speculators.

13   BY MR. TENREIRO:

14       Q.    Did that matter to you either way?

15       A.    No.  I just answered the question.

16       Q.    The question that the person posed?

17       A.    Yes.

18       Q.    Did you -- you know, understand whether

19   making this kind of statement could have consequences in

20   terms of the legal status of XRP under the U.S.

21   securities laws?

22       A.    I'm sure I wasn't thinking about that at the

23   time.

24       Q.    Okay.  Let's go to Exhibit 61, and then we'll

25   take a break.

1                   (Thereupon, a four-page document entitled

2          "Forbes - The Bear Case for XRP - Page 3 - Press

3          - Xrp Chat" was introduced as DS Exhibit 61 for

4          identification.)

5  BY MR. TENREIRO:

6      Q.    Exhibit 61 is, I think, an excerpted chat.

7  Let's see.  "Forbes - The Bear Case for XRP."  Do you

8  recall that article in Forbes?

9      A.    Yes.

10     Q.    Okay.  It's on page 3.  On December 20th,

11  2017, you say:

12     "There are a few technical errors, but I think the

13  key thing is to look at his thesis."

14     A.    Yes.

15     Q.    "He seems to concede that Ripple is building

16  a better payments system that banks will use."  I'm

17  skipping.  Then, you say:

18     "Nevertheless, he's arguing that despite being able

19  to build massive payments volume, having influence over

20  almost every aspect of the system, with a phenomenal

21  team, a warchest with a notional value in the tens of

22  billions, and every incentive to make it happen, and we

23  still won't be able to get XRP to be used as a

24  settlement asset."

25     Then, you kind of have what I will describe as sort

1     of a rhetorical conclusion to your statement.  What do

2     you mean by "influence over almost every aspect of the

3     system"?

4         A.    I believe what I meant there was this was

5     specifically talking about Ripple's payment network, and

6     I meant we choose the customers.  We write the software.

7     We develop the software.

8         Even -- you know, RippleNet is a Ripple product.

9     It's -- it's inside Ripple's control in ways that the

10    XRP Ledger is not.

11        Q.    The "warchest with a notional value in the

12    tens of billions" -- does that refer to the holdings of

13    XRP that Ripple had?

14        A.    That refers to multiplying the current price

15    of XRP times the amount of XRP that Ripple had.  That's

16    why I say, "notional."

17        Q.    Then "every incentive to make it happen."

18    What does that refer to, that sentence?

19        A.    That was Ripple's strategy at the time, was

20    to build that payment network.  That was what we were

21    focused on.

22        Q.    I just want to understand.

23        When you say, "incentives," are you talking

24    financial incentives or is there something else there

25    that's incentivizing Ripple?  For example, does it

362

1    include reputational incentives?

2        A.    I think it would, but I think I was

3    primarily --

4        I think I had financial incentives in mind there,

5    but certainly, other type of incentives probably to a

6    lesser extent as well.

7        Q.    Could you --

8        If you have any in mind, could you give them to me,

9    please?  Other type of incentives that are not financial

10   ones?

11       A.    Initially -- initially, all I was thinking

12   about financial incentives, yes.

13       Q.    Okay.

14       A.    But there are also reputational incentives as

15   well.

16              MR. TENREIRO:  All right.  Let's take a

17              break.  I just want to see how much time we

18              have left.

19              THE VIDEOGRAPHER:  Going off the record,

20              5:29.

21              (Recess taken at 5:29 p.m.)

22              (Resumed at 5:45 p.m.)

23              THE VIDEOGRAPHER:  Back on the record at

24              5:45.

25

1  BY MR. TENREIRO:

2      Q.   So Mr. Schwartz, is it fair to say over the

3  course of certain years, you held the view that Ripple's

4  efforts to develop a use for XRP might potentially

5  increase demand and therefore the price of the asset?

6      A.   There were times when I believed that -- that

7  the price and demand could be influenced by what Ripple

8  was doing to build a use case for XRP.

9      Q.   Is it fair to say that, as we've seen over

10 the course of some exhibits today, you expressed that

11 belief publicly on a number of occasions?

12     A.   Yes.

13     Q.   Okay.  Based on your interactions aligned

14 with people interested in the XRP markets or in Ripple

15 generally, did you come to any conclusions as to whether

16 individuals who participate in this market had come to a

17 adopt your own belief that price could be influenced by

18 what Ripple was doing to build a use case for XRP?

19     A.   I don't know.

20     Q.   Okay.  Did you at times have a concern as to

21 when XRP or the sales of XRP, to be more precise, could

22 be deemed to be the sales of a security under U.S.

23 federal law?

24     A.   Yes.

25              MR. CERESNEY:  Objection.

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

1  BY MR. TENREIRO:

2      Q.   When did that concern arise?

3      A.   It would have been as soon as I would -- it

4  would have been shortly before this litigation

5  commenced.

6      Q.   What about with -- shortly before this

7  litigation commenced?  Okay.

8      Did you have a concern that XRP sales being deemed

9  the sales of a security would harm Ripple's ability to

10  sell XRP?

11          MR. CERESNEY:  Objection.

12          By the way, you can answer this if it's

13      not influenced by discussions with counsel.

14          THE WITNESS:  I didn't know that it

15      could -- that it could cause harm, but I was

16      concerned that it could potentially.

17  BY MR. TENREIRO:

18      Q.   In terms of the ability to sell specifically

19  or other harm?

20      A.   Well, I didn't know -- let me back up a

21  little bit.

22      It's always been an objective for both Ripple and

23  myself through Ripple to distribute XRP, and we don't

24  have an effective distribution currently other than

25  sales.

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

1    So if our ability to sell XRP is impacted, then we

2    would have no other way to distribute it, and that would

3    essentially freeze the distribution of XRP.

4        Q.   Have you ever had an effective distribution

5    mechanism other than sales?

6        A.   Yes.

7              MR. CERESNEY:  Objection.

8    BY MR. TENREIRO:

9        Q.   What was that?  The giveaways?

10       A.   The giveaways.

11       Q.   That was in what year?

12       A.   I believe they --

13       Well, they must have started in early 2012, but I

14   think they geared up more -- you know, in 2013 or so.

15       Q.   Did they stop at some point?

16       A.   Yes.

17       Q.   When?

18       A.   I believe the GitHub giveaway was the last

19   giveaway we did, but I don't recall the timeline.

20       Q.   Other than the giveaways and the sales, has

21   Ripple ever had another effective distribution method

22   for XRP?

23       A.   I would say --

24       I would say using it to invest would be another one

25   and then giving it to partners to incentivize -- you

1    know, various different behaviors.

2              (Thereupon, an informal discussion was

3         held off the record.)

4    BY MR. TENREIRO:

5         Q.    A moment ago, you said you don't have an

6    effective distribution other than sales.

7         So are you saying at some point, you had an

8    effective distribution method such as investing, but you

9    don't have that anymore?

10        A.    I -- I think that to the extent that -- I --

11   yeah, I -- I'm not being very precise.  Let me be a

12   little more precise.

13        I would expect that if it impacted our ability to

14   sell XRP, it would also impact our -- I think "sell"

15   would be broad enough to cover those other forms of

16   distribution that would impact as well.  I don't think

17   it would discriminate in fact some of those means of

18   distribution and not others.

19        Q.    Some of them are sales for other -- let's say

20   like cash or fiat.  Some of them are distributions as

21   investments or partnerships?  That's what you mean?

22        A.    Right.

23        Q.    Okay, and if I mention something -- you know,

24   if I say, "the Perkins Coie memos," do you know what I'm

25   talking about?

1        A.    Yes.

2        Q.    What's that?

3        A.    There were two memos that Perkins Coie

4   prepared for -- I believe it was OpenCoin at the time

5   but eventually became Ripple, an opinion on the legal

6   risks and implications of what -- what OpenCoin became

7   Ripple was planning to do at that time.

8        Q.    Did you read those memos?

9        A.    I was given one of those two memos at the

10  time, and I believe I read it briefly at the time, but

11  I -- I didn't look at it closely.

12       Q.    So is it fair to say that because you didn't

13  look at it closely, after reading it -- well, did you --

14       After reading it, however closely you read it, did

15  you have any concern as to whether sales of XRP could be

16  sales of securities under U.S. law?

17       A.    That was not a concern of mine at that time.

18       Q.    Okay.  Did you ever share those memos with --

19       Did you ever share either of the memos with

20  anybody?

21       A.    I didn't.

22       Q.    Did anyone else at Ripple?

23       A.    My understanding was that at least one of

24  those memos was -- was intended to be shown to potential

25  investors, but I don't know for sure that it was

368

1    actually shown to them or which.

2         Q.    Where are the memos like kept?  Are they on

3    like a share drive somewhere at Ripple?

4         A.    I don't know.

5         Q.    If you wanted to look for them now, what

6    would you do?

7         A.    I would look on the -- the Google documents

8    on the Google drive that I have access to.

9         Q.    That's a shared Ripple Google drive?

10        A.    Yes.

11        Q.    Do you know if they are there or not?

12        A.    I have not searched for them.

13        Q.    I just want to make sure I understand what

14   you're saying.  You are saying they could be there; you

15   just haven't looked?

16        A.    Right.

17        Q.    Are there other legal memos in there?

18        A.    I have not searched for any legal memos, so I

19   don't know.

20        Q.    Does Mr. Garlinghouse have access to that

21   drive?

22        A.    I don't know.

23        Q.    Well, he's your direct report, so have you

24   ever like put a document in it for him to look at?

25   Sorry.  You report to him, rather?

369

1   A. The way I would do it is I would generally

2 designate particular people to have access to the

3 document as opposed to a group generally.

4   So it could be the document is there but he wasn't

5 given access to it, for example.

6   Q. Did you engage in efforts --

7   Did you assist Ripple in efforts with respect to

8 getting exchanges to list XRP?

9     (Pause.)

10     THE WITNESS: The only thing that I ever

11     did to assist exchanges in listing XRP is

12     respond to technical questions that they may

13     have had, at least to my recollection.

14 BY MR. TENREIRO:

15   Q. Did Ripple engage in efforts to get exchanges

16 to list XRP?

17   A. I believe --

18   I believe employees of Ripple talked to exchanges

19 about listing XRP.

20   Q. Why?

21   A. I think the hope was that more listings would

22 open up additional corridors for ODL.

23     (Thereupon, an e-mail chain with the top

24     e-mail dated 7/13/18 from Brad Garlinghouse to

25     Asheesh Birla et al., "Subject: Coinbase

1           decision" was introduced as Exhibit DS 63 for

2           identification.)

3    BY MR. TENREIRO:

4       Q.   Let's look at Exhibit 63.  This is a one-page

5    e-mail from Mr. Garlinghouse to you.  July 13th, 2018 at

6    the bottom.

7       He says, "The more I process Coinbase's decision,

8    the more I think we need to get more aggressive and

9    educate the industry on key variables that are

10   apparently getting little attention."

11      What is Coinbase's decision?

12      A.   I believe this was Coinbase's decision not to

13   list XRP, but I'm not sure.

14      Q.   Why did Ripple care about that decision?

15      A.   Because Coinbase's decision was based on a

16   decision that it was not decentralized.

17      Q.   And did you become more aggressive in

18   educating the industry on key variables after that?

19      A.   I think we were aggressive beforehand and

20   aggressive afterwards.  I don't know that there was any

21   specific change.

22      Q.   Were you aggressive in terms of messaging

23   your views about whether or how much the XRP Ledger was

24   decentralized?

25      A.   I think that's a fair characterization of my

```
1    social media postings.

2         Q.    And was Ripple aggressive on that point as

3    well, beyond just your postings?

4               MR. CERESNEY:  Objection.

5               MR. GERTZMAN:  Objection to the form.

6               THE WITNESS:  Ripple did circulate a

7          number of documents, discussing the

8          decentralization parameters and the status of

9          the XRP Ledger.

10   BY MR. TENREIRO:

11        Q.    What was the purpose of distributing these

12   documents?

13        A.    The purpose of distributing those documents

14   was to ensure that market actors like Coinbase had

15   accurate information when they made these kind of

16   decisions.

17        Q.    And why did Ripple care about that?

18               MR. GERTZMAN:  Objection to the form.

19               THE WITNESS:  Ripple was working to

20          increase utility, liquidity, and adoption of

21          the XRP Ledger at the time and concerns about

22          centralization were a drag on adoption.

23   BY MR. TENREIRO:

24        Q.    At the top, Mr. Garlinghouse says --

25   essentially paraphrasing, he wanted everyone's help
```

```
 1    understanding what happened, and what the implications
 2    are, and what we can do to attack the problem.
 3         Do you see that?
 4         A.   Yeah, I see that now.
 5         Q.   Did you come to a conclusion as to what the
 6    implications of Coinbase's decisions could be for Ripple
 7    or XRP?
 8         A.   I don't know if it was a consequence of this,
 9    but at some time, we were concerned -- we were hoping
10    that Coinbase might be an ODL partner -- obviously, if
11    they don't list the asset.
12         It's hard for me to say in time, but -- that
13    certainly would have been a major concern at one point
14    in time, but I don't remember if that was specifically
15    connected with this decision.
16         Q.   Let's look at Exhibit 64, please.
17                   (Thereupon, an e-mail chain with the top
18              e-mail dated 7/14/18 from Brad Garlinghouse to
19              Chris Larsen et al. document was introduced as
20              DS Exhibit 64 for identification.)
21    BY MR. TENREIRO:
22         Q.   All right.  So this is a Saturday, July 14th
23    e-mail, so it's the day after the e-mail we just looked
24    at.  Mr. Garlinghouse e-mails you and Mr. Larsen,
25    "Agenda Bullet Points."
```

1          Do you know why he was e-mailing you and

2   Mr. Larsen?

3          A.    No.

4          Q.    Below, Miguel Viaz writes:

5          "Exchanges, U.S., Kraken, Bittrex" -- I'm skipping,

6   obviously.  Further down, it says "HBUS."

7          What is "HBUS"?

8                  (Pause.)

9                  THE WITNESS:  I don't -- I don't know.

10  BY MR. TENREIRO:

11         Q.    Do you see where it says "Not listing at the

12  moment due to litigation and lack of legal opinion from

13  us"?

14         Do you see that?

15         A.    Yes.

16         Q.    Then it says "itBit -- need regulatory

17  clarity."  Do you see that?

18         A.    Yes.

19         Q.    Did you come to understand exchanges -- at

20  least some exchanges did not list XRP because of lack of

21  a legal opinion from Ripple?

22         A.    I was -- I was not aware that was an issue

23  with any exchange until I saw this document.

24         Q.    So in 2018 or do you mean now?

25         A.    Now.

374

1          Q.     Okay.  Did you ever discuss that issue with

2     anyone?

3          A.     No.

4          Q.     Do you know if Ripple provided legal opinions

5     to these exchanges?

6          A.     I don't.

7          Q.     Did there come a point in time that you

8     believed XRP was not a security because of the FinCEN

9     settlement?

10               MR. CERESNEY:  Objection.

11               THE WITNESS:  I -- I did believe XRP not

12          a security both before and after the

13          settlement.

14    BY MR. TENREIRO:

15         Q.     So the FinCEN settlement does not change your

16    view?

17         A.     The FinCEN settlement was consistent with my

18    view, and so I became perhaps more firmly convinced, but

19    it did not significantly change my view.

20         Q.     And what knowledge of the securities law did

21    you have such that you came to that conclusion after the

22    FinCEN settlement?

23         A.     Only what I saw from what people discussed on

24    social media regarding the cryptocurrency space.

25         Q.     And the base of forever your view before the

1   FinCEN settlement that was not a security was also based

2   on what you saw on social media regarding the

3   cryptocurrency space?

4        A.   Yes.

5        Q.   Was it based on conversations with lawyers at

6   all?

7        A.   No.

8        Q.   At some point in time -- let's go to Exhibit

9   80.

10            (Thereupon, a two-page e-mail chain with

11        the top e-mail dated 6/20/18 from ▮▮▮▮▮▮▮▮▮

12        to ▮▮▮ @ripple.com was introduced as DS Exhibit

13        80 for identification.)

14            (An informal discussion was held off the

15        record.)

16   BY MR. TENREIRO:

17        Q.   It's a two-page -- I think it's sort of a

18   Google Docs compendium.

19        A.   Yes.

20            (Pause.)

21   BY MR. TENREIRO:

22        Q.   You say:

23        "I think it would make sense to list some of the

24   factors Hinman cited on this chart, particularly the

25   ones that we do well on."

1        Do you see that?

2        A.    Yes.

3        Q.    What are the factors Hinman cited?  What are

4    you talking about?

5        A.    I don't recall.

6        From this document, it says Hinman cited some

7    factors on a chart, so I presume I had that in front of

8    me, but I don't recall.

9        Q.    "Hinman" being an SEC person?

10       A.    Yes.

11       Q.    Are you aware that he made a speech sometime

12   around June 2018 about the status of Etherium?

13       A.    Yes.

14       Q.    Did you read it?

15       A.    No.

16       Q.    Okay.  So here you are sort of preparing some

17   document, it seems?

18       A.    I think that was more just making

19   suggestions.

20       Q.    Suggestions for what?

21            (Pause.)

22   BY MR. TENREIRO:

23       Q.    Well, who is ▮▮▮▮▮▮▮▮▮▮?

24       A.    My recollection is that ▮▮▮▮▮ worked for

25   Ripple Comms at the time.

1      Q.   It says:

2      "Warren and David:  Can you please help populate

3   this chart with the criteria and data points?  Ideally,

4   we want to tell the story that if we believe Bitcoin and

5   Etherium are decentralized, then the facts also point to

6   the XRP Ledger being decentralized."

7      A.   Yes, I see that.

8      Q.   Okay.  So does this refresh your memory as

9   to -- who were you telling the story to?

10      A.   I -- I -- I think anyone -- anyone,

11   particularly regulators.

12      Q.   So you prepared talking points for

13   regulators?

14      A.   I wouldn't say it was -- I wouldn't say it

15   was talking points, but it was more just an analysis of

16   how we -- how we felt XRP -- the XRP Ledger did on the

17   Hinman factors.

18      Q.   But you didn't read the Hinman factors?

19      A.   I believe I had that chart, so I knew what

20   the factors were.  But I did not review them in detail,

21   so it looks like I selected certain factors from

22   those -- from that.

23      Q.   Why are you selecting particularly the ones

24   that "We do well on," and I -- I mean -- I presume "we"

25   means XRP?

1        A.    Yeah.  I do sometimes think because of my

2    involvement with the XRP Ledger from the early days, I

3    sometimes do -- I kind of think of it like in a

4    person -- in that personal way.

5        Q.    Okay.  Why are you selecting particularly the

6    ones that XRP does well on?

7        A.    At the time, there were a number of factors

8    that people considered relevant for decentralization,

9    some of which that I felt were relevant and many of

10   which that I felt were a distraction -- were not very

11   relevant.  And in particular, I felt that the ones that

12   were relevant were ones by which the XRP Ledger did

13   extremely well.

14       Q.    As to whether it was centralized or not?

15       A.    Yes, that's correct.

16       Q.    And then you go -- you know, you list some

17   questions and answers, but you don't answer the last --

18   the last one on this page:

19       "Are independent actors setting the price or is the

20   promoter supporting the secondary market for the asset

21   otherwise influencing trading?"

22       Why didn't you answer that one?

23       A.    I didn't feel like I was the person to answer

24   that, but I felt that that was a factor we should

25   address.

1          Q.    And was that factor --

2          Did Ripple or XRP do well on that factor at that

3     time, in June of 2018?

4          A.    Yes, there were a number of exchanges listing

5     XRP, and that was a robust secondary market.

6                (Pause.)

7                MR. TENREIRO:  One second.

8                (Thereupon, an informal discussion was

9          held off the record.)

10                (Thereupon, an e-mail dated 7/23/18 from

11          Miguel Vias to Brad Garlinghouse et al. was

12          introduced as DS Exhibit 66 for identification.)

13     BY MR. TENREIRO:

14          Q.    Let's look at Exhibit 66, please.  On Exhibit

15     66, there's this "GDAX."  Can you state for the record

16     what is GDAX?

17          A.    GDAX is a digital asset exchange.

18          Q.    And what participation, if any, did you have

19     with -- you know, this application?

20          A.    I believe this particular one I just

21     reviewed.

22          Q.    Okay.  Seems like there's an attachment here,

23     "Supplemental Documentation, B5 Legal Opinion"?

24          A.    It says so here, yes.

25          Q.    What legal opinion was this?

1    A.    I don't know.

2    Q.    What other exchange received a legal opinion

3    from Ripple?

4    A.    I don't know of any exchange receiving a

5    legal opinion.

6    Q.    What exchanges did Ripple represent to that

7    it had received a legal opinion to?

8    A.    I don't know.

9    Q.    Why would Ripple provide a legal opinion or

10   as to what would Ripple provide a legal opinion to these

11   exchanges?

12           MR. CERESNEY:  Objection.  He just said

13           he doesn't know of any legal opinion being

14           provided.

15           MR. TENREIRO:  And I asked, "Why would

16           Ripple provide a legal opinion?"

17           MR. CERESNEY:  Can you answer the

18           question?

19           THE WITNESS:  Not without speculating.

20           MR. GERTZMAN:  Objection.

21   BY MR. TENREIRO:

22   Q.    Do you know this reference, "B5 legal

23   opinion"?  Do you know what it is?

24   A.    I don't.

25

381

```
 1        Q.   Okay.  Let's move on.  Do you know what the

 2  ████████████   is?

 3        A.   I believe that's a company that Ripple had

 4  used as a -- either for public relations or

 5  communications.

 6        Q.   Okay.  Why did Ripple hire them?

 7             MR. GERTZMAN:  Objection to the form.

 8  BY MR. TENREIRO:

 9        Q.   What interactions, if any, have you had with

10  the ████████████?

11        A.   That I'm not sure.

12        Q.   I'm sorry.  You're not sure what interactions

13  you've had, because you can't identify who worked for

14  them; is that right?

15        A.   Right.  In other words, I've had meetings

16  with people who may have been with the ████████████ but

17  I can't place who's with what.

18        Q.   Do you know where they worked out of?  Did

19  they work out of Ripple's offices?

20        A.   I don't think so.  I don't believe so, but I

21  don't know.

22        Q.   Do you know who they report to, if anyone?

23        A.   I sus- -- I believe they report either

24  directly or indirectly to ████████████

25        Q.   That's the Comms person at Ripple?
```

```
 1          A.    Right, exactly.  Because we use them for
 2    Comms.  That would have been her, but they would have
 3    been reporting indirectly.
 4                  (Thereupon, an e-mail dated 4/18/17 from
 5                        ████████      to  ████████████    et al.,
 6                  "Subject:  Please don't comment on this XRP Chat
 7                  post" was introduced as DS Exhibit 31 for
 8                  identification.)
 9    BY MR. TENREIRO:
10          Q.    Let's look at Exhibit 31, please.
11                  (Pause.)
12    BY MR. TENREIRO:
13          Q.    This is an April 2017 e-mail.  Do you know
14    who  ████████████    is?
15          A.    Yes.
16          Q.    Who is it?
17          A.    She was a product manager who, I believe, at
18    this time was supporting the C++ team.
19          Q.    Those are the programmers?
20          A.    Yes.
21          Q.    She says, "I know you are very active on Xrp
22    Chat forum and it's good to have employee presence
23    there, but please don't comment on this post regarding
24    Ripple XRP lockup plans."  Is that a reference to the
25    time release or escrow?
```

```
1            A.    I believe so.

2            Q.    Do you know why she asked you not to comment?

3                  (Thereupon, an informal discussion was

4              held off the record re: Zoom interference.)

5                  THE WITNESS:  I think she had a concern

6                  over either incorrect information or piecemeal

7                  release of information.

8     BY MR. TENREIRO:

9            Q.    Is it fair to say that to the extent you

10    reported to Mr. Larsen or Mr. Garlinghouse various

11    times, they were aware of your -- the fact that you had

12    an active -- you know, online presence?

13                 MR. CERESNEY:  Object to form.

14                 THE WITNESS:  Yes.

15    BY MR. TENREIRO:

16           Q.    And what's the basis for you -- what's the

17    basis for your answer?  How do you know that they were

18    aware?

19                 MR. CERESNEY:  Objection.

20                 THE WITNESS:  We -- we would sometimes

21                 respond to each other's posts on Twitter --

22                 each other's tweets, and sometimes we would

23                 talk about each other -- each other's social

24                 media posts.

25
```

384

```
 1    BY MR. TENREIRO:
 2         Q.    That includes Larsen and Garlinghouse posts?
 3         A.    I don't know that I ever had that
 4    conversation with Chris Larsen, but I -- I don't know
 5    for sure he's aware.  It would be very surprising to me
 6    if he wasn't.
 7         Q.    Why would you be surprised if he wasn't?
 8         A.    Just because I believe it's generally known,
 9    so even though I didn't discuss it with him.
10              (Thereupon, an e-mail dated 2017-12-21
11         from                    to David Schwartz et al.
12         was introduced as DS Exhibit 47 for
13         identification.)
14    BY MR. TENREIRO:
15         Q.    Okay.  Let's go to Exhibit 47.
16         It's a December 2017 e-mail.  I'm not sure why it
17    doesn't have a Bates number, but it's from
18                  --
19         A.    Yes.
20         Q.    -- at the                    to you.
21         "Hi, David.  Sharing a suggested tweet below to
22    amplify the announcement that XRP is on 50 exchanges."
23    What is that about?
24         A.    This is a suggested --
25         This is a case where someone at Ripple who
```

[5/26/2021] Schwartz, David Dep. Tr. 5.26.2021

1    apparently works for the ▮▮▮▮▮▮▮▮ but has an

2    @Ripple.com address is asking me to tweet something.

3         Q.    Wait.   Where is the @Ripple e-mail address?

4    It says from "▮▮▮▮▮    --

5         A.    Oh, I guess not.   I thought she was a Ripple

6    employee, but I guess not.

7         Q.    So it says "Tweet:  $XRP is more accessible

8    than ever - listed on 50 exchanges with more coming."

9    Did you make that tweet?

10        A.    I don't recall.

11        Q.    Do you know why they asked you to make that

12   tweet?

13        A.    Looks like there's an "insights" post.

14        Q.    "Insights" post --

15        A.    Yes.

16        Q.    -- meaning?

17        A.    That's a collection of posts that Ripple

18   makes on various subjects, and they wanted me to draw

19   attention to this one.

20        Q.    Do you know why, though, they wanted you to

21   draw attention to this one?

22        A.    No.

23        Q.    Why would anyone in the market want to know

24   about accessibility of XRP?

25              MR. CERESNEY:  Objection.

386

```
 1                    MR. GERTZMAN:  Objection to form.
 2                    THE WITNESS:  If you were --
 3                    If you were going to build a project on
 4               the XRP Ledger that used XRP, a concern might
 5               be that it would be difficult for people to
 6               obtain it.
 7                    MR. CERESNEY:  Are you speculating?
 8                    THE WITNESS:  Yeah, I'm speculating.
 9      BY MR. TENREIRO:
10           Q.   I'm asking you:
11           Did you ever discuss with the Hatch people or
12      anyone at Ripple why they were asking?
13           You know, "Look.  It's my Twitter account.  Why are
14      you asking me to tweet these things?  Why does anybody
15      care?"
16           A.   No, I never asked.
17           Q.   Did you have your own view as to why they
18      might want you to make these tweets?
19           A.   Yes.
20           Q.   What is that view?  Your own view?
21           A.   My view is that it's difficult to use XRP in
22      a project if the people who are using that project can't
23      easily get access to XRP.
24           Q.   Okay, and do you know if Ripple also -- in
25      addition to tweeting out to the -- you know, world, also
```

```
 1    maybe e-mailed potential project users to let them know

 2    that XRP was now on the exchange?

 3         A.    Not to my knowledge.

 4               (Thereupon, an e-mail dated 2018-01-09

 5          from [REDACTED]        to David Schwartz et al.

 6          was introduced as DS Exhibit 48 for

 7          identification.)

 8    BY MR. TENREIRO:

 9         Q.    All right.  Let's look at Exhibit 48.  It's

10    another proposed tweet.

11               (Pause.)

12               THE WITNESS:  Yes.

13    BY MR. TENREIRO:

14         Q.    Did you tweet this?

15         A.    I don't know.

16         Q.    Do you agree with this statement?

17         "You're right.  It's not like Bitcoin, and it isn't

18    meant to be"?

19         A.    Without seeing the tweet that I'm responding

20    to, it's hard for me to know what -- what I'm

21    necessarily agreeing with here.

22         Q.    Do you agree with the statement "Ripple is

23    decentralized and recently placed 55 billion in escrow

24    to create certainty of the supply"?

25         A.    No, because in 2018, I don't think -- I don't
```

1    think I would have used the term "Ripple."

2         "@Ripple" here is Ripple's corporate Twitter

3    handle.  Ripple is a company and is not decentralized.

4         Q.   What is the fact of how --

5         How does 55 billion XRP being in escrow have to do

6    with centralization or decentralization?

7         A.   Some people, particularly -- some people

8    connect with -- as a decentralization factor the

9    distribution of the token.

10        Q.   The token has been distributed?

11        A.   Right, the amount of distribution of the

12   token.  I don't, but I don't always push back on it,

13   because you can't fight every battle every day.

14        Q.   When you say that the supposed -- the

15   proposed tweet says "real financial institutions are

16   using it," what is "it" there?

17        A.   I think that -- I would have to speculate.

18        Q.   Don't speculate.  Did you --

19        Did you ever have any concerns that -- you know,

20   Ripple's public statements at times might be creating

21   confusion between Ripple and XRP?

22        A.   No.

23        Q.   You know, here do you know what " █████ "

24   refers to?

25        A.   It refers, to, I believe, an ODL partner.

1      Q.   Okay.  Did you ever --

2      Did there come a time when Ripple's Comms people

3  might have sort of worked with you to identify -- to

4  evaluate sort of your Twitter followers?

5      A.   Yes.

6      Q.   What was the purpose of that?

7      A.   I think the purpose of that was we had -- we

8  had received an allegation, essentially, that there were

9  bots following me that were trying to amplify or promote

10  Ripple or XRP in a -- in an abnormal or unfair way, and

11  we wanted to determine if that was true or not.

12      Q.   For what purpose?

13      A.   Well, if it was true, we would want to see if

14  there was something we could do about it, and if it

15  wasn't true, we would have wanted to potentially counter

16  the narrative.

17      Q.   And what did you conclude?  Was it or was it

18  not?

19      A.   We concluded there were bots following me,

20  but most of the -- more of the bots were sort of anti.

21  They were FUD -- bots creating FUD.

22      But by the time we had the analysis complete,

23  nobody was particularly interested in the allegation

24  anymore.  It didn't seem useful to dredge up a false

25  allegation, to rebut it when the allegation then went

1    away.

2         Q.    Got it.  Let's go to --

3         Let me just ask you a couple questions.  What is

4    the purpose of the Xpring initiative?

5         A.    Initially, the Xpring initiative was like a

6    venture capital arm of -- for Ripple to get us access to

7    being close so we could see what was going on in the

8    industry, perhaps steer projects in better directions,

9    perhaps combat projects.

10        At the time, this was during the ICO craze.  We

11   felt that that was harmful and we were trying to steer

12   projects away from that, and later it sort of changed.

13   It changed over time.

14        Q.    Let's take a look at Exhibit 68 and 69.

15   Sorry, 68.

16                (An informal discussion was held off the

17             record.)

18                (Thereupon, an e-mail chain with top

19             e-mail dated 7/18/19 from Brad Garlinghouse to

20             David Schwartz" was introduced as DS Exhibit 68

21             for identification.)

22   BY MR. TENREIRO:

23        Q.    So Exhibit 68 is a July 18, 2019 e-mail from

24   Mr. Garlinghouse to you, responding to a July 17 e-mail

25   from you to him, where you talk about an issue with

1   Xpring that you're working on that you wanted to make

2   sure he was aware of.  Then, you say:

3       "There's a narrative going around on Twitter and

4   some forums feeding into the narrative we're trying turn

5   our XRP into USD as soon as possible and Xpring is a

6   related attempt to diversify its exposure to other

7   cryptocurrency projects because we fear/expect/cause XRP

8   underperforming other cryptocurrencies and this

9   narrative is very harmful to us and untrue."

10      A.    Yes.

11      Q.    Why did you view this narrative as harmful?

12      A.    Because -- because the -- the reality is the

13   opposite.

14      Q.    You say, "This narrative is very harmful to

15   us and untrue."

16      Was there another reason, other than it being

17   untrue, why the narrative was harmful?

18      A.    I mean, just generally, anyone who

19   describe -- who says that we're doing something for

20   purposes completely different from what we say we're

21   doing creates a reputational risk and perception of

22   dishonesty, and it just -- it just is not -- it's not

23   something anyone should be doing.

24      Q.    So --

25      A.    It would be saying we're doing one thing

392

1    while we were doing something completely different.

2        Q.    So, for example, it's not true that xPring

3    was an attempt to regulate and diversify its exposure

4    from other cryptocurrencies?

5        A.    It -- it had the effect of doing that.

6        But that was not an objective, and we certainly

7    didn't do that because we feared, expected, or caused

8    XRP to underperform other cryptocurrencies.

9        Q.    Was one of the purposes of the Xpring

10   initiative to potentially incentivize the development of

11   other uses for XRP?

12       A.    Yes.

13       Q.    And did the Xpring initiative utilize XRP in

14   any way to provide these incentives?

15       A.    I'm not sure what you mean by -- you mean

16   prior to these incentives?

17       Q.    No, no.  So did --

18       For example, did Ripple incentivize -- did Ripple

19   fund companies -- you know, utilizing XRP?

20       A.    Yes.

21       Q.    As a part of the Xpring initiative?

22       A.    Yes.

23       Q.    Did Ripple permit these companies to sell

24   their own XRP to obtain funds for their -- you know,

25   endeavors?

1    A.    I don't -- I don't know that we prohibited

2  them from doing so.

3    Q.    Was Ripple aware that the companies might be

4  selling the XRP to fund their endeavors?

5    A.    I would have to speculate.

6

7         (Thereupon, an e-mail chain with top

8         e-mail dated 3/31/2020 from David Schwartz to

9         Brad Garlinghouse was introduced as DS Exhibit

10        69 for identification.)

11  BY MR. TENREIRO:

12    Q.    Okay.  Exhibit 69.

13    A.    Yes.

14    Q.    What is this e-mail from March 2020 referring

15  to?

16    A.    This is an e-mail -- well, there's several

17  different e-mails here, but the trigger -- the beginning

18  of all of this was an e-mail from                      to

19  Brad Garlinghouse.

20    Q.    And could you -- who is                         ?

21    A.                          is a developer who develops

22  on the XRP Ledger.  He has a company called

23

24    Q.    Okay.  Is it fair to say, essentially,

25  that -- I mean, the title -- the subject is "Xpring is a

1    Disaster"?

2         A.    Yeah.

3         Q.    Okay, so I don't want to spend too much time

4    on his e-mail.  I'm more interested in your response,

5    but he's expressing sort of negative views about the

6    Xpring initiative?

7         A.    Yes.

8         Q.    And what was your response?

9         A.    My response was twofold.

10        First, that I think he's being a bit hyperbolic and

11   just -- he's angry, but I think the other part is that

12   there is -- there is some nugget of truth in the

13   criticism.

14        Q.    What was a nugget of truth?

15        A.    The nugget of truth was that we weren't

16   communicating well what the -- we weren't doing a good

17   job of communicating to people like ▮▮▮▮▮▮▮▮▮  what

18   the -- what the purpose of the Xpring project was.

19        Q.    Does that include communicating to the market

20   generally?

21        A.    It includes communicating to the public

22   generally.  We didn't have any specific way to

23   communicate with developers other than communicating

24   with the public.

25              (Thereupon, a 33-page printout entitled

1          "Insiders Dumpling? - Page 6 - XRP Trading and

2          Price Speculation - Xrp Chat" was introduced as

3          DS Exhibit 37 for identification.)

4              MR. TENREIRO:  Let's look at Exhibit 37,

5          please.

6              MR. CERESNEY:  Are we done with this one?

7              MR. TENREIRO:  Yeah.

8              MR. CERESNEY:  What page?

9    BY MR. TENREIRO:

10        Q.    Exhibit 37, page 9 and 12.

11        A.    Yes.

12        Q.    It seems like you said on May 25, 2017:

13        "Christian didn't leave.  He's still pretty much in

14   the office every day."

15        Is that referring to Mr. Larsen?

16        A.    Yes.

17        Q.    Is this after he stepped down as CEO?

18        A.    Yes.

19        Q.    And is this consistent with your recollection

20   that you still reported to him after he stepped down as

21   CEO?

22        A.    Yes.

23        Q.    Is that also true he was focusing more on the

24   strategic things and not running the company's

25   day-to-day operations at that point?

396

1          A.    Yes.

2          Q.    On page 12, you seem to say at the end:

3          "Chris Larsen resigned his position as CEO.  He's

4     still a board member and almost as active as ever."

5          Do you see that?

6          A.    Yes.

7          Q.    Was that true at that time?

8          A.    Yes.

9          Q.    Did that change at some time?

10         A.    Yes.

11         Q.    When?

12         A.    Gradually, over a period of time probably

13    beginning sometime in 2018, he stopped -- he stopped

14    like showing up every day, and it --

15         He started -- he shows up as a board member at

16    board meetings, but his day-to-day responsibility was

17    dropped.

18         Q.    Who decided that?

19         A.    I assume he did, but I don't know.

20              MR. GERTZMAN:  Objection to the --

21    BY MR. TENREIRO:

22         Q.    Do you know why that was decided?

23         A.    No.

24              MR. CERESNEY:  Objection.

25

```
1    BY MR. TENREIRO:
2        Q.    Sorry?  Was the answer "no"?
3        A.    No, I don't know.
4        Q.    So is it fair to say that after he resigned
5    as CEO, there was a period where he was still going to
6    the office every day?
7        A.    Yes.
8        Q.    Let me -- I'm almost finished.
9        I think we're going to do -- go way back in time.
10   Something I forgot earlier, Exhibit 75.
11               (Thereupon, a nine-page document entitled
12           Opencoin Features Overview" bearing Bates Nos.
13           DS_RPLI0002158 through DS_RPLI0002166 was
14           introduced as DS Exhibit 75 for identification.)
15   BY MR. TENREIRO:
16       Q.    Let me know if you recognize this document.
17       A.    I know now that this is a document that
18   ███████████████  sent me a copy of back in 2012, I believe.
19       Q.    What do you mean, you "know now"?
20       A.    I don't -- I don't have a recollection of
21   seeing it at that time, but I've been shown this
22   document recently.
23       Q.    Okay.
24               MR. CERESNEY:  Just to be clear, you've
25           been shown it in preparation?
```

1          THE WITNESS:  Yes.

2     BY MR. TENREIRO:

3          Q.   You just don't have a recollection of whether

4     you got it back then or not?

5          A.   Right.

6          Q.   Your recollection is that ▓▓▓▓▓▓ prepared

7     it?

8          A.   My recollection from seeing the document

9     in -- in context is that Mr. -- ▓▓▓▓▓ sent me a

10    copy of it.  I don't know that he prepared it.

11         Q.   And do you know for what purpose it was

12    prepared?

13         A.   I don't.

14         Q.   Do you know when it was shared with anyone

15    outside of the company or the founders of the company?

16         A.   I believe that ▓▓▓▓▓▓ shared it with

17    someone who I considered potentially involving them or

18    the company in some way.

19         Q.   Like an investor?

20         A.   It might have been.  Could have been a

21    potential employee.  I don't recall.

22         Q.   On the second page, it says "OpenCoin versus

23    Bitcoin."  Do you see that?

24         A.   Yes.

25         Q.   And at the bottom, it says:

399

1        "Dedicated Team:  This is probably our most

2   important advantage.  Bitcoin is an open source project

3   without anyone leading it.

4        "OpenCoin, while also open source, will have a

5   potential team of developers and businesspeople behind

6   it."  Do you see that?

7        A.    Yes.

8        Q.    Was that accurate back in 2012?

9        A.    That we did or that we would?

10       Q.    Well --

11       A.    This is -- this is a prediction of the

12  future.

13       Q.    Did that turn out to be correct, that

14  OpenCoin had a professional team of developers behind

15  it?

16       A.    Depends what ... it's difficult to say,

17  because it's not really clear what it is here, and at

18  the time --

19       I think at the time this was drafted, there wasn't

20  a good understanding of what the role of the company

21  would be versus what the role of the -- the ledger would

22  be.

23            (Thereupon, an eight-page document

24        entitled "David "JoelKatz" Schwartz u/sjoelkatz)

25        - Reddit" dated 7/3/18 was introduced as DS

```
 1              Exhibit 71 for identification.)
 2     BY MR. TENREIRO:
 3          Q.    Let's look at Exhibit 71, please.
 4          This is a calculation of posts, but I'm going to
 5     focus on the first one.
 6          A.    Okay.
 7          Q.    You say:
 8          "I will use the analogy of Google again.  If Ripple
 9     were Google, XRP would be the search engine and the
10     Internet would be Ripple's payment technology."
11          Do you see that?
12          A.    Yes.
13          Q.    Why are you making this analogy?
14          A.    Do you have the date of this document?
15          Q.    I think it's 2017.  That's my best guess.
16                (Pause.)
17                MR. TENREIRO:  Jon, do you know?
18                MR. DANIELS:  Hold on.
19                (Thereupon, an informal discussion was
20            held off the record.)
21                THE WITNESS:  It would help to see what
22            I'm responding to, but I imagine it was some
23            confusion between what Ripple is and what I
24            said it is.
25
```

1    BY MR. TENREIRO:

2         Q.    Well, do you think that when people talk

3    about the Google search engine, they associate that with

4    Google or with something else?

5              MR. CERESNEY:  Objection.

6              THE WITNESS:  I don't know that it's a

7              great -- I mean, I was using that example to

8              illustrate a different point.

9    BY MR. TENREIRO:

10        Q.    What point were you illustrating?

11        A.    The point that I'm illustrating is that the

12   more -- the more value there is in the cryptocurrency

13   and the XRP ecosystem, the more value ... wait.  I'm

14   trying to understand the point I'm making.  Hold on a

15   second.

16              (Pause.)

17              THE WITNESS:  Yeah, I actually do see.

18              it's a terrible analogy and I'm glad I

19              clarified it in the third paragraph, or I

20              wouldn't know what I meant.

21              What I'm saying is that Ripple -- Ripple,

22              like other participants in the cryptocurrency

23              ecosystem, can contribute to technologies like

24              the XRP Ledger and in a ledger, even though

25              they don't have a direct revenue model.

402

```
 1              Because they -- because they expect to
 2          participate in an ecosystem that has the
 3          ability to make them money, just like Google
 4          helps to build the Internet.
 5              Even though Google can't directly
 6          monetize the Internet, everything Google's
 7          doing works better if the Internet is better.
 8   BY MR. TENREIRO:
 9       Q.    Google monetizes its search engine?
10       A.    Google -- the -- Google's search engine is
11   the way it monetizes the Internet.
12       Q.    So is XRP the way Ripple monetizes the -- you
13   know, Interledger?
14              MR. CERESNEY:  Objection.
15              THE WITNESS:  And that's why this analogy
16          is bad.  I -- I think I'm trying to say the
17          reverse.
18   BY MR. TENREIRO:
19       Q.    Let's move on.
20       A.    This -- this is a terrible --
21       Q.    I'm sorry.
22       A.    It's terribly worded.  I mean, it's one
23   document, but this is really poorly worded.
24              MR. CERESNEY:  You don't have to
25          apologize.
```

1           (Thereupon, an informal discussion was

2       held off the record.)

3   BY MR. TENREIRO:

4       Q.   So is it a way, then, to monetize the ledger?

5   Is that what you're saying?

6       A.   Yeah.   What I'm --

7       What I'm trying to say is that if the

8   cryptocurrency ecosystem is healthier -- and the XRP

9   Ledger specifically -- that creates an opportunity for

10  companies like Ripple to build products and services

11  that can make money.

12      Just like a healthier Internet allows Google and

13  its competitors to build better -- have more useful

14  search engines and therefore have better revenue.   I

15  think that's what I was trying to say there, but it's so

16  badly worded I can't be sure.

17           MR. TENREIRO:   Before we finish, just

18           again on Exhibit 82, I would like to ask what

19           the basis for the assertion for privilege is.

20           MR. CERESNEY:   Which is Exhibit 82?

21           MR. TENREIRO:   The one you clawed back

22           today.

23           MR. CERESNEY:   It's advice provided by an

24           attorney.   It's actually a question asked by

25           an attorney of Mr. Schwartz in connection with

1                     something the attorney was working on.

2                         MR. TENREIRO:   Okay.  Are you going to

3                     tell us what the legal advice is as to?

4                         MR. CERESNEY:   Well, it's a comment, not

5                     a document.  It's a question about a document

6                     asked by an attorney of Mr. Schwartz, and in

7                     the context of that, it talks about a point

8                     that they have discussed -- that attorney and

9                     Mr. Schwartz have discussed.

10                         Therefore, it was -- it reflects a

11                     conversation between the attorney and Mr.

12                     Schwartz and relates to a comment that the

13                     attorney had on the document.

14                         (Thereupon, a 31-page document entitled

15                     "Master Press Q&A" was introduced as DS Exhibit

16                     83 for identification.)

17   BY MR. TENREIRO:

18       Q.    Exhibit 83.  Here are copies.  Last set of

19   questions.

20                         (Thereupon, a 10-page entitled "Make XRP

21                     Great" was introduced as DS Exhibit 84 for

22                     identification.)

23   BY MR. TENREIRO:

24       Q.    I'm just going to ask a couple brief

25   questions about Exhibit 83 and Exhibit 84.  Do you

1     recognize what Exhibit 83 is?

2          A.    I think so.

3          Q.    What is it?

4          A.    I believe this is a document Ripple provides

5     to employees to help them -- you know what?  I'm not --

6     I'm not sure.

7          Q.    Have you ever seen this before?

8          A.    I think I've seen a similar document, but I'm

9     not sure this is that document.

10         Q.    So --

11         A.    This looks more detailed than the document

12    that I've seen.

13         Q.    A similar document about "Press Q&A Points"?

14         A.    A similar document in that it has a list of

15    general questions that people might ask about XRP, the

16    XRP Ledger, or Ripple with like suggested answers.

17         Q.    People such as reporters, or what?  Or market

18    participants?

19         A.    The document that I saw was mostly intended

20    for employees to answer questions that they would

21    encounter.

22         This document looks for detailed than that, and I

23    don't know who it was intended for.

24         Q.    Who would the employees encounter questions

25    from?

1          A.    The general public.

2          Q.    Anybody, right?

3          And Ripple was suggesting how employees should

4     respond to those questions?

5          A.    Yes.

6                MR. CERESNEY:  Just to be clear, you're

7           not sure this is that document?

8                THE WITNESS:  This document looks bigger

9           and more detailed than that, so I don't know

10          that this is ...

11    BY MR. TENREIRO:

12         Q.    Let's move on to Exhibit 84.

13         A.    But it says:

14         "Please read the corporate narrative and fast

15    facts," so it seems like it's -- but I don't know.

16         Q.    Can you please identify Exhibit 84 after

17    you've had a chance to look at it?

18                (Pause.)

19                THE WITNESS:  What was your question?

20    BY MR. TENREIRO:

21         Q.    Yes.  What is this document?

22         A.    This looks like a document suggesting radical

23    changes in the way Ripple operates.

24         Q.    Who prepared it?

25         A.    I don't know.

407

1       Q.    Were you involved?

2       A.    No.  At least, not to my recollection.

3       Q.    On page 3 -- sorry.

4       On page -- it looks like page 7, think.  At the

5  front, it says "RPLI_SEC 576405."  There's Comment 16.

6       A.    Yes.

7       Q.    "Thumbs up to David's comment"?

8       A.    So I must have commented somewhere.

9       Q.    "David:  Currently, banks -- at least the

10  ones we are talking to -- do not route liquidity through

11  exchanges," etc.

12       A.    Yes.

13       Q.    What was the purpose of this document?

14       A.    So this is -- this is --

15       I believe what's happened here is this document --

16  which I believe is, at least to some extent, a document

17  that I wrote or commented on -- has been imported into

18  this other document.

19       Q.    What was the purpose of it?

20       A.    The purpose?

21       Q.    At the beginning, it says "Make XRP Great

22  Again."  That's the title.

23       A.    Well, the person who imported it to that

24  document --

25       That was their title, but my title was "Why Should

1  We Care About XRP Right Now?"  They imported my document

2  into their document, I believe.

3      Q.    To the extent you mentioned the document was

4  suggesting radical changes in Ripple's strategy, why was

5  that being suggested?

6              MR. CERESNEY:  Do we know what time

7          period this is?

8              MR. TENREIRO:  I believe, if you look at

9          the front page in the abstract, "While XRP has

10         been in existence for over four years," that

11         should give you a sense, more or less.  Four

12         years?  Seems like 2017, 2016.

13             THE WITNESS:  I mean, this looks like a

14         position of someone who was critical of our

15         current strategy and was suggesting

16         significant changes to that strategy.

17  BY MR. TENREIRO:

18     Q.    Strategy as to XRP?

19     A.    Yes, and more -- and more broadly, but it

20  seems to be primarily focused on Ripple's strategy as to

21  XRP.

22             MR. TENREIRO:  Okay.  I'm out of time.

23             THE VIDEOGRAPHER:  Okay.  This concludes

24         the video deposition --

25             (Inaudible crosstalk.)

409

1                    THE VIDEOGRAPHER:  Sorry.

2                    MR. CERESNEY:  Go off the record.

3                    THE VIDEOGRAPHER:  Going off the record

4           at 6:37.

5               (Recess taken at 6:37 p.m.)

6               (Resumed at 6:50 p.m.)

7                    THE VIDEOGRAPHER:  Back on the record at

8           6:50.

9                    MR. CERESNEY:  Great.  I have a few

10          questions, Mr. Schwartz.

11

12                    CROSS-EXAMINATION

13                    BY MR. CERESNEY:

14

15     Q.    I want to hand you all of the exhibits, just

16   a pile of the exhibits that Mr. Tenreiro showed you

17   today.  I don't know how many it was, but it was maybe

18   50, 60 exhibits or so.

19        Just take a look at those and tell me how many

20   social media posts have you had over the course of the

21   last nine years relating to Ripple or XRP.

22     A.    Probably tens of thousands.

23     Q.    Do these exhibits that Mr. Tenreiro showed

24   you today -- do they constitute, essentially, a very

25   small percentage of your total posts?

410

```
 1                    MR. TENREIRO:  Object to form.

 2                    THE WITNESS:  They do.

 3       BY MR. CERESNEY:

 4           Q.    And in some of the posts that Mr. Tenreiro

 5       showed you and when he questioned you, were there other

 6       aspects of those posts that he did not read?

 7           A.    Yes.

 8           Q.    And in some of those posts, did you say

 9       things that in some respects rebutted some of the pieces

10       of the posts that Mr. Tenreiro showed you?

11                    MR. TENREIRO:  Again, object to form.

12               Leading your witness.

13                    THE WITNESS: Yes.

14       BY MR. CERESNEY:

15           Q.    Now, have you in any of your posts over the

16       years made promises to XRP holders that Ripple would

17       take actions to increase the price of XRP?

18                    MR. TENREIRO:  Object to form.

19                    THE WITNESS:  I do not believe today that

20               I ever did so.

21       BY MR. CERESNEY:

22           Q.    And did you ever make promises to holders of

23       XRP or give them assurances that the price of XRP would

24       rise to a certain level?

25           A.    I do not believe I ever did so.
```

1        Q.    In your posts, were you touting that Ripple's

2    actions could increase the price of XRP?

3        A.    No.

4        Q.    Was that your purpose in any of your posts?

5        A.    No.

6        Q.    What, generally, was the purpose of your

7    posts overall?

8        A.    The general purpose of my posts were to

9    communicate with the world what -- what I was working

10   on, on the XRP Ledger and at Ripple.

11       Q.    And did it essentially --

12             MR. CERESNEY:  Strike that.  No further

13          questions.  That's it.

14             MR. TENREIRO:  Do any of the individuals

15          want to ask questions?

16             (Thereupon, an informal discussion was

17          held off the record.)

18             MR. GERTZMAN:  Nothing on behalf of

19          Mr. Larsen.  Thank you.

20             MR. TENREIRO:  Okay, and again, I

21          understand obviously we don't agree.

22             But we do want to state again we reserve

23          our rights to bring him back, especially since

24          we only covered 60 out of thousands of posts.

25             MR. CERESNEY:  Well, you apparently

412

1                covered, I assume, what you thought were the

2                most important and you took your seven hours,

3                so of course we will object to that.

4                        MR. TENREIRO:   Thank you, Mr. Schwartz.

5                        THE VIDEOGRAPHER:   Going off the record.

6                This is the end of the video deposition of

7                David Schwartz.   Going off the record at 6:53.

8                        (Thereupon, the deposition adjourned at

9                6:53 p.m.)

10

11                        ***      ***      ***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    ACKNOWLEDGMENT OF WITNESS

2

3            I, DAVID SCHWARTZ, do hereby certify

        that the foregoing testimony given by me on

4

        May 26, 2021 is true and accurate, including

5

        any corrections noted on the corrections page,

6

        to the best of my knowledge and belief.

7

8

9                           _____

10                          DAVID SCHWARTZ

11

            At   _____ in said County

12

of _____, this _____ day

13

of _____, _____, personally

14

appeared DAVID SCHWARTZ, and he made an oath to the

15

truth of the foregoing corrections by him subscribed.

16

17

            Before me, _____, Notary

18

Public.  My commission expires _____.

19

20

21

22

23

24

25

414

```
 1   STATE OF NEW YORK        )
                              ss:
 2   COUNTY OF NEW YORK       )

 3
                      C E R T I F I C A T E
 4

 5        I, CHERYLL KERR, CSR, a Notary Public

 6   within and for the State of New York and a Certified

 7   Shorthand Reporter, do hereby certify that the witness

 8   whose deposition is hereinbefore set forth, was duly

 9   sworn by me and that such deposition is a true record of

10   the testimony given by such witness.

11        I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage and that I am in no way interested in

14   the outcome of this matter.

15        IN WITNESS WHEREOF, I have hereunto set my

16   hand this 28th day of May, 2021.

17

18
                    ----------------------------------
19                        CHERYLL KERR, CSR

20

21

22

23

24

25
```

415

```
 1              ERRATA SHEET FOR THE TRANSCRIPT OF:

 2    Case Name:  SEC v. Ripple Labs, et al.

 3    Dep. Date:  May 26, 2021

 4    Deponent:   David Schwartz

 5    Reason codes:

 6         1.  To clarify the record.

 7         2.  To conform to the facts.

 8         3.  To correct transcription errors.

 9    Pg.    Ln.     Now Reads      Should Read    Reason

10    ____  ____   _____   _____   _____

11    ____  ____   _____   _____   _____

12    ____  ____   _____   _____   _____

13    ____  ____   _____   _____   _____

14    ____  ____   _____   _____   _____

15    ____  ____   _____   _____   _____

16    ____  ____   _____   _____   _____

17    ____  ____   _____   _____   _____

18    ____  ____   _____   _____   _____

19    _____

          Signature of Deponent

20

21    SUBSCRIBED AND SWORN BEFORE ME

22    THIS _____ DAY OF _____, 2021.

23    _____

24    (Notary Public)  My Commission Expires:  _____

25
```











































