# PX 7

1

```
 1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3    In the Matter of:   )

 4                        ) File No. NY-09875-A

 5    RIPPLE LABS, INC.   )

 6

 7    WITNESS:  David Schwartz

 8    PAGES:    1 through 303

 9    PLACE:    Securities and Exchange Commission

10              200 Vesey Street

11              New York, New York

12    DATE:     Thursday, January 30, 2020

13

14        The above entitled matter came on for hearing,

15    pursuant to notice, at 10:05 a.m.

16

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                    (202) 467-9200
```

2

```
 1    APPEARANCES:

 2

 3    On behalf of the Securities and Exchange Commission:

 4         DAPHNA A. WAXMAN, ESQ.

 5         JON DANIELS, ESQ.

 6         MANDY STURMFELZ, ESQ. (via telephone)

 7         Securities and Exchange Commission

 8         Division of Enforcement

 9         200 Vesey Street

10         New York, New York

11

12    On behalf of Witness:

13         ANDREW J. CERESNEY, ESQ.

14         JENNIFER R. COWAN, ESQ.

15         CHRISTOPHER S. FORD, ESQ.

16         Law Offices of Debevoise & Plimpton

17         919 Third Avenue

18         New York, New York

19

20    Also Present:

21         Stu Alderoty, Esq., Ripple

22

23

24

25
```

3

C O N T E N T S

| | | |
|---|---|---|
| WITNESS: | | EXAMINATION |
| David Schwartz | | 7 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 69 | Background Questionnaire | 7 |
| 70 | Resume | 7 |
| 71 | Post | 75 |
| 72 | Post | 75 |
| 73 | Document | 92 |
| 74 | Spreadsheet | 99 |
| 75 | Posts | 113 |
| 76 | Thread | 113 |
| 77 | Post | 140 |
| 78 | Agreement | 141 |
| 79 | Q4 2019 XRP Markets Reports | 147 |
| 80 | Document | 235 |
| 81 | Table | 242 |
| 82 | XRP Chat | 268 |
| 83 | AMA Reddit | 276 |
| 84 | Reddit post | 285 |
| 85 | Reddit post | 295 |
| 86 | E-mail | 298 |

4

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | MS. WAXMAN:  We are on the record at |
| 3 | 10:05 a.m. on January 30, 2020. |
| 4 | Mr. Schwartz, will you please raise |
| 5 | your right hand. |
| 6 | Do you swear or affirm to tell the |
| 7 | truth, the whole truth and nothing but the |
| 8 | truth? |
| 9 | MR. SCHWARTZ:  I do. |
| 10 | Whereupon, |
| 11 | DAVID SCHWARTZ |
| 12 | was called as a witness and, having been first |
| 13 | duly sworn, was examined and testified as |
| 14 | follows: |
| 15 | MS. WAXMAN:  Please state your full |
| 16 | name and spell your name for the record. |
| 17 | THE WITNESS:  My full name is David, |
| 18 | D-A-V-I-D, Joel, J-O-E-L, Lawrence, |
| 19 | L-A-W-R-E-N-C-E, Schwartz, S-C-H-W-A-R-T-Z. |
| 20 | MS. WAXMAN:  Thank you.  My name is |
| 21 | Daphna Waxman.  With me is Jon Daniels.  We |
| 22 | are officers of the Commission for the |
| 23 | purposes of this proceeding.  Mandy Sturmfelz |
| 24 | is participating by phone from the Washington |
| 25 | office. |

1            This is an investigation by the U.S.

2    Securities and Exchange Commission in the

3    matter of Ripple Labs NY-9875 five to

4    determine whether there have been violations

5    of the Federal Securities laws.  However, the

6    facts developed in this investigation may

7    constitute violations of other federal or

8    state, civil or criminal laws.

9            Prior to the opening of the record,

10   you were provided with a copy of the Formal

11   Order of Investigation.  It will be available

12   for your examination during the course of

13   today's testimony.

14           Mr. Schwartz, have you had an

15   opportunity to review the formal order?

16           THE WITNESS:  Yes.

17           MS. WAXMAN:  Prior to the opening of

18   the record, you were provided with a copy of

19   the SEC's form 1662, which has been previously

20   marked as Exhibit 15.

21           Mr. Schwartz have you had an

22   opportunity to read Exhibit 15?

23           THE WITNESS:  Yes.

24           MS. WAXMAN:  Do you have any

25   questions concerning Exhibit 15?

6

```
 1              THE WITNESS:  No.

 2              MS. WAXMAN:  Are you represented by

 3      counsel here today?

 4              THE WITNESS:  Yes.

 5              MS. WAXMAN:  Would counsel please

 6      state for the record your name and your firm's

 7      name.

 8              MR. CERESNEY:  Yes.  Andrew

 9      Ceresney, Debevoise & Plimpton.

10              MS. COWAN:  Jennifer Cowan,

11      Debevoise & Plimpton.

12              MR. ALDEROTY:  Stu Alderoty, Ripple.

13              MR. FORD:  Christopher Ford,

14      Debevoise & Plimpton.

15              MS. WAXMAN:  Can you please state

16      for the record who you represent in the

17      investigation.

18              MR. CERESNEY:  All of us represent

19      both the company and Mr. Schwartz as an

20      individual.

21              MS. WAXMAN:  Mr. Schwartz, as you

22      may be aware, multiple representations of

23      witnesses by counsel presents a potential

24      counsel of interest.  And the form 1662 states

25      that "The Commission will assume that the
```

7

```
 1    witness and counsel have discussed and

 2    resolved all issues concerning possible

 3    conflicts of interest."

 4              Mr. Schwartz, are you here --

 5    appearing here today pursuant to a subpoena?

 6              THE WITNESS:  Yes.

 7              MS. WAXMAN:  Exhibit 69.

 8                       (SEC Exhibit No. 69 was

 9                       marked for

10                       identification.)

11              MS. WAXMAN:  This will be 70.

12                       (SEC Exhibit No. 70 was

13                       marked for

14                       identification.)

15                   EXAMINATION

16              BY MS. WAXMAN:

17        Q    Mr. Schwartz, I'm showing you what's

18    been marked as Exhibit 69, which is a copy of

19    the background questionnaire that your counsel

20    provided.  And Exhibit 70 which is copy of

21    your resume that your counsel also provided.

22              Is there anything inaccurate in

23    either Exhibit 69 or Exhibit 70?

24              (The witness examined the document.)

25        A    The only inaccuracy is that Exhibit
```

8

1    70 is not current.  So this was correct as of

2    the time this document was prepared.  But that

3    was probably about two years ago.

4        Q    Can you tell me what is no longer

5    accurate?

6        A    I've moved since then.  I no longer

7    live in Oakland.  I'm no longer a director at

8    Ripple and my title has changed from chief

9    cryptographer to CTO.  Otherwise, this is

10   accurate.

11       Q    Your title as director was as of two

12   years ago?

13       A    I don't recall precisely when I left

14   the board.  But approximately two years ago, I

15   left the board.  So I'm no longer director.

16       Q    And your -- after you were director,

17   what was your title, your next title?

18       A    CTO.

19            MR. CERESNEY:  Just to be clear, I

20   think it was 2016 that you left the board.

21            Does that sound right?

22            THE WITNESS:  That could be correct.

23   I'm not certain.

24       Q    Okay.  Thank you.

25            So when -- in what year did you come

9

1    CTO?

2         A    I believe that was early 2018.

3         Q    In between 2000 -- before you were

4    CTO, did you have another title?

5         A    Chief cryptographer.

6         Q    Is there anything else that's

7    inaccurate on Exhibit 70?

8         A    No.

9              MR. CERESNEY:  Just to be clear, on

10   the questionnaire, we did update it to the

11   present.  So the questionnaire has the

12   accurate dates on it.  So for example --

13             MS. WAXMAN:  What page are you

14   talking about?

15             MR. CERESNEY:  Number thirty-one,

16   the last page.  Chief technology officer title

17   and the dates.  And then just on the board

18   issue, if you look earlier in the

19   questionnaire on page five, there's a

20   reference to when Mr. Schwartz was a Ripple

21   board member, 2013 to 2016.  Page -- yeah,

22   page five.  The top of page five.

23             MS. WAXMAN:  Yeah.  Okay.  Got it.

24   Thank you very much.

25             MR. CERESNEY:  No problem.

1      Q    Mr. Schwartz, I want to talk a

2  little first about the XRP Ledger.

3           Does the XRP Ledger have any other

4  names?

5      A    At times, it has had other names.

6  Initially, it didn't really have a name.  We

7  didn't refer to it in any specific way.  Or

8  just the ledger if we knew the project we were

9  walking on.  People have called it the Ripple

10  ledger at times.  I think nomenclature today

11  is pretty consistent on XRP Ledger.

12      Q    I just want to make sure we are

13  talking about the same things.

14           So has the XRP Ledger also been

15  called RCL?

16      A    I believe that term has been used to

17  refer to the ledger, yes.

18      Q    What does RCL represents?

19      A    I believe Ripple Consensus Ledger.

20      Q    Any other names?

21      A    Not -- not that I'm aware of.  Not

22  that I can think of at the moment.

23      Q    What is the XRP Ledger?

24      A    The XRP Ledger is a public

25  blockchain that tracks the movement of XRP as

1   well as other assets.

2       Q    When was the XRP Ledger created?

3       A    So there isn't really one date that

4   you can point to.  It's sort of evolved from a

5   development process that began at the very end

6   of 2011.  And I would describe it as fully

7   functional, I believe in early to mid-2012.  I

8   should clarify that by "fully functional," I

9   mean you can demonstrate its key functions.

10  Because it's had functionality added to it

11  subsequently.

12      Q    At the time that it was fully

13  functional, had XRP been created?

14      A    So once the software was functional,

15  every time you start the software up, it

16  creates an internal token.  So every time you

17  launch it, it will create -- it will create a

18  new instance of a token.  At the time, we

19  didn't call it XRP.  I believe we were using

20  the term "new coins" at the time.  So we were

21  constantly creating and destroying instances

22  of tokens through the development process.

23      Q    What was your involvement with the

24  creation of the XRP Ledger?

25      A    My primary -- my primary

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

1    responsibility was the actual development of

2    the software.

3        Q    Does that mean were you writing

4    code?

5        A    Yes.

6        Q    Was anyone else involved in the

7    creation of the XRP Ledger?

8        A    In the very beginning, it was mostly

9    Jed McCaleb and myself.  I believe there were

10   some consultants who were involved in a more

11   minor way.  But the primary development was

12   myself and Jed McCaleb.  We -- around, I

13   believe, the beginning of 2012, we added

14   Arthur Britto.  And the majority of the

15   development work at that time was done by

16   Arthur Britto and myself.

17       Q    What was Jed's role?

18       A    Jed was sort of the head of the

19   project.  It was his idea.  He was paying my

20   salary at the time.  And he -- he -- he was

21   effectively CEO.

22       Q    Was there a company that he was CEO

23   of?

24       A    No, not at that time.  That's what I

25   mean by "effectively."

13

```
 1        Q    When you say, "it was his idea,"
 2   what idea are you referring to?
 3        A    The very original idea that he had
 4   was to replace the proof of work in Bitcoin
 5   with something else.  He had the idea to use
 6   the distributive agreement algorithm.  Then he
 7   found me and hired me to develop that idea.
 8        Q    Did he have a previous relationship
 9   with Arthur Britto?
10        A    I don't believe so.
11        Q    How did Arthur come onto the
12   project?
13        A    Soon after that, we added ███████
14   as an investor.  I believe ███████
15   introduced Arthur Britto and Jed McCaleb.
16        Q    Was McCaleb involved in the
17   developing the ledger?  What I mean is, was he
18   writing code?
19        A    He did write some code.
20        Q    Who wrote the majority of the code?
21        A    Arthur Britto and myself.
22        Q    What is XRP?
23        A    XRP is the XRP Ledger's native
24   token.
25        Q    Who created XRP?
```

14

```
 1        A     My understanding is that what -- the

 2   current instance of the XRP token was created

 3   by Jed McCaleb when he deployed the XRP Ledger

 4   code to the actual servers that ran the sort

 5   of live instance.

 6        Q     When was that?

 7        A     I don't -- I don't recall the date.

 8   I believe -- let me think for a second.  It

 9   would have been early to mid-2012.

10        Q     Was that before or after the company

11   Ripple was formed?

12        A     It was before.

13        Q     How much XRP was created?

14        A     One hundred billion.

15        Q     Can any more be created?

16        A     Not easily.  It's a software defined

17   system.  So if you could get all of the people

18   using the system to agree to change the

19   software, nothing would prevent them from

20   doing that.  But there's no defined process to

21   do such a thing.

22        Q     Has Ripple stated that no more XRP

23   can be created?

24        A     We've -- I think we've -- I think

25   we've made nuance statements to the effect
```

1     that systems' rules don't allow additional XRP

2     to be created.  And the system has

3     sophisticated safeguards against somebody

4     accidentally or using some sort of an exploit

5     to create more XRP.  But I would hope we

6     haven't suggested that it is literally

7     impossible.

8          Q     Although it is possible that XRP,

9     more XRP can be created, do you think it's

10    likely that XRP will be created -- more XRP

11    will be created?

12         A     I think it's extremely unlikely.  I

13    think every effort has been made to make it as

14    difficult as possible to do that.

15         Q     Before XRP was created, did you

16    discuss the creation with McCaleb or with

17    Britto?

18         A     We discussed it from a technical

19    sense.  Like the procedures involved and so

20    on.

21         Q     When you say, "a technical sense,"

22    do you mean how to create a native asset?

23         A     Correct.  The actual mechanics of

24    doing it.

25         Q     The coding of it?

16

```
1         A    Yes.  And how -- how that code would
2    be operated to achieve that effect.
3         Q    Did you discuss -- strike that.
4              Why did McCaleb create XRP?
5         A    I don't really know what his motives
6    were.  But from conversations with him, the
7    impression I got was he wanted to sort of
8    advance the technological state of the art in
9    the blockchain space.
10        Q    Was -- were there any other reasons
11   to create XRP?
12        A    I'm -- I mean, I'm sure -- I
13   hesitate to speculate on someone else's
14   motives.
15        Q    Did you have any beliefs as to XRP
16   and how it could be used?
17        A    At that time, it was just a job.  It
18   was so early at that time that we didn't even
19   know whether the technology would work or what
20   it would be good for.  And I didn't think -- I
21   couldn't think far ahead at that time.
22        Q    So at the time XRP created, did
23   anyone know if there was a use for it?
24        A    I think around that time, we had the
25   idea that it would be the sort of fuel for
```

```
 1    transactions on the ledger.  And that the
 2    ledger would serve as a neutral public
 3    exchange platform for interchanging other
 4    assets.  I believe at the time of the --
 5    around the formation of the company and around
 6    the creation of XRP, in that sort of early
 7    2012 time frame, I believe that was kind of
 8    the direction we were thinking.
 9         Q    So you thought that the XRP Ledger
10    could be used as a decentralized exchange?
11         A    That's correct.
12         Q    And just for the record, can you
13    tell us what a decentralized exchange is.
14         A    A decentralized exchange is a system
15    that allows people to trade assets without
16    there being an operator or controller who can
17    sort of -- who can bias the exchange or cause
18    it to operate in an unfair way.
19         Q    Can any asset, including XRP and
20    other digital assets, be exchanged on the XRP
21    Ledger?
22         A    Yes, they can.
23         Q    Was that a functionality that
24    existed at the time the ledger became fully
25    functional?
```

18

```
1        A     It was -- it was demonstrable at
2   that time.  There was still -- there were
3   still efforts going on to sort of complete it.
4   Sort of button it up so that it was reliable.
5   But I believe you could demonstrate the
6   functionality at that time.
7        Q     When was that functionality
8   completed?
9        A     I would have to check to be sure.
10  But I know it was sometime in 2012.  I would
11  say probably mid-2012.
12       Q     You also mentioned that XRP could be
13  used for fuel for transactions.
14             Can you just explain that.
15       A     When you have a decentralized public
16  blockchain, it has no way to tell what's
17  legitimate economic activity versus what's
18  noise.  I can create an unlimited number of
19  transactions that look like legitimate
20  economic activity to the ledger.  Like I can
21  move an asset around that happens to be
22  worthless.  Or I can move XRP, let's say from
23  my left pocket to my right pocket and then
24  back, an unlimited number of times.  To
25  prevent illegitimate uses with no economic
```

```
 1   value from sort of swamping out legitimate

 2   activity, you need to attach something scarce.

 3   It's kind of like the reason that you pay for

 4   a candy bar instead of getting a candy bar for

 5   free.  The first person to come by could just

 6   take all the candy bars and then there'd be

 7   none for anybody else.  You need to attach

 8   something scarce.

 9           MR. CERESNEY:  You got to slow down.

10   I think you're slightly --

11           THE WITNESS:  I'm sorry.

12           MR. CERESNEY:  She's got to take it

13   all down.

14       A    So the idea was that the XRP would

15   be that something scarce that you would attach

16   to a transaction.

17       Q    Was there -- at the time that the

18   ledger was created, during that time period

19   that we are talking about now, was there any

20   other purpose for creating XRP?

21       A    It was essential to have a native

22   asset for that spam mitigation.  No other

23   purpose was necessary.  There was no way to

24   accomplish the ledger's purpose without it.

25       Q    Was there any other use -- could
```

1   people -- was there any other potential use

2   case discussed at the time?

3       A   I think at that time, and I'm not --

4   I'm not certain.

5       Q   What is Ripple?

6       A   Um -- well, today we use that term

7   to refer to the company.  I think its formal

8   name is Ripple Labs, that I work for.

9       Q   What type of company is it?  How

10  would you describe its business?

11      A   It's a financial services company or

12  a financial technology company.

13      Q   When was Ripple founded?

14      A   I believe the company now known as

15  Ripple was incorporated as Open Coin,

16  initially.  Sometime in 2012.  I'm not exactly

17  sure.

18      Q   Who founded Ripple?

19      A   I believe Chris Larsen and Jed

20  McCaleb.

21      Q   You say you believe, do you know for

22  a fact or how -- why do you believe that?

23      A   I don't know for a fact.  It's just

24  my recollection of who -- you know because --

25  because Jed had initiated -- had started the

```
 1    project and he brought Chris Larsen on to be

 2    CEO.  And I believe it was the two of them who

 3    sort of went through the process of turning it

 4    into an actual company.

 5         Q    Did you have any involvement with

 6    the formation of the actual company?

 7         A    I don't believe so.

 8         Q    At the time that they were forming

 9    the company, were you working on the ledger?

10         A    Yes.

11         Q    Were you involved in anything else

12    involving the ledger or what was to be

13    known -- what was to become Ripple?

14         A    I met with potential investors.  I

15    helped with recruiting new employees.  And I

16    would say that I participated in discussions

17    about broad strategy-type discussions.  My

18    primary responsibility was continuing the

19    development of the ledger.

20         Q    At the time, were you working on the

21    ledger full-time?

22         A    Yes.

23         Q    Did you have any other -- do you

24    have another job?

25         A    I did not at that time -- well --
```

1    No, I did not at that time.

2        Q    So this is what you were doing

3    full-time?

4        A    Correct.

5        Q    Those three things that you

6    described, you met with potential investors

7    and new recruits and discussed strategy on

8    broad-level.

9             During what time period were you

10   doing that?

11       A    I think I've been doing all of those

12   things pretty much continuously since then.

13   Although the amount of time that I spend doing

14   development has obviously reduced and more of

15   that time is -- you know, advisory or

16   technical.

17       Q    I just want to go back to the time

18   period when Ripple -- Larsen and McCaleb were

19   forming the company.

20            When was that?

21       A    I believe mid-2012.

22       Q    In mid-2012, were you meeting with

23   potential investors and doing the things we

24   just spoke about or was it after the company

25   was formed?

1      A    I think it was after.  But I'm not

2 absolutely certain.

3      Q    Who were some of the potential

4 investors that you met with?

5           MR. CERESNEY:  In that early period?

6           MS. WAXMAN:  Yes.

7           MR. CERESNEY:  2012?

8           MS. WAXMAN:  Yes.

9      Q    If you remember.

10      A    The one I'm fairly confident we met

11 with at the time was ████████████████████

12 There were others, though, and I don't recall.

13      Q    Did you pitch the investment to

14 ██████████ ███████████████████?

15      A    Yes.

16      Q    What did you tell them about the

17 company at the time?

18      A    I would describe our pitch at that

19 time as sort of Bitcoin without mining or a

20 decent plus exchange.

21      Q    Did you tell them how the company

22 was going to make money?

23      A    We certainly had conversations about

24 what possible revenue models would be for the

25 company.

1          Q     What were those possible revenue
2     models at the time?
3          A     It was quite speculative.  There
4     possibilities, like selling software and
5     support.  There was like sort of getting
6     between consumers and the ledger, providing
7     wallets or exchange functionality.  Possibly
8     transaction fees.  Selling data that we might
9     be able to get by having people who come
10    through us to access the exchange.  The
11    possibility of the appreciation of the tokens
12    was discussed at the time.  It was all
13    entirely speculative.  We did not have a sold
14    idea what the revenue model would be at that
15    time.
16         Q     Other than selling software and the
17    possibility of the appreciation of tokens,
18    were there any other discussions about how
19    Ripple could make money?
20              MR. CERESNEY:  I think he just
21    mentioned a bunch of other things besides
22    those two.
23         Q     Right.  Were you intending to create
24    wallet software or was that separate from the
25    software piece?

```
 1          A    We knew that somebody would have to
 2    create wallet software in order for the system
 3    to be useable.  Our assumption in the
 4    beginning was that if anything was going to
 5    happen, we would have to do it.  Because we
 6    couldn't rely on being able to encourage other
 7    people to participate.  I think we had the
 8    idea that we would do whatever we had --
 9    whatever was necessary to do, we would do.
10          Q    When you say, "selling software,"
11    software that would work with the XRP Ledger?
12          A    Right.  So we would leverage the
13    fact that we had more expertise from the XRP
14    Ledger or just, you know, the fact that we
15    were sort of positioned and understood the
16    space to find where the revenue -- where
17    revenue could be made in that system.  And
18    then move to exploit that.
19          Q    What expertise did you have at that
20    point?
21          A    At that time, I had --
22               MR. CERESNEY:  Expertise in what,
23    though?
24               MS. WAXMAN:  He was just talking
25    about expertise with respect to the ledger.
```

1   That's what I'm talking about.

2       A    So we had built -- Arthur Britto and

3   I had built most of the ledger software.  We

4   understood it better than anybody else did.

5   The idea was to build a company of people who

6   had a deep technical understanding of the way

7   the ledger would operate.  And then we could

8   develop additional software that would work

9   with the ledger and that that software could

10  be a revenue source.  Either through selling

11  it, licensing it, supporting it, maintaining

12  it, providing -- whatever -- whatever the --

13  transaction fees, perhaps.  And so on.

14      Q    What did you pitch regarding the

15  possibility of the appreciation of the tokens;

16  and I assume you are meaning XRP tokens?

17      A    Yeah.  So that was difficult to do

18  at the time.  Because the primary utility for

19  XRP was to pay transaction fees, and

20  transactions were extremely cheap.  We raised

21  that as a possible source of revenue.  But it

22  was extremely speculative at that time.

23      Q    What do you mean by "the primary

24  utility for XRP was to pay transaction fees"?

25  What does that mean?

```
1         A     So the ledger -- the ledger requires
2    a fee to be attached to each transaction to
3    prevent overwhelming of the ledger with
4    billions of nonsense transactions.  But that
5    fee is extremely small.  The fee is destroyed.
6    It doesn't get paid to any particular person.
7    So to rely on that as a revenue model wouldn't
8    have made sense.  It's just too small.  And
9    there's no way to capture it.
10        Q     At that time did you think that XRP
11   could be used to pay for things?  Like Bitcoin
12   had been used to pay for goods and services?
13        A     I think that was sort of implicit in
14   our like Bitcoin 2.0.  Or better, Bitcoin kind
15   of pitch was the idea that people could use it
16   that way.  But I don't think we could have --
17   we couldn't make that argument credibly at
18   that time.  There was no reason to think that
19   that would happen.
20        Q     That use is different than the use
21   you just described?
22        A     Right.  Yes.
23        Q     So did you pitch use of XRP like a
24   Bitcoin 2.0?
25        A     I think we did discuss -- I think we
```

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

1   did discuss that.  I think it would be fair to

2   say that we pitched it.

3        Q    Did you pitch it as a viable option?

4        A    At that -- at that time, I think we

5   would have listed it as like one of the

6   possibilities.  But it would have been

7   almost -- it would have been impossible to do

8   so with any credibility.  There was just no

9   reason to think that that would happen at that

10  time.

11       Q    One of the pitches was to use --

12  that XRP would be used to pay transaction

13  fees. Another was that XRP was going to be

14  used to pay for goods and services.

15            Any other pitches regarding the

16  potential use of XRP?

17            MR. CERESNEY:  Just when you say XRP

18  was used to pay transaction fees, was that --

19  I just want to make sure that was his

20  testimony.

21            That XRP was going to be used to pay

22  transaction fees or that XRP would generate

23  transaction fees?

24       A    It would, in fact -- it was, in

25  fact, used to pay transaction fees.  That was

1    the one thing that you could do with XRP that

2    you couldn't do with anything else.  You could

3    sort of pay the fees on XRP Ledger.  But

4    investors at that time were not particularly

5    interested in sort of what XRP might be used

6    for.  They were interested in what the company

7    might be able to do.

8          Q    Again, other than selling software

9    or -- and leveraging the XRP, was there

10   anything else that the company was going to

11   do?

12         A    I think another possibility was

13   investing in the space.  But you know, every

14   company -- every company sort of says that.  I

15   think revenue model was a weak point at that

16   time.  It was so early, we didn't know exactly

17   what the company would be doing.  We didn't

18   know how people would use the XRP Ledger.  So

19   that was very, very speculative at the time.

20         Q    At the time, did you discuss using

21   XRP as a settlement asset?

22         A    I don't believe we had that idea at

23   that time.

24         Q    You said that -- why was the

25   possibility of XRP appreciating extremely

1    speculative at the time?

2        A    There was just no reason to think

3    that that would happen.  Like if you tried to

4    make an argument for why that might happen,

5    there was just no -- there was no -- there was

6    just no answer.

7        Q    Well, earlier, we spoke about that,

8    you know, it's very unlikely for the supply of

9    XRP to increase, correct?

10       A    Correct.

11       Q    So if there's more demand for the

12   asset, would there be appreciation?

13       A    You would expect that.

14       Q    Did you expect any of these

15   potential use cases to create demand for XRP?

16       A    Not that would significantly affect

17   the price of asset.  In fact, we pretty

18   specifically said that we didn't think that

19   those use cases would create demand for the

20   asset to create significant price

21   appreciation. Simply because the amounts that

22   we foresaw people needing at that time were so

23   small.

24            You kind of have this thing that you

25   want something to be cheap so people will

1    be -- will use it.  But if it's cheap, then

2    there just isn't a lot of money being moved

3    around. So that was kind of the reason we

4    couldn't have made those arguments at that

5    time.  Or if we had, we would just not have --

6    they would not have had any credibility with

7    venture capitalists or investors.

8         Q    I understand that at the time, the

9    asset was very inexpensive.  Is that a fair

10    conclusion?

11         A    It was literally worthless.  Like

12    when someone asked for some XRP to interact

13    with the ledger, how much should we give them?

14    Should we give them one or a million?  It --

15    I -- I can't stress enough, it was literally

16    worthless.

17         Q    I understand that.

18         But did people believe and pitch

19    that XRP would increase in value as demand for

20    the XRP increased?

21         A    I -- I don't believe anybody could

22    have at that time.  It would have been so

23    implausible.

24         Q    That's 2012.  At any point, did they

25    start to pitch that?

1    A    Later on, as that became a more

2    credible position to make and there was

3    evidence that there was demand that could, in

4    fact, impact the price, it became more obvious

5    that that was a possible revenue model for the

6    company.  Of course, the company did produce a

7    significant about of revenue that way.

8    Q    During what period of time did it

9    become obvious that appreciation of token

10   could provide revenue, significant revenue?

11   A    I would have to check the chart of

12   the price.  But it was certainly -- as it

13   became publicly traded, it became a way for

14   people to easily buy and sell it, as a market

15   price was established.  I would have to check.

16   But sort of in the time period where those

17   things happened, it became more plausible that

18   demand for XRP would create a price that would

19   give the company revenue model from the sales

20   of XRP.

21   Q    Do you think that happened in 2013?

22   A    I don't believe so.  I think it

23   was -- I think it was more like 2015.  But if

24   you check the chart of the price of XRP, you

25   can reason out what -- what we -- how

```
 1    plausible that argument would have been sort
 2    of through that time period.
 3        Q    What price is your benchmark for --
 4    I mean, what price would I be looking for on
 5    the chart?
 6        A    I would say order of magnitude, five
 7    cents as sort of -- a sort of price that goes
 8    from it being like you can't make an argument
 9    that there's revenue or money here to the
10    point where it becomes that sort of order of
11    magnitude.
12            MS. WAXMAN:  Andrew, I'm sorry.
13    Did --
14            MR. CERESNEY:  No.  I was just going
15    to suggest -- you went in a different
16    direction.  So it's fine.
17        Q    How did the investors receive the
18    pitch?
19            MR. CERESNEY:  You are talk about
20    the investors that purchased in 2012?
21            MS. WAXMAN:  Yes.
22        A    I'm not sure I understand what
23    you're asking.
24            MR. CERESNEY:  Did they invest?
25            THE WITNESS:  Did they like it?
```

1    Q    Did they invest?

2    A    Some did and some didn't.

3    Q    Other than what we were discussing

4  about software and, you know, possible uses

5  for the token, were there other broad

6  strategies discussed with respect to either

7  the ledger, software or XRP?

8    A    I don't believe so at that time.

9    Q    In that time period, the 2012 time

10 period, did the company have any investors?

11   A    We had two -- well, Jed McCaleb, I

12 guess, also invested in the company.  Chris

13 Larsen also invested in the company.  I

14 believe prior to forming the company, ███████

15 ████ and ███████ also invested.  And then

16 around the time the company was formed, there

17 was an initial funding around that had a

18 number of participates.  I don't recall who

19 they were.

20   Q    Was this all prior to Open Coin

21 being formed in 2012?

22   A    Jed McCaleb, Chris Larsen, ███████

23 and ███████ I believe, all invested

24 prior to the formation of the company.  I

25 believe that the funding round -- that the

35

1   additional investors was after that.

2        Q    Okay.  Thank you.

3             Do you know how much Chris Larsen

4   invested or Jed McCaleb?

5        A    I -- I don't know.

6        Q    Do you have a general belief?

7        A    I think it was more than $100,000.00

8   and less than a million dollars.

9        Q    That's a big range, in my opinion.

10       A    I know.  I wish I -- I did know at

11  one time.  But I don't recall.

12       Q    What about Jed?

13       A    Who, I'm sorry?

14       Q    Jed McCaleb, do you know how much he

15  invested?

16       A    I think he probably invested more

17  than that because he was paying people's

18  salaries prior to the other investors coming

19  on board.  But I don't know if they settled

20  between themselves or -- I wasn't part of

21  those conversations.

22       Q    Do you know how it came about that

23  ████████████ invested?

24       A    I believe that Jed and ████████

25  were talking about the project from the very

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

36

1    beginning.  I think Jed got ██████ interested

2    in investing possibly even prior to him

3    contacting me.

4        Q    Were you asked to invest?

5        A    No, I wasn't.

6        Q    Do you know why?

7        A    I think -- I think they knew that

8    there was no way I could have.  I didn't have

9    funds to do that.

10       Q    Who is ████████?  If I -- how do

11   you pronounce his last name?

12       A    I pronounce it ██████  But I'm not

13   confident that that's correct.

14       Q    We'll go with ████

15       A    ████████ developed a project

16   called Ripple, I think, in early 2000s that

17   was a -- it was a payment system with some

18   principals similar to the XRP Ledger's

19   decentralized exchange.

20       Q    Did he have any involvement with the

21   formation of Open Coin?

22       A    No.

23       Q    What was his involvement with XRP

24   Ledger; if any?

25       A    I believe shortly after we formed

1    the company, around the time that we were

2    looking for a better name than Open Coin, the

3    idea of using the name Ripple came up.  And we

4    wanted to contact ███████ because he had a

5    prior project named Ripple and it inspired

6    some of those very same ideas.

7        Q    Some of the technology that he

8    created, was some of that incorporated in the

9    ledger?

10        A    I wouldn't say the technology, but I

11   would say the concepts.  The concept of sort

12   of having a sort of asset hub.  Somebody

13   who -- someone who -- someone who sort of

14   borrowed and loaned money to a number of

15   different people that would sort of act as a

16   connector.  Kind of -- kind of like the role

17   of anchor price.

18        Q    When Open Coin was formed, how many

19   employees did it have?

20        A    I believe, at that time, roughly

21   seven.

22        Q    Who were they?

23        A    At that time, there would have been

24   myself, Arthur Britto, although he might not

25   technically have been an employee.  Jed

38

1  McCaleb, Chris Larsen.  I believe ███████

2  was actually working pretty closely with the

3  company at that time.  There was a designer,

4  ███ -- I don't recall his last name.  Patrick

5  Griffin may have been on at that time.  And

6  ████████████   Chris Larsen's assistant.

7  That's all I recall at this time.

8        Q    What was Britto's relationship to

9  the company if he was not an employee?

10       A    He was -- he was working on

11  developing the ledger still at that time and

12  he was advising the company.  But I believe --

13  I don't know if he was getting -- I don't know

14  if he was receiving a salary or what the

15  details of the arrangement with him were.

16  Other than the ledger agreement, which became

17  public.

18       Q    Was he an initial investor in the

19  company?

20       A    I don't believe so.

21       Q    Do you know why not?

22       A    I -- I would just have to speculate.

23  I don't know.

24       Q    Sure.

25            MR. CERESNEY:  This is total

1    speculation?

2        A    Yeah.  This is just based on what I

3    think probably would have happened.  But he

4    was working on the code and his was

5    contributing his development efforts.  I think

6    he felt that he could negotiate what he wanted

7    to get out of the company without having to

8    give any more than that.

9        Q    Fair enough.

10            MR. CERESNEY:  But that's

11    speculation.

12        A    That is speculation.  I wasn't in on

13    those conversations.

14        Q    He never told you that?

15        A    No, he did not.

16        Q    Did anyone else tell you that?

17        A    No.

18        Q    And --

19            MR. CERESNEY:  Just to be clear, I'm

20    not going to let you speculate much.  But I

21    figured that was painless.

22            MS. WAXMAN:  You are your own

23    person.  You can say what you want.

24            MR. CERESNEY:  Just putting --

25            MS. WAXMAN:  And I know you do.

40

1    Q    So was ▮▮▮▮▮▮▮▮ an employee as

2  well as an investor?

3    A    He was working closely with the

4  company.  I don't know the exact nature of his

5  relationship.  But I believe that he was

6  not -- he was not a detached investor.  He was

7  interested in what was going on with the

8  development.  He was talking with employees.

9  But he wasn't -- he wasn't working -- he

10  wasn't working like full-time on the project.

11    Q    Was he drawing a salary?

12    A    I -- I don't know.

13    Q    Did he contribute to the code?

14    A    I don't believe so.

15    Q    Did he -- did you ever discuss with

16  him broad strategy?

17    A    With ▮▮▮▮▮▮▮?

18    Q    Yes.

19    A    There was definitely a meeting very

20  early.  Jed -- when -- before anyone else was

21  on the project, except myself and Jed McCaleb,

22  we had a meeting with ▮▮▮▮▮▮▮.  I think

23  the purpose of that meeting was more to

24  introduce ▮▮▮ to me prior to Jed committing

25  to hiring me to work on the project.

1      Q    Was this at the burrito shop?

2      A    That was the famous burrito shop

3  meeting.  Yes.

4      Q    When did that take place?

5      A    It was very shortly after Jed

6  interviewed me.  It would have been October

7  2011.  Possibly early November 2011. That time

8  frame.  It was before I started working on the

9  project.

10     Q    You said -- did you discuss strategy

11  at that meeting?

12     A    I believe so.

13     Q    What did -- who -- before -- what

14  did you discuss?

15     A    Well, we had very little to discuss

16  at that time.  The entirety of the project was

17  Bitcoin without mining or using a distributed

18  agreement algorithm.  It was very much

19  technical in terms of what were the -- if I

20  were hired, what were the technical avenues

21  that I would pursue, you know, to attempt to

22  turn that into a reality.  I think we also

23  discussed the space generally.  It was more

24  about introducing &#9608;&#9608;&#9608;&#9608;&#9608; to me so that

25  we would sort of have a relationship, than any

42

1    specific agenda.

2        Q    Did you discuss during that meeting

3    how XRP could be distributed?

4        A    We -- we may have.  But I don't

5    recall us doing so.

6        Q    Did you discuss how to get broad --

7    adoption of XRP?

8        A    Again, we may have.  But I don't

9    specifically recall.

10       Q    Who else was present besides you and

11    █████?

12       A    At that meeting, it was just myself,

13    ████████████ and Jed McCaleb.

14       Q    Were there other similar meetings

15    that occurred around the same time?

16           MR. CERESNEY:  "Similar meetings,"

17    you mean meetings about strategy?

18           MS. WAXMAN:  No.  I don't want to

19    limit it to that.

20       Q    I just -- I'm curious, how many

21    times did you meet to discuss the project in

22    that early time period?

23       A    I think there probably would have

24    been -- I would say probably more than five,

25    but fewer than ten occasions where I met with

43

```
1    people to discuss the project.

2         Q    What were the purpose of those

3    meetings or discussions?

4         A    It could have been to secure

5    investment.  It could have been just to

6    discuss technical direction that the company

7    was going. Sometimes they were just more

8    social than anything else.  At the time, I

9    lived about a hundred miles away from the bay

10   area.  So we had to like arrange a meeting in

11   order for -- I was working from home.  So we

12   had to arrange a meeting in order to meet in

13   person.

14        Q    And did the -- did you have office

15   space?

16        A    Some --

17        Q    When I say, "you," did the company?

18        A    Sometime around that time frame, we

19   started having enough people working on the

20   project that we needed -- like a -- like we

21   had a co-working space.

22        Q    I don't think "we work" existed at

23   the time.

24        A    It was not "we work."

25             MS. WAXMAN:  Sorry.
```

```
 1              MR. CERESNEY:  You just did that --

 2         Q     At the time -- earlier, we talked

 3    about the funding round.  The first funding

 4    round.

 5              How much was raised?

 6         A     My recollection is that we raised

 7    twelve million dollars.

 8         Q     From how many investors?

 9         A     Five to seven, I think.

10         Q     Did you meet with all of them?

11         A     No.

12         Q     Who was the primary person who

13    pitched the investment?

14         A     Chris Larsen.

15         Q     Anyone else?

16         A     I would say Jed.  Probably Jed

17    second to Chris.

18         Q     Were there materials that they both

19    used to pitch the company and materials that

20    is they distributed to potential investors?

21         A     Yes.

22         Q     Did you help prepare those

23    materials?

24         A     I don't believe I did.

25         Q     Did you receive the materials at the
```

1   time that they were being used?

2         A     Yes.

3         Q     What sort of information was

4   included in the material?

5         A     Um -- my recollection is that they

6   described the project as like a Bitcoin 2.0 or

7   like an improvement over Bitcoin.  Bitcoin

8   without mining.  And discussed how the

9   decentralized exchange might be used.  And

10  then what the potential role of the company

11  might be in that -- in that world.

12        Q     Did they discuss the potential

13  revenue prospects for the company?

14        A     I'm sure we had to.  I can't imagine

15  that we could have had a pitch to investors

16  that didn't include a revenue model.

17              MR. CERESNEY:  But do you recall

18  that?

19              THE WITNESS:  I don't -- I don't

20  specifically recall it being in the materials.

21        Q     Did you discuss during that time

22  period with anybody, either with Jed, Chris or

23  any potential investors, any risks to

24  investment?  If there were any potential risks

25  to Ripple's business model at the time?

1     A    Yes.

2     Q    What risks were discussed?

3     A    Technical execution risks,

4  regulatory risks, product market fit risks.

5  And I'm sure there were others.

6     Q    Can you describe the technical risk.

7     A    The technologies that we were

8  developed were -- you could demonstrate them

9  at that time.  But they didn't have a proven

10  track record of reliability.  There was even a

11  concern that there could be a technical flaw

12  that would just destroy the entire utility of

13  the system.  It was very, very early.  So I

14  would characterize those risks that way.

15     Q    Risk that there was a bug in the

16  code that someone could exploit?

17     A    Not so much a bug, as like a

18  fundamental design flaw.  Like something --

19  because a bug, you could fix.  It could be

20  damaging.  You wouldn't expect that to destroy

21  a company.  Of course, it would be a risk

22  because it could cause harm.  But more at that

23  time, it was so early that the concern was

24  basically that the whole idea just wouldn't

25  work for some reason not apparent at the time.