47

1      Q      What did you mean by product market

2   fit?

3      A      The idea that the system could work,

4   technically, precisely the way it was supposed

5   to.  It could execute flawlessly and it not

6   fit people -- people's actual uses.  Like the

7   actual use that it has, not be one that people

8   found interesting or appealing.  It would do

9   its job perfectly fine.  That would not be

10   what anyone wanted something to do.

11      Q      In other words, there would be no

12   adoption?

13      A      Right.

14      Q      No demand?

15      A      Right.

16      Q      What were the regulatory risks?  I

17   don't want you to disclose any conversations

18   you had with lawyers.

19      A      We were -- we were -- this was a

20   business unlike any business that anyone had

21   engaged in before.  And there's -- there's

22   always a risk that, both known and unknown,

23   that, you know, regulations -- the von NotHaus

24   case had become public at that -- he had been

25   convicted at that time.

48

1          So there was concern inside the

2     cryptocurrency community, generally, that

3     these tokens might be inherently counterfeit.

4     There was a fear of state consumer protection

5     laws. And also, just a long list of those

6     types of concerns.

7          Q    Was there any concern that XRP --

8     was there any concern in connection with the

9     Federal Securities laws?

10          MR. CERESNEY:  Again, you are not

11     going to reveal any discussions with counsel.

12          Q    No.  And again I'm talk about this

13     very early time period.  And maybe we can --

14     was -- did the company have counsel at the

15     time?

16          A    Yes, we did.

17          Q    Who was the counsel?

18          A    Give me a second -- I know their

19     name.  Sorry.  I'm just --

20          Q    Was it ███████████?

21          A    No, I don't believe so.  At least

22     that name doesn't --

23          Q    Was it the law firm of Perkins Coie?

24          A    That's the company.  Yes.  I believe

25     it was Perkins Coie at that time.

49

1    Q    Do you remember the name of the

2  lawyer?

3    A    I think it was ███████    That

4  names comes to mind.  I think.

5    Q    Did you ever meet with him?

6    A    I did.

7    Q    I don't want to know what was

8  discussed, but when was your first meeting

9  with him?

10   A    I believe it was around -- around

11  the time of the formation of the company and

12  the time that we were pitching to those early

13  investors.

14   Q    So around 2012; do you know the

15  month?

16   A    I do not.

17   Q    Who was present at the meeting?

18   A    I don't specifically recall.

19   Q    Where was the meeting held?

20   A    I don't recall.

21   Q    Don't tell me what was discussed in

22  the meeting, but what was the purpose of the

23  meeting?

24   A    The purpose of the meeting was to --

25  to enable the -- to enable our attorneys to

50

```
 1   assess what the regulatory risks were.

 2        Q    Was that the first time you had an

 3   in-person meeting with Perkin's lawyers?

 4        A    I believe so.

 5        Q    Did you ever participate in any

 6   conference calls or telephone calls?

 7        A    I don't recall any.

 8        Q    Did you ever participate in any

 9   other meetings?

10        A    I don't recall any.

11        Q    I apologize if I asked you this, but

12   who was present at that initial meeting?

13        A    I don't have any recollection.

14        Q    Was Chris Larsen present?

15        A    I don't know.

16        Q    Was ███████████ present?

17        A    I don't know.

18        Q    Arthur Britto?

19        A    I don't know.

20        Q    Jed McCaleb?

21        A    I don't know.

22        Q    Was it in San Francisco?

23        A    I don't remember traveling.  But I

24   don't -- I don't recall the location.

25        Q    When you say you don't remember
```

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

1     traveling, outside of California?

2       A    Correct. I would have been more

3     likely to remember a longer trip, is what I'm

4     saying. Since I don't recall one, it doesn't

5     seem likely to me. But I don't specifically

6     recall a location.

7       Q    Going back to the conversations with

8     investors when you were pitching the

9     investment, what did you tell them about the

10    regulatory risk that XRP -- if -- did you tell

11    investors that there was regulatory risk that

12    XRP could be viewed as a security?

13      A    I believe we had a list of

14    specifically identified regulatory risks. And

15    that would have been on that list.

16      Q    Why would it be included as a

17    regulatory risk?

18      A    I -- I don't know.

19      Q    Did you discuss with anyone, other

20    than your lawyers, why there would be a risk

21    that XRP could be deemed a security?

22      A    I don't believe --

23      Q    At that time. I'm talking about in

24    the 2012 time period.

25      A    I don't believe so.

52

```
 1          Q    Did you ever discuss it later on
 2    with anyone other than lawyers?
 3          A    I don't recall any conversations
 4    like that.
 5          Q    Did you ever discuss -- strike that.
 6               This is just semantics, but at the
 7    time the company was formed, what was Chris
 8    Larsen's title?
 9          A    CEO.
10          Q    And Jed's?
11          A    I -- I don't know.  We referred to
12    him as a cofounder, but I don't know how that
13    was reflected initially.
14          Q    Your title again at the time?
15          A    I believe at that time, my title was
16    established as chief cryptographer.
17          Q    Did you report to anybody?
18          A    I reported to Chris Larsen.
19               MR. CERESNEY:  This might be a good
20    time for a break.  A little bit more than an
21    hour.  But up to you.
22               MS. WAXMAN:  It would be a good time
23    for a break.  But we have a long day.  It's up
24    to you, however you feel.
25               MR. CERESNEY:  Good time for a
```

1    break.

2             THE WITNESS:  All right.

3             MS. WAXMAN:  I'll use my discretion

4    when necessary.  We are off the record.  Thank

5    you.  We are off the record at 11:04.

6             (A brief recess was taken.)

7             MS. WAXMAN:  We are back on the

8    record at 11:19 a.m.

9        Q    Mr. Schwartz, before we took a

10   break, we spoke -- we were talking about a

11   meeting that you had with lawyers from the law

12   firm of Perkins Coie.

13            And you said that the purpose of the

14   meeting was to enable attorneys to assess

15   regulatory risks with respect to the company;

16   is that correct?

17       A    That is correct.

18       Q    Did the company ever provide a

19   written opinion as to the regulatory risks?

20       A    Yes.

21            MR. CERESNEY:  You said, "the

22   company provide a written opinion."

23       Q    Did the law firm ever provide --

24            MR. CERESNEY:  Yeah.

25       Q    -- a written opinion?

1    A    Yes.

2    Q    Did you ever see that opinion?

3    A    Yes.

4    Q    I'm showing you what's been

5  previously marked as Exhibit 48.

6         MS. WAXMAN:  I don't have extra

7  copies, but --

8         MR. CERESNEY:  Do you have one?

9  Yeah.  We'll look at one.

10         (The witness examined the document.)

11    Q    Is this the legal opinion you were

12  talking about?

13    A    I'm not certain that this is the one

14  that I saw.  I subsequently became aware that

15  there were two versions of this document.  I

16  think one included information about the

17  decentralized exchange and one didn't.  I'm

18  not sure which one I saw or -- whether this is

19  the one that I saw.

20    Q    Is this the updated version of the

21  memo?

22    A    I'm -- I'm not sure.  I believe this

23  is the one we showed to early investors, but

24  I'm not certain.

25    Q    Why do you think this is the one

1    that you showed to early investors?

2           MR. CERESNEY:  Again, just be

3    careful when you answer this not to reveal

4    what might be in a different opinion that

5    hasn't been exposed.  But you can answer the

6    question, just keep that in mind.

7       A    It seems to be based on our

8    understanding of what the company might be

9    doing at that time.

10      Q    That's why you think it was -- this

11   is the one that was distributed because it

12   comports with what the strategies were at the

13   time?

14      A    That's how it looks to me looking at

15   this memo.

16      Q    Was there a strategy that was

17   discussed that wasn't incorporated in the

18   memo?

19      A    I don't think there was at that

20   time.  Oh, no.  I apologize.  This is the

21   updated memo.  I see now.

22      Q    What page are you referring to?

23      A    On page two, in the middle of the

24   page.  It says, "Transactions conducted on the

25   Ripple network using third-party Ripple

1    currencies are reflected in the Ripple network

2    ledger."

3        Q    What is that referring to?

4        A    That's referring to the

5    decentralized exchange feature.

6        Q    Of the XRP Ledger?

7        A    Yes.

8        Q    Other than Ripple investors, who

9    else saw this memo?

10       A    I know Chris and Jed did.  I know I

11   did.  I'm fairly confident we showed it to

12   investors.  Beyond that, I don't know.

13       Q    Did Arthur Britto receive a copy?

14       A    I don't know.

15       Q    Did [REDACTED] receive a copy?

16       A    I don't know.

17       Q    Did [REDACTED]?

18       A    I don't know.

19       Q    Did you ever -- I want to -- first

20   is ripple credits another name for XRP?

21       A    I believe so.  I believe they're

22   using the term ripple credits to what we now

23   refer to as XRP.

24       Q    The very first page, first paragraph

25   says, "We provided you our initial analysis in

1   a memorandum dated February 8, 2012."

2       A    Okay.  Yes.  So this is definitely

3   updated.  I'm not sure today which one of

4   these or whether I saw both of them at the

5   time.  I know I did see a memo.  I'm pretty

6   confident it was either this one or the

7   predecessor.  But I don't recall at this time

8   which of those I saw.

9       Q    Do you think the predecessor was

10  distributed to investors?

11      A    I don't know.

12      Q    Would the date of the memo help you

13  recall?

14      A    I doubt it.  I don't know.

15      Q    Going back to that meeting at the

16  law offices of Perkins, was ██████████

17  present?  Or --

18      A    I just want to clarify, I don't

19  recall where that meeting was.  Whether it was

20  at our office, Perkin Coie's office or

21  elsewhere.  Sorry.

22      Q    That's okay.  Thank you.

23           Do you recall ████████? He's

24  one of the authors on the memo.

25      A    I don't recall ████████ at all.

58

1        Q    Or ▮▮▮▮▮▮?

2        A    I don't recall.

3        Q    Was this memo distributed on -- in

4    later dates in 2013, 2014 or any other time?

5        A    I don't know.

6        Q    If you go to the recommendation

7    section of the memo, which begins on page six.

8        A    Yes.

9        Q    Just take a moment.  Six, seven.

10   Take a moment to look at it if you are not

11   familiar with it.

12            (The witness examined the document.)

13       A    Yes.

14       Q    Did you discuss any of these

15   recommendations outside the presence of

16   counsel?

17       A    I don't believe we had any

18   conversations that I was involved in around

19   those recommendations.

20       Q    Did the company's business -- how

21   did the company's business strategy change, if

22   at all, as a result of these recommendations?

23       A    I think -- I think our strategy was

24   so vague at that time that I don't think -- I

25   don't think it did.

1    Q    If you go to page four of the memo,

2    paragraph B.

3    A    Yes.

4    Q    Did you ever discuss with anyone at

5    the company -- and again, I don't want to know

6    any conversations you had with counsel.

7         Did you ever discuss obtaining

8    guidance from the SEC with respect to XRP

9    sales?

10   A    I don't -- I don't remember any such

11   conversations.

12   Q    Do you know what a no-action letter

13   is?

14   A    I've heard the term used.  I don't

15   know specifically what it is.

16   Q    Do you have a general idea of what

17   that entails or what that means, to get a

18   no-action letter from the SEC?

19   A    Not really.

20   Q    On the top of page three, it says,

21   "Company will control the distribution of

22   ripple credits.  Which it will distribute to

23   end users, consumers, for no consideration."

24        Was that a recommendation made?

25   A    I think that was more how we

 1    described our strategy at the time.

 2        Q    Why was your strategy at the time to

 3    give away the XRP for no consideration?

 4        A    Well, it had no value.  So you

 5    couldn't get any consideration in exchange for

 6    it and people needed it to access the ledger.

 7    So the idea was that if we wanted people to

 8    use the ledger, they would have to get XRP

 9    somehow. And the only strategy that we had at

10    that time, was essentially just to give it

11    away to people.

12        Q    Why do you say the XRP had no value

13    at the time?

14        A    There was -- there were no markets,

15    there was no established price.  I -- I'm not

16    sure of the exact time frame.  But this --

17    this concept of the company giving it away --

18    well, yeah, at that time they would have been.

19    There would have been no price.  There would

20    have been no market.  There would have been

21    no -- the only utility was that you could use

22    them to pay for transactions on the ledger.

23    And obviously nobody was using the ledger at

24    the time.  So there was no -- there was no

25    other plausible strategy at that time.

1     Q   In October 2012, had XRP, the XRP

2  that is currently in circulation today, had

3  that been created?

4     A   It gets to be a difficult -- it gets

5  to be difficult because the term of the XRP

6  that's in circulation today, is difficult to

7  precisely define.  I believe in October --

8  I -- I don't know the exact dates.

9     Q   When was the ledger -- I understand

10  that the ledger was reset multiple times?

11     A   That's correct.

12     Q   When was the final reset where the

13  XRP was created?

14     A   I don't -- I don't -- I would have

15  to check.  I don't recall.  I believe late

16  2012.  Late 2012.

17     Q   Before Open Coin was formed?

18     A   Yes.

19     Q   And do you believe after -- was the

20  ledger reset after Open Coin was formed?

21     A   There were numerous ledger resets.

22  And there were ledger resets that -- there

23  would sometimes be a ledger reset and it

24  wasn't necessarily the case that the reset

25  ledger would become the active ledger.

```
 1    Sometimes the existing ledger continued.  And
 2    it was all based on technical necessity at the
 3    time.  And I -- there would -- I don't recall
 4    when the last ledger reset that affected the
 5    active stream was.
 6         Q    When you say you don't recall, you
 7    don't recall if it was before or after the
 8    formation of the Open Coin?
 9         A    Well, when there was a ledger --
10    when there was a ledger reset, you would
11    reconstruct the state prior to the ledger
12    reset.  And then essentially, the change that
13    was -- although they look like they're just --
14    they look like they're abrupt changes because
15    you can't walk history across a ledger reset.
16    There's continuity across them because the
17    subsequent state and the prior state are the
18    same.
19              The reason you would have a ledger
20    reset was because there was a change in the
21    way information was represented.  So that you
22    couldn't have the same code understanding the
23    format before the reset and after the reset.
24    So if we discovered some problem with the
25    representation or made some change in it, then
```

63

1  we would change the code and such a way that

2  it couldn't understand the previous

3  information and could understand the

4  subsequent information.

5          But the state carries across.  It

6  just may require some translation.  So it gets

7  to be a semantic question whether that creates

8  a new token.  If your bank switches the

9  software that they use to represent your

10  balance and you have balance in a new software

11  system by the bank, is it the same balance

12  or -- it gets to be a question of semantics.

13      Q    How often do you reset the ledger?

14      A    So -- when -- every time you run the

15  software, it resets the ledger.  That's the

16  first thing it does.  Any time somebody

17  would -- today, if you grabbed the XRP Ledger

18  software and you start it up on your computer,

19  it will reset the ledger.  Now, that new

20  ledger stream, it may be that nobody uses it.

21  You may discard it immediately and then switch

22  to the one that everybody else is using.

23          But that happens constantly.  We had

24  one system of computers that Jed controlled

25  that we considered like the -- once the system

64

```
 1    was open to the public, we had this cluster of
 2    three computers at the time that we considered
 3    like the real or the live ledger.  And that
 4    was reset only when there was some technical
 5    reason to do so.  Which I would say -- I don't
 6    remember the exact time frame in which that
 7    happened.  But any time we made a technical
 8    change that necessitated a reset of the
 9    ledger, Jed would reset the ledger.
10         Q    Did other people reset the ledger
11    for other reasons?
12         A    I don't think anybody else reset
13    the -- sort of live ledger.  The ledger --
14    before we opened the ledger to the public,
15    there really wasn't a live -- the -- there
16    were various different ledgers used at various
17    times.  Once the ledger was open to the
18    public, there was sort of a live ledger.  And
19    I believe Jed -- Jed operated that.
20         Q    When was the ledger opened to the
21    public?
22         A    I believe it was early 2013.  No, it
23    would have been prior to that.  I would have
24    to -- I would have to check.
25         Q    Did Jed reset the ledger after it
```

1  went live?

2      A    I don't believe there were any

3  ledger resets after the ledger was opened to

4  the public.  It was open to the public in two

5  phases.  There was like a semipublic phase

6  where we invited people to use it.  And then

7  there was a fully public phase where it was

8  completely open to anybody.  And I don't

9  remember exactly how that -- what the timing

10  was around that transition.

11      Q    Did Jed reset the ledger before the

12  first pre-public opening of the ledger?

13      A    I don't -- I don't remember.  I was

14  much less involved in that process than you

15  might think.  I was still working on the

16  development.  And I wasn't particularly -- I

17  was in a rush to get as many features in as I

18  possibly could.

19          Because I knew as we opened the

20  ledger to the public, it would become

21  progressively more difficult to change its

22  functionality.  The more people who know how

23  to use something, the harder it is to change

24  how to use it.  I was very focused on getting

25  as much done prior to that sort of lockdown as

1    I possibly could.

2         Q    So every time there was a -- I want

3    to make sure I understand it because it's very

4    technical.

5              So every time there was a ledger

6    reset, were new coins created?

7         A    Yes.

8         Q    And where were the coins stored?

9         A    They're just on that particular

10   machine.  They're just in that record.

11        Q    Are they in a -- held in a wallet?

12        A    Oh, yes.  They are.  The system,

13   when you first start it up, it creates a sort

14   of a -- you could think of it as a wallet.

15   It's an account that's just -- it has a

16   well-known key.  So anybody who knows that key

17   can access that account.

18        Q    The well-known key, is that similar

19   to what people refer to as a "private key"?

20        A    Yes.

21        Q    In order to transfer funds from the

22   wallet, did you need to have the well-known

23   key?

24        A    You did.  But again, it was well

25   known.

1   Q  When you say, "it was well known,"

2 who knew it?

3   A  Anybody who had looked at the

4 software -- anyone who looked at the software

5 new it, which included people outside the

6 company at that time.

7   Q  Was it on GitHub or --

8   A  It was on GitHub.  I think it was

9 the code was set private at that time.  So it

10 would have -- but it would have been known to

11 people both inside and outside the company.

12 And today, that account is still there.  And

13 of course, now it's known to everybody.

14   Q  You mean the key --

15   A  Yes, the key is literally well known

16 now.

17   Q  Is anything in the wallet?

18   A  It's actually kind of amusing. There

19 were -- there were funds remaining in the

20 wallet when the system was open to the public.

21 So people were taking XRP out of that wallet

22 and messing with it.  And subsequently,

23 someone did lock it down just to sort of end

24 that.  But yes, that wallet continues to exist

25 in the ledger to this day because there's no

1  process of removing one.

2      Q    At the point when the ledger went

3  live, were the XRP transferred out of the

4  wallet?

5      A    I would -- I believe the practice

6  was prior to a ledger become live, the state

7  of the system would be put in a -- in the

8  correct state to match the prior one.  And

9  then once the states were matched, then you

10  could transition.  So in other words, you'd

11  have the existing ledger and you have a new

12  ledger and once that new ledger sort of

13  matches the state of the existing ledger, then

14  you would replace the existing ledger with the

15  new ledger.  So you had continuity across the

16  technical representation change.

17      Q    I understand what it means to set a

18  transaction to change the state of the ledger.

19          But my question is, before the

20  ledger went live, there are a hundred billion

21  XRP in a wallet.  Once it goes live, are those

22  XRP still sitting in that same wallet with

23  people -- with everybody and everyone

24  knowing -- having access to that wallet?

25      A    Yes.  And that's why the usual

 1  practice would be prior to bringing a ledger

 2  live, restoring the state of the balance.

 3  It's the same thing a bank would do if they

 4  were changing their software.  They would

 5  configure the software to represent

 6  everybody's balances correctly.  And then they

 7  would replace the existing software with the

 8  new software once the representations matched

 9  in the two of them.

10      Q    Once the ledger went live, the state

11  was no longer as it was previously.  The state

12  could be that some of the XRP was transferred

13  to other addresses?

14      A    Right.  And the normal process would

15  be to match the existing state so that there

16  would be continuity across.

17      Q    Prior to the ledger going live, did

18  someone send a transaction to change the state

19  and change the balance in the wallet?

20      A    I believe there was an automated

21  process to do that for you.

22      Q    But who -- but someone needed to

23  send the transaction to change the state,

24  right?

25      A    Yeah.  There was a script that would

```
 1   do that as part of the deployment process.

 2        Q    Wouldn't someone have to send a

 3   message to run the script?

 4        A    Yes.  That would be -- someone would

 5   have to initiate the process of replacing.

 6   Someone would have to initiate that process.

 7   And my understanding is Jed was the person who

 8   would typically do that.

 9             MS. WAXMAN:  We are going down a

10   rabbit hole.

11             THE WITNESS:  Sorry.

12             MS. WAXMAN:  It's okay.  My fault.

13        Q    Going back to why the company gave

14   away the XRP for no consideration, was there

15   any legal --

16             MR. CERESNEY:  Whether it did or

17   didn't.  That's what it says it's going to do.

18   So -- right?  Right.

19        Q    The recommendation was to provide

20   XRP for no consideration.

21             Is that what the company did?

22        A    Yes, that was the initial strategy.

23        Q    When did you start doing that?

24        A    Fairly immediately.  As soon as the

25   ledger was -- as soon as we opened the ledger
```

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

```
 1    up to people who wanted to be invited to test
 2    it, we had to give them XRP because they
 3    couldn't interact with the ledger any other
 4    way.  When we opened the ledger to the public
 5    generally, we started a series of giveaways so
 6    that people could ask for XRP one way or
 7    another.  And then we would give them XRP so
 8    that they could interact with the ledger.
 9         Q    What was the purpose of the
10    giveaways?
11         A    To enable people to interact with
12    the XRP Ledger.
13         Q    How were they to interact with the
14    ledger?
15         A    They -- once the ledger was open to
16    the public, there were -- there were tools
17    that you could use to submit transactions and
18    correlate the state of the ledger.  And you
19    needed XRP to pay the transaction fees.
20         Q    Just more generally, why would
21    someone be using XRP and sending it on the
22    ledger?
23         A    In the very --
24         Q    Just more basic, in like
25    non-technical.
```

72

 1      A   In the very early days, it would

 2  have been to explore the capabilities of the

 3  XRP Ledger.  A decentralized exchange was new.

 4  And it had some internal differences from the

 5  way Bitcoin was designed.  It had an account

 6  model and some other different things.  So

 7  that enabled people to test out those features

 8  and explore them.

 9      Q   Aside from just testing out the

10  technology, was Ripple promoting a particular

11  use at the time?

12      A   At the time, the use case that we

13  were promoting was the decentralized exchange.

14  This idea that you would use XRP to pay for

15  transactions, that would allow you to move

16  between other assets.  Target -- the target

17  marketing was somewhat similar to -- sorry.  I

18  lost my train of thought.

19          But the target user would be like

20  someone who wanted to move between

21  cryptocurrencies and fiat assets on a

22  decentralized exchange.  Or people who wanted

23  a way to pay -- a universal decentralized way

24  to move fiat denominated assets around.

25      Q   How would broad adoption of the

73

1   decentralized exchange benefit Ripple?

2       A   Broad adoption of the decentralized

3   exchange would benefit Ripple in -- in both

4   concrete and not quite so concrete ways.

5   Starting with the somewhat abstract is Ripple

6   was associated with the XRP Ledger.  People at

7   Ripple built the XRP Ledger.  Adoption of the

8   XRP Ledger would draw people towards Ripple as

9   sort of the experts of the XRP Ledger.  Which

10  could mean selling products and services that

11  interact with the XRP Ledger.  It could be

12  just various ways of like partnering with

13  companies that were operating on the ledger.

14  It wasn't very well-defined at that time.

15      Q   Did you think, generally, the more

16  XRP we get out there, it will have a benefit

17  to the company in some way?

18      A   I think we did think that the more

19  people who were able to interact with the XRP

20  Ledger, the better the chances are of the XRP

21  Ledger getting adoption.  Which would

22  ultimately drive a market for people to have

23  software that would interact with the XRP

24  Ledger or wallets or exchange services or

25  technical services or whatever -- whatever the

74

1    company would do.

2         Q    Would it also drive demand for the

3    asset itself?

4         A    You might think it would, but that

5    was definitely not -- that was not something

6    that we were -- that was not a credible

7    consideration at the time.  That would have

8    been very speculative.

9         Q    Would it also drive the price of the

10   asset up?

11        A    We didn't think so.  Because we

12   thought that the utility of the asset at the

13   time was to pay transaction fees.  So -- and

14   the cost is so small.  You are talking about a

15   tiny fraction of a penny.  Like a microscopic

16   fraction of the a penny.  That the idea

17   that -- like that could build demand for the

18   asset that would build value, it was not

19   plausible at that time.  It wasn't until

20   significantly later.

21        Q    Well, when significantly later?

22        A    I -- I would say sometime around --

23   again, it would help if I looked at the price

24   of XRP.  But my intuition is that it's around

25   2014.

1       MR. CERESNEY:  Before, you said

2   2015.  But then you couldn't figure out a date

3   so you said, "five cents." Is it the same

4   answer, basically, as before?

5       THE WITNESS:  Generally speaking,

6   yes.  As -- it didn't -- there wasn't like a

7   defining point at which it changed.  It was a

8   sort of gradual realization as a market became

9   established.  Exchanges began to operate.

10  Other cryptocurrencies than Bitcoin, sort of

11  legitimized the space that we were in.  The

12  values started to go up.  And the landscape

13  very gradually changed.  There isn't one

14  defining point that you could say this it the

15  point that everything changed.  It was a very

16  gradual change over a period of time.

17                  (SEC Exhibit Nos. 71 and

18                  72 were marked for

19                  identification.)

20  Q    I'd like to show you what's been

21  marked as Exhibit number 72, which is an

22  excerpt from the bitcointalkforum.org.  The

23  posts are from -- the first post on the first

24  page is from December 11, 2013.  And I'm not

25  going to ask you about the whole document.

1    I'd like to direct you to the third page at

2    the bottom, post number 186.

3              (The witness examined the document.)

4         A    Yes.

5         Q    What are you explaining in that

6    post?

7         A    I'm explaining the role of XRP on

8    the ledger.

9         Q    Earlier, we spoke about the

10   technical reason to have XRP, to prevent spam.

11             How does XRPs improve liquidity?

12        A    The idea -- the thinking at that

13   time was that the XRP was sort of a universal

14   asset.  If you had an asset that was issued by

15   a gateway, it would be sort of -- it would be

16   limited to some group of people who were

17   interested in that particular asset.  Whereas

18   XRP could be sort of like a neutral or

19   universal asset.  And so having some universal

20   asset would be a way to make assets liquid to

21   each other.  You'd just make -- if you have an

22   asset that you want people to easily buy and

23   sell, if it's liquid to XRP and other assets

24   are liquid to XRP, that makes the assets

25   liquid to each other.

77

```
1       Q    Was this a strategy that the company

2    discussed before 2013 and in 2013?

3       A    My recollection is, is that that

4    strategy became something that the company

5    adopted as a strategy sometime around the

6    beginning of 2014.  So I think I was publicly

7    discussing it before it became a strategy of

8    the company.

9       Q    Even though it didn't become a

10   strategy, were you discussing it?

11      A    Yes.  So anyone could use the XRP

12   Ledger for any purpose that they wanted to.

13   Whether that was part of Ripple's strategy or

14   not.  And so while there were discussions

15   going on of what Ripple might do with the

16   ledger or what Ripple's revenue model might be

17   or who Ripple's target customers might be,

18   there was also conversation in the community

19   about what everybody else could use the XRP

20   Ledger for. There was no reason why what

21   people would use the XRP Ledger for had to

22   align with Ripple's strategy.

23      Q    Okay.  But did this use align with

24   Ripple's strategy?

25      A    It did later.  I don't know that it
```

```
 1    did at that time.  At some point around then,
 2    Ripple sort of changed from the earlier, we
 3    don't really know exactly what it's going to
 4    be.  But probably like Grassroots adoption
 5    kind of strategy.  Through the sort of
 6    decentralized exchange gateway strategy to the
 7    enterprise payment intermediate asset
 8    strategy.  This was around the time of that
 9    change.
10        Q    So number two is talking about using
11    XRP as an intermediate asset?
12        A    Yes.  Just to be clear, not really
13    as part of Ripple's strategy.  As something
14    that other people could use the XRP Ledger to
15    do.
16        Q    Was it not being discussed by you
17    and others at Ripple at the time?
18        A    I believe it was being discussed,
19    but we had not -- it's hard to say because it
20    was around that time.  That was around the
21    time we were discussing it.  But I believe
22    that was shortly prior to the company deciding
23    on that as a strategy.
24        Q    I guess a better question is, had
25    the company done anything to further develop
```

```
 1    this idea at the time?
 2        A    I believe -- I -- it's hard for me
 3    to pin the time down.  But I believe that was
 4    around the time that we were encouraging
 5    exchanges to issue assets on the XRP Ledger.
 6        Q    The third thing you talk about is
 7    the role that XRP plays within Ripple Lab's
 8    business model.
 9        A    Mm-hmm.
10        Q    How does XRP play a role in Ripple's
11    business model?
12            MR. CERESNEY:  According to this or
13    generally?
14        Q    Well, what do you say in the post?
15        A    What I'm saying here is that Ripple
16    can extract value from XRP enabling it to --
17    to continue the giveaways.
18        Q    Are you saying that Ripple is going
19    to sell XRP to fund the development of the
20    company?
21        A    I'm not -- I'm not saying that.  And
22    I think it's important to point out a subtle
23    difference.  That you can extract value from
24    something ways other than selling it.  And I
25    don't know if I was explicitly being careful
```

1    to say that or whether -- but -- but there is

2    a distinction between having something that

3    has value and extracting value from that and

4    selling it.  So for example, Ripple could --

5    if Ripple gave somebody XRP to -- to build

6    some business, that is a greater incentive if

7    it has value than if it doesn't.  Even though

8    you are not selling it, even though you are

9    giving it away, it's a greater incentive if it

10   has value. And so what I meant was --

11       Q    Greater incentive to whom?

12       A    To the recipient, because it has

13   value.  Even if they're not going to sell it.

14   If it's something of value -- if it's

15   something that they would have to spend money

16   to get otherwise, for example, then that

17   enables -- that makes those strategies work

18   better as well.

19       Q    You write, "XRP makes Ripple Labs

20   business model work, funding the development

21   of Ripple."

22            How would it fund the development of

23   Ripple?

24       A    I wasn't being -- I didn't -- I

25   didn't provide anything specific at that time.

1   Or in this statement.

2        Q    Did you understand that XRP was to

3   be used to fund the development of the

4   company?

5             MR. CERESNEY:  At the time.

6        A    I think this was about the time that

7   that was first -- that we were first talking

8   about that possibility.  I'm not exactly sure

9   of the timeline.  I -- I can't tell you

10  whether that was in my thinking at the time.

11  I suspect it was.

12       Q    And why did you say XRP makes the

13  business model work?  Could --

14       A    What I was saying was that -- I'm

15  trying to be precise here -- what I meant was

16  that XRP allows Ripple to have -- the design

17  of the XRP Ledger allows Ripple to have a

18  large amount of XRP without having to outlay

19  funds to purchase it.  If you can -- what I'm

20  saying here and I -- in the last paragraph, I

21  hit this pretty specifically.

22            If you contrast this with a

23  cryptocurrency that used mining someone could

24  still have a large stash of that

25  cryptocurrency.  They would just have to

1     expend a lot of funds in order to do it.  So

2     they would start out at a tremendous funding

3     deficit.  And this enabled Ripple to start out

4     in a -- in a better financial position than a

5     company that had to mined a cryptocurrency

6     would have.

7          Q    You are saying the fact that Ripple

8     had created a hundred billion XRP and had

9     immediate access to that hundred billion XRP

10    was a benefit to the company?

11         A    Right.  Contrasted with by having to

12    expend the funds, let's say to mined -- at the

13    time, the thinking was that a mined

14    cryptocurrency way fairer because anyone would

15    sort of have that opportunity.  But of course

16    what happens is although everyone has the

17    opportunity, that doesn't mean everybody does

18    it.  Generally, some small group of people

19    will do that and they have to expend funds in

20    order to do it.  So they start out more poorly

21    situated than Ripple did.

22         Q    Mining is pretty expensive these

23    days?

24         A    Exactly.

25         Q    Bitcoin mining.

83

1      A    Right.  That's the point I'm trying

2    to make.  Or at least the primary point that

3    I'm trying to make here.  And that's

4    consistent with the time frame in which this

5    post was made.

6      Q    But other than -- I mean, without

7    XRP, what is Ripple Labs business model?

8      A    Without XRP, Ripple's business --

9    Ripple Labs business model would be selling

10   soft -- would be investing in the space,

11   selling software, providing technical

12   services. And also, I think a significant

13   component at that time was the idea that the

14   space is rapidly changing.  So there would be

15   opportunity for people to figure out where the

16   money was inside that space and capture it.

17        It's kind of the like the internet

18   Gold Rush.  Where people were like we want to

19   be in this space because there's going to be

20   big businesses found here.  And so if you're

21   in that space and you're sort of connected to

22   what's going on, you have an opportunity to

23   figure out where the money will be made in the

24   future and sort of latch on to it.

25     Q    You said, around this time, the

1    company had the idea that XRP was going to be

2    used to fund the development of Ripple.

3              Does that mean that at that time XRP

4    had value?

5              MR. CERESNEY:  Do you have a price

6    chart for XRP?  Because I think that would

7    help him place in time some of these questions

8    you are asking, since he said a number of

9    times. Generally, I know that Mr. Schwartz is

10   not great with dates.

11             MS. WAXMAN:  I don't have a price

12   chart with me.  But I don't think he --

13        Q    Let me know if you need it to answer

14   the question.  You said that it -- at that

15   time, the idea was to use XRP to fund the

16   company.  So wouldn't you assume XRP would

17   have value at that time?

18        A    Yes.  But I just want to clarify

19   that when you look at this today, from the

20   lens of today, knowing the amount of money,

21   for example, that Ripple has made from selling

22   XRP, you sort of -- it's natural to sort of

23   project that back to say that we were

24   anticipating millions of dollars coming in

25   from the sales of XRP.

85

```
 1            We were trying to cover the
 2   development expenses of a small team.  We were
 3   trying to explain why we thought that we
 4   wouldn't go out of business, essentially.
 5   Because if you thought that like -- it was
 6   just a way of explaining that we were -- that
 7   we were going to remain a member of the
 8   community.
 9            It would have been incredibly
10   fanciful at that time to suggest that -- we
11   use the term "business model" and you project
12   that back knowing what the company is now.  We
13   just meant that we would be able to keep --
14   literally keep the lights on and pay the
15   programmers.  You know.  We were venture
16   capital funded at the time.  And there was no
17   realistic expectation that it would produce
18   significant revenue.
19       Q    I understand that perhaps people
20   didn't expect XRP to appreciate as much as it
21   has over the past several years.  But my only
22   question is, if you believed at the time that
23   XRP had value?
24       A    We definitely -- I -- I -- I
25   believe -- I would have to check the price
```

1     chart to be sure, but I believe it did have

2     value.  I think it was clear at the time that

3     it would have some value.  And that it was

4     plausible to argue that Ripples collection of

5     XRP could enable Ripple to continue operations

6     without necessarily having another funding

7     source.

8          Q    I wanted to get our dates a little

9     more firm.  So earlier, we were talking about

10    XRP not having value until 2015.  Then we said

11    about 2014.  This really talks about, this

12    date is -- this post is December 2013.

13         A    I am not very good at placing events

14    in time.  It's been -- I've been at this for

15    many, many years.  I was so busy involved in

16    the development and I said so many things.

17    It's just very difficult for me to place

18    things in time afterwards.  What I generally

19    will do is refer to things that are date

20    stamped.  Like the development log of the

21    ledger, which is date stamped.  The price of

22    XRP, which is date stamped.  Specific

23    well-known events, like when the company was

24    founded.  And then I can place things relative

25    to that.  But asking me for a date in

87

```
 1    isolation, I do do a very poor job.

 2         Q    I'm not placing blame at all. That's

 3    why we have tons of documents to refer to.

 4    I'm more than happy to refer to them to

 5    clarify, you know, dates and events that we

 6    talk about during today.  So please don't

 7    hesitate to let me know if there's something

 8    you know exists that could help you with a

 9    date.

10              Talking about dates, you said -- you

11    were talking about you recall the development

12    loop of the ledger?

13         A    The log.

14         Q    Development log of the ledger.

15         A    Yeah.

16         Q    What was the date of that?

17         A    There's a log that tracks the

18    development of the ledger from the beginning

19    to the present day on GitHub.

20         Q    You could pull up GitHub and see the

21    very first --

22         A    Right.  You can see the development

23    of the ledger from the beginning to present

24    day.

25         Q    When did XRP beginning trading?
```

88

```
1              MR. CERESNEY:   Trade --

2         Q     That's my --

3         A     When was it possible for people to

4    move XRP, would be when the ledger was open to

5    the public.

6         Q     That live date we were talking about

7    earlier?

8         A     I think it was open to the public --

9    it would have been early 2013, I believe.  But

10   there were two -- there were two public

11   announcements.  One was, I think we called it

12   a beta.  Which is when we invited -- our

13   closed beta, when we invited people to

14   access -- outside the company to access the

15   ledger.  Then there was an open-to-the-public

16   date.  And I believe those were all in early

17   to mid-2013.

18        Q     And when you said XRP was

19   available -- could be traded, was it on the

20   decentralized exchange only or could it be

21   traded elsewhere?

22        A     You couldn't really trade -- you

23   could get XRP from Ripple's giveaways.  You

24   could just ask somebody at Ripple for XRP and

25   they would just give you some because you
```

1    needed to access the ledger.  There were

2    giveaways ongoing at that time.  I don't think

3    there was any market.  To get it on the

4    decentralized exchange, you would need some

5    asset to trade for it.  And people might have

6    created experimental assets for testing

7    purposes.  I don't know.  There really was

8    no -- there was no economic way to get XRP at

9    that time.

10       Q    Was it on digital asset platforms;

11   such as Bittrex?

12       A    I don't believe so at that time.  I

13   think that wasn't until significantly later.

14       Q    I'm going to show you what's been

15   marked as Exhibit number 71, which is another

16   thread from BitcoinTalk Forum from 2013.  I'm

17   going to ask you to look at the last page.

18            (The witness examined the document.)

19       A    Yes.

20       Q    In 2013, what did you on the message

21   board how the company would use XRP?

22       A    You want me to read what I wrote?

23       Q    You can.  Or tell me in your own

24   words.

25       A    What I wrote here was that Ripple

```
 1    would use the XRPs that it holds to drive
 2    adoption of what we now call the XRP Ledger.
 3    And then -- and in some way, in some
 4    connection with revenue.  This is not -- not a
 5    very precise statement here.
 6         Q    Did you also say that XRP would be
 7    used to fund development of the company?
 8         A    I did.
 9         Q    And did you also say that -- how
10    would XRP be used to generate revenue?
11         A    I didn't commit to any particular
12    way here.  I think I was -- I think I probably
13    had in mind the same things that I was
14    discussing before.  This is a little earlier.
15    So it might have been less well-formed at that
16    time.
17         Q    Did you have discussions with Chris
18    Larsen and Jed McCaleb around this time about
19    using XRP to fund the company?
20         A    I don't -- I don't specifically
21    recall.  It would help to look at a price
22    chart to know whether -- how realistic that
23    would have seemed at that time.  We were very
24    reactive to the price in the sense that like
25    it wasn't until the price went up, you know,
```

```
 1    because of the growth in the space, that that
 2    started to seem like something we would
 3    consider.
 4         Q    Regardless of what the price was,
 5    you say here that it's going to be used to
 6    fund the company.
 7         A    Yeah.  And -- and again, the point
 8    that I'm trying to make is that Ripple is
 9    going to be able to execute.  If you look at
10    the context in this thread, the title of this
11    thread is why Ripple has failed.  The concern
12    was that Ripple would literally have no money
13    and not be able to -- even our burn at the
14    time, much less than it is now.  The concern
15    was literally that Ripple would have no money
16    at all.  And the point that I'm trying to make
17    is that as long as the token has some value,
18    Ripple would not have to shut its doors.
19         Q    So at this point, the token had some
20    value.  We are not sure what the price was,
21    but it had value?
22         A    I'm not certain.  If it didn't, it
23    would have been less speculative to allege
24    that it would.
25         Q    At this time, did the company have
```

```
 1   any products?
 2        A    I -- I -- I think we had a wallet.
 3   And I think we may have had a gateway tool.
 4   Or certainly close to this time frame, we had
 5   a wallet and a tool to enable gateways to
 6   operate.
 7        Q    Was the company generating any
 8   revenue?
 9        A    I don't think the company was
10   generating revenue at that time.
11        Q    Do you know when the company began
12   to generate revenue?  During what time period?
13        A    I don't.
14                    (SEC Exhibit No. 73 was
15                     marked for
16                     identification.)
17        Q    I'm showing you what's been marked
18   as Exhibit 43 (sic), which is a document
19   entitled "The Ripple Protocol, A Deep Dive for
20   Finance Professionals." I'm trying to find the
21   date -- at the very bottom of the page it
22   says, "November 2014."
23           (The witness examined the document.)
24        A    Is there a particular section --
25        Q    I'm going to ask you some questions
```

 1  about page seventeen and page forty-five.

 2      A    All right.  Give me a moment to read

 3  those pages.

 4      Q    Sure.

 5           MR. CERESNEY:  Seventeen?

 6           MS. WAXMAN:  Yes.

 7           THE WITNESS:  Seventeen and

 8  forty-five.

 9           (The witness examined the document.)

10      A    Okay.

11      Q    In -- do you recognize the document?

12      A    I'm not sure if I've seen this

13  document before.

14      Q    Did you draft any of the language in

15  it?

16      A    I don't believe so.

17      Q    I know you haven't seen it.  Do you

18  know how this document was used?

19      A    No.

20      Q    In November 2014, how did XRP fit

21  into Ripple's business model?

22      A    At that time, the primary business

23  model -- in 2000 -- let me just look at the --

24           (The witness examined the document.)

25      Q    What does it say in the document?

1       A    Well, this document is specifically

2    talking about Ripple's XRP distribution plan.

3    At least in that last paragraph.

4       Q    What page are you talking about?

5       A    Page seventeen.

6       Q    What does it say about the

7    distribution plan?

8       A    It says that "Ripple plans to retain

9    twenty-five percent of all XRP issued to fund

10   operations and hopefully turn a profit.  And

11   distribute the rest to incentive participation

12   of market makers, gateways and consumers to

13   utilize the protocol."

14           MS. WAXMAN:  Did you get that?

15           THE REPORTER:  Yes.

16           THE WITNESS:  Sorry.  I'll go a

17   little slower.

18       Q    In November of 2014, was the plan to

19   use XRP to monetize the protocol?

20       A    At that -- at that time, that was

21   the secondary strategy.  I believe at that

22   time the primary strategy was growth of the --

23   growth of a payment network.  Although, I'm

24   not -- it's hard for me to say because I

25   didn't -- I haven't seen this document before.

```
 1    And I'm not sure if this document is just

 2    limited to the company's strategy with respect

 3    to the XRP Ledger.

 4              And I know around that time, the

 5    strategy emerged of what I now call the

 6    RippleNet strategy.  That built the payment

 7    network and it's distinct from the XRP Ledger.

 8    I'm not sure whether this reflects the

 9    company's strategy or just the strategy with

10    respect to the XRP Ledger.

11        Q    Let's just talk about the strategy

12    with respect to the ledger.  I understand that

13    at some point, the company developed certain

14    products which they call -- which are under

15    the umbrella of RippleNet.  But I want to

16    focus on the XRP Ledger and the company's

17    strategy in connection with the ledger.

18              Did the company seek to monetize the

19    ledger through X -- through XRP?

20        A    The -- the -- um -- the company

21    considered as a possible revenue model, the

22    sales of XRP.

23        Q    At the time, did the company have

24    any other possible sources of revenue?

25        A    I believe at this time, the primary
```

 1    focus was on the RippleNet strategy.

 2        Q    Did it have any product under the

 3    RippleNet umbrella at the time?

 4        A    It's very difficult for me to place

 5    this in time.  I believe that was around the

 6    time -- that was right around the time that

 7    the previous like Ripple gateway tool evolved

 8    into what later became xCurrent.  That was

 9    right around the time, I believe, of the

10    transition from products aimed directly at the

11    XRP Ledger to products aimed at RippleNet.

12        Q    Are you talking about Ripple Trade?

13        A    No.  No.  This is a product that, I

14    think, at that time was called Ripple Connect.

15    And it was not a consumer product.  It

16    eventually became an enterprise product.  It

17    was originally aimed at gateways.  Companies

18    that would issue assets on the XRP Ledger.

19    And it was transitioning to become a -- the

20    beginning of what we now call RippleNet.

21        Q    Was it transitioning to become what

22    is now xCurrent?

23        A    That's correct.

24        Q    So this is very, very early stage

25    RippleNet?