1      A    Right.

2      Q    Ripple Connect is very, very early

3  stage RippleNet.  And you are not sure at what

4  point in time that was being worked on?

5      A    Right.  This is at the time -- this

6  is right around the time where we thought we

7  found a revenue model, which was the RippleNet

8  strategy.

9      Q    Was that the only revenue model that

10  the company had?

11      A    As this document says, we also

12  considered the possibility that we might be

13  able to monetize the XRP that we hold.  But we

14  didn't consider that revenue model as either

15  demonstrated or reliable or, you know.  So

16  we -- we pivoted.  We essentially pivoted away

17  from a strategy that was exclusively focused

18  on the use of the XRP Ledger to one that had

19  the RippleNet component.

20      Q    Why do you say that it wasn't

21  demonstrated or reliable to say that you could

22  make money from XRP at this time?  We just

23  looked at posts from 2013 where you are saying

24  we are going to use XRP to fund the company.

25  Don't worry we are not going to fail.

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

98

```
 1        A    The company grew significantly since
 2   then.  So just being able to pay the employees
 3   that we had in 2013 or just being able to, you
 4   know, maintain a co-working space that people
 5   could work in, we were trying to build the
 6   payment network.  We were trying -- we had
 7   much larger ambitions at this time.  Like the
 8   scope of what we were attempting to accomplish
 9   had changed drastically.
10             MR. CERESNEY:  And I do think -- and
11   maybe we should this at the lunch break.  But
12   we should have the price chart, because I
13   think it will help him situate in time.
14             MS. WAXMAN:  I have a document that
15   will show the price.  I don't think it's
16   relevant.  But if you want me to introduce it,
17   I will.
18             THE WITNESS:  Well, the reason is
19   that like if I knew what the price of the XRP
20   was at that time, that would help me
21   reconstruct what we would have been thinking.
22   If you're asking me like what the company's
23   strategy was around XRP, that was largely
24   driven by the price.  We were very reactive
25   to -- the strategy was driven by the price.
```

99

1   So if I knew the price, I could reconstruct

2   what we would have been thinking about the

3   strategy based on that.

4          MS. WAXMAN:  Okay.  So let's mark

5   this.

6                      (SEC Exhibit No. 74 was

7                      marked for

8                      identification.)

9      Q    I'm showing you what's been marked a

10  Exhibit 74, which is an Excel spreadsheet that

11  the staff created using information that you

12  provided about your XRP sales.

13         So the spreadsheet has several

14  columns.  We added the columns with the title

15  "Price" and the column with the -- column with

16  the title "Total." And the prices were either

17  taken from the platform where the transaction

18  was executed and -- or in certain instances,

19  it's indicated that the price was taken from

20  coinmarketcap.com.

21         (The witness examined the document.)

22      Q    So the price in October 2014,

23  sub-pennies.

24      A    Yeah.  Yeah.  So I -- I think at

25  that time, it would have been clear that

1    Ripple could sustain a small operation; keep

2    the lights on, pay a small number of

3    employees. But not build an enterprise payment

4    network.

5        Q    Is it fair to say nobody expected

6    the company to raise over a billion dollars

7    from sales of XRP in November of 2014?

8        A    Did people -- yeah, that would have

9    been incredibly fanciful and fantastic.

10       Q    But that's not to say, like you

11   said, there was some value to extract from XRP

12   and it could keep the lights on, it could pay

13   some operations?

14       A    That's correct.  It would ensure,

15   assuming nothing terrible happened, that

16   Ripple would not go away.

17       Q    Again, in the paragraph at the end

18   of the page, it says, "Ripple Labs plans to

19   retain twenty-five percent of all XRP issued

20   to fund operations, and hopefully turn a

21   profit. And distribute the rest to inset the

22   participation of market makers, gateways and

23   consumers to utilize the protocol.  Given that

24   there is finite number of XRP, as demand for

25   XRP grows, the value of XRP should

1  appreciate."

2      Are they talking about price

3  appreciation?

4      A    I didn't write this and I can't

5  speak to what someone else would have meant.

6      Q    What's your understanding from

7  the -- of the document?

8      A    I read it as referring to price.

9      Q    Then the next sentence says, "In

10  this manner, Ripple Labs believes that its

11  incentives are aligned with those of the

12  protocol's users, both want the protocol to

13  reach its full potential and scale."

14      Do you understand that to mean both

15  want the price of the XRP to increase?

16      A    I don't understand that statement to

17  mean that.

18      Q    What do you understand the statement

19  to mean?

20      A    I understand that statement to mean

21  that Ripple Labs is aligned with other XRP

22  holders and other users of the XRP Ledger in

23  wanting the XRP Ledger to be healthy,

24  functional, useful and so on.

25      Q    It could also mean that they want

102

1    the price to increase as well?

2            MR. CERESNEY:  Could -- what's -- he

3    said what he thought it meant.  I mean --

4        Q    Could it also mean that --

5        A    It could.

6        Q    -- that -- could it also mean that

7    they wanted the price increased?

8        A    It could.

9            MR. CERESNEY:  Are you speculating?

10            THE WITNESS:  I stated what I

11    thought it meant.

12        Q    Did Ripple Labs ever discuss

13    charging for use of the protocol?

14        A    For use of the XRP Ledger?

15        Q    Yeah.

16        A    I had -- I have heard people

17    occasionally discuss it, but no discussions of

18    that would have ever gone anywhere.

19        Q    Why not?

20        A    Anyone who understands -- so you

21    have to understand that like the idea of a

22    public ledger was novel at the time and some

23    people didn't really understand the concept.

24    There were definitely some people within the

25    company who sometimes thought "Well, we could

1    charge people for using the XRP Ledger or we

2    could control it in some way."

3           And those ideas are all nonstarters.

4    They were never possible.  But there were

5    times where people who didn't understand that,

6    did advance those types of ideas.  They never

7    went -- obviously they never went anywhere

8    because those types of things are not

9    possible.

10       Q   So I know -- correct me if I'm

11    wrong, I understand in 2014 there's two

12    buckets of revenue for Ripple.  There's

13    software sales, product development and

14    monetizing the XRP and creating value for the

15    XRP.

16       A   You can divide it into buckets that

17    way, sure.

18       Q   How would you describe it?

19       A   I think -- I think it's fair to say

20    that the company, at times, would talk about

21    like XRP revenue and non-XRP revenue.

22       Q   And what is the XRP revenue?

23       A   XRP revenue would be revenue from

24    the sales of XRP or indirectly from

25    partnership agreements or something that we

1　would consider as equivalent to revenue.

2　　　　Q　　And non-XRP revenue?

3　　　　A　　Would be revenue from things like

4　software sales, licensing agreements and so

5　on.

6　　　　　　MR. CERESNEY:　These were ideas at

7　the time?

8　　　　　　THE WITNESS:　At -- at this time, in

9　November of 2014, I don't know when the

10　company began programmatic sales of XRP.　I

11　knew.　I don't recall.　So I don't know what

12　state those were in at that time.

13　　　　Q　　Did the company also sell XRP over

14　the counter?

15　　　　A　　I don't know at that time.　I know

16　certainly subsequent to that, we did.　I don't

17　know for sure when that began.

18　　　　Q　　We have records of the XRP sales and

19　I'll represent that they date to prior to this

20　memo.

21　　　　　　MR. CERESNEY:　But in small

22　quantities?　A small amount of revenue?

23　　　　　　MS. WAXMAN:　We can look at the

24　amounts, but yes.　But they did exist.　There

25　were sales.

1          MR. CERESNEY:  But all I'm trying to

2     establish is he's talking about models, not

3     actual execution of those models at the time.

4          Q    In 2014, was the company in its very

5     early stages?

6          A    Yeah, I think that's a fair

7     statement.

8          Q    Did it have any -- where you spoke

9     earlier, it didn't have any revenues other

10    than sales of XRP?

11         A    There may have been minimum -- I

12    think there probably were not any other

13    revenues at that time.  Subsequent to that,

14    there were other revenue.  But I think at that

15    time, the only revenue source that we actually

16    materialized revenue from was, other than

17    investment, was the sales of XRP at that time.

18         Q    Can you turn to page forty-five.

19    There's a paragraph with the subheading "The

20    Role of XRP." In the middle of the paragraph

21    it says, "Over time, if the Ripple protocol

22    becomes widely adopted, demand for XRP may

23    increase leading to an increase in price.

24    Unlike information protocols like HTTP or

25    SMTP, investors can directly own a stake in

106

1    Ripple, the value transport layer of the

2    internet."

3        A    I see that.

4        Q    Did the company view XRP holders as

5    having a stake in the company?

6        A    No.

7        Q    So what did -- what was -- why not?

8        A    Because the -- because the XRP is a

9    token not a public ledger that Ripple doesn't

10   own or control.  Ripple stockholders own

11   literal stakes in the company.

12       Q    But they're talking about holding

13   XRP or not Ripple's stock.

14            MR. CERESNEY:  He just gave you his

15   understanding of the facts.  Are you asking

16   him why this says what it says?

17       Q    No.  I mean I understand you only

18   have ownership in Ripple, technically, if you

19   own Ripple stock.  But they're not talk about

20   Ripple stock here.  They're talking about the

21   ownership -- people holding XRP.

22       A    As I understand this -- and again, I

23   didn't write it and I didn't see it at the

24   time.  It's hard for me to think of how

25   someone would have understood this back in

107

1    2014.  But as I understand this, at that time,

2    the word Ripple was sometimes used to refer to

3    the company and sometimes used to refer to

4    what we now call the XRP Ledger.  And I

5    suspect that by "own a stake in Ripple" they

6    mean to hold -- essentially being a

7    stakeholder in the XRP Ledger.

8         Q     Well, they used the word Ripple

9    protocol in that paragraph.  And it seems to

10   me that, the way I read it, seems like they're

11   distinguishing between Ripple the company and

12   the protocol.

13        A     That would be factually incorrect. I

14   would hope that nobody intended it to say

15   that.  But I agree that it is badly worded.

16        Q     Whether or not it's true, whether or

17   not you think -- whether -- whatever you think

18   it means, can we agree that it says that

19   investors can own a stake in Ripple the

20   company?

21            MR. CERESNEY:  Hold on.  Hold on.

22   He's given you -- he's given you his

23   understanding.  This document, didn't recall

24   seeing it at the time.  He's given you what

25   his understanding of the facts was.  And he's

108

1  also give you how he might read this document.

2      A    Let me just point out one other

3  thing.  The first sentence of that paragraph

4  uses the word "Ripple" alone to refer to the

5  ledger.  I mean, every use of the word

6  Ripple -- "XRP's native currency of the Ripple

7  protocol," talking about the ledger.  "It's a

8  digital asset like Bitcoin.  Most users of

9  Ripple will continue to use their local

10  currencies," talking about the ledger.

11          Ripple is mentioned so many times

12  here.  And every single time -- and you want

13  to say that in the last sentence it suddenly

14  has a different meaning, where that's

15  factually incorrect.  I don't read it that

16  way.  I will concede it could have been better

17  worded.  But I don't read it the way you do.

18      Q    That's fine.

19          Going back -- so this is from 2014.

20          Does XRP fit into Ripple's business

21  now the same way it did?  The same way it's

22  described in the document?  Meaning, after

23  this time, did Ripple use XRP to fund

24  operations?

25      A    Yes.

109

1        Q      And did it look to XRP to provide

2    its primary source of revenues?

3        A      I would say as a factual matter,

4    more revenue came from the XRP than other

5    sources.

6        Q      Do you want to qualify that answer?

7        A      Yeah.  I will say that that was --

8    that was -- that that was a matter of concern.

9    That that wasn't something -- that wasn't an

10   outcome that Ripple sought to have or that

11   Ripple was -- you know, that wasn't an outcome

12   that we wanted.  That was a source of concern.

13       Q      Well, you just said -- the document

14   says that you sought to monetize the XRP and

15   make a profit from the XRP.

16              Why do you say that it was a source

17   of concern or wasn't the outcome that the

18   company wanted?

19       A      There were a number of -- there were

20   a number of factors.  One of them was that we

21   had no control over the price of XRP.  And you

22   don't want to have a revenue model that's

23   completely outside of your control.  If your

24   entire revenue source is coming from something

25   that's completely at the -- it's completely

110

1    dominated by what's going on in the

2    cryptocurrency space, then what's your

3    business strategy?  Your business strategy is

4    to hope the cryptocurrency space is more

5    successful, why do you have a business?

6              So we were concerned about revenue

7    that was under our control, revenue that was a

8    result of your business efforts being

9    successful.  Which at that time, they were

10   not. Although we had a large stream of revenue

11   coming from XRP sales, that was not

12   attributable to our business efforts.  That

13   was not attributable to our strategy.

14             Like why are we hiring all these

15   people to do all this stuff if we can't prove

16   that that generates some kind of revenue?

17   Yes, we have a lot of money.  We can keep the

18   lights on and so on.  But what are we doing if

19   we are not generating value?

20       Q    Did the company hire people to

21   engage in efforts to increase demand for XRP?

22       A    What time frame are we talking

23   about?

24       Q    Any time frame.

25       A    I would say the company hired people

1  to -- I would say the company hired people to

2  encourage exchanges to list XRP, to provide

3  technical assistance to people who wanted to

4  use XRP to be sort of ambassadors of the

5  utility of the XRP.  The goal at that time

6  changed and was focused on things like

7  improving liquidity or improving knowledge and

8  understanding.  But I think it's -- it's an

9  incorrect characterization to say it was aimed

10  around increasing demand.

11          MR. CERESNEY:  We've been going for

12  about an hour twenty-five.

13          MS. WAXMAN:  We can --

14          MR. CERESNEY:  When there's a good

15  point.

16          MS. WAXMAN:  We can go off the

17  record.

18      Q   But I just want to go back to the

19  document on page seventeen and page

20  twenty-five.  Talks about increased demand for

21  XRP.  And how that would benefit XRP and

22  benefit the company.

23          MR. ALDEROTY:  Are we on or off the

24  record?

25          MS. WAXMAN:  We are on the record.

112

1          MR. ALDEROTY:  I thought you said

2      that we were off the record.

3          A    What's your question?

4          Q    Well, you said that the company was

5      not trying to increase demand for XRP and the

6      document that -- the document, Exhibit 72

7      talks about how increased demand would help

8      XRP and help the company.

9          A    That's correct.

10         Q    So at the time, were there efforts

11      to increase XRP demand?

12         A    As I stated previously, like there

13      were efforts to promote adoption of the XRP

14      Ledger and to encourage people to understand

15      what the XRP Ledger was doing, to make people

16      have easier access to the XRP Ledger.  And I

17      think -- but again, I don't agree with the

18      characterization that there were attempts to

19      increase demand.  The motivation was not we

20      need to increase demand.  The motivation was

21      we want people to be able to get use out of

22      the ledger.  We wanted people to understand

23      what its benefits are and then adopt it.

24         Q    Was there -- was the motivation to

25      increase XRP liquidity?

113

1     A    Not at that time.  But I think

2    shortly after, it focused very much on

3    liquidity.  I think as soon as we understood

4    that the strategy would be as a sort of

5    vehicle currency for enterprise payments,

6    which I think was sometime in 2014, 2015, it

7    became clear that liquidity was important.

8         MS. WAXMAN:  It's 12:38.  Let's go

9    off the record.

10         (A brief recess was taken.)

11              (SEC Exhibit Nos. 75 and

12              76 were marked for

13              identification.)

14         MS. WAXMAN:  It's 1:30 and we are

15    back on the record.

16     Q    Mr. Schwartz, I'd like to show you

17    what's been marked as Exhibit 75, which is a

18    post dated November 12, 2017 on Quora, a

19    series of posts on Quora on November 12, 2017.

20         (The witness examined the document.)

21     A    Yes.

22     Q    Before we broke, you stated that the

23    company was not motivated to increase demand

24    of XRP and that the company did not make any

25    attempts to increase XRP demand.  But if you

1    look at the second page of this document, at

2    the very top, at the end of your post, it

3    says -- starting from the previous page.  It

4    talks about -- it says, "After all, the reason

5    that we are doing this is to increase demand

6    for XRP, to increase the value we can extract

7    from our stash of XRP."

8         A    Yes.

9         Q    So here, you are saying that the

10   company did want to increase demand of XRP.

11        A    No, that's not what I'm saying at

12   all.

13        Q    Why don't you explain to me what you

14   mean by what you said.

15        A    So Ripple -- Ripple -- if Ripple's

16   strategy was let's say to sell all of its XRP

17   immediately, the value would -- the price

18   would have crashed to zero.  Ripple held the

19   lion's share of the supply.  So they're -- if

20   this was not about increasing demand or about

21   increasing price.

22             This was about preserving the

23   longevity of the ecosystem.  And you notice, I

24   chose my words, I think fairly carefully here.

25   To increase the value we can extract from our

115

1    stash of XRP.  You notice I didn't choose the

2    word price and I didn't choose the word -- and

3    what I meant was that -- that there was no way

4    that we could monetize our XRP in any kind of

5    short time frame.

6        Q    Couldn't you preserve the longevity

7    but also increase demand and increase price

8    over a longer period of time?

9        A    You could.  And you could also

10   preserve longevity with the price holding

11   steady or even with the price decreasing.  And

12   all of those scenarios would produce more

13   value for Ripple from its XRP than if you,

14   imagine, for example, Ripple just attempted to

15   sell it all in a short-term.

16       Q    How would a price decline produce

17   for value?  That, I don't understand.

18       A    No -- I understand what you are

19   saying.  So contrast two scenarios.  One where

20   Ripple tries to sell all of its XRP as quickly

21   as possible.  And one where the price

22   gradually declines over time.  Ripple could

23   make more money from its XRP in the scenario

24   where the price declines over time than the

25   scenario where Ripple tries to sell all its

116

1  XRP immediately and the price just immediately

2  crashes.

3       So this is not about the absolute

4  value of the price, but it's about sort of the

5  area under the curve.  The total amount of

6  money that Ripple could monetize from its XRP.

7  Which price is one factor, but time is another

8  factor.

9       Q    So what you mean is that you wanted

10  to increase demand for XRP to increase the

11  price over a long period of time?

12       A    Not so much increase the price.

13  Because you could imagine a scenario where the

14  price is higher, but the amount of XRP that

15  Ripple sells is smaller.  And Ripple still --

16  but you realize it's less value.  It's not as

17  simple as a higher price is better.

18       It's -- it's sort of -- again, it

19  the sort of total area under -- if you imagine

20  Ripple -- if you imagine a scenario where

21  Ripple just sort of sells its XRP stash down

22  to zero over a long period of time, price is

23  one factor but time is another.  And the

24  strategy -- there wasn't a strategy to

25  maximize the price because that wouldn't

117

1    have -- because it was the time horizon that

2    was the critical factor.

3            There's no way that the sales could

4    have been accomplished in any kind of short

5    period of time.  So it was more about the

6    longevity and the utility of the system than

7    it was about the price directly.  Because

8    pushing the price up in the short-term,

9    wouldn't have provided Ripple a significant

10   that way.

11       Q    I understand.  But my -- I read this

12   to say that the goal was to maximize the price

13   over a long period of time.  And I understand

14   why you would want to do that over a long

15   period of time.  Because if you attempted to

16   do it in a short period of time by selling

17   massive amounts of XRP, there was a very good

18   chance that the price would plummet.  And that

19   wouldn't benefit Ripple at all.

20       A    I don't think it's fair to

21   characterize that as trying to maximize the

22   price.  I think I've described what we were

23   trying to do.  I don't agree with your

24   characterization.

25       Q    What's the relationship between the

1    price of XRP and Ripple's -- the company's

2    valuation?

3        A   I think that -- I think they've

4    largely been uncorrelated.  There have been

5    times where they've appeared correlated.  I

6    think one key area where they did appear to be

7    correlated was during the bull run.  During

8    the period of time where the price of XRP was

9    appreciating rapidly.  I think other than

10   that, they've been fairly uncorrelated.  And I

11   would specifically look at like recently where

12   Ripple has been extremely successful.  And

13   Ripple's valuation has been doing very well,

14   as reflected in both the secondary market in

15   the investment round and the price of XRP

16   hasn't -- hasn't moved significantly.

17       Q   Does the company -- has the company

18   valued itself -- has the company made

19   statements about its own valuation based on

20   the price of XRP?

21       A   I believe the company has made

22   statements that say that the company holds

23   XRP. And therefore, one of the assets that the

24   company has is its XRP.  Therefore, if you

25   look at the price of XRP as sort of a proxy

1  for the value that Ripple might extract, then

2  that would be one element that you would use

3  in valuating the company.  But I don't think

4  it goes beyond that.

5       MR. DANIELS:  I just have one follow

6  up question about the Quora post.

7            If you look at the original

8  question, at the top of the first page, it's

9  "Considering that the banks don't use XRP

10  coins for their transactions, how can the XRP

11  price go high even if the banks adopt the

12  Ripple platform?"

13            It's unclear to me if they mean

14  whether they adopt or don't adopt the Ripple

15  platform.  But from the question, they're

16  clearly talking about the price of XRP; is

17  that right?

18       THE WITNESS:  The question is

19  talking about the price of XRP.

20       MR. DANIELS:  In your answer, you

21  talk about how the price of XRP can be

22  increased even if the banks aren't necessarily

23  using it.  For example, if Uber or Airbnb

24  start holding piles of Ripple -- I'm sorry,

25  XRP, thereby increasing the demand; is that

120

1    right?

2            THE WITNESS:  That's true.

3            MR. DANIELS:  Then in the second to

4    last paragraph of your response, you say,

5    "These forces could be expected to increase

6    the price of XRP."

7            Do you see that?  It's the paragraph

8    starting "This means they'll save money by

9    holding piles of XRP."

10           THE WITNESS:  I see -- it's a little

11   hard to read in my copy.  But yes, I do see

12   that now.

13           MR. DANIELS:  So just to read that

14   paragraph in case you can't see it.

15           "This means they'll save money by

16   holding piles of XRP sufficient to adapt the

17   timing of these two operation and they'll be

18   adding to XRP demand.  These forces could be

19   expected to increase the price of XRP."

20           THE WITNESS:  Yes, I do see that.

21           MR. DANIELS:  Then you say, "The

22   same logic can apply to all kinds of companies

23   that make payments around the world."

24           THE WITNESS:  Yes.

25           MR. DANIELS:  Not just Uber or

121

1    Airbnb?

2           THE WITNESS:  That's true.

3           MR. DANIELS:  And then you say,

4    "That's what Ripple is betting on.  After all,

5    the reason we are doing this is to increase

6    the demand for XRP.  To increase the value, we

7    can extract marked stash of XRP."

8           I just want to be clear, in the

9    paragraph before, you are talking about how

10    these companies holding large stashes of XRP,

11    will increase the demand and thereby increase

12    the price.

13           THE WITNESS:  Yes.

14           MR. DANIELS:  But in your response

15    to Ms. Waxman, I think you were saying you

16    weren't necessarily referring to price of XRP

17    in the last paragraph.

18           THE WITNESS:  This is to some

19    extent, a response to -- as you said, this is

20    to some extent, a response to the question.

21    And the question was about the price.  So to

22    some extent, I took an answer that reflects my

23    own thinking and adapted it to be a little bit

24    more responsive to the question.

25           MR. DANIELS:  Okay.  So just to be

1    clear, in the last paragraph, you are

2    saying -- you are not necessarily talking

3    about increasing the price of XRP?

4         THE WITNESS:  Yeah.  I think what I

5    tried to do here in the last paragraph is kind

6    of tie it back to more -- I think what I'm

7    trying to do is, I'm trying to be responsive

8    to the question.  But I'm also trying to

9    accurately reflect my thinking.  I think you

10   can see a sort of pattern where some of it is

11   more responsive to the question and some of it

12   is a little bit more precise in nuance to

13   better reflect my own thinking.

14        Q    Okay.  Earlier, we were talking a

15   little bit about giveaways.  And in connection

16   with the giveaways, how much did Ripple give

17   away?  How much XRP to each individual user?

18        A    I believe it initially was around

19   50,000 XRP.  And then the amounts rapidly

20   dropped.  Or dropped over time anyway.

21        Q    Why did they rapidly drop?

22        A    I don't know.

23        Q    Why did you choose to give 50,000?

24        MR. CERESNEY:  "You" being Ripple as

25   opposed to "you" being Mr. Schwartz?

123

```
 1          Q    Was it your decision how much to
 2     give?
 3          A    It was not my decision.
 4          Q    Whose decision was it?
 5          A    I believe it was Jed McCaleb, but
 6     I'm not certain.
 7          Q    Did you discuss with him what amount
 8     would be beneficial or appropriate?
 9          A    I don't remember having a discussion
10     about that.
11          Q    When did the amount that was given
12     away rapidly drop?
13          A    So that drop from 50,000 down to, I
14     think, around 25,000 occurred during a
15     giveaway that we give on the BitcoinTalk
16     Forum.  That was our very first giveaway.
17     Other than sort of informally when people just
18     asked us for XRP so they could use the ledger.
19     The one on the BitcoinTalk Forum was our first
20     giveaway that was sort of planned and executed
21     as a process. During the course of that
22     giveaway, I don't recall -- I don't recall
23     where that was.  But the forum threading which
24     that took place is easily accessible.
25          Q    So the company's first giveaway
```

1    occurred through Bitcoin's talk forum?

2        A    That's correct.

3        Q    They gave away 25,000 XRP per give

4    away?

5        A    I believe it started at 50,000 and

6    then dropped to 25,000.  It may have dropped a

7    little bit more.  After that, I don't recall.

8        Q    So I was -- I'm a little confused.

9             The one on BitcoinTalk, it started

10   at 50?

11       A    That's correct.

12       Q    Then it quickly dropped to 25?

13       A    I think so.  I think participation

14   was greater than we had anticipated.  Or --

15   I'm not really sure.

16       Q    Any other reason?

17       A    Not that I know of.

18       Q    Was it because XRP started to have

19   value and people were trading XRP?

20       A    I don't think there was that at that

21   time.  But it might have been that people

22   anticipating that, were sort of getting other

23   people to participate in the giveaway for

24   them. That there was people who anticipated

25   that it might have future value or future

```
 1    utility or something like that, who were then
 2    getting other people to participate in the
 3    giveaway. But I don't recall if that was a
 4    concern that early specifically.
 5         Q    Was there a concern at some point
 6    that people were scamming the giveaway?
 7         A    There certainly -- that certainly
 8    became a concern later.  But I don't think
 9    that was a concern that early.
10         Q    I want to show you what's been
11    marked as Exhibit 76, which is a thread from
12    the Bitcoin Forum in 2017.  And the part that
13    talks about giveaways is on page twenty-eight.
14    At the bottom of the page, they're numbered.
15              MR. CERESNEY:  Twenty-eight?
16              MS. WAXMAN:  Twenty-eight.
17         A    This refect -- this refreshes my
18    recollection.
19         Q    Oh, good.
20              MR. CERESNEY:  Perhaps next time you
21    can show it to him before he speculates.
22              THE WITNESS:  It's okay.  I just
23    love randomly speculating.
24              MR. CERESNEY:  Yeah.  Let's not do
25    that.  Okay?
```

126

1           MS. WAXMAN:  We'll both be cognizant

2     of that going forward.

3                (The witness examined the document.)

4           THE WITNESS:  Okay.

5      Q     Do you recall a significant fraction

6     of giveaways going to scammers?

7      A     I think it was our concern that that

8     was happening.  I don't -- I don't know that

9     that was what happened with that first

10    BitcoinTalk giveaway.  But that was definitely

11    a concern with the way giveaways were

12    operating.

13     Q     If the value of XRP at the time was

14    so low, why didn't you give away more XRP as

15    part of these giveaways?

16     A     Whatever amount we had picked, you

17    could ask that same question.  There was no --

18    there was no baseline to compare it to.  You

19    could also ask why didn't we give away less.

20    To my understanding, the number was just

21    picked just because it sounded good.  There

22    was no particular basis for the number.  There

23    was no sort of economic justification for the

24    number, so far as I know.

25     Q     Was the gateway strategy successful?

127

1          MR. CERESNEY:  Give away.

2     A    I would say it was -- it was --

3          MS. WAXMAN:  Giveaway.  Thank you.

4          THE WITNESS:  Sorry.  The giveaway

5     strategy?

6          MR. CERESNEY:  We'll get to the

7     gateway strategy?

8     A    I would say it was initially

9     successful.  And then over time, it became no

10    longer practical.  Specifically because as

11    the -- as there became more of a plausible

12    possibility that the token would have an

13    economic value, there was more of an incentive

14    to gain the giveaway.  I think the early

15    giveaways were fairly successful.  And the

16    later ones, much less so.

17    Q    At the point that the token became

18    valuable, it became less successful?

19    A    Correct.

20    Q    If you turn to page twenty-one --

21         MR. CERESNEY:  Just to be clear,

22    less -- when you say, "valuable," it still was

23    worth -- it would be even more valuable for

24    purchase.

25         MS. WAXMAN:  Yes.

128

```
 1              MR. CERESNEY:  Is that fair?

 2              THE WITNESS:  Unfortunately, the

 3      cost to gain the giveaways is quite low.  Even

 4      sub-penny prices.

 5              MR. CERESNEY:  What page?

 6              MS. WAXMAN:  Twenty-one.  Post

 7      number forty-seven.

 8              (The witness examined the document.)

 9      A    Yes.

10      Q    In this post, you talk about why a

11      higher price is important for the company.

12              MR. CERESNEY:  I think it says,

13      "helps us in several important ways." As

14      opposed to is important for the company.

15      Q    I'll read it.  Says the question is

16      "Somehow, it seems to me based on your

17      business model, that you'd rather prefer the

18      price to remain stable." Then you write,

19      "Stable is definitely better than volatile,

20      even with some net increase.  But a higher

21      price helps us in several important ways.

22      One, a higher price means we can sell XRP for

23      more money and then increase our funding.

24      Two, a higher price will be perceived as

25      success.  Perceived success helps drive
```

Case 1:20-cv-10832-AT-SN Document 680-78 Filed 06/13/23 Page 130 of 52
Case 1:20-cv-10832-AT-SN Document 835-8 Filed 09/13/23 Page 130 of 552

129

1    adoption.  Three, you can't use XRP to bridge

2    a million-dollar transaction today because you

3    take huge losses from moving the price.  We

4    want XRP to bridge large transactions."

5        A    Yes.  I did say -- I wrote that.

6        Q    Why did you -- why did you say, "a

7    higher price will be perceived as success"?

8        A    It was my belief at the time that

9    people judged the success of cryptocurrency

10   projects based on the price of their token.  I

11   don't think that's an accurate way to judge

12   their success.  But it was simply a fact that

13   people judged the projects that way.

14             MR. DANIELS:  Sorry.  Just to be

15   clear, when you say, "perceived as success,"

16   you mean success for Ripple?

17             THE WITNESS:  No.  I -- well --

18   honestly, I'm not clear -- I'm not precisely

19   clear what I -- are you asking what I mean

20   here or just what my assessment is of what the

21   situation was at that time?

22             MR. DANIELS:  I think what you meant

23   here.  And then also, the way you just

24   described it.  You said people perceived a

25   success of the project based on the price of

130

1     its token.

2          THE WITNESS:  I think what I meant

3     here was the success of the XRP Ledger as a

4     project.  But I do think at that time it was

5     also a fact whether -- whether valid or not

6     that some people did judge -- did use the

7     price of XRP as sort of a proxy for the

8     success of Ripple as a company.  Whether they

9     should have or shouldn't have, I do think it

10    is a fact that that was going on at that time.

11         Q    Also, under number one, "The more

12    money you could extract from XRP sales would

13    lead to more funding for Ripple Labs."

14         A    Yeah.  This is more of a sort of a

15    short-term argument.

16         Q    Can you explain what you mean.

17         A    So the revenue that we get from XRP

18    depends on the short-term price.  Like, you

19    know, from -- from time period to time period.

20         Q    If you look at page nineteen --

21         MR. CERESNEY:  Which one here?

22         Q    At the very bottom, number

23    forty-three.  The last paragraph, you

24    distinguish -- you talk about "The difference

25    between XRP and many other assets."

1      A    You're talking about the last

2  paragraph?

3      Q    Yeah.  The last paragraph on page --

4  on the bottom of nineteen.  Starting with "On

5  the other hand, we do hold an awful lot of

6  XRP."

7      A    Yes. yes.

8      Q    In your opinion, what was the

9  difference, the big difference, between XRP

10  and other assets?

11      A    The -- the difference at that time

12  between -- well, there were a number.  But the

13  one I was highlighting here was that there

14  was -- there was an entity that held a

15  significant amount of XRP that it didn't have

16  to expend funds to acquire.

17      Q    You are talking about Ripple Labs?

18      A    Yes.

19      Q    What did you mean by "we will -- we

20  will be good stewards"?

21          MS. WAXMAN:  Bless you.

22          MR. CERESNEY:  Thank you.

23      A    I think I was primarily talking

24  about the risk that we could crash the market

25  selling a huge amount in a short period of

132

1    time.  But I think I also meant that we would

2    continue to participate in the ecosystem.

3        Q    What were you talking about when you

4    talked about the plans to build demand?

5        A    I think I was talking about

6    everything that we were doing at the time.

7    Which would have included the RippleNet

8    strategy, and so on.

9        Q    Does that include efforts by the

10   company to increase XRP liquidity?

11       A    I think it would have included

12   everything the company was doing at the time.

13       Q    And what did you say -- what did --

14   how would these things that Ripple was doing

15   effect the price of XRP?

16       A    I think what I'm suggesting here is

17   that if the XRP has more utility and more

18   people are aware of the utility and more

19   people are using the XRP Ledger, that will

20   generate demand that will affect the price.

21       Q    But isn't that the case for every

22   other digital asset and every other public

23   ledger?  How does -- how does Ripple's

24   involvement distinguish XRP from other assets?

25            MR. CERESNEY:  According to this

133

1    post?

2        A    I don't know -- I don't know that

3    I'm saying here that -- I don't know that I'm

4    saying here that that specifically

5    distinguishes I it.  This post is, at least to

6    some extent, about what makes XRP different

7    from other public assets.

8             But I don't know that this paragraph

9    is specifically -- this is more about -- more

10   about Ripple's relationship to the XRP

11   ecosystem than specifically contrasting XRP

12   with other -- with other cryptocurrency

13   projects.  I think there are participants in

14   other cryptocurrency projects that hold large

15   amounts of the token or in other ways have

16   businesses that are connected with the

17   operation of that project.  I don't think I'm

18   saying that's unique.

19       Q    Ripple's relationship with the

20   ecosystem and its relationship to the XRP, are

21   those different?

22       A    I think you could describe them as

23   different things.

24       Q    How?

25       A    Ripple's relationship to the XRP is

1   that Ripple holds a lot of the XRP.  Whereas

2   Ripple's relationship to the ecosystem is that

3   Ripple produces software that people use.  And

4   Ripple provides technical support for people

5   who are building on top of the XRP Ledger.

6   Documentation.  The posts that I make to

7   forums.  Those kinds of things, I think, would

8   fall more under the relationship to the

9   ecosystem.

10         Q    Is it true that the more people who

11   participate in the ecosystem and use XRP, the

12   more demand there is and that benefits Ripple?

13         A    You can make that argument

14   intellectually.  I can't tell you that that

15   argument is not true.  But the paradoxical

16   thing is that the actual evidence, the

17   observational evidence we have, suggests that

18   that's not true.

19              It suggests instead that the price

20   of digital assets, like XRP, is essentially

21   exclusively based on perceptions of the

22   sector. You would think that that would be

23   true, and it's sort of a rational argument.

24   But the evidence seems to suggest that the

25   market doesn't perceive projects that way.

1    The market sort of perceives individual

2    digital assets as part of a sector.  And

3    doesn't distinguish at that level.

4        Q    Two questions, what data are you

5    talking about?

6        A    Well, one example would be the

7    correlation of the prices of the digital

8    assets.  For example, during the bull run,

9    during the big appreciation of the price,

10   Bitcoin went up, the price of Ethereum went

11   up, the price of XRP went up.  And there

12   wasn't any -- those were huge moves in prices

13   by enormous factors that didn't seem to

14   correlate to anything that was going on in

15   those specific projects.

16            And then as the dropped, all the

17   assets tended to move in tandem.  There isn't

18   really good evidence other than, you know,

19   specific outlier -- like a small number of

20   specific outlier events where something

21   tremendously drastic happens.

22            There doesn't seem to be evidence

23   that price is driven by those sort of

24   traditional factors that you would reasonably

25   expect price to be driven by.  It just doesn't

136

1    seem that the market is operating that way at

2    this time.  At least not from the data that

3    I've looked at.

4        Q    Did people at Ripple believe that

5    certain events, Ripple related events,

6    caused -- had caused XRP's price to increase

7    at times?

8        A    No, we believed the opposite.  We

9    were looking -- we were specifically looking

10   for evidence that would suggest that and

11   weren't able to find it.

12       Q    Were there any instances?  For

13   example, the escrow announcement, did that

14   have a positive increase on XRP's price?

15       A    I don't remember the specific

16   incidents.  I do remember there was one

17   incident where something -- there was some XRP

18   related news or Ripple related news, and then

19   there was a price increase.  That's one event

20   correlated in time.  We were looking for a

21   pattern.  I believe there was one event that

22   that did appear to happen.  But because it's

23   only one event, it's hard to say whether

24   that's cause and effect or just

25   contemporaneous.

1    Q    Were there -- I think you went to

2  say was an outlier.  But are there -- could

3  there have been more instances where news

4  affected the price?

5    A    Not that we were aware of, where

6  news let's say related to something that

7  Ripple had done, had impacted the price of

8  XRP.

9    Q    I want to be even more specific.

10         News related to not just Ripple or

11  RippleNet, but news related to XRP.

12    A    One instance that I can think of was

13  the coin based listing announcement.  But I

14  think that -- I think -- I'm trying to

15  remember of whether that was an instance where

16  there was an effect or there was not an

17  effect.  I don't remember specifically.  But I

18  remember we were looking at the data to try to

19  see whether we could find those kinds of

20  correlations.  And we could not find a

21  consistent pattern.  But I believe there was

22  at least one incident where there was a

23  contemporaneous.  That doesn't establish cause

24  and effect.

25    Q    Was it the goal for XRP to

138

```
 1    distinguish itself among other digital assets?

 2            MR. CERESNEY:  When you say, "was it

 3    the goal," at what point and whose goal?

 4        Q    Was -- did the company and

 5    especially -- were there statements made in

 6    XRP markets reports where the company was

 7    saying at some point, you know, the XRP is

 8    going to distinguish itself.  It's not going

 9    to move in the same trend as other digital

10    assets?

11        A    I think we anticipated at some point

12    in the future that the assets would stop

13    correlating.  That at some point, the market

14    would look at the differences between the

15    projects and that that would be reflected.

16    But you know, that was totally speculative.

17    And there's no evidence that it's happened.

18        Q    Did the company stay state at

19    certain times that XRP did -- was -- XRP's

20    price was independent?  Did they -- did the

21    company make those sorts of statements in XRP

22    markets reports?

23        A    I don't recall any such statements.

24        Q    Well, I disagree that XRP price was

25    totally independent of Ripple related news.
```

139

1    Especially news that had to do with XRP, as

2    opposed to news that just had to do with

3    RippleNet and non-XRP products.

4            MR. CERESNEY:  Is there a question?

5        A    I mean, I'm not an expert --

6            MR. CERESNEY:  I don't think there's

7    a question pending.  That's why I asked.

8            MR. DANIELS:  While you are

9    thinking, I just have a question because I'm

10   curious.

11           Why were you doing the analysis as

12   to whether the price of XRP moved based on

13   Ripple specific announcements?

14           THE WITNESS:  It was -- it was an

15   important question for us to have the answer

16   to.  There wasn't -- there wasn't any

17   specific -- there wasn't any specific reason

18   for it.

19           MR. DANIELS:  Why was it an

20   important question?

21           THE WITNESS:  It's just one of the

22   fundamental questions about what was going on

23   in the business, in the market sector of the

24   business in which we were operating.  We kind

25   of -- we wanted to understand what was going

140

1   on.

2           MS. WAXMAN:  You can hold on to that

3   for now.

4                       (SEC Exhibit No. 77 was

5                       marked for

6                       identification.)

7       Q    I'm showing you what's been marked

8   as Exhibit 77.  Which is a post on Quora, by

9   you.  Dated January 9, 2020.

10      A    Thank you.

11           (The witness examined the document.)

12      A    Yes.  Pretty recent.

13      Q    The second paragraph talks about the

14  original strategy to give XRP away.  And then

15  second sentence says, ███████████████████████

    ███████████████████████████████████████████

    ███████████████████████████████████████████

    ███████████████

19           This is what we talked about

20  earlier, correct?

21      A    Mm-hmm.  Yes.

22      Q    Earlier today, we spoke about who

23  created the wallet that held the XRP.  And you

24  said Jed, correct?

25      A    Yes.

141

1      Q    We spoke about how the ledger was

2    reset several times.

3      A    Yes.

4      Q    We spoke about who had the ability

5    to remove -- to transfer funds out of the

6    wallet.

7      A    Mm-hmm.

8      Q    Was there any agreement about who

9    held the rights to the XRP in the wallet?

10      A    I -- I subsequently found out that

11    there was an agreement between Jed, Chris and

12    Arthur about that.  The so-called ledger

13    agreement.

14      Q    And how did -- I'll show it to you.

15           (The witness examined the document.)

16      A    Yeah, that looks like it.

17      Q    It's very hard to read.  I

18    apologize.

19                   (SEC Exhibit No. 78 was

20                    marked for

21                    identification.)

22      Q    I'm showing you what's been marked

23    as Exhibit 78, which is an agreement titled

24    "Agreement with Arthur Britto." Dated

25    September 17, 2012.

142

```
1              (The witness examined the document.)

2       A     Yes.

3       Q     Is this the agreement you were

4  referring to?

5       A     Yes.

6       Q     What was the agreement?

7       A     The agreement states that the

8  founders would divide the tokens among

9  themselves with a -- with a -- it's kind of

10  hard to read.  But they'd have a specific

11  split.  And then each one of them would give

12  eighty percent that they had taken to the

13  company -- back to the company or to the

14  company.

15       Q     So they would return back the tokens

16  to the company.  Does that mean that --

17       A     Let me -- let me rephrase that.  I

18  don't mean that they would return it.  I mean

19  that they would place it back -- they would

20  take it out of one account and then -- there

21  was sort of an unarmed account, and put it

22  into an account that was owned by the company.

23       Q     Who did the original tokens belong

24  to?

25       A     I -- it's difficult to -- to make
```

143

1    the concept of ownership fit to something like

2    that.  I don't think there's a way to answer

3    that question.

4        Q    The company has stated that they

5    were gifted the XRP.  Is that true?

6        A    Yes.

7        Q    Why is that true?

8        A    Each of the founders gifted the

9    company eighty percent of the XRP that they

10    took out of that Genesis account.

11        Q    When was the Genesis account -- when

12    was the XRP that they took deposited into that

13    Genesis account?

14        A    That would have happened each time

15    Jed launched the software.

16        Q    So in order to effectuate the

17    agreement, they had to reset?

18        A    I don't know whether they did it

19    themselves or whether they had -- they had a

20    sort of automated process that would do it.  I

21    know they had the capability to do it in an

22    automated way.  Essentially what the system

23    would do is, it would take a snapshot of the

24    ledger.  And then it would change the sort of

25    format in which that data was stored, and then

1    it would continue running on the new format

2    with the same data.

3        Q    But the hundred billion had to have

4    previously existed before this agreement?

5        A    I believe -- I believe it did, but

6    it didn't necessarily have to.  I guess they

7    must have been after they made the decision

8    that a hundred billion would be the number of

9    units.  And it may be that they did this after

10   they had done the division.  And the concern I

11   think was if somebody sort of threw away the

12   agreed ledger and created a new ledger, they

13   might not respect the original distribution.

14   I believe that was the concern behind this.

15   But I wasn't a part of that process and I

16   didn't draft it, so I can only infer based on

17   what it says.

18            MR. CERESNEY:  It does say that it's

19   anticipated -- a hundred billion credit shall

20   be -- suggests --

21            THE WITNESS:  That it hadn't been

22   yet.

23            MR. CERESNEY:  Hadn't been done yet.

24            THE WITNESS:  Yeah.  I don't know

25   for sure.  Again, I wasn't part of this

145

1       process.  I only saw this document when it

2       became public.

3           Q     Were you involved in discussions

4       about what the agreement says about the

5       division?

6           A     No.

7           Q     And the distribution?

8           A     I was not.

9           Q     Going back to the original question,

10      who did the XRP belong to when it was created?

11          A     I don't know that that's a

12      meaningful question to answer.  It's -- it

13      doesn't fit the concept -- the concept of

14      ownership doesn't fit what was happening at

15      the time well.

16          Q     So why is everybody so -- why is --

17      if -- why is Ripple publicly stating "We were

18      gifted XRP"?  Why is that significant?

19          A     Are you asking why it's significant

20      now or why would they have done what they did

21      at this time if there was no -- if they didn't

22      anticipate that it would be significant later?

23      I'm not quite sure I understand.

24          Q     Why --

25                MR. CERESNEY:  Do you have a

146

1    document where that's said?  Because if you

2    show him, that that might help him.

3              MS. WAXMAN:  I do.

4              MR. CERESNEY:  I think that's

5    probably the better way to get at this.

6    Because I don't know if he understands the

7    context in which that was said, and I worry

8    he's just speculating.

9              MS. WAXMAN:  Okay.

10       Q    So just going back to the agreement,

11    the agreement was that XRP would be

12    distributed among Chris, Jed and Arthur.

13       A    Correct.

14       Q    And who -- how much would each of

15    them get?

16       A    My understanding was that after

17    the -- after the eighty percent was gifted to

18    the company, Jed would wind up -- Jed and

19    Chris would wind holding -- I think holding

20    nine percent each and Arthur would wind

21    upholding two percent.

22              MR. CERESNEY:  Is that your

23    understanding or is that what this -- because

24    this agreement seems to only cover the Britto

25    portion.

147

```
 1              THE WITNESS:  Yeah, that was my

 2     understanding.  This document doesn't seem to

 3     reflect that.  That might have been a separate

 4     agreement or not.  I don't know.

 5                          (SEC Exhibit No. 79 was

 6                           marked for

 7                           identification.)

 8          Q    I'm showing you what's been marked

 9     as Exhibit number 79, which is a copy of

10     Ripple's Q4 2019 XRP markets reports.

11               (The witness examined the document.)

12          A    Is there a specific section you want

13     to call my attention to?

14          Q    Yeah, just give me a second.

15          A    Sure.

16          Q    I want to find my --

17               If you look at the very first page

18     under "XRP timeline" --

19          A    Yes.

20          Q    At the very end, it says, "In

21     September 2012, Ripple was founded and was

22     gifted a portion of this XRP." It starts out,

23     it says, "In June 2012, a hundred billion

24     units of XRP were created, with the

25     stipulation that no more XRP will ever be
```

                                                                148

1      created.  Later that year, in September 2012,

2      Ripple was founded and was gifted a portion of

3      this XRP."

4           A    Yes.

5           Q    Who gifted the XRP to Ripple?

6           A    That would have been Arthur Britto,

7      Jed McCaleb and Chris Larsen.

8           Q    But earlier, you said you weren't

9      sure who was actually entitled to the XRP when

10     it was created, correct?

11          A    It's -- it's not that I know

12     precisely what it means to be entitled and

13     wasn't sure who that was.  It that the concept

14     of ownership entitlement doesn't apply well to

15     that -- to that -- this particular -- it's a

16     unique context where you would fire up some

17     software and then these tokens would just

18     exist.  And then you might just stop, you

19     might just shut the software down.  And like

20     if you say -- well, let's say I was employed

21     by a company and I fired up the XRP Ledger

22     software and it created a token and then I

23     shut it down, that would be like -- like if

24     you say the company was entitled to those

25     tokens, it would be like I was destroying some

149

1    property of the company, which doesn't -- that

2    concept doesn't really apply well at that

3    time.

4        Q    But if you close the software, do

5    the tokens cease to exist?

6        A    Yes.

7        Q    Are they burned?

8        A    They don't exist anymore.  But

9    someone could pick them back up.  Someone

10   could launch the software again and then they

11   would return into existence.

12       Q    Aren't there multiple versions of

13   the software renning all over the world?  So

14   even though your version is closed, couldn't

15   there -- I mean, the tokens could exist on

16   someone else's computer and someone else who

17   is running that software?

18       A    Or they might not.  And so to try to

19   talk about the concept of ownership when there

20   might be someone who could continue it or

21   there might not, it just doesn't fit -- it

22   doesn't fit well.  I can describe to you the

23   facts and circumstances, but I'm hesitant to

24   characterize it as ownership because that

25   carries a lot of meaning that doesn't really

1    apply to this situation.

2         Q    How would you characterize the

3    relationship between the XRP created and the

4    people who created it?

5         A    I would say that the people who

6    created it, launched the software.  And then

7    they had these tokens that they could do

8    whatever they want with or they could discard.

9    And if somebody else copied that ledger, then

10   they would continue to exist.  And if nobody

11   did, then they wouldn't.  They were for

12   ephemeral at the time.

13        Q    When people created the tokens, were

14   they in discussions about forming Open Coin?

15        A    I know -- I know at approximately

16   the same time period as -- I think those two

17   conversations were going on at substantially

18   the same time period.  And they were the same

19   people, so there was probably overlap.

20        Q    You can say that either it was Open

21   Coin who created it or individuals acting on

22   behalf of Open Coin had created the XRP?

23        A    You could say Jed created it on his

24   own behalf.

25        Q    I want to know what your opinion is.

151

```
1              Was it individuals acting on behalf
2    of Open Coin, was it Jed individually in his
3    individual capacity who created XRP?
4              MR. CERESNEY:  Hold on.  I thought
5    the testimony earlier today was XRP was
6    created before Open Coin was created as a
7    company and then the company was created.  And
8    then after that, the first ledger was
9    created -- the first sort of version of the
10   ledger was --
11             MS. WAXMAN:  Became public.
12             MR. CERESNEY:  Became public.  I
13   want to make sure we have our chronology
14   straight because you're kind of blending it
15   together.  When you're asking these questions,
16   you're sort of bending the Open Coin with the
17   XRP.  I just want to make sure we are clear in
18   the questioning because I want the record to
19   be clear.
20        A    Jed operated a cluster of servers
21   prior to the company being formed.  On which
22   the -- sort of as close to live as we had at
23   the time.  Which was -- as close to live as we
24   had at the time on which that ledger ran.
25        Q    Why does it matter who created XRP?
```