201

1    be ACH.  The problem is, in other countries --

2    you might have a single country that might

3    have three different systems.  Some people,

4    you have to hand them cash over a counter.

5    That's just the only way to get money to them

6    because they're just not banked at all.  Other

7    people might have mobile money systems.  And

8    you might have a country that has two or three

9    different mobile money systems that don't

10   inter-operate. That last mile of getting the

11   money into the customer's hands when it's

12   remittance, can be a pretty significant

13   challenge.

14        Q    Does Ripple have involvement with

15   that last mile?

16        A    In some cases, we have partnerships

17   where the xRapid customer will onboard with

18   some sort of payment company that will do the

19   last mile.

20        Q    So the customer, what is required of

21   them?  Do they need to have an account on the

22   sending exchange?

23        A    They typically -- typically the

24   xRapid customer would need to have an account

25   with the sending exchange.  They would need to

1    have some sort of a bank account that will

2    enable them to get funds into the sending

3    exchange.  And it's important -- if that takes

4    three days, that kind of removes some of the

5    value.  So it might be an exchange, an account

6    at the same financial institution or some way

7    to make that efficient.  Then there's some

8    sort of relation -- it may be the exchange on

9    one end.

10            Like you may have an exchange that

11   can do the payouts themselves if they're

12   well-connected to an ACH-like system.  Or it

13   may be that the payout is more complex than

14   that.  There may be a payment partner who will

15   accept the Mexican pesos in the exchange and

16   will then -- the situation could vary.  And I

17   think untangling that country by country, and

18   in some cases, receiving payment network by

19   receiving payment network, is kind of what

20   makes this challenging.

21       Q    Talking about the initial step, is

22   there a benefit to having the customer

23   actually holding the XRP, holding a large pile

24   of XRP rather than just exchanging it for USD

25   when they need to make that transaction?

203

```
 1        A    There are advantages and
 2   disadvantages.  We constantly compare those
 3   two approaches.  The obvious disadvantage is
 4   volatility.  The price of XRP drops and --
 5        Q    The disadvantage of --
 6        A    Of holding a pile of XRP, sorry, to
 7   be clear.  If you hold a pile of XRP, its
 8   value could change.  That could be good.  That
 9   could be bad.  It's a risk that you wind up
10   either having to hedge or accept.  The
11   other -- but the advantage of holding the pile
12   of XRP would be that you eliminate all of the
13   complexity of the sending exchange.
14             So you don't have to worry about how
15   you get money to the sending exchange.  You
16   don't have to worry about the sending exchange
17   has some sort of prob -- some sort of failure.
18   You don't need to worry if there's a delay and
19   then processing the withdrawal of XRP onto the
20   ledger.  So it eliminates all of the issues
21   with the sending exchange.  But it has the
22   compensating cost that you are more exposed to
23   the volatility of XRP.
24        Q    Can Ripple hedge against -- provide
25   hedges against the volatility?
```

204

```
 1          A     Ripple could do that if Ripple
 2    wanted to.
 3          Q     Has it discussed doing that?  Or has
 4    it done at all?
 5                MR. CERESNEY:  With who?
 6                MS. WAXMAN:  With customers.
 7          A     I believe we've had internal
 8    discussions about doing it.  I don't believe
 9    it's something we've ever done with a
10    customer.
11                MR. CERESNEY:  Just to be clear,
12    these are discussions you were involved in?
13    There may be others having other discussions?
14                THE WITNESS:  Right.  I wouldn't
15    necessarily be involved in a discussion like
16    that.
17          Q     Well, how would you -- if Ripple was
18    to do it, how would Ripple hedge that
19    volatility?
20                MR. CERESNEY:  How could Ripple?
21          A     I think Ripple would just absorb the
22    risk ourselves.  We already have such
23    significant exposure to the movement of the
24    price of XRP.  I don't know that we would do
25    anything specific to hedge.  I even hesitate
```

1    to say additional exposure because we

2    essentially already have unlimited exposure.

3        Q    So you would just compensate them

4    for --

5        A    I think that's probably what we

6    would do.

7        Q    And in terms of just having the

8    customer holding a big pile of XRP, would that

9    save them money?

10           MR. CERESNEY:  Save the customer

11   money?

12           MS. WAXMAN:  Customer money.

13       A    It would save them the cost of the

14   sending exchange.  And it might get them a

15   better exchange rate because there's a

16   potential spread on the sending exchange.  So

17   there could be advantages to doing it.

18       Q    In the past, Ripple has sold XRP to

19   market makers, who were to sell.  And the

20   customers were going to buy the XRP from the

21   market makers.

22           Why was Ripple doing that as opposed

23   to just having the customer hold XRP

24   themselves?

25           MR. CERESNEY:  Let me just

206

```
1    understand the question.  Are you talking

2    about programmatic sales?

3            MS. WAXMAN:  No.

4            MR. CERESNEY:  So I'm -- I don't

5    know if you --

6            MS. WAXMAN:  I'll start over.

7            MR. CERESNEY:  Maybe you can start

8    over.

9            MS. WAXMAN:  I'll start over.

10       Q    The company spoke a lot about XRP

11   liquidity and that it's needed for xRapid.

12           Can you explain to me why -- what

13   XRP liquidity means and why it's important for

14   xRapid.

15       A    XRP liquidity, in that context,

16   means the availability to convert a fiat and

17   set an exchanged XRP.  And then on the other

18   end, to convert XRP into a different fiat

19   asset to effectuate an international payment.

20       Q    Without having an effect on price?

21       A    It would not have a direct effect on

22   price because there's a buy and a matching

23   sell.  Which from supply and demand

24   standpoint, cancel out.  There could be

25   indirect or second order effects.
```

207

1       Q    Why is XRP liquidity important for

2  xRapid?

3       A    The product doesn't work if you

4  can't exchange fiat assets to and from XRP on

5  both ends.

6       Q    Has Ripple engaged in efforts to

7  create and promote XRP liquidity in connection

8  with the xRapid product?

9       A    Yes.

10      Q    What role do market makers play in

11  that?

12      A    Market makers make offers on

13  exchanges to buy and sell XRP.  Usually, with

14  the goal of making some profit either between

15  the spread between the buys and the sells.  Or

16  just between the spread of the rate that they

17  can get on the exchange versus a rate that

18  they can get on some other exchange.

19      Q    Has Ripple provided XRP to those

20  market makers to make it easier for them to

21  make a market on certain platforms?

22      A    I believe we leased XRP to market

23  makers.  I don't know that we've sold or

24  gifted.  I know there were discussions.  I

25  don't know exactly which of those strategies

1   materialized.  Although, my understanding is

2   that, at least more recently, we have leased

3   XRP to them.

4       Q    The role that you described about

5   the market makers, do they play the same role

6   on the sending and receiving end?

7       A    Substantially the same.  It's

8   substantially the same role.  There tends to

9   be a little bit of a difference.  Not because

10  sending and receiving is different, but just

11  because the markets are different.  Like the

12  market between U.S. dollars and XRP is just a

13  very different market from the market between

14  Mexican pesos and XRP.  But technically, there

15  really isn't a difference.

16      Q    I think you answered this

17  previously, but bear with me.

18           What role do the exchanges play?

19  That's where the asset is exchange for fiat?

20      A    Right.  So they provide a way for

21  the fiat to get in and fiat to get out.  And

22  then they provide an order book where a trade

23  can be made between an XRP and some fiats.

24      Q    Do speculators in XRP provide

25  liquidity for the xRapid product?

209

1          A     Speculators only to the extent that

2     they elect to make markets.  I guess you could

3     say a speculator who chooses to place an order

4     on the order book and then wait for that order

5     to be taken, would be creating liquidity.  But

6     generally, speculators tend to interact with

7     exchanges where they consume existing

8     liquidity.  They would have to be unusually

9     sophisticated to contribute liquidity.

10         Q     Were you aware of efforts within

11    Ripple to promote speculative trading of XRP

12    in 2017?

13         A     No.

14         Q     Were you aware of efforts within the

15    company to promote speculative trading of XRP

16    at any point in time?

17         A     No.

18         Q     Does xRapid need people to

19    speculate -- does xRapid need people to

20    speculate in XRP in order to function?

21         A     No.

22         Q     Why not?

23         A     As long as there are market makers,

24    there has no need for speculators.  Someone

25    just has to be willing to take the other side

210

1     of the trade.

2          Q     When MoneyGram sends a payment to

3     Mexico, sends USD to Mexico, who is buying the

4     XRP on the receiving end?

5          A     It would typically be a market

6     maker.  Someone who is -- there's two things

7     that could be.  And it's hard to know because

8     I can't look into the exchanges to see their

9     data.  There could be a speculator doing that.

10    There could be someone who wants to buy XRP

11    for Mexican pesos for speculative purposes.  I

12    doubt that's significant because I just don't

13    think there are that many people who happened

14    to be speculating for Mexican pesos.  But that

15    certainly could be happening.

16         Q     Well, not just the Mexico corridor,

17    let's talk about all the corridors in general.

18         A     Right.  If you are imagining in the

19    USD corridor, there could be more people --

20    there could be speculators who are selling XRP

21    who then are buying it as parts of the ODL

22    flow.  But I doubt that that's particularly

23    significant.  My expectation would be that

24    there would be two major parties.

25               So one would market makers.  Those

1   are people who are either making markets

2   between XRP and other fiat and crypto assets.

3   Or people who are exploiting sort of a

4   difference in the -- a difference in the price

5   between Mexican pesos in Mexico versus Mexican

6   pesos elsewhere.

7           I think the other thing could be

8   people who have counter flaws.  Although, it's

9   hard to know how much of that is.  How of the

10  volume that is.  So for example, let's say you

11  had a bunch of grocery stores in Mexico but

12  you lived in the United States.  One of the

13  ways that you could get Mexican pesos out of

14  Mexico and into the United States, would be to

15  buy any cryptocurrency, it could be XRP, it

16  could be Bitcoin, and then take the Bitcoin

17  out of the country and then sell them here.

18          And then instead of paying what

19  might be as much as five percent to have

20  somebody move that money for you, you might

21  even be able to do it at less than spot.

22  Because it's a counter to sort of the

23  predominant flow.  So people who have counter

24  flows -- I think we've seen some evidence that

25  people who have counter flows find these

212

1    systems and use them to move that money.

2          Q    Do you have to pay market makers to

3    buy the XRP?  Did Ripple have to kind of

4    incentivize or pay market makers to create

5    markets on certain --

6          A    There have been times where we have

7    incentivized market makers either by leasing

8    an XRP.  There may have been direct payments

9    to increase the amount of liquidity in

10   particular places where that was an issue.

11         Q    How do you know when you don't --

12   Ripple no longer needs to do that?

13         A    The easiest way is to look at the

14   spread.  So you look at the sort of -- so you

15   look at -- when you look at an order book, you

16   have the spread between the buy and the sell

17   prices.  If you look, not right at the very

18   tip, but if you look just down a little bit --

19   like if someone is making a six hundred-dollar

20   payment, if they're going to be significantly

21   increasing the spread, then there really isn't

22   enough liquidity to make that corridor viable

23   on that exchange.

24              You may have a very common situation

25   where, for example, let's say you're going USD

213

```
 1    to MXN again.  The USD to XRP side of the
 2    market is very mature and healthy and there's
 3    no reason to do anything.  There's plenty of
 4    market makers participating.  Whereas on the
 5    MXN side, that market may be very immature and
 6    nascent.  And so you may have to incentivize
 7    market makers in the hopes that people who
 8    have counter flows or people who see the
 9    opportunity to make money in that market, will
10    then join that market and create organic
11    liquidity.
12         Q    Does Ripple still need to
13    incentivize market makers to create markets in
14    certain corridors?
15         A    Yes and no.  We need to to sustain
16    the volumes that we are trying to sustain.  We
17    are trying to sort of grow the volumes in many
18    of those corridors.  And so paying market
19    makers to grow the liquidity to enable us to
20    rent the volume more rapidly, means that we
21    couldn't grow the volume as rapidly.
22            But if we didn't incentive market
23    makers, those corridors would still work.
24    They just wouldn't work at the volume levels
25    that we are attempting to use.  So it's a part
```

214

1   of -- it's sort of part of the scaling

2   process.

3       Q    So you could stop paying the market

4   makers or stop incentivizing the market makers

5   to create liquidity and liquidity would occur

6   on its own, just at a slower pace?

7       A    Right.  Potentially smaller amounts.

8   Potentially at higher costs.  And so on.  That

9   would slow the rate at which we can grow.  And

10  then it wouldn't matter how much liquidity you

11  had on the other side.  You might have all

12  this liquidity on the other side that could

13  save you money, but can't take advantage of it

14  because there isn't liquidity on the other

15  side.

16      Q    So the only downside really is the

17  company would not be able to grow the product

18  as quickly as it would have liked?

19      A    That's correct.

20      Q    Any other downside?

21      A    I don't think so.  Well, I --

22      Q    Today, do you envision a time where

23  Ripple does not need to pay anymore -- strike

24  that.

25              Instead of -- instead of selling the

215

1    XRP, why can't Ripple just give the XRP away

2    to either market makers or ODL customers?

3       A   That certainly something that we

4    could do.  The downside is that when you just

5    sort of give something to someone, it tends --

6    what tends to happen is they tend to be

7    incentivized just essentially to extract value

8    from it very directly.  And when they can

9    immediately just turn around and sell it, it

10    just doesn't work.  It becomes effectively the

11    same as if we just sold it.

12       Q   I can understand that, perhaps a

13    market maker doing that.  But what if you gave

14    it just to the customer who has an incentive

15    to use it and not, you know, work the system?

16       A   I mean, you could do that.  The

17    danger is -- the danger is when you pay

18    somebody to do something, they will do it even

19    if it's painful to them.  Like if I offered

20    you $50.00 to do something, even if it cost

21    you $40.00 to do it, you might do it because

22    you pocket $10.00.

23          And then you are not really proving

24    that the use case is viable.  You are not

25    really incentivizing adoption.  People are

216

```
 1    just suffering your product.  And I think we
 2    have to be very cognizant that we don't --
 3    like reward people for doing things so
 4    heavily, that they're doing things that are
 5    not getting them any actual benefit.  And you
 6    get sort of the appearance of activity and
 7    growth and progress, and you don't actually
 8    have it.
 9              I think it's important that people
10    who buy into the value sort of have -- you
11    know, are committed to getting some value out
12    of it rather than just going through motions
13    to receive some sort of a very significant
14    reward. I think the benefit has to come from
15    the benefits of the product.  It can't -- the
16    whole benefit can't just come from essentially
17    us giving them something of value.
18              MR. DANIELS:  Are you able to give a
19    concrete example using a giveaway to an ODL
20    customer as to what you just described?  That
21    it would create all these problems?
22              THE WITNESS:  I know there was one
23    case where like we had an adoption marketing
24    incentive for a customer.  We also had like a
25    signing incentive.  And we also had an
```

217

```
1    incentive for them to go live at a certain
2    time.  And we also had a volume incentive.
3    And we didn't really coordinate.  And someone
4    just looked at it like, wait a minute.  Does
5    this customer -- is this customer getting any
6    actual -- like have we structured the deal to
7    make sure that the customer gets actual
8    benefit from the product.
9         That their motivation isn't to get
10   all of these incentives.  I think that was one
11   that slipped through the cracks.  We're
12   generally pretty good abut being more careful
13   about that.  But I think that if you pay
14   people to do things, they'll do them.
15        MR. DANIELS:  In the case of a
16   customer like MoneyGram.  When you say you are
17   paying them to do things, wouldn't they be
18   using the product more?
19        THE WITNESS:  Yeah.  And it's
20   important to make sure that the -- that the
21   benefit, at least like a significant fraction
22   of the benefit that they're getting is from
23   their use of the product.  Not just from all
24   of the incentive that you are giving them.
25   You just have to be careful not to
```

218

```
1    over-incentivize something.  Because if the

2    incentive you give them is enough that they'll

3    do it even if the product hurts them, you

4    know, that is -- that doesn't do anything for

5    you.

6         Q    Yes, but hasn't Ripple demonstrated

7    and validated the use case for XRP as a

8    payment?

9         A    I believe so.

10        Q    So I mean, isn't there value in the

11   product already?

12        A    Yes.

13        Q    Value in XRP?

14        A    Yes.

15        Q    So why can't you give away the XRP?

16             MR. CERESNEY:  I -- okay.

17             THE WITNESS:  Do you want me to

18   answer?

19             MR. CERESNEY:  No.  No.

20             THE WITNESS:  I know you don't.

21             MR. CERESNEY:  You don't need to

22   answer.  It's a hypothetical.  It's not really

23   necessary.

24        Q    How does Ripple make money from

25   xRapid?
```

219

```
 1        A    X -- well, the only direct way that

 2   Ripple makes money from xRapid is that xRapid

 3   increases the value of RippleNet, the value of

 4   xCurrent.  The promise that we made to people

 5   when we built xRapid and like the vision that

 6   we sold to them, was that we would enable them

 7   to settle with something other than

 8   correspondent banking.

 9        Let me just back up a little bit.  In

10   the pitch for xCurrent, there's kind of two

11   halves to it.  One is, today, this is a better

12   payment messaging system.  You should use

13   xCurrent today because it's a better messaging

14   system.  You have immediate messaging.  You

15   don't have errors because you have this sort

16   of bilateral messaging system.  But also,

17   Ripple has a vision for international

18   payments.  Like settlement using a

19   cryptocurrency and micropayments and building

20   these sort of open platforms.

21        XRapid was kind of the first time

22   that we basically said to the xCurrent

23   customers, like we are actually delivering on

24   that vision we shared.  We're actually -- we

25   are not just providing -- some people call it
```

```
 1    SWIFT 2.0.  We're not just providing a better

 2    messaging system to move money the exact same

 3    way that you always have.  But they were

 4    starting to deliver on our promise to enable

 5    new means of settlement.

 6         Q    Right.  So I'm not talking about

 7    xCurrent.  Because I understand the company

 8    charges fees for the use of xCurrent, the

 9    messaging product.

10         A    Right.

11         Q    I'm talking about, does Ripple

12    charge a service fee for xRapid?

13         A    I -- I believe there's a license

14    fee.  I don't know -- I don't know if there

15    are other usage fees.

16         Q    When did that -- when did that

17    practice begin?

18         A    As soon as xRapid came to market.

19         Q    And is it a significant fee?

20         A    I suspect not.  I don't know for

21    sure.  The angle is that xRapid increases the

22    utility of xCurrent.

23         Q    Okay.  The more that XRP is used in

24    xRapid, the more demand for XRP, correct?

25         A    I don't -- not -- that's not a
```

221

```
 1    direct effect.  That may be a second order

 2    effect.  Remember, in an xRapid transaction,

 3    you are buying and selling the same amount of

 4    XRP.  So it isn't a direct contribution to

 5    demand.  So that would be a potential second

 6    over-effect.  It would not be a direct effect.

 7        Q    Is that what people have been saying

 8    that -- I've heard people say that xRapid is

 9    demand neutral?

10        A    Right.  That's correct.  There's a

11    buy and sell for substantially the same

12    amount. So there's no net increase in demand.

13        Q    In general, the more people use the

14    product, the more XRP is needed and --

15        A    You could expect that an increase in

16    liquidity or an increase in utility could lead

17    to a sort of second order effect of an

18    increase in demand.  People might want XRP

19    because it is very liquid and is very easy to

20    move between other assets.  But that would be

21    sort of a very indirect effect.  It wouldn't

22    be a direct effect.

23        Q    Is the fact that xRapid is seen as

24    demand neutral a problem for Ripple?

25        A    I don't think so.
```

222

```
1        Q    Are there other ways that Ripple can
2   try to increase demand for XRP?
3        A    I don't think there are ways other
4   than improving the utility of the XRP Ledger.
5   Making it easier for people to use the XRP
6   Ledger.  Increasing liquidity.  Encouraging
7   other people to build on top of the XRP
8   Ledger. Like I think those are all sort of
9   indirect, but I don't think there's any direct
10  way.
11       Q    What about promoting alternate use
12  cases for XRP?
13       A    I think promoting alternate use case
14  for the ledger, which then sort of brings
15  people in to using the XRP Ledger, could
16  indirectly increase demand for XRP.  But you
17  can't really draw a straight direct line
18  between them.
19       Q    Earlier, we spoke about Xpring and I
20  think you said that, correct me if I'm wrong,
21  that Xpring initiatives were aimed at
22  increasing use of the ledger?
23       A    Yes.  And I also said that it's
24  increasing sort of adoption in the
25  cryptocurrency space generally.  Obviously
```

1    there's a focus on the XRP Ledger and the

2    Interledger protocol.  Which are two of the

3    technologies that Ripple is particularly

4    interested in, but it's also aimed at the

5    space generally.

6         Q    Is there focus on the XRP, the

7    asset?

8         A    There is a focus on XRP the asset.

9    As sort of -- as sort of core.  Particularly

10   on the liquidity side as sort of an

11   intermediate asset between other assets.

12        Q    Has the company promote -- are

13   Xpring investments structured in a way that

14   promotes XRP?

15        A    I don't think that's true in

16   general.

17        Q    I don't think promote is the right

18   word.

19             Are they structured so that

20   people -- it's easier for people to develop

21   with XRP?

22        A    Yes.

23        Q    Did you have any involvement in the

24   decision to put Ripple's XRP into escrow?

25        A    Yes, I did.

224

```
 1        Q    What was your involvement?
 2        A    There were conversations about what
 3   would be required technically, what the
 4   parameters of the escrow would be and so on.
 5   And I -- I mostly participated in the
 6   technical conversations of how we would
 7   actually do it. And to a lesser extent, I was
 8   present at conversations involving like should
 9   we have an escrow, how much, what should the
10   terms be. The sort of non-technical
11   parameters.
12        Q    What were the non-technical reasons
13   for establishing the escrow?
14        A    The non-technical reason was there
15   was a concern that Ripple might, at some
16   point, like sell an enormous amount of XRP.
17   People were -- people were creating somewhat
18   fanciful scenarios like Ripple declares
19   bankruptcy and a court orders all of Ripple's
20   XRP liquidated immediately.  So it was to
21   respond to those kind of scenarios and just
22   sort of eliminate that risk.
23        Q    How would sales -- how would
24   Ripple's massive sales effect the price of
25   XRP?
```

225

1          A     Ripple held enough XRP that if

2     Ripple sold all of its XRP in a short period

3     of time, the price would essentially go down

4     to zero.

5          Q     Did the company believe that the

6     escrow announcement or the establishment of

7     the escrow would have a positive effect on

8     XRP's price?

9          A     I don't know that anyone did.

10    Speaking for myself, I did not think it would.

11         Q     What sort of positive effect did you

12    think it would have?

13         A     I didn't.  I didn't think it would

14    have a positive effect.  I thought it

15    addressed -- I thought it addressed an

16    objection that people only raised in bad

17    faith. I didn't think that -- if a person

18    makes an argument in bad faith, they'll just

19    switch to another argue and another argument.

20    There's a boundless supply of bad arguments

21    that you can make.  And I think the people who

22    are arguing that like "Ripple could go

23    bankrupt and dump all of its XRP" would simply

24    switch to another argument.  And it would not

25    be any material effect.

226

1      Q    Did you think the escrow would

2  provide more predictability for XRP holders

3  regarding, you know, how much XRP Ripple could

4  sell?

5      A    I think it would because it's set a

6  floor.  I mean, that floor was enormous.  It

7  was a billion XRP a month.  Which, at the time

8  we did it, was pretty close to infinite.  I

9  think a more short-term practical effect was

10  that it guaranteed that Ripple would be sort

11  of in possession of XRP for a couple of years.

12          I think that was -- because the

13  amount was so large, that while it did set a

14  floor, that floor was so high that it was

15  more -- it was more, at least from my

16  perspective, it was more the time frame that

17  was important than the amount.

18      Q    Did it eliminate over hang?

19      A    I think -- yeah, I think that's what

20  we were talking about.  Yeah.

21      Q    And what effect would that have on

22  price?

23      A    I didn't expect it to have one.

24  Again, because the objections that it

25  addressed were very fanciful.

227

1      Q      Did others in the company expect it

2   to have an effect, a positive effect on price?

3      A      I don't think so.

4      Q      Did Ripple engineers, including

5   yourself, develop and write code for the

6   escrow function?

7      A      So I want to break that into two

8   pieces.  So XRP Ledger code and then code that

9   Ripple would use to actually sort of

10  effectuate.  We wrote -- XRP Ledger code, we

11  wrote a feature called escrow.  That could

12  be -- that was a general -- a general purpose

13  escrow function.  But it could also be used

14  for like a time lock.

15          So we developed a general purpose

16  escrow feature that could also be used for

17  Ripple's time lock.  That's kind of why it's

18  called an escrow.  Although escrow is not a

19  very precise word.  It's more like a time lock

20  than an escrow.  But it uses the ledger's

21  escrow feature, and that feature was developed

22  by engineers at Ripple.  We also developed the

23  software to actually effectuate the escrow, to

24  actually put funds in escrow.

25          Q      So somehow the code for the escrow

228

```
1    had to be integrated into the ledger?
2        A    Correct.
3        Q    That's what Ripple engineers did?
4        A    Right.
5        Q    How long did it take Ripple
6    engineers to do all of that?
7        A    It was a couple of months.  I can't
8    tell you exactly offhand.  I would estimate
9    around three months.
10       Q    How many engineers?
11       A    Probably two or three.
12       Q    Was it a heavy lift?
13       A    No, not particularly.
14       Q    Did you need to get consensus from
15   the community to add it?
16       A    Yes.
17       Q    What function does the escrow serve
18   today?
19       A    I think it's substan -- I mean, the
20   escrow of Ripple's XRP specifically, I think
21   still serves substantially the same function
22   that it always did previously.  I think it has
23   also provided one other interesting function.
24   Which is, by looking at the amounts of XRP
25   that goes back into escrow, you know how much
```

229

```
1    comes out and you know how much comes -- you
2    know how much goes out and you know how much
3    comes in.
4            So it does provide a very easy way
5    to understand the movement of XRP on the
6    ledger.  Whereas before, you could obtain that
7    same information, the ledger's public.  It's
8    just it was just spread out in more places and
9    so someone would have to sort of synthesize
10   it.
11           Whereas here, you could say on a
12   month-to-month basis, a billion XRP came out
13   of escrow.  Nine hundred twenty-three million
14   went back in escrow.  And so there's a delta.
15   So it provided an easier way for people to
16   understand how Ripple was using XRP.  But
17   otherwise, unchanged.
18       Q    So it provided more transparency in
19   the distribution of Ripple's XRP?
20       A    Without having to -- right.  Without
21   having to sort of dig into details.  You could
22   still -- you could still have obtained that
23   information, it just would have been more
24   difficult.  So in practice, someone else would
25   have had to produce a report.  Whereas now,
```

230

1     it's much easier for people to see the

2     information without having to process it.

3          Q    Today, Ripple discloses how much XRP

4     they sell and how much is released from the

5     escrow, correct?

6          A    Correct.

7          Q    Where do they disclose that?

8          A    We disclose that in the markets

9     reports.  But it's also available on the

10    ledger.

11         Q    Is it easily discernible how much

12    XRP is used in connection with investments?

13         A    I'm not -- do you mean like by

14    Ripple?  Or do you mean --

15         Q    Yeah.  When Ripple or Xpring invest

16    and XRP is part of the deal, and XRP is

17    transferred to, for example MoneyGram or

18    something like that --

19         A    You could see on the ledger the XRP

20    leaving Ripple's accounts.  It is known which

21    accounts belong to Ripple.  But you wouldn't

22    necessarily know the context of that

23    transaction.  You wouldn't know the recipient

24    or you wouldn't know the purpose unless that

25    was disclosed.

231

```
 1        Q    You wouldn't know how many

 2   recipients if it was one or more or anything

 3   like that?

 4        A    You could try to infer that, but you

 5   would do that at some risk.  For example, if

 6   saw two payments be made, you might or might

 7   not know whether they were to the same

 8   recipient.  You would have more limited

 9   information.  You would be able to know how

10   much moved and you would have some general

11   information.  But you wouldn't necessarily

12   know the business context.

13        Q    What do you think would happen if

14   Ripple did away with the escrow?

15             MR. CERESNEY:  Another hypothetical.

16             MS. WAXMAN:  I'm just asking -- it's

17   not a hypothetical.  I'm just asking his

18   opinion of what would happen if --

19        A    I'm trying to imagine what you mean

20   by "did away with the escrow." We can't remove

21   the XRP from escrow.  So I'm not sure I

22   understand what scenario you are

23   contemplating.

24        Q    Why not?

25        A    Because the ledger rule doesn't
```

1  allow -- ledger rules don't allow the XRP to

2  move until the time lock ends.

3     Q    Can that be undone?

4     A    You can change anything in software.

5  The problem is, you have to convince people to

6  run that software.  So ripple would have to

7  convince exchanges, other people operating on

8  the XRP Ledger, the cryptocurrency community,

9  to make that change.  And it seems unlikely

10 that they would.

11    Q    Why would they not want to adopt

12 that change?

13    A    I think there's a very strong

14 general bias against any change.  Because to

15 many people, the value proposition of a

16 decentralized ledger or public blockchain is

17 that it will function the same tomorrow as it

18 does today.

19         The idea that you can rely on it to

20 be neutral and decentralized and follow the

21 same rules.  And so any radical -- any change

22 beyond just adding the functionality -- and in

23 some cases, even adding functionality, has a

24 very high bar to pass through to get

25 acceptance.

233

```
1        Q    I understand that.

2             But what about the escrow itself

3    that people wouldn't want to change?

4        A    It's just a big change to settle --

5    like long-term settled expectations, I think

6    there's a heavy bias against anything that

7    sort of changes people's settled expectations

8    about how things function.

9             I think there's a very bright line

10   between new functionality and changing

11   people's expectations of how the system would

12   continue to work.  I think that would be on

13   the same level as creating more XRP.  It would

14   just be such a drastic change in people's

15   expectation of how the system works.

16            If you could make those kinds of

17   chances, the system would lose its value

18   because you couldn't rely on it anymore.  And

19   obviously everyone who is a stakeholder

20   doesn't want it to lose its value.  It's hard

21   to get people aligned to destroy the value

22   that causes them to align.

23       Q    Do you think it would, whether or

24   not this is incidental, cause a decrease in

25   the price of XRP?
```

234

1     A    I think any radical change that was

2     not adding a new feature, that disrupted

3     settled expectations in a public blockchain,

4     would result in a loss of confidence in the

5     asset.  Which would probably be reflected in

6     the drop of price.  I don't think that's

7     unique to XRP in any way.  That's just the

8     nature.

9     Q    Did you ever receive XRP as part of

10    your compensation or as a bonus?

11    A    I did.

12    Q    When was the first time that you

13    received XRP as compensation or bonus?

14    A    As I mentioned previously, I had a

15    recollection of receiving ███████████ XRP very

16    early.  But I was unable to locate those

17    records.  It may have occurred on a prior

18    ledger.  I may be misremembering.

19         I did participate in some of the

20    early giveaways, which would have been roughly

21    ████████████████ XRP.  And then there were

22    the three incidents that I disclosed in the

23    document that you have.

24         MS. WAXMAN:  I'll introduce it.  It

25    may be easier.

235

```
1                    (SEC Exhibit No. 80 was

2                    marked for

3                    identification.)

4          Q    Mr. Schwartz, I'm showing you what's

5     been marked as Exhibit number 80.  Which is

6     information provided to us through your

7     counsel about XRP that you received from the

8     company since 2013.

9          A    Yes.

10              (The witness examined the document.)

11         A    Let me just say that there are two

12    typo in this document.

13         Q    Whose fault?

14         A    You know, it's funny, I wanted to

15    look that up.  We had this same conversation

16    of was it me or was it them.  The ▇ is missing

17    on two of these accounts, the leading ▇  But

18    you can easily cross-reference them with my

19    accounts that you have on the other -- it's

20    very obvious that it's a typo that the ▇ is

21    missing.

22         Q    Is it on the 2020?

23         A    Both on the 2020 and on the ▇▇▇▇

24    ▇▇▇▇▇▇▇▇▇▇       The ▇ is missing.

25         Q    If I were to enter this address with
```

1    the ██ up front to see the balance that you

2    received, where would I do that?

3        A    You could do that -- there's a

4    company called ███████ that has an explorer

5    that makes it very easy to do that.  I think

6    we have one.  I think it's xrpcharts.com.  It

7    may be xrpcharts.ripple.com.  But any

8    Ripple -- you can just search for like XRP

9    Ledger explorer and you can find.

10       Q    Well, that explains why it didn't

11   work for me previously.

12       A    I apologize for that.  It probably

13   was Counsel's fault.

14           MR. CERESNEY:  Thank you.  I take

15   full responsibility.

16       A    But you also have a list on another

17   document of all of my accounts.  And these

18   accounts appear on that list.  So I hope you

19   were able to find it.

20           MR. CERESNEY:  It's okay.

21           THE WITNESS:  I'm sorry.  I'm --

22           MR. CERESNEY:  I'm under the bus.

23   That's fine.  All good.

24       Q    How did it happen that you received

25   the XRP in 2018?

237

```
1          A    My recollection is that that was a
2    company-wide bonus.  That was offered to every
3    employee at that time.
4          Q    What was the amount of XRP before
5    withholding taxes?
6          A    It was ████████
7          Q    And then how did it happen that you
8    received the ████████████ in June 2019?
9          A    That's correct.  That was -- that
10   was a bonus.  I believe similar bonuses were
11   made to other members of leadership.
12         Q    And was it an option to purchase
13   ████████████ XRP?
14         A    No.
15         Q    It was just a grant of ████████████
16   XRP?
17         A    Correct.  And that's why so much was
18   withheld.
19         Q    How did you agree on the value?
20         A    I believe that determination was
21   made by Ripple.  And then once they made it, I
22   had no reason to dispute it.
23         Q    What is it based on?
24         A    I don't know.  I hope ████████████
25   XRP times whatever the price was at that time,
```

238

1    comes out to close to that amount.  But I

2    don't know for sure.

3        Q    Were any amounts withheld for taxes?

4        A    Yes.  So I actually received

5    ███████████ XRP.  And the balance was withheld

6    to cover the taxes.

7        Q    Did Ripple sell the balance for cash

8    and then pay taxes with it?

9        A    They either did that or on their

10   books sort of did the equivalent, paid it out

11   of cash.  And just didn't transfer the XRP.  I

12   don't know for sure that there was an actual

13   sale.

14       Q    What are the circumstances for the

15   2020 XRP?

16       A    That was another company-wide bonus.

17       Q    How much XRP?

18       A    2,020.  I believe there was -- I

19   believe there was no --

20       Q    Is there a comma missing here?

21       A    Yeah.  Maybe, yeah.  I believe there

22   was no withholding on that.  And I believe

23   that the company just covered out of its

24   own -- its own -- as additional compensation,

25   the taxes on that.  I'm not sure.

239

1     Q    Other than the initial request that

2  we spoke about earlier today, did you ever ask

3  for any other XRP to be paid to you as part of

4  compensation or a bonus?

5     A    Other than the compensation

6  surrounding the June payment, and very early

7  conversations about rethinking the original

8  distribution of XRP, there were no other

9  compensations.

10     Q    The June payment, was that something

11  that you -- did you initiate that

12  conversation?

13     A    I believe Brad -- I believe Brad

14  initiated the conversation with many different

15  members of the leadership team.

16     Q    Who else, as far as you know,

17  received XRP?

18     A    I don't -- I don't know.  In fact,

19  I'm not really sure where I got the impression

20  that it was also made to other members of the

21  leadership team.  But I do have that

22  impression.

23     Q    Have you ever purchased XRP on

24  exchanges or over the counter?

25     A    I'm sure I -- I'm sure I have.  My

240

```
1    usual practice was to trade Bitcoin.  The way
2    I usually accumulated XRP was to trade Bitcoin
3    for XRP.  I think a lot of that was on the
4    ledger's decentralized exchange.  I'm pretty
5    sure at least some of that was in exchanges.
6    But I don't specifically recall exactly.
7         Q    How much XRP did you purchase or
8    exchange?
9         A    I eventually acquired a peak of
10   about ███████████████████ XRP.
11            MR. CERESNEY:  Approximately?
12            THE WITNESS:  Yeah.
13            MR. CERESNEY:  Well, you should add
14   that if that's the case.
15            THE WITNESS:  Yeah.
16            MR. CERESNEY:  Approximately.
17        Q    During what period did you acquire
18   that?
19        A    I think that the run up of 2013
20   through to 2015.  I -- I think.  I don't have
21   the --
22        Q    Well, if you look at Exhibit 74,
23   this was produced by your counsel and I
24   understand that this is a compilation of all
25   your sales since January 1, 2014.
```

1    A    That's correct.  Right.  And the

2  first couple of sales were probably while I

3  was still accumulating XRP.  They were just

4  sort of incidental.  They weren't sales of XRP

5  for the purpose of like taking profits out of

6  the market or anything like that.  They were

7  just sort of incidental.  I think I was still

8  accumulating XRP during that phase.

9    Q    I calculated, on the back,

10  approximately ████████ in proceeds from

11  the sales of -- I think it's about ██████

12  or ████████████ I can tell you

13  exactly.  Hold on --

14    A    It says ████ on this document.

15    Q    That's -- I think the total

16  proceeds.  But I'm talking about the number of

17  XRP sold.

18         So I have a grand sum of ██████

19  ████

20    A    So that means there must have been

21  some overlap between the sales and the

22  acquisition.  Because I believe I had -- or

23  I'm remembering incorrectly.  I believe the

24  maximum XRP I ever held was about ████████

25  ████    There may have been some overlap

242

1    between -- a little bit.  And so that might

2    account for the difference.  But I'm not

3    absolutely sure.

4                          (SEC Exhibit No. 81 was

5                          marked for

6                          identification.)

7        Q    I'm showing you what's been marked

8    as Exhibit 81, which is just a table that we

9    created, the staff created using that

10   information in Exhibit 74.  And you'll see,

11   it's a breakdown of your sales of XRP by

12   month, by year.  And it also includes the

13   weighted average price for the sales on a

14   monthly basis.

15               (The witness examined the document.)

16       A    I see that.

17       Q    Did you have any particular trading

18   strategy with respect to the XRP?

19       A    I had -- I had a couple of different

20   strategies at different times.  Initially, my

21   strategy was to move between XRP and --

22   between Bitcoin and XRP during the early

23   accumulation stage.  To move between Bitcoin

24   and XRP whenever the exchange rate was

25   unusually high compared to how it had recently

243

1    been.  So I didn't buy in all of a sudden at

2    any one point. I sort of gradually diversified

3    from holding almost exclusively Bitcoin, to

4    holding a portfolio that included Bitcoin, XRP

5    and numerous other cryptocurrencies.  And I

6    kind of did that -- I kind of did that

7    gradually because I didn't know how these

8    projects would turn out.

9            MR. CERESNEY:  It might help if he

10   explained why he did that.

11           MS. WAXMAN:  Sure.

12       A    Yeah.  Initially, I was holding only

13   Bitcoin because it was the only digital

14   currency that there was.  And then as other

15   digital currencies came to prominence and I

16   thought that they were interesting projects, I

17   kind of diversified what I was holding to kind

18   of bet on the space generally.  And also have

19   the assets to actually interact with these

20   various ledgers.

21           Then over time, when the amounts

22   became financially significant -- previously

23   to this, the amounts were certainly not

24   anywhere near what they were later -- it came

25   to the point where I had a significant

244

1    fraction of my net worth, almost all of it, in

2    digital asset. Which could crash to zero any

3    day, all kinds of uncertainty.

4          Then I started to -- I started to

5    use a strategy that I previously agreed with

6    my wife that we would do.  If the amounts ever

7    became significant, that as the market hit new

8    highs, we would sort of reduce our exposure to

9    possible drops in the price.

10          And then I think there's also a

11    little bit of a short-term strategy, like a

12    sub-strategy, inside.  There were times when I

13    was actively making markets between XRP and

14    Bitcoin or between XRP and U.S. dollar.

15    Particularly on the ledger.  And sometimes

16    those strategies had a bias in favor of like

17    converting Bitcoin to U.S. dollars or

18    converting XRP to U.S. dollars or XRP to

19    Bitcoin.  As I -- so I sort of, at times,

20    gradually balanced by market making.

21      Q    Why were you making markets on the

22    ledger?

23      A    Two reasons.  One of them was a

24    way -- well, the main one was just to improve

25    the liquidity on the ledger to make it easier

1  for people to exchange assets, to prove that

2  it worked.  And also, to understand the

3  mechanics of the ledger better myself.

4      Q    So those instances that you spoke

5  about where the price got high and you sold,

6  if you look in January of 2018 --

7      A    Yes.

8      Q    -- you sold over ▮▮▮▮▮▮▮▮ for

9  over ▮▮▮▮▮▮▮▮ dollars.

10     A    I just want to point one thing out.

11 I don't -- are these -- are these prices,

12 prices from Bitstamp?  Because these amounts

13 seem larger than --

14     Q    These prices were taken from the

15 platform, to my understanding.  I didn't do it

16 myself.  Someone from the staff did it.

17     A    Because what it seems to me, and I

18 could be remembering wrong.  But just my

19 intuition looking at this is that those

20 amounts are at least a little bit larger than

21 I remember.  And I suspect -- and I could be

22 wrong about this.  But I suspect that what

23 happens if you grab the prices from

24 CoinMarketCap, during that time period of

25 December of 2017 through January 2018,