246

1    particularly where the price was over $2.00.

2            What was happening was CoinMarketCap

3    was including the price of the Korean Won to

4    XRP market.  Which was an outlier because it

5    was difficult to move Korean Won.  I don't

6    think you could ever sell XRP for $3.38 in the

7    United States.  So I think those price --

8    these prices may tell a little bit of an

9    inaccurate story.  The order of magnitude is

10   correct.  But if you would ask me the amount,

11   I probably would have said mor like ███████

12   ██████ than ████

13       Q    The chart indicates where the --

14   when the price came from ████████ in the

15   few instances that are highlighted.

16       A    Okay.  Because I don't have a

17   recollection of ever being able to get over

18   $3.38 as a U.S. price.  But I could be

19   remembering incorrectly.

20       Q    I'll go back and confirm.

21       A    Your figures could be correct.  My

22   memory so is not certain.  But again, if you

23   had asked me how much I made, I would have

24   said it was more like ████████

25   dollars.

1      Q   The proceeds that you got, how much

2  did you invest in other digital assets?

3      A   So, the number -- the number is

4  extremely small.  It's probably around

5  ████████████  But the reason that that number

6  is small because that happened back when the

7  prices were so much lower.  Right.  So it

8  seems like that's an insignificant percentage

9  because compared to ███████████████ dollars

10  to ████████████████  But that happened

11  back in 2015 or so.  2014, when the amounts

12  involved were much lower.

13      Q   You're saying the prices of --

14  digital assets, in general, were much lower.

15  The price of Bitcoin was much lower.  So you

16  could amass many more tokens for --

17      A   It could have been a higher --

18  right.  It looks like it's a drop in the

19  bucket.  When actually, it was very

20  significant.  Because that diversification

21  occurred when the total value of the portfolio

22  was much lower.  I don't want the number to be

23  deceptive.

24      Q   When you received the XRP as

25  compensation, were there -- did Ripple place

248

1    any restrictions on the XRP, when or how much

2    you could trade?

3         A    There were no restrictions beyond

4    the same restrictions that I had on me

5    previously at that time.  I was already

6    subject to trading restrictions and they

7    remained in place.

8         Q    When you sold, were you cognizant of

9    whether the sales would have an effect on

10   price?

11        A    I was not personally, no.

12        Q    Did you report any of your

13   transactions to the company?

14             MR. CERESNEY:  Go ahead.

15        A    These -- the transactions after --

16   the transactions that occurred after this

17   point --

18             MR. CERESNEY:  After which point?

19             THE WITNESS:  Certainly after June

20   2019 and probably a little bit before that,

21   too.

22        A    -- were subject to a trading plan

23   that I had submitted to Ripple's -- either to

24   legal or compliance.

25        Q    During what period?

249

```
 1        A    Certainly -- certainly after June
 2   2019.  I don't recall exactly when that
 3   requirement went into place.  There were a
 4   number of different requirements on what I was
 5   able to buy or sell.  Restrictions, I should
 6   say.  And then at that time, the restriction
 7   was that I had to submit a trading plan to the
 8   company prior to any trade.  So they were
 9   aware of these trades before they happened.
10            MR. CERESNEY:  "These trades" being
11   2019?
12            THE WITNESS:  Certainly after June
13   2019.
14        Q    Is it fair to say that you purchased
15   the XRP as an investment?
16        A    No, I don't think that's fair to
17   say.  It seems so obvious in hindsight.  But
18   at the time, the value was so low, it was more
19   about being able to enable people to use the
20   ledger.  It was about being able to access the
21   decentralized exchange.  It was about being
22   able to make markets.  I mean, could you say
23   that somewhere there was some hope that
24   everybody would become fantastically wealthy
25   because the entire space would take off?  I
```

250

1    mean, sure, people had conversation like that.

2    It wasn't anybody's realistic expectation.

3        Q    Did you expect that you would

4    actually use all the XRP that you purchased on

5    the ledger for -- yeah.  That you would use

6    it?

7        A    Well, the problem is I didn't know

8    whether the amount I had -- like I didn't

9    know -- I didn't know what the amounts meant.

10   Like would ████████████████ be a lot.  Or

11   would it be a little.  We didn't know what the

12   use case would be.  It was entirely

13   speculative at that time.

14           I think I did have some anticipation

15   that if the cryptocurrency market were

16   successful, then my sort of portfolio of

17   cryptocurrencies as a whole would become more

18   valuable.  I really wasn't betting on specific

19   projects because I didn't think that I could

20   tell which ones would be successful, which

21   wasn't.  It was more like a play on the entire

22   space.

23           So I kind of diversified into

24   Bitcoin and Ethereum and XRP.  And later on,

25   you know, many of the different ICOs.  I

251

1    certainly have losses in the ICO portion of my

2    portfolio that compared with these gains.  I

3    think there certainly was some idea that

4    cryptocurrency will take over the world and

5    we'll all become fantastically wealthy.  I

6    think that was definitely an idea that some

7    people had.  But it was -- I would have

8    brought a lot more if it was realistic.

9         Q    Did you not bet on the success of

10   Ripple as a company?

11        A    I bet on the success of Ripple as a

12   company when I took stock as compensation from

13   the company.  I think I bet on the

14   cryptocurrency space generally when I acquired

15   all of these various different

16   cryptocurrencies.

17        Q    Did you think that the company

18   efforts to build the XRP ecosystem and create

19   demand for XRP would benefit -- would lead to

20   an increase in price of XRP?

21        A    I thought it could benefit the

22   cryptocurrency space, generally, to have good

23   actors in it.  But I didn't specifically think

24   that the company's efforts would impact the

25   price of XRP as opposed to growing the

252

1    cryptocurrency generally.

2        Q    Then why did you buy so much XRP on

3    open market?

4        A    The same reason that I acquired a

5    lot of Bitcoin and these other things.  I was

6    very -- I was very bullish on the entire

7    space. I though everything that was going on

8    in the space was exciting.  And so I acquired

9    what seems today, to be a large amount.  At

10   the time, it didn't seem to be.  If you look

11   at the dollar amount back then, it didn't seem

12   to be a particularly large amount back then.

13   Just because I was so interested in the space.

14       Q    Did you think that the space -- the

15   prices were going to increase in the space in

16   general as opposed to Ripple's efforts not

17   having any effect on the price of XRP?

18       A    I thought that it was possible that

19   prices would appreciate in the space as a

20   whole.

21       Q    Did you believe it was possible that

22   Ripple's efforts would have a positive effect

23   on XRP price?

24       A    That was not in my thinking.

25       Q    Not at all?

1      A     No.  I may have thought that Ripple

2  would have positive effects on the space

3  generally as other participants in the space

4  did.  But I didn't have the expectation that

5  Ripple's efforts would increase the price of

6  XRP.

7      Q     If you didn't have an expectation,

8  why would you -- why would you put so much

9  money into XRP and not put it into any other

10 asset?

11     A     I did.  I put it into Bitcoin.  I

12 put it into Ethereum.

13     Q     How much did you put into Bitcoin?

14     A     Well, I started out exclusively in

15 Bitcoin.  I got Bitcoin from early mining and

16 buying when the price was extremely low.  I

17 think there was a time when my portfolio

18 reached something like ███████████ Bitcoin,

19 █████████ XRP.  Because it was one of the

20 dominant projects at that time.

21          And I think also because I knew

22 everybody in the space.  I think you naturally

23 kind of have more confidence in a project when

24 you -- you know, I was involved in the

25 development of the XRP Ledger.  I was talking

254

```
 1    to the people who were developing in the

 2    space. I also invested in several other

 3    projects.

 4         Q    So you said you had more confidence

 5    in the project since you worked at Ripple and

 6    you --

 7         A    Well, since I was working on the XRP

 8    Ledger.  Even before -- even before Ripple

 9    existed as a company, I built a lot of the

10    software technology.  I participated in the

11    technical decisions.  And that gave me a level

12    of confidence that I think I might not have

13    had otherwise, but that's speculative.

14         Q    Did the company monitor any of your

15    posts on Reddit, Bitcoin Forum or Quora?

16         A    I don't know for sure.  I -- I

17    believe -- I believe that they at least

18    monitor Twitter.

19         Q    How do you know they monitor

20    Twitter?

21         A    I had heard that they had become

22    aware of people who were impersonating me.

23    And that they had made reports to get accounts

24    shut down.  I don't know how they would have

25    found that out if they weren't monitoring it.
```

255

1       Q    Did anyone at Ripple ever try to

2    sensor or tell you not to post something?

3       A    There have been times where I've

4    been told not to discuss specific subjects,

5    like pending litigation and so on.

6       Q    Other than that, did they ever tell

7    you not to discuss price?

8            MR. CERESNEY:  Actually, other than

9    discussions with counsel.

10           MS. WAXMAN:  Sure.

11      A    No, I don't believe so.

12      Q    Did anyone at the company encourage

13   you to post information and -- on any of these

14   forums?

15      A    I think at times, definitely people

16   in the company told me that they -- that they

17   liked some of the stuff that I was posting.

18   Or that they found it interesting.  I think I

19   received -- I wouldn't call -- I think it

20   would be fair to characterize it as

21   encouragement.

22      Q    Did your postings promote XRP to

23   potential purchasers?

24      A    I would say they promoted the XRP

25   Ledger to potential users and adopters.  I

256

```
 1    don't know that -- I don't know that I would

 2    characterize it the way you did.

 3         Q    I want to go back to what was marked

 4    as Exhibit 76.  Let's look at page twenty-one.

 5    Sorry, not that one.  If you go to post number

 6    forty-nine on page twenty-two, the middle

 7    paragraph.

 8         A    Yes.

 9         Q    You compare -- my understanding --

10    I'm reading this, my understanding is that you

11    are comparing Ripple's current planned efforts

12    in the payment space as something massive, as

13    a massive undertaking.

14              What did -- can you tell me what

15    undertaking -- what that involved?  What those

16    efforts involved?

17         A    As of January 2017?

18         Q    Mm-hmm.

19         A    I think that was the time that we

20    were solidly executing what I previously

21    described as the RippleNet strategy.  Where we

22    were trying to figure out how to build

23    software that enterprises could use for their

24    payments. And deliver a payment network that

25    banks and financial institutions could use to
```

257

```
1    coordinate their payments.

2        Q    We are talking about -- were you

3    also talking about Ripple's efforts to

4    increase XRP liquidity and increase XRP

5    demand?

6        A    I don't think I was in that

7    paragraph.  There's nothing in there that

8    suggests to me that that's what I was talking

9    about.  You may be focusing on the words

10   "market traction." But I suspect that what I

11   meant there was market traction with the

12   RippleNet strategy.  I'm not a hundred percent

13   sure.

14       Q    If you go to the next page, post

15   number fifty-two, at the very bottom.

16       A    Yes.

17       Q    What -- what issue are you

18   responding to?  Are people accusing the

19   company of dumping XRP?

20       A    It's not entirely clear just from

21   that.  But I suspect, just from my response,

22   that that would have been what I was

23   responding to.  But I can't specifically see

24   what I'm responding to.  I suspect, just from

25   my own wording, that I was responding to --
```

258

1    yeah. Because if you look up at post

2    fifty-one, it cites another post from Spetnik

3    that talks about Ripple dumping.

4         Q    At the very last sentence of the

5    photograph, it says, "Anyone who holds XRP,

6    particularly those who are contractually

7    prohibited from dumping, shares our interest

8    in seeing the price appreciate over the

9    long-term."

10        A    Yes.

11        Q    Is that still your view?

12        A    It is -- it's my view that those who

13   hold -- it's my view that those who hold XRP

14   and who are prohibited from divesting

15   themselves of it in the short-term, would have

16   an interest in the price over the long-term.

17   Either holding steady or appreciating.

18        Q    What about purchasers of XRP on the

19   open market?

20        A    They wouldn't be necessarily be as

21   concerned about the long-term price because

22   they could close out their position at any

23   time.  They don't share the specific concerns

24   over the long-term price.

25        Q    It says, "Shares our interest in

259

1    seeing the price appreciate."

2          So do they have an interest in

3    seeing the price appreciate, regardless over

4    how long a period of time?

5          A    Well, someone who holds the asset

6    who doesn't have -- is not subject to any sort

7    of lock up, doesn't necessarily care about

8    what happens to the price over time.  They

9    obviously would probably prefer to sell the

10   price -- to sell at a time when the price is

11   higher than it was when they bought in.  But

12   it doesn't matter to them what happens to the

13   price after that. They don't have this

14   interest in the long-term health for the

15   space.

16         Q    Can you turn to page twenty-six,

17   post number fifty-seven.  It talks about the

18   civil enforcement action by FinCEN.

19         A    Yes.

20         Q    MPA.

21         A    Yes.

22         Q    Why did that -- you say at the very

23   end, "I think in retrospect, that actually

24   helped us."

25         A    Yes.

260

1    Q    Why did that help the company?

2    A    I think there were a variety of

3    reasons.  Again, this is my -- my opinion.

4    And I'll -- I'll tell you what I thought and

5    why I thought it.  The -- many of our

6    customer -- we initially thought that like

7    this settlement with FinCEN would almost be

8    like a death sentence.  Because we were trying

9    to do -- we were a small young company trying

10   to do business with very conservative

11   established companies, like banks and

12   financial institutions.

13         And this idea of having sort of a

14   black mark from a significant federal

15   regulator would essentially be -- would make

16   us almost untouchable in the space.  But as it

17   happened, it was much the reverse.  A lot of

18   the companies that we were doing business with

19   had themselves had, you know, various

20   different small issues at various times.

21   But --

22         THE WITNESS:  I'm making him

23   nervous.

24         MR. CERESNEY:  No --

25   A    But I think more importantly, the

261

1   perception was that we wouldn't have been able

2   to get a non-prosecution agreement if FinCEN

3   thought that something we were doing at the

4   time was fraudulent or illegal.  And that --

5   essentially what they thought was that in the

6   process of obtaining that agreement, we must

7   have made an enormous number of disclosures

8   both to FinCEN and to the U.S. attorney's

9   office and that they would have look very

10  closely at what they were doing.  And that the

11  agreement reflected what they found.

12          If they thought the company as whole

13  was fraudulent, if we were tied to something

14  unlawful, if there was something else, it

15  would have been found.  So it was sort of

16  interpreted as well, if this is the worst that

17  the federal government could find, then that's

18  probably okay.

19      Q    Were there any effects of the

20  settlement on Ripple's business?  How did it

21  affect Ripple's business; if at all.

22      A    It did effect our business because

23  there were numerous things that we agreed to

24  do in that agreement.  And obviously we had to

25  do all of those things.  It led to us

262

```
1    abandoning the wallet.  And it led to changes

2    inside our Compliance Department and

3    reporting.

4         Q    Did the agreement require Ripple to

5    abandon the wallet or was that a decision the

6    company made on its own?

7         A    It's very close to between those

8    two.  It put so many restrictions on it that

9    it would not have been competitive in the

10   market. You can argue, sure, Ripple could have

11   complied without eliminating the wallet.  But

12   it would have effectively -- it would not have

13   been competitive in the space.

14        Q    At that point, did Ripple shift from

15   a retail focus to an enterprise focus?

16        A    I believe we had already done that

17   prior to that settlement, but I'm not sure.

18   That's another reason why the settlement was

19   not as devastating to us as it would have

20   been. Initially, if we were very focused on

21   retail adoption and a wallet as part of that,

22   then that would have made it much more

23   difficult. But we had already pivoted away

24   more towards the enterprise strategy.  So

25   that's probably another reason why the
```

263

```
1    agreement was not as devastating to us as we

2    thought it might have been.

3         Q    At the very last sentence, it says,

4    "If you are ever in San Fran, let me know.

5    I'll buy you a beer and tell you the real

6    story of that action."

7         A    Yes.

8         Q    I think we both -- I don't have a

9    beer, but can you tell me what you were

10   talking about?

11             MR. CERESNEY:  On this, I just want

12   to caution you that obviously counsel was

13   involved in this.  And I imagine you had

14   discussions with counsel about it.  So I just

15   want to -- and even if you offered to have a

16   beer with somebody, that would not be SEC

17   testimony.  I would have instructed you to

18   have that limitation there, too.  But --

19        Q    Well, have you ever discussed the

20   details with anyone?

21        A    No, I have not.

22        Q    At any point?

23        A    No.  No.

24        Q    Is there anything you -- what were

25   you talking about that you could tell us?
```

264

```
 1        A    I think I was primarily talking

 2   about FinCEN's concern with our interactions

 3   with ██████████ who was an early investor in

 4   the company.

 5            MR. CERESNEY:  Hold on.  Do you know

 6   that from anybody other than from counsel?

 7            THE WITNESS:  No, I don't.

 8            MR. CERESNEY:  Okay.  So I'll

 9   instruct him not to answer.

10            MS. WAXMAN:  Okay.

11            MR. CERESNEY:  Just one thing. We've

12   been going for an hour fifteen.  I don't know

13   if it's a logical breaking point, but whatever

14   is a logical time.

15            MS. WAXMAN:  We can break now.

16   That's fine.  We are off the record at 4:26.

17            (A brief recess was taken.)

18            MS. WAXMAN:  We are back on the

19   record at 4:41.

20        Q    Mr. Schwartz, we saw on your

21   background questionnaire that up until 2016,

22   you were a member of the Ripple board of

23   directors, correct?

24        A    Yes.

25        Q    How did it happen that you no longer
```

265

```
1    became a member?

2         A    We had -- we had taken on more

3    investors and some of them wanted board seats.

4    And then other people, like industry experts

5    and so on, that we wanted on the board of

6    directors and there just weren't enough seats

7    to go around, so I agreed to step down.

8         Q    Any other reason?

9         A    No, that was the only reason.

10        Q    Did you use Slack for internal

11   communications at Ripple?

12        A    Yes.

13        Q    With whom would you communicate with

14   on Slack?

15        A    All of the other employees of the

16   company.

17        Q    How often did you use Slack?

18        A    It's varied.  It's become a little

19   bit less often over time as my role has become

20   less active in the sort of day-to-day

21   low-level execution.  But there were certainly

22   times where it was one of the primary means

23   that I used to communicate with the team.

24        Q    When you say, "communicate with the

25   team," who are you referring to?
```

266

1          A     XRP Ledger developers.  Most of them

2     were remote and so Slack was our primary

3     communication tool.

4          Q     Did you communicate with others

5     outside of the group of engineers?

6          A     Yeah.  Later on, that became more

7     common.  Initially, it was -- it was fairly

8     closed, only to employees.  Then later on,

9     there were -- there were portions of the Slack

10    that were open to non-employees.

11         Q     I meant to say outside of the group

12    of developers, did you use Slack to

13    communicate to others outside that group?

14         A     Oh, yeah.  Certainly.

15         Q     Did you use e-mail?

16         A     Yes.

17         Q     How often did you e-mail as compared

18    to use Slack?

19         A     I think Slack would have been the

20    preferred means of communication.  E-mail

21    would have been more common if it was

22    something that needed to go to multiple people

23    if it required revisions and more

24    conversational.  But for me, at least, Slack

25    was my primary means of communication.

267

1       Q    How widely was Slack used among

2  other employees at Ripple?

3       A    I think the vast majority of

4  employees used Slack as -- if not their

5  primary means, certainly as a very significant

6  means of communication.

7       Q    During what period of time?

8       A    Since very early.  Since we first

9  switched to Slack.  Probably in 2013.  Perhaps

10  even earlier.

11       Q    Does the company preserve its Slack

12  communication?

13           MR. CERESNEY:  Do you know?

14       A    I have no idea.

15       Q    What kind of subscription agreement

16  does the company have with Slack; if you know?

17           MR. CERESNEY:  Do you know?

18       A    I don't know.

19       Q    Do you know if it's more than the

20  free service?

21       A    I don't.

22       Q    Who would know?

23       A    I suspect ▮▮▮▮▮▮▮ would know.

24  But I don't know for sure who would know.

25           MR. CERESNEY:  Just for the record,

268

1    I mean, if you have questions about this, we

2    are happy to look into them and get back to

3    you as opposed to --

4              MS. WAXMAN:  We do.  Sounds good.

5              MR. CERESNEY:  As opposed to asking

6    him.

7                        (SEC Exhibit No. 82 was

8                         marked for

9                         identification.)

10             MR. DANIELS:  We are showing you a

11   document marked as Exhibit 82.  It is from XRP

12   Chat.  Unfortunately, it doesn't have page

13   numbers.  But if you turn to the third page of

14   the document, you see the posted title "If

15   Ripple Failed, XRP Died?"

16             Do you see that?

17             THE WITNESS:  Yes.

18             MR. DANIELS:  Two pages later, it

19   says, "If Ripple Labs success is sustainable

20   XRP can be alive or died.  So XRP is very tied

21   to Ripple Labs?  And Ripple Labs not really

22   tied towards XRP."

23             Do you see that?

24             THE WITNESS:  Yes, I see that.

25             MR. DANIELS:  Several pages later,

269

1    you respond.  If you turn towards your

2    picture.

3            THE WITNESS:  Yes, I see.

4            MR. DANIELS:  At the beginning, on

5    June 3, 2016, you say, "I don't think it's

6    likely XRP would be succeed without us,

7    although it's possible.  I do think it's

8    possible for us to succeed without XRP

9    succeeding as we do have other sources of

10   revenue."

11           Can you just explain what you meant

12   by "I don't think it's likely XRP would

13   succeed without us."

14           THE WITNESS:  Well, at the time --

15   at the time, I believe, the cryptocurrency

16   market was kind of -- was kind -- give me a

17   second.

18           It's difficult for me to put my head

19   in June 2016.  But I think a theme that I had

20   a lot was that the road to developing a

21   successful -- the road to a successful

22   cryptocurrency was -- was speculative and that

23   a lot of projects would fail.  And I think

24   that's what I was referring to.

25           MR. DANIELS:  And that the success

270

1   of this cryptocurrency XRP was in some ways

2   tied to the company, Ripple Labs?

3           THE WITNESS:  I'm making a very

4   weak-tied argument that I didn't think it was

5   likely XRP would succeed without -- and I

6   think -- I used the word "us" here.  And I

7   would -- I kind of interpret that as referring

8   to the group of people who were working on it

9   and not necessarily just the company.  I would

10  just caution that success of the XRP Ledger

11  was very speculative at the time under any

12  circumstances.

13          MR. DANIELS:  This post was in June

14  2016.  Has your viewed changed regarding your

15  relationship between XRP and Ripple Labs?

16          THE WITNESS:  It has.  At this time,

17  what I think is that if the cryptocurrency

18  space in general was successful, I think a

19  rising tide is going to lift all boats.  I

20  think if the cryptocurrency space generally

21  collapses, then few, if any, projects will

22  survive.  Which sounds a little bit fatalist.

23  But it means that kind of we are working for

24  the success or the failure of the space as

25  opposed to the individual projects.

271

```
1              I think I say that, actually.  Now
2     that I look at this.  I think if you look on
3     the next page, I talk about that.  Where I
4     say, "It seems like a better strategy to grow
5     the cryptocurrency pie, than to pick a fight
6     with a strong player for a bigger slice of
7     it." I guess my thinking was somewhere in
8     transition between those ideas at that time.
9         Q     But when you are talking about
10    growing the cryptocurrency pie as opposed to
11    picking a fight with a stronger player, are
12    you comparing XRP with Bitcoin?
13        A     I think here, I'm specifically
14    limiting it to that.  I thought about it more
15    broadly than that.  But I think I'm, at least,
16    using that as an example to make that point.
17        Q     Have you ever heard of the term
18    "Five-Bells"?
19        A     Yes.
20        Q     What does that refer to?
21        A     Five-Bells was an internal code name
22    at Ripple for what later became Interledger.
23        Q     And why did you use an internal code
24    name to describe it?
25        A     You just needed some kind of a name
```

1    to talk about -- to talk about something so

2    that you could refer it -- so everyone knew

3    what everyone was talking about.  And I think

4    ███████ came up with the name Five-Bells.

5         Q    If the XRP Ledger failed, could

6    Ripple develop a business model around ILP?

7         A    Yes.

8         Q    And how would they generate revenue

9    from that?

10        A    There's a lot of different ways. And

11   it comes down to they're very much the same

12   sorts of revenue models that we were talking

13   about before.  Ripple could put itself inside

14   the transaction flow and get fees on

15   transactions.  Because Interledger is not a

16   public -- it's not a public ledger.  It's a

17   protocol.  Someone needs to run the sort of

18   instances that hold -- that hold state and

19   perform operations.  That could be Ripple who

20   could extract transaction fees.

21             You could imagine that we sell

22   software, we sell wallets or we monetize the

23   data from people using the wallets.  All of

24   the -- all of the same -- all of the same

25   thinking that we happened to have in the early

273

1   days of Ripple applied to a strategy booked

2   around the Interledger.  Other than monetizing

3   the token.

4       Q     Would these products and services

5   involve the use of XRP?

6       A     Well, if you are imagining the XRP

7   Ledger failing, then they probably wouldn't.

8   But if you imagine the strategy that -- you

9   could imagine either course.

10      Q     Is the company pursuing this

11  strategy with respect to ILP now?

12      A     Yes.

13      Q     Does the company generate revenue

14  from products and services related to ILP?

15      A     No. !!!

16      Q     Do you anticipate -- does the

17  company anticipate at some point generating

18  revenue from ILP?

19      A     I think -- I think that would be

20  very speculative at this time.  I think our

21  goal more is to promote the technology,

22  largely as way of avoiding lock-in.  ILP works

23  with every cryptocurrency.  So if you adopt

24  Interledger -- I'll be using Interledger and

25  ILP interchangeably.

1          If you adopt Interledger, you can

2     interact with any cryptocurrency.  You can

3     interact with XRP or Ethereum or Bitcoin.  So

4     you are not locked in.  Whereas there are

5     other technologies that other people are

6     promoting that do lock you in either to

7     cryptocurrencies or -- to specific

8     cryptocurrencies.  Lightening would be a good

9     example.  And so, most of the rationale behind

10    our Interledger strategy is to give people the

11    flexibility to use whatever digital asset they

12    want, rather than getting locked in so that

13    they get better experiences.

14         Q    Is -- is what you talked about just

15    now about revenue from transaction fees part

16    of your ILP strategy?

17         A    It's not at this time.  That's --

18    it's more about avoiding lock-in at this time.

19         Q    When you say, "avoiding lock-in,"

20    meaning, being -- does that mean not being

21    tied to XRP?

22         A    It -- it mean -- broadly, it means

23    not having your choice of what digital asset

24    to use.  So for example, even if XRP was the

25    best digital asset for your -- let me -- let

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

275

1    me back up a second.

2            Let's say you built on top of

3    Ethereum because you like Ethereum's features.

4    You can't use XRP on Ethereum, you can't use

5    Bitcoin on Ethereum.  You can't get to those

6    assets.  So you are sort of locked in to using

7    assets in the Ethereum ecosystem, even if

8    they're not the best assets for you to use.

9    If you use a technology like Interledger, you

10   are not locked in to any particular asset.

11   You can use whatever asset is better -- works

12   best for you.

13           Our primary concern was that people

14   would get bad experiences because they would

15   be locked into technologies that didn't allow

16   them to use the assets that were best.  And I

17   think it's fair to say secondarily, that would

18   mean that they would tend to get locked into

19   assets other than XRP so that they couldn't

20   use XRP, even if it was the best choice for

21   them.

22       Q    Could it also be if -- if XRP was

23   not the best asset, ILP would -- the company

24   users could use ILP with a different asset?

25       A    Right.  And so the users would get a

276

1      better experience, even if XRP was not the

2      best asset for them and there's no way that

3      they would ever use XRP because it's

4      absolutely terrible for their use case, they

5      can still adopt Interledger and they can still

6      be a part of an ecosystem that XRP could

7      participate on sort of evenly with other

8      assets.  And then every -- that's better for

9      everyone because everybody gets a choice of

10     the asset that works best for them.

11         Q     Early on, was Five-Bells seen as a

12     hedge against the XRP Ledger strategy?

13         A     I didn't see it that way.  I don't

14     know whether or not other people did.

15         Q     Are you involved in any of the

16     development of ILP?

17         A     I'm not directly involved with the

18     day-to-day development.  I do sit in meetings

19     where strategy is discussed and progress is

20     reported.  But I'm sort of outside that chain

21     of command.  So it's more just -- just

22     monitoring and providing advice when asked.

23                        (SEC Exhibit No. 83 was

24                        marked for

25                        identification.)

277

1       Q    I'm showing you what has been marked

2   as Exhibit 83, which is an AMA on Reddit.

3       A    Yes.

4       Q    Which I believe stands for Ask Me

5   Anything.

6       A    Yes.

7       Q    If you look at the first page, the

8   first post, is this what we spoke about

9   earlier, about Ripple engineers adding certain

10  features to the XRP Ledger?

11       MR. CERESNEY:  What's the date of

12  this post?  Do you know?

13       MS. WAXMAN:  At the very top -- I'm

14  not sure about this -- it says 7/3/2018.

15       MR. CERESNEY:  That wasn't the date

16  of the printing?

17       MS. WAXMAN:  I'm not sure if

18  that's --

19       MR. CERESNEY:  I see.  I see post --

20  yeah, it looks like it's July.

21       THE WITNESS:  That sounds about

22  right.  I do have somewhat of a recollection.

23       MR. CERESNEY:  Sorry.

24       Q    On the very first page, the very

25  bottom, it talks about the escrow, the payment

278

1    channels for off chain scalability.  Is that

2    what we were talking about earlier, about the

3    development of features --

4         A    Yes.

5         Q    -- for the XRP Ledger?

6         A    Yes.

7         Q    If you turn to the next page, the

8    third page, in the middle of the page, it

9    talks about, it says, "Ripple has a team of

10   talented developers working on improving the

11   scalability and reliability of the XRP

12   Ledger."

13        A    Yes.

14        Q    "We are also constantly evaluating

15   the ledger's features set and looking for ways

16   to make the ledger more powerful." Is that

17   what we were talking about earlier?

18        A    Yes.

19        Q    If you turn to -- there are no page

20   numbers --

21        A    There are tiny page numbers on the

22   bottom right.

23        Q    You are right.  On page eight.  Can

24   you generally explain to me how Codius is

25   integrated into the ledger?

279

1    A    It's currently -- it's currently

2    not.  Codius was an idea that originated

3    Primarily with ▮▮▮▮▮▮▮▮ at Ripple.  We

4    initially did some development on it.  We

5    subsequently paused development because we

6    didn't think the market was ready for it.  And

7    then we sort of reconsidered resuming

8    development on it.  And it's currently paused.

9    Codius is a computer platform, similar to what

10   Ethereum provides.  But it's not tied to any

11   particular public ledger.  It can interact

12   with any public ledger.

13       Q    If you turn to the next page, page

14   nine.  In the middle of the page, you talk

15   about XRP as compared to other assets.

16       A    Yes.

17       Q    What three things set XRP apart from

18   any other digital asset?

19       A    Well, in this statement, I said it

20   was the team of professional at Ripple, a

21   focus use case and a set of customers finding

22   business value in it.

23       Q    I think you also said, "A coherent

24   strategy to drive adoption for that use case."

25       A    I want to clarify something here,

1    though.  The question was a little bit
2    ambiguous about whether they were talking
3    about the digital asset or Ripple the company.
4    And I think the answer sort of reflects the
5    sloppiness of the question.  Which I think
6    is -- which I think is a little bit
7    unfortunate.
8          Like if you see, it says there's a
9    lot of talk of the XLM and XRP.  What really
10   sets your company apart or rather XLM and XRP
11   ████████ and Ripple apart.  So it's a little
12   bit of a confusing question.  And so,
13   unfortunately, rather than clarifying it, I
14   think it gave a little bit of a confused
15   answer.  I answer a very large number of --
16   they ask me anything.  You have a very limited
17   amount of time and you are trying to answer as
18   many of the questions that people ask as you
19   can.
20         It's an even worse situation than --
21   at least on Twitter, you have the option not
22   to answer a question or you can say, "Oh, I
23   really need to stop and think about this." I
24   just want to put in context that this -- this
25   is a case where you are trying to answer as

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

281

1   many questions as you possibly can in a short

2   period of time.  And they aren't necessarily

3   well formed questions or even well thought out

4   question.  They're outvoted by a crowd.  So it

5   produces a sort of worse than usual result.

6       Q    What did you mean by a coherent

7   strategy to drive adoption for the XRP use

8   case?

9       A    I -- I think I was talking -- this

10  is four months ago.  I think I was talking --

11          MR. CERESNEY:  It's a year.

12          THE WITNESS:  Sorry.  Right.  That's

13  right.

14          MR. CERESNEY:  Year and six months

15  ago.

16      A    I think we were -- this was after we

17  launched ODL.  So I think what I was thinking

18  about was Ripple strategy to launch ODL to

19  drive -- as a production use case using XRP as

20  a vehicle currency.  I think what I'm saying

21  here is that that would sort of -- that would

22  sort of -- that will sort of provide a path to

23  growing liquidity.

24      Q    And at the time, ODL was being

25  referred to as xRapid, correct?

```
1        A    That's correct.  But it's hard to

2    say because this is a very short answer to a

3    very ambiguous question.  So it's difficult

4    to -- you can almost attach it to any longer

5    thought that you want.

6        Q    I asked this earlier, but I'll ask

7    again.  Why were you trying to set XRP apart

8    from other digital assets?

9        A    I think there was a perception at

10   the time that -- that I was trying to address

11   that there was no reason for anything other

12   than Bitcoin to exist, that Bitcoin sort of

13   solved every possible problem or met every

14   possible use case.

15            And I think maybe Ethereum might

16   have sort of edged out a little space as well.

17   You can't use sort of Bitcoin as a world

18   computer and so Ethereum sort of has.  And I

19   think what I was trying to do is I was trying

20   to make the argument that there was -- that

21   there was space for another cryptocurrency to

22   exist in the world.

23       Q    Well, you are not really talking

24   about the features of XRP or the ledger.  Or

25   the benefits of the, you know, proof of work.
```

283

1    You are talking more about Ripple.

2         A    Well, there's a distinction between

3    why I'm making an argument and the argument

4    that I'm making.  I think that the argument

5    that I'm making is what you see here.  But I

6    think the reason that I would have made

7    arguments like that was to argue both that

8    there was a -- that Ripple had some sort of a

9    reason to exist and that XRP sort of had some

10   use case.

11        Q    What was Ripple's reason to exist?

12        A    Ripple's reason to exist at this

13   time would have been to pursue -- to build up

14   payment network that would allow enterprises

15   to settle using digital assets.

16        Q    Specifically XRP?

17        A    Certainly, our focus was on XRP. But

18   we would have -- we certainly would have

19   allowed customers to use any digital asset

20   that they want.  Our focus at that time was

21   very much on giving customers good experiences

22   so that we would have customers.

23        Q    Can you use any digital asset you

24   want with xRapid?

25        A    It's technologically possible to.

284

```
1    The product isn't always set up to do it.  We

2    did definitely set it up to use Bitcoin at one

3    time, and there hasn't really been demand.

4    But it's not difficult to adjust the system.

5    The -- the -- the problem you run into is that

6    the movement of Bitcoin from one exchange to

7    another typically will take about an hour.

8    And so the ninety -- if the ninety seconds is

9    critical to the reason that you are adopting

10   it, then taking over an hour for a

11   transaction, that makes the use case less

12   compelling.

13          There are digital assets that have

14   other combinations of characteristics and it's

15   certainly possible that you could find other

16   ways that the product would still be useful.

17   You could even find markets where if it takes

18   an hour, that's fine.  Maybe you are just

19   rebalancing, you know, all of your -- maybe on

20   Thursday, you are preparing all of your funds

21   for Friday and it's okay if it takes an hour.

22          So there would be use cases.  But

23   you couldn't really target the use case that

24   we thought was the sweet spot, which were

25   those remittances.  I think if it took an hour
```

285

1    or, you know, if the liquidity was less, I

2    think that would be -- it wouldn't -- you

3    would choose different -- you would choose a

4    different strategy.

5        Q    But Ripple could tweak the xRapid

6    product to adapt it to other currencies.  May

7    not be Bitcoin.  Bitcoin may not work for

8    different use cases or different customers.

9    So could be -- Bitcoin could be --

10       A    Right.

11       Q    -- XLM or whatever?

12       A    You could imagine a scenario where

13   XRP fails and Ripple switches ODL to work some

14   other way.  Or to some -- there's some market

15   that's better linked with another digital

16   currency.  And so forth.  Again, it's

17   speculative but it's technically possible.

18                     (SEC Exhibit No. 84 was

19                      marked for

20                      identification.)

21       Q    I'm showing you what has been marked

22   as Exhibit 84, which is post on Reddit on July

23   3, 2018.

24            MR. CERESNEY:  Same day as the other

25   one.

286

```
1              MS. WAXMAN:  Yes.

2         Q    And it looks like these are just a

3    compilation of your posts.  So you don't see

4    people -- other people's comments.  And I'm

5    not sure if it's the 7/3/2018.  Could be the

6    date I viewed it.

7         A    See if I -- if I have a recollection

8    or --

9              MR. CERESNEY:  The only thing is,

10   I'm just going to ask, sometimes the question

11   is helpful for context for the response.  So

12   let's see what you are going to ask and then

13   he can figure it out.

14        A    Is there a particular one you want

15   to draw my attention to?

16        Q    Sure.  Page four.

17             (The witness examined the document.)

18        Q    The one that starts --

19        A    "First" --

20        Q    "First, Ripple has" -- the very top

21   of the page, you write, "First, Ripple has a

22   direct financial interest in the value of XRP

23   being as high as possible.  The higher the

24   price of XRP, the more value Ripple can

25   extract for its shareholders from its XRP and
```

287

```
 1    the greater Ripple ability to use XRP to

 2    incentivize its partners."

 3        A    Yes.

 4            MR. CERESNEY:  Just take a look at

 5    the prior page.  It looks like he's responding

 6    to a comment on the prior page.

 7            MS. WAXMAN:  Yeah.

 8        A    Yeah.  Above volatility being bad.

 9        Q    How is Ripple going to try to get

10    XRP to have a high price?

11        A    Ripple did not have a strategy to

12    get XRP to have a high price.

13        Q    Did it have a strategy to increase

14    demand?

15        A    Ripple had a strategy to increase

16    adoption, increase the performance and

17    stability of the XRP Ledger to add features to

18    it.

19        Q    Was that strategy, would that

20    strategy increase the price of XRP?

21        A    It could have an indirect effect on

22    the price by increasing demand.  But that

23    wasn't -- that wasn't the objective of the

24    strategy.

25        Q    Why did you tell people that Ripple
```

288

```
 1    has a direct interest in the value of XRP
 2    being as high as possible?
 3         A    Usually, and I can't tell you if
 4    this is the case in this particular place
 5    where I did it, but generally it's because
 6    there was a -- there were people spreading the
 7    opinion that Ripple wanted a low price for
 8    XRP, because that would make it cheaper for
 9    partners or -- or that that would create a
10    perception that there was sort of a more
11    upward room for the price to increase or other
12    types of arguments that were sort of
13    nonsensical auspicious.  And so to combat
14    that, I made arguments for the opposite
15    proposition.
16         Q    I understand that higher prices have
17    the -- make it cheaper to make payments. But
18    higher prices also benefit Ripple, correct?
19         A    Correct.
20         Q    Because the more -- the higher the
21    price of XRP, the more money they can get from
22    sales?
23         A    That's correct.
24         Q    At the bottom of that page, you talk
25    about XRP price getting to as high as $20.00
```

289

```
 1   or higher.

 2        A    Yes.

 3        Q    Why did you think -- or how did you

 4   think XRP's price could climb to $20.00?

 5        A    It's unfortunate that you don't have

 6   the question that I was responding to here.

 7   But my recollection is that someone was

 8   talking about a specific valuation model where

 9   you look at the sort of -- the -- the

10   potential value that something could have by

11   looking at what it captures.

12            So for example, if you were looking

13   at the value of a car, you look at sort of the

14   value that horses capture.  And you think,

15   well a car can capture all of the value of the

16   horse.  If the car displaces the horse, then

17   the value -- then the -- the value of the

18   problem that the car solves could be reflected

19   in the value of the car.  And that sets an

20   upper limit.  Because you wouldn't buy

21   something that cost more than the problem that

22   it solves.  But you might spend up to the

23   amount of the problem.

24            And so the context was to set an

25   upper limit of what the price could be, if it
```

290

```
1    captured all of the value of the
2    inefficiencies that it could potentially
3    eliminate.  And I think if you look at what I
4    say in the first paragraph, I make it clear
5    that I'm talking about that particular sort of
6    framing.
7        Q    Did you also talk about inexistences
8    where the valuation would be even higher than
9    $20.00?
10       A    I did.  And what I'm talking about
11   here is, if you imagine a car captures all the
12   value of the horse, but also people sometimes
13   don't use horses because you have to feed them
14   and they might get sick.  If a car is better
15   than the horse, it could not just capture all
16   of the value of the horse, but we might use
17   cars for things that we wouldn't use horses
18   for.  And so you could potentially capture
19   value beyond the value of sort of the existing
20   and efficiency that you displace.  And I think
21   I'm very clear about -- about that here.
22       Q    Can you give us an example, but not
23   using the car and the horse but actually using
24   XRP?
25       A    I think I do that here.  I mean, I
```