291

1    could read this to you, but I think that's

2    exactly what I do.  I talk about the

3    inefficiency in international payments.  I

4    talk about XRP potentially capturing that

5    value. And then I say, "If you imagine that

6    international payments become cheaper and

7    faster, then there might be more of them."

8    That's what I'm talking about here.

9            MR. CERESNEY:  This is all kind of a

10   thought experiment?

11           THE WITNESS:  I think I'm very clear

12   here that I'm adopting the question or the

13   sort of valuation model and sort of setting --

14   in the -- initially setting the ceiling and

15   then sort of just -- this is extremely

16   speculative. And I think I -- I think I make

17   that point in here.

18       Q    If you turn to page six, the top of

19   the page, is this -- we spoke about earlier

20   the possibility of Ripple hedging volatility

21   or -- that banks would have if they were to

22   hold up huge pile of XRP?

23       A    You are talking about this, "Banks

24   likely won't hold XRP themselves unless either

25   the volatility risk is low or someone is

292

1    willing to do hedge it for them, which Ripple

2    might me willing to do?" Is that the statement

3    you are referring to?

4        Q    Yes, yes.

5        A    Yeah, that's similar to what we were

6    talking about before.

7        Q    At the end of the second post, it

8    says -- it talks about customers holding a big

9    pile of XRP and how that affects demand.  You

10   say, "By holding a big pile, they push up the

11   demand." Can you explain that, why that's

12   true?

13       A    That statement on page --

14            MR. CERESNEY:  It's this one

15   (indicating).

16       A    Oh, oh, yes.  So -- so if you -- if

17   you imagine this world where people are using

18   XRP to originate payments and then they hold a

19   pile of XRP, then that -- then that -- then

20   that is -- that is a direct increase in

21   demand.

22            MR. CERESNEY:  But what's the

23   context of that whole post?  I think you are

24   responding to something.

25       A    Yeah.  That's not entirely clear

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

1     what I'm responding to here.

2          Q     Well, I think the question at the

3     top says, "Does the price of XRP increase if

4     no banks hold it in the future?" Then you say,

5     "Would be expected to increase the value of

6     XRP two obvious ways."

7          A     And I assume that it's referring to

8     XRP as a vehicle currency.  But it's not --

9     not entirely clear here.  What was your

10    question?

11         Q     I wanted to know how holding a large

12    pile of XRP would push up demand.

13         A     Well, if -- if -- if various

14    different groups that want to originate

15    payments with XRP each accumulate a pile of

16    XRP, that is demand.

17         Q     If you look at the second to last

18    post --

19               MR. CERESNEY:  The Hello Ripple

20    community members?

21         Q     Yes.  The question is, "What's the

22    correlation between the future success of

23    Ripple as a company versus XRP currency?" You

24    say, "Since Ripple holds over sixty billion

25    XRP, there's a huge correlation between Ripple

```
1     success as a company and the long-term price
2     of XRP." When you talk about success, are you
3     talking about valuation and increase revenue
4     for Ripple?
5         A    I think what I was talking about
6     there was the actual amount of money, the
7     actual amount of value that Ripple could
8     materialize for shareholders.
9         Q    So is that valuation?
10        A    Not so much valuation.  Because
11    valuation is kind of at a point in time.  But
12    more sort of the total amount of value that
13    Ripple could produce.
14        Q    Then you go onto say, "The higher
15    that price, the more value Ripple can get out
16    of its XRP.  Ripple's key business model is to
17    drive use and adoption of XRP, and ultimately
18    be able to realize more value from the XRP it
19    holds."
20        A    And to be clear, the question that
21    I'm responding to is specifically the
22    connection between Ripple's success and XRP.
23        Q    Right.
24        A    So I'm talking about that -- not to
25    the -- I don't mean to imply here that there
```

1    aren't, you know, there aren't other factors

2    on both sides.  I'm just talking about this

3    specific connection between those two.

4        Q    Correct.

5        A    There's certainly a connection in

6    the direction that Ripple holds a lot of XRP.

7    And so if the value of XRP, you know, remains

8    high over a long period of time, then that

9    could become valuable to Ripple stockholders.

10       Q    And to Ripple the company?

11       A    It's substantially the same thing.

12                       (SEC Exhibit No. 85 was

13                       marked for

14                       identification.)

15       Q    Showing you what has been marked as

16   Exhibit 85, which is again a post on Reddit.

17   The date on the document is 7/3/2018.

18            MR. CERESNEY:  Same date.  You think

19   you printed it out that day?

20            MS. WAXMAN:  I think this is when I

21   viewed the document.

22            MR. CERESNEY:  Okay.  Okay.

23            MS. WAXMAN:  But I'm not sure.

24            THE WITNESS:  Okay.

25            (The witness examined the document.)

1      Q    If you turn to page five --

2      A    Yes.

3      Q    It says -- someone's question says,

4   "Serious question:  What percentage of

5   Ripple's value do you think comes from the XRP

6   that Ripple holds?"

7      A    Yes.

8      Q    That's a good question.  How much

9   value does Ripple Lab get from its XRP?

10     A    I would have to look at the numbers

11  to tell you.  I don't know the numbers

12  offhand.

13     Q    Do you have a rough idea?

14     A    I have -- I think most -- I think --

15  I think -- well, we had a round of -- a large

16  round of investment recently.  As -- if you

17  limit it strictly to revenue or do you also

18  include other funding sources.  I would have

19  to -- again, I would have to look at the

20  numbers.

21     Q    Did the company ever disclose how

22  much value it got from sales of XRP as opposed

23  to revenue from other products -- from

24  products?

25     A    I believe the XRP markets reports

297

1    disclosed the revenue from XRP.  I don't

2    believe that we publically disclosed revenue

3    from other sources.  Funding rounds up

4    basically in conception.

5         Q    But not revenue from product sales?

6         A    No, I don't believe we disclosed

7    that information.

8         Q    Then you go on -- the very last

9    paragraph says, "As per whether Ripple will

10   fail, if XRP fails, I can say that all of our

11   present plans fail."

12        A    Yes.

13        Q    Is that still true today?

14        A    I think it's substantially true

15   today.

16        Q    Why?

17        A    Because all of this strategies that

18   we -- all of the strategies that we've

19   executed connect to XRP in some way.  I guess

20   the closest thing to inception would be trying

21   to extract revenue from the RippleNet strategy

22   through transaction fees or licensing

23   agreements.  But other than that, I would say

24   all of our current strategies are primarily --

25   are -- have enough of an XRP component that

298

1    they would require significant strategic

2    changes.

3         Q    How small is the RippleNet strategy

4    component for the business?

5         A    It's the -- it's the dominant

6    strategy of the company today.

7         Q    The RippleNet strategy?

8         A    Yes.

9         Q    But outside of -- strike that.

10                        (SEC Exhibit No. 86 was

11                        marked for

12                        identification.)

13        Q    I don't have a copy of this

14   document, but it will be quick.  I'm showing

15   you what has been marked as Exhibit 86, which

16   is an e-mail dated April 6, 2018.  The subject

17   is ████████    And it talks about an FX rate

18   log in connection with xRapid.  And I was just

19   wondering if you can explain to me what

20   they're talking about.

21               (The witness examined the document.)

22               MR. CERESNEY:  Is he on this e-mail?

23               MS. WAXMAN:  He is.

24               MR. CERESNEY:  CC'ed.

25               MS. WAXMAN:  He's at the top.

1        A    I'm CC'ed on it, yeah.

2             So I don't -- I don't specifically

3    recall what this issue was.  I mean, I can

4    tell you what a rate lock is.  But I can't

5    tell you what the specific issue --

6             MS. WAXMAN:  I found more copies.

7    Sorry about that.

8             MR. CERESNEY:  Okay.  Thank you.

9        A    It's unusual for me to be CC'ed on

10   an e-mail like this.  I'm not really sure why

11   I was included on the distribution list.  Do

12   you want me to explain what a rate lock is

13   generally?

14       Q    Sure.

15       A    So a rate lock is when you get an FX

16   quote, either you'll get a particular exchange

17   rate.  Often, that quote is what the rate you

18   would have gotten had you performed the trade

19   at the time you got the quote.  Like if you

20   look at a stock market and you get a quote on

21   a stock, that doesn't guarantee that you can

22   actually buy the stock at that price.  Or if

23   you get a quote an FX market, that's a

24   snapshot.

25             So a lock would be a quote that you

300

```
1    had sometime to be able to make a decision

2    whether to accept or not.  It would be more

3    like a commitment, more like an actual

4    enforceable growth.

5         Q    What was the request being made with

6    respect to a rate lock?

7         A    I can only tell you what it says in

8    the e-mail.  Looks like somebody wanted the

9    ability to lock an FX quote for at least sixty

10   seconds.  I don't have a recollection

11   beyond -- beyond what I'm reading in this

12   e-mail now.

13        MS. WAXMAN:  Okay.  Thank you. Okay.

14   Let's take a two-minute break, and then I

15   think we'll be done.

16        We are off the record at 5:25.

17        (A brief recess was taken.)

18        MS. WAXMAN:  It's 5:32.  We are back

19   on the record.

20        Mr. Schwartz, we have no further

21   questions today.  I want to give you an

22   opportunity --

23        MR. CERESNEY:  We don't have

24   anything.

25        MS. WAXMAN:  Thank you very much for
```

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

301

1    sitting here all day.  We appreciate it.  We

2    are now off the record at 5:32.

3              (Whereupon, at 5:32 p.m., the

4    examination was concluded.)

5                    * * * * *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

302

```
 1                    PROOFREADER'S CERTIFICATE

 2

 3    In The Matter of:   RIPPLE LABS, INC.

 4    Witness:            David Schwartz

 5    File Number:        NY-09875-A

 6    Date:               Thursday, January 30, 2020

 7    Location:           New York, NY

 8

 9          This is to certify that I, Maria E. Paulsen,

10    (the undersigned), do hereby certify that the

11    foregoing transcript is a complete, true and accurate

12    transcription of all matters contained on the recorded

13    proceedings of the investigative testimony.

14

15    _____    _____

16    (Proofreader's Name)        (Date)

17

18

19

20

21

22

23

24

25
```

303

```
 1                    C E R T I F I C A T E

 2    STATE OF NEW YORK   )

 3                        :SS

 4    COUNTY OF NASSAU    )

 5              I, Elbia Merino, a Notary Public within and

 6    for the State of New York, do hereby certify:

 7              That the witness whose examination is

 8    hereinbefore set forth was duly sworn and that such an

 9    examination is a true record of the testimony given by

10    such witness.

11              I further certify that I am not related to

12    any of these parties to this action by blood or

13    marriage, and that I am not in any way interested in

14    the outcome of this matter.

15              IN WITNESS WHEREOF, I have hereunto set my

16    hand on this 7th day of February, 2020.

17                   _signature_

18

19

20

21

22

23

24

25
```

# Transcript Word Index





























































[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020















