44

|     |                                                         |
| --- | ------------------------------------------------------- |
| 1   |          MR. GULAY:  Objection.                          |
| 2   |          MS. BUNTING:  Objection.                        |
| 3   |     A.    Both my own funds and Ripple's funds.          |
| 4   |     Q.    When you held your ████████████ XRP            |
| 5   | before you sold it, did you want the price of --         |
| 6   | of XRP to go up while you held it?                       |
| 7   |          MR. GULAY:  Objection.                          |
| 8   |          MS. BUNTING:  Objection.                        |
| 9   |     A.    I certainly preferred it to go up than         |
| 10  | down.                                                    |
| 11  |     Q.    Okay.  And when did you leave Ripple?          |
| 12  |     A.    Mid to late 2015.                              |
| 13  |     Q.    And why did you leave Ripple?                  |
| 14  |     A.    General sense of burnout after working         |
| 15  | very long hours for two years, as well as from a         |
| 16  | risk management perspective, feeling like the            |
| 17  | outcome of Ripple, like I viewed all technology          |
| 18  | start-ups, early stage start-ups, to have a fairly       |
| 19  | binary outcome of success or failure over time.          |
| 20  | And from a risk management perspective, once you         |
| 21  | have the trade on, so to speak, it often makes           |
| 22  | sense to diversify and do something else rather          |
| 23  | than devoting ten years of your life to a binary         |
| 24  | outcome.                                                 |
| 25  |     Q.    Are you still in touch with your former        |

45

1    Rip -- Ripple colleague?

2        A.   Yes, I am.

3             MS. BUNTING:  Objection.

4        Q.   Who --

5             MS. STEWART:  What was the

6        objection there?

7             MS. BUNTING:  You said "Are you

8        still in touch" --

9             THE REPORTER:  I can't hear you.

10            MS. BUNTING:  She said "Are you

11       still in touch?"  What does that mean?

12            MS. STEWART:  Okay.

13            MS. BUNTING:  Can you -- I think

14       that's ambiguous.  So you can rephrase it.

15   BY MS. STEWART:

16       Q.   Okay.  If you understand what that

17   means, please answer.

18       A.   Yes, I am.

19       Q.   Okay.  Who are you in touch with?

20       A.   Primarily Patrick Griffin and █████

21   ████    though I have sporadic conversations with

22   a large number of people from the firm.

23       Q.   Okay.  How often do you speak with

24   Patrick Griffin?

25       A.   At least once a month.

46

1      Q.   Do you consider any of your former

2   Ripple colleagues to be friends?

3      A.   Yes.

4      Q.   Who?

5      A.   Patrick Griffin and [REDACTED]        the

6   two that I mentioned that I'm in touch with

7   regularly.

8      Q.   Are you in touch with Chris Larsen?

9             MS. BUNTING:   Objection.

10      A.   Not regularly.

11      Q.   Okay.  When was the last time you spoke

12   with Mr. Larsen?

13      A.   Over a year ago.  The exact date I'm

14   not -- I'm not sure of.

15      Q.   What did you speak with him about over a

16   year ago?

17      A.   I solicited him for investment in my

18   real estate project and he did not want to invest

19   in it.

20      Q.   Do you know Brad Garlinghouse?

21      A.   I do.

22      Q.   How do you know him?

23      A.   Through my time at Ripple as an

24   employee.

25      Q.   So did you and Mr. Garlinghouse overlap

1    at Ripple?

2         A.   We did.

3         Q.   Okay.  Are you in touch with him?

4         A.   I have not spoken to him for a very long

5    time.

6         Q.   Okay.  I want to make sure that we're

7    using the right terminology here as we talk -- as

8    we talk here today.

9              So when -- when you first joined Ripple,

10   was there something called the Ripple network?

11        A.   There was a technology which people

12   referred to as "Ripple," which may also -- you

13   know, I think that's what you're referring to when

14   you say "the Ripple network."  People today often

15   call it the Ripple Consensus Ledger --

16        Q.   Okay.

17        A.   -- so yes.

18        Q.   So -- so Ripple network in your mind is

19   what today is called the Consensus Ledger or the

20   XRP Ledger?

21                  MR. GULAY:  Objection.

22                  MR. HORTON:  Objection.

23        A.   I don't recall Ripple network being a

24   common term, but people referred Ripple as a

25   technology and I think that's what you mean by

48

1    "Ripple network."

2         Q.   Okay.  Well, as we go through some of

3    the documents, as we see these terms, then maybe

4    I'll ask you in the context of the documents what

5    they mean.

6         A.   Yes.  Understood.

7         Q.   Okay.  And was there something called

8    the Ripple protocol in 2013?

9         A.   Yes.

10        Q.   Okay.  And what is the Ripple protocol?

11             MR. GULAY:  Objection.  Do you

12         mean in 2013 --

13             MS. STEWART:  Yes.

14             MR. GULAY:  -- or now?

15             MS. STEWART:  Yes, in 2013.

16        A.   I'm not sure if you're using these terms

17   in a very nuanced way, but Ripple protocol I think

18   of as code, software.  And maybe you're referring

19   to Ripple network as the network of computers

20   employing the code?  But in some ways those are

21   synonymous terms, Ripple network and Ripple

22   protocol.

23        Q.   Okay.  I was trying to cause less

24   confusion, but I think I caused more.  So as we go

25   through the documents, I'll ask you -- I'll ask

1    you the question.

2         Do you understand that one of the issues

3    in this case is whether XRP is a security and

4    subject to SEC regulation?

5    A.   That is my understanding.

6    Q.   Okay.  Did anyone at the SEC ever tell

7    you that XRP is not a security?

8    A.   No.

9    Q.   Are you aware of anyone at the SEC ever

10   telling anyone at Ripple that XRP is not a

11   security?

12        MR. HORTON:  Objection to form.

13   A.   I'm not aware of any conversations that

14   Ripple did or did not have with the SEC.

15   Q.   Okay.  So you -- you mentioned that your

16   sort of primary responsibility at -- at Ripple was

17   to recruit and onboard market-making firms to

18   participate on the Ripple Ledger as market makers.

19        Do I have that right?

20   A.   Correct.

21        MR. GULAY:  Objection.

22   Q.   Was one of your responsibilities also to

23   sell XRP?

24   A.   No.

25   Q.   That was never part of your job

50

1    function?

2        A.    No.

3              MR. HORTON:  Objection to form.

4        Q.    Did you, in fact, sell XRP on behalf of

5    Ripple?

6        A.    I don't recall if I effected a

7    transaction.  I may have, but certainly I did not

8    frequently effect transactions in XRP.

9        Q.    When you started at --

10       A.    I'm sorry.  I should say with third

11   parties over the counter.  I did trade in the

12   network, as I said, which is effecting

13   transactions.

14       Q.    Okay.  Understood.  Thank you for that

15   clarification.

16             When you started at Ripple, was there a

17   market for buying and selling XRP?

18             MR. HORTON:  Objection to form.

19       A.    There was a nascent illiquid market.

20       Q.    At that time when you started at Ripple,

21   how much volume of XRP was -- was traded daily?

22             MR. GULAY:  Objection.

23             MS. BUNTING:  Objection.

24       A.    I don't recall without looking it up.  A

25   very small amount.

51

1       Q.   Something in the range of, you know, in

2   the hundreds or thousands of dollars?

3            MR. HORTON:  Objection to form.

4            MR. GULAY:  Objection.

5       A.   I don't recall, but a very small amount.

6   I would say a de minimis amount.

7       Q.   And what was XRP's price at that time

8   when you started?

9            MR. HORTON:  Objection to form.

10           MR. GULAY:  Objection.

11      A.   I don't recall without checking the

12   chart exactly.

13      Q.   Do you recall if it was fractions of a

14   penny?

15      A.   It was fractions of a penny.

16      Q.   And how much XRP at that time was in

17   circulation, meaning not with Ripple or Ripple's

18   founders?

19            MR. HORTON:  Objection to form.

20           MR. GULAY:  Objection.

21           MS. STEWART:  What's the

22    objection?

23           MR. HORTON:  I don't know what

24    you mean by "at that time."

25      Q.   At the time that you started at Ripple.

```
 1          A.   I think that's publicly available, but I

 2     don't recall without looking it up.

 3          Q.   Did Ripple take steps during your tenure

 4     to increase trading in the XRP market?

 5               MS. BUNTING:  Objection.

 6          A.   The firm had an interest in increasing

 7     liquidity and developing a liquid market for all

 8     assets on the Ripple Ledger, including XRP.

 9          Q.   And why did the firm have an interest in

10     increasing liquidity for XRP specifically?

11               MR. HORTON:  Objection to form.

12               MR. GULAY:  Objection.

13               MS. BUNTING:  Objection.

14          A.   I think the firm would have viewed it as

15     a success if the Ripple network, Ripple Ledger,

16     developed liquidity for other assets excluding

17     XRP.  I still think that would have been viewed as

18     a success state.  But certainly, just like I

19     preferred the price of XRP to go up rather than

20     down, the firm would have benefited from the price

21     of XRP growing up rather than down.

22          Q.   Did the firm take steps to increase the

23     liquidity of assets other than XRP on the --

24          A.   Yes.

25          Q.   -- on the Ripple Ledger?
```

1                    MR. GULAY:  Objection.

2        A.    Yes.

3        Q.    Which assets?

4        A.    A variety of assets.

5        Q.    Can you give me some examples?

6        A.    Sure.  We had a number of business

7    development efforts to increase the liquidity of

8    bitcoin against dollars on the network.  We also

9    had a number of business development ex -- efforts

10   to develop a market for gold against dollars on

11   the network.  And there were many other examples.

12   Those are two that I can recall easily.

13       Q.    And what steps did the firm take to

14   increase liquidity of XRP?

15                    MR. GULAY:  Objection;

16        foundation.

17       A.    The firm took similar steps to increase

18   liquidity of those assets that I just mentioned

19   and XRP.  I don't -- I don't think that we treated

20   them particularly differently.  We were interested

21   in developing a liquid market broadly speaking.

22   And as I mentioned, if that liquid market

23   developed outside of XRP, I think the firm viewed

24   that equally to be a success.

25       Q.    Okay.  But can you think of any steps

1    that the firm took with respect to XRP in

2    particular to -- to develop a more liquid market?

3                  MR. GULAY:  Objection.

4        A.   Sure.  So this is not unique to XRP but

5    it did apply to XRP.  The market-making firms that

6    I onboarded had received compensation in exchange

7    for providing quotes to buy and sell XRP against

8    dollars as well as bitcoin against dollars and --

9    and other assets.

10       Q.   Okay.  Any other steps that you recall?

11       A.   Not that I can easily recall, no.

12       Q.   When you started at Ripple, did Ripple

13   have a strategy for distributing XRP?

14                 MR. GULAY:  Objection.

15       A.   When I started at Ripple, generally

16   speaking, there was a -- there was a -- a desire

17   to give away the XRP, to distribute it by giving

18   it away.

19       Q.   Did this desire to -- to distribute XRP

20   by giving it away, did that change over time

21   during your time at Ripple?

22                 MR. HORTON:  Objection to form.

23       A.   Over time, yes, the giveaways slowed and

24   increasingly Ripple was distributing XRP by

25   selling it or granting it in business development

1   deals, which are forms of giveaways, but different

2   form than -- than when I started at the company.

3                    THE REPORTER:  "When I

4        started..."?

5        A.   When I started at the company.

6        Q.   And when did the shift happen to --

7   strike that.

8             When did the shift happen from giveaways

9   to sales of XRP?

10                    MR. HORTON:  Objection to form.

11                    MR. GULAY:  Objection.

12                    MS. BUNTING:  Objection.

13       A.   I don't think there was a discrete

14  change, but at the beginning of my time with the

15  firm, it clearly seemed different from at the end

16  of my time with the firm.

17       Q.   Okay.  And why -- why did Ripple begin

18  to -- to sell XRP as a means of distributing it?

19       A.   I don't know.  I -- I didn't make the

20  decision -- I believe Ripple sold XRP prior to my

21  arriving at the firm and I wasn't the person

22  deciding how and when or why Ripple sold XRP.

23       Q.   But fair to say that at some point

24  during your tenure, there -- there was a movement

25  from sort of focusing on giveaways to focusing

1  more on sales of XRP?

2           MR. HORTON:  Objection to form.

3           MR. GULAY:  Objection.

4      A.   I think give a -- both -- both things

5  were happening throughout my tenure at the firm.

6  I think the nature of the giveaways shifted from

7  broadly giving it away to anyone to strategically

8  striking business development deals.

9      Q.   And when did Ripple start striking

10  business development deals?

11     A.   Prior to my arrival at the firm and

12  throughout my time there.

13     Q.   Were you involved in -- in those

14  business development deals?

15     A.   In some situations, yes.

16     Q.   Was there a team that was in charge of

17  those business development deals?

18           MS. BUNTING:  Objection.

19     A.   There was a business development team.

20     Q.   Okay.  And who was on that team?

21     A.   Patrick Griffin was the senior vice

22  president of business development and there was a

23  team of -- of people reporting to him.  I was -- I

24  was also on that team as someone reporting to the

25  senior vice president of business development.

1    Q.   But was there somebody else at your

2    level who -- who was tasked with the business

3    development deals?

4              MS. BUNTING:  Objection.

5    A.   There was a team of people who had a

6    title of business development director who

7    reported to Patrick Griffin, the senior vice

8    president of business development.

9    Q.   And who was that person with that title?

10   A.   There were several people at various

11   times, but ███████████ ████████████ ██████

12   ██████ are three that I can easily name, easily

13   recall.

14   Q.   When Ripple sold XRP, did it place

15   restrictions on the resale of the XRP?

16              MR. HECKER:  Objection to form.

17              MR. GULAY:  Objection;

18    foundation.

19   A.   I believe --

20              MR. GULAY:  In fact, what time

21    period are we talking about here?

22   Q.   Well, I'll ask the question first more

23   generally during your entire -- the entire time

24   period that you were at Ripple.

25   A.   I recall at times the company's desire

58

1    to have, quote/unquote, lock-ups restricting sale.

2    I'm not aware of how those were structured or

3    enforced.

4         Q.   Are you aware of Ripple placing

5    restrictions on who the XRP recipient could sell

6    the XRP to?

7         A.   I don't recall any situation like that.

8         Q.   So broadly speaking, whether it was

9    through giveaways or the business development

10   deals we've talked about or otherwise, why did

11   Ripple take steps to distribute XRP?

12              MR. GULAY:  Objection to form.

13              MR. HORTON:  Objection.

14        A.   The technology is -- is not -- the

15   Ripple Consensus Ledger, Ripple protocol

16   technology, is designed in a way that in order for

17   a user to use the network, a small amount of XRP

18   is required.  The user is required to hold a small

19   amount of XRP.  And so given that the firm had an

20   interest in seeing a growth in the number of users

21   using the protocol, it was important for XRP to be

22   broadly distributed in the hands of people

23   globally, people and entities globally.

24        Q.   Any other reasons for Ripple to

25   distribute XRP?

```
1          A.   I view that as the primary interest

2     Ripple had in distributing XRP.

3          Q.   Did Ripple distribute XRP in order to

4     increase XRP's liquidity?

5                    MR. GULAY:  Objection to form.

6          A.   One form of distribution was

7     compensation to market makers.  So in that sense

8     Ripple sought to engage market makers to improve

9     liquidity of XRP and other assets and compensated

10    them with XRP.  So in that light, I think the

11    answer to your question is yes.

12         Q.   Any other way in which Ripple sought to

13    increase liquidity through distributions other

14    than through market makers?

15                    MR. GULAY:  Objection; asked and

16         answered.

17         A.   I can't immediately think of other ways,

18    no.

19         Q.   When Ripple was selling XRP or giving

20    away XRP, was there a thought that the recipient

21    of the XRP would then do additional trades, thus

22    increasing the volume --

23                    MR. GULAY:  Objection.

24         Q.   -- in the market?

25                    MR. HORTON:  Objection to form.
```

1        A.   I wasn't aware of an assumption one way

2    or another, that the person would do more trades

3    or not do more trades.

4        Q.   Okay.  Did Ripple sell XRP to raise

5    money for its business operations?

6             MR. GULAY:  Objection to form.

7        A.   I did not have visibility into the

8    firm's finances and whether the venture capital

9    funding was sufficient to meet the firm's needs or

10   not at various points in time.

11       Q.   So you're not aware one way or -- or the

12   other as to whether Ripple sold XRP in order to

13   fund its business operations?

14       A.   I'm aware --

15            MR. HECKER:  Objection.

16       A.   -- that the firm took in dollars in

17   exchange for selling XRP and I'm aware that that

18   improved the firm's balance sheet.  I'm not aware

19   of whether that was required capital to fund the

20   firm's operations or not.

21       Q.   Okay.  And what is the -- the venture

22   capital funding that you spoke about a moment ago?

23       A.   Ripple Labs, Inc., in my understanding,

24   began with seed funding from venture capitalists

25   and over time received additional rounds of

```
 1    funding from venture capitalists in exchange for

 2    equity in the company.

 3                    MS. STEWART:  Okay.  I'm going to

 4           start with our first document.  That's

 5           Exhibit 2.

 6                    (Whereupon, exhibit is presented

 7           and marked SEC Rapoport Exhibit PR-2 for

 8           identification.)

 9                    MR. TENREIRO:  I'll give one to

10           Bridget and if that's not enough on this

11           side...

12                    I think that's enough, though.

13                    MR. GULAY:  And, Jorge, you're

14           e-mailing it to Leyla?

15                    MR. TENREIRO:  Yes.  Nicole is

16           usually e-mailing it.

17                    MR. GULAY:  Nicole is, okay.

18           Thank you.

19    BY MS. STEWART:

20        Q.   Okay.  So, Mr. Griffin (sic), I've

21    handed you what we've marked PR-2.  That's Bates

22    number RPLI_SEC 0320652 through 663.  Take a

23    moment, please, to look at it and let me know when

24    you're ready.

25                    (Pause)
```

1      A.   Okay.  I've reviewed it.

2      Q.   Okay.  Great.

3           So what is this document?

4      A.   This is a primer to explain the very

5  basic concepts of the Ripple technology to a

6  new -- a new reader.

7      Q.   Okay.  And did you put this document

8  together?

9      A.   I did.

10     Q.   Why did you put it together?

11     A.   At the time my recollection was that

12  there was primarily technical documents for a

13  technical audience and there was not a simplified

14  document for a -- a nontechnical person to

15  familiarize themselves with the technology.

16     Q.   And -- and is the audience that you're

17  referring to the -- the hedge funds and other

18  institutions that we had talked about earlier?

19               MR. GULAY:  Objection to form.

20               MR. HORTON:  Objection.

21     A.   I think this document can be broadly

22  read by anybody, but, in general, Ripple had an

23  interest in financial institutions of all type.

24  That was the -- the market that we were generally

25  speaking to at the time.

63

1        Q.   Did someone ask you to put this document

2    together?

3        A.   I don't recall.

4        Q.   Did Mr. Griffin send you comments on

5    this document after you sent him this -- this

6    version that's in PR-2?

7        A.   I don't recall whether he iterated on

8    this or not.

9        Q.   Do you recall if anyone else commented

10   on it?

11       A.   I really don't.  It -- it was so long

12   ago.  I don't recall.  I'm sorry.

13       Q.   And did you ultimately finalize this

14   document?

15       A.   Yes, we did.

16            MS. STEWART:  Nicole, we're on

17        PR-5 now.

18            (Whereupon, exhibit is presented

19        and marked SEC Rapoport Exhibit PR-5 for

20        identification.)

21            MS. STEWART:  So for the record,

22        PR-5 -- for the record, PR-5 is Bates

23        numbered RPLI_SEC 0328413 through 8432.

24   BY MS. STEWART:

25       Q.   And, once again, take however long you

1    need to look at the document and let me know when

2    you're ready.

3              (Pause)

4         A.   Okay.  I've reviewed it.

5         Q.   Okay.  So what is this document?

6         A.   This is a later version of the document

7    we just looked at, which, as I said, it's a primer

8    for someone looking to familiarize themselves with

9    the basics of Ripple.

10        Q.   Okay.  And you're sending this later

11   version to Mr. Larsen in this e-mail?

12        A.   I see that from the e-mail header, but I

13   don't recall this interaction specifically.

14        Q.   Okay.  Do -- do you recall why you sent

15   the -- the draft to Mr. Larsen?

16        A.   I don't recall this -- sending this

17   e-mail, but I see the -- in the header that I sent

18   it to him.

19        Q.   Okay.  Do you recall if Mr. Larsen had

20   any comments on the primer before it was

21   finalized?

22             MS. BUNTING:  Objection.

23        A.   I don't recall.

24        Q.   Do you recall any discussions with

25   Mr. Larsen about the primer?

65

```
 1                    MS. BUNTING:  Objection.

 2        A.   No, I don't.

 3        Q.   And do you recall any discussions with

 4   Mr. Griffin about the primer?

 5        A.   I'm sure we discussed it, but I don't

 6   recall the specifics of any discussion.

 7        Q.   Did you send the primer to anyone else

 8   at Ripple before it was finalized?

 9        A.   I may have, but I -- I just don't recall

10   given how long ago it was.

11        Q.   Okay.

12                    MS. STEWART:  Okay.  Nicole,

13           we're -- we're looking at PR-6 now.

14                    (Whereupon, exhibit is presented

15           and marked SEC Rapoport Exhibit PR-6 for

16           identification.)

17                    MS. STEWART:  So for the record,

18           PR-6 is Bates numbered RPLI_SEC 0337822

19           through 7842.

20   BY MS. STEWART:

21        Q.   And, once again, please take whatever

22   time you need to -- to review the document and let

23   me know when you're ready.

24                    (Pause)

25        A.   Okay.  I've reviewed this.
```

1    Q.   Okay.  Great.

2         So what -- what is this document, the

3    cover e-mail and then the attachment?

4    A.   The attachment appears to be the same

5    attachment, at least I didn't spot any differences

6    from PR-5's attachment.  The cover e-mail appears

7    to be me sending this primer to ▮▮▮▮▮▮ who is

8    a friend of Chris Larsen's, who I believe had been

9    a seed investor in the firm, but I'm not sure of

10   that fact.

11   Q.   So is it fair to say that the -- the

12   version of the primer that's attached to this

13   document, PR-5, is the final version of the

14   primer?

15             MR. GULAY:  Objection.

16   A.   Since this was sent externally, I think

17   it's clearly a live version, but I think there may

18   have been other iterations.  I just don't recall.

19   Q.   Okay.  But given that it was sent

20   externally, it's -- you know, it was a final

21   version --

22   A.   It was --

23   Q.   -- at the time?

24   A.   I'm sorry for talking over you.

25        It was in use.

1      Q.   Okay.  Got it.

2           And why were you sending this primer to

3  Mr. ███████?

4      A.   I recall spending a lot of time on the

5  language used in the primer; and I don't remember

6  sending this specific e-mail, but I say in the

7  e-mail that it runs through a narrative in a nice

8  way that avoids an emphasis on the new currency.

9          THE REPORTER:  I can't hear you.

10     A.   It -- I say in the e-mail I think it

11  runs through the narrative in a nice way that

12  avoids an emphasis on the new currency.

13     Q.   Do you recall if -- if Ripple was

14  soliciting an investment from Mr. ███████ --

15         MR. GULAY:  Objection.

16     Q.   -- at this time?

17     A.   I do not believe Ripple was soliciting

18  investment from Mr. ██████ at this time.

19     Q.   Okay.  And you don't remember one way or

20  the other why you sent him this document in

21  October of 2013?

22     A.   I don't remember sending this e-mail.

23  Even though I'm looking at it, I obviously sent

24  it, but I don't recall the specifics around why I

25  sent this e-mail.

68

```
 1        Q.   Okay.  After you finalized the primer,
 2   did you send it to financial institutions?
 3        A.   In my recollection, this primer was the
 4   main nontechnical explanation that was in use to
 5   share a written version of -- of the narrative
 6   of -- explaining Ripple.
 7        Q.   Okay.  So did you send the primer to
 8   financial institutions as part of -- of your work
 9   to -- to market XRP?
10                MR. HORTON:  Objection to form.
11                MR. GULAY:  Objection.
12                MS. BUNTING:  Objection.
13        A.   My recollection is that we sent this
14   document to explain the Ripple technology to
15   interested parties.
16        Q.   Okay.  What types of interested parties?
17        A.   Really all types from nonfinancial
18   corporates, interested in individuals like ███
19   ████, hedge funds and financial institutions,
20   and other -- other types.
21        Q.   And did that include individuals or
22   institutions who were interested in buying XRP?
23        A.   I don't -- I wouldn't necessarily know
24   what someone's interest in buying it was or was
25   not.  In general, our goal and our messaging was
```

1    focused around explaining the technology and not

2    on XRP.  And we specifically sought to

3    de-emphasize XRP in our -- in the narrative we

4    used as this -- as this e-mail indicates.

5         Q.   Okay.  But my question is, to the extent

6    that you were trying to get individuals or

7    institutions to buy XRP, did you send them this

8    primer?

9              MR. HORTON:  Objection.

10             MR. GULAY:  Objection to form.

11             MS. BUNTING:  Objection.

12        A.   I did not try and get individuals or

13   institutions to buy XRP.  And in meetings, the

14   narrative we used very specifically tried to focus

15   only on the technology and de-emphasize any

16   discussions of XRP and digital assets.

17        Q.   And why is that?  Why did you want to

18   de-emphasize discussions of digital assets?

19        A.   Because our primary objective was to

20   develop a liquid market for any asset.  I think

21   the company viewed it as a -- as a win

22   strategically if a liquid market developed for

23   bitcoin against dollars or gold against dollars or

24   Euros against dollars.  And we largely felt that

25   the focus on digital assets was a distraction from

1    what we viewed to be applicable use cases in the

2    real world.

3                MR. HECKER:  Counsel, we've been

4           going for about 75 minutes.  Can we take a

5           short break?

6                MS. STEWART:  Well, I have more

7           questions on this document, but -- but we

8           can come back to it if you'd prefer.

9                MR. HORTON:  Thanks.

10               MS. STEWART:  That's fine.  We

11          can go off the record.

12               THE VIDEOGRAPHER:  Okay.  Going

13          off the record at 10:15.

14               (Whereupon, a recess is taken.)

15               THE VIDEOGRAPHER:  Okay.  Back on

16          the record at 10:30.

17               Go ahead.

18   BY MS. STEWART:

19        Q.   Okay.  Mr. Rapoport, still looking at

20   Exhibit PR-6, I want to now go through the

21   attachment to this document, the -- the Ripple

22   primer.  Okay?

23        A.   Yes.

24        Q.   So let's first look at page 17 of the

25   document, which is Bates numbered 37841 on the

71

1    bottom.

2        A.    Yes.

3        Q.    Okay.  So looking at the top of this

4    document, the first sentence says "Ripple Labs is

5    the creator of Ripple."

6            Do you see that?

7        A.    Yes.

8        Q.    Okay.  Did you write that statement?

9        A.    Yes.

10       Q.    And is it accurate?

11             MR. GULAY:  Objection.  What time

12        period are we talking about?

13       Q.    Was it accurate when you wrote it?

14       A.    No, it was intentionally inaccurate for

15   the purposes of simplification.

16       Q.    Okay.  How was it intentionally

17   inaccurate?

18       A.    The Ripple network -- the Ripple

19   protocol predated the creation of the -- of Ripple

20   Labs, Inc. as an entity.  And so Ripple Labs, Inc.

21   could not have been the creator of Ripple; but for

22   the purposes of an entry-level primer, we

23   thought -- we knowingly thought the simp -- we --

24   we knowingly wrote this inaccurately thinking that

25   the simplification was beneficial and that the

 1    actual explanation was needlessly confusing for

 2    someone looking for an entry-level primer.

 3         Q.   Okay.  And -- and is it the case that

 4    the predecessor company is OpenCoin?

 5         A.   No.  My understanding is that the Ripple

 6    protocol predates OpenCoin and Ripple Labs, Inc.

 7         Q.   Okay.  The next sentence says "We

 8    developed the protocol and its distributed payment

 9    network, and we now work to support and promote

10    its growth."

11              Do you see that?

12         A.   Yes.

13         Q.   Okay.  Was that sentence accurate when

14    you wrote it?

15         A.   It suffers from the same inaccuracy as

16    the preceding sentence, which is that Ripple Labs,

17    Inc. did not technically develop the protocol; but

18    the second clause, Ripple Labs did work to support

19    and promote the growth of the network.  That was

20    accurate.

21         Q.   So the "we" in that sentence refers to

22    Ripple Labs, Inc. or to something else?

23         A.   Ripple Labs, Inc.

24              MR. GULAY:  Objection.

25         Q.   Who developed the protocol?

1      A.   It's not a straightforward question to

2  answer.  My understanding is that there was a --

3  an early predecessor that I believe was called

4  Ripple Pay developed by someone who I believe was

5  called ████████████    And his work was further

6  developed by Jeb McCaleb, Arthur Britto, and David

7  Schwartz, who were the primary architects of the

8  consensus -- the method by which the network, the

9  network of computers, reaches consensus about the

10  state of the ledger.  And my understanding is that

11  those three people -- Jed McCaleb, Arthur Britto,

12  David Schwartz -- expanded upon the work of ████

13  ██████ to improve upon his previous work and

14  develop what became the Ripple protocol.

15      Q.   So the "we" in the sentence that we're

16  looking at, does the "we" include Chris -- Chris

17  Larsen?

18           MS. BUNTING:  Objection.

19      A.   The "we" refers to the Ripple Labs team

20  and Chris Larsen was a member of that team, so,

21  yes.

22      Q.   But your testimony is that the first

23  part of the sentence is -- in inaccurate?

24           MR. GULAY:  Objection.

25      A.   I think the phrase "we developed the

1    protocol," meaning Ripple Labs developed the

2    protocol, can be interpreted a number of ways, but

3    it does not -- it is not accurate that Ripple

4    Labs, Inc. or OpenCoin Inc. created the Ripple

5    protocol as I know it.

6         Q.   Okay.  And you said earlier about both

7    the first sentence on this page and then the first

8    part of the second sentence, that I think you said

9    that we knowingly made it inaccurate for

10   simplicity or something to that effect.  Do I have

11   that right?

12              MR. GULAY:  Objection.

13        A.   I remember writing this sentence and

14   acknowledging to myself that Ripple Labs is the

15   creator of Ripple is not technically correct, but

16   I thought at the time that it was needlessly

17   confusing to provide the entire history that I

18   just described for the purpose of this primer.

19        Q.   Okay.  And did you discuss that issue

20   with -- with Mr. Griffin?

21              MR. GULAY:  Objection.

22        A.   I don't recall whether we did or did not

23   discuss it.

24        Q.   Did you discuss it with Mr. Larsen?

25              MS. BUNTING:  Objection.

```
1          A.   I would not have -- I don't recall, but,

2     in general, I would not have discussed semantics

3     like that on a document with Chris Larsen.

4          Q.   Okay.  Looking at the second paragraph,

5     still on page 17, it reads "Ripple Labs hopes to

6     make money from XRP if the world finds the Ripple

7     network useful and broadly adopts the protocol."

8               Do you see that?

9          A.   Yes.

10         Q.   And did you write that sentence?

11         A.   Yes.

12         Q.   Okay.  Was that sentence accurate when

13    you wrote it?

14         A.   Yes.

15         Q.   Did it continue to be accurate during

16    your time at Ripple?

17         A.   Yes.

18         Q.   And as you use it in this sentence, what

19    is the "Ripple network"?

20         A.   It's synonymous with the Ripple

21    Consensus Ledger or the Ripple transaction

22    protocol that was used in this paper.

23         Q.   And -- and the word "protocol" in this

24    sentence, what -- what does that mean?

25         A.   The software.  This goes back to the
```

1    nuance I was referring to earlier, that I think

2    the protocol is the software and the network is a

3    group of computers choosing to use the software.

4         Q.   Okay.  Then moving on to the -- to the

5    next paragraph, "100 billion XRP was created with

6    the Ripple protocol," was that sentence accurate

7    when you wrote it?

8         A.   Yes.

9         Q.   Okay.  And then "Ripple Labs plans to

10   gift 55 billion XRP to charitable organizations,

11   users, and strategic partners in the ecosystem

12   over time."

13             Was that sentence accurate when you

14   wrote it?

15        A.   Yes.

16        Q.   Okay.  And what does "strategic partners

17   in the ecosystem" refer to?

18        A.   If a prominent financial institution

19   were to decide to adopt the Ripple protocol for

20   payments, for example, we were prepared to provide

21   that org -- that financial institution with XRP to

22   help them achieve that goal of -- of implementing

23   the protocol in their business.

24        Q.   And when you say "implementing the

25   protocol in their business," what do you mean?

```
1        A.   It could mean a variety of things

2   because the protocol is broadly applicable to a

3   number of different types of financial businesses.

4   But as an example, a bank using Ripple for

5   cross-border payments.

6        Q.   The next sentence says "The company will

7   retain a portion with the hope of creating a

8   robust and liquid marketplace in order to monetize

9   its only asset sometime in the future."

10            Do you see that?

11       A.   Yes.

12       Q.   Was this sentence accurate when you

13  wrote it?

14       A.   Yes.

15       Q.   And did it continue to be accurate

16  during your time at Ripple?

17       A.   Yes.

18       Q.   Okay.  And -- and when -- when you say

19  in this sentence "its only asset," what are you

20  referring to?

21       A.   Looking back, I think that's a little

22  inarticulate because from an accounting

23  perspective, the company had other assets, like

24  desks and chairs and whatnot.  But at the

25  inception of the company, I think there was a
```

```
 1    vision that this technology was interesting and

 2    had potential to be adopted.  And if the

 3    technology was adopted broadly, there may be an

 4    increase in the price of XRP, which would benefit

 5    the company as a holder of XRP, but there was also

 6    an acknowledgment that the technology may be

 7    broadly adopted and that thesis may not be

 8    correct; that -- that that asset may or may not

 9    appreciate in value.  And so this sentence I think

10    was deliberately worded saying -- using the word

11    "hope" in multiple places in this -- in this page.

12         Q.   So when you say in this sentence

13    "monetize its only asset," you're referring to

14    XRP?

15         A.   That's correct.

16         Q.   And moving on to the next page, page 18,

17    Bates numbered 7842 on the bottom, the very last

18    sentence says "The Ripple ecosystem needs

19    gateways," mark -- "market makers, developers, and

20    merchants to fulfill its potential."

21              Do you see that?

22         A.   Yes.

23         Q.   And was that sentence accurate when you

24    wrote it?

25         A.   That was my view at the time.  Whether
```

1  or not it's true I think is debatable.

2      Q.    Okay.  What was your view based on at

3  the time?

4      A.    Knowledge of the technology and a lot of

5  hours of thought about the applicability of the

6  technology in the marketplace.

7      Q.    And why is it debatable whether or not

8  it's true?

9      A.    Well, for example, it references

10 merchants and it is possible for the Ripple net --

11 ecosystem to fulfill its potential without

12 merchants.  It's unclear what its potential was.

13 This was an early stage company and, like many

14 early stage companies, there's a lot of

15 trajectories it could have taken.

16     Q.    Okay.  Were you seeking out merchants at

17 this time for the Ripple ecosystem?

18     A.    Yes.

19     Q.    What kinds of merchants?

20     A.    Merchants involved in the payments flow

21 of transactions.  So, for example, businesses,

22 infrastructure, and providers of services around

23 card terminals when you buy something.  Like if

24 you buy a Starbucks coffee using a card, that's

25 a -- a merchant and infrastructure surrounding the

80

```
 1    merchant.
 2         Q.   Okay.  And what's the reference to
 3    "gateways" in this sentence?
 4         A.   Gateways is defined earlier in the
 5    document, but the simplified version is on-ramp or
 6    off-ramp for currencies other than XRP to the
 7    Ripple network.
 8         Q.   I think you mentioned that -- that
 9    ███████████ who's on the cover e-mail of this
10    exhibit, was a seed investor in Ripple, is that
11    right?
12         A.   That's my recollection.
13         Q.   Okay.  Do you know if he also owned XRP?
14              MR. GULAY:  Objection.
15         A.   I don't know whether he did or did not,
16    but his e-mail implies he does.
17         Q.   And when you say your -- his e-mail
18    observed that he does, what do you mean by that?
19              MR. HORTON:  Objection.  You
20         mis -- you misquoted his testimony, but...
21         Q.   Okay.  Well -- well, can you see
22    something in his e-mail that suggests that he
23    owned XRP?
24         A.   When I read his e-mail at the bottom of
25    this page, 22 --
```

1    Q.   Okay.

2    A.   -- my takeaway is that he likely owned

3  XRP.

4    Q.   And is that because he says "when my

5  ripples makes me so rich that I can cover myself

6  in gold plating"?

7    A.   Yes.

8    Q.   Okay.  Did you have an understanding at

9  this time in 2013 that certain individuals or

10  firms bought XRP for speculative reasons?

11             MS. BUNTING:  Objection.

12             MR. HORTON:  Objection to form.

13    A.   I do believe that people speculated on

14  the price of XRP.

15    Q.   Did ▮▮▮▮▮▮▮▮ speculate on the price of

16  XRP?

17             MR. HORTON:  Objection to form.

18    A.   I don't know anything about ▮▮▮▮▮▮▮

19  speculations other than this e-mail.

20    Q.   And who is ▮▮▮▮▮▮▮

21    A.   He was a high-ranking executive at ▮▮▮

22  ▮▮▮▮▮▮▮▮▮▮▮▮

23    Q.   And you said he was a friend of

24  Mr. Larsen?

25    A.   That's my understanding.

1      Q.   Did Ripple seek out investors who were

2   looking to buy XRP for speculative reasons?

3           MR. GULAY:  Objection to form.

4      A.   I'm not aware of what all employees did

5   at the company.  I did not actively seek out

6   investors.

7      Q.   Do you know of any Ripple employees who

8   did actively seek out investors who were looking

9   to speculate on XRP?

10      A.   I'm not aware of that.

11           MR. GULAY:  Objection.

12           MS. STEWART:  Nicole, we're on

13     PR-10 now.

14           (Whereupon, exhibit is presented

15     and marked SEC Rapoport Exhibit PR-10 for

16     identification.)

17           MS. STEWART:  Okay.  PR-10 for

18     the record is Bates numbered RPLI_SEC

19     0843205 through 213.

20   BY MS. STEWART:

21      Q.   And, once again, if you can take a

22   moment to look at this document and let me know

23   when you're done.

24          (Pause)

25      A.   Okay.  I've reviewed this.

1    Q.   Okay.  So focusing on the cover e-mail

2    of PR-10, what is this document?

3    A.   What is the cover e-mail?

4    Q.   Yeah.

5    A.   This appears to be my sending this

6    document to ████████████ and ████████████

7    Q.   Okay.  Who is ████████████?

8    A.   ████████████ is an attorney for ████

9    ████████

10    Q.   And who is ████████████?

11    A.   ████████████ is -- was someone who had

12    a -- who I was speaking with about potentially

13    providing market-making services on the Ripple

14    network.

15              THE REPORTER:  "On the..."?

16    A.   On the Ripple network.

17    Q.   And ████████████ is at the firm ████

18    ████

19    A.   My discussions at this time were

20    independent of ████████████ but, yes, he's the

21    founder and CEO of ████████

22    Q.   And what do you mean they're

23    independent -- they "were independent of ████

24    ████?

25    A.   His investigation of potentially

1    providing market-making services on the Ripple

2    network was independent of ████████ as an

3    entity and was conducted under a separate entity

4    unrelated to ████████.

5         Q.    Okay.

6         A.    Unaffiliated.

7         Q.    Okay.  And what was the result of those

8    discussions with ████████?

9         A.    He ultimately started a -- a new

10   unaffiliated entity and -- which that entity

11   became a market maker on the Ripple network.

12        Q.    And which -- what's the entity?

13        A.    Its d/b/a name was ████████.  I

14   don't recall the LLC name.

15        Q.    And when did ████████ become a

16   market maker on the Ripple network?

17        A.    I don't recall the date without

18   researching it.

19        Q.    Was it shortly after this e-mail

20   exchange that we're looking at, PR-10?

21        A.    I'm sorry, I don't recall how long

22   after -- after this e-mail.

23        Q.    Okay.  And for how long did ████████

24   ████████ provide market-making services on the Ripple

25   network?

1      A.   I'm not sure of the answer to that.

2      Q.   And on what trades did ███████████ act

3  as a market maker on the Ripple network?

4           MR. GULAY:  Objection.

5      A.   Could you clarify what you're asking so

6  I can answer correctly?

7      Q.   On what trading pairs?  I'll -- I'll

8  reask my question.

9           Did ████████████ act as a market maker

10  on trading pairs that included XRP?

11           MR. GULAY:  Objection.

12      A.   I don't recall the specifics of ████████

13  ███████  but, generally speaking, the agreements

14  were very similar across market makers and

15  required each market maker to quote XRP pair --

16  pairs against XRP, as well as other pairs, like

17  bitcoin dollar and gold dollar, and gave Ripple

18  the right to grow the list of required pairs over

19  time if I recall correctly.

20      Q.   And were the market makers compensated

21  for quoting pairs that did not include XRP?

22           MR. GULAY:  Objection.

23      A.   Yes.

24      Q.   Were they compensated the same amount as

25  they were for quoting pairs that did include XRP?