1    for Ripple Labs to enforce that.

2         Q.   Were you aware of instances where the

3    lockup requirement was disregarded by the XRP

4    recipient?

5                   MR. HORTON:  Objection to form.

6         A.   I can't think of any instance like that.

7         Q.   Okay.  You say in the next paragraph in

8    your e-mail "This wholesale revenue has been a

9    reliable stream of funding for RL."

10             Do you see that?

11        A.   Yes, I do see it.

12        Q.   Okay.  And when you say "RL," you're

13   referring to Ripple Labs?

14        A.   Yes.

15        Q.   So was -- was Ripple using the -- the

16   revenues from over-the-counter XRP sales to fund

17   its business?

18        A.   I did not have visibility into the

19   monthly or even six-month or annual financial

20   situation of the company; but based on this e-mail

21   and some of the others that you've shown me, it

22   seems reasonable to assume that was the case.

23        Q.   Well, at the time that you wrote this

24   e-mail, what was your basis for it?

25        A.   I don't recall.

171

1        Q.    Okay.  Then you say "After a Series A

2   round, we are contemplating to discontinue the

3   wholesale activities, as there will be less

4   short-term funding concerns."

5            Do you see that?

6        A.    I do.

7        Q.    Okay.  What is a Series A round?

8        A.    A Series A round is a venture capital

9   funding round that typically follows a seed round.

10       Q.    Okay.  And was there, at this time in

11   2014, a Series A round?

12       A.    A Series A round did occur.  I don't

13   recall the timing of that without researching it.

14       Q.    And -- and is it -- is it accurate

15   that -- that Ripple was -- was contemplating

16   discontinuing over-the-counter sales after this

17   Series A round as you say here in your e-mail?

18       A.    I don't have independent recollection of

19   that, but in PR-27, ███████████ says "Post A round

20   I think is the key," and that implies that that

21   was the case.

22            THE REPORTER:  I'm sorry.  Can

23       you repeat that answer?

24       A.    I said I don't have a independent

25   recollection of that, but in Exhibit PR-27, ███████

172

1    ███████ says "Post A round I think is the key," and

2    that implies that that's true.

3        Q.   And did Ripple, in fact, stop doing

4    over-the-counter sales after the Series A round?

5                MR. HORTON:  Objection to form.

6        A.   I don't recall and I don't believe I

7    would have had the information available when I

8    was an employee.

9        Q.   You go on to say "We think this will

10   have two positive effects."  We -- "One, we will

11   push all XRP demand into the market which will

12   have a positive impact on the price, and, two,

13   this will add to market volumes."

14            Do you see that?

15       A.   Yes.

16       Q.   And is this similar to what we were

17   talking about earlier about -- about increasing

18   both price and volume and therefore increasing

19   liquidity of XRP?

20       A.   Yes, this is the same concept we

21   discussed earlier.

22       Q.   Okay.  And later in this e-mail on this

23   page, sort of the second-to-last paragraph, the

24   last sentence, you say "In order to fix this

25   issue, we have now discontinued the discount.  We

173

1   now sell XRP to wholesalers at the market price."

2        Do you see that?

3   A.   Yes.

4   Q.   Okay.  And was this accurate at this

5   time in August 2014?

6   A.   I don't recall.  I assume that I

7   believed it to be accurate when I wrote the

8   sentence.

9             MS. STEWART:  Okay.  The next

10       exhibit is PR-32.

11            (Whereupon, exhibit is presented

12       and marked SEC Rapoport Exhibit PR-32 for

13       identification.)

14            MS. STEWART:  And this Exhibit 32

15       is Bates numbered ███████_Ripple 0002422

16       through 428.

17            (Pause)

18   A.   Okay.  I've reviewed this.

19   BY MS. STEWART:

20   Q.   Okay.  Who's ███████████?

21   A.   ███████████ is the founder and I

22   believe the CEO of ████████.

23   Q.   And what is ███████████?

24   A.   ███████████ has a variety of

25   businesses, but I think it's primarily known for

174

1    being a -- the best venture capital firm these

2    days.

3        Q.   Well, did ███████████ have a

4    relationship with Ripple Labs?

5        A.   My understanding is that ███████████

6    was a seed investor in Ripple Labs.

7        Q.   So in the very bottom e-mail in this

8    chain, which is a July 19, 2014 e-mail from

9    Mr. Larsen to Mr. ██████ and you, Mr. Larsen lays

10   out what he calls "the terms we're using now for

11   large blocks of XRP."

12            Do you see that?

13       A.   Yes.

14       Q.   And he goes on to say "We are in the

15   process of putting together a block purchase for

16   some hedge fund investors with these same terms.

17   Our thinking behind the discount/lockup is to

18   reward investors who share our long-term view."

19            Do you see that?

20       A.   Yes.

21       Q.   Okay.  Do you know what Mr. Larsen is

22   referring to when he says "a block purchase for

23   some hedge fund investors with these same terms"?

24       A.   I have a vague and general recollection

25   of discussing a transaction with a group of hedge

175

1    fund investors, but I don't believe it ever moved

2    forward.

3         Q.   And was -- was that -- was that

4    discussion around the same time in 2014?

5         A.   It's difficult for me to say the timing

6    with certainty, but I think that makes sense.

7         Q.   And was the -- was the purpose of the

8    transactions that you were discussing at that time

9    with hedge fund investors, was the purpose to

10   reward investors who shared Ripple's long-term

11   view?

12              MR. HORTON:  Objection to form.

13        A.   I think the purpose would have been to

14   provide a vehicle for people to get exposure to

15   the price of XRP.

16        Q.   What was Ripple's long-term view in

17   2014?

18              MR. HORTON:  Objection to form.

19        A.   I don't -- can't speak for the views of

20   all the different individuals at the company; but

21   I shared my personal view, which is that there was

22   a high probability of going to zero and a low

23   probability of an exponentially high outcome.

24        Q.   Do you know what Mr. Larsen's view was

25   about -- what Mr. Larsen's long-term view was for

1    Ripple?

2        A.   I don't know his view.

3        Q.   And when you spoke two answers ago about

4    your personal view of the high probability of

5    going to zero and the low probab -- probability of

6    an exponentially high outcome, you were referring

7    to the price of XRP?

8                  MR. HORTON:  Object to the form.

9        A.   I would -- that view applies to both the

10   price of XRP, Ripple Labs, Inc., and in general

11   any early stage investment where there's potential

12   for high outcomes.  I think risk and reward are

13   related.  And you don't see 100X potential

14   outcomes without a high probability of going to

15   zero.

16       Q.   Okay.  Now, the -- the terms that

17   Mr. Larsen is laying out in his e-mail here

18   include a two-year lockup.

19              Do you see that?

20       A.   Yes.

21       Q.   Okay.  And what was the purpose of -- of

22   this lockup?

23                  MR. GULAY:  Objection;

24        foundation.

25       A.   I can't be certain what Chris meant when

```
1     he wrote this e-mail; but in general, as we
2     discussed earlier, it was problematic to sell XRP
3     at a discount without a lockup because the buyer
4     would be attempted to go and sell at the market
5     price after purchasing at a discount pretty
6     shortly thereafter.
7          Q.   So did the lockup allow Ripple to
8     control the liquidity of XRP?
9               MR. HORTON:  Objection to form.
10              MR. GULAY:  Objection;
11        foundation.
12              MS. BUNTING:  Objection.
13         A.   My understanding of the purpose of this
14    type of lockup is to prevent the discounted buyer
15    from immediately harming both the liquidity and
16    the price in the market.
17         Q.   Okay.  Going to your e-mail on the very
18    first page of this document, PR-32, sort of in the
19    middle of the page, you say "This is partially why
20    we're interested in selling a block of XRP to
21    hedge fund investors for future funding (as
22    opposed to selling equity to VC investors)."
23              Do you see that?
24         A.   Yes.
25         Q.   And then you say "We think the HF
```

178

1    investor class will pay closer to market price in

2    exchange for a more defined (two-year) lockup

3    term, while also not diluting RL equity holders."

4         Do you see that?

5    A.   Yes.

6    Q.   Okay.  What did you mean by that

7    sentence?

8    A.   If a publicly traded gold company had a

9    market capitalization of a billion dollars but

10   held gold holdings of fifty billion dollars, I

11   think prudent management, if it needed to raise

12   money, would sell the gold assets rather than

13   diluting equity holders.  And I viewed the same to

14   be true for Ripple Labs at this point in time

15   based on this e-mail.

16   Q.   And your reference in the first sentence

17   to "a block of XRP to hedge fund investors," these

18   are over-the-counter transactions that you're

19   referring to?

20   A.   This was a hypothetical transaction

21   which was discussed in various formats, but I

22   don't believe it ever proceeded.

23   Q.   And then you go on to say "Side note:

24   If you're contemplating an XRP investment vehicle

25   for outside investors, this is something we'd love

179

1    to cooperate with you on.  We're already in motion

2    here."

3            Do you see that?

4        A.   Yes.

5        Q.   What did you mean by "We're already in

6    motion here"?

7        A.   We had ongoing thought process and

8    discussion around how that might look, but I would

9    describe it as fairly exploratory in early stages

10   based on my recollection and based on the fact

11   that I don't believe it ever proceeded.

12       Q.   It never proceeded with Mr. █████████

13   firm or -- or more generally?

14       A.   What I was ref -- referencing in this

15   e-mail never proceeded.

16       Q.   Okay.  What were you referencing in this

17   e-mail?

18       A.   Some form of vehicle which would allow a

19   number of hedge fund investors to get exposure to

20   the price of XRP.

21       Q.   And were you in discussions with one or

22   more firms about such vehicle at this time?

23       A.   Over the time -- over my tenure at the

24   company, I had discussions with a number of firms

25   about this topic and similar topics.  I don't

180

1    recall at this point in time how many firms or who

2    I was speaking with.

3         Q.   Would the purpose of this kind of fund

4    be to speculate on the price of XRP?

5                   MR. HORTON:  Objection.

6                   MR. GULAY:  Objection.

7                   MS. BUNTING:  Objection.

8         A.   Any time someone owns an asset that

9    fluctuates in price, I would call that speculating

10   on the price of the asset.  So if the purpose of

11   this hypothetical structure was to provide

12   exposure to the price of XRP, then the answer is

13   yes.

14        Q.   At the top of this e-mail, in response

15   to a question that I think you had copied over

16   from Mr. ████████, where it says "What has" ribble

17   -- "Ripple Labs communicated publicly about the

18   plans for the 72 billion XRP held by the company?"

19   Do you see that question?

20        A.   Yes.

21        Q.   And then you copy in a response, a

22   paragraph here that starts with "Distributing

23   value is a powerful way to incentivize certain

24   behaviors."

25                   Do you see that?

1     A.   Yes.

2     Q.   Is it accurate that -- that this

3   statement that you have in your e-mail was -- was

4   communicated publicly by Ripple?

5     A.   Yes, I believe this was a copy-paste

6   from the public-facing website.

7     Q.   Okay.

8          MR. HORTON:  Counsel, can we take

9       a break?

10          MS. STEWART:  Sure.

11          THE VIDEOGRAPHER:  Going off the

12       record at 2:06.

13          (Whereupon, a recess is taken.)

14          THE VIDEOGRAPHER:  We're back on

15       at 2:19.

16          MS. STEWART:  Can we go off the

17       record for a second?

18          THE VIDEOGRAPHER:  Going off at

19       2:19.

20          (Pause)

21          THE VIDEOGRAPHER:  Okay.  Back

22       on, 2:19.

23          MS. STEWART:  Okay.  So we're

24       going to hand out two exhibits, Exhibits

25       PR-36 and PR-37.

182

1          (Whereupon, exhibit is presented

2     and marked SEC Rapoport Exhibit PR-36 for

3     identification.)

4          (Whereupon, exhibit is presented

5     and marked SEC Rapoport Exhibit PR-37 for

6     identification.)

7          MS. STEWART:  And PR-36 is Bates

8     numbered RPLI_SEC 842466 through 467.  And

9     PR-37 is Bates numbered RPLI_SEC 539465

10     through 511.

11          (Pause)

12     A.   I briefly reviewed it.

13 BY MS. STEWART:

14     Q.   I'm sorry?

15     A.   I -- I didn't review the whole thing,

16 but I reviewed it generally.

17     Q.   Okay.  Okay.  So looking first at

18 Exhibit 37, can you tell me what this document is?

19     A.   This was a more in-depth primer aimed at

20 the finance professionals as the title implies.

21     Q.   Okay.  And were you an author of this

22 document?

23     A.   Yes.

24     Q.   What was the purpose of this document?

25     A.   In contrast to the prior document, which

183

1    I think was gener -- the prior primer we looked

2    at, which was generally geared towards any

3    nontechnical person that wanted to learn about

4    Ripple, this was a more in-depth document intended

5    for an audience that is a financial professional,

6    someone that works in financial markets --

7         Q.   Okay.

8         A.   -- or banking.

9         Q.   And whose idea was it to create this

10   document?

11        A.   I can't remember whose idea it was

12   initially.

13        Q.   Did anyone direct you to create this

14   document?

15        A.   I can't remember if it was a purely

16   self-starting idea, but -- I don't remember

17   whether or not I was directed to create it or not.

18        Q.   Who actually, you know, wrote the words

19   in the document?

20        A.   I was the primary author, but a number

21   of people collaborated on it.

22        Q.   Okay.  Who is ███████████████

23        A.   He was someone I engaged as a consultant

24   that I knew from his role as a research analyst on

25   Wall Street.

[7/22/2021] Rapoport, Phillip Dep. Tr. 7.22.2021

184

1      THE REPORTER:  From?

2      THE WITNESS:  On Wall Street.

3      Q.   And was Mr. ███ at ██████████?

4      A.   Yes.

5      Q.   Okay.  How did he contribute to this

6   document?

7      A.   He wrote pieces of it.

8      Q.   Okay.  And Patrick Griffin is listed as

9   an author on the last page of the document, on

10  page 47.

11      Do you see that?

12      A.   Yes.

13      Q.   What was his role in creating this

14  document?

15      A.   He provided feedback and input on the

16  document.

17      Q.   So before this document was finalized,

18  who at Ripple reviewed the document?

19      A.   Patrick certainly did.  I don't recall

20  if others did as well.

21      Q.   Did everyone listed as an author on the

22  document on page 47 review it?

23      A.   Yes.

24      Q.   Okay.  Did Mr. Larsen review the

25  document before it was finalized?

185

1      A.   I don't --

2             MS. BUNTING:  Objection.

3      A.   I don't recall whether he did or didn't.

4      Q.   Do you -- do you recall discussing the

5  document with Mr. Larsen?

6      A.   I don't recall whether I did or didn't.

7      Q.   Did you discuss the document with

8  Mr. Griffin?

9      A.   Yes.

10     Q.   And what did you discuss with

11  Mr. Griffin?

12     A.   I discussed the substance and concepts

13  of the document extensively with him.  It took

14  a -- a long time to write as you can imagine.

15     Q.   How long did it take?

16     A.   I can't say exactly, but it's a 45-page

17  document.

18     Q.   So several weeks?

19     A.   The work continued over the period of

20  several weeks, yes.

21     Q.   Okay.  And did you distribute this

22  document to -- to potential investors?

23             MR. GULAY:  Objection to form.

24             MR. HORTON:  Objection.

25     A.   The intended audience was people in

186

1    finance and banking who wanted to learn about the

2    Ripple technology, so we distributed it to that

3    audience and I believe it was also publicly

4    available for people that wanted to download it

5    online.

6        Q.   Where was it publicly available?

7        A.   If I recall correctly, it was on

8    ripple.com behind the prompts where you have to

9    put your e-mail address in.

10       Q.   Okay.  And this audience that you're

11   referring to who wanted to learn about the Ripple

12   technology, how large an audience was this?

13       A.   Hundreds of people.

14       Q.   Did you distribute this document to

15   those hundreds of people?

16       A.   People could pull it down from the

17   website proactively and we also actively

18   distributed it to a large number of people.

19       Q.   Do you know how large a number you

20   distributed the document to actively?

21       A.   I would say over a hundred, but I --

22   that's an estimate given how much time has passed.

23       Q.   Did you discuss with Mr. Larsen that

24   this document was being broadly distributed?

25                   MS. BUNTING:  Objection.

187

1          A.   I don't recall whether I discussed this

2     document with Mr. Larsen.

3          Q.   Did you -- did you mention a minute ago

4     that -- that people had to input their e-mail into

5     the Ripple address --

6          A.   Yes.

7          Q.   -- the Ripple website to pull this

8     document?

9          A.   Yes.

10         Q.   Did Ripple collect those e-mail

11    addresses?

12              MR. GULAY:   Objection.

13         A.   I'm not sure if they did or didn't.

14         Q.   So looking now at Exhibit 36, is this an

15    instance of you actively distributing this

16    document?

17         A.   Yes.

18         Q.   Okay.  And -- and what is ███████████

19    ██████████?

20         A.   It is a market-making firm.

21         Q.   And at the time that you sent this

22    document to ███████████, did Ripple have a

23    relationship with ███████████?

24              MR. GULAY:  Objection.  What do

25         you mean by "a relationship with"?

188

1          MS. STEWART:  I mean a business

2      relationship.

3      A.  ████████████  was a market maker on the

4  Ripple network that received compensation in

5  exchange for market-making services.  I don't

6  recall as of this date whether that relationship

7  was formalized or not without looking into it

8  further.

9      Q.  Okay.  And why did you send this

10  document to ██████████?

11      A.  I believed this was a relevant document

12  for anyone in banking or finance that had an

13  interest in Ripple to see.

14      Q.  Okay.  Now I want to go through some of

15  the statements in the document itself.  So back to

16  PR-37.

17          MR. GULAY:  I just want to point

18      out for the record that PR-37 is not

19      attached to PR-36 and PR-36 only contains

20      a link to the report and PR-37 is a

21      stand-alone report that may or may not be

22      the final version.

23          MR. HECKER:  I'll just add that

24      PR-37 appears to postdate the e-mail in

25      PR-36.  PR-36 is an August date and PR-37

189

1        is a September date.

2   BY MS. STEWART:

3        Q.   Okay.  Mr. Rapoport, having reviewed

4   PR-37, is there anything in the document that

5   makes you think that this is not the final

6   version?

7        A.   The different dates in August of 2014,

8   the e-mail, and September 2014 on the document,

9   lead me to believe that this was a living document

10  and that there was a continued iteration after the

11  first publicly released version.

12       Q.   Did you continue to edit the document

13  after the first publicly released version?

14       A.   I don't recall specifically, but it

15  likely would have been me.

16       Q.   Do you recall making significant changes

17  to the document after its first public

18  distribution?

19       A.   I don't remember the number of changes

20  and how material they were.

21       Q.   Okay.  So as we go through this -- this

22  version that we've marked PR -- PR-37, I'll ask

23  you if you do recall changes that occurred after

24  this document, if you can just tell me -- tell me

25  what those changes were.  Okay?

190

1      A.    Okay.  I'm unlikely to recall specifics

2  of changes.

3      Q.    Understood.

4         Okay.  So if we can first look at page

5  17 of the document, which is Bates numbered 481.

6         Okay.  So here in the -- in the third

7  paragraph -- or I guess the fourth paragraph that

8  starts with "Historically," do you see that?

9      A.    Yes.

10     Q.    So here it says, the second sentence,

11  "The Ripple protocol, however, could in fact be

12  monetized through its native currency, XRP."

13        Do you see that?

14     A.    Yes.

15     Q.    Did you write this sentence?

16     A.    There were multiple authors so I'm not

17  certain who wrote what text, but I was a primary

18  author on the paper.

19     Q.    Okay.  Was this sentence accurate as of

20  2014?

21     A.    It's a little awkwardly worded.  I'm not

22  totally sure what the intention of the word

23  "monetized" was here, so I'm having trouble saying

24  whether it's accurate.

25     Q.    Are you done with your answer or are you

191

1    thinking?

2        A.   I find it difficult to answer that

3    question with a yes/no.

4        Q.   Okay.  What is -- sitting here today

5    reading this, what's your understanding of what

6    this sentence is trying to say?

7        A.   I'll read the preceding sentence.  The

8    preceding sentence says "Historically, information

9    protocols, like http and SMTP, were impossible to

10   monetize directly.  Ripple Labs is not a financial

11   service provider and thus does not charge for

12   using the network.  The Ripple protocol, however,

13   could, in fact, be monetized through its native

14   currency, XRP."

15           I think the intent of this paragraph or

16   those three sentences is to indicate that http and

17   SMTP did not have a native asset that someone

18   could purchase within those -- within those

19   protocols and the Ripple protocol does have an

20   asset that someone can purchase as part of that --

21   as part of the protocol.

22       Q.   Okay.  So an asset that someone could

23   purchase and -- and make money off of?

24       A.   It's an asset that fluctuates in price,

25   so, yes.

1    Q.   Going back up to the paragraph that

2    starts with "First" on the same page.

3    A.   Yes.

4    Q.   So you say "Ripple Labs" -- or the

5    document says, I should say.  The document says

6    "Ripple Labs builds new tools to allow developers

7    to build user friendly applications."

8         Do you see that?

9    A.   Yes.

10   Q.   And was this statement accurate at the

11   time?

12   A.   Yes.

13   Q.   And then that paragraph goes on to say

14   "Ripple Labs pursues partnerships to expand the

15   Ripple network of financial institutions, users

16   and market makers, providing APIs to access the

17   protocol."

18        Do you see that?

19   A.   Yes.

20   Q.   And was this sentence accurate at the

21   time?

22   A.   Yes.

23   Q.   And the next paragraph says "Ripple Labs

24   has raised capital from some of the leading

25   venture capital and technology firms."

193

1          Do you see that?

2     A.    Yes.

3     Q.    And was this sentence accurate at the

4     time?

5     A.    Yes.

6     Q.    And the next sentence that says "In

7     addition, Ripple Labs continues to" address --

8     "attract a diverse set of talented individuals."

9          Do you see that sentence?

10    A.    Yes, I do.

11    Q.    Was this sentence accurate at the time?

12    A.    Yes.

13    Q.    Okay.  And then going to the last

14    paragraph on this page, "Ripple Labs plans to

15    retain 25 percent of all XRP issued to fund

16    operations (and hopefully turn a profit) and

17    distribute the rest to incent the participation of

18    market makers, gateways, and consumers to utilize

19    the protocol."

20         Do you see that?

21    A.    I do.

22    Q.    And was this sentence accurate at the

23    time?

24    A.    Yes.

25    Q.    And then it goes on to say "Given that

194

1    there is a finite number of XRP, as demand for XRP

2    grows, the value of XRP should appreciate."

3          Was this sentence accurate at the time?

4      A.   I think that's a logically true sentence

5    ahead of time, yes.

6      Q.   Okay.  And then the paragraph closes

7    with "In this manner, Ripple Labs believes that

8    its incentives are aligned with those of protocol

9    users - both want the protocol to reach its full

10   potential and scale."

11         Do you see that?

12     A.   Yes.

13     Q.   Okay.  And was this sentence accurate at

14   the time?

15     A.   I believe so, yes.

16     Q.   Okay.  Do you recall discussing what

17   we're seeing on this page under "An Overview of

18   Ripple Labs" with anyone else at Ripple?

19     A.   I don't have specific recollection of

20   discussing this text, but as I mentioned earlier,

21   Patrick Griffin played an active role in reviewing

22   and -- and authoring this document as well.

23     Q.   Do you have any reason to believe that

24   anyone at Ripple did not agree that Ripple Labs'

25   incentives were aligned with those of the

195

1    protocol's users?

2          A.    I don't know whether others at the

3    company did or did not believe that at the time.

4          Q.    Did you discuss that issue with anyone

5    at the company?

6          A.    To the extent Patrick reviewed all this

7    text and worked with me to publish this paper, the

8    two of us certainly discussed it.  I don't recall

9    specific discussions about this outside of that.

10         Q.    And when -- when it says in this

11   paragraph "users of the protocol," does that

12   include speculators?

13         A.    I think a speculator could be

14   categorized as a type of user, yes.

15         Q.    Okay.  If you can turn to page 23 next,

16   which is Bates numbered 487, and I want to look at

17   the first paragraph on that page, the middle

18   sentence, that says "Ripple Labs' business model

19   is predicated on a belief that demand for XRP will

20   increase (resulting in price appreciation) if the

21   Ripple protocol becomes widely adopted."

22               Do you see that?

23         A.    I do.

24         Q.    Okay.  Was that sentence accurate at the

25   time?

196

1          A.    At the inception of the company that

2     sentence was accurate.  Over time Ripple Labs

3     developed other business models as well, but I

4     assume that it was true at the time the paper was

5     written since we published it.

6          Q.    And what was your understanding, as you

7     described here, about Ripple's business model

8     based on?

9          A.    I'm sorry, could you repeat that?

10         Q.    The -- the understanding that's

11    reflected in this sentence about Ripple Labs'

12    business model, what is that based on?

13         A.    At the inception of the company, there

14    was no other clear monetization strategy.  I think

15    the earliest investors in the company believed

16    that Ripple Labs was going to develop a -- further

17    develop the Ripple protocol and that that may

18    result in demand for XRP and that the asset on

19    Ripple Labs' balance sheet may appreciate.

20         Q.    And in 2014 did that continue to be

21    Ripple's business model?

22         A.    The specific timing of additional

23    revenue streams in businesses is difficult for me

24    to -- to recall with certainty, but over time

25    other consulting and software serve -- and

1   services businesses became viable revenue streams.

2       Q.   And what were those services and

3   businesses?

4       A.   We often looked at Red Hat and Linux as

5   two analogous concepts where Linux is an

6   open-source software that's developed by a

7   community of -- of users throughout the world and

8   Red Hat is a service provider that's engaged by

9   companies that deploy Linux to provide consulting

10  and advisory services.  And we felt that Ripple

11  Labs could play a similar role for financial

12  institutions that wanted to employ the open-source

13  Ripple protocol.

14      Q.   And did -- did Ripple, in fact, play

15  such a role for financial institutions?

16      A.   My role at the company was focused on

17  market makers and liquidity, and so I -- I did not

18  negotiate or have visibility into revenue from

19  consulting from financial institutions, but my

20  understanding is that that was occurring, yes.

21      Q.   Okay.  Turning to page 25, which is

22  Bates numbered 489.  So I want to look at the

23  paragraph under the title "Future Demand

24  Potential."

25           So here it says "The Ripple network is

198

1    still in its infancy and relatively unknown."

2         Do you see that?

3    A.   Yes.

4    Q.   Was this accurate at the time?

5    A.   On a global scale, yes, that's true.

6    Q.   Is it not true on some other scale?

7    A.   In the cryptocurrency or digital asset

8    community, it was very well known; but on the

9    global financial stage, it was in its infancy.

10   Q.   Okay.  Then it goes on to say "Likewise,

11   XRP is still fairly complicated for average users

12   to acquire or even completely inaccessible in many

13   parts of the world."

14        Was that an accurate statement at the

15   time?

16   A.   I believe so, yes.

17   Q.   And then it goes on to say "Increased

18   exposure and a more global network of Ripple

19   gateways could result in increased speculative

20   interest, which may have significant impacts on

21   price."

22        Do you see that?

23   A.   Yes.

24   Q.   And was this accurate at the time?

25   A.   Yes.

199

1          Q.    And when -- when the document refers to

2     "significant impacts on price," is that positive

3     or negative impacts or both?

4          A.    I think it deliberately omits whether

5     that's positive or negative.

6                THE REPORTER:  Repeat, please.

7          A.    I think if deliberately omits whether

8     it's a positive or a negative impact on price.

9          Q.    Okay.  So would the impact be positive

10    or negative?

11         A.    It could be either.

12         Q.    Then it goes on to say "Speculative

13    demand and bullish expectations for the future

14    were enough to send XRP and BTC total market

15    capitalization to over $6 billion and $23 billion

16    in Q4 2014 respectively."

17               Do you see that?

18         A.    Yes.

19         Q.    Okay.  And was that sentence accurate at

20    the time?

21         A.    Without checking the numbers, I assume

22    it's accurate if we published it.

23         Q.    Okay.  And then it goes on to say "If

24    the Ripple protocol becomes the backbone for

25    global value transfer, Ripple Labs expects the

1    demand for XRP to be considerable."

2           Do you see that?

3      A.   Yes.

4      Q.   Okay.  So what is the purpose of -- of

5    this section of this report under "Future Demand

6    Potential"?

7      A.   It's difficult for me to recall the

8    intent, you know, or thought process in writing

9    specific paragraphs of a 45-page paper; but, in

10   general, our narrative in speaking about the

11   Ripple protocol focused on a clearing settlement

12   and value transfer and using technology for that

13   purpose.

14         But after hundreds of meetings, we were

15   definitely aware that XRP was a topic that

16   frequently came up in conversations and we were

17   likely responding to common questions and topics

18   that we fielded after hundreds of meetings on the

19   topics.

20      Q.   And did those common questions include

21   questions about the value of XRP?

22      A.   Despite our deliberate intent to focus

23   on the technology and value transfer, frequently

24   people ask about XRP and our views on XRP in

25   meetings.

201

1          Q.   Okay.  What was the purpose of making

2     this document available to the public on Ripple's

3     website?

4          A.   The purpose of making anything public on

5     the website was to reach an audience that we

6     didn't necessarily have direct contact with.

7          Q.   Okay.  So turning now to page 43 of the

8     document, Bates numbered 5307, and looking at the

9     section "Regulation Remains Unclear."

10              Do you see that?

11         A.   Yes.

12         Q.   Okay.  So here the document says "As

13    with other settlement protocols which involve a

14    digital currency, regulatory uncertainty remains a

15    big hurdle for wide adoption of Ripple.

16    Regulators in the U.S. and abroad are increasingly

17    taking steps to understand, contextualize and

18    regulate digital currencies.  As a result, it is

19    still unclear how regulation will ultimately look

20    and how burdensome it will be on digital currency

21    protocols and users."

22              Do you see that?

23         A.   Yes.

24         Q.   Is this statement accurate as of 2014?

25         A.   Yes.

202

1        Q.    Okay.  Did you discuss this paragraph

2    with anyone before this document was finalized?

3                    MR. HORTON:  I just want to

4        clarify for the witness that excludes

5        conversations you've had with lawyers.

6        A.    The answer is the same as the other

7    discussions about this document, which is that I

8    recall discussing it with Patrick Griffin in his

9    role as a reviewer and -- and author.  I don't

10   recall specific other conversations about this

11   document with others at the firm.

12       Q.    Okay.  The next paragraph starts "Though

13   the Ripple protocol is very different from other

14   digital currency protocols, it is unclear whether

15   regulation will distinguish between protocols or

16   regulate all digital currencies under one broad

17   brush."

18            Do you see that?

19       A.    Yes.

20       Q.    What is the statement based on?

21                   MR. GULAY:  Same instruction on

22       your discussions with counsel.  To the

23       extent this is based on your discussions

24       with counsel, you should exclude that from

25       your answer.

203

1          A.   Can you repeat the question, please?

2          Q.   What was this sentence that I just read

3     based on?

4          A.   The statement that the Ripple protocol

5     is very different from other digital currency

6     protocols is based on the fact that Ripple -- the

7     Ripple protocol includes a decentralized exchange

8     and the ability to have assets created by

9     third-party issuers on the platform, whereas all

10    other digital currency protocols that I was aware

11    of at the time had only one native digital asset

12    and no decentralized exchange or ability for

13    issuers to create new assets.

14         Q.   And what about the part -- part of the

15    sentence that says "it is unclear whether

16    regulation will distinguish between the protocols

17    or treat them all the same"?  What was that based

18    on?

19              MR. HORTON:  Same instruction.

20         A.   I don't recall the specific thought

21    process when writing this sentence, but I read

22    that to be a general risk statement that I think

23    would be prudent to write about any digital asset

24    at the time or today even.

25         Q.   Moving on to page 45, which is Bates

204

1    numbered 50 -- 509, and in the section "The Role

2    of XRP," the middle sentence in that paragraph

3    says --

4         A.   I'm sorry, which page?

5         Q.   Sorry.  Page 45.

6         A.   Forty-five.

7         Q.   So under "The Role of XRP."

8         A.   Yes.

9         Q.   The middle sentence says "Over time, if

10   the Ripple protocol becomes widely adopted, demand

11   for XRP may increase, leading to an increase in

12   price."

13            Do you see that?

14        A.   Yes.

15        Q.   And was this sentence accurate at the

16   time?

17        A.   Yes.

18        Q.   Okay.  And why did you include this

19   sentence in this sort of conclusion page of this

20   document?

21        A.   It's difficult for me to recall the

22   thought process of how we structured the document.

23        Q.   Is it fair to say that given that it was

24   included in the conclusion page, that it's a --

25   it's an important piece of information?

205

```
 1                    MR. HORTON:  Objection to form.

 2          A.   I do think XRP is an important piece of

 3     the Ripple protocol.

 4          Q.   Well, what about the idea that if the

 5     protocol becomes widely adopted, demand for XRP

 6     may increase leading to an increase in price?  Is

 7     that idea an important part of what you were

 8     conveying in this document?

 9          A.   I think it accurate -- I think it

10     accurately captures our view that wide adoption of

11     the Ripple protocol may or may not involve XRP

12     price appreciation and our view that use of the

13     Ripple protocol as a settlement layer may or may

14     not lead to an increase in XRP price.

15          Q.   Well, but you don't say here may or may

16     not.  You say it may increase, leading to an

17     increase in price, right?

18                    MR. HORTON:  Objection to form.

19          A.   That is what the page says.

20          Q.   Okay.  So were you trying to convey here

21     that if the Ripple protocol is adopted, that could

22     mean that XRP will become more valuable?

23                    MR. GULAY:  Objection to form.

24          A.   I think it's accurate in saying that

25     that is a possibility.
```

206

1          Q.   Is there a possibility where the Ripple

2    protocol is widely adopted but XRP decreases in

3    price?

4               MR. GULAY:  Objection.

5          A.   Yes.

6          Q.   Can you explain to me how that would

7    happen?

8               MR. HORTON:  Objection to form.

9          A.   XRP is necessary in very small

10   quantities and low value, low-dollar-value

11   amounts, for anyone to use the network.  XRP's

12   adoption as a bridge currency may or may not occur

13   in a widespread adoption scenario of Ripple as a

14   technology.

15              So we were acutely aware of the fact

16   that Ripple technology could be widely adopted as

17   a global settlement layer; but the amount of XRP,

18   say if a hundred million users were using the

19   network and each needed to own a few cents' worth

20   of XRP, that would apply a -- a valuation of 1 or

21   $5 million for the total sum of XRP, which would

22   be a significant decrease in value.  And I

23   believed then and today that that was a plausible

24   outcome in a success state of Ripple's technology.

25         Q.   So at the time in 2014, you thought that

207

```
1    that was a plausible outcome?

2         A.   Yes.

3         Q.   Is that what you just said?

4         A.   Yes.

5         Q.   Did you think it was a more plausible

6    outcome than an increase in XRP's price if the

7    Ripple technology was widely adopted?

8                   MR. HECKER:  Objection to form.

9         A.   I viewed it as highly uncertain both

10   ways and I could see it reasonably going in either

11   direction.  I thought it was highly -- a highly

12   risky thesis.

13        Q.   Going back to, I think, a similar

14   thought you expressed earlier about a high

15   probab -- probability of it going to either zero,

16   low probability of -- of a hundred X, do you

17   remember that?

18        A.   Yes.

19        Q.   In your view in 2014, if Ripple had

20   walked away from the Ripple network, what would

21   have -- which outcome would have been more likely,

22   the going to zero or the going to a hundred X?

23                  MR. HORTON:  Objection to form.

24                  MS. BUNTING:  Objection.

25        A.   If Ripple Labs ceased to exist or
```

208

1   disbanded, I'm confident that the Ripple

2   technology would continue to operate, albeit with

3   likely hiccups in a very short -- in the very

4   short term.

5           I do think that in that scenario, in the

6   very short term, the price would be more likely to

7   fall than rise, but I don't think there's a clear

8   statement about the long-term future of the

9   protocol or XRP in the absence of Ripple Labs.

10                  MS. STEWART:  PR-15 next, Nicole.

11                  (Whereupon, exhibit is presented

12          and marked SEC Rapoport Exhibit PR-15 for

13          identification.)

14                  MS. STEWART:  So PR-15 for the

15          record is 842922 through 842925 Bates

16          stamp.

17                  (Pause)

18                  MS. FORBES:  Can you repeat the

19          number?

20                  MS. STEWART:  Fifteen, one-five.

21                  MS. FORBES:  PR-15?

22                  MS. STEWART:  Yes, one-five.

23                  MS. FORBES:  Thank you.

24                  (Pause)

25      A.   Okay.  I've reviewed this.

209

BY MS. STEWART:

    Q.   Okay.  Who is ████████

    A.   He's a friend of mine.

    Q.   And does he work for the law firm
████████████████████

    A.   Yes, he does.

    Q.   Okay.  And why were you reaching out to
Mr. ████ on November 4th, 2013?

    A.   In the very early stages of the company,
we were eager to explain the technology and share
information about the technology with pretty much
anyone who would listen, whether that person was a
financial market person, a legal professional,
totally unrelated to the company.  We did not yet
know exactly where this technology could be
applied functionally.

    Q.   Okay.  And did you discuss having
Mr. ████ law firm be a merchant for XRP?

    A.   I see he used the phrase "merchant or
vendor."  I'm not sure exactly what he meant.  I
think that verbiage is strange and he didn't yet
have an understanding of what Ripple was.

    Q.   Okay.  Did you discuss with him the
possibility of his firm accepting payments in XRP?

    A.   I see that his e-mail refers to payment

1    by other Ripple network which could be in dollars.

2    I presume it would be in dollars.  I don't recall

3    the specifics of a discussion around that given

4    that this was in 2013.

5            Q.    Okay.  Did the discussions with

6    Mr. ████ on this point go anywhere?

7            A.    Generally speaking, the discussions did

8    not go anywhere.  I think we had one or maybe two

9    meetings to discuss the topic of Ripple.

10           Q.    Okay.  On the second-to-last page of the

11   document, Bates numbered 924, your e-mail that's

12   at 9:37 a.m. to Mr. ████    So you write "FWIW?"

13   Does that mean for what it's worth?

14           A.    Yes, it does.

15           Q.    Okay.  "This law firm seems to have

16   become the main source of advice in the space.

17   Every bitcoin startup is paying them."  And then

18   you send a link to Perkins Coie's website and then

19   you say "Very interesting space, and ripe for

20   regulation."

21                 Do you see that?

22           A.    Yes.

23           Q.    What did you mean when you said "ripe

24   for regulation"?

25           A.    In general, market participants at the