1    purchases, whatever "large" means.  Is that fair?

2              MR. HORTON:  Object to form.

3         A.   Large -- yes, large transactions of XRP.

4         Q.   Was -- was there a sort of floor for the

5    amount of XRP units, you know, that would be

6    considered an OTC sale of XRP?

7              MR. HORTON:  Objection to form.

8         A.   It varied depending on the time you're

9    talking about.

10        Q.   When you left Ripple, what was the

11   floor?

12        A.   I don't remember.

13        Q.   What about when OTC sales of XRP began?

14        A.   I don't remember.

15        Q.   Is it fair to say that another

16   difference between Ripple's OTC sales and its

17   programmatic sales throughout your employment at

18   Ripple was that, I think as you've mentioned, the

19   OTC sales were direct transactions between Ripple

20   and the purchaser and the programmatic ones were

21   through the brokers you mentioned?

22             MR. HORTON:  Objection to form.

23        A.   No.  Sometimes brokers approached us for

24   large block trades or large trades of XRP,

25   purchases of XRP.

1          Q.   And those were considered OTC or

2     programmatic?

3          A.   Those would have been considered OTC.

4          Q.   Okay.  And which brokers approached you

5     for large block trades of XRP?

6               MR. HORTON:  Objection to form.

7          When you say "you," are you referring to

8          the witness or to the company?

9               MR. TENREIRO:  I'm referring to

10         whatever he means when he said "us."  Some

11         brokers approached us.

12         A.   I was referring to the team, the XRP

13    markets team.  I don't -- I don't remember the

14    names of the brokers and who -- who the buyers

15    were at this point.

16         Q.   And to the extent that brokers

17    approached the team for large block trades of XRP,

18    did you have an understanding, as the manager of

19    the XRP markets team, as to what these brokers

20    wanted the XRP for?

21              MR. HORTON:  Objection to form.

22         A.   No.

23         Q.   Did you have it at that time and just

24    don't remember, or you never had an understanding?

25              MR. HORTON:  Same objection.

1          A.   I don't -- I don't -- I don't know
2     what -- why people were buying XRP or what their
3     reasons were.
4          Q.   Did you ever ask any XRP purchaser what
5     they were buying XRP for?
6          A.   I don't remember.
7          Q.   Did you ever hear anyone at Ripple ask a
8     potential XRP purchaser what they were buying XRP
9     for?
10               MR. HORTON:  Objection to form.
11         A.   I don't remember.
12         Q.   Did you ever receive instruction from
13    anyone at Ripple about whether you should or
14    should not ask a potential XRP purchaser what they
15    were buying XRP for?
16               MR. HORTON:  Objection to form.
17         A.   Again, same answer.  I don't remember.
18         Q.   Did you ever witness anyone at Ripple
19    instruct anyone else at Ripple about whether they
20    should or should not ask a potential XRP purchaser
21    what they were buying XRP for?
22               MR. HORTON:  Objection to form.
23         A.   No.  I don't remember that.
24         Q.   Okay.  Did you receive any written
25    guidance from anyone at Ripple about what you

1    should or should not say when discussing -- when

2    having conversations with potential XRP

3    purchasers?

4              MR. HORTON:  Objection to form.

5        A.   Same answer.  I don't remember.  No.

6        Q.   Do you think you'd remember receiving

7    sort of written guidance from Ripple about what

8    you could say to potential XRP purchasers?

9              MR. HORTON:  Objection to form.

10       A.   No, I don't -- I don't remember.

11       Q.   Okay.  And did you -- did you,

12   Mr. Griffin, refer to potential XRP buyers as

13   Ripple customers typically?

14             MR. HORTON:  Objection.

15       A.   I don't -- I don't think so.

16       Q.   What did you refer them to as?

17       A.   Buyers.

18       Q.   Other than buyers.  Did you refer to

19   them as speculators?

20             MR. HORTON:  Objection to form.

21       A.   I don't know.

22       Q.   Did you refer to them as investors?

23             MR. HORTON:  Objection to form.

24       A.   I don't know.

25       Q.   Okay.  Now, do you remember -- sorry.

```
 1                    Have you heard the name "    "?
 2        A.   Yes.
 3        Q.   And what is    ?
 4        A.                                        .
 5        Q.   What relationship, if any, did they have
 6   to Ripple?
 7                    MR. HORTON:   Objection to form.
 8        A.   They are an investor -- or at least were
 9   when I was there -- in Ripple Inc.  I don't know
10   if that was OpenCoin or Ripple Inc. or Ripple
11   Labs, I can't remember, when they invested first
12   equity in the business.  And then they also
13   separately purchased XRP in the mid -- I think
14   they may have even purchased their XRP through a
15   separate fund, separate entity is my -- my
16   recollection.  I don't know if it was    doing
17   it or one of their subsidiaries.
18        Q.   What involvement, if any, did you have
19   with    purchase of XRP from Ripple?
20                    MR. HORTON:   Objection to form.
21        A.   I don't -- I don't remember.  I don't
22   know if that was me involved -- involved in that
23   or if that was Phil -- would have been Phil.
24        Q.   And what understanding, if any, do you
25   have as to why    purchased XRP?
```

1          MR. HORTON:  Objection to form.

2      A.  I don't know.

3      Q.  We were discussing the OTC purchases, I

4  think you said there was a size -- you know, the

5  amount of XRP had something to do with whether it

6  was OTC, is that correct?

7      A.  That's --

8          MR. HORTON:  Objection to form.

9      A.  That's right.

10      Q.  And could you tell me, you know --

11      A.  It was also the -- sorry.  Just to

12  clarify.

13      Q.  That's all right.

14      A.  It was also just the means by which it

15  was sold, so if it was a direct communication or

16  whether it was through an open exchange with an

17  algorithm or a bot.

18          THE REPORTER:  An open exchange

19      with?  I can't hear you.

20      A.  Whether it was through an open exchange,

21  which would have been -- with a bot or an

22  algorithm to sell it, again, with an eye towards

23  having a light footprint on the market, that would

24  have been the distinction versus OTC which would

25  have been more of a direct communication with a

1   broker or a purchaser.

2        Q.   And what were the identities of some

3   of -- of the OTC purchasers of XRP while you

4   were -- sorry.  Let me strike that.

5             What were the type of purchasers?

6   Identities, I don't expect you to remember the

7   identities.  But are we talking about, you know,

8   banks? individuals?  You know, what are the

9   categories of persons that bought XRP from Ripple

10  as OTC purchasers while you were at Ripple?

11            MR. HORTON:  Objection to form.

12       A.   What -- there were individuals and

13  investment firms.  So, like, financial

14  institutions.  Brokers.  I recall vaguely there

15  was also mar -- possibly market makers.  I can't

16  remember exactly the composition of who was buying

17  it, but that sounds -- sounds right.

18       Q.   To the extent there were individuals,

19  were -- you know, were these wealthy individuals

20  or sort of -- what -- can you give me a little

21  more about the types of individuals?

22            MR. HORTON:  Objection to form.

23       A.   For the most part, that sounds right,

24  that they were wealthy individuals if they were

25  individuals.

```
 1            Q.   And does investment firms include, like,
 2    hedge funds and things of that nature?
 3            A.   Right.
 4                 MR. HORTON:  Objection to form.
 5            Q.   Financial institutions?  What -- what is
 6    that?  Can you give me a little more on what
 7    financial institutions means?
 8            A.   Specifically hedge funds, investment
 9    firms.
10            Q.   And then you said "I recall vaguely
11    there was also possibly market makers."
12                 Market makers in what markets?
13            A.   I don't remember.  I think that I would
14    just group that in the investment firm category.
15            Q.   And how many, if any, of the OTC
16    purchasers of XRP that you recall use Ripple's
17    xRapid product?
18                 MR. HORTON:  Objection to form.
19            A.   I don't know.
20            Q.   Do you know of any?
21            A.   I can't name anybody.
22            Q.   Okay.  How many of them -- what -- for
23    what purposes -- sorry.
24                 To the extent you were involved with OTC
25    sales, did you derive an understanding as to the
```

1    purposes for which these different OTC purchasers

2    were purchasing XRP?

3                   MR. HORTON:  Objection to form.

4         A.    No.

5         Q.    Did you -- did you come to believe that

6    they were purchasing XRP to use XRP, for example,

7    to buy goods and services?

8                   MR. HORTON:  Objection to form.

9         A.    I don't know.

10        Q.    Did you understand that they were

11   investing in XRP?

12                  MR. HORTON:  Objection to form.

13        A.    Again, I also don't know.

14        Q.    And the -- the -- the reasons for the

15   purchase did not come up in your conversations

16   with any of your OTC purchasers?

17        A.    It may have.  I mean, I don't -- I don't

18   know.

19        Q.    To the extent that it did come up, do

20   you recall the reasons?

21                  MR. HORTON:  Objection to form.

22        A.    No.  I don't know.

23        Q.    Okay.  Sitting here today, what do you

24   believe the reasons were?

25                  MR. HORTON:  Objection to form;

166

```
1              calls for speculation.
2         A.    Okay.  Well, I imagine longing --
3    holding XRP and taking a long position in
4    cryptocurrencies and XRP.  That's one.  Price and
5    vol -- and volume can go up in the liquidity and
6    that can be a long-term investment.  Lending it
7    out, making fees off of lending could be another.
8              I don't know what kind of instruments or
9    financial derivatives investors are managing in
10   the overall composition of their portfolio, but
11   buying XRP could fit within that.  I don't have
12   the total clear -- I can't speak to why.  But I
13   imagine there's a lot of different investment
14   strategies, for example, that a professional
15   investment firm would employ.
16             So I don't -- I don't know.  Maybe
17   they're also buying it to make markets.  Just --
18   just take the spreads and make a lot of markets on
19   either side of the order book.
20             I could speculate on a number of
21   different reasons why investors would use or want
22   to buy XRP.
23        Q.    Just to be clear, when someone is long
24   in asset, they hope the price goes up, right?
25             MR. HORTON:  Objection to form.
```

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

1        A.    That's -- what I said was that their

2    volume price of liquidity.   The overall liquidity.

3    That rises.

4        Q.    Okay.   So when someone's -- your --

5    your -- your understanding is that when someone's

6    long in asset is that their hope is that liquidity

7    and volume rise?

8             MR. HORTON:   Objection to form.

9        A.    Liquidity.

10       Q.    Just liquidity?

11       A.    I mean, it's a function of volume and

12   price, yes.

13       Q.    How -- how is price a function of

14   liquidity?

15       A.    Well, I -- I would presume that the

16   price of an asset is tied to the -- the

17   availability of that asset.   So the higher the

18   price, the more activity there is.   Same thing can

19   be said on the other -- in the other direction.

20   If an asset's falling, the more volume there is

21   typically around it.   So it's more like the

22   direction of the price and the volatility around

23   the price can bring activity, which can drive

24   more -- more volume.

25       Q.    And just in this answer, activity is

1    another word for liquidity?

2          A.    Would be just trading, buying and

3    selling it.

4          Q.    Is that volume or is that liquidity?

5          A.    That's volume.

6          Q.    Okay.  But so my question was, how --

7    how was price a function of liquidity?

8          A.    Right.  So the movement of price I think

9    is correlated -- and I'm not -- I'm not an expert,

10   but I think it is correlated to the volume of

11   trading activity around that asset.

12         Q.    And so are you equating the volume of

13   trading activity with its liquidity?

14                MR. HORTON:  Objection to form.

15         A.    Yes.

16         Q.    Okay.  Do you understand whether

17   liquidity means the availability of buys and sells

18   on an order book, for example?

19                MR. HORTON:  Objection to form.

20         A.    Yes.

21         Q.    Okay.

22                MR. TENREIRO:  Let's look at

23          Exhibit 20, please.

24                (Whereupon, exhibit is presented

25          and marked SEC Griffin Exhibit PG-20 for

```
 1        identification.)
 2                   MR. TENREIRO:  Can we go off the
 3        record for one second, please?
 4                   THE VIDEOGRAPHER:  Going off the
 5        record at 12:28 p.m.
 6                   (Whereupon, a recess is taken.)
 7                   THE VIDEOGRAPHER:  We are back on
 8        the record at 12:30 p.m.
 9   BY MR. TENREIRO:
10        Q.   Mr. Griffin, I've handed you what I've
11   marked as PG-20.  I'm getting you the Bates number
12   in a second.  It's an e-mail from you to
13   on January 12th, 2016.
14                   MR. TENREIRO:  And the Bates,
15        while you look at it, is        419.  Thank
16        you, Jon.
17        Q.   Mr. Griffin, who is               ?
18        A.   He works at     .  And I don't know if
19   he's a founder.  I think he's a senior executive
20   at
21        Q.   And in your e-mail you reference "Now
22   that we have everything in place for the fund," et
23   cetera.
24             What is the reference to "the fund" in
25   your e-mail?
```

170

```
 1              MR. HORTON:  Objection to form;
 2         lack of foundation.
 3         A.   I don't know.
 4         Q.   Do you know --
 5         A.   I don't know if that's --
 6         Q.   Sorry.
 7         A.   -- our fund or -- I don't know what that
 8    is.
 9         Q.   Any reason to believe you did not send
10    him this e-mail?
11         A.   No.
12         Q.   Okay.  Do you recall      either
13    launching or potentially launching an -- a fund to
14    invest in XRP?
15         A.   No.
16         Q.   Okay.  And your reference to "I want to
17    catch up with you on what we can do to help secure
18                   cash flow from the fund this
19    quarter."
20              Do you see that?
21         A.   I do.
22         Q.   And why did you want to do -- or to see
23    what you could do to help secure          --
24              cash flow from the fund this quarter?
25              MR. HORTON:  Objection to form.
```

```
 1          A.   Well, they had a fund that was involved
 2   in cryptocurrency, the health of cryptocurrency,
 3   and even cryptocurrency companies as I recall.
 4   XRP was one of the things they held in that.
 5          And so I know that they were growing
 6   more fund, growing their allocations to crypto --
 7   cryptocurrency projects.  Ripple needs -- has an
 8   ongoing need for cash flow and I think that's
 9   probably what that refers to, is whether or not
10   they wanted to purchase XRP from Ripple.
11          Q.   Okay.  So you anticipated my question,
12   but just to be clear, the cash flow was for whom?
13   For Ripple?
14          A.   Yes.
15               MR. HORTON:  Objection to form.
16          Q.   Okay.  And for what was -- what were
17   the -- what was the purpose of Ripple, you know,
18   generating that cash flow?
19               MR. HORTON:  Objection to form.
20          A.   I mean, I -- I can't speak to the needs
21   of Ripple, but, yeah, to operate the business.
22          Q.   Okay.  And is it fair to say that at
23   least as of January 2016, you understood that
24   there were XRP purchasers investing in XRP?
25               MR. HORTON:  Objection to form.
```

1        A.    No.    There were purchasers of XRP.

2        Q.    And is it fair to say that you -- so you

3   just did not know why they had purchased XRP?

4        A.    Sitting here today, I don't -- I don't

5   know the details of what motivated somebody who

6   was purchasing XRP -- purchasing XRP.

7        Q.    Sitting here today, though, what was

8   your belief as to what -- you know, not what --

9   your actual knowledge of what they -- the reason,

10  but what was your belief?

11            MR. HORTON:   Objection to form.

12       A.    You want me to speculate?

13       Q.    No.    What was your belief?

14            MR. HORTON:   Objection to form.

15       A.    Sorry.    I don't understand the question.

16  You're asking me what was my belief about my

17  belief?

18       Q.    No, no.    What is -- what was your belief

19  in 2016 about why, you know, someone like Mr. ▮▮▮▮▮

20  was purchasing XRP?

21            MR. HORTON:   Objection to form;

22       calls for speculation.

23       A.    You said sitting here today?   I'm really

24  not -- I'm just trying to understand what you're

25  asking.

173

1          Q.   Well, do you -- you don't remember what

2     your belief was in 2016?

3          A.   No.

4               MR. HORTON:  Objection to form.

5          Q.   So what was your belief in 2016?

6               MR. HORTON:  Objection to form;

7          asked and answered.

8               Jorge, I think -- can you ask

9          this question in an appropriate form?

10         Q.   Can you answer, please?

11         A.   Same answer.  No, I don't -- I don't

12    know.

13         Q.   Okay.

14              (Whereupon, exhibit is presented

15         and marked SEC Griffin Exhibit PG-24 for

16         identification.)

17              MR. TENREIRO:  Let's take a look

18         at -- one second -- yeah, 24.  This is a

19         two-page e-mail Ripple -- RPLI_SEC 38156.

20              And for the record, it appears

21         to be a string of e-mails, the top one

22         from Mr. Griffin to Mr. Larsen and

23         Mr. Garlinghouse on April 22nd, 2016.

24              (Pause)

25    BY MR. TENREIRO:

174

```
 1        Q.   Mr. Griffin, do you have any reason to
 2   believe that you did not send this e-mail?
 3        A.   No.
 4        Q.   Okay.  And having looked at it, there's
 5   a reference -- and, in fact, a forward -- from
 6   ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
 7             Do you see that?
 8        A.   I do.
 9        Q.   Do you recall discussing Mr. ▌▌▌▌▌▌
10   earlier today?
11        A.   Yes.
12        Q.   Just in your own words, what is this
13   e-mail thread about?
14             MR. HORTON:  Objection to form.
15        Are you asking about the entire series of
16        three e-mails or one particular part of
17        it?
18             MR. TENREIRO:  Series of e-mails.
19        A.   It looks like ▌▌▌▌▌▌▌▌▌▌ is
20   approaching Ripple to purchase XRP.
21        Q.   Would this be an example of a potential
22   OTC purchase of XRP?
23             MR. HORTON:  Objection to form.
24        A.   Yes.
25        Q.   Okay.  And in the first paragraph you
```

```
 1   ask Brad and Chris "Are you OK with the proposal
 2   below for          ?"
 3              Do you see that?
 4       A.   Yes.
 5       Q.   Was there -- before sort of closing an
 6   OTC sale of XRP, did you need approval from
 7   Mr. Larsen and Mr. Garlinghouse?
 8              MR. HORTON:  Objection to form.
 9       A.   I -- I think that varied at different
10   points in time.
11       Q.   Well, let's start when -- when
12   Mr. Garlinghouse was not working at the company,
13   obviously, but when it was just Mr. Larsen there
14   of the two of them, did you need his approval for
15   OTC sales?
16              MR. HORTON:  Objection to form.
17              MS. COWAN:  Objection to form.
18       A.   Yeah, I can't remember.
19       Q.   Okay.  Do you recall -- is it fair to
20   say that here you are asking for their approval of
21   a proposal?
22       A.   Yes.
23       Q.   Do you recall other occasions where you
24   asked for that sort of approval from them?
25              MR. HORTON:  Objection to form.
```

1    A.   I can't recite another occasion, no.

2    Q.   Okay.  And did there come a time -- I

3  think you said it varied at different point in

4  times.

5         So is there -- was there a point in time

6  when you needed to, say, seek approval from

7  Mr. Garlinghouse for OTC sales?

8              MR. HORTON:  Objection to form.

9    A.   I don't -- it -- it may have been that I

10  talked to him.  I don't know that it was -- I'd

11  say yes.  It sounds right.  Yes.

12    Q.   Was it for all of them or just ones that

13  had a certain threshold or a certain term in them?

14  Do you recall?

15              MR. HORTON:  Objection to form.

16    A.   I don't recall, no.

17    Q.   Okay.  And Mr. ▮▮▮▮▮▮ was potentially

18  purchasing XRP for what purpose?

19              MR. HORTON:  Objection to form.

20    A.   I don't know.

21    Q.   Did he ever communicate to you a

22  purpose?

23    A.   Well, in fact, I think if you look at

24  the e-mail, what I write here is "they've

25  indicated they are making this request from us to

1    satisfy a market order, not for a fund."

2            I -- I believe what that means is

3    they're acting as broker, so there's a third party

4    on the other side of -- of them who is actually

5    making -- providing the proceeds to fulfill and

6    satisfy the transaction.

7            So I -- that's my understanding of this

8    when I read this e-mail.

9        Q.   So, in other words, to resell the XRP to

10   someone else?

11           MR. HORTON:  Objection.

12       A.   I don't know -- even know if it's to

13   resell.  Someone just to act as a broker.

14       Q.   So it wasn't for them, in other words?

15           MR. HORTON:  Objection to form.

16       A.   Not that I recall when I read this

17   e-mail.  That's what it reads to me.

18       Q.   Are there -- were there other occasions

19   where OTC sales involved such types of

20   transactions, sort of a broker?

21           MR. HORTON:  Objection to form.

22       A.   A broker in the middle of the

23   transaction --

24       Q.   Yeah.

25       A.   -- that doesn't handle the funds, but

1    just acts as an intermediary to introduce the

2    buyer and seller?

3           Q.   Yes.

4           A.   Yes.

5           Q.   Okay.  Did -- did anyone at Ripple

6    any -- at any time restrict you from entering into

7    those sort of transactions for XRP sales?

8                MR. HORTON:  Objection to form.

9           A.   I don't remember.

10          Q.   Do you remember -- you're saying you

11   don't remember either way or you don't remember

12   that occurring?

13          A.   I don't remember either way.

14          Q.   Okay.  In your paragraph you refer to

15   "We want to make a happy customer."

16               Do you see that?

17          A.   I do.

18          Q.   Who are you referring to there?

19               MR. HORTON:  Objection to form.

20          A.   Well, I -- I believe -- I think this is

21   sort of a turn of phrase.  Like we want to make a

22   happy customer, like a happy camper.  That's kind

23   of my interpretation of that.  And I am talking

24   about                   and

25          Q.   Okay.  And does this refresh your memory

```
 1    as to whether you, at time to time, referred to,

 2    you know, XRP purchasers as customers of Ripple?

 3                MR. HORTON:  Objection.

 4          Objection to form.

 5          A.   I don't think that was something we were

 6    in the custom of doing, no.

 7                THE REPORTER:  I can't hear you,

 8          sir.

 9          A.   I -- I don't -- we were not in the

10    custom of calling purchasers of XRP customers, no.

11          Q.   Right.  So I wasn't asking about the we,

12    though.  I think -- I was just asking about you.

13          A.   No.

14          Q.   Okay.  All right.  And I think, do you

15    see the reference in the middle of the e-mail from

16    Mr.          to you to, sort of, lock-ups and

17    discounts?  Do you see that?

18          A.   It's a hard print, but I think so, yes.

19          Q.   Okay.  Sitting here today, do you recall

20    whether some of Ripple's OTC sales of XRP while

21    you were at Ripple might have involved lock-up

22    periods?

23                MR. HORTON:  Objection to form.

24          A.   Yes.

25          Q.   What were the purpose or purposes of
```

1    those lock-up periods?

2              MR. HORTON:  Objection to form.

3         A.    I think we -- we were hoping to design

4    a -- terms of the sale to prevent third parties

5    from turning around and just selling their large

6    trades on to the market, into the open market.

7         Q.    When we had discussed the programmatic

8    sales, you generally said, you know, there were

9    some desires to minimize the footprint of X -- of

10   Ripple's XRP sales?

11        A.    Yes.

12        Q.    Is that sort of a similar idea with

13   the -- to the extent lock-ups existed, to minimize

14   the OTC purchasers, the footprint of their resale

15   of XRP?

16             MR. HORTON:  Objection to form.

17        A.    Yes.

18        Q.    Okay.  And is it fair to say that to the

19   extent such lock-ups existed in the OTC sales

20   agreements, they existed because Ripple understood

21   or expected that the purchasers of XRP in OTC

22   sales might one day resell their XRP?

23             MR. HORTON:  Objection to form.

24        A.    Yes.

25        Q.    And what was the purpose of the discount

1    in price in the OTC sales to the extent they

2    existed?

3              MR. HORTON:  Objection to form.

4         A.   I don't remember.  I think we -- we

5    explored a lot of different pricing models.  So I

6    don't remember what the rationale was for

7    discounts and lockups or premiums without lockups

8    or no discount on premium, reduced lockup.  I

9    think we were trying to understand what -- what

10   the right approach was.  I don't think it was

11   really one size fits all.

12        Q.   To the extent that it was different

13   approaches for different deals, who made -- who

14   had the final authority to decide, you know, for

15   this one, we'll do this lockup or no lockup?  Who

16   had the final authority over those terms?

17             MR. HORTON:  Objection to form.

18        A.   I don't remember.

19        Q.   Did Mr. -- was there a time when

20   Mr. Larsen had final authority over the terms of

21   OTC -- OTC sales?

22             MR. HORTON:  Objection to form.

23             MS. COWAN:  Objection to form.

24        A.   I don't remember.

25        Q.   Was there a time where Mr. Garlinghouse

1   had final authority over the terms of OTC sales?

2              MR. HORTON:  Objection to form.

3        A.   Yes.

4        Q.   Okay.  One second.

5              MR. TENREIRO:  Okay.  Let's look

6         at Number 27.

7              (Whereupon, exhibit is presented

8         and marked SEC Griffin Exhibit PG-27 for

9         identification.)

10             MR. TENREIRO:  This is a

11        three-page e-mail.  I'll get you the Bates

12        in a second.  It's been marked PG-27.

13        Here you go.  It appears to be an e-mail

14        from Mr. Griffin to individuals at       and

15        others on or around June 9th, 2016.

16             MR. HECKER:  Can we take a break?

17             MR. TENREIRO:  Break for lunch

18        now?  Just a break?  Go ahead.  Off the

19        record.

20             THE VIDEOGRAPHER:  Going off the

21        record at 12:45 p.m.

22             (Whereupon, a recess is taken.)

23             THE VIDEOGRAPHER:  We are back on

24        the record at 12:50 p.m.

25             MR. TENREIRO:  So it's PG-27 and

1        the Bates is ████████ Ripple 854.

2               (Pause)

3   BY MR. TENREIRO:

4        Q.  Mr. Griffin, any reason to think that

5   you did not send this e-mail to these individuals?

6        A.  No.

7        Q.  Is it fair to say that, in sum and

8   substance, there's a discussion about a

9   restriction on ██████ [sic] ability to resell the

10  XRP it might purchase from Ripple?

11              MR. HECKER:  Objection to form.

12       A.  I'm sorry, please ask the question

13  again.

14       Q.  Yes.

15              Is it fair to say that one of the things

16  being discussed in this e-mail thread is a

17  potential restriction on ██████ ability to resell

18  XRP it might purchase from Ripple?

19       A.  ███ ?  ███████████████████ ?

20       Q.  Yes.

21       A.  Yes.

22       Q.  And is it fair to say that that -- at

23  least as reflected in this e-mail, that

24  restriction might be tied to the daily volume?  It

25  says 5 percent of daily volume.

184

```
 1                   MR. HORTON:  Objection to form.

 2        A.   Yes.

 3        Q.   That's daily volume of XRP just to be

 4   clear?

 5                   MR. HORTON:  Same objection.

 6        A.   I believe so.

 7        Q.   Okay.  And, again, what were -- what was

 8   the purpose or purposes of, you know, when these

 9   sort of terms were put into the OTC sales

10   contracts?  What were their purpose?

11                   MR. HORTON:  Objection to form.

12        A.   The purpose was to prevent a -- a

13   purchaser from turning around and selling if there

14   was a discount involved.

15        Q.   And why did Ripple want to prevent that?

16                   MR. HORTON:  Objection to form.

17        A.   We didn't -- we wanted -- just the same

18   reasons what -- as -- that we -- the same

19   priorities we had when we sold programmatically.

20   We wanted to maintain a lightweight -- light

21   footprint in the market and we didn't want to have

22   our over-the-counter sales, or OTC sales,

23   impacting the market in any way.

24        Q.   Any other reasons for these, you know,

25   sort of terms and restrictions in an OTC sales
```

185

```
 1    contract?
 2          A.   Not that I recall.
 3          Q.   When you were at Ripple, did any of the
 4    OTC sales in which you had any involvement have
 5    restrictions other than daily volume-related sales
 6    restrictions?
 7                MR. HORTON:  Objection to form.
 8          A.   Not that I recall.
 9          Q.   Did any of them have restrictions on,
10    for example, who the OTC purchaser could resell
11    the XRP to?
12                MR. HORTON:  Objection to form.
13          A.   It's possible.  I don't recall.
14          Q.   All right.
15                MR. TENREIRO:  Let's take a look
16          at Exhibit 76.
17                (Whereupon, exhibit is presented
18          and marked SEC Griffin Exhibit PG-76 for
19          identification.)
20                MR. TENREIRO:  This will be a
21          e-mail thread with Bates RPLI_SEC 843640.
22          It's three pages.  It involves
23          Mr. Griffin, April 19th, 2017.
24                (Pause)
25    BY MR. TENREIRO:
```

1    Q.   Okay.  Mr. Griffin, sitting here today,

2    do you have any reason to believe you did not

3    receive this e-mail from Mr. Garlinghouse?

4    A.   No.

5    Q.   And do you have any reason to believe

6    you did not send this e-mail to someone apparently

7    called ███████ at ███████ -- ███████

8    A.   No.

9    Q.   Okay.  There you write "Hi, ███  We

10   encourage buyers of less than 250,000 to go to the

11   open market.  For transactions of this size, we

12   can sell to you at the spot price.  Let us know

13   how much and we will send through the paperwork

14   this afternoon."

15        Do you see that?

16   A.   I do.

17   Q.   Is that a reference to buyers of XRP?

18        MR. HORTON:  Objection to form;

19    lack of foundation.

20   Q.   When you say you "encourage buyers," are

21   you referring to buyers of XRP?

22   A.   Yes.

23   Q.   And is this an accurate statement of

24   what -- whatever Ripple's, you know, approach was

25   with respect to potential buyers less than 250K go

187

```
1     to the open market?
2                MR. HORTON:  Objection to form.
3          A.   Yes.  I think at this point we -- there
4     was a rate card that we were trying to -- that I
5     think we -- we were using to standardize these
6     transactions.
7          Q.   "A rate card" meaning?  Can you explain,
8     please?
9          A.   Based on size, what discount or
10    nondiscount or premium a purchaser was -- was
11    paying.
12         Q.   And do you remember the tranches of such
13    discounts?
14         A.   No.
15               MR. HORTON:  Objection to form.
16         Q.   What was the purpose of discounts?
17               MR. HORTON:  Objection to form.
18         A.   I don't -- I -- I don't even remember if
19    there were discounts or if it was premiums.
20         Q.   What --
21         A.   I can't recall.
22         Q.   Premiums on what?
23         A.   On the spot price.
24         Q.   And what would the purpose of the
25    premium be -- premium be?
```

188

```
 1              MR. HORTON:  Objection to form.
 2       A.   What would the purpose -- what -- I'm
 3    sorry, so you're asking why would -- why would
 4    there have been a premium on a -- on a large
 5    transaction?
 6       Q.   Yes.
 7       A.   It's -- we would have been charging --
 8    from the perspective of the buyer, presumably it's
 9    a convenience.  And from our perspective we wanted
10    to -- again, the same -- same rationale.  We
11    wanted to prevent a purchaser from buying XRP from
12    us and then turning it at -- at a discount or --
13    or a spot and then turning around and selling it
14    immediately and having an impact on -- on the
15    market.
16       Q.   Why didn't you just restrict them from
17    reselling it at all?
18              MR. HORTON:  Objection to form.
19       A.   I believe it is a form of restriction.
20       Q.   What is a form of restriction?
21       A.   A premium.
22       Q.   How does a premium restrict them?
23       A.   Well, if a -- if a purchaser has
24    purchased it at a high price, a price higher than
25    spot, then turning around and selling it would be
```

1    at a loss.

2         Q.   So, in other words, it restricts them

3    until the price goes up so they can make up that

4    premium?

5              MR. HORTON:  Objection to form.

6         A.   Until -- yes, until they resell it,

7    yeah.

8         Q.   But they're able to sell it if they

9    wanted to, right?  So my question was, why didn't

10   you just legally say you cannot resell your XRP?

11             MR. HORTON:  Objection to form.

12        A.   I believe we did do that.  I -- I don't

13   know what was in the rate card, again, what was

14   in -- the terms of the rate card, the terms -- I

15   think this is referring to -- I don't know if it

16   was the last document.  What were the terms of our

17   transaction agreements.  It changed over time.  I

18   think that that was definitely the intention, was

19   to prevent a -- a buyer of XRP, whether they were

20   buying from us at a discount, at a premium.

21   Typically I recall there being lockup provisions

22   or restrictions on how quickly or how much a

23   purchaser was able to liquidate.

24        Q.   These are all for the -- the footprint

25   purposes we've been discussing?

1          MR. HORTON:  Objection to form.

2     A.   Yes.

3     Q.   You reference "paperwork" that you will

4  send through.

5          Do you see that in your e-mail?

6     A.   Yes.

7     Q.   What was that paperwork?

8          MR. HORTON:  Objection to form;

9     lack of foundation.

10    A.   I'm not -- I'm not a hundred percent

11  sure.

12    Q.   Okay.  Do you have any memory as to sort

13  of what sort of documents you might send a

14  potential purchaser for them to fill out?

15    A.   There may have been a KYC information

16  that we were requesting for our compliance team

17  and then there may have been an explicit agreement

18  that laid out the terms of the transaction.

19    Q.   Did you --

20    A.   I don't remember.

21    Q.   Sorry.  Did you ever --

22    A.   That's what I remember, yeah.

23    Q.   Did you ever send that document in

24  connection with potential sales of XRP by Ripple

25  to third parties inquiring as to the purpose of

191

1   the purchase by that third party?

2                MR. HORTON:  Objection to form.

3        A.   Not that I recall.

4        Q.   Did you ever witness anyone at Ripple

5   doing something like that?

6                MR. HORTON:  Objection to form.

7        A.   Same answer.  Not that I recall.

8        Q.   Okay.  And did you ever receive

9   instructions from anyone at Ripple about how to

10  handle this type of request?  You know, someone

11  comes to Ripple and says I want to buy XRP.

12               MR. HORTON:  Objection to form.

13       A.   I'm sorry, you're asking if I

14  remember -- I got distracted.  Can you please ask

15  that again?

16       Q.   Did you ever receive instructions from

17  anyone at Ripple about how to handle this type of

18  request?

19               MR. HORTON:  Same objection.

20       A.   I don't -- I don't remember, no.

21       Q.   Okay.

22               MR. TENREIRO:  Let's take a look

23        at Exhibit 67.

24               (Whereupon, exhibit is presented

25        and marked SEC Griffin Exhibit PG-67 for

1                identification.)

2                      MR. TENREIRO:  So this is --

3                PG-67 is a three -- actually, sorry, a

4                six-page e-mail and then an attachment to

5                the e-mail, RPLI_SEC 156968.  It appears

6                to be from Mr. Griffin on or around March

7                28, 2017.  It says to individuals

8                ███████████.

9    BY MR. TENREIRO:

10       Q.  Mr. Griffin, while you review the

11   e-mail, I'd like to -- to direct your attention to

12   sort of the series of questions asked at the front

13   of the e-mail and how they appear to be repeated

14   in the attachment.  That might help you in terms

15   of your review.

16       A.  I'm sorry, which questions?

17       Q.  All right.  So --

18       A.  The XRP/Ripple questions?

19       Q.  Yeah.  If you look, for example, at the

20   bottom of the first page --

21       A.  Okay.

22       Q.  -- it says "Data Displays &

23   Disclosures," there's a series of -- of bullet

24   points there.

25       A.  Yes.

1    Q.   If you flip to the first page of the

2    exhibit, a few pages down, it appears to have

3    "Data Displays & Disclosures" and then sort of

4    repeating the bullet points with additional

5    information.  And that goes on for all -- all of

6    them there, "XRP/Ripple Questions" --

7    A.   Okay.

8    Q.   -- et cetera.  But, you know, take a

9    look.

10           (Pause)

11           MS. GRESSEL:  Jorge, can we just

12       ask that PG-67 be circulated by e-mail?

13           MR. TENREIRO:  Nicole, I don't

14       know if you heard that, but to the extent

15       you have not been able to, please

16       circulate PG-67.  Thank you.

17           Just because of the size, it

18       might take just a little longer to get

19       there.

20           THE VIDEOGRAPHER:  She said she

21       sent it already.

22           (Pause)

23    BY MR. TENREIRO:

24    Q.   And my questions go to III.d but you can

25    keep reviewing it.

```
 1              MR. HORTON:  I think if you're
 2         going to ask him questions about the
 3         document, he should review the whole
 4         thing.
 5              MR. TENREIRO:  Okay.
 6              (Pause)
 7    A.   So you want me to look at III.d?
 8    Q.   I was going to start with the front --
 9    A.   Okay.
10    Q.   -- just the e-mail.
11         So, Mr. Griffin, having reviewed this
12    document, could you tell us who        is or
13    was in connection with your Ripple work?
14    A.            is a subsidiary of    or
15    operating company or connected to
16    Q.   So they were a potential or actual
17    purchaser of XRP?
18              MR. HORTON:  Objection to form.
19    A.   I don't remember.
20    Q.   Do you see the reference from
21         to "Thank you, Patrick.  This is
22    certainly a step in the right direction, but I'm
23    not certain it meets the minimum requirements that
24    we feel investors would want to have in place
25    before committing capital to an XRP-based fund"?
```

1          A.    Uh-huh.   Yes.

2          Q.    Okay.   And do you have an understanding

3     as to whether ▮▮▮▮▮  and/or its, you know,

4     investors were looking to potentially invest in

5     XRP?

6                 MR. HORTON:   Objection to form.

7          A.    No.

8          Q.    Did -- did Ripple want to have people

9     invest in XRP such as through a fund like this?

10                MR. HORTON:   Objection to form.

11         A.    We -- we were interested in having --

12    finding entities or people that wanted to purchase

13    XRP.

14         Q.    Why?

15         A.    Well, for Ripple, it -- that was a -- a

16    means to generate cash flow for Ripple's business

17    and to help operate that -- you know, the

18    business.   It was a way of getting XRP into the

19    hands of other entities and to circulate the XRP

20    outside of Ripple of -- XRP that Ripple still has

21    on -- on its balance sheet.

22         Q.    And do you have any reason to believe

23    that you did not send the responses to ▮▮▮▮▮

24    questions attached that you just reviewed?

25         A.    No.

1      Q.   Okay.  And where you're --

2                MR. HORTON:  Sorry, Jorge, just

3           to clarify, were you asking if he sent

4           them or if he wrote them?

5                MR. TENREIRO:  I just asked if he

6           sent them.

7                MR. HORTON:  Okay.

8      BY MR. TENREIRO:

9      Q.   So any reason to believe you did not

10     send these?

11     A.   No.

12     Q.   Okay.  Do you know who wrote the

13     answers?

14     A.   No.

15     Q.   Would you have had involvement with

16     writing answers to questions from potential OTC

17     purchasers of XRP --

18               MR. HORTON:  Objection to form.

19     Q.   -- while you worked at Ripple?

20               MR. HORTON:  Objection to form.

21     A.   Yes.

22     Q.   Having reviewed the answers, do you have

23     any reason to doubt their accuracy?

24               MR. HORTON:  Objection to form.

25     A.   No.

```
1        Q.   Do you have any reason to doubt their
2    truthfulness?
3                MR. HORTON:  Objection to form.
4        A.   No.
5        Q.   Okay.  Is it fair to say, generally
6    speaking, that, you know,          is asking
7    questions about XRP and about Ripple?
8        A.   Yes.
9        Q.   Okay.  Let's go to the actual -- what
10   appears to be the answers sheet.  On the page that
11   on top says number "II.  XRP/Ripple Questions."
12   Question A:  "Who makes XRP distribution and sales
13   decisions at the company?"
14               Do you see that?
15       A.   Okay.
16       Q.   Do you see it?
17       A.   Yes, I do.
18       Q.   Okay.  Is it true that as of March 2017,
19   the XRP sales committee consisted of
20   Mr. Garlinghouse, Mr. Larsen, yourself,
21   Mr.           ?
22               MR. HORTON:  Objection to form.
23       A.   I don't recall.
24       Q.   Do you have any reason to think that is
25   not true?
```

198

```
 1              MR. HORTON:  Objection to form.

 2        A.   No.

 3        Q.   Further down he asks you, "Is this still

 4   true (from Wikipedia)?  'The Ripple founders

 5   created the initial Ripple ledger with 100 billion

 6   XRP.  The founders gifted a for-profit company

 7   called Ripple Labs 80 billion XRP.  Ripple Labs

 8   intends to give away over 50 billion XRP.  The

 9   remainder will be used to fund Ripple Labs

10   operations, which include contributing code to the

11   open source network and promoting the network.'"

12              Do you see that question?

13        A.   Yes.

14        Q.   The answer appears to say "This is no

15   longer true."

16              Do you see that?

17        A.   Yes.

18        Q.   What part of that was no longer true as

19   of March 2017?

20              MR. HORTON:  Objection to form;

21         lack of foundation.

22        A.   I don't know.

23        Q.   Was it true as of March 2017 that Ripple

24   intended to give away over 50 billion XRP?

25              MR. HORTON:  Objection to form.
```

1     A.   I -- I can't recall.

2     Q.   Was it true as of March 2017 that Ripple

3  intended to use some XRP -- proceeds from XRP

4  sales to fund its business?

5            MR. HORTON:  Objection to form.

6     A.   Yes.

7     Q.   Okay.  If we can turn to the next page,

8  please, Question d.  The question appears to say

9  "Where can XRP be held?  Outside of working on a

10  relationship with        are there any viable

11  wallets?"  Do you see that?

12     A.   Yes.

13     Q.   You list       -- the answer sheet

14  lists "      (live)" and then some estimated

15  wallets.

16          Do you see that?

17     A.   Yes.

18     Q.   Is it true that     (live) -- sorry.

19          Was this the only wallet that was live

20  at that point?

21            MR. HORTON:  Objection to form.

22     Q.   Do you know?

23     A.   Not that I -- I recall.

24     Q.   What were the other live ones?

25     A.   I don't -- I don't recall.

200

1          Q.   I see.  All right.  Let's move on to
2     part III, "Investment Thesis."  The question is --
3     in the document it asks "to explain the link
4     between the usefulness/value of XRP and the"
5     adopton -- "adoption usage of the Ripple
6     protocol."
7               The response sheet says "There is a
8     strong correlation between the usefulness/value of
9     XRP and the" adopt -- "adoption usage of Ripple's
10    technology."
11              Do you see that?
12         A.   Yes.
13         Q.   Did you, as a Ripple employee, believe
14    that statement to be true as of March 2017?
15              MR. HORTON:  Objection to form.
16         A.   Yes.
17         Q.   And when you refer to "value of XRP,"
18    what do you mean by "value of XRP" or what does
19    the sheet mean, as far as you understand?
20              MR. HORTON:  Objection to form.
21         A.   I think it's usefulness.
22         Q.   Usefulness/usefulness?  It says
23    usefulness/value.  So I think I understand the
24    word "usefulness," and I think I understand
25    "value," but I'd like you to explain to me what

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

```
 1    you understand by the word value.
 2              MR. HORTON:  Objection to form.
 3         A.   You want me to define value?
 4         Q.   Yes.
 5         A.   Like, dictionary definition of value?
 6         Q.   Your understanding, sir.
 7         A.   Well, my understanding here is that
 8    one -- it's one -- it's sort of a different side
 9    of the same coin.  The more value -- the more
10    valuable, the more useful and vice versa.
11         Q.   And so there was -- if there's more
12    adoption of use -- I'm sorry.
13              There was more adoption of Ripple's
14    technology, there could be more usefulness to XRP?
15              MR. HORTON:  Objection; form.
16         A.   I think -- I think the idea is the more
17    adoption of Ripple's technology, the more useful
18    XRP could become, which would in turn potentially
19    drive its value.  It's a working theory.  And then
20    the more valuable it became, the more useful the
21    technology could become.
22         Q.   Did Ripple express that working theory
23    to the market while you were a Ripple employee?
24              MR. HORTON:  Objection to form.
25         A.   I don't -- I don't know.
```

202

```
1          Q.   Okay.  The next page is Question III.c.
2     It talks about "Ripple is distributed but not"
3     centralized "leading investors" -- sorry, "but not
4     decentralized leading investors to potentially
5     question who can emerge as a bad actor."  How can
6     -- "How would you combat those fears?"
7               The answer references "Ripple publicly
8     lists the validators that it trusts on its site,"
9     and then there's a website, "which are currently
10    restricted to validators solely managed by
11    Ripple."
12              Do you see that?
13         A.   I do.
14         Q.   Was it true that as of March 2017, the
15    list of validators that Ripple trusted were only
16    validators managed by Ripple?
17              MR. HORTON:  Objection to form.
18         A.   I don't remember.
19         Q.   Did you have involvement in seeking to
20    identify other validators that might validate
21    transactions on the Ripple or XRP ledger?
22              MR. HORTON:  Objection to form.
23         A.   Were there other validators on the
24    network?
25         Q.   No.
```

1            Did you have involvement in seeking to
2    identify other validators that might validate
3    transactions on the XRP ledger?
4        A.   Yes.
5             MR. HORTON:  Objection to form.
6        Q.   What was your involvement?
7        A.   We spoke to technology vendors about the
8    requirements and the benefits of running the
9    validator on the Ripple network.
10       Q.   Why did you do that?
11       A.   To further decentralize the system.
12       Q.   Why did you want to further decentralize
13   the system?
14       A.   The more decentralized the technology,
15   the more compelling and the more useful it became.
16   Helped to secure the system as well.
17       Q.   And the more useful the technology
18   became -- and that -- is that related to what we
19   were discussing earlier about the usefulness of
20   XRP itself?
21            MR. HORTON:  Objection to form.
22       A.   I mean, that -- it's all tied in
23   together, yes.  The more tech -- useful the
24   technology and the more secure the system, the
25   more valuable, the more useful the native currency

1    that secures the system as well.

2         Q.   And the next question, d, "Can you

3    explain supply/demand dynamics for XRP?"  There's

4    a long answer that I think you read.

5              Was it true that demand for XRP

6    currently, meaning as of March 2017, came from the

7    three types of market participants listed in this

8    sheet?

9              MR. HORTON:  Objection to form.

10        A.   I don't know.

11        Q.   Do you have any reason to doubt that

12   this is true?

13             MR. HORTON:  Objection to form.

14        A.   I don't know.  I don't recall what I

15   felt, what I remember, what the -- what the market

16   dynamics or adoption looked like in 20 -- in March

17   2017.

18        Q.   In March of 2017, was there any demand

19   for XRP coming from any persons engaged in

20   cross-border payments utilizing XRP?

21             MR. HORTON:  Objection to form.

22        A.   Same answer.  Also, I don't recall.

23        Q.   If you flip forward to h, which is, I

24   guess, III.h.  The question there is "How do you

25   measure growth of the Ripple network?  (i.e.,

205

1    bitcoin's success is demonstrated by wallet

2    growth, transactional volume, price, number of

3    nodes, hash rate, etc.)  Can you provide current

4    and/or projected metrics?"

5            Do you see that question?

6        A.   Yes.

7        Q.   And then there's an answer that talks

8    about off ledger and on ledger.

9            Do you see that?

10       A.   Yes.

11       Q.   Okay.  Was it true that as of March

12   2017, Ripple measured growth of the Ripple network

13   by the measures listed in these pages?

14               MR. HORTON:  Objection to form.

15       A.   I don't know.  This is what's in the

16   document.  I don't know if this is -- I can't

17   speak to how accurate this is.

18       Q.   Right.  So I wasn't -- not necessarily

19   asking you how accurate the -- the numbers here

20   are, but my question was:  Was it true that as of

21   March 2017, Ripple measured the growth of the

22   Ripple network by the measures listed in these

23   pages?

24               MR. HORTON:  Objection to form.

25       A.   Right.  That's -- that's what I mean.  I

1   don't know how accurate these metrics were -- are

2   as metrics that Ripple Inc., the company, was

3   using.  Like, I don't know if these were

4   propagated to the rest of the organization, if

5   this was the same metrics that the finance team

6   was tracking or the marketing team.  So it's a --

7   I don't know how to go about answering your

8   question.

9        Q.   Okay.  And on the next page, you know,

10  there's -- on the off ledger metrics, there's 1

11  through 8.  The first one is "Listings on digital

12  asset exchanges."  Then it goes on to the next

13  page, "Market price."

14            Do you see that?

15       A.   I do.

16       Q.   What was the purpose of conveying the

17  18-month high reached on March 25, 2017, as to the

18  XRP price to a potential XRP investor?

19            MR. HORTON:  Objection to form;

20       lack of foundation.

21       A.   I don't know.  It's one of dozens of

22  metrics in here.  It's hard to know what the

23  purpose of that is.

24       Q.   Okay.

25            MR. TENREIRO:  I -- I'm done with

1          this one, so do you want to do lunch now?

2                    MR. HORTON:   That would be great.

3          Thanks.

4                    THE VIDEOGRAPHER:   Going off the

5          record at 1:29 p.m. Eastern.

6                    (Whereupon, a luncheon recess is

7          taken.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

208

```
1              A F T E R N O O N   S E S S I O N
2                    THE VIDEOGRAPHER:  We are back on
3          the record at 2:15 p.m. Eastern.
4    BY MR. TENREIRO:
5          Q.   Mr. Griffin, while you were an employee
6    at Ripple, was one of your hopes that the price of
7    XRP would increase?
8          A.   Yes.
9          Q.   Was it one of your hopes that you could
10   help the price of XRP increasing by increasing
11   adoption of Ripple's technology?
12         A.   Help the price of XRP increasing?
13         Q.   Yeah.  Just one -- was that one of your
14   hopes?
15         A.   It was one of -- of many, yes.
16         Q.   Okay.  And was that a hope shared, as
17   far as you know, by others at Ripple?
18                   MR. HORTON:  Objection to form.
19         A.   I don't -- I don't know what others were
20   thinking.
21                   THE REPORTER:  I can't hear you,
22        sir.
23         A.   I don't know what others were thinking.
24         Q.   Did you ever witness Ripple expressing
25   to the public any desires that increasing adoption
```

209

1  of Ripple's technology might increase the value of

2  XRP?

3           MR. HORTON:  Objection to form.

4     A.   I don't recall any particular instance,

5  no.

6     Q.   Okay.  Earlier we had been discussing

7  OTC sales, programmatic sales.

8           Do you recall that?

9     A.   Yes.

10    Q.   Okay.  And I had asked you -- I think

11  I'm sort of -- just to go back a little.

12          Did there come a time when you,

13  Mr. Griffin, became, let's say, frustrated at the

14  effect that Ripple's OTC sales might be having on

15  the XRP markets?

16    A.   I don't recall.

17    Q.   All right.

18          MR. TENREIRO:  Let's look at

19       Exhibit 89, which is an e-mail, RPLI_SEC

20       395081.

21              (Whereupon, exhibit is presented

22       and marked SEC Griffin Exhibit PG-89 for

23       identification.)

24  BY MR. TENREIRO:

25    Q.   Just the very first top does not appear

210

1    to include you, but the rest of it appears to be a

2    thread between you and Mr. Garlinghouse on or

3    about November 16, 2017.

4            (Pause)

5        A.    Okay.

6        Q.    Mr. Griffin, other than the very top

7    part of this e-mail exhibit, do you have any

8    reason to believe you did not engage in this

9    e-mail conversation with Mr. Garlinghouse?

10       A.    No.

11       Q.    Okay.  And the subject of yours appears

12   to be "Price."

13       A.    Okay.

14       Q.    Is that correct?

15       A.    Yes.

16       Q.    Having read the exhibit, do you -- can

17   you tell me the price of what?

18       A.    XRP.

19       Q.    Okay.  And the first e-mail is from you

20   on November 16th at the bottom.  You started by

21   saying, "Hi, Brad, I know we are focused on

22   getting the price of XRP up by attracting more

23   interest to it."

24            What did you mean there by "attracting

25   more interest to it"?

211

1    A.   I'm not sure.

2    Q.   Can you tell me, more interest from

3  whom?

4    A.   Presumably buyers of XRP.

5    Q.   And when you say "I know we are focused

6  on getting the price of XRP up by attracting more

7  interest to it," is that a true statement of fact

8  with respect to what Ripple was focused on in

9  November of 2017?

10          MR. HORTON:  Objection to form.

11   A.   I -- I'm not sure what -- where Ripple

12  was at.  I'm not sure.

13   Q.   Who's the "we" in the sentence?

14   A.   I don't know.

15   Q.   Later you say "I'm not sure how all

16  these deals we have in flight."  Is "these deals"

17  a reference to potential OTC deals for XRP?

18   A.   I'm not entirely sure.

19   Q.   Later on, after the sentence that says

20  "Between," there's a sentence that says "Now we

21  are adding          ,          and      to the

22  selling side of the equation, with an appetite to

23  do more, and looking at" 5 percent -- sorry, "at

24  greater than 5 percent selling pressure at all

25  times."

```
 1              Do you see that?
 2         A.    I do.
 3         Q.    Are the ███████ , ██████ and ██
 4    references to potential OTC sales of XRP?
 5         A.    I don't think so.
 6         Q.    What are they references to?
 7         A.    I think they're deals that involve an
 8    investment in another third party from Ripple
 9    using XRP.
10         Q.    And so -- and it's a potential that that
11    third party might then sell the XRP?
12         A.    That's my reading.
13         Q.    Now, when you say "greater than 5
14    percent," are you talking about volume or price?
15         A.    Volume.
16         Q.    Okay.  So the -- and just to make sure I
17    understand the sentence, are you explaining that
18    there could be greater than 5 percent increase in
19    selling vol -- in volume on the sell side
20    essentially?
21         A.    I think what I'm saying is that of the
22    total volume that is trackable, that there could
23    be a greater than 5 percent additional sale
24    measured against the total volume that's trading,
25    buying and selling in the market.
```

213

```
 1           Q.   But it's additional, right?  That --
 2           A.   I -- I think -- I think so.  I mean,
 3      it's -- it's a nuance that I don't -- I don't know
 4      how I was taking that into account.
 5           Q.   When you say "pressure," do you -- are
 6      you referring to pressure on the price?
 7           A.   No.  I -- I think I'm just -- selling
 8      pressure.
 9           Q.   Selling pressure on the market or
10      selling pressure on what?
11           A.   On the market.
12           Q.   Okay.  And selling pressure tends to
13      decrease price in a market, correct?
14           A.   Yes.
15           Q.   Okay.  The next page you say "I've
16      noticed (sic) this before (and over the past five
17      years with Chris) so just restating my concern."
18                Is it true that over the five years
19      prior to November of 2017, you were -- had -- you
20      know, had voiced your concern before about this
21      sort of selling pressure?
22           A.   It looks like --
23                MR. HORTON:  Objection to form.
24           A.   -- that's what I -- I wrote here.
25           Q.   Do you have any reason to doubt that
```

214

1    that was true?

2        A.    No.

3        Q.    Mr. Garlinghouse responds "Whoa!  I was

4    not aware you think things like ████████████

5    and ████████ funds might be bad for the XRP

6    ecosystem."

7            Do you see that?

8        A.    I do.

9        Q.    And do you understand what the reference

10   to "XRP ecosystem" is to in that sentence?

11       A.    No, I don't.

12       Q.    Going back to your -- going to your

13   response above, "Yeah, I've never been super

14   excited about the sell-side dynamics (and have

15   been consistent on this point, going back to the

16   ████ conversations)."

17            What are the "████ conversations"?

18       A.    There was a discussion with ████████,

19   he's a venture capitalist, about launching a

20   cryptocurrency fund that took a position in XRP.

21       Q.    And when did those conversations occur?

22       A.    I -- I don't remember.

23       Q.    When you reference "sell-side dynamics,"

24   can you just explain for me what that means?

25       A.    I think it's the same -- same dynamics

1   we just talked about around selling pressure.

2        Q.   And, again, is it fair to say that, you

3   know, as reflected here, you -- you never -- you

4   never were that excited about sell-side dynamics

5   while you worked at Ripple?

6        A.   That's what it says.

7        Q.   What about Ripple sales?

8             MR. HORTON:  Objection to form.

9        A.   What's the question?

10       Q.   Did you have a view about those, you

11  know, whether those were good or bad for the XRP

12  market?

13       A.   I don't know.  I don't -- it's hard

14  to -- I could see it being good, could see it

15  being bad.

16       Q.   What were your views on it?

17       A.   I don't know.

18       Q.   Okay.  Well, we'll get to this.  Okay.

19            So you say "May be a time for me to

20  bring up again at this point, so I don't want to

21  waste time, but at least getting to an

22  understanding of how much selling pressure is

23  acceptable will be helpful to make decisions on

24  some of these opportunities."

25            Do you see that?

1     A.   Yes.

2          Q.   And I know you did not write the top

3     part, but it appears like Mr. Garlinghouse is

4     instructing someone to "print for one on one with

5     PG tomorrow."

6               Do you see that?

7          A.   I do.

8          Q.   Did there come occasions where you had

9     one on one meetings with Mr. Garlinghouse?

10         A.   Yes.

11         Q.   As a -- do you know who ▮▮▮▮▮▮ is?

12         A.   ▮▮▮▮ was Brad's -- was Brad's assistant

13    at the time.

14         Q.   As a result of this e-mail and/or a one

15    on one you might have had with Mr. Garlinghouse,

16    did you come to get an understanding of how much

17    selling pressure was acceptable?

18         A.   I can't --

19              MR. HORTON:  Objection to form.

20              You can answer.

21         A.   I can't remember.

22         Q.   Okay.  Then you say "I'm very" -- caps

23    -- "disappointed by the price response to the ▮▮▮

24    news today."

25              Do you see that?

217

```
 1           A.    I do.
 2           Q.    What was the ████ news today?
 3           A.    I don't remember what the partnership
 4      was, but presumably it's a partnership deal that
 5      Ripple engaged in with ██████████████.
 6           Q.    And why were you disappointed?
 7           A.    I don't know.
 8           Q.    Later you say -- I'm skipping a
 9      sentence.  You say "By contrast, IOTA is up 20
10      percent today and LISK is up 30 percent on
11      some" -- you know, expletive -- "news.  Meanwhile,
12       we're already retracing back down to yesterday's
13      price."
14               Do you see that?
15           A.    Uh-huh.
16           Q.    Is it fair to say that you were
17      disappointed that Ripple's -- that XRP's price had
18      not gone up as a result of the ████ news that day?
19                 MR. HORTON:  Objection; form.
20           A.    Yes.
21           Q.    Let's look -- okay.  So, now, in terms
22      of the programmatic sales, I'm just going to,
23      again, retrace a little, hopefully not a lot.  I
24      think you used the word "footprint" earlier and I
25      don't want to put words in your mouth.  But in the
```

218

1     context of programmatic sales, what was the

2     footprint desire that Ripple had?

3                     MR. HORTON:  Objection to form.

4          A.   I think Ripple wanted a light footprint

5     in the market.

6          Q.   And does that include all market

7     variables?  So price, liquidity, volume, or -- or

8     were there different desires for different

9     variables?

10         A.   I don't remember how it was parsed, but

11    I think it was across the board.  We wanted to

12    have as little detectable presence in the market

13    as possible.

14         Q.   And did there come times when you

15    communicated with market makers with respect to

16    Ripple's programmatic sales?

17         A.   Yes.  I don't know if it was through me

18    directly or through people on my team.

19         Q.   But my question is, did there come a

20    time when you -- you personally communicated, say,

21    with GSR about Ripple's programmatic sales?

22         A.   It's possible.  I can't recall.

23         Q.   Did there come times when Ripple, while

24    you were an employee, you know, directed a market

25    maker to, let's say, stop sales of XRP?

1               MR. HORTON:  Objection; form.

2      A.    It's possible.

3      Q.    Did there come a time when Ripple, while

4   you were an employee, directed a market maker to

5   resume sales of XRP?

6               MR. HORTON:  Same objection.

7      A.    Same -- same answer.  It's possible.

8   Yes.

9      Q.    With respect to programmatic sales, was

10  there any particular type of purchaser that Ripple

11  targeted?

12     A.    In programmatic sales?

13     Q.    Yes.

14     A.    No.

15     Q.    Did Ripple limit or re -- sorry, let me

16  start again.

17              Generally speaking, is it fair to say

18  that Ripple gave some instructions to market

19  makers about sell parameters for XRP?

20              MR. HORTON:  Objection to form.

21     A.    Yes.

22     Q.    Okay.  And did -- as far as you're

23  aware, did any of those instructions about sell

24  parameters restrict the identities of the

25  potential purchasers?

1              MS. COWAN:  Objection.

2         A.   I don't -- I don't know how to answer

3    that question.  You're asking me about

4    programmatic sales?

5         Q.   Yes.

6         A.   I don't -- I don't -- maybe ask it again

7    --

8         Q.   Yeah, sure.

9         A.   -- because it doesn't make sense to me.

10        Q.   As far as you're aware, did Ripple ever

11   provide programmatic sales market makers with

12   instructions meant to restrict the identities of

13   potential XRP purchasers?

14             MS. COWAN:  Objection.

15        Q.   So, for example, don't sell to

16   speculators would be restricting their identity.

17   Don't sell to people in X country.  Anything like

18   that?

19        A.   I think --

20             MS. COWAN:  Same objection.

21        A.   No.

22        Q.   Why not?

23        A.   I think Ripple -- the programmatic sales

24   was -- was just happening on open order books.

25   Just bids and asks and we were -- they were

```
 1   placing bids or taking asks.
 2        Q.   So open order books means --
 3        A.   An open exchange.  Sorry.  You didn't
 4   finish that question.
 5        Q.   An open exchange meaning anyone who
 6   wanted to come to the exchange could buy on the
 7   open order books, is that correct?
 8             MS. COWAN:  Objection.
 9        A.   Yes.
10        Q.   And is that true regardless of what they
11   intended to do with the XRP?
12             MS. COWAN:  Objection.
13        A.   I -- presumably.
14        Q.   As far as you're aware, did Ripple
15   restrict the countries into which XRP could be
16   sold?
17        A.   As far as I'm aware, the -- I think --
18   I'm not -- I don't remember.  I think there may
19   have been some period of time where there was more
20   explicit instruction over where to sell versus
21   not, but I don't recall.
22        Q.   The amount of XRP you need to sort of
23   confirm transactions is small, right?
24        A.   Confirm on the system?
25        Q.   Yes.
```

1          A.    So can you ask the question again?

2          Q.    Yeah.

3                What's the amount?  Do you know how much

4    XRP you need for that?

5          A.    For what?

6          Q.    To confirm a transaction on the system.

7    To confirm a transaction on the ledger.

8          A.    Oh.  I don't know the exact number, but

9    I think it's measured in, I think, drops and -- I

10   don't even know if that's what it's called at this

11   point.  But it's fractions of an XRP.  I don't --

12   I don't remember how far the decimal place it goes

13   out.

14         Q.    Does 10 to 20 drops sound roughly

15   correct?

16         A.    Sounds right.

17         Q.    Okay.  Did Ripple limit programmatic

18   sales to those amounts?

19               MS. COWAN:  Objection.

20         A.    No.

21         Q.    Okay.  Were there any -- did Ripple

22   place any upper bounds on the amounts of XRP units

23   that could be sold in any particular programmatic

24   sales transaction?

25         A.    I don't -- I don't know.  Can't recall.

1        Q.    Did you ever instruct a market maker to

2   not sell more than a particular amount of units of

3   XRP on any given programmatic sales?

4              MS. COWAN:   Objection.

5        A.    Same answer.  I don't recall.

6        Q.    Did Ripple ever place any upper bounds

7   on the price on which XRP units could be sold on

8   these open books with respect -- you know, in

9   programmatic sales?

10       A.    I can't recall.

11       Q.    Did you have time -- did you have

12  concerns from time to time that Ripple's sales

13  could negatively -- sorry.  Restart.

14             Did you have concerns from time to time

15  that Ripple's programmatic sales could negatively

16  impact XRP's price?  You, Mr. Griffin.

17       A.    Yes.

18       Q.    And why did you have this concern?

19       A.    I think it was more just I recall there

20  being some -- there was no data really that

21  backed -- it was hard to quantify and there wasn't

22  really a quantifiable reason.  It was just more, I

23  don't know, I would say feeling of, hey, you know,

24  the -- more selling than buying can have an

25  impact.

1              And so I don't know how -- how mer --

2       how much merit was in that.  And I think relative

3       to the overall size of what we were typically

4       selling at, I don't -- I don't think it was really

5       something that I was losing sleep over.

6              Q.   Okay.  But to the extent you have

7       concerns that Ripple's sales could negatively

8       impact XRP's price, was a concern that they could

9       cause XRP's price to drop?

10             A.   Sure.  It could cause a lot of things.

11      But, yes.

12             Q.   Did you ever have any concerns,

13      Mr. Griffin, you, that Ripple's programmatic sales

14      could cause XRP's price to go up too much?

15             A.   I don't -- I don't remember.

16             Q.   Did you ever -- I'm sorry.

17             Did you ever witness others at Ripple

18      expressing concerns that Ripple's programmatic

19      sales could negatively impact XRP's price?

20             A.   I recall hearing from my team, ███████

21      and -- and Miguel; there was some concern about

22      how much selling there was happening.

23             Q.   And did you recall hearing from them

24      concerns over programmatic sales causing the price

25      to go up too much?

1       A.   I don't recall.

2       Q.   Other than ███ and Miguel, did you

3  hear concerns about Ripple's programmatic sales

4  negatively impact XR -- impacting XRP's price from

5  anybody else?

6       A.   I don't remember.  Just maybe also just

7  a point of context.  You asked me a lot about

8  programmatic sales.  This is one -- one area of

9  focus that I had and it wasn't -- it was not the

10  central -- central area of focus.  And I was also

11  responsible for all of the partnerships for

12  Ripple, corporate development.  2017 period I

13  think we were in -- in the middle of fundraising

14  or the late 2016, which took up a huge amount of

15  time.  It was existential for the -- for the

16  business.

17           And, in addition, I was also

18  transitioning other sales roles.  There was a lot

19  of other areas that I was focused on.  So I just

20  want to help set the context around what I do

21  remember, what I don't remember.

22       Q.   Okay.  Why -- why was fundraising

23  existential for the business in 2017?

24       A.   Well, the -- the company was venture

25  backed so we needed to raise money to meet our

1    cash flow needs.

2        Q.    But that was particularly acute in 2017?

3              MR. HORTON:  Object to form.

4        A.    I don't remember.  As I -- I'm not

5    even sure what -- you're saying 20 -- I'm not sure

6    exactly what the period of time was around -- it's

7    existential for any start-up is to raise money and

8    to be able to go from -- you know, to secure the

9    cash flow that you need from -- from outside

10   investors to keep the business going.

11       Q.    Right.

12             Is it fair to say that the market team

13   monitored the XRP market on a daily basis?

14       A.    Yes.

15       Q.    That included monitoring the price and

16   volume?

17       A.    I believe so.

18       Q.    Did they report that data to you on a

19   daily basis?

20       A.    I'm not sure.  There was a meeting we

21   had every -- roughly every Friday where we had

22   a -- sort of a review, a recap, of what -- what

23   was happening in the markets around XRP.

24       Q.    And did you independently track the

25   price and/or volume of XRP on a daily basis while

227

1    you were a Ripple employee?

2         A.   I don't -- I don't remember.

3         Q.   Okay.

4              MR. TENREIRO:  Let's take a look

5         at Exhibit 21, please.  This is going to

6         be a two-page e-mail -- actually three --

7         RPLI_SEC 205600.  E-mail thread on or

8         around April 10th, 2016.

9              (Whereupon, exhibit is presented

10        and marked SEC Griffin Exhibit PG-21 for

11        identification.)

12   BY MR. TENREIRO:

13        Q.   I'll just note for the record, you --

14   you appear to be copied on an e-mail from

15   Mr. Larsen.  I don't -- I don't see here you

16   writing anything.  So you can, of course, read the

17   whole e-mail.  I just have a short question.

18             (Pause)

19        A.   Okay.

20        Q.   Mr. Griffin, any reason to believe you

21   were not copied on this thread?

22        A.   Certainly.  One second.

23        Q.   Go ahead.

24        A.   Okay.

25        Q.   Any reason to believe you were not

228

1    copied on this thread?

2                    MS. COWAN:  Objection.

3        A.    I'm actually not sure where I'm copied

4    into this thread.

5        Q.    The front page.

6        A.    I see I'm copied on this one e-mail, but

7    I'm not sure if that also includes all the other

8    e-mails below it.  But I see that I'm copied on

9    one e-mail of all these e-mails.

10       Q.    Okay.  Fair enough.  Just read -- I'm

11   just going to ask you for what your understanding

12   is today.

13       A.    Okay.

14       Q.    On the front page, it says "I'm working

15   on the analysis of daily price moves at different

16   Ripple target sell rates."  This is Mr. █████

17   talking.

18       A.    Okay.

19       Q.    █████  I'll connect separately about

20   data I need there."  Over our -- "Overall, our

21   sales through GSR are done with sophisticated

22   algorithms that 'drip' into the market, so the

23   price impact should be marginal."

24              Do you see all of that?

25       A.    Yes.

1          Q.    Okay.  Sitting here today, is that

2     consistent with your understanding of how Ripple's

3     programmatic sales were working in a general

4     sense?

5          A.    Through algorithms?  Yes.

6          Q.    Okay.  And GSR was one of the market

7     makers that Ripple employed for programmatic sales

8     with algorithms?

9          A.    Yes.

10         Q.    Okay.  And was one of the reasons to use

11    algorithms so that the price impact was marginal?

12         A.    Yes.

13         Q.    Okay.  Now, by the way, you had

14    mentioned the need -- you know, Ripple is venture

15    backed and the need to, you know, raise funds.

16              If Ripple was venture backed, why did it

17    need to sell XRP?  Was the venture capital

18    sufficient to fund Ripple's operations?

19              MR. HORTON:  Objection to form.

20         A.    Well, again, I mean, the -- the XRP

21    market was very small.  The volumes and the price

22    were nearly insignificant and there was certainly

23    nothing close to enough there to fund an operation

24    or a business.  And that was probably for several

25    years.  I don't know.  I have a rough memory that

1    at sometime around 2017 that changes, but up until

2    that point, Ripple needed to go and raise money to

3    secure -- secure capital from venture capitalists.

4    Most start-ups in Silicon Valley do.

5         Q.    Sure.  But did -- in addition to that,

6    did Ripple also need to sell XRP?

7         A.    I don't -- I don't remember.  I'm not --

8    I'm not even sure what they could sell.  I

9    think -- I think there were real limitations as

10   far as what was -- what the liquidity was able to

11   support in the XRP market to begin with.

12        Q.    Let's focus on 2017 where I -- is it

13   fair that there was a -- you know, more liquidity

14   in the XRP market at some points in 2017?

15             MR. HORTON:  Objection to form.

16        A.    I don't -- I don't know exactly when,

17   but certainly there was price movement and there

18   was a significant increase in volume at some point

19   in 2017.

20        Q.    To the extent there was concerns with

21   Ripple sales impacting the price of XRP in the

22   market, why didn't Ripple just stop the sales

23   completely?

24        A.    I don't know.

25        Q.    Did you ever discuss that with anyone?

231

1    I think you explained you had some concerns with

2    the negative impact of programmatic sales on the

3    price.

4           What -- did you ever say to someone,

5    hey, just stop the sales?

6           A.   Well, I think your -- the premise of

7    your question states something as fact, which is

8    that Ripple's sales were impacting the market,

9    which I think is a notoriously thorny question to

10   answer.  And I don't think that there was really

11   ever any -- any definitive answer to that, any

12   sort of data that supports that, what Ripple's

13   activities did in the market, what impact it has

14   whatsoever.

15          Q.   Right.  So I think the premise of my

16   question was actually the concern that you might

17   have had, not -- not whether your concern -- I

18   think you yourself said your concern might not

19   have actually had basis in fact.

20          So setting all that as true, I'm just

21   focused on your concern.  If you had that concern,

22   did you ever express to someone at Ripple, given

23   my concern, why don't you just stop XRP sales in

24   toto?

25          A.   I don't remember.

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

232

```
1              MR. TENREIRO:  Let's look at
2          Exhibit 22.
3                  (Whereupon, exhibit is presented
4          and marked SEC Griffin Exhibit PG-22 for
5          identification.)
6                  MR. TENREIRO:  This will be
7          another e-mail thread, RPLI_SEC 307779.
8                  (Pause)
9   BY MR. TENREIRO:
10       Q.    This appears to be an e-mail thread on
11   or around April 11, 2016.
12              (Pause)
13       A.    Okay.
14       Q.    Mr. Griffin, do you have any reason to
15   believe you did not engage in this e-mail thread
16   conversation with other Ripple employees?
17       A.    No.
18       Q.    And who is
19       A.    He was a -- he was a finance executive
20   that came over from          and I believe      was
21   VP of finance or CFO for a very brief time.
22       Q.    Okay.  At the -- at the end of the
23   exhibit, which is, you know, the first e-mail in
24   the thread from Mr. Garlinghouse on April 10th, he
25   says "Given the sell off this weekend, I think we
```

1    should halt the sales," et cetera.

2           Sitting here today, do you understand

3    this to be referring to XRP?

4         A.   Yes.

5         Q.   Okay.  Further up on page 2, on April

6    10th, he writes, "I would think given how small an

7    amount this is, we would just want to sweep the

8    order book as frequently versus deeply as possible

9    to have maximum impact."

10           Do you see that?

11        A.   Yes.

12        Q.   Is that a reference to the order book

13   for XRP?

14             MS. COWAN:  Objection.

15        A.   I'm not sure.  XRP in what?  I'm not

16   sure.

17        Q.   On order book for XRP?

18        A.   Yes.

19        Q.   Okay.  You say "to have maximum impact."

20             Impact on what?

21        A.   I don't know.

22        Q.   The next sentence says, "For example,

23   right now less than 3,700 moves the XRP price to

24   .008 on Bitstamp.  Here's another idea:  Rather

25   than quietly drip out 40 to 50,000 of bids over

```
 1    the next two days, we could place 12 4,000 bids
 2    every four hours on              .  Only execute
 3    the bid if the price is greater than 5 percent
 4    below .008, assuming .008 is the target."
 5              Do you see that?
 6         A.   Yes.
 7         Q.   Did there come a time -- did there come
 8    times when Ripple had price targets for XRP?
 9         A.   I don't recall that, no.
10         Q.   What are you -- what are you suggesting
11    here in your idea that Ripple do?
12              MR. HORTON:  Objection to form.
13         A.   I -- I'm not even sure.  When I read
14    that, I'm not totally sure I understand that.
15         Q.   Is the suggestion of having maximum
16    impact an example of you trying to minimize
17    Ripple's footprint on the XRP market?
18         A.   Well, I think it's referring to this --
19    when I see this e-mail, the first e-mail from Brad
20    talking about that there was a sell off over the
21    weekend, I think there were in a competitive
22    space.  And there's other cryptocurrencies out
23    there.  And I think that what we're competing for
24    is liquidity and I do think that there are -- all
25    of these things are related to liquidity and
```

1    certainly perception is one of them.  And we

2    want -- we're seeking to compete for developers,

3    other businesses, buyers, sellers.  We're trying

4    to build an ecosystem.

5         And so to the extent that there is a

6    sell off over the weekend, I think we would

7    have -- we -- we, at least at the time, and I

8    don't know, this is 2016, we would have been

9    thinking about -- we would have been worried about

10   not competing, not being able to compete with

11   other cryptocurrencies in the space.

12       Q.   So --

13       A.   So I think that when this says "maximum

14   impact," I think we're trying to say, you know,

15   how do we have a maximum impact on our ability to

16   compete?

17       Q.   So just to make sure I understand,

18   you -- you would be worried about not being able

19   to compete to, for example, attract developers and

20   other businesses?

21       A.   Yes.  Everything.  The whole ecosystem,

22   all the bit players in -- in the cryptocurrency

23   ecosystem.

24       Q.   And is the concern, in other words, that

25   if the price of XRP does not do as well as the

1    price of other digital assets, that Ripple might

2    lose its ability to compete --

3              MR. HORTON:  Objection.

4         Q.   -- for, you know, all the bit players in

5    the cryptocurrency ecosystem?

6              MR. HORTON:  Objection to form.

7         A.   I think that, yes, there is a concern

8    that there is, you know -- the overall liquidity

9    picture around cryptocurrency is a reflection of

10   its momentum.  And so whether that momentum is

11   there or not, I mean, the market is going to show

12   the -- the real story.  I think that there was,

13   you know, some focus on liquidity.  It's a -- just

14   kind of a natural thing to be looking at.

15        Q.   And --

16        A.   Obviously price is a part of that.

17        Q.   When you were -- are you -- when you're

18   referring to "momentum," are you talking about

19   momentum in price?

20        A.   I'm referring to momentum as -- of

21   adoption of the whole technology.

22        Q.   And part -- and price is a part of that?

23        A.   Yes.

24        Q.   Okay.  And when you -- you reference or

25   you mention perception in your prior answers,

1    whose perception?

2         A.   Potential adopters.

3         Q.   Market participants?

4         A.   Market participants, adopters, and --

5    yeah.

6         Q.   What about the perception of potential

7    speculators in XRP to the extent Ripple wanted to

8    compete for, as you said, buyers and sellers?

9         A.   I don't know.

10             MR. HORTON:  Objection to form.

11        A.   I don't know.  I can't -- I can't speak

12   to -- speak to speculators or --

13        Q.   Okay.

14        A.   -- what their inputs are.

15        Q.   Mr. ████ in the e-mail on the front

16   page says "GSR's read was that they are not

17   tipping off market participants, but if they

18   increase the purchase sizes to a few thousand

19   dollars, that would definitely tip off potential

20   sellers."

21             What is he referring to there?

22             MR. HORTON:  Objection to form.

23        A.   I -- I don't know.

24        Q.   Did there come a time when Ripple was

25   concerned that the market perceived that buy

1    orders were just Ripple's buy orders?

2              MR. HORTON:  Objection to form.

3         A.   Not that I remember.

4         Q.   While you were a Ripple employee, did

5    Ripple from time to time instruct GSR to buy XRP

6    in the open market on its behalf?

7         A.   I can recall that happening and I don't

8    know if that happened, like, once -- I can recall

9    it happening once or twice.  I don't know if this

10   is the one or twice.  And I think for the most

11   part, there were several years where we were on a

12   near daily basis in the market or out of the

13   market.  I'm not really sure.  This wasn't like a

14   big part of anything we really did.  It seems

15   pretty -- pretty insignificant in the grand scheme

16   of things.

17        Q.   To the extent you did do it once or

18   twice, what was the purpose?

19        A.   I can't recall.

20             MR. TENREIRO:  Let's look at

21        Exhibit 60.  60, six-zero.

22             (Whereupon, exhibit is presented

23        and marked SEC Griffin Exhibit PG-60 for

24        identification.)

25             MR. TENREIRO:  This will be a

239

1          two-page e-mail, GSR 5000, and it's a

2          thread in or around November 1st, 2016.

3                    (Pause)

4      A.    Okay.

5      Q.    Mr. Griffin, do you have any reason to

6    believe you did not engage in this back and forth

7    with GSR?

8      A.    No.

9      Q.    And is it fair to say that in around

10    November of 2016, GSR was one of Ripple's

11    programmatic sales market makers?

12      A.    Yes.   GSR was one of the market makers.

13                THE REPORTER:   I didn't hear

14        that.

15                MR. TENREIRO:   I think he said

16        GSR was one of the market makers.

17                THE WITNESS:   Yes.   GSR was one

18        of the market makers.

19      Q.    You say "Please aim to protect a .008

20    floor."

21          Do you see that?

22      A.    Yes.

23      Q.    Are you -- are you instructing GSR to

24    protect a floor in the trading price of XRP?

25      A.    Yes.

240

1       Q.   Why?

2       A.   I don't know.

3       Q.   Did you ever instruct GSR to protect a

4   trading ceiling in the price of XRP, to not let

5   the price go above a certain number?

6       A.   I can't recall.

7       Q.   Did you ever witness anyone at Ripple

8   doing that, instructing GSR to not let the price

9   of XRP go up above a certain number?

10      A.   I can't recall.

11      Q.   If the price of XRP increased over time,

12   that would be beneficial financially for Ripple,

13   correct?

14      A.   Yes.

15      Q.   And for you as a holder of XRP, that

16   would be also financially beneficial, correct?

17      A.   Yes.

18      Q.   Okay.  Any other occasion you can recall

19   where you directed GSR to aim to protect a price

20   floor for XRP?

21      A.   No.

22            MR. TENREIRO:  Let's look at

23    Exhibit --

24      A.   I can't recall.

25      Q.   I'm sorry.

241

```
 1              MR. TENREIRO:  Let's look at
 2         Exhibit 40.
 3                  (Whereupon, exhibit is presented
 4         and marked SEC Griffin Exhibit PG-40 for
 5         identification.)
 6    BY MR. TENREIRO:
 7         Q.    Before we look at the exhibit, did you
 8    ever give instruction to -- to GSR aimed at
 9    increasing the price of XRP?
10         A.    I can't recall.
11              MR. TENREIRO:  This will be
12         another multipage -- multipage e-mail, GSR
13         14722.  And for the record, it appears to
14         be a series of e-mails in August of 2016
15         between at least two GSR individuals and
16         some Ripple employees.
17                  (Pause)
18         A.    Okay.
19         Q.    Mr. Griffin, do you have any reason to
20    believe you did not engage in this e-mail thread
21    with these individuals?
22         A.    Actually, I don't think I'm on this
23    e-mail thread apart from that last e-mail.
24         Q.    The one where you say "Thanks, all.
25    Chris, can you verify if GSR was behind the price
```

1    moves this morning?"

2        A.   Right.

3        Q.   Do you have any reason to believe you

4    did not somehow respond to these e-mails below?

5        A.   No.

6             MR. HORTON:   Objection to form.

7        Q.   Okay.  "The price moves this morning,"

8    is that a reference to an increase in the price of

9    XRP?

10       A.   I don't know.

11       Q.   You follow that question by saying "We

12   saw the price was bid up pretty aggressively."

13            Are you referring to the price of XRP

14   there?

15       A.   Presumably.

16       Q.   Okay.  And why -- and then you say

17   "Fantastic."

18            Why did you say that?

19       A.   The price went up.

20       Q.   You thought -- did you ever -- did you

21   ever send them an e-mail like this when the price

22   went down?

23       A.   I don't -- I don't know.

24       Q.   Okay.  And why were you asking GSR if

25   they were behind the price moves that morning?

1          A.   We were trying to understand what was

2     going on.

3          Q.   With the price of XRP?

4          A.   With the whole market.

5          Q.   For what purpose?

6          A.   I don't know.

7          Q.   I'm sorry, you don't know why you were

8     trying to understand what was going on with the

9     XRP market in 2016?

10         A.   For -- for what purpose?  I'm not sure

11    I -- I understand your question.  We hold -- we

12    held XRP.  We were obviously watching what was

13    going on in the market and wanted to understand

14    what was going on.

15         Q.   Okay.  Let's set that exhibit aside.

16              At some point, we discussed giveaways of

17    XRPs.

18              Do you recall that?

19         A.   Yes.

20         Q.   Would you describe those as retail or

21    institutional transactions in XRP?

22                   MS. COWAN:  Objection.

23                   MR. HORTON:  Objection to form.

24         A.   I'm not sure.  I know giveaways are in

25    2013.  I don't even really think I was very

244

1   involved with them.  I'm not really sure.

2       Q.   Did there come a time when Ripple --

3   Ripple's sales of XRP were focused on

4   institutional sales over retail sales?

5       A.   I don't remember there being a focus on

6   retail sales ever, so I'm not sure that I...

7       Q.   Maybe the word "focus" is the wrong --

8   was there -- was there a time when the

9   institutional sales were sort of the predominant

10  types of sales that Ripple was engaging in?

11          MR. HORTON:  Objection to form.

12      A.   I'm not sure.

13      Q.   Okay.  Let's take a look at Exhibits 28

14  and 29.  And you'll see them but I'm showing them

15  to you together because they appear to be two

16  sorts of threads in the same e-mails.

17          So here's 28.  Sorry.

18          MR. TENREIRO:  And for the

19          record, this one has the Bates 348791 and

20          then 29 will have the Bates 372426.

21          (Whereupon, exhibit is presented

22          and marked SEC Griffin Exhibit PG-28 for

23          identification.)

24          (Whereupon, exhibit is presented

25          and marked SEC Griffin Exhibit PG-29 for

1          identification.)

2                    MR. TENREIRO:  Sorry.  Just to

3          correct something I said.  They appear to

4          be threads on the same day, June 14th,

5          2016.

6                    (Pause)

7          A.   Okay.

8          Q.   Mr. Griffin, focusing first on 28, do

9     you have any reason to believe you did not engage

10    in this back-and-forth with Mr. ███████?

11         A.   No.

12         Q.   You ask at the bottom, "During your

13    conversation with Monica today" -- is that a

14    reference to Ms. Long?

15         A.   Yes.

16         Q.   -- "did you discuss a need for XRP

17    marketing efforts targeting consumers?"

18                    Do you see that?

19         A.   I do.

20         Q.   What do you mean by "consumers?

21         A.   I'm not totally sure what that -- what

22    that means.

23         Q.   Okay.  He says "Yes, she feels that it's

24    us reverting to our old model."

25                    Does that help you?  Was there an old

1     model that Ripple had of targeting consumers?

2         A.    What jogs my memory is just the several

3     e-mails later or two e-mails later on -- at

4     4:16 --

5         Q.    Uh-huh.

6         A.    -- "retail/Ripple Trade/giveaways."

7         Q.    And -- right.

8              So how does that job your memory?  The

9     reference to "consumers is to retail/Ripple

10    Trade/giveaways"?

11        A.    Yes.  As a direct to -- to retail value

12    proposition.  That's kind of what that -- what I'm

13    reminded of.

14        Q.    The retail value proposition for what?

15        A.    For payments and cryptocurrencies.

16        Q.    And so is it fair to say -- here he says

17    "it is reverting.  Don't you agree?"  Do you see

18    where Mr. ██████ says that?

19        A.    Yes.

20        Q.    And is it fair to say that at some

21    point, Ripple was focused on this retail value

22    proposition, but moved away into an institutional

23    bridge asset story?

24              MR. HORTON:  Objection to form.

25        A.    I -- I -- I see that's what ██████ wrote.

1    I'm not exactly sure that's consistent with my

2    recollection.

3         Q.   What is your recollection?

4         A.   I don't -- I think the bridge asset

5    story was always the centerpiece in the through

6    line of -- of what we've been doing at the company

7    while I was there.  So -- so the -- that as a

8    transition is sort of what I'm -- I'm not really

9    sure I agree with.

10        Q.   Okay.

11        A.   So whether it was institutional, retail,

12   as far as where we were focusing our product

13   efforts and marketing efforts, that may have

14   changed.

15        Q.   Okay.  You -- he also says "It's a

16   short-medium term need since banks definitely

17   won't use digital assets in 2016, perhaps most of

18   2017."

19             Do you see that?  It's in that same --

20   same e-mail you pointed --

21        A.   Yes.

22        Q.   Oh, okay.

23        A.   I do see that.

24        Q.   Okay.  And sitting here today, you know,

25   with 2016 and 2017 having come and gone, do you

248

1    know if this statement turned out to be true?

2                MR. HORTON:  Objection to form.

3          A.   No.

4          Q.   Sorry, is that a you don't know or --

5          A.   I don't know.

6          Q.   Okay.  Okay.  So now in 29, do you see

7    there's a -- a request coming in to -- from Ripple

8    contact form?  Do you see that?

9          A.   Yes.

10         Q.   Do you know what that is?

11         A.   No, I don't know.  I don't know what

12   that is.

13         Q.   Do you see the message body says "I

14   would like to get XRP, so please let me know how I

15   can buy it."

16              Do you see that?

17         A.   Okay.

18         Q.   And you -- you said "How do we answer

19   this?"  Do you see that?  On the front page of 29,

20   yeah.

21         A.   Okay.  Yes.

22         Q.   Why were you asking that?

23         A.   Because I wasn't sure.

24         Q.   Okay.  And Mr. ▮▮▮▮ says "I'm talking

25   to ▮▮▮▮' -- who's ▮▮▮▮▮▮ ?

249

```
 1          A.   I don't know.
 2          Q.   -- "about assembling a robust 'How to
 3     Get XRP' guide for retail."
 4               Do you see that?
 5          A.   Yes.
 6          Q.   Did Ripple prepare a guide about how to
 7     get XRP for retail purchasers around this time?
 8               MR. HORTON:  Objection to form.
 9          A.   I don't -- I don't remember.  I mean, I
10     can refer to the last e-mail that you showed me,
11     but that's it.
12          Q.   Well, further on Mr. ████████ says "We
13     obviously need new demand short-medium term, but
14     putting out this guide would be counter to our
15     institutional-only story.  Are you okay with
16     that?"
17               And you respond, "Yes, I agree we need
18     to do that.  Have you looped in with marketing?"
19     Do you see that?
20          A.   Yes.
21          Q.   Okay.  "I agree we need to do that,"
22     what does "that" mean -- refer to, rather?
23          A.   I'm not sure.
24          Q.   Does it refer to putting out a guide of
25     how to get XRP for retail?
```

1          MR. HORTON:  Objection to form.

2     A.   I'm -- I'm not sure.

3     Q.   Did there come a time when you approved

4  a guide of how to get XRP for retail?

5     A.   I don't know.

6     Q.   Okay.  Further up you ask him to tell

7  you the outcome of the meeting with marketing.

8          Do you see that?

9     A.   Yes.

10    Q.   Did he tell you the outcome of the

11  meeting?

12    A.   In the e-mail that you showed me

13  previously.  That's what I remember after having

14  just seen it two minutes ago.

15    Q.   Okay.  And what came out -- so out --

16  out of these e-mail conversations, again, did

17  there come an XRP guide for retail purchasers?

18          MR. HORTON:  Objection to form.

19          You can answer.

20    A.   I don't know.

21    Q.   Okay.

22          MR. TENREIRO:  Let's look at

23     Exhibit 31, please.

24          (Whereupon, exhibit is presented

25     and marked SEC Griffin Exhibit PG-31 for

```
 1          identification.)
 2                    MR. TENREIRO:  31's going to be a
 3          one-page e-mail, SEC ███ Ripple 9285.
 4                    MR. HORTON:  Want a break?
 5                    THE WITNESS:  We -- we can do
 6          another.
 7                    MR. TENREIRO:  Okay.
 8                    MR. HORTON:  Feel okay?
 9                    THE WITNESS:  Yeah.
10     BY MR. TENREIRO:
11          Q.   This is an e-mail from you to ███
12     ███ on July 21st, 2016, or at least it appears
13     to be.
14          (Pause)
15          Q.   Mr. Griffin, what is ███?
16          A.   ██████████
17          Q.   And what relationship, if any, did they
18     have to Ripple?
19          A.   At this time, I believe ███ was an
20     investor in Ripple.
21          Q.   In Ripple Labs Inc.?
22          A.   I don't know what Rip -- OpenCoin or
23     Ripple Labs.  I'm not -- I don't remember.
24          Q.   Do you have any reason to believe you
25     did not send this e-mail to ██████████?
```

252

1     A.  No.

2     Q.  In your own words, what is the purpose

3 of this e-mail?

4     A.  A recommend -- to secure a

5 recommendation -- or an opinion about a

6 prospective employee from -- from one of Ripple's

7 investors who worked with this candidate.

8     Q.  "Candidate" being     ?

9     A.  Yes.

10    Q.  And was the -- the role that you were

11 looking to hire for -- to be -- let me start

12 again.

13     Were you looking to hire someone who

14 would be responsible for building the market for

15 XRP? I'm quoting from your e-mail. Last sentence

16 of the first paragraph says "The role will be

17 responsible for building the market for XRP."

18     My question is, were you, in fact, in

19 July 2016, looking to hire someone who would be

20 responsible for building the market for XRP?

21    A.  To -- to the extent that we could help

22 do that, yes.

23    Q.  And did you end up hiring someone for

24 that role?

25    A.  We did.

253

1    Q.   And was that Miguel Vias?

2    A.   Yes, it was.

3    Q.   Okay.  The second paragraph you say --

4    you describe what          described to you was the

5    work he did.  You say "He described how he

6    incentivized market makers to bring tight spreads

7    and deep order books, then leveraged that

8    liquidity to draw in speculators, which he in turn

9    leveraged to bring in banks and big agricultural

10   businesses.  He called the market he built a

11   'wheat product,'" quotes.  "Tactically, it's all

12   very similar to what we want to build for XRP."

13        Do you see that?

14   A.   Yes.

15   Q.   Is that an accurate statement of what

16   you wanted to do or build for XRP in July of 2016?

17           MR. HORTON:  Objection to form.

18   Q.   To the extent, you know -- to the extent

19   that you could help do that.

20           MR. HORTON:  Same objection.

21   A.   I -- I'm not sure I remember what my

22   motives were in 2016 or what my intention was.

23   Q.   Do you have any reason to doubt that

24   this is an accurate reflection of those

25   intentions?

```
 1                    MR. HORTON:  Objection to form.
 2         A.   No, no reason to doubt.
 3         Q.   Do you have any reason to doubt that
 4    these -- that your intentions with respect to the
 5    role were your employer's intentions?
 6                    MR. HORTON:  Object to form.
 7         A.   I can't -- I can't recall.
 8                    MR. TENREIRO:  Do you want to
 9              take a break now?  Let's just go off the
10              record.
11                    MR. HORTON:  Sure.
12                    THE VIDEOGRAPHER:  Going off the
13              record at 3:16 p.m. Eastern.
14                    (Whereupon, a recess is taken.)
15                    THE VIDEOGRAPHER:  We are back on
16              the record at 3:33 p.m. Eastern.
17                    (Whereupon, exhibit is presented
18              and marked SEC Griffin Exhibit PG-42 for
19              identification.)
20    BY MR. TENREIRO:
21         Q.   Mr. Griffin, please take a look at
22    Exhibit 42, which I'm handing you now.  RPLI_SEC
23    57039.  It's a two-page e-mail.  It involves you
24    and Mr.              and -- and apparently others.
25                    (Pause)
```

255

| 1 | A. Okay. |

Q. Mr. Griffin, do you have any reason to believe you did not engage in this e-mail exchange?

A. No.

Q. And do you see the reference in the first page to "XRPchat" at the bottom? "There has been robust discussion activity on the XRPchat"?

A. Yes.

Q. What is XRPchat?

A. XRPchat is a -- is a forum.

Q. Online, publicly available?

A. Yes, online forum.

Q. For what -- is it fair to say that, you know, at least at this point in time, Mr. ▌ appears to be, you know, reading the discussion activity on the XRPchat threads?

MR. HORTON: Objection to form.

A. It looks like ▌ is summarizing the discussions happening inside the online chat forum.

Q. Did you ask him to do that?

A. I don't remember.

Q. Do you know for what purpose he's summarizing those discussions?

```
 1                    MR. HORTON:  Object to form.
 2         A.   No.
 3         Q.   Did Ripple -- did you, as part of your
 4    work for Ripple, ever come to understand, you
 5    know, who was participating in XRPchat, meaning
 6    what types of persons?
 7         A.   No.
 8                    MR. HORTON:  Objection to form.
 9         Q.   Did you have any reason to believe that
10    it was potential, say, banks that wanted to engage
11    in cross-border payments?
12                    MR. HORTON:  Objection to form;
13          calls for speculation.
14         A.   I don't know.
15         Q.   My question was not for you to
16    speculate.  My question was for you to tell me if
17    you ever had any reason to believe that it was,
18    say, banks that wanted to engage in cross-border
19    payments that were engaging in discussions on
20    XRPchat.
21         A.   I don't know.
22         Q.   Did you have any reason to believe that
23    it was potential investors in XRP that were
24    engaging in conversations on XRPchat?
25                    MR. HORTON:  Objection to form.
```

```
 1        A.   I don't -- I'm not sure.  I don't know
 2   who it was that was on there.
 3        Q.   All right.  By the way, are you familiar
 4   with something called "Consensus"?  Sort of a
 5   forum, Consensus forum?
 6        A.   There are several Consensus.  There's
 7   the Ethereum Consensus.  The Ethereum Foundation
 8   Consensus, yes.
 9        Q.   Right.
10             And are you familiar with a Consensus, a
11   sort of digital asset forum, not related to
12   Ethereum?
13        A.   There's a conference I think that's
14   called Consensus, yes.
15        Q.   And did you participate in any Consensus
16   conference as a Ripple employee?
17        A.   I -- I think one time I did.
18        Q.   Do you recall giving a sort of workshop
19   or Q and A with Mr. Schwartz and Mr. █████████
20   ██████?
21        A.   Vaguely, yes.
22        Q.   Okay.  And would that have been while
23   you were employed at Ripple?
24        A.   Yes.
25        Q.   Okay.  Was it in 2017?
```

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

1          A.   I don't -- I don't know what date --

2     what year it was.

3          Q.   And can you tell me what the purpose of

4     that sort of workshop or Q and A session was?

5               MR. HORTON:   Objection to form.

6          A.   No.

7          Q.   Did anyone at Ripple ask you to

8     participate or was it your idea?

9          A.   I don't know.

10          Q.   Okay.  Back to the exhibit, you say

11     "Thank you,          for the summary."  This is at

12     the bottom.  "I also noted that there was some

13     interest in seeing how much of the allocation is

14     going to the liquidity incentive."

15               Do you see that?

16          A.   Yes.

17          Q.   Where you say "I also noted," is it fair

18     to infer from that that you were also reading the

19     XRPchat thread?

20          A.   I'm not sure.  He links to it right at

21     the bottom there.  I might have clicked it and

22     read it, but that's it.

23          Q.   And you reference a "liquidity

24     incentive."  What is the liquidity incentive?

25          A.   I don't have a recollection.

1        Q.   Okay.  At the top you say "The thesis as

2  I understand it is to show a" peer -- "to show a

3  period of consistent buying from an account that

4  is known to be a consistent seller."

5        Do you see that?

6        A.   Yes.

7        Q.   What thesis are you referring to?

8        A.   I don't know.  I don't know.

9        Q.   Where you say "to show," to show to

10  whom?

11            MS. COWAN:  Objection.

12        A.   Again, I don't -- I don't know.  This is

13  an e-mail from almost five years ago.

14        Q.   Could it be to show to the XRP market?

15            MR. HORTON:  Objection to form.

16        A.   I'm not sure.

17        Q.   Okay.  And why would there have been a

18  thesis to show a period of consistent buying from

19  an account that's known to be a consistent seller?

20            MS. COWAN:  Objection.

21        A.   I'm not -- I'm not sure.

22        Q.   The next sentence says "The intended

23  impact of the volume is not to move the price, but

24  rather to provide confidence to the market, which

25  in turn will move the price.  That's my

1    understanding.  I do not think we should stop

2    buying."

3            Do you see that?

4        A.   I do.

5        Q.   Okay.  And is the "we" referring to

6    Ripple?

7        A.   It must be.

8        Q.   And is it buying -- stop buying XRP?

9        A.   I assume so.

10        Q.   Okay.  Was there a time around August of

11    2016 where Ripple bought XRP in the market to

12    provide confidence to the market?

13            MR. HORTON:  Objection to form.

14        A.   I'm not sure.  I don't remember the --

15    this e-mail or the period around this e-mail,

16    but -- yeah.

17        Q.   Was there a time around August of 2016

18    where Ripple -- you know, just setting aside the

19    e-mail, was there a time around August of 2016

20    where Ripple bought XRP in the market to provide

21    confidence in the XRP market?

22            MR. HORTON:  Objection; asked and

23        answered.

24        A.   I don't -- I don't think so, no.

25        Q.   Was providing confidence in the XRP

1   market something that Ripple desired to provide?

2        A.   I think -- there -- there was a set of

3   headwinds that Ripple was up against,

4   misinformation in the marketplace.  When I say

5   "marketplace," I mean the cryptocurrency -- the

6   world of cryptocurrency.  I think I touched on

7   this in the beginning of the -- of the day today

8   that -- about what Ripple was, what Ripple was

9   doing, how Ripple was behaving, how -- who

10  Ripple's clients were, what was real and what

11  wasn't real.

12        And I think, broadly speaking, you can

13  sort of think about -- it's just referred to as a

14  source of fear, uncertainty, and doubt that was

15  being spread around Ripple.  And one of the

16  headwinds that we were up against was that Ripple

17  was actively selling large amounts and flooding

18  the market with its XRP supply.

19        So I -- when I read this, I -- I think

20  that's the closest concern that I think -- that I

21  feel this bumps up against, is an attempt to

22  redress that misinformation about Ripple, about

23  what Ripple was doing and wasn't doing.

24        Q.   Headwinds to what?

25        A.   The growth of the -- of the technology.

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

1    Its adoption, the development of liquidity around

2    XRP.

3         Q.   Headwinds -- if I may just -- I'm sorry.

4              Is head -- is "headwinds" another way of

5    saying that, sort of, obstacles?

6         A.   Obstacles.  But in this case, it's --

7    it's sort of -- I want to say inorganic, almost

8    deliberate, obstacles that had been put up by

9    possible competitors --

10        Q.   Uh-huh.

11        A.   -- to create some uncertainty about what

12   Ripple's -- what -- about Ripple, Ripple's

13   business and its technology, and the technology

14   that we were working on.

15        Q.   What was the misinformation as you

16   understood it?

17        A.   Here the misinformation is that there

18   was -- Ripple had a large supply of XRP that it

19   was flooding the market with.

20        Q.   Hold on a second.  It was true that --

21   that Ripple had a large supply of XRP, right?

22              MR. HORTON:  Objection to form.

23        A.   Yes.

24        Q.   So the -- the misinformation part, just

25   to be clear, was that Ripple was flooding the

1    market, at least as you perceived it?

2        A.   Yes.

3        Q.   Okay.  And is it fair to say that while

4    you were an employee of Ripple, Ripple took steps

5    to correct what it believed to be misinformation

6    about Ripple or XRP in the market?

7        A.   Yes.

8        Q.   And why did Ripple do that?

9        A.   To -- to compete.

10       Q.   It's good for its business to correct

11   misinformation about it?  Is that fair?

12            MR. HORTON:  Objection to form.

13       A.   I can't speak to Ripple and Ripple's

14   intentions and motivations, but that sounds right.

15   To be -- to stay competitive and -- and not let

16   misinformation dictate the terms of how we grow

17   our business and in turn how the technology was

18   adopted.

19       Q.   Is it -- is it misinfo -- I'm sorry.

20            Is it misinformation that Ripple was

21   worried about, Mr. Griffin, or is it information

22   that Ripple believed to be negative to the

23   company?

24            MR. HORTON:  Objection to form.

25       A.   What's the -- what's the question?

1          Q.   Yes.  Is it misinformation that Ripple

2     was worried about or is it information that Ripple

3     believed to be negative to the company regardless

4     of whether it was misinformation?

5               MR. HORTON:  Objection to form.

6          A.   I'm still not tracking.

7          Q.   The difference between misinformation,

8     I'll define it as information that's not true.

9          A.   Okay.

10         Q.   And information that's negative could be

11    information that's true, but that's not helpful to

12    a company.

13              So was Ripple focused on information

14    that was not true or information that might have

15    been true but was just not good for it?

16              MR. HORTON:  Objection to form.

17         A.   I think what I -- what I'm referring to

18    is information that's not true.  I don't know what

19    Ripple was concerned about, but I think my -- you

20    asked me to sort of interpret this.  That was my

21    interpretation.

22         Q.   "This" meaning the exhibit?

23         A.   Yes.

24         Q.   And your interpretation --

25         A.   "This" is referring to the line around

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

1    "provide confidence" is -- is particularly

2    addressed at correcting misinformation.  So

3    information that is not true about Ripple.

4         Q.   Okay.  And when you encountered

5    information that was not true, you, Mr. Griffin,

6    did you as part of your job for Ripple take steps

7    to try to address or correct misinformation in the

8    market?

9         A.   There's only so much you could do.

10        Q.   I'm sorry?

11        A.   There's only so much anyone could do.

12   So I'm not really -- I have no recollection of

13   anything that I did in particular.

14        Q.   But you did some things, I guess?

15             MR. HORTON:  Objection to form.

16        A.   I'm not -- I don't recall anything in

17   particular.

18        Q.   This e-mail you recall -- I'm sorry.

19             Is this e-mail an example of that?

20        A.   It may -- it may have been.

21        Q.   Was there confusion -- I think you said

22   earlier -- I'm going to paraphrase because I can't

23   scroll up.  I think you said earlier something

24   like there was misinformation about who Ripple's

25   clients were or were not.

1          Is that fair?

2                 MR. HORTON:  Objection to form.

3          I don't think that's what he said.

4          Q.    Was there misinformation about who

5     Ripple's clients were or were not?

6          A.    I don't think I said that.

7          Q.    Okay.  I'm asking you.  Was there

8     misinformation about whose Ripple -- who Ripple's

9     clients were or were not?

10         A.    I don't remember.  I don't -- it doesn't

11    sound right, but --

12         Q.    All right.

13                MR. TENREIRO:  Let's go -- let's

14         go up in the transcript.  If we need to go

15         off the record, that's okay.  I just don't

16         know how to scroll up, Bridget.  Let's go

17         off the record one second.

18                THE VIDEOGRAPHER:  Going off the

19         record at 3:48 p.m. Eastern.

20                (Pause)

21                THE VIDEOGRAPHER:  Back on the

22         record at 3:49 p.m. Eastern.

23    BY MR. TENREIRO:

24         Q.    Okay.  Mr. Griffin, was there a time

25    when you perceived misinformation about who was

267

1    using XRP and who was not using XRP?

2                 MS. COWAN:  Objection.

3         A.    I'm -- was there a time when I -- can

4    you repeat the question?

5         Q.    Yes.

6                 Was there a time when you perceived

7    misinformation in the market about who was using

8    XRP?

9         A.    Per -- can you -- can you try and

10   rephrase the question?  I'm not sure I'm still

11   understanding.

12        Q.    While you were an employee at Ripple,

13   did you come to learn at any time that there might

14   have been confusion in the market about who was

15   using XRP?

16                MR. HORTON:  Objection to form.

17        A.    I don't -- I don't know.  I don't recall

18   that.

19                MR. TENREIRO:  Let's look at

20          Exhibit 90 -- one second -- 95.  95.

21                (Whereupon, exhibit is presented

22          and marked SEC Griffin Exhibit PG-95 for

23          identification.)

24   BY MR. TENREIRO:

25        Q.    Okay.  Here is a thread of e-mails,

```
 1    RPLI_SEC 30278.
 2               (Pause)
 3         Q.   Okay, Mr. Griffin, I'm just -- earlier
 4    you mentioned that there was some possible
 5    competitors that created uncertainty about
 6    Ripple's business and its technology and the
 7    technology that it was working on.
 8               In this e-mail, do you see, you know,
 9    misunderstanding about Ripple's business and its
10    technology?
11                    MS. COWAN:  Objection.
12                    MR. HORTON:  Objection to form.
13          Jorge, do you want to ask him about a
14          particular part of the e-mail?
15                    MR. TENREIRO:  Yes.
16         Q.   On the second page, somebody called █████
17    █████ asks "Is XRP being used for █████ and banks in
18    Japan?"
19               Do you see that?
20         A.   Yes.
21         Q.   Do you know what █████ means?
22         A.   I don't know what it stands for.  It's a
23    bank in Japan.  It's a top bank in Japan.
24         Q.   Was the top bank in Japan using XRP?
25         A.   I don't --
```

269

```
 1                    MR. HORTON:  Objection to form.
 2          A.   I don't recall.
 3          Q.   Okay.  And you say "I advocate that we
 4    continue to ignore."
 5               Do you see that?
 6          A.   Yes.
 7          Q.   Why did you say that?
 8          A.   Okay.  So          is who it's
 9    referring to.  I'm not entirely sure I remember.
10    The only thing I remember about          was that
11    he had been particularly antagonistic about -- I
12    think that he launched a bitcoin exchange in Japan
13    called          and had been -- my recollection is
14    that there were some antag -- some sort of
15    opposition to XRP.
16          Q.   Okay.
17          A.   That's it.  That's all -- that's all I
18    remember.  And so I -- I felt like there was --
19    my -- my interpretation of this e-mail was to say
20    let's not -- anything we give this guy, he's going
21    to turn it around and twist it, twist our words,
22    and use it against us.  And so let's just leave it
23    at that.  Let's just not respond and point him to
24    the same information we're providing everybody
25    else.
```

1       Q.  And did that include the information

2  Mr. ███ gave him at the beginning of the thread

3  in 2017?

4       A.  I'm not -- I'm not sure.

5           MR. HORTON:  Objection to form.

6       Q.  Do you see there's -- Mr. ███ says

7  "Hi, ███ and ███. Hope you have been well.

8  Given the recent developments in the XRP market,

9  we wanted to send over an update below," and then

10  there's some information about month-over-month

11  and year-to-date change of XRP's price, right?

12        Do you see that?

13       A.  Yes.

14       Q.  Did you send out e-mails like that

15  updating people about XRP's price?

16           MR. HORTON:  Objection to form.

17       A.  I -- I feel like this is a -- a broader

18  update than just the price. So I would have sent

19  an e-mail like this out and it's possible.  It

20  feels like it's more of like a -- a broader

21  communication about what -- recent developments

22  with XRP.

23       Q.  What was the purpose of sending out a

24  communication -- a broader communication about

25  recent developments with XRP?

```
 1              MS. COWAN:  Objection.

 2         A.   I think to continue to point to the

 3    growth of this technology and to continue to, I

 4    think, show -- show the momentum of the technology

 5    and the adoption of it, and certainly the activity

 6    around XRP is part and parcel to that.

 7         Q.   And the activity around the XRP price,

 8    is that part and parcel to that?

 9              MR. HORTON:  Objection to form.

10         A.   Yes, it is.

11         Q.   Okay.  So I guess -- why would

12    Mr.          or why would Ripple send out

13    information like this updating the technology to

14    someone you believe to be sort of antagonistic to

15    you?

16              MR. HORTON:  Objection to form.

17         A.   I -- I can't speak to why      sent an

18    e-mail out.

19         Q.   Did you direct him to send out these

20    kinds of updates?

21         A.   I -- I don't recall.

22         Q.   Okay.  Let's go back to where we were.

23              MR. TENREIRO:  Let's go to

24         Exhibit 65.

25              (Whereupon, exhibit is presented
```

272

```
 1              and marked SEC Griffin Exhibit PG-65 for
 2              identification.)
 3                        MR. TENREIRO:  So this will be
 4              RPLI_SEC 509599.  It's a two-page --
 5              two-and-a-little-bit-page e-mail.  It
 6              involves Mr. Griffin and Garlinghouse
 7              around March and April of 2017.
 8                        MR. HECKER:  You want it?  Sorry.
 9                        (Pause)
10       A.    Okay.
11       Q.    Mr. Griffin, any reason to believe that
12  this is not an authentic copy of the e-mails it
13  purports to be?
14       A.    I don't have any reason to believe that.
15       Q.    Okay.  You refer to -- well, the subject
16  is "Q2 XRP Plan Update."  And you write to
17  Mr. Garlinghouse "The goal is to drive XRP
18  speculative trading volume."
19              Do you see that?
20       A.    Yes.
21       Q.    Whose goal are you referring to?
22       A.    I don't know.
23       Q.    Why was this the goal?
24       A.    I don't -- I don't remember.
25       Q.    When you say "speculative trading
```

1    volume," can you explain what you mean by

2    "speculative trading volume"?

3         A.    Volume from speculators.

4         Q.    And speculators means people who are

5    speculating on what?

6         A.    The price.

7         Q.    Of XRP?

8         A.    Yes.

9         Q.    Okay.  And what -- do you have an

10   understanding as to what speculators are betting

11   on exactly when they're speculating on the price

12   of XRP?

13              MR. HORTON:  Objection to form.

14        A.    No.

15        Q.    Okay.  And these themes, as you describe

16   them, include taking on skeptics, demonstrating

17   technical superiority, and market key technical

18   features.

19              Do you see all that?

20        A.    I do.

21        Q.    Okay.  So these were themes that were

22   being developed at Ripple around March of 2017 to

23   drive XRP speculative trading volume?

24              MS. COWAN:  Objection.

25        A.    Yeah.  I mean I -- I -- I'm not sure how

```
 1    much of this was developed and implemented versus
 2    proposed.  It's a plan for discussion and then,
 3    you know, I think in the top of the e-mail, it
 4    sounds like Brad likes the plan, but there's
 5    questions about what's achievable and what's not.
 6    So I'm not really -- when I look at this, I'm not
 7    sure what -- where this ends up.
 8         Q.   Right.  These are -- these seems to be
 9    plans for this time, right?
10         A.   Plans -- it seems to be, you know --
11    it's always an iterative process.  So it seems to
12    be an iteration of a plan.
13         Q.   The plan for the purpose of driving XRP
14    speculative volume?
15              MR. HECKER:  Objection to form.
16         A.   I'm -- I'm not sure.
17         Q.   On the second page, you say "Out of the
18    gates, marketing is doing customer research to
19    understand speculator motivations."
20              Do you see that?
21         A.   Okay.
22         Q.   Is that true as far as you know, that
23    marketing was doing customer research to
24    understand speculator motivations?
25         A.   I -- I'm not sure.
```

1           Q.   Okay.  And I've asked you this a couple

2    of times today and I'll ask you again:  Does this

3    refresh your memory as to whether Ripple employees

4    refer -- referred to buyers of XRP as Ripple's

5    customers?

6                  MR. HORTON:  Objection to form.

7           A.   I'm not sure.

8           Q.   Okay.  Then it says "and BD is racing to

9    get Kraken live for easier XRP buying."

10                 What is BD?

11          A.   Business development.

12          Q.   That's your group?

13          A.   It is.

14          Q.   Okay.  And Kraken is a digitalized

15   trading platform?

16          A.   Yes.

17          Q.   What are you explaining that you were

18   doing here?  So "to get Kraken live," does that

19   mean to get XRP buying and selling on Kraken?

20          A.   It means getting XRP listed at Kraken

21   and Kraken integrating into the XRP ledger.

22          Q.   And the purpose of that was to make XRP

23   buying easier?

24          A.   I mean, the purpose of that was to -- I

25   think for the same sort of through line that --

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

276

 1    that I've said before, which is to help -- one --
 2    it was one step towards building liquidity for --
 3    around XRP.  I mean, I think this whole discussion
 4    around speculation, when I look at this, it's a Q2
 5    plan in.  I recall there being discussion around
 6    spec -- like this speculative trading volume, but
 7    I also recall that it was very clearly bookended
 8    around this -- this quarter period.  And I'm not
 9    really sure how it played out over that quarter
10    or -- or where it went from there.
11        Q.    Okay.  So just to get back, though, on
12    the listing, that's one step towards building
13    liquidity, listing on a -- on a digital asset
14    platform is a step towards achieving liquidity in
15    the XRP market, is that correct?
16        A.    Yes.
17        Q.    And so -- and I think we discussed
18    building liquidity around the XRP market is
19    something Ripple desired, is that correct,
20    throughout your employment there?
21            MR. HORTON:  Objection to form.
22        A.    Yes.
23        Q.    And is it fair to say that you, as a
24    Ripple employee, at various times communicated
25    with exchanges to try to facilitate listing of XRP

1    on those platforms?

2        A.   Yes.

3        Q.   Okay.  Let's set this aside and look at

4    44.

5             Before I show it, in terms of -- in

6    terms of XRP's price, I think we discussed, but is

7    it fair to say that a higher XRP price meant

8    that -- potentially more revenue for Ripple from

9    selling XRP, all else being equal?

10                MS. COWAN:  Objection.

11       A.   No.

12       Q.   Why not?

13       A.   It was price alone -- as we talked about

14   in the beginning of the -- of the day, in early

15   2013, 2014, 2015, 2016, through most of 2017, the

16   price moving really had no ability for -- very

17   little impact on what Ripple could sell as far

18   as -- as measured in dollar terms.

19       Q.   That's because of the lack of liquidity

20   in the market?

21                MS. COWAN:  I'm sorry?

22       Q.   That's because of the lack of liquidity

23   in the market?

24                MR. HORTON:  Objection to form.

25       A.   That's because of lack of volume in the

278

1  market and taken together, along with probably a

2  number of other -- other factors, you could call

3  that the liquidity in the market.

4       Q.   All right.  By the end of '17, would you

5  say the market was more -- for XRP was more

6  liquid?

7       A.   On a relative basis, I think it went

8  from hundreds of thousands to a couple million.

9  Something like that.

10      Q.   What about the beginning of 2018?

11      A.   I'm not sure what it -- what it was at.

12      Q.   Okay.  Was the higher price of XRP a

13  benefit for Ripple in terms of, you know, it meant

14  that more money can move across XRP as a bridge

15  currency?

16           MR. HORTON:  Objection to form.

17      A.   Please ask the question again.

18      Q.   So the higher price of XRP was a good

19  thing for Ripple because it meant that XRP could

20  be used to move larger amounts of assets?

21      A.   I -- I don't know where to -- how to

22  answer the question.  You're asking me to answer

23  on behalf of Ripple?  You're saying it was a good

24  thing for Ripple?

25      Q.   Yeah.

```
1          A.   If -- Ripple wasn't moving assets

2    around.  Maybe ask that question a different way.

3          Q.   Let's use the exhibit.  Let's use 44.

4               (Whereupon, exhibit is presented

5          and marked SEC Griffin Exhibit PG-44 for

6          identification.)

7               MR. TENREIRO:  This is RPLI_SEC

8          375653.

9               (Pause)

10         Q.   Mr. Griffin, do you know who

11   is?

12         A.   No.

13         Q.   And do you have any reason to believe

14   this is -- you did not engage in this e-mail

15   exchange with him?

16         A.   No.

17         Q.   He asks you Question No. 3, on the

18   second page, he says "Hey" -- I'm sorry.  He says

19   "Is the price of XRP bad for your banking

20   customers because it makes their transactions more

21   expensive? I notice it's gone to over $3 now."

22              MS. COWAN:  I think it says "Is a

23         high price of XRP bad for your banking

24         customers..."

25              MR. TENREIRO:  Is a high price,
```

280

1          yeah.  High price of XRP.

2          Q.   And then on the front page, he says "How

3     does the market price of the crypto impact/relate

4     to the use of that in ecosystem?  E.G. - if XRP is

5     25 versus $1, does that make transactions by banks

6     on the XRP network cost more?  In other words, it

7     can be a bad thing to have a crypto value high if

8     it then makes tx cost more for banks?"

9          Do you see all of that?

10         A.   I do.

11         Q.   Your response, Mr. Griffin, explains

12    what?

13              MR. HORTON:  Objection to form.

14         A.   Do you want me to read the e-mail?

15         Q.   No.  Can you explain it to me, please?

16         A.   You want me to explain what?

17         Q.   You know, what -- what did you answer?

18    Is -- is a higher price for XRP bad for bank

19    transactions?

20         A.   Reading this, it looks like I said no,

21    it's not.

22         Q.   Why not?

23         A.   Because XRP can be purchased in

24    fractional amounts.

25         Q.   And is it also because there needs to be

```
 1   enough market cap to service the -- to service the
 2   payments flowing through?  Is that also a reason
 3   why a higher price is a good thing?
 4              MR. HORTON:  Objection to form.
 5        That's not -- not what he testified.
 6   What he testified.
 7        A.   I don't -- I don't understand, so I
 8   don't -- I don't know.
 9              MR. TENREIRO:  I'm -- I wasn't
10         saying he testified to that.  I'm simply
11         asking.
12        Q.   Is a higher price of XRP better to
13   service more payments flowing through XRP?
14              MS. COWAN:  Objection.
15        A.   I -- I don't -- I think it's just a
16   question of capacity as opposed to the level of
17   service.  In other words, is it better or worse?
18   I think it's more of a question of how much can be
19   serviced at any given moment.
20        Q.   Right.  So --
21        A.   That's all -- that's all it -- that's
22   all it's saying, I think.
23        Q.   And so capacity, just to give examples
24   with round numbers, so there's a hundred billion
25   units of XRP that's worth a cent, the capacity is
```

1    a billion dollars --

2         A.   At any one given moment.

3         Q.   At any one given moment.  If there's a

4    hundred billion units and the price is $10, at any

5    one given moment, you can service a trillion

6    dollars, right?

7         A.   Yes.

8         Q.   Okay.  And would -- to the extent that

9    Ripple was in the business of, you know, promoting

10   XRP as a bridge asset for servicing payment flows,

11   would Ripple want there to be more capacity for

12   processing these payment flows at any given

13   moment?

14              MR. HORTON:  Objection to form.

15        A.   I'm sorry, can you rephrase what Ripple

16   is in the business of?

17        Q.   You know, if Ripple wants to promote XRP

18   as a bridge asset, as a bridge currency.

19        A.   Keep going.  If Ripple wants to promote

20   XRP as a bridge asset, then what?

21        Q.   Would Ripple want there to be more

22   capacity for that asset to process more flows at

23   any particular moment?

24              MR. HORTON:  Objection to form.

25        A.   I can't -- you asked me several times to

1   speak on behalf of Ripple and I -- I don't know.

2        Q.   Okay.

3        A.   And I especially don't know at this

4   point when I haven't been at the company for

5   almost four years.

6        Q.   Right.  But I'm asking about the point

7   in time in the e-mail.  So let's try that.

8             In February of 2018, did you,

9   Mr. Griffin, believe that a higher price for XRP

10  could permit your employer to service more

11  capacity of payments flowing through its currency?

12       A.   I'm not sure what I was thinking at that

13  point.  Particularly you're also pointing to a

14  date in time where two days later my son was born,

15  so I'm not sure what was going on in my head.

16       Q.   Okay.  Fair enough.

17            MR. TENREIRO:  Let's go on to

18       Exhibit 49.

19            (Whereupon, exhibit is presented

20       and marked SEC Griffin Exhibit PG-49 for

21       identification.)

22            MR. TENREIRO:  This is a tweet,

23       so there's no Bates.  It appears to be a

24       tweet from December 16, 2017.  And also

25       attached is an article that is referenced

284

```
 1            in the tweet.
 2                    MS. COWAN:  It looks to be a
 3            tweet and then several replies.
 4                    MR. TENREIRO:  That's fair.
 5                    (Pause)
 6            A.   Okay.
 7            Q.   Mr. Griffin, is ████████ your Twitter
 8   account?
 9            A.   At one point, yes.
10            Q.   Is it no longer your Twitter account?
11            A.   I don't have access to it.  I haven't
12   had access to it since 2018, I think.
13            Q.   Did you make this tweet, which was in
14   December of 2017?
15            A.   It looks like it.
16            Q.   Okay.  Did you -- did there come an
17   occasion while you were a Ripple employee that the
18   marketing department suggested that you make
19   certain tweets?
20            A.   I don't remember --
21            Q.   Was this --
22            A.   -- if that happened.
23            Q.   Sorry?
24            A.   I don't remember if that happened.
25            Q.   Do you remember if this tweet was
```

1    suggested to them by you or if it was just your

2    idea?

3         A.    I -- I don't know.

4              MR. HORTON:  Objection to form.

5         Q.    All right.  Why did you make this tweet?

6         A.    I don't know.  It's interesting?  I'm

7    not sure why.

8         Q.    The article that's referenced in your

9    tweet, generally speaking, talks about ███.

10            What is ███?

11        A.    ███ is a financial services holding

12   company and they own -- I think their primary

13   business is brokerage services of different sizes,

14   based out of Japan and has a global footprint.

15              THE REPORTER:  Based out of

16        Japan?  I can't hear you.

17        A.    And they have a global footprint.

18        Q.    What relationship, if any, did they have

19   with Ripple while you were an employee at Ripple?

20        A.    They were an investor of Ripple and

21   Ripple had a start -- a joint venture start-up

22   with ███

23        Q.    Okay.  And you're highlighting -- you're

24   tweeting about an article that references the

25   nine-year high in ███ stock price, correct?

1    A.    Yes.

2    Q.    Okay.  And the article talks about XRP's

3    market value, does it not?

4    A.    Okay.  I see the "XRP's market value now

5    sits not far from $31 billion."

6    Q.    Okay.

7    A.    Okay.

8    Q.    Further below it says █████ s stake in

9    Ripple means that the Japanese company shares in

10   this growth, at least as investors see it."

11        Do you see that?

12   A.    Yes.

13   Q.    Do you -- do you agree with an

14   understanding of investing in Ripple's equity as

15   sharing in the growth of XRP?

16   A.    I -- I -- I don't know that I can say

17   that I agree with anything in that letter from

18   2017.  Their words, not mine.

19   Q.    Sitting here today, do you understand an

20   investment in Ripple's equity to be an exposure to

21   the potential growth in price of XRP?

22        MS. COWAN:  Objection.

23   A.    I understand an -- an equity stake in

24   Ripple exposes an equity investor to the ownership

25   of XRP that Ripple maintains.

1      Q.   Okay.  And what else does the equity

2   stake in Ripple expose that equity investor to?

3              MR. HORTON:  Objection to form.

4      A.   Well, the rest of Ripple's business,

5   enterprise software services, sales and services.

6      Q.   And how -- what was the magnitude of

7   those sales and services?

8      A.   I think there -- sorry.  I think there

9   are also a number of investments that Ripple has

10  made across the cryptocurrency space.  I think

11  there's also exposure to that that's built into

12  that.  Yeah.

13     Q.   What was the magnitude of the enterprise

14  software services and sales for Ripple at the time

15  that you left Ripple?

16             MR. HORTON:  Objection to form.

17     A.   I don't know.

18     Q.   Could you ballpark it?

19     A.   No.

20             MR. TENREIRO:  Let's do Exhibit

21        50.

22             (Whereupon, exhibit is presented

23         and marked SEC Griffin Exhibit PG-50 for

24         identification.)

25             MR. TENREIRO:  So this will be

```
 1              RPLI_SEC 509224.  It's a four-page thread.
 2         There you go.
 3                    (Pause)
 4         A.   Okay.
 5         Q.   Mr. Griffin, any reason to believe you
 6    did not engage in this e-mail thread?
 7         A.   No.
 8         Q.   Okay.  It appears like
 9    shares a story in        about       stock price.
10         Do you see that?
11         A.   Yes.
12         Q.   For the record, who is
13         A.        worked on the business development
14    team.
15         Q.   And you respond "Wow, that's quite a
16    story!"  Correct?
17         A.   Yes.
18         Q.   Then you say "This is a great story that
19    we could be building a narrative around."
20         Do you see that?
21         A.   Okay.
22         Q.   What does that mean?
23         A.   I don't know.
24         Q.   Building a narrative of what?
25         A.   Well, building a narrative wouldn't have
```

1    been my -- my lane.  It was a communication.  That
2    would have been in the -- in the wheelhouse of the
3    communications team.
4          Q.   Did you -- so is it fair to say here
5    that you're sending maybe like a suggestion to the
6    communications team?
7          A.   Yes.
8          Q.   That includes ████████████████?
9          A.   Yes.
10         Q.   And why would you be sending them a
11   suggestion?
12         A.   To -- to look into it.  I mean, I say it
13   right there.  "Let me know if you think there's a
14   good angle here for us."
15         Q.   Did anything come of this?
16         A.   I don't remember.
17         Q.   What about the tweet?
18         A.   It's possible.
19         Q.   Okay.
20         A.   I don't -- I don't know.
21         Q.   And did you -- is it fair to say you
22   read this story before you sent them this
23   suggestion or before you said "that's quite a
24   story"?
25                   MR. HORTON:  Objection to form.

```
1        A.   I don't -- I don't recall.

2        Q.   Let me see if I can direct you to the

3   middle of the second page.  There's a paragraph

4   that says "XRP is the third largest virtual

5   currency," et cetera.

6        A.   Okay.

7        Q.   Do you see that?

8        A.   I do.

9        Q.   And do you see the one that says "The

10   issuer is U.S. Ripple"?  Do you see that?

11        A.   Okay.

12             MS. COWAN:  Can I just note that

13        this is --

14             MR. TENREIRO:  Yeah.

15             MS. COWAN:  It says in the

16        document that this is a Google-translated

17        article.

18             MR. TENREIRO:  Understood.

19        A.   I see that.

20        Q.   Did you ask someone to correct that

21   statement?

22        A.   Well --

23             MR. HORTON:  Objection to form.

24        A.   I just -- I mean, this is almost

25   impossible to read this e-mail.  I mean, look at
```

```
 1    the headline: '     shares     Ripple
 2    anticipation twisting exceeding market
 3    capitalization total." This is barely
 4    intelligible, the translation. So I -- I think
 5    that if it was in Japanese, I don't know what it
 6    said in Japanese and if it was correct. And even
 7    if it did, I don't remember whether or not there
 8    was a correction. No.
 9         Q.   Just to be clear, you don't read
10    Japanese?
11         A.   I do not read Japanese, no.
12         Q.   All right. But you understood it enough
13    to say "that's quite a story," is that fair?
14                   MR. HORTON:  Object to form.
15         A.   No, that's not fair.
16         Q.   So -- so what was the basis of the
17    "that's quite a story" comment?
18         A.   Well, I mean, the first thing is, if you
19    read the rest of the e-mail, there's information
20    in here about -- sorry. It's confusing because
21    you just showed me another e-mail with -- that had
22    all of the -- the tweet with the     story.
23    And I think, if I'm right, I think it's the same
24    author, right? So I think what you showed me was
25    the official     translation. I'm not sure.
```

1   Maybe somebody can look at it. ██████████   Is

2   that ████████? Yeah. So I think this is

3   actually the correct ██████ translation and you're

4   showing me a translation of a Google document that

5   then -- the document that was in Japanese that's

6   just thrown into a Google translator. Also, ██████

7   sat across from me, so she might have just talked

8   to me and I responded to the thread to get the

9   communication out to Brad, Ron, and Monica just to

10  share that information with them.

11      Q.   Are you referring to the tweet we were

12  looking at with the story in the prior exhibit?

13      A.   Yes.

14      Q.   Okay. So I guess, just to make sure I

15  understand your testimony, when you say here,

16  "Wow, that's a great story," you might be

17  referring to the -- that version is what you're

18  saying?

19      A.   No, that's not what I'm saying. The

20  whole story that -- that ████ s price share --

21  share was -- that there's activity around ████ s

22  share as news broke that they had an investment at

23  Ripple, that's -- that's what I'm referring to.

24  The details -- I don't necessarily know that

25  that's a response to the actual words of the

1   article, let alone this article and the other one.

2   I'm not really sure.

3          Q.   All right.

4               MR. TENREIRO:   Let's take a look

5          at Exhibit 87, please.

6               (Whereupon, exhibit is presented

7          and marked SEC Griffin Exhibit PG-87 for

8          identification.)

9               MR. HORTON:   Jorge, do you think

10         we'll be at a break point in about ten

11         minutes?

12              MR. TENREIRO:   Yep.

13              MR. HORTON:   Okay.

14              MR. TENREIRO:   Eighty-seven is a

15         two-page e-mail, RPLI_SEC 539698.

16              (Pause)

17         A.   Okay.

18         Q.   Mr. Griffin, at the top of this e-mail

19   chain, you say "I'm getting a lot of pressure from

20   Brad to accelerate some of these announcements, so

21   hoping to get your reaction."

22              Do you see that?

23         A.   Uh-huh.

24         Q.   Any reason to --

25         A.   Yes.

1      Q.    Sorry.

2            Any reason to believe you did not write

3      that to Ms. Monica Long around November 1st, 2017?

4      A.    No.

5      Q.    When you say "some of these

6      announcements," what are you referring to?

7      A.    Just reading the e-mail?

8      Q.    Is it --

9      A.    I think it's referring to --

10     Q.    Oh, sorry.

11     A.    -- the bullet points 1 through 6 at the

12     end.

13     Q.    When you say in the second page "We're

14     looking at what we can do to accelerate/prioritize

15     XRP-beneficial announcements," is that it?

16     A.    I think so.

17     Q.    How did you --

18     A.    I'm not sure if it's -- accelerated some

19     of these announcements.  I don't -- I don't know.

20     Q.    How did you determine in November of

21     2017 what could potentially be an XRP-beneficial

22     announcement?

23           MR. HORTON:  Objection to form.

24     A.    Well, I think the truth is we didn't

25     know.  I mean, you're asking what the metrics

```
 1   were?
 2        Q.   Yeah.  How did you -- I understand you
 3   don't know what actually is going to happen in the
 4   market, but when you were making decisions, how
 5   did you determine whether something could
 6   potentially be XRP beneficial?
 7             MR. HORTON:  Objection to form.
 8        A.   I think anything that showed and spoke
 9   to growth and traction, adoption, is what we were
10   focused on.
11        Q.   Adoption of -- of XRP?
12        A.   When I -- the Ripple technology.  XRP is
13   part of that.  So you can't sort of separate them
14   out.  When the Ripple's technology being adopted,
15   that's presumably an onboard to using XRP, whether
16   it's direct or indirect or down the road.  So I --
17   yeah.
18        Q.   Sure.  So -- so just so the words --
19        A.   Like, for example, with Ethereum, smart
20   contracts being adopted might be good for Ethereum
21   because Ethereum sort of powers the system.  It's
22   the same sort of premise here.
23        Q.   Just for the clarity of the record,
24   because the Ethereum blockchain operates in part
25   based on --
```

```
 1                    THE REPORTER:  Slow down.

 2                    MR. TENREIRO:  Yeah.

 3                    THE REPORTER:  Repeat.

 4        Q.   For the clarity of the record, is the

 5   reason for that answer because the Ethereum

 6   blockchain, one of its functionalities is smart

 7   contracts?

 8        A.   Yes.

 9        Q.   Okay.  So going back to Ripple for a

10   moment, just to make sure I understood your

11   answer, an announcement that Ripple's technology

12   is being adopt -- adopted could be XRP beneficial.

13   Is that what you're saying?

14        A.   No, that's not what I'm saying.  I'm

15   saying it could be beneficial to the technology

16   and our efforts to get -- drive adoption of it.

17        Q.   Okay.  Fair enough.

18        A.   Which in turn, yes, of course, that can

19   be beneficial to XRP.

20        Q.   Okay.  I was just asking when you say

21   "XRP beneficial," what -- what do you have in

22   mind?  And I think your answer was things -- one

23   example could be Ripple's technology being

24   adopted.

25             So -- so I'm just trying to make sure I
```

1   have a clear record.

2        A.   Yes.

3        Q.   All right.  Is it true that you were

4   getting a lot of pressure from Brad to accelerate

5   some of these announcements?

6        A.   It's what the e-mail says.  I -- I don't

7   remember.

8        Q.   And the reference --

9        A.   There was a lot of pressure happening in

10   a lot of different -- different directions around

11   a lot of different things I was focusing on.  It's

12   possible, yes.

13        Q.   And obviously it's a reference to

14   Mr. Garlinghouse?

15        A.   Yes.

16        Q.   All right.  And do you have any

17   understanding as to why he might have been

18   pressuring you to accelerate some of these

19   announcements?

20             MR. HORTON:   Objection to form.

21        A.   I don't know what he's thinking, no.

22        Q.   Okay.  And just going back to

23   XRP-beneficial announcements, do you -- back when

24   you were a Ripple employee, did you have any

25   belief either way as to whether the market

```
 1     understood that increasing adoption of the Ripple
 2     network would be beneficial to XRP?
 3          A.   Did we have an idea of how the adoption
 4     of the network would be beneficial to XRP?
 5          Q.   I appreciate you answered that question,
 6     but that was not my question.
 7          A.   Well, what was your question?
 8          Q.   Yeah.
 9               So going back to when you were an
10     employee at Ripple, did you, Mr. Griffin, have a
11     belief, either way, as to whether the market
12     understood that increasing adoption of the Ripple
13     network would be beneficial to XRP?
14               MS. COWAN:  Objection.
15          A.   I -- unclear.  It was always unclear.
16          Q.   It was unclear to you what the sort of
17     market understood?
18          A.   Yes.
19          Q.   Okay.  And did you have an idea of how
20     the adoption of the network would be beneficial to
21     XRP?  Now to ask the other question.
22          A.   Yes.
23          Q.   And what was that idea?
24          A.   Well, the more activity moving through
25     the network, the more valuable and useful the XRP
```

299

1    would become.

2        Q.   Okay.  And "valuable" refers to what

3    again?

4                MR. HORTON:  Objection to form.

5        A.   Its usefulness.

6        Q.   Okay.

7                MR. TENREIRO:  Let me do 46 real

8            quick, I think, and then we can take a

9            break.  Is that okay?

10               THE WITNESS:  Sure.

11               MR. HORTON:  Yeah.

12               MR. TENREIRO:  Forty-six is just

13           a one-page thread, 504481.

14               (Whereupon, exhibit is presented

15           and marked SEC Griffin Exhibit PG-46 for

16           identification.)

17               MR. TENREIRO:  And -- okay.  Go

18           ahead.

19               MS. COWAN:  I just want to note

20           for the record that the "To" line on this

21           document includes a number of e-mail

22           addresses for people who were not at the

23           company in 2017.

24               MR. TENREIRO:  Yeah.

25               MS. COWAN:  I suspect it is

1           something having to do with the way the

2           documents were pulled --

3                   MR. TENREIRO:  Yeah.  I think we

4           saw that yesterday, right?

5                   MS. COWAN:  Right.

6                   MR. TENREIRO:  We'll probably

7           have to clarify that at some point on the

8           record, but I -- I agree with you.

9                   THE WITNESS:  I think Madigan

10          did --

11                  MR. TENREIRO:  Yeah.  I'm

12          simply -- you know, I think he was at the

13          company in May of 2017 --

14                  MS. COWAN:  No one's disputing

15          that.

16                  MR. TENREIRO:  -- but I think --

17          you know my question -- he doesn't even

18          appear to be on this thread.  So once he's

19          done, I'll ask the question.

20                  (Pause)

21                  THE WITNESS:  Okay.

22    BY MR. TENREIRO:

23          Q.   Mr. Griffin, did there come a time when

24    you were employed at Ripple where you came to

25    understand that Ripple employees were confusing

1    Ripple equity and XRP?

2         A.   I don't remember.

3         Q.   Okay.  Did you -- did there come a time

4    when you were a Ripple employee where you came to

5    understand that market participants were confusing

6    Ripple equity and XRP?

7              MR. HORTON:  Objection to form.

8         A.   I can't recall.

9         Q.   Did there come a time when you were a

10   Ripple employee where you gave feedback to

11   Mr. ████     about employees confusing -- still

12   confusing Ripple equity and XRP?

13             MR. HORTON:  Objection to form;

14        lack of foundation.

15        A.   I -- I can't recall.

16             MR. TENREIRO:  Okay.  Let's take

17        the break.

18             THE VIDEOGRAPHER:  Going off the

19        record at 4:40 p.m. Eastern.

20             (Whereupon, a recess is taken.)

21             THE VIDEOGRAPHER:  We are on the

22        record at 4:54 p.m. Eastern.

23   BY MR. TENREIRO:

24        Q.   Okay.  Let's take a look at Exhibit 80,

25   which I'll hand you in one minute.

```
 1              (Whereupon, exhibit is presented and
 2    marked SEC Griffin Exhibit PG-80 for
 3    identification.)
 4              MR. TENREIRO:  It's a two-page
 5         e-mail, RPLI_SEC 762228.
 6              (Pause)
 7              THE WITNESS:  Okay.
 8    BY MR. TENREIRO:
 9         Q.   Mr. Griffin, it appears that around May
10    1st, 2017, you wrote to Ms. Antoinette O'Gorman an
11    e-mail that's reflected in this exhibit.  Is that
12    fair?
13         A.   Yes.
14         Q.   Who is Antoinette O'Gorman?
15         A.   Chief compliance officer of Ripple.
16         Q.   And I think you said in the bottom of
17    the e-mail "Chris L mentioned this and wanted me
18    to be sure it was something we had thought
19    through."
20              Do you see that?
21         A.   Yes.
22         Q.   Is that a reference to Chris Larsen?
23         A.   Yes.
24         Q.   Okay.  And what is it that you were
25    talking about here?  Something that he wanted you
```

```
 1    to be sure you had thought through?
 2               MR. WARD:  Object to the form.
 3         A.    You're asking me what -- what my e-mail
 4    refers to?
 5         Q.    Yes.
 6         A.    ICOs.
 7         Q.    Is ICOs something that Mr. Larsen had
 8    mentioned to you and wanted to be sure you had
 9    thought through?
10               MR. WARD:  Object to the form.
11         A.    I -- I -- I can't remember.  I don't
12    remember, no.
13         Q.    Okay.  Do you see the reference in your
14    e-mail to "I think these things might be on some
15    shaky regulatory ground and while we have
16    absolutely nothing to do with them, I just want to
17    be sure we are taking steps to be on the right
18    side of the boulder when it inevitably tips over"?
19               Do you see that?
20         A.    Yes.
21         Q.    Are you referring to -- what are you
22    talking about there, that analogy to a boulder
23    tipping over?
24               MR. WARD:  Object to the form.
25         A.    I'm looking at ICOs.  I think that this
```

```
1    is what this e-mail is talking about.  And the
2    ICOs raising money on tokens without any
3    technology or any real offering as -- as a way of
4    fundraising.  And I think that's what I'm talking
5    about, that that is a relatively new -- I think it
6    was a new way of raising money and watching these
7    technologies.  And I think there were a lot of
8    questions about the regulatory clarity around what
9    that could be.  And I think that's what I'm
10   talking about with the -- the boulder and it
11   falling over and --
12          Q.   Sure.
13          A.   Right.
14          Q.   Other than e-mailing Ms. O'Gorman, what
15   steps did you take to make sure you were on the
16   right side of that boulder?
17                MR. HORTON:  Objection to form.
18          A.   So this would -- wouldn't have been --
19   thinking through regulatory positioning and
20   communication would not have been in my lane at
21   Ripple in particular at this time.
22          Q.   Right.  And -- no, and so that's why I
23   was curious why -- do you know why Mr. Larsen had
24   mentioned it to you?  Did you ever ask him, you
25   know, this is not my lane, why -- why me?
```

305

```
 1              MR. HORTON:  Objection to form.
 2         A.   I don't even remember the conversation
 3    with Chris or if he had even mentioned it to me.
 4    I guess it says that he did.  I don't -- I don't
 5    know.
 6         Q.   Beyond this e-mail exchange with
 7    Ms. O'Gorman, do you recall a conversation about
 8    the subject matter with her?
 9         A.   No.
10         Q.   Beyond the reference to what Mr. Larsen
11    might have mentioned, do you recall the substance
12    of your conversations with him about this subject
13    matter?
14         A.   No.
15         Q.   Okay.  And other than nonlawyers [sic],
16    do you recall the substance of conversations with
17    other Ripple employees about this subject matter?
18    And let me start again.
19              Other than lawyers, do you recall the
20    substance of conversation with other Ripple
21    employees on this subject matter?
22         A.   Which subject matter?
23         Q.   You know, the ICOs and the regulatory
24    ground that they might be on.
25         A.   I remember it being something that was
```

1    discussed.  I don't remember who or -- with who

2    or when that happened.

3        Q.    Okay.  And do you -- do you recall where

4    it was discussed?  Was it, like, in Board meetings

5    or group meetings?  Anything like that?

6        A.    I don't --

7              MR. HORTON:  Objection to form.

8        A.    I don't remember.

9        Q.    All right.

10             MR. TENREIRO:  56, please.  This

11        will be an e-mail thread, GSR 1264.

12             (Whereupon, exhibit is presented

13        and marked SEC Griffin Exhibit PG-56 for

14        identification.)

15             (Pause)

16             THE WITNESS:  Okay.

17   BY MR. TENREIRO:

18        Q.    Mr. Griffin, do you have any reason to

19   doubt you wrote this e-mail on November 1st, 2016?

20        A.    No.

21        Q.    Where you write "For context,

22   registering with FinCEN is trivial," what are you

23   referring to there?  Registering as what?

24        A.    A money service business.

25        Q.    Was Ripple still registered at the time?

307

| | | |
|---|---|---|
| 1 | | MR. HORTON:  Objection to form. |
| 2 | A. | I don't know. |
| 3 | Q. | Was XRP II still registered at the time? |
| 4 | | MR. HORTON:  Same objection. |
| 5 | A. | I don't know. |
| 6 | Q. | You say "literally you just fill out a |

form online and you're registered, no government

due diligence."

Do you see that?

A.    Yes.

Q.    What was the basis of that

understanding?

A.    There's a registration form online.

Q.    And how did you know there was no

government due diligence in connection with the

registration?

A.    There's a registration form online.  You

can fill it out and hit submit.  There's no --

nobody over your shoulder, at least at the time,

that watched you hit the submit button.

Q.    Okay.  Earlier we talked about work, I

think, with respect to Kraken listing XRP.

Do you recall that?

A.    Okay.

Q.    I think you mentioned that perhaps you

1    had some involvement with that, is that correct?

2        A.    Yes.

3        Q.    Okay.  And please explain for the record

4    what work, if any, did Ripple have to do to get --

5    well, let me start again.

6            Does Ripple have to get Kraken to sort

7    of be able to interface with the XRP ledger so

8    that Kraken can list XRP?

9                MR. HORTON:  Objection to form.

10       A.    I don't remember if they had the

11   resources or the capability of -- of doing that on

12   their own or if that was something where engineers

13   at Ripple with expertise around the Ripple

14   Consensus Ledger were offering support services to

15   integrate.

16       Q.    When you said "I don't know if they had

17   the expertise," you meant Kraken?

18       A.    Yes.

19       Q.    So it's possible that Ripple's engineers

20   helped Kraken to interface with the XRP ledger?

21                MR. HORTON:  Objection to form;

22        lack of foundation.

23       A.    I'm not sure.

24       Q.    Were -- are -- do you know of any

25   digital asset trading platform that listed XRP

```
 1    without Ripple's engineers' helps -- help?
 2                 MR. HORTON:  Objection.
 3          Objection to form.
 4          A.   I do know that that happened more than
 5    it didn't.
 6          Q.   Okay.  And with respect to validators on
 7    Ripple's trusted node list, did there come a time
 8    where you were a Ripple employee that Ripple
 9    financed the operation of validators by entities
10    on Ripple's trusted node list?
11                 MR. HORTON:  Objection to form.
12          A.   Sorry.  Supported the integration?  What
13    was the --
14          Q.   No.  Let me start again.  I apologize.
15          A.   Okay.
16          Q.   Is -- is it fair that for at least some
17    of the time that you were a Ripple employee, all
18    of the nodes on Ripple's trusted node list were
19    operated by Ripple?
20          A.   I believe in the earliest days, yes.
21          Q.   Did there come a time when Ripple
22    financed or paid for, you know, another party's
23    operating of a node that was on Ripple's trusted
24    node list?
25          A.   I don't know.
```

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

1        Q.  Okay.  Did you have any involvement in

2  sort of procuring other parties to run nodes on

3  the XRP ledger?

4             MR. HORTON:  Objection to form.

5        A.  I -- I -- I recalled speaking with

6  different vendors about -- I think I mentioned --

7  I said earlier, that I did speak to different

8  technology vendors about the reasons for running

9  the validator and what the incentives were to do

10  so.

11        Q.  And what were the reasons for the

12  incentives to do so that you described to these

13  technology vendors?

14        A.  Okay.  I know that, for example, we

15  talked about -- there were some data providers,

16  data service providers, that wanted to show

17  competence in blockchain and cryptocurrencies.

18  And so running a Ripple validator was one way to

19  do that.  So that would be, from their

20  perspective, a kind of marketing incentive.  But,

21  again, I -- I -- I can't speak to the -- the

22  motivations behind all these other companies, why

23  they ran the validators.

24        Q.  Why they ran validators you said?

25        A.  Yes.

1              MR. TENREIRO:  Can we take a look

2        at Exhibit 39, please.

3              (Whereupon, exhibit is presented

4        and marked SEC Griffin Exhibit PG-39 for

5        identification.)

6              MR. TENREIRO:  And this is going

7        to be a one-page e-mail, 376173, RPLI_SEC.

8        And there's also an attachment.

9              There you go.

10             (Pause)

11   BY MR. TENREIRO:

12        Q.   Mr. Griffin, do you have any reason to

13   believe you did not receive this e-mail on

14   December 7th, 2017?

15        A.   No.

16        Q.   Did you volunteer to deliver the Ripple

17   pitch around that time?

18        A.   I don't remember.

19        Q.   What -- do you know what the reference

20   of the "Ripple pitch" is?

21        A.   No.

22        Q.   Did you deliver a Ripple pitch around

23   this time?

24             MR. HORTON:  Objection to form.

25        A.   I don't even know what this is.