312

1          Q.    "This" meaning what?

2          A.    What the Ripple pitch is.

3          Q.    Okay.  Did you -- did you talk to

4    Ripple -- for example, to Ripple's new employees

5    about what Ripple would say publicly about the

6    company?

7          A.    I don't remember.

8          Q.    Okay.  Did you talk to members of the

9    press about Ripple's company from time to time?

10         A.    Maybe.  I -- I remember that did happen.

11   I'm not sure with what frequency or when.

12         Q.    And it's fair to say that you spoke to

13   members of the public at large on occasion about

14   Ripple, the company?

15         A.    Objection to form.

16         Q.    For example, in the Consensus -- what

17   did you call it, forum, in 2017?

18         A.    Conference.

19         Q.    Conference.

20         A.    Yes.

21               MR. HORTON:  Objection to form.

22         Q.    Just taking a look at the list of

23   customers on page 1 of the general media training

24   FAQ, do you see that?

25         A.    Yes.

313

1          Q.    That list -- sorry.

2                Do you see the list?

3          A.    I do.

4          Q.    Can you tell me which of these were

5    using -- if any, were using XRP for cross-border

6    payments?

7                     MR. HORTON:  Objection to form.

8          A.    I am not a hundred percent sure.

9          Q.    Can you -- can you tell me if any of

10   these were using XRP for cross-border payments in

11   December of 2017?

12                    MR. HORTON:  Same objection.

13         A.    I can't recall.

14         Q.    Okay.  Do you know if any of these

15   entities listed here up to this point had ever

16   purchased XRP?

17                    MR. HORTON:  Objection to form.

18         A.    I can't recall.

19         Q.    On the next page towards the bottom

20   where it says "Doesn't Ripple own the majority of

21   XRP?  How does that work?" do you see that?

22         A.    Yes.

23         Q.    The second bullet point says "We've been

24   strong stewards of XRP and our interests are very

25   much aligned."

1          Do you see that?

2      A.   Yes.

3      Q.   What does that mean to you sitting here

4   today?

5      A.   That Ripple, as an XRP owner, has

6   similar interests with other XRP holders.

7      Q.   Okay.  And what does -- what does the

8   "strong stewards" part mean to you, if anything?

9      A.   With XRP large holdings, Ripple has

10  been -- I'm sorry.  With Ripple's large holdings

11  of XRP, Ripple has managed the ownership of it and

12  their distribution or sales of it in as

13  responsible way as possible.

14     Q.   Okay.  Let's set that aside and look at

15  Exhibit 72.

16             (Whereupon, exhibit is presented

17         and marked SEC Griffin Exhibit PG-72 for

18         identification.)

19             MR. TENREIRO:  So this is going

20         to be a chain, RPLI_SEC 352285.

21             (Pause)

22  BY MR. TENREIRO:

23     Q.   Mr. Griffin, at the bottom, there

24  appears to be an e-mail from you April 8th, 2017.

25             Any reason to believe you did not send

1    that e-mail?

2         A.   No.

3         Q.   Okay.  And who are ████ and ████ at

4    ████████████████████?

5         A.   ████ and ████████████  They're the

6    founders -- the founders of ████████████.

7         Q.   What is that?

8         A.   It's a venture capital fund that

9    invested in largely -- I think blockchain

10   companies.

11        Q.   What relationship, if any, did they have

12   to Ripple while you were an employee there?

13        A.   I believe they invested in Ripple.  I'm

14   not entirely sure.  And I believe they also

15   launched a fund that made investments with XRP, is

16   my recollection.

17        Q.   Okay.  And the subject of the e-mail is

18   "XRP Rally Commentary," right?  The top of the

19   second page.

20        A.   Okay.

21        Q.   Actually, if you -- sir, if you don't

22   mind turning to the second page.

23        A.   Oh, okay.  Okay.

24        Q.   You see where it says "Subject:  XRP

25   Rally Commentary"?

1     A.   Yes.

2     Q.   Okay.  Why did you send an e-mail with a

3  commentary on XRP rally?

4     A.   I think it was featuring prominently

5  in -- in the press and media at the time.  And I

6  think at -- at this point, Ripple -- the XRP

7  market cap was the top two or three market cap

8  after bitcoin or after Ethereum or before

9  Ethereum.  I can't remember.

10        So it was followed.  And I think a lot

11  of businesses, investors, venture capital

12  investors, and other entities in this ecosystem

13  were -- were curious to know what was going on.

14  So I think we had a proactive outreach to -- to

15  watching businesses that had influence or were

16  notable and I think we just wanted to give them

17  our color on what was going on.

18     Q.   And just to be clear, "XRP rally" refers

19  to an increase in the price of XRP?

20     A.   Yes.

21     Q.   Okay.  And whose idea was it to send out

22  sort of the -- the proactive outreach?

23     A.   I can't know -- I don't know.

24     Q.   Okay.  And could you give me any

25  ballpark as to how many businesses or, you know,

```
 1    persons you sent this e-mail to?
 2                    MR. HORTON:  Objection to form.
 3         A.    Ten?  Something like that.  I really
 4    don't know.
 5         Q.    Did you direct Mr. Vias to send out a
 6    similar e-mail blast?
 7         A.    I can't remember.
 8         Q.    Okay.  In the e-mail, you start by
 9    noting the change in price of XRP, is that
10    correct?
11         A.    Yes.
12         Q.    And, by the way, just if you set the
13    e-mail aside for a second, it's not in the e-mail,
14    but in sort of market lingo, when somebody says
15    that an asset is a value play, what does that mean
16    to you?
17         A.    I don't know.
18         Q.    Okay.  Going back to the e-mail now, you
19    say "Why the rally?" -- it's the second paragraph
20    -- "Ripple, the company that develops the Ripple
21    Consensus Ledger, continues to sign up banks to
22    commercially deploy its enterprise blockchain
23    solution and join its global payments network."
24                    And then I think there's some examples
25    of joining the network, like
```

1           Do you see that?

2      A.    Yes.

3      Q.    Okay.  Are you explaining to the reader

4   that at least your belief.

5           The rally was because Ripple had

6   developed the Consensus Ledger and continued to

7   sign up banks that commercially deployed its

8   blockchain?

9      A.    I think this was a take on what was

10  certainly contributing to that, although there's

11  no -- it's hard -- hard to point to any

12  quantifiable data, which is sort of what we talked

13  about earlier.

14     Q.    Sure.  Regardless of what I guess maybe

15  some objective, you know, factual reality might

16  be, is it fair to say that it was your belief at

17  the time that you wrote this e-mail that -- you

18  know, that these efforts had at least contributed

19  to the rally?

20          MR. HORTON:  Objection to form.

21     A.    It was my belief that growth of the

22  ecosystem, whether it -- that growth of the

23  ecosystem involved certainly contributed to the --

24  the adoption of the technology and in turn could

25  drive the value around XRP.

1      Q.   And contribute, potentially contribute,

2   to a rally?

3      A.   Yes.

4      Q.   Okay.   Now, Mr. ███████ responds to

5   you, you know, generally speaking, he's, I guess,

6   summarizing what he says is a prevailing consensus

7   in the crypto community that XRP is uninvestable.

8   I'm not reading verbatim, but do you see that part

9   of the e-mail in the front page?

10     A.   Was that a question?   Was --

11     Q.   Yeah.   My question was, first, do you

12  see that part of the e-mail in the front page

13  where Mr. ███████ purports to summarize the

14  prevailing consensus in the crypto community that

15  XRP is uninvestable.

16     A.   Okay.

17     Q.   Reading it now, you know, back in April

18  of 2017, did you agree or disagree with him as to

19  what the prevailing consensus in the

20  crypto-investing community was?

21     A.   I don't -- I don't remember what I was

22  thinking then.   I also want to clarify one other

23  point.   You brought this up a couple of times

24  around --

25     Q.   Yeah.

1          A.   -- what Ripple could or couldn't do or
2    what I believe they could or couldn't do --
3          Q.   Okay.
4          A.   -- as to the price.  I don't -- I don't
5    think there's any linear line between any activity
6    that was announced or shared or communicated
7    around and the price of XRP.  And trying to link
8    this rally to Ripple's activities or my
9    activities, I think it's really difficult to
10   establish that with any clear sense -- clear data.
11         Q.   I'm not talking about data, though.
12              In the e-mail, aren't you trying to link
13   the rally to certain activities by Ripple?
14              MR. HORTON:  Objection to form.
15         A.   I'm not sure.  I'm not sure if it's an
16   update around what Ripple's doing.  I mean, the
17   e-mail goes on to talk about all of the
18   benefits of -- the -- the -- the competitive --
19   why XRP is more competitive than other
20   cryptocurrencies, the progress of XRP, there's 29
21   million ledgers closed in five years, no forks,
22   hundred percent uptime.
23         Q.   So the e-mail is summarizing your --
24   your views -- I understand that, you know, your
25   views might not be factually accurate, but is it

```
 1    fair to say that the e-mail is summarizing your

 2    views as to what might explain the XRP rally,

 3    different factors that might explain it?

 4              MR. HORTON:  Objection to form.

 5         A.   No.  I think it's just putting color

 6    around why XRP is competitive in this category and

 7    might be attracting more interest.

 8         Q.   Competitive in the category?  What's the

 9    category?

10         A.   Cryptocurrency, blockchain.

11         Q.   Okay.  Happy to hear more on that point,

12    but if I could go back to my front page question

13    about, you know, Mr. ▮▮▮▮▮▮▮ is communicating to

14    you his view about the prevailing consensus.

15              Do you see that part?

16         A.   I do.

17         Q.   Okay.  Other than from Mr. ▮▮▮▮▮▮▮

18    around April of 2017, did you come to hear of

19    concern in the crypto investing/trading community

20    about, you know, concerns of Ripple's large

21    holdings of XRP?  Did you come to hear those

22    concerns?

23         A.   Yes.

24         Q.   Sort of the overhang concern we had

25    discussed?
```

322

```
 1        A.   Right.  Yes.
 2        Q.   Okay.  Do you think that Mr. ██████
 3   view of the prevailing consensus was -- was
 4   accurate at the time?  So, in other words, do you
 5   agree that there was such a prevailing consensus?
 6        A.   No.
 7        Q.   Okay.  And --
 8        A.   Again, his -- his comment here, no, I
 9   don't -- I don't really even under -- fully
10   understand what his comment is.
11        Q.   Okay.  And at -- at some point, Ripple
12   decided to crypt -- cryptographically secure its
13   XRP holdings, correct?
14        A.   Yes.
15        Q.   And you were an employee of the company
16   at that time, right?
17        A.   Yes.
18        Q.   And who made the decision to do that?
19        A.   Well, that would have been signed off on
20   by Chris Larsen and Brad Garlinghouse.
21        Q.   Okay.  And what was your role on -- if
22   any, with respect to this -- is it fair to call it
23   XRP escrow?
24        A.   Yes.
25        Q.   All right.  What was your role, if any,
```

1    with respect to the XRP escrow?

2        A.   Well, I was -- my team created --

3    drafted several iterations of a proposal about how

4    that would work.  And then I helped present that

5    to a round of stakeholders, including finance

6    teams, compliance teams, who are all sort of

7    required voices before getting a final sign-off.

8        Q.   When you say "stakeholders," are you

9    referring to within Ripple?

10       A.   Yes.

11       Q.   Okay.  So is it fair to say from your

12   answer that part of your role was to think

13   through, you know, potential consequences of the

14   XRP escrow?

15            MR. HORTON:  Objection to form.

16       A.   Yes.

17       Q.   Is it fair to say that part of the

18   exercise for you and your team included, you know,

19   considering risks or benefits or risks or rewards

20   to Ripple of enacting this escrow?

21            MR. HORTON:  Objection to form.

22       A.   Yes.

23       Q.   Was one of the risks you considered

24   that, you know, Ripple would not have access to

25   the XRP it needed to sell to fund its operations?

1    A.    Yes.

2    Q.    And did -- did you come to get

3    comfortable with that being a risk worth taking?

4    And I mean you, Mr. Griffin.

5    A.    Yes.

6    Q.    And how did you do that?  So on the

7    basis of what, rather?

8    A.    The amount of XRP that was available to

9    Ripple out of escrow each month and the amount of

10    XRP that had been held aside.

11    Q.    So, in other words, that amount -- I

12    mean, you can't predict the price obviously, but

13    that amount in theory could be enough to -- to

14    meet Ripple's needs?  Is that what you mean?

15    A.    Yes.

16    Q.    Okay.

17            MR. TENREIRO:  Let's take a look

18        at Exhibit 70, please.

19            (Whereupon, exhibit is presented

20        and marked SEC Griffin Exhibit PG-70 for

21        identification.)

22            MR. TENREIRO:  Seventy -- here

23        you go.  Sorry.

24            So 70 is 31476 is the Bates.

25        Another sort of similar e-mail to the one

[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

```
1              we just saw which was 72.
2                    (Pause)
3                    THE WITNESS:  Okay.
4      BY MR. TENREIRO:
5          Q.   Mr. Griffin, this appears to be at first
6      the -- the same sort of XRP rally commentary
7      e-mail we saw in Exhibit 72.
8              Would you agree?
9          A.   Yes.
10         Q.   Okay.  And this is a response from
11      █████████████at █████   is that fair?
12         A.   Yes.
13         Q.   Who is that?
14         A.   I can't remember.
15         Q.   Do you know if they were XRP holders at
16      the time?
17         A.   No, I don't remember.  I don't know if
18      they were.
19         Q.   Okay.  Having read the e-mail, is it
20      fair to say that he talks about, you know, the
21      potential for the XRP escrow?
22         A.   Yes.
23         Q.   Okay.  In Exhibit 72, we have seen
24      Mr. ████████ view about the prevailing consensus
25      in the crypto community about the overhang.
```

1          Does this e-mail refresh your memory

2    that you had heard that issue being raised by more

3    than one participants in XRP markets, you know,

4    the overhang issue?

5          MR. HORTON:  Objection to form.

6      A.    Which e-mail?

7      Q.    This e-mail, Exhibit 70.

8      A.    I don't -- you just referred to the last

9    e-mail and then you asked me about this e-mail.

10     Q.    Right.

11     A.    So maybe you can ask me again.

12     Q.    Yeah.

13          Does E-mail 70 refer your memory --

14   refresh your memory as to whether you had heard

15   about concerns from XRP market participants about

16   Ripple's large holdings in XRP from more than one

17   person?

18     A.    I don't -- I don't see that in here, so

19   I'm trying to -- so no is the answer.

20     Q.    So he says "Our preliminary views, as

21   shared with you during our call, is that while the

22   escrow-based time release of XRP removes one of

23   the concerns (unpredictability of how and when

24   more XRP is released into the market) for a

25   well-functioning market, the near-term

327

```
 1    volatility," et cetera.  So that's what I was
 2    referring to.
 3         A.   Okay.
 4         Q.   So did you hear concerns from more
 5    than -- you know, from multiple market
 6    participants about the, you know, amounts of XRP
 7    that Ripple held?
 8         A.   Well, I -- I don't -- I think that this
 9    is a big question about how the XRP is distributed
10    from Ripple's coffers as opposed to the -- and --
11    and the means by which that could be done to
12    strengthen XRP versus a concern about XRP --
13    Ripple holding XRP and dumping it on the market,
14    so to speak, with the -- this is sort of the
15    overhang language that you used before.
16         Q.   Got it.
17              In terms of these concerns about, you
18    know, how the XRP might be distributed from
19    Ripple's coffers, did you hear that concern from
20    XRP holders in the market around this time?
21         A.   I think -- more importantly, I think
22    that the -- that what they were -- what they're
23    calling to is the ben -- is the -- the premise and
24    value proposition of a cryptocurrency and a
25    math-based currency, like bitcoin --
```

```
1              THE REPORTER:  A the what based?
2         I'm sorry.
3         A.   A math-based currency, like bitcoin or
4     Ethereum or XRP.  And the release or supply or
5     distribution of the -- of the math-based currency
6     can be programmed and can be written into code.
7              And I -- I think that that's what this
8     is more referring to.  That's my interpretation
9     however many, four, five years on.
10        Q.   Did you ever hear, for example, ▇▇▇ at
11   ▇▇▇ -- let me start again.
12             Did ▇▇▇ at ▇▇▇ ever tell you that, you
13   know, they would not purchase more XRP until they
14   had more predictability around the release or
15   supply of this XRP?
16             MR. HORTON:  Objection to form.
17        A.   I don't know who ▇▇▇ is.
18        Q.   ▇▇▇▇▇▇▇ from ▇▇▇
19             MS. COWAN:  I don't think that's
20        his name.
21        Q.   So did you ever hear someone at ▇▇▇ tell
22   you that they were not going to purchase more XRP
23   until there was more predictability about the
24   supply or distribution?
25        A.   I don't remember.
```

```
 1              MR. TENREIRO:  Let's do 38,

 2        please.

 3                   (Whereupon, exhibit is presented

 4        and marked SEC Griffin Exhibit PG-38 for

 5        identification.)

 6              MR. TENREIRO:  Sorry. ████████

 7        ████████    but we'll look at the e-mail.

 8        It's 378113.

 9                   (Pause)

10   BY MR. TENREIRO:

11        Q.  Mr. Griffin, did you -- do you have any

12   reason to believe you didn't send and receive this

13   e-mail thread here?

14        A.  No.

15        Q.  At the bottom, there's an e-mail from

16   you on September 12, 2016.  And I think you're

17   purporting to summarize a meeting with ████████

18   ████████  of  ███  in New York, is that correct?

19        A.  Yes.

20        Q.  Okay.  Do you have any reason to believe

21   that your summary was not accurate to the best of

22   your abilities at the time?

23        A.  No.

24        Q.  Okay.  Is it fair to say from reading

25   this summary that Mr. ████████  had expressed to you
```

1    and Mr. Garlinghouse he was not going to plan to

2    purchase more XRP because of certain reasons here

3    that you bullet below?

4        A.   That's -- that's what I'm reading.  I

5    don't -- I don't even remember this meeting.

6        Q.   Do you -- do you have any reason to

7    doubt that meeting took place where such --

8        A.   No.

9        Q.   Do you have any reason to doubt that

10   that meeting took place where such statements were

11   expressed to you by Mr.        ?

12            MR. HORTON:  Objection to form.

13       A.   No.

14       Q.   Is it fair to say from your reading

15   today that the concerns listed here are largely

16   focused on the distribution of XRP?

17            MR. HORTON:  Objection to form.

18       A.   No.

19       Q.   I think you -- you say "Since the

20   meeting was largely focused on the distribution, I

21   wanted to start there and detail     s feedback."

22        Do you see that?

23       A.   Yes, I do.

24       Q.   So the point about predictability, does

25   that have to do with predictability of the supply

1    of XRP?

2         A.   I know that's what it says here, but, I

3    mean, if you go on to read all the bullet points,

4    most of it's not about distribution.  So it's a

5    little bit confusing.

6         Q.   The -- the "Jed settlement" reference,

7    is that a reference to Mr. McCaleb?

8         A.   Yes.

9         Q.   And that doesn't have to do with

10   Mr. McCaleb's distribution of XRP?

11              MR. HORTON:  Objection to form.

12        A.   I'm not sure.

13        Q.   The next one says "Founders and

14   executive team - Ripple needs to be more

15   transparent about who owns what, when it will be

16   released, and what liquidation controls are in

17   place."

18              Does that have to do with distribution

19   of XRP?

20        A.   It does have to do with distribution of

21   XRP, yes.

22        Q.   And what about "OTC deals - there needs

23   to be a known rate and an allocation each month"?

24   Doesn't that have to do with the allocation of

25   XRP?

1          A.   Yes, it does.

2          Q.   Okay.  Where it says "Escrow - Ripple is

3     a central bank of XRP and should be looking into

4     innovative ways to guarantee distribution with a

5     predictable and public schedule.  Consider moving

6     the companies' XRP into escrow."

7               Does that have to do with the

8     distribution of XRP?

9          A.   It does.

10         Q.   Do you recall pushing back or expressing

11    distribution with Mr. ██████ 's comment that

12    Ripple is a central bank of XRP?

13              MR. HORTON:  Objection to form.

14         A.   I don't -- I don't even remember this

15    meeting, so...

16         Q.   So just -- just to be clear, you don't

17    recall that then?

18         A.   I do not recall that.

19              MR. HORTON:  Objection; asked and

20         answered.

21         Q.   Okay.  Is it fair to say based on the

22    e-mails we've reviewed that certain XRP holder --

23    sorry.  Let me start again.

24              Mr. ██████ was -- or his fund was a

25    holder of XRP at this time, correct?  At the time

1    of this e-mail.

2         A.   I don't know.

3         Q.   Just without the e-mail, do you know

4    whether Mr. [        ]s fund held XRP?

5         A.   No.

6         Q.   Okay.  Is it fair to say that you,

7    Mr. Griffin, heard concerns from XRP holders about

8    the predictability of distribution of XRP into the

9    market?

10        A.   Yes.

11        Q.   And that was one of the -- responding to

12   that concern was one of -- one of the impetus for

13   the XRP escrow, correct?

14        A.   Yes.

15        Q.   Was another reason for the XRP escrow to

16   generate a second wave of interest in speculative

17   trading in XRP?

18             MR. HORTON:  Objection to form.

19        A.   I don't -- I don't know.

20        Q.   Okay.

21        A.   I do not know.

22        Q.   Let's look at maybe the last one of the

23   day, 79.  Oh, here you go.

24             (Whereupon, exhibit is presented and

25   marked SEC Griffin Exhibit PG-79 for

334

1    identification.)

2                    MR. TENREIRO:  This is a two-page

3            e-mail, RPLI_SEC 376309, on or around

4            November and December of '17.

5                    (Pause)

6                    THE WITNESS:  Okay.

7    BY MR. TENREIRO:

8        Q.   Mr. Griffin, is -- did you engage in

9    this back and forth e-mail thread that's on

10   Exhibit 79?

11       A.   Yes.

12       Q.   Okay.  At the bottom there appears to be

13   an e-mail from Ms. Monica Long to you,

14   Mr. Garlinghouse, and Mr. Asheesh Birla.

15           Is that fair?

16       A.   Yes.

17       Q.   Okay.  And she says "Before I close the

18   loop with the leadership team on a plan for the

19   escrow announcement, I'd appreciate any feedback

20   you may have."

21           Do you see that?

22       A.   Yes.

23       Q.   I think a couple times today you might

24   have used the word "leadership."

25           Do you know what that's a reference to

1 | or who it refers to, the leadership team?

2 |         MR. HORTON: Objection to form.

3 |     Q. And this is while you were at Ripple.

4 |     A. There's a leadership team that reports

5 | to -- that reported to Brad Garlinghouse. And

6 | that leadership team may have also been present

7 | prior to Brad stepping into the CEO role. I'm not

8 | sure if it was formerly called the leadership

9 | team. It involved the -- the heads of each of the

10 | departments of Ripple.

11 |     Q. And who were those people?

12 |     A. It -- there was -- it changed a few

13 | times. But, for example, I think Asheesh, Monica,

14 | and I were on the leadership team, so head of

15 | marketing, head of product, me, the head of

16 | engineering, the head of communication -- of

17 | compliance.

18 |        I don't remember titles, what their

19 | titles were. They may have changed. So, for

20 | example, the head of finance at one point was the

21 | VP of finance and then it was the CFO. VP of --

22 | of HR, effectively people.

23 |        So there are names behind all of those

24 | titles.

25 |     Q. Sure.

```
1          A.   But if you want me -- I can try to
2     recite them all to you.
3          Q.   No.  I appreciate it.
4               To the extent there was a leadership
5     team, were you always on it?
6          A.   Yes.
7          Q.   Okay.  And Ms. --
8          A.   Sorry.  That -- that's actually not
9     accurate.
10         Q.   Okay.
11         A.   Towards the end of my time there, I
12    was -- I was no longer on the leadership team.
13         Q.   For how long?
14         A.   Close to a month or two.
15         Q.   A month or two before you left you mean?
16         A.   Yes.  I was focused on a different
17    project.
18         Q.   What was that?
19         A.   The xPring project.
20              THE REPORTER:  The what?
21              THE WITNESS:  XPring,
22         X-P-R-I-N-G.
23         Q.   All right.  Just for the record, what
24    was that project?
25         A.   It was an initiative to invest in
```

1    cryptocurrency initiatives.

2        Q.   Invest in cryptocurrency initiatives,

3    Ripple to invest in cryptocurrency initiatives?

4        A.   Yes, with -- yes.

5        Q.   Okay.  Ms. Monica Long asks for feedback

6    and she lists some bullet points there.  The first

7    one says "Objective is to create a second wave of

8    excitement about the lockup amongst speculators."

9            Do you see that?

10       A.   Okay.  Yes, I see that.

11       Q.   Okay.  Mr. Garlinghouse responds "Sounds

12   good on all points to me."

13           And you respond "Looks very good."

14           Do you see those responses?

15       A.   Yes.

16       Q.   Okay.  Do you agree that the objective

17   of the escrow was to create a second wave of

18   excitement about the lockup among speculators?

19               MR. HORTON:  Objection.

20               MR. TENREIRO:  Sorry.  Let me --

21        let me restate that.

22       Q.   Do you agree that the escrow

23   announcement, that the objective was to create a

24   second wave of excitement about the lockup among

25   speculators?

```
 1              MR. HORTON:  Objection to form.
 2       A.   No.
 3       Q.   Why not?
 4       A.   The object -- the objective was to
 5   create predictable supply around XRP.
 6       Q.   Was one of the objectives to create a
 7   second wave of excitement?  And I'm talking about
 8   the announcement, not of the escrow itself.  The
 9   announcement of the escrow.
10              MR. HORTON:  Objection to form.
11       A.   The announcement would not have been in
12   my wheelhouse.  In particular, by 2017 -- late
13   2017, I think the lanes were pretty -- more
14   well-defined than they had been previously.  So
15   anything communications and marketing-related
16   would have definitely been the responsibility of
17   the marketing team.
18       Q.   Is --
19       A.   They would have been responsible for
20   setting priorities and the -- and what the
21   objectives are.
22       Q.   Is it fair to say that the -- there was
23   an announcement at some point that there was going
24   to be an escrow and then it was a different point
25   in time when the escrow was actually implemented?
```

1    Do you recall that?

2         A.   No.

3         Q.   Okay.

4         A.   I don't recall.

5         Q.   And --

6              THE VIDEOGRAPHER:  You have ten

7         minutes.

8              MR. TENREIRO:  Yeah.  We're

9         almost done.  Thank you.

10        Q.   I understand the lanes were -- were

11   separated at this point, but is it fair to say

12   that you're suggesting ideas to her where you say

13   "Here's another idea to consider adding:  There

14   are likely a number of vocal naysayers," et

15   cetera?

16        A.   I'm -- I'm famous for suggesting a lot

17   of ideas to a lot of different teams and most of

18   them didn't go very -- go very far.

19        Q.   Why were you suggesting this one?  Why

20   were the naysayers important to you?

21        A.   I -- I don't know.  I was just offering

22   an idea.

23        Q.   Ms. Long responds "Love leveraging

24   influencers," you know, "both the vocal supporters

25   and skeptics," et cetera.  Then she says, a little

1     further down, "Per our thread, we'll build an XRP

2     retail/institutional evangelists list."

3          Do you know what she means by that?

4           MR. HORTON: Objection to form.

5      A.   I don't know what she means. I can't

6     speak to what Monica meant.

7      Q.   Just in case she might have explained it

8     to you outside of the context of the e-mail.

9           MR. HORTON: Same objection.

10      A.   I don't -- I don't know.

11      Q.   You respond "Can you help" -- "Can you

12     help build out a list of vocal supporters and

13     skeptics in Japan and Korea?"

14          Actually, let me start again.

15          You forward this to Ms. ████████ and

16     ask her if she can help build out a list of vocal

17     supporters and skeptics in those countries.

18          Do you see that?

19      A.   Yes.

20      Q.   Why did you ask her that?

21      A.   I -- I believe that the marketing and

22     communications team had asked us for a list of XRP

23     skeptics and XRP supporters. That's the language

24     I'm using here. And that's what I was doing.

25      Q.   Was the purpose of these lists to -- to

1    sort of market the XRP escrow?

2              MR. HORTON:  Objection to form.

3         A.   Again, I don't -- I don't know what

4    the -- what the purpose of the list is.  We're

5    just responding from a request from the marketing

6    team.

7         Q.   Did -- did Ripple come to announce the,

8    you know, establishment of the XRP escrow around

9    December of 2017?

10        A.   I don't remember what the date was.

11        Q.   Did Ripple come to announce the

12   establishment of the escrow at any time without,

13   you know, tying you to any date?

14        A.   Yes.

15        Q.   Okay.  Did that announcement generate

16   excitement amongst XRP speculators?

17             MR. HORTON:  Objection to form.

18        A.   Possible.  I don't know if there's a --

19   there's a one for one cost.

20             MR. TENREIRO:  Okay.  I think

21        we're done unless other counsel have

22        questions.  Go off the record?

23             MS. COWAN:  I don't have any

24        questions.

25             MR. TENREIRO:  No?

1                    Thank you, Mr. Griffin.  Off the

2         record.

3                    THE VIDEOGRAPHER:  This concludes

4         the deposition of Patrick Griffin for June

5         29th, 2021.  We are going off the record

6         at 6 o'clock p.m. Eastern.

7                    (Whereupon, the deposition

8         concluded at 6:00 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

343

```
 1    STATE OF NEW YORK      )

 2                           )  ss:

 3    COUNTY OF NEW YORK     )

 4              I hereby certify that the witness in the

 5    foregoing deposition, PATRICK WARREN GRIFFIN, was by me

 6    duly sworn to testify to the truth, the whole truth and

 7    nothing but the truth, in the within-entitled cause;

 8    that said deposition was taken at the time and place

 9    herein named; and that the deposition is a true record

10    of the witness's testimony as reported by me, a duly

11    certified shorthand reporter and a disinterested person,

12    and was thereafter transcribed into typewriting by

13    computer.

14              I further certify that I am not interested in

15    the outcome of the said action, nor connected with nor

16    related to any of the parties in said action, nor to

17    their respective counsel.

18              IN WITNESS WHEREOF, I have hereunto set my

19    hand this 1ST day of July, 2021.

20              Reading and Signing was:

21    ___ requested    ___ waived   _X_ not requested.

22

23

24              _____

25              BRIDGET LOMBARDOZZI, CSR, RMR, CRR
```

## Transcript Word Index















[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021













[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021

















[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021



[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021















[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021









[6/29/2021] Griffin, Patrick Dep. Tr. 6.29.2021







