1    but a credit/debit card on top of the ███████

2    network that allowed you to spend and draw down on

3    different balances on the XRP ledger including XRP

4    bitcoin, gold, U.S. dollars, and other digital

5    assets.

6         Q.   Did the RippleCard work without XRP?

7         A.   No, it could not.  To my knowledge, it

8    could not work without the use of XRP.

9         Q.   Okay.  And did -- the products you just

10   named, did they need XRP for anything other than

11   interacting with the XRP ledger?

12              MS. ZORNBERG:  Object to form.

13              You can answer.

14        A.   Can you repeat the question, please?

15   Sorry, can you rephrase the question?

16        Q.   So the -- the uses you described for the

17   products like Gateway D, RPP, RippleCard, you had

18   mentioned they all involved the XRP ledger.

19              Did these products need XRP for any use

20   other than for interacting with the XRP ledger?

21        A.   So the -- the RippleCard -- some of the

22   products depend.  So the RippleCard, you needed it

23   not only to interact with the ledger, you also

24   needed it if you were going to spend your XRP

25   balance.

[6/23/2021] Birla, Asheesh Dep. Tr. 6.23.2021

1       You also needed it -- you know, backing

2   up, one of the things that the product did is it

3   provided liquidity for you to spend bitcoin and

4   XRP in U.S. dollars.  And the way that functioned

5   was that it searched the order books on the

6   decentralized ledger.  So decentralized exchange

7   and the decentralized ledger.  And often those

8   were bridged through XRP.  It's using a technology

9   called pathfinding that's built into the XRP

10  ledger.

11      So it's very much possible that when you

12  swiped and spent bitcoin, the liquidity was

13  bridged through XRP on the decentralized ledger

14  using a technology called pathfinding.

15      Q.   Was xRapid the first Ripple product that

16  used XRP that was widely used by customers?

17              MR. HECKER:  Objection to form.

18              MS. ZORNBERG:  Objection.

19      A.   Well, it really depends on the

20  definition of "widely."  XRapid is a product

21  that's used by a number of our enterprise

22  customers that are part of RippleNet.

23      Q.   Was xRapid the first product Ripple sold

24  for commercial use using XRP that was commercially

25  viable?

48

```
 1                    MS. ZORNBERG:  Object to form.

 2                    You can answer if you understand

 3          the question.

 4          A.   Do you mind explaining what you mean by

 5      "commercially viable"?

 6          Q.   That made business sense for Ripple to

 7      sell that product.

 8                    MR. HECKER:  Objection to form.

 9          A.   For different reasons other products

10      eventually morphed and reiterated and -- and

11      turned into the basis for RippleNet called

12      xCurrent.  So Gateway D, Ripple Connect, those

13      products in different versions ended up becoming

14      the inner -- underpinnings of RippleNet.

15                    The RippleCard, while we wanted to bring

16      that to commercial -- while we wanted to bring

17      that to production and be commercially viable, we

18      thought there was a good, you know, business model

19      around it, the              network back in

20      2013/2014 was not comfortable with interacting

21      with digital assets or cryptocurrencies.  So while

22      we found it to be commercially viable, the -- the

23      card network wasn't comfortable with

24      cryptocurrency transactions at that time.

25          Q.   So Ripple currently doesn't offer the
```

1    RippleCard?

2         A.   Ripple currently does not offer the

3    RippleCard.

4         Q.   Could you remind me what RPP is?

5         A.   I don't know for certain, but I believe

6    the name standed -- the name stood for Ripple

7    Payments Protocol.

8         Q.   And does Ripple currently offer that

9    product?

10        A.   That product is the code and -- and a

11   number of the ideas are now the basis for the

12   service known as xRapid or ODL.

13        Q.   And what about Gateway D?

14        A.   Gateway D was then morphed into -- and a

15   lot of the code was leveraged into something

16   called Ripple Connect, and then Ripple Connect

17   became Ripple Solution and that code was then

18   changed to xCurrent and then to RippleNet.  And

19   it's the underpinning for RippleNet.

20        Q.   Okay.  Can xCurrent function without

21   using XRP?

22        A.   The early version of xCurrent to my

23   knowledge needed XRP to function and then

24   subsequent versions did not need XRP to function.

25        Q.   Does RippleNet need XRP to function?

1        A.   RippleNet in its base layer is a, you

2 know, a peer-to-peer communication tool that is,

3 you know, a decentralized payment network and, I'm

4 going to use, base model.  So all of our customers

5 implement RippleNet, that base model, the

6 peer-to-peer messaging and the settlement tool.

7 And in that base model, in the current, you know,

8 form today, you do not need XRP to function.

9        Q.   Can xRapid or ODL function with digital

10 assets other than XRP as the bridge currency?

11        A.   Over the history we've tried to use

12 other digital assets, bitcoin and ether for

13 settlement, for differing -- differing reasons

14 into, you know, differing corridors.  But we

15 ultimately decided that XRP would be best suited

16 for our use cases for enterprise clients.

17        Q.   And when did Ripple make the decision to

18 exclusively use XRP in xRapid and ODL?

19              MS. ZORNBERG:  Object to form;

20     lack of foundation.

21              But you can answer.

22        A.   To my knowledge, there wasn't a decision

23 to exclusively use XRP.  We -- we visited the

24 decision to use other digital assets as well.  I

25 believe sometime around 2016 and then again I

1    believe in 2018, we looked at leveraging other

2    digital assets.

3        Q.   Since xRapid launched in 2018, did it

4    ever use a digital asset other than XRP as its

5    bridge currency?

6        A.   I believe we did a pilot into a few

7    corridors that leveraged other digital assets and

8    not XRP, but I don't know for certain.

9        Q.   Was that pilot ever sold to customers?

10               MS. ZORNBERG:  Object to form.

11               You can answer.

12       A.   That -- that pilot did not go into what

13   we know -- what we call production, which is like

14   the final form and release to customers.

15       Q.   When was the last time that xRapid or

16   ODL operated using a digital asset other than XRP

17   as the bridge currency?

18               MS. ZORNBERG:  Object to form;

19        mischaracterizes prior testimony.

20       A.   I don't remember.

21       Q.   Are Ripple's software sales revenues

22   sufficient to support its operating expenses and

23   product development costs?

24       A.   I don't believe so.

25       Q.   Have they ever been?

```
1        A.   I don't know for certain.

2             MR. HANAUER:  Is everyone doing

3      okay?

4        Q.   When did you first obtain XRP?

5        A.   I don't know for certain.

6        Q.   Early on in your tenure at Ripple?

7        A.   I believe so, yes.

8        Q.   And when you first obtained XRP, did you

9  purchase it on your own or did you receive it from

10 Ripple?

11       A.   Do you mind repeating the question,

12 please?

13            (Whereupon, the record was read back.)

14       A.   I don't know for certain, but my

15 recollection was that I was writing an application

16 that leveraged the XRP ledger.  And to commit the

17 code, I needed some XRP in my wallet that was

18 above the reserve amount.  The reserve amount is

19 like the minimal amount of XRP you need in your

20 wallet.

21            And another engineer in the office sent

22 me the XRP into my wallet so I could commit the

23 code and run my application that leveraged the XRP

24 ledger functionality.

25       Q.   When was the first time you received XRP
```

1    or -- when was the first time you obtained XRP for

2    a purpose unrelated to trying to make Ripple

3    products work?

4        A.   There was another time.  This might be,

5    you know, still related to product, but when we

6    created the RippleCard, I wanted some XRP to test

7    out the RippleCard at the cafe next door.  And

8    someone sent me some XRP to use that wasn't the

9    Ripple -- it wasn't Ripple, I believe.  I believe

10   it was another employee.

11            And then in 2013 or -- end of 2013,

12   maybe beginning of 2014, I may have received some

13   of -- we had the option to receive part of your --

14   part or full amount of your expense reports in --

15   in XRP.  And I believe I took -- I -- I took

16   advantage of the program sometime around 2013 or

17   2014.

18       Q.   Have you ever since then elected to

19   receive XRP from Ripple instead of being either

20   compensated or reimbursed in U.S. dollars?

21            MR. HECKER:  Beyond what he just

22       testified to?

23            MR. HANAUER:  Yeah.  Since then.

24       A.   I don't -- I don't recall the exact

25   dates when I -- the way that the expense report

54

```
1    policy worked is that when you filed -- filed your

2    expense report, you could put your XRP ledger

3    address.  And I wasn't consistent about that and

4    so I don't remember when the last time I put in

5    the XRP ledger address for expense report

6    reimbursement.

7         Q.   Beyond reimbursement, have you ever

8    elected to be -- receive compensation from Ripple

9    in XRP as opposed to U.S. dollars?

10                   MR. HECKER:  Objection to the

11        form of the question.

12                   You can answer.

13        A.   In -- instead of U.S. dollars?  I don't

14   believe so.  No.

15        Q.   Have you ever bought or obtained XRP for

16   investment purposes?

17                   MR. HECKER:  Objection to form.

18        A.   I don't believe so, no.

19        Q.   Have you ever bought or obtained XRP

20   with the expectation that the price of XRP would

21   rise?

22        A.   I don't believe so, no.

23        Q.   Do you currently own XRP?

24        A.   I -- I do own XRP, yes.

25        Q.   How much?
```

55

1     A.   I don't know for certain, but about █████

2  to ████████ XRP units.

3     Q.   And I think the last time you testified

4  before the SEC, you discussed being entitled to

5  bonuses from Ripple of ████████ XRP every

6  January 1st between 2020 and 2023?

7     A.   Yes, I believe so.

8     Q.   And did you receive those ████████

9  XRP bonuses for 2020 and 2021?

10     A.   I don't remember when I received the

11  bonuses, but I believe I received the bonuses,

12  yes.

13     Q.   And the higher the price of XRP relative

14  to U.S. dollars, the more valuable those bonuses

15  were for you?

16     A.   Yes, that is correct.

17     Q.   And the higher the price of XRP relative

18  to U.S. dollars, the more valuable your current

19  XRP holdings are for you?

20     A.   Yes, I believe that to be true.

21          MR. HECKER:  Would now be a good

22    time for a five-minute break?

23          MR. HANAUER:  Yeah, of course.

24          THE VIDEOGRAPHER:  The time on

25    the video monitor is now 10:33 a.m.  This

56

```
1              is the end of Media Unit Number 1.

2                        (Whereupon, a recess is taken.)

3                        THE VIDEOGRAPHER:  The time on

4              the video monitor is now 10:48 a.m.  This

5              is the start of Media Unit Number 2.

6              We're back on the video record.

7   BY MR. HANAUER:

8              Q.   Mr. Birla, is Ripple a software company?

9              A.   Yes, I believe so.

10             Q.   Has Ripple been a software company since

11  you started working there?

12             A.   Yes, I believe so.

13             Q.   Have you ever considered Ripple to be

14  anything other than a software company?

15             A.   I don't know if I -- I think about it

16  all that much, but I assume it's a software

17  company.

18             Q.   Is it anything other than a -- is Ripple

19  anything other than a software company?

20                       MR. HECKER:  Objection to form.

21             A.   To my knowledge, we're a technology

22  company/software company.

23                       MR. TENREIRO:  Nicole, Number 5.

24                       (Whereupon, exhibit is presented

25              and marked SEC Birla Exhibit AB-5 for
```

57

```
 1          identification.)

 2                  MR. HANAUER:  I just tendered the

 3          witness Exhibit AB-5 with a Bates --

 4          starting with a Bates number ending in

 5          2577.

 6   BY MR. HANAUER:

 7       Q.  And, Mr. Birla, is Exhibit AB-5 a Slack

 8   conversation that you are part of dated April

 9   24th, 2015?

10       A.  Yes.  Well, I don't know if it's a Slack

11   or not, but --

12       Q.  Do you -- do you see up in the "Subject"

13   line "Slack Retention"?

14       A.  Oh.  Yes, I see that.

15       Q.  And does that -- I'll -- I'll repeat my

16   question.

17              Is Exhibit AB-5 a Slack conversation

18   that you were part of from April 24th, 2015?

19       A.  I believe so.

20       Q.  And I'd like to refer you to the second

21   page of Exhibit AB-5, the one ending in Bates

22   2578.  And I'd like you to read the posts

23   beginning with ███@ripple.com, the one that says

24   "I see that point," and then ending with the one

25   six down.
```

58

```
 1                    MR. HECKER:  Do you mean to
 2         himself or out loud?
 3                    MR. HANAUER:  Oh, no.  To
 4         himself.  Thank you, Counsel.
 5                    MR. HECKER:  Sure.
 6         A.   Six down?  Sixth line down?
 7         Q.   Correct.  The one ending where it writes
 8    "His equals Brad."
 9              (Pause)
10         Q.   My first question is, who is Ms. ████?
11         A.   Ms. ████ is -- is ██████, an early
12    Ripple employee.
13         Q.   What was her job?
14         A.   An early product manager.
15         Q.   She worked for you?
16         A.   Yes, she did.
17         Q.   And do you see where she writes "No one
18    believes that we are a 'software provider' only"?
19         A.   I see that.
20         Q.   And then you respond "Yeah.  I spoke to
21    Brad about this.  His perspective is that ██████
22    is one year away"?
23         A.   I see that.
24         Q.   What was this interaction about between
25    you and Ms. ████?
```

59

1          MR. HECKER:  Objection to form.

2     A.   I need to read the full thing to get the

3  context.

4          (Pause)

5     A.   Do you mind repeating the question?

6     Q.   Yeah.

7          So what was Ms. -- what did you

8  understand Ms. ███ to be talking about when she

9  says "No one believes that we are a 'software

10  provider' only"?

11     A.   I don't know for certain, but we were

12  working on improving the product experience for

13  our customers.  And there are, like, a number of

14  steps that our customers have to go through to

15  leverage Ripple products.  And -- and that

16  experience wasn't a good one.  And examples, I'm

17  not sure.  You know, e-mails are -- the Slack is

18  out of context here.  But e-mails -- sorry.

19  Friction that our customers talked about were

20  being -- having to open up accounts at different

21  entities, exchanges.  And while they liked the

22  experience, it was -- it was a lot of friction for

23  them to leverage -- and this is 2015 -- early

24  blockchain technology.

25          And one idea would be could we improve

1   the product experience -- "we" being product -- by

2   not only offering the software, but opening up

3   these accounts for our customers so that they

4   didn't have to?  Opening up accounts takes months

5   at some of these entities.  And that was something

6   that the customers gave us feedback on.  It was,

7   like, wow, there's a lot of steps in -- in -- in

8   leveraging your products.

9          And also in 2015, keep in mind that most

10  customers hadn't heard about blockchain, so there

11  was even more friction in the experience of

12  leveraging our products.

13         And so getting licensing in -- I don't

14  know for certain, but I believe it's money

15  transmission licensing, enabled Ripple to do some

16  of those functions on behalf of our customers.

17         Q.   What was ███████?

18         A.   ██████ was a -- I believe -- I don't

19  understand their full business, but I believe part

20  of their business that they are known for is a --

21  is being a hardware and hard drive manufacturer.

22         Q.   So was ██████ a potential customer of

23  Ripple in 2015?

24         A.   I do remember getting feedback from the

25  ██████ corporate treasury team about potentially

61

```
 1    leveraging Ripple technology to move money and

 2    solve a big customer pain point of theirs, which

 3    was paying hardware drive manufacturers in

 4    Thailand and other places around the world.

 5         Q.   In April 2015, in additioning -- in

 6    addition to developing software, Ripple also sold

 7    XRP?

 8              MR. HECKER:  Objection to the

 9         form of the question.

10         A.   I don't know for -- for certain.

11         Q.   When you joined -- well, the Exhibit

12    AB-5 references a conversation you had with Brad

13    in response to Ms. ▮▮▮▮ s comment "No one believes

14    we are a 'software provider' only."  Were you

15    referring to Brad Garlinghouse?

16              MS. ZORNBERG:  Specifically just

17         for the record, you mean the comment that

18         follows that that says "Yeah, I spoke to

19         Brad about this"?

20              MR. HANAUER:  Correct.

21         A.   I don't know for certain, but I believe

22    so.

23         Q.   What was that conversation about that

24    you had with Mr. Garlinghouse?

25         A.   I don't -- I don't recall the -- the
```

62

1    full conversation, but we were talking about

2    improving, like, the product experience and all

3    the things we needed to do to improve the product

4    experience.

5           And as I mentioned, there's more to

6    providing just the software to our customers, that

7    our customers, you know, requested to improve the

8    experience of moving money cross borders.  For

9    example, opening up exchange accounts, opening up

10    bank accounts, integrating into the software.  And

11    from feedback from customers like &#9608;&#9608;&#9608;&#9608; and

12    others, they liked the benefits, but keep in mind

13    in 2015, a company's -- you know, putting a

14    company through all this, plus being really early

15    in blockchain, was too much.

16           And the conversation with Brad was it

17    doesn't make sense to improve the product

18    experience by doing -- by removing these friction

19    points for customers, but that may mean that we

20    need to get licensed as a money transmitter.

21           And -- and the debate was do you just,

22    you know -- software company, technology company,

23    plus being a -- a money transmitter.  That was the

24    conversation.

25         Q.   In April 2015, how did Ripple primarily

1    generate revenues?

2         A.   I don't know about revenues, but -- and

3    I don't know the timelines, but we had raised

4    money from several venture capitalists around the

5    world.

6         Q.   When did Ripple raise money from venture

7    capitalists and how much did it raise?

8         A.   I don't remember the timings, but we

9    raised a seed -- seed round, actually an angel

10   seed, a follow-on seed round, an A round, and

11   somewhere in this time frame of 2015 a B round.

12        Q.   Okay.  And how much money in total had

13   Ripple raised as of April 2015?

14        A.   I don't know for certain.

15        Q.   Was the amount of money Ripple had

16   raised from venture capitalists by April 2015

17   sufficient for Ripple to finance its operations

18   and product development expenses?

19        A.   My role at the company at that time was

20   primarily in product development and I didn't have

21   broad-based exposure to the financial reporting of

22   the company.

23        Q.   You said you were a senior executive,

24   right?

25        A.   That is correct.

64

1       Q.   You reported directly to the CEO?

2       A.   That's correct.

3       Q.   Did you know whether Ripple had raised

4  enough from venture capitalists to support its

5  operations?

6            MR. HECKER:  Objection; asked and

7     answered.

8       A.   I -- I didn't -- in my function, that

9  wasn't a primary responsibility.

10      Q.   Were you aware in April 2015 that Ripple

11  was also generating -- or that Ripple was

12  generating revenues by selling XRP?

13      A.   I don't know for -- for certain, but I

14  do know that Ripple was selling XRP.

15      Q.   When did you first learn that?

16      A.   I do not recall.

17      Q.   Were you aware that Ripple was selling

18  XRP by 2015?

19      A.   I do not recall.

20            MR. TENREIRO:  Twenty-two is

21     next.

22            THE WITNESS:  Are you done with

23     this?

24            MR. HANAUER:  Yes.

25            MR. TENREIRO:  Thank you.

65

```
1              (Whereupon, exhibit is presented
2         and marked SEC Birla Exhibit AB-22 for
3         identification.)
4              MR. HANAUER:  And I just tendered
5         the witness Exhibit 22, which bears a
6         Bates label ending in 3585.
7   BY MR. HANAUER:
8         Q.   Is Exhibit 22 an e-mail you sent on May
9   12th, 2017?
10        A.   Yes, I believe so.
11        Q.   And the e-mail you sent in Exhibit AB-22
12   is describing a Ripple board meeting from May
13   11th, 2017?
14        A.   I believe so, yes.
15        Q.   And you attended that board meeting?
16        A.   I don't remember if I attended the board
17   meeting or if I was given notes or if I attended a
18   summary of the board meeting.  I don't know for
19   certain.
20        Q.   Okay.  Near the bottom you write "Also
21   XRP provides us to do unique things from a
22   financing perspective, so there was continued talk
23   about that"?
24        A.   I -- I see that.
25        Q.   In May 2017, did you understand that
```

66

1    Ripple sold XRP to finance its operations?

2                MR. HECKER:  Objection to form;

3         foundation.

4         A.    I don't know.

5         Q.    In May 2017, were you aware that XRP

6    financed Ripple's operations?

7                MR. HECKER:  Objection to form.

8         A.    Can you rephrase the question, please?

9         Q.    Were you aware in May 2017 that Ripple

10   was financing its operations by selling XRP?

11               MR. HECKER:  Same objection.

12        A.    I -- I don't recall.  I recall that

13   Ripple at some point was selling XRP.  I don't

14   recall to what extent and to what amount and what

15   percentage of coverage that provided Ripple.

16        Q.    Did you ever become aware of how much of

17   Ripple's revenues were coming from its XRP sales?

18               MR. HECKER:  At what time period?

19               MR. HANAUER:  I asked did he ever

20        become aware.

21               MR. HECKER:  Yeah, but a

22        percentage at what time?  At what time are

23        we talking about?  Are we talking about in

24        May of '17?

25   BY MR. HANAUER:

67

```
1          Q.   Do you understand the question I asked

2     you?

3          A.   I don't understand the -- the time frame

4     for which you're referring to.  If you could help

5     specify.

6          Q.   Was -- was there ever a point in time

7     where you had an understanding of how much of

8     Ripple's revenues came from XRP sales as opposed

9     to other sources of revenue?

10         A.   In general terms -- I don't know for

11    certain, but in general terms, I know -- I've

12    known from time to time.

13         Q.   Did you ever become aware that the

14    majority of Ripple's revenues came from selling

15    XRP?

16                   MR. HECKER:  Same objection.

17                   You can answer.

18         A.   I don't know for certain, but I believe

19    so.

20         Q.   And when did you first learn that the

21    majority of Ripple's XRP sales -- or the majority

22    of Ripple's revenues came from XRP sales?

23                   MR. HECKER:  Same -- same

24       objection.

25                   You can answer.
```

68

```
 1        A.   I really don't know for certain.  Yeah,
 2   I don't know for certain.
 3        Q.   Did you know that in May 2017?
 4        A.   I don't know for certain.
 5        Q.   Were you ever at a board meeting, a
 6   Ripple board meeting, where it was discussed that
 7   Ripple financed its operations through the sale of
 8   XRP?
 9        A.   I don't -- I attend various portions of
10   the board meeting, mostly the product side, and so
11   I don't recall a specific portion that I was
12   present at where we went into elaborate details on
13   how the company was financed to my knowledge.
14        Q.   Do you have any general recollection of
15   it being discussed at Ripple's board meetings that
16   Ripple financed its operations through the sale of
17   XRP?
18             MS. ZORNBERG:  Objection.  You
19         mean for the portions that he attended,
20         since he said he attended just portions?
21             MR. HANAUER:  I think the --
22         yeah, I think the question implies the
23         portions he attended.  Yes.
24             MS. ZORNBERG:  Okay.
25        A.   For the portion I was attended -- for
```

```
1    the portion I attended, financing wasn't a --

2    wasn't a big topic.  My portions for most of my

3    tenure at Ripple -- and, again, you know,

4    sometimes I attend, sometimes I don't.  Sometimes

5    I send a delegate when I'm not in town.  I cover

6    mostly product in Ripple development, RippleNet

7    development, and not financing.

8        Q.   No, I -- I understand that and you've

9    said you don't recall specific conversations, you

10   don't recall an epic conversation.

11            Do you have any recollection of it being

12   discussed at a Ripple board meeting during the

13   part you attended that Ripple was financing its

14   operations through the sale of XRP?

15       A.   I don't have a strong recollection of

16   that topic coming up.

17       Q.   Do you have any recollection?

18               MR. HECKER:  Objection; asked and

19        answered.

20       A.   I have a vague recollection of that --

21   that -- if there was a time where there wasn't a

22   break, a natural break, and I may have stayed past

23   my portion, that in the financial numbers, there

24   was discussion of XRP sales by Ripple.

25       Q.   And that's what you were describing in
```

70

1   Exhibit 22, when -- when you wrote "XRP provides

2   us to do unique things from a financing

3   perspective, so there was some continued talk

4   about that"?

5                MR. HECKER:  Objection to form;

6        foundation.

7        A.   I -- I don't know if that's -- you know,

8   it's vaguely written in terms of financing

9   perspective and unique things.  So I don't know if

10  that was referring to selling XRP or something

11  else.

12               MR. TENREIRO:  Twenty-nine.

13               (Whereupon, exhibit is presented

14       and marked SEC Birla Exhibit AB-29 for

15       identification.)

16               MR. HANAUER:  And I just handed

17       the witness Exhibit AB-29, which is an

18       e-mail -- or Exhibit AB-29, the first page

19       of which has a Bates number ending in

20       1294.

21               THE WITNESS:  Correct.

22  BY MR. HANAUER:

23       Q.   And the top e-mail in Exhibit AB-29 is

24  an e-mail that you sent to ███████████ on

25  Tuesday -- or on June 26, 2018?

71

1          A.    That's correct.

2          Q.    And you write -- first of all, who is

3    ███████████████?

4          A.    ██████████████ was a corporate

5    development associate at Ripple.

6          Q.    Did he work for you at the time?

7          A.    I don't believe so.

8          Q.    In the second sentence on exhibit -- on

9    the top of Exhibit 29, you write that "Ripple's

10   main business model/source of income is XRP

11   sales."

12               Do you see that?

13         A.    I see that.

14         Q.    And that's something you wrote to

15   Mr. ██████?

16         A.    Yes.

17         Q.    And in June 2018, you understood that

18   XRP sales was Ripple's main source of income?

19         A.    On June 26th, it looks like from this

20   e-mail, yes, I believe so.

21         Q.    And on June -- has that -- has that

22   changed since June 26th, 2018, that Ripple's main

23   source of income is XRP sales?

24         A.    I don't know for certain, but I don't

25   believe so.

72

```
 1        Q.   And for how long prior to June 26, 2018,

 2   was Ripple's main source of income XRP sales?

 3        A.   I don't know for certain.

 4        Q.   And on June 26, 2018, you understood

 5   Ripple's main business model to be the sale of

 6   XRP?

 7             MS. ZORNBERG:  Object to form.

 8        A.   A business model is a bit different than

 9   source of income, but from this it -- it sounds

10   like I believed that the source of income was XRP.

11        Q.   Right.  But you also understood in

12   June -- on June 26, 2018, that Ripple's main

13   business model was XRP sales?

14        A.   From the product side, a -- you know,

15   the -- the business model is a bit different,

16   but -- and that's why I have slash in there, I

17   believe.  So it's sort of like, you know,

18   indifferent between the two.  But at that current

19   state, I believed that at least the source of

20   income was XRP sales.

21        Q.   After June 26, 2018, did Ripple's main

22   business model ever change to anything other than

23   XRP sales?

24             MS. ZORNBERG:  Objection;

25        misstates the witness's prior testimony.
```

73

```
1        A.   You know, from the product side, there
2   are different ideas and we are showing, you know,
3   progress towards efforts to have, you know,
4   different sources of -- of a business model from
5   our -- from our products.  One of those being, you
6   know, lending; the other one of those being the
7   spread you can take on -- on the FX, which is
8   known as foreign currency exchange, between fiat
9   currencies.
10            So, you know, different business models
11   have emerged.
12        Q.   Is Ripple's main business model still
13   the sale of XRP?
14            MS. ZORNBERG:  Object to form.
15        A.   I believe that Ripple's main source of
16   income is -- is XRP.
17        Q.   Currently?
18        A.   Currently.  Yes, I believe that to be
19   true.
20        Q.   And because Ripple's main source of
21   income is the sale of XRP, over your time at
22   Ripple, did Ripple management pay attention to the
23   price of XRP?
24        A.   To my recollection, the -- the senior
25   management did not fixate on the price of XRP.
```

1    And in my role, what was more important for the --

2    the product experience was the -- was some

3    measurement around the depth of liquidity of XRP

4    against fiat currencies that were offered on

5    Ripple products.

6         Q.   And you used the word "fixate."

7              I was asking did Ripple management pay

8    attention to the price of XRP?

9         A.   I don't know for certain.  It -- it

10   certainly wasn't a big focus area.

11        Q.   Did Ripple management want the price of

12   XRP to be higher?

13        A.   I do not recall, you know, focus or

14   discussions about the -- the price of XRP.

15        Q.   Did Ripple management ever want the

16   price of XRP to be lower?

17        A.   I don't recall, you know, a focus area

18   by management of -- regarding the price of XRP.

19        Q.   Did anyone at XRP ever express to you

20   that they wanted the price of XRP to be lower?

21        A.   Do you mind rephrasing the question?

22              MR. HANAUER:  Can you repeat the

23        question?

24              (Whereupon, the record was read

25        back.)

75

1          Q.   Oh, I'm sorry about that and I will

2     rephrase the -- the question.  Thank you.

3               Did anyone at Ripple ever express to you

4     that they wanted the price of XRP to be lower?

5          A.   I don't believe so.

6          Q.   Did anyone at Ripple ever express to you

7     that they wanted the price of XRP to be higher?

8          A.   I don't know for certain.

9          Q.   Since the time you started at Ripple,

10    has Ripple owned in excess of 50 billion XRP?

11         A.   Yes, I believe so.

12         Q.   Have you heard of the term "drip

13    program"?

14         A.   I can't be for certain.

15         Q.   I'll try giving you a little context.

16              Have you ever heard the term "drip

17    program" referring to Ripple's process where it

18    managed the pace and flow in which it sold XRP

19    into the market?

20         A.   That does not -- I do not recall that

21    program.

22         Q.   Since the time you started at Ripple,

23    has Ripple used XRP to compensate employees?

24         A.   I believe so, yes.

25         Q.   And since the time you started at

1  Ripple, has Ripple used XRP to pay for certain

2  goods and services?

3      A.  Do you mind rephrasing the question?

4      Q.  Yeah.  So has Ripple used XRP to buy

5  goods or buy services that it needs to run its

6  business?

7      A.  I -- I don't recall.

8      Q.  But Ripple's used XRP to compensate

9  employees for their own business expenses, right?

10            MR. HECKER:  Objection to form;

11    asked and answered.

12            MR. HANAUER:  Actually, I'll

13    rephrase that.

14      Q.  Ripple has used XRP to reimburse

15  employees for business expenses that they incurred

16  on behalf of Ripple?

17      A.  Yes, I believe so.

18      Q.  And when Ripple uses XRP to either

19  compensate employees or reimburse employees,

20  Ripple benefits when the price of XRP is higher?

21            MS. ZORNBERG:  Object to form.

22            You can answer.

23      A.  Do you mind rephrasing the question?

24      Q.  All right.  So let's say Ripple -- a

25  Ripple employee can elect to have their salary

```
 1    paid in either U.S. dollars or XRP.  Do you
 2    understand that?
 3          A.   Yes, I do.
 4          Q.   And, in fact, some Ripple employees have
 5    been given the option to be paid in either dollars
 6    or XRP, right?
 7          A.   I believe that to be true.
 8          Q.   And when the employee chooses to be
 9    compensated in XRP as opposed to U.S. dollars,
10    Ripple benefits when the price of XRP is higher?
11          A.   I don't -- I don't know one way or the
12    other.
13          Q.   Did you go to business school?
14          A.   Yes, I did.
15          Q.   Do you have an MBA?
16          A.   Yes, I do.
17          Q.   So do you understand the concept that if
18    Ripple is paying for something using XRP, it has
19    to spend less XRP when the price of XRP is higher?
20          A.   Yes, I understand that.
21          Q.   So when an employee chooses to be
22    compensated in XRP as opposed to U.S. dollars,
23    it's beneficial for Ripple when the price of XRP
24    is higher?
25                     MS. ZORNBERG:  Object to form.
```

78

```
 1              You can answer if you

 2        understand.

 3        A.   Yeah.  One can make the case that it's

 4   beneficial to Ripple if the -- if the price is

 5   higher.

 6        Q.   And if the prices of XRP is higher, a

 7   single unit of XRP can buy more goods or services

 8   than if the price of XRP is lower?

 9        A.   Yes, I believe that to be -- yes, I

10   believe that's true.

11        Q.   So beyond compensating employees or

12   paying for goods and services, what other ways do

13   a higher price of XRP benefit Ripple?

14        A.   Can you rephrase that question, please?

15        Q.   So beyond being able to pay more for

16   goods and services, how else does Ripple benefit

17   when XRP's price is higher?

18        A.   I -- I don't -- I don't know for

19   certain.

20        Q.   Are Ripple shareholders better off when

21   XRP's price is higher?

22        A.   I don't know for certain.

23        Q.   You're a Ripple shareholder, right?

24        A.   Yes, that is correct.

25        Q.   And what -- what does Ripple currently
```

79

```
1    trade for in terms -- compared to U.S. dollars?

2         A.   Can you rephrase the question, please?

3         Q.   How much is -- how much can they get for

4    one XRP right now in U.S. dollars?

5                   MS. ZORNBERG:  Are you talking

6         about XRP now, not Ripple?

7                   MR. HANAUER:  Oh, yeah, I'm --

8         yes.  I -- I apologize.

9         Q.   What's XRP priced at right now

10   approximately?

11        A.   I don't -- I don't check the -- the

12   price of XRP often, but I believe that it's

13   somewhere between 50 cents and 70 cents.

14        Q.   So as a Ripple shareholder, are you

15   better off if the price of XRP is 1 cent or $2?

16        A.   I don't follow the -- and track the --

17   the price of Ripple equity often to understand if

18   there's a correlation between the price of Ripple

19   equity and the price of XRP.

20              Like I mentioned, the price of Ripple

21   stock, from what I've heard from others, has

22   fluctuated from ███ to ███.

23        Q.   Is XRP Ripple's primary asset?

24        A.   I don't know the classification of how

25   different items on the balance sheet are
```

[6/23/2021] Birla, Asheesh Dep. Tr. 6.23.2021

80

1   classified as to understand if it's an asset or

2   not.

3        Q.   So you said rip -- Ripple owns over 50

4   billion XRP?

5        A.   I believe that to be true.

6        Q.   And if XRP is worth $10, how much are

7   Ripple's XRP holdings worth approximately?

8        A.   If -- if Ripple's -- if the price -- is

9   the question if the price of XRP -- actually, do

10  you mind just repeating the question?

11       Q.   Yeah.  If the price of XRP is $10 and

12  Ripple owns approximately 50 billion shares of

13  XRP, how much is that XRP worth?

14              MR. HECKER:  Objection to

15          "shares."

16       Q.   Fifty billion units of XRP.

17       A.   Five hundred billion dollars.

18       Q.   And if XRP is worth a penny, how much

19  are Ripple's XRP holdings worth approximately?

20              MR. HECKER:  Could we just

21          stipulate to the math exercise?  I mean,

22          this seems like a remarkable waste of

23          time, honestly.

24              THE WITNESS:  Well said.

25       A.   A lot less than it was.

1    Q.   Okay.  So as an XRP shareholder, would

2    you rather XRP be holding 500 billion dollars'

3    worth of an asset -- I'm sorry.  As a Ripple

4    shareholder, would you rather that Ripple be

5    holding $500 billion' worth of an asset or an

6    asset worth considerably less than that?

7                   MR. HECKER:  Objection to form.

8                   You can answer.

9    A.   I don't know if there's a strong

10   correlation between the shareholding price of

11   Ripple equity and the XRP price.  For example, the

12   XR -- from what I've heard, the Ripple price has

13   fluctuated over the last -- the Ripple equity

14   price has fluctuated over the last year from █

15   to █

16   Q.   Does Ripple trade on any sort of

17   markets?

18   A.   Do you mind re -- rephrasing the

19   question?

20   Q.   Where does your understanding of

21   Ripple's stock price fluctuations come from?

22   A.   It's tough to know because Ripple equity

23   is -- is not publicly traded and is thinly traded

24   to my knowledge.  And it is traded on small,

25   illiquid secondary exchanges or over the counter

82

1    to my knowledge and, therefore, it's difficult to

2    get a read on what the price is.

3            So my knowledge on the price of Ripple

4    shares is largely word of mouth.

5        Q.   And if the price of XRP was zero, would

6    Ripple have been able to finance its operations

7    and product development?

8                MS. ZORNBERG:  Object to form.

9         And you want to fix a time?

10       Q.   Let's -- when you started at Ripple, if

11   the price of XRP had been zero, would Ripple have

12   been able to finance its operations and product

13   development?

14       A.   I believe so, yes.

15       Q.   Did that ever change?

16       A.   I believe so, yes.

17       Q.   Okay.  So at what point in time would

18   Ripple have become unable to finance its

19   operations and product development if the price of

20   XRP was zero?

21       A.   I don't know for certain.

22       Q.   Is that the case now?

23       A.   Can you rephrase the question, please?

24       Q.   If XRP is priced at zero dollars and

25   remains at zero going forward, can Ripple continue

1    to finance its operations and product development

2    without seeking additional capital?

3        A.   We would need to -- to my knowledge, we

4    would need to seek additional capital.

5        Q.   Who is Jed McCaleb?

6        A.   To my knowledge, Jed McCaleb is -- is

7    one of the co-founders of OpenCoin, I believe,

8    or -- or -- I'm actually not sure what entity he

9    joined, but he was early in the company's tenure.

10        Q.   He was a -- a co-founder of a company

11    that eventually became Ripple?

12        A.   I believe that is true, yes.

13        Q.   Did your time at Ripple ever overlap

14    with the time that Mr. McCaleb was working at

15    Ripple?

16        A.   I don't believe so.

17        Q.   Was there a time that Mr. McCaleb was

18    selling large quantities of his XRP holdings?

19        A.   I did not track his -- his sales of --

20    of XRP.

21        Q.   Did anyone at Ripple ever voice concern

22    about the impact of Mr. McCaleb's XRP sales on the

23    price of XRP?

24        A.   I don't know for certain.

25        Q.   Describe any efforts that Ripple made in

84

1    response to Mr. McCaleb's sale of his XRP

2    holdings.

3                 MS. ZORNBERG:  Objection; lack of

4         foundation.

5         A.   I don't know for certain.

6         Q.   Did Ripple ever attempt to freeze

7    Mr. McCaleb's XRP sales?

8         A.   I don't know for certain.

9         Q.   Did Ripple ever attempt to reverse

10   Mr. McCaleb's XRP sales?

11        A.   I don't know for certain.

12        Q.   Do you know what Bitstamp is?

13        A.   I believe so, yes.

14        Q.   And what's Bitstamp?

15        A.   Bitstamp is a cryptocurrency exchange.

16        Q.   Did Ripple ever attempt to freeze

17   Mr. McCaleb's Bitstamp account?

18        A.   I -- I do not recall.

19                 MR. TENREIRO:  Eleven.

20                 (Whereupon, exhibit is presented

21         and marked SEC Birla Exhibit AB-11 for

22         identification.)

23                 MR. HANAUER:  I'm tendering the

24         witness an exhibit marked as AB-11, which

25         has a Bates number ending in 0742.