85

1   BY MR. HANAUER:

2       Q.   Mr. Birla, is Exhibit AB-11 an e-mail

3   that a ▮▮▮▮▮▮ sent to you and others on

4   October 3rd, 2016?

5       A.   I believe so, yes.

6       Q.   And who is Mr. ▮▮▮▮?

7       A.   Mr. ▮▮▮▮ was an early Ripple employee.

8       Q.   Does he still work there?

9       A.   No, he does not.

10      Q.   What was Mr. ▮▮▮▮ s role in October

11  2016?

12      A.   I don't remember what his role was at

13  that period.  He had different roles at Ripple.

14      Q.   So do you see how Mr. ▮▮▮▮ writes "We

15  just had a call with Bitmex (HK-based exchange),

16  and they are going live with a 20x leveraged

17  cash-settled XRP/XBT listing today"?

18      A.   I see that.

19      Q.   What -- what was your understanding of

20  what he's referring to by "a 20x leveraged

21  cash-settled XRP/XBT" listing?

22      A.   I don't understand what that means.

23      Q.   Do you know what XBT is?

24      A.   I do not.

25      Q.   Do you understand that the X -- XRP

1    could be traded on Bitmex?

2        A.   Can you rephrase the question, please?

3        Q.   Yeah.  So what was Bitmex?

4        A.   I'm not super familiar with what Bitmex

5    is or was.

6        Q.   Was it a Hong Kong-based exchange?

7              MR. HECKER:  Objection to form;

8     foundation.

9        A.   According to this e-mail, yes.

10       Q.   And then do you see how Mr. █████

11   writes "The spike in price and volume has helped

12   us to pitch exchanges, and it's even sold itself

13   in this case with Bitmex"?

14       A.   Yes, I see that.

15       Q.   And one of Ripple's goals was to get XRP

16   listed on various digital asset trading exchanges?

17       A.   In -- in my function, for the xRapid/ODL

18   product to work, we needed liquidity and liquidity

19   is facilitated by crypto exchanges.  And -- and,

20   for example, if I wanted to enable my product to

21   facilitate payments in Mexico, it was important to

22   have a Mexican-based exchange that provided

23   liquidity into local fiat and local rail payment

24   services.

25       Q.   And in terms of generating liquidity,

1    generally being listed on more exchanges is better

2    than being listed on less exchanges?

3        A.   I don't know for certain.

4        Q.   In 2016, Ripple was trying to get -- in

5    order to build liquidity, Ripple was trying to get

6    XRP listed on more exchanges, correct?

7        A.   In my function, product development for

8    enterprise solutions, I was fixed -- focused on

9    getting liquidity at destinations and origin

10   points to enable a cross-border payment between

11   one currency and another.

12       Q.   And one of the ways to generate more

13   liquidity was to get XRP listed on exchanges,

14   right?

15       A.   In my function, it was to get XRP listed

16   on exchanges that were at destinations where my

17   customers wanted to send payments.  And -- and

18   building liquidity helped improve the product

19   experience for our customers and that was my

20   product focus.

21       Q.   And did you understand Mr. ███████ to be

22   writing that the spike in XRP's price has helped

23   Ripple get XRP listed on exchanges?

24            MR. HECKER:  Objection to form.

25       A.   Can you rephrase the question, please?

1    Q.    So Mr. ███ was writing about the

2  spike in XRP's price helping Ripple get XRP listed

3  on exchanges?

4    A.    That -- can you rephrase the question?

5    Q.    Did you understand that Mr. ███ was

6  writing about increases in XRP's price helping

7  Ripple to get XRP listed on exchanges?

8    A.    Yes.  I understand that he -- he wrote

9  that in this e-mail.

10    Q.    And did you agree with Mr. ███ that

11  increases in the price of XRP helped rip -- helped

12  Ripple get XRP listed on exchanges?

13    A.    I don't believe I had a strong viewpoint

14  one way or the other to my knowledge.

15         MR. TENREIRO:  This is 15,

16      Nicole.

17             (Whereupon, exhibit is presented

18      and marked SEC Birla Exhibit AB-15 for

19      identification.)

20             MR. HANAUER:  And I just tendered

21      the witness a document labeled as Exhibit

22      AB-15, which has a Bates number ending in

23      2731.

24  BY MR. HANAUER:

25    Q.    And, Mr. Birla, is Exhibit AB-15 an

1   e-mail chain ending with an e-mail sent from

2   Mr. Vias to Mr. Garlinghouse copying you and

3   others dated March 3rd, 2016?

4       A.   I see that, yes.

5       Q.   And I want to refer you to the March 2nd

6   e-mail from Mr. Larsen to ██████████████████ at

7   the bottom of the first page of AB-15.  Please let

8   me know when you're done reading that e-mail.

9            (Pause)

10      Q.   Do you know who ██████████████████ is?

11      A.   I'm still reading.

12      Q.   Oh, I'm sorry.  Take your time.

13           (Pause)

14      Q.   Do you know who Mr. or Professor

15   ████████████ is?

16      A.   I do not believe so.

17      Q.   And Mr. Larsen, Chris Larsen, what was

18   his role at Ripple in March 2017?

19      A.   I believe it was either the CEO or

20   chairman.

21      Q.   So do you see how Mr. Larsen writes "Our

22   currency, XRP, currently trades at approx. .006

23   U.S. dollars/XRP.  As there are 100 billion of

24   them, this is not a bad market cap"?

25      A.   I do see that.

90

```
 1        Q.   What was your understanding of what
 2   Mr. Larsen is referring to there?
 3        A.   It sounds like he's referring to the
 4   market cap of XRP.
 5        Q.   And what's your understanding when he
 6   refers to XRP as "our currency"?
 7                  MS. DEARBORN:  Object to form.
 8        A.   I don't know what he means by that.
 9        Q.   Did you understand him to mean referring
10   to Ripple's currency?
11        A.   I do not know.
12                  MS. DEARBORN:  Same objection.
13                  MS. ZORNBERG:  Court reporter,
14        did you get the answer?
15                  MR. HECKER:  It's in the
16        transcript.
17   BY MR. HANAUER:
18        Q.   Did anyone else besides Mr. Larsen
19   ever -- at Ripple ever refer to XRP as our
20   currency or Ripple's currency?
21        A.   I do not know for certain.
22        Q.   And then can you please look at the last
23   paragraph on Exhibit AB-15?
24             And Mr. Larsen writes "While we
25   obviously don't control the nominal price of XRP,
```

```
 1    we could advocate to the community of

 2    decentralized validators to increase the nominal

 3    price with a decrease in the nominal supply"?

 4         A.   I see that.

 5         Q.   What did you understand Mr. Larsen to be

 6    referring to?

 7                   MS. ZORNBERG:  Objection; lack of

 8             foundation.  I don't think you've even

 9             asked the witness yet if he remembers the

10             document --

11                   THE REPORTER:  I can't hear you.

12                   MS. ZORNBERG:  I don't think you

13             even asked Mr. Birla if he's familiar with

14             the document or recalls reading it.

15    BY MR. HANAUER:

16         Q.   You can answer the question.

17         A.   Which -- do you mind repeating the

18    question?

19         Q.   Yeah.

20             What do you understand Mr. Larsen to be

21    referring to?

22         A.   I don't -- I don't understand what he's

23    referring to.

24         Q.   What's "the community of decentralized

25    validators"?
```

1              MS. DEARBORN:  Objection to form.

2       A.   It's e-mails, you know, out of context.

3  I'm not -- I don't know for certain what he's

4  referring to.

5       Q.   In 2017, did Ripple control the supply

6  of XRP?

7              MS. ZORNBERG:  Object to form.

8       A.   Do you mind rephrasing the question?

9       Q.   In 2017, Ripple was the largest owner of

10 XRP, correct?

11      A.   I believe that to be to -- true.

12      Q.   Was there anyone or anything that owned

13 close to as much XRP as Ripple did?

14      A.   I do not believe so.

15      Q.   And in 2017, Ripple was increasing the

16 supply of XRP in the marketplace whenever it sold

17 XRP?

18      A.   Could you define "marketplace"?

19      Q.   Ripple could increase the supply of XRP

20 available to potential purchasers by deciding to

21 sell XRP?

22              MR. HECKER:  Objection to form;

23       foundation.

24      A.   I believe that to be true, yes.

25      Q.   So Ripple could decide to increase the

1　supply of XRP or decrease the supply of XRP?

2　　　　　　MR. HECKER:  Objection to form.

3　　　A.　Can you rephrase the question, please?

4　　　Q.　So if Ripple wanted to increase the

5　supply of XRP to available buyers, it could choose

6　to sell more XRP?

7　　　A.　I believe that to be true, yes.

8　　　Q.　And the opposite:  If Ripple wanted to

9　decrease the available supply of XRP to potential

10　buyers, it could reduce the amount of XRP it was

11　selling?

12　　　　　　MS. ZORNBERG:  Object to form.

13　　　A.　I don't -- I don't know for certain, but

14　I don't believe that reduces the supply.

15　　　Q.　So if -- let's say Ripple was selling

16　100 XRP a month on a regular basis.  If Ripple

17　decides to start selling 5 XRP a month on a

18　regular basis, is that increasing the supply or

19　reducing the supply?

20　　　　　　MS. ZORNBERG:  Object to form.

21　　　A.　So the question is:  If Ripple was

22　selling 100 XRP and now it sells 5 XRP per month,

23　that would still be to my knowledge increasing the

24　supply of XRP.

25　　　Q.　Could Ripple reduce the XR -- the supply

94

1    of XR -- okay -- the available supply of XRP to

2    potential buyers by going from selling 100 a month

3    to 5 a month, is Ripple increasing the supply of

4    available XRP or reducing the supply of available

5    XRP?

6                    MS. ZORNBERG:   Object to form.

7        A.   Selling 100 XRP per month or selling 5

8    XRP per month increases the supply of XRP to

9    purchasers.

10       Q.   I'm sorry if I'm not being articulate.

11   Let's say Ripple had been consistently selling 100

12   XRP a month, but then starts reducing that to 5

13   XRP a month going forward.

14                Has the supply of XRP Ripple is making

15   available on a monthly basis gone up or down?

16       A.   In that case, the amount has decreased

17   by -- it was 105, right?  105?  It's 95.

18       Q.   Did anyone ever express to you at Ripple

19   that Ripple could increase the price of XRP by

20   slowing the rate in which it sold XRP into the

21   market?

22       A.   I do not recall.

23       Q.   Could Ripple affect the price of XRP by

24   changing the rate in which it sold XRP into the

25   market?

95

1        A.    I don't know for certain.

2        Q.    If Ripple decided to sell all its XRP

3    holdings at once, what is your understanding of

4    how that would impact the price of XRP?

5        A.    I don't know for certain.

6        Q.    I mean, you went to business school,

7    right?

8        A.    Correct.

9                MR. HECKER:  Objection to form;

10         argumentative and asked and answered.

11        Q.    So if Ripple says we're now putting our

12    50 billion XRP up for sale, do you think that

13    would drive the price of XRP up or the price of

14    XRP down?

15        A.    I think it would create, you know,

16    uncertainty in the market.

17        Q.    Do you think the price of XRP would go

18    up in that situation?

19        A.    Can you rephrase the question, please?

20        Q.    If Ripple announces that it was selling

21    all of its XRP holdings at once.

22        A.    I mean, I don't know for certain.  I can

23    only speculate.

24        Q.    What -- what -- what's your -- what do

25    you think would happen?  What's your understanding

1    of what would happen?

2              MR. HECKER:  Object -- objection

3         to form; calls for speculation.

4              When you reach a good moment, we

5         can take a short break.

6    A.   It would -- it would erode liquidity.

7    It can potentially erode liquidity.  It could

8    potentially erode trust.

9              MR. HANAUER:  Counsel, I have a

10        couple more documents on this subject.

11        Can I --

12             MR. HECKER:  Let's take a break

13        if you don't mind.  We've been going about

14        an hour and 15.

15             MR. HANAUER:  Sure.

16             MR. HECKER:  Thanks.

17             THE VIDEOGRAPHER:  The time on

18        the video monitor is now 12:03 --

19             MR. HECKER:  Thank you.

20             THE VIDEOGRAPHER:  -- 12:04 p.m.

21        This is the end of Media Unit Number 2.

22        We're going off the video record.

23             (Whereupon a recess is taken.)

24             THE VIDEOGRAPHER:  The time on

25        the video monitor is now 12:22 p.m.  This

97

1          is the start of Media Unit Number 3.  We

2          are back on the video record.

3                    (Whereupon, exhibit is presented

4          and marked SEC Birla Exhibit AB-18 for

5          identification.)

6                    MR. HANAUER:  I just tendered the

7          witness Exhibit AB-18, which is an e-mail

8          chain starting on page with the Bates

9          number ending in 2161.

10   BY MR. HANAUER:

11        Q.   And, Mr. Birla, is Exhibit AB-18 an

12   e-mail chain ending with an e-mail

13   Mr. Garlinghouse sent to you and others dated

14   April 9th, 2017?

15        A.   Yes.

16        Q.   And the e-mail Mr. Garlinghouse is

17   sending you, he's forwarding an e-mail that he

18   sent to the board on April 9th, 2017?

19        A.   I believe that to be correct, yes.

20        Q.   And then if you look at page 2 of the

21   exhibit, that e-mail chain contains an e-mail that

22   Mr. Garlinghouse sent to Mr. Larsen on April 7th,

23   2017?

24        A.   I believe that's true, yes.

25        Q.   And I take it you -- you typically read

98

1    the e-mails Mr. Garlinghouse sends -- sends you?

2         A.   Ones that I'm cc'd on, you know, it's --

3    it's hit or miss, depending on the content.  Not

4    always.

5         Q.   But ones Mr. Garlinghouse sends you in

6    the "To" line, those you typically read?

7         A.   Not always.

8         Q.   What about when Mr. Garlinghouse sends

9    you e-mails containing communications he sent to

10   the -- sends to the board?

11        A.   More often than not, I -- I read those.

12        Q.   Okay.  Did you read this e-mail in

13   Exhibit 18?

14        A.   I do not recall.

15        Q.   Okay.  So I want to refer you to the

16   e-mail to the board Mr. Garlinghouse forwards you

17   on the first page of Exhibit AB-18.  In the -- the

18   first -- or the third paragraph, he writes "Before

19   I dive into some highlights and lowlights, I think

20   we will all agree that the most significant Q1

21   development came at the end of the quarter in the

22   form of a dramatic spike in XRP price and market

23   activity."

24        A.   I see that.

25        Q.   And the paragraph ends "It's a

1   game-changer for us on a bunch of levels."

2           Did Mr. Garlinghouse ever promote XRP

3   price increases to the board?

4               MS. ZORNBERG:  Object to form.

5               MR. SOLOMON:  Object to form.

6           Calls for speculation.  Objection to form.

7           Calls for speculation.  Sorry.  And lack

8           of foundation.  I'm sorry.

9               MS. GRESSEL:  Could you also

10          please ask them to distribute the exhibit?

11              MR. TENREIRO:  Exhibit 18?

12          Nicole, did you send 18?  I thought I

13          mentioned it.

14              MS. GRESSEL:  Thank you.

15      A.   Can you repeat the question, please?

16      Q.   Are you aware of Mr. Garlinghouse ever

17  promoting XRP price increases to Ripple's board?

18              MS. ZORNBERG:  Same objections.

19      A.   Not to my recollection.

20      Q.   Are you aware of Mr. Garlinghouse ever

21  promoting XRP price increases to the public?

22              MS. ZORNBERG:  Object to form.

23      A.   Not to my recollection.

24      Q.   Are you aware of Mr. Garlinghouse ever

25  promoting XRP price increases to investors?

100

1        MS. ZORNBERG:  Object to form.

2    A.   Not to my knowledge.

3    Q.   Did you understand that Mr. Garlinghouse

4    was communicating to Ripple's board that the price

5    rise in XRP was beneficial to Ripple?

6        MR. SOLOMON:  Objection; form.

7    A.   Is there a point in the document?

8    Q.   I read you -- I read you the part where

9    he's talking about the dramatic spike in XRP

10   price.

11   A.   I believe he mentioned that it's a

12   game-changer.

13   Q.   And did you understand him to be saying

14   a game-changer in a beneficial way or a

15   detrimental way?

16       MR. SOLOMON:  Objection; lack of

17        foundation, unless he was at the board

18        meeting.

19            Can you just rephrase the

20        question, Ben?

21   Q.   Do you understand my question?

22   A.   If you could rephrase.

23   Q.   Do you -- do you understand

24   Mr. Garlinghouse in his e-mail to be describing

25   the price spike in XRP to be beneficial to rep --

101

1    Ripple or detrimental to Ripple?

2         A.   I don't know for certain and I'm

3    speculating that game-changer means positive.

4         Q.   And in the second-to-last paragraph on

5    the first page of AB-1 [sic], Mr. Garlinghouse

6    writes "And on a more strategic level, holding

7    approximately two billion of XRP (based on today's

8    market price) presents opportunities to think

9    strategically about our capital structure (and

10   funding strategy)."

11        A.   I read that.

12        Q.   Did you understand Mr. Garlinghouse to

13   be conveying that the price rise in XRP meant more

14   money for Ripple to spend on its operations and

15   product development?

16             MR. HECKER:   Objection to form.

17        A.   I'm uncertain if that's what he -- he

18   means by the last paragraph here, page 1.

19        Q.   And do you see the paragraph that begins

20   "On an operating level, for XRP to serve the

21   purposes of lowering liquidity costs for payments,

22   it needs" to develop -- "it needs deep liquidity

23   across fiat currency pairs"?

24        A.   I see that.

25        Q.   Do you agree that XRP deep -- needs deep

102

1   liquidity to work for use in effecting

2   cross-border payments?

3              MR. HECKER:  Objection to form.

4              You can answer.

5        A.   I believe that in -- in the currency

6   pairs and exchanges that are part of the xRapid

7   and ODL experience, that deep liquidity against

8   those fiat pairs in destinations and origination

9   points for our customers provides a better

10  experience for our customers.

11       Q.   Does xRapid or ODL work better if

12  there's more liquidity in XRP or less liquidity in

13  XRP?

14       A.   In the amounts you can send and the cost

15  of sending, both are factors for the customer.

16  The liquidity is a strong factor in the experience

17  for both cost to our customer and the amount the

18  customer can send cross border.

19       Q.   All right.  But here's what I'm getting

20  at.  From Ripple's perspective, the more liquid

21  the market the XR -- for XRP the better?

22       A.   For -- for xRapid and the ODL products,

23  the more liquid those fiat pairs that are part of

24  the XRP experience, that is a better product

25  experience for our customers.

103

```
 1        Q.   And then do you see the next sentence
 2   in -- in that paragraph, Mr. Garlinghouse writes
 3   "Speculative and market trading volume builds that
 4   liquidity - they are the catalyst to the XRP
 5   flywheel"?
 6        A.   I see that.
 7        Q.   What do you understand Mr. Garlinghouse
 8   to be talking about there?
 9        A.   From -- from my vantage point, as part
10   of the xRapid experience, there are two types of
11   liquidity that are on exchanges:  One is, you
12   know, Ripple-contracted market making, and the
13   other one on the product side is what we call
14   natural liquidity.  And natural liquidity is
15   organic liquidity that's available.  And then the
16   Ripple-contracted market makers are -- are -- are
17   liquidity that Ripple contracts for.  And those
18   are the two types that are on exchanges.  Folks
19   refer to natural liquidity in different
20   terminology.  On the product side we call it
21   natural liquidity.
22        Q.   And speculative trading, is -- that
23   falls into the natural liquidity bucket?
24        A.   I have in -- in the past heard folks
25   refer to natural liquidity in other terms,
```

104

1 including speculative liquidity.

2 Q. Okay. And what is your understanding of

3 what speculative trading is?

4 MR. SOLOMON: Ben, I'm just going

5 to interrupt you. Are you talking about

6 as used in this e-mail by Brad, or are you

7 talking about his personal view separate

8 and apart from this e-mail? I just want

9 to make sure the record is clear on this

10 when he answers.

11 MR. HANAUER: Yeah, thanks, Matt.

12 The witness's understanding of the term

13 "speculative trading."

14 MR. SOLOMON: Right. But I don't

15 know that he understands. You asked him

16 about Brad's statements in the e-mail.

17 Now you're asking about his own

18 understanding. I just want to make sure

19 he's answering your question.

20 BY MR. HANAUER:

21 Q. What's your understanding of the term

22 "speculative trading" as you would use it?

23 A. My understanding of speculative trading

24 is -- is a catchall for when you don't know. So

25 you don't know -- with cryptocurrency exchanges,

1    you don't really know what, you know, folks are on

2    there, you know, trading cryptocurrencies for.

3    And so it's like a catchall definitional portion

4    for that kind of volume and activity.

5        Q.  But would you -- is a speculative

6    investor someone that buys XRP with the hope that

7    its price will rise?

8        A.  Well, there's different -- in my

9    interpretation of speculative, there's different

10    reasons why folks would buy additional asset.  You

11    just don't know.  That's the way that currency --

12    that's the way that cryptocurrency exchanges work.

13         And there is potential that one reason

14    could be for them speculating or, as you put it,

15    investing, but there could be a whole host of

16    other reasons that we don't know that they're

17    buying different digital assets on exchanges.

18    It's, like, unclassified.

19        Q.  So when -- when you refer to

20    "speculative trading," that includes investors who

21    are purchasing XRP with the hope that its price

22    would rise?

23            MR. HECKER:  Objection to form.

24            MR. SOLOMON:  Objection.  He

25      didn't use the word "investors."

106

1      A.   I -- I -- I use it as a catchall when I

2  don't know the purpose.  That's by design of how a

3  cryptocurrency exchange works, is like there are

4  entities and people on there that you don't know

5  how they -- you know, the reasons they're buying

6  it.  They could be buying it to pay for goods.

7  They could be doing -- buying it for a

8  cross-border transaction.  Or, as I mentioned

9  earlier, it could be contracted.

10      Q.   Did you have the understanding during

11  the time you worked at Ripple that certain market

12  participants would purchase XRP with the hope that

13  its price would rise?

14      A.   Could you rephrase the question, please?

15      Q.   Yeah.

16           Since -- since you start -- since you've

17  been working at Ripple, has it been your

18  understanding that there are market participants

19  who purchase XRP with the hope that its price will

20  rise?

21      A.   Yes, I believe that to be true.

22           MR. HANAUER:  Twenty-seven.

23           MR. TENREIRO:  Twenty-seven,

24      Nicole.

25           (Whereupon, exhibit is presented

1          and marked SEC Birla Exhibit AB-27 for

2          identification.)

3                    MR. HANAUER:  And I'm tendering

4          the witness a document labeled as Exhibit

5          AB-27, which has a Bates number ending in

6          2337.

7     BY MR. HANAUER:

8          Q.   And, Mr. Birla, is Exhibit AB-27 an

9     e-mail chain ending with an e-mail that you sent

10    to [REDACTED] and others on December 22nd,

11    2017?

12         A.   Yes, I believe so.

13         Q.   And [REDACTED], she works at the

14    [REDACTED]?

15         A.   At this period, I believe so.

16         Q.   And on Exhibit AB-27, Ms. [REDACTED]

17    e-mailed you on December 22nd, 2017, she writes

18    "Hi, Asheesh, sharing a suggested RT if you're up

19    for it.  Brad tweeted out a chart from [REDACTED]

20    today with the headline 'Bitcoin is so 2017 as

21    Ripple soars at year-end:  Chart' and we suggest

22    you RT with comment to amplify engagement."

23         A.   I see that.

24         Q.   So when Ms. [REDACTED] writes "RT," did

25    you understand that to mean retweet?

1     A.   Yes, I did.

2     Q.   And she's referring to a tweet that

3  Mr. Garlinghouse had made?

4     A.   I believe that's true, yes.

5     Q.   And the tweet Mr. Garlinghouse made was

6  referring to the price rise in XRP?

7     A.   Well, I -- I don't have the article,

8  but -- I don't have the article that -- that it's

9  referring to to completely understand the context

10 of the tweet.

11    Q.   Okay.  Whatever Mr. Garlinghouse

12 tweeted, Ripple's PR agency was asking you to

13 retweet it?

14    A.   I believe that to be true, yes.

15    Q.   Do you know if you retweeted

16 Mr. Garlinghouse -- Garlinghouse's tweet?

17    A.   I do not recall.

18    Q.   Did Mr. Garlinghouse ever make tweets

19 about XRP price increases that you're aware of?

20    A.   Not that I'm aware of.

21    Q.   Did you ever tweet about XRP price

22 increases?

23    A.   I don't know for certain.

24    Q.   Okay.  You can put that exhibit away,

25 please.

109

1          So how would you describe the term

2     "liquidity" as it relates to XRP?

3          A.   So XRP, like other digital assets,

4     bitcoin and Ethereum and Litecoin and -- are

5     examples, are traded on cryptocurrency exchanges,

6     decentralized ones or centralized ones.  And on

7     these cryptocurrency exchanges, there are order

8     books.  And order books are -- are matching buy

9     and sell orders.  And -- and they have amounts.

10    So, you know, the amount of sell, the amount of

11    buy.

12          If you add up the order book within a

13    certain band around a midpoint of -- of a market

14    price, that's known as depth of liquidity.  And

15    the deeper the depth of liquidity just means that

16    around the market price, there are more orders put

17    in for that given currency.

18          Q.   Does a more liquid market generally mean

19    a tighter spread between the bid and the ask?

20          A.   I don't know for certain.  There are

21    cases where that isn't true, but I believe there

22    are cases where that's -- that's true as well.

23          Q.   But is it generally true that in a more

24    liquid -- the more liquid the market is, the

25    tighter the bid/ask spreads are?

1      A.   It's -- yeah, I don't know for certain,

2   but generally a deeper order book and deeper

3   liquidity provides a better experience for our

4   products and the bid -- the bid/ask is what's

5   known as a tighter bid -- bid/ask.

6      Q.   So a tighter bid/ask, that's better for

7   Ripple because it makes its customer experience

8   better?

9      A.   To my knowledge, most of the time, not

10  all -- always, but most of the time a tight

11  bid/ask provides better rates for our customers

12  and a deeper -- a tight bid/ask with a deeper

13  liquidity pool not only provides good rates, but

14  it enables customers to send more in notional

15  volume.

16     Q.   And -- and generally a tighter bid/ask

17  spread is reflective of a more liquid market?

18              MS. ZORNBERG:  Object to form.

19              You can answer if you

20       understand.

21     A.   I don't know for certain.  I've seen

22  exceptions to that, but it is my understanding in

23  general that a tighter bid/ask is correlated with

24  deeper liquidity pool around that asset.

25     Q.   And when you say "deeper liquidity

1    pool," that's the same thing as more liquid?

2        A.   The definition that I provided earlier

3    is the one that I go off of, meaning that at a

4    given change, liquidity is measured at the point

5    of an exchange.  So you're referring to -- or, you

6    know, one would refer to a deep liquidity pool

7    between bitcoin or XRP and the Mexican peso.

8    And -- and the more orders around the midpoint

9    would be a deeper liquidity pool.

10       Q.   Right.  And I just want to make sure

11   we're on the same page.  When you're talking about

12   a deeper liquidity pool, that means more

13   liquidity, right?

14       A.   In my definition, I believe that to be

15   true.  And to clarify, there are local minimum and

16   maximums.  And so it's important to note that the

17   liquidity is measured at the local point, meaning

18   against -- at a given exchange and against a given

19   pair at that exchange.

20       Q.   And when Ripple measured liquidity,

21   however it did, the more liquid the pool was, the

22   better Ripple's products operated?

23       A.   To be specific, in my role, my products

24   measure liquidity at local maximums and local

25   minimums.  So that means that if we were

1    facilitating an ODL or xRapid payment between U.S.

2    and Mexico, we measure liquidity at the U.S.

3    dollar to XRP order book and then the -- and then

4    the XRP to Mexican peso order book.  And that's

5    how we measure liquidity for our products, the

6    enterprise products.

7         Q.    And the way you measured liquidity, as

8    you just described it, the more liquid a currency

9    pairing was, the better Ripple's product operated?

10        A.    In that given jurisdiction and -- and

11   locality, in general, that was true.  There was

12   exceptions.  There are things called a -- a

13   reversed order book that causes exceptions to that

14   rule.  But, in general, that, to my knowledge, is

15   true.

16        Q.    And since the time you started at

17   Ripple, one of Ripple's goals has been to increase

18   the liquidity of XRP on digital asset exchanges?

19        A.    Can you rephrase the question, please?

20        Q.    So I'm just talking about since the time

21   you started working at Ripple, one of Ripple's

22   goals has been to increase the amount of liquidity

23   of XRP on the exchanges it trades on?

24        A.    Specifically as it pertains to my role

25   and the products that I work on, it's a

113

1    combination of exchanges that are enabled by

2    xRapid -- I'm sorry, the other way around --

3    exchanges that are part of the xRapid experience.

4    Having good ample liquidity at those exchanges is

5    important, but another factor that goes into it is

6    the amount the customer wants to send.

7         So, for example, if a customer wants to

8    send a million dollars between U.S. and Mexico,

9    there needs to be at least $1 million of liquidity

10   depth at the -- at both exchanges, the sending

11   exchange and the receiving or destination

12   exchange.  Often 2x the amount and 3x even better

13   in a number of circumstances, but not always true.

14        Q.   And because of the importance of

15   liquidity to the way Ripple's products operate,

16   one of the things you and your -- your team would

17   work on would be to increase the liquidity of

18   Ripple -- or of XRP on those exchanges?

19        A.   So to be specific, I -- I believe that

20   if a customer wanted to send payments into the

21   Philippines, then it was important for the

22   Philippines exchange to be part of the xRapid

23   experience and for there to be liquidity at the

24   destination Filipino exchange.  And the same thing

25   at the sending exchange as well, that it's part of

 1   the xRapid experience.

 2        Q.   So in order to make that happen, Ripple,

 3   as a company, made efforts to increase the

 4   liquidity on the -- both domestic exchanges XRP

 5   traded on and the foreign exchanges XRP traded on?

 6        A.   And to be specific, the foreign and

 7   destination exchanges that were part of the xRapid

 8   experience.  In often cases, there are multiple

 9   exchanges at the destination.

10             So, for example, in the Philippines,

11   there are three crypto exchanges in the

12   Philippines, but only one is part of the Ripple --

13   ODL experience.

14        Q.   Right.

15             So since you started working at Ripple,

16   Ripple made efforts to increase the liquidity of

17   XRP on the exchanges that Ripple needed to utilize

18   to make its products work, right?

19        A.   Sometimes there are ample -- there's

20   ample volume already known as natural liquidity.

21   That's often the case at the larger sending

22   exchanges such as Bitstamp.  It's a very deep

23   order book, as they call it, or depth of

24   liquidity.

25             But the reverse is often true in

1    emerging markets.  And so providing more liquidity

2    in emerging markets was often needed to provide a

3    proper and excellent product experience to our

4    customers.

5        Q.   Needed by Ripple?

6        A.   Well, by our customers.  So the

7    customers, if they want to send a million dollars

8    into the Philippines, need over a million dollars

9    of liquidity at that destination for a good

10   product experience.

11       Q.   Right.

12         So to make sure that Ripple's customers

13   had a good product experience, Ripple made efforts

14   to increase the liquidity on the target -- the

15   foreign exchanges that Ripple used to make its

16   products work?

17       A.   Not always, but, you know, on a

18   case-by-case basis, that is correct, to my

19   knowledge.

20           (Whereupon, exhibit is presented

21      and marked SEC Birla Exhibit AB-8 for

22      identification.)

23          MR. HANAUER:  And for those on

24      Zoom, we're going to Exhibit 8.  And I

25      tendered the witness exhibit -- a document

1          labeled Exhibit AB-8, which begins with

2          the Bates number ending in 4717.

3     BY MR. HANAUER:

4          Q.   Mr. Birla, is Exhibit AB-8 an e-mail

5     that ███████ sent to you and others dated February

6     19th, 2016, and the attachment to that e-mail?

7          A.   It appears so, yes.

8          Q.   And who -- who's ███████?

9          A.   ███████ was an early employee at Ripple.

10         Q.   Is he still there?

11         A.   I don't believe so.

12         Q.   What did he -- what did he do?

13         A.   He held a number of roles during his

14    tenure at Ripple, from integration expert to

15    technical architect.  I don't -- I don't know the

16    full range of responsibilities he had during his

17    tenure.

18         Q.   And do you see the subject line of

19    Mr. ████ e-mail is "XRP Bridge Currency Papers"?

20         A.   Yes, I do see that.

21         Q.   And what's your understanding of the

22    term "bridge currency" as it relates to Ripple's

23    business?

24         A.   So as I understand it, when you have two

25    counterparties -- so a counterparty is a trusted

117

```
 1    corporation and a financial institution -- they
 2    issue customers, retail people, something called
 3    on IOU.  But they're the counterparty.  So, for
 4    example, if you bank at Bank of America, Bank of
 5    America would be the counterparty.  And then on
 6    the receiving end, you have another counterparty.
 7    Let's just say it's Santander Bank in -- in
 8    Mexico.  And a bridge currency for a neutral
 9    decentralized digital asset like XRP is helpful so
10    that both counterparties don't have to have trust
11    with each other.
12         Q.    So when Ripple uses XRP in its ODL
13    product to convert dollars to pesos, is XRP acting
14    as the bridge currency?
15         A.    I believe so, yes.
16         Q.    And do you see how Mr. ███ writes in his
17    e-mail "Ripple must make a concerted effort to
18    establish XRP as a bridge"?
19         A.    I'm reading that, yes.
20         Q.    Would -- would you agree with that
21    statement as of February 2016?
22              MS. ZORNBERG:  So object to form.
23         Are you asking him did he review this
24         document at the time and did he in 2016,
25         when he reviewed it, agree with the
```

```
1           statement?  Or looking at it now,

2           regardless of familiarity, does he agree?

3   BY MR. HANAUER:

4       Q.   Just as -- as you think back to 2016,

5   did Ripple need to make a concerted effort to

6   establish XRP as a bridge currency?

7       A.   To -- to my knowledge, that wasn't the

8   focus of -- of product.  And in 2016 I was leading

9   product and my concerted effort was around solving

10  customer pain points.  And if a customer pain

11  point was resolved and it removed friction by

12  using XRP as a bridge currency, then we used XRP

13  as a bridge currency.  If it didn't, then we used

14  another solution or another feature.  So it really

15  depends on -- the concerted effort was around

16  focusing on the customer and solving their pain

17  points and removing friction from their

18  experience.

19      Q.   So Ripple currently uses XRP as a bridge

20  currency in its ODL product, correct?

21      A.   That is correct.

22      Q.   Do other companies use bridge -- XRP as

23  a bridge currency in other cross-border payment

24  systems that they sell to customers?

25      A.   Can you rephrase the question, please?
```

1    Q.   So Ripple uses XRP in the

2  cross-border-payment platform that it sells to its

3  customers?

4    A.   That's correct.

5    Q.   Do other companies sell

6  cross-border-payment platforms to customers that

7  use XRP as a bridge currency?

8    A.   To my knowledge, there are other

9  customers and developers that leverage the XRP

10  ledger to convert from one currency to another

11  currency.  And if you leverage the XRP ledger to

12  convert from one currency to another currency,

13  there's a feature in the XRP ledger called auto

14  bridging or pathfinding or a combination of auto

15  bridging and pathfinding.  And in those cases it's

16  my -- it's my belief that they bridge through XRP

17  when it improves the product experience or

18  provides a better rate to the customer or makes an

19  illiquid asset liquid.

20        Given the XRP ledger is decentralized

21  and that's not a core part of my job to -- to look

22  at the XRP ledger, I don't know all the different

23  use cases, but I do know that the XRPLDex and auto

24  bridging and pathfinding to my knowledge are --

25  are leveraged for developers and companies outside

1    of Ripple.

2        Q.   So what other companies besides Ripple

3    offer customers a cross-border-payment platform

4    that uses XRP as the bridge currency?

5        A.   I don't track all the developers.  It's

6    open, it's decentralized.  And part of the beauty

7    of an open and decentralized open-source system is

8    that often I learn about these things secondhand.

9    For example, someone Tweeting that they developed

10   an application on top of the XRP ledger.  So I

11   don't actively keep track of all the different use

12   cases and companies and nor do we know of the

13   entities of a lot of them given the open source is

14   decentralized.

15       Q.   So who are Ripple's competitors that

16   sell cross-border payment systems that use XRP as

17   a bridge currency?

18       A.   I don't -- so xRapid and -- and ODL are

19   offered in only a few jurisdictions right now.

20   They don't cover all currencies available, so I

21   don't know who is competing with the ODL value

22   proposition.

23           Secondly, the market is massive.  So I

24   don't -- I don't view anyone coming into the

25   ecosystem as a competitor.  For example,

121

1    there's -- there are folks going after SME

2    payments, which are -- SME stands for small

3    businesses.  Small-, medium-sized enterprises.

4    There's other folks going after e-commerce.  So, I

5    mean, I wouldn't call those competitors to --

6    to -- to Ripple's products.

7             And, again, like the -- the payment size

8    is in the trillions and there's more than enough

9    room for a lot of folks to integrate.

10       Q.   Right.

11            But can you name another company today

12   that offers a cross-border remittance product that

13   relies on XRP as the bridge currency?

14       A.   I -- I don't know a name.

15       Q.   Okay.  And would ODL exist today if not

16   for the efforts of Ripple?

17            MS. ZORNBERG:  Objection.

18       A.   Can you rephrase the question, please?

19       Q.   ODL is currently Ripple's primary

20   cross-border payment product, correct?

21       A.   It is one of our main product lines for

22   cross-border payments.

23       Q.   And you were responsible for developing

24   that product, right?

25       A.   My team was responsible for that, yes,

122

1    correct.

2         Q.   And you and your team put in a lot of

3    work over many years to get ODL to the point where

4    customers were using it, right?

5         A.   Yeah.  We -- we spend a lot of time with

6    customers and getting their feedback and using

7    that feedback for product improvements around not

8    only ODL and xRapid, but RippleNet as -- as a

9    whole.

10        Q.   And ODL was a product that Ripple

11   developed, right?

12        A.   Yes.

13        Q.   So would anyone be using ODL today if

14   Ripple didn't exist?

15        A.   Well, the product was developed -- ODL

16   was developed by Ripple.  So the -- I believe the

17   answer is no.

18        Q.   Did you read the papers attached to

19   Mr. ███ s e-mail?

20        A.   I don't believe so, no.

21        Q.   Can you -- you can put that exhibit

22   away.

23        A.   This one?

24        Q.   Yeah.  Thank you.

25              MR. HANAUER:  We're at a pretty

1        logical stopping point.  Would anybody

2        object if we took lunch now?

3                Let's go off the record, please.

4                THE VIDEOGRAPHER:  Please stand

5        by.  The time on the video monitor is now

6        1:05 p.m.  This is the end of Media Unit

7        Number 3.  Please stand by as we go off

8        the video record.

9                (Whereupon, a luncheon recess is

10       taken.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

124

1           A F T E R N O O N   S E S S I O N

2                   THE VIDEOGRAPHER:  The time on

3           the video monitor is now 1:50 p.m.  This

4           is the start of Media Unit Number 4.  We

5           are back on the video record.

6    BY MR. HANAUER:

7           Q.   Mr. Birla, was there a time that Ripple

8    gave away XRP for free?

9           A.   I believe so, yes.

10          Q.   When was that?

11          A.   I don't recall the exact date.  Yeah, I

12   don't -- I don't recall the exact dates.

13          Q.   Do you recall the last time Ripple gave

14   away XRP for free?

15          A.   I -- I do not.

16          Q.   Why was Ripple giving away XRP for free?

17          A.   I don't quite understand all the

18   dynamics behind why Ripple was giving away XRP.

19          Q.   Who were the type of recipients that XRP

20   was -- or that Ripple was giving XRP to for free?

21          A.   I -- I don't know for certain, but from

22   my recollection, I remember developers being one

23   constituent or group.

24          Q.   Traders?

25          A.   I don't know for certain.

1      Q.   Investors?

2      A.   I don't know for certain.

3      Q.   When Ripple gave away XRP for free, did

4   it place restrictions on what the recipient could

5   do with the XRP?

6      A.   I do not recall.

7      Q.   So we talked a little bit earlier this

8   morning about the term "speculator" or

9   "speculative trading."

10         And can you just remind me, what was

11   your understanding of -- of that terminology?

12      A.    In the product sense, there are -- in

13   relation to ODL, there are two types of

14   constituents or groups that provide liquidity.

15   There are contracted market makers and there are

16   natural liquidity providers.  And natural

17   liquidity providers are largely unknown, but

18   the -- that liquidity is organic to the exchange

19   and to the depth of liquidity.  It adds to the

20   depth of liquidity at an exchange.

21      Q.   So the natural liquidity providers were

22   those participants that traded XRP on exchanges,

23   right?

24              MS. ZORNBERG:  Object to form.

25      A.    I believe so, yes.

1    Q.   So when the terminology "speculative

2    trading" or "speculators" was used at Ripple, you

3    understood that to mean those trading XRP on

4    digital exchanges?

5              MR. HECKER:  Objection to form.

6    A.   I understood that to be similar to my

7    definition of natural liquidity providers.

8    Q.   And I believe you mentioned that Ripple

9    did not know who the speculators were or what

10   their motivation was for trading XRP?

11             MS. ZORNBERG:  Objection to form.

12   A.   Can you rephrase the question, please?

13   Q.   "Speculators" or "speculative trading,"

14   as that term was referred to at -- at Ripple,

15   Ripple did not know why those speculators were

16   trading in XRP, correct?

17             MR. HECKER:  Same objection.

18   A.   The contracted market makers for the

19   most part are known entities.  The natural

20   liquidity participants, it is correct,

21   they're largely unknown to -- to Ripple.

22   Q.   But you had mentioned that while the

23   speculators were largely unknown to Ripple, you

24   understood that at least some speculators were

25   trading XRP with the hope of profiting off it?

1          MR. HECKER:  Objection to form;

2     foundation.

3     A.   It is unknown what -- what the natural

4     liquidity participants' use case was or is.  One

5     of those use cases could be investments.

6     Q.   And you understood that there were

7     certain market participants that were, in fact,

8     investing in XRP with the hope that its price

9     would rise?

10          MR. HECKER:  Objection to form.

11     A.   I do understand that at least some of

12     the market -- natural liquidity market

13     participants, their use case was investment.

14     Q.   Did Ripple do anything to investigate

15     the speculative traders to find out what they were

16     doing with the XRP they were trading?

17          MS. ZORNBERG:  Object to form.

18     A.   To my knowledge, similar to open source

19     and the decentralized nature of the product and --

20     and the ecosystem, developers, traders, other

21     constituents, users, are unknown to the larger

22     community and that's the nature of open and

23     decentralized technology.

24     Q.   Did rip -- Ripple make efforts to figure

25     out who was trading in XRP?

1      A.    Not to my knowledge.

2      Q.    Did Ripple make efforts to restrict how

3    the people trading XRP on exchanges could use

4    their XRP?

5              MR. HECKER:  Objection to form.

6      A.    Could you rephrase the question?

7      Q.    Did Ripple ever make efforts to restrict

8    how those trading XRP on exchanges could use the

9    XRP that they purchased?

10     A.    Not to my knowledge.

11     Q.    During your time at Ripple, has Ripple

12   ever encouraged or promoted the investing in XRP?

13             MS. ZORNBERG:  Object to form.

14     A.    I don't recall.

15     Q.    Did Ripple sell XRP to investors?

16     A.    The -- today to my knowledge, the

17   primary sale of XRP is of for use in the products.

18   So ODL customers to my knowledge are the primary

19   counterparty in a sale of XRP, to my knowledge.

20     Q.    Since 2016, has Ripple sold XRP to

21   investors?

22     A.    Can you --

23             MS. ZORNBERG:  Object to form.

24     A.    Can you rephrase the question, please?

25     Q.    Do you understand that since 2016,

1    Ripple has from time to time sold XRP to

2    investors?

3                    MS. ZORNBERG:  Object to the term

4        "investor."  Investor in Ripple?  Investor

5        in some other broader sense?

6                    MR. HANAUER:  Investors in XRP.

7        A.   I don't know other than the customers

8    that have purchased XRP for use in our product,

9    ODL.  To my knowledge, I'm not aware of who the

10   company has sold XRP to.

11       Q.   Are you aware that Ripple has sold XRP

12   directly to hedge funds?

13       A.   I do not recall.

14       Q.   Do you understand that Ripple has sold

15   XRP to institutional investors?

16       A.   I do not recall.

17       Q.   Do you understand that there's a

18   community of retail investors in XRP?

19                   MS. ZORNBERG:  Object to form.

20                   You can answer.

21       A.   Yes, I believe so.

22       Q.   Do you have an understanding of whether

23   more people are trading in XRP for investment

24   purposes as opposed to other purposes?

25                   MR. HECKER:  Objection to form.