A. I -- I do not believe I have a good indication of the use cases around those providing liquidity for XRP.

Q. Was there ever a time when XRP was more widely used for purposes other than trading?

MS. ZORNBERG: Object to form.

A. Well, to my knowledge, similar to other currencies and other cryptocurrencies and as used in ODL and xRapid, you know, you trade the -- the currency for other currencies such as fiat. So you can look at ODL and pretty much a number of the customers make at least two trades, one on the originating exchange and one on the receiving exchange.

And so by definition, a lot of the folks to my knowledge leverage XRP and trade it, including those that are in our enterprise customer portfolio for ODL and xRapid.

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-6 for identification.)

MR. TENREIRO: Number 6.

MR. HANAUER: I just tendered the witness a document labeled Exhibit AB-6 with a beginning Bates number ending in

2305.

BY MR. HANAUER:

Q. And, Mr. Birla, Exhibit AB-6 is an e-mail chain ending with an e-mail you sent to [redacted] on June 3rd, 2015?

A. Yes.

Q. Who's Mr. [redacted]?

A. Mr. [redacted] was the vice president of prod -- sorry. Mr. [redacted] was the vice president of engineering, I believe.

Q. And do you see on your -- the top e-mail of AB-6, the last bullet point you write "We have zero nonspeculative volume on Ripple today, this would light up our first corridor. USD to MXN."

A. Yes, I see that.

Q. What are you writing about there?

A. I'm writing about an early version or incarnation of the product known as xRapid or ODL. I believe it's referred to RPP above.

Q. So what did you mean when there was "zero nonspeculative volume"?

A. Meaning the order books, in this case between U.S. dollars and MXN, were largely unknown. And as I mentioned before, there are two types of liquidity on exchanges: One is natural

liquidity and one is, you know, contracted liquidity. And in this case, I was referring primarily to there being, you know, non -- natural liquidity on the exchanges between this corridor.

Q. So are you saying that all of the liquidity that you reference in your e-mail came from speculative traders?

A. By my definition, the -- the traders were unknown and the liquidity was unknown. Again, on -- referred to as, like, natural liquidity on the -- these exchanges.

Q. How would Ripple have been able to tell what the -- the known liquidity was or the -- the known volume?

A. By my definition of known volume, it would be volume that was sent through -- given my role as product at Ripple, would be volume sent through the xRapid/ODL. Products, RPP products.

Q. Oh. So are you meaning that all the volume on the -- well, what -- when you say "nonspeculative volume on Ripple today," what -- what are you referring to when you say "on Ripple"?

A. I don't know for certain. Yeah, I don't

know for certain.

Q. So are you saying that all the volume in XRP trading was being driven by people trading XRP on exchanges as opposed to those using XRP -- or using Ripple products?

MR. HECKER: Objection to form.

A. It's unclear if I were refer -- if I was referring to the XRPLDex or other -- other products or other exchanges.

Q. Because at this point in time, 2015, xRapid was not in use, correct?

A. The precursor to xRapid was RPP, which is mentioned above -- below 1.

Q. Okay. So it sounds like on June 3rd, 2015, RPP was not generating any volume in XRP, correct?

A. Well, according to the e-mail, it mentions that it's zero from U.S. dollars, so I'm not sure.

MR. HANAUER: Seven.

MR. TENREIRO: Here's 7.

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-7 for identification.)

MR. HANAUER: I've just tendered

the witness Exhibit -- or a document labeled AB-7, which is a document beginning with the Bates number ending in 7378.

BY MR. HANAUER:

Q. And I take it you've seen Exhibit AB-7 before?

A. I'll read through the whole thing because I -- I don't know for certain.

(Pause)

Q. So Exhibit AB-7, that's an e-mail that you sent to Monica Long on June 12, 2015?

A. Yes.

Q. And it starts off "Read this thread."

A. Correct.

Q. So I assume you had read the e-mail chain at the time you sent the e-mail?

A. I believe so, yes.

Q. And I want to refer you to the second page of the exhibit, the portion of the e-mail that references Arthur Britto at 11:46 a.m.

And Mr. Britto, was he one of the founders of Ripple?

A. I believe he was one of the co-founders of Ripple.

Q. Did -- what was his role at the company in 2015?

A. It was a little -- I don't know for certain. It was a little unclear what his exact role was at the company.

Q. Was he a board member?

A. I don't know.

Q. And do you see Britto writes "I talked with Chris yesterday. He wants to keep Ripple Trade for nonconsumer. Our target is: Speculator traders and market makers"?

MR. HECKER: Objection to the form of the question.

Q. Do you see the part I'm referring to?

A. I see the part you're referring to.

Q. Okay. And did you understand Mr. Britto to be referring to Chris Larsen?

A. I believe so, yes.

Q. And at the time, June 2015, was Mr. Larsen the CEO of Ripple or was Mr. Garlinghouse?

A. I don't know for certain, but I believe Chris was the CEO.

Q. And what is Ripple Trade or was Ripple Trade?

A. So the XRP ledger is a -- a decentralized platform that enables developers and users to send money between accounts using application APIs or application interfaces. It's a -- it's -- it's open source and decentralized. You can also exchange different tokens or IOUs between -- using the XRPLDex. And you can do this through, again, APIs or web sockets to interface with the XRP ledger.

What Ripple Trade does is -- well, what the XRP client does is a downloadable, you can think of it as a web browser. It allows you to navigate the features of the XRP ledger using a graphical user interface. That's what the XRPL client does.

What Ripple Trade is is a hosted version. So while I said the XRPL client is a downloadable version, meaning you would have to download it and run it on your local machine, the Ripple Trade was a hosted version. So you could access it by going to www.RippleTrade.com.

Q. And could a user trade Ripple, buy and sell Ripple, on Ripple Trade? Or, I'm sorry, could a -- could a Ripple Trade user buy and -- purchase and sell XRP on Ripple Trade?

A. To be clear, it's a -- it's a graphical user interface and you would need to first get money on to the XRP ledger using one of the decentralized gateways. I believe at this time, one of them was known as [REDACTED]. And then once those U.S. dollar IOUs or tokens or staple coins were on the XRP ledger, you could then -- and in your account, you could then use Ripple Trade to access the XRPLDex and trade it.

Q. And in 2015, was Ripple developing products for those who traded in XRP?

A. The -- the product focus was for -- was Ripple Trade and it was a product for trading any digital asset represented on the XRP ledger, which could be U.S. dollars as a staple coin, could be -- I believe there was RMB. There was gold at one point, I believe, around this time -- time frame. There was bitcoin, Litecoin, I believe DOGE coin, and XRP as well.

And you could trade -- if there was an order book available, you could trade directly -- sorry. If there was an order book available within the asset, between an asset you had in your wallet, an asset you wanted, you could trade using Ripple Trade. If there wasn't an order book

available, it used a feature called "auto bridging" which would bridge that trade through XRP if it made sense and provided a better experience to the customer of Ripple Trade.

So it was -- it was a graphical user interface to trade and hold a number of different tokenized assets that were on the XRP ledger. I named a few of them.

Q. And when Mr. Britto writes about targeting speculators, traders and market makers, did you understand that to be referencing XRP speculators, traders and market makers?

A. My definition is -- is -- is the same in that you don't know who the -- you know, the use cases of the users are. For example, they could be using Ripple Trade to buy and hold gold which was represented on the XRP ledger.

Q. But you wrote "XRP is going to be the death of us."

A. Yes, that's correct.

Q. So --

MS. ZORNBERG: Object to the characterization "but you wrote." I don't -- I don't know -- I think the witness answered that he -- it's correct

that he wrote "XRP is going to be the death of us," not "but."

Q. Okay. So having said that, did you understand that Mr. Britto was talking about XRP speculators, traders and market makers?

A. Could we reset here? So are you referring to XRP as being the death of us? Are we going back to the portion in the document?

Q. Right. So I'm asking about the portion in the document where it's -- where the e-mail says "Our target is: Speculators, traders and market makers."

And I asked you, "Was that referring to XRP?" And I think you said it could have been any -- any commodity or product. Then I referenced you writing "XRP is going to be the death of us."

And now I'm asking, having seen all that, did you understand that Britto was writing about XRP speculators, traders and market makers?

MR. HECKER: Objection; foundation. Obviously the -- the exchange here has a whole lot more and you haven't connected them up. So lack of foundation.

Q. You can answer.

A. So given that the product Ripple Trade enables a whole lot of different tokens, I mentioned a number of them and you can trade amongst them. And my definition of speculators -- speculator as being you don't know what they're doing, it's not a known use case. I believe he was talking about folks that wanted to leverage Ripple Trade for a number of different use cases against a number of different assets.

Q. So why did you write "XRP is going to be the death of us"?

MR. HECKER: Same objection.

A. So at this time -- to my knowledge, at this time, I had roughly -- I was running, you know, product, and I had roughly 15 engineers total. Rough estimate. And we had agreed -- at least I perceived we had an alignment -- to focus on enterprise customers, financial institutions.

And developing products for financial institutions is -- is -- is super complicated, requires a lot of security protocols, testing, deployment into financial institutions. It's very resource-intensive. And at the time, I was trying to get a product for enterprises out the door with a very limited set of engineering and product

resources.

And I had felt we made a decision to sunset Ripple Trade and I could take some of the engineers and move them over to the enterprise product and -- and this was counter to it.

And so as a product person, your job is to prioritize but deliver a great experience to customers, a game-changing experience to customers. And I was frustrated that I wasn't -- I wasn't able to do that given I had -- I was split between a number of different product sets.

Q. So you were unhappy that Mr. Larsen was more focused on XRP than the other types of products that you were trying to develop?

MS. ZORNBERG: Objection to form.

MS. DEARBORN: Objection. Join.

A. Can you rephrase the question, please?

Q. So when you write XR -- I was just trying to summarize what -- your answer to the previous question. And it sounds like you were unhappy that either Mr. Larsen or Mr. Britto was trying to -- was too focused on XRP and not focused enough on the other products you were trying to develop?

MR. HECKER: That's --

MS. ZORNBERG: Objection; lack of foundation.

MS. DEARBORN: And objection to form on top of that. Thank you.

A. That -- that's an incorrect summary. My summary was that there was a Ripple Trade product that was going after a different set of customers, a different product architecture. And then I was trying to get out a -- a product that was focused on enterprise customers and I had limited resources, I think I mentioned around 15, maybe -- maybe not even 15, spread across both of these products.

I thought we had alignment to move in the enterprise direction and felt like we were moving that way, but this was counter to that.

Q. I don't understand. What's the problem with XRP? Why is that -- why was the focus on XRP a problem?

A. It wasn't so much a focus on XRP. It was a focus on the architecture of something built directly on the XRP ledger, being Ripple Trade, versus Ripple Connect was a very, very different architecture. And a product like Ripple Trade that was a browser, a decentralized browser on top

of XRP -- XRPL that allowed you to trade a lot of different assets wasn't the use case we agreed to move forward with.

MR. HANAUER: Nine.

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-9 for identification.)

MR. TENREIRO: Here comes 9.

MR. HECKER: Thanks.

MR. HANAUER: I just tendered the witness a document labeled as Exhibit AB-9, which begins with the Bates number ending in 2714.

BY MR. HANAUER:

Q. And AB-9 is an e-mail you sent to Patrick Griffin on June 26th, 2016?

A. That is correct.

Q. And you're responding to an e-mail that Mr. Griffin wrote to you the same day?

A. I believe he wrote it the team at Ripple, which I was part of.

Q. And whatever Mr. Griffin wrote, you responded by writing "Good e-mail"?

A. It's unclear -- I mean, I responded with "Good e-mail," but unclear if I was saying the

entire part of it was -- was good or just a few segments related to my products.

Q. And do you see on the -- a couple paragraphs down in Mr. Griffin's e-mail to you, he writes "Long term, we want payment volume versus speculation to drive more competitive rates in RLS"?

What did you understand him to be talking about?

A. Let me read a little bit more to get the full context.

(Pause)

A. Okay. Repeat the question, please.

MR. HANAUER: Can you read the question back, please?

(Whereupon, the record was read back.)

A. I don't know for certain, but I believe he is referring to the depth of liquidity available and how to create deeper liquidity to provide a better experience for customers.

Q. And then the bullet point where he writes "We have more speculative demand for cryptocurrencies than payment volume," what do you understand him to mean there?

A. You know, back to my, you know, original definition, payment of volume originating through Ripple products is volume we know about. And what he's referring to is that volume compared to the unknown volume, you know, the speculative volume, as he refers to here, and I had referred to as natural liquidity. The ratio of such is the natural liquidity is higher, far higher, than the payment liquidity.

Q. And in June 2016, did Ripple want to attract more speculative trading volume in XRP?

A. I don't know for certain, but helping build liquidity into corridors that our customers wanted provided a better experience for our customers, both in the competitive rates and in the depth of liquidity amount you could send using our products and services.

Q. So, yes, Ripple was trying to attract more speculative trading volume in XRP in June 2016?

MS. ZORNBERG: Objection to form.

MR. HECKER: Objection.

A. Building natural liquidity at exchanges that were part of the product suite was advantageous to the product experience and

benefited our customers.

Q. So -- and I'm just trying to use Mr. Griffin's words to you here. He writes about "attracting more speculative volume."

Is that something Ripple was trying to do in June 2016?

MR. HECKER: Objection to form; asked and answered. This is the third time.

MR. HANAUER: Third time I've asked.

MR. HECKER: Yeah.

MR. HANAUER: He's yet to answer the question.

MR. HECKER: Yeah, he has. You're just trying to put Mr. Griffin's words in his mouth and he's telling you his answer. He's allowed to put it in his own words.

A. So, you know, in -- in -- as the head of product, it was advantageous to me to build natural liquidity for -- for my products that improved the product experience. Better rates in a lot of cases and -- and more depth meant you can send more to the products. And in 2016,

cryptocurrencies and the ecosystem was nascent and it had a short liquidity, short order books. And that impacted the product experience in a negative way.

Q. So in 2016, what was Ripple doing to attract more speculative trading volume in XRP?

MS. DEARBORN: Object to form.

A. Other than what's noted here, I don't know for certain.

Q. Was Ripple providing incentives to market makers?

A. At this time period, I don't know.

Q. Does Ripple currently provide incentives to market makers?

A. When -- in certain corridors where the depth of liquidity isn't sufficient to provide a good experience for our customers, there are times where we work with contracted market makers to help supplement liquidity. Supplement liquidity means the delta between what we need to help provide a good experience for our customers and what's available via natural liquidity is mismatched. And in those cases, and usually at the destination exchange, Ripple-contracted market makers are often employed.

Q. That means Ripple paid market makers?

MR. HECKER: Objection to form.

A. I don't know the -- I don't know the exact mechanics, but they're either incented or a subsidy, but I don't know the exact mechanics.

MR. TENREIRO: Ten. Exhibit 10.

THE WITNESS: Are we done with this one?

MR. HANAUER: Yes, thank you.

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-10 for identification.)

MR. HANAUER: And I tendered the witness a document marked as Exhibit AB-10, which begins with a Bates number ending in 8104.

BY MR. HANAUER:

Q. And, Mr. Birla, is Exhibit AB-10 an e-mail that you sent to Patrick Griffin on September 13th, 2016?

A. I believe so.

Q. And there's a reference to [redacted] in the -- your e-mail and then the e-mail earlier in the chain.

What -- what was [redacted]?

A. I don't know for certain, but I believe in this context, [REDACTED] was -- was [REDACTED] [REDACTED]

Q. Okay. And what was -- what was [REDACTED]'s business?

A. At this time frame, I wasn't super familiar with what [REDACTED] was. I believe they owned [REDACTED] but at this time frame, I don't -- I don't remember exactly what [REDACTED] did.

Q. Okay. So in your e-mail to Mr. Griffin, you reference -- after the bullet points, you said "These two points above are tactics to address volume growth concerns that [REDACTED] and other investors will have regarding XRP."

Did -- did you understand [REDACTED] to be an investor or potential investor in XRP?

A. I don't know for certain if [REDACTED] was an investor in XRP at the time.

Q. And do you see Mr. Griffin's e-mail to you at the bottom of the first page on Exhibit AB-10? Mr. Griffin writes "Brad and I met with [REDACTED] this afternoon in New York. Our" objection -- "Our objective was to engage [REDACTED] to launch a new XRP fund"?

A. I see that.

Q. Was it your understanding that Mr. Griffin and Mr. Garlinghouse had an objective to have [redacted] launch a new investment product involving XRP?

A. I'd have to read the rest of this to understand.

Q. Okay.

(Pause)

A. Do you mind repeating the question?

Q. Was it your understanding that Mr. Griffin and Mr. Garlinghouse had an objective for [redacted] to launch a new investment product involving XRP?

A. From reading the e-mail, I believe that to be true.

Q. And then do you see on the second page of Exhibit AB-10 this paragraph that -- or the bullet point that begins "Predictability"? Mr. Griffin writes "An obstacle to getting new money into XRP is predictability of supply to assign a valuation to XRP. Investors need certainty and stability to evaluate risk and price accordingly"?

A. I see that.

Q. And did you understand Mr. Griffin to be

writing about concerns that investors had about XRP?

A. I understand this to be [redacted]s feedback summarized by Patrick.

Q. And [redacted] was a potential investor in XRP?

A. I believe so, yes.

Q. And why was Ripple trying to get [redacted] to invest in XRP?

A. In my role as -- at this time as head of product, that wasn't something that my function covered, so I don't know.

Q. Would increased investment in XRP have helped the products you were developing that used XRP work better?

A. I don't know.

Q. Do you see the -- the second paragraph on page -- page 2 of Exhibit AB-10 where it reference -- where it says "On OTC XRP purchases, they do not plan to purchase more XRP"?

A. Oh, sorry, can you -- what page was that?

Q. I'm sorry, the second page of Exhibit AB-10, just the second --

A. Second page and --

Q. -- paragraph, first sentence.

A. And can you rephrase the question or repeat the question, please?

Q. I just wanted to ask what are the OTC XRP purchases referenced in Mr. Griffin's e-mail?

A. That seems -- I don't know for certain. It seems like a summary of what [redacted] and [redacted] were doing to purchase XRP.

Q. What were your understanding of Ripple's over-the-counter XRP sales?

A. In the context of this e-mail?

Q. Just have you heard that terminology before?

A. Is the question -- can you rephrase the question, please?

Q. Yeah. What was your understanding of Ripple's over-the-counter XRP sales?

A. I did not have a deep understanding to -- to my knowledge.

Q. Were those the sales of XRP that Ripple was using to fund its operations?

MS. ZORNBERG: Object to form.

A. Can you rephrase the question, please?

Q. So Ripple's over-the-counter XRP sales, were those the sales of XRP that Ripple was using to fund its operations?

A. Time frame matters. For example, right now XRP is sold, you know, for use to Ripple customers that are using the ODL product.

Q. Sold by Ripple?

A. So as of right now, to my knowledge, the XRP is sold to Ripple customers for use in ODL by -- by Ripple.

Q. And back in 2016, before ODL was in commercial use, Ripple was selling XRP to investors like [redacted]?

A. I do not recall.

Q. Did Ripple ever have speculative trading volume targets?

MS. ZORNBERG: Object to form.

You can answer.

A. I do not recall.

MR. HANAUER: Okay. Can we look at Exhibit 19, please?

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-19 for identification.)

MR. HANAUER: I tendered the witness a document labeled AB-19, which has a Bates number ending in 8282.

BY MR. HANAUER:

Q. Mr. Birla, Exhibit AB-19 is an e-mail from Patrick Griffin copying you dated April 13th, 2017?

A. That's correct.

Q. And in the, I guess, second e-mail of the chain -- who is Ms. [sic] [REDACTED] [REDACTED]?

A. Mr. [REDACTED] was a product manager.

Q. He worked for you?

A. That -- that is correct.

Q. Does he still work for you?

A. No, he does not. No, he does not.

Q. And do you see how in just the second e-mail in the chain, Mr. [REDACTED] writes "This will lead to more" specu -- "speculative volume, which is a target goal for Ripple in Q2"?

A. I -- I see that, yes.

Q. Does that refresh your rec -- recollection whether Ripple had speculative trading volume targets?

A. I do not recall. I do not remember this e-mail.

Q. And that's not the -- the question. Does reading about one of your subordinates

writing about speculative volume being a target goal, does that refresh your recollection of whether Ripple had speculative trading volume targets?

A. That does not help refresh my memory.

MR. HANAUER: Twenty-four.

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-24 for identification.)

MR. HANAUER: I tendered the witness a document labeled Exhibit AB-24 with the Bates number beginning [REDACTED]0044098.

BY MR. HANAUER:

Q. And Exhibit AB-24, that's an e-mail from you to [REDACTED] dated November 29th, 2017?

A. That's correct.

Q. And Ms. [REDACTED], she was an employee of [REDACTED]?

A. I believe that's correct.

Q. And Ms. [REDACTED] is e-mailing you talking points?

A. I believe that to be true, yes.

Q. And do you see the part where it's -- where it's a little bolded and it says "[REDACTED]

News," and the bullet point says "We were excited to hear about [redacted]'s interest in XRP - it's the first ever XRP fund"?

A. Yes, I see that.

Q. Who's the "[redacted]" that Ms. [redacted] is referring to?

A. I don't know for certain, but I believe that's [redacted]

Q. And who is Mr. [redacted]

A. He is the founder of [redacted].

Q. And what's [redacted]

A. [redacted] is a -- is a online publication.

Q. And when Ms. [redacted]s writing "We were" -- "We were excited to hear about [redacted]s interest in XRP - it's the first ever XRP fund," what was she referring -- what was your understanding of what she's referring to there?

A. I don't know for certain, but likely [redacted]'s fund, blockchain fund.

Q. And that was good news that Mr. [redacted] was creating an XRP investment fund?

A. I -- I don't recall if it was good news or just news.

Q. Ms. [redacted] wanted you to say in talking

points that Ripple was excited about that fund?

A. Are you referring to the "Reactive Only" talking points?

Q. Yes.

A. Yes, I believe [redacted] has some points here about excitement about [redacted]'s interest in XRP.

Q. So that was -- the launching of the first-ever XRP fund, from a Ripple perspective that's good news?

A. From my recollection, it -- it wasn't something that on the product side that I noted as important.

Q. And further up in that e-mail to you, Ms. [redacted] writes "Today speculators are buying XRP on over 30 exchanges." She lists them. And then it continues, "and you can expect to see even more in 2018. This is a positive sign for the ecosystem - corporates and hedgers will be watching and taking cues"?

Was it a positive sign for Ripple that in November 2017, speculators were buying XRP on over 30 exchanges?

A. I don't know for certain, but I do remember being excited that exchanges in

destinations that the ODL and xRapid product was receiving feedback from our customers -- sorry, let me rephrase.

I do remember being excited that our customers had asked for destinations that we didn't have available as part of the ODL exchange and -- and product. And some of them -- some of these destinations were now listing XRP, which is a precursor to making them available in the xRapid and ODL product.

Q. And you understood that Ms. [REDACTED] was giving you guidance to talk publicly about the fact that speculators are buying XRP on over 30 exchanges?

MS. ZORNBERG: Object to form.

A. I don't remember, you know, reading this e-mail, but in the talking points, she does allude to a point about speculators buying XRP.

Q. So back in November 2017, were all of the different exchanges that Ripple was trying to get XRP trading on, were all those exchanges in countries where ODL would be sending money to?

A. Can you rephrase the question, please?

Q. All right. So I think you had talked about how ODL/xRapid, that product, involved

sending money from the U.S. to a foreign country, right?

A. I don't think I mentioned U.S., but U.S. was one of the origination points. Also available in Europe.

Q. Okay. And if the U.S. was an origination point, what would you -- what's the -- how would you call the receiving point?

A. The destination.

Q. The destination.

A. Yeah.

Q. Okay. So were all of the exchanges that Ripple was trying to get XRP listed on, were all of those exchanges in destination countries for ODL/xRapid users?

MS. ZORNBERG: I'm going to object to form and point out the witness's -- I think it's asked and answered in that he referred previously to precursors to the ODL being available.

You can answer.

A. Do you mind rephrasing the question?

Q. Okay. So were all the exchanges that Ripple was trying to get XRP listed on, were all those exchanges in countries, destination

countries, for ODL or its precursor products?

MS. ZORNBERG: Object to form and to the piece where you said that Ripple -- exchanges "Ripple was trying to get XRP listed on." Object to that terminology.

A. My product team worked closely with business development associates that helped add exchanges that were of interest to our customers to the ODL product suite. A precursor to adding it to the ODL product suite would have been for that exchange in the destination to have listed and built liquidity -- liquidity around XRP.

MR. HANAUER: Let's go to Exhibit 42.

(Whereupon, exhibit is presented and marked SEC Birla Exhibit AB-42 for identification.)

MR. HANAUER: I just tendered the witness Exhibit -- a document labeled Exhibit AB-42, which is -- begins on a page Bate -- with a Bates number ending in 2869.

BY MR. HANAUER:

Q. And, Mr. Birla, is Exhibit AB-42 an e-mail that you sent to Brad Garlinghouse on

January 8th, 2020?

A. Yes, that is correct.

Q. And when -- you write "As we've discussed - how do we bring institutional grade exchanges and liquidity providers to some of our core markets either through partnerships (e.g. [redacted] or roll-ups (e.g. leveraging [redacted] to roll-up LatAM exchanges)"?

And are you referring to there about efforts to get exchanges to list XRP in the destination of countries for ODL users?

A. I'm going to read the e-mail.

(Pause)

A. Do you mind repeating the question, please?

Q. So the first sen -- or the first part of that paragraph, "how do we bring institutional grade exchanges and liquidity providers to some of our core markets," do you see that?

A. I do.

Q. Are -- are you referring there to the exchanges, the digital asset exchanges, in the destination countries where ODL users were transferring money?

A. I believe I'm referring to a need for

high-quality exchanges. In the architecture of the product, ODL were highly reliant on nascent crypto exchanges. If the crypto exchange goes down, our products go down as well in the current architecture. So I'm referring to, hey, can we look and find high-quality institutional grade exchanges that are run by robust partners to enhance the -- the ODL product experience.

Q. So Ripple was making efforts to ensure that XRP was traded on high-quality exchanges in the destination countries?

A. As part of the experience, having high-quality exchanges enhance the ODL experience. Some of the exchanges mentioned here, [redacted] would be an originating exchange. I believe [redacted] would be their prominent Singaporean bank. And Singaporean dollars are an origination exchange. Second part would be LatAM. LatAM would be more or less in that destination. And -- and under your terminology that would be correct.

Q. Correct that Ripple made efforts to ensure that there were high-quality exchanges where XRP could be traded in the destination countries?

MS. ZORNBERG: Objection to form.

A. In -- in my role, I was concerned about the -- in the context of this e-mail, it's more the robustness of the technical infrastructure and rely -- reliability of the exchanges and that's what I'm referring to.

Q. Right. And so Ripple --

A. And part --

Q. Oh, I'm sorry, continue.

A. That's part of the ODL experience. And so I'm -- I'm focused on uptime, redundancies of code. If they're on AWS, do they have a backup in case AWS goes down? Your average crypto player outside of the top three or four don't have that kind of robustness, but institutional players like [redacted] because they offer banking infrastructure, do have that kind of technical robustness.

Q. Right.

So Ripple was making efforts to make sure that XRP could be traded on high-quality exchanges?

MS. ZORNBERG: Same objection.

MR. SOLOMON: Objection. You keep slipping in a legal term, "efforts." He has to answer the question his way, not your way. Can you let him use his own

words, please?

Objection; form.

MR. HANAUER: Anything else?

BY MR. HANAUER:

Q. You can answer the question.

A. As the head of product, I want high-quality exchanges for the ODL experience. And having high-quality exchanges means that they're -- they have redundancy. They know how to run technical bank-grade infrastructure. And -- and [redacted] the example given here, is a Singaporean -- large Singaporean bank that was interested in running an exchange, a crypto exchange, as well. And that I felt would be advantageous to the product experience.

Q. So --

A. Searching for destination exchanges and LatAM based on our customer needs. And, again, LatAM, very difficult to find high-quality exchanges with technical -- robust technical infrastructure and security protocols. The idea would be could we find someone that was familiar with financial applications on businesses to help find those exchanges to be part of the ODL experience.