1    Q.    And what did Ripple do to make sure

2    there were high-quality exchanges for XRP trading?

3    A.    So for -- to ensure that there were

4    high-quality exchanges as part of the ODL and

5    xRapid experience, there were a number of things

6    that we did.  Number one, site visits were

7    important.  So understanding if the exchange was

8    run by high-quality, high-integrity people.

9        Did they have -- you know, we did a

10   security audit.  Did they have the right security

11   protocols?

12       Did they have reputable funders so that

13   they had a long runway?  Because when you're

14   building in crypto, it takes a long time for

15   products to mature and you need to have ample

16   runway given you're in a very nascent, you know,

17   industry.

18       Did they have the right APIs?

19       So exchanging digital currencies is

20   different than processing -- sorry.  Exchanging

21   currencies is -- is one part of what an exchange

22   does, but when they're part of the ODL and xRapid

23   experience, they also have to process KYC rules.

24   Q.    That's know your customer?

25   A.    Know your customer.  They need to adhere

1     to the travel rule.  And that additional metadata

2     needs to be available and processed through the

3     exchange.

4              So most exchanges that we met with

5     didn't have the right kinds of parameters and

6     metadata to not only do cryptocurrency trading

7     against fiat, but also payment use cases like the

8     ones that ODL offers.

9         Q.   Was it easy for Ripple to find these

10    high-quality exchanges or did it involve a lot of

11    hard work?

12              MS. ZORNBERG:  Object to form.

13              You can answer.

14        A.   Well, in my experience with product over

15    the years, nothing is really easy.  It's super

16    complicated to -- to launch products and achieve

17    product market fit given you need to be ten times

18    better than anything else out there.

19              Now, you -- you couple on being in the

20    crypto industry that is still very nascent and new

21    and that adds further complication.  And then you

22    add on the global nature of our business and the

23    unfamiliarity with local markets and participants

24    and that adds an additional layer of complexity

25    into building a product.

167

```
 1              And not only at a new industry, but also
 2     at a -- a company offering a newer product to the
 3     market.
 4          Q.   In that first paragraph of AB-20 (sic),
 5     you refer to a "retail speculator."
 6              What do you mean by the term "retail
 7     speculator"?
 8          A.   I'm comparing the two types of liquidity
 9     providers --
10          Q.   Oh, I'm sorry.  Can -- I need to clear
11     that up.  I misspoke.
12              In AB -- Exhibit AB-42, you use the
13     terminology "retail speculator."  Please give your
14     understanding of -- of what you meant there by
15     "retail speculator."
16          A.   So I have versus, "vs," institutional
17     liquidity providers.
18              So as I mentioned, on an exchange there
19     are two types of liquidity providers:  One that
20     are institutional grade and, in many destination
21     markets, due to the lack of liquidity, our --
22     Ripple-contracted market makers and then everyone
23     else.  And a general catchall is known as natural
24     liquidity or in this case I used -- I think I'm
25     actually referring to another portion in the
```

1  document, someone else's language, but speculative

2  liquidity.

3      Q.   Is there a difference between retail

4  speculators and institutional speculators as you

5  understand it?

6      A.   I don't believe I -- I used the -- the

7  word "institutional speculators," so I'm not

8  familiar with that -- that term.

9      Q.   Would you consider the term "retail

10  speculator" to apply to a hedge fund?

11      A.   I don't know for certain.

12          MR. HANAUER:  Okay.  Exhibit 50,

13      please.  I'm going to do this last one.

14      It's quick.  Actually, before you --

15      Q.   I'm just going to ask you a couple

16  questions before the exhibit.

17          In 2020, did Ripple promote the

18  narrative that XRP should be part of a diversified

19  investment portfolio?

20          MR. HECKER:  Objection to the

21      form of the question.

22      A.   In my function -- sorry, can you give me

23  the date again?

24      Q.   In 2020.

25      A.   In my role both as head of product and

```
 1    general manager of RippleNet, that wouldn't be in

 2    my purview and function.

 3         Q.    Were you ever aware of Ripple promoting

 4    XRP -- promoting that XRP should be part of the

 5    diversified investment portfolio?

 6              MS. ZORNBERG:   Objection to form

 7         and to the use of the term "promoting."

 8         A.    I do not recall.

 9         Q.    Did Ripple ever promote XRP as an -- as

10    an investment product?

11              MS. ZORNBERG:   Same objections.

12         A.    I do not recall.

13         Q.    Did Ripple ever make public statements

14    suggesting that XRP should be part of a

15    diversified investment portfolio?

16         A.    Can you rephrase the question, please?

17         Q.    Did Ripple ever make statements to the

18    public suggesting that XRP should be part of a

19    diversified investment portfolio?

20         A.    I do not recall.

21         Q.    Did Ripple ever make statements to the

22    public suggesting that XRP should be an investment

23    product?

24         A.    I do not recall.

25              MR. HANAUER:   Exhibit 50, please.
```

170

1          (Whereupon, exhibit is presented

2       and marked SEC Birla Exhibit AB-50 for

3       identification.)

4               MR. HANAUER:  And I just tendered

5       the witness Exhibit -- a document labeled

6       Exhibit AB-50, which ends in a Bates

7       number -- or begins with a Bates number

8       ending in 5553.

9   BY MR. HANAUER:

10      Q.   And is Exhibit AB-50 an e-mail that ▮

11   ▮ sent to you and others on July 3rd, 2020?

12      A.   Yes.

13      Q.   And do you see how ▮ writes about

14   two-thirds of the way down, "We are about to get

15   active with the narrative that XRP deserves to be

16   a meaningful participant to a diversified

17   portfolio"?

18      A.   I see that.

19      Q.   And does that refresh your recollection

20   of whether Ripple ever promoted XRP as an

21   investment product?

22               MR. HECKER:  Objection to form;

23       foundation.

24      A.   No, I don't believe so.

25      Q.   And what was ▮ role with Ripple

171

1    in July 2020?

2         A.   Her role was unclear to me.  Is unclear

3    to me.

4         Q.   Was she high-ranking at Ripple?

5              MR. HECKER:  Objection to form.

6         A.   I don't recall her official title, nor

7    do I recall her being part of core -- core

8    decisions.

9         Q.   Do you have an understanding of why

10   ▓▓▓▓▓▓▓▓ ould be attaching an XRP Markets Weekly

11   presentation to her e-mail?

12        A.   I do not.

13             MR. HANAUER:  Counsel, do you

14        think now is a good time for a break?

15             MR. HECKER:  That would be great.

16        Thank you.

17             MR. HANAUER:  Yeah, let's go off.

18             MR. TENREIRO:  Are we done with

19        this one?

20             MR. HANAUER:  Yes, thank you.

21             THE VIDEOGRAPHER:  The time on

22        the video monitor is now 3:21 -- 3:22 p.m.

23        This is the end of Media Unit Number 4.

24        Going off the video record.

25             (Whereupon, a recess is taken.)

172

```
 1              THE VIDEOGRAPHER:  The time on
 2         the video monitor is now 3:46 p.m.  This
 3         is the start of Media Unit Number 5.  We
 4         are back on the video record.
 5    BY MR. HANAUER:
 6         Q.   Mr. Birla, since you started at Ripple,
 7    has Ripple provided incentives to market
 8    participants to increase trading in XRP?
 9              MS. ZORNBERG:  Object to form.
10         A.   I believe -- I don't know the mechanics
11    of the deal, but where there was insufficient
12    liquidity for the xRapid and ODL experience,
13    especially at destination exchanges, we would
14    contract with market makers to help supplement the
15    liquidity between delta for what a customer wanted
16    to send and what was available through natural
17    liquidity at an exchange.
18         Q.   Any other way that Ripple incentivized
19    market participants to increase trading in XRP?
20              MS. ZORNBERG:  Same objection to
21         form.
22         A.   What would your definition of "market
23    participants" be?
24         Q.   So how about this?  Before xRapid
25    launched in 2018, did Ripple provide incentives to
```

173

1    market participants to increase trading in XRP?

2              MS. ZORNBERG:  Objection to form.

3        A.   I don't know for certain.

4        Q.   Well, you -- you had mentioned the

5    giveaways, right, when Ripple was giving away XRP?

6        A.   I believe I mentioned I was familiar

7    with XRP giveaways.

8        Q.   And Ripple has sold XRP to institutional

9    traders at discounted prices?

10             MS. ZORNBERG:  Is that a question

11         or are you assuming facts not in evidence?

12             MR. HANAUER:  It's a question.

13       A.   Can you rephrase the question, please?

14       Q.   Has Ripple sold XRP to institutional

15   traders at discounted prices?

16       A.   I don't know for certain.

17       Q.   Has Ripple paid exchanges to list XRP on

18   their exchange?

19       A.   Not to my knowledge.

20       Q.   Has Ripple offered incentives to money

21   transmitters to use Ripple products?

22       A.   I believe so.

23       Q.   Tell me about that.

24       A.   As -- as a product is early on in its

25   development life cycle, like the ones ODL and

174

```
1    xRapid, for example, and in a very nascent

2    ecosystem, like blockchain and crypto,

3    cryptocurrency, or the cryptocurrency ecosystem, I

4    mentioned earlier that, you know, the products

5    have, you know, user experience issues given to

6    the nascent infrastructure providers, crypto

7    exchanges and so forth.

8              And to get product experience and

9    feedback from customers early on, it's super

10   important in a product development life cycle.

11   And my internal saying is Day 1 of a product isn't

12   when it's on a piece of paper or in a

13   presentation, but, like, when a customer starts

14   using it.  And there are oftentimes when we are

15   trying to get very early feedback from customers

16   and we quite well know that the experience isn't

17   where it needs to be.  And in those days, in -- in

18   some cases, it's worthwhile to provide incentives

19   to a customer.

20        Q.   Does Ripple still provide incentives to

21   its money transmitter customers?

22        A.   As the product has been in the market

23   and we've improved experience, to my knowledge, as

24   a product has gotten better and better, as a

25   result, while we do pay incentives in certain
```

175

1    cases, the amount has reduced to coincide with the

2    improvements in the -- in the product experience.

3        Q.   So what you're saying is the amount of

4    incentives that Ripple pays its money transmitter

5    customers has reduced over time?

6                MR. HECKER:  Objection;

7         mischaracterizes his testimony.

8        A.   I believe that for certain customers

9    into certain corridors where the product

10   experience has improved over time, the amount of

11   incentives has -- has reduced.

12       Q.   Is Ripple still contracting with market

13   makers to increase trading in XRP?

14       A.   I don't know for certain, but in a

15   number of our corridors, I believe that -- as I

16   defined earlier, that the -- the delta between the

17   amount customers want to send and what's there via

18   natural liquidity, that delta has shortened in

19   some corridors as the product has matured, but

20   also as the cryptocurrency ecosystem has matured

21   more broadly.

22                And as a result, in certain corridors,

23   the contracted market makers have been reduced.

24       Q.   Is Ripple still employing market makers

25   on Mexican digital exchanges?

176

 1          MR. HECKER:  Objection to form.

 2      A.   At this very moment, I don't know for

 3   certain whether there are active market makers

 4   at -- at the exchange in Mexico.

 5      Q.   Is Ripple still employing market makers

 6   on Filipino exchanges?

 7          MR. HECKER:  Same objection.

 8      A.   At this very moment, I don't know for

 9   certain if there are market makers at the Filipino

10   exchange.

11      Q.   Who would be the best person in Ripple

12   to ask about whether Ripple is still paying money

13   makers in destination countries?

14      A.   You --

15          MS. ZORNBERG:  Objection.  You

16      said "money makers."

17          MR. HANAUER:  Oh, I'm -- I'm

18      sorry.

19          MS. ZORNBERG:  The court reporter

20      --

21          MR. HECKER:  The court reporter

22      fixed it for you.

23          MS. ZORNBERG:  The court reporter

24      -- the court reporter --

25          MR. HANAUER:  Well, I'll just ask

177

1          it again.  Thank you, Counsel.

2     BY MR. HANAUER:

3          Q.   Who would be the best person at Ripple

4     to ask about whether Ripple is still paying market

5     makers in destination countries?

6          A.   Well, to clarify, in certain destination

7     countries at certain exchanges -- and there's a

8     function at Ripple known as a markets team that

9     has the most up-to-date knowledge on -- on that

10    question.

11         Q.   Who runs the market team right now?

12    Markets team.

13         A.   I don't know for certain, but I believe

14    it's ███████████

15              MR. HANAUER:  Ex -- we're going

16         to go to Exhibit 37.

17              (Whereupon, exhibit is presented

18         and marked SEC Birla Exhibit AB-37 for

19         identification.)

20              MR. HANAUER:  And I just tendered

21         the witness a document labeled Exhibit

22         AB-37 that begins with a Bates number

23         ending in 0714.

24    BY MR. HANAUER:

25         Q.   And, Mr. Birla, Exhibit AB-37, that's an

1   e-mail that you sent to your subordinates on --

2   certain of your subordinates on July 23rd, 2019?

3        A.   I believe that's correct, yes.

4        Q.   You sent this e-mail to the product

5   managers working for you?

6        A.   Yes, I believe that's correct.

7        Q.   What is an OKR?

8        A.   An OKR is a type of goal that stands for

9   objective, is the O, and the KR is key result.

10       Q.   And do you see the -- the second section

11  of your e-mail, the one titled "OKRs/High-Level Q3

12  priorities"?

13       A.   I do.

14       Q.   And you wrote "We have our Q3 company

15  OKRs and the Top 5 priorities that we will be

16  tracking this quarter"?

17       A.   I see that.

18       Q.   And you write that there are "additional

19  areas of focus we should be covering"?

20       A.   I see that.

21       Q.   And the second bullet point is "XRP

22  stewardship" and then in the parenthetical

23  "(trust, liquidity, price, et cetera)"?

24       A.   I see that.

25       Q.   What did you mean by "XRP stewardship"?

1      A.   I don't know for certain, but in looking

2  through this, I believe these are copied notes

3  pasted into an e-mail.

4      Q.   And I'm not asking about the more

5  technical stuff later in the e-mail.

6           But what -- what's your understanding of

7  XRP stewardship as you were trying to convey that

8  to your subordinates?

9      A.   QB -- the subject to my knowledge is --

10  is QBR, quarterly business review.  That's

11  conducted at the Ripple leadership level.  And I

12  believe that here I've copied the notes that

13  someone else created and pasted it into this

14  e-mail and may have edited it here and there and

15  then sent it out to my team.

16     Q.   What's your understanding of the term

17  "XRP stewardship"?

18     A.    In the context of my team, it would be

19  the liquidity portion and ensuring that there is

20  liquidity at the exchanges that are leveraged by

21  ODL and xRapid.

22     Q.   What do you understand XRP stewardship

23  to mean in terms of price?

24     A.    I do not understand that to my

25  knowledge.

180

1      Q.   Is Ripple able to take actions that

2  affect the price of XRP?

3            MR. HECKER:  Object to the form

4    of the question.

5      A.   To my knowledge, no.

6      Q.   Can Ripple affect XRP's price by buying

7  or selling large amounts of XRP?

8            MS. ZORNBERG:  Objection; asked

9    and answered.

10     A.   I do not know for certain.

11     Q.   Do you have any understanding of whether

12  Ripple could do that?

13           MS. ZORNBERG:  Objection; asked

14    and answered.

15     A.   I do not understand.

16     Q.   When you sent the e-mail in Exhibit

17  AB-37 to your team, were you trying to convey to

18  your product -- product managers to be good

19  stewards of XRP?

20          MS. ZORNBERG:  Object to form.

21     A.   I don't believe so, no.

22     Q.   Would you have wanted your product

23  managers to be poor stewards of XRP?

24          MS. ZORNBERG:  Objection to form.

25     A.   I'm not sure what "poor stewards of XRP"

1    means, so no.

2        Q.   Do you understand what to mean -- to be

3    a steward of XRP is?

4              MS. ZORNBERG:  Objection.

5        A.   In the context of -- in the context of

6    my products, that would -- and my product team,

7    that would mean to ensure there were -- there was

8    sufficient liquidity in the corridors that xRapid

9    had as part of its product experience.

10       Q.   In terms of the area of your focus,

11   would Ripple personnel be poor stewards of XRP

12   liquidity if they took efforts to lessen the

13   liquidity of XRP?

14             MS. ZORNBERG:  Object to form.

15       A.   Can you rephrase the question, please?

16       Q.   So I -- I was asking earlier what it

17   meant to be a good steward of XRP liquidity and

18   you answered the way you did.  I'm just trying to

19   figure out what the opposite of that would have

20   looked like.

21       A.   The opposite.  So in the context of

22   product and xRapid and ODL, if the customer wanted

23   to send a million dollars from the U.S. to Mexico

24   or Europe to the Philippines, there needs to be

25   one million plus of liquidity against XRP in both

182

1    the sending and receiving exchange.  I'm not

2    sure -- so you need to have sufficient liquidity

3    more than what a customer wants to send.  I'm not

4    sure how you would lessen the liquidity to answer

5    your question.

6         Q.    Could Ripple cancel its contract with

7    market makers?

8              MS. ZORNBERG:  Objection to form;

9     speculative.

10        A.    That -- I believe so.

11        Q.    In 2017, did Ripple decide to place a

12    large amount of its XRP holdings into escrow?

13        A.    I don't recall the exact dates, but at

14    some portion, Ripple put a large portion of its

15    XRP in escrow to my knowledge.

16        Q.    And why did Ripple do that?

17        A.    I don't -- to my knowledge, I don't have

18    the context of all the reasons.  My involvement

19    was around the technical details needed to escrow

20    and manage the release process from a product

21    and -- and technical perspective.

22        Q.    And why did Ripple want to do that?

23        A.    Again, in -- in my role, my input and

24    involvement was around providing, like, the -- the

25    product capabilities and feature sets needed to

183

1    manage the escrow process and -- and -- and lock

2    up other remaining portions that weren't used at

3    each -- at the end of each month.

4         Q.   Did you ever ask anyone at Ripple why

5    you were being directed -- directed to figure out

6    a process to escrow XRP?

7              MR. HECKER:  Objection to form.

8         A.   By the time that I was involved, I had

9    seen the decision was largely made, and my

10   involvement was to figure out how to get the

11   product portion done.

12        Q.   Was the decision to escrow Ripple's XRP

13   holdings influenced by concerns for market

14   participants that Ripple could lower the price of

15   XRP by flooding the market with its XRP holdings?

16             MR. HECKER:  Objection to form.

17        A.   I am -- I am not aware of the inputs

18   that went into the decision and factors that went

19   into the decision to escrow.  My role was to

20   provide the product feature set to manage the

21   escrow process and lock up the unused portions on

22   a monthly basis from a product and process

23   perspective.

24        Q.   What would be the business purpose for

25   Ripple to escrow its XRP holdings?

184

1          MS. ZORNBERG:  Object to form.

2      A.   I don't know for certain.

3          MR. HANAUER:  Twenty-one.

4          (Whereupon, exhibit is presented

5       and marked SEC Birla Exhibit AB-21 for

6       identification.)

7          MR. TENREIRO:  Twenty-one.

8          MR. HANAUER:  I just tendered the

9       witness a document labeled Exhibit AB-21,

10      which begins with the Bates number ending

11      in 1435.

12  BY MR. HANAUER:

13      Q.   Is Exhibit AB-21 an e-mail you received

14  on May 3rd, 2017?

15      A.   I believe so.

16      Q.   And do you see the second e-mail in the

17  chain is an e-mail from Mr. -- second e-mail from

18  the top of the chain on the first page is an

19  e-mail from Mr. Griffin dated May 3rd, 2017?

20      A.   I see that.

21      Q.   And do you see how the bullet points

22  discuss potential terms for Ripple's escrow

23  arrangement?

24      A.   I see -- yeah, I see an outline proposal

25  for the 55 billion escrow and one billion per

185

1    month.

2         Q.   And did Ripple ultimately settle on

3    those terms?

4         A.   I am not sure about -- if you're

5    referring to the first bullet, I believe so, yes.

6         Q.   And so when it says "55B rolling escrow,

7    1B per month," does that mean that 55 billion XRP

8    are placed into escrow and XRP [sic] is allowed to

9    disburse 1 billion XRP per month from that escrow

10   account?

11                    MS. ZORNBERG:  Object to form.

12        You said does it mean that XRP is allowed

13        to disburse one billion XRP?

14                    MR. HANAUER:  Thank you, Counsel.

15        I'll rephrase that.

16   BY MR. HANAUER:

17        Q.   Does it mean -- the -- the "55B rolling

18   escrow, 1B per month," does that mean that Ripple

19   would place 55 billion in -- XRP into escrow and

20   that Ripple could release no more than 1 billion

21   XRP per month?

22        A.   I -- I don't know for certain, but I

23   believe that's accurate.

24        Q.   And then do you see in

25   Mr. Garlinghouse's e-mail immediately above that,

```
 1    he writes "My point here is that you are showing
 2    some math below on set-asides that we didn't
 3    'decide' on.  We are simply making the point that
 4    anything not escrowed will be used to continue to
 5    invest in the health of the XRP ecosystem.  And
 6    the Asheesh clause was that 'invest' means a
 7    handful of things which I won't be prescriptive
 8    about here"?
 9        A.   I see that.
10        Q.   What did you understand Mr. Garlinghouse
11    to be referring to when he talks about anything
12    not escrowed will be used to invest in the health
13    of the XRP ecosystem?
14        A.   I don't know for certain.
15        Q.   Did you understand that he was referring
16    to that the XRP not escrowed could be continued to
17    be sold to fund XRP's -- Ripple's operations?
18             MS. ZORNBERG:  Object to form.
19             MR. SOLOMON:  Objection.  Asked
20          and answered.  He said "I don't know for
21          certain" to your last question.
22        A.   I don't know for certain.
23             MR. HANAUER:  Mr. Solomon, I
24          would ask that you please stop with the
25          speaking objections.  This is not the
```

1     first time.

2              MR. SOLOMON:  I'm trying to

3     identify.  You just asked the same

4     question twice.  So I'll say "objection,"

5     but if you persist in the questioning,

6     I'll point out why I'm objecting.

7              MR. HANAUER:  I would think

8     "asked and answered" could -- would

9     suffice.

10   BY MR. HANAUER:

11        Q.   What's your understanding of the

12   "Asheesh clause" that Mr. Garlinghouse is

13   referencing?

14        A.   I don't believe it was attached to the

15   e-mail referring to the "Asheesh clause."  So I

16   don't -- I don't recall.

17              MR. HANAUER:  Twenty-three.

18              (Whereupon, exhibit is presented

19        and marked SEC Birla Exhibit AB-23 for

20        identification.)

21              MR. TENREIRO:  Twenty-three,

22        Nicole.

23              MR. HANAUER:  And I just tendered

24        the witness a document labeled Exhibit

25        AB-23, which bears a Bates number ending

1        in 6664.

2    BY MR. HANAUER:

3        Q.   And, Mr. Birla, is Exhibit AB-23 an

4    e-mail that Mr. Garlinghouse sent to Monica Long,

5    copying you, dated November 27th, 2017?

6            There's a pending question, sir.

7        A.   Oh, sorry.  Do you mind repeating the

8    question?

9        Q.   Yeah, yeah.  Exhibit AB-23, that's an

10   e-mail that you received on November 27th, 2017?

11       A.   Yes, I believe so.

12       Q.   And do you see how the -- the e-mail and

13   the -- the one below it in the chain references an

14   escrow announcement?

15       A.   Referring to the one dated November 27,

16   2017?

17       Q.   Yes.  I believe both e-mails bear that

18   date.

19       A.   Yes, I see it.

20       Q.   And was late November 2017, is that

21   around the time that Ripple was planning to

22   publicly announce the escrow program it was

23   implementing?

24       A.   I don't know for certain other than the

25   contents of this e-mail.

189

1          Q.   Do you see how Ms. Long writes with the

2     first bullet point "Objective is to create a

3     second wave of excitement about the lockup amongst

4     speculators"?

5          A.   I see the bullet, first bullet, yes.

6          Q.   And what did you understand Ms. Long to

7     mean about creating a second wave of excitement

8     about the lockup amongst speculators?

9          A.   I don't remember.  I don't recall

10    reading the e-mail or interpreting the e-mail as

11    at this time I was busy, from my recollection,

12    implementing the software features needed to

13    support the lockup.

14         Q.   Why would making announce -- why would

15    Ripple making an announcement about putting its

16    XRP holdings into escrow, why would that generate

17    excitement amongst speculators?

18         A.   I don't know for certain.

19         Q.   And is it your testimony that when

20    Ripple referred to "speculators," it didn't know

21    who those people were?

22              MS. ZORNBERG:  Object to form.

23         A.   In -- in the context of product, in the

24    products that I worked on, at exchanges there are

25    two types of liquidity:  There's the Ripple

1    contracted liquidity and then the unknown.  And

2    the unknown was referred to as -- as natural

3    liquidity on those exchanges.

4         In my role, I was primarily concerned

5    with exchanges that were part of the product

6    experience to support ODL and xRapid.

7    Q.   So what you just said -- you said

8    "speculators" was your terminology for natural

9    liquidity on exchanges, is that accurate?

10   A.   I believe it's the other way around.  My

11   terminology was "natural liquidity."

12   Q.   Natural liquidity equals speculators?

13   A.   In -- in the context of my products, the

14   unknown liquidity that was not contracted by

15   market makers to support the -- the product was

16   known as natural liquidity.  Just the unknown.

17   Q.   Okay.  So speculators equals natural

18   liquidity equals unknown liquidity?  Do I have

19   that right?

20            MR. HECKER:  Objection to form.

21            MS. ZORNBERG:  Objection.

22            MR. HECKER:  Mischaracterizes his

23       testimony.

24   A.   The -- the -- what I referred to as the

25   unknown or the noncontracted liquidity on

191

1    exchanges to support Ripple products is natural

2    liquidity.

3         Q.   Okay.  And I'm asking you about the term

4    "speculators."

5              When you use that term, are you

6    referring to unknown liquidity on exchanges?

7         A.   I --

8                   MS. ZORNBERG:  Hold on one sec.

9                   Objection.  Are you referring at

10        all still to this exhibit?  Because he

11        didn't use the term "speculators" in

12        this.

13                  MR. HANAUER:  Right.  I'm

14        actually trying to get a better sense of

15        what he means by -- when -- what the term

16        "speculators" means to the witness.

17                  MS. ZORNBERG:  Objection; asked

18        and answered.

19        A.   I don't use the term "speculators"

20   often.  I use the term for unknown liquidity

21   participants as -- as "natural liquidity"

22   providers.

23        Q.   Okay.  When you do use the term

24   "speculators," what are you referring to?

25                  MS. ZORNBERG:  Objection.

1     A.    To my knowledge, I rarely use the term

2     "speculators."  If I do, it's likely quoting

3     someone to my knowledge from another portion of a

4     document or an e-mail.  But in that context, it's

5     likely to be similar to my definition of natural

6     liquidity.

7          Q.    And your definition of natural liquidity

8     is unknown liquidity?

9                MS. ZORNBERG:  Objection; asked

10        and answered.

11         A.    My definition of natural liquidity --

12    there's a sending exchange and a receiving

13    exchange that is part of the ODL and xRapid

14    product infrastructure.  The amount a customer

15    wants to send, subtract the natural liquidity --

16    the amount a customer wants to send, subtract the

17    contracted, you know, liquidity, and that's what's

18    remaining as -- is known as the natural liquidity

19    portion.

20         Q.    Do you have an understanding of whether

21    other people at Ripple had the same definition of

22    speculators as you did?

23         A.    I believe so, yes.

24         Q.    Who else at Ripple shared your

25    definition of speculators?

1     A.    Well, my team, product team, I talked to

2    them about -- I believe I talked to my team about

3    my definition of natural liquidity and as it

4    relates to xRapid and ODL products.

5     Q.    What about people outside of your team?

6    Did you understand the folks outside of your team

7    to share your understanding of the term

8    "speculators"?

9     A.    As it related to Ripple products, you

10   know, folks outside of my team, I believe, adopted

11   my terminology for natural liquidity and

12   measurement of natural liquidity.  And Ripple

13   contracted liquidity to support ODL and xRapid

14   products.

15     Q.    I'm asking you about your definition of

16   speculator, not natural liquidity.

17     A.    I -- I don't know for certain.

18     Q.    How could Ripple generate excitement

19   about its escrow program amongst speculators if

20   Ripple didn't know who the speculators were?

21             MS. ZORNBERG:   Objection.

22     A.    Do you mind rephrasing the question?

23     Q.    So I -- we just talked about that under

24   your definition, speculators were unknown

25   liquidity, right?

194

```
1        A.    (Indicating)
2              MS. ZORNBERG:  Objection; asked
3         and answered.
4        Q.    You have to say yes.
5        A.    Yes, my definition of natural liquidity
6    is unknown liquidity that supports xRapid and ODL
7    products.
8        Q.    Okay.  And that definition applies to
9    speculators also, right?
10             MS. ZORNBERG:  Objection; asked
11        and answered.
12       A.    Speculators that are providing natural
13   liquidity at exchanges that support ODL and xRapid
14   products.
15       Q.    So how can Ripple try and generate
16   excitement amongst speculators if it doesn't know
17   what sort of folks those speculators are?
18             MS. ZORNBERG:  Objection.
19       A.    In my role as -- as product, that is not
20   a function that I work on.
21       Q.    So Ripple's first xRapid customer began
22   using xRapid in October 2018?
23       A.    There were a number of early versions of
24   what is known as ODL or xRapid, RPP being one of
25   them.  And so, you know, early -- early customers
```

195

1    that date back to R -- the RPP days.

2         Q.    And when were the RPP days?

3         A.    I don't know for certain, but I believe

4    around the 2014 time frame.

5         Q.    And the first xRapid customer started

6    using xRapid in October 2018?

7         A.    I don't know for certain the exact

8    dates, but I believe them to be around 2018.

9         Q.    Late 2018?

10                MS. ZORNBERG:   Object to form.

11        A.    I don't know for certain, but in 2018.

12   I believe that time range is in the general

13   ballpark.

14        Q.    Did Ripple -- before xRapid launched,

15   did Ripple sell XRP to people using RPP?

16        A.    I don't believe so, no.

17        Q.    So when xRapid customers started using

18   xRapid -- and I'm referring to the xRapid product

19   that you just said launched in 2018, not its

20   predecessors.   Okay?

21        A.    I understand this.

22        Q.    Okay.  So when xRapid customers started

23   using xRapid in 2018, how did Ripple generate

24   revenue from xRapid?

25        A.    I've been working in product and

```
 1    engineering in Silicon Valley for most of my

 2    career, and both on the early product development

 3    side, late-stage side, as well.  And it's -- a

 4    core tenet of being a good product manager is to

 5    start with solving a customer experience problem.

 6    And we have a saying that you can't be marginally

 7    better than your customers.  You have to be 10x

 8    better than your customer.

 9             And I've created internet products, I've

10    created desktop products.  And that same mantra

11    holds true.  Creating something that's 10X better

12    in the crypto nascent industry is even harder

13    given a lot of your exchange partners and new

14    construction partners are also very nascent and

15    building at the same time.  The analogy we use is

16    it's sort of like, you know, changing out the

17    engine of a flight, you know, halfway through a

18    flight given there's so much changing around it.

19             And so we were fixated on creating a

20    reliable 10X better experience for our products

21    despite leveraging very nascent infrastructure

22    because our customers told us that that mattered.

23    They didn't really care if the underlying

24    infrastructure was nascent.  They wanted a

25    reliable, dependable experience to move mission
```

197

1    critical funds for their -- on behalf of their

2    customers.

3           And so as a result, that's what my

4    product team -- that's what I had my product team

5    and my engineering team focused on and continued

6    to focus on at Ripple.

7        Q.    Okay.  But I was asking you when xRapid

8    launched in 2018, how did Ripple generate revenues

9    from that product?

10       A.    To my knowledge, my team was focused

11   on -- was not focused on generating profits or

12   revenue from the product.  Was focused on creating

13   a 10x better experience for our customers.  And

14   there were a lot of complications given the

15   nascent infrastructure that supported the -- the

16   product.

17       Q.    Okay.  When Ripple's first customers

18   began using XRP in -- or xRapid in 2018, was

19   Ripple generating revenues from those customers'

20   use of xRapid?

21       A.    That wasn't a focus, so I don't believe

22   so.

23       Q.    Is there a time that Ripple began

24   generating revenues from xRapid or ODL?

25       A.    I don't know the exact dates, but over a

 1    period of time, different types of business models

 2    became clear to us and -- and -- and started to

 3    generate what's known as top line revenue.

 4        Q.   Okay.  Tell me about that.  How did

 5    Ripple first start generating top line revenue

 6    using xRapid or ODL?

 7        A.   So we worked a lot with our -- our

 8    customers to figure out what kinds of problems

 9    they were having in their day-to-day.  And -- and

10    so that was one sort of input.

11            The second input was that the crypto

12    markets continued to mature.  We talked earlier

13    about the depth of liquidity.  The depth of

14    liquidity matured quite a bit as the entire crypto

15    ecosystem grew.

16            And analyzing that, there were a few

17    different types of opportunities.  Number one, XRP

18    for use -- in selling XRP for our customers for

19    use in the ODL or xRapid product.

20            The second one would be a line of credit

21    and charging interest on a line of credit for our

22    customers to -- to use.

23            And then the third one was around what's

24    known as FX.  And in certain cases where -- in

25    certain cases in certain corridors, we're seeing

199

1   there's ability for our products to generate FX

2   top line revenue.  And that has been aided by the

3   growth and the depth of liquidity in certain

4   markets.

5        Q.   So it's my understanding that the first

6   step in an xRapid or ODL transaction is the money

7   transmitter needs to convert dollars to XRP,

8   correct?

9        A.   To my knowledge, it depends on what --

10  the originating currency, location of the

11  customer.  So if the customer is starting with

12  U.S. dollars, then that is accurate.  The first

13  step is to convert U.S. dollars into XRP.  If the

14  customer is starting with Euros, then it's Euros

15  to XRP.  If the customer is starting with GBP,

16  it's GBP to XRP, and so forth.

17       Q.   Okay.  So that -- that's Step 1.  And

18  then the next -- Step 2 is in the receiving

19  market.  The money transmitter needs to convert

20  the XRP to the receiving currency?

21       A.   Well, there's a few steps in between.

22  Once the customer, the money transmitter,

23  leverages a sending exchange to convert from U.S.

24  dollars to XRP, the system withdraws the XRP from

25  the sending exchange.  And through the

1    decentralized XRPL technology moves from one

2    account to the receiving exchange's account on the

3    XRP ledger.

4              And then it is then deposited to the

5    receiving exchange -- the XRP is deposited into

6    the receiving exchange.  And then from there it is

7    converted into pesos and then from there it's

8    withdrawn to the local banking infrastructure.

9              The local equivalent, if you are

10   familiar with the ACH system in the United States,

11   the local rail system in the destination country

12   is where the funds are often withdrawn to and

13   deposited into a -- a local bank account, to the

14   beneficiary.

15       Q.    So when xRapid customers started using

16   xRapid in 2008 -- 2018, for the first step of the

17   process the xRapid customer would go to a

18   originating nation exchange to convert their

19   originating fiat currency into XRP, correct?

20       A.    In the time period of 2018, I believe

21   that is correct, yes.

22       Q.    And during that time period when the

23   xRapid customer was getting their XRP off an

24   originating country exchange, during that time

25   period was Ripple generating revenues from xRapid

201

1    or ODL?

2                    MS. ZORNBERG:  You're talking

3          about 2018?

4                    MR. HANAUER:  Whatever the time

5          period was when the money transmitter were

6          getting their XRP from originating country

7          digital exchanges.

8                    MS. ZORNBERG:  You can answer if

9          you understand the question.

10   A.    Can you rephrase the question, please?

11   Q.    Okay.  So I -- I think you described

12   that when xRapid launched --

13   A.    Yes.

14   Q.    -- Step 1 in the process is the money

15   transmitter takes -- I'll just use an example --

16   dollars and goes onto a U.S. digital exchange and

17   converts the dollars to XRP, right?

18   A.    In that -- as an example, that's

19   correct, yes.

20   Q.    And -- and that's the way that xRapid

21   originally worked when it was launched in 2018?

22   A.    In 2018, that would be an example of how

23   it worked, yes.

24   Q.    Okay.  And so it's my understanding that

25   at a later point in time, the money transmitter

1    would get their XRP not from an exchange, but

2    buying the XRP from Ripple?

3                    MS. ZORNBERG:  Objection.

4                    You can -- you can answer.

5          A.    So the early version of the product that

6    -- there's a lot of earlier versions, but you're

7    referring to the -- I believe you're referring to

8    the 2018 version.  It is correct that the customer

9    would start with, as an example, U.S. dollars at

10   the originating exchange and convert it into XRP.

11                  We received feedback from our customers

12   and that talked about nascent infrastructure, that

13   the exchanges often go down.  They're unreliable.

14   And there are fees associated that the exchanges

15   levy as well.

16                  So taking that feedback, the product

17   team came up with an idea known as Wallet Send.

18   And Wallet Send provided the sending customer

19   with --

20         Q.    Do you mind spelling Wallet Send?  I'm

21   not sure the court reporter got the --

22         A.    Wallet Send, W-A-L-L-E-T space S-E-N-D.

23                  The Wallet Send, you can think of it as

24   a -- a crypto wallet that was provided to the --

25   the sending customer.  And why that was unique was

1    that our customers had noted that while there's a

2    lot of steps, to use xRapid I have to onboard at

3    the sending exchange.  I have to onboard at the

4    receiving exchange.  I have fees at the sending

5    exchange.  I have fees at the receiving exchange.

6    The sending exchange may go down.  The receiving

7    exchange may go down.  And so they provided a lot

8    of this feedback to us.

9            So the product team came up with a

10   concept called a Wallet Send.  And Wallet Send

11   essentially eliminated half -- half the leg of a

12   payment in terms of all the infrastructure

13   onboarding fees.

14           And so we piloted that concept for

15   Wallet Send.  Customers loved it.  And so we

16   brought that into production.  And to my

17   knowledge, the primary way that customers sourced

18   their XRP for Wallet Send was from Ripple.

19       Q.   And when did customers start using this

20   Wallet Send feature?

21       A.   I don't recall the dates exactly, but I

22   believe sometime after 2019.

23       Q.   And was the implementation of Wallet

24   Send, was that the first time that Ripple began

25   generating revenues from xRapid or ODL?

204

1    A.   I don't know for certain, but I believe

2  so.

3    Q.   And the way Ripple generated its

4  revenues through the Wallet Send program was by

5  selling XRP to xRapid or ODL customers?

6         MS. ZORNBERG:  Object to form.

7    A.   Can you repeat the question, please?

8    Q.   All right.  So the way Ripple generated

9  revenues after it implemented Wallet Send was by

10  selling XRP directly to the money transmitters

11  that used xRapid or ODL?

12    A.   So to my knowledge, that was one of the

13  ways that we generated revenue.  I mentioned there

14  was a line of credit and there are opportunities

15  for FX --

16    Q.   But that came later, right?

17    A.   I don't know the exact time frame, but I

18  believe it is correct that we started with Wallet

19  Send and -- and then, to my knowledge and

20  recollection, pretty quickly followed on with --

21  with line of credit.

22    Q.   And who are the Ripple customers that

23  use xRapid or ODL?

24    A.   They are often FinTechs or -- I think

25  they're known as MTOs.  I think MTO stands for

205

```
 1    money transmission organization or mobile

 2    transmission organization.  Likely money

 3    transmission organization.  And there are

 4    customers, FinTechs, MTOs that have the desire for

 5    moving money cross border where costs, speed and

 6    transparency are a quarter of their value

 7    proposition.

 8         Q.   Has the type of customer that uses

 9    xRapid or ODL changed over time?  Or has it always

10    been money transmitters?

11         A.   Are you referring to the legal

12    definition of money transmitter or -- because

13    there have been different customer types that we

14    have found through product development and

15    customer research that go beyond the classical

16    definition of a -- a money transmitter.  For

17    example, e-commerce companies.

18         Q.   Do e-commerce companies currently use

19    ODL?

20         A.   I don't know for certain the types of

21    businesses -- to restate, I do believe that in

22    certain cases, customers of our customers are

23    e-commerce companies that leverage the service.

24         Q.   And the cust -- the Ripple customers

25    that use ODL or xRapid, those are money
```

```
1    transmitters, correct?
2                MS. ZORNBERG:  Object to form.
3         A.   I do believe at certain points, some of
4    them were not money transmitters.  They were like
5    a marketplace, an e-commerce marketplace.
6         Q.   Historically have the majority of
7    ODL/xRapid customers been money transmitters?
8                MS. ZORNBERG:  Object to form.
9         A.   I believe that to be true, yes.
10        Q.   Do banks use ODL for cross-border
11   payments?
12        A.   I believe there are -- I believe there
13   is -- there are a few banks that use ODL or xRapid
14   for cross-border payments or have in the past.
15        Q.   Which ones?
16        A.   I'm not familiar with the entire list,
17   but I do remember meeting the ████████████and
18   talking to them about what they liked about that
19   experience and what they didn't like about the
20   experience and getting customer feedback directly
21   from ███████
22        Q.   Did that bank ever purchase the ODL or
23   xRapid product from Ripple?
24                MS. ZORNBERG:  Object.  Object to
25        form.
```

207

1          A.    I don't -- I don't recall.

2          Q.    Have any American banks been Ripple

3     customers that used ODL or xRapid?

4          A.    I don't recall.

5          Q.    Can you name me any as you sit here

6     today?

7          A.    I don't believe so.

8          Q.    So on -- I think we talked about the --

9     when xRapid launched back in 2018, the -- the user

10    had to go -- in the originating country had to go

11    to an exchange, digital exchange, on the orig --

12    in the originator country, right?

13         A.    That -- I believe that to be correct.

14         Q.    And in the target country, the

15    xRapid/ODL customer has to go to an exchange in

16    the target country to exchange the XRP into the

17    target currency, right?

18         A.    In the destination country currency,

19    yes.

20         Q.    Thank you.

21               And I know that the Step 1, the

22    originating country process, that's changed over

23    time.  Has the fact that the receiving country --

24    there needs to be a transaction on a receiving

25    country XRP exchange, does that still happen?

208

1          A.   We are working, actively working, on a

2     product release so that the customer experience

3     isn't impaired when the receiving exchange goes

4     down.

5          Q.   Has that product been released yet?

6          A.   It's part of -- I don't recall what

7     release it's part of but it's in an upcoming

8     release.  It's -- the feature is known as Wallet

9     Receive.  So that you have Wallet Send and you

10    would have Wallet Receive.

11         Q.   Are any -- are any current ODL/xRapid or

12    their customers using Wallet Receive right now?

13         A.   It's not in production yet.  It's in

14    active development and it has not been released.

15    And the plan is for all customers and partners to

16    move to Wallet Receive because that is the -- that

17    will deliver the kind of experience that customers

18    expect, eliminating the dependency on both the

19    sending exchange and the receiving exchange in

20    terms of critical -- providing critical payment

21    infrastructure.

22         Q.   But as of this moment and going

23    backwards to the time that XR -- xRapid was

24    launched, the -- the customer, the ODL/xRapid

25    customer, has always been dependent on the

1  receiving country exchange?

2          MS. ZORNBERG:  Object to form.

3      A.   The very early versions of the -- the

4  product, you know, with RPP, that wasn't the case.

5      Q.   I'm talking about from the start of

6  xRapid in 2018 to this point in time, today, the

7  xRapid/ODL product relies on converting XRP to

8  receiving fiat currency on a receiving country

9  exchange.

10     A.   I do believe that to be true, but I'm

11  not a hundred percent certain if an early version

12  of Wallet Receive is available in certain

13  countries.  So there may be exceptions where we

14  have deployed an early version of Wallet Receive.

15  But I don't know for certainty now.

16     Q.   And so when in xRapid -- can I just

17  settle on one, either ODL or xRapid, to -- to save

18  some words?

19     A.   Yeah.

20     Q.   Do you have a pref -- do you have a

21  preference?

22     A.   I like ODL.

23     Q.   Okay.  So when I'm referring to ODL, I'm

24  referring to ODL and its predecessor xRapid.

25          Do you understand?

210

1      A.   Yeah, I understand that.

2      Q.   Okay.  So when the ODL user relies on an

3    exchange to transmit the currency, there are costs

4    associated with converting the XRP -- or

5    converting the XRP to the fiat currency on the

6    receiving exchange, correct?

7      A.   I believe so, yes.

8      Q.   There's a spread, right?

9           MS. ZORNBERG:  Object to form.

10     A.   There are a few different costs.  One --

11   to be clear, like, a spread is always -- sorry.  A

12   spread is there regardless.  So if you're

13   converting from U.S. dollars to Mexican pesos,

14   you're going to be hit with a -- a spread.  But

15   that is one component of the cost.

16          The other component would be any fees

17   that the exchange levy on -- with trades or

18   withdrawals.  And withdrawals are when you take

19   the local currency and you take it off the

20   exchange onto local rails.

21     Q.   So what incentives did Ripple provide to

22   its ODL customers to use ODL in light of the

23   spreads and the fees that you just described?

24          MR. HECKER:  Objection to form.

25     A.   Can you rephrase the question, please?

211

1    Q.   Yeah.  So you talked about spreads and

2    fees that are incurred when ODL converts XRP to

3    receiving fiat, right?

4    A.   Yes, that's correct.

5    Q.   What incentives did Ripple provide its

6    ODL customers to address those spreads and fees

7    that would be incurred converting XRP to receiving

8    fiat?

9    A.   At different phases of the product, that

10   changed.  One piece of feedback we were hearing

11   from our customers was that reliability, not only

12   of the technical infrastructure but the rate that

13   you would get from the product, is super important

14   to their customers, especially like remittance

15   customers, where often -- often immigrants sending

16   money back home shop the rate around to get the

17   best rates.  So even a few basis points makes a

18   big difference.

19        And customers provide that feedback to

20   us.  Even though cryptocurrency is volatile, the

21   product needs to function such that if I'm sending

22   money from -- if my customers are sending money

23   from the UK to the Filipino peso, it has to be

24   reliable.  Otherwise, they'll go to another

25   offering.

212

1        So the customers are very price

2    sensitive to FX.

3        And -- and through the evolution of the

4    product, we wanted to ensure that they had a

5    reliable FX experience.  And so -- early version

6    of the product, the delta between what the market

7    rate was between GBP and Philippines, just as an

8    example, and what they were getting out of the

9    product experience from xRapid, given the volatile

10    nature of cryptocurrency, is that sometimes was

11    cheaper and sometimes was more expensive.

12    Sometimes was on par.  But our customers wanted

13    something that was consistent on par with local

14    FX.

15        And so early on in the product, the

16    easiest way to do that while we could still get

17    market feedback was to make the customer whole for

18    the delta between the on par FX rate and what they

19    were receiving in the product if it was more

20    expensive than the market rate.

21        But as I mentioned, sometimes it was

22    cheaper.  And that became early sort of indicators

23    that there might be opportunities to take revenue

24    in those cases as well.

25    Q.   So --

213

1      A.   So in early versions of the product, the

2    fastest way to do that was to make them whole.

3    And then later on in the product, we started to

4    create a feature so the customers didn't have to

5    worry about that at all.  So it was baked into the

6    product, as we call it.

7      Q.   And -- and when you said "make whole,"

8    Ripple would actually provide rebates to its ODL

9    customers to account for the spread on the XRP

10    conversion to receiving fiat being above the

11    prevailing FX rate?

12      A.   I think the right way to think about it

13    is you take the rate that they would get from the

14    market for converting, I think -- let's just

15    continue with the example -- from GBP to the

16    Philippines.  You can call that the Reuters rate

17    or the FX rate.  And then you take the rate that

18    the xRapid or -- sorry, ODL product provides to go

19    from GBP to Filipino peso with XRP as the bridge.

20          And if there is a net positive delta,

21    then that is -- we make them whole on that net

22    positive delta.  If it's on par, nothing, if it's

23    a negative.  And that was an early indication that

24    there was opportunity for Ripple to take revenue.

25      Q.   Right.  And when you say "make whole,"

214

1   you mean that Ripple would actually pay the ODL

2   customer the difference between the rate the ODL

3   customer obtained using ODL and the rate the ODL

4   customer would have obtained on an FX exchange?

5           MR. HECKER:  Objection to form.

6       A.   I -- I don't know what the right

7   terminology we used.  Actually, do you mind

8   repeating the question or statement?

9       Q.   You talked about the -- making the

10  customer whole, right?

11      A.   Correct.

12      Q.   And so if the customer paid more using

13  ODL than they would have in the inner bank FX

14  markets, Ripple would pay the ODL customer the

15  difference between the ODL rate and the inner bank

16  FX rate?

17      A.   I believe that to be true, yes.

18      Q.   And did Ripple also pay volume

19  incentives to its ODL customers?

20      A.   I don't know for certain about the

21  "also," but as I mentioned earlier, especially

22  with early adopters into new corridors that were

23  nascent, I believe we provided volume incentives,

24  especially early on in the product life cycle, to

25  make up for some of the product experience gaps