215

1    that were unfortunately part of the early adoption

2    product experience for ODL.

3        Q.   Did Ripple pay its ODL customers per

4    transaction payments for using ODL?

5              MR. HECKER:  Objection to form.

6        A.   I don't know for certain.

7        Q.   And in addition to paying the ODL

8    customers the -- the payments you just described,

9    Ripple would also pay the receiving country

10   exchanges to list XRP so that there could be an

11   XRP receiving fiat transaction?

12             MR. HECKER:  Objection to form;

13       foundation.

14       A.   Can you repeat the question, please?

15       Q.   So in order for ODL to work historically

16   before Wallet Send [sic], Ripple needed to have

17   XRP listed on receiving country exchanges?

18       A.   To be clear, I don't believe that had

19   anything to do with Wallet Send.

20       Q.   The Wallet Receive, I'm sorry.

21       A.   That is -- do you mind just restating

22   the question?

23       Q.   Yeah.

24             Before Ripple implemented Wallet

25   Receive, ODL needed XRP to be listed on receiving

1 country exchanges?

2   A. To be part of the Ripple ODL experience

3 where customers wanted to send money into a

4 destination, before Wallet Receive, we needed a

5 receiving or destination country exchange that

6 would provide liquidity between XRP and the local

7 or destination fiat currency.

8   Q. And Ripple paid those receiving country

9 exchanges to list XRP?

10     MS. ZORNBERG: Objection; assumes

11  facts.

12   A. Not to my knowledge.

13   Q. Did Ripple offer any incentives to the

14 receiving country exchanges to list XRP?

15   A. Not to my knowledge.

16   Q. Ripple made payments to market makers to

17 provide liquidity on the receiving country

18 exchanges, right?

19   A. For -- for exchanges that were part of

20 the ODL experience, especially in destination

21 exchanges where there wasn't sufficient liquidity,

22 and to process a customer's payment, I do believe

23 there were times where we leveraged contracted

24 market makers or liquidity providers to provide

25 that liquidity at those destination exchanges.

217

1    Q.    And for the receiving country exchanges,

2    does Ripple place restrictions on who can purchase

3    the XRP with the receiving country fiat currency?

4             MS. ZORNBERG:  Object to form.

5    A.    I'm not sure I understand the question.

6    Do you mind rephrasing?

7    Q.    Okay.  So the Step 2 process or the last

8    step of the ODL transaction is XRP gets converted

9    to fiat currency on a receiving country exchange,

10   right?

11   A.    In the earlier version, yes, of the

12   product, yes, that's correct.

13   Q.    Still does, right?

14   A.    We mentioned the exception.  I'm not

15   sure if there's a Wallet Receive available in

16   certain destinations, but outside of that, I

17   believe that is correct.

18   Q.    Does Ripple place restrictions on what

19   the people buying XRP on the receiving country

20   exchanges can do with the XRP they buy?

21            MS. ZORNBERG:  Object to form.

22   A.    I don't know for certain, but to my

23   knowledge, if the flow is going from origination

24   exchange to destination exchange, it's the other

25   way around.  So I believe it's -- I think you put

1  it as buying XRP.  I believe the deficit is

2  selling XRP.  So there is selling XRP and buying

3  peso, for example, is the -- is the flow.

4     Q.   Right.

5          But in order to -- for the -- the

6  recipient of the ODL transaction to get pesos,

7  the -- someone needs to buy XRP and pay for it

8  using pesos on -- on a Mexican exchange, right?

9          MS. ZORNBERG:  Objection.

10    A.   I believe it's the other way around.  So

11  the XRP is bought, sourced on the sending exchange

12  or through Wallet Send sent to the destination

13  exchange.  And at the destination exchange,

14  it's -- it's a one-way flow.  So it's -- there's a

15  deficit the other way.  So it's sold -- XRP is

16  sold for pesos.

17    Q.   Okay.  And --

18    A.   So you need to source pesos, not the

19  other way around.

20    Q.   Right.  So whoever is buying the XRP

21  with pesos on the destination exchange --

22    A.   Okay.

23          MS. ZORNBERG:  Objection.

24    Q.   Do you understand that?

25          MS. ZORNBERG:  Objection.

1        A.   I might --

2             MS. ZORNBERG:  All right.  You

3         should finish the question.

4        Q.   Okay.  So in order for the money

5    transmitter to get its pesos, right, it's got to

6    sell its XRP to someone buying the XRP with pesos

7    on a Mexican digital asset exchange, right?

8             MS. ZORNBERG:  Object to form.

9        A.   There's an order book that -- I believe

10   you're asking if there's an order book between XRP

11   and pesos.  And that's correct, yes.

12       Q.   So whoever ultimately ends up with the

13   XRP that's sent over from the United States, does

14   Ripple place any restrictions on what that

15   ultimate purchaser of XRP can do with the XRP they

16   buy?

17            MS. ZORNBERG:  You mean some

18        unknown person in a secondary market?

19            MR. HANAUER:  Correct.

20       A.   To my knowledge, no.

21       Q.   Would it be more expensive for ODL users

22   to transmit money using ODL if Ripple did not

23   provide incentives?

24            MS. ZORNBERG:  Objection to form.

25       A.   Do you mind repeating the question?

220

1       Q.    So we talked about the incentives Ripple

2 provides its ODL customers, right?

3       A.    That's correct.

4       Q.    Would it be more expensive for the ODL

5 customers to transmit currency without those

6 incentives?

7           MS. ZORNBERG:   Objection to form.

8       A.    To my knowledge and recollection, I

9 mentioned that there are times where, let's just

10 use the FX Reuters rate, where there's -- you

11 know, you're above -- the ODL cost is a positive.

12 And in those cases and if the customer was able to

13 obtain wholesale rates, and that is depending on

14 the customer type and the size, and if -- and

15 their cost to capital was -- was low because the

16 traditional system often works on something called

17 a good funds model where you have to pre-position

18 not only sending currency, but often pre-position

19 destination currency. And in that case, if -- if

20 those costs were negligible and you added up all

21 those costs and the product experience wasn't a

22 big issue for them to wait the time needed by the

23 traditional system, there could be cases where the

24 overall cost was more expensive than the ODL cost.

25           But in a lot of the cases with their

1    customers, they're smaller providers, in FinTechs

2    or MTOs.  And a lot of the incumbent banking

3    system don't want to bank and process payments for

4    those smaller customers, especially remittances

5    into places like Mexico and the Philippines, for

6    example.

7            They also have a high cost to capital

8    often, as I've learned, greater than 20 percent

9    because they are venture capital funded, as many

10   FinTechs are.

11           And so leveraging a product like ODL

12   helps them more efficiently use working capital.

13   And -- and a combination of the features I

14   mentioned, and we've been developing new features

15   as we get product feedback, have made the product

16   attractive to customers.

17           However, we are still working on working

18   out some of the kinks in the product experience

19   issues that I had mentioned earlier as well.

20           For example, we still have downtime at

21   receiving exchanges, roughly 4 to 6 percent

22   downtime.  And until we have the features like

23   Wallet Receive, we're not able to offer them the

24   experience they need that -- I talked about 10x

25   better experience.  That gets them to that 10x

```
 1    better experience.
 2         Q.   So does Ripple have any ODL customers
 3    that don't receive incentives?
 4         A.   I don't know for certain.
 5         Q.   Can you name one?
 6         A.   I don't know for certain.
 7         Q.   Are you able to name an ODL customer
 8    that does not receive incentives from Ripple?
 9         A.   I don't know for certain if there are
10    any customers that don't receive an incentive or a
11    rebate.
12         Q.   Did Ripple ever publicly disclose the
13    incentives it paid related to ODL?
14         A.   I don't know for certain.
15         Q.   Would ODL work if the price of XRP was
16    zero?
17              MR. HECKER:  Objection to form.
18         A.   So I had mentioned earlier on that we
19    tried other digital assets.  Now the question is,
20    you know, could we use another digital asset
21    instead of XRP to facilitate a cross-border
22    payment -- payment?  We -- in our experiments, the
23    cost and the transaction fees of moving money
24    across other blockchains and the speed wasn't
25    as -- as -- as proficient as -- as XRP.
```

223

1          So while it's technically feasible to

2     swap out XRP for another digital asset -- because

3     what you're referring to by XRP going to zero

4     would likely mean liquidity is -- unless I'm

5     missing something -- would also be zero.  You

6     would need to move to another digital asset.

7          And now the question is would we be able

8     to find customers that would be willing to pay the

9     additional fees and be okay with the -- the time

10    frame for which a payment settled using other

11    technologies?  I don't know.

12       Q.   Would ODL work with -- using XRP if the

13    price of XRP was zero?

14            MS. ZORNBERG:  Objection; asked

15       and answered.

16       A.   I believe my answer would be the -- the

17    same in that I'm not a hundred percent sure, but I

18    can only speculate that if the price was zero,

19    liquidity would be zero.  And if liquidity was

20    zero -- and then I mentioned early on that if you

21    need to move a million dollars on behalf of

22    customers, you need at least $1 million of

23    liquidity.  And $1 million at a price of zero is

24    zero.

25            So I might be missing something, but I

224

1    believe that it would be difficult because there

2    wouldn't be sufficient liquidity to provide the

3    experience we need for our customers.

4          Q.   And if Ripple decided to use another

5    digital asset as a bridge currency for ODL, would

6    Ripple generate any revenues from ODL?

7                    MS. ZORNBERG:  Objection;

8           speculative and portions already addressed

9           in his prior answers.

10         A.   I mentioned that it's tough to

11   understand.  I have not -- I have not gone to our

12   customers and asked them if they would be okay

13   with experience trade-offs by leveraging another

14   technology given that in our tests, it showed that

15   they were more costly and slower.

16              So to answer that question, I would need

17   to do some customer research.

18         Q.   Well, you said that Ripple generates its

19   revenues related to the ODL program by selling

20   XRP, right?

21                   MS. ZORNBERG:  Objection.

22         A.   So what I -- I believe I -- what I

23   believe I said, and to my recollection, was that

24   there are a few different revenue opportunities

25   that we are finding with -- with the ODL product.

225

1      One being, in conjunction with Wallet Send, the

2      ability to sell XRP for use in the product ODL

3      directly to customers.

4              The second being -- given the feedback

5      we heard and a problem that we heard from our

6      customers is that their cost to capital is very

7      high given that a lot of them are venture capital

8      backed or margin-thin businesses -- a line of

9      credit was another option.

10             And then the third option, as the

11     cryptocurrency markets have matured and the depth

12     of liquidity has improved, that is often

13     correlated with better FX rates.  And in certain

14     corridors and at certain time periods had

15     mentioned that there's a Reuters FX rate, and at

16     certain times, the cost was -- for using ODL was

17     below the Reuters FX rate, that would hint towards

18     the ability for Ripple to generate top-line

19     revenue in those circumstances.

20     Q.    If ODL stops using XRP and instead uses

21     another bridge currency, could Ripple generate

22     revenues through the Wallet Send program?

23             MS. ZORNBERG:  Objection;

24      speculative and asked and answered.

25     A.    I would have to think through -- I don't

226

1   know for certain.  I'd have to think through the

2   mechanics of how that would work and, again, also

3   factor in, like, the experience trade-offs and get

4   input from our customers to understand if that was

5   something they would pay for.

6         So starting with another digital asset

7   or another sort of instrument would be something

8   that I'd have to research and investigate and --

9   and get back to you.

10          MR. HANAUER:  All right.  Why

11      don't we take a break.

12          THE VIDEOGRAPHER:  The time on

13      the video monitor is now 5:23 p.m.  This

14      is the end of Media Unit Number 5.  We are

15      off the video record.

16           (Whereupon, a recess is taken.)

17          THE VIDEOGRAPHER:  The time on

18      the video monitor is now 5:37 p.m.  This

19      is the start of Media Unit Number 6.  We

20      are back on the video record.

21   BY MR. HANAUER:

22      Q.   Was MoneyGram the first large-scale user

23   of ODL?

24          MS. ZORNBERG:  Object to form.

25          MR. HECKER:  Yeah.

227

1     A.   Do you -- do you mind defining "large

2  scale"?

3     Q.   Was MoneyGram the first user of ODL that

4  generated the volume of XRP transactions that

5  Ripple was targeting?

6            MS. ZORNBERG:  Object to form.

7     A.   Do you mind rephrasing the question?

8     Q.   MoneyGram started using ODL sometime

9  after June 2019?

10     A.   I don't recall the specific dates, but

11  around that time frame seems directionally

12  correct.

13     Q.   And by January 2020, MoneyGram was

14  generating approximately 90 percent of ODL volume?

15            MS. ZORNBERG:  Object to form.

16     A.   I believe that to be true at least for

17  the U.S. dollar to Mexican corridor.

18     Q.   And during what period was MoneyGram

19  Ripple's largest ODL customer by volume?

20     A.   I don't know the specifics.  Yeah, I

21  don't recall the specifics.

22     Q.   When did MoneyGram stop being Ripple's

23  largest ODL customer?

24     A.   Sometime -- I don't recall the

25  specifics, the specific dates, but I believe it

228

1    was sometime around early 2021.

2         Q.   And before early 2021, MoneyGram

3    generated the largest volume of XRP transactions

4    among ODL customers?

5         A.   Do you mind repeating the question,

6    please?

7         Q.   Yeah.

8              Prior to early 2021, did MoneyGram

9    generate the largest volume of XRP transactions

10   among ODL customers?

11        A.   Is there a specific time period?

12        Q.   Ending in early 2021, when you said

13   MoneyGram stopped being the largest ODL customer,

14   going back to the time MoneyGram became an ODL

15   customer.

16        A.   And do you mind repeating the second

17   part of the question?

18        Q.   During the time MoneyGram was an ODL

19   customer, did MoneyGram generate the largest

20   volume of XRP transactions among Ripple's ODL

21   customers?

22        A.   So to my knowledge, there was a ramp-up

23   period for MoneyGram.  And at some point post the

24   ramp-up period, to my knowledge I believe

25   MoneyGram by volume was the largest ODL customer.

1      Q.   Did Ripple make a $50 million investment

2    in MoneyGram?

3      A.   I don't know the specific dollar amount,

4    but I do believe Ripple was an owner of a portion

5    of MoneyGram company stock.

6      Q.   Did Ripple agree to reimburse MoneyGram

7    on ODL transactions so that MoneyGram would be

8    within ███ basis points of the prevailing spot FX

9    exchange rate?

10     A.   I don't know for -- for certain on the

11   exact mechanics, but I do believe that it was

12   important for MoneyGram, given the -- the size of

13   their customers and their access to wholesale FX

14   rates as determined by FX Reuters, that they

15   achieved something close to what they were getting

16   from FX Reuters or their traditional services even

17   though they -- even when they used ODL/xRapid.

18   And to the extent that there was a delta between

19   what ODL provided and what their incumbent rates

20   were, I do believe Ripple made MGI whole.

21     Q.   And when Ripple made MoneyGram whole,

22   did Ripple do so using XRP or some sort of fiat

23   currency?

24     A.   I don't know for certain.  I do remember

25   there was a debate around that.  I don't know if

230

1    during time periods, if that shifted between XRP

2    and U.S. dollars.

3        Q.   Did the make-whole payments that Ripple

4    made to MoneyGram exceed ███████████ in 2020?

5        A.   I don't know for certain if the delta

6    between the Reuters rate or the incumbent rate and

7    what ODL provided them exceeded the amount you

8    suggested in 2020.

9        Q.   Did Ripple agree to pay MoneyGram

10   transaction fees on each ODL transaction that

11   MoneyGram performed?

12       A.   I do not recall transaction fee payments

13   or reimbursements.

14       Q.   Did Ripple agree to pay MoneyGram

15   performance bonuses if MoneyGram exceeded certain

16   volume thresholds on ODL?

17       A.   I do not know for certain, but I do

18   believe that there were some reimbursement

19   payments to MoneyGram for hitting certain

20   milestones and I believe they were to cover

21   development costs associated with implementing the

22   ODL product.

23       Q.   If not for the payments that Ripple made

24   to MoneyGram, would it have been more expensive

25   for MoneyGram to transmit money using ODL than

1    traditional payment rails?

2              MS. ZORNBERG:  Object to form.

3              You can answer.

4         A.    I was -- to my knowledge and

5    recollection, I wasn't privy to the MoneyGram

6    financials to understand in what corridors and all

7    the costs associated the transacting into those

8    corridors were to determine if one would have been

9    more expensive compared to another.

10        Q.    Did Ripple ever sell XRP to MoneyGram

11   for use in ODL?

12        A.    I don't know for certain, but I do

13   believe in early 2021, we had proposed that option

14   to -- to MoneyGram.

15        Q.    And MoneyGram said no?

16        A.    I don't know for certain if they said

17   no, but there were two to three proposals in terms

18   of moving to next steps with MoneyGram.  But at

19   that point, they determined to cancel the -- the

20   engagement with Ripple.

21        Q.    So MoneyGram canceled its engagement

22   with Ripple before Ripple began selling XRP to

23   MoneyGram for use in ODL?

24        A.    I don't know for certain, but I believe

25   that to be true.

232

1        Q.   Did MoneyGram ever request to Ripple

2    that MoneyGram be allowed to use XRP it received

3    as incentives for use in ODL?

4        A.   Do you mind repeating the question,

5    please?

6        Q.   So some of the -- did you understand

7    that some of the incentives that MoneyGram

8    received from Ripple were paid in XRP as opposed

9    to fiat?

10       A.   I do believe that to my knowledge, but I

11   can't be for certain that some was paid in XRP.

12       Q.   And did MoneyGram ever request to Ripple

13   that MoneyGram use the XRP it received as

14   incentive payments in an ODL transaction?

15       A.   I don't know for certain, but I do

16   believe they asked.

17       Q.   And did Ripple allow this?

18       A.   I don't know for certain.

19       Q.   Did other ODL users ever request of

20   Ripple that they could use the XRP they received

21   as incentives for use in ODL?

22       A.   I do not recall.  Additionally, it would

23   be a product change to enable that kind of

24   feature.

25       Q.   Do --

233

1      A.   So I don't know if it was proposed,

2   however, to my recollection, I -- I don't

3   remember.

4      Q.   Did Ripple ever enable that product

5   change to allow its ODL users to use their XRP

6   incentive payments for use in the ODL money

7   transfer process?

8      A.   I don't believe so, no.

9      Q.   Why not?

10      A.   I don't know for certain, but MoneyGram

11   had -- in the case of MoneyGram at least, they had

12   implemented the version of ODL where they are

13   integrated at the sending exchange.  From my

14   recollection, they were hesitant to directly

15   custody XRP for a payment flow.  To enable them to

16   send -- use the incentive XRP payments to send

17   payments, they would need to reconfigure their

18   implementation and implement a different product

19   architecture.  And I don't remember how far those

20   discussions got with the -- at least in the case

21   of MoneyGram.

22      Q.   Did an ODL customer named ▮▮▮▮▮▮▮

23   ever request to use their XRP incentive payments

24   for use in ODL?

25      A.   I don't recall.

234

1      Q.   Did any ODL customer that used the

2  Wallet Send feature ever request to use their XRP

3  incentive payments for use in ODL?

4      A.   I can't recall.

5               (Whereupon, exhibit is presented

6          and marked SEC Birla Exhibit AB-46 for

7          identification.)

8               MR. TENREIRO:  Forty-six.

9               MR. HANAUER:  I'm tendering the

10         witness an exhibit that's been marked --

11         or a document that's been marked as

12         Exhibit AB-46.

13  BY MR. HANAUER:

14     Q.   And on Exhibit 46, that is you

15  responding on Twitter to a tweet CoinDesk made on

16  February 25th, 2020?

17     A.   Yes, I believe that to be true.

18     Q.   And CoinDesk is tweeting that MoneyGram

19  received over $11 million from Ripple in the past

20  year?

21     A.   I believe it says past half year in the

22  tweet.

23     Q.   Thank you.

24               And you -- you start your Twitter post

25  responding to that with "Always with the

1    hysteria."

2            What are you referring to there?

3        A.   I don't know for certain, but I believe

4    this particular tweet was drafted by the internal

5    comms team.

6        Q.   Ripple's internal comms team?

7        A.   Yes, I believe so.

8        Q.   But you were the one that posted this

9    tweet?

10       A.   Yes, that is -- I believe that to be

11   true.

12       Q.   And you wrote "Ripple and MGI are

13   strategic partners - we are building a new

14   infrastructure together.  This market development

15   requires a ton of work, effort, and resources"?

16               MS. ZORNBERG:  Object to form on

17       "you wrote."  He just said he didn't write

18       it, but he said he posted it.

19       Q.   You posted those words?

20       A.   Yes, it appears that I posted those

21   words on my Twitter account.

22       Q.   And when you posted that "This market

23   development requires a ton of work, effort, and

24   resources," you were referring to work, effort,

25   and resources by Ripple?

1    A.   I don't believe so.  I believe that it's

2    a bit ambiguous.  And given it says "together" in

3    the preceding sentence, I believe it's referring

4    to both Ripple and MoneyGram.

5    Q.   It took a lot of work for your team to

6    develop ODL, right?

7    A.   Yes.  Developing product to deliver the

8    kind of experience in a -- a nascent industry, an

9    ecosystem like cryptocurrency and blockchain takes

10   a lot of work and effort.

11   Q.   And Ripple had to expend a lot of

12   resources to develop an ODL?

13   A.   It depends on the definition of "a lot."

14   But there was -- there were a number of product

15   managers and engineering resources working not

16   only on ODL, but given every ODL customer also has

17   to adopt RippleNet, RippleNet as a -- as a whole

18   and given ODL is in the cloud, there's all sorts

19   of operational infrastructure that needs to

20   support both ODL and RippleNet from a cloud

21   infrastructure as well.

22             MS. GRESSEL:  And could we just

23        ask that the exhibit be circulated to the

24        attendees?

25             MR. TENREIRO:  It should have

237

1      been.

2                      Forty-six.  Nicole, did you get

3      that?

4                      MS. ZORNBERG:  I also think the

5      SEC has about four minutes left on its

6      seven hours.

7                      MS. FORBES:  I sent 46.

8                      MR. HANAUER:  I think we have

9      about 17 by my math.

10                     MS. ZORNBERG:  Maybe I'm off.

11                     THE VIDEOGRAPHER:  Yes.

12                     MS. ZORNBERG:  Thank you.  Thank

13     you for the correction.  Seventeen

14     minutes?

15                     THE VIDEOGRAPHER:  Seventeen,

16     yes.  It was --

17                     MS. ZORNBERG:  Okay.

18                     THE VIDEOGRAPHER:  -- 6:20 at the

19     last one.

20     BY MR. HANAUER:

21         Q.   So after Ripple ended its relationship

22     with MoneyGram, who became Ripple's largest ODL

23     customer?

24         A.   Among the top I believe are ███████

25     ████ and potentially ██████ and ██████

238

1     Q.   And do all those customers receive

2   incentives from Ripple?

3     A.   I do not know -- know for certain if

4   ████████ receives incentives or not.

5     Q.  ████████ does.

6     A.   From my recollection, I don't know for

7   certain, but I believe that ████████ receives

8   incentives.

9     Q.  ████? Does ████ receive incentives

10  from Ripple?

11     A.  ████ is an ODL customer. ████ is a

12  RippleNet customer. ████ uses RippleNet without

13  ODL into certain jurisdictions.  It is unclear to

14  me, and I don't know for certain, which corridors

15  receive incentives from Ripple to support their

16  products.

17     Q.  Does ████ receive incentives for using

18  ODL?

19     A.  I -- I don't know for certain, but I

20  believe when there is a discrepancy between the

21  quoted FX rate reported by Reuters and agreed to

22  in the contract and what is delivered by ODL, I do

23  believe we make them whole, but I don't know for

24  certain.

25     Q.  ████████ participates in the Wallet

239

1   Send program?

2       A.   Again, I don't know for certain, but I

3   believe that ███████ is implementing RippleNet

4   with ODL -- or -- or has implemented and is

5   additionally implementing RippleNet with ODL.  And

6   I do believe they're also implementing RippleNet

7   without ODL.

8           In at least one of the corridors that

9   █████████ is implementing RippleNet with ODL,

10  they're leveraging Wallet Send capabilities.

11      Q.   So that means ████████ is buying XRP

12  from Ripple for use in ODL?

13      A.   In -- I don't know for certain, but I

14  believe that in the corridors that they're

15  leveraging ODL for and using Wallet Send, they are

16  purchasing XRP from -- from Ripple.

17      Q.   And when ███████ purchases XRP from

18  Ripple, it purchases XRP at a discounted price?

19      A.   I don't know for certain, but I don't

20  believe so.

21      Q.   Does the XRP that ███████ purchases

22  from Ripple, does that eventually go into the

23  market?

24           MR. HECKER:  Objection to form.

25      A.   Can you restate the question, please?

240

1      Q.   So eventually the XRP that ████████

2   purchases from Ripple is converted to fiat

3   currency in a receiving jurisdiction?

4      A.   When for use by the ODL product, I

5   believe that to be true, yes.

6      Q.   And when ███████ uses the XRP it

7   purchases from Ripple on ODL, are there any

8   restrictions on who ███████ can sell that XRP

9   to?

10      A.   To my knowledge, the -- the way that the

11   ODL product works is that it leverages destination

12   exchanges to sell the XRP for fiat currency.  And

13   to my knowledge, I do not believe Ripple puts on

14   restrictions.

15      Q.   When did Ripple start loaning XRP for

16   use in ODL?

17      A.   I don't know for certain, but sometime

18   after 2019, I believe.

19      Q.   What percentage of Ripple's ODL -- what

20   percentage of ODL volume comes from XRP loans as

21   opposed to Wallet Send?

22      A.   That depends on the time frame.  So I'm

23   unclear on how that mix changes over different

24   time periods.

25      Q.   When Ripple loans XRP for use in ODL,

241

1  does Ripple get repaid in cash or XRP -- in -- in

2  U.S. dollars or XRP?

3      A.   I believe there are various options

4  available to customers to repay the loan, whether

5  it be U.S. dollar or wire transfer, you know, U.S.

6  dollar stable coin, and I believe there have been

7  product discussions for the ability to facilitate

8  a repayment in XRP as well.  I do not know for

9  certain the percentage that leverage the different

10  options available to them.  But I do know there

11  have been product discussions for those three

12  options at least.

13      Q.   So it sounds like the initial way the

14  letter of credit program worked is that Ripple

15  would get repaid in fiat currency?

16      A.   To my knowledge, the early version of --

17  of the product and those customers that made use

18  of that product would get paid in U.S. dollars via

19  a wire transfer to the best of my knowledge.

20      Q.   Have you ever received a loan from Chris

21  Larsen?

22      A.   To my knowledge, yes.

23      Q.   How many loans have you received from

24  Chris Larsen?

25      A.   To my knowledge, one loan from Chris

242

1    Larsen.

2         Q.   And that was sometime in 2020?

3         A.   I believe that's correct.

4         Q.   And you borrowed ███████ from

5    Mr. Larsen?

6         A.   That is correct.

7         Q.   Why'd you borrow that money from him?

8         A.   I was -- I've been at the company for --

9    for a long time.  I have a family and -- and aging

10   parents and I needed some liquidity.  My first

11   option was to potentially sell some Ripple equity.

12   And upon talking to counsel, that wasn't an option

13   for me.  And the options were to -- well, to back

14   up, I guess I was -- you know, selling, you know,

15   Ripple equity to a third party wasn't an option to

16   me.

17             And I asked, you know, who would be an

18   option to me and I was advised that --

19             MR. HECKER:  I'm going to just

20        caution the witness not to disclose the

21        communications with counsel and just focus

22        on what you did next.

23        A.   So that wasn't an option to me.  And so

24   I talked to Chris and came up with the -- the --

25   the loan agreement option.

243

1    Q.    And did you ever try going to a

2    commercial lender?

3                MS. ZORNBERG:    Object to form.

4    A.    I don't know.    I'm not familiar with

5    that kind of program.

6    Q.    Well, if it wasn't for Mr. Larsen and

7    you wanted to borrow ████████, where could you

8    go to try and obtain that loan?

9                MS. ZORNBERG:    Objection.

10               MR. HECKER:    Objection to form.

11   A.    I don't know of all available options to

12   me given the circumstances.

13   Q.    Could you go to a bank and try and get a

14   loan?

15               MR. HECKER:    Objection; calls for

16       speculation.

17   A.    With -- I guess the question would be

18   with what collateral?

19   Q.    Do you own a home?

20               MR. HECKER:    Object.    Objection.

21       Counsel, you want to move on --

22               MR. TENREIRO:    Are you

23       instructing the witness not to answer the

24       question?

25               MR. HECKER:    No, I'm suggesting

244

1          that it's not a particularly good or

2          relevant use of the remaining three or

3          four minutes you've got left.

4     BY MR. HANAUER:

5          Q.   Do you own a home?

6          A.   At the time I had a condo that was

7     mortgaged.

8          Q.   And --

9          A.   Or had a mortgage on it.

10         Q.   -- did Mr. Larsen give you better terms

11    on the ██████████ loan you received from him than

12    you -- than you could have received getting a loan

13    from a bank or a mortgage company?

14              MR. HECKER:  Objection to form,

15          foundation; calls for speculation.

16         A.   I wasn't aware of -- I don't know if

17    there would be an apples-to-apples comparison.  I

18    wasn't aware of financing options available to me

19    that could be collateralized by Ripple equity.

20         Q.   And under the terms of the loan you had

21    to repay, the interest was ████ percent per year?

22         A.   I don't know the specifics, but it was

23    in that range to my recollection.

24         Q.   Do you still owe Mr. Larsen money?

25         A.   I -- I believe so, yes.

245

1        Q.   How much money do you -- what of the

2    loan have you repaid?

3        A.   I have -- to my knowledge, I've repaid

4    ████ n the loan.

5             MR. HANAUER:  One second.

6             That is all the questions we

7        have.  Counsel?

8             MS. ZORNBERG:  Thank you.  Yes,

9        I'd like to do a short redirect, but

10       perhaps we could just swap -- swap seats?

11            MR. HANAUER:  Sure.

12            THE VIDEOGRAPHER:  Would you like

13       to sit here?

14            MS. ZORNBERG:  Where you're

15       sitting?

16            THE VIDEOGRAPHER:  I could set

17       you up here.  No?

18            MS. ZORNBERG:  I'm happy to do my

19       thing first.  Give me -- give me a moment

20       off the record just to --

21            MR. TENREIRO:  Let's go off the

22       record.

23            THE VIDEOGRAPHER:  The time on

24       the video monitor is 6:15 p.m.  This is

25       the end of Media Unit Number 6.  Stand by

246

```
1          as we go off the video record.

2                   (Pause)

3                   THE VIDEOGRAPHER:  The time on

4          the video monitor is now 6:17 p.m.  This

5          is the start of Media Unit Number 7.  We

6          are back on the video record.

7                   CROSS-EXAMINATION

8    BY MS. ZORNBERG:

9          Q.   Mr. Birla, I represent Ripple Labs.

10   Lisa Zornberg.  I just have maybe ten minutes of

11   questioning for you.

12              First, you were asked some questions by

13   the SEC about the termination of the partnership

14   between Ripple and MoneyGram.

15              Do you recall that?

16         A.   Yes, I do.

17         Q.   And I -- I believe you testified that

18   the relationship ended in early 2021, correct?

19         A.   I believe that's correct, yeah.

20         Q.   That was after the SEC sued Ripple Labs,

21   correct?

22         A.   That is correct, yeah.

23         Q.   Mr. Birla, why were you drawn to work at

24   Ripple in 2013?

25         A.   I had -- upon graduation from undergrad,
```

247

1     I -- I -- the internet was starting to -- to

2     blossom. I decided I wanted to be part of that

3     journey. I moved to San Francisco and that was

4     super beneficial to my career. When I went to

5     business school, the financial crisis was

6     happening and I really started learning about a

7     better way to build a financial system and learned

8     about bitcoin and cryptocurrencies and became

9     intrigued with bitcoin and cryptocurrencies.

10          And so I began looking for companies to

11     join and I heard about a few, one being founded by

12     our -- Chris, who I've heard of as a reputable

13     entrepreneur in the FinTechs space. So I jumped

14     at the option of, you know, potentially working

15     with Chris and -- and joining a company that's

16     innovating the blockchain space.

17          MS. ZORNBERG: There's someone

18        who should go on mute, if you don't mind,

19        who's on Zoom. If you could just check

20        everyone to make sure you're muted. Thank

21        you so much.

22     BY MS. ZORNBERG:

23       Q. Mr. Birla, back in 2013 when you joined

24     Ripple, was the XRP ledger already a thing in the

25     world?

248

1      A.   Yes, I believe so.

2      Q.   What, if anything, did you perceive

3  about the XRP ledger that made it different as

4  compared to the bitcoin ledger?

5      A.   There were a couple of things that were

6  unique to the XRP ledger.  With -- with bitcoin,

7  you could only transfer bitcoin on the de --

8  decentralized ledger.  What was unique about the

9  XRP ledger is that you could potentially transfer

10  and exchange any kind of asset, whether that be

11  U.S. dollars into Mexican peso or gold or bitcoin

12  or DOGE coin or RMB.  I thought that was

13  fascinating that one decentralized ledger enabled

14  you to transfer so many different potentially

15  tokenized assets that would emerge around the

16  world, even some that we may not have ever dreamt

17  up in 2013.

18        And I was intrigued by that technology

19  and the speed of that technology.  I also was

20  concerned about bitcoin's energy usage and the

21  green nature of the XRP ledger that leveraged a

22  unique consensus mechanism appealed to me as well.

23      Q.   Now, XRP is the native token to the XRP

24  ledger, is that right?

25      A.   That's correct.

1    Q.   For how long has XRP and the ledger had

2    utility as a mechanism for cross-border payments?

3    A.   Very early on in my tenure, and probably

4    predating me at Ripple, there was applications

5    known as Ripple -- sorry, Ripple Trade.  And, you

6    know, a precursor to that would be the XRP ledger

7    client that enabled anyone to transfer an exchange

8    and pay for things using XRP and other digital

9    assets and exchange them in an efficient manner.

10   Q.   So has XRP had utility for cross-border

11   transfers inherently, like since inception?

12             MR. HANAUER:  Objection; leading.

13   A.   The nature of the decentralized exchange

14   inside of the XRP ledger had a feature called auto

15   bridging that would help trade illiquid assets.

16   And that leveraged XRP to make those trades and

17   those order books, called synthetic order books,

18   come together in a really novel and efficient way.

19             So there was something called auto

20   bridging and pathfinding that leveraged XRP early

21   on for exchanging different assets, whether that

22   be for cross-border payments or potentially buying

23   gold or, you know, buying bitcoin or spending your

24   currency using something that we developed called

25   the Ripple Card at a -- at a cafe or a coffee

250

1    shop.

2         Q.   Back in 2013 when you joined Ripple, how

3    would you describe the state of the blockchain

4    community?

5                   MR. HANAUER:  Objection; form.

6                   MS. ZORNBERG:  Well, I -- I can

7           rephrase.

8         Q.   I mean, how would you -- back in 2013,

9    when you joined Ripple, was there a crypto

10   industry?

11                  MR. HANAUER:  Objection; form.

12        A.   The crypto community and industry in

13   2013 was very nascent and a small, close-knit

14   community where I knew a lot of the people in the

15   community, you know, working on -- on changing the

16   financial world.

17        Q.   Which came first, XRP or ether?

18        A.   XRP came before ether.

19        Q.   Okay.  I'm going to -- I'd like now to

20   turn to ask you some questions about a number of

21   Ripple products.  A number of them you've

22   testified about in passing in response to, you

23   know, questions asked earlier today by the SEC.

24             Let's -- let's start, first of all,

25   with in 2013 and '14, did -- did your team work

251

1    with █████ and █████ on a project?

2              MR. HANAUER:  Objection; leading.

3        A.   Yes.  My team worked with a company

4    known as █████ and another company known as

5    █████.

6        Q.   What was that -- did that project have a

7    name, if you know?

8        A.   It was an early version of -- of ODL or

9    xRapid.  Early version of something called RPP.

10   But the idea was to make it easier to facilitate

11   cross-border payments.

12       Q.   And can you describe what that project

13   was about?

14       A.   So the way that the XRP ledger works is

15   that you combined what are known as, like, Lego

16   blocks and these Lego blocks could be part of,

17   like -- you know, remixed into different use cases

18   that leveraged the XRP ledger.  So █████ was

19   one part of the Lego block that enabled customers

20   to have U.S. dollars represented as a stable coin

21   or token on the XRP ledger.

22             And █████ was a company that enabled

23   you to take in U.S. dollars at retail locations.

24   Typically these retail locations were at

25   immigrant-centric grocery stores in local

1    neighborhoods.  And so the idea was that you could

2    deposit U.S. dollars at a local convenience store

3    in your local neighborhood and then it would be

4    represented in the back end as a stable coin on

5    the XRP ledger and then could be converted into a

6    destination currency such as pesos.

7            So the experience to the customer is

8    that they could instantly deposit U.S. dollars at

9    any of the ████████ -- sorry, any of the ████████

10   locations and then using the interface convert it

11   and send it into Mexico in a matter of seconds.

12       Q.   What went into getting that experience

13   right?

14       A.   We had to, you know, create SDKs,

15   software development kits, to make it easier for

16   customers to issue assets on the XRP ledger.  We

17   had to help customers understand blockchain way

18   back in 2013 and 2014 and some of the benefits.

19           We did focus groups in local immigrant

20   communities such as the Mission District of San

21   Francisco, which is a -- a thriving neighborhood

22   with different constituents that emigrated from

23   different countries.  And we showed them the

24   product experience to get their feedback and what

25   they liked about the product and what they didn't