253

1    like about the product to feed back into our

2    product development life cycle.

3         Q.   Did it -- did it work?  In other words,

4    did transactions actually occur through this █

5    █ and █       route?

6         A.   To my recollection, we processed a

7    number of transactions through that product.

8         Q.   Did that product go into commercial

9    production back in 2014?

10        A.   It did not.  And we found that the

11   experience wasn't quite what it needed to be.

12   There were too many steps in the process.  And

13   although customers really enjoyed having fast

14   instant payments, enjoyed having the ability to

15   deposit U.S. dollars at a local convenience store

16   and have them remitted across borders, it was very

17   difficult to get folks to understand all the

18   different steps and partners in the chain to

19   facilitate that use case.

20        Q.   How did that work on the █

21   █          project back in 2013/'14 relate to

22   Ripple's subsequent development of RPP, xRapid,

23   RippleNet, et cetera?

24              MR. HANAUER:  Objection; form.

25        A.   Well, you know, you start with the

1  customer and their feedback in terms of all the,

2  you know, product friction. And so we took a lot

3  of that feedback and started writing up all the

4  things that we needed to solve before bringing

5  this product to market.

6          One of the items that we needed to

7  resolve was that sending money was expensive given

8  how thin the liquidity was back in 2013 and 2014.

9  And so one of the friction points was, to really

10  scale this and bring it to production, we needed a

11  better mechanism to provision liquidity.

12          And then we learned a lot about, hey,

13  like, just because there's a lot of steps in the

14  process doesn't mean that you need to expose all

15  those steps to the customer. So we learned a lot

16  about customer segmentation. Maybe not going

17  directly to the customer, but maybe to some of the

18  other remittance -- remittance companies that were

19  better suited at marketing to these customers.

20  And also serving these customers, localized

21  language and so forth, were better targets for

22  future versions of our product. Not the end

23  retail customer, but -- or remitter, but

24  potentially the payment provider or FinTech

25  offering that service in a novel way to that

1  customer was a better target.

2      Q.   Is it fair to say even as way back in

3  2013 when you joined Ripple, it had a vision to

4  leverage XRP in the ledger to facilitate

5  cross-border payments?

6          MR. HANAUER:  Objection; leading.

7      A.   Yeah.  Early on the products I mentioned

8  were tightly coupled with the XRP ledger and made

9  use of native inherent built-in technologies to

10  the XRP ledger such as the decentralized exchange,

11  XRP auto bridging, and the ability to hold

12  different digital assets in an XRP-enabled wallet

13  including XRP, U.S. dollars, Mexican pesos, gold,

14  are examples of different assets that you would

15  hold in those wallets.

16     Q.   Are you familiar with something called a

17  "gateway strategy"?

18     A.   Yes, I am.

19     Q.   What was that?

20     A.   From my recollection, the -- the gateway

21  strategy was an early version of the foundational

22  software that underpins RippleNet today.  And

23  the -- one of the things that we realized early on

24  is that using any crypto technology, you needed a

25  way to get on and off, as we called it, the crypto

256

1    superhighway.  And that connective issue, we sort
2    of thought of it as connecting back to the real
3    world, enabled customers to easily issue assets
4    such as U.S. dollars, Mexican pesos, gold, for
5    example, on the XRP ledger.  They were called
6    gateways.
7            Gateway D was a product that made it
8    easier for gateways or the on and off ramps to
9    issue new assets or existing assets and represent
10   them on the blockchain, in this case, the XRP
11   ledger.
12       Q.   Is that -- is Gateway D another example
13   of technology and product Ripple developed
14   leveraging the XRP ledger?
15           MR. HANAUER:  Objection; leading.
16       A.   Yes.  To my recollection, the Gateway D
17   product was tightly coupled with the XRP ledger
18   and it made use of features for exchanging
19   different assets.  It made use of XRP auto
20   bridging, the decentralized exchange, as I
21   mentioned earlier, that leveraged XRP to bridge to
22   illiquid assets when it improved the customer
23   experience.
24       Q.   Did it work?
25       A.   The Gateway D product?

257

1      Q.   Yes.

2      A.   Yes, it -- it worked.

3      Q.   Okay.  And do I understand correctly

4  that it's basically morphed over time into other

5  Ripple products like Ripple Connect, Ripple

6  Solution, xCurrent, RippleNet?

7           MR. HANAUER:  Objection; leading.

8      A.   Yes.  Based on customer feedback, we

9  took the feature sets and improved them over time

10  based on what our customers provided as feedback.

11  And over time they've gotten better and better,

12  more robust, faster, and responded back to

13  customer feedback that we got from the field, from

14  both early adopters and advanced customer users.

15      Q.   Let's talk about Ripple Card.  You

16  mentioned that you tested it at a cafe when you

17  were questioned earlier, is that -- is that right?

18      A.   Yeah, that's right.

19      Q.   Did it work?

20      A.   It worked exceptionally well.

21      Q.   And -- and can you just describe a

22  little bit more how Ripple Card worked?

23      A.   Oh, so the Ripple Card -- the issuer of

24  the Ripple Card was the ███████████ network.

25  And you could use the Ripple Card wherever the

1    ████████ was accepted.  And the way that it worked

2    is that we developed connective software that

3    leveraged the Gateway D product that we mentioned

4    so that the balances that you had in your XRP

5    ledger account -- and these balances could be any

6    token that could be exchanged.  So it could be

7    U.S. dollars, which a lot of people can do today

8    using credit cards.  But the novelty piece was

9    that you could also spend digital assets like

10   bitcoin and XRP.  And -- and we had an issue of

11   gold on the XRP ledger.  And you could spend any

12   balance that you had that was able to auto bridge

13   using the auto bridging technology and pay for

14   things at different cafes.

15           And the interesting part was that the

16   cafe got paid in U.S. dollars because that's the

17   currency they wanted, but you were able to

18   originate them in any sort of token that the XRP

19   ledger supported and that was in your wallet.

20           So, in essence, you could go to this

21   cafe next door and pay for your coffee in gold,

22   bitcoin, XRP or U.S. dollars, but the cafe got

23   U.S. dollars in return.  And that all happened

24   instantly.

25       Q.   And that was back in 2013?

259

1      A.   I don't recall the dates exactly, but

2   sometime in 2013/early 2014.

3      Q.   Okay.  Turning now to the RPP, the

4   Ripple Payments Protocol, do you recall what

5   customer problem it was trying to solve for?

6      A.   So what we learned with RPP was that

7   there are a whole host of customers that don't

8   have -- that are underserved by today's financial

9   institutions.  They don't have access to wholesale

10   FX rates, for example.  They don't have access to

11   technologies that could easily transfer between

12   currencies and instantly deliver them without

13   having to pre-fund.

14        So we got this insight that when a

15   customer, a prospective customer, said they were

16   instant in moving money to Mexico, but we learned

17   from our early RPP customers the way that they

18   facilitated that was by opening a Mexican bank

19   account and pre-positioning Mexican pesos.

20        But we learned that these early

21   customers of RPP, that was a big pain point for

22   them.  And we asked them why they weren't growing

23   faster and they mentioned, well, we can only grow

24   as fast as the pesos we have pre-positioned and

25   the amount that we could facilitate using the cash

1     they had on hand.

2          And so that gave us the insight that not

3     only do they want speed and efficiency, but they

4     don't have access to great FX rates and capital.

5     Working capital was an inhibitor to growth for

6     customers.

7       Q.   Did RPP work?

8       A.   RPP worked, but early on we realized

9     that we needed -- to scale that product, we needed

10    a few things. One, customers want to adopt

11    breadth. So just facilitating one corridor only

12    appeals to a very small segment of customers. And

13    so having breadth of the available destination

14    currency was important to our customers.

15         And secondly -- well, third -- three

16    points. Secondly, they believed that they want

17    the ability to scale. And if they were going to

18    use RPP, they wanted to move all their payments

19    over RPP. And to move all their payments over

20    RPP, you needed sufficient liquidity depth at the

21    exchanges.

22         And then, thirdly, they wanted reliable

23    FX rates. And even though the cryptocurrency

24    markets were fluctuating -- and, again, back in

25    2013/'14, they were fluctuating a great deal, even

261

```
1    more than today or these days -- they demanded

2    consistent reliable FX rates.

3         Q.   Was [REDACTED] a German bank, one of RPP's

4    customers?

5         A.   They were an early pilot cust --

6    customer of RPP and of, I believe, Gateway D.

7         Q.   Was [REDACTED] a cross-border payment

8    platform, a customer of RPP?

9         A.   [REDACTED] I believe was an early

10   customer of Gateway D and Ripple Connect.

11        Q.   Okay.  Let's turn now to xCurrent, which

12   I believe you testified was one of the components

13   of what is now called RippleNet, is that right?

14        A.   I believe that's correct, yes.

15        Q.   Okay.  But do you recall approximately

16   when Ripple developed the product called xCurrent?

17        A.   Well, the precursor to xCurrent, as we

18   discussed, goes back pretty early on in the

19   company known as Gateway D.  XCurrent --

20        Q.   So let me -- let me rephrase my question

21   maybe, then.

22             What customer problem was xCurrent

23   trying to solve for?

24        A.   Going back to the RPP, you know,

25   customer feedback, liquidity was an issue to
```

1    leverage XRP and digital assets for cross-border

2    payments.  And what -- we wanted to start laying

3    the foundation for a better payment system.  And

4    in listening to customers, if -- if the liquidity

5    wasn't quite ready to leverage something like RPP

6    or the future version known as xRapid and ODL, how

7    do we get going?

8              And the idea was, in talking to

9    customers, that using the current system was

10   something that was developed in the 1960s and it

11   was dropping files into an FTP server.  And those

12   files were payment instructions that would be

13   picked up once a night.

14             So the ah-ha was that, here we are in,

15   you know, 2014 and '15 and payments are still

16   instructed via FTP in batch once a night even

17   though the global economy and e-commerce was

18   moving to real time.

19             And so there was this mismatch.  And

20   global -- the global e-commerce economy -- economy

21   was booming, but here we were, customers that we

22   were talking to were batching FTP files every

23   night.

24             So we developed a product called

25   xCurrent that solved that pain point for our

1    customers using modern point-to-point technology.

2    The old system went through several central

3    counterparties that had access to your information

4    that could also drop the ball in terms of

5    processing a payment.

6            They didn't operate 24 by seven.  They

7    only batched, you know, at most, from what our

8    customers told us, once a day.  So we developed

9    this technology that was known as xCurrent that

10   was a peer-to-peer messaging platform.  Encrypted,

11   secure, only two counterparties, the sending and

12   receiving exchange.  And you can instantly

13   exchange KYC, know your customer, travel rule

14   information, payment details, costs, without any

15   kind of price.  So it was very novel to the

16   industry.

17           The other thing that our customers liked

18   about it was that it worked locally and it wasn't

19   in a third party's cloud.

20           And so that was the foundation.  We

21   wanted to start rolling that out to provide one

22   part of the puzzle, but we always had a second

23   piece of the puzzle, the one-two punch, meaning

24   you can have fiat settlement with xCurrent, but

25   there was still the liquidity issue.  So we

264

1   designed the product so that once there was

2   sufficient liquidity, we could insert that feature

3   into xCurrent, now known as RippleNet, and it

4   would be an upgrade so that they could not only

5   get the better messaging software and

6   capabilities, but now they could also get the more

7   efficient liquidity portion when we released

8   xRapid as part of RippleNet.  So it was add-on to

9   Ripple Net.

10       Q.   Did xCurrent work?

11       A.   Yes.

12       Q.   Is it -- is it still in use as part of

13  the RippleNet suite?

14       A.   Yes.  And some of our customers use both

15  ODL and RippleNet without ODL, depending on the

16  jurisdiction that they're sending to.

17       Q.   Do -- do customers of the xCurrent

18  feature of RippleNet include financial

19  institutions?

20       A.   Yes, I believe so.

21       Q.   Now, you were asked some questions

22  relating to xRapid.  And I believe you testified

23  that there were one or more points in time where

24  your team tested out other digital assets to see

25  if they could substitute for XRP in the xRapid

265

1    product.

2            Do you remember giving that testimony?

3        A.   I believe so, yes.

4        Q.   What other digital assets did your team

5    assess for possible substitution in use for

6    cross-border payments?

7        A.   I don't know for certain, but I believe

8    that they were -- the two assets that we used and

9    tested were bitcoin and ether.

10       Q.   To the best of your recollection, what

11   was the assessment of -- of bitcoin and ether

12   versus XRP for use in cross-border payments?

13       A.   To my recollection, the -- you know, the

14   bitcoin blockchain and the ether blockchain both

15   had a limited number of what are known as blocks

16   to process transactions.  And when that got full,

17   your transaction was either bumped to subsequent

18   blocks, meaning you would have a delay, which, you

19   know, our customers wanted instant payments.  So

20   that was a bit of an issue.  Sometimes those

21   delays and congestion could be hours.

22           And then the second issue was that if

23   you didn't want the delay, you would have to pay

24   fees to prioritize your transaction to get in an

25   earlier block.  And those fees sometimes would

266

1    range from $50 to $100.  And our customers often

2    were sending 100 to 200 dollar payments.  And so

3    that variability didn't make sense for our

4    customers.

5            And, also, keep in mind you have to make

6    two transactions on the blockchain to facilitate

7    an xRapid and ODL payment, one on the sending

8    exchange, one on the receiving exchange.  So

9    sometimes you get hit with double the fees.  So

10   the cost and -- and the time and a combination of

11   the two were prohibitive in terms of providing the

12   right kind of experience to our customers.

13       Q.   Do you have a view, Mr. Birla, of

14   whether or not XRP is better suited to

15   cross-border payments than bitcoin or ether?

16       A.    The inherent nature of -- you know, to

17   my knowledge, the inherent nature of the XRP

18   ledger and XRP being fast and with a low

19   transaction fee make it a good mechanism for

20   payments and provide the right kind of experience

21   we need in the ODL and xRapid product.

22            MS. ZORNBERG:  Give me one

23       moment, please.

24            No further questions.

25            MR. HANAUER:  No -- no redirect.

[6/23/2021] Birla, Asheesh Dep. Tr. 6.23.2021

1        Thank you, Counsel.

2                THE VIDEOGRAPHER:  The time --

3        the time on the video monitor -- the time

4        on the video monitor is now 6:49 p.m.

5        This is the end of Media Unit Number 7.

6        This is also the end of today's video

7        deposition of Mr. Asheesh Birla here in

8        New York City, Wednesday, June 23rd, 2021.

9        The total time for today's testimony will

10       be approximately 7 hours and 30 minutes.

11               Thank you, everyone.  This

12       concludes today's video deposition.

13               (Whereupon, the deposition

14       concluded at 6:49 p.m.)

15

16

17

18

19

20

21

22

23

24

25

268

```
 1    STATE OF NEW YORK      )

 2                           ) ss:

 3    COUNTY OF NEW YORK     )

 4           I hereby certify that the witness in the

 5    foregoing deposition, ASHEESH BIRLA, was by me duly

 6    sworn to testify to the truth, the whole truth and

 7    nothing but the truth, in the within-entitled cause;

 8    that said deposition was taken at the time and place

 9    herein named; and that the deposition is a true record

10    of the witness's testimony as reported by me, a duly

11    certified shorthand reporter and a disinterested person,

12    and was thereafter transcribed into typewriting by

13    computer.

14           I further certify that I am not interested in

15    the outcome of the said action, nor connected with nor

16    related to any of the parties in said action, nor to

17    their respective counsel.

18           IN WITNESS WHEREOF, I have hereunto set my

19    hand this 25th day of June, 2021.

20           Reading and Signing was:

21    ___ requested    ___ waived   _X_ not requested.

22

23

24    _____

25           BRIDGET LOMBARDOZZI, CSR, RMR, CRR
```

[6/23/2021] Birla, Asheesh Dep. Tr. 6.23.2021































[6/23/2021] Birla, Asheesh Dep. Tr. 6.23.2021









































