# PX 16

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )

) File No. NY-09875-A

RIPPLE )

WITNESS: Asheesh Birla

PAGES: 1 through 220

PLACE: Securities and Exchange Commission

200 Vesey Street

Brookfield Place, Suite 400

New York, New York 10281

DATE: Thursday, December 5, 2019

The above entitled matter came on for hearing, pursuant to notice, at 10:15 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

                                                                    APPEARANCES:

On behalf of the Securities and Exchange Commission:

DAPHNA A. WAXMAN, ESQ.
JORGE TENREIRO, ESQ.
JON A. DANIELS, ESQ.
Securities and Exchange Commission
Division of Enforcement
200 Vesey Street
New York, New York 10281

On behalf of Witness:

SEAN HECKER, ESQ.
JUSTIN HORTON, ESQ.
Kaplan Hecker & Fink LLP
350 Fifth Avenue - Suite 7110
New York, New York 10118

ANDREW J. CERESNEY, ESQ.
CHRISTOPHER S. FORD, ESQ.
Debevoise & Plimpton
919 Third Avenue
New York, New York 10022

APPEARANCES (CONT.):

STUART ALDEROTY, ESQ.
Ripple
315 Montgomery Street, 2nd Floor
San Francisco, California 94104

CONTENTS

| WITNESS: | | EXAMINATION |
|---|---|---|
| Arsheesh Birla | | 5 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 1 | Form 1662 | 5 |
| 2 | Questionnaire | 5 |
| 3 | Subpeona | 8 |
| 4 | A document | 149 |
| 5 | A document | 150 |
| 6 | A document | 167 |
| 7 | An e-mail | 197 |
| 8 | An e-mail | 200 |
| 9 | A document | 200 |
| 10 | An e-mail | 203 |

P R O C E E D I N G S

(SEC Exhibit Nos. 1 and 2 were marked for identification.)

MS. WAXMAN: We're on the record at 10:16 a.m. on December 5, 2019.

Mr. Birla, please raise your right hand.

(Witness complies.)

Do you swear or affirm to tell the truth, the whole truth and nothing but the truth.

MR. BIRLA: Yes.

Whereupon,

ASHEESH BIRLA

was called as a witness and, having been first duly sworn, was examined and testified as follows:

EXAMINATION

MS. WAXMAN: Off the record one for one second.

(A discussion was held off the record.)

MS. WAXMAN: We're back on the record at 10:17 a.m.

BY MS. WAXMAN:

Q Mr. Birla, while we were off the record, did you have any substantive conversation with the staff.

A No.

Q Please state your full name and spell your name for the record.

A Asheesh Birla. A-S-H-E-E-S-H, last name Birla, B-I-R-L-A.

Q Do you have a middle name?

A I do not.

Q Okay. Good morning, my name is Daphna Waxman and later today I'll have some colleagues join me, but we are all officers of the Commission for the purposes of this proceeding.

This is an investigation by the U.S. Securities and Exchange Commission, in the matter of Ripple Labs, NY-9875, to determine whether there have been violations of the Federal Securities Laws.

However, facts developed in this investigation may constitute violations of other federal or state, civil or criminal laws.

Prior to the opening of the record today, you were provided with the copy of the Formal Order of Investigations, which is right here. It will be available for you during the course of this proceeding.

Mr. Birla, have you had a opportunity to review the Formal Order?

A Yes.

Q Okay. Prior to the opening of the record, I also provided you a copy of Form 1662, which has been marked as Exhibit No. 1.

Mr. Birla, have you had an opportunity to read Exhibit No. 1?

A Yes.

Q Do you have any questions concerning Exhibit No. 1?

A No.

Q Mr. Birla, are you represented by counsel today?

A Yes.

MS. WAXMAN: Would counsel please state for the record your name, your firm's name and who you represent.

MR. HECKER: Sean Hecker, Kaplan Hecker & Fink for Mr. Birla.

MR. CERESNEY: Andrew Ceresney, Debevoise & Plimpton for Mr. Birla and Ripple Labs.

MR. FORD: Christopher Ford, Debevoise & Plimpton for Mr. Birla and Ripple Labs.

MR. HORTON: Justin Horton, Kaplan Hecker & Fink for Mr. Birla.

MR. ALDEROTY: Stuart Alderoty, General

Counsel for Ripple.

MS. WAXMAN: Mr. Birla, as you may be aware, multiple representations of witnesses by counsel or by entity -- representation of an entity and individual employees, may present potential conflicts of interest and Form 1662 -- 1662 states that the Commission will assume that the witness and counsel have discussed and resolved all issues concerning possible conflicts of interest.

Let the record reflect that Jorge Tenreiro just entered the room.

(SEC Exhibit No. 3 was marked for identification.)

Q Mr. Birla, I'm showing you what's been marked as Exhibit No. 3.

Exhibit 3 is a copy of the testimony subpoena that was issued to you.

Are you appearing here today pursuant to the subpoena?

A Yes.

Q I just want to ask you some background questions.

What did you do to prepare for today's testimony?

A I prepared with counsel.

Q Did you review any documents in preparation for the testimony?

A Yes.

Q Are there specific -- without revealing any conversations you had with counsel, are there any documents that you recall reviewing specifically?

A Specific documents that I reviewed, there was a number of documents that I reviewed, but I don't remember any specific ones.

Q Did any of the documents that you reviewed help you recall anything better or more clearly?

A No.

Q Does anyone else know that you are testifying here today?

A Yes.

Q Who?

A May boss Brad Garlinghouse.

Q Did you discuss the fact that you're testifying here with anyone else?

A No.

Q Did you discuss with Mr. Garlinghouse what you would be asked during testimony?

A No.

Q Did anyone suggest to you what your testimony should be today?

A No.

Q Has anyone suggested to you what you should or should not tell the SEC as part of this examination or investigation?

A No.

Q Mr. Birla, I'm showing you what's been previously marked as Exhibit No. 2, which is a copy of your background questionnaire along with a cover letter from your attorneys and some other information.

Just take a minute to look at it and let me know when you're finished.

(Witness complies.)

Q Do you recognize what's been marked as Exhibit No. 2?

A Yes.

Q What is Exhibit No. 2 in your own words?

A Exhibit No. 2 is my response to a background questionnaire that I received and also a resume from myself.

Q Okay. And is everything in this document true and accurate to the best of your knowledge?

A Yes. There is one typo I saw.

Q You can blame your attorney for that. Where -- what page?

A So, 0153289.

Q And what is reflected on that page?

A That page is XRP trading activity for A. Birla.

Q So where is the typo?

A The typo in the exchange column says, "[redacted]" it should be [redacted]. That's a -- row two, row three, row four.

Q Okay. I'll ask you some more specific questions about this page in a little bit. But before we get there, I just want to ask you some questions about the background questionnaire.

If you turn to page with the Bates Stamp No. 153281, question No. 9, you list a Twitter accountant, a Facebook account an Instagram account; are those still active?

A Yes, they are active.

Q And do you use these accounts for business purposes?

A I only use Twitter for both business and for personal. The Facebook and Instagram are only personal.

Q When you say you use Twitter for business, can you tell me how you use Twitter for business purposes?

A I use Twitter to convey views that I have about the crypto industry, about how interesting use case is with blockchain. There are at times corporate communications that I also tweet out. I write a blog as well and tweet out my blog.

Q The corporate communications that you tweet out, are those at the direction of anyone at the company?

A Some of the them are at the direction of our communications team.

Q And why would they direct you to tweet certain communications?

A I am one of the spokesperson for Ripple and when we have a -- especially when we have a product announcement, as my role as head of product, I communicate out product announcements for our enterprise product suite. That's mainly what I tweet out.

Q And those announcements, are they pre-vetted by someone at the company before you tweet them?

A Not all of -- not all tweets are vetted.

Not all tweets that I put out are vetted. The blogs that are part of the Ripple.com domain are vetted and -- by our communications team.

Q So a personal blog on Medium, is that vetted by someone at the company?

A I don't know if all the blogs have been vetted. But most of the blog posts on Medium have been vetted. I don't remember every blog I wrote on Medium.

Q Is there a specific company policy with respect to use of personal accounts to transmit information about Ripple?

A I don't know.

Q And do you know if the Twitter account or the Facebook account or any other blog that you posted is monitored by anyone at the company?

A I know that the Twitter account is monitored by the company.

Q Okay. And is that a company -- does that -- do they only monitor your account or do they monitor others -- accounts for other employees as well?

A I do not know.

Q And how do you know that they monitor your account?

A When I tweet out and sometimes I have grammatical error in my tweet, the communications team will let me know that I made a mistake and need to go fix it for grammatical issues.

Q So, are they following employee Twitter accounts?

A I don't know if they are following employee Twitter accounts, but I know that they're following my account.

Q Do you know why they're following your account specifically?

A I don't know.

Q Have you ever asked anyone?

A No.

Q Do you have any speculation as to why they're following your account?

A No.

Q Turning to question No. 10, you list some instant message and handles; WhatsApp, Skype, Telegram, do you use any of these for business correspondence?

A Yes.

Q Which ones?

A I use -- sorry, are you asking about right now or currently?

Q At any point in time. I think the question goes back to four years ago. But, since you've been -- let's say this, since you've been at Ripple, have you used any of these accounts for business correspondence?

A I use WhatsApp for business correspondence. Not anymore, but I used to use Skype for business correspondence. I use -- do not use Telegram for business correspondence. Occasionally use Signal for the business correspondence.

Q And when you say you've used three out of four of these for business correspondence, can you just explain to me how or in what circumstances?

A For WhatsApp, that is a popular communication tool for international communications, and so for our international teams, when I'm coordinating with them, I use WhatsApp.

Q And is it, are you relaying substantive information through WhatsApp?

A In my role as head of product I have to coordinate activities across the globe. So it's a lot of product-related communications in terms of, you know, what the software release parameters are, any customer feedback that we're receiving, I want

to see that instantly.

So a lot of times our account management team that are customer basing, are sending me communications back about any, what are called, software bugs that they're seeing. And that's sometimes conveyed back on WhatsApp.

And then when I'm traveling, WhatsApp is a lot easier for the international teams to use. So, coordinating, meeting up, meetings and that's the sort of thing is where we use WhatsApp.

Q Do you ever use it for correspondence with people outside of the company?

A Yes. I use WhatsApp for people outside the company.

Q So customers of Ripple?

A Yes. With customers of Ripple and then also friends and family.

Q And do you -- sounds like -- do you communicate with the executives at Ripple using WhatsApp?

A When you say, "executives at Ripple", do you mean the senior team or anyone in management?

Q Well, I don't know what the difference is between -- who's part of the senior team?

A The senior leadership team includes

reports to Brad Garlinghouse, the CEO of Ripple.

Q Okay. So in a little bit I'll probably ask you about who is comprised of the senior leadership team. But, as an example, would you send WhatsApp communication to anyone on the senior leadership team?

A Occasionally, when we're traveling together we'll use WhatsApp for communicating logistics, travel plans.

Q And I know you answered this previously, but I'll just ask again to make sure, have you ever posted information on a Telegram channel about Ripple or XRP?

A I don't know.

Q So, you're not sure?

A I'm not sure.

Q Is there a reason why you don't know?

A I seldomly use, you know, Telegram. I'm in one Telegram channel, it's the Wharton Blockchain Channel -- Wharton from Wharton Business School blockchain channel, I may have introduced myself as Asheesh from Ripple.

Q Okay. Turn to question No. 16, it's on page 153284. You list an account at Bitstamp, the very top of the page.

A Yes.

Q When did you open that account?

A I don't know the exact date that I opened the account.

Q Around or what were the circumstances under which you opened the account?

A I opened the account to trade digital assets. 2015 is around the time I opened the account.

Q And which digital assets did you open the account to trade?

A Bitcoin, XRP, Ethereum are the ones that I remember.

Q And do you currently hold assets in an account at Bitstamp?

A Yes.

Q Okay. What do you hold?

A I hold U.S. dollars. And I don't remember the other ones. Yeah, I don't remember which ones I have specifically at Bitstamp other than U.S. dollars.

Q Do you still have Bitcoin at Bitstamp?

A I do not have Bitcoin at Bitstamp from what I recall.

Q Well, in 2015, approximately how much

Bitcoin did you purchase?

MR. HECKER: I guess we had understood that we were going to go into detail about XRP potentially, but other digital assets would be excluded. So we didn't actually prepare on the other assets. I mean --

MS. WAXMAN: That's fine.

MR. HECKER: -- but he can give general answers.

MS. WAXMAN: Yeah, that's fine.

MR. CERESNEY: Yeah, and there's some sensitivity I think too at some point with specific holdings. Because, if you were asking for balances in particular, we're weren't talking about cryptocurrency we're just talking about like holding some stock. And there would be some sensitivity as to giving that information on the record and the like. And so, also I'm not sure why it's particularly relevant how much Bitcoin he has, but -- so this is kind of a sensitive area.

MS. WAXMAN: Let's go off the record. It's 10:37 a.m.

(A discussion was held off the record.)

MS. WAXMAN: Let's go back on the record at 10:38 a.m.

Q Mr. Birla, while we were off the record, did you have any substantive discussion with the staff?

A No.

Q So, why did you purchase Bitcoin in 2015?

A I purchased Bitcoin in 2015 because I believed in the future of digital asset.

Q Well, what do you mean you believed in the future of digital asset.

A I believe that they have transformative capabilities just like the internet had transformative capabilities for moving information, I believe that digital assets, such as Bitcoin, had transformative applications in the finance industry.

Q Did you purchase Bitcoin for -- did you believe that the price of Bitcoin would go up in value?

A I did not know at the time if the price would go up or down.

Q Did you purchase Bitcoin for investment purposes?

A I purchased Bitcoin for investment purposes and I also purchased Bitcoin just to learn about it.

Q Okay. And why did you purchase Ether?

A I learned about smart contracts, which is a programming language on top of blockchain and I thought that had capabilities to transform how applications can be built on top of blockchain, and I wanted to learn how to program using Ethereum. So my first purchase was just to learn how to program using Ethereum. And then I purchased a bit more because I believed in the future of the technology.

Q Did you think that the price of Ether would go up and -- would go up?

A At the time of purchase I did not believe that the price would go up. That was not my primary interest in buying Ethereum.

Q The Ether that you used, did you ever use it in connection with the creation of a smart contract or anything like that?

A I don't remember.

Q Okay. And did you eventually sell the Bitcoin that you purchased?

A I don't remember.

Q Do you remember if you sold a portion of it?

A I do remember selling a portion of it.

Q And did you profit or did you -- did you profit on that sale?

A I don't know specifics of profit or loss on the -- on the particular sale.

Q Well, in general, in connection with your Bitcoin holdings, are you -- did you profit or did you lose money?

A In specifics with Bitcoin, I don't remember if I lost money or made money on Bitcoin.

Q Same with Ether, do you still hold the Ether that you purchased in 2015?

A I still hold Ether, yes.

Q And did you sell any portion of the Ether that you purchased?

A I don't remember if I sold any of the Ether.

Q Okay. Do you -- did you profit or lose money on the transactions in Ether?

A I don't remember if I sold or traded out of Ether.

Q Okay. And when was your last trade in Bitcoin?

A I don't remember my last trade in Bitcoin.

Q Okay. And when was your last trade in

Ether?

A I don't remember my last trade in Ether.

Q Was it more than two years ago?

A Can you -- when you define trade, can you -- is that buy, is that sell or any -- when you say trade.

Q I'm referring to buys or sells.

A With Ether, I believe I bought Ether less than two years ago. Maybe 18 months ago.

Q And why did you buy Ether at that point?

A I still believed in the future of the technology. Even though the others didn't, I still thought that smart contracts are going to be a future part of the ecosystem.

Q Did you buy the Ether to use it in connection with deploying any transactions to the Ethereum blockchain?

A I partially bought it -- I thought I was going to, again, start learning how to code in Ethereum. So, partial -- partial purchase was if I wanted to create an application, something called a; loans smart contract. I thought it would be a good way to learn how to do that using Ethereum, so that was a partial motivation.

Q What was the other part of the reason for

purchasing Ether?

A I believed in the future of the Ethereum ecosystem. I believed that Ethereum was going to be like the future programming language for writing digital smart contracts for the finance industry.

Q Did you think it would go up in value?

A I did not know if it would go up in value or not.

Q Right. I know you can't predict the future. But, what was that basis -- was it -- did you believe that there -- what -- strike that.

Did you purchase it for investment purposes?

A Yes. I purchased it partially for investment purposes.

Q Okay. I'll ask you about your XRP holdings in a little bit. I want to move on to the account at Kraken.

When did you open that account and why?

A I -- I don't know the exact date that I opened the account. It's something around the time of 2017 I believe.

Q And what prompted you to open the account?

A I opened the account to buy digital

assets.

Q Okay. And which digital assets?

A I bought Bitcoin, I believe. And other digital assets.

Q Did you buy any tokens in what's known as an ICO?

A At Kraken I did not buy any tokens in ICOs.

Q Have you ever bought a token in connection with an ICO?

A Yes.

Q Which token?

A The token was or is, actually -- correction on that, I don't know if I bought the token. I participated in a SAFT.

Q And for what token?

A I'm not sure if it was a token, but it was the file coin offering.

Q So, the SAFT entitled you to receive a coin at some point in the future?

A That is correct.

Q And when did you invest in the file -- when did you purchase the SAFT?

A I do not know.

Q How much was the purchase.

A I do not know.

Q Have you ever purchased any other tokens in any ICOs -- any other ICOs?

A No. Just for clarification, when you say "any other tokens", I participated in a SAFT. Which from my knowledge, I don't know if that's a token at that time, and that SAFT is not converted into a token either. The file coin specific.

Q Okay. Have you ever -- the question is meant to be broad.

So, have you ever participated in any other investments concerning SAFTs?

A No.

Q And why didn't you open -- why didn't you purchase the Bitcoin through Bitstamp, why did you open the account at Kraken?

A I was looking at other digital assets and I believe at the time the other digital assets I was interested in were not available at Bitstamp.

Q Okay. In 2015, at the time that you bought these digital assets, was that your first foray into digital assets or had you heard of it prior to that tame?

A I had heard of it prior to 2015.

Q When did you first learn about digital

assets?

A I learned about digital assets -- I don't recall the exact date that I learned about digital assets.

Q Do you recall in what context you learned about it?

A I learned about digital assets from Mark Hendreeson, who was an investor in the company I was at prior. And he was talking about the transformative aspects of Bitcoin.

Q And when you first learned about it, did you do anything? Did you do any -- were you involved in any work involving digital assets?

A I was not professionally involved in any work with digital assets.

Q Do you code?

A Yes.

Q Okay. What's your technical experience in connection with smart contracts, creation of certain distribute ledger software.

A I'm not well versed in creation of digital -- digital ledger software, blockchain software or -- I'm a novice in terms of writing code and a smart contract.

Q And where did you gain that knowledge? I

understand it's limited, but how did you gain it -- where did you get it from?

A Are you asking about how I gained programming knowledge or specific blockchain knowledge?

Q Specific blockchain knowledge.

A I gained specific blockchain knowledge from reading online and -- and also, because it's blockchain, the code is public on something called GitHub. GitHub is a repository of software you can download it and you can read it and I downloaded it -- downloaded sample code and learned how to program smart -- learned how to program a little bit in smart contracts through that method.

Q Was that in connection with any professional-like business or work that you were doing?

A No. That was only for hobby.

Q Let's turn to the page with your XRP trading activity, which is 153289.

So, when and how did you come to acquire the XRP listed on this page?

A I don't remember the date. I acquired the XRP from Ripple for reimbursement of expense reports.

Q When you say "reimbursement of expense reports", can you tell me what you mean by expense reports.

A So when I travel for business purposes on behalf of the company, at least at this time period, earlier on at Ripple, we have the option to get an ACH payment, which is U.S. dollar payment into a bank account or you could elect to get XRP as -- into -- or you can get XRP instead of the U.S. dollars.

Q And the amount of XRP would equal to the amount of the expense?

A It was the U.S. dollar equivalent on the closing, you know, Bitstamp rate that -- that specific day. U.S. dollar XRP Bitstamp rate.

Q Was this a practice of the company at the time?

A Are you -- are you asking about the conversion rate or are you asking about, is the reimbursement policy --

Q The latter.

A The reimbursement policy, yes, was a -- at the time of the reimbursement, was a policy.

Q Okay. And why did they offer this option?

A I don't know.

Q Why did you accept the option to be paid in XRP?

A I did not have XRP at the time. And it was difficult to get XRP at the time, and I felt like this was an easy way to get XRP at the time.

Q In or around 2015, the time you acquired it, what was the price of XRP?

A So, just for clarification, I did not acquire it in 2015. I don't know the exact dates that I acquired the XRP. The trading activity here shows the trading of XRP.

Q Thank you.

A I don't remember the price of XRP when I received it as part of a reimbursement from Ripple.

Q Okay. But you received it before 2015? Before this trading activity?

A So, just for clarification, I received the reimbursements prior to this trading activity. There is one purchase here for -- that I made.

Q I see two purchases; one for [REDACTED] XRP and one for [REDACTED] XRP in 2017.

So the first one in July 2017, and then the second one in January 2018.

A Yeah, correct.

Q Okay. So what does XRPL refer to?

A So there are centralized exchanges. Centralized exchanges are -- are ones that there's a company behind the exchange. So, in this case it would be -- sorry, in the case of Bitstamp, there's an entity behind Bitstamp, they run the software.

Coinbase is another example of a centralized exchange. There's also decentralized exchanges that are run by code, that are distributed and decentralized. There are also known as DEXs, XRPL is the XRP ledger. Inside the XRP ledger there's something called the decentralized exchange or DEX and that is what that refers to.

Q Okay. Other than the XRP that you received as part of the reimbursement for expenses, did you ever receive any other XRP from Ripple?

A Yes. I did.

Q Can you tell me when and under what circumstances?

A I don't remember the exact date. But I received XRP for a bonus.

Q And how much -- what was the USD value of the XRP that you received?

A [redacted].

Q And what did you do with the XRP that you received?

A I held it. I hold it.

Q And where do you hold it?

A I hold it in a off-line wallet.

Q And the bonus that you received was pursuant to any written agreement that you had with the company?

A Can you repeat the question?

Q The -- the XRP that you received in connection with your bonus, is that in connection with a written agreement that you had with the company about the amount of bonus you receive, or was it in connection with certain mile stones?

A It was not a pre-determined bonus. It was something called a spot bonus.

Q And who made the decision to allocate the spot bonus to you?

A It was -- I don't know the exact -- who made the ultimate decision, but our head of HR at the time and Brad Garlinghouse were involved in the decision.

Q And what's the name of the person who is in charge of HR?

A At the time of the bonus?

Q Yeah.

A [redacted]

Q Do you know if others at the company also received a spot bonus?

A Yes.

Q How do you know?

A I know that because I offered, you know, split the spot bonus to some of my employees as well.

Q When you say you offered spot bonuses to some of your employees, was that separate and apart from the XRP you received individually?

A Can you repeat the question?

Q The XRP that you offered to your employees, was that separate and apart from the XRP you received personally?

A Oh, sorry. To clarify, I did not offer XRP to them as an individual. As a spot bonus, as an employee of Ripple in conjunction with the HR team, I offered a spot bonus to my employees. A few of my employees, a subset.

Q Okay. And how is the amount of the XRP that was given determined?

A I don't remember.

Q Are the spot bonuses documented anywhere?

A Yes, they are documented.
Q Where are they documented?
A They are documented in a PDF and they're documented in e-mail.
Q Have you ever been offered the ability to receive XRP as part of your compensation?
A As a formal offer, there was a -- there was a policy at a point where you could get your paycheck in U.S. dollars or in XRP. The XRP rate, I believe, was determined by the -- that dates closing rate, U.S. dollar XRP.
Q Did you ever take that opportunity?
A I did not.
Q Why not?
A I have family obligations. I have a mortgage, I have two kids in school. And, you know, I needed U.S. dollars to the pay for tuition and mortgages.
Q Did you think it was risky to take part of the compensation in XRP?
A That was not my reason not to take the compensation in XRP. It was more of a personal decision.
Q If you go back to the chart, in July 2017 you purchased a [redacted] XRP.

What prompted that purchase?

A I don't remember.

Q Looks like -- I can't -- the price of XRP at the time is not included, but I calculated it myself and it looks like, compared to all the other trades listed in 2017, the price was pretty low. It was about 14 cents for XRP as compared to in May, the first trade for [REDACTED] XRP was at a price of [REDACTED] cents.

Does that additional information help you remember why you purchased XRP?

A What -- the [REDACTED] cents, what are you referring to?

Q The price of XRP in connection with that purchase.

A In July 16th?

Q Yeah.

A No. I don't remember why I purchased the [REDACTED] XRP on that date.

Q And what about in January 2018, do you know why you made that purchase?

A I do not.

Q Going to the last page of the exhibit, which is your resume on 153290, how did it happen that you became a board observer for InstaReM?

A Ripple invested in a financing round for InstaRem.

Q How did it happen that you became an observer on the board?

A So, Ripple invested in a financing round for [redacted]. [redacted] provides -- on RippleNet, it provides payment services. And as part of that investment and also as a key partner, I thought it would be a good idea to be a board observer as well.

Q What does -- what's the difference between being a board observer and a board member.

A I'm not a lawyer so I don't know the exact -- but my belief is that a board -- a full-fledge board member has voting rights. Whereas a board observer attends meetings, provides advice, but has no formal voting rights for any key decisions that the -- that may come forth to a board.

Q Going back -- thank you. Going back to the XRP that you received from Ripple, were -- when you received the XRP, were they restricted in any way?

A I don't -- I do not believe so.

Q And did anyone ever monitor your

transactions in XRP?

A I do not know.

Q Do you know if there's any policy concerning trading in XRP by Ripple employees?

A The -- broadly for all Ripple employees, I'm not sure. I know that I have a policy that -- for any XRP trades that I conduct.

Q What is the policy generally?

A In general it's -- there's a certain amount and if you trade above that certain amount, I believe you need to go on a trading plan. I don't know specifics.

Q Do you have to pre-clear trades?

A I don't know if you have to the pre-clear all trades.

Q Do you know if anyone at the company is monitoring people's trading?

A I do not know.

MR. CERESNEY: Counsel, you might want to put on the record that someone entered.

MS. WAXMAN: Let the record reflect that Jonathan Daniels is in the room now for about 10 minutes.

Q The background questionnaire indicates that you joined Ripple or your -- Exhibit No. 2

states that you joined Ripple in or around September of 2013.

When did you first hear of the company?

A Early 2013.

Q How did you hear of it?

A When I was -- I became interested in Bitcoin and, you know, we were committed to San Francisco. And so looking for companies that were in the digital asset space and that had reputable founders, you know, good team, good backing. And that narrowed the list to only a few companies. And Ripple was one of those companies. At the time it was called something else. It was called OpenCoin.

Q How did it come that you came to work for Ripple?

A I tried to meet Chris Larsen, the founder, we had a common connection. And then I worked through -- Chris Larsen had -- and Ripple, whatever the name was at the time, hired a third-party recruiting firm and I started working with the third-party recruiting firm to go through the formal process of working with Ripple.

Q Other than Chris Larsen, did you communicate with anyone else, you know, right

around the time that you -- in connection with the hiring?

A I spoke with the recruiter.

Q So when you first started with the company, what was your title, your role?

A My title at the company was Vice President of Product.

Q That's in 2013?

A Yes.

Q And what was your role around that time when you first joined?

A As a Vice President of Product, my role was to look at use cases, problems that potential customers are having with their business. And then see which of those were best suited for using the blockchain technology.

Q When you say, use case -- you say, "use cases", use cases for what?

A Use cases varied at that time in blockchain. Could be use cases such as we tried a number of different things. Use cases such as having Starbucks points on distributed ledger, so you can easily trade them for something like United miles. Tokenizing things like digital gold so that you could buy, you know, digital gold and make that

more liquid than it is today. We tried tracking, so supply-chain tracking. We tried, you know, we had the idea for cross-boarder payments. We had the idea for domestic payments. So like AV is the competitor. We tried a lot of different things using blockchain in the early days of Ripple.

Q Were all these use cases in connection with the Ripple protocol or the XRP ledger or were they in connection with other blockchains?

A In those days it was difficult to use one blockchain, so they're often, you know, mishmashes of technology. The use cases I was talking about used a mishmash of technologies and protocols. They all used the XRP ledger.

Q In some way or shape or form?

A Yes.

Q Were you ever responsible for selling the technology at any point?

A No. In my role as product, my sole responsibility is to build the product.

Q And when you say, "build the product", is that from a technical perspective or is it really kind of develop the idea, test it and execute.

A Sorry, can you repeat it.

Q When you say your role was to build the

product, are you -- do you mean specifically, are you writing the software or are you coming up with the idea and executing the idea?

A So myself, I do not write any code -- any production code for any of our enterprise software at Ripple. I work with an engineering team that writes the codes. In my role as product I define the software features, I work with customers to better understand how those software features will benefit them. I work with marketing to discuss how these features should be described to the market in a technical perspective. And if there's any questions that our customers have either existing or perspective on the technical side, I can answer those as well.

Q At any point while you were at Ripple, did you move outside of the role of product development?

A No. I've been in product development my entire time at Ripple.

Q Okay. And when you first started, who did you report to?

A I reported to Chris Larsen.

Q And did that change at any point?

A That changed when Brad Garlinghouse

joined. And I reported to Brad Garlinghouse after Brad Garlinghouse joined Ripple.

Q And what was Garlinghouse's title at the time that you reported to him.

A He had two different titles at Ripple during my tenure of reporting to Brad, which is still current, the first title was COO then the second title was CEO.

Q And at the time that you joined the company, about how many employees were there?

A I don't remember exactly, but fewer than 15.

Q And who is Jed McCaleb.

A Jed McCaleb is a co-founder of Ripple.

Q Was he working at the company at the time you joined?

A He was not.

Q Had he already left?

A Yes.

Q And who is Arthur Britto, B-R-I-T-T-O?

A I believe -- I don't know exactly his specific role, but I believe he has the same role -- he had the same role at the company as Jed McCaleb.

Q And was he at the company when you

joined?

A Yes.

Q Is he still with the company?

A I do not know what capacity he is at the company, but I do see him in the office from time to time.

Q Does your -- do you have any responsibilities that cause you to interact with him?

A Not on a regular basis. But I did ask Arthur -- I often consulted with Arthur Britto to better understand technology. Because he's a very good technologist.

Q And what -- did he -- is he a founder of the company?

A I don't know if he's a founder of the company.

Q What's his relationship to the XRP ledger?

A I believe he's one of the creators of the XRP ledger.

Q Okay. At the time that you joined, did anyone report to you?

A No.

Q At the time you joined, did you have an

employment agreement with the company?

A Yes.

Q And what were the terms of the agreement?

A I don't know.

Q What -- do you recall your salary?

A At the time I was signing I don't remember the exact amount.

Q Approximately.

A [redacted] around there.

Q And what is your current salary?

A I don't know the exact amount around [redacted]

Q Does that include a bonus?

A It does include a bonus.

Q It does. And I know you said you received a spot bonus in XRP, have you ever received any other bonuses in XRP?

A There is a -- there is a grant, I've not received it. It's not been executed.

Q And what is the grant for?

A The grant is in XRP.

Q How much?

A The grant is [redacted] XRP delivered in on a yearly annual basis over the next four years.

Q And are there certain conditions that you

have to satisfy in order to receive the XRP?

A Yes.

Q And what are those conditions?

A You have to be with the company at the time of the -- since it's four years, you have to be at the company at the time of the date where the grant comes true.

Q And does a certain amount -- is there a certain portion of the XRP that becomes available at certain periods, so after a year, do you get a certain amount of that [redacted] XRP?

A The way that it works is that the grant was sometime last year. And then the first grant is sometime in January of 2020, and then that's [redacted] And then subsequent three years is 2021, January of 2021, January 2022, January 2023. [redacted] out of each one of those -- [redacted] XRP units out of each one of those.

Q So the grant is up to [redacted] XRP, if I understand correctly?

A Over a four-year period, yes. [redacted] a year.

Q Up to [redacted] over a four-year period. And --

A That's XRP units.

Q And is it a grant to purchase or it's just a grant -- it's just a flat-out bonus?

A I don't know the terminology of a bonus versus a grant. But it's not a purchase of XRP.

Q It's not an option to purchase at a discounted price or anything like that.

A No.

Q Have you ever been offered that?

A No.

Q And do you know if you have any restrictions on trading the XRP once it is -- once it vests or delivered?

A The -- the restrictions are according to the agreement that we talked about earlier, there are those restrictions. I don't know if there are other restrictions on top of that one.

Q So, you're talking about the restrictions we spoke about earlier, where if you're going to trade over certain amount it needs to be pre-approved?

A Yes. There's a -- there's a certain amount and if you trade above that it has to be on a plan and approved by the company.

Q And -- but I'm talking about if -- I know the company restricts sales and XRP in certain

circumstances by people that they sell XRP to, so I'm just wondering if you are restricted under the terms of this agreement from selling any of the XRP you received?

A Outside of that -- of the thing I mentioned, I don't know.

MR. CERESNEY: Just to be clear, I think subject to the usual policy.

MS. WAXMAN: Okay.

MR. CERESNEY: I think that's what he suggests.

MS. WAXMAN: Okay. Thank you.

MR. CERESNEY: The sale. No other restrictions.

THE WITNESS: I'm saying I don't know if there's any other restrictions.

MR. CERESNEY: Right. Yeah, you don't know of any other restrictions.

MS. WAXMAN: We can -- well, we can check the agreement.

MR. CERESNEY: Yes.

Q And you said -- you mentioned earlier the term "leadership team".

Can you tell me who is on the leadership team and when that term came about?