1    A    The -- I don't remember when the term

2   leadership team came about.  When we were a very

3   small company, I mean there wasn't really a big

4   distinction between leadership and -- if you

5   only -- when you have 14 people, pretty much

6   everyone was a leader.

7        I can speak about most recently the

8   leadership team is referred to Brad Garlinghouse's

9   direct reports, I believe.

10   Q    Going back to the XRP grant, do you know

11  anyone else at the company who received a similar

12  grant?

13   A    Are you referring to the -- so there was

14  the bonus that I --

15   Q    Not the spot bonus, but I'm talking about

16  this ▮▮▮▮▮▮▮ -- the agreement that provided up to

17  ▮▮▮▮▮▮▮ XRP over four years.

18   A    The specific grant to ▮▮▮▮▮▮ I don't

19  know anyone else that received the ▮▮▮▮▮▮  That

20  was a private HR matter between, you know, me and

21  the HR, and Brad Garlinghouse.  I don't know if

22  anyone else has received that specific amount.

23       MR. HECKER:  Keep your voice up a little

24  bit.  I can see she's having trouble hearing you.

25   Q    When you say it was a private matter, was

1   it in connection with a dispute or something in

2   particular outside of your -- was it specific to

3   you?

4       A    The ███████ grant, that program I don't

5   know if anyone else -- when I say private matter, I

6   mean that it wasn't a public announcement.  Like,

7   there's a program.

8       Q    Okay.

9       A    That's what I mean by it.  Like, it

10  wasn't a program that we can roll out to anyone

11  else to my knowledge.  So when I say private, you

12  know, I know that I got the ███████ grant per

13  year.

14      Q    Do you know why that was offered to you?

15      A    You know, in Silicon Valley at start-ups

16  there's equity that you get.  And my equity that I

17  got at Ripple, very standard terms with, you know,

18  equity arrangements at early stage start-ups, it's

19  a four-year vest.

20           And when you join a company early, most

21  folks don't stick around after four years because

22  there's not a lot of upside in terms of equity and

23  like salaries are not competitive.  And so, having

24  been at the company for now six years, there's not

25  the equity component that matters to me anymore.

1    Since that is all vested -- or pretty much all

2    vested.

3          And so, this was something else on top of

4    that for, you know, for the -- what we used to be

5    the equity component of your package, this was

6    something else to replace that.

7    Q    Did you specifically request something

8    like this as part of your compensation package?

9    A    I did not.

10   Q    So, it was offered to you.

11   A    Yes.

12   Q    And when you first joined the company,

13   did you receive equity in Ripple?

14   A    So, the -- the -- in a similar way to a

15   lot of other start-ups, you get options, you don't

16   get the equity right away.  And the options vest.

17   And so the -- you know, it's pretty standard.  And

18   then you have the option to turn that option into

19   equity at some point.

20   Q    Did the founders of the company have an

21   equity interest in Ripple?

22   A    Are you talking about equity stock in

23   Ripple corporation?

24   Q    Well, I'm talking about the same option

25   for equity that you were offered, did they have the

51

1    same option and do they have one equity in the

2    Ripple company?

3        A    I don't know the terms of their equity

4    enrichment in Ripple, the founders.

5        Q    Have you ever discussed with anyone

6    whether or not the founders had equity interest in

7    the company?

8        A    I did not discuss their equity

9    arrangements in the company with anyone.

10       Q    Did the founders own large portions of

11   XRP?

12       A    I can -- I only know that Chris Larsen

13   has XRP.

14       Q    And how do you know that?

15       A    I know that 'cause as a company we've

16   been public about his ownership in XRP.  I've --

17   I've read articles about his ownership in XRP.  And

18   that's how I got most of my knowledge.

19       Q    And how much XRP was he originally

20   granted?

21       A    I don't know the exact amount.

22       Q    Approximately.

23       A    Maybe ██████ XRP, I don't know.

24       Q    Okay.  And do you know the circumstances

25   under which he received the XRP?

1          A     I do not.

2                MR. CERESNEY:  We've been going for over

3     an  hour now.

4                MS. WAXMAN:  I just -- sorry, yeah.  I

5     have  a couple of more questions in background and

6     then  we can take a break.

7          Q     Do you have any -- did you have any

8     involvement in capital raising for the company?

9          A     In terms of venture capital equity

10    raising?

11         Q     Yes.

12         A     Yes, I had involvement.

13         Q     And what was your involvement?

14         A     I -- when you're raising money for a

15    start-up or a company, you have to go out and pitch

16    the story to perspective investors, venture

17    capitalist and so, I was involved in that.

18         Q     And in or around what time were you

19    involved in those pitches?

20         A     I don't remember.  There were multiple

21    realms at Ripple.  We had a seed round, a Series A,

22    and a Series B.  And in some capacity I was

23    involved in all three.

24         Q     Okay.  And just generally, what was your

25    involvement other than kind of participating in

53

1    these pitches?

2        A    That was my involvement.  Participating

3    in the pitches.  As you're going through various

4    levels of due diligence with investors, if they had

5    any technical questions, if they wanted any product

6    demos, I usually -- I usually took that aspect as

7    well.

8        Q    And in connection with your role at

9    Ripple, did you routinely attend board meetings,

10   board of director meetings?

11       A    Not on a regular cadence.  Meaning, I

12   didn't go to every board meeting.  There are -- you

13   know, throughout my tenure at Ripple, it hasn't

14   been like a consistent thing.  And even the board

15   meetings that I attend, I do not attend in full.

16       Q    Okay.  So when you do attend, what is the

17   purpose?

18       A    In the -- in the board meeting there is a

19   specific portion that talks about product.  And

20   it's often a regular agenda item, and so I'm

21   brought in to talk about product.  How the product

22   is doing. Challenges with the product, you know,

23   non-technical challenges with the product such as

24   hiring engineers.

25       Q    Just going back to those pitches, what

1    else is discussed during those pitches with

2    potential investors?

3        A    It's different with each round.  So seed

4    round, A round and B round, all sort of different

5    things that investors are interested in.

6            MS. WAXMAN:  Okay.  It's 11:30, let's go

7    off  the record.

8            (A brief recess was taken.)

9            MS. WAXMAN:  11:44 a.m., we're back on

10   the  record.

11       Q    Mr. Birla, while we were off the record,

12   did you have any substantive conversations with the

13   staff?

14       A    No.

15           MS. WAXMAN:  Counsel, can you confirm.

16           MR. CERESNEY:  Yes.

17       Q    I want to talk a little bit about the

18   Ripple protocol, which is also known as XRP ledger.

19           Can you tell us what the XRP ledger is.

20       A    The XRP ledger is a decentralized

21   technology.  And I'll break it down into a couple

22   of different areas.  So, one -- one thing inside

23   the sorry -- it's a decentralized technology.  And

24   there's a lot of different interpretations of what

25   a decentralized technology means.

1          In this, it means that it's decentralized

2     in nature and that no single entity, person,

3     corporation, controls the, you know, software

4     application, the platform or the ledger.

5          Secondly, it's decentralized and

6     distributed, which means that there are nodes

7     across the world for redundancy.  So, just like a

8     star fish, if one arm gets cut off it self-heals to

9     the other nodes in distributed fashion globally.

10          The XRP ledger is run and governed by a

11     set of algorithms that are managed by the --

12     something called the validators.  And the

13     validators work off something called the consensus

14     protocol to determine, you know, which transactions

15     make it to the next authentic ledger.

16          So, a new ledger is proposed every three

17     to five seconds, these validators using a consensus

18     mechanism, quorum, decide and sort of give a stamp

19     of approval that this is indeed the authentic

20     ledger and then cryptographically signs it, and

21     that is sort of like the authorized ledger as

22     determined by the consensus protocol.

23          So, that is a little bit of a background

24     of the mechanics, the decentralized nature and the

25     distributive nature of the technology.

```
 1              So, next, I'll just talk a little bit
 2      about the distributive ledger.  The distributive
 3      ledger's main purpose is to decentralize the
 4      movement of ledger accounts, and each ledger
 5      account has an address associated with it.  That
 6      address, often referred to as a ledger address or
 7      XRP ledger account address.  That ledger address is
 8      a -- is signed -- it comes with a signature.
 9      Private -- public and private key.  The public and
10      private key are only available to whoever owns that
11      specific address.
12              Movement of digital assets between
13      accounts are conducted, you know, by the protocol
14      and some moving digital assets, XRP from one
15      account to another account that gets proposed.  So
16      if someone authorizes, signs, a movement from one
17      account to another account it gets proposed and
18      then as I mentioned earlier, if that is authentic
19      as deemed by the consensus protocol every five
20      seconds, it gets its way into the next authentic
21      ledger.
22              And that's how value, XRP value, moves
23      from one account to another account without any
24      human government corporation, organization,
25      involvement.  And that's like the basis of the
```

1    decentralized blockchain technology.

2          Also, in the XRP ledger technology and

3    protocol, there is the ability to, I think we

4    talked a little bit about this earlier, something

5    called a decentralized exchange also known as a

6    DEX, D-E-X.

7          And what the decentralized exchange

8    enables is the trading of value.  And you can trade

9    XRP, which is, as represented on the decentralized

10   ledger and protocol is decentralized asset, but you

11   could also trade that asset using this

12   decentralized exchange for other assets; such as

13   Bitcoin, such as you know, whatever other folks

14   want to issue on the XRP ledger.  And you can trade

15   those using the decentralized exchange as well.

16          So, in summary, this decentralized

17   technology enables movement of value.  The

18   decentralized digital asset, XRP as well as other

19   assets such as Bitcoin, U.S. dollar or anything

20   that you would want to tokenize.  And then the

21   second half of the technology, and these are the

22   main things that the technology enable, the

23   decentralized exchange of value as well.

24          And there's a lot more detail, if you

25   need it, I can get into.  But that's pretty much

1   the sum of it.

2          So the first part was the mechanics of

3   how the technology works and the consensus

4   algorithm, and the second is how value moves from

5   one account to the another account.  And the third

6   is the decentralized nature of exchange, also known

7   as a DEX.  Think about it as a decentralized

8   version of something that Bitstamp or Coinbase

9   would offer to their customers.

10         Q    Is there a UI in connection with the DEX?

11  So, if I wanted to make a trade for XRP and

12  Bitcoin, is there a platform that I can use to do

13  that, or would I have to be familiar with, you

14  know, would it have to be a node, and know how to

15  send a transaction to the XRP ledger to do that

16  transaction through the DEX?

17         A    At various times and since it's an open

18  decentralized protocol, anyone can build a UI on

19  top of the decentralized ledger.  There are varied

20  companies, entities, people, that have built UIs

21  that are available for anyone in the world to

22  download.

23         And that's the decentralized nature of

24  this technology.  Just like with Bitcoin there are

25  different kinds of wallets that people have built

```
 1     around the world that enable you to do similar

 2     things.

 3          Q    Does Ripple have a UI that it developed

 4     for -- in connection with the -- this decentralized

 5     exchange feature for the Ripple protocol?

 6          A    There was a open sourced -- open-sourced

 7     project and Ripple developers contributed to the

 8     open-source project.  That Ripple -- that

 9     open-source project is available on GitHub for

10     anyone to download.  I actually forgot the name of

11     the code, but it's something like the XRP ledger

12     client, I believe is the name of it.  And it's open

13     sourced, different folks from around the world have

14     contributed to the open source, you can download

15     it. It's a -- it's a partial UI for some of the

16     features inside of the XRP ledger.

17          Q    Okay.  And do -- was it developed in

18     connection with any Ripple product?

19          A    Can you explain the question?

20          Q    Do -- does it -- I'll ask a different

21     question.

22               Does any Ripple product use this

23     decentralized exchange feature that you've

24     described?

25          A    Sorry, are you referring to the UI or is
```

1  this --

2      Q    No.  No, I'm not referring to the UI.

3  I'm talking about the decentralized feature, the

4  feature that's part of the protocol that allows the

5  decentralized exchange of XRP to other virtual

6  currencies; is that feature built into any Ripple

7  product?

8      A    So our enterprise products, those are the

9  ones that we're building today, does not leverage

10  the decentralized exchange on the XRP ledger.

11      Q    Okay.  Has it ever?  Has any product ever

12  leveraged this feature?

13      A    I don't remember exactly if a product at

14  some point leveraged it or not.  There's tons of

15  code to go through, but I can say for certain that

16  none of the production customers that we have live

17  today at RippleNet use the decentralized exchange

18  feature.

19          The only hesitation is there might have

20  been prototyping.  Prototyping is something where

21  we test a concept out quickly, see if it works.

22  Look at the speed performance.  The prototype does

23  not go to production and so we may have prototyped

24  in the past.

25          But I'm not aware of any production

```
 1   customers, and when I say production customers,

 2   customers that are using this technology for

 3   commercial purposes.  I do not believe any of the

 4   commercial customers have leveraged the DEX

 5   component of the XRP ledger.

 6        Q    And so what are they -- what does the

 7   customers simply use if they wanted to trade XRP

 8   with other digital assets if they're not using

 9   this -- leveraging this feature?

10        A    So, maybe just like -- stepping back a

11   little bit, our enterprise customers today are

12   joining RippleNet to improve the experience for

13   cross-boarder payments.  So, specifically for

14   moving money from the U.S. to India, for example,

15   or moving money from the U.S. to Mexico, for

16   example, today there's a lot of friction using the

17   wire system. We're trying to modernize that using

18   our technology.

19             And so, to answer your question, we'd

20   have to go to different customer sets, which I can

21   take you through.  Some that leverage digital

22   asset, the XRP, to remove friction from the

23   conversion process and provide liquidity.  And then

24   there's other customers that do not use -- that do

25   not use the digital asset product.
```

```
 1              And there are some customers that in some
 2    corridors use the digital asset product, but in
 3    other corridors -- oh, sorry, when I say corridor I
 4    mean, U.S. to Mexico would be a corridor.  So in
 5    some corridors they would use the XMP product.  You
 6    know there's ODL, previously known as xRapid, and
 7    some that actually do not use that product.
 8         Q    Right.  And I definitely want to get into
 9    xVia, xCurrent, xRapid and which product use XRP
10    and which don't, but my question was a little more
11    general; just why do you think this feature is not
12    widely used among Ripple customers and also perhaps
13    it's not widely used by other -- non-Ripple
14    customers?
15              MR. CERESNEY:  And by feature you mean
16    the  trade or --
17         Q    That -- the decentralized exchange.
18              MR. CERESNEY:  Decentralized exchange,
19    okay.
20         A    So your question is; why isn't the
21    decentralized exchange used by more customers or
22    more entities even beyond customers?
23         Q    Yeah.  I -- I understood from your
24    comment that it was not a widely used feature for
25    customers and not wide -- well, tell me if I'm
```

1    wrong, it's not a widely used feature by

2    non-customers.  And so I want to understand, if

3    possible, if you know the reasoning behind it or

4    why people don't use it.

5         A    Well, I was speaking about a specific --

6    so, by our customers, I'll go into reasons why it's

7    not used by our customers.

8         Q    Cause some people don't use XRP, right,

9    in connection with the products?

10        A    I mean, that's a -- that's accurate.

11   Then we use -- but there's a separate -- why they

12   do, why folks use the decentralized exchange or why

13   folks do not use the decentralized exchange is

14   different, I think is a different point.

15            So, the -- when you're talking about

16   exchanges, the main thing that really matters is

17   that -- is the liquidity.  And the answer is a

18   little complicated, but just bear with me.

19            That -- the early days of digital assets

20   in the industry around 2013, there weren't a lot of

21   exchanges in the world.  And at that time, I don't

22   have specific numbers, but the decentralized

23   exchange in the XRP ledger was widely used by folks

24   around the world.  Not necessarily in conjunction

25   with Ripple but it was a liquid exchange.

1          As the crypto industry has matured,

2     individual centralized exchanges started to pop up.

3     So starting with Coinbase in 2012, '13, but now

4     there's hundreds of exchanges around the world,

5     centralized exchanges around the world.

6          One big difference between a centralized

7     exchange and a decentralized exchange is the

8     centralized exchanges are just faster.  When I was

9     talking about the consensus mechanism, it has to be

10    slower because every five-some seconds you need a

11    consensus mechanism to verify that all the

12    transactions are correct.  And if you miss it then

13    you go to the next five, so that would be ten

14    seconds.

15         Traders want really fast performance,

16    that's really important.  And so the birth of

17    centralized exchanges around the world started to

18    happen around 2015, and now you guys may be aware

19    but there are hundreds, I don't know the exact

20    number, but hundreds of centralized exchanges

21    around the world.  And liquidity, which is,

22    liquidity is like the trading in and out of these

23    digital assets really started to gravitate toward

24    centralized exchanges.

25         And so that's why you see a shift from

1   folks in the early days of crypto using

2   decentralized exchanges.  But as the industry has

3   matured and more institutional players come in they

4   want speed, they want performance, and it's moved

5   to centralized exchanges around the world.  So like

6   the entire industry has -- has shifted.

7       Q     When I think of decentralized exchanges,

8   I actually think of non-custodial exchanges, where

9   the individual user has control over their funds.

10   Whereas in a centralized exchange, in addition to

11   the features that you mentioned, the customer's

12   assets are held by the exchange.

13       A     Yeah, so that's another -- that's

14   another -- yeah, that's another feature.

15       Q     So, thanks for that very detailed

16   explanation.

17           Who created the XRP ledger?

18       A     I don't know all the code contributors,

19   but I know if you look through the logs, I know

20   that David Schwartz was very active in creating the

21   XRP ledger.  I know that Arthur Britto was involved

22   in creating the XRP ledger.  And I know that Jed --

23   Jed McCaleb was also very active in creating the

24   XRP ledger.

25       Q     What about ████████?

1      A    I don't know about his involvement in

2  creating the software run XRP ledger.

3      Q    Okay.  And at the time you joined Ripple,

4  was David Schwartz also with Ripple?

5      A    I don't know about his employment

6  agreement, but I saw David Schwartz in the office

7  when I was -- when I joined Ripple.

8      Q    At some point, did he have a formal role

9  with the company?

10     A    Yeah, some point he had a formal role

11  with the company.

12     Q    And do you know when that happened?

13     A    I don't know -- I don't know when that

14  happened.

15     Q    Did you have any involvement with the

16  creation of the ledger?

17     A    No.  I did not.

18     Q    Did you or do you have any involvement

19  with the development of the XRP ledger?

20     A    No, I do not.

21     Q    And are you or have you been involved

22  with the maintenance of the ledger?

23     A    Of the software of the ledger, I've not

24  been involved in the software of the ledger --

25  software maintenance of the ledger, no.

67

| | | |
|---|---|---|
| 1 | Q | And when was the ledger created in |

1       Q    And when was the ledger created in

2   relation to the creation of Ripple Labs?

3       A    I don't know.

4       Q    Was it created before or after the

5   company was formed?

6       A    I don't know.

7       Q    Have you ever discussed when the

8   relationship between the creation of the ledger and

9   the formation of the company with anyone?

10      A    I've not discussed the formation of

11  the -- I have not discussed when it was created

12  versus when the company was created with anyone in

13  any detail.

14      Q    Have you read any news reports regarding

15  the creation of the ledger in relation to the

16  formation of the company?

17      A    I've read reports -- I've read articles

18  about the formation of the ledger.

19      Q    Okay.  And did those articles talk about

20  the sequence of events regarding the ledger

21  creation and the formation of the company?

22      A    Yes.

23      Q    And what did they say?

24      A    It depends.  Like the -- it runs the

25  gamut.  Some articles have said -- said that the

68

1   ledger was created before the company and then

2   others -- other news articles have said it was

3   formed -- well, the other articles I read it's like

4   it wasn't clear.

5       Q    Okay.  And do you know what the --

6   which -- what's -- what is accurate and what's not?

7       A    I can say that the XRP ledger was created

8   well before I got there, which is pretty early on

9   in the company.

10      Q    Are there groups of people at the company

11  whose sole responsibility is to maintain and

12  develop the ledger?

13      A    So maintain the ledger is -- that -- no.

14  There's no one at the company that is maintaining

15  the ledger.  The ledger is maintained by a set of

16  validating nodes around the world.  And all

17  maintenance, in terms of upkeep, you know, new

18  ledger, sponging, something called memory waste,

19  all that is all managed through a set of

20  decentralized nodes on the -- on the network.

21      Q    What does it mean to develop on top of

22  the XRP ledger?

23      A    So, the -- just like Bitcoin and just

24  like Ethereum, the XRP ledger, yeah, the XRP ledger

25  itself can -- anyone can develop on top of it.  And

1   it's something called permission list.

2          Just like with Bitcoin or Ethereum you

3   can, if you have a computer and you have access to

4   the internet, you can actually write code that --

5   that plugs into the XRP ledger, Bitcoin, Ethereum.

6   And one example of that would be an exchange.

7          So, a centralized exchange as you

8   referred to it as a custodial exchange, these

9   folks, you know, don't -- they do not need anyone's

10  permission if they are developing on XRP ledger,

11  Bitcoin or Ethereum, they just build on top of the

12  ledger to interface with the ledger for deposits,

13  withdrawals of digital assets.

14         So, building on top of the ledger, one

15  example would be, as you called it, custodial

16  exchanges would be one application on top of the

17  XRP ledger.  A wallet would be another application

18  that's built on top of the XRP ledger.  Coil, a

19  company that does micro-payments is an example of

20  something built on top of the XRP ledger.  And

21  Ripple products is -- that's another example of

22  something built on top of the XRP ledger.  ███  a

23  gaming company, is an example of a technology built

24  on top of the XRP ledger.

25         Q    So the -- who's responsible for building

1   Ripple products on top of the XRP ledger?

2        A     In terms of -- when you say,

3   "responsibility", what do you mean by that?

4        Q     Do you have responsibilities related to

5   the products, the Ripple products that are built on

6   top of the XRP ledger?

7        A     Yes.  I'm partially responsible for

8   products built on top of the XRP ledger.

9        Q     And we spoke earlier today about your

10  responsibilities, are those the same

11  responsibilities?

12       A     Those are the same responsibilities.

13       Q     And are -- is there a group of engineers

14  who are actually writing the code that you, you

15  know, that interacts with the ledger for these

16  products?

17       A     There -- there is a group of -- there's a

18  group of folks that work on Ripple products.  As I

19  mentioned earlier, there's -- some of the Ripple

20  products that are used in certain corridors do not

21  use the XRP ledger and there are some parts of the

22  product that use the XRP ledger.

23             The parts of the product that use the XRP

24  ledger is a service called ODL, On Demand

25  Liquidity, formerly known as xRapid.  And those --

```
 1    the developers working on ODL, formerly known as
 2    xRapid, those developers interface with the XRP
 3    ledger.
 4         Q    Okay.  So, is it fair to say the products
 5    that use XRP are the only products that are built
 6    on top of the ledger?
 7         A    Question; are you referring to Ripple
 8    products or products in general?
 9         Q    Ripple products.
10         A    So you -- the question is; do all -- do
11    only -- only the products, the Ripple products that
12    use XRP use the XRP ledger; is that the question?
13         Q    Yeah.  So -- I -- I'll let you answer the
14    question.
15         A    There might be some parts of the product
16    that use some of the signing services.  So there's
17    cryptographic signing services on the XRP ledger.
18    I don't know for certain, I'd have to look through
19    the code base to see for certain.  But -- 'cause
20    the XRP ledger does more than -- I gave you the
21    three big buckets, but it also cryptographically
22    signs things. I don't know if that's used in other
23    parts of the product.
24              But the ODL product that I referred to
25    specifically uses the XRP ledger, that's correct.
```

72

1      Q    Okay.  I know ODL is the new terminology

2   for something called xRapid.  But if it's okay with

3   you I'm going to use the term xRapid for today,

4   because that's what it has been known for, for most

5   of it's life.  If that's okay.  And if you forget

6   that's fine, but I probably will just refer to it

7   as xRapid.

8      A    Yeah, I might forget, but you can just

9   correct me.  I've been trying to use ODL as much as

10   possible internally, so.

11     Q    Okay.  Just since we're here now, why did

12   they change the name from xRapid to ODL?

13     A    That's going be -- I'll summarize it as

14   much as I can.  We got feedback from a lot of our

15   customers, from press, from internal employees,

16   like new employees that were joining Ripple, that

17   trying to explain all these different things was

18   really complicated.  So, you had to explain, xVia,

19   xCurrent and then you had to explain, you know,

20   xRapid.

21          So that was -- there was a lot of

22   confusion in terms of -- well, blockchain is pretty

23   confusing but then, you know, having these three

24   product names on top of it is also, you know,

25   confusing.  So, one was like our customers were

1    even confused.  So, it's like wait, am I joining

2    xVia and wait, no we're using xVia and xRapid --

3    wait, no.

4            So, it just became very confusing for our

5    customers and as a result, you know, internally,

6    you know, it was also confusing.  So that was one,

7    addressing that.  And I'll talk about that in a

8    second.

9            The other thing was that when we had

10   started with the product names it was pretty early

11   on in the enterprise product journey.  And, at that

12   time -- like at that time, it was -- when you only

13   have a few customers, it's tough to call something

14   RippleNet.  And so it was easier just to say,

15   you're buying a given product, xCurrent.

16           Now that we have a lot of customers live,

17   it's a -- and I'm talking about a network using the

18   enterprise software, now, it's a network.  Because

19   you have these customers that are using our

20   technology to remove friction and exchange

21   information in a better way, it's called -- it's

22   now a network, right?

23           You have folks in -- customers in India,

24   in the U.S., in Europe, in Latam, and so we said,

25   well, listen you don't need product names anymore.

1    It's actually a network called RippleNet.  And so

2    it's just a lot simpler now for us to say,

3    customer, you're joining RippleNet and get rid of

4    the product names.  And every customer joins

5    RippleNet.

6           A subset of those customers use service

7    as part of RippleNet called, On Demand Liquidity,

8    that you'd like me to refer to as xRapid, which is

9    the former name.  But On Demand Liquidity is that

10   specific service, that's part of RippleNet, is the

11   broader point.

12          So, we felt like that would help in terms

13   of adoption.  So MoneyGram,              everyone

14   just joins RippleNet.  And a subset of those, for

15   example, the MoneyGram's of the world use the On

16   Demand Liquidity service that's a component of

17   RippleNet.

18          Now, if you use Uber, you download the

19   app, started with, you know, just transportation,

20   but now you can, you know, get food and other kinds

21   of services, but it's part of the Uber app.  You

22   can think of that as a similar -- similar analogy

23   if that helps.

24     Q    Okay.  Thank you.

25          So you can call it ODL, I'll know what

```
 1    you're talking about, but I'll probably most
 2    likely --
 3         A    That's fine I'll know what you're --
 4         Q    -- will refer to it as xRapid, but as
 5    long as we're talking about the same thing.
 6              Since you mention it, let's -- let's just
 7    go there, now.
 8              What is xCurrent and when was it
 9    developed?
10         A    So, xCurrent is a piece of enterprise
11    software.  It's -- it's decentralized
12    point-to-point technology.  And what I mean by that
13    is, let's just use fictitious or semi-fictitious
14    examples, but if I'm the bank of Michigan and
15    you're the bank of Mexico, then what we could do is
16    both banks would run this xCurrent software and
17    they can instantly without going through the SWIFT
18    network or going to a correspondent bank, exchange
19    information.
20              So think about travel rule information,
21    which is something to do with compliance for
22    cross-boarder payments, think about OFAC
23    information, think about beneficiary details, all
24    that information gets exchanged, you know, using
25    the xCurrent product.
```

76

```
 1              Without any intermediary, without any
 2    company entity like SWIFT in the middle, without a
 3    correspondent bank necessarily in the middle.  And
 4    I, you know, that software is deployed on premise
 5    at both of the, you know, the banks on the sending
 6    side and on the receiving side usually to
 7    facilitate a cross-boarder payment.
 8         Q    Does xCurrent involve the use of XRP?
 9         A    Well, that's what I was referring to
10    as -- it's a service that you can add on to
11    xCurrent. Just like in Uber you can use it for cars
12    but now you can use Uber for eats.  You can use
13    xCurrent for non-ODL xRapid payments, but you can
14    also upgrade and use it for xRapid payments as
15    well.
16         Q    But if --
17         A    Everyone uses xCurrent.  Like every
18    client that we sign, that's the base, you join
19    RippleNet, you join and you use xCurrent and then
20    you add on these services.
21         Q    Okay.  You if you have no additional
22    services, does xCurrent involve the use of XRP?
23         A    It does not.
24         Q    Is it fair to describe xCurrent as a
25    messaging software to facility messaging between
```

1    parties in a decentralized way?

2         A    Yeah, that's part -- that's 80 percent of

3    what the product does?

4         Q    What's the other 20 percent?

5         A    The other 20 percent is that the xCurrent

6    product on this -- so I'm the send bank, there's a

7    receive bank that has something called a ledger

8    inside of each one of these xCurrents -- and I'm

9    not talking about crypto payments, I'm just talking

10   about fiat payments -- it records and

11   cryptographically signs movements from the banks as

12   well.

13        And so what typically happens is, if I'm

14   going to send money to Mexico, you know, I'm a U.S.

15   bank, I'm going to open up an account with you,

16   your bank in Mexico.  That's technically my bank's

17   money at your account.  I want to make sure that

18   when I send a payment, I got a cryptographic

19   signature that it's withdrawing out of my bank in

20   Mexico.

21        So that's the other part of -- that's the

22   20 percent that it does.  It cryptographically

23   signs that -- might be moving up and down

24   instantaneously. Before this technology, you'd have

25   to wait weekly for something called a

1  reconciliation appoint -- reconciliation report

2  that the bank in Mexico, for example, would have to

3  send back to my bank in the United States.

4          So this is an instant way to do it.  You

5  don't need to wait weekly for the report, and you

6  get it on a per-transaction basis.  So why that's

7  useful is because if you send a transaction and you

8  don't get the signature back, you can immediately

9  audit the bank on the other side.

10          And that's -- that's like a general theme

11  with this technology is that, moving money today is

12  the same way you move money in, you know, years

13  ago. It's all based on trust.  You have to trust

14  credit, everything with the receiving bank, if

15  you're sending into a country.  And that's what

16  this product partially addresses, that's the 20

17  percent. The other is around certainty of

18  information.

19          Making it safer for compliance

20  information, beneficiary information, so if an

21  account is closed at the beneficiary, using the old

22  technology, you didn't know until you got a

23  end-of-date statement.

24          With this, you would instantly know that,

25  you know, your bank account was closed.  Or you

1    have a misprint in the bank account and you'd get

2    that back instantly.  So those are some of the key

3    features or value propositions of the xCurrent

4    product even without the upgrade to the xRapid, ODL

5    product.

6         Q    And who are the potential or actual users

7    of xCurrent who would be -- who would benefit from

8    these features that you just described?

9         A    So regulated financial institutions are

10   the customers of these -- of the product.  To

11   answer the second part of your question, which was

12   who would benefit; the banks, the financial

13   institutions benefit.  So I think that's one.  I

14   think regulators benefit because you have far

15   granular, far better exchange of information

16   related to compliance, OFAC creating travel rule.

17   You can now do travel rule screening in OFAC on a

18   5-dollar payment if you want. That's a big

19   improvement that regulators have given us good

20   feedback on.

21            And last point is, I think the customer

22   experience.  For the end customer, the remittor,

23   the corporation, that has had no better way of

24   sending money since the early days of cross-boarder

25   payments.  I think they benefit as well from better

1    certainty of payment.  Faster payments as well and

2    lower cost.

3        Q    So -- and the financial institutions

4    you're talking about are banks; are there other

5    financial institutions that are actual or potential

6    users of xCurrent?

7        A    So like, are you mean -- definitionally

8    like, which banks are the regulated -- regulated as

9    a bank in accordance to U.S. law -- there are money

10   transmitters as well, regulated money transmitters

11   in the U.S. that are also known as MSBs with money

12   transmitter licenses.

13            I actually don't know if MoneyGram is

14   technically a bank or a money transmitter, but I

15   believe they're a money transmitter, so that would

16   be another core target segment for the product.

17       Q    Okay.  So banks and money transmitters,

18   MSBs that are regulated with FinCEN.

19       A    That's correct.

20       Q    And then going back to xCurrent, and this

21   is kind of a technical question, does xCurrent use

22   blockchain technology?

23       A    So, how much detail you want me to get

24   into, but, to me blockchain technology means the

25   leverages, decentralized technology, point-to-point

1    technology and it also uses cryptographic

2    signatures and the xCurrent product uses all three.

3        Q    Okay.  And does xCurrent -- are you

4    familiar with the Interledger protocol?

5        A    ILP Interledger protocol, yes, I am

6    familiar with it.

7        Q    And what is ILP?

8        A    So, are you asking about like, in general

9    what it does, or are you only -- about how the

10   protocol works or what benefits it provides; how

11   should I answer?

12       Q    I can -- I have specific questions, but

13   how does the ILP -- how does ILP compare to the XRP

14   ledger?

15       A    It's a little bit like apples and oranges

16   as a comparison.  But, in general, the vision for

17   ILP Interledger protocol, the reason it's called

18   Interledger protocol is that it's not a specific

19   ledger.  It's ledgers, blockchains, which are

20   ledgers.

21            So there's the Bitcoin ledger, there's

22   the XRP ledger, there's the Ethereum ledger.  If

23   you adhere to the ILP protocol, you can

24   inter-operate those ledgers.  So those are

25   cryptographic or blockchain ledgers, but there's

1  also analog ledgers that are not blockchain.  Let's

2  just call them blockchain ledgers and analog

3  ledgers.

4  ███████████████ pperates an analog

5  ledger. If they adhere to the ILP technology, then

6  they can inter-operate with other -- either analog

7  or blockchain ledgers that also adhere to the ILP

8  protocol.

9      And why that's important is because if

10 you really think about the internet, the reason the

11 internet works is that you sort of plug in either

12 an Ethernet or WiFi and information gets exchanged.

13 It's not like you have to join one network, versus

14 another network.

15     And with blockchain it's almost like you

16 had to -- prior to Interledger protocol you almost

17 joined the Bitcoin ledger or the Ethereum ledger

18 and with this protocol, it sort of combines all of

19 those ledgers into one interoperable protocol known

20 as the Interledger protocol.

21     Q    Is there one token that is associated

22 with ILP?

23     A    ILP is not -- is not a -- there's

24 reference software for it, but it's not a

25 blockchain like Ethereum or XRP ledger or Bitcoin,

1   it has no token associated with it.  It can use any

2   token.  It can use Ethereum, it can use Bitcoin, it

3   can use analog U.S. dollars from ████████████

4       It's main purpose is to -- is a set of

5   standards of protocols to -- to move value from one

6   ledger to another ledger.  And that ledger can be

7   digital, blockchain ledger or it can be analog like

8   a ███████████ ledger.

9       Q    Does xCurrent use the ILP -- the ILP?

10      A    Yeah.  I didn't get into it -- into

11  detail, but when I was talking about the 20

12  percent, so the 80 percent is the messaging as you

13  put it. The 20 percent being -- coordinating the

14  movement of value using cryptographic signatures.

15  That 20 percent adheres to the Interledger

16  protocol.

17      And why that's important is, if Bank of

18  America, for example, uses xCurrent they make their

19  ledger compatible with ILP.  So think of it as, if

20  you go traveling in Europe, and you forgot to

21  bring -- well, maybe you didn't forget, but you

22  have a plug --

23      Q    I don't go to Europe.

24      A    Okay -- you go to Asia, you get a plug,

25  and you have a converter to go from one, 110

1    whatever it is in the United States to 220, that's

2    what the -- the xCurrent product does.  It takes an

3    analog ledger and that 20 percent I was referring

4    to, is the converter or makes it compatible with

5    the ILP protocol.  And, again, the ILP protocol is

6    tokenless, it's just a standard or protocol to help

7    standardize the movement of value across multiple

8    ledgers.

9         Q    Okay.  And I just don't want to get too

10   technical, but that 80 percent you were talking

11   about, does that use the XRP ledger or?

12        A    The 80 percent I'd mentioned that there's

13   maybe like one thing I would need to look into in

14   terms of cryptographic signing.  But, to my

15   knowledge, other than that one aspect of

16   cryptographic signing it -- I do not believe it

17   uses the XRP ledger.

18        Q    So the 20 percent refers to the ILP.

19        A    Right.  And so just to be clear, the 80

20   percent, other than that piece, does not use the

21   XRP ledger from my knowledge.  The 20 percent with

22   the ILP, other than maybe looking into a couple of

23   cryptographic things, as a stand-alone product,

24   it's tokenless, it's not used by ILP -- XRP ledger

25   natively.

85

1          Q     Got it.  Got it.  So how does Ripple make

2     money from xCurrent?

3          A     There are software agreements that we

4     sell to financial institutions around the world.

5     There are consulting services that we offer to help

6     integrate, they're called integration services.

7     And then in the -- in the future there could be

8     other services that we offer.

9          Q     So, does Ripple charge a licensing fee

10    for the software services?

11         A     So, for the software I believe it's a

12    licensing fee or a subscription fee.  For the

13    services aspects of it --

14         Q     Okay.

15         A     -- which is different, I don't believe

16    there's a license with the services or the

17    consulting services or as I called it, the

18    integration services.  I don't know exactly how

19    that's billed.  It might be billed hourly or I

20    don't know the specifics, how the integration

21    services or the consulting services are billed.

22         Q     So, just those two components, the

23    licenses fees and then the consulting services?  Or

24    is there a third component to, you know, the

25    revenues that the company earns from xCurrent?

```
 1        A    I don't know for certain, but I believe
 2   those are the only two that I know of for the
 3   xCurrent product.  There -- yeah, I don't know for
 4   certain, but I think those are the two.
 5        Q    Are you involved in negotiating these
 6   agreements with the customers of xCurrent?
 7        A    Only from a product and technical aspect.
 8        Q    Okay.  Are you involved in negotiating
 9   the fees that are charged?
10        A    I do not get involved in -- are you
11   asking like for clients, do I get involved in like
12   how the structure of the agreements from a pricing
13   perspective --
14        Q    Yes.
15        A    -- commercial perspective?
16        Q    Yes.
17        A    I don't get involved in the pricing or
18   commercial perspective of these clients'
19   agreements.
20        Q    And do you know how much money Ripple has
21   earned in connection with the xRapid product?
22             MR. HECKER:  XRapid in particular?
23             MS. WAXMAN:  I'm sorry, xCurrent.  Thank
24   you.
25        A    I don't know.
```

```
1        Q    Do you know generally?

2        A    I do not know.

3        Q    And are you responsible for selling

4   xRapid product to customers?

5        A    So my job in product is -- is really, as

6   we described earlier, to build, get customer

7   feedback.  Selling the product is done by the sales

8   team and the business development team.  I'm

9   brought in from time to time on consulting with

10  mostly technical matters.

11            There are a few times where, you know, if

12  we want to get a customer involved in some aspect

13  on the ODL or xRapid product that's not technical

14  as well.

15       Q    And do you know what year xCurrent was

16  introduced?

17       A    When you say introduced --

18       Q    When was it first sold.

19       A    I don't know the date of the first

20  contract.

21       Q    What year?  Do you know what year?

22       A    I can only give you an estimate.

23       Q    Okay.

24       A    Somewhere between 2014 and '15.

25       Q    Okay.
```

88

```
 1            MS. WAXMAN:  It's 12:30 now.  I just want
 2    to  go through xVia and maybe we'll take a break.
 3            MR. CERESNEY:  Sure.
 4            MS. WAXMAN:  We'll talk quickly about
 5    that.
 6       Q    Okay.  So what is xVia?
 7       A    Some of our customers provided feedback
 8    to us that xCurrent was too comprehensive in terms
 9    of feature set.  And in software, when something is
10    too comprehensive it becomes difficult to -- to
11    implement.  And with the xCurrent software you
12    could, you now, I mentioned that there was a U.S.
13    bank and then there was a Mexican bank on the other
14    side as an example.
15            If you are receiving, you need the full
16    capabilities of xCurrent because you're receiving
17    the payment.  You have to clear over something
18    called local rails.  In the United States it's
19    called ACH, in Mexico it's called SPEI.  So it's
20    a-- you need the comprehensive feature set if
21    you're a receiver, the full xCurrent.
22            And our customers that were only sending
23    provided us feedback, is like, well, you have given
24    us 150 pages of a manual and we only need the first
25    20.  Can you slim down the product for us, for our
```

[12/5/2019 10:15 AM] Birla,Asheesh Inv. Test. 12.5.2019