89

1  sender.  My role is only as sender.

2        And so, we took that customer feedback

3  and we developed a product called xVia.  And xVia

4  is primarily for senders.  We just made it -- it's

5  pretty much xCurrent, but a slimmed down version of

6  xCurrent.

7        If you bought a car before, you can get

8  the model with all the features or you can get the

9  basic model.  I think it's called the base model.

10 You can think of xVia as the base model.

11      Q    And are the potential or actual users of

12 xVia the same as the potential and actual users of

13 xCurrent?

14      A    No.  The reason we created two separate

15 names and products is because there was a customer

16 segmentation difference.  XCurrent is for money

17 transmitter -- sorry, payment providers, MSBs, that

18 wish to either receive only or both send and

19 receive.

20       So, receive only, for example, banks in

21 India, banks in Mexico, those are typically receive

22 countries, destination countries for payments.  So

23 they buy the xCurrent product.  If you are a large

24 bank, like ▓▓▓▓▓▓▓▓▓ or ▓▓▓▓▓▓▓ you want

25 to send and receive.  So you would also buy

90

1    xCurrent. But if you are a customer that only wants

2    to send, then you would buy xVia.

3        Q    Got it.  When did xVia first become

4    available?

5        A    I don't know.

6        Q    Does -- is 2018 sound accurate to you?

7        A    It was available in 2018.  If it was

8    released in 2018, I'm not a hundred percent sure.

9    It was -- the range was 2017 to 2018.

10       Q    Okay.  And how does Ripple make money

11   from xVia; is it the same way it makes money from

12   xCurrent?

13       A    I don't know about the consulting or

14   integration services because it's a slimmed down

15   product, so I can't talk about that portion.  There

16   is a licensing component for xVia.  I'm not

17   familiar with the details of the licensing

18   component of xVia.

19       Q    And do you know what total sales and

20   revenues are from xVia since it was introduced?

21       A    I don't know.

22       Q    Do you have any -- can you approximate?

23       A    I don't know.

24       Q    Is sales and revenue information for

25   either xCurrent or xVia disclosed anywhere?

1       MR. CERESNEY:  Publically disclosed?

2       MS. WAXMAN:  Publically.

3    A    I don't know.

4    Q    If that is information that I wanted to

5   find out, is there any way for me to find it out

6   using publically available information?

7    A    I don't know.

8    Q    How does Ripple market xCurrent and xVia

9   to potential and actual customers?

10       MR. CERESNEY:  Do you mean -- well do you

11   mean how -- what messages they market with or who

12   markets it?  Or --

13       MS. WAXMAN:  Just kind of a very broad

14   question.  I'll -- thank you.

15   Q    How does -- I'll skip it for now.

16       Earlier you were talking about the

17   network.  What -- is there a suite of products that

18   the network -- the Ripple network is comprised of?

19   A    It's pretty technical.  But, technology

20   especially in Silicon Valley has moved to something

21   called microservices.  And so, if you -- if you use

22   Google, for example, or G-mail, like there's

23   thousands of microservices that comprise G-mail and

24   those services are maintained by a suite, a team of

25   developers and testers and deployment experts.  And

92

```
1    so, the answer to your question is, that it's --

2    RippleNet is now broken out into thousands of

3    microservices that Ripple has developed.

4         Q    Okay.  Thousands of services.

5         A    These are like software -- if you've

6    heard of like APIs or it's like an interface,

7    that's what I mean by microservices.

8         Q    Other than -- you said earlier that if

9    people wanted -- other than the xCurrent, xVia

10   product and the xRapid product, is there any other

11   product that someone could sign on to in connection

12   with the Ripple network?

13        A    When you say, "sign on to", do you mean

14   that they can like purchase, that we'd go out and

15   kind of get them to purchase and use?  Or --

16        Q    I'm just trying to understand when --

17   when -- when the company uses -- when you and the

18   company use the term Ripple Network, what do

19   every -- what do customers think of; are they

20   thinking xCurrent, x-Via, xRapid or what does that

21   mean to people?

22        A    You know, very generally it really

23   matters in terms of like the context of what

24   customer.  But, very generally it means that it's

25   a -- it's just a more efficient way to move money
```

```
 1    cross boarder.
 2            And we specifically try to target
 3    customers where we have network coverage.  And so,
 4    for some customers it might be, this is the best
 5    way to send money to India.  To others customers
 6    might be, this is the best way to send money to,
 7    you know, Brazil.  And then others it could be,
 8    this is the best way to send money to Mexico.  For
 9    other customers the context could be, this is a new
10    way to get more business.
11            Because maybe you were a small regional
12    bank, but now you can actually provide your service
13    of clearing payments, for example, into Thailand
14    for this global network.  So the context really
15    matters in terms of answering the question.
16       Q    So when come company issues a press
17    release, and is talking about the Ripple network,
18    how is the public supposed to know what that means?
19       A    I'm not aware of every press release.
20    Especially, you know, recently, I've not gone
21    through every press release.  But, there are press
22    releases that, you know, when there's ODL
23    available, there are press releases that mention,
24    you know, ODL.  And there are press releases that,
25    you know, mention the base product xCurrent or
```

94

1   RippleNet.

2       Q    Okay.  But when I asked you earlier what

3   is -- when the company refers to the Ripple

4   network, I'm trying understand what that actually

5   means.  And I understood that it was referring to

6   the suite of products that Ripple offers which

7   includes xCurrent, xVia and xRapid.

8           Is that understanding correct or -- I

9   mean from your answer, I -- you're -- I think

10  you're saying, but tell me if I'm wrong, that

11  Ripple network is some much larger thing, term, or

12  you know, concept.

13      A    What I'm referring to is that it's a

14  network.  Meaning that, how we -- in the early days

15  in 2000 and we don't have the -- 2014 or '15, there

16  wasn't a network.  And so, it was more like a

17  software, right?  Like you're buying this software,

18  you can connect it with one of your partners and

19  that's not really a network.

20          Now, with a lot of live financial

21  institutions and banks around the world, it is a

22  network.  So, that's similar to how technology

23  networks work as well.  Like Facebook when it was

24  created wasn't a network, it was some -- I don't

25  know, I forgot what it was.  It was some way to

1      look at your class pictures.  Then it evolved into

2      a network when more and more folks joined and were

3      able to connect with each other.

4              And so that's what I'm referring to, the

5      evolution of Ripple products at the beginning

6      wasn't a network.  It was just like maybe one bank

7      connecting to another bank.  Or maybe even using

8      our software to connect internal systems at a bank.

9              But then it flourished into this network.

10     And so, that's why I'm making the distinction, is

11     that when folks join RippleNet they're often

12     joining because this is a better way to send money

13     into India or to Mexico.  And depending on where

14     you're sending money, it may use the ODL xRapid

15     product or it may not use the ODL xRapid product.

16     That's what I was referring to.

17         Q    Okay.  So, I think -- now I understand

18     better what you're referring to a network of users.

19         A    A network of customers, like financial

20     institutions, regulated financial institutions,

21     banks around the world.

22         Q    And then if you wanted to sign up for

23     xCurrent or xVia, is it --do you have to sign up to

24     these services separately or is there a way to pay

25     one fee and you get both of them?

96

1       A     So, now you just join RippleNet.  And

2    those names have gone away, and there's essentially

3    a API, which is an interface into a software, so

4    you can think of this as you're selling access to

5    this technology network of financial institutions.

6    And that's really what we're out there selling.

7       Q     So, is it a one fee that you pay to sign

8    on to -- to gain access to those services?

9       A     With RippleNet, I don't know like the

10   complete specifics of the contract.  But -- and it

11   really depends by, you know, the customer type and

12   how they deploy the software.  But it can be a

13   software fee, it could be a per-transaction fee.

14   It could be, as I mentioned earlier for certain

15   customers, an integration or consulting fee.

16          MS. WAXMAN:  How are people doing on

17   time?  I could --

18          MR. CERESNEY:  Can take lunch at some

19   point.

20          MS. WAXMAN:  Do you want to stop now or

21   do  you want to -- it would be a good time to stop

22   now.  Or we could go to 1:30, whatever people

23   prefer.

24          MR. CERESNEY:  Why don't we stop now and

25   then we'll take lunch and then come back 30 to 40

```
1    minutes.

2             MS. WAXMAN:  Okay.  Does 1:30 work?

3             MR. CERESNEY:  Yeah, why don't we do

4    that.  Yeah.  We're good.

5             MS. WAXMAN:  We're off the record at

6    12:49  p.m.

7             (A brief recess was taken.)

8             MS. WAXMAN:  It's 1:34 p.m. and we're

9    back  on the record.

10       Q    Mr. Birla, while we were off the record,

11   did you have any substantive conversation with the

12   staff?

13       A    No.

14            MS. WAXMAN:  Counsel, can you confirm.

15            MR. CERESNEY:  Yes, we did not have

16   substantive conversation.

17       Q    So, let's talk a little bit about exactly

18   what XRP is.  I know we mentioned it earlier before

19   we broke.

20            But, can you tell me -- can you explain

21   what XRP is and how it was -- how it was created?

22       A    XRP is a digital asset or virtual

23   currency.  And my definition of a virtual currency

24   or a digital asset means that it hasn't -- does not

25   have a counter-party.  Meaning, there isn't a --
```

1    just like Bitcoin or Ethereum, there's not a

2    corporation, person, organization that either

3    issues or is responsible for the resulting virtual

4    currency.

5           It's other sort of adjectives would be

6    trustless, meaning, you do not need to trust an

7    organization, an entity or person, you essentially

8    trust code and algorithms run by computers.

9           And those are, you know, properties of

10   XRP.  XRP has other properties that make it

11   conducive for pay -- payments.  Low cost, meaning

12   to move XRP on the XRP ledger it's transaction fees

13   are very low.  It's fast.  I was mentioning it's

14   governed by the consensus protocol, which proposes

15   and confirms a new ledger every five seconds.  And

16   so, it usually settles in less than five seconds.

17        Q    Is XRP the native digital asset to the

18   XRP ledger?

19        A    XRP is the only native digital -- virtual

20   currency on the XRP ledger.

21        Q    And who wrote the code that created the

22   XRP token?

23        A    I don't know.

24        Q    Did the creators of XRP ledger also

25   create XRP?

99

```
1        A    I don't know.

2        Q    Earlier, I think I asked -- I'll ask

3    again, who created the XRP ledger?

4        A    I don't know all, you know, everyone that

5    contributed.  The -- David Schwartz, I believe it

6    was Jed McCaleb, you know, Arthur Britto were, you

7    know, large software contributors.  Meaning, they

8    contributed a large amount of the -- the code base

9    from my knowledge.

10        Q    And did they create XRP?

11        A    I'm not -- yeah, I guess I don't

12    understand the question.  Like the -- XRP is sort

13    of native to the XRP ledger.  And so the deploying

14    of the entire software and the package there's a

15    distinction there where the code, technically, the

16    code created the XRP -- XRP token.

17        Q    Well, I just -- I understand that the

18    code created the token and these guys contributed

19    to the software code.

20             Do you know if there was anyone else who

21    was involved in the separate -- the separate

22    creation of the actual XRP token?

23        A    I don't know.

24        Q    Okay.  And when did they -- when was --

25    do you know when the XRP tokens were created?
```

100

1      A    I do not know.

2      Q    And how many were created?

3      A    From my knowledge -- you're asking how

4   many XRP virtual currency units were created?

5      Q    Yeah.  How many -- or how many XRP exist

6   today?

7      A    Those -- there are two different answers.

8   I don't know how many exist today.  Part of the --

9   the protocol is that to use the protocol you burn

10  XRP.  And so it's destroyed.  So, I don't know how

11  many are remaining.

12     Q    How many were originally created?

13     A    I believe the number is 100 billion XRP

14  units.

15     Q    And did you have -- did you ever discuss

16  the creation of a hundred billion XRP with either

17  David Schwartz, Jed McCaleb or Arthur Britto?

18     A    I don't recall ever having conversations

19  with any of those folks regarding the creation of

20  XRP.

21     Q    Okay.  At the time that you joined the

22  company, did you have an understanding of why XRP

23  token -- the XRP token was created?

24     A    I had novice understanding of why it was

25  created.

101

1      Q    And what was your understanding?

2      A    My understanding was that similar to, you

3  know, Bitcoin, that when you have decentralized

4  code running out there, meaning, there isn't a

5  company or a entity or person, there's only

6  computers that are running that code, you need some

7  way to essentially govern the code and the

8  blockchain.

9      When I say "govern", I mean, if someone

10  submits a bunch of transactions, how does that

11  software decide which transactions get processed in

12  what order.  And traditional fiat currency doesn't

13  work because as soon as you introduce fiat

14  currency, you know -- what I mean by fiat currency,

15  I mean, U.S. dollars for example, would be an

16  example of fiat currency -- the reason that fiat

17  currency doesn't work is because when you introduce

18  fiat currency, you introduce a counter-party.

19      Meaning, someone has to pay for -- some

20  entity or person has to pay, for example, fiat

21  currency as U.S. dollars for the system.  So that

22  does not make it trustless, that does not make it

23  counter-party free.

24      Why digital assets, virtual currencies,

25  are created in the case of, you know, both Bitcoin

1    and XRP is that for the ledger to work properly you

2    need this kind of governance mechanism.  You need

3    the ability to, you know, levy fees on the

4    ecosystem that is using the XRP ledger.  One of the

5    reasons would be, how do you deal with spam in a

6    decentralized world.  Meaning, what happens if

7    someone tries to submit a million transactions all

8    at once and overload the system.

9         Well, if you introduce a fee, and it's a

10   trustless counter-party fee, in issuance of initial

11   currency or -- digital asset or virtual currency,

12   then you can dynamically change how much it is to

13   have a transaction on Bitcoin or XRP ledger.

14        And that's why during high times of

15   usage, the fee dynamically goes up until

16   congestion, you know, subsides and then the fee

17   dynamically goes down both in the XRP ledger and

18   the Bitcoin ledger.

19        Q    So, if I understand what you're saying,

20   XRP serves some sort of purpose in that it is --

21   acts as a -- there's a transaction fee that can be

22   paid in XRP for transactions that occur on the XRP

23   ledger.

24        A    Right.  And to provide governance for

25   things like spam and congestion.  Another

103

1    clarification is that, that fee is destroyed.

2    Meaning, there isn't any entity, a person that

3    receives that fee.  It's really just destroyed by

4    the system.

5         Q    Okay.  Were there any reason -- or does

6    XRP serve any other purposes other than what you

7    just described?

8              MR. CERESNEY:  Just to be clear he

9    started  the last answer -- not describing the spam

10   thing  but the trustless piece and lack of

11   counter-party.  I just want to make sure that's

12   not lost.  'Cause your -- you summarized when you

13   said focusing on the spam piece, but there was  the

14   other piece that he explained.

15             MS. WAXMAN:  Got it.  Thank you.

16             MR. CERESNEY:  Yeah.

17        Q    So other than using XRP to pay for -- as

18   a fee for paying transactions and a way to send

19   money without using a middleman or a counter-party,

20   are there any other -- any other reasons that XRP

21   was created?

22        A    Are you asking in general like beyond the

23   protocol or within the protocol, within XRP ledger

24   or like broader than that?

25             There are reasons that it's created for

[12/5/2019 10:15 AM] Birla,Asheesh Inv. Test. 12.5.2019

104

```
 1    the protocol, and there are reasons --

 2         Q    Yeah.  So, outside of the actual

 3    functionality of the XRP in relation to how the

 4    protocol works there are other reasons why XRP was

 5    created.

 6         A    So, I -- I guess I'll break it out into

 7    two.  Well, one, it's impossible to predict, like

 8    the number of use cases that blockchain technology

 9    will be used for in the future.  Just like with the

10    internet, when I was an undergrad, I had no idea

11    that you'd be able to stream TV to your house and

12    all these other different things.

13              And so, just like that I think it's

14    really similar with blockchain and virtual

15    currencies, it's impossible to predict.  I'm

16    fascinated by some of the ideas that people come up

17    with.  So, I don't know -- I don't know all the

18    different use cases that people will build or could

19    build on top of this technology.  It's more of a

20    protocol and protocols enables innovation on top of

21    it.

22         Q    Okay.  At the time that XR -- the hundred

23    billion units of XRP was created, how was it

24    distributed?

25         A    I don't know.
```

105

1    Q    Did Ripple Labs receive a portion of the

2  XRP?

3    A    I believe that to be true, yes.

4    Q    And when you say, you believe it to be

5  true; what's the basis for that?

6    A    Well, I know today that Ripple holds in

7  escrow XRP.  Considerable amount of XRP.

8    Q    How much XRP does it hold in escrow?

9    A    I don't know the exact number of how much

10  Ripple holds in escrow today.

11   Q    Approximately.

12   A    Somewhere in the range of 50 billion to

13  55 billion.  Somewhere in that range.

14   Q    Okay.  Let's take a step back.  When you

15  first accepted the job to join Ripple, what was the

16  company's business model?  What were you told was

17  the operation of the business?

18   A    When you join as a start-up in Silicon

19  Valley and especially in the early days, and this

20  has been my philosophy as well that's worked out

21  for me, is that there's so many things that can

22  change in terms of a business.  There's so many

23  things that can change in terms of like what you

24  learn on the journey in developing innovative

25  businesses that the reason I joined was 'cause I

106

```
 1    was fascinated by blockchain technology and the

 2    transformative aspects it can have.

 3            And then, if you like this technology and

 4    like the space in general -- well, secondly, I

 5    thought that finance hadn't had -- in my opinion

 6    has not had a lot of innovation in the last 50, 60

 7    years and especially with technology.  So, I

 8    thought the space was -- something called white

 9    space -- with a lot of room for new entrance to

10    come in if they have new kinds of technology.  And

11    then the last piece was that I really admired what

12    Chris Larsen, founder, co founder of Ripple had

13    done in the past with innovation and the space.

14            So I thought there was no one really

15    better to lead, you know, new innovation in the

16    finance biz, coupled with my fascination with the

17    technology.  It's very common to join start-ups

18    that don't have a clear business model in the

19    beginning. And then that evolves over time.

20    Similar to Facebook.

21            When Facebook was invented, I don't think

22    Mark Zuckerberg or anyone knew what the business

23    model was until far later on in the company's

24    evolution.

25        Q    Okay.  So at the time you joined there
```

107

```
1    was no clear business model for Ripple Labs.

2              Was there a business model, but that

3    wasn't fully developed?

4              MR. CERESNEY:  Just to clarify, you're

5    using  the term "business model".  I just want to

6    make  sure you're both understand -- 'cause that

7    can  mean a number of things to different people.

8    So --

9              MS. WAXMAN:  Okay, so --

10              MR. CERESNEY:  -- it could mean for

11   profit.  It could mean what your product is, so I

12   just  want to make sure we're on the same -- we're

13   talking about the same thing.

14       Q    Well, I'm just trying to understand is,

15   at the time you joined, what you understood to be

16   Ripple's operations, Ripple's product and Ripple's

17   overall business model.

18              So, really big picture, but also very

19   gran-- on a granular level and more importantly,

20   how was this company going to make money and give

21   you a paycheck every week.

22       A    So, I'll answer the first part of the

23   question, which is -- and then we can go to the

24   second part.

25              The first part was Ripple products,
```

108

1    Ripple -- or what were Ripple products, what were

2    Ripple -- you know, I forgot the -- Ripple products

3    and what was the other question, operations?

4         Q    It was operations, products and just

5    general business model focus.

6         A    I think it's a pretty similar story to a

7    lot of other start-ups, but when you join a

8    start-up that early on, as a first-product hire,

9    your job is to figure out what the products are for

10   the company. And so there weren't -- that was part

11   of my -- part of the reason I was hired was to

12   figure out what products Ripple should be building.

13        Q    And what was at your disposal at that

14   point, what were you going to use to build product?

15        A    Can you clarify a little bit?

16        Q    Yeah, I'll just ask a different question.

17             If they had no products, how was the

18   company going to make money?

19        A    As a typical -- with like early stage

20   start-ups you -- especially in the tech space and

21   especially in Silicon Valley, you raise money.

22   Venture capital money.  And, you know, we had a

23   notable founder.  And, you know, the space was wide

24   open in terms of, you know, finance.  And so, the

25   answer to the question is, you know, venture

109

```
 1    capital money financing.
 2        Q    And was your mandate to build and I use
 3    that word -- right, was -- were you supposed to
 4    build products that -- on top of the Ripple ledger
 5    and products that were to use XRP?
 6        A    I think you're referring to the XRP
 7    ledger?
 8        Q    Yeah.
 9        A    You know, the -- early on in the day,
10    early on at Ripple, and the way that Chris operates
11    in general, he sort of left that up to me.
12             You know, again, myself being a believer
13    in blockchain technology, I thought it made a lot
14    of sense and one of the things you do as a product
15    person is you're supposed to try to figure out
16    where your differentiation is going to be compared
17    to all the incumbent solutions and the incumbent
18    providers in your space.
19             And so, I don't remember anyone telling
20    me, again, the company was very small at the time,
21    but I don't remember anyone telling me that you
22    must do this.  But I do, again, remember that I
23    thought this technology, and I still do believe
24    that technology, blockchain technology is going to
25    be transformative and going to change the way we
```

1     conduct finance throughout our lives.

2          Q     In terms of Ripple, you said Chris Larsen

3     left it up to you to -- whether or not to build

4     products using XRP or using the XRP ledger.

5               But, what would be the benefits to Ripple

6     to build products that use XRP or were built on top

7     of the XRP ledger?

8          A     So, as the product guide, the one benefit

9     that I saw was that payments in general and finance

10    in general is -- is -- you have a lot of big

11    institutions in payments, and you have a lot of big

12    institutions in finance, and there's a lot of early

13    stage start-ups -- not early stage, but just

14    general technology companies in that space.

15              And so, as a product person I have to

16    answer why am I going to be something called, 10

17    times better than the solutions out there.  And so,

18    I really believe that using this technology, we

19    would be 10 times better in terms of product

20    experience, compared to in incumbent solutions.  I

21    thought that technology was that transformative.

22         Q     That makes sense.  I'm a big believer in

23    the technology too, distributive ledger.  Think it

24    could be really transformative in a lot of ways.

25              What are -- what would be the specific

111

1    benefits of building products using XRP?  And I

2    want to distinguish XRP from the XRP ledger.

3           A    Well, one thing that we heard over and

4    over again, and I'm not saying that this was -- it

5    didn't like just hit me day one, when I was at

6    Ripple, but, one thing that we heard over and over

7    again from customers was that cross-boarder

8    payments -- like we tried -- like I mentioned, we

9    tried a whole bunch of other things like loyalty

10   points, and one thing that we heard was that

11   cross-boarder payments was a big friction part.

12   Like big friction in their daily lives.  Especially

13   as e-commerce businesses have gone from local to

14   global almost overnight.

15              And so, now, all of a sudden this local

16   company that was in San Francisco is now in five

17   different locations around the world.  And now they

18   have to figure out how to deal with cross-boarder

19   payments.  We just kept hearing that again and

20   again.  So we tried to pitch some, maybe some other

21   solutions but they kept saying, well, what do you

22   have for cross-boarder payments.

23              So then I started looking at, well, how

24   can we potentially solve that.  And I learned how

25   the -- how money moved today.  It's very slow and

112

1    people have to pre-fund in the destination.  That

2    example I gave earlier with U.S. bank have to

3    prefund with the Mexican bank whole pesos, long

4    term to conduct payments.  That was something that

5    I was like, well why -- why does it work that way.

6            And that was because people don't trust

7    banks and financial institutions around the world.

8    They don't trust everyone.  There's no central bank

9    for the world.  There's a central bank for the U.S.

10   Other banks and financial institutions can just

11   trust a central bank to settle funds, but there's

12   nothing like that around the world.

13           And that's where I was like, well, you

14   know, and the entire team was like, well, folks can

15   start instead of having to open these accounts with

16   each other, why don't they use a digital asset.

17           And, again, customers told us they wanted

18   speed.  They wanted to do something that's very low

19   cost.  So we were hearing from our customers

20   that -- or potential customers at this time, like,

21   we want to be able to send a $15 payment.  So you'd

22   have cost really low and they wanted certainty.  So

23   instant payments.

24           And then the last component is, we have

25   to stay -- our customers wanted to stay in

113

1    accordance with the law as well.  And Chris Larsen,

2    very early on at Ripple was a strong believer that,

3    you know, we should be working with regulators and

4    financial -- regulators and incumbents to make sure

5    that whatever we build is -- on top of the XRP

6    ledger -- is compliant.

7           And we worked a lot with regulators and

8    we worked a lot with financial institutions to

9    solve that problem.  But, really what the big

10   differentiator that we kept in our mind was,

11   there's this liquidity issue.  This need to

12   pre-fund because folks don't trust each other.  And

13   then couple that with, you know, the need for speed

14   and low cost, that's really where I started

15   thinking that the -- that XRP could, you know, be a

16   really good customer solution, provide a far better

17   experience.

18          That 10X better experience that I need as

19   a product guide, that was -- I felt like the entire

20   solution, the entire suite coupled with the digital

21   asset could provide that experience.

22   Q    Why couldn't you provide that -- all

23   those -- that experience, all those benefits with

24   Bitcoin or Ether or any other digital asset?

25   A    Well, I don't know the exact dates here,

114

1    but I don't think -- a lot of those weren't around.

2    Bitcoin was around.

3        Q    Bitcoin was around since 2013.

4        A    Yeah, but some, you know, Ethereum -- I

5    don't believe was around.  I'm not 100 percent

6    sure. Actually, I'm pretty sure they were not

7    around.  So one reason was there wasn't a whole lot

8    of choices.

9            The other reason is, I mentioned, what

10   our customers are telling us.  And that was, speed

11   matters and cost matters as well.  And we did, not

12   only some testing, so, we, you know, we actually

13   wrote code to see how it would perform with -- with

14   Bitcoin.

15           And two issues came up, you know, that

16   were, you know, I guess also consistent with what

17   our customers are telling us.  Number one was,

18   Listen, I can't wait, I can't wait for an hour for

19   the three confirmations.  And so the -- the way

20   that Bitcoin works is that you need to wait for

21   confirmations for, you know, to confirm on the

22   ledger and with each confirmation you get a certain

23   level of certainty that that transaction can't be

24   reversed.

25           The general consensus out there with

115

1    statisticians and mathematicians and

2    cryptographers, is that you need to wait for three

3    confirmations on non-congestion days, takes upward

4    of 20 to -- 20 to 60 minutes.  The fees on

5    non-congestion days takes dollars, a couple of

6    dollars.  On high congestion days with Bitcoin it's

7    $40 if you want any sort of speed.

8              And so we talked to our customers.  Well

9    $40 isn't that much cheaper than using a wire

10   system.  And so, you know, the customer feedback

11   was, that's not going to work.  And so, you know,

12   it made it loud and clear that they wanted

13   something that was low cost -- and another thing I

14   mentioned as well that's really important is, that

15   if your -- if our customer is telling us they want

16   to send a $15 payment and they have to pay $4 in

17   fees, that's not going to work for them.  And so,

18   the fee component of the -- was the other reason.

19        Q    Okay.  So, XRP was a far better choice

20   than Bitcoin for a lot of reasons -- a lot of what

21   you just mentioned; speed, cost.

22              At some point, did you come to understand

23   that Ripple had in it's possession a large amount

24   of XRP?

25        A    At some point, yes.  I came into

116

1    knowledge.

2        Q    What -- when did you learn that?

3        A    Maybe within the first three months.

4    That's only when I knew about it.

5        Q    And how did you come to learn -- first,

6    how did you come to learn that Ripple had XRP, a

7    large amount of XRP?  And did you know how much

8    they had?

9        A    That's now six some years ago, so I don't

10   exactly remember.  I don't remember at all how -- I

11   don't remember at all how I came to know that we

12   had -- that Ripple had, you know, that much XRP.

13       Q    I'll just represent to you that at the

14   time XRP was created, Ripple received 80 billion of

15   the hundred billion.

16            Earlier today, I asked you if you had any

17   understanding of how Ripple came to receive that

18   and I think you said you didn't know; is that still

19   your --

20       A    That's still --

21       Q    -- answer?

22       A    Yes.

23       Q    So, how did that 80 billion XRP fit into

24   Ripple's business model?

25       A    Well, one, I don't actually know if

117

1    it's -- how did XRP fit into the business model --

2         Q    At the time you joined, XRP -- in

3    September of 2013, how did XRP fit into Ripple's

4    overall business model, operations or any of the

5    products?

6         A    When I --

7              MR. HECKER:  Sorry.  Beyond what you just

8    talked about in terms of XRP being used in

9    connection with cross-boarder payments?

10             MS. WAXMAN:  No.  I don't want to go

11   there.

12             MR. HECKER:  Oh, I'm sorry.

13             MS. WAXMAN:  So, I'll take a step back.

14   I'll ask a question.

15        Q    At the time you joined, did Ripple have

16   any products?

17        A    We did not have any enterprise products.

18        Q    Okay.  And, so at the time you joined,

19   how did Ripple -- how did XRP fit into either

20   Ripple's operations or Ripple's overall business

21   model.

22        A    From my recollection, I -- it's not

23   something that I recall even talking about in the

24   early days of Ripple.

25        Q    Okay.  Well, earlier just now we spoke

118

1    about how their -- you were -- your role was to

2    build products and you -- and there was some

3    benefits of building products using XRP.

4           So, I mean, that's one way that XRP fits

5    into the business model; is that correct?

6           MR. CERESNEY:  Did you ask him at the

7    beginning?  It sounds like that was over time.

8      Q    Well, my understanding from your answer

9    was that we were really focused at when you first

10   joined, you said you were responsible for building

11   products.  I asked if those products were going to

12   use XRP or the ledger.  You said that was -- Chris

13   Larsen gave you leeway to do what you felt you

14   wanted.  And then we spoke about what some of the

15   benefits were to use XRP and those products.

16          Did XRP fit in to Ripple's business model

17   in any other way?  Did -- was XRP used to fund

18   Ripple's operations?

19          MR. CERESNEY:  In the early days.

20     A    I don't -- I don't know if it was used in

21   the early days to conduct operations.  This is --

22   yeah 2013, I don't know.

23     Q    At some point, did you come to realize

24   that the XRP, the proceeds from sales of XRP would

25   be used to fund operations?

[12/5/2019 10:15 AM] Birla,Asheesh Inv. Test. 12.5.2019

119

1        A    Yes.  At some point, I learned that,

2   yeah, XRP would be used to further develop the

3   ecosystem. And, you know, build Ripple products

4   around the XRP ledger.

5        Q    When you say that the sale -- the

6   proceeds of the sales of the XRP would be used to

7   develop the ecosystem, what do you mean?

8        A    You know, products on top of the XRP

9   ledger that we could -- sorry, products that we

10  could use, that would provide customers a better

11  experience was my role.

12       Q    Well, how would the actual proceeds from

13  the sales help develop the ecosystem?

14       A    Well, we could have more customers that

15  are using our Ripple products.  And so, you know,

16  software developers, folks building on top of the

17  technology, those would be uses of the proceeds.

18       Q    So the company could grow and have more

19  pay -- have more money to pay its employees who

20  would hopefully develop more products that would be

21  sold to customers?

22       A    Sorry, what was the question?

23       Q    Did you come to understand that the

24  company was using the sales, the proceeds of sales

25  of XRP to pay employees salaries?

```
 1          A      Specifically to pay employee salaries,

 2     I'm not sure.  But in general for Ripple

 3     operations, yes, I was aware of that.  Just keep in

 4     mind we had venture capital funding, we have

 5     consulting revenue. So to say -- I don't -- I'm not

 6     part of that kind of -- I'm not on the finance team

 7     where they would allocate different portions to

 8     different parts and I'm not familiar how that kind

 9     of accounting works.

10          Q      Right.  So --

11          A      The limits.

12          Q      You don't know the break down of how much

13     money came in from sales of XRP, and how much money

14     came in from VCs and when and --

15          A      Exactly.

16          Q      Got it.  But, you do know there was -- at

17     some point you did learn that some of that -- the

18     proceeds from sales of XRP was used to fund

19     Ripple's operations?

20          A      Yes.

21          Q      And at what point in time did you come to

22     that understanding; was that in 2015 or later on?

23          A      I don't know.

24          Q      Was Ripple created as a way to monetize

25     the Ripple protocol?
```

121

```
 1        A    In terms of monetize the protocol, what
 2   do you mean by that?
 3             MR. CERESNEY:  You say the Ripple
 4   protocol,  XRP protocol?
 5             MS. WAXMAN:  I mean the XRP ledger,
 6   sorry.
 7        Q    And when -- you know, could they make
 8   money from the creation of the XRP ledger through
 9   the creation issuance and sale of XRP tokens.
10        A    Are you asking if Ripple was created or
11   Ripple products were created for that purpose?
12        Q    No, I'm asking whether the XRP token was
13   created as a way to monetize the XRP ledger.  So a
14   way to make money off of the creation of the XRP
15   ledger.
16        A    I don't know.
17        Q    Was that ever discussed with anyone at
18   the company?
19        A    With -- like, with anyone at the company?
20   I don't know.
21        Q    Did you discuss that with anyone?
22        A    I did not discuss that with anyone.
23        Q    Have you ever seen any documents where it
24   spoke about using XRP as a way of monetizing the
25   XRP ledger?
```

122

```
 1        A    I guess I don't quite understand like,

 2   monetizing the XRP ledger.  Like the XRP ledger

 3   itself is a decentralized piece of technology.  So

 4   I'm not exactly sure what monetizing --

 5        Q    Well, since the XRP is decentralized and

 6   it's open source, you can't really charge someone

 7   to use it.  So you're not collecting licensing

 8   fees -- you're not licensing software or anything

 9   like that.

10             So in order to make money from Ripple --

11   money from the XRP ledger; one way to look at it is

12   that you have this token and you can sell the

13   token. That's all I mean by monetize, you know,

14   make money off of the -- the ledger itself.

15        A    There have been -- I think this is also

16   really typical of early stage start-ups, there are

17   a number of different kinds of ways that, you know,

18   we look at in terms of monetization, I mentioned,

19   you know, software fees, integration fees, you

20   know, all our ways of, you know, creating, you

21   know, revenue for Ripple.

22        Q    But at the time -- when was the first

23   product, when was Ripple's first product released?

24        A    XCurrent was released some -- I think I

25   vaguely remember 2014, '15.  That time frame.
```

123

1    Q    My records reflect that it was released

2    or being sold a little later, kind of in 2016.

3         Would that --

4    A    Well, released and sold, could be -- you

5    could be right.  Like I said, I wasn't a hundred

6    percent certain on the dates, but I do remember

7    that we were working on it 2015, '14ish.  Released

8    and sold, I think I mentioned to you, I didn't know

9    the exactly date of when it was first sold.

10   Q    Did you ever discuss with anyone at

11   Ripple the fact that if the price of XRP would

12   increase, the company would make more money?  Or --

13   I'll let you answer.

14   A    I don't recall ever having conversation

15   where, you know, we would make more money if the

16   price of XRP would go up like specifically.

17   Q    Did you have any discussions with anybody

18   about how the company could increase the value of

19   XRP?

20   A    From what I recall, like most of my

21   conversations are around something called liquidity

22   around XRP, and that's really because for xRapid

23   and ODL and for the products to function, you need

24   liquidity.  And so, my main focus has been around

25   like how do we -- how do we get more liquidity

1   around XRP.  And, you know, that is a -- that is

2   paramount to the experience that we want to offer

3   for ODL and xRapid.

4        Q    Okay.  I'm sure I'll ask you even more

5   about that in the couple of minutes.

6             Was XRP a way to allocate value to

7   persons in Ripple Labs?

8        A    I didn't quite understand.  Like, are you

9   saying -- like I mentioned my example of getting

10  reimbursements.  And so that -- I guess, to answer

11  your question, I could've got U.S. dollars or I

12  could've got XRP for the reimbursements.  And I got

13  XRP.  So, I guess, in that context, yes, value was

14  provided to me in XRP.  If I understand your

15  question, correctly.

16       Q    Well -- I'll ask the better question.

17            Was XRP a way to allocate value to

18  shareholders in Ripple?

19       A    I can only talk about the pitches, I'm

20  not involved in the investor, you know, investor

21  updates and things like that.

22            Like I mentioned earlier, my interface

23  with the investors are primarily through our seed,

24  Series A, Series B pitches.  And from my

25  recollection in those pitches, I don't recall any

1    mention of, you know, XRP being allocated to them

2    or XRP being like a reason they should invest in

3    the company.

4              From my recollection, a Series B pitch

5    was really a story about software services and

6    revenue. I believe that was the pitch.  But it's

7    been a while.  I don't remember the exact dates of

8    that, but it's been a while.

9         Q    At the time you joined the company, other

10   than the uses we spoke about earlier about how XRP

11   functions in connection with the ledger; what was

12   the use case that the company was -- what were

13   XRP's use cases and which ones was the company

14   trying to build products around?

15        A    So, are you talking about when I joined

16   the company?

17        Q    Yeah.  So prior to the creation -- the,

18   you know, prior to xRapid -- xCurrent, sorry.

19   Prior to xCurrent.

20        A    Oh, well just to be clear like, you know,

21   xCurrent, you can use with or without XRP and

22   xRapid.  But when I joined the company, you know, I

23   was really hired to go in and figure out what kinds

24   of use cases made the most sense to solve in the

25   world.  And it's a very broad description but

126

```
 1    that's essentially what product folk do especially

 2    early on at a -- at a start-up.  And I had

 3    mentioned to you like a number of use cases.  And

 4    keep in mind in 2013, I mean, there wasn't -- there

 5    wasn't really like a guide book or anything like

 6    that.  And so we tried a lot of different things;

 7    Starbucks points, loyalty points, trading loyalty

 8    points for Starbucks points --

 9         Q    Did those things involve XRP?

10         A    They involve the -- I mean, at this point

11    they're just presentations that we were providing.

12    And we would, you know, try to flow out how, you

13    know, the technology aspect would work.  But I

14    didn't have to the product built.  And so, some of

15    them were like -- I mentioned something called

16    prototyping -- some of these were prototypes to see

17    if there was any, you know, customer improvement,

18    these are sometimes demos.

19              But, a lot of these were built or

20    prototyped on top of the XRP ledger and a lot of

21    them were presentations like flowed down

22    presentations showing how this would work from a

23    technical aspect.  But I'm not -- I don't remember

24    which ones we did prototype purposes, which ones we

25    just did presentation for it.  But this is like --
```

127

1   like early stage product stuff called

2   conceptualization and prototyping pace.

3           And what we're trying to achieve is,

4   like, is there a product market fit.  And the

5   definition of product market fit, as I mentioned

6   earlier was like, is this going to deliver a 10X

7   experience better than the incumbent.  And if not,

8   it's really hard to try to, you know, make a dent

9   in the world and try to dislodge someone else

10  that's been there for a long time given how small

11  of a company we are and we were.

12      Q    Prior to the creation of xRapid, what did

13  the company do with this XRP?

14          MR. CERESNEY:  You mean in terms of

15  products?

16          MS. WAXMAN:  Sure.  Let's start with

17  that.

18      A    So I mentioned that -- I mean it -- it

19  was a lot of prototyping on the XRP ledger.  There

20  were other companies building businesses that were

21  not related to XRP -- oh, sorry, not related to

22  Ripple on top of the XRP ledger.

23          And so, you know, there's like four or

24  five early on and then, you know, more -- more

25  after that, after the initial days.  We started

[12/5/2019 10:15 AM] Birla,Asheesh Inv. Test. 12.5.2019

128

1    iterating on the product very early on with, you

2    know, concept known as xRapid and ODL.  The

3    prohibiting factor was that -- and again this is

4    early on here -- is that something called

5    liquidity.  And just, I mean these are round about

6    numbers, but if you want to move a million dollars

7    of value into Mexico, you need well over a million

8    dollars of liquidity both at the sending exchange

9    and the receiving exchange in Mexico and that

10   didn't exist early on.

11          And so exchanges didn't exist early on

12   either.  I think there was only four or five major

13   exchanges.  And so we iterated on the idea that so

14   much of building product is timing.  And so, you

15   know, we had the concept.  We understood the

16   customer problem, the timing wasn't quite right

17   early on.

18          Inside the XRP ledger, there was

19   native -- and native just means that it's, you

20   know, inherently built into the protocol itself.

21   You could use XRP as a bridge currency or bridge

22   asset and that helped with liquidity.  So bringing

23   liquidity to two non -- two ill-liquid pairs on

24   that decentralized exchange I was mentioning.  So,

25   for example, if you have Bitcoin and you had --

1   just theoretical here, Starbucks points -- you

2   could bridge through XRP and make a market.

3           And that was something that the ledger

4   did natively, which was pretty novel at the time.

5       Q    You said the idea of xRapid was developed

6   early on, how early?

7       A    Early concept of it 2013, '14 early

8   concepts.

9       Q    And you said the timing wasn't right

10  because there was no liquidity.

11          Any other reason why the timing wasn't

12  right?

13      A    Yeah.  The other reason was that -- and I

14  can -- at some time I should probably just go into

15  how the product works so it makes a little bit more

16  sense.

17          Would you like me to do that right now?

18      Q    No.

19      A    To answer the question that might --

20      Q    No, you know what, we can -- we can come

21  back to it.  I have it written down.  I'll take

22  notes of it.

23          At some -- were you, I just want to try

24  to get through the early 2013, 2014 stuff and then

25  we can move on to xRapid.

130

1        At some point, did the company give away

2    XRP?

3        A    Yes.

4        Q    Okay.  And were you involved in those

5    give-aways?

6        A    I was involved mainly from a -- my -- my

7    role in the give-aways was mainly from product and

8    technology perspective.

9        Q    So, what specific role did you have in

10   connection with the give-aways?

11       A    If there was a technology aspect to it,

12   you know, I helped design those.  You know the

13   technology aspect to the give-aways.

14       Q    Do you know what the purpose of the

15   give-aways were?

16       A    There was not alignment on what the

17   purpose of the give-away was?

18       Q    What -- were, can you tell me what all

19   the -- I know there -- even if there was no

20   alignment, what were some of the reasons?

21       A    One reason was -- one reason was that

22   folks could learn, like developers could learn

23   about how this new technology works.  And so, you

24   know, you could, I remember a lot of early

25   give-aways were focused on software engineers and

131

1    developers.

2          I mentioned the core problem that xRapid

3    ODL had in the early days, and an obstacle to

4    launch was liquidity.  So, some give-aways were

5    aimed at trying to spur liquidity in key markets.

6    Those are two examples I remember.

7        Q    Any other reasons why the company was

8    giving away XRP?

9        A    Not the one -- not ones that I super

10   involved in.

11       Q    And were the give-aways aimed toward

12   consumers?

13       A    Well, that's a -- I mean, in your

14   definition a consumer would an engineer developer

15   be a consumer?

16       Q    No.  When I say consumer, I mean were the

17   give-aways a way to encourage people to use XRP to

18   buy goods and services.

19       A    I'm not sure like to -- to actually go,

20   for example, can you give me an example of --

21       Q    Well, you know, now, people can use

22   Bitcoin to buy goods and services.  You can buy

23   pizza, you know, that's the most common example

24   that people use, you know.

25          And my question is, was the purpose of

1    some of the -- was one of the reasons that the

2    company did these give-aways was to encourage

3    consumer adoption of XRP.

4            So encourage the use of XRP for the

5    purchase of good and services?

6        A    I don't recall that being like a strong

7    emphasis.  Mainly because if you think back into

8    this time period and you, you know, as you

9    articulated, purchasing goods and services, there

10   are very few merchants around the world that could

11   accept any digital asset or virtual currency.

12           So, it's not -- it's not ringing a -- not

13   that I remember.  Again, the -- the ones that I do

14   remember are, you know, ones for example, I

15   mentioned this technology called ███████

16   Developers are very -- developers are -- developers

17   use ██████  I mean almost every developer out there

18   uses █████   I remember trying to target developers

19   on ██████

20           Again, like a good way to get them to use

21   and understand this new technology, think back to

22   this time frame, like very, very few people around

23   the world understood blockchain or knew how to use

24   it.  And so, you know, that was one focus.  And I

25   had mentioned, in the context of liquidity, which,

133

1    you know, was something that from at least my

2    perspective, we needed from product, user

3    experience point of view, they were some give-aways

4    that were focused on that.

5        Q    Okay.  And so the give-aways to

6    developers, was that so that developers could

7    develop applications that used XRP?

8        A    I don't remember if we were that

9    prescriptive about it.  Like I don't know if we

10   said that you must -- I don't -- that's a really

11   difficult for me to speculate on.  What it was

12   beyond targeting developers.  I don't know if there

13   was a specific ask of them back for -- for being

14   part of the give-away.

15       Q    Other than just providing their

16   credentials?

17       A    In the ▆▆▆▆ example, we didn't get the

18   credentials.  But it's sort of complicated in terms

19   of explaining how the credentials work.  But, we

20   can go into it if you'd like.  But it was targeted

21   on -- it was more like segmentation.  Every

22   developer uses this technology, let's try to target

23   where all the community lives.  And that was the

24   main purpose of using something called ▆▆▆▆

25       Q    Who at the company was responsible for

134

1    the give-aways?

2        A    From my recollection, like I don't -- I

3    don't remember give-aways being like this long, you

4    know, long term multi-year thing.  At least the

5    majority of the ones that I remember.  And at the

6    time there was only a handful of people at the

7    company.  Maybe a couple of handful -- handsful of

8    people.  And so, I don't know if there was one like

9    person whose job was solely focused on give-aways.

10   I do know that my job was, you know, I had to

11   juggle, you know, the give-aways and then also, you

12   know, building for the future, you know, potential

13   products.  Kind of figure out the use cases.

14       Q    Who would know whether or not a -- what a

15   developer would have to do in order to get XRP?

16       A    Are you -- is the question around, like

17   at Ripple who would know?  Or like what would the

18   developer need to do, like specifically in the

19   workflow to get XRP?

20           MR. CERESNEY:  You're just asking who at

21   Ripple was the basic coordinator of the

22   give-aways.

23           MS. WAXMAN:  Yeah.  Yeah, you said --

24           MR. CERESNEY:  If you wanted to find

25   somebody who you would ask questions about what

[12/5/2019 10:15 AM] Birla,Asheesh Inv. Test. 12.5.2019

135

1    would be, what happened with the -- you know, how

2    the give-aways organized, how it was done, do you

3    know who that would be?

4         A    Yeah.  I don't believe there was like one

5    central person leading like the give-away efforts.

6              MR. CERESNEY:  Do you know what area

7    was --

8              THE WITNESS:  Well, it was only 13, 14,

9    people.  So --

10             MR. CERESNEY:  Right.  So of those 13 or

11   14,  is there somebody you can identify.  That's

12   what  I think -- what she's asking.

13             THE WITNESS:  Probably the best person

14   would  be Chris Larsen.

15             MS. WAXMAN:  Okay.

16        Q    So, I recently listened or read a

17   transcript of an interview that you gave, very

18   recently in October with Seeking Alpha.  It was

19   posted on Seeking Alpha.

20        A    Okay.

21        Q    Do you recall that interview?

22        A    I do.

23        Q    Okay.  And in the interview you stated

24   that 2015 Ripple was re-branded.  So, I'm trying to

25   understand what it was before 2015, if there was

```
 1    one focus and then -- in connection with the

 2    re-branding there was a new focus.

 3         A    I don't -- do you have the article that I

 4    can look at for context?

 5         Q    I can -- at a break, I can print it out

 6    for you.

 7         A    Yeah, maybe we can -- well, I probably

 8    need to see the broader context.  I do remember the

 9    interview the -- I do remember the interview but

10    I'm not sure if it was -- are you -- was it

11    referring to the product re-branding?

12         Q    It was very general.  So, and I'm sorry I

13    don't have it.  It was just -- I'm just asking you

14    generally, there was a statement that Ripple

15    re-branded.  So, I'm asking you, because you worked

16    at the company, did the product re-brand in 2015 or

17    was there any other re-branding that went on?

18         A    Well, there was product introduction.

19    Like I mentioned, I don't know exactly when that

20    happened, sometime around 2015, where we, you know,

21    branded the products.  Like the birth of xCurrent

22    and I mean, over the years at Ripple there's been

23    as you even know with ODL to xRapid there's been

24    just a whole bunch of iterations on the brand.

25              In 2015, I'm not sure I remember exactly
```

[12/5/2019 10:15 AM] Birla,Asheesh Inv. Test. 12.5.2019