1    what was re-branded at that time.

2        Q    Let me ask this, was there a shift at

3    some point from targeting consumers, first charging

4    consumers and then shifting over to targeting

5    financial institutions or, you know, entities.

6        A    There was a -- a shift from targeting the

7    early days of Ripple there were -- we were

8    targeting something called gateways, which are like

9    lightweight financial institutions.  Some of them,

10   like 'cause it was -- some of these guys just

11   appeared on the XRP ledger, it's decentralized and

12   you can -- you can launch on your own.

13         And so we started seeing that happen

14   pretty early on.  And there was developer focus,

15   like I had mentioned, and -- and then, you know,

16   market maker focus as well.  Meaning, products to

17   bring liquidity to the XRP ledger, in the

18   decentralized exchange.

19         And from my recollection, you know,

20   sometime around when -- when Brad joined, Brad's,

21   you know, a big believer in focus.  So, we -- you

22   know, when I want to do something, you know, do it

23   really well.  We started to zone in, and again like

24   this is part of what I was saying with

25   product-market fit, that there could be tons of

138

```
1    different -- and I still believe that there's going

2    be tons of different use case out there using the

3    XRP ledger and other blockchains, but instead of

4    trying to chase all these things -- well, identity

5    was another one I forgot to mention as an early

6    sort of thing to look at -- instead of trying to

7    chase all these things, which, you know, identity

8    blah, blah, blah, like trying to like go after a

9    concerted customer segment and nailing that

10   experience right, was -- was super important.

11           And so, I don't know if I would call it a

12   re-brand but it was definitely a focus.  There was

13   some point around 2015 where, you know, we believe

14   that there's going to be tons of other applications

15   and we've seen those flourish on top of the XRP

16   ledger.  But Ripple, you know, really went in and

17   focused on one, cross-boarder payments and then the

18   customer segment being financial institutions.  And

19   I think that was -- that helped bring a lot of

20   clarity in terms of our customers -- our target

21   customers better understanding us as well.

22       Q    So, that was at the time -- in or around

23   the time that Brad joined?  Garlinghouse?

24       A    Yeah.  We started focusing on financial

25   institutions a little bit before that.  Again,
```

1  there was like this -- this evolution of these --

2  this gateway concept, to like wait, we should --

3  there's gateways that do this in the real world,

4  they're called financial institutions.  And so we

5  started focusing there.

6          And -- but, I think the big difference

7  was that we started focusing on financial

8  institutions but it was and, all these other

9  things.  And I think what Brad -- we said, no, no,

10  no.  Let's try to nail this segment, provide a

11  really innovative experience and then, you know,

12  other developers or other companies can take on

13  some of these other components but let's be

14  really -- or Ripple in the future can expand on

15  them.  But like, let's be really focused on

16  cross-boarder payments and financial institutions.

17      Q    And why cross-boarder payments, as

18  opposed to -- I understand the reasoning to narrow

19  down the focus to one focus, but why was it

20  cross-boarder payments and FIs?

21      A    One, that's what we saw the most traction

22  in.  Secondly, if you -- real -- and this is my

23  opinion, if you really boil down what digital

24  assets are good for and blockchain is really good

25  for and why it's so novel is that it removes

```
 1    counter-parties.  And like that -- the thing I
 2    mentioned before, I think still resonates today, is
 3    that with domestic payments you have the central
 4    bank or you have the fed that acts as the trust
 5    mechanism for domestic payments.  But there's no
 6    central bank for the world.
 7           And so, these financial institutions
 8    can't really trust each other, which is -- which is
 9    really where I believe you can provide -- where the
10    sort of level one applications, early applications
11    of blockchain are in the cross-boarder payments
12    realm. It specifically helps financial institutions
13    send value without necessarily having the nostro,
14    vostro accounts and strong trust relationships with
15    each other.
16        Q     Did that new focus -- how did that --
17    what was the timing of that in relation to Ripple
18    Trade and the FinCen settlement.  And so, let me
19    take a step back.
20           What is Ripple Trade?
21        A     You know, we -- there was a -- we talked
22    a little bit about it.  It was, you know, there's
23    different iterations of it.  It's based on this
24    open source code called the XRPL client.  The way
25    that I think about it from a product perspective is
```

1    that just like Netscape, a Chrome or Firefox is

2    like, you know, a view into the World Wide Web,

3    this is a view into the XRP ledger and activity

4    into the XRP ledger.  And so, the other way to

5    access the XRP ledger would be to break code

6    through APIs.

7        Q    Was Ripple Trade a consumer facing

8    product?

9        A    Consumers could use Ripple Trade but it

10   was very -- it was very -- it was still very

11   cumber-- it's a technical product.  The real users

12   of -- the power users, as we call them, of Ripple

13   Trade were liquidity providers, our market makers.

14            And the reason was is that, at that time

15   there were a lot -- not a lot, but there were other

16   options that were far easier in terms of getting

17   access to something simple like moving XRP.

18            But, if you think about like all the

19   mechanics you need to trade using a decentralized

20   exchange, that's really difficult to code on your

21   own.  And this provided market makers a liquidity

22   like a interface.  And so, if you look at the code

23   base of Ripple Trade I would guess that 80 percent

24   of it is for conducting trades on the decentralized

25   exchange.

1      Q    When was Ripple Trade created?

2      A    Well, the XRPL client was like the

3    original code base.  I don't know when that was

4    created.  We took that code base and essentially

5    called it Ripple Trade.  And we -- we put that XRPL

6    client was something that's called a downloadable,

7    which means it runs locally.  Similar to like a

8    hardware wallet or an off-line wallet, in Ripple

9    Trade it's hosted.  That's really like the big

10   difference between the two from my knowledge or

11   from my recollection.  And when it became Ripple

12   Trade, I don't a hundred percent remember, but

13   maybe 2000 -- well, you can find out.

14     Q    Did you have responsibilities related to

15   Ripple Trade?

16     A    Yes.

17     Q    And what were they?

18     A    So, they range -- I mean from, you know,

19   copy, like writing copy for -- this is early on

20   when product a lot of things and --

21     Q    That term I'm not familiar with.

22     A    Oh, sorry.

23     Q    When you say, "copy", what does that

24   mean?

25     A    So writing copy means that since it's a

143

1    user interface, like the actual text to describe

2    the buttons, how to use it, the flow, and all that.

3    Anything that needed to be -- it wasn't a lot of

4    work but anything that needed to be modified from

5    the downloadable client to Ripple Trade was not a

6    substantial amount of work.  Cause largely it was

7    lifted from the downloadable client that already

8    existed.

9         Q    So you said Ripple Trade was primarily

10   used as an interface for market makers who were

11   creating liquidity in XRP; is that correct?

12        A    I don't know if they were all creating

13   liquidity in XRP, but they were all -- sorry.  The

14   ones that -- that the market makers liquidity

15   provider it's using Ripple Trade, that was

16   referring to, were putting in orders or creating

17   liquidity on the decentralized exchange that's

18   native to the XRP ledger.

19             And on that decentralized exchange you

20   could have an order that, for example, traded U.S.

21   dollars to Mexican pesos.  So that's why I was

22   saying -- that's not -- that wasn't super common,

23   but you could -- you could make those kinds of

24   trades.

25        Q    Why were people making markets in XRP at

144

1    the time in 2014, 2015?

2         A    It's a decentralized technology, so,

3    it's -- part of the challenge from this

4    decentralized -- from using decentralized

5    technology, is like you don't really know why folks

6    are making these, cause you -- if people just code

7    to it or they take the -- what I was referring to

8    as the downloaded XRPL client and they just start

9    making trades.  So part of the challenge in

10   developing product in this space at that time

11   especially was that it's really tough to get

12   customer feedback.  So, for a lot of them I didn't

13   know -- I do know that there weren't a lot of, what

14   I was referring to this evolution in liquidity,

15   there weren't a lot of centralized exchanges then.

16   So this was a little bit something that was novel

17   to that XRP ledger.

18              I don't know specifics but at some point

19   it made up a decent portion of the general crypto

20   liquidity or virtual currency liquidity out there.

21        Q    And why was Ripple Trade important for

22   Ripple's business?

23        A    So, I mentioned, you know, one of the

24   things that was lacking in the market, to develop

25   xRapid or ODL would be liquidity.  So from my

145

1    perspective it was very difficult to find liquidity

2    providers.  Still, you know, to this day, but, you

3    know, even back then.  And so, anything that you

4    could do to make it easier to provide liquidity, we

5    needed, I don't remember the exact numbers, but we

6    needed to go from the very little liquidity that

7    was there at that time to something substantial to

8    offer to our customers.

9        Q    Did Ripple Trade eventually shut down?

10       A    Yes.  It eventually shut down.

11       Q    And what prompted that?

12       A    I don't know specifics, but I believe it

13   was related to the FinCen settlement.

14       Q    Did you discuss with anyone why it shut

15   down, anyone at the company?

16       A    Yes.

17       Q    And what did you discuss?

18            MR. HECKER:  Put to the side any

19   discussions  with counsel.  But any other

20   discussions are fair  game.

21            MS. WAXMAN:  Yeah.  Obviously.  I don't

22   want  to know any privileged communications.

23       A    Sorry, what was the question?

24       Q    The original question was, why did Ripple

25   Trade shut down.  And what do you know about the

146

 1    reason behind Ripple Trade shutting down.

 2              MR. HECKER:  I think he answered that

 3    one.  That it was in connection with the FinCen

 4    settlement.

 5              MS. WAXMAN:  Right.

 6         Q    And so the next question was, did you

 7    have any discussions with people that Ripple Trade

 8    is shutting down.

 9         A    Yes, I did.

10         Q    And what did you discuss?

11         A    I had mentioned earlier that it's really

12    complicated to develop on decentralized

13    applications because you don't know -- it's not

14    like you have a database to go after and talk to

15    folks.

16              And so, shutting it down is not as simple

17    as just, you know, putting text up there and copy

18    including saying, it shut down.  We had to provide

19    a migration path to another service.  And so there

20    was a lot of the coordination around that.

21         Q    Did Ripple Trade shut down as a result

22    of -- strike that.

23              Were there any conclusions made in

24    connection with the FinCen settlement?

25         A    Can you repeat the question?

1    Q    Were there any conclusions made about

2    Ripple or it's operations in connection with the

3    FinCen settlement?

4    A    My role --

5         MR. HECKER:  I'm just not sure what you

6    mean  by conclusions?

7         MS. WAXMAN:  Findings.

8         MR. CERESNEY:  Findings that the

9    settlement  made or findings for -- implications

10    from the  settlement for Ripple.

11    Q    Well, what were the findings of the

12    FinCen settlement, if you know.  Generally.  You're

13    not a lawyer, just generally, what was the

14    effect -- I'll ask another question.

15         What was the effect of the FinCen

16    settlement  on the company, if any?

17    A    Well, there was a fine.  So there was a

18    monetary fine.  I can't give you specific of the

19    clause cause I don't know quite the interpretation

20    of it.  But there were -- there was a request by

21    FinCen, and, you know, one was the fine.  The other

22    one was around some terminology about access to the

23    XRP ledger I believe.

24         MR. CERESNEY:  Just one clarification, we

25    keep referring to the FinCen settlement, but I

148

1    think it was the Department of Justice.

2            MS. WAXMAN:  Yeah, so there's -- I

3    think -- fair point.

4        Q    Who would know why or the -- who was

5    involved in the decision to shut down Ripple Trade?

6        A    The decision to shut down Ripple Trade?

7            MR. CERESNEY:  Sorry.  Just to clarify on

8    that; do you mean the decision to include it as a

9    provision in the settlement or the decision once

10   it's in the settlement to shut it down?

11       Q    Well, I don't think -- was a part of --

12   what is the provision in the settlement to shut

13   down Ripple Trade?

14       A    As I say, the -- the provision I remember

15   was about providing access to the XRP ledger.  And

16   then the interpretation being that Ripple Trade

17   provides access to the XRP ledger.

18            I don't specifically remember if shutting

19   down Ripple Trade was in the settlement or not.

20   But perhaps it was inferred.  The people that would

21   know would be the legal counsel and compliance

22   folks at the time.

23            MS. WAXMAN:  Okay.  Let's take a five

24   minute  break.  It's 2:56 we're off the record.

25            (A brief recess was taken.)

149

1          (SEC Exhibit No. 4 was marked

2              for identification.)

3          MS. WAXMAN:  Okay.  We are back on the

4     record on Thursday, December 5th, at 3:08.

5          Mr. Birla, while we were off the record,

6     did  you have substantive discussion with the

7     staff?

8          A    No.

9          Q    Great.  I'm showing you what's been

10    marked as Exhibit No. 4.  If you look at it and let

11    me know when you're done.

12         MR. HECKER:  Thank you.

13         Q    Actually --

14         A    What was the document now?

15         Q    Actually, I'm going to give you a

16    different document first.

17         MR. CERESNEY:  One more --

18         MS. WAXMAN:  Yeah, yeah.  We'll get to

19    it,  but I'm going to actually introduce a

20    different  document first.

21         MR. HECKER:  Okay.  No problem.

22         MR. CERESNEY:  You want it back?  Or just

23    hold on to it.

24         MS. WAXMAN:  It's easier.  Let's do this

25    one, sorry.

150

```
 1                    (SEC Exhibit No. 5 was marked

 2                     for identification.)

 3        Q    I'm showing you what's been marked as

 4   Exhibit No. 5.  Sounds like everyone has seen the

 5   document very recently.

 6             Just take a couple of moments to look at

 7   it and let me know when you're done.

 8             (Witness complies.)

 9             Do you recall what's been marked as

10   exhibit No. 5?

11        A    I vaguely recall the e-mail.

12        Q    Have you seen this document recently?

13        A    I have.

14        Q    Without divulging any conversations that

15   you've had with counsel, when have you seen it?

16             MR. CERESNEY:  I typically object to

17   questions about what documents were reviewed in

18   prep.  I'm not sure what it advances.

19             MS. WAXMAN:  I know that.  That's fine.

20        Q    Who's Monica Long?

21        A    Monica Long is -- her current role is

22   Senior Vice President of Marketing.

23        Q    And June 2015, what was her role?

24        A    I don't remember her exact role at that

25   time.
```

151

```
1          Q    Okay.  What did you mean, first of all,
2     why did you send the thread to Monica?
3          A    I don't know.
4          Q    What is the thread about?
5          A    Thematically?  Are you asking what the
6     thread is about thematically?
7          Q    (No audible response.)
8          A    Thematically the -- from my recollection,
9     the thread is about -- I had mentioned that when
10    Brad came into Ripple he was a strong believer in
11    focus, and -- do a few things and do them right.
12    And that's how you win with start-ups and
13    technology and thematically this thread is about
14    focus.
15         Q    Okay.  More specifically, what is Arthur
16    referencing in the first original e-mail, what is
17    he talking about?
18              MR. HECKER:  Sorry.  First e-mail is not
19    from Arthur, I don't think, right?  Bottom line,
20    second page?
21              MR. CERESNEY:  By Brad Garlinghouse.
22              MR. HECKER:  Brad Garlinghouse.
23              MS. WAXMAN:  That's fine.
24         Q    More specifically, what is Brad's e-mail
25    about?
```

1      A      Well, Brad's portion of the e-mail is --

2    well, I think what Brad is doing in his e-mail

3    response, and I -- again, I don't know what Brad

4    means, so I think you -- but I think what he's

5    raising is, thematically to Arthur that, if you,

6    you know, if you want to have -- given Arthur is

7    not a operator at the company, but if you have a

8    disagreement or misalignment around the direction,

9    potentially you should come to Brad himself or the

10   people involved and not go straight to Chris, which

11   erodes trust.

12           And then you look at the -- I don't --

13   it's tough to see where -- okay.  So that's one.

14   I'm trying to remember the second one.

15     Q     Do you know what Arthur means when he

16   writes, "He wants to keep" and he's referring to

17   Chris, "he wants to keep Ripple Trade for

18   non-consumer.  Our target is speculators, traders

19   and market makers."?

20     A     I interpret this as liquidity providers.

21   So, I had mentioned that Ripple Trades power user

22   is a market maker or liquidity provider, that's --

23   I think he's referring to that.

24     Q     Okay.  And what is Brad's reaction?

25     A     The first reaction is about trust and

153

1    culture as I mentioned before.  Going to Chris

2    directly erodes trust.  I can only speculate on the

3    second one, paragraph is -- I'm not, so I don't

4    know the second paragraph.

5           Third paragraph is about focus, as I

6    mentioned earlier.  Strong focus, and I think he's

7    quoting Steve Jobs here.

8      Q    The -- he writes in the middle of the

9    page, second topic the conclusion itself, "as

10   you're aware from the leadership meeting the

11   existence of Ripple Trade equates to an increase in

12   compliance risk and legal risk."

13          What legal risk is he talking about?

14     A    I, you know, my role at Ripple is on the

15   product side.  So I don't assess legal risk and I

16   don't -- I don't have full context.

17     Q    Did you have any discussions with anyone

18   about potential legal or compliance risk related to

19   Ripple Trade for non-consumers?

20     A    Can you repeat the question?

21     Q    Did you discuss with anyone at the

22   company the potential risk connected to keeping

23   Ripple Trade open for this use?

24     A    I don't recall any conversations

25   regarding assessing the legal risk.  My job at

154

1   Ripple isn't to assess the legal risk.  The legal

2   and compliance team provides the recommendation on

3   the legal risk.

4        Q    Did you discuss with anybody whether

5   selling XRP to speculators, traders and market

6   makers could be seen as sales of securities?

7        A    I did not -- I do not recall having

8   conversations regarding that particular topic.

9        Q    So the -- you forward the thread to

10  Monica and at the top you said, "XRP is going to be

11  the death of us."

12            What did you mean, and why did you say

13  that?

14       A    This is a while ago.  I think I was

15  referring to focus.  And that -- I don't remember

16  how many people we had in 2015, but it wasn't a

17  lot. We had limited resources.  We were going in a

18  direction to start working with regulated financial

19  institutions.  That's -- if you only have very --

20  the biggest constraint usually at a tech company

21  are engineers.

22            And so spreading ourselves too thin, Brad

23  Garlinghouse alludes to it, you do a lot of things,

24  but you don't do them well.  And if we didn't -- if

25  we didn't start focusing at this time as Brad

155

1    alludes to in his e-mail, then, you know, you end

2    up being -- I talked about product market further

3    differentiating, you're not differentiating from

4    anyone else, you're just, you know, another product

5    out there with no real traction.

6        Q    I'm not sure I understand what you meant

7    by XRP is going to be the death of us.

8            Did you believe that there was any risk

9    in continuing to use XRP for or any risk in

10   connection with the company using XRP as part of

11   its business?

12       A    No.  At this time frame and even early on

13   my challenge with running product at Ripple was one

14   about focus.  And, you know, I believe there was a

15   certain sequencing of things to work towards.  And

16   in trying to do everything at the same time, didn't

17   make a whole lot of sense to us.  And I had a -- I

18   had some discomfort with us being able to

19   successfully build a business doing everything that

20   we were trying to do at the time.  And I don't

21   remember how many engineers we had, but it was

22   maybe 15 engineers, maybe less.

23       Q    Did you have any specific discomfort

24   related to XRP.

25       A    No.

156

1    Q    And what did you want the company to

2    focus on instead of what Larsen was suggesting?

3    A    I don't know what Larsen was suggesting.

4    I only know from the e-mail what Arthur was

5    suggesting.  I believed, again, back to focus, is

6    that you pick a customer segment, you start with

7    that customer segment, you solve a problem with

8    that customer segment and then there's sequencing,

9    you know, beyond that.

10        Trying to do everything at once didn't

11   make a whole lot of sense.  I, you know, this is

12   around 2015, I believe the first designs or the

13   first incarnation of the xCurrent product was being

14   developed around this time as well.

15   Q    Did you have -- did you want to move away

16   from using XRP as part of Ripple's products?

17   A    So, at this time the first version of

18   xCurrent did not have XRP native from my

19   understanding in it.  However, from my recollection

20   in it, I mentioned earlier that there might be some

21   technical signing capability we leveraged from the

22   XRP ledger.  But, you know, at this time the

23   xCurrent product wasn't native to -- what I mean,

24   didn't natively have the ODL or xRapid component.

25   2015, I don't know what the markets are

157

1    specifically, but the big constraint at the time

2    was -- two big constraints, number 1 being

3    liquidity.

4            Even if we offered the product the most

5    we could really move at that time would be maybe a

6    couple of hundred thousand dollars.  Customers

7    wanted -- needed to move more, and the second

8    component was that there weren't exchanges

9    available.  Exchanges provide the on and off ramps

10   into traditional fiat, currency, and I don't think

11   that was a robust ecosystem of exchanges in 2015.

12       Q    Were there any other constraints to

13   use -- constraints in connection with using XRP?

14       A    Not specifically to XRP.

15       Q    Okay.

16            THE WITNESS:  Want this back?

17            MS. WAXMAN:  Sure.  So now, where's

18   the -- who has the marked exhibit?

19            MR. HECKER:  This four?

20            MR. CERESNEY:  I don't.

21            MR. ALDEROTY:  I'm sorry.

22       Q    Mr. Birla, I'm showing you what's

23   previously marked as Exhibit No. 4.  Just take a

24   couple of minutes to look at it and then, let me

25   know when you're done.

158

1           MR. HECKER:  Do want him to read this?  I

2    mean, you can ask him, but it's pretty dense.

3           MS. WAXMAN:  No.  Just take as much time

4    as  you need, to look through it.  If you want to

5    read it, let us know.  But I will point you to

6    some specific sections.  I'll give you time to

7    read it.

8           MR. HECKER:  Frankly, I'm a little

9    concerned.  It's a detailed legal opinion he

10   hasn't read.  And so if he's going to be

11   questioned on it, I would ask him to read it.  But

12   I don't want to make it seem like he's using  up

13   your time ineffectively.

14          MS. WAXMAN:  Um --

15          MR. HECKER:  I mean, it predates his time

16   at  the company.

17          MS. WAXMAN:  Okay.  Well, why don't we

18   just  play it by ear.  And if it -- you know, the

19   questions are too specific and you want to make  an

20   objection then --

21          MR. HECKER:  I'm not objecting.  I'm

22   just --  I would urge him to read it if you're

23   going to  ask him questions about the legal

24   analysis.  I  think that's the issue.

25          MS. WAXMAN:  Okay.  Do you want to --

159

1    maybe  we'll take a break then.  It's -- we can go

2    off  the record.  Or -- we can just -- I'll give

3    you  an opportunity to read it.  We can stay on the

4    record.  Take as long as you want.

5            MR. CERESNEY:  As he's reading, is there

6    a  particular part you're going to focus on?

7            MS. WAXMAN:  Yes.  So, I would read, you

8    know, look at pages one through eight.

9            MR. CERESNEY:  I take it your first

10   question  is going to be whether he's seen it,

11   right?

12           MS. WAXMAN:  Yeah.

13           MR. CERESNEY:  So, I don't know if you

14   can  answer that question before you read it.

15           Do you recall seeing that document?

16           THE WITNESS:  I do not.

17           MR. CERESNEY:  Okay.  So go ahead, we'll

18   let  you read.

19           MS. WAXMAN:  Take as long as you need.

20       A    Should I go beyond eight or just focus to

21   eight?

22       Q    Just make sure you read the

23   recommendation section.  And then if you want to

24   just take a look at the -- the section related to

25   the federal securities -- the legal analysis

160

1  section related to the federal securities law,

2  which starts on 15.

3      MR. CERESNEY:  Fifteen to 18.

4      MS. WAXMAN:  Yeah.

5      Q    Turning your attention to the first page,

6  what are Ripple credits?

7      A    I do not know.

8      Q    Are they the same thing as XRP tokens?

9      A    I don't know.

10     Q    I know you said you never -- you've never

11 seen this document, but did you know that there was

12 a legal opinion.  That the legal opinion with

13 respect to the sale of Ripple credits existed?

14     A    I don't recall being aware that something

15 like this existed.

16     Q    Okay.  Turning to page two, third bullet

17 point from the bottom, it says, "Founders will not

18 accept investment in company exchange for the

19 issuance of Ripple credits instead investors will

20 receive stock in company."

21     A    Sorry where are you?

22          MR. HECKER:  Third bullet from the

23 bottom.

24          THE WITNESS:  Oh, bottom. Sorry.

25          MR. HECKER:  This one.

161

```
 1        Q    Does that clarify what Ripple credits

 2   are?

 3        A    No.

 4        Q    Do you think Ripple credits are XRP?

 5        A    I can only speculate.  I don't know for

 6   certain.  There's no mention of XRP.  This was

 7   before my time.

 8        Q    Have you ever heard the of the term

 9   Ripple credits?

10        A    I have not heard of the term Ripple

11   credits.

12        Q    Do you have any reason to believe that

13   Ripple credits does not mean -- is not referring to

14   XRP tokens?

15        A    Can you restate the question?

16        Q    Do you have any reason to believe that

17   Ripple credits is not the same thing as XRP tokens?

18        A    Well, I've never heard of it called

19   Ripple credits before.

20        Q    Okay.  Did you ever discuss with anyone

21   the fact that the founders would not accept

22   investment in Ripple company, but instead received

23   Ripple credits?

24        A    I've not heard of that to my knowledge.

25   That, actually -- can you repeat the question?
```

162

1       Q    Did you ever discuss with anyone that the

2    founders of Ripple received Ripple credits in lieu

3    of stock in Ripple or equity in Ripple?

4       A    I do not recall having a conversation

5    with anybody.

6          MR. CERESNEY:  By the way, I'm not sure

7    that's exactly what it says.  But he didn't know

8    anyway, so, that's fine.

9       Q    Did you ever have -- turning to the top

10    of page three, says, "Company will control the

11    distribution of Ripple credits which it will

12    distribute to end users consumers with no

13    consideration."

14          Did you have any discussion with anybody,

15    the fact that whether -- did you discuss with

16    anybody whether or not to sell Ripple credits?

17          MR. HECKER:  Sorry.  I think it's

18    difficult  for him to answer that having not heard

19    of Ripple  credits. If you could --

20          MS. WAXMAN:  Yeah, well the problem is, I

21    mean I -- my reading of the document is that

22    Ripple credits are the same thing as XRP tokens.

23          MR. CERESNEY:  So, why don't you just ask

24    him to assume that that's what it means and see  if

25    he's heard it.

163

```
1                MS. WAXMAN:  Okay.  Thank you.

2        Q    So let's assume that Ripple credits are

3   XRP tokens here, and -- did you ever discuss any --

4   I'll take that back.

5            Did you ever discuss with anyone in the

6   company any of the recommendations in this memo.

7        A    I've not -- from my recollection, I've

8   not seen the memo.  I've not -- again, to my

9   recollection, I don't remember discussing any

10  portions or any reference to the memo.

11       Q    Did you ever discuss with anybody other

12  than counsel, whether or not Ripple's sales of

13  securities would be viewed as sales of -- sales of

14  XRP would be viewed as sales of securities?

15               MR. CERESNEY:  Just to be clear, separate

16  and apart from this memo has he ever had that  kind

17  of discussion.

18               MS. WAXMAN:  Yes.

19       A    So the question is, have I ever discussed

20  if XRP is a -- like debated whether XRP is a

21  security or?

22       Q    No.  The question is, have you ever

23  discussed with anybody whether Ripple sales of XRP

24  constituted sales of securities?

25       A    I don't recall having a discussion back
```

```
 1   and forth regarding that matter with anyone else.
 2   Yeah.  I've not, to my knowledge.
 3       Q    Did you ever have a discussion with
 4   anybody as to whether XRP could be viewed as a
 5   security?  Other than with counsel.
 6       A    I do not recall having conversations of
 7   that outside of counsel.
 8       Q    Okay.  If you turn to page six, there's a
 9   recommendation section to the memo.  And if you
10   turn to paragraph C, the memo says, in the middle
11   of the paragraph, "Company should be careful in
12   it's approach to promoting and marketing the Ripple
13   Network and Ripple credits.  It will be important
14   that company and founders do not mislead
15   participants, particularly with regard to the
16   liquidity and expectations concerning the value or
17   safety of Ripple credits."
18           Did you ever discuss with anyone this
19   recommendation related to liquidity and
20   expectations concerning the value or safety of
21   Ripple credit, which I've asked you to assume are
22   XRP tokens.
23       A    So, I guess parsing that out, I have had
24   conversations regarding liquidity of XRP.
25   Specifically cause that's needed for the product to
```

165

1    work and function.

2         I do not recall having conversations

3    about promoting and marketing XRP.

4    Q    Okay.  If you go down to paragraph F, the

5    recommendation says, "Do not promote Ripple

6    credits", and I've asked you to assume Ripple

7    credits are XRP, so do not promote XRP "as being an

8    investment opportunity."

9         And then later in the paragraph it says,

10   "Founders and company should make clear that it's

11   mission is to facilitate online commerce and not

12   speculative investment trading."

13        Did you ever discuss this recommendation

14   with anyone at the company?

15   A    I have not seen this recommendation prior

16   to reviewing this document.

17   Q    If you turn to paragraph --

18        MR. DANIELS:  Sorry.  Just to be clear, I

19   don't think she's talking about just this  specific

20   recommendation, but this general idea of  making

21   clear that the mission is to facilitate  online

22   commence and not speculative investment  trading.

23   Was that general idea ever discussed  apart from

24   this specific document?

25        THE WITNESS:  You know, we discussed many

166

1    applications of -- and use cases for XRP.  I  don't

2    remember if online commerce was one of the  major

3    ones we discussed.

4          MR. ALDEROTY:  I'm sorry, can we go off

5    the  record for 30 seconds.  I want to make a -- I

6    mean, I can do it on the record.  I think the

7    record is getting convoluted.

8          The witness has said he doesn't know

9    whether  the Ripple credits is XRP.  I mean we're

10    all  assuming that the credits are XRP based on

11    your  questions.  But you keep pointing to the

12    memo.  And I just -- I think there's gonna be

13    confusion  in the record as to whether his answers

14    are tied  to the memo or tied to the assumption

15    that  Ms. Waxman is asking the witness to make it

16    the  memo meaning credits are XRP.

17          MR. CERESNEY:  You were asking it as to

18    whether he's had discussions about that issue,

19    right?

20          MR. ALDEROTY:  But that keeps --

21          MR. CERESNEY:  Why don't we -- why don't

22    we  go off the record.

23          MS. WAXMAN:  We're off the record at 3:49

24    p.m.

25          (A discussion was held off the record.)

167

```
 1                    (SEC Exhibit No. 6 was marked
 2                    for identification.)
 3          MS. WAXMAN:  We're back on the record at
 4   3:55 p.m.
 5          MR. CERESNEY:  So, we'll just put on the
 6   record, we think if you're going to ask questions
 7   about the contents of the memo, you should do so
 8   from the memo.  But if your question is broader,
 9   whether he's had discussions about a particular
10   issue that's referenced in the memo, that you put
11   the memo aside and just ask him, does he recall
12   discussions about this issue.
13          MS. WAXMAN:  That's fine.  Thank you.
14     Q    So putting aside the memo, did you have
15   any discussions with anybody about promoting -- did
16   you have any discussions with anybody about
17   statements that spoke about the increase in value
18   of XRP?
19          MR. CERESNEY:  I hate to do this.
20          Are you speaking-- is there a particular
21   time frame, first of all?  Or do you mean ever?
22          MS. WAXMAN:  Okay.
23          MR. CERESNEY:  And then the other
24   question  is, when you say, "statements about
25   increases in  value", that's a pretty broad
```

168

1    concept.

2           MS. WAXMAN:  Yes.  I understand.

3       Q    Did you have any -- did you discuss with

4    anyone statements that alluded to the -- regarding

5    the increase of -- increase in value and price of

6    XRP during your entire time period with Ripple?

7       A    I don't recall.

8       Q    Did you discuss aside -- setting aside

9    the memo, did you have -- did you discuss with

10   anyone speculative trading in XRP?

11      A    Speculative trading and liquidity

12   providing, you know, those terms get sort of meshed

13   altogether.  And, you know, speculative trading, I

14   don't recall conversations around speculative

15   trading.  I do recall conversations around market

16   making or liquidity provisioning.

17      Q    I'd like to show you what's been marked

18   as Exhibit No. 6.

19           Okay.  Do you recognize what's been mark

20   marked as Exhibit 6?

21      A    I do not recognize Exhibit 6.

22      Q    Who is █████████████

23      A    ████████████████ is a product manager on my

24   team.

25      Q    Did she report directly to you?

169

```
 1        A    She does not report to me directly right
 2   now.  I don't exactly remember at this time frame
 3   if she reported directly to me.
 4        Q    So the -- in the "To" line it says,
 5   "Leadership", and then the "cc" line it said,
 6   "product".
 7             Were you on either of those distribution
 8   lists?
 9        A    I was on both of all those distribution
10   lists.
11        Q    So, would you have received this e-mail
12   on April 19, 2017?
13        A    Yes.  I would have likely have received
14   this e-mail.
15        Q    If you turn to the page with the Bates
16   Stamp 43125, the --
17        A    This one?
18        Q    Yeah, the other side.  Has a Bates Stamp
19   number on the bottom, that's the number I'm
20   referring to.  At the very top it says,
21   "Additionally, number one XRP priority for Q2
22   internally is higher speculative volume, which will
23   help with XRP liquidity.
24             Does this refresh your recollection as to
25   whether you've discussed speculative XRP trading
```

170

1   with anyone at the company?

2          MR. HECKER:  Well -- go ahead.

3      A    The interpretation on speculative volume

4   can mean a number of things.  The main thing from

5   the product perspective with ▋▋▋ and myself are

6   product people, is liquidity at exchanges.  And,

7   you know, you can say that some of the liquidity at

8   exchanges could be natural or speculative volume.

9      Q    What do you think -- what does

10  speculative volume mean?

11     A    So, there's market making volume at

12  exchanges -- maybe just taking a step back.

13         The way that ODL and xRapid work is that

14  you -- you start a payment at the sending exchange,

15  if you heard of an exchange called Bitstamp, for

16  example, they facilitate a trade between U.S.

17  dollars and XRP.  And then the XRP is sent to the

18  receiving exchange, I'll just use Bitso, in Mexico

19  as an example, and then it's converted from XRP to

20  Mexican pesos.  And then usually that exchange on

21  the receiving end does something called clearing

22  into local rails.  And clearing into local rails

23  is, in the United States we have ACH, so if you've

24  received an ACH, in Mexico they have SPEI, that's

25  an instant clearing.  So the receiving exchange

1   helps facilitate the clearing.

2           On an exchange in itself, it's an open

3   order book.  An open order book means that if you

4   register with that exchange, you can provide

5   liquidity.  And liquidity means putting in a buy or

6   sell, you know, trade.  These exchanges list a

7   variety of digital assets and the exchange that I

8   mentioned, XRP, is listed on both of them against

9   U.S. dollars, Mexican pesos on the receiving side.

10  It's -- it's nearly impossible for anyone to know

11  the distinction between, you know, the different

12  actors on the exchange.

13          So a lot of times, you know, you classify

14  some as market making and the others as natural

15  liquidity or speculative liquidity.  But those are

16  managed by the sending and receiving exchanges

17  themselves.

18      Q   Do you know who made it a priority to

19  increase speculative volume in Q2?

20      A   The -- from a product perspective we need

21  for the product known as xRapid or for exchanges,

22  you need liquidity.  And, you know, for it to

23  function.  And so, you know, we need liquidity in

24  general.  As I was referring to earlier, we know

25  about market making, market makers that make

172

1    liquidity.  Everyone else is classified as either

2    something else referred to as a variety of things.

3    This case could be speculative, could be natural

4    liquidity.  That liquidity is really built by the

5    exchanges.  So, as a -- I can imagine that as a

6    priority for the product we want more liquidity,

7    you know, to facilitate a better experience for

8    xRapid/ODL.

9        Q    Who indicated that it would be a

10   priority, speculative volume would be a priority

11   for Q2?

12            Who at the company?

13       A    Where is -- where is the specific line

14   are you looking at as far as a goal.  Is there a

15   reference to a goal?

16       Q    Well, it says, at the very top --

17       A    Okay.

18       Q    Who made that a priority?

19       A    I don't know -- I don't know who made

20   this a priority.

21       Q    And how could the company create higher

22   speculative volume?

23       A    You know, like I mentioned before,

24   speculative is a bucket for liquidity that we don't

25   know at an exchange.  And for the product to

1    function, you need more and more liquidity.  And

2    those -- you know, and that bucket could be other

3    hedge funds or other liquidity providers.

4           And so, if you have a real use case,

5    which at least in my opinion are very few have in

6    the blockchain space, then that attracts, you know,

7    other hedge funds, other market makers to join and

8    participate in this -- in this marketplace or

9    this -- on the exchanges.  That's how they make

10   money.

11   Q    Would increased -- if you had more

12   exchanges listing XRP, would that help to increase

13   speculative volume?

14   A    I don't know if that helps create

15   speculative volume.

16   Q    Did you ever discuss with anyone at the

17   company that more listings, more XRP listing would

18   help speculative volume?

19   A    I don't -- I don't recall having

20   conversations about increasing speculative volume

21   by adding more exchanges.

22   Q    Was it a priority for Ripple to add XRP

23   to -- as a listing on exchanges?

24   A    In the context of building out a product,

25   the way that the product works, is you need XRP

174

1    listed at these exchanges.  And so, from a product

2    perspective, if we wanted to open a corridor in

3    Brazil, for example, or Mexico, yes, we wanted to

4    get an exchange that had strong security,

5    regulation, KYC, listing XRP in those different

6    destinations around the world.

7        Q    How do you identify which corridors to

8    go -- to -- to focus on?

9        A    So, one of -- one of the most acute needs

10   to solve, and one that I'm super-passionate about

11   as well is around remittances and the high cost of

12   remittances.  And we even try to -- it's an

13   evolving sort of practice to understand where, you

14   know, what destinations are the best.

15            But it's -- it's a pretty focused number

16   and then it starts in terms of like flows and how

17   big those markets are, it starts to diminish pretty

18   quickly.  And so we really look at a combination of

19   what our customers are telling us.  And so if

20   customers are saying -- we've been surprised,

21   sometimes they say, listen that's a big market for

22   us, but we're not having a lot of fiction there.

23   They tell us go to another market.

24            So, we listen to customers.  We look at

25   macro analysis of where remittance volumes are.  We

175

1    look at the regulatory environment in terms of, you

2    know, how local governments feel about crypto

3    exchanges and blockchain technology.

4        Q    Did you ever discuss with anyone at

5    Ripple whether Ripple's prioritization of

6    speculative volume would pose issues with respect

7    to the federal securities laws.

8        A    I do not recall.

9        Q    Did you have any discussion with anyone

10   at Ripple regarding Ripple's prioritization of XRP

11   listings on exchanges, whether that would pose any

12   issues with respect to XRP status as a security?

13       A    I do not recall.

14       Q    If you turn to the first page of Exhibit

15   6, at the very bottom of the page it refers to

16   certain incentive programs.

17            Can you tell me what incentive programs

18   you had in place at the time?

19       A    Oh, sorry.  Wrong document.

20            MR. HECKER:  Here.

21       A    In the context of the product, incentive

22   program that I -- I don't know if it's even an a

23   incentive program or a rebate.  It's a -- the

24   sending exchange and the receiving exchange often

25   charge trading fees ███████ basis points.

176

1        If you add those both up, that's a

2  hundred basis points.  And the margins for

3  remittances are very small.  So adding a ████

4  basis points often negates some of the value

5  proposition in terms of, you know, speed and

6  efficiency.

7        And so, in the context of ODL xRapid,

8  we've offered -- and again I don't know what the

9  exact term is -- incentives or rebates, to

10  exchanges.  So that for ODL customers or xRapid

11  customers they wouldn't have to pay those fees.

12        And, you know, the general mechanics of

13  how it works is that -- yeah, that's the general

14  mechanics of how it works.

15     Q  So the fee -- the rebate is provided to

16  the customer or is it provided to the exchange?

17     A  The customer gets the benefit.  It

18  depends really on what exchange, but the customer

19  receives the benefit because they get the lower

20  fee.

21        And we're talking about customer, just to

22  be specific, talking about, you know, regulated

23  financial institutions or banks, they get the

24  result.  In most cases the incentives are provided

25  to the exchange themselves.

1      Q    And the -- the rebate, is it paid in XRP

2  or fiat?

3      A    I don't know.

4      Q    Who would know?

5      A    The Ripple legal team would know.

6      Q    Is there someone outside the legal team

7  in business development or --

8      A    I think the folks that make the contracts

9  are the Ripple legal team.

10      Q    Okay.  Turning back to what's been marked

11  as Exhibit No. 4 or about just in general actually.

12  In general -- you don't have to look at that, did

13  you ever discuss with anyone in the company whether

14  Ripple should seek no action relief from the SEC

15  with respect to its sales of XRP?

16      A    I do not recall.

17      Q    Did you ever discuss with anyone at

18  Ripple whether to steer clear of promoting XRP as

19  an investment opportunity?

20      A    I do not recall.

21      Q    Okay.

22      MR. DANIELS:  One more follow-up on six,

23  I  just want to make sure I understand your

24  testimony.  Turning back to the second page with

25  the Bates ending 43125, that bullet we were

178

1    looking at, about the No. 1 XRP priority.  And  you

2    said it was to help with XRP liquidity.  So  you

3    said, that was an important goal to increase

4    liquidity; is that right?

5            THE WITNESS:  To increase liquidity, yes.

6    Because that's how the way the product works.

7            MR. DANIELS:  And part of the XRP

8    liquidity  came from the market makers; is that

9    correct?

10            THE WITNESS:  Yes.

11            MR. DANIELS:  And then there was another

12    bucket of liquidity that was non-market maker

13    liquidity; is that correct?

14            THE WITNESS:  Well, I don't know what

15    that  other -- it's another bucket.  We know it's

16    some  market makers, that's what we know.

17    Everything  else is in another bucket.  Those could

18    be market  makers, those could be hedge funds.

19            MR. DANIELS:  Correct.  Right.  I think

20    you  said there was a another bucket out there.

21            Why was that referred to as speculative?

22            THE WITNESS:  I don't know.  We've used

23    speculative, we've used natural, everyone has a

24    different term.  We've never aligned on a term

25    before.  The general industry from my knowledge

179

1      when they don't know, they use speculative.

2              And then as the product evolved and we

3      started working in conjunction with market  makers,

4      we now use natural.  So, like for the  entire time

5      it's -- I mean, you can even see in  some of the

6      documents that, you know, it shifted  over the time

7      frame.  So I don't specifically why  it's called

8      speculative in this period of time  and natural at

9      another period of time.  But I  know what it refers

10     to.

11             MR. DANIELS:  Did you understand that in

12     the  non-market maker bucket, the predominant goal

13     of  those participants was speculation?

14             THE WITNESS:  I don't know that there

15     predominant goal is speculation.  In these kinds

16     of flows, market makers come in and market makers

17     come in to take spreads.  And when you have

18     non-speculative flow or real use cases, that's

19     attractive for folks to -- for hedge funds and

20     market makers to come in and balance flows and

21     make spreads and that's -- that's essentially

22     their business.

23             MS. WAXMAN:  Did you understand that an

24     increase in speculative volume would increase the

25     demand from XRP?

180

1    A    I do not understand that.

2    Q    Did you have an understanding that an

3    increase in the demand of XRP would increase --

4    would lead to an increase in price of XRP?

5    A    If there's more demand for XRP than the

6    price goes higher?  Is that the --

7    Q    Yes.  Did you have an understanding that

8    if there was more demand that that would lead to an

9    increase in price?

10   A    I do not see any -- any correlation

11   between or any understanding of how demand

12   specifically addresses price.

13   Q    Well, was there a finite universe of XRP

14   available?

15   A    There is a finite number of XRP

16   available.

17   Q    And so, did you have an understanding

18   that since there's a limited number of XRP, the

19   more people want the XRP, that the price would go

20   up?

21   A    My understanding is that XRP is 90

22   something correlated with the rest of the crypto

23   market; Bitcoin and Ethereum.

24   Q    What's the basis for that understanding?

25   A    You can go to ▮▮▮▮▮▮▮ and you can

181

1    visually see charts.  You can see data on

2    ███████████   There's correlation analysis on

3    ███████████   And it's for the top assets, it's

4    really tough to make out any noise outside of

5    strong correlation with Bitcoin.

6        Q   Did the price of XRP ever move in

7    relation to certain announcements by the company?

8        A   I don't recall specific announcements

9    that have long lasting impact at all to XRP.

10        Q   Well, that's different than what I asked.

11        Did the price of XRP ever move in

12    relation to any announcements that the company

13    made, any press releases about users signing on to

14    the xRapid product, for example?

15        A   I did not see any -- I was not aware -- I

16    did not see anything of that note, in terms of

17    press release that moved the price of XRP.

18        Q   Did the company ever make statements that

19    by increasing the number of users for its products

20    that's would increase the demand for XRP and

21    therefore, increase the price of XRP?

22        A   I do not know.

23        Q   When was xRapid created?

24        A   Conceptually, you know, different

25    incarnations of xRapid were thought of and