1    iterated, prototyped over time.  I don't recall the

2    exact like creation date or the exact launch date

3    of xRapid ODL.

4         Q    Okay.  Was it in 2018 or earlier?

5         A    Somewhere between 2017 and 2018.

6         Q    Okay.  And prior to the creation of

7    xRapid, could people use XRP for cross-boarder

8    payments?

9         A    Yes, they could.

10        Q    And what would they use?

11        A    Well, to be specific you could use it for

12   exchanging value.  When you say, payments, that

13   means that you have to find someone to clear it to

14   local rails.  So, I guess to answer the question, I

15   mentioned internally to the XRP ledger, there's an

16   exchange, there's the old gateway model.  You know,

17   you can conduct a cross-boarder payment using the

18   XRP ledger native exchange and the gateway model.

19        Q    So, were banks using XRP to conduct

20   cross-boarder payments prior to the introduction of

21   xRapid?

22        A    I do not believe banks were using XRP

23   ledger and exchanges and gateways.

24        Q    And do you have an understanding of why

25   banks didn't adopt XRP for this use?

183

1       A    Are you talking about early on?  Or why

2    they didn't use the XRP directly?

3       Q    Mm-hmm.

4       A    There's a whole host of reasons.  One was

5    privacy.  It's a distributed decentralized ledger.

6    Those properties make your, you know, your data,

7    your trades all public.  So privacy was one

8    concern. Banks especially like to -- you can image

9    banks would not want to know -- want -- would not

10   want their customers to know what the FX rates are,

11   it's proprietary.  So that was one reason.

12           And number two is performance.  I

13   mentioned XRP ledger although it's fast, five

14   seconds, and it's not always five seconds.

15   Sometimes it's less, sometimes it's more if

16   technical issues.  There are technical problems

17   with banks using the XRP ledger, for example, banks

18   want decimal precision.  The XRP ledger does not

19   give you decimal precision.  And then I mentioned

20   some of the user experienced challenges with early

21   on, with liquidity.

22      Q    Who uses the xRapid product?

23      A    Financial institutions that have

24   cross-boarder flows.  As I mentioned earlier,

25   primarily, remittance companies.

1     Q    Is it aimed at non-banks?

2     A    I don't know if I would say it's name --

3  I mean what do you mean by is it --

4     Q    -- aimed.

5         MR. CERESNEY:  Aimed.

6     A    Aimed, oh.  Is it aimed at non-banks,

7  that's a customer segment that has been leaning

8  into using the product, yes.

9     Q    Does xRapid create a way to use XRP

10  without the financial institution actually holding

11  XRP?

12     A    Can you just -- I mean, can you define

13  holding XRP?

14     Q    Taking possession of it.  Taking on risk

15  related to XRP.

16     A    Well --

17         MR. CERESNEY:  Do you understand the

18  question?

19         THE WITNESS:  Yeah.

20     A    I guess it's -- I guess it's a two-part

21  answer.  And when you say, risk, are you talking

22  about regulatory risk or volatility risk, or --

23     Q    Either.

24     A    The regulatory risk, I'm not aware of, I

25  don't know.  The volatility risk, it's more along

185

1    the lines of the way that the product moves and how

2    fast XRP works.  There is very little volatility

3    risk.  That's only because financial institution is

4    moving their value through XRP at the bridge

5    currency in this context.  Meaning, that what their

6    usually holding as a sending institution is U.S.

7    dollars.  Only when they want to execute the trade,

8    does the process kick off and on their behalf it's

9    converted instantly to -- just the payment

10   amount -- it's converted instantly to XRP moved and

11   converted to Mexican pesos, for example.  That

12   whole process is only a few seconds.  And so,

13   that's essentially how the volatility risk is

14   mitigated.  It's more a property of how -- how fast

15   XRP settles.

16        Q    Does Ripple have charge for use of the

17   xRapid product?

18        A    I mentioned there's a -- I'm not sure if

19   the actual all the logistics of the contract, but

20   there is a contract where folks, you know, pay to

21   use the -- well, I can't speak for all customers.

22   But, at least some of the customers for ODL I know

23   pay licensing fee or SAFs fee.

24        Q    Is that in connection with use of

25   xCurrent or xVia?

1        A      I -- I don't know 100 percent.  If -- I

2    know that xRapid, some xRapid customers that only

3    use xRapid in conjunction with RippleNet pay a

4    subscription fee.

5        Q      Other than the subscription fee, how else

6    does Ripple Labs make money from the xRapid

7    product?

8        A      Primarily through the subscription fee.

9        Q      Does it make money from the sales of XRP

10   related to the xRapid -- does it make money from

11   the use XRP in relation to the xRapid product?

12          MR. CERESNEY:  Just so I understand the

13   question; is the question if a financial

14   institution is executing a trade through xRapid,

15   does Ripple make money on that trade.

16       Q      No.  No, I mean just big picture.

17          How does Ripple make money for xRapid

18   other than the subscription fees.  And does

19   xRapid -- does it -- more people use xRapid, is

20   there an increase in demand for XRP?

21       A      Well, I'll break it down into the first

22   question and then I'll answer the second question.

23          In Silicon Valley it's very popular and

24   very common for companies to evolve their business

25   model over time.  That's especially true of

```
1    companies building a network.  And when I'm
2    referring to a network, I'm referring to the
3    RippleNet network.  And --
4         Q    What is the RippleNet network refer to?
5         A    The Ripple network refers to financial
6    institutions that are --
7         Q    No.  I heard you say RippleNet, not
8    Ripple network.  Cause I'm not sure what you said,
9    did you refer to RippleNet or the Ripple network?
10        A    RippleNet, sorry.
11        Q    Okay.
12        A    So RippleNet is a -- is the bringing
13   together of the difference financial institutions
14   around the world that facilitate, you know,
15   payments from different fiat currencies.  So when
16   you join RippleNet, folks are usually joining
17   because they want a far better experience of
18   sending U.S. dollars to Mexico or U.S. dollars to
19   India, for example.
20             So the combination in bringing together
21   all those different financial institutions from
22   around the world, is referred to as RippleNet.  And
23   so, to answer the first part of your question,
24   especially with network or marketplaces in tech and
25   Silicon Valley, it's very common to have -- build
```

188

```
 1    the network, and then later on the monetization

 2    later.

 3            And so while we have subscription fees,

 4    we haven't build other services.  You know, data

 5    services and so forth, that we can offer our

 6    customers on RippleNet.  But the play book for most

 7    of the Silicon Valley companies building a network

 8    or a marketplaces to first build up a network and

 9    then later the monetization later.  So that's there

10    first part.

11            The second part was, does the xRapid

12    product create more demand from XRP.  And the way

13    that the product works is that it's -- it's

14    canceled out.  So you have one trade on the

15    Bitstamp side, which actually converts U.S. dollars

16    to XRP, so if you're gonna send a million dollars,

17    for example, you buy a million dollars worth of

18    XRP.  But then that is canceled out on the other

19    side because what is happening is that the XRP is

20    sent to the exchange, for example, in Mexico, but

21    then that XRP is the exact same amount minus some

22    fees, is sold for pesos.  So it's -- it just

23    cancels each other out in bookkeeping.

24        Q    My question is, if you have more

25    customers, more MoneyGram, more entities like
```

189

1    MoneyGram signing on to use xRapid, are you going

2    to have more demand for XRP tokens?

3        A    The way the product works today, there

4    would be -- they would cancel each other out.  So,

5    there'd be no new demand for XRP.

6        Q    If you have more transaction volume

7    through xRapid, would you need -- would that create

8    more demand for XRP tokens.

9        A    Net zero impact to the demand for XRP as

10   the product is designed today.

11       Q    What sort of inference -- we spoke a lot

12   today about liquidity.  Other than liquidity, what

13   other infrastructure is needed to support the

14   xRapid product?

15       A    Probably summarize as such as possible.

16   I mean, there's a lot of -- there's a lot of nuance

17   to the answer.

18            Do you want me to move beyond exchanges

19   or should we just start with exchanges?

20       Q    If you could just tell me from a -- just

21   because it's late in the day, just from a very

22   general perspective, what categories similar to

23   liquidity are needed for the product to be

24   successful.

25            Or what's needed for people in order for

1    banks and non-banks to use xRapid?

2         A    So, there are the exchanges.  You need

3    two exchanges that provide -- you can think of them

4    as the on-ramp.  So taking fiat on, and then

5    converting it, which means the liquidity.  And then

6    you need the flip side of that on the receiving

7    end, so the off-ramp.  The fiat -- so that's one

8    component, those are like the exchanges, that's

9    pretty much like liquidity.  You also need some

10   sort of processor that will, you know, be your

11   on-ramp for U.S. dollars.  They're called ACH

12   processors in the United States, they're called

13   clearer in other countries.

14            But -- so you need the ACH on-ramp

15   processer on the U.S. side, and then on the

16   Bitstamp side you need a local clearer into the

17   SPEI rails. The SPEI rails are similar to ACH in

18   the United States or FPS in the UK.  But they

19   provide instant connectivity into 90-percent of the

20   banks in Mexico.

21            You need software.  Redundancy exchanges

22   often go down, you need the software that will fail

23   over if things are going down.  Retry transactions,

24   there's a lot of logic in terms of the software

25   that we're trying to build to facilitate mission

```
 1    critical payments.  You need security.
 2            So, a lot of security practices, security
 3    provisioning to help folks securely use the
 4    product. There are kind of keys to access our
 5    technical products.  You need cloud infrastructure.
 6    Cloud infrastructure is, if you've heard of Amazon,
 7    AWS, it's a software that's put into the AWS that
 8    is already pre-compiled and ready to run.  Makes it
 9    a lot easier for financial institutions to use that
10    product.
11        Q    You spoke about the two exchanges, the
12    on-ramp and the off-ramp.
13            Did Ripple provide incentives for these
14    exchanges to offer the xRapid product?
15        A    Just to be clear, the exchanges don't
16    offer the xRapid product.  Ripple offers the xRapid
17    product.
18            MR. HECKER:  To financial institutions.
19            THE WITNESS:  To financial institutions.
20        Q    I'm just a little confused.  So, I know
21    that in August 2018, the company announced that
22    there was a partnership with Bitrix in connection
23    with the xRapid product.
24            So, how is that partnership different
25    than just providing incentive to an exchange to
```

192

1  list XRP?

2      A    Okay.  So, to -- you know, outside of

3  XRP, we need the exchanges to do certain things to

4  facilitate a payment.  And they're certain changes

5  that they need to make in their code base to

6  facility xRapid payments.  One example I had

7  mentioned, is that they need to be able to clear on

8  to local rails instantly, so pesos into the SPEI

9  network.  That's one example.

10          Other examples could be they need to

11  adhere to the travel rule.  So that, you know, a

12  payment is passing through them, they need to file

13  that or keep record of that.  Those are things that

14  they do not -- well, at least they don't believe

15  they need to do under their traditional business.

16  So those are two examples.

17      Q    Okay.  Let's quickly talk about

18  MoneyGram.

19          What was the -- what is the importance of

20  the MoneyGram partnership to Ripple?

21      A    It's a well known household brand using

22  Ripple products.  So I think that's -- that has an

23  effect of bringing other clients of it's size and

24  customers of it's size on to RippleNet.

25          There's also, you know, what perception

1    using blockchain technology, using virtual

2    currencies, digital assets in production and

3    commercial use, you know, we're an innovator in

4    that space.  And, you know, my experience financial

5    institutions are -- they move in herds.  You know,

6    no one wants to be the first, but once one commits,

7    then, you know, it sort of paves the way.

8            Banks get more -- the underlying banks

9    get more comfortable, the state-by-state money

10   transmitters get more comfortable.  So there are a

11   lot of great aspect that MoneyGram provided to

12   Ripple.  Product feedback.  You know, you have a

13   company that is really, you know, innovative -- is

14   trying to, you know, push the envelope in terms of

15   the experience they want to deliver to their

16   customers.  So, you know, product feedback they

17   provide us is also outstanding.

18       Q    As part of Ripple's deal with MoneyGram

19   did it agree to use the xRapid product and XRP for

20   cross-boarder payments?

21           MR. CERESNEY:  Did MoneyGram agree.

22           MS. WAXMAN:  Yeah.  Yeah.

23       A    I believe so, yes.

24       Q    Did you have discussions with anybody

25   concerning MoneyGram's use of xRapid and XRP for

194

1    cross-boarder payments?

2         A    Can you ask that again, please?

3         Q    Did you discuss with anyone at Ripple

4    MoneyGram's agreement to use xRapid and XRP for

5    cross-boarder payments?

6         A    Yes.

7         Q    And what did you discuss?

8         A    With the legal team, I talked a little

9    bit about --

10              MR. HECKER:  Skip the legal team.

11              MR. CERESNEY:  Separate and apart from

12   your  discussion with the legal team.

13        A    With one engineer and one product

14   manager, discussed the flow of how the product

15   would function.

16        Q    Did you discuss that the partnership

17   would increase demand for XRP token?

18        A    No.

19        Q    Did you discuss with anybody that the

20   partnership with MoneyGram would work to establish

21   a use case for the XRP tokens?

22        A    No.

23              MS. WAXMAN:  Just another 15 minutes and

24   we'll be done.

25              MR. CERESNEY:  Okay.

195

1      Q    Are you familiar with an entity called

2  Coinbase?

3      A    Yes.

4      Q    Okay.  How do you know Coinbase?

5      A    Coinbase at one time was one of the

6  larger exchanges around the world.  Their offices

7  are located in San Francisco as well.  They were

8  founded around the same time as Ripple.

9      Q    Is XRP listed on Coinbase's platform?

10     A    Yes.  I believe so.

11     Q    Did you have any discussions with anyone

12  at Ripple regarding Coinbase listing of XRP?

13     A    From -- yes.

14     Q    Okay.  When was your first discussion?

15     A    I don't remember.

16     Q    When did Ripple first -- did Ripple

17  submit an application for listing with Coinbase?

18     A    I don't know if they formally submitted

19  an application.

20     Q    Did they engage in discussions with

21  Coinbase on multiple occasions regarding listing?

22     A    I do not know.

23     Q    Did you ever discuss with anyone at the

24  company a rejection by Coinbase or a decision by

25  Coinbase not to list XRP in 2017?

196

1  A  There's a discussion.  I don't remember

2 if the discussion was specifically regarding a

3 concrete decision not to list XRP.

4  Q  What was the discussion about?

5  A  It was, you know, from my role as

6 product, it was -- my recollection it was a -- it

7 was trying to clarify a technical misunderstanding

8 they had with the products and our -- and our

9 product strategy.

10  Q  What do you mean technical

11 misunderstanding?

12  A  What I mean by that, it was -- it was

13 something you -- I don't recall a hundred percent

14 specific, but it was something around how the

15 product worked or who were -- who was buying the

16 product.  Who is using our product, the Ripple

17 enterprise product.  That was one discussion that

18 we had.

19  Q  When did Coinbase list XRP for trading?

20  A  I don't remember.

21   MR. DANIELS:  Sorry, can you -- just go

22 back  to that.  You said you thought there was a

23 misunderstanding about who was using the product.

24   Can you elaborate on what the

25 misunderstanding was?

197

1        THE WITNESS:  From my recollection, the

2 misunderstanding was that potentially only banks

3 were using RippleNet.  And I wanted to clarify

4 that it was, you know, other financial

5 institutions using RippleNet.  So that was one

6 clarification.

7        Q    Do you know ████████ -- I don't know his

8 last name who works at Coinbase?

9        A    I know ████████████████  He's a

10 former employee of Coinbase.

11        Q    And what was his role at Coinbase?

12        A    I don't know.

13        Q    Did you have any conversations or

14 communications with him about listing XRP on

15 Coinbase's platform?

16        A    I don't recall.

17        MS. WAXMAN:  Let's mark this.

18              (SEC Exhibit No. 7 was marked

19              for identification.)

20        Q    I'd like to show you what's been marked

21 as Exhibit 7.  Please take a moment to look at it

22 and let me know when you're done.

23        (Witness complies.)

24        Do you recognize what's been marked

25 asking Exhibit 7

198

1      A    I don't recognize this e-mail.

2      Q    What is the e-mail about?

3      A    So --

4      Q    I'll ask another question.

5          Why were you going to meet with ▮▮▮

6 from Coinbase?

7      A    ▮▮▮ and I know each other from his

8 days previous to Coinbase.  He is a thought leader

9 in the crypto space.  He -- sorry, in the

10 blockchain, digital asset currency space.

11          He -- he's a bit of a mentor, so, you

12 know, I try to learn from him.  We share ideas

13 about crypto, blockchain, virtual currencies.  This

14 meeting, my recollection is that ▮▮▮ wears a lot

15 of hats.  In this context, he was wearing his, you

16 know, sort of like blockchain expert hat.  He had

17 met with -- with Brad and really didn't understand

18 the product strategy at Ripple.

19          He hadn't heard of spring, and so I

20 thought, maybe it might be a good opportunity.  We

21 hadn't spoken in probably 18 months, I thought it

22 would be a good idea to follow-up on his

23 conversation, you know, with Brad.

24          And so, we scheduled some time.  And I

25 believe -- I don't actually remember if we ended up

199

1    meeting or not.  But we definitely tried to

2    schedule something.

3         Q    And, when you said he met with Brad, do

4    you know when that meeting was?

5         A    I don't know.  I mean it's referenced

6    here, but I don't know exact when it was.

7         Q    Okay.  But close in time to this e-mail?

8         A    I do not recall.

9         Q    And do you know what the meeting was

10   about -- or strike that.

11              Did Brad and ██████ discuss listing XRP

12   on Coinbase's platform?

13        A    I don't know.

14        Q    Did -- was a listing -- was an XRP

15   listing in Coinbase important to Ripple?

16        A    From the product perspective with ODL or

17   xRapid we're always looking for, you know, better

18   partners that can provide, as I mentioned, the

19   on-ramps.  Coinbase had solid banking

20   relationships, they have money transmission

21   licenses in 50 states. So, you know, working with

22   Coinbase was advantageous -- could -- potentially

23   could be advantageous to the ODL xRapid product.

24        Q    And more broadly, was an XRP listing

25   important for Ripple for other reasons?

200

1    A    I don't know.

2    Q    Was Ripple Labs willing to pay Coinbase

3  to list XRP on it's platform?

4    A    I don't know.

5    Q    Did ████ or anyone else as Coinbase

6  request a listing fee in exchange for making XRP

7  available for trading on the platform?

8    A    I don't know.

9                    (SEC Exhibit Nos. 8 and 9 were

10                   marked for identification.)

11   Q    Please take a look at what's been marked

12 as Exhibits 8 and 9.

13        (Witness complies.)

14   A    Did you want me to read?

15   Q    Take a moment.  Look at it, familiarize

16 yourself with it, if you're not familiar with it

17 already.

18   A    I'm not -- I'm not familiar with either.

19        (The witness examined the document.)

20   Q    Do you recall receiving the e-mail that's

21 marked in Exhibit No. 8.

22   A    I do not.

23   Q    Did you -- have you ever seen the -- have

24 you ever seen what's been marked as Exhibit No. 9?

25   A    I do not recall.

201

1    Q    Did you ever discuss the draft agreement

2    with anyone at Ripple?

3    A    Are you referring to --

4    Q    Exhibit --

5    A    -- Exhibit 9?

6    Q    Yes.

7    A    I do not recall.

8    Q    How was the agreement received by the

9    company?

10   A    I don't know.

11   Q    Was -- did Ripple ultimately enter into a

12   listing agreement with Coinbase?

13   A    I don't know.

14   Q    What do you know about how XRP came to be

15   listed on the Coinbase platform?

16   A    I saw a CoinDesk article stating that XRP

17   was listed at Coinbase.

18   Q    Outside of the public announcement, did

19   you have any discussions with the company -- anyone

20   at the company about a potential listing of XRP on

21   the platform?

22   A    I don't know.

23   Q    Was the announcement the first time that

24   you learned that XRP would be traded on Coinbase's

25   platform?

1      A      Specifically what I recall is I read on

2  coin -- CoinDesk, a publication that covers

3  blockchain, that XRP was listed at Coinbase.

4      Q      Was that the first time that you learn --

5  was that the first time that you learned that XRP

6  was listed at Coinbase?

7      A      I believe so, yes.

8      Q      Okay.  So from the time that you received

9  this e-mail, to the time that you saw the public

10  announcement, you didn't have any conversation with

11  anybody about listing the -- whether XRP would be

12  listed at Coinbase?

13      A      I don't know.

14      Q      You don't know or you don't recall or no.

15      A      I don't recall.

16      Q      Okay.  Did you discuss with Brad

17  Garlinghouse that he was willing to pay up to ██████

18  ██████  to list XRP on Coinbase's platform?

19          MR. CERESNEY:  I don't know if this is

20  saying he's paying ██████████  dollars.

21          MS. WAXMAN:  No, I'm not referring to

22  this.

23          MR. CERESNEY:  Okay.  Separate and apart

24  from Exhibit 9, your question is, do you recall

25  ever learning that.

203

1      A    I do not recall being aware of the --

2   anything regarding a listing fee.

3      Q    Separate from Coinbase, did you ever have

4   any discussion with anybody at the company about

5   paying any exchange to list XRP on it's platform?

6      A    I don't recall.

7      Q    Did you ever discuss with anyone over at

8   Ripple it's willingness to pay Gemini to list XRP

9   on the platform?

10     A    I don't recall.

11               (SEC Exhibit No. 10 was marked

12               for identification.)

13     Q    Did Coinbase provide custody services

14  related to XRP?

15     A    I don't know for certain.

16     Q    Did you ever have conversations with

17  anyone about XRP and Coinbase providing custody

18  services related to XRP?

19     A    Yes, I believe so.

20     Q    Who did you discuss that with?

21     A    I don't remember all the participants in

22  the room.

23     Q    What was discussed?

24     A    Coinbase was -- Coinbase was launching a

25  new service for digital asset of virtual currency

204

1    custody.  They talked about how that service works,

2    the general timelines for that service.

3        Q    Was that service for people who held XRP;

4    so market makers, hedge funds, large investors in

5    XRP?

6        A    I don't -- I don't believe we talked

7    about specific target segments.  That wasn't the

8    purpose from my recollection.

9        Q    So, would Coinbase custody -- would

10   Coinbase custody Ripple's XRP or were they seeking

11   to custody XRP held by other people?

12       A    I don't remember if the conversation that

13   we had was talking about customer segments or who's

14   digital assets or virtual currencies, it was from

15   my recollection, it was more first-time people were

16   going to be launching this product at some point.

17   Here are it's capabilities, here's the general road

18   map.  It was not, from my recollection, a long

19   meeting.

20       Q    Would there be any reason why Ripple

21   would have Coinbase custody their XRP.

22            I understand, you know, if I were a

23   holder and I wanted to ask a third party to

24   custody, but I'm talking about, why would Ripple

25   want another person to custody it's XRP?

205

1              MR. HECKER:  You mean, would they.  Would

2      Ripple want that.

3              MS. WAXMAN:  Yes.  Would Ripple want

4      that?

5          A    I can only speak about technical reasons.

6      I don't know any specifics about why for business

7      reasons they would want to use -- or any business

8      reasons driving that.

9          Q    What are the -- and are there any

10     technical reasons to custody XRP with another

11     party.

12         A    Yes.

13         Q    Can you tell me the -- kind of a big

14     picture.

15         A    One, custody is never -- custody is never

16     a hundred percent secure.  And having redundancy is

17     generally a good thing.  For example, I don't keep

18     all my money at ████████████████    I have some at

19     ████████████████    some at other banks just in case

20     something happens to one, I have, you know, other

21     options.

22              And with InfoSec, which is information

23     security or -- it's a common security practice to

24     have multiple redundant options for securing keys,

25     digital keys, I mean, crypto keys, custody of

206

1    assets and so forth.  You don't want to have a

2    single point of failure.

3         Q    I'd like to show you what's been marked

4    as Exhibit 10.

5              (The witness examined the document.)

6         Q    Do you recognize what's been marked as

7    Exhibit 10?

8         A    I do not.

9         Q    It's an e-mail from Miguel Vias to

10   several people.  You're one of them.  It's from

11   August 24, 2018 and the subject is: "Next steps on

12   XRP custody."  ████████ from Coinbase is on the

13   e-mail, so is ████████████████████  sorry if I

14   mispronounced that, and that's it from Coinbase.

15             It says, "Thank you for coming by the

16   office on Tuesday."

17             Do you recall meeting with folks from

18   Coinbase in or around that time?

19        A    I do not.

20        Q    It says -- then is it says, "For next

21   steps I propose the following:  One, ██████ to

22   connect with █████, to set up a slide channel and

23   start the integration."

24             Do you know what that is in reference to?

25        A    I do not know for certain.

207

1       Q    Is that in reference to listing XRP on

2   the platform?

3       A    Well, the third line says custody.

4       Q    Right.  I just don't know if the e-mails

5   is talking about listing and custody or just

6   custody?

7       A    I do not believe I was at this meeting.

8   Solely based on the subject line, it says, "XRP

9   custody."

10      Q    Okay.  Do you know if -- did Ripple and

11  Coinbase enter into an agreement to custody a

12  portion of Ripple's XRP?

13      A    In my role as product, you know, the

14  business agreements are not something that I'm

15  responsible for.  And I don't know.

16      Q    You don't know whether or not -- weren't

17  you in a leadership position at Ripple Labs?

18      A    I am.  And was.

19      Q    And do you report to the CEO?

20      A    I do.

21      Q    Did you ever discuss with the CEO

22  Coinbase?

23      A    Yes.  I have discussed Coinbase.

24      Q    And what discussions did you have with

25  the CEO about Coinbase?

208

1        A    As we're looking through, you know,

2    partners for ODL or xRapid, I did an analysis on,

3    you know, Coinbase and their relative liquidity

4    market share compared to other exchanges.  And was

5    surprised to see it was so small.

6        Q    Did you recommend that Ripple try to list

7    XRP on the platform?

8        A    I do not recall.

9        Q    Did Ripple pay a fee in connection with

10   it's agreement to custody portion of it's XRP with

11   Coinbase?

12            MR. HECKER:  I don't -- sorry.  I don't

13   know  that -- I mean I think he testified he

14   doesn't  know whether there was an agreement.

15            MS. WAXMAN:  Okay.  No problem.

16            Let's go off the record --

17            MR. DANIELS:  I just have one questions

18   about something you said.  You said you performed

19   an analysis and were surprised to see that

20   Coinbase's liquidity share was so small.

21            Can you just explain what was?

22            THE WITNESS:  Yeah.  So, as I mentioned

23   with  ODL, the way that it functions it needs XRP

24   liquidity.  And -- and it helps to work with the

25   most liquid exchanges.  And I was just surprised

209

1    to see that Coinbase is not one of the top liquid

2    exchanges.

3           MR. DANIELS:  And were you using that

4    analysis to target the most liquid exchanges for

5    XRP?

6           THE WITNESS:  For ODL specifically, as I

7    mentioned --

8           MR. DANIELS:  Yes.

9           THE WITNESS:  -- you want liquid changes.

10   And so that's a function of the product.

11       Q    Were there other changes in the U.S. that

12   were -- had more liquidity and would be a

13   beneficial partner for ODL?

14       A    Beyond the ones that we are working with,

15   the recommendation was to stay the course.

16       Q    And which exchanges were you working

17   with?

18       A    Specifically the exchanges that we're

19   working with for the ODL product today are

20   Bitstamp. Only Bitstamp from my recollection.

21   Sorry -- on the -- that's on the U.S. dollar side,

22   on the origination side.

23       Q    Did you have a partnership with Bitrix?

24       A    We had a partnership with Bitrix, yes.

25       Q    Did that end?

210

1          A     I don't know specifics of the contractual

2     obligations have ended.

3               MR. DANIELS:  Do you recall where Bitrix

4     fell within that analysis in terms of the

5     liquidity share.

6               THE WITNESS:  I don't remember.  I don't

7     recall.

8               MS. WAXMAN:  Okay.  We're off the record

9     at  5:17 p.m.

10              (A brief recess was taken.)

11              MS. WAXMAN:  We're back on the record at

12    5:22.

13         Q     Mr. Birla, while we were off the record,

14    did you have any substantive discussions with the

15    staff?

16         A     No.

17              MR. TENREIRO:  Mr. Birla, couple of just

18    quick questions to clarify.

19              Is it fair to say that it's your

20    understanding that the price of XRP fluctuates,

21    vis-a-vis the price of other assets, such as U.S.

22    dollars or Bitcoin?

23              THE WITNESS:  It's my understanding that

24    it  fluctuates against U.S. dollar.  It's highly

25    correlated with Bitcoin.

211

1        MR. TENREIRO:  Okay.  And fluctuates

2   against  U.S. dollars?

3        THE WITNESS:  Yes.  That's my

4   understanding.

5        MR. TENREIRO:  Okay.  And if the price of

6   XRP did not fluctuate and were fixed, would the

7   xRapid product still work?

8        THE WITNESS:  Well, there's probably a

9   lot  of nuance in the answer.  But, technically the

10  answer to that is the only way it wouldn't

11  fluctuate is if it was in U.S. dollar.

12       MR. TENREIRO:  My question is, if the

13  price  of XRP did not fluctuate against the U.S.

14  dollar,  but were in fact fixed against the U.S.

15  dollar,  such that you could always obtain a

16  certain  amount of XRP for a certain amount of U.S.

17  dollars, would the xRapid product work?

18       THE WITNESS:  Are you asking if the -- if

19  XRP was pegged to the U.S. dollar --

20       MR. TENREIRO:  Yeah.

21       THE WITNESS:  -- meaning dollar -- would

22  the  product still work?

23       MR. TENREIRO:  Yeah.

24       THE WITNESS:  The technical is that if

25  it's  pegged to the U.S. dollar you introduce a

212

```
 1    counter-party.  So it's not trustless anymore.

 2    Someone -- some entity is going to manage that  peg

 3    to the U.S. dollar.

 4             MR. TENREIRO:  What if the -- what if the

 5    XRP simply is just valued by Ripple when it sells

 6    it at, you know, 1 dollar per XRP?

 7             THE WITNESS:  Then -- I don't understand

 8    how  that would work technically.

 9             MR. TENREIRO:  Well, why does the price

10    of  xRapid need to fluctuate -- I'm sorry, of XRP

11    need to fluctuate for xRapid to function?

12             MR. CERESNEY:  I don't think he said it

13    does.

14             MR. TENREIRO:  Does it?

15             THE WITNESS:  What -- what I'm saying is

16    like to -- technically it's a counter-party free

17    asset.  Since it's a counter-party free asset it

18    is going to fluctuate against the U.S. dollar.

19    That's just by definition what a trustless

20    counter-party free asset works.

21             If it weren't counter-party free and it

22    didn't fluctuate, then that would be pegged to  the

23    U.S. dollar.  Those are called stablecoins.  And

24    with stablecoins you have a counter-party and  it's

25    not trustless anymore.
```

213

1      So, my answer is, if it was a stablecoin

2   like, U.S. dollar stablecoin, the product doesn't

3   function because you introduced a counter-party.

4      MR. TENREIRO:  What about listing the XRP

5   on  something like Coinbase.

6      Does it need to be listed on Coinbase for

7   xRapid to function?

8      MR. CERESNEY:  I think you missed this

9   portion of the questioning.  Because Daphna did

10  ask, you know, about how the originating -- I

11  mean, there was some colloquy about how xRapid

12  works and how it originally you had to trade it  on

13  one exchange and then --

14     MR. TENREIRO:  I was here.

15     My question, does it have to be on like a

16  DEX like Coinbase, why can't it just be on, for

17  example, you know, Ripple's own DEX for people to

18  obtain the XRP that they're using in connection

19  with xRapid?

20     THE WITNESS:  Cause -- I think you're

21  referring to the XRP ledger DEX.

22     Ripple does not operate a DEX.

23     MR. TENREIRO:  Yeah.  I understand the --

24  thank you.

25     The DEX that's on the XRP -- that is on

214

1  the XRP ledger.

2       THE WITNESS:  So there are a lot of

3  reasons why that potentially wouldn't work.  For

4  technical reasons, I can skip over that for now.

5  The liquidity reasons are that, I mentioned -- I

6  think you may have -- I think you weren't here.

7       MR. TENREIRO:  When you talked about how

8  it was less liquid at some point.

9       THE WITNESS:  Yeah.  So like liquidity in

10  general in digital assets, virtual currencies has

11  moved to centralized exchanges.  I think if you

12  took all the DEXs out there today, and compared it

13  to a top 50 exchange, I don't think it would even

14  match a 50 exchange out there in terms of

15  liquidity.  And liquidity is paramount to the

16  experience that we can offer with xRapid and ODL.

17       MR. TENREIRO:  So that people can quickly

18  obtain the XRP they need to affect the transaction

19  from one country to another, for example?

20       THE WITNESS:  Speed is not -- I mean, in

21  an indirect way speed is partially what you want

22  liquidity.  But the main reason is because, I'd

23  mentioned earlier on, we had the idea for ODL and

24  xRapid, but there wasn't enough liquidity in the

25  markets or enough exchanges.  Those are the two

1   gaining factors.  And if there's not enough

2   liquidity in the exchanges what that constrains  is

3   basically how much you can move across  boarders.

4   It's tough find clients that only want  to move --

5   for example, in 2015 I looked at it  and you could

6   move maybe a hundred thousand  dollars total.

7           So finding customers, it just became very

8   difficulty.  So we need -- for the ODL xRapid

9   product to flourish, and to provide a great

10  customer experience, that's my job, I need

11  liquidity, I need on and off-ramps and those are

12  things that centralized exchanges provide.

13          MR. TENREIRO:  Right.  So the answer to

14  my  question is, the centralized exchange is

15  providing liquidity in other words for the

16  product.

17          THE WITNESS:  They provide liquidity and

18  they provide the on-ramp in the case of Bitstamp

19  and then the off-ramp in the case of Bitso,

20  off-ramp going out to local rails in Mexico.  So

21  there's two point charts.

22          MR. TENREIRO:  But you still need the

23  centralized exchange.  You need it, is what  you're

24  saying.

25          THE WITNESS:  It's a -- yeah -- it's a

216

```
 1   pillar of the product.

 2              MR. TENREIRO:  Okay.  And those are --

 3   would  you described those as trustless or some

 4   counter-party risk?

 5              THE WITNESS:  Well, there's U.S. dollar

 6   counter-party risk at the -- at the exchanges.

 7              MR. TENREIRO:  And there's -- okay.

 8   That's  all.

 9              MS. WAXMAN:  I mean, at some point you

10   could  have a DEX that has a huge market share

11   also.

12              THE WITNESS:  And the --

13              MS. WAXMAN:  There's no question.

14              MR. HECKER:  No question.  Just

15   confirmation.

16        Q    If you had a DEX that had a huge market

17   share, would -- could you use DEX in connection

18   with the xRapid product?

19        A    Is this on the -- I mean -- I guess,

20   yeah. So the -- yeah, you could.

21              MR. TENREIRO:  You're on the record.

22              MR. CERESNEY:  Yeah, it's on the record.

23              MS. WAXMAN:  Yeah.

24        A    So I guess is the question, if DEX had

25   liquidity, could you use a DEX?
```

217

1           Well, that solves the liquidity portion,

2      but then you have the on a -- on and off-ramp

3      portion.  And that's another thing that the

4      exchanges provide.  So, you can look at an entity

5      like Bitso and what Bitso provides is that

6      liquidity, and to your point, that's potential that

7      could move to a DEX.  But then someone -- then

8      they'd be stuck on that DEX.  And what the -- what

9      Bitso also provides is that connection to all the

10     other banks in Mexico via the local clearing

11     portion of it.

12          And, per earlier conversation, those are

13     things that they provide to facilitate a

14     cross-boarder payment product.  They also have to

15     adhere to local regulations, adhere to the travel

16     rule, adhere to something leading to other stuff

17     like FATIF and stuff like that, but it's beyond

18     my --

19          MS. WAXMAN:  Well, we want to thank you

20     very  much for coming here today.  I know it's been

21     a  long day and we appreciate it.

22          I want to give counsel an opportunity to

23     make any statements, ask any questions, clarify

24     anything.

25          MR. CERESNEY:  We don't have anything.

218

1          MS. WAXMAN:  Okay.  So that concludes

2     today's testimony.

3          If there is anything else that we need to

4     ask you, we'll reach out to your counsel.

5          It is 5:31 and we're off the record.

6          (Whereupon, at 5:31 p.m., the examination

7     was concluded.)

8                    *  *  *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

219

1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:    RIPPLE

4    Witness:             Asheesh Birla

5    File Number:         NY-09875-A

6    Date:                Thursday, December, 5, 2019

7    Location:            New York, NY

8

9            This is to certify that I, Maria E. Paulsen,

10   (the undersigned), do hereby certify that the

11   foregoing transcript is a complete, true and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15   _____        _____

16   (Proofreader's Name)            (Date)

17

18

19

20

21

22

23

24

25

220

```
 1    STATE OF NEW YORK    )

 2                          :SS

 3    COUNTY OF QUEENS     )

 4            I, Vicky D. Medina, a Notary Public within

 5    and for the State of New York, do hereby certify:

 6            I reported the proceedings in the

 7    within-entitled matter, and that the within transcript

 8    is a true record of such proceedings to the best of my

 9    ability.

10            I further certify that I am not related to

11    any of the parties to this action by blood or

12    marriage; and that I am in no way interested in the

13    outcome of this matter.

14            IN WITNESS WHEREOF, I have hereunto set my

15    hand this 5th day of December, 2019.   18

16                      _signature_

17

18

19

20

21

22

23

24

25
```

**Transcript Word Index**





































