PX 388

```
Message
From:      Chris Larsen [█████@ripple.com]
Sent:      2/18/2017 3:10:03 PM
To:        █████GSR█████o]
CC:        █████@ripple.com]; █████org]
Subject:   Re: Bot4
```

Yes, lets pause Bot 6

**CHRIS LARSEN | Co-founder & Executive Chairman**
█████@ripple.com | www.ripple.com



On Sat, Feb 18, 2017 at 1:48 PM, █████GSR█████o> wrote:
Hi Chris,

Bot 6t (Ripple-works) is running at a rate of $25K/week. We would recommend pausing 6t before reversing 4t, otherwise they will likely cancel each other out. Please advise.

Regards,
█████

> On 18 Feb 2017, at 20:27, Chris Larsen <█████@ripple.com> wrote:
>
> Hi █████ - on my bot4, could you start buying as long as we're below .006 usd.bitstamp.
> Thanks!
>
> Chris
>
> Chris Larsen | Executive Chairman
> Ripple, Inc.
> █████@ripple.com | www.ripple.com