PX 389

| | |
|---|---|
| From: | Chris Larsen <​@ripple.com> |
| Sent: | Friday, May 5, 2017 5:02 PM |
| To: | GSR |
| Cc: | |
| Subject: | Re: Bots |

sounds good - I'm assuming you're monitoring closely to ensure this is constructive to the market.
Thanks

CHRIS LARSEN | Co-founder & Executive Chairman
@ripple.com | www.ripple.com

**ripple**

On Fri, May 5, 2017 at 9:47 AM, GSR wrote:
> Good morning,
>
> FYI we are increasing 4p to 0.3% now.
>
> Regards,
>
>
>> On 4 May 2017, at 22:36, Chris Larsen <​@ripple.com> wrote:
>>
>> Yes, confirmed on 300k risk.
>> Sounds good on mm.
>> Thanks
>>
>> Chris
>>
>> Chris Larsen | Executive Chairman
>> Ripple, Inc.
>> @ripple.com | www.ripple.com
>>
>>> On May 4, 2017, at 19:54, wrote:
>>>
>>> Hi,
>>>
>>> In order to increase the % we have to increase the risk in from 100k to 300k. Can you confirm this is OK?
>>>
>>> Also we will be injecting bursts of XRP to balance the mm pool as they are getting empty very fast. We see this as a very good opportunity to sell and our mm bots work best when they are balanced.
>>>
>>>> On May 5, 2017 04:41, "Chris Larsen" @ripple.com> wrote:
>>>> Sounds good.
>>>> Let's leave 6t as is.
>>>>
>>>> Chris
>>>>
>>>> Chris Larsen | Executive Chairman
>>>> Ripple, Inc.
>>>> @ripple.com | www.ripple.com
>>>>
>>>>> On May 4, 2017, at 14:11 GSR wrote:
>>>>>
>>>>> Understood.
>>>>>
>>>>> I think it's prudent to leave 4p at the new level (0.2%) for at least 24 hours before increasing any further.
>>>>>
>>>>> With 4t we will increase to 1.5% and monitor closely.
>>>>>
>>>>> Should we bump up 6t also? It's currently at 0.5% (of RCL TTV).
>>>>>
>>>>> It goes without saying: congratulations!
>>>>>
>>>>> Regards,
>>>>>
>>>>>
>>>>>> On 4 May 2017, at 14:56, Chris Larsen <​@ripple.com> wrote:
>>>>>>
>>>>>> Hi
>>>>>> Given these current conditions - feel free to use your judgement on percent of vol on both bots.
>>>>>> Thanks
>>>>>>
>>>>>> Chris
>>>>>>
>>>>>> Chris Larsen | Executive Chairman
>>>>>> Ripple, Inc.

CONFIDENTIAL

■@ripple.com | www.ripple.com

On May 4, 2017, at 01:04, ■ GSR <■> wrote:

Ok, working.

On 4 May 2017, at 09:29, Chris Larsen <■@ripple.com> wrote:

Sounds good - let's try it at that level.

Chris

Chris Larsen | Executive Chairman
Ripple, Inc.
■@ripple.com | www.ripple.com

On May 3, 2017, at 23:52, ■ GSR ■ wrote:

We would recommend increasing to 0.2% and monitoring. Given current market dynamics, we shouldn't have much of an effect. (Currently the bot runs outs of XRP very quickly)

On 4 May 2017, at 08:46, Chris Larsen ■@ripple.com> wrote:

Thank you.
What's your current recommendation on percent of vol? Is .05% still the right number?

Chris

Chris Larsen | Executive Chairman
Ripple, Inc.
■@ripple.com | www.ripple.com

On May 3, 2017, at 23:04, ■ GSR ■@■> wrote:

Good morning Chris,

Please find below a summary table showing 4p's performance since being restarted. We are still working on integrating the information in 4t's daily accounting email (trying to figure out how to make a meaningful graphical representation). It should be finished by the end of the week - sorry for the delay.

Regards,

■

On 4 May 2017, at 04:57, ■ wrote:



2017-05-04 9:54 GMT+07:00 ■