PX 390

| | |
|---|---|
| Message | |
| From: | [redacted] [o] |
| Sent: | 8/23/2017 10:07:45 PM |
| To: | Chris Larsen [redacted]@ripple.com] |
| Subject: | Re: update + playa |

Ok will do.

On 24 Aug 2017, at 00:06, Chris Larsen <[redacted]@ripple.com> wrote:

Please restart at .1% on RCL only
Thanks

On Wed, Aug 23, 2017 at 14:28 [redacted] wrote:
Hi Chris,

[redacted] is asking us for an ETA on bot 6t restart. Please advise.

On 23 Aug 2017, at 22:59, [redacted] GSR [redacted] wrote:

Understood perfectly. I haven't sold anything yet. I was waiting for xrp to break out over 30c.

On 23 Aug 2017, at 22:26, Chris Larsen <[redacted]@ripple.com> wrote:

Very importantly - don't want to negatively impact market w any tactical efforts - only if constructive. Thanks

On Wed, Aug 23, 2017 at 00:27 [redacted] wrote:
Hi Chris,

Confirming Polo at 0.2%.

Should I restart tactical selling?

Regards,

[redacted]

On 22 Aug 2017, at 19:57, Chris Larsen <[redacted]@ripple.com> wrote:

Yes, sounds right

On Tue, Aug 22, 2017 at 09:42 [redacted] wrote:
I've heard about the Oregon Eclipse…. Will have to check it out.

Awesome festivals aside, [redacted] pointed out that we are running Polo @ 0.1% vs 0.2% for all the other exchanges.

Confidential

LARSEN-SEC-LIT-00004217

Given that ▮ is no longer the largest volume exchange by orders of magnitude, it doesn't make much sense. Should we raise it to 0.2% too?

On 22 Aug 2017, at 17:11, Chris Larsen <▮@ripple.com> wrote:

Hi ▮
Thanks for the update. Unfortunately won't be there - drove to Salem Oregon to see Eclipse this year instead. It was just incredible!
Will be at BM next year.
Enjoy!

On Tue, Aug 22, 2017 at 07:58 ▮io> wrote:
Good morning Chris,

An incredible volume day led by the Korean exchanges again.

It seems the price hike started on Polo last night. It might have just been a (long overdue) technical correction on XRP/BTC aided by the IRA story leaked on xrpchat. The truth is XRP has been looking cheap for a few weeks.

Will you be on the playa next week? We are camping @ Hair of the Dog Lounge (HOTD) on 5:45 and Awe. Would be great to see you!

Regards,

▮

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

▮
@ripple.com | www.ripple.com
Ripple, Inc.

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

▮
@ripple.com | www.ripple.com
Ripple, Inc.

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

@ripple.com | www.ripple.com
Ripple, Inc.

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

@ripple.com | www.ripple.com
Ripple, Inc.

Confidential

LARSEN-SEC-LIT-00004219