PX 391

From: ▮▮▮▮▮▮▮ Chris Larsen (owner)
To: ▮▮▮▮▮▮▮
TimeStamp: 07/24/20 11:33:01 AM
DateDelivered: 07/24/20 11:33:35 AM
Attachments: IMG_1278.PNG

EXHIBIT CL-178

Note that Apple's finance app (which has crypto pairs) hasn't updated a XRP story in 25 weeks! They only appear to feed Coindesk stories for all crypto pairs. Since Coundesk covers Eth and Btc so much - their feeds are updated many times per day. Seems like a big opening for ModernConsensus to feed XRP news!


EXHIBIT CL-178 9/14/2021

| | |
|---|---|
| From: | ███████████ |
| To: | +███████ Chris Larsen (owner) |
| TimeStamp: | 07/24/20 11:37:10 AM |
| DateRead: | 07/24/20 11:39:10 AM |

We have notice precisely the same thing. We have two nice XRP stories coming. And just got added to CoinMarketCap feed, which will help

Confidential