PX 394

filed under seal

as

D.E. 631-193