# PX 396

**From:** ▮▮▮▮@ripple.com>
**Sent:** Friday, August 31, 2018 3:46 PM
**To:** ▮▮▮▮ Brad Garlinghouse; Ron Will; ▮▮▮▮ Monica Long; ▮▮▮▮ David Schwartz; ▮▮▮▮ Ethan Beard; Asheesh Birla
**Subject:** Key Takeaways from Day 2

Hello Leadership Team,

Here is the summary from Day 2.

*XRP Use Cases:*

 - Ripple's valuation is driven almost exclusively driven by XRP's value and that is the company's north star
 - Therefore, diversification shouldn't be for the sake of diversification; rather, diversification should be used to build the ecosystem to increase the value of XRP
 - To make the XRP ecosystem more robust, there are three big bets to pursue:
   - *Most popular wallets do not support XRP - we should make a play here*
   - Exchanges are a critical part of transactions involving crypto - we should make a play here
   - Liquidity is driven by market makers and OTC desks - we should make a play here as well

*Action Items:*

 - Ethan to investigate the wallet idea further

*▮▮▮▮ - External Perspective on XRP / Ripple:*

 - ▮▮▮▮ is a for profit company building apps on a decentralized identity platform called ▮▮▮▮ (which is the open / blockchain technology)
 - Their goal is to drive down the cost per transaction of id verification
 - ▮▮▮▮ also sits on the board of the ▮▮▮▮ which he positioned as an advocacy group for all crypto
 - The ▮▮▮▮ also gets a lot of subpoenas and government requests to learn more - the foundation has lawyers
 - Most people in the crypto community don't know the difference between XRP and Ripple
 - They see the biggest problem as "centralization"
 - They don't have the same view about ▮▮▮▮ because "▮▮▮▮ doesn't hold the same portion of ETH as Ripple does of XRP"
 - ▮▮▮▮ - the perception is TBD - too early for most people to have made up their mind
 - ▮▮▮▮ is hyped right now - really high throughput - ▮▮▮▮ is

HIGHLY CONFIDENTIAL

RPLI_SEC 0949298

invested in it
- The crypto space needs to liquidate about $1B-$2B right now just to stay alive ($750M for the salaries of the people in the crypto companies and $250M for miners to cover their costs)
- ▉ view is that the market has yet to bottom out. It will go down by another 50% and will likely bottom out when ▉ explodes (it will be a Mt. Gox moment)
- He thinks Ripple should reduce XRP holdings to about 33%
- He thinks in five years, BTC may not be around because of governance issues. Miners will start jumping ship if the price goes too low (there is a floor)

*Perkins Coie:*

**Redacted - Privilege**

*Taking Stock:*

- Expense run rate is about $15M/month
- At current course and speed, we can have a total of 170 deployments by the end of 2019
- We can do 2.5 deployments per person per year (we can bring that number lower through a number of things we can do on the product side)

*Action Items:*

HIGHLY CONFIDENTIAL   RPLI_SEC 0949299

- ▮ to sync with Asheesh and ▮ on Quality Assurance Infrastructure

*Big Bets:*

- There are three big bets the team is aligned on:
  - xRapid
  - Volume
  - Influencers
  - Wallets (Ethan to investigate further)

*Action Items:*

- ▮ to flesh out what each one of the big bets mean operationally

Thanks,
▮

On Thu, Aug 30, 2018 at 7:01 PM ▮@ripple.com> wrote:

> Apologies, missed a few important points. Added them here:
>
> *High Level Day 1 Takeaways (without the Culture session):*
>
> - Asia is big and especially important in crypto
> - Being local matters; we need more localized resources
> - xRapid's profile needs to be raised; we need our A+ team on it
> - Waiting for the xRapid infrastructure to build out is too passive
> and slow; we need BD and Corp Dev to accelerate that progress
> - We need to extend the scope of "product" through middleare - we need
> to move from us doing 30% and customer doing 70% to the inverse at least
> - Account management needs a reset (team, mandate, comp, incentives)
> - Sales needs some skin in the game in the "go-live" process
>
> *Decentralization: Remembering our Roots:*
>
> - The thesis of this industry and technology is a peer-to-peer network
> of moving value around the world
> - This benefits the players at the fringe (smaller banks, payment
> providers, etc.) rather than the players in the middle (large
> correspondents)
> - Our products provide messaging without a central operator (unlike
> SWIFT) and liquidity without a central counterparty (unlike fiat liquidity
> with correspondent banking)
> - Mobile banking (especially in Asia) is where the growth is
> - In some jurisdictions, regulatory changes are triggering growth in
> digital penetration (and payments)
> - For crypto liquidity, volume from Asia accounts for 83% of all
> crypto liquidity volume.
>

HIGHLY CONFIDENTIAL

> *Action Items:*
>
> - We need more boots on the ground in Asia; requires further
> discussion and a fleshed out plan
> - We also need talking points about around how inconsequential
> Coinbase is, in the global liquidity landscape
>
> *Ripple 2020:*
>
> - The north star for everyone is xRapid volume
> - We are building the xCurrent network because xRapid is not ready for
> sales in a scalable way yet
> - There are a lot of things we need to do build up the infrastructure
> to make xRapid ready
> - Waiting for the ecosystem to build is taking too long - we need to
> make it happen through both organic and inorganic routes
> - The first step is to reassess as a team on whether we have the
> absolute best team working on xRapid, including a 'General Manager'
>
> *Action Items:*
>
> - Asheesh to put together a cross-functional tactical team for xRapid,
> including the 'General Manager'
> - As everyone puts together their team's Q4 priorities, they should
> make sure that xRapid adoption is front and center of their priority list
>
> *Competitive and Market Trends:*
>
> - As we think about the segment of the market we want to target, we
> should think about:
>    - New guard vs. Old guard
>    - Digital vs. Traditional channels
>    - Asia vs. RoW
> - We all agree that MTOs will win over the banks (in general)
> - However, that doesn't mean that all banks are irrelevant.
> Digital-first, high growth banks in key regions with a lot of friction are
> also valuable customers
> - In order to deliver the 10x better experience to our customers, we
> need to make sure the xRapid infrastructure is working. In the 'Bay
> Bridge' analogy, the infrastructure is not sound yet.
> - Taking that one step further, we need to make sure that the 10x
> improvement in customer experience is exposed to the end-user
>
> *Action Items:*
>
> - There is an opportunity to refine the point scheme
>
> *Scaling Opportunities:*
>
> - Getting the right customers in the pipeline is important
> - ▮ even though they are driving $ volume, aren't leaning in and
> may not move Ripple to past their "pilot"
> - ▮ is another example of a customer that is not

> leaning in. The executives seem aligned and engaged but we are not seeing
> the enthusiasm at the project level
> - There is no single silver bullet - we have a number of things to fix
> - Localized execution and a stronger account management mandate is
> required to get accounts live
> - Getting customers live have a lot of dependency on the customer -
> they do 70-80% of the work and we can only help with 20-30%. We need to
> reverse that, starting with owning the middleware
> - We need to make sure that 3.4 and 4.x do not create two different
> networks and that they are truly compatible
> - Account Management function needs to reset in terms of talent and
> mandate
> - Sales and Account Management need to have a much stronger
> collaboration for us to be successful in getting customers live
>
> *Action Items:*
>
> - We need a plan to have more localized resources
> - We need executives to own accounts and feel responsible for the
> account's success
> - ▓▓▓ and ▓▓▓ need to align on what it means to make 3.4 and 4.x
> truly compatible and interoperable
> - Product needs to have localized integration modules
> - ▓▓▓ and ▓▓▓ to present in 2 weeks a plan to have
> interdependent OKRs and incentives between Sales and Customer Success
> - From a GTM standpoint, we need to make sure that the customer's
> objectives are aligned with what Ripple can provide. We also need to
> ensure that the counterparty is ready, willing and deeply vetted for the
> implementation to be successful
>
> *Corporate Development Strategy:*
>
> - Four pillars:
>   - Acquire volume/nodes (kick start the network)
>   - Acquire customer touchpoints (wallets, brokerage, etc.)
>   - Pump up liquidity (listings, base currency positioning, market
>   makers)
>   - Diversify capital (structured finance vehicles to unlock capital
>   from our XRP holdings)
> - ▓▓▓ team is building out with a focus on local, in-market
> staffing
>
> *Action Items:*
>
> - If you have a PoV on potential partnership or M/A targets, please
> engage ▓▓▓
>
>
>
--

▓▓▓

Director of Business Operations | Ripple

HIGHLY CONFIDENTIAL                                                                                                    RPLI_SEC 0949302

HIGHLY CONFIDENTIAL

RPLI_SEC 0949303