# PX 545

```
From:       Ripple.com Contact Form <ripplecontact@ripple.com>
To:         xrpcontact@ripple.com
Sent:       11/18/2017 6:04:55 AM
Subject:    Ripple.com contact form inquiry from
```

From: Brass <
Organization:
Title: Floorhand

Message Body:
By 'institutional' do you mean the ability to buy XRP from my bank RBC?
I own about 10000 XRP; how I bought it on Kraken is a story of watching my money go from Vancouver, to Tokyo, to Europe, to Kraken (where I had to buy BTE and then exchange that in US dollars to finally get XRP).
When I sent the order XRP was .16. 4 weeks later, when the amount showed up on Kraken (with their annoying tier structure) it was .25. I lost time & money using Kraken. Isn't a point of Ripple to make SWIFT transactions obsolete?
I thought Kraken stole my money!
Get XRP on CoinBase.
I had LTC on both US & CAN CoinBase accounts within days/hours of opening accounts.

--
This e-mail was sent from a contact form on Ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                RPLI_SEC 0041207