# PX 17

1

```
 1            UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF NEW YORK

 3

 4    SECURITIES AND EXCHANGE        )
      COMMISSION,                    )
 5                                   )
                    PLAINTIFF,       )
 6                                   ) Case No.
                    vs.              ) 20-civ-10832(AT)(SN)
 7                                   )
      RIPPLE LABS, INC., BRADLEY     )
 8    GARLINGHOUSE, AND CHRISTIAN    )
      LARSEN,                        )
 9                                   )
                    DEFENDANTS.      )
10    _____)

11

12

13                 CONFIDENTIAL

14          VIDEOTAPED DEPOSITION OF

15                 MONICA LONG

16          Thursday, June 17, 2021

17

18

19

20

21

22

      Reported By:
23    KATHLEEN WILKINS,
      STENOGRAPHIC REPORTER, CSR 10068
24    RPR-RMR-CRR-CCRR-CLR-CRC
      (Via Zoom Videoconference)
25    JOB No. 210617KWI
```

2

1                              CONFIDENTIAL
2        1          VIDEOTAPED DEPOSITION OF MONICA LONG
3        2              BE IT REMEMBERED that on Thursday,
4        3    June 17, 2021, commencing at the hour of 9:08 a.m.
5        4    thereof, at King & Spalding, 50 California Street,
6        5    Suite 3300, San Francisco, California, before me,
7        6    Kathleen A. Wilkins, RPR-RMR-CRR-CCRR-CLR-CRC, a
8        7    Certified Stenographic Shorthand Reporter, in and
9        8    for the State of California, personally appeared
10       9    MONICA LONG, a witness in the above-entitled court
11      10    and cause, who, being by me first duly sworn, was
12      11    thereupon examined as a witness in said action.
13      12
14      13
15      14
16      15
17      16
18      17
19      18
20      19
21      20
22      21
23      22
24      23
25      24
26      25

3

```
 1                        CONFIDENTIAL
 2   1                APPEARANCES OF COUNSEL
 3   2    FOR THE PLAINTIFF:
 4   3        SECURITIES AND EXCHANGE COMMISSION
              New York Regional Office
 5   4        200 Vesey Street, Suite 400
              New York, New York 10281-1022
 6   5        BY:  MARK SYLVESTER, ESQ.
                   JORGE G. TENREIRO, ESQ.
 7   6        Telephone:  (212) 336-0153
              Email:  Sylvesterm@sec.gov
 8   7                  tenreiroj@sec.gov
 9   8    FOR THE DEFENDANT RIPPLE LABS:
10   9        (Via Zoom Videoconference)
              DEBEVOISE & PLIMPTON LLP
11  10        919 Third Avenue
              New York, New York 10022
12  11        BY:  ANDREW J. CERESNEY, ESQ.
                   LEYLA SALMAN, ESQ.
13  12        Telephone: (212) 909.6947
              Email: aceresney@debevoise.com
14  13             lsalman@debevoise.com
15  14    FOR DEFENDANT BRADLEY GARLINGHOUSE:
16  15        CLEARY GOTTLIEB STEEN & HAMILTON
              2112 Pennsylvania Avenue, NW
17  16        Washington, D.C. 20037
              BY:  MATTHEW C. SOLOMON, ESQ.
18  17        Telephone: (202) 974-1500
              Email: msolomon@cgsh.com
19  18
         FOR DEFENDANT CHRISTIAN A. LARSEN:
20  19
              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
21  20        2001 K Street, NW
              Washington, D.C. 20006-1047
22  21        By:  MEREDITH DEARBORN, ESQ.
              Telephone: (628) 432-5117
23  22        Email: mdearborn@paulweiss.com
24  23    ALSO PRESENT:
25  24        █████████████, Ripple in-house counsel
              Dave Swafford, Videographer
26  25
```

1                              CONFIDENTIAL
2        1   ZOOM PARTICIPANTS (Via Zoom Videoconference):
3        2       Lisa Zornberg, Counsel for Ripple, Debevoise &
                     Plimpton
4        3
             Erol Gulay, Counsel for Ripple, Debevoise &
5        4       Plimpton
6        5       Benjamin Leb, Counsel for Ripple, Debevoise &
                     Plimpton
7        6
             Connor Ritschard, Counsel for Chris Larsen,
8        7       Paul, Weiss
9        8       Nicole Tatz, Counsel for Brad Garlinghouse,
                     Cleary Gottlieb
10       9
             Bradley Oppenheimer, Counsel for Ripple,
11      10       Kellogg, Hansen
12      11       Eliana Pfeffer, Counsel for Ripple, Kellogg,
                     Hansen
13      12
             Daphna Waxman, Counsel for SEC
14      13
             Ladan Stewart, Counsel for SEC
15      14
             Ben Hanauer, Counsel for SEC
16      15
             Jon Daniels, Counsel for SEC
17      16
18      17
19      18
20      19
21      20
22      21
23      22
24      23
25      24
26      25

```
 1                              CONFIDENTIAL
 2               1                    INDEX
 3               2              INDEX OF EXAMINATIONS
 4               3                                           PAGE
 5               4    Morning Session                          8
                     Examination by Mr. Sylvester              9
 6               5    Afternoon Session                      182
 7               6              INDEX OF EXHIBITS
 8               7    EXHIBIT            DESCRIPTION         PAGE
 9               8    Exhibit 4    String of e-mails Bates    129
                                    stamped RPLI_SEC 0011971
10               9                  through RPLI_SEC 0011973
11              10    Exhibit 6    String of e-mails Bates    132
                                    stamped RPLI_SEC 0530297
12              11                  through RPLI_SEC 0530298
13              12    Exhibit 12   String of e-mails Bates    152
                                    stamped RPLI_SEC 0307809
14              13                  through RPLI_SEC 0307810
15              14    Exhibit 13   String of e-mails Bates    156
                                    stamped RPLI_SEC 0362039
16              15                  through RPLI_SEC 0362041
17              16    Exhibit 14   String of e-mails Bates    166
                                    stamped RPLI_SEC 0198863
18              17                  through RPLI_SEC 0198863
19              18    Exhibit 15   String of e-mails Bates    178
                                    stamped RPLI_SEC 0205661
20              19                  through RPLI_SEC 0205665
21              20    Exhibit 19   String of e-mails Bates    182
                                    stamped RPLI_SEC 0040947
22              21                  through RPLI_SEC 0040948
23              22    Exhibit 21   String of e-mails Bates    186
                                    stamped RPLI_SEC 0050730
24              23                  through RPLI_SEC 0050732
25              24    Exhibit 24   String of e-mails Bates    194
                                    stamped RPLI_SEC 0425936
26              25                  through RPLI_SEC 0425937
```

```
 1                                    CONFIDENTIAL
 2          1                 INDEX OF EXHIBITS (Continued)
 3          2       EXHIBIT            DESCRIPTION               PAGE
 4          3    Exhibit 25   String of e-mails Bates            205
                              stamped RPLI_SEC 0032701
 5          4                 through RPLI_SEC 0032704
 6          5    Exhibit 26   String of e-mails Bates            211
                              stamped RPLI_SEC 0461956
 7          6                 through RPLI_SEC 0461959
 8          7    Exhibit 27   String of e-mails Bates            221
                              stamped RPLI_SEC 0513551
 9          8
                 Exhibit 28   String of e-mails                 227
10          9                 beginning with an email
                              from Monica Long - no
11         10                 Bates stamps
12         11    Exhibit 35   String of e-mails Bates            240
                              stamped RPLI_SEC 0319272
13         12                 through RPLI_SEC 0319273
14         13    Exhibit 38   String of e-mails Bates            244
                              stamped RPLI_SEC 0054865
15         14                 through RPLI_SEC 0054870
16         15    Exhibit 40   Email from Monica Long -           257
                              no Bates stamps
17         16
                 Exhibit 44   String of e-mails - no            261
18         17                 Bates stamps
19         18    Exhibit 54   String of e-mails Bates            274
                              stamped RPLI_SEC 0526856
20         19                 through RPLI_SEC 0526858
21         20    Exhibit 73   String of e-mails Bates            305
                              stamped RPLI_SEC 0594978
22         21                 through RPLI_SEC 0594979
23         22    Exhibit 80   Text messages, Bates              249
                              stamped RPLI_SEC 0761490
24         23                 through RPLI_SEC 0761564
25         24    Exhibit 82   String of e-mails Bates            278
                              stamped RPLI_SEC 0624327
26         25                 through RPLI_SEC 0624332
```

1                          CONFIDENTIAL

     1              INDEX OF EXHIBITS (Continued)

     2    EXHIBIT           DESCRIPTION              PAGE

     3

        Exhibit 83    String of e-mails - no      297

     4               Bates stamps

     5    Exhibit 85    String of e-mails Bates     302

                      stamped RPLI_SEC 0542792

     6               through RPLI_SEC 0542794

     7

     8

     9

    10

    11

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

8

| | | |
|---|---|---|
| 1 | | CONFIDENTIAL |
| 2 | 1 | JUNE 17, 2021                                    9:08 A.M. |
| 3 | 2 | P R O C E E D I N G S |
| 4 | 3 | MORNING SESSION |
| 5 | 4 | THE VIDEOGRAPHER:  Good morning, everyone. |
| 6 | 5 | This is the videotaped deposition of Monica Long in |
| 7 | 6 | the matter of SEC versus Ripple Labs.  Our case |
| 8 | 7 | number today, 20-Civ-10832(AT)(SN). |
| 9 | 8 | Today's deposition is being held at |
| 10 | 9 | 50 California Street, Suite 3300, San Francisco, |
| 11 | 10 | California.  Today's date is June 17th, 2021.  The |
| 12 | 11 | time on the video monitor is 9:09 a.m.  And my name |
| 13 | 12 | is Dave Swafford, certified legal video specialist |
| 14 | 13 | with Gradillas Court Reporters located at 400 North |
| 15 | 14 | Brand Boulevard, Suite 950, Glendale, California. |
| 16 | 15 | Zip code 91203. |
| 17 | 16 | Would all counsel present please |
| 18 | 17 | voice-identify yourselves, starting with our |
| 19 | 18 | questioning attorney. |
| 20 | 19 | MR. SYLVESTER:  This is Mark Sylvester for |
| 21 | 20 | the plaintiff, the Securities and Exchange |
| 22 | 21 | Commission. |
| 23 | 22 | MR. TENREIRO:  Jorge Tenreiro for the SEC |
| 24 | 23 | as well. |
| 25 | 24 | MR. CERESNEY:  Andrew Ceresney from |
| 26 | 25 | Debevoise & Plimpton representing Ripple.  I'm |

The timestamps in the left portion of each line read:
09:08:47, 09:08:50, 09:08:53, 09:08:58, 09:09:10, 09:09:11, 09:09:16, 09:09:20, 09:09:26, 09:09:30, 09:09:35, 09:09:39, 09:09:44, 09:09:46, 09:09:48, 09:09:49, 09:09:50, 09:09:52, 09:09:54, 09:09:55, 09:09:56, 09:09:58

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 09:10:03 | 1 | joined by my colleague Leyla Salman and by |
| 3 | 09:10:06 | 2 | ███████████ in-house counsel at Ripple. |
| 4 | 09:10:10 | 3 | THE VIDEOGRAPHER:  Would the court |
| 5 | 09:10:10 | 4 | reporter please swear in our witness. |
| 6 | 09:10:12 | 5 | MR. CERESNEY:  Oh, hold on.  There's two |
| 7 | 09:10:13 | 6 | other individuals present. |
| 8 | 09:10:15 | 7 | THE VIDEOGRAPHER:  Sorry. |
| 9 | 09:10:17 | 8 | MR. SOLOMON:  Matthew Solomon from Cleary |
| 10 | 09:10:17 | 9 | Gottlieb.  I represent Bradley Garlinghouse, another |
| 11 | 09:10:19 | 10 | defendant in this matter. |
| 12 | 09:10:21 | 11 | MS. DEARBORN:  Meredith Dearborn.  Paul |
| 13 | 09:10:21 | 12 | Weiss.  I represent Chris Larsen, another defendant. |
| 14 | 09:10:26 | 13 | THE VIDEOGRAPHER:  Will the court reporter |
| 15 | 09:10:29 | 14 | please swear in our witness. |
| 16 | 09:10:30 | 15 | MONICA LONG, |
| 17 | 09:10:30 | 16 | having been duly sworn, |
| 18 | 09:10:30 | 17 | was examined and testified as follows: |
| 19 | 09:10:40 | 18 | THE VIDEOGRAPHER:  You may now proceed. |
| 20 | 09:10:41 | 19 | EXAMINATION BY MR. SYLVESTER |
| 21 | 09:10:41 | 20 | BY MR. SYLVESTER: |
| 22 | 09:10:43 | 21 | Q.  Good morning, Ms. Long. |
| 23 | 09:10:43 | 22 | A.  Good morning. |
| 24 | 09:10:44 | 23 | Q.  Please state your name for the record. |
| 25 | 09:10:47 | 24 | A.  Monica Long. |
| 26 | 09:10:47 | 25 | Q.  Are you represented by counsel here today? |

CONFIDENTIAL

09:10:49  1    A.   Yes.

09:10:49  2    Q.   Who is your counsel?

09:10:51  3    A.   Andrew Ceresney from Debevoise.

09:10:52  4    Q.   And I'm Mark Sylvester.  With me is my

09:10:54  5  colleague, Jorge Tenreiro.  We're here on behalf of

09:10:56  6  the plaintiff, the Securities and Exchange

09:10:57  7  Commission.

09:10:58  8         Have you ever given testimony before?

09:11:01  9    A.   No.

09:11:01  10   Q.   I'd like to start with a few rules of the

09:11:03  11 road for today.

09:11:04  12        First of all, you've given an oath to tell

09:11:06  13 the truth.  Even though we're in a conference room,

09:11:09  14 it's the same oath you'd give in a courtroom, so

09:11:12  15 it's important to tell the truth here today.  Okay?

09:11:13  16   A.   Yes.

09:11:14  17   Q.   It's important that the court reporter be

09:11:15  18 able to take down everything that I say and

09:11:17  19 everything that you say.  So even though it's very

09:11:19  20 tempting, let's try to finish -- let each other

09:11:22  21 finish before answering the question.  Okay?

09:11:24  22   A.   Okay.

09:11:24  23   Q.   And for the record, you have to give

09:11:25  24 verbal answers, so a head nod or head shake won't

09:11:28  25 work.  You have to say it in words.  Okay?

```
 1                              CONFIDENTIAL
 2   09:11:31   1       A.   Okay.
 3   09:11:31   2       Q.   In answering my questions, please don't
 4   09:11:33   3   tell me the substance anything that an attorney told
 5   09:11:35   4   you.  Okay?
 6   09:11:36   5       A.   Okay.
 7   09:11:37   6       Q.   Is there any reason you can think of that
 8   09:11:38   7   you would not be able to give full and accurate
 9   09:11:41   8   testimony here today?
10   09:11:42   9       A.   No.
11   09:11:42  10       Q.   Okay.  Are you employed?
12   09:11:43  11       A.   Yes.
13   09:11:43  12       Q.   Where do you work?
14   09:11:45  13       A.   Ripple.
15   09:11:46  14       Q.   What is the highest level of education
16   09:11:48  15   you've completed?
17   09:11:49  16       A.   Bachelor's degree.
18   09:11:50  17       Q.   What did you major in?
19   09:11:51  18       A.   Development studies.
20   09:11:52  19       Q.   What does that mean?
21   09:11:54  20            PHONE PARTICIPANT:  Is it good so far?
22   09:11:57  21            MR. CERESNEY:  Lisa, I think you have to
23   09:11:58  22   mute.
24   09:12:05  23            THE WITNESS:  The study of developing
25   09:12:07  24   economies.
26             25   / /
```

CONFIDENTIAL

1                            CONFIDENTIAL

09:12:07  1    BY MR. SYLVESTER:

09:12:07  2        Q.   I see.

09:12:08  3             Did you focus on anything in particular?

09:12:12  4    Any economy in particular?

09:12:13  5        A.   No.  Global.

09:12:16  6        Q.   As an undergrad, did you study law at all?

09:12:19  7        A.   No.

09:12:20  8        Q.   How about computer science?

09:12:21  9        A.   No.

09:12:22  10       Q.   What was your first professional job after

09:12:24  11  college?

09:12:24  12       A.   Public relations.

09:12:25  13       Q.   And did you work in public relations your

09:12:28  14  entire post-college career?

09:12:30  15       A.   I worked in public relations up until

09:12:34  16  receiving a new job at Ripple.

09:12:38  17       Q.   When was that?

09:12:40  18       A.   So I started at Ripple in 2013, as

09:12:43  19  director of communications, so still in the realm of

09:12:46  20  PR, and then was promoted to VP of marketing.  I

09:12:50  21  don't recall the exact year, but it was a couple

09:12:53  22  years into my tenure there.

09:12:55  23       Q.   What's the distinction in your mind

09:12:57  24  between the public relations and marketing?

09:12:59  25       A.   Marketing has a broader scope.  So as VP

1              CONFIDENTIAL

09:13:03   1  of marketing, I was responsible for not only

09:13:05   2  communications, but also marketing to our customers,

09:13:13   3  creating the Ripple brand, et cetera.

09:13:21   4       Q.   Prior to joining Ripple, did you do any

09:13:23   5  work related to digital assets?

09:13:25   6       A.   No.

09:13:25   7       Q.   Did you do any work related to fintech?

09:13:28   8       A.   Yes.

09:13:29   9       Q.   What was that?

09:13:30  10       A.   At the public -- my first job was at a

09:13:33  11  public relations agency, and there I represented a

09:13:36  12  variety of different technology clients, including

09:13:38  13  some in fintech.

09:13:40  14            MR. CERESNEY:  Can you slow down a little

09:13:41  15  bit because the court reporter has got to take down

09:13:43  16  what you say.

09:13:45  17            MR. TENREIRO:  Zoom participants, please

09:13:46  18  mute yourselves.

09:13:51  19            MR. CERESNEY:  Hold on a second.

09:13:52  20            MR. SYLVESTER:  Let's go off the record.

09:13:53  21  Let's go off record.

09:13:54  22            MR. CERESNEY:  Can whoever is not muted on

09:13:56  23  Zoom please mute themselves.

09:13:58  24            THE VIDEOGRAPHER:  The time now is 9:14,

09:13:59  25  and we are off the record.

14

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 09:14:28 | 1 | (Discussion held off record.) |
| 3 | 09:14:45 | 2 | THE VIDEOGRAPHER: The time -- the time is |
| 4 | 09:14:48 | 3 | now 9:14 a.m., and we're back on record. |
| 5 | 09:14:53 | 4 | MR. CERESNEY: If you remember the -- do |
| 6 | 09:14:54 | 5 | you remember where you were? |
| 7 | 09:14:55 | 6 | THE WITNESS: I do. |
| 8 | 09:14:56 | 7 | MR. CERESNEY: Okay. Keep going. |
| 9 | 09:14:58 | 8 | THE WITNESS: In addition, I worked in |
| 10 | 09:14:59 | 9 | corporate communications at ▮▮▮▮ which is in |
| 11 | 09:15:02 | 10 | financial technology. |
| 12 | 09:15:05 | 11 | BY MR. SYLVESTER: |
| 13 | 09:15:05 | 12 | Q.  Did you ever do any work related to |
| 14 | 09:15:07 | 13 | ▮▮▮▮ marketplace? |
| 15 | 09:15:08 | 14 | A.  Yes. |
| 16 | 09:15:09 | 15 | Q.  What's ▮▮▮▮ |
| 17 | 09:15:10 | 16 | A.  ▮▮▮▮ is a person-to-person lending |
| 18 | 09:15:13 | 17 | marketplace. |
| 19 | 09:15:15 | 18 | Q.  What did you do for them? |
| 20 | 09:15:16 | 19 | A.  Public relations. |
| 21 | 09:15:18 | 20 | Q.  What was Chris Larsen's role at ▮▮▮▮ |
| 22 | 09:15:21 | 21 | if any? |
| 23 | 09:15:21 | 22 | A.  CEO. |
| 24 | 09:15:22 | 23 | Q.  Did you report to Mr. Larsen? |
| 25 | 09:15:25 | 24 | A.  No. |
| 26 | 09:15:25 | 25 | Q.  To whom did you report at ▮▮▮▮ |

15

```
 1                         CONFIDENTIAL
 2  09:15:28   1           MR. CERESNEY:  Objection.  I don't think
 3  09:15:28   2   she said that she worked at ███████
 4  09:15:31   3   BY MR. SYLVESTER:
 5  09:15:31   4        Q.   Did you work at ████████
 6  09:15:33   5        A.   No.
 7  09:15:33   6        Q.   What is the work that you did for ████████
 8  09:15:35   7        A.   I worked at a public relations firm, and
 9  09:15:38   8   ███████ was our client.
10  09:15:41   9        Q.   Are you aware that the SEC charged ████████
11  09:15:44  10   with making unregistered offers of sales in
12  09:15:47  11   securities?
13  09:15:48  12        A.   I'm -- I'm aware.
14  09:15:49  13        Q.   When did you become aware of that?
15  09:15:52  14        A.   I don't recall.
16  09:15:55  15        Q.   Who told you?
17  09:16:03  16        A.   I recall -- I recall in 2008 that my firm,
18  09:16:06  17   the public relations firm, discontinued work with
19  09:16:09  18   ███████ as they dealt with a regulatory matter, but
20  09:16:12  19   I don't recall from there how I learned of the
21  09:16:15  20   specific circumstances you mentioned.
22  09:16:19  21        Q.   What was that firm that you worked for?
23  09:16:21  22        A.   ████████
24  09:16:26  23        Q.   So it's fair to say that you learned that
25  09:16:28  24   ███████ had regulatory issues from someone at ████████
26  09:16:30  25   ██████
```

16

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 09:16:31 | 1 | | MR. CERESNEY:  Objection.  Form. |
| 09:16:34 | 2 | | THE WITNESS:  I -- I learned -- that's |
| 09:16:39 | 3 | fair to say. | |
| 09:16:40 | 4 | BY MR. SYLVESTER: | |
| 09:16:40 | 5 | Q. | Did you interact with Mr. Larsen at all |
| 09:16:43 | 6 | when you were at ▮▮▮▮▮▮? | |
| 09:16:45 | 7 | A. | Yes. |
| 09:16:45 | 8 | Q. | What were the nature of those |
| 09:16:47 | 9 | interactions? | |
| 09:16:47 | 10 | A. | I would prepare him for media interviews |
| 09:16:51 | 11 | and staff those media interviews. | |
| 09:16:55 | 12 | | THE REPORTER:  And staff? |
| 09:16:55 | 13 | | THE WITNESS:  Those media interviews. |
| 09:16:55 | 14 | BY MR. SYLVESTER: | |
| 09:16:57 | 15 | Q. | For approximately how long was ▮▮▮▮▮ a |
| 09:16:59 | 16 | client of your former PR firm? | |
| 09:17:02 | 17 | A. | I don't recall. |
| 09:17:03 | 18 | Q. | A matter of weeks?  Months?  Years? |
| 09:17:07 | 19 | A. | Months. |
| 09:17:10 | 20 | Q. | Have you ever discussed the SEC's charges |
| 09:17:11 | 21 | against ▮▮▮▮▮ with Mr. Larsen? | |
| 09:17:15 | 22 | A. | No.  Not to my -- not that I recall. |
| 09:17:19 | 23 | Q. | Do you know how the SEC's charges against |
| 09:17:21 | 24 | ▮▮▮▮▮ were resolved? | |
| 09:17:22 | 25 | A. | I don't. |

CONFIDENTIAL

| | | |
|---|---|---|
| 09:17:25 | 1 | Q. Did you develop any understanding in |
| 09:17:27 | 2 | connection with the ▮▮▮▮ case of any legal issues |
| 09:17:29 | 3 | involved with unregistered offer of sales of |
| 09:17:33 | 4 | securities? |
| 09:17:33 | 5 | MR. CERESNEY: Objection. Form. |
| 09:17:34 | 6 | THE WITNESS: I -- I don't recall. |
| 09:17:39 | 7 | MS. DEARBORN: Counsel, if I might just |
| 09:17:42 | 8 | interrupt for a moment. I think Mr. Ceresney |
| 09:17:43 | 9 | already said this before we were on the record, but |
| 09:17:45 | 10 | just to memorialize our agreement on the record, |
| 09:17:48 | 11 | when Mr. Ceresney objects, we are deeming that to be |
| 09:17:51 | 12 | an objection by all parties so all parties are |
| 09:17:54 | 13 | joining the objection. |
| 09:17:54 | 14 | MR. SYLVESTER: Yes. Agreed. |
| 09:17:56 | 15 | MS. DEARBORN: Just to say that for the |
| 09:17:56 | 16 | record. Thank you. |
| 09:17:58 | 17 | BY MR. SYLVESTER: |
| 09:17:58 | 18 | Q. When did you start at Ripple? |
| 09:18:01 | 19 | A. 2013. |
| 09:18:02 | 20 | Q. How did you get the job? |
| 09:18:04 | 21 | A. I had a meeting and interview with |
| 09:18:07 | 22 | Mr. Larsen and then with a couple of other |
| 09:18:10 | 23 | employees. |
| 09:18:12 | 24 | Q. How did you hear about the job? |
| 09:18:15 | 25 | A. Through Mr. Larsen. |

| | | | CONFIDENTIAL |
|---|---|---|---|
| 09:18:17 | 1 | Q. | Did Mr. Larsen recruit you? |
| 09:18:20 | 2 | A. | Yes. |
| 09:18:21 | 3 | Q. | What's your current job title? |
| 09:18:23 | 4 | A. | General manager of RippleX. |
| 09:18:26 | 5 | Q. | And to whom do you report? |
| 09:18:31 | 6 | A. | Brad Garlinghouse. |
| 09:18:31 | 7 | Q. | You mentioned earlier that you had other |

09:18:33 8 roles at Ripple. If you could just describe your

09:18:36 9 role at Ripple, your title, and the time period that

09:18:39 10 you had it, generally.

09:18:40 11     A.   Mh-hmm.  The various roles --

09:18:43 12     Q.   Chronological, please.

09:18:45 13     A.   I began as director of communications in

09:18:48 14 2013.  I was then promoted to VP of marketing.  I

09:18:54 15 don't specifically recall when that was.  From

09:18:58 16 there, I was promoted to SVP of marketing.  And,

09:19:05 17 again, I don't recall specifically when that was.

09:19:08 18 And then to general manager of RippleX in September

09:19:13 19 of 2020.

09:19:17 20     Q.   About how long did you hold the VP of

09:19:19 21 marketing role?

09:19:20 22     A.   A number of years.

09:19:22 23     Q.   About how long did you hold the SVP of

09:19:24 24 marketing role?

09:19:26 25     A.   A number of years.

CONFIDENTIAL

```
09:19:26   1        Q.   And why did your position change in
09:19:30   2   September of 2020?
09:19:31   3        A.   We had a reorganization.
09:19:38   4        Q.   Does someone else have your old job as SVP
09:19:42   5   of marketing?
09:19:43   6        A.   Someone has a job as VP of marketing.
09:19:45   7        Q.   I see.  Who is that?
09:19:47   8        A.   ████████████
09:19:48   9        Q.   Why did you move out of marketing, if you
09:19:50  10   did?
09:19:51  11        A.   I was looking for career growth
09:19:55  12   opportunity at the time that the reorganization was
09:19:58  13   taking place.  Brad also was looking for someone to
09:20:00  14   be the general manager of the RippleX business unit.
09:20:04  15        Q.   Do you have any marketing roles as part of
09:20:06  16   your GM jobs?
09:20:08  17        A.   Marketing is -- yes, in the scope of the
09:20:11  18   business unit I oversee.
09:20:17  19        Q.   Were you the director of communications
09:20:18  20   for the entire period that you were at Ripple, or
09:20:20  21   was that your first role and then you left that role
09:20:24  22   to go be the VP of marketing?
09:20:26  23        A.   It was my first role.  And then when I
09:20:28  24   became VP of marketing, the scope was broader.
09:20:31  25   Communications was still a part of my agreement.
```

```
 1                              CONFIDENTIAL
 2   09:20:36   1        Q.    Just focusing on the time you were
 3   09:20:37   2   director of communications, what were your job
 4   09:20:39   3   duties?
 5   09:20:40   4        A.    I was responsible for both internal and
 6   09:20:44   5   external communications for Ripple, employee
 7   09:20:48   6   communications, media relations, et cetera.
 8   09:20:52   7        Q.    And how about when you were promoted to VP
 9   09:20:54   8   of marketing; what were your job duties then?
10   09:20:57   9        A.    Responsible for the communications,
11   09:21:01   10  responsibilities I just mentioned, in addition to
12   09:21:07   11  developing the Ripple brand and positioning, product
13   09:21:11   12  marketing, audience marketing, so building our --
14   09:21:17   13  our lead pipeline for sales, design.
15   09:21:25   14       Q.    Can you tell me what you mean by
16   09:21:26   15  "developing the Ripple brand and positioning"?
17   09:21:30   16       A.    Creating the -- the brand positioning for
18   09:21:34   17  Ripple means, you know, what is it known for.  And
19   09:21:39   18  and -- and to create the awareness in the
20   09:21:42   19  marketplace for -- for what Ripple is known for.
21   09:21:50   20       Q.    And how about when you moved to SVP of
22   09:21:52   21  marketing; what were your duties then?
23   09:21:56   22       A.    Similar in scope to VP of marketing.
24   09:22:04   23       Q.    Did you have any additional job duties
25   09:22:06   24  with the title change?
26   09:22:08   25       A.    Not with -- not with the scope, but in
```

21

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 2 | 09:22:10 | 1 | terms of just overall expectations and |

terms of just overall expectations and

responsibility, you know, the bar was raised.

Q.   Were you in charge of the marketing

department as the SVP?

A.   Yes.

Q.   How big was that department?

A.   I don't recall at the time.  I would say a

couple dozen folks.

Q.   Okay.  So around 24.

Did that job change over the time, or is

it about the same today?

A.   It grew some.

Q.   Has it grown from the time that you were

SVP to today?

A.   I'm not sure.

Q.   Okay.  How about from when you started to

the time you were named SVP?

A.   Yes, it grew.

Q.   When you started, how many people were in

the marketing department?

MR. CERESNEY:  When you -- just "when you

started" meaning when she started as VP of marketing

or SVP of market?

MR. SYLVESTER:  Thank you.  I meant

Ripple.

```
 1                              CONFIDENTIAL
 2   09:23:06   1       Q.   When you started at Ripple, how many
 3   09:23:07   2   people were in the marketing department?
 4   09:23:09   3       A.   No one.
 5   09:23:09   4       Q.   So between the time you started at Ripple
 6   09:23:11   5   to the time you were named SVP, it went from zero to
 7   09:23:14   6   24?
 8   09:23:14   7       A.   About that.
 9   09:23:18   8       Q.   The vast majority of my questions today
10   09:23:21   9   are going to focus on the time that you were
11   09:23:23  10   director of communications through SVP of marketing,
12   09:23:25  11   so when you started this new role -- sorry, strike
13   09:23:29  12   that.
14   09:23:30  13            The vast majority of my questions are
15   09:23:32  14   going to go from director of communications through
16   09:23:35  15   SVP of marketing.  So if I don't name a time frame,
17   09:23:39  16   that's what I'm talking about.  Although always ask
18   09:23:41  17   me a clarifying question if it doesn't make sense.
19   09:23:43  18   Okay?
20   09:23:44  19       A.   Okay.  Thanks.
21   09:23:45  20            MR. CERESNEY:  Can we just establish, just
22   09:23:46  21   so -- I want to make sure we're sure about time
23   09:23:48  22   frames.  When she started at Ripple till the point
24   09:23:50  23   she left being the senior vice president of
25   09:23:52  24   marketing?  Is that -- is that the question?  Is
26   09:23:53  25   that the time frame?
```

|    |          |    |                                                    |
|----|----------|----|----------------------------------------------------|
| 1  |          |    | CONFIDENTIAL                                       |
| 2  | 09:23:55 | 1  | MR. SYLVESTER:  It is.  I think that's the         |
| 3  | 09:23:55 | 2  | same -- I think it's same as what I asked, but maybe |
| 4  | 09:23:57 | 3  | it should ask.                                     |
| 5  | 09:23:58 | 4  | Q.    Did you do anything between being SVP of     |
| 6  | 09:24:01 | 5  | marketing and being GM of RippleX?                 |
| 7  | 09:24:05 | 6  | A.    No.                                          |
| 8  | 09:24:06 | 7  | BY MR. SYLVESTER:                                  |
| 9  | 09:24:06 | 8  | Q.    Okay.  So that's what --                     |
| 10 | 09:24:06 | 9  | MR. CERESNEY:  Okay.  So September 2020 is         |
| 11 | 09:24:07 | 10 | the endpoint?                                      |
| 12 | 09:24:08 | 11 | MR. SYLVESTER:  Yes.                               |
| 13 | 09:24:09 | 12 | MR. CERESNEY:  Okay.  Just wanted to make          |
| 14 | 09:24:10 | 13 | sure.                                              |
| 15 | 09:24:11 | 14 | MR. SYLVESTER:  Sure.  Sure.                       |
| 16 | 09:24:11 | 15 | Q.    And if I say "in your marketing roles,"      |
| 17 | 09:24:13 | 16 | can that include the communications role?  I'd like |
| 18 | 09:24:15 | 17 | to just include that whole time frame with some kind |
| 19 | 09:24:18 | 18 | shorthand.                                         |
| 20 | 09:24:18 | 19 | Does that work for you?                            |
| 21 | 09:24:20 | 20 | A.    Yes.                                         |
| 22 | 09:24:20 | 21 | Q.    Okay.  In your marketing roles, did you      |
| 23 | 09:24:21 | 22 | have to have an understanding about Ripple's       |
| 24 | 09:24:23 | 23 | business in order to perform your job duties?      |
| 25 | 09:24:25 | 24 | A.    Yes, I did.                                  |
| 26 | 09:24:27 | 25 | Q.    What about Ripple's business did you need    |

1                          CONFIDENTIAL

2   09:24:28  1  to know?

3   09:24:31  2     A.   Who -- who our customers were.  What

4   09:24:35  3  product we were offering.  What the key benefits of

5   09:24:38  4  that product were.  Basics -- you know, high level

6   09:24:43  5  of how the product worked.  Things like that.

7   09:24:51  6     Q.   And what were the products that you needed

8   09:24:52  7  to know about throughout that time period?

9   09:24:55  8         MR. CERESNEY:  And you're talking about

10  09:24:56  9  the seven-year span?

11  09:24:59 10        MR. SYLVESTER:  Yes, please.

12  09:24:59 11        MR. CERESNEY:  Okay.

13  09:25:03 12        THE WITNESS:  What about the products did

14  09:25:04 13  I need to know?

15  09:25:05 14  BY MR. SYLVESTER:

16  09:25:05 15     Q.   Well, let's just start with what were the

17  09:25:07 16  products that you were marketing.

18  09:25:09 17     A.   Sure.

19  09:25:09 18        So beginning in 2013, really the -- what

20  09:25:14 19  we were doing was an exploration of various use

21  09:25:18 20  cases for the XRP Ledger and XRP.  What we narrowed

22  09:25:23 21  in on was -- in terms of specifically Ripple's

23  09:25:27 22  focus, understanding there was, you know, developers

24  09:25:29 23  doing other things with XRP Ledger.

25  09:25:32 24        What we narrowed in on was applying this

26  09:25:37 25  technology to cross-border payments as the use case.

```
 1                          CONFIDENTIAL
 2   09:25:39   1   And so from there, we developed product offering
 3   09:25:43   2   from talking to banks and other financial
 4   09:25:45   3   institutions to understand what -- you know, what
 5   09:25:47   4   were their pain points with cross-border payments.
 6   09:25:50   5   We developed a product around that, and that's the
 7   09:25:52   6   product that I was really focused on marketing.
 8   09:25:55   7       Q.   What's the name of that product?
 9   09:25:57   8       A.   RippleNet.
10   09:25:59   9       Q.   What about xRapid?
11   09:26:00  10       A.   That was a different name for -- prior to
12   09:26:04  11   being called RippleNet, the software suite had
13   09:26:08  12   different packaging and branding to it.  xRapid
14   09:26:11  13   was a component of that software suite.
15   09:26:15  14       Q.   Other than those two interrelated products
16   09:26:18  15   we just talked about, were there other products that
17   09:26:20  16   you marketed for Ripple?
18   09:26:22  17       A.   Not that I recall.
19   09:26:26  18       Q.   Okay.
20   09:26:27  19            MR. CERESNEY:  He's asking about the whole
21   09:26:28  20   time period.
22   09:26:34  21            THE WITNESS:  Not that I recall.
23   09:26:35  22   BY MR. SYLVESTER:
24   09:26:35  23       Q.   To perform your job duties in your
25   09:26:41  24   marketing roles, did you have to have a sense of how
26   09:26:43  25   Ripple made money?
```

CONFIDENTIAL

1

2   09:26:44   1       A.   Yes.

3   09:26:46   2       Q.   And what was your sense during that time

4   09:26:48   3   period?  How did Ripple make money?

5   09:26:52   4       A.   The business model had a few components to

6   09:26:54   5   it.  One was through the software we were

7   09:26:58   6   developing.  We charged customers a subscription, as

8   09:27:02   7   well as an integration fee.  In addition, Ripple

9   09:27:09   8   owns deal -- a good deal of XRP and sells XRP.

10   09:27:14   9       Q.   So the -- I think we just talked about two

11   09:27:15   10   ways Ripple made money:  The software that you just

12   09:27:18   11   described and selling XRP; is that right?

13   09:27:21   12       A.   That's right.

14   09:27:21   13       Q.   Was there any way that Ripple made money

15   09:27:23   14   in your time -- in your -- during your marketing

16   09:27:24   15   roles?

17   09:27:25   16       A.   Not that I recall.

18   09:27:27   17       Q.   Did you have a sense, during that time

19   09:27:28   18   period, of how Ripple made most of its money?

20   09:27:34   19       A.   Can you -- can you please clarify what you

21   09:27:36   20   mean by that.

22   09:27:37   21       Q.   Sure.

23   09:27:38   22            Did you have a sense of how much of the

24   09:27:39   23   revenue that Ripple took in came from sales of XRP

25   09:27:44   24   versus sales of the software product?

26   09:27:46   25       A.   Ah.  Early days, as I understood, the

CONFIDENTIAL

09:27:52  1    company was -- we were funded by venture capital,

09:27:55  2    and we -- we sold XRP, as -- my understanding was it

09:28:01  3    was just to cover basically operational costs.

09:28:04  4            Later in time, my understanding was that

09:28:08  5    more revenue came from XRP than from the software

09:28:11  6    sales business.

09:28:14  7        Q.   When you say "early days," can you

09:28:16  8    ballpark that time period?

09:28:18  9        A.   I would say the 2013, 2014, 2015 time

09:28:24  10   line, to the best of my knowledge.

09:28:27  11       Q.   Okay.  And then later in time, is it fair

09:28:31  12   to say XRP sales constituted the majority of

09:28:34  13   Ripple's revenues?

09:28:35  14       A.   I don't know exactly.  I -- I believe so.

09:28:45  15       Q.   Did XRP sales always constitute the

09:28:47  16   majority of Ripple's revenues?

09:28:49  17       A.   Not to my knowledge.  Or I'm unsure, I

09:28:58  18   guess is a better answer.

09:29:02  19       Q.   So we've talked about a few things.

09:29:03  20   Ripple's product lines.  How Ripple made money.

09:29:06  21   Ripple's customers.

09:29:07  22            Why did you have to know those things to

09:29:10  23   perform your marketing roles?

09:29:11  24       A.   To develop -- you know, my job was to

09:29:18  25   build a pipeline for our sales team to be able to

```
 1                        CONFIDENTIAL
 2   09:29:22   1   close deals for -- for our products.  So I needed to
 3   09:29:27   2   understand, you know, what were those products,
 4   09:29:31   3   what's the value proposition to the customer, and be
 5   09:29:34   4   able to market that value proposition and reach the
 6   09:29:36   5   audience.  So build awareness for the brand, the
 7   09:29:40   6   company, and the product.
 8   09:29:42   7       Q.   When you say "reach the audience," is the
 9   09:29:44   8   goal of reaching the audience to get them to
10   09:29:46   9   purchase Ripple's products?
11   09:29:48  10       A.   Yes.
12   09:29:52  11       Q.   And to obtain this understanding of
13   09:29:56  12   Ripple's products, its revenues, its customers, how
14   09:29:59  13   did you figure that out?  From whom did you get that
15   09:30:01  14   information?
16   09:30:02  15       A.   I -- I would speak mainly to product
17   09:30:06  16   managers and engineers, and -- I mean, on the market
18   09:30:12  17   side, to customers.  So to identify, you know, who
19   09:30:15  18   is the right customer segment to go after.  What are
20   09:30:22  19   their -- what are those customers' pain points, and
21   09:30:24  20   what value proposition, what messaging will
22   09:30:27  21   resonate.  So, you know, my team was customer facing
23   09:30:30  22   as well, alongside sales.
24   09:30:32  23            MR. CERESNEY:  Hold on a second.  We're
25   09:30:34  24   hearing an echo in the room.  I can speak.  One,
26   09:30:38  25   two, three.  One, two, three.
```

```
 1                         CONFIDENTIAL

 2   09:30:41  1           Do you hear the echo?

 3   09:30:50  2           PHONE PARTICIPANT:  Someone who isn't

 4   09:30:52  3   muted, Jason Butko, who just joined, can you please

 5   09:30:56  4   mute your line.

 6   09:31:04  5           MR. SYLVESTER:  Okay.  Try again.

 7   09:31:05  6           MR. CERESNEY:  Yeah.  Keep going.

 8   09:31:07  7   BY MR. SYLVESTER:

 9   09:31:07  8      Q.   Okay.  Did you ever obtain any of the

10   09:31:09  9   information that you needed to do your job from

11   09:31:13 10   Mr. Larsen?

12   09:31:14 11      A.   Yes.

13   09:31:15 12      Q.   On what topics would you speak with

14   09:31:17 13   Mr. Larsen?

15   09:31:18 14           MR. CERESNEY:  Can we get a time frame?

16   09:31:21 15   BY MR. SYLVESTER:

17   09:31:22 16      Q.   Let's start at 2013.

18   09:31:24 17      A.   All kinds of things.  I mean, I reported

19   09:31:26 18   to Mr. Larsen, so I would talk to him frequently

20   09:31:30 19   about lots of -- lots of different topics about the

21   09:31:33 20   business.

22   09:31:34 21      Q.   What was the time frame that you reported

23   09:31:35 22   to Mr. Larsen?

24   09:31:37 23      A.   2013 until -- I'm unsure.  There was a

25   09:31:43 24   time when -- when Mr. Garlinghouse joined that I

26   09:31:48 25   began reporting to him, but I can't remember exactly
```

```
 1                              CONFIDENTIAL
 2    09:31:50   1    when that was.
 3    09:31:51   2         Q.   Did you report to Mr. Larsen throughout
 4    09:31:53   3    the time he was CEO?
 5    09:31:55   4         A.   To my recollection.
 6    09:31:56   5         Q.   And then after that, you reported to
 7    09:31:59   6    Mr. Garlinghouse?
 8    09:31:59   7         A.   Yes.
 9    09:32:01   8         Q.   Other than Mr. Larsen and
10    09:32:02   9    Mr. Garlinghouse, have you reported to anyone else
11    09:32:04  10    at Ripple?
12    09:32:05  11         A.   No.
13    09:32:05  12         Q.   So starting with the earlier time frame,
14    09:32:10  13    what kind of information was it that Mr. Larsen
15    09:32:12  14    conveyed to you about -- let's say -- let's start
16    09:32:15  15    with how Ripple made money.
17    09:32:16  16              MR. CERESNEY:  Objection.  Form.
18    09:32:19  17              MR. SOLOMON:  I'm sorry.  I'm having
19    09:32:20  18    trouble, Mark, hearing everything what you're
20    09:32:22  19    saying.  I'm sorry.  Would you mind slowing down
21    09:32:24  20    just a bit.  I don't want to have to interrupt
22    09:32:27  21    again.  Sorry.  I just want to make sure I hear it
23    09:32:30  22    and see it.
24    09:32:30  23              THE REPORTER:  Thank you.
25    09:32:32  24              THE WITNESS:  Sorry.  I'll slow down.
26    09:32:34  25              MR. SYLVESTER:  We both do.
```

```
1                          CONFIDENTIAL
2    09:32:37   1            MR. CERESNEY:  Well, she's speaking
3    09:32:38   2    slower.  You're speaking faster, so there's a
4    09:32:40   3    dynamic developing.
5    09:32:42   4            MR. SYLVESTER:  It's a competition.
6    09:32:43   5            THE WITNESS:  Okay.  I'm sorry.  Can you
7    09:32:44   6    repeat the question, please?
8    09:32:46   7    BY MR. SYLVESTER:
9    09:32:47   8        Q.   Sure.
10   09:32:47   9            What information did you get from
11   09:32:49   10   Mr. Larsen when you first joined Ripple in the early
12   09:32:51   11   years?
13   09:32:52   12       A.   In the early years.  He would explain the
14   09:32:57   13   business.  You know, he would explain the potential
15   09:33:02   14   for -- potential applications and use cases for
16   09:33:05   15   XRP Ledger.  You know, different -- related to
17   09:33:12   16   different use cases, different partner
18   09:33:14   17   conversation -- prospective partner conversations he
19   09:33:18   18   would have.  Things like that.
20   09:33:21   19       Q.   Did he direct your marketing efforts?
21   09:33:24   20            MR. CERESNEY:  Objection.  Form.
22   09:33:28   21            THE WITNESS:  As -- as my boss and the
23   09:33:30   22   CEO, you know, ultimately he was the decision-maker.
24   09:33:38   23   But I was -- I was empowered to, you know, own my
25   09:33:41   24   program and drive it.
26              25   / /
```

```
 1                          CONFIDENTIAL

 2   09:33:42   1   BY MR. SYLVESTER:

 3   09:33:42   2        Q.   Did he convey to you on what areas he

 4   09:33:44   3   wanted your marketing efforts to focus?

 5   09:33:50   4        A.   As -- as my boss, he would, you know --

 6   09:33:56   5   I'd meet with him regularly, and he'd provide

 7   09:33:59   6   general feedback on, you know, what I was working

 8   09:34:02   7   on.  I can't recall specifically what he was

 9   09:34:07   8   directing.

10   09:34:14   9        Q.   Did you have to reach agreement with

11   09:34:16   10  Mr. Larsen during that time period about what your

12   09:34:19   11  strategy was with respect to marketing?

13   09:34:20   12            MR. CERESNEY:  Objection.  Form.

14   09:34:27   13            THE WITNESS:  Yes.  When I would develop a

15   09:34:30   14  strategy, I would review it with him, seek his

16   09:34:33   15  feedback and approval.

17   09:34:39   16  BY MR. SYLVESTER:

18   09:34:39   17       Q.   Is the same thing true of the time in

19   09:34:43   18  which you reported to Mr. Garlinghouse?

20   09:34:45   19       A.   Yes.

21   09:34:47   20       Q.   Okay.  What else did you do other than

22   09:34:56   21  communicate with other folks at Ripple?  What else

23   09:34:58   22  did you do to sort of keep informed about Ripple's

24   09:35:01   23  business?

25   09:35:01   24            MR. CERESNEY:  Objection to form.

26              25  / /
```

```
 1                          CONFIDENTIAL
 2   09:35:03   1   BY MR. SYLVESTER:
 3   09:35:03   2       Q.   If any.
 4   09:35:05   3            MR. CERESNEY:  Not sure she said that was
 5   09:35:07   4   the only way.
 6   09:35:07   5            But keep going.  You can answer.
 7   09:35:14   6            THE WITNESS:  I mean, yeah.  Primarily,
 8   09:35:15   7   I -- so who did I spoke to in order to develop the
 9   09:35:19   8   marketing strategy?  Was that the question?
10   09:35:21   9   BY MR. SYLVESTER:
11   09:35:21  10       Q.   Well, let's start with did you read
12   09:35:23  11   anything and, if so, what did you read?
13   09:35:25  12       A.   I would read press.
14   09:35:29  13       Q.   When you say "press," what kinds of press?
15   09:35:32  14       A.   Articles about the industry, blog posts,
16   09:35:38  15   newspaper articles.
17   09:35:45  16       Q.   Okay.  What else did you do to stay
18   09:35:47  17   informed about Ripple's business, if anything?
19   09:35:56  18       A.   I can't recall other activities.
20   09:35:58  19       Q.   Was part of your marketing duties public
21   09:36:00  20   messaging regarding possible use cases for XRP?
22   09:36:04  21       A.   Yes.
23   09:36:05  22       Q.   And what were those?
24   09:36:08  23            MR. CERESNEY:  And a time frame?
25   09:36:09  24   BY MR. SYLVESTER:
26   09:36:10  25       Q.   Yeah.  Let's start at the beginning, and
```

1           CONFIDENTIAL

09:36:11 1 if it changed over time, let me know how it evolved

09:36:16 2 over time, please.

09:36:17 3   A. The main use case I recall from when I

09:36:20 4 started in 2013 was XRP for -- being used as a

09:36:24 5 currency for payments.  The XRP Ledger has a

09:36:27 6 decentralized exchange built into it, so a lot of

09:36:31 7 the developer activity was around creating gateways,

09:36:35 8 wallets, different payment solutions for people to

09:36:39 9 make use of that ledger and XRP as the currency.

09:36:43 10   Q. How does that differ, if at all, from the

09:36:45 11 software that you described earlier that I

09:36:48 12 understand Ripple sells today?

09:36:51 13   A. The RippleNet software that we offer to

09:36:53 14 financial institutions is enterprise grade.  In

09:36:58 15 developing it, we addressed some feedback from

09:37:00 16 financial institutions that they had about using

09:37:04 17 XRP Ledger directly, where they sought more of a

09:37:09 18 proprietary custom software solution for their banks

09:37:14 19 so that they wouldn't be using a public blockchain

09:37:17 20 directly.

09:37:18 21     And that was very early.  That was 2014 we

09:37:21 22 were getting that feedback.  We developed the

09:37:23 23 original version in, I think, 2015.

09:37:27 24   Q. And what you're describing is a product

09:37:28 25 that Ripple actually sold, not just developed?

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 09:37:31 | 1 | A. | That's right. |

09:37:33   2        Q.   Do you have a sense of what the revenues

09:37:35   3   were for those sales?

09:37:37   4        A.   I don't.

09:37:38   5        Q.   Do you have a sense of what the revenues

09:37:39   6   were of those sales in proportion to how much Ripple

09:37:42   7   was making from XRP sales?

09:37:45   8        A.   I don't.

09:37:50   9        Q.   Were there other use cases for XRP that

09:37:52  10   you marketed at Ripple that we haven't discussed

09:37:55  11   yet?

09:37:56  12            MR. CERESNEY:  Again, time frame.  Are we

09:37:58  13   talking throughout?

09:37:59  14            MR. SYLVESTER:  Yes.

09:37:59  15            MR. CERESNEY:  You want her to --

09:38:00  16   BY MR. SYLVESTER:

09:38:00  17        Q.   We started at the beginning.  I just

09:38:01  18   didn't know if it did change over time.  We just

09:38:04  19   talked about one thing, and earlier we talked about

09:38:06  20   the software.  And so that's two things, plus

09:38:08  21   selling XRP.

09:38:10  22            So are there other use cases we're

09:38:13  23   missing?

09:38:15  24        A.   There was -- there was a variety of

09:38:16  25   different use cases.  For example, I remember a

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 09:38:22 | 1 | developer, ▮▮▮▮▮ So he created a solution for |
| 09:38:26 | 2 | Mexican immigrants to pay utility bills for their |
| 09:38:32 | 3 | family members back home. |
| 09:38:34 | 4 | I recall a developer, I think in the |
| 09:38:36 | 5 | Netherlands, helped a jeweler integrate with |
| 09:38:42 | 6 | XRP Ledger to accept customer's payments |
| 09:38:46 | 7 | internationally over XRP Ledger. |
| 09:38:48 | 8 | I also recall different tokenization use |
| 09:38:52 | 9 | cases. So, for example, ▮▮▮▮▮▮▮▮ |
| 09:38:54 | 10 | developed a gold token that they issued on |
| 09:38:57 | 11 | XRP Ledger. |
| 09:38:58 | 12 | Q. And those three products that you just |
| 09:39:00 | 13 | mentioned, were those products that Ripple marketed? |
| 09:39:02 | 14 | A. Oh, no. Apologies. I must have |
| 09:39:05 | 15 | misunderstood. I was just naming other use cases |
| 09:39:08 | 16 | related to XRP Ledger that I recall. |
| 09:39:11 | 17 | Q. But Ripple didn't promote those; is that |
| 09:39:13 | 18 | right? |
| 09:39:14 | 19 | MR. CERESNEY: Objection. Form. |
| 09:39:16 | 20 | THE WITNESS: I wouldn't say "promote." |
| 09:39:20 | 21 | Ripple has always been a member of the XRP developer |
| 09:39:23 | 22 | community, and so we've shown -- we've supported |
| 09:39:27 | 23 | other developers in so much as saying, Hey, this is |
| 09:39:30 | 24 | a cool use case. Look at it. |
| | 25 | / / |

```
 1                              CONFIDENTIAL
 2   09:39:34   1   BY MR. SYLVESTER:
 3   09:39:34   2       Q.   Did Ripple market those three use cases?
 4   09:39:39   3       A.   I wouldn't say that we marketed them, no.
 5   09:39:45   4       Q.   Did Ripple sell any XRP to the -- in
 6   09:39:49   5   connection with the three use cases that we just
 7   09:39:51   6   mentioned?
 8   09:39:52   7       A.   No, not that I recall.
 9   09:39:56   8       Q.   Did Ripple's messaging regarding the use
10   09:39:58   9   cases for XRP change over time?
11   09:40:02   10      A.   Regarding the use cases for XRP?  I can't
12   09:40:09   11  recall specifically what the messaging was in the
13   09:40:14   12  early days.  What I generally recall is that we've
14   09:40:17   13  consistently talked about XRP as an efficient bridge
15   09:40:22   14  currency for settlement.
16   09:40:26   15      Q.   And was there a specific focus on how it
17   09:40:29   16  could be used as a bridge currency for settlement in
18   09:40:34   17  one time period versus another time period?
19   09:40:37   18      A.   Not that I recall.
20   09:40:40   19      Q.   To carry out your marketing
21   09:40:42   20  responsibilities at Ripple, did you have to monitor
22   09:40:45   21  public sentiment about Ripple?
23   09:40:47   22      A.   Yes.
24   09:40:47   23      Q.   How did you do that?
25   09:40:49   24      A.   I would use different contract -- either
26   09:40:56   25  agencies or employed different tools to monitor
```

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 2 | 09:41:03 | 1 | sentiment. |
| 3 | 09:41:04 | 2 | Q.  What agencies monitored sentiment for |
| 4 | 09:41:07 | 3 | Ripple? |
| 5 | 09:41:08 | 4 | A.  We've worked with a number of agencies |
| 6 | 09:41:10 | 5 | over the years.  I don't recall all of them. |
| 7 | 09:41:12 | 6 | Q.  Which do you recall? |
| 8 | 09:41:14 | 7 | A.  More recently, we have worked with |
| 9 | 09:41:17 | 8 | |
| 10 | 09:41:19 | 9 | Q.  How about |
| 11 | 09:41:21 | 10 | A.  Yes.  We worked with |
| 12 | 09:41:23 | 11 | Q.  Were both of those agencies commissioned |
| 13 | 09:41:27 | 12 | by Ripple to monitor public sentiment about Ripple? |
| 14 | 09:41:31 | 13 | A.       was -- was retained as an agency, a |
| 15 | 09:41:35 | 14 | public relations agency, so they were full service. |
| 16 | 09:41:37 | 15 | They monitored news coverage and sentiment, but also |
| 17 | 09:41:43 | 16 | conducted media relations. |
| 18 | 09:41:51 | 17 | Q.  Are there any other PR agencies you can |
| 19 | 09:41:54 | 18 | recall working with at Ripple? |
| 20 | 09:41:55 | 19 | A.  Yes. |
| 21 | 09:41:55 | 20 | Q.  Which are those? |
| 22 | 09:41:59 | 21 | A.  I recall working with |
| 23 | 09:42:01 | 22 |            in the UK. |
| 24 | 09:42:21 | 23 | Q.  Any others? |
| 25 | 09:42:25 | 24 | A.  I don't recall the others. |
| 26 | 09:42:26 | 25 | Q.  The four that you just mentioned, they did |

1          CONFIDENTIAL

09:42:28  1   not have a role in monitoring public sentiment for

09:42:31  2   Ripple?

09:42:32  3        A.    They did as well.

09:42:39  4        Q.    Were any of those PR firms retained at the

09:42:41  5   same time by Ripple, or were they all engaged

09:42:44  6   seriatim?

09:42:45  7        A.    In some cases, they were retained at the

09:42:48  8   same time.

09:42:48  9        Q.    Which were the overlapping PR agencies?

09:42:51  10       A.    I don't recall.

09:42:53  11       Q.    In what circumstances would Ripple have

09:42:55  12   more than one PR agency working for them?

09:42:58  13       A.    To cover different geographies.

09:43:02  14       Q.    Just to be clear, you mean geographies,

09:43:04  15   like countries in the world?

09:43:06  16       A.    Correct, yes.

09:43:09  17       Q.    To carry out your PR -- or your marketing

09:43:12  18   responsibilities at Ripple, did you have to monitor

09:43:14  19   public sentiment specifically about XRP?

09:43:19  20       A.    We -- yes.  I monitored sentiment around

09:43:27  21   XRP in addition to Ripple, RippleNet.

09:43:32  22       Q.    And how did you go about monitoring public

09:43:35  23   sentiment about XRP?

09:43:38  24       A.    Reviewed press articles written about it

09:43:40  25   and social media conversations related to it.

1                          CONFIDENTIAL

2    09:43:45  1         Q.   How did you review social media

3    09:43:47  2    conversations?

4    09:43:50  3         A.   I would assign to someone on my team to --

5    09:43:54  4    to monitor social media platforms, like Twitter.

6    09:44:01  5         Q.   How did they go about doing that?

7    09:44:03  6         A.   I -- I don't know specifically.

8    09:44:07  7         Q.   You're not sure what method they used to

9    09:44:10  8    monitor social media?

10   09:44:12  9         A.   I don't know specifically.

11   09:44:12  10        Q.   Do you know generally?

12   09:44:15  11        A.   My understanding is they would, you know,

13   09:44:17  12   run a search on XRP and just review, like, what was

14   09:44:21  13   there.  And work with the other agencies or tools

15   09:44:25  14   that we had.

16   09:44:28  15        Q.   Tools that you would use to search a

17   09:44:30  16   social media site?

18   09:44:32  17        A.   Um-hmm.

19   09:44:32  18        Q.   Are you familiar with any of those tools?

20   09:44:33  19        A.   Yes.

21   09:44:34  20        Q.   Do you know which tools your team used?

22   09:44:37  21        A.   Yes.

23   09:44:37  22        Q.   What tools are those?

24   09:44:39  23        A.   One is called

25   09:44:41  24        Q.   What does          do?

26   09:44:43  25        A.   Monitors social media conversations about

```
 1                              CONFIDENTIAL
 2    09:44:45    1    different topics.
 3    09:44:47    2         Q.   Does it do that by essentially running
 4    09:44:49    3    search terms?
 5    09:44:50    4         A.   I -- yes.
 6    09:44:52    5         Q.   And then a member of your team would
 7    09:44:54    6    review the results of that search that's conducted
 8    09:44:57    7    by that software?
 9    09:44:59    8         A.   Correct.  Yes.
10    09:45:00    9         Q.   And what social media did your team
11    09:45:02   10    monitor using Meltwater or any other way?
12    09:45:08   11         A.   I -- I recall Twitter.  I believe Facebook
13    09:45:13   12    and LinkedIn.
14    09:45:18   13         Q.   Anything else?
15    09:45:20   14         A.   Not to my recollection.
16    09:45:22   15         Q.   How about Reddit?
17    09:45:24   16         A.   I'm unsure.
18    09:45:31   17         Q.   Okay.  As part of your marketing duties,
19    09:45:35   18    did you have to keep up to speed with what sort of
20    09:45:38   19    information the public would want to know about
21    09:45:41   20    Ripple?
22    09:45:44   21         A.   Can you please clarify?
23    09:45:48   22         Q.   Did you have to determine -- one of the
24    09:45:51   23    things you said earlier -- strike that.
25    09:45:53   24              One of the things you said earlier was
26    09:45:55   25    that you tried to convey your message to an
```

```
1                              CONFIDENTIAL
2    09:45:59   1   audience; is that fair?
3    09:46:01   2        A.   Mh-hmm, yes.
4    09:46:01   3        Q.   So did you have to determine what the
5    09:46:03   4   audience would be inclined to hear?
6    09:46:05   5             MR. CERESNEY:  Objection.  Form.
7    09:46:09   6             THE WITNESS:  We would -- the main goal
8    09:46:13   7   was to understand what the problems our customers
9    09:46:18   8   were facing and how our products could address those
10   09:46:23   9   problems.  And so the -- the messaging that we would
11   09:46:26  10   put out really was about just that.
12   09:46:29  11   BY MR. SYLVESTER:
13   09:46:29  12        Q.   What did people want?
14   09:46:32  13        A.   When -- when you say "people," I'm just
15   09:46:34  14   unsure who --
16   09:46:36  15             MR. CERESNEY:  Is that a question?
17   09:46:36  16             MR. SYLVESTER:  Sorry.  I meant to
18   09:46:38  17   restate, yeah.
19   09:46:38  18        Q.   Are you testifying that essentially you
20   09:46:40  19   had to know what people wanted to understand what
21   09:46:42  20   kind of products to offer them?
22   09:46:43  21        A.   Specifically, our customers, the financial
23   09:46:46  22   institutions, yes.
24   09:46:47  23        Q.   Any other customers?
25   09:46:51  24        A.   No.  No.  Those were our customers, yeah.
26   09:46:56  25        Q.   Is it your testimony that you only crafted
```

```
1                          CONFIDENTIAL
2   09:47:02   1   your marketing messages to financial institutions?
3   09:47:07   2           MR. CERESNEY:  Objection.  Form.
4   09:47:09   3           THE WITNESS:  There were other audiences
5   09:47:13   4   that -- you know, that would inform or influence our
6   09:47:21   5   customer.  So, for example, global regulators, from
7   09:47:29   6   the very early days starting, I believe, in 2014, we
8   09:47:32   7   were proactive, seeking to educate a global
9   09:47:39   8   regulatory audience on blockchain technology and
10  09:47:42   9   constructive uses for things like cross-border
11  09:47:44   10  payments.
12  09:47:45   11  BY MR. SYLVESTER:
13  09:47:45   12      Q.   How about parties that might purchase XRP;
14  09:47:48   13  did you target any of your marketing messages to
15  09:47:51   14  those individuals?
16  09:47:54   15      A.   I don't recall targeting parties that
17  09:47:58   16  would purchase XRP specifically.  That was not a key
18  09:48:02   17  focus for us.
19  09:48:05   18      Q.   Can you tell me more about what you mean,
20  09:48:07   19  it was not a key focus?
21  09:48:09   20      A.   Our key focus was on reaching and
22  09:48:12   21  marketing to financial institutions.
23  09:48:15   22      Q.   Were there any other -- other than
24  09:48:17   23  financial institution and regulators, were there any
25  09:48:20   24  other sort of key audiences for your marketing
26  09:48:23   25  messages at Ripple?
```

```
 1                              CONFIDENTIAL
 2  09:48:27   1        A.   Developers.  We would seek to educate
 3  09:48:33   2   developers about XRP Ledger as a viable blockchain
 4  09:48:40   3   for them to build on and to support their --
 5  09:48:43   4   their -- their building and creating use cases on
 6  09:48:47   5   it.
 7  09:48:48   6        Q.   Any other audiences that you can think of
 8  09:48:51   7   that you targeted your marketing messages to while
 9  09:48:53   8   you were in marketing at Ripple?
10  09:49:01   9        A.   I don't recall other audiences that we
11  09:49:04  10   were targeting.
12  09:49:08  11        Q.   Did Ripple monitor something called
13  09:49:09  12   "XRP Chat"?
14  09:49:11  13        A.   Yes.
15  09:49:11  14        Q.   What's XRP Chat?
16  09:49:13  15        A.   XRP Chat is a forum.
17  09:49:16  16        Q.   An internet forum?
18  09:49:18  17        A.   An internet forum.
19  09:49:19  18        Q.   Who uses XRP Chat?
20  09:49:22  19             MR. CERESNEY:  Objection.
21  09:49:23  20   BY MR. SYLVESTER:
22  09:49:24  21        Q.   Go ahead.
23  09:49:25  22        A.   It's hard to tell.  A variety of different
24  09:49:30  23   parties in the XRP community, amongst which are
25  09:49:35  24   developers.
26  09:49:36  25        Q.   What's the XRP community?
```

1                              CONFIDENTIAL

2    09:49:39   1        A.    Various parties that are engaged with XRP

3    09:49:44   2    and the XRP Ledger.

4    09:50:00   3        Q.    You say "various parties."

5    09:50:03   4              Did you have an understanding of -- of

6    09:50:06   5    whether or not those parties were purchasers of

7    09:50:08   6    Ripple products?

8    09:50:12   7        A.    On XRP Chat specifically?

9    09:50:15   8        Q.    Mh-hmm.

10   09:50:17   9        A.    I don't believe that XRP Chat had

11   09:50:22   10   Ripple -- RippleNet customers there.  Not to my

12   09:50:24   11   knowledge.  Maybe.

13   09:50:26   12       Q.    Did XRP Chat -- strike that.

14   09:50:31   13             Were the people who used XRP Chat

15   09:50:33   14   purchasers of XRP?

16   09:50:36   15       A.    I'm not sure.

17   09:50:45   16       Q.    How would you find out?

18   09:50:47   17             MR. CERESNEY:  Objection.  Form.

19   09:50:51   18             THE WITNESS:  I'm not sure.  I'm not sure.

20   09:50:54   19   Possibly by reviewing the forum or seeking more

21   09:50:59   20   information about the folks there.

22   09:51:01   21             From what I recall, participants on that

23   09:51:05   22   forum were, you know, in some cases not -- in some

24   09:51:09   23   cases they were anonymous, so I don't know -- I

25   09:51:12   24   don't know how you'd find that out.

26              25   / /

1                              CONFIDENTIAL

2   09:51:14   1   BY MR. SYLVESTER:

3   09:51:14   2        Q.   Ripple monitored XRP Chat, correct?

4   09:51:17   3        A.   Yes.  A long time ago.

5   09:51:18   4        Q.   I see.

6   09:51:19   5             When did Ripple monitor XRP Chat?

7   09:51:21   6        A.   Early days, I would say.

8   09:51:25   7        Q.   Is "early days" a number of weeks?

9   09:51:27   8   Months?  Years?

10  09:51:30   9        A.   I recall maybe around the 2014 time frame.

11  09:51:34   10       Q.   Does XRP Chat still exist now?

12  09:51:37   11       A.   I believe so.  I'm not sure.

13  09:51:38   12       Q.   Why did Ripple stop monitoring it?

14  09:51:44   13       A.   We -- over time -- what I recall is over

15  09:51:47   14  time, as we honed the use case and the focus on

16  09:51:51   15  cross-border payments and financial institutions as

17  09:51:53   16  the customer, that was really where we were focused.

18  09:51:55   17  We weren't continuing down the path of supporting a

19  09:52:00   18  developer platform.

20  09:52:04   19            So there was a time -- early days, we were

21  09:52:07   20  proactively supporting the broader developer

22  09:52:10   21  community in different ways, so we'd participate in

23  09:52:13   22  forums like XRP Chat.  Then there was the time when

24  09:52:18   23  we were really just focused on financial

25  09:52:20   24  institutions and serving those customers.  And then

26  09:52:22   25  more recently, revisited supporting the developer

1                          CONFIDENTIAL

2    09:52:26  1    community.

3    09:52:28  2        Q.   So you think Ripple stopped monitored XRP

4    09:52:31  3    Chat in around 2014?

5    09:52:33  4              MR. CERESNEY:  Objection.  Form.

6    09:52:34  5              THE WITNESS:  I'm unsure of the exact

7    09:52:35  6    time.

8    09:52:36  7    BY MR. SYLVESTER:

9    09:52:36  8        Q.   Did you make the decision to stop

10   09:52:37  9    monitoring XRP Chat?

11   09:52:39  10       A.   I don't recall.

12   09:52:41  11       Q.   Who else could it have been?

13   09:52:43  12       A.   I -- I'm not sure.

14   09:52:46  13       Q.   Was that -- was monitoring XRP Chat sort

15   09:52:49  14   of in any other division or -- of responsibility at

16   09:52:53  15   Ripple besides marketing?

17   09:52:58  16       A.   As a responsibility, I would say, you

18   09:53:04  17   know, marketing was -- marketing carried

19   09:53:07  18   responsibility.  I would say various engineers also

20   09:53:11  19   participated.

21   09:53:13  20       Q.   Would engineers have made the decision to

22   09:53:16  21   stop monitoring XRP Chat?

23   09:53:19  22       A.   I don't believe so, no.

24   09:53:22  23       Q.   Do you have an understanding of whether or

25   09:53:24  24   not the financial regulators or other institutions

26   09:53:27  25   that you said was sometimes the audience of Ripple's

```
 1                          CONFIDENTIAL
 2   09:53:31   1   messages, did they participate in XRP Chat?
 3   09:53:33   2               MR. CERESNEY:  Objection.  Form.
 4   09:53:35   3               THE WITNESS:  I'm not aware.  I'm not
 5   09:53:37   4   sure.
 6   09:53:38   5   BY MR. SYLVESTER:
 7   09:53:38   6        Q.   You don't know one way or the other?
 8   09:53:39   7        A.   Right.
 9   09:53:43   8        Q.   Who was in charge of monitoring XRP Chat
10   09:53:46   9   when it was monitored?
11   09:53:50  10        A.   Ultimately the -- myself, the marketing
12   09:53:53  11   leader.  I was -- you know, with a team under me.  I
13   09:53:57  12   was not actively monitoring the different forums and
14   09:54:03  13   social media channels.  I trusted my team to decide
15   09:54:05  14   and prioritize which channels to monitor.
16   09:54:07  15        Q.   Did they report to you what they were
17   09:54:09  16   seeing?
18   09:54:10  17        A.   Yes.
19   09:54:10  18        Q.   So for the time period they were
20   09:54:12  19   monitoring XRP Chat, what sort of things did your
21   09:54:14  20   team see on XRP Chat?
22   09:54:16  21        A.   Oh, I don't recall.
23   09:54:22  22        Q.   As -- generally, as part of your marketing
24   09:54:24  23   duties, did you have to have an understanding of
25   09:54:26  24   what kind of information about XRP the public might
26   09:54:29  25   respond favorably to?
```

1                          CONFIDENTIAL

2   09:54:31  1           MR. CERESNEY:  Objection.  Form.

3   09:54:35  2           THE WITNESS:  Can you repeat the question?

4   09:54:36  3   BY MR. SYLVESTER:

5   09:54:36  4      Q.   Sure.

6   09:54:37  5           As part of your marketing duties, did you

7   09:54:39  6   have to have an understanding of generally what

8   09:54:42  7   information about XRP the public might respond

9   09:54:44  8   favorably to?

10  09:54:45  9           MR. CERESNEY:  And objection.  Form.

11  09:54:50 10           THE WITNESS:  I -- I sought to have an

12  09:54:52 11   understanding of whether the information about XRP

13  09:55:00 12   and XRP Ledger was accurate, because that would

14  09:55:04 13   ultimately impact our customer's decisions.

15  09:55:07 14   BY MR. SYLVESTER:

16  09:55:07 15      Q.   When you say "the information," do you

17  09:55:08 16   mean the information flowing from Ripple?

18  09:55:10 17      A.   Information -- no.  Information discussed

19  09:55:12 18   publicly.

20  09:55:14 19      Q.   And if -- if you determined that there was

21  09:55:16 20   information about XRP that was discussed publicly

22  09:55:19 21   that was not accurate, what, if anything, did you

23  09:55:21 22   do?

24  09:55:24 23           MR. CERESNEY:  Objection.  Form.

25  09:55:26 24           THE WITNESS:  We sought to -- from Ripple,

26  09:55:30 25   we sought to do our part to communicate accurate

```
 1                               CONFIDENTIAL
 2   09:55:34   1   information and educate -- educate the market on
 3   09:55:41   2   what was accurate information about XRP and XRP
 4   09:55:46   3   Ledger.
 5   09:55:47   4   BY MR. SYLVESTER:
 6   09:55:47   5        Q.   Was it important to Ripple that the market
 7   09:55:49   6   had an accurate understanding of XRP?
 8   09:55:55   7        A.   Important insomuch as it would affect
 9   09:55:59   8   adoption and use of our products, yes.
10   09:56:01   9        Q.   And what was your role in correcting what
11   09:56:06  10   Ripple perceived to be inaccurate information about
12   09:56:09  11   XRP in the market?
13   09:56:13  12        A.   The public would -- will discuss what they
14   09:56:15  13   choose to about all these technologies.  They're
15   09:56:19  14   open source.  They're decentralized.  Those
16   09:56:22  15   conversations will happen.
17   09:56:22  16             So our role -- and as a marketer, my role
18   09:56:25  17   was to contribute information about the technology,
19   09:56:31  18   how it worked, use cases, et cetera.
20   09:56:36  19        Q.   But specific to correcting inaccurate
21   09:56:38  20   information about XRP, what was your role?
22   09:56:45  21        A.   To -- to share what was accurate.
23   09:56:48  22        Q.   How did you go about doing that?
24   09:56:53  23        A.   Through -- through press.  Through social
25   09:56:54  24   media.
26   09:56:57  25        Q.   So let's start with one at a time.
```

[6/17/2021] Long, Monica Dep. Tr. 6.17.2021

```
 1                              CONFIDENTIAL
 2   09:56:59   1           Through press, how did you go about
 3   09:57:01   2   correcting information about XRP through the press?
 4   09:57:04   3        A.   We would -- you know, through
 5   09:57:08   4   relationships we had with reporters, we would
 6   09:57:10   5   conduct interviews or provide press releases to them
 7   09:57:14   6   to -- you know, in the context of primarily the
 8   09:57:20   7   RippleNet use case.  And where we would see stories
 9   09:57:25   8   run with incorrect information about our products,
10   09:57:30   9   we would follow up with the reporter to correct
11   09:57:32   10  that.
12   09:57:34   11       Q.   You said Ripple had relationships with
13   09:57:36   12  reporters?
14   09:57:36   13       A.   Yes.
15   09:57:37   14       Q.   Can you describe what that means?
16   09:57:38   15       A.   Typical of -- of any company or public
17   09:57:42   16  relations team, you identify which reporters will
18   09:57:49   17  cover your domain, your industry or your company,
19   09:57:55   18  and then you -- you reach out to them with ideas for
20   09:57:57   19  stories or you interact with them.  You liaise with
21   09:58:03   20  them.
22   09:58:05   21       Q.   And throughout your time in your marketing
23   09:58:09   22  roles, about how often did you or anyone on your
24   09:58:13   23  team have contact with a reporter?
25   09:58:15   24       A.   Frequently.
26   09:58:17   25       Q.   Does that mean daily?
```

CONFIDENTIAL

09:58:22  1    A.   Likely daily.  I'm unsure if that's

09:58:24  2  exactly accurate.

09:58:28  3    Q.   Fair to say generally on a daily basis?

09:58:30  4    A.   Yes.

09:58:32  5    Q.   How about social media?  How did your team

09:58:35  6  use social media to correct inaccuracies that the

09:58:41  7  public had about XRP?

09:58:42  8    A.   We would tweet -- well, pardon.

09:58:45  9         On a platform like Twitter, tweet.

09:58:47  10  Facebook post.  Linked -- you know, we would publish

09:58:51  11  posts on different social media platforms that

09:58:56  12  would, you know, convey the message about, for

09:59:03  13  example, new -- new offerings, like on-demand

09:59:09  14  liquidity from RippleNet or adoption or speed

09:59:13  15  benefits, stuff like that.

09:59:15  16    Q.   And how about specific to XRP?  You also

09:59:18  17  used social media to address questions about XRP?

09:59:21  18    A.   We would use social media -- we would

09:59:24  19  discuss XRP on social media, yes.

09:59:26  20    Q.   And is that solely from the official

09:59:29  21  Ripple account or from other accounts as well?

09:59:33  22    A.   The official Ripple account.  There are

09:59:37  23  subaccounts such as RippleX Dev is an account.  And

09:59:41  24  also executives at the company.

09:59:43  25    Q.   Which executives?

```
1                              CONFIDENTIAL
2    09:59:46  1         A.   A variety.  So, for example,
3    09:59:52  2    Bradley Garlinghouse, David Schwartz.
4    09:59:55  3         Q.   Anyone else?
5    09:59:56  4         A.   Myself.  Asheesh Birla.  Over the years,
6    10:00:03  5    you know, there's been executives who have come and
7    10:00:06  6    gone from the company, so some of them.
8    10:00:09  7         Q.   Any -- any other executives that are now
9    10:00:12  8    departed from Ripple that also had a hand in sort of
10   10:00:16  9    crafting their social media content?
11   10:00:18  10             MR. CERESNEY:  Objection.  Form.
12   10:00:22  11             THE WITNESS:  Um,
13   10:00:35  12   Miguel Vias, Breanne Madigan.  I'm sorry.  I'm sure
14   10:00:45  13   there's more I can't recall.
15   10:00:47  14   BY MR. SYLVESTER:
16   10:00:47  15        Q.   And how did your team -- strike that.
17   10:00:50  16             Did your team select which social media
18   10:00:54  17   account it would use to convey a certain piece of
19   10:00:57  18   information?
20   10:00:58  19        A.   In some cases, yes.
21   10:00:59  20        Q.   How did you make that determination?
22   10:01:02  21        A.   So, for example, if we were announce --
23   10:01:05  22   subject matter is the best way to put it.
24   10:01:09  23        Q.   Sort of -- which subject matters fell
25   10:01:12  24   within which social media account?
26   10:01:14  25        A.   Correct, yes.
```

54

1                              CONFIDENTIAL
2   10:01:15   1        Q.   Right.
3   10:01:15   2             So as an example, if you wanted to talk
4   10:01:19   3   about an XRP price rally, who would tweet about
5   10:01:24   4   that?
6   10:01:24   5             MR. CERESNEY:  Objection.  Form.
7   10:01:25   6             THE WITNESS:  That was -- that was not a
8   10:01:27   7   key focus for us.  That was not something we were
9   10:01:31   8   messaging about.
10  10:01:32   9   BY MR. SYLVESTER:
11  10:01:32   10       Q.   Did Ripple ever tweet about an XRP price
12  10:01:35   11  rally?
13  10:01:38   12       A.   Not specifically to my recollection.
14  10:01:40   13       Q.   Did any social media account of a Ripple
15  10:01:42   14  executive ever tweet about an XRP rally?
16  10:01:52   15       A.   It's possible.  It definitely was not our
17  10:01:55   16  key focus.
18  10:02:02   17       Q.   If anyone related to Ripple tweeted about
19  10:02:05   18  an XRP rally, would you have known about it?
20  10:02:07   19       A.   Not all the time.
21  10:02:09   20       Q.   Why is that?
22  10:02:12   21            MR. CERESNEY:  Let me just be clear.
23  10:02:13   22  Would she have known about it before the tweet, or
24  10:02:17   23  would she have known about it after the tweet?
25  10:02:18   24            MR. SYLVESTER:  I meant after.
26  10:02:20   25            THE WITNESS:  There was such a volume of

CONFIDENTIAL

| | | |
|---|---|---|
| 10:02:22 | 1 | activity within my department that I didn't know |
| 10:02:24 | 2 | every single tweet or message at all times, no. |
| 10:02:30 | 3 | BY MR. SYLVESTER: |
| 10:02:30 | 4 | Q.   In general, would you have known? |
| 10:02:40 | 5 | A.   I'm unsure -- well -- |
| 10:02:41 | 6 | Q.   Let me break it down. |
| 10:02:42 | 7 | In general, were you aware if -- say |
| 10:02:44 | 8 | Mr. Garlinghouse was tweeting about Ripple or XRP. |
| 10:02:46 | 9 | Would you have known about that? |
| 10:02:48 | 10 | A.   In general, yes.  With Mr. Garlinghouse, |
| 10:02:49 | 11 | yes. |
| 10:02:50 | 12 | Q.   How about Mr. Schwartz? |
| 10:02:51 | 13 | A.   No. |
| 10:02:52 | 14 | Q.   Is there any other individual on the list |
| 10:02:55 | 15 | of executives you just gave me that also falls into |
| 10:02:59 | 16 | the Mr. Schwartz category, where, in general, you |
| 10:03:02 | 17 | might not have known what they were tweeting? |
| 10:03:05 | 18 | A.   In general, most of them, because each |
| 10:03:07 | 19 | executive would have ownership and run their social |
| 10:03:09 | 20 | media account.  They wouldn't run everything by me. |
| 10:03:12 | 21 | But, for example, if we were announcing a |
| 10:03:13 | 22 | new customer, that's where I would engage with |
| 10:03:16 | 23 | who was our SVP of customer |
| 10:03:21 | 24 | success, to coordinate on the announcement of that |
| 10:03:24 | 25 | customer. |

1                           CONFIDENTIAL

2   10:03:24  1        Q.   Did Ripple executives ever run their

3   10:03:26  2   tweets by you before publication?

4   10:03:29  3        A.   Sometimes.

5   10:03:29  4        Q.   Did that usually happen or more like

6   10:03:31  5   50/50?

7   10:03:32  6             MR. CERESNEY:  Objection.  There's other

8   10:03:33  7   options too.

9   10:03:35  8             MR. SYLVESTER:  Fair objection.

10  10:03:35  9        Q.   But you can answer if you can.

11  10:03:40 10        A.   It really depended on the person.

12  10:03:45 11        Q.   Let's take Mr. Garlinghouse.

13  10:03:47 12             In the usual course, would he run the

14  10:03:50 13   content of tweets by your team before publication?

15  10:03:52 14        A.   I would say he would -- he would often.

16  10:03:55 15   Not always.

17  10:03:56 16        Q.   Does Mr. Larsen have a Twitter account?

18  10:04:00 17        A.   He does.

19  10:04:01 18        Q.   Did Mr. Larsen, in general, run proposed

20  10:04:05 19   tweets by the marketing team before tweeting?

21  10:04:07 20             MR. CERESNEY:  Objection.  Time frame?

22  10:04:09 21   You mean throughout?

23  10:04:11 22   BY MR. SYLVESTER:

24  10:04:12 23        Q.   Let's start with ever.

25  10:04:13 24        A.   He -- he had -- he has, or I've

26  10:04:18 25   coordinated -- my team has coordinated with him.

```
 1                          CONFIDENTIAL
 2   10:04:21   1   Definitely not always.  He runs his own account.
 3   10:04:24   2       Q.   And has his interactions with the
 4   10:04:26   3   marketing team with respect to his proposed tweets,
 5   10:04:29   4   has that changed over time?
 6   10:04:33   5       A.   Not -- not to my recollection.
 7   10:04:44   6       Q.   To your knowledge, was there any other
 8   10:04:45   7   corporate actor who was sort of undertaking the
 9   10:04:49   8   efforts that you described a little while back in
10   10:04:51   9   terms of correcting inaccuracies about XRP that
11   10:04:55  10   appeared in the press?
12   10:04:57  11            MR. CERESNEY:  Objection.  When you say
13   10:04:58  12   "corporate actor," do you mean other Ripple
14   10:05:02  13   employee?
15   10:05:02  14            MR. SYLVESTER:  No.  I mean any other
16   10:05:04  15   company other than Ripple.
17   10:05:05  16            MR. CERESNEY:  Okay.
18   10:05:08  17            THE WITNESS:  Well, yes.  Other members of
19   10:05:12  18   the community, other developers and such.  I
20   10:05:14  19   don't -- when we say "corporate," I don't know how
21   10:05:17  20   you qualify whether their businesses are corporate
22   10:05:21  21   or whether the individuals would be corporate.
23   10:05:24  22   BY MR. SYLVESTER:
24   10:05:24  23       Q.   Let's put it this way:  Are you aware of
25   10:05:26  24   any other company undertaking an effort to correct
26   10:05:31  25   information about XRP in the marketplace?
```

1                          CONFIDENTIAL

2    10:05:32  1          MR. CERESNEY:  Objection.  Form.

3    10:05:38  2          THE WITNESS:  For -- for example, the

4    10:05:40  3   XRP Ledger Foundation, that's not a company, but

5    10:05:42  4   it's an organization.

6    10:05:44  5   BY MR. SYLVESTER:

7    10:05:44  6          Q.   What is XRP Ledger Foundation?

8    10:05:48  7          A.   It's a nonprofit foundation to support the

9    10:05:51  8   development around XRP Ledger.

10   10:05:54  9          Q.   Any other company that's engaged in those

11   10:05:57  10  efforts?

12   10:06:06  11         A.   None -- none that come to the top of my

13   10:06:09  12  mind.  I would have to -- I would have to take a

14   10:06:11  13  look.  I can generally think of -- yes, there's --

15   10:06:17  14  there's others who've -- who've chimed in and --

16   10:06:19  15  chimed in on the discussion around XRP.

17   10:06:23  16         Q.   Individuals or another company?

18   10:06:24  17         A.   Other companies as well.  I, just off the

19   10:06:28  18  top of my head, don't have one to offer.

20   10:06:32  19         Q.   Okay.  It's fair to say that Ripple cared

21   10:06:35  20  about having accurate information about XRP in the

22   10:06:38  21  marketplace?

23   10:06:39  22         A.   Ripple cared about having accurate

24   10:06:44  23  information about XRP in the market to -- to support

25   10:06:50  24  the adoption and use of our -- our product around

26   10:06:56  25  RippleNet.

[6/17/2021] Long, Monica Dep. Tr. 6.17.2021

|   |   |   |   |
|---|---|---|---|

```
 1                              CONFIDENTIAL
 2   10:06:57  1        Q.    Did Ripple care about promoting adoption
 3   10:07:00  2   of XRP?
 4   10:07:01  3              MR. CERESNEY:  Objection.  Form.
 5   10:07:05  4              THE WITNESS:  Our -- our ultimate vision
 6   10:07:08  5   around inner net of value conveys this use for XRP
 7   10:07:13  6   as a global bridge currency.  And so we -- we
 8   10:07:19  7   certainly see -- we would -- we support and we -- we
 9   10:07:25  8   want to be supportive of other developers who are --
10   10:07:28  9   who share that vision and who are building toward
11   10:07:31 10   that vision.
12   10:07:33 11              And so, you know, as members of that more
13   10:07:38 12   general community, we've sought to -- to help
14   10:07:44 13   clarify misinformation around XRP.
15   10:07:48 14   BY MR. SYLVESTER:
16   10:07:48 15        Q.    Other than supporting developers, are
17   10:07:51 16   there any other efforts that your team undertook to
18   10:07:53 17   promote adoption of XRP?
19   10:08:00 18              MR. CERESNEY:  Objection.  Form.
20   10:08:04 19              THE WITNESS:  I -- I wouldn't say that we
21   10:08:07 20   promoted adoption of XRP.  When I hear "adoption," I
22   10:08:13 21   think about different use cases.
23   10:08:15 22              So, yes, we were definitely supportive of,
24   10:08:19 23   you know, other developers and individuals
25   10:08:23 24   addressing other use cases around XRP.
26            25   / /
```

                              CONFIDENTIAL

10:08:27   1   BY MR. SYLVESTER:

10:08:27   2       Q.   Okay.  In your marketing roles, were you

10:08:33   3   ever in charge of conducting market research?

10:08:36   4       A.   Yes.

10:08:37   5       Q.   And can you please describe what market

10:08:39   6   research was conducted on your watch.

10:08:43   7       A.   We -- primarily, product marketing.  So in

10:08:47   8   developing the -- in identifying which types of

10:08:53   9   financial institutions we would target with our

10:08:56  10   products, we did market research to create that

10:08:58  11   landscape of different segments and identify which

10:09:03  12   ones.  We would develop a competitive landscape for

10:09:07  13   other payments offerings, and that's how we would

10:09:10  14   develop the go-to-market strategy.

10:09:15  15       Q.   And how did you go about conducting the

10:09:17  16   market research?

10:09:19  17       A.   We would -- in some cases we just spoke

10:09:27  18   directly to customers or prospects.  That was -- I

10:09:29  19   mean, that was ongoing.  We would do that

10:09:31  20   throughout.

10:09:31  21            In some cases we contracted consultants or

10:09:38  22   to, you know, access research papers that were --

10:09:42  23   you know, you had to pay for.

10:09:44  24       Q.   Did you personally conduct any of the --

10:09:46  25   let's call it interviews that you just described?

1                                    CONFIDENTIAL

2    10:09:49  1        A.   Yeah.

3    10:09:50  2             MR. CERESNEY:  Objection.  Form.

4    10:09:52  3             THE WITNESS:  I've conducted customer

5    10:09:53  4    interviews over the years, yes.

6    10:09:55  5    BY MR. SYLVESTER:

7    10:09:55  6        Q.   For Ripple?

8    10:09:56  7        A.   Yes.

9    10:09:56  8        Q.   And which consultants did Ripple hire to

10   10:09:58  9    manage the market research capacity?

11   10:10:02  10       A.   I don't recall all of the names.

12   10:10:06  11       Q.   There were many over the years?

13   10:10:08  12       A.   Yeah.  Yes.

14   10:10:11  13       Q.   How about market research related to

15   10:10:14  14   purchase of XRP; did Ripple ever conduct any market

16   10:10:19  15   related to purchase of XRP?

17   10:10:21  16             MR. CERESNEY:  Objection.  Form.

18   10:10:22  17             THE WITNESS:  I -- I don't -- I don't

19   10:10:28  18   recall.  I don't recall.

20   10:10:35  19   BY MR. SYLVESTER:

21   10:10:35  20       Q.   Did you ever conduct any interviews with

22   10:10:38  21   market participants related to purchase of XRP?

23   10:10:40  22             MR. CERESNEY:  Objection.  Form.

24   10:10:44  23             THE WITNESS:  No, not related to purchase

25   10:10:46  24   of XRP that I recall.

26             25   / /

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 10:10:48 | 1 | BY MR. SYLVESTER: |
| 3 | 10:10:48 | 2 | Q.    Did any members of your marketing team |
| 4 | 10:10:50 | 3 | conduct any interviews with any individuals related |
| 5 | 10:10:53 | 4 | to the purpose [sic] of XRP for the purpose of |
| 6 | 10:10:56 | 5 | market research? |
| 7 | 10:10:57 | 6 | A.    Related to the purchase of XRP? |
| 8 | 10:10:59 | 7 | Q.    (Nods head.) |
| 9 | 10:11:00 | 8 | A.    Not -- not that I can recall. |
| 10 | 10:11:04 | 9 | Q.    When Ripple had retained a PR agency, were |
| 11 | 10:11:17 | 10 | you the main contact with that PR agency? |
| 12 | 10:11:20 | 11 | A.    For a time, yes. |
| 13 | 10:11:21 | 12 | Q.    What was the time period in which you |
| 14 | 10:11:23 | 13 | would have been the main contact between the PR |
| 15 | 10:11:25 | 14 | agency and Ripple? |
| 16 | 10:11:27 | 15 | A.    2013 to -- I'm unsure.  I want to say |
| 17 | 10:11:38 | 16 | 2016. |
| 18 | 10:11:39 | 17 | Q.    Who was it after that, at Ripple? |
| 19 | 10:11:41 | 18 | A.    For a time after that, ███████████ |
| 20 | 10:11:44 | 19 | and then ████████, and then ██████████ |
| 21 | 10:11:57 | 20 | Q.    Did Ripple always have at least one PR |
| 22 | 10:11:59 | 21 | agency on retention throughout the time period that |
| 23 | 10:12:02 | 22 | you were in your marketing roles? |
| 24 | 10:12:04 | 23 | A.    Yes. |
| 25 | 10:12:06 | 24 | Q.    And sometimes more than one, right? |
| 26 | 10:12:07 | 25 | A.    Yes. |

CONFIDENTIAL

| | | |
|---|---|---|
| 10:12:11 | 1 | Q.   For that time period, then, did you -- did |
| 10:12:12 | 2 | you find that you had to interact with the PR |
| 10:12:15 | 3 | agencies on a daily basis or more or less |
| 10:12:18 | 4 | frequently? |
| 10:12:22 | 5 | A.   Often daily. |
| 10:12:24 | 6 | Q.   What would you talk about in those daily |
| 10:12:27 | 7 | communications? |
| 10:12:31 | 8 | A.   What's in the news, so news stories either |
| 10:12:33 | 9 | related to Ripple or other cryptocurrency industry |
| 10:12:39 | 10 | players.  So watching, you know, developments in the |
| 10:12:42 | 11 | industry.  Discussing media inquiries, so either |
| 10:12:45 | 12 | press who had wrote in with questions or were |
| 10:12:47 | 13 | seeking an interview. |
| 10:12:49 | 14 |        Or if we were proactively going out to |
| 10:12:52 | 15 | press, to say, "Hey, you know, we" -- "we have news |
| 10:12:57 | 16 | coming up we'd like to discuss with you." |
| 10:12:59 | 17 | Activities like that. |
| 10:13:02 | 18 | Q.   Did you ever interact with any lobbying |
| 10:13:04 | 19 | firms that were retained by Ripple? |
| 10:13:06 | 20 |        MR. CERESNEY:  Objection.  I'll allow the |
| 10:13:09 | 21 | question, but I will note that the judge and the |
| 10:13:13 | 22 | judge's ruling regarding your request for lobbying |
| 10:13:18 | 23 | records ruled that was not relevant.  I'll allow |
| 10:13:20 | 24 | limited questions on this, but if it goes too far, I |
| 10:13:23 | 25 | will object. |

```
 1                              CONFIDENTIAL
 2   10:13:24   1   BY MR. SYLVESTER:
 3   10:13:25   2       Q.   You can answer.
 4   10:13:25   3            MR. CERESNEY:  But you can answer that
 5   10:13:26   4   question.
 6   10:13:27   5            THE WITNESS:  Not to my recollection, no.
 7   10:13:28   6   BY MR. SYLVESTER:
 8   10:13:28   7       Q.   Just to make sure I understand your
 9   10:13:33   8   answer, you never, to your recollection, interacted
10   10:13:35   9   with any lobbying firm at your time at Ripple?
11   10:13:38  10       A.   Not to my recollection.  That wasn't my
12   10:13:42  11   purview.
13   10:13:44  12       Q.   Going back to your interactions with PR
14   10:13:46  13   agencies, did you discuss with them news related to
15   10:13:49  14   XRP in particular?
16   10:13:55  15       A.   I'm sorry.  Can you repeat the question?
17   10:13:57  16       Q.   Sure.
18   10:13:58  17            In your interactions PR agencies, did you
19   10:14:01  18   discuss news related to XRP?
20   10:14:04  19       A.   Yes.  We would monitor news around XRP and
21   10:14:08  20   discuss those stories.
22   10:14:12  21       Q.   What was the purpose of those discussions?
23   10:14:17  22       A.   Well --
24   10:14:18  23            MR. CERESNEY:  You're talking about the
25   10:14:19  24   whole time period here, right?
26   10:14:21  25            MR. SYLVESTER:  Sure.
```

CONFIDENTIAL

1

2    10:14:21   1        Q.   In any of your interactions with PR

3    10:14:25   2   agencies, one of the things they're doing is

4    10:14:27   3   monitoring news stories about XRP.

5    10:14:28   4             What's the purpose of talking with them

6    10:14:30   5   about it?

7    10:14:31   6        A.   If the story -- if XRP was -- if Ripple

8    10:14:35   7   was also a part of that story, to -- you know, it's

9    10:14:40   8   Ripple company news -- excuse me -- so we would

10   10:14:43   9   discuss it and -- like we would any other story.

11   10:14:47   10       Q.   Was there ever an occasion where the story

12   10:14:49   11  was solely about XRP, did not mention Ripple, and it

13   10:14:52   12  was still discussed with those PR agencies?

14   10:14:56   13            MR. CERESNEY:  Objection.  Form.

15   10:14:57   14            THE WITNESS:  Not that -- I don't know.

16   10:15:00   15  Perhaps, but not that I specifically recall.

17   10:15:03   16  BY MR. SYLVESTER:

18   10:15:03   17       Q.   Did you have an understanding of whether

19   10:15:05   18  the PR agencies were told to monitor stories about

20   10:15:09   19  XRP?

21   10:15:09   20       A.   Yes.

22   10:15:11   21       Q.   Were they?

23   10:15:12   22       A.   Yes.

24   10:15:13   23       Q.   By you?

25   10:15:13   24       A.   Yes.

26   10:15:18   25       Q.   Ms. Long, what's an OKR?

```
 1                              CONFIDENTIAL
 2   10:15:21  1        A.   Objective and key result --
 3   10:15:23  2        Q.   And what's the function of an OKR at
 4   10:15:27  3   Ripple?
 5   10:15:27  4        A.   It clarifies for the team, aligns the team
 6   10:15:31  5   around what is our goal and how are we going measure
 7   10:15:35  6   the success of that goal key result.
 8   10:15:38  7        Q.   Have you had OKRs throughout the time you
 9   10:15:40  8   were at Ripple.
10   10:15:41  9        A.   For a large part.  Not the entire time.
11   10:15:44 10        Q.   When did you start having OKRs?
12   10:15:50 11        A.   I can't -- I can't recall.  Couple years
13   10:15:53 12   into my time there.
14   10:15:54 13        Q.   Do you have them now?
15   10:15:55 14        A.   Yes.
16   10:15:56 15        Q.   So throughout the couple years then to
17   10:15:58 16   now?
18   10:15:59 17        A.   Yes.
19   10:15:59 18        Q.   Who sets OKRs?
20   10:16:03 19        A.   Leaders across the organization.
21   10:16:05 20        Q.   Who sets your OKRs?
22   10:16:07 21        A.   I do.
23   10:16:09 22        Q.   In consultation with anyone?
24   10:16:11 23        A.   My team and Brad and other leaders.  Yeah,
25   10:16:14 24   in consultation with many people -- many folks at
26   10:16:16 25   the company.
```

```
 1                          CONFIDENTIAL
 2   10:16:17   1       Q.   Prior to the time that you reported to
 3   10:16:18   2   Mr. Garlinghouse, did you set your OKRs in
 4   10:16:20   3   consultation with Mr. Larsen?
 5   10:16:23   4       A.   Excuse me.   Yes.   If we -- if we had OKRs
 6   10:16:26   5   during at that time.   I can't quite remember when we
 7   10:16:29   6   started doing that.
 8   10:16:30   7       Q.   Throughout the time that you were
 9   10:16:31   8   reporting to Mr. Garlinghouse, you set OKRs with
10   10:16:35   9   him; is that right?
11   10:16:37   10      A.   With Mr. Garlinghouse, as well as other
12   10:16:40   11  leaders at the company, my team, yeah.   Lots of
13   10:16:43   12  different people were involved in the process.
14   10:16:45   13      Q.   Excluding the folks who report to you, who
15   10:16:47   14  were the other individuals who were involved with
16   10:16:50   15  setting your OKRs in addition to yourself and
17   10:16:55   16  Mr. Garlinghouse?
18   10:16:55   17      A.   I would consult with our product team, our
19   10:16:57   18  sales team, customers -- because marketing kind of
20   10:17:01   19  supports the entire business, I'd actually consult
21   10:17:04   20  with leaders across the entire organization.
22   10:17:06   21      Q.   Is that typically specific individuals, or
23   10:17:09   22  did that vary over time?
24   10:17:10   23      A.   It varied over time.
25   10:17:13   24      Q.   How frequently were OKRs set?
26   10:17:17   25      A.   We would set annual OKRs and quarterly.
```

1                              CONFIDENTIAL

2    10:17:27  1         Q.   Before you finalized an OKR for a quarter,

3    10:17:33  2    did you have to obtain Mr. Garlinghouse's sign-off?

4    10:17:38  3         A.   Yes.  Typically.

5    10:17:40  4         Q.   Can you think of an occasion when you did

6    10:17:42  5    not obtain his sign-off for an OKR?

7    10:17:46  6         A.   I can't.

8    10:17:48  7         Q.   And did you ever meet with

9    10:17:50  8    Mr. Garlinghouse to discuss progress on your OKRs

10   10:17:54  9    outside of the quarterly or annual process?

11   10:17:57  10        A.   Yes.

12   10:17:58  11        Q.   How frequently?

13   10:18:01  12        A.   Often weekly.

14   10:18:04  13        Q.   And how about Mr. Larsen; did you have

15   10:18:06  14   those weekly meetings with Mr. Larsen as well?

16   10:18:09  15        A.   Yes.

17   10:18:09  16             MR. CERESNEY:  Just to clarify, you had

18   10:18:10  17   said you weren't sure that -- whether there were

19   10:18:13  18   OKRs during Mr. Larsen.

20   10:18:14  19             But I think you were probably asking more

21   10:18:16  20   broadly about meetings weekly with Mr. Larsen; is

22   10:18:19  21   that right?

23   10:18:20  22             MR. SYLVESTER:  Yes.

24   10:18:20  23             MR. CERESNEY:  Okay.  Just wanted to

25   10:18:21  24   clarify.

26   10:18:21  25             THE WITNESS:  Yes.  So I would meet

1                          CONFIDENTIAL

2   10:18:22   1   week -- generally weekly with Mr. Larsen, not -- if

3   10:18:27   2   the OKR framework wasn't in place then, it wasn't to

4   10:18:30   3   discuss OKRs.

5   10:18:31   4   BY MR. SYLVESTER:

6   10:18:31   5       Q.   Mh-hmm.  For the time period where the OKR

7   10:18:34   6   framework may not have been in place, what was it

8   10:18:37   7   that you were discussing with Mr. Larsen at this

9   10:18:39   8   weekly meeting?

10  10:18:40   9       A.   Key activities in my -- with myself or my

11  10:18:43   10  team.

12  10:18:45   11      Q.   Can you be more specific about "key

13  10:18:47   12  activities"?

14  10:18:49   13      A.   For example, if we had a news announcement

15  10:18:51   14  in progress, updating him on the status of that.

16  10:18:54   15  You know, how close it was being done.  Or if we had

17  10:18:58   16  just gone through a launch, what are the results of

18  10:19:00   17  that launch in terms of press coverage and reception

19  10:19:03   18  and messaging and that kind of thing.

20  10:19:05   19      Q.   Was there ever an occasion where an OKR of

21  10:19:08   20  yours was changed after it was set?

22  10:19:10   21      A.   Yes.

23  10:19:14   22      Q.   When did that typically happen?

24  10:19:21   23      A.   If -- if into the course of the year or

25  10:19:25   24  into the course of the quarter we either decided

26  10:19:27   25  that we need to re-prioritize, and so I would have

CONFIDENTIAL

| | | |
|---|---|---|
| 10:19:31 | 1 | that conversation with Brad and re-prioritize. |
| 10:19:33 | 2 | Or if we decided we just set the wrong |
| 10:19:36 | 3 | metric, the wrong KR, key result for the objective. |
| 10:19:40 | 4 | Q. What would cause you to re-prioritize mid |
| 10:19:43 | 5 | quarter? |
| 10:19:44 | 6 | A. Change in the business. |
| 10:19:47 | 7 | Q. Can you recall an occasion where a change |
| 10:19:48 | 8 | in the business caused that reshuffling? |
| 10:19:52 | 9 | A. Not specifically. But as a start-up, a |
| 10:19:57 | 10 | high growth start-up, things change pretty quickly. |
| 10:19:59 | 11 | So I'm sure it happened on multiple occasions. |
| 10:20:03 | 12 | Q. But you can't remember a specific |
| 10:20:05 | 13 | occasion; is that right? |
| 10:20:06 | 14 | A. No, not off the top of my head. |
| 10:20:07 | 15 | Q. What were the typical OKRs that were set |
| 10:20:10 | 16 | for your marketing team, or for you in particular? |
| 10:20:14 | 17 | MR. CERESNEY: Objection. Form. |
| 10:20:18 | 18 | THE WITNESS: Can you be a little more |
| 10:20:20 | 19 | specific on time? |
| 10:20:21 | 20 | BY MR. SYLVESTER: |
| 10:20:21 | 21 | Q. Let's start at the beginning of your |
| 10:20:26 | 22 | tenure, whenever OKRs started, what were some of the |
| 10:20:32 | 23 | OKRs around that time period? |
| 10:20:35 | 24 | A. I can't recall specifically. Generally, |
| 10:20:40 | 25 | an objective and key result related to building the |

1                              CONFIDENTIAL
2   10:20:45   1   brand.  Generally, something related to building the
3   10:20:49   2   lead pipeline for sales.  Something related to our
4   10:20:55   3   go-to-market strategy.  You know, honing and
5   10:20:59   4   making -- fine tuning who is our customer target.
6   10:21:02   5   Are we effective in reaching them, that kind of
7   10:21:05   6   conversion.
8   10:21:12   7       Q.   The middle thing you said was building the
9   10:21:15   8   pipeline.
10  10:21:16   9            Can you tell me a little bit more about
11  10:21:17  10   what that means?
12  10:21:19  11       A.   Yes.  For our sales team, the enterprise
13  10:21:25  12   sales team, they would generally need, you know --
14  10:21:27  13   if they needed to close ten deals that quarter,
15  10:21:31  14   they'd need a pipeline of 30 to 50 prospective
16  10:21:35  15   customers.  So we would -- those were the marketing
17  10:21:38  16   activities to generate that -- that funnel for them.
18  10:21:43  17       Q.   So I -- strike that.
19  10:21:47  18            Would you find those customers for the
20  10:21:49  19   engineering team, as you just described?
21  10:21:51  20       A.   For the sales team?
22  10:21:53  21       Q.   For the sales team.
23  10:21:55  22       A.   Yes.  Well, so the prospects would come
24  10:21:58  23   from a mix of leads that the marketing team would
25  10:22:04  24   generate.  The sales team would also do outbound
26  10:22:07  25   prospecting, so they would also make their own

72

1                                        CONFIDENTIAL
2   10:22:09  1   calls.  It was a collaborative effort to build the
3   10:22:12  2   pipeline.
4   10:22:13  3        Q.   And what's the marketing team's distinct
5   10:22:16  4   role from the sales team in those efforts?
6   10:22:18  5        A.   We would run campaigns.  So things like --
7   10:22:22  6   a common tactic is to publish a research paper or
8   10:22:30  7   thought leadership paper related to cross-border
9   10:22:32  8   payments in this case and then to post that online.
10  10:22:37  9   And, you know, the prospect has to enter their lead
11  10:22:40  10  information in order to get the paper.  That creates
12  10:22:42  11  a new lead for the sales team to follow up on.
13  10:22:45  12       Q.   Okay.  So part of your job was generating
14  10:22:48  13  leads for sales?
15  10:22:49  14       A.   Yes.
16  10:22:53  15       Q.   How about generating leads for sales of
17  10:22:54  16  XRP?
18  10:22:56  17       A.   No.
19  10:22:57  18       Q.   That was never part of your job?
20  10:22:58  19       A.   Not that I recall.
21  10:23:01  20       Q.   At any time throughout your seven years in
22  10:23:04  21  the marketing roles?
23  10:23:08  22       A.   Not that I can recall.
24  10:23:10  23       Q.   Okay.  One of the other things you said, I
25  10:23:17  24  think, was that you're fine tuning your audience.
26  10:23:21  25       A.   Mh-hmm.

```
 1                         CONFIDENTIAL
 2  10:23:21   1       Q.   Is that right?
 3  10:23:22   2            Can you tell me a little bit more about
 4  10:23:23   3   what that means?
 5  10:23:24   4       A.   When we first started selling RippleNet
 6  10:23:28   5   to -- to financial institutions, we were targeting
 7  10:23:33   6   large banks, some of the largest banks in the world.
 8  10:23:36   7            Over time, that evolved to smaller to
 9  10:23:39   8   mid-sized banks.  It evolved to digital first banks
10  10:23:44   9   and payment providers.  So the specific type of
11  10:23:48  10   customer we were targeting changed based on -- I
12  10:23:51  11   mean, the insights were, you know, who would move
13  10:23:53  12   faster to adoption.
14  10:23:56  13            And over time also, there was more of an
15  10:23:59  14   openness to adopting on-demand liquidity as part of
16  10:24:04  15   the solution.
17  10:24:06  16       Q.   And was it part of your job to figure out
18  10:24:08  17   the types of customers to market the products to?
19  10:24:13  18       A.   Mh-hmm.  Yes.
20  10:24:15  19       Q.   And so a few types of customers you just
21  10:24:18  20   discussed include banks, other financial
22  10:24:20  21   institutions.
23  10:24:23  22            What about individuals?
24  10:24:27  23       A.   No.  That has not been a focus for the
25  10:24:30  24   majority of Ripple.  In the very early days, 2013,
26  10:24:35  25   there was a product called -- I think it was called
```

CONFIDENTIAL

| | | |
|---|---|---|
| 10:24:39 | 1 | "The Client" or "The Wallet" that individuals would |
| 10:24:45 | 2 | use.  I don't recall putting much marketing effort |
| 10:24:49 | 3 | behind that. |
| 10:24:54 | 4 | Q.   Other than what you just described, were |
| 10:24:56 | 5 | there other efforts that you undertook to market |
| 10:24:59 | 6 | anything that Ripple sells to individuals? |
| 10:25:07 | 7 | A.   Not -- not that I can think of. |
| 10:25:09 | 8 | Q.   Does that mean that your target audience |
| 10:25:11 | 9 | is always an institutional audience? |
| 10:25:14 | 10 | A.   For the vast majority of time I've been at |
| 10:25:16 | 11 | Ripple, yes, it's been an institutional audience.  I |
| 10:25:20 | 12 | would say developers are kind of the other key |
| 10:25:22 | 13 | audience in terms of adoption. |
| 10:25:24 | 14 | Q.   Are there any other types of customers or |
| 10:25:26 | 15 | audiences that we haven't discussed that you |
| 10:25:28 | 16 | undertook marketing efforts to reach on behalf of |
| 10:25:31 | 17 | Ripple? |
| 10:25:35 | 18 | A.   We -- so we talked about regulatory, |
| 10:25:39 | 19 | global regulatory audience.  Those -- those were |
| 10:25:46 | 20 | really the primary audiences in my mind.  It's |
| 10:25:50 | 21 | possible there are others I'm not thinking of. |
| 10:25:54 | 22 | Q.   Did Ripple ever sell products to |
| 10:25:56 | 23 | individuals? |
| 10:25:58 | 24 | MR. CERESNEY:  Objection.  Form. |
| 10:26:00 | 25 | THE WITNESS:  Not that I recall. |

```
 1                              CONFIDENTIAL
 2   10:26:05   1          MR. CERESNEY:  Mark, it's been about an
 3   10:26:06   2   hour and 15.  I don't know if it's a convenient
 4   10:26:09   3   breaking point, but just keeping --
 5   10:26:14   4          MR. SYLVESTER:  Let's just finish this but
 6   10:26:16   5   we're pretty close to a breaking point.
 7   10:26:18   6          MR. CERESNEY:  Okay.
 8   10:26:18   7   BY MR. SYLVESTER:
 9   10:26:18   8      Q.   Earlier you said that Ripple was a
10   10:26:20   9   start-up; is that right?
11   10:26:21  10      A.   Mh-hmm, yes.
12   10:26:22  11      Q.   What do you mean by the word "start-up"?
13   10:26:26  12      A.   A small company.  So when I joined the
14   10:26:31  13   company, it was a seed-funded company with probably
15   10:26:35  14   ten employees, so kind of a typical start-up.
16   10:26:42  15      Q.   Okay.  We've talked a little bit about
17   10:26:47  16   your OKRs.
18   10:26:48  17          What metrics were used to measure success
19   10:26:50  18   in accomplishing the objective part of your OKR?
20   10:26:55  19      A.   So, for example -- well, the key results
21   10:26:59  20   varied depending on the objectives.  For example,
22   10:27:04  21   related to brand awareness, things we would measure
23   10:27:10  22   would include number of mentions of Ripple in the
24   10:27:16  23   press or in social media.
25   10:27:21  24          You know, depending on what the objective
26   10:27:23  25   was for that quarter or the year, maybe more
```

1                              CONFIDENTIAL

2    10:27:25  1  specifically -- like within banking press, the

3    10:27:30  2  positioning and messaging -- call it messaging

4    10:27:33  3  pull-through.  So the understanding of what Ripple

5    10:27:35  4  is to those audiences.

6    10:27:39  5               Lead generation.  Number of leads that are

7    10:27:41  6  qualified.  Marketing-qualified leads for the sales

8    10:27:43  7  team.

9    10:27:44  8               And then for product marketing, it varied

10   10:27:46  9  depending on what the -- the go-to-market goals

11   10:27:49  10  were.  But, you know, something we were seeking to

12   10:27:51  11  under -- to get better and better at was the

13   10:27:54  12  customer -- the specific segment of financial

14   10:27:59  13  institutions we were targeting where, you know,

15   10:28:01  14  there's an increasing throughput of sales to those

16   10:28:06  15  customers.

17   10:28:08  16      Q.    Okay.

18   10:28:09  17      A.    Or conversion.

19   10:28:10  18      Q.    We started with number of mentions in the

20   10:28:13  19  press about Ripple; is that right?

21   10:28:14  20      A.    Yes.

22   10:28:15  21      Q.    How about number of mention of XRP in the

23   10:28:17  22  press; was that ever part of the OKR?

24   10:28:20  23      A.    Not that I recall.

25   10:28:21  24      Q.    Did you ever have an OKR that had anything

26   10:28:23  25  to do with XRP?

|    |          |    |                                                                |
|----|----------|----|----------------------------------------------------------------|
| 1  |          |    | CONFIDENTIAL                                                   |
| 2  | 10:28:35 | 1  | A.   Yes.  Potentially.                                         |
| 3  | 10:28:36 | 2  | Q.   What was that?                                            |
| 4  | 10:28:37 | 3  | A.   Not that I recall.                                        |
| 5  | 10:28:38 | 4  | MR. CERESNEY:  Yeah.  Just one objection                       |
| 6  | 10:28:39 | 5  | on this.  You say "had to do with XRP," but the                |
| 7  | 10:28:42 | 6  | products, some of them, use XRP.  And so indirectly.           |
| 8  | 10:28:46 | 7  | So if you can just be a little bit clearer about               |
| 9  | 10:28:48 | 8  | what you're talking about.                                     |
| 10 | 10:28:49 | 9  | MR. SYLVESTER:  Sure.                                          |
| 11 | 10:28:50 | 10 | Q.   Carving out from my question any --                       |
| 12 | 10:28:53 | 11 | MR. CERESNEY:  Sales of XRP?  Like --                          |
| 13 | 10:28:54 | 12 | yeah.                                                          |
| 14 | 10:28:54 | 13 | THE WITNESS:  Sorry.  Can you say the                          |
| 15 | 10:28:55 | 14 | question again.                                                |
| 16 | 10:28:56 | 15 | BY MR. SYLVESTER:                                              |
| 17 | 10:28:56 | 16 | Q.   Sure.                                                     |
| 18 | 10:28:56 | 17 | Setting aside any of Ripple's products                        |
| 19 | 10:28:59 | 18 | that use XRP to function --                                    |
| 20 | 10:29:00 | 19 | A.   Okay.                                                     |
| 21 | 10:29:01 | 20 | Q.   -- did you ever have an OKR that was                      |
| 22 | 10:29:02 | 21 | focused in some other way on XRP?                              |
| 23 | 10:29:05 | 22 | A.   I recall an objective related to the                     |
| 24 | 10:29:14 | 23 | XRP -- the narrative around XRP and really landing            |
| 25 | 10:29:20 | 24 | the messaging around its speed, efficiency,                    |
| 26 | 10:29:23 | 25 | scalability.  To my recollection, it was to -- to              |

1       CONFIDENTIAL

2   10:29:32   1   better inform a developer audience.

3   10:29:36   2       Q.   Did you ever have an OKR that had anything

4   10:29:38   3   to do with the purchase of XRP?

5   10:29:43   4            MR. CERESNEY:  You mean, again, other than

6   10:29:45   5   through a product?

7   10:29:47   6            MR. SYLVESTER:  Yes.

8   10:29:48   7            THE WITNESS:  I don't -- I don't know.

9   10:29:49   8   BY MR. SYLVESTER:

10  10:29:50   9       Q.   Can you recall, sitting here today, any

11  10:29:54  10   OKR that you had that involved the direct purchase

12  10:29:55  11   of XRP?

13  10:29:57  12       A.   Not that I recall.

14  10:29:58  13            MR. SYLVESTER:  Okay.  This is a good spot

15  10:30:00  14   for a break.  Let's go off the record.

16  10:30:01  15            MR. CERESNEY:  Okay.

17  10:30:02  16            THE VIDEOGRAPHER:  This marks the end of

18  10:30:03  17   Media Number 2.  Our time now is 10:30 a.m., and we

19  10:30:08  18   are going off the record.

20  10:30:09  19            (Whereupon, a recess was taken.)

21  10:53:51  20            THE VIDEOGRAPHER:  This marks the

22  10:53:52  21   beginning of Media Number 3.  Our time now is

23  10:53:54  22   10:53 a.m., and we're back on record.

24  10:53:57  23   BY MR. SYLVESTER:

25  10:53:58  24       Q.   Ms. Long, are you familiar with the term

26  10:54:00  25   "FUD"?

```
 1                          CONFIDENTIAL
 2   10:54:01  1     A.   Yes.
 3   10:54:02  2     Q.   Is that how you say it, FUD?
 4   10:54:04  3     A.   Yes.
 5   10:54:04  4     Q.   Okay.  What is FUD?
 6   10:54:06  5     A.   It's an acronym for fear, uncertainty, and
 7   10:54:10  6   doubt.
 8   10:54:13  7     Q.   And how is it used, or how does Ripple use
 9   10:54:17  8   it?
10   10:54:17  9     A.   It's used broadly in the industry to
11   10:54:25 10   signify misinformation is how I would characterize
12   10:54:32 11   it.
13   10:54:33 12     Q.   Does something have to be inaccurate to
14   10:54:35 13   qualify as FUD?
15   10:54:36 14     A.   That is --
16   10:54:44 15          MR. TENREIRO:  Can we go off the record,
17   10:54:45 16   please.
18   10:54:46 17          MR. SYLVESTER:  Off the record, please.
19   10:54:47 18          THE VIDEOGRAPHER:  This marks the end of
20   10:54:48 19   Media Number 3.  Our time now is 10:54 a.m., and
21   10:54:52 20   we're going off the record.
22   10:57:17 21          (Whereupon, a recess was taken.)
23   10:57:52 22          THE VIDEOGRAPHER:  This marks the
24   10:57:53 23   beginning of media why Number 4.  Our time now is
25   10:57:55 24   10:57 a.m., and we are on the record.
26            25   / /
```

```
 1                              CONFIDENTIAL
 2   10:57:58   1   BY MR. SYLVESTER:
 3   10:57:58   2       Q.   Okay.  Ms. Long, I think you were telling
 4   10:58:00   3   us how Ripple used the term "FUD."
 5   10:58:04   4            Go ahead.
 6   10:58:05   5       A.   So FUD is an acronym that stands for fear,
 7   10:58:09   6   uncertainty, and doubt.
 8   10:58:11   7       Q.   Okay.  Oh, right.  And I had asked, does
 9   10:58:13   8   information have to be inaccurate to qualify as FUD?
10   10:58:17   9       A.   My interpretation is -- at least my usage
11   10:58:22  10   of "FUD" is applicable to misinformation.  I don't
12   10:58:25  11   know if there's a different definition.
13   10:58:29  12       Q.   Well, let me ask you, is there a different
14   10:58:34  13   definition as between misinformation and inaccurate
15   10:58:37  14   information?
16   10:58:37  15            (Telephonic interruption.)
17   10:58:41  16            THE WITNESS:  Should I answer?
18   10:58:42  17            MR. SYLVESTER:  Let's go back off the
19   10:58:43  18   record.
20   10:58:44  19            THE VIDEOGRAPHER:  This marks the ending
21   10:58:46  20   of Media Number 4.  Our time now is 10:58 a.m., and
22   10:58:50  21   we are going off the record.
23   11:00:42  22            (Whereupon, a recess was taken.)
24   11:00:52  23            THE VIDEOGRAPHER:  This marks the
25   11:00:53  24   beginning of Media Number 5.  Our time now is
26   11:00:57  25   11:00 a.m., and we are on the record.
```

```
 1                          CONFIDENTIAL
 2    11:00:59   1   BY MR. SYLVESTER:
 3    11:01:02   2       Q.   Does press have to be inaccurate to
 4    11:01:04   3   qualify as FUD?
 5    11:01:06   4       A.   My understanding or interpretation of FUD
 6    11:01:09   5   is, yes, that it's inaccurate information.
 7    11:01:12   6       Q.   And is that the understanding that's
 8    11:01:16   7   generally accepted at Ripple of what the term "FUD"
 9    11:01:18   8   means?
10    11:01:19   9       A.   I believe so.
11    11:01:22  10       Q.   Okay.  Was it part of your job in your
12    11:01:26  11   marketing roles to dispel FUD regarding XRP?
13    11:01:32  12           MR. CERESNEY:  Objection.  Form.
14    11:01:35  13           THE WITNESS:  I would say part of the
15    11:01:38  14   marketing role was to correct FUD, convey correct,
16    11:01:44  15   accurate information about XRP, yes.
17    11:01:48  16   BY MR. SYLVESTER:
18    11:01:48  17       Q.   How did you or your marketing team go
19    11:01:51  18   about dispelling FUD about XRP?
20    11:01:55  19           MR. CERESNEY:  Objection.  Form.
21    11:01:59  20           THE WITNESS:  We would -- we would -- I'm
22    11:02:08  21   trying to think of examples -- you know, talk about
23    11:02:17  22   XRP on social media about the -- specifically about
24    11:02:24  23   the performance features of it, you know, speed,
25    11:02:29  24   cost efficiency, scalability, why that made it very
26    11:02:33  25   good for -- for payments, for other developers' use
```

82

```
 1                              CONFIDENTIAL
 2   11:02:40   1   cases.
 3   11:02:40   2           That's my -- that's my main memory, is
 4   11:02:42   3   talking about the -- the key performance benefits
 5   11:02:46   4   and why that mattered to a broader developer
 6   11:02:49   5   audience.
 7   11:02:49   6   BY MR. SYLVESTER:
 8   11:02:49   7       Q.   So one of the ways in which Ripple
 9   11:02:51   8   dispelled FUD was through social media posts?
10   11:02:54   9       A.   Yes.
11   11:02:54  10       Q.   Any other methods that Ripple used to
12   11:02:56  11   dispel FUD?
13   11:02:58  12       A.   Through press.  So either -- if, you know,
14   11:03:04  13   story inaccurately represents information or, you
15   11:03:11  14   know, following up with the reporter to correct it.
16   11:03:14  15       Q.   Was that part of your role?
17   11:03:17  16       A.   Part of my -- my team's remit.
18   11:03:23  17       Q.   Why was dispelling FUD on the topic of XRP
19   11:03:25  18   important to Ripple, if it was?
20   11:03:29  19           MR. CERESNEY:  Objection.  Form.
21   11:03:35  20           THE WITNESS:  Okay.  Sorry.  I was -- I
22   11:03:36  21   was minorly distracted.  I'm sorry.  One more time.
23   11:03:41  22   BY MR. SYLVESTER:
24   11:03:41  23       Q.   Sure.
25   11:03:42  24           Was dispelling FUD about XRP important to
26   11:03:45  25   Ripple?
```

```
 1                              CONFIDENTIAL
 2   11:03:48   1      A.   Correcting -- yeah.  Yes.  Having accurate
 3   11:03:51   2   information about XRP was important to -- so that --
 4   11:03:59   3   to enable greater adoption of our products with
 5   11:04:02   4   financial institutions.
 6   11:04:05   5      Q.   Any other reason?
 7   11:04:09   6      A.   To open up more developers to consider
 8   11:04:12   7   building on the XRP Ledger as well.
 9   11:04:16   8      Q.   And how was it that dispelling FUD
10   11:04:18   9   accomplished those goals?
11   11:04:21  10      A.   That there's more -- that there's just
12   11:04:25  11   better -- a better educated, a better informed
13   11:04:29  12   market that -- you know, in the public discussions
14   11:04:32  13   about XRP.
15   11:04:34  14      Q.   How would that benefit Ripple, if at all?
16   11:04:38  15      A.   As an example, you know, because
17   11:04:41  16   cryptocurrency is an emerging technology, our
18   11:04:46  17   customers, financial institutions, would seek
19   11:04:50  18   information from -- from social media forums, from
20   11:04:55  19   crypto-focused blogs, et cetera.
21   11:04:58  20          So if the information contained in those
22   11:05:01  21   places was not accurate, it would -- it would give
23   11:05:04  22   our customers or prospective customers the wrong
24   11:05:08  23   information.
25   11:05:08  24      Q.   And would that hurt Ripple's sales?
26   11:05:12  25      A.   It -- it --
```

```
 1                              CONFIDENTIAL
 2    11:05:13   1            MR. CERESNEY:  Objection.  Form.
 3    11:05:16   2            THE WITNESS:  You know, we continued to
 4    11:05:19   3    succeed with -- with meeting our sales goals.  It
 5    11:05:22   4    was communicated to me from our sales team that it
 6    11:05:25   5    was -- it was a headwind or it was a -- it would
 7    11:05:29   6    just create -- they would go into a prospect meeting
 8    11:05:32   7    with a customer, and they'd be confused.  They'd
 9    11:05:34   8    have the wrong information.
10    11:05:36   9            And add a large volume and large scale, it
11    11:05:40  10    becomes more -- so there's where it made sense for
12    11:05:42  11    us to -- to have a voice in that public
13    11:05:46  12    conversation.
14    11:05:46  13    BY MR. SYLVESTER:
15    11:05:46  14        Q.  When you say "headwind," what does that
16    11:05:48  15    mean in that context?
17    11:05:51  16        A.  Just a little bit of -- just a little bit
18    11:05:55  17    of a challenge for the sales team.  You know,
19    11:05:58  18    walking into a prospect meeting with a client, for
20    11:06:00  19    them to have the wrong information about, you know,
21    11:06:03  20    what -- how XRP works as a technology just created
22    11:06:08  21    more of a challenge for them to do their jobs.
23    11:06:10  22        Q.  Which would be to close the sale; is that
24    11:06:14  23    right?
25    11:06:15  24        A.  Yeah.  Yes.  Sorry.
26    11:06:20  25        Q.  Over the years in your marketing role,
```

1                              CONFIDENTIAL

2    11:06:22    1    were there any consistent or common themes of FUD

3    11:06:27    2    regarding XRP?

4    11:06:31    3         A.    Yes.

5    11:06:31    4         Q.    What were those?

6    11:06:35    5         A.    One was the FUD, so the inaccurate story

7    11:06:40    6    was that XRP Ledger was centralized.

8    11:06:49    7         Q.    Okay.  And were there -- strike that.

9    11:06:56    8               Where did you observe discussion on that

10   11:06:59    9    topic of the XRP Ledger's centralization?

11   11:07:06   10         A.    I observed discussion about that on social

12   11:07:10   11    media, as well as press.  Those were probably the

13   11:07:16   12    two primary places.  Also potentially events,

14   11:07:18   13    crypto-focused events.

15   11:07:23   14         Q.    And was this topic of the decentralization

16   11:07:26   15    or centralization of XRP Ledger, was that something

17   11:07:32   16    that you observed in the press throughout your time

18   11:07:34   17    in your marketing roles?

19   11:07:37   18         A.    Yes.  I would say so.

20   11:07:39   19         Q.    Is the same true of social media?

21   11:07:41   20         A.    Yes.

22   11:07:43   21         Q.    And was the topic of the decentralization

23   11:07:46   22    of the XRP Ledger, was that frequently raised at

24   11:07:49   23    these crypto events?

25   11:07:52   24         A.    Yes.  You know, moderate frequency.  Not

26   11:07:57   25    all the time.

1                              CONFIDENTIAL

2    11:08:01   1       Q.    Were there any other common topics of FUD

3    11:08:03   2    regarding XRP that you had to dispel?

4    11:08:18   3       A.    There were.   There were.

5    11:08:26   4       Q.    What are those?

6    11:08:27   5       A.    Another one was around Ripple's sales of

7    11:08:35   6    XRP.

8    11:08:36   7       Q.    And what was the fear, uncertainty, or

9    11:08:41   8    doubt component on that topic?

10   11:08:43   9       A.    The fear -- the FUD topic to that was that

11   11:08:51   10   Ripple was selling a lot into the market.

12   11:08:56   11      Q.    Was that untrue?

13   11:09:03   12      A.    I believe so.   I think you'd need to

14   11:09:08   13   clarify point in time.

15   11:09:10   14      Q.    Was it ever true, that Ripple was selling

16   11:09:13   15   a lot of XRP into the market?

17   11:09:16   16            MR. CERESNEY:   Just -- the objection here

18   11:09:17   17   is when you say "a lot," are you talking about

19   11:09:20   18   absolute numbers of XRP, or are you talking about

20   11:09:23   19   percentage of the overall market?  I mean, "a lot"

21   11:09:25   20   is just a big --

22   11:09:27   21            MR. SYLVESTER:   Well, it's -- I want to

23   11:09:27   22   narrow it to the topic of FUD.

24   11:09:30   23      Q.    So you described this particular FUD topic

25   11:09:32   24   as Ripple was selling a lot of XRP.

26   11:09:35   25            I guess were there numbers used in the FUD

1                         CONFIDENTIAL

11:09:37  1   that you observed, or was it more a generalized "a

11:09:40  2   lot" term?

11:09:42  3        A.   It was a generalized "a lot" term.

11:09:44  4        Q.   So I guess is your view that all of those

11:09:46  5   statements that you observed about Ripple selling a

11:09:48  6   lot of XRP into the market, were all of those

11:09:51  7   statements inaccurate?

11:09:59  8        A.   My -- my view was that they were not

11:10:01  9   correct.  That there was lack of understanding of --

11:10:06  10  yeah, of Ripple's sales, of Ripple's holdings of

11:10:11  11  XRP, based on my knowledge.

11:10:17  12       Q.   And what information specific to that FUD

11:10:19  13  topic did you disseminate to try to correct those

11:10:21  14  views?

11:10:26  15       A.   Education around Ripple's escrow of a very

11:10:37  16  large lot.  I believe 55 billion XRP.

11:10:40  17       Q.   Anything else?

11:10:44  18       A.   That's the main one, the main topic --

11:10:47  19       Q.   Okay.

11:10:47  20       A.   -- that comes to mind.

11:10:49  21       Q.   Has anyone ever sold as many units of XRP

11:10:52  22  as Ripple?

11:10:54  23            MR. CERESNEY:  Objection.  You mean over

11:10:55  24  time?  In a particular sale?

          25  / /

```
 1                           CONFIDENTIAL
 2   11:10:58   1   BY MR. SYLVESTER:
 3   11:10:59   2       Q.   In total, to today.
 4   11:11:00   3       A.   I -- I don't know.  I don't know.
 5   11:11:03   4       Q.   Who would know?
 6   11:11:06   5       A.   I don't know.
 7   11:11:07   6       Q.   There's no one at Ripple who would know
 8   11:11:08   7   that?
 9   11:11:09   8            MR. CERESNEY:  Objection.  It wasn't what
10   11:11:13   9   she said.  She said she doesn't know who would know.
11   11:11:16  10   She didn't say there isn't someone.
12   11:11:20  11            You can answer the question.
13   11:11:21  12            THE WITNESS:  I don't -- I don't know.
14   11:11:24  13   Was there a different question?
15   11:11:26  14   BY MR. SYLVESTER:
16   11:11:26  15       Q.   Do you think there's someone at Ripple who
17   11:11:28  16   knows that?
18   11:11:34  17       A.   Maybe.  I don't know.
19   11:11:36  18       Q.   Okay.  Ripple sells products that use XRP;
20   11:11:47  19   is that right?
21   11:11:49  20       A.   Mh-hmm, yes.
22   11:11:51  21       Q.   Okay.  Wouldn't it be a good thing for
23   11:11:53  22   Ripple, then, if more XRP was sold to be used in
24   11:11:56  23   those products?
25   11:11:58  24            MR. CERESNEY:  Objection.  Form.
26   11:12:01  25            THE WITNESS:  Can you please clarify.
```

89

1                                 CONFIDENTIAL
2    11:12:04    1    Sold -- sold by who?
3    11:12:05    2    BY MR. SYLVESTER:
4    11:12:05    3        Q.   By Ripple.
5    11:12:09    4        A.   So for XRP to work effectively within our
6    11:12:14    5    products, primarily on-demand liquidity, there needs
7    11:12:18    6    to be a liquid market and market makers between XRP
8    11:12:22    7    and the fiat, the fiat currency pairs that the
9    11:12:26    8    customer wants to use.
10   11:12:27    9            So there does -- there needs to be
11   11:12:29   10    liquidity, there needs to be liquid markets for XRP
12   11:12:33   11    against those various currency pairs.  And the more
13   11:12:37   12    liquidity there is, the more effective, the greater
14   11:12:39   13    the benefits to the customers.
15   11:12:42   14        Q.   Wouldn't it be helpful, though, in that
16   11:12:44   15    circumstance to also have actually more XRP in the
17   11:12:46   16    market so that more customers could adopt the
18   11:12:48   17    software that Ripple is selling and then use XRP?
19   11:12:51   18            MR. CERESNEY:  Objection.
20   11:12:52   19            If you understand, you can answer.
21   11:13:00   20            THE WITNESS:  I don't know -- I don't
22   11:13:01   21    think I'm -- I'm not an expert in -- in market
23   11:13:08   22    making.  So in terms of where the XRP comes from, I
24   11:13:14   23    wouldn't be able to say whether -- whether that
25   11:13:17   24    would need to be the case.
26              25    / /

```
 1                              CONFIDENTIAL
 2    11:13:20   1   BY MR. SYLVESTER:
 3    11:13:20   2        Q.   Is selling more XRP a good thing for
 4    11:13:23   3   Ripple?
 5    11:13:24   4             MR. CERESNEY:   Objection.   Form.
 6    11:13:29   5             THE WITNESS:   Can you please clarify by
 7    11:13:32   6   what is a good thing -- what does that mean, "a good
 8    11:13:35   7   thing for Ripple"?
 9    11:13:36   8   BY MR. SYLVESTER:
10    11:13:36   9        Q.   Yeah.   In your -- throughout your time at
11    11:13:38  10   Ripple, was it the view of Ripple that selling more
12    11:13:42  11   XRP was looked at in the company as a good thing?
13    11:13:47  12        A.   That wasn't really our focus.   That wasn't
14    11:13:51  13   something that I was focused on or, to my knowledge,
15    11:13:53  14   the leadership team really -- as the leadership
16    11:13:56  15   team, that wasn't what we were discussing.
17    11:13:58  16        Q.   Notwithstanding that it wasn't your focus,
18    11:14:00  17   did anyone ever express a positive view of increased
19    11:14:04  18   sales of XRP?
20    11:14:05  19        A.   I don't recall that, no.
21    11:14:09  20        Q.   Did Mr. Garlinghouse ever express a
22    11:14:11  21   positive view about increased sales of XRP?
23    11:14:14  22             MR. CERESNEY:   Objection.   Form.
24    11:14:19  23             THE WITNESS:   A positive view of sales,
25    11:14:21  24   not that -- not that I can recall.
26             25   / /
```

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:14:23 | 1 | BY MR. SYLVESTER: |
| 3 | 11:14:23 | 2 | Q.   How about Mr. Larsen? |
| 4 | 11:14:28 | 3 | A.   Not that I recall. |
| 5 | 11:14:31 | 4 | Q.   Are there any other FUD topics that come |
| 6 | 11:14:34 | 5 | to mind that, in your tenure, in your marketing |
| 7 | 11:14:42 | 6 | roles, were common that you observed? |
| 8 | 11:14:45 | 7 | A.   Not -- not that come to mind. |
| 9 | 11:14:47 | 8 | Q.   How about the topic of dumping of XRP; was |
| 10 | 11:14:51 | 9 | that a FUD area? |
| 11 | 11:14:54 | 10 | A.   Yes.  That's what I was referring to with |
| 12 | 11:14:56 | 11 | Ripple selling a lot of XRP. |
| 13 | 11:14:59 | 12 | Q.   I see. |
| 14 | 11:15:01 | 13 | What was the concern in the market about |
| 15 | 11:15:03 | 14 | Ripple selling a lot of XRP? |
| 16 | 11:15:05 | 15 | A.   As I understood, it was perceived |
| 17 | 11:15:10 | 16 | uncertainty of what Ripple would do with its lot of, |
| 18 | 11:15:16 | 17 | you know, billions of XRP if a lot -- you know, |
| 19 | 11:15:21 | 18 | billions of XRP would suddenly enter the market, |
| 20 | 11:15:25 | 19 | which was never our intention, would not make sense, |
| 21 | 11:15:28 | 20 | not something we would -- was not something we were |
| 22 | 11:15:32 | 21 | interested in doing. |
| 23 | 11:15:33 | 22 | Q.   From your observations about what was |
| 24 | 11:15:37 | 23 | being said in the marketplace on this topic of |
| 25 | 11:15:39 | 24 | dumping, what was the concern?  What would happen if |
| 26 | 11:15:43 | 25 | Ripple dumped billions of XRP into the marketplace? |

```
 1                          CONFIDENTIAL
 2   11:15:46  1              MR. CERESNEY:  Objection.  Form.
 3   11:15:47  2              THE WITNESS:  I couldn't speculate.  I
 4   11:15:49  3   don't know.
 5   11:15:51  4   BY MR. SYLVESTER:
 6   11:15:51  5        Q.  In your observation, did anyone ever
 7   11:15:55  6   express the worry that if Ripple dumped billions of
 8   11:15:58  7   XRP into the marketplace, that would depress the
 9   11:16:01  8   price of XRP?
10   11:16:03  9              MR. CERESNEY:  Objection.  Form.
11   11:16:09 10              THE WITNESS:  In my observation, I
12   11:16:12 11   don't -- I don't recall -- I don't recall that point
13   11:16:16 12   specifically, or generally.  I don't recall that
14   11:16:19 13   point.
15   11:16:24 14   BY MR. SYLVESTER:
16   11:16:24 15        Q.  In your view, does FUD have a negative
17   11:16:26 16   impact on Ripple?
18   11:16:28 17              MR. CERESNEY:  Objection.  FUD about what?
19   11:16:32 18   BY MR. SYLVESTER:
20   11:16:33 19        Q.  Any FUD.
21   11:16:34 20              MR. CERESNEY:  About any topic?
22   11:16:36 21              MR. SYLVESTER:  Well, we -- sure.  We can
23   11:16:38 22   go one at a time.
24   11:16:40 23        Q.  Does FUD about the decentralization or
25   11:16:43 24   centralization of the XRP Ledger negatively impact
26   11:16:53 25   Ripple?
```

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 11:16:53 | 1 | A. | Yes. |

11:16:54    2    Q.    How?

11:16:56    3    A.    Because for XRP to be used in this bridge

11:17:05    4    currency use case for on-demand liquidity, customers

11:17:10    5    really need to understand that this ledger, the

11:17:13    6    network is decentralized, no single actor can

11:17:18    7    control it.  With that comes a lot of security.

11:17:21    8             And that Ledger continues to function with

11:17:25    9    or without Ripple.  And so that -- that point is

11:17:30    10   important for institutions and for other -- or

11:17:34    11   developers to -- to want to use that technology, to

11:17:39    12   have the confidence to use it.

11:17:41    13   Q.    So if the -- if I understand your

11:17:43    14   response, if the market understood that the Ledger

11:17:46    15   was decentralized, then that would enable Ripple to

11:17:51    16   be able to selling more of its products that used

11:17:54    17   XRP; is that right?

11:17:57    18   A.    That would --

11:17:58    19             MR. CERESNEY:  Objection.  Form.

11:18:01    20             THE WITNESS:  For the market, including

11:18:03    21   our customers, to understand that the XRP Ledger is

11:18:08    22   decentralized, would -- would contribute to our

11:18:13    23   customers' confidence in the product and -- and

11:18:19    24   would help with adoption of the product, and --

            25   / /

1                              CONFIDENTIAL

2    11:18:23   1   BY MR. SYLVESTER:

3    11:18:23   2        Q.   So they would be more likely to buy it?

4    11:18:25   3        A.   More likely to, yeah, buy it and use it.

5    11:18:29   4        Q.   Okay.  Did businesses transacting using

6    11:18:31   5   the ODL product care one way or the other whether

7    11:18:36   6   Ripple sold a lot of XRP?

8    11:18:38   7             MR. CERESNEY:  Objection.  Form.

9    11:18:43   8             THE WITNESS:  Not to my -- not to my

10   11:18:45   9   recollection.  It may have come up with some

11   11:18:49   10  prospect conversations, questions just about, you

12   11:18:54   11  know, Ripple's holdings, but not in a problematic

13   11:18:57   12  fashion, to my recollection.

14   11:19:02   13  BY MR. SYLVESTER:

15   11:19:02   14       Q.   I guess more broadly, would it be a good

16   11:19:05   15  thing from the prospective of an ODL user if Ripple

17   11:19:09   16  sold more XRP?

18   11:19:12   17       A.   I don't know.

19   11:19:14   18       Q.   Going back to the dumping topic of FUD,

20   11:19:17   19  did that negatively impact Ripple?

21   11:19:21   20            MR. CERESNEY:  Objection.  Form.

22   11:19:22   21            THE WITNESS:  The dumping topic of FUD.

23   11:19:34   22            It created -- it created confusion --

24   11:19:42   23  or -- yeah.  Uncertainty, I would say.  It created

25   11:19:45   24  uncertainty about -- or perceived uncertainty about

26   11:19:52   25  what Ripple would do with its XRP.  So it created

1                          CONFIDENTIAL

2    11:19:57   1   some -- some challenges, again, you know, thinking

3    11:20:00   2   about developer proclivity to adopt or

4    11:20:07   3   institutional -- yes.  The developers and

5    11:20:12   4   institutions who might consider using XRP Ledger,

6    11:20:15   5   that -- that FUD topic created uncertainty.

7    11:20:21   6   BY MR. SYLVESTER:

8    11:20:21   7        Q.   And that created challenges for Ripple,

9    11:20:24   8   you said?

10   11:20:25   9        A.   Yes.

11   11:20:25   10       Q.   What's the nature of those challenges?

12   11:20:27   11       A.   The, you know, adoption.  So, again, going

13   11:20:34   12   back to thinking of the sales cycle.

14   11:20:41   13       Q.   Can I stop you there?  I just want to make

15   11:20:43   14   sure I understand.

16   11:20:44   15       A.   Yeah.  Sure.

17   11:20:45   16       Q.   When you say "adoption," what is being

18   11:20:47   17   adopted?

19   11:20:47   18       A.   So in the context -- I'm talking about in

20   11:20:50   19   two different ways.  In the context of RippleNet

21   11:20:53   20   adopting ODL for payments, which uses XRP.

22   11:20:58   21            More so that dumping topic, I think,

23   11:21:00   22   created kind of a headwind to adoption amongst

24   11:21:08   23   developers.  So third-party developers who would

25   11:21:10   24   want to create new use cases or businesses on the

26   11:21:14   25   Ledger.

1                          CONFIDENTIAL

2    11:21:15   1        Q.   With respect to developers, does any

3    11:21:17   2   product that they develop -- strike that.

4    11:21:23   3        Does Ripple sell any products that are

5    11:21:25   4   developed by third-party developers, as you just

6    11:21:28   5   described?

7    11:21:29   6        A.   No.  We don't -- no, we do not sell

8    11:21:31   7   products for third-party developers.

9    11:21:33   8        Q.   So none of Ripple's revenues are related

10   11:21:35   9   to those products?

11   11:21:36   10        A.   Right.

12   11:21:37   11        Q.   But Ripple's revenues are related to ODL?

13   11:21:40   12        A.   Right.

14   11:21:40   13        Q.   Okay.  So the challenge, if I understand

15   11:21:43   14   you correctly, is that the dumping FUD topic might

16   11:21:50   15   inhibit potential customers from purchasing ODL; is

17   11:21:54   16   that right?

18   11:21:57   17        A.   I -- so I said that it might inhibit

19   11:22:01   18   potential customers from adopting ODL.  The bigger

20   11:22:03   19   audience that --

21   11:22:05   20        Q.   Does adopting --

22   11:22:06   21             MR. CERESNEY:  Hold on.  Hold on.  Hold

23   11:22:08   22   on.  She should finish her answer.  Sorry.

24   11:22:11   23             THE WITNESS:  The bigger headwind was

25   11:22:15   24   creating -- or preventing more developers from --

26   11:22:20   25   from developing on the XRP Ledger.  That was the

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:22:23 | 1 | bigger headwind for that topic. |
| 3 | 11:22:25 | 2 | BY MR. SYLVESTER: |
| 4 | 11:22:25 | 3 | Q.   Okay.   Taking just the first part of your |
| 5 | 11:22:27 | 4 | answer -- |
| 6 | 11:22:27 | 5 | A.   Okay. |
| 7 | 11:22:27 | 6 | Q.   -- does "adopting" mean purchasing? |
| 8 | 11:22:29 | 7 | A.   Purchasing ODL? |
| 9 | 11:22:30 | 8 | Q.   Mh-hmm. |
| 10 | 11:22:31 | 9 | A.   It means -- "adopting" means purchasing |
| 11 | 11:22:35 | 10 | and using, so using ODL. |
| 12 | 11:22:37 | 11 | Q.   Are any of Ripple's revenues derived from |
| 13 | 11:22:40 | 12 | the use of ODL as distinct from the purchase? |
| 14 | 11:22:45 | 13 | A.   The -- yes.   Because the -- the pricing |
| 15 | 11:22:52 | 14 | model includes transaction fees, so the more volume |
| 16 | 11:22:55 | 15 | that customers put through RippleNet, that's a |
| 17 | 11:22:58 | 16 | revenue stream for us. |
| 18 | 11:23:11 | 17 | Q.   How would a developer be impacted by |
| 19 | 11:23:13 | 18 | Ripple's sales of XRP? |
| 20 | 11:23:18 | 19 | A.   The challenge with that FUD topic was this |
| 21 | 11:23:22 | 20 | perception that -- well, the combination of those |
| 22 | 11:23:28 | 21 | two FUD topics around thinking that the Ledger is |
| 23 | 11:23:31 | 22 | not decentralized, thinking that there's a potential |
| 24 | 11:23:37 | 23 | issue with Ripple holding so much XRP.   These are |
| 25 | 11:23:41 | 24 | not realities.   These are not actual inhibitors to |
| 26 | 11:23:43 | 25 | developers adopting and using XRP Ledger. |

1                          CONFIDENTIAL

2    11:23:49   1        Q.   In your view, has the decentralized FUD

3    11:23:55   2   topic ever affected the price of XRP?

4    11:23:58   3        A.   I don't know.  I couldn't say.

5    11:24:02   4        Q.   Why couldn't you say?

6    11:24:03   5        A.   I just -- I don't know.  I don't know what

7    11:24:06   6   impacts price of XRP.

8    11:24:10   7        Q.   In your marketing roles, did you follow

9    11:24:13   8   the price of XRP?

10   11:24:14   9        A.   Not very much, no.

11   11:24:19  10        Q.   When you say "not very much," what

12   11:24:22  11   efforts, if any, did you take to keep yourself

13   11:24:24  12   abreast of the price of XRP?

14   11:24:26  13        A.   On occasion, I would -- I would see,

15   11:24:28  14   through, you know, charts, what the price was or

16   11:24:33  15   press headlines through monitoring press pretty

17   11:24:37  16   frequently.

18   11:24:42  17        Q.   Was -- were you ever asked to create any

19   11:24:46  18   public messaging around the price of XRP?

20   11:24:48  19        A.   Not that I recall.

21   11:24:52  20        Q.   Did you ever create any messaging around

22   11:24:54  21   the price of XRP?

23   11:24:56  22        A.   Not that I recall, no.

24   11:24:57  23        Q.   Just to be clear, when I say "messaging,"

25   11:25:00  24   I mean Ripple public statements.

26   11:25:03  25        A.   Right.  No, not that I recall.

```
 1                              CONFIDENTIAL
 2    11:25:11   1       Q.    Okay.  You've used your personal cell
 3    11:25:14   2    phone to communicate with others at Ripple about
 4    11:25:16   3    XRP; is that right?
 5    11:25:18   4       A.    Yes.
 6    11:25:21   5       Q.    Have you ever deleted any messages about
 7    11:25:24   6    the topic of XRP from your phone?
 8    11:25:31   7       A.    I have not deleted any messages from my
 9    11:25:36   8    phone.  Can you -- can you expand on what you mean
10    11:25:39   9    by "deleted"?  So -- yeah, please.
11    11:25:44  10       Q.    I'm not sure I can.  Let's start with
12    11:25:47  11    ordinary text messages.
13    11:25:49  12       A.    Mh-hmm.
14    11:25:49  13       Q.    Have you -- which, you know, originate
15    11:25:51  14    from your phone and go to someone else's phone --
16    11:25:53  15       A.    Yeah.
17    11:25:54  16       Q.    -- through, you know, SMS technology.
18    11:25:56  17             Have you deleted any of those messages
19    11:25:58  18    regarding XRP?
20    11:25:58  19       A.    No.
21    11:25:59  20       Q.    Are there other categories of messages
22    11:26:00  21    that you've deleted regarding XRP?
23    11:26:06  22       A.    Well, there's -- there are certain
24    11:26:08  23    messaging applications where messages disappear.
25    11:26:16  24             Is that something you're talking about.
26    11:26:17  25       Q.    Sure.
```

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 11:26:17 | 1 | | Have you used a messaging application in |
| 11:26:20 | 2 | which the messages disappear in communications about |
| 11:26:24 | 3 | XRP? |
| 11:26:25 | 4 | A. | Yes. |
| 11:26:26 | 5 | Q. | Which applications? |
| 11:26:28 | 6 | A. | Signal. |
| 11:26:29 | 7 | Q. | Only Signal? |
| 11:26:30 | 8 | A. | Yes. |
| 11:26:30 | 9 | Q. | When did you start using Signal to talk |
| 11:26:33 | 10 | about XRP? |
| 11:26:35 | 11 | A. | 2019. |
| 11:26:35 | 12 | Q. | Why? |
| 11:26:41 | 13 | A. | Brad Garlinghouse, my -- my boss, was |
| 11:26:43 | 14 | using the application. |
| 11:26:47 | 15 | Q. | Did he tell you to use it? |
| 11:26:49 | 16 | A. | Yes, he asked me to use it. |
| 11:26:50 | 17 | Q. | Did he tell you why he wanted you to use |
| 11:26:52 | 18 | it? |
| 11:26:53 | 19 | A. | No. |
| 11:26:54 | 20 | Q. | Do you have an understanding of why he |
| 11:26:55 | 21 | wanted you to use it? |
| 11:26:57 | 22 | A. | I don't. |
| 11:27:02 | 23 | Q. | Have you ever used Signal in any other |
| 11:27:09 | 24 | work context outside of what we just discussed? |
| 11:27:11 | 25 | A. | Yes. |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 11:27:13 | 1 | Q. | When was that? |
| 11:27:16 | 2 | A. | To communicate with partners, other team |

11:27:22   3   members.

11:27:23   4   Q.   This is while you were at Ripple?

11:27:25   5   A.   Yes.  Oh, is that not what you meant?

11:27:28   6   Q.   Well, let's go there too.

11:27:30   7        Have you used any sort of disappearing

11:27:33   8   message application outside of the context of

11:27:36   9   communicating with others at Ripple?

11:27:40  10        MR. CERESNEY:  She just said "partners."

11:27:43  11   Those aren't people at Ripple.  Was that included in

11:27:45  12   your --

11:27:48  13        MR. SYLVESTER:  I didn't understand that.

11:27:48  14        THE WITNESS:  Oh, like Ripple partners.

11:27:49  15   BY MR. SYLVESTER:

11:27:49  16   Q.   Who are Ripple partners in this context?

11:27:52  17   A.   ▮▮▮▮   So they're a -- in my role at

11:27:58  18   RippleX, they're a key strategic partner.  We have

11:28:01  19   an investment in them and partner with them closely.

11:28:05  20        Coil.  I think that's -- I think that's

11:28:10  21   pretty much -- oh, ▮▮▮▮▮▮   which they're --

11:28:16  22   they're not formally a partner, but -- I mean,

11:28:19  23   they're in the industry.

11:28:20  24   Q.   And did you start using Signal to

11:28:22  25   communicate with those three parties around the same

1                               CONFIDENTIAL

2    11:28:24   1   time, in 2019?

3    11:28:27   2        A.    I would say so, yes.  Signal became a

4    11:28:30   3   popular messaging application around that time, so

5    11:28:33   4   it seemed like a lot of people were using it and

6    11:28:35   5   went on it for more secure messaging.

7    11:28:37   6        Q.    What specifically was Mr. Garlinghouse's

8    11:28:40   7   direction with respect to your use of Signal for

9    11:28:42   8   Ripple business?

10   11:28:45   9        A.    Simply that he -- he chose to -- he

11   11:28:48   10  preferred to use Signal.  And so instead of using

12   11:28:54   11  iMessage or a different -- there's so many

13   11:28:56   12  messaging applications.  He kind of wanted to

14   11:28:59   13  consolidate on one application, and that was Signal.

15   11:29:02   14       Q.    In the discussion in which he directed you

16   11:29:03   15  to use Signal, did he mention the disappearing

17   11:29:08   16  feature?

18   11:29:08   17       A.    He did not mention that, not to my

19   11:29:10   18  recollection.

20   11:29:11   19       Q.    Do you have an understanding of whether

21   11:29:12   20  the disappearing feature is the purpose for which

22   11:29:14   21  you adopted the use of Signal in connection with

23   11:29:16   22  your Ripple duties?

24   11:29:18   23       A.    That's not what -- no, that's not what I

25   11:29:20   24  understand.

26   11:29:22   25       Q.    Outside of the Signal disappearing message

CONFIDENTIAL

11:29:24  1   feature, have you ever deleted any other messages on

11:29:27  2   your phone related to XRP?

11:29:30  3        A.   No, not to my recollection.

11:29:36  4        Q.   You receive a salary from Ripple; is that

11:29:38  5   right?

11:29:39  6        A.

11:29:39  7        Q.

11:29:41  8        A.

11:29:43  9        Q.

11:29:45  10        A.

11:29:46  11        Q.

11:29:48  12        A.

11:29:49  13        Q.

11:29:52  14        A.

11:29:53  15        Q.

11:29:54  16        A.

11:29:55  17        Q.

11:29:57  18        A.

11:30:01  19        Q.   Did you ever use the XRP you received in

11:30:03  20   any way prior to selling it?

11:30:10  21             MR. CERESNEY:   Objection.   Form.

11:30:12  22             You can answer if you can.

11:30:16  23             THE WITNESS:   I want to clarify.   So in

11:30:18  24   the early days at Ripple, we -- I would -- there

11:30:25  25   were a lot -- there were many different products

1   CONFIDENTIAL

2   11:30:28   1   built around XRP and XRP Ledger.  And so as an early

3   11:30:32   2   employee, I would receive XRP from the company in

4   11:30:34   3   order to test those products.

5   11:30:36   4        So, like, for example, the Ripple client

6   11:30:39   5   which later became Ripple Trade, the Ripple Card.

7   11:30:42   6   There was a product that was in a pilot phase that

8   11:30:48   7   was a credit card you could spend XRP, so I used

9   11:30:51   8   that.  So in that context, yes.

10  11:30:54   9

11  11:30:58   10

12  11:31:05   11  BY MR. SYLVESTER:

13  11:31:05   12       Q.   What's Ripple Trade?

14  11:31:08   13       A.   It's -- it was a trading -- it was a

15  11:31:13   14  product that was meant for traders to -- it was a

16  11:31:18   15  trading user interface, for them to interact with

17  11:31:22   16  decentralized exchange behind XRP Ledger to trade

18  11:31:25   17  different currencies.

19  11:31:27   18       Q.   Was that run by Ripple?

20  11:31:28   19       A.   It was run by Ripple, yes.

21  11:31:33   20       Q.   Has Ripple ever placed any restrictions on

22  11:31:35   21  your ability to sell XRP?

23  11:31:40   22            MR. CERESNEY:  Objection.  Form.

24  11:31:42   23            You can answer.

25  11:31:47   24            THE WITNESS:  I believe the answer to that

26  11:31:48   25  would reveal privileged information.

105

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:31:53 | 1 | MR. CERESNEY:  Are you asking about |
| 3 | 11:31:54 | 2 | procedures?  Policies? |
| 4 | 11:31:55 | 3 | MR. SYLVESTER:  Yes. |
| 5 | 11:31:56 | 4 | MR. CERESNEY:  Is that your more |
| 6 | 11:31:57 | 5 | generalized question? |
| 7 | 11:31:58 | 6 | THE WITNESS:  Oh, I'm sorry. |
| 8 | 11:31:59 | 7 | Okay.  Yes.  There's a Ripple -- there's a |
| 9 | 11:32:01 | 8 | trading policy for employees, yes. |
| 10 | 11:32:03 | 9 | BY MR. SYLVESTER: |
| 11 | 11:32:03 | 10 | Q.   You're subject to that trading policy? |
| 12 | 11:32:05 | 11 | A.   Yes. |
| 13 | 11:32:06 | 12 | Q.   Generally, what's the policy? |
| 14 | 11:32:08 | 13 | A.   So you create a trading plan, and then our |
| 15 | 11:32:13 | 14 | legal team signs off on it.  Maybe compliance as |
| 16 | 11:32:16 | 15 | well. |
| 17 | 11:32:18 | 16 | Q.   And that policy places restrictions on |
| 18 | 11:32:20 | 17 | your trading of XRP? |
| 19 | 11:32:24 | 18 | A.   Yes.  Insomuch as it, you know, has to |
| 20 | 11:32:26 | 19 | undergo legal review, so ... |
| 21 | 11:32:28 | 20 | Q.   And do you have an understanding that |
| 22 | 11:32:30 | 21 | you're not permitted to trade XRP if you're in |
| 23 | 11:32:33 | 22 | possession of information you've received from |
| 24 | 11:32:36 | 23 | Ripple that might cause you to be able to profitably |
| 25 | 11:32:39 | 24 | trade in XRP? |
| 26 | 11:32:40 | 25 | MR. CERESNEY:  Objection.  Form. |

106

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 2 | 11:32:43 | 1 | THE WITNESS: Can you repeat that |
| 3 | 11:32:44 | 2 | question, please. |
| 4 | 11:32:45 | 3 | BY MR. SYLVESTER: |
| 5 | 11:32:45 | 4 | Q. Is there any prohibition at Ripple against |
| 6 | 11:32:47 | 5 | trading on Ripple's inside information in XRP? |
| 7 | 11:32:50 | 6 | MR. CERESNEY: Objection. Form. |
| 8 | 11:32:55 | 7 | THE WITNESS: I -- while I have read the |
| 9 | 11:32:59 | 8 | trading policy and, you know, went through |
| 10 | 11:33:04 | 9 | submitting a plan to legal, I can't recall all the |
| 11 | 11:33:06 | 10 | details in that -- in that policy. |
| 12 | 11:33:10 | 11 | BY MR. SYLVESTER: |
| 13 | 11:33:10 | 12 | Q. Okay. As someone who received XRP as part |
| 14 | 11:33:12 | 13 | of your compensation package, do you -- did you care |
| 15 | 11:33:17 | 14 | about the price at which you could sell it? |
| 16 | 11:33:19 | 15 | A. No. |
| 17 | 11:33:31 | 16 | Q. What's a Ripple Insight post? |
| 18 | 11:33:34 | 17 | A. Ripple Insights is our blog, our corporate |
| 19 | 11:33:37 | 18 | blog. |
| 20 | 11:33:39 | 19 | Q. Who writes it? |
| 21 | 11:33:42 | 20 | A. It's been a variety of employees over the |
| 22 | 11:33:44 | 21 | years, but the marketing team runs the blog. We |
| 23 | 11:33:47 | 22 | also sometimes have freelancers contribute or |
| 24 | 11:33:51 | 23 | experts, you know, different people across the |
| 25 | 11:33:53 | 24 | company, et cetera. |
| 26 | 11:33:55 | 25 | Q. But fair to say the marketing team is in |

1                        CONFIDENTIAL

2    11:33:57   1   charge of the content?

3    11:33:58   2       A.    Yes.

4    11:33:59   3       Q.    When did the Ripple Insight blog post

5    11:34:02   4   start up?

6    11:34:05   5       A.    Before it was called Ripple Insights, it

7    11:34:08   6   was just the blog.  And I remember soon, after I

8    11:34:14   7   joined, writing posts on the blog.  It I may have

9    11:34:17   8   predated me, or I had just launched it.  So

10   11:34:21   9   2013-ish.

11   11:34:21   10       Q.    Is it still going now?

12   11:34:24   11       A.    Yes.

13   11:34:25   12       Q.    How often do -- does Ripple Insight blog

14   11:34:27   13   go up?

15   11:34:29   14       A.    I -- I think at least -- at least once a

16   11:34:31   15   week.

17   11:34:32   16       Q.    Who determines what the topic of the blog

18   11:34:34   17   is?

19   11:34:39   18       A.    It is our content marketer who runs that

20   11:34:42   19   blog.

21   11:34:44   20       Q.    Was it ever you?

22   11:34:45   21       A.    Yes.  At a time.

23   11:34:47   22       Q.    For what period were you the person who

24   11:34:50   23   decided?

25   11:34:51   24       A.    From when I started, 2013, until -- for

26   11:34:57   25   the first one to two years before I hired someone to

108

1                        CONFIDENTIAL

2    11:35:01   1   run it.

3    11:35:05   2        Q.   And how did you decide what topic would be

4    11:35:07   3   blogged about in any particular week?

5    11:35:13   4        A.   Over the years, it varied.  We would

6    11:35:17   5   develop a -- an editorial calendar of topics.  So

7    11:35:26   6   common things we would blog about would be customer

8    11:35:29   7   case studies.  You know, in those early days,

9    11:35:34   8   developer spotlights, trying to shine a spotlight on

10   11:35:37   9   developers in the community, news announcements,

11   11:35:40   10  that type of thing.

12   11:35:43   11       Q.   Are you familiar with XRP market reports?

13   11:35:45   12       A.   Mh-hmm.  Yes.

14   11:35:49   13       Q.   Who is responsible for the content of XRP

15   11:35:51   14  market reports?

16   11:35:54   15       A.   Our XRP markets team.

17   11:35:56   16       Q.   Has that been the case for the entirety of

18   11:35:58   17  their publication history?

19   11:36:01   18       A.   I believe so.

20   11:36:02   19       Q.   When did Ripple begin to publish XRP

21   11:36:09   20  reports?

22   11:36:10   21       A.   I don't recall.

23   11:36:10   22       Q.   Was it years ago?

24   11:36:11   23       A.   Yes, years ago.

25   11:36:12   24       Q.   Who made the decision to start publishing

26   11:36:15   25  them?

```
 1                              CONFIDENTIAL
 2   11:36:19  1        A.    I don't recall.
 3   11:36:21  2        Q.    Were you part of it?
 4   11:36:22  3        A.    Yes.
 5   11:36:24  4        Q.    What was your role in deciding to publish
 6   11:36:26  5   XRP market reports?
 7   11:36:31  6        A.    I don't recall being a part of the
 8   11:36:34  7   decision.  I recall contributing to the process.
 9   11:36:38  8        Q.    The process of preparing the reports?
10   11:36:40  9        A.    Correct, yes.
11   11:36:41 10        Q.    What was your contribution?
12   11:36:43 11        A.    Reviewing the draft of the report, and
13   11:36:48 12   then publishing it.  You know, our -- you mentioned
14   11:36:53 13   Ripple insights.  So our marketing team would
15   11:36:55 14   publish the report and, for example, push a post
16   11:37:01 15   about it to social media.
17   11:37:02 16        Q.    Did you contribute any content to the
18   11:37:03 17   report as well?
19   11:37:09 18        A.    Probably.  Yes, probably.
20   11:37:11 19        Q.    Was that on a particular topic, or was
21   11:37:13 20   that just on a review-by-review basis?
22   11:37:16 21        A.    On a review-by-review basis.
23   11:37:18 22        Q.    Okay.  Did Ripple conduct any market
24   11:37:21 23   research prior to beginning to publish the XRP
25   11:37:23 24   market reports that suggested that that publication
26   11:37:26 25   was a good idea?
```

CONFIDENTIAL

11:37:28  1          MR. CERESNEY:  Objection.  Form.

11:37:36  2          THE WITNESS:  I don't recall market

11:37:36  3  research behind that report, no.

11:37:41  4  BY MR. SYLVESTER:

11:37:41  5          Q.   Why did Ripple decide to start publishing

11:37:43  6  the XRP market reports?

11:37:49  7          A.   I don't remember.  I don't remember the

11:37:50  8  whole story, but I remember part of it was the --

11:37:56  9  the FUD around Ripple's holdings and perceived

11:38:00  10  uncertainty of, you know, what was going on with

11:38:06  11  Ripple's sales and that kind of thing.

11:38:08  12          Q.   Do the XRP market reports detail Ripple's

11:38:10  13  sales of XRP?

11:38:14  14          A.   They do, yes.

11:38:15  15          Q.   So the point was to just tell the market

11:38:18  16  how much Ripple was selling in terms of XRP; is that

11:38:20  17  right?

11:38:21  18          A.   I think that was an objective, yes, or

11:38:23  19  a -- yeah, an outcome.

11:38:27  20          Q.   Were there other objectives that led to

11:38:29  21  the creation of the XRP market reports?

11:38:32  22          A.   I don't recall.

11:38:35  23          Q.   Does Ripple use influencers at all in --

11:38:38  24  as part of its marketing efforts?

11:38:40  25          A.   Yes.

1                              CONFIDENTIAL

2   11:38:41   1              MR. CERESNEY:  Objection.  Objection.

3   11:38:42   2   Form.

4   11:38:44   3   BY MR. SYLVESTER:

5   11:38:44   4         Q.   What's an influencer?

6   11:38:47   5         A.   An influencer is someone within an

7   11:38:52   6   industry who has a reputation and credibility.  And

8   11:38:55   7   so that person or organization then influences the

9   11:39:01   8   decisions of others in that industry.

10  11:39:03   9              So, for example, you know, we think about

11  11:39:06   10  influencers who influence our customers'

12  11:39:09   11  decision-making.

13  11:39:10   12        Q.   What was the decision that you were trying

14  11:39:12   13  to influence by the use of influencers?

15  11:39:15   14             MR. CERESNEY:  Objection.  Form.

16  11:39:20   15             THE WITNESS:  Most often it was, you know,

17  11:39:23   16  a focus on the spheres of influence around our

18  11:39:29   17  customer and influencing the customer's decision

19  11:39:32   18  whether or not to adopt and use RippleNet.

20  11:39:39   19  BY MR. SYLVESTER:

21  11:39:39   20        Q.   Were influencers paid for their services

22  11:39:41   21  by Ripple?

23  11:39:42   22        A.   Not to my recollection, no.

24  11:39:48   23        Q.   Did you want to follow up on that?

25  11:39:51   24        A.   No.  Not to my recollection.  Sorry.  Just

26  11:39:54   25  trying to think while we're talking.

1                           CONFIDENTIAL

2    11:39:56  1        Q.   How were influencers recruited to become

3    11:39:59  2   influencers for Ripple?

4    11:40:00  3             MR. CERESNEY:  Just one thing, you should

5    11:40:02  4   think before you talk, not while you're talking.

6    11:40:06  5             THE WITNESS:  Noted.

7    11:40:10  6             How did we recruit influencers?

8    11:40:12  7   BY MR. SYLVESTER:

9    11:40:12  8        Q.   Yes.

10   11:40:14  9        A.   The -- a lot of it was relationship

11   11:40:21  10  building.  So being an early company in crypto, in

12   11:40:27  11  cryptocurrency and blockchain, we had a lot of

13   11:40:33  12  conversations with a lot of different industry

14   11:40:35  13  players within cryptocurrency, within banking, other

15   11:40:40  14  kind of related industries.

16   11:40:41  15            And just through the -- that network of

17   11:40:43  16  meetings and relationships we've built over the

18   11:40:46  17  years, that's how a lot of the -- we formed

19   11:40:48  18  relationships with a lot of those influencers.

20   11:40:51  19       Q.   Did you communicate directly with

21   11:40:52  20  influencers?

22   11:40:54  21       A.   In some cases.

23   11:40:56  22       Q.   Which ones?

24   11:40:58  23       A.   I can't recall.

25   11:41:01  24       Q.   Who are the -- strike that.

26   11:41:04  25            Who has Ripple used as influencers over

1                           CONFIDENTIAL

2    11:41:07   1   the years?

3    11:41:20   2       A.   I -- I can't recall off the top of my

4    11:41:22   3   head.

5    11:41:25   4       Q.   Did Ripple ever ask influencers to make

6    11:41:28   5   public statements about some specific item?

7    11:41:36   6       A.   I can't recall specifically asking them to

8    11:41:39   7   make statements.

9    11:41:44   8       Q.   And what were the industries that these

10   11:41:47   9   influencers are in?

11   11:41:50   10      A.   Broadly, cryptocurrency and blockchain,

12   11:41:59   11   banking and payments.  I'm trying to think.  Also

13   11:42:11   12   enterprise to a degree.

14   11:42:17   13           I recall, you know, meetings with

15   11:42:19   14   marketplace-type companies, like Amazon or -- I

16   11:42:23   15   guess that's kind of tangentially related to

17   11:42:25   16   payments.

18   11:42:26   17      Q.   And the influencers -- strike that.

19   11:42:29   18           Where did the influencers make statements

20   11:42:32   19   about Ripple?

21   11:42:35   20      A.   A variety of places.

22   11:42:37   21      Q.   Social media?

23   11:42:39   22      A.   Could be social media.

24   11:42:40   23      Q.   The press?

25   11:42:41   24      A.   Could be the press, yeah.

26   11:42:43   25      Q.   Crypto events?

1                          CONFIDENTIAL

2    11:42:44   1      A.   Could be the events.

3    11:42:46   2      Q.   Just to clarify, you're saying "could be."

4    11:42:48   3           Are you aware of an occasion where a

5    11:42:50   4    social -- sorry, strike that -- where an influencer

6    11:42:53   5    ever said something about Ripple at a crypto event?

7    11:43:00   6      A.   Yes.  Generally speaking, I could -- I'm

8    11:43:04   7    pretty sure there are examples of that.  I can't

9    11:43:06   8    recall specifically.

10   11:43:07   9      Q.   What I'm driving at is I'm trying to

11   11:43:10   10   understand Ripple's expectations of what -- how an

12   11:43:12   11   influencer would influence on behalf of Ripple.

13   11:43:15   12           How would they go about doing that?

14   11:43:17   13     A.   Okay.  So it could -- it could be public

15   11:43:19   14   forums like you just mentioned.  Could also be in

16   11:43:22   15   private conversations.  So if it's a -- had a

17   11:43:33   16   tip-of-the-tongue name that I -- he's a -- oh,

18   11:43:34   17                      He's a -- seen as a banking luminary

19   11:43:40   18   in the UK.

20   11:43:41   19           So if                is better educated

21   11:43:45   20   about RippleNet and he knows our team and our

22   11:43:49   21   company and is then going in to meet with his bank

23   11:43:53   22   clients, he's now informed and can, in those

24   11:43:56   23   meetings, influence their perceptions about our

25   11:44:01   24   product and our company.

26   11:44:05   25     Q.   And in this example, what's the benefit to

CONFIDENTIAL

1
2  11:44:07  1      ██████████ of doing that?
3  11:44:09  2              MR. CERESNEY: Objection. Form.
4  11:44:14  3              THE WITNESS: In the case -- in the case
5  11:44:15  4  of ██████████ he's a -- he's an advisor and
6  11:44:18  5  consultant. He's built his personal business and
7  11:44:20  6  reputation around, you know, he's an expert, he
8  11:44:23  7  knows what's going on. So now he's better informed
9  11:44:26  8  about this new technology, blockchain, and how his
10 11:44:30  9  clients might be able to use it.
11 11:44:32  10 BY MR. SYLVESTER:
12 11:44:32  11     Q.   Okay. Are you familiar with the term "XRP
13 11:44:33  12 Army"?
14 11:44:34  13     A.   I -- yes.
15 11:44:35  14     Q.   What is the XRP Army?
16 11:44:37  15     A.   It is a hash tag on Twitter.
17 11:44:42  16     Q.   Does it describe a group of people?
18 11:44:44  17     A.   My understanding is, yeah.
19 11:44:46  18     Q.   How did you get that understanding?
20 11:44:51  19     A.   From -- you know, in context of how the
21 11:44:56  20 hash tag is used and referred to.
22 11:45:05  21     Q.   Have you ever discussed with anyone at
23 11:45:07  22 Ripple the XRP Army?
24 11:45:09  23     A.   Yes.
25 11:45:11  24     Q.   And when you use that term, "XRP Army," in
26 11:45:14  25 those discussions, who do you mean?

```
 1                                CONFIDENTIAL
 2   11:45:16   1        A.   I should clarify.
 3   11:45:17   2        Q.   Sure.
 4   11:45:18   3        A.   We don't talk about the XRP Army.  We talk
 5   11:45:20   4   about an XRP community, which is -- which is pretty
 6   11:45:25   5   broad.  So XRP community includes developers,
 7   11:45:29   6   includes followers on -- on Twitter.  So it's a
 8   11:45:36   7   pretty broad -- it could be companies.
 9   11:45:39   8        Q.   Are the XRP Army and XRP community two
10   11:45:41   9   different things?
11   11:45:47  10        A.   I don't know.  I don't know how to think
12   11:45:50  11   about that.
13   11:45:51  12        Q.   In conversation at Ripple, if someone
14   11:45:54  13   refers to the "XRP Army," who are you thinking
15   11:45:56  14   about?
16   11:45:56  15             MR. CERESNEY:  Objection.  Form.
17   11:46:01  16             THE WITNESS:  I -- so to clarify, at
18   11:46:04  17   Ripple, we don't really talk much -- to my
19   11:46:07  18   recollection, we don't spend much time talking about
20   11:46:09  19   the XRP Army.  I am aware of that hash tag on -- on
21   11:46:13  20   Twitter.  It also has come up in -- from press
22   11:46:20  21   referring to an XRP Army.
23   11:46:24  22   BY MR. SYLVESTER:
24   11:46:24  23        Q.   Okay.  Do -- let's focus on the press,
25   11:46:27  24   then.
26   11:46:27  25             If the press uses the term "XRP Army," do
```

117

1                                        CONFIDENTIAL

2    11:46:30   1   you have an understanding of what that article is

3    11:46:34   2   referring to?

4    11:46:35   3        A.   My understanding is they're referring to

5    11:46:38   4   the hash tag commonly used on Twitter.

6    11:46:43   5        Q.   Used by users of Twitter?

7    11:46:45   6        A.   Used by users of Twitter.

8    11:46:46   7        Q.   Which users of Twitter?

9    11:46:49   8        A.   I don't know.  I don't know who the XRP --

10   11:46:50   9   I don't know specifically who that is.

11   11:46:52   10       Q.   Is there any individual you can think of

12   11:46:54   11  that is affiliated in your mind with the XRP Army?

13   11:46:57   12       A.   No, not offhand.

14   11:46:58   13       Q.   Do you know who ████████████ is?

15   11:47:01   14       A.   Yes.

16   11:47:02   15       Q.   Is she part of the XRP Army?

17   11:47:05   16       A.   I don't know how she would -- what she

18   11:47:06   17  would call herself.

19   11:47:08   18       Q.   Have you ever talked to █████████

20   11:47:10   19       A.   Yes.

21   11:47:12   20       Q.   About what?

22   11:47:18   21       A.   I don't recall.

23   11:47:20   22       Q.   Was it about XRP?

24   11:47:25   23       A.   Yes.  Probably.  But I don't recall what

25   11:47:28   24  it was about.

26   11:47:33   25       Q.   How frequently have you spoken with her?

```
 1                              CONFIDENTIAL
 2   11:47:35   1        A.   Very infrequently.
 3   11:47:37   2        Q.   Okay.  What's Swell?
 4   11:47:40   3        A.   Swell is a customer conference.
 5   11:47:44   4        Q.   Who is invited to Swell?
 6   11:47:47   5        A.   Mostly -- a variety of audiences.  Mostly
 7   11:47:57   6   RippleNet customers and prospects.
 8   11:48:01   7        Q.   So when you said "customer" and "customer
 9   11:48:04   8   conference," that was referring to RippleNet
10   11:48:05   9   customers?
11   11:48:06  10        A.   Yes.
12   11:48:10  11        Q.   Other than existing or potential RippleNet
13   11:48:12  12   customers, are there others who are invited to
14   11:48:15  13   Swell?
15   11:48:15  14        A.   Yes.
16   11:48:15  15        Q.   Who?
17   11:48:20  16        A.   Could be influencers, so parties in
18   11:48:26  17   banking and payments and crypto and blockchain who
19   11:48:36  18   we want to -- we want to participate in the event
20   11:48:40  19   here that talks on stage, be a part of the broader
21   11:48:43  20   community there.
22   11:48:44  21        Q.   What's the purpose of Swell in general?
23   11:48:48  22        A.   Twofold.  One is brand building.  So an
24   11:48:53  23   opportunity to, you know, convey what Ripple is.
25   11:48:58  24   Show that we are the, quote, you know, adults in the
26   11:49:04  25   room.  Two is lead generation and sales pipeline
```

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:49:12 | 1 | advancement for RippleNet. |
| 3 | 11:49:17 | 2 | Q. Has Ripple ever invited XRP purchasers to |
| 4 | 11:49:20 | 3 | Swell? |
| 5 | 11:49:23 | 4 | A. We -- I don't -- |
| 6 | 11:49:26 | 5 | MR. CERESNEY: Objection. You mean other |
| 7 | 11:49:28 | 6 | than -- 'cause some customers may -- and influencers |
| 8 | 11:49:32 | 7 | may also be XRP purchasers. Do you mean other than |
| 9 | 11:49:35 | 8 | those? |
| 10 | 11:49:36 | 9 | MR. SYLVESTER: Yes. I'll reask. |
| 11 | 11:49:36 | 10 | Q. Excluding RippleNet customers and |
| 12 | 11:49:40 | 11 | influencers, has Ripple invited XRP purchasers to |
| 13 | 11:49:44 | 12 | Swell? |
| 14 | 11:49:48 | 13 | A. I don't know -- well, Ripple has invited |
| 15 | 11:49:52 | 14 | XRP community members to Swell. I am unsure, you |
| 16 | 11:49:58 | 15 | know, what they've built around XRP or the Ledger. |
| 17 | 11:50:03 | 16 | I mean, they -- my point being is I don't -- you |
| 18 | 11:50:07 | 17 | know, inquiring about XRP purchases is not something |
| 19 | 11:50:10 | 18 | we really did related to our Swell guest list, so I |
| 20 | 11:50:17 | 19 | don't -- I don't know, I guess is the better answer. |
| 21 | 11:50:37 | 20 | Q. Okay. Going back to your early years at |
| 22 | 11:50:45 | 21 | Ripple, at around the time that you started to work |
| 23 | 11:50:47 | 22 | at Ripple, did anyone at Ripple explain to you how |
| 24 | 11:50:50 | 23 | Ripple planned to make money? |
| 25 | 11:50:56 | 24 | A. In the -- when I joined Ripple, we were |
| 26 | 11:51:02 | 25 | exploring different use cases for the XRP Ledger and |

```
 1                        CONFIDENTIAL
 2   11:51:08  1   XRP.  The idea was the products that we build around
 3   11:51:12  2   that would be how we'd build the business and create
 4   11:51:14  3   revenue.
 5   11:51:14  4       Q.   How did you learn the information you just
 6   11:51:17  5   described?
 7   11:51:21  6       A.   Through, you know, early days
 8   11:51:23  7   conversations with -- with Chris Larsen, with the
 9   11:51:26  8   other employees.  It was a very small team, so, you
10   11:51:29  9   know, we were really working together to figure out
11   11:51:32  10  the use cases.
12   11:51:33  11      Q.   Did you have an understanding that part of
13   11:51:34  12  Ripple's revenue would be XRP sales?
14   11:51:40  13           MR. CERESNEY:  In those early years?
15   11:51:42  14           MR. SYLVESTER:  Agreed.
16   11:51:42  15           THE WITNESS:  I don't know.  I don't know
17   11:51:43  16  if I did.  I can't recall.
18   11:51:44  17  BY MR. SYLVESTER:
19   11:51:44  18      Q.   Okay.  Let's look at an exhibit.
20   11:52:06  19           So we're looking at an exhibit that's been
21   11:52:08  20  premarked ML1.  It's an email from Chris Larsen to
22   11:52:12  21  you and another on the cc line, dated
23   11:52:14  22  September 3rd, 2013.
24   11:52:19  23           Ms. Long, have you seen this email before
25   11:52:21  24  today?
26   11:52:22  25      A.   No, not that I can recall.
```

121

CONFIDENTIAL

11:52:26  1    Q.   Okay.  Is that your email address,

11:52:28  2    ██████████ripple.com?

11:52:31  3    A.   Yes.

11:52:31  4    Q.   Okay.  Is there any reason to believe that

11:52:33  5    you did not receive this email?

11:52:34  6    A.   No.

11:52:35  7    Q.   Okay.  Turning to the second page of the

11:52:41  8    document, which is where the attachments start, do

11:52:43  9    you see on that second page where it says "Opencoin

11:52:46  10   Inc."?

11:52:47  11   A.   Yes.

11:52:48  12   Q.   What is Opencoin Inc.?

11:52:50  13   A.   Opencoin Inc. was the name of the company.

11:52:56  14   Q.   What company?

11:52:58  15   A.   Of Ripple, the company I work for.

11:53:02  16   Q.   Ripple used to be called Opencoin Inc.?

11:53:06  17   A.   Yes.

11:53:11  18   Q.   Okay.  Looking now at the first and second

11:53:13  19   pages of the document which you appear to have open

11:53:15  20   in front of you, do you recall seeing this document

11:53:18  21   before?

11:53:18  22        MR. CERESNEY:  You can take a moment if

11:53:19  23   you'd like to look through the document.

11:53:21  24        MR. SYLVESTER:  Absolutely.

11:53:28  25        PHONE PARTICIPANT:  Which document are we

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:53:29 | 1 | looking at at this moment? |
| 3 | 11:53:32 | 2 | MR. SYLVESTER:  Exhibit 1. |
| 4 | 11:53:34 | 3 | MR. CERESNEY:  1A is the cover, and 1B is |
| 5 | 11:53:37 | 4 | the attachment. |
| 6 | 11:54:34 | 5 | BY MR. SYLVESTER: |
| 7 | 11:54:34 | 6 | Q.   Just for the record, Ms. Long, you're |
| 8 | 11:54:36 | 7 | grimacing at the page.  Are you having a hard time |
| 9 | 11:54:39 | 8 | reading this? |
| 10 | 11:54:40 | 9 | A.   It's really hard to read this. |
| 11 | 11:54:43 | 10 | Q.   Is this document seeming familiar at all? |
| 12 | 11:54:45 | 11 | MR. CERESNEY:  She's still looking at it, |
| 13 | 11:54:49 | 12 | I think. |
| 14 | 11:54:49 | 13 | THE WITNESS:  Yeah.  Not -- no, not |
| 15 | 11:54:52 | 14 | ringing much of a bell right now. |
| 16 | 11:54:55 | 15 | BY MR. SYLVESTER: |
| 17 | 11:54:55 | 16 | Q.   Okay.  Pulling back from the document, let |
| 18 | 11:54:57 | 17 | me ask a general question. |
| 19 | 11:54:58 | 18 | Do you remember Mr. Larsen sending you |
| 20 | 11:55:01 | 19 | materials describing the company around the time you |
| 21 | 11:55:04 | 20 | started? |
| 22 | 11:55:05 | 21 | A.   I don't -- I don't remember specifically, |
| 23 | 11:55:08 | 22 | but it would -- yeah.  It makes sense.  But I don't |
| 24 | 11:55:14 | 23 | remember specifically. |
| 25 | 11:55:19 | 24 | Q.   Okay.  Let's turn to -- I'm going to ask |
| 26 | 11:55:24 | 25 | you if you remember a specific page.  If you don't, |

123

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:55:26 | 1 | we can move on. |
| 3 | 11:55:28 | 2 | Let's turn to the page that's Bates |
| 4 | 11:55:32 | 3 | stamped at the bottom ending 98251. |
| 5 | 11:55:36 | 4 | Do you see the Bates stamps at the bottom? |
| 6 | 11:55:40 | 5 | A.   Yes, I do.  I'm still -- sorry, just |
| 7 | 11:55:43 | 6 | taking a look through the pages. |
| 8 | 11:55:51 | 7 | Q.   Yeah, I think we've established you don't |
| 9 | 11:55:52 | 8 | have a general recollection of the document.  I'm |
| 10 | 11:55:54 | 9 | comfortable with that if that's your testimony, and |
| 11 | 11:55:57 | 10 | we can just ask about this one specific page? |
| 12 | 11:56:00 | 11 | MR. CERESNEY:  Yeah.  Although if you're |
| 13 | 11:56:01 | 12 | going to ask about a specific page, then I just want |
| 14 | 11:56:04 | 13 | to make sure she has an opportunity to look through |
| 15 | 11:56:06 | 14 | the document, because there may be other things in |
| 16 | 11:56:09 | 15 | the document that are responsive to your question. |
| 17 | 11:56:11 | 16 | So I don't know how you want to do it. |
| 18 | 11:56:13 | 17 | MR. SYLVESTER:  Let me -- let me go to the |
| 19 | 11:56:14 | 18 | page, and then I'm going to ask if her understanding |
| 20 | 11:56:17 | 19 | at the time was consistent with the words on that |
| 21 | 11:56:19 | 20 | page. |
| 22 | 11:56:22 | 21 | MR. CERESNEY:  Okay. |
| 23 | 11:56:22 | 22 | THE WITNESS:  Okay. |
| 24 | 11:56:23 | 23 | BY MR. SYLVESTER: |
| 25 | 11:56:24 | 24 | Q.   So we're going to 98251? |
| 26 | 11:56:27 | 25 | MR. CERESNEY:  And he'll ask the question. |

124

CONFIDENTIAL

| | | |
|---|---|---|
| 2 | 11:56:30 | 1 | THE WITNESS: I can look back? |
| 3 | 11:56:31 | 2 | MR. CERESNEY: If you need to look back to |
| 4 | 11:56:33 | 3 | answer the question, you certainly can. |
| 5 | 11:56:34 | 4 | THE WITNESS: Will do. Okay. |
| 6 | 11:56:35 | 5 | BY MR. SYLVESTER: |
| 7 | 11:56:36 | 6 | Q. Okay. So this page says: |
| 8 | 11:56:38 | 7 | "Business model value of the |
| 9 | 11:56:39 | 8 | Ripple currency." |
| 10 | 11:56:41 | 9 | Do you see that? |
| 11 | 11:56:42 | 10 | A. Mh-hmm, I do. |
| 12 | 11:56:43 | 11 | Q. Do you have an understanding of what's |
| 13 | 11:56:44 | 12 | being referred to by "the Ripple currency"? |
| 14 | 11:56:50 | 13 | A. I do. |
| 15 | 11:56:51 | 14 | Q. What's that? |
| 16 | 11:56:55 | 15 | A. XRP. |
| 17 | 11:56:56 | 16 | Q. Okay. The first bullet says: |
| 18 | 11:56:59 | 17 | "Opencoin's business model is |
| 19 | 11:57:01 | 18 | based on the success of XRP." |
| 20 | 11:57:03 | 19 | The two sub bullets say: |
| 21 | 11:57:05 | 20 | "Owns 25 percent of XRP |
| 22 | 11:57:06 | 21 | created. And will occasionally |
| 23 | 11:57:08 | 22 | sell XRP to fund itself." |
| 24 | 11:57:10 | 23 | So my question is just, when you joined |
| 25 | 11:57:12 | 24 | the company, are those statements consistent with |
| 26 | 11:57:14 | 25 | what you learned from Mr. Larsen or others? |

125

1                              CONFIDENTIAL

2   11:57:17   1        A.   I don't recall this.

3   11:57:18   2        Q.   Okay.  You don't recall this page.  I

4   11:57:20   3   appreciate that.

5   11:57:20   4             But are the statements on this page

6   11:57:22   5   consistent with what you learned from Mr. Larsen or

7   11:57:24   6   others?

8   11:57:25   7        A.   I also don't -- I don't recall those

9   11:57:27   8   statements being consistent with what I learned from

10  11:57:29   9   Mr. Larsen or others.

11  11:57:30   10       Q.   At the beginning of your tenure with

12  11:57:32   11  Ripple, did you have an understanding of how much --

13  11:57:35   12  how many units of XRP Ripple intended to retain?

14  11:57:42   13       A.   I don't --

15  11:57:43   14            MR. CERESNEY:  Just objection.  Form.

16  11:57:45   15  Intended to retain at the start of Ripple?  Intended

17  11:57:51   16  to retain throughout the life of Ripple?

18  11:57:53   17  BY MR. SYLVESTER:

19  11:57:54   18       Q.   Let me ask a better question.

20  11:57:56   19            Did you have -- did you have an

21  11:57:57   20  understanding of Ripple's plan of distribution of

22  11:58:00   21  XRP?

23  11:58:01   22            MR. CERESNEY:  Objection.  Foundation.

24  11:58:02   23  But ...

25  11:58:09   24            THE WITNESS:  I had a -- I had a general

26  11:58:12   25  understanding.

1                              CONFIDENTIAL

2   11:58:13   1   BY MR. SYLVESTER:

3   11:58:13   2       Q.   What was your general understanding?

4   11:58:15   3       A.   That Ripple intended to distribute XRP to

5   11:58:22   4   developers and -- yeah.

6   11:58:26   5       Q.   Again, in this 2013 time frame, did you

7   11:58:28   6   have any understanding that Ripple planned to sell

8   11:58:32   7   XRP?

9   11:58:32   8       A.   Not that I recall, no.

10  11:58:35   9       Q.   In that case, was it your understanding

11  11:58:37   10  that Ripple was planning not to sell XRP?

12  11:58:45   11      A.   My recollection is I wasn't thinking about

13  11:58:47   12  it.

14  11:58:51   13      Q.   Did anyone ever discuss the topic of

15  11:58:54   14  Ripple's sales of XRP with you in that 2013 time

16  11:58:57   15  frame?

17  11:58:58   16      A.   Not that I recall.

18  11:58:59   17      Q.   Okay.  Let's move on.  Can we move to

19  11:59:04   18  Exhibit 4, please.

20  11:59:09   19          Actually, before we start with Exhibit 4,

21  11:59:12   20  let me just ask you a general question.

22  11:59:14   21          Did -- in 2013 or 2014, did Ripple engage

23  11:59:17   22  in XRP giveaways?

24  11:59:21   23      A.   Yes.

25  11:59:21   24      Q.   What's an XRP giveaway?

26  11:59:26   25      A.   It just means giving -- freely giving away

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 11:59:31 | 1 | XRP to others outside of Ripple. |
| 3 | 11:59:34 | 2 | Q. Do you know about how much Ripple gave |
| 4 | 11:59:36 | 3 | away in that '13-'14 period? |
| 5 | 11:59:40 | 4 | A. I don't. |
| 6 | 11:59:40 | 5 | Q. What was the purpose of those giveaways? |
| 7 | 11:59:42 | 6 | A. To distribute the currency for use. |
| 8 | 11:59:46 | 7 | Q. And why was that something that Ripple |
| 9 | 11:59:48 | 8 | decided to do? |
| 10 | 11:59:55 | 9 | A. I don't -- I don't remember. That was -- |
| 11 | 11:59:56 | 10 | that was a decision made before I joined. |
| 12 | 12:00:01 | 11 | Q. Did you -- as the marketing person at |
| 13 | 12:00:03 | 12 | Ripple, did you have any role in messaging XRP |
| 14 | 12:00:06 | 13 | giveaways? |
| 15 | 12:00:09 | 14 | A. Yes. |
| 16 | 12:00:09 | 15 | Q. What was that role? |
| 17 | 12:00:10 | 16 | A. To form a communication about upcoming |
| 18 | 12:00:15 | 17 | giveaways. That was the main role. |
| 19 | 12:00:22 | 18 | I remember also providing support, you |
| 20 | 12:00:28 | 19 | know, like customer -- or not -- ticket support is |
| 21 | 12:00:31 | 20 | the better way to put it. |
| 22 | 12:00:35 | 21 | For example, I remember there was a |
| 23 | 12:00:37 | 22 | developer giveaway. And if a developer had |
| 24 | 12:00:39 | 23 | questions about how to receive the giveaway and |
| 25 | 12:00:41 | 24 | whatnot, I was managing those tickets. |
| 26 | 12:00:43 | 25 | Q. In the XRP giveaway program, did Ripple |

| | | | |
|---|---|---|---|
| 1 | | | CONFIDENTIAL |
| 2 | 12:00:46 | 1 | distribute XRP to individuals other than developers? |
| 3 | 12:00:53 | 2 | A.   I don't recall specifically. |
| 4 | 12:00:55 | 3 | Q.   Were there specific individuals that |
| 5 | 12:01:00 | 4 | Ripple tried to target for the XRP giveaways? |
| 6 | 12:01:05 | 5 | A.   I don't recall. |
| 7 | 12:01:09 | 6 | Q.   Do you have an understanding of what, if |
| 8 | 12:01:10 | 7 | anything, recipients of XRP from the giveaways did |
| 9 | 12:01:15 | 8 | with the XRP that they received? |
| 10 | 12:01:17 | 9 | A.   I don't -- |
| 11 | 12:01:18 | 10 | MR. CERESNEY:  Objection.  Form. |
| 12 | 12:01:19 | 11 | THE WITNESS:  I don't know. |
| 13 | 12:01:19 | 12 | BY MR. SYLVESTER: |
| 14 | 12:01:19 | 13 | Q.   In that 2013 time frame, other than hold |
| 15 | 12:01:23 | 14 | the XRP or sell the XRP, what could a recipient have |
| 16 | 12:01:27 | 15 | done with it? |
| 17 | 12:01:28 | 16 | MR. CERESNEY:  Objection.  Form. |
| 18 | 12:01:34 | 17 | THE WITNESS:  They could have used it |
| 19 | 12:01:36 | 18 | within the -- using the decentralized exchange as a |
| 20 | 12:01:42 | 19 | payment network, so trading it for other currencies |
| 21 | 12:01:46 | 20 | that were in the decentralized exchange and sending |
| 22 | 12:01:50 | 21 | friends or family money that way. |
| 23 | 12:01:52 | 22 | BY MR. SYLVESTER: |
| 24 | 12:01:52 | 23 | Q.   On the XRP Ledger? |
| 25 | 12:01:54 | 24 | A.   Yeah.  Yes. |
| 26 | 12:01:55 | 25 | Q.   Did that happen? |

129

| 1 | | | CONFIDENTIAL |
|---|---|---|---|

```
 2    12:01:58   1        A.   My -- my recollection is, yes, that was a
 3    12:02:02   2    use case.
 4    12:02:03   3        Q.   I understand it's a use case, but do you
 5    12:02:05   4    know if it happened?
 6    12:02:06   5        A.   As in -- yes.  Yes, my recollection is
 7    12:02:10   6    that that was something people would do.
 8    12:02:13   7        Q.   I understand.
 9    12:02:14   8             MR. SYLVESTER:  Let's move to Exhibit 4
10    12:02:15   9    now.
11    12:02:26  10             (Whereupon, Deposition Exhibit 4
12    12:02:26  11              was marked for identification.)
13    12:02:27  12    BY MR. SYLVESTER:
14    12:02:28  13        Q.   Okay.  Looking at Exhibit ML4, which is a
15    12:02:33  14    April 30th, 2014, email from you, Ms. Long, to
16    12:02:38  15    Phil Rapoport and others.  And it's a -- as you can
17    12:02:41  16    answer, a thread of emails.
18    12:02:43  17        A.   Mh-hmm.
19    12:02:46  18        Q.   My question is about the email from
20    12:02:48  19    Mr. Rapoport right below yours.  In the middle
21    12:02:52  20    paragraph, Mr. Rapoport writes:
22    12:02:55  21                 "I suspect that most Ripple
23    12:02:57  22                 users are currently depositing
24    12:02:58  23                 money, buying XRP, then waiting for
25    12:03:02  24                 the price to rise."
26    12:03:03  25             MR. CERESNEY:  You should read the
```

130

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 2 | 12:03:04 | 1 | document in full before you answer. |
| 3 | 12:03:09 | 2 | BY MR. SYLVESTER: |
| 4 | 12:03:09 | 3 | Q. Well, I'll start with do you recall |
| 5 | 12:03:11 | 4 | receiving this email? |
| 6 | 12:03:12 | 5 | A. No. |
| 7 | 12:03:16 | 6 | Q. At that time, in 2014, do you think |
| 8 | 12:03:19 | 7 | Mr. Rapoport's statement about what most Ripple |
| 9 | 12:03:22 | 8 | users were doing was accurate? |
| 10 | 12:03:27 | 9 | MR. CERESNEY: Hold on. |
| 11 | 12:03:27 | 10 | Before you answer, take a look at the |
| 12 | 12:03:29 | 11 | email. |
| 13 | 12:05:12 | 12 | THE WITNESS: Okay. |
| 14 | 12:05:14 | 13 | BY MR. SYLVESTER: |
| 15 | 12:05:14 | 14 | Q. Okay. So Mr. Rapoport wrote: |
| 16 | 12:05:18 | 15 | "I suspect that most Ripple |
| 17 | 12:05:19 | 16 | users are currently depositing |
| 18 | 12:05:20 | 17 | money, buying XRP, then waiting |
| 19 | 12:05:22 | 18 | for the price to rise." |
| 20 | 12:05:24 | 19 | My question was in 2014, do you think |
| 21 | 12:05:26 | 20 | that's an accurate statement? |
| 22 | 12:05:28 | 21 | A. I don't know. |
| 23 | 12:05:30 | 22 | Q. At the time that you received this email, |
| 24 | 12:05:31 | 23 | did you think it was an accurate statement? |
| 25 | 12:05:34 | 24 | A. I don't recall. |
| 26 | 12:05:36 | 25 | Q. Were you aware of any efforts for -- of |

[6/17/2021] Long, Monica Dep. Tr. 6.17.2021