



















































[6/17/2021] Long, Monica Dep. Tr. 6.17.2021