# PX 20

1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                   Plaintiff,         )
6                                     ) Case No.
              vs.                     ) 20-civ-10832(AT)(SN)
7                                     )
     RIPPLE LABS, INC., BRADLEY       )
8    GARLINGHOUSE, AND CHRISTIAN      )
     LARSEN,                          )
9                                     )
                   Defendants.        )
10   _____)

11

12

13

14                   CONFIDENTIAL

15          VIDEOTAPED DEPOSITION OF

16                   MIGUEL VIAS

17            Monday, June 28, 2021

18

19

20

21

22

23

     Reported by:
24   JEFFREY BENZ, RMR, CRR
     STENOGRAPHIC REPORTER
25   JOB No. 210628JBE

2

1

2

3

4          VIDEOTAPED DEPOSITION of MIGUEL VIAS, taken by

5     Plaintiff, at the offices of Debevois & Plimpton, 919

6     Third Avenue, New York, New York, on June 28, 2021,

7     commencing at 9:04 a.m., before Jeffrey Benz, a

8     Certified Realtime Reporter, Registered Merit Reporter

9     and Notary Public within and for the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1    A P P E A R A N C E S:

 2

      FOR THE PLAINTIFF:
 3
          SECURITIES AND EXCHANGE COMMISSION
 4        200 Vesey Street, Suite 400
          New York, New York  10281-1022
 5        BY:   DAPHNA WAXMAN, ESQ.
                JORGE G. TENREIRO, ESQ.
 6              MARK SYLVESTER, ESQ.
          Telephone: 212.336.0153
 7        Email: waxmand@sec.gov
                 tenreiroj@sec.gov
 8               sylvesterm@sec.gov

 9

10    FOR DEFENDANT RIPPLE LABS:

11        DEBEVOISE & PLIMPTON LLP
          919 Third Avenue
12        New York, New York    10022
          BY:   JENNIFER R. COWAN, ESQ.
13              JOY GUO, ESQ.
                JOSHUA PICKAR, ESQ.
14        Telephone: 212.909.7445
          Email: jrcowan@debevoise.com
15               jguo@debevoise.com
                 jbpickar@debevoise.com
16

17    FOR DEFENDANT BRADLEY GARLINGHOUSE:

18        CLEARY GOTTLIEB STEEN & HAMILTON LLP
          2112 Pennsylvania Avenue, NW
19        Washington, D.C.  20037
          BY:   NOWELL BAMBERGER, ESQ.
20        Telephone: 202.974.1752
          Email: nbamberger@cgsh.com
21                   -and-
          One Liberty Plaza
22        New York, New York  10006
          BY:   SAMUEL LEVANDER, ESQ.
23              slevander@cgsh.com

24

25
```

4

```
1    A P P E A R A N C E S: (Ctd.)

2

3    FOR DEFENDANT CHRISTIAN A. LARSEN:

4         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          1285 Avenue of the Americas
5         New York, New York   10019-6064
          BY:   SARAH J. PROSTKO, ESQ.
6         Telephone: 212.373.2491
          Email: sprostko@paulweiss.com

7

8

9    FOR THE WITNESS:

10        KAPLAN HECKER & FINK LLP
          350 Fifth Avenue, Suite 7110
11        New York, New York   10118
          BY:   JUSTIN R. HORTON, ESQ.
12              SEAN HECKER, ESQ.
          Telephone: 929.367.4578
13        Email: jhorton@kaplanhecker.com
                 shecker@kaplanhecker.com

14

15   ALSO PRESENT:

16        ███████████████      In-house Counsel, Ripple Labs

17        MATT TURSI, Videographer

18

19   ZOOM PARTICIPANTS:

20        BENJAMIN HANAUER, ESQ., Securities and Exchange
     Commission
21
          LADAN F. STEWART, ESQ., Securities and Exchange
22   Commission

23        NICOLE FORBES, Paralegal, Securities and Exchange
     Commission
24
          ANNA R. GRESSEL, ESQ., Debevoise & Plimpton LLP
25
```

5

```
 1    A P P E A R A N C E S: (Ctd.)

 2


 3        ROBIN LINSENMAYER, ESQ,  Paul, Weiss, Rifkind, Wharton
      & Garrison LLP
 4
          EMILY M. GLAVIN, ESQ., Paul, Weiss, Rifkind, Wharton &
 5    Garrison LLP

 6        BETHAN JONES, ESQ., Kellogg, Hansen, Todd, Figel &
      Frederick
 7
          BRADLEY OPPENHEIMER, ESQ., Kellogg, Hansen, Todd, Figel
 8    & Frederick

 9        JACKIE M. BRUNE, ESQ., Cleary Gottlieb Steen & Hamilton
      LLP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

6

```
 1                         INDEX

 2    WITNESS:           EXAMINATION              PAGE

 3    MIGUEL VIAS

 4                     BY MS. WAXMAN            10

 5

 6                        EXHIBITS

 7    NUMBER          DESCRIPTION              PAGE

 8    Exhibit 1    Email chain re: Touching    23
                   Base, Bates Stamp Number
 9                 0353551

10    Exhibit 2    Email re: XRP Sales         69
                   Program, Bates 0763300
11
      Exhibit 4    Email re: 2t off, 6t on,    256
12                 Bates GSR0017343

13    Exhibit 8    Email re: Ripple XRP        79
                   Contact Form, Bates 0623221
14
      Exhibit 10   Email re: Get XRP with 0%   99
15                 Fees, Bates 0353152

16    Exhibit 11   Forwarded email re: Hola!,  151
                   Bates Stamp 0763288
17
      Exhibit 12   Email re: Hola!, Bates      153
18                 0360469

19    Exhibit 15   Post from XRP Chat dated    124
                   February 26, 2017
20
      Exhibit 18   Email exchange beginning    113
21                 with Bates 0542677

22    Exhibit 19   Email re: XRP - Customer    215
                   Interviews, Bates 0461976
23                 through -1979

24    Exhibit 21   Email re: Ripple Media      141
                   Tracking 3.24.17, Bates
25                 0461956 to -59
```

[6/28/2021] Vias, Miguel Dep. Tr. 6.28.2021

| | | |
|---|---|---|
| 1 | Exhibit 24 | Email re: Commitment on XRP for ▮▮▮▮▮▮▮▮▮▮, Bates ▮▮▮▮057043 | 144 |
| 3 | Exhibit 25 | Email re: ▮▮▮▮ Bates Stamp Numbers 0511391 through -392 | 146 |
| 5 | Exhibit 29 | Email re: XRP Team Discussion - ICOs: Securities and Commodities Analysis, Bates 0083483 | 193 |
| 7 | Exhibit 31 | Email re: Q1 2017 XRP Markets Report, Bates Number 0199787 | 33 |
| 9 | Exhibit 32 | Email from ▮▮▮▮▮▮ ▮▮▮▮▮▮ to Miguel Vias, Bates 0093354 | 198 |
| 11 | Exhibit 37 | Email re: Comp Discussion, Bates-Stamp Number 0070410 | 108 |
| 13 | Exhibit 38 | Slack messages, Bates 0302509 to -10 | 201 |
| 14 | Exhibit 40 | Email re: XRP Markets Update, Bates 0032680 to -81 | 158 |
| 16 | Exhibit 48 | Email re: OTC vs. Market, Bates 0763250 | 71 |
| 18 | Exhibit 50 | Email from Mr. Vias to ▮▮▮▮▮▮▮▮▮ re: Call Notes: ▮▮▮▮▮▮▮ Bates 0762086 | 166 |
| 20 | Exhibit 51 | Email exchange re: Ready to Publish the XRP Markets Reports Tomorrow, Bates 0351547 through -548 | 190 |
| 23 | Exhibit 58 | Email chain re: Quick Thoughts on XRP Sequencing, Bates 0048430 through -433 | 169 |

8

Exhibit 67   Email exchange re: Great to   210
             See You, Bates 0199245
             through -250

Exhibit 71   Email exchange re:           251
             Increasing Retail Support
             of XRP, Bates 0371769
             through -771

Exhibit 72   Email exchange re: XRP       180
             Markets Roles, Bates
             0376177 through -178

Exhibit 88   Email exchange re:           226
             Application - for Your
             Review and Signature, Bates
             0034575

Exhibit 89   Bittrex xRapid Partnership   233
             Agreement, Bates Stamps
             0158997 through 059004

Exhibit 90   Bittrex xRapid Partnership   235
             Agreement, Bates Stamps
             0158397 through -404

Exhibit 91   Email exchange re: Need      237
             Help ASAP -
             Bates        0028696 through
             -697

Exhibit 115 Thread from XRP Chat          119

Exhibit 116 XRP Chat dated August 2017    128

Exhibit 117 Document titled How We Talk   223
            about XRP, Bates 0624330
            through -332

Exhibit 118 Email from                     80

Exhibit 119 Email from Mr. Vias, re:      134
            XRP's Recent Performance,
            Bates 0353469

1          THE VIDEOGRAPHER:  We are on record, and

2     the time is approximately 9:04 a.m. in the Eastern

3     time zone.  Today's date is June 28, 2021.  This is

4     the video deposition of Miguel Vias in a matter of

5     Securities and Exchange Commission versus Ripple

6     Labs, Inc., et al., Number 10832, in the

7     U.S. District Court for the Southern District of New

8     York.

9          My name is Matt Tursi, legal videographer

10    with Gradillas Court Reporting.  Today we are at the

11    office of Debevoise & Plimpton, located at 919 Third

12    Avenue, New York, New York 10022.

13         Will counsel please identify yourself and

14    state whom you represent.

15         THE COURT REPORTER:  Do we really want to

16    do that?

17         THE VIDEOGRAPHER:  Everyone's okay with not

18    doing that?  So we will skip that for today.

19         The court reporter is Jeff Benz with

20    Gradillas Court Reporting.  Will you please swear in

21    the witness?

22    MIGUEL VIAS,

23         called as a witness, having been first

24         duly sworn by Jeffrey Benz, a Notary

25         Public within and for the State of New

1          York, was examined and testified as

2          follows:

3     EXAMINATION BY MS. WAXMAN:

4          Q.   Please state and spell your name for the

5     record.

6          A.   Miguel Vias, M-I-G-U-E-L V-I-A-S.

7          Q.   Good morning, Mr. Vias.  My name is Daphna

8     Waxman, and I represent the SEC, which is the

9     plaintiff in this lawsuit.  You provided testimony to

10    the SEC in the investigation that preceded this

11    lawsuit?

12         A.   Yes.

13         Q.   Have you been deposed or have you provided

14    testimony in a legal proceeding since then?

15         A.   No.

16         Q.   How many preparations sessions did you have

17    for today's deposition?

18         A.   Three or four.

19         Q.   If you had to estimate how much time you

20    spent preparing for today's deposition, how many

21    hours would be in total?

22         A.   Somewhere between 10 and 50.

23         Q.   And who was present at those meetings,

24    those prep sessions?

25         A.   At some, it was Sean and Justin, my

```
 1    counsel.  And at some, Debevoise joined as well.

 2         Q.   Did counsel for any of the individual

 3    defendants attend?

 4         A.   No.

 5         Q.   Do you understand that one of the issues in

 6    this lawsuit is whether XRP is a security and subject

 7    to SEC jurisdiction?

 8         A.   Yes.

 9         Q.   Are you aware of anyone affiliated with the

10    SEC communicating to Ripple that XRP is not a

11    security?

12              MS. COWAN:  I'm sorry, before we get into

13    substance, can I put two things on the record?

14              MS. WAXMAN:  Yes.  Thank you.

15              MS. COWAN:  First, we are designating the

16    transcript of the deposition and the video of the

17    deposition as confidential under the protective

18    order.  And second, per stipulation, an objection by

19    any lawyer will signify an objection that is

20    preserved for all, with respect to all the

21    defendants.

22              MS. WAXMAN:  Sure.

23              Can the court reporter please repeat the

24    question.

25              (The record was read back.)
```

1     A.   No.

2     Q.   Are you aware of anyone affiliated with the

3  SEC communicating to Ripple that Ripple sales of XRP

4  are not securities transactions?

5     A.   No.

6     Q.   Throughout your tenure at Ripple, you were

7  aware that there was a risk that Ripple's sales of

8  XRP could be deemed sales of securities.

9          MR. HORTON:  Objection to form.

10     A.   Throughout, no.  I wouldn't say from the

11  very beginning.

12     Q.   At some point, you were aware that Ripple's

13  sales of XRP could be deemed sales of securities?

14     A.   Yes.

15     Q.   At what point?

16     A.   It's hard to say definitively, but --

17  probably sometime in early 2018.

18     Q.   Okay.  And what prompted that?

19     A.   There was -- or rumors of a Coinbase

20  listing, in late 2017 or early 2018.  And then if I

21  remember correctly, Coinbase came out and said they

22  weren't going to list XRP.  And then there was a ton

23  of chatter online as to that being because XRP wasn't

24  a security.  It was the first time that really came

25  to light for me.

13

1    Q.   Were others aware that there was a -- were

2    others at Ripple aware that there was a risk of

3    Ripple sales of XRP could be deemed sales of

4    securities?

5         MR. HORTON:  Objection to form.

6    A.   I assume so.

7    Q.   You did have conversations with others

8    about the potential risk of Ripple sales of XRP could

9    be deemed sales of securities?

10        MS. COWAN:  I'm going to instruct the

11   witness to just answer yes or no at this point.

12   A.   Okay.

13   Q.   Well, did you have any conversation with

14   non-attorneys about the risk that Ripple sales of XRP

15   could be deemed sales of securities?

16   A.   Yes.

17   Q.   And when did you have those conversations?

18   A.   Oh, I won't remember.

19   Q.   In 2017, did you have those conversations?

20   A.   Unlikely.

21   Q.   In 2018, did you have those conversations?

22   A.   More likely, yeah.

23   Q.   Did those conversations occur in the

24   context of the Coinbase application, to list XRP?

25   A.   I don't remember.

1       Q.   You've worked in finance for over 15 years?

2       A.   Yes.

3       Q.   Those conversations that you had with

4  people at Ripple, about the risk of Ripple sales of

5  XRP could be deemed sales of securities, who were

6  those conversations with?

7       A.   I won't remember specifics.

8       Q.   Did you have a conversation with Chris

9  Larsen about the potential risk that Ripple sales of

10  XRP could be deemed sales of securitization?

11      A.   I don't remember.

12      Q.   Did you have a conversation with

13  Mr. Garlinghouse about the risk that Ripple sales of

14  XRP could be sales of securities?

15      A.   Not that I remember, no.

16      Q.   Who did you speak with at Ripple about the

17  risk that Ripple sales of XRP could be deemed sales

18  of securities?

19      A.   The folks that I remember most clearly

20  discussing this with would have ████████, who is

21  a lawyer for the company.

22      Q.   Okay.  I don't want to -- don't tell me any

23  conversations that you had with lawyers, but that's

24  fine if you tell me the names of lawyers, but I don't

25  want to --

15

 1      A.   Okay.

 2      Q.   -- don't tell me the substance of those

 3  conversations.

 4      A.   Okay. █████████████████████████

 5           I'm trying to remember if there's anybody

 6  on the markets team.

 7           I don't remember any particular

 8  conversations with other -- with other people.

 9      Q.   Those three individuals that you just

10  named, ████████████████████████      are they

11  Ripple's lawyers?

12      A.   Two of them are; one of them was.

13      Q.   And did you have conversations with these

14  individuals in 2018?

15      A.   Yes.

16      Q.   You've worked as a professional trader for

17  over 15 years?

18      A.   No.

19      Q.   Do you have any experience trading?

20      A.   I do.

21      Q.   What is your experience?

22      A.   I was a trader -- I started my career as

23  a -- precious metals trader, in 2000.  And I did that

24  on and off until about 2012.  It's about 12 years.

25      Q.   Did you run a training desk as a precious

```
 1    metals trader?

 2         A.   I never ran the desk.

 3         Q.   Are you familiar with a trading desk?

 4         A.   Yes.

 5         Q.   Okay.  And for those people who are not

 6    familiar with the term, what is a "trading desk"?

 7         A.   So a trading desk is where either banks,

 8    or -- hedge funds, traders, will trade.  It's where

 9    the -- the traders sit, and -- I'm sorry, could you

10    rephrase that question, Daphna?  I mean, I'm

11    struggling.

12         Q.   Sure.  If someone is not familiar with the

13    term trader -- "trading desk," how would you explain

14    the function of a trading desk?

15         A.   The function.  Sorry.  I'm --

16              So the job entails you're making markets

17    for customers; in precious metals, in this case.  Or

18    proprietarily trading a capital of the company,

19    whether it's a bank or hedge fund, in order to make

20    money.

21         Q.   So trading for customers, what sorts of

22    customers could it be?

23         A.   My customers tended to be hedge funds or

24    precious metals multipliers.

25         Q.   And if you trade on a proprietary basis,
```

1  who are you trading for?

2      A.   The entity, the company.

3      Q.   Where do you currently work?

4      MS. PROSTKO:  Excuse me.  Sorry to

5  interrupt, but we're having some problem with the

6  Zoom audio.  Is there any way you can adjust the

7  mikes, or volume?

8      MS. FORBES:  The audio is cutting in and

9  out, so we're not able to hear the witness or Daphna.

10 We're only getting about 50 percent.

11     (Discussion off the record.)

12     MS. WAXMAN:  Let's start over.

13     Q.   Where could you currently work?

14     A.   I recently started at a company called

15 ██████████

16     Q.   And when did you begin with your employment

17 with ████

18     A.   I signed the contract last week.

19     Q.   And what is ██████

20     A.   ████ is a technology company that provides

21 a platform for video game developers to integrate

22 watchings into the video games.

23     THE COURT REPORTER:  I'm sorry, to

24 integrate what?

25     THE WITNESS:  Watchings.

```
 1        Q.   And what is your title with ████?

 2        A.   VP of growth.

 3        Q.   And what are your responsibilities?

 4        A.   It's not 100 percent clear yet.

 5        Q.   Does ████ have a relationship to Ripple?

 6             MR. HORTON:  Objection to form.

 7        A.   Yes.

 8        Q.   What is the relationship?

 9        A.   As I understand it, Ripple had a

10   partnership with ████ which became in 2018.  I

11   don't know the specifics around -- exactly what the

12   partnership entails, but I know that there is some

13   sort of a partnership.

14        Q.   Did Ripple provide ████ with XRP in

15   connection with the partnership?

16        A.   I believe so.

17        Q.   And did XR -- did ████ use that XRP to

18   fund its operations?

19             MR. HORTON:  Objection to form.

20        A.   I don't know.

21        Q.   What did ████ do with the XRP?

22             MR. HORTON:  Objection to form.

23        A.   I'm not 100 percent clear on what they did

24   with XRP.

25        Q.   How does ████ fund its operations today?
```

1      A.   As I understand it, the company is

2  venture-backed.

3      Q.   Where did you work before signing on with

4  █?

5      A.   Immediately before ███ I wasn't working

6  anywhere.

7      Q.   What was your employment before ███?

8  Where did you work?

9      A.   I worked with a company called ███

10      Q.   And when did you start there?

11      A.   August of 2020.

12      Q.   What is that company?

13      A.   ███ is a platform for secondary shares,

14  trading.

15      Q.   And what was your title?

16      A.   CO.

17      Q.   And what were your responsibilities?

18      A.   Primarily, I was there to -- to -- you

19  know, inject operational structure into the company,

20  figure out reporting lines, goal setting, just kind

21  of part of the operational edifice, if you will, of

22  the company.

23      Q.   Did your responsibilities involve trading

24  or selling digital assets?

25      A.   No.

1      Q.  Did -- did the company have any

2  relationship to Ripple?

3          MR. HORTON:  Objection to form.

4      A.  No.

5          MS. WAXMAN:  Can everyone hear me on the

6  Zoom?

7          THE VIDEOGRAPHER:  It's still cutting in

8  and out, from what I am hearing.  Mostly it's a

9  little better, but is this the Zoom computer over

10  here?

11          MR. HORTON:  Off the record, please.

12          THE VIDEOGRAPHER:  Yeah.  Going off the

13  record at 9:18 a.m. Eastern.

14          (Discussion off the record.)

15          THE VIDEOGRAPHER:  We are back on the

16  record at 9:26 a.m.

17      Q.  Mr. Vias, I just want to clarify something

18  that you said earlier about Coinbase.

19          So following rumors of a Coinbase listing,

20  Coinbase said they weren't going to list XRP because

21  it was a security?

22          MR. HORTON:  Objection to form.

23      A.  No.

24          If I remember correctly, I think it was in

25  January of 2018, in order to quell the rumors that

1   were going around online Coinbase said they were not

2   listing XRP.  And then there was a ton of chatter

3   online and assumptions, suppositions, however, that

4   it was because XRP might be a security.

5       Q.   Did Coinbase not list XRP because they were

6   concerned that it was a security?

7            MR. HORTON:  Objection to form.

8       A.   Coinbase ended up listing XRP.

9       Q.   And at the time that these rumors were

10  circulated, was there concern by Coinbase that XRP

11  could be deemed a security?

12           MR. HORTON:  Objection to form.

13      A.   I don't know.

14      Q.   You joined Ripple in November 2016?

15      A.   Yes.

16      Q.   When you were hired, did anyone tell you

17  what you will be tasked to do, in relation to XRP?

18           MS. COWAN:  Objection.

19      A.   So when I joined, the role -- the way it

20  was explained to me at the time, was in charge of

21  building out the liquidity ecosystem for XRP.

22      Q.   What does that mean, to build out the

23  liquidity ecosystem?

24      A.   So at the time -- at the time that broadly

25  meant make XRP more liquid, however we could.  And it

1    wasn't 100 percent clear when I joined sort of how we

2    were going to do that, but that was the task.

3        Q.   Was the task to increase demand for XRP?

4        A.   No.

5        Q.   Was the task to maximize Ripple's proceeds

6    from its XRP sales?

7        A.   No.

8        Q.   Was the task to increase the number of

9    market participants that trade in XRP?

10       A.   I wouldn't say that was an -- a -- like a

11   line item in the job description.  But as a

12   consequence of growing liquidity, I think the

13   assumption is you have to increase the number of

14   people who are participating in the market in order

15   to grow the liquidity.

16       Q.   Why didn't Ripple want you to maximize

17   procedures from XRP sales?

18           MR. HORTON:  Objection to form.

19       A.   It wasn't part of the job description.

20   That wasn't my role when I started.

21           MS. WAXMAN:  Exhibit 1.

22           MR. TENREIRO:  Nicole, you can hear us?

23   We're doing Exhibit 1.

24           (Email chain re: Touching Base, Bates Stamp

25       Number 0353551 was marked MV Exhibit 1 for

1    identification, as of this date.)

2         MS. FORBES:  Exhibit 1, correct?

3         MR. TENREIRO:  Do you have Josh's email,

4    Nicole?

5         MS. FORBES:  No.

6         (Discussion off the record.)

7         MR. TENREIRO:  Okay.  She has it.

8         Q.   Mr. Vias, I'm showing you what has been

9    previously marked as Exhibit 1, which has the Bates

10   Stamp Number 0353551.  Please take a moment to take a

11   look at it, let me know when you're done.

12        (Witness reviewing document.)

13        A.   Okay.

14        Q.   I know you're not on this email, but the

15   email -- what does the email talk about?

16        MR. HORTON:  Objection to -- to form.  Do

17   you want to direct him to a particular part of it?

18        MS. WAXMAN:  Sure.

19        Q.   At the bottom of the email -- the email is

20   from Patrick Griffin to Chris Larsen.

21        Who is Patrick Griffin?

22        A.   Patrick Griffin -- at the time, I think he

23   was VP of business development.  I think that was his

24   title.

25        Q.   And who was Chris Larsen?

24

1       A.   The executive chairman at Ripple.

2       Q.   And before you accepted your offer at

3    Ripple, did you talk with Patrick about the role?

4       A.   I did.

5       Q.   And at the bottom of Exhibit 1, he lists

6    certain priorities for your role.  Did he communicate

7    any of these things to you?

8       A.   I don't remember.

9       Q.   Did he tell you part of the role was to

10   maximize proceeds from XRP?

11      A.   I don't remember.

12      Q.   Did he tell you part of the role was to

13   manage market maker relationships?

14      A.   I -- I don't remember.

15      Q.   Did he tell you part of the role was to

16   make XRP liquid and build trading interest in XRP?

17      A.   That is what I remember being the crux of

18   the role.

19      Q.   And at the time that you had that -- at the

20   time that you started with Ripple, was the XRP market

21   liquid?

22           MS. COWAN:  Objection.

23      A.   At the time, if I remember correctly, XRP

24   was trading about $2 million a day, maybe on four

25   exchanges, maybe five.

25

1            So there was some liquidity.

2     Q.   But it was very small?

3         MR. HORTON:  Objection to form.

4     A.   In comparison to traditional markets, yes.

5     Q.   Where could you buy, sell, or trade XRP at

6  the time?

7         MR. HORTON:  Objection to form.

8     A.   I don't remember the exchanges.

9     Q.   Could you trade XRP off ledger?

10    A.   Yes.

11    Q.   And on how many exchanges?

12    A.   I think it was -- somewhere between four

13  and six.

14    Q.   And could you trade XRP on the ledger?

15    A.   Yes.

16    Q.   Was that the primary way people traded XRP?

17        MR. HORTON:  Objection to form.

18    A.   I think the volume at the time was 50/50,

19  on protocol/off protocol.

20    Q.   And when you say "on protocol," you're

21  talking about trading on the ledger?

22    A.   On the ledger.

23    Q.   And "off protocol," you're talking about

24  trading on digital asset trading platforms?

25    A.   Correct.

```
 1        Q.   Were those platforms in the United States?

 2             MR. HORTON:  Objection to form.

 3        A.   I think most weren't.

 4        Q.   At the time?

 5        A.   At the time, yes.

 6        Q.   And we're talking about when you first

 7   started at --

 8        A.   November '16.

 9        Q.   What was XRP's price when you first

10   started?

11        A.   I believe it was 6/10 of a penny.

12        Q.   What were the spreads like?

13             MR. HORTON:  Objection to form.

14        A.   I don't remember.

15        Q.   Wide?

16             MR. HORTON:  Objection.

17        A.   I don't remember.

18        Q.   Were there market makers making markets in

19   XRP at the time?

20        A.   Yes.

21        Q.   Did Ripple pay those market makers to make

22   a market in XRP?

23             MR. HORTON:  Objection to form.

24        A.   So I don't -- so -- we -- Ripple, when I

25   joined, was paying market makers mostly for liquidity
```

1    on the protocol.  But I -- I don't know if there were

2    other market makers that were also providing

3    liquidity that had nothing to do with Ripple.

4        Q.   To your knowledge, you didn't know of any

5    other market makers that were making markets in XRP,

6    other than the ones Ripple was paying?

7            MR. HORTON:  Objection.  Form.

8        A.   I don't remember, no.  I don't think so.

9        Q.   People who were buying and selling XRP at

10   the time, they were mostly speculators?

11           MR. HORTON:  Objection to form.

12       A.   I don't know.

13       Q.   Did Ripple sell any product that used XRP

14   when you joined in November 2016?

15       A.   No.

16       Q.   You said that Ripple paid market makers to

17   make markets on the XRP ledger at the time you

18   joined.

19           What was the role of those market makers?

20       A.   As I understand it, it was -- we are

21   talking about things that predated my joining.  But

22   the way I understand it is they were being paid to

23   provide liquidity on the protocol.  So bid and

24   offers, bids and offers on the protocols so people

25   could trade.

28

1    Q.   Did those relationships continue once you

2    joined Ripple?

3    A.   The relationship with market makers

4    continued, yes.

5    Q.   And the purpose of those relationships was

6    to create liquidity on the ledger for XRP?

7    A.   It changed.  So we -- the -- the on-ledger

8    protocol liquidity didn't seem to be doing much for

9    overall liquidity.  So when I joined, we made the

10   decision to stop the on -- the on-ledger liquidity

11   programs.

12   Q.   Okay.  And how long were you with Ripple

13   when you made that decision?

14   A.   It was within the first six months.

15   Q.   So just focusing on the -- the contracts

16   with market makers to make markets on ledger, you

17   wanted more liquidity for speculating -- speculative

18   trading on the ledger, right?

19        MR. HORTON:  Objection to form.

20   A.   I did not.

21   Q.   Did -- Ripple wanted more speculative

22   trading on the ledger?

23        MR. HORTON:  Objection to form.

24   A.   I -- hard for me to speak for Ripple,

25   but --

1    Q.    You were head of the XRP markets, right?

2    A.    I was.

3    Q.    Okay.

4          Ripple -- did Ripple want more speculative

5    trading of XRP on the XRP ledger?

6          MR. HORTON:  Objection to form.

7    A.    Can I give a little context?

8    Q.    Sure.

9    A.    So in March of 2017, I sit down with

10   product, and we decide that the best way to build a

11   remittance product is using the exchanges.

12          What had happened on the protocol before

13   was a version of what ended up being xRapid.  So the

14   same $5 -- you know, buy XRP using dollars, send it

15   to a Mexican exchange, sell it there for pesos, and

16   then deliver out, which ended up being xRapid ODL.

17   That was what had been tried on the protocol.

18          And the way I understand it, when I joined,

19   there were still some kind of product ideas that

20   would go back to that.  And -- that's why we wanted

21   the protocol to remain active, because the idea was

22   eventually we would build products for it directly.

23          I didn't think that was making a lot of

24   sense.  There was liquidity on the digital currency

25   exchanges.  What we needed for the remittance product

1    was liquidity.  Continuing to focus on the protocol

2    made -- just didn't seem to make a lot of sense.

3         Q.   Was speculative XRP trading volume a

4    prerequisite for using XRP for cross-border payments?

5              MR. HORTON:  Objection to form.

6         A.   No.  It is not a prerequisite.

7         Q.   What is -- okay.  Was it needed in order

8    for XRP to be adopted for cross-border payments?

9              MR. HORTON:  Objection to form.

10        A.   So what was needed for XRP to be adopted

11   for cross-border payments is very liquid markets.

12   Speculation is a part of every liquid market that I

13   know of.  So are market makers, and so are -- so is

14   commercial flow.

15             So if you -- if you look at -- as an

16   example, if you look at the gold market versus the FX

17   market, the gold market has the same speculators that

18   live in FX, it has the same market makers that live

19   in FX, but it doesn't have any commercial flow.  So

20   nobody's buying and selling gold to hedge out the

21   existing risks.  So that -- that commercial flow is

22   what ends up getting you the biggest markets in the

23   world.  You can have big markets without that.

24             In the case of XRP, it's the same thing.

25   Like the idea is, okay, we need to bring in these

 1    buckets of liquidity.  The last one being that

 2    commercial flow that is enabled by xRapid.  So you

 3    need to bring in speculative trading, certainly.

 4    That usually is the first piece that comes in.  Then

 5    market makers follow because they see an opportunity

 6    to make money.  And then you bring in the commercial

 7    flow.  It's not -- it's more art than science, but

 8    that's roughly the sequencing.

 9         Q.   So speculative trading was something that

10    Ripple focused on, early on, in the company's

11    history?

12              MS. COWAN:  Objection.

13         A.   So, again, I -- I started in November of

14    '16.  What I understand in terms of the -- the

15    liquidity programs, was really around market makers,

16    and making sure that the protocol was viable for

17    trading on, in order to be traded on.  If there's no

18    liquidity on the protocol, nobody's going to bother.

19              So it's hard for me to speak to about --

20    you know, to the point of, like, what the company was

21    doing early, early on with respect to speculation.

22    What I saw was really more an attempt to bring in the

23    market makers first in order to then point to

24    something that was alive, if you will.

25         Q.   And what was the purpose of bringing in the

1    market makers?

2          MS. COWAN:  Objection.

3       A.   So, again, I think to just kind of think of

4    that sequencing, and maybe the -- maybe the

5    sequencing wasn't perfect, but you bring in -- you

6    bring in the market makers.  That does hopefully pull

7    in some speculative trading because there's markets

8    now to speculate on.  And then you pull down the

9    commercial flow at the end.

10       Q.   When you say "commercial flow," what do you

11    mean?

12       A.   So that would be, that would be -- a

13    typical xRapid flow is an example.  So I -- at

14    maturity, if xRapid is at scale being used by -- by

15    commerce, by companies, what you should have is a ton

16    of bidirectional flow through books.  In the case of

17    the protocol, the company got -- you know, maybe we

18    could do it on the protocol, but it ended we went

19    off -- off ledger.

20       Q.   Did this bidirectional flow ever come into

21    existence?

22          MS. COWAN:  Objection.

23       A.   Not while I was at the company.

24       Q.   And when did xRapid gain -- start being

25    used by entities?

```
 1              MR. HORTON:  Objection to form.

 2        A.   If I remember correctly, we started to move

 3   pilots in early 2018.

 4        Q.   Was there any significant volume in xRapid

 5   prior to Ripple's agreement with MoneyGram?

 6              MR. HORTON:  Objection.

 7        A.   I don't remember.

 8        Q.   So prior to 2018, all of the trading that

 9   Ripple supported was in connection with building

10   liquidity and speculative trading?

11              MR. HORTON:  Objection to form.

12        A.   So it was building liquidity.  So bringing

13   in those two -- those first two pillars of liquid

14   markets, the market makers and then -- and then

15   speculative.

16        Q.   And speculative trading is a part of

17   liquidity, getting -- creating liquidity, correct?

18        A.   Speculative trading is, I think, a part of

19   any healthy market.

20              MS. WAXMAN:  Exhibit 31, please.

21              MR. TENREIRO:  31, Nicole.

22              (Email re: Q1 2017 XRP Markets Report,

23         Bates Number 0199787, was marked MV Exhibit 31

24         for identification, as of this date.)

25        Q.   Mr. Vias, I'm showing you what's been
```

1    marked as Exhibit 31, which has the Bates

2    Number 0199787.

3              Did Ripple begin to publish XRP markets

4    report -- oh, tell me when you're finished.

5         A.   No, no, I -- just --

6              (Witness reviewing document.)

7         A.   Okay.

8         Q.   Did Ripple begin to publish XRP market

9    reports in early 2017?

10        A.   Yes.

11        Q.   Did you author those reports?

12        A.   I was one of the authors, yes.

13        Q.   Are -- is Exhibit 31 comments on a draft

14   report?

15        A.   I think so, yes.

16        Q.   In the middle of the page, it says, Miguel

17   Vias.  Are these your comments to draft language in

18   the XRP market reports?

19        A.   Yes.

20        Q.   You write, "Liquidity means being able to

21   put on a position as well as being able to get out.

22   You can't speculate without either."

23        A.   Uh-huh.

24        Q.   So liquidity is needed for speculative

25   trading in XRP?

35

```
 1                MS. COWAN:  Objection.
 2        A.   In everything.  You can't speculate in
 3   something if it's not liquid.
 4        Q.   Who did you report to in 2016?
 5        A.   Patrick Griffin.
 6        Q.   And did that change over time?
 7        A.   It did.
 8        Q.   And when did that change?
 9        A.   Late '17.  Either November or December.  I
10   can't remember exactly.
11        Q.   Who did you report to then?
12        A.   Ron Will.
13        Q.   Who did you report to after Ron Will?
14        A.   ███████████
15        Q.   Who did you report to after that?
16        A.   ██████████████.
17        Q.   Did you report to anyone else while you
18   were at Ripple?
19        A.   I don't think so.
20        Q.   Did anyone report to you?
21        A.   Yes.
22        Q.   Who reported to you?
23        A.   Throughout my whole -- time?
24        Q.   Sure.  Why don't you tell me when you first
25   started in 2016, in November 2016.  Did anyone report
```

1   to you?

2        A.   When I first started, ████████ reported

3   to me.

4        Q.   Did anyone else report to you?

5        A.   Not that I remember, no.

6        Q.   Later on, in 2017, did anyone report to

7   you?

8        A.   In 2017, Dinuka Samarasinghe reported to

9   me.

10       Q.   Anyone else?

11       A.   I can't remember if it was in 2017, but

12   shortly thereafter ████████ joined the team

13   and she reported to me as well.

14       Q.   And did anyone else report to you?

15       A.   Yes.  I'm going to forget exactly when

16   these folks joined so I'm going to say the names as I

17   remember them.

18   ████████████████████████████████████

19   ████

20       I'm blanking on ████ last name, in

21   Singapore.

22       Bad form for a boss.

23       MS. COWAN:  I'm sorry, I can't hear you.

24       A.   I said I'm blanking on ████ last name,

25   in Singapore, which is bad form for a boss.

1      Q.   It's been a while.

2      A.   It has, and he doesn't keep in touch.

3      Q.   He deserves it.

4           Anyone else?

5      A.   I think those were my direct -- there are

6  other people on the team, but I think those are the

7  people that directed -- that reported directly to me.

8      Q.   Okay.  And what was ███████████ role?

9      A.   ████████ -- her primary role was market

10 maker relationships and bringing in new ones.  She

11 also -- she had -- she was -- soft relationship

12 manager with the exchanges.  And -- like -- you know,

13 almost eyes and ears in terms of what was happening

14 out in the marketplace.

15          I would say she was the conduit to much of

16 what was happening in the liquidity ecosystem, from a

17 relationship perspective.

18     Q.   Did she communicate with buyers of XRP,

19 people who bought XRP from Ripple?

20     A.   I -- I believe so, a few times, yes.

21     Q.   Was that part of her role?

22     A.   I don't remember if it was explicit.

23     Q.   What was ███████████ role?

24     A.   ██████ was responsible for payment processor

25 relationships and partnerships.

38

1      Q.   What was ████████████ role?

2      A.   Similar.

3      Q.   What about ████████ role?

4      A.   ████ was -- he was -- for lack of a better

5 word, he was our quantitative resource on the desk.

6      Q.   Can you please explain what his job

7 responsibilities were.

8      A.   So ████ was the bridge between our team and

9 data.  So much of what the markets team did required

10 a good understanding of markets, what was happening,

11 that -- that required data.  And we were having

12 trouble getting the data out of data team.  We hired

13 ████ to do some of that, supplement some of the data

14 team's responsibilities.  So he would ingest data and

15 then analyze it for us, and put it in a kind of human

16 digestible form.

17      Q.   Did you collect data related to XRP?

18      A.   Yes.

19      Q.   Daily?

20      A.   I think so.

21      Q.   What specific data did you collect on a

22 daily basis?

23      A.   The -- the volume, I think -- we were

24 aiming toward tracking spreads, particularly in

25 xRapid corridors.

1       Q.   Prior to -- in 2016, and 2017 --

2       MR. HORTON:  Can you let him finish his

3  answers before you ask the next question?

4       Q.   Sorry.

5       A.   That's okay.  I'm sure it's a great

6  question.

7       Q.   You never know.

8       A.   Yeah, I mean ██████ joined -- I want to say

9  ██████ joined in late '17 -- or early '18, actually.

10  We were already in the new office.  So when ██████

11  joined, a lot of it was around market intelligence.

12  Primarily for xRapid.

13       Q.   Prior to ██████ joining, did the XRP markets

14  team monitor the XRP trading market?

15       MR. HORTON:  Objection to form.

16       A.   We tried.

17       Q.   What do you mean "we tried"?

18       A.   I don't think we were doing a very good

19  job.  That's why we hired ██████.

20       Q.   But you monitored it?

21       A.   As best we could.

22       Q.   Did the XRP markets team provide daily

23  commentary to leadership regarding the XRP markets?

24       MR. HORTON:  Objection to form.

25       A.   I think for a while.  Yeah.  And mostly in

1    2017, if I remember correctly.

2         Q.   Daily emails regarding changes in price and

3    volume?

4         A.   I can't remember the cadence.

5         Q.   Was it important for you in your job to

6    following the XRP trading market?

7         A.   Yes.

8         Q.   And did you follow it every day?

9         A.   Yes.

10        Q.   Did you follow it throughout the day?

11        A.   Yes.

12        Q.   And what were you looking for?

13        A.   Looking at volume and price.  Those were

14   the two inputs.

15        Q.   And how would you use the information?

16        A.   You know, on a day-to-day basis, it's

17   not -- it's not kind of strategic observations.

18   You're more looking for anomalies.  Is anything odd

19   going on?  Is there anything out the ordinary going

20   on?

21            Over time, you -- you try to -- I mean,

22   you're monitoring to see if the markets are getting

23   healthier, more liquid, more exchanges.  You know,

24   certainly the -- you know, is XRP tracking the

25   market.  That -- those are the -- the considerations,

1    things we were looking for.

2        Q.   Were you responsible for Ripple sales of

3    XRP?

4           MS. COWAN:  Objection.

5        A.   So I was -- I wouldn't say I was

6    responsible for them.  I was -- as part of the -- as

7    part of my responsibilities, I was in charge of

8    putting together the presentation, that we would

9    present every Friday, I think we spoke about last

10    time.

11          And making a recommendation, based on some

12    of the modeling that we were doing, as to how much we

13    should be selling.

14        Q.   So you used the data that you collected to

15    make recommendations regarding Ripple's XRP sales?

16          MR. HORTON:  Objection to form.

17        A.   That data was an input, yeah.

18        Q.   And did you use the data to adjust the

19    level of Ripple's XRP sales?

20          MR. HORTON:  Objection to form.

21        A.   Some -- some of the data, yeah.

22        Q.   While you were at Ripple, Ripple sold XRP

23    to fund operations?

24          MR. HORTON:  Objection to form.

25        A.   Yes.

42

```
 1        Q.   Ripple sold XRP in order to create a
 2    trading market for XRP?
 3             MR. HORTON:  Objection to form.
 4        A.   No.
 5        Q.   The sales of -- Ripple sales of XRP didn't
 6    help facilitate a trading market for XRP?
 7             MR. HORTON:  Objection to form.
 8        A.   I have never thought of our sales in that
 9    way, no.
10        Q.   How did you think of the sales?
11        A.   As a standalone activity.
12        Q.   Other than using XRP sales to fund
13    operations, did Ripple's XRP sales serve any other
14    purpose?
15        A.   Not that I know of, no.
16        Q.   Ripple, either directly or indirectly, sold
17    XRP to retail and institutional investors?
18             MR. HORTON:  Objection to form.
19        A.   I assume so.  I don't think we knew -- as I
20    said, it was indirect, so I'm not sure who was
21    buying.
22        Q.   Ripple directly sold to institutional
23    investors?
24        A.   Yes.
25        Q.   And indirectly sold to retail investors on
```

1    platforms?

2              MR. HORTON:  Objection to form.

3         A.   I'm assuming there were retail investors on

4    the platform.

5         Q.   Ripple sold the XRP at times at a discount

6    to market price?

7              MS. COWAN:  Objection.

8         A.   To the institutional -- when we sold

9    directly to the institutional folks.

10        Q.   And these XRP purchasers were purchasing

11   XRP for investment purposes?

12             MR. HORTON:  Objection to form.

13        Q.   You can answer the question.

14        A.   Thank you.

15             I -- you know, I -- investment speculation,

16   I -- it -- for me, it's -- yes.

17        Q.   Did Ripple place any sales restrictions on

18   the XRP it sold?

19             MS. COWAN:  Objection.

20        A.   At times, yes.

21        Q.   Okay.  And these restrictions were put into

22   place in order to manage XRP in the market?

23             MR. HORTON:  Objection to form.

24        A.   I'm sorry, repeat that.

25        Q.   These restrictions were put into place in