1  order to manage XRP supply in the market?

2        MR. HORTON:  Sorry.  Same objection.

3     A.   I -- so the -- the -- the restrictions

4  predate me, so -- the impetus for them, I'm not sure.

5     Q.   When you were at Ripple, did OTC sales

6  include sales restrictions, resale restrictions?

7     A.   Lockup periods, sometimes, not always.

8     Q.   So those lockups were put in place to

9  manage XRP's supply in the market?

10        MR. HORTON:  Objection to form.

11     A.   There was an interplay between the -- the

12  restrictions and the discounts.  So I think if --

13  without discounts, there were -- there were no

14  restrictions.

15     Q.   Were the restrictions meant to mitigate any

16  downward price pressure from sales of XRP?

17        MR. HORTON:  Objection to form.

18     A.   That's not way I thought of them.  I think

19  the primary reason, I think, to have those

20  restrictions was to not immediately monetize the

21  discount.  So that's the way --

22     Q.   So not to immediately sell the XRP into the

23  market?

24     A.   Right.

25     Q.   Did the restrictions include a restriction

1   on the amount of XRP that could be sold on a daily

2   basis?

3       A.   I don't remember.

4       Q.   While you were at Ripple, did Ripple

5   generate any non-XRP sales revenue?

6            MR. HORTON:  Objection to form.

7       A.   I believe so.

8       Q.   How did that revenue compare to revenue

9   from XRP sales revenues?

10      A.   I think it was much smaller.

11      Q.   Sales of XRP on -- Ripple sold XRP

12  programmatically on digital asset trading platforms?

13      A.   Yes.

14      Q.   They used third-party market makers to

15  execute those sales?

16           MS. COWAN:  Objection.

17      A.   Yes.

18      Q.   Those were sales to retail investors?

19           MS. COWAN:  Objection.

20      A.   I said before, I -- we were selling on

21  exchanges through the market makers.  I'm assuming

22  that they were retail investors or traders on as

23  well.

24      Q.   And those were -- trading in XRP on those

25  platforms was primarily for speculation?

46

1          MR. HORTON:  Objection to form.

2     A.   I assume so.

3     Q.   And who were the names of the market makers

4  that Ripple contracted with?

5     A.   ██████████  GSR.  And then -- they had

6  various names; I think the last name was

7  ██████████████

8     Q.   Ripple also sold XRP over the counter to

9  hedge funds, market makers, and wealthy individuals?

10          MR. HORTON:  Objection to form.

11     A.   Yes.

12     Q.   Ripple sold the XRP directly through its

13  XRP II entity?

14     A.   Yes.

15     Q.   Some of those OTC customers who purchased

16  XRP directly from Ripple were purchasing on behalf of

17  their own customers who wanted exposure for XRP?

18          MR. HORTON:  Objection to form.

19     A.   So the -- the over-the-counter brokers were

20  facilitating purchases for their clients.

21     Q.   So they were acting as dealers?

22          MR. HORTON:  Objection to form.

23          MS. WAXMAN:  Strike that.

24     Q.   Customers who purchased XRP directly from

25  Ripple were purchasing for speculation?

1          MR. HORTON:  Objection to form.

2     A.    I assume so.

3     Q.    For investment purposes?

4          MR. HORTON:  Objection to form.  Calls for

5   speculation.

6     A.    I don't know.

7     Q.    Did you -- did OTC customers purchase at a

8   discount?

9     A.    Some.

10     Q.    Did any OTC customers plan to use the XRP

11   in any -- in connection with any Ripple product?

12          MR. HORTON:  Objection to form.

13     A.    Not that I know of.

14     Q.    Did you ever place restrictions on the --

15   on how these customers could use the XRP?

16          MS. COWAN:  Objection.

17     A.    Outside of the sales restrictions, no.

18     Q.    OTC purchasers were purchasing either

19   through a master purchase agreement, a commit-to-sell

20   agreement, or a loan-to-purchase agreement?

21          MR. HORTON:  Objection to form.

22     A.    Those all sound familiar.

23     Q.    Is there a difference between the

24   commit-to-sell agreement and the loan-to-purchase

25   agreement?

48

```
 1           A.   I can't remember the exact difference.

 2           Q.   Why did Ripple sell XRP over the counter?

 3           A.   So we discussed the -- the sales to the

 4      brokers.  In particular, I thought that was very

 5      important in order to develop the over-the-counter

 6      market.  When I began at Ripple, there was no

 7      over-the-counter market for XRP.  So facilitating

 8      that -- that activity was helpful.  There was no

 9      exchanges.

10              So when folks wanted to -- and at the time

11      I mentioned it was 6/10 of a penny, so not many

12      people wanted to sell it down there.  So when -- when

13      brokers -- in order for brokers to be able to offer

14      liquidity in XRP at all, they had to have somewhere

15      to buy it themselves.  And they didn't have it, so

16      those over-the-counter sales took brokers who were

17      really important, I think, in developing that

18      over-the-counter market.

19              I think the other sales were in a similar

20      vein.  There was no over-the-counter market, and --

21      you know, Ripple was providing that until that

22      over-the-counter market developed.

23           Q.   Did over-the-counter sales increase the

24      potential pool of XRP buyers?

25           A.   I think so.
```

1      Q.   Did it allow for wider distribution of

2   Ripple's XRP?

3           MS. COWAN:  Objection.

4      A.   That's interesting.  I don't -- because OTC

5   purchases tend to be bigger.  I -- I think, you know,

6   if -- literally, yes, because, you know, we're --

7   before Ripple was the only one holding, you know, I

8   would say one XRP.  And now you move that over to

9   somebody else and now there's two entities that hold

10  it so there's more distribution.  But at the same

11  time, it's probably the most concentrated way to

12  distribute XRP, through over the counter.

13     Q.   Even though it was the most concentrated,

14  it did allow for wider distribution.  Right?

15          MR. HORTON:  Objection to form.

16     A.   It got in more hands.

17     Q.   Did the -- did a robust OTC market reflect

18  traders confidence in XRP?

19          MR. HORTON:  Objection to form.

20     A.   No.

21     Q.   Why not?

22          MR. HORTON:  Same objection.

23     A.   I mean, I just don't think of a robust OTC

24  market as having anything to do with someone's

25  confidence in whatever is being traded in that

50

1    over-the-counter market.

2        Q.   Did a robust OTC market have any impact on

3    speculative XRP trading?

4            MR. HORTON:  Objection to form.

5        A.   So kind of a -- a broad idea, with respect

6    to the OTC initiative, was that eventually, as the

7    market becomes more liquid we can slowly remove --

8    Ripple can remove itself from this kind of

9    over-the-counter facilitation, which a software

10   company, I thought, should not be in the middle of.

11           So that, you know, over time, you have the

12   exchanges, and then you have the over-the-counter

13   market.  And those two will interplay.  So folks

14   will -- the over-the-counter brokers will off lay

15   risk onto the exchanges.  So I think -- the

16   over-the-counter markets are a really important part

17   of a healthy liquidity pool.

18       Q.   Did over-the-counter sales from Ripple

19   increase XRP liquidity?

20       A.   I think, eventually, it was helpful.

21       Q.   And did it increase speculative trading in

22   XRP?

23           MR. HORTON:  Objection to form.

24       A.   I think so.

25       Q.   You said that Ripple's primary business was

51

1    selling XRP, not software sales.

2              MS. COWAN:  Objection.

3              MR. HORTON:  Objection.

4        A.   I didn't say that.

5              I didn't say that.  I said that the

6    sales -- the non-XRP sales were smaller than the XRP

7    sales.

8        Q.   What was the --

9        A.   By the way, selling an asset is not a

10   business.

11             They don't give you much of a multiple when

12   you go IPO, on selling a diminishing asset.  That's

13   not a business.

14       Q.   What was Ripple's business?

15       A.   Enterprise software sales, and that was the

16   goal.

17       Q.   Did it make any money from selling software

18   sales?

19             MR. HORTON:  Objection to form.

20       A.   As I said before, I think it made some.

21       Q.   How much?

22       A.   I don't know.

23       Q.   What was the difference between the amount

24   of money it made selling software and the amount of

25   money it made selling XRP?

52

```
1              MR. HORTON:  Objection to form.

2         Q.   Ten to one?

3              MR. HORTON:  Objection.

4         A.   Maybe more.  I don't know.  Twenty to one?

5    I don't know.

6         Q.   What do you mean "selling a diminishing

7    asset is not a business"?  What does that mean?

8         A.   I think it's pretty clear.  We all know

9    what a business is, right.

10        Q.   And which asset are you talking about?

11        A.   XRP.

12        Q.   And why was it diminishing?

13        A.   There's a limited amount.

14             You can't make more of it.

15        Q.   Did Ripple publicly state that it would

16   engage in efforts to increase the demand for XRP?

17             MR. HORTON:  Objection to form.

18        A.   I don't think so.  I don't know.

19        Q.   Did Ripple publicly state that it would

20   work to develop a use case for XRP?

21             MR. HORTON:  Objection to form.

22        A.   Yes.

23        Q.   Did Ripple publicly state that it would

24   seek to get XRP adopted by banks for cross-border

25   payments?
```

1          MR. HORTON:  Objection to form.

2      A.    I think so.

3      Q.    And during what time period did Ripple

4  publicly state that?

5          MR. HORTON:  Objection to form.

6      A.    I don't remember exactly.

7      Q.    When you joined Ripple in November --

8          MR. HORTON:  Sorry.  Would this be a good

9  place for a break?  We've been going for about an

10 hour and 15.

11         MS. WAXMAN:  Just a couple more minutes.  I

12 just want to finish this line of questioning.

13     Q.    Going back to the OTC sales, did OTC sales

14 have an impact on XRP price?

15         MS. COWAN:  Objection.

16     A.    I don't know.

17     Q.    Did you track OTC sales?

18     A.    Yes.

19     Q.    And why did you track OTC sales?

20     A.    I don't remember there being an explicit

21 reason.  I felt like it was something that was just

22 expected of us, the markets team.

23         MS. WAXMAN:  Let's go off the record.

24         THE VIDEOGRAPHER:  Going off the record at

25 10:17 a.m. Eastern.

54

```
 1                  (A recess was taken from 10:17 to 10:37.)

 2                  THE VIDEOGRAPHER:  We are back on the

 3       record at 10:37 a.m. Eastern.

 4            Q.    Mr. Vias, during your tenure at Ripple, did

 5       you have regular contact with Chris Larsen?

 6                  MS. COWAN:  Objection.

 7            A.    Infrequent.

 8            Q.    When did you have contact with him?

 9            A.    Early on.  It was more frequent.  Probably

10       about once a month, maybe.

11            Q.    And for what reason would you meet with

12       him?

13            A.    I'm sorry, was the question contact or

14       meeting?

15            Q.    Either.

16            A.    And I asked because I would run into him in

17       the hall.  Or if I was in San Francisco, he was

18       around more in the beginning of my tenure there.  So

19       there was contact that was less formal, if you will.

20                  And then, meetings, you know, I didn't

21       really have one-on-one meetings with Chris.

22            Q.    Did he regularly attend certain meetings

23       that you were present at?

24            A.    Yes.

25            Q.    And what meetings?
```

```
 1              Which meetings?
 2       A.    The -- the Friday XRP sales meeting.
 3       Q.    And any other meetings that he regularly
 4   attended that you were present at?
 5       A.    Not that I remember.
 6       Q.    And did you keep Mr. Larsen apprised of
 7   what the XRP markets team was doing?
 8       A.    No.
 9       Q.    Outside of those weekly sales meetings, did
10   you keep him apprised of what the markets team was
11   doing?
12       A.    Not really, no.
13       Q.    Did you need him to either approve or
14   endorse anything that the XRP team markets team did?
15              MR. HORTON:  Objection to form.
16       A.    No.
17       Q.    And soon after you started at Ripple, did
18   Mr. Larsen step down as CEO?
19       A.    Before I joined.
20       Q.    Before you joined.  So during your tenure,
21   what was his role with the company?
22       A.    Executive chairman.
23       Q.    And Brad Garlinghouse was CEO when you
24   joined?
25       A.    Yes.
```

1      Q.   And did you have regular contact with him?

2      A.   Yes.

3      Q.   And when I say "contact," I'm talking about

4   for work-related purposes, not, you know, passing him

5   in the hallway.

6           When did you have contact with him?

7      A.   Couple times a week, on email.

8      Q.   Did you need to keep him apprised of what

9   the XRP markets team was doing?

10          MR. BAMBERGER:  Objection.

11     A.   No.

12     Q.   Why would you email him?

13     A.   Oh, he might be on an email string, or he

14   might email us, you know, the markets team or the BD

15   team.  It wasn't always just Brad and me on an email.

16     Q.   Did he regularly attend meetings that you

17   were present at?

18     A.   The Friday meeting.

19     Q.   Any other meetings?

20     A.   No.

21     Q.   And when you say "the Friday meeting," are

22   you talking about the weekly XRP sales and markets

23   meetings?

24     A.   Yes.

25     Q.   Other than Brad and Chris, were others

1    present at that meeting?

2         A.   Yes.

3         Q.   Who else?

4         A.   It changed over time.  Patrick attended

5    those while he was at the company and part of the BD

6    team.

7              Ron, ▆▆▆▆

8              ▆▆▆▆▆▆▆▆ at times.

9              I think ▆▆▆▆ and ▆▆ a few times, but

10   that wasn't as regular.

11        Q.   Mr. Larsen attended those meetings while he

12   was chairman of the board?

13        A.   Yes.

14             MS. PROSTKO:  Objection.

15        Q.   What was his role in those meetings?

16        A.   He was mostly a listener.  He didn't --

17   wasn't a ton of participation by Chris in those

18   meetings.

19        Q.   When he participated, what was his

20   participation?

21        A.   He might ask a question or two, but I don't

22   exactly remember.

23        Q.   During those meetings, did you make

24   recommendations as to Ripple's XRP sales targets?

25        A.   Yes.

58

```
1        Q.   Did Mr. Larsen make any decisions about

2    Ripple's sales targets?

3             MS. PROSTKO:  Objection.

4        A.   Not explicitly.  No.

5        Q.   Could you explain what you mean?

6        A.   So, in that room, it always felt like Brad

7    was really the kind of the final decision-maker if we

8    were going to make a change.  We proposed something,

9    some discussion, and then a decision was made.  The

10   decision was made by the team, but you really

11   couldn't get that without Brad okaying it.

12            I just don't remember Chris being a real

13   active part of that decision-making process.  But

14   Chris was Brad's boss.  So -- certainly -- it -- it

15   feels like if Chris had had a problem with one of the

16   recommendations, and Brad said yes, but Chris didn't

17   want that, I'm guessing Brad would have had to have

18   gotten the approval from Chris.  I don't know.

19       Q.   Would Brad act -- do something that Chris

20   didn't endorse?

21            MR. HORTON:  Objection to form.

22            MS. PROSTKO:  Objection.

23       A.   I don't know.

24       Q.   So Brad was the final decision-maker

25   regarding Ripple's XRP sales targets?
```

1          MR. HORTON:  Objection to form.

2     A.   I don't know.

3     Q.   You just said that Brad made the final

4  decisions at the weekly meetings.

5          MS. COWAN:  Objection.

6          MR. HORTON:  Objection.  I don't think

7  that's his testimony.

8     A.   I also said that if Chris had really felt

9  strongly about it one way or the other, I don't think

10  Brad would have just plowed ahead, because his boss

11  was on the phone.

12    Q.   Got it.

13         What were Ripple's sales targets based on?

14         MS. COWAN:  Objection.

15    A.   Sorry, could -- are we -- are you talking

16  about the percentage?  Which target?

17    Q.   Ripple sold XRP into the market.  How did

18  it determine how much it would sell?

19    A.   So we would look at overall volume, and

20  then settle on a percentage of daily volume to sell

21  on the exchanges.

22    Q.   That percentage, was -- that was based on

23  the company's operational needs?

24         MR. HORTON:  Objection to form.

25    A.   That's not -- not -- the market's team, no.

```
 1    Not from my perspective, from our perspective.

 2        Q.   What was it based on?

 3        A.   So the overarching goal with that

 4    percentage was to have a very light touch in the

 5    market and not impact the market at all.

 6        Q.   So Ripple tried to extract as much as it

 7    could from market from its XRP sales?

 8             MR. HORTON:  Objection to form.

 9        A.   No, we -- the percentage that we set,

10    was -- meant to be able to sell XRP without impacting

11    the price at all.

12        Q.   If the sales would have had an impact on

13    the price, would you have stopped selling it?

14             MR. HORTON:  Objection to form.

15        A.   The markets team would have never

16    recommended to sell a percentage that we thought

17    would have an impact.

18        Q.   So did the markets team pause XRP sales if

19    those sales were having a -- a negative impact on XRP

20    price?

21             MR. HORTON:  Objection to form.

22        A.   If we thought we were having an impact, we

23    would have recommended either pausing or lowering the

24    amount.

25        Q.   Did you do that?
```

1      A.   We did.

2      Q.   Did you ever increase Ripple's sales of XRP

3   into the market?

4           MS. COWAN:  Objection.

5      A.   You mean increase the percentage?

6      Q.   Yes.

7      A.   I think so.  I don't remember specifically.

8      Q.   And when would you increase the percentage?

9           MS. COWAN:  Objection.

10     A.   I don't remember.

11     Q.   Did -- did Ripple sell more XRP when the

12   price rallied?

13          MR. HORTON:  Objection to form.

14     A.   So if we kept the percentage the same and

15   the volume picked up, we would end up selling more

16   XRP.  But that didn't have anything specifically to

17   do with the price.  So if the price went from

18   50 cents to a dollar and the volume was the same,

19   then we wouldn't have ended up selling any more.

20     Q.   Understood.  But when did you increase the

21   percentages?

22          MS. COWAN:  Objection.

23          MR. HORTON:  Objection.

24     A.   I don't remember exactly, the why.  I'm ...

25          Yeah.

```
1          Q.   Could Ripple sell more XRP into the rally
2     without impacting the price?
3               MR. HORTON:  Objection to form.
4          A.   I don't know.
5               You asked me could we have increased the
6     percentage?  And not had an impact?  I don't know.
7          Q.   Yes.  If there was a rally in XRP, isn't it
8     more likely that -- if -- strike that.
9               Did Ripple sell more XRP in XRP price
10    rallies?
11              MR. HORTON:  Objection.  Form.  Asked and
12    answered.
13         A.   In situations where a rally correlated with
14    an increase in volume, and we kept the percentage the
15    same, yes, we -- we would have sold more XRP.
16              Actually, I don't know if we would have
17    sold more XRP.  Just thinking about it a little bit.
18    The price increases, every XRP is worth more.  So
19    unless there's a decrease in the amount of XRP
20    trading hands, your notional amount is going to
21    increase.
22              And we sold basis that notional amount, so
23    let's say there was $1,000 traded, we would try to
24    sell $25.  But at a higher price that 25 -- that $25
25    may be comprised of much less XRP.  So there's a
```

63

```
1    chance that in certain situations, as the price

2    rallied, we sold less XRP but for more money.

3        Q.   Did Ripple also sell more XRP for more

4    money, in these rallies?

5             MR. HORTON:  Objection to form.

6        A.   I don't know.

7        Q.   Were there certain revenue targets that

8    Ripple was trying to meet?

9             MS. COWAN:  Objection.

10       A.   I think at times, there may have, but it --

11   that wasn't a -- it wasn't an input into the markets

12   team's suggestion or recommendation.

13       Q.   Why not?

14       A.   It just wasn't.  Wasn't part of our OKRs.

15   It didn't filter down to us.

16       Q.   Who were the revenue partners for, then?

17            MR. HORTON:  Objection to form.

18       A.   I don't -- that's good question.  I don't

19   know.

20       Q.   Did Ripple ever base its sales targets on

21   XRP price parameters?

22            MR. HORTON:  Objection to form.

23       A.   No.

24       Q.   You said that you would adjust Ripple's XRP

25   sales up and down depending on market conditions.
```

1    Right?

2         A.   Depending on volume, yes.

3         Q.   Did it also depend on price?

4         A.   Not explicitly.

5         Q.   But you would adjust Ripple sales if the

6    sales were impacting XRP price.

7              MR. HORTON:  Objection.

8         A.   If we thought that we were selling too much

9    and having an impact on the price, we would have made

10   a recommendation to lower it.

11        Q.   If you felt that you could extract more

12   proceeds from XRP sales, did you increase sales?

13             MR. HORTON:  Objection to form.

14        A.   No.

15        Q.   Why not?

16             MR. HORTON:  Objection.

17        A.   The one goal with that percentage was to

18   not impact the price.  So from my team, the amount of

19   money being extracted was not as important to my

20   team.

21        Q.   And when you say "not impact the price,"

22   you mean not have a negative impact on the price.

23        A.   Correct.  Correct.

24        Q.   So the goal was -- the goal was also to

25   maintain XRP's price?

1          MR. HORTON:  Objection to form.

2      A.   It was just to not have an impact, for our

3  team not to have an impact on the price, whatever the

4  price was.

5      Q.   How were OTC sales, the amount of OTC

6  sales, determined?

7          MR. HORTON:  Objection to form.

8      A.   I don't remember there being kind of a

9  process for determining the amounts.

10     Q.   Did Ripple ever cap OTC sales during any

11  period?

12     A.   If I remember correctly, I think we had

13  monthly caps at one point.

14     Q.   For what purpose?

15     A.   I don't -- I don't remember the questions

16  why we had the caps.

17     Q.   Did Mr. Garlinghouse suggest that Ripple

18  cap OTC sales?

19     A.   I think at one at a time point, Brad and I

20  had a discussion around OTC sales and he may have --

21  I think I recommended it.  I think he recommended it,

22  I don't know.

23     Q.   Someone recommended capping OTC sales?

24     A.   Uh-huh.

25     Q.   What -- for what purpose?

1       A.   Well, we kind of -- I don't know.  I

2   discussed this idea of having Ripple be the OTC

3   provider of XRP, and that's a less than ideal

4   situation from a market development perspective.  You

5   don't really want one -- that's not an OTC market if

6   you have one active -- basically the only -- the only

7   place for anybody to get liquidity in something.

8           So the -- I think -- if I remember

9   correctly, the capping the OTC was in that vein,

10  right, the idea that we don't want to be the only one

11  providing this liquidity.  And we much rather either

12  funnel that interest to the over-the-counter brokers,

13  as we're trying to develop that, or onto the

14  exchanges, because we're also trying to develop that

15  liquidity.  And any added activity in either one of

16  those would be beneficial.

17      Q.   So either you or Brad wanted to cap OTC

18  sales in order to increase XRP sales on platforms?

19          MR. HORTON:  Objection to form.

20      A.   No, I think the -- the impetus there is

21  really more around us not being the only provider of

22  XRP in the market.

23      Q.   But weren't you selling to OTC brokers who

24  were selling into the market?

25          MR. HORTON:  Objection to form.

1  A. The -- yes.

2  Q. So who else would be selling XRP other than

3 Ripple?

4    MR. HORTON: Objection to form.

5  A. Anybody who owned XRP.

6  Q. Did you cap OTC sales in order to grow the

7 secondary market for XRP?

8    MR. HORTON: Objection to form.

9  A. I think one of the inputs was -- in order

10 to -- so that we wouldn't hurt the development of

11 those other marketplaces, at least that's the way I

12 looked at it.

13  Q. Would the cap facilitate secondary market

14 trading of XRP?

15    MR. HORTON: Objection to form.

16  A. I don't know.

17  Q. Did Mr. Garlinghouse suggest that Ripple

18 cap OTC sales in order to have a positive impact on

19 XRP price market?

20    MR. BAMBERGER: Objection.

21  A. I don't remember.

22  Q. So OTC sales, Ripple's OTC sales, were

23 soaking up the XRP demand?

24    MR. HORTON: Objection to form.

25  Q. You can answer.

68

```
1          A.   I think -- if Ripple is the only -- is the
2     only provider of XRP in the market, and it only comes
3     to one place, then that demand is being -- we're the
4     ones kind of sucking up that demand; it's not
5     proliferating in the marketplace broadly.
6          Q.   Did Ripple ever direct market makers to buy
7     XRP in the secondary market?
8               MS. COWAN:  Objection.
9          A.   I think maybe before I was there.
10         Q.   During -- while you were with -- with
11    Ripple, did it ever direct market makers to buy XRP?
12              MR. HORTON:  Objection.
13         A.   Not that I remember.
14         Q.   How did you learn that Ripple's market
15    makers were buying XRP?
16              MR. HORTON:  Objection.
17         A.   How did I learn that that had happened
18    before I joined?
19         Q.   Yes.
20              MR. HORTON:  Objection.  Lack of
21    foundation.
22         A.   I read it in the SEC complaint.
23         Q.   Did you have any prior knowledge?
24         A.   No.
25              MS. WAXMAN:  Exhibit 2.
```

69

```
1              (Email re: XRP Sales Program, Bates
2         0763300, was marked MV Exhibit 2 for
3         identification, as of this date.)
4              MS. FORBES:  Did you say Exhibit 2?
5              MS. WAXMAN:  Yes.
6         Q.   Mr. Vias, I've showed you what's been
7    marked as Exhibit MV 2, which has a Bates 0763300.
8              Let me know when you're done reading it,
9    please.
10             (Witness reviewing document.)
11        A.   Okay.
12        Q.   The -- I want to focus on the very bottom
13   email from you, dated December 16, 2016.  You say,
14   Beginning in January, I want to move to a more
15   programmatic sales strategy.
16             What was being done previously?
17        A.   I'm not 100 percent sure exactly the way it
18   worked before.  So this is about two weeks after I've
19   joined.  And this is -- me still trying -- just
20   trying to get a feel for how the place works or it
21   doesn't.
22             And if I remember correctly, I do remember
23   feeling that there was very little structure around
24   how we were doing this.  And, you know, I think
25   there -- at one point been a conversation around
```

70

```
 1    buying and it felt ad hoc.

 2             And I said, Look, I think sales, purchases,

 3    whatever it is the company wants to do, we need a --

 4    a more programmatic way of doing it.

 5         Q.   When did you have the conversation about

 6    purchases?

 7         A.   I don't remember.

 8             MR. HORTON:  Objection to form.

 9         Q.   With whom?

10         A.   I don't remember.

11         Q.   Did Brad ask you to prepare a document

12    about Ripple's purchases of XRP in the market?

13         A.   Not that I remember, no.

14         Q.   Did you ever discuss purchasing XRP, with

15    Brad?

16         A.   No.

17         Q.   Did you ever recommend that the XRP markets

18    team purchase XRP in the market?

19         A.   No.

20         Q.   Why not?

21             MR. HORTON:  Objection.

22         A.   The company is long a lot of XRP.

23             And it -- it never felt natural for me, in

24    my opinion, given that length, given the amount of

25    XRP that the company holds to be buying it.  I felt
```

```
1    like we had enough of it.  And really be focused more
2    on things to do with it.  So, yeah, buying just never
3    made a lot of sense.
4         Q.   Did others at the company ever recommend
5    purchasing XRP in the market?
6              MR. HORTON:  Objection to form.
7         A.   Not that I can remember.
8         Q.   Did -- were the --
9              MS. WAXMAN:  Exhibit 48.
10             (Email re: OTC vs. Market, Bates 0763250,
11        was marked MV Exhibit 48 for identification, as
12        of this date.)
13        Q.   Mr. Vias, I've showed you what's been
14   marked as Exhibit MV 48, which is an email with the
15   Bates 0763250.
16             (Witness reviewing document.)
17        A.   Okay.
18        Q.   If you turn to the other side, the second
19   page.
20             There's an email from Brad that you
21   responded to.
22             In the sentence that starts with "but,"
23   Brad writes, But as I watch as continue to go through
24   the roof, I'm wondering if we are doing the XRP
25   market a disservice by absorbing a lot of demand that
```

72

```
1    might otherwise drive activity to exchanges.

2              Is Brad talking about the impact of OTC

3    sales on XRP demand and XRP price?

4              MR. HORTON:  Objection to form.

5         A.   I believe so.

6         Q.   So Brad was recommending that Ripple

7    purchase XRP to support the price?

8              MR. HORTON:  Objection to form.

9         A.   Brad is recommending that we split up OTC

10   purchases and -- sell some directly, and then buy

11   some for customers.

12        Q.   To support the price of XRP?

13             MR. HORTON:  Objection to form.

14        A.   He doesn't say that explicitly, no.

15        Q.   Is that your understanding of the purpose?

16        A.   I think he's trying to make some connection

17   to what's happening in the -- and there being some

18   over-the-counter dynamics that -- he thinks are

19   missing in XRP markets somehow.  I don't know.

20        Q.   Did Brad have any experience working in the

21   financial markets?

22             MR. HORTON:  Objection to form.

23        A.   I don't know.

24        Q.   Did he have any understanding how trading

25   markets worked?
```

73

```
 1            MR. HORTON:  Objection to form.

 2            MR. BAMBERGER:  Objection.

 3      A.    I think so.  He had some.

 4      Q.    Was he commenting about ETH's price rising?

 5            MR. HORTON:  Objection to form.

 6      A.    He mentions ETH going through the roof.

 7      Q.    And did he want Ripple's price to increase

 8   as well?

 9            MR. HORTON:  Objection to form.

10      Q.    Sorry.  Did he want XRP's price to increase

11   as well?

12            MR. HORTON:  Same objection.

13      A.    In the context of this document?

14      Q.    Yes.

15      A.    He seems to be making some sort of a loose

16   connection between ETH going up and XRP not going up.

17      Q.    Did he suggest purchasing XRP in order for

18   XRP's price to increase?

19            MR. HORTON:  Objection to form.

20      A.    I think he's -- he's -- he is saying that

21   whatever we're doing is distorting the natural market

22   dynamics in the market, and he thinks this will make

23   it more normal.

24      Q.    What did you understand him to mean when he

25   said "distorting normal market dynamics"?
```

74

```
 1        A.   Again, we kind of touched on this briefly
 2   before.  This idea that if we're the only one
 3   supplying all of the XRP in the market, that's not --
 4   that's not really a market.
 5        Q.   And that would also eat up demand for XRP
 6   that would otherwise occur on platforms, correct?
 7             MR. HORTON:  Objection to form.
 8        A.   I mean, at an extreme.  If it's only one
 9   seller and they sell everything, then no demand hits
10   any open markets.
11        Q.   Did you agree with Brad's recommendation to
12   purchase XRP?
13             MR. HORTON:  Objection to form.
14        A.   I suggested a -- an alternative.
15        Q.   And why didn't you want to go with Brad's
16   recommendation?
17             MR. HORTON:  Objection to form.
18        A.   I -- I list some of the reasons here.
19        Q.   And what reasons?
20        A.   At the moment, I don't think we were
21   licensed for that activity.  So that was one.
22             You know, the other -- honestly we -- we're
23   not set up for that.  The company doesn't have
24   exchange accounts.  Operationally, it just wasn't
25   something that the desk did.  That was part of it.
```

```
1              And then like said before, I didn't think
2    really we should be buying XRP.
3         Q.   Brad didn't know that brokers need -- need
4    to register?
5              MR. HORTON:  Objection to form.
6         A.   I don't know.
7         Q.   You reference in your email "XRP monetary
8    policy."
9              What do you mean by that?
10        A.   This is -- going back a little now, but
11   that was early -- it was early in the -- in the
12   journey, if you will.  And if I remember correctly,
13   you know, we were still trying to figure out -- more
14   than policy, loosely tied to sales and percentages
15   and how we did that.
16             I mean, I think that's what I'm referencing
17   here, but I can't remember exactly.
18        Q.   Did you ever discuss internally how to
19   maximize Ripple's profits from XRP sales?
20             MS. COWAN:  Objection.
21        A.   Sorry.  Proceeds maybe.
22        Q.   And was there a trade-off between the
23   amount of money -- amount of proceeds you could
24   get --
25        A.   Sorry, I wasn't answering that question as
```

```
 1    an affirmative.  I just meant it's probably more like

 2    proceeds, not profits.

 3            And, no, I did not talk to anybody about

 4    maximizing the amount of money that we were making

 5    from selling XRP.

 6        Q.   Was there a trade-off between the amount of

 7    money you could raise from selling XRP and raising

 8    the price of XRP?

 9            MR. HORTON:  Objection to form.

10        A.   I wouldn't couch it that way.  I would say

11    that there is a trade-off between how much you can

12    raise and negatively impacting the price.

13        Q.   If you look at Brad's response to your

14    email, did Brad believe that -- that the XRP market

15    was not efficient?

16            MR. HORTON:  Objection to form.

17        A.   He -- in his original email, he seems to

18    think that maybe we're causing some distortions.  He

19    mentions that.

20        Q.   Was supply clarity important for you?  For

21    XRP?

22            MR. HORTON:  Objection to form.

23        Q.   Sorry.  Was the supply clarity for XRP

24    important to you?

25            MR. HORTON:  Same objection.
```

1    A.   I think supply clarity is important in any

2  market.

3    Q.   Why is it important for the XRP market?

4    A.   Yes.

5    Q.   Why?

6    A.   When I first joined the company, in -- you

7  know, there had been -- there was online forums, you

8  know, a lot of confusions around Ripple dumping and

9  not being clear about what it's doing with XRP and

10  all this stuff.

11       I felt like that was a hindrance to the

12  ability to develop the market.  Markets really like

13  clarity, information, transparency.  And I felt like

14  it was something -- it was a low-hanging fruit for us

15  to be able to fix that part of it.

16       But I think it was a -- it was a -- a --

17  beneficial to get supply clarity out to the market in

18  order to -- to clear up any fog, if you will.

19    Q.   When you say "the market," you're talking

20  about investors and -- who are investing in XRP?

21       MR. HORTON:  Objection to form.

22    A.   I'm -- I'm not thinking about it that way,

23  I'm more thinking about just anybody who is trading

24  in XRP markets.

25    Q.   So you wanted supply clarity for people

1     trading, buying, and selling XRP?

2            MR. HORTON:  Objection to form.

3        A.   Yeah.

4        Q.   Was the lack of supply clarity for XRP a

5     hindrance to creating a trading market for XRP?

6            MR. HORTON:  Objection to form.

7        A.   Honestly, I can't point to anything that

8     would definitively say yes to that.  So no.

9        Q.   Did people at Ripple agree with your

10    recommendation to provide more supply clarity for

11    XRP?

12            MR. HORTON:  Objection to form.

13        A.   I think some people did.

14        Q.   Did you discuss your recommendation with

15    anyone at Ripple?

16        A.   Which recommendation?

17        Q.   To provide more supply clarity?

18            MR. HORTON:  Objection.  Lack of

19    foundation.

20        A.   I remember having discussions with Patrick

21    about this.

22        Q.   Did you ever discuss the importance of

23    supply clarity, with Brad?

24            MS. COWAN:  Objection.

25        A.   I mean, there's a slight mention to it

[6/28/2021] Vias, Miguel Dep. Tr. 6.28.2021

79

```
 1    here, but I think outside of this email, I don't

 2    remember any specific -- like conversations with him

 3    about it.

 4         Q.    Generally, do -- did you -- do you recall

 5    conversations with Brad in which you recommended more

 6    supply clarity for XRP?

 7              MR. HORTON:  Objection to form.

 8         A.    I don't.

 9         Q.    Did you -- did Ripple ever receive

10    inquiries from the public asking how to buy XRP?

11              MR. HORTON:  Objection to form.

12         A.    I don't know.

13         Q.    Did you ever get emails from the public

14    inquiring where or how to buy XRP?

15         A.    I don't remember.  No.

16              MS. WAXMAN:  Exhibit 8.

17              (Email re: Ripple XRP Contact Form, Bates

18         0623221, was marked MV Exhibit 8 for

19         identification, as of this date.)

20         Q.    I'm showing you what's been marked as

21    Exhibit MV 8, which has the Bates 0623221.

22              (Witness reviewing document.)

23         A.    Okay.

24         Q.    Do you recognize what's been marked as

25    MV 8?
```

80

```
 1        A.   I do not.
 2        Q.   Did anyone ever inquire whether they could
 3   buy shares of Ripple?
 4             MR. HORTON:  Objection.  Lack of
 5   foundation.
 6        A.   I mean ...
 7        Q.   Did anyone ever ask you whether they could
 8   buy shares of Ripple and XRP?
 9        A.   Ask me?
10        Q.   Yeah.
11        A.   Not that I remember, no.
12        Q.   Mr. Vias, I'm showing you what's been
13   marked as Exhibit MV 118.
14             (Email from ██████████ was marked MV
15        Exhibit 118 for identification, as of this
16        date.)
17             (Witness reviewing document.)
18        A.   Okay.
19             MS. FORBES:  The last exhibit I have is
20   marked 17.
21             MR. TENREIRO:  Let me email it.  I'm sorry,
22   Nicole.
23             Sorry, can we go on?  This is just going to
24   take me a second -- are you okay to proceed?
25             MS. COWAN:  I believe we are fine.
```

1      Q.   Did [REDACTED] field inquiries from

2   the public about how to buy XRP?

3           MR. HORTON:  Objection to form.

4      A.   I don't remember.

5           This is marked October of '17.  I don't

6   think [REDACTED] reported to me yet.

7      Q.   Okay.  It looks like an email she is asking

8   you what to -- how to respond to certain inquiries

9   from the public about how to buy XRP.

10          Do you see that?

11          MS. COWAN:  Objection.

12     A.   Yes.  She said we've had a pick up in

13   interest -- up in interest in XRP buyers that don't

14   make the cut to be onboarded to XRP II.

15          MS. COWAN:  I objected to that question.

16     Q.   Did you direct her to tell those XRP buyers

17   to buy XRP off the exchanges?

18          MR. HORTON:  Objection to form.

19     A.   So just -- reading here, I think what I'm

20   saying to her is, we should -- we should introduce

21   anybody who wants to buy XRP to the over-the-counter

22   brokers.  I name them here; [REDACTED]

23   [REDACTED] in Asia.

24          But if it's below a certain threshold, if

25   it's below 100,000, that it might be better to

```
1    suggest the exchanges.  The over-the-counter brokers

2    tended to be larger transactions so they might not

3    want to onboard something for a small trade like

4    that.

5         Q.   At the top of the page, you write, For

6    25,000 -- 25K, that's --

7              MR. HORTON:  Objection.

8         A.   No, that's her.

9         Q.   She writes, For 25K, should I make

10   introductions to exchanges, or just funnel to XRP

11   portal to learn about exchanges?

12             What is the XRP portal?

13        A.   I don't know if it still exists.  But I

14   think at the time it was like a -- it was like an

15   XRP, FAQ, information website.  I don't know what

16   stats it had at the time on there.  It may have had

17   exchanges where XRP could trade maybe information

18   arrange the ledger, the transactions.  Yeah.

19        Q.   Did you tell her to direct inquiries from

20   individual investors about buying XRP to information

21   on the XRP portal?

22             MR. HORTON:  Objection to form.

23        A.   Yeah, I -- so I -- I just -- I just -- I

24   told her, if anyone is looking to purchase $25,000

25   worth of XRP, that the best place is -- the best
```

83

```
1    thing is not to introduce them to exchanges.  It's

2    just to basically give them the information as to

3    where XRP is available to trade.

4         Q.   I thought you said the best thing was not

5    to introduce them to OTC brokers?

6         A.   No.

7              MR. HORTON:  Objection.

8         A.   So she asks, Should I make introduction to

9    exchanges, or just funnel to XRP portal?

10             And I said, The latter for sure.

11        Q.   Okay.  And was the XRP portal on Ripple's

12   web page?

13        A.   I don't remember.  If it was a separate.  I

14   don't remember where it's at.

15        Q.   Did Ripple maintain the XRP portal?

16             MR. HORTON:  Objection.  Form.

17        A.   I believe so.

18        Q.   And at some point, was it taken down?

19             MR. HORTON:  Objection.

20        A.   I don't know.

21             MS. WAXMAN:  Let's go off the record.

22   11:27.

23             THE VIDEOGRAPHER:  Going off the record at

24   11:27 a.m. Eastern.

25             (A recess was taken from 11:27 to 11:41.)
```

84

1          THE VIDEOGRAPHER:  We are back on the

2    record at 11:41 a.m. Eastern.

3          Q.   Mr. Vias, earlier we spoke about what the

4    XRP trading market looked like when you joined the

5    company.

6          What did the XRP trading market look like

7    when you left?

8          MS. COWAN:  Objection.

9          A.   I won't -- I won't have numbers.  But I do

10   remember specifically, when I first began, it was

11   around $2 million a day of trading.  I remember that,

12   just because we used to talk about it a lot.

13         I won't remember exactly how much traded

14   daily, but it would have been in the billions at that

15   point in April 2020.

16         In terms of exchanges, I don't know.

17   Around a couple hundred.  Probably list XRP at this

18   point.  I think there was four to six when I started.

19         Probably the biggest change is that, you

20   know, the -- the off-ledger volume, I think, dwarfs

21   the current ledger volume.  Or the -- the volume when

22   I left.  I think every major over-the-counter market

23   maker provides liquidity and XRP.  When I began,

24   there were none.

25         And I think you can borrow and lend XRP

85

```
1    now, or back then when I left.  And that was not --

2    we were not able to do that when I first joined.

3         Q.   Any other difference from the time you

4    joined to the time you left?

5         A.   Yeah.  When I left we had -- it was

6    probably the biggest, I think, accomplishment, when I

7    look back at my time there, was having real

8    commercial flow going through xRapid, early still.

9    But I think when I left, we had three to four

10   companies using it.  Now it's really different.

11        Q.   And when did you leave Ripple?

12        A.   My last official day was April 30, I think.

13        Q.   Of what year?

14        A.   2020.

15        Q.   You said that when you left the off-ledger

16   trading volume was enormous.  I don't know if you

17   used that word, but it was much larger than it was

18   when you started.

19        A.   I think the word I used was "dwarfed."  I

20   think it dwarfed on-ledger volume.

21        Q.   Were you and members of the XRP markets

22   team responsible for that increase in off-ledger

23   trading volume?

24             MR. HORTON:  Objection to form.

25             MS. COWAN:  Objection.
```

1      A.   No.

2      Q.   Did you play a role in the growth of the

3   XRP market?

4      A.   I would like to think so.

5      Q.   To the XRP.

6           How did you play a role?

7           MS. COWAN:  Objection.

8      A.   I think we partnered with the right

9   exchanges in the beginning.  Our relationship with

10   Bitstamp and Bittrex I think was really important.  I

11   think our work around developing the OTC market, as I

12   stated before.

13           Yeah, I mean, I think we did -- we did

14   small but important things to help the market

15   develop.

16      Q.   Did you play a role in facilitating lending

17   of XRP?

18           MR. HORTON:  Objection.

19      A.   We did.

20      Q.   When -- the time you left, who were the

21   biggest OTC liquidity providers for XRP?

22           MR. HORTON:  Objection to form.

23      A.   I won't know.  I wouldn't know how to rank

24   them.

25      Q.   Who were some of the largest ones?  You

1    don't have to rank them, but who were some of the

2    biggest ones?

3              MR. HORTON:  Objection to form.

4         A.   I think ████████████  ████████  ████

5    in London.  ██████  ████  in Asia.

6              Those would be the largest, I think.

7         Q.   And you were responsible for bringing those

8    OTC providers into the XRP market, right?

9              MR. HORTON:  Objection to form.

10        A.   I definitely made it a goal to bring --

11    ██████  in particular, I worked very closely with,

12    to try to get them to provide liquidity in XRP.  I

13    don't remember doing anything with ████ directly.

14              I think ██████ we may have -- I can't

15    remember if we had a -- a formal relationship, but I

16    spoke to the CEO there a bit.  And ██████████

17    definitely also is a similar but less high-touch

18    relationship than -- compared to the one with

19    ██████

20        Q.   Would these OTC providers have made markets

21    in XRP absent your efforts?

22              MR. HORTON:  Objection to form.

23        A.   I don't know.

24        Q.   Did your work contribute to the growth in

25    OTC XRP market?

88

1          MR. HORTON:  Objection to form.

2     A.    I think it helped.

3     Q.    What was XRP's price when you left?

4     A.    I don't remember exactly.

5     Q.    But it was still pennies when you joined,

6  right?

7     A.    Yes.

8     Q.    Was it more than a penny when you left?

9          MR. HORTON:  Objection.

10    A.    Yes.

11    Q.    Around how much was it when you left?

12    A.    It was between 20 and 40 cents when I left.

13    Q.    Did your work contribute to the increase in

14 XRP price?

15         MR. HORTON:  Objection to form.

16    A.    At which point?  That price has gone up and

17 down a lot.  I don't -- I don't know how to answer

18 that question.  No.

19    Q.    Did your work contribute to more market

20 participants trading XRP?

21         MR. HORTON:  Objection to form.

22    A.    I think so.

23    Q.    Did your work contribute to more retail

24 purchasers purchasing XRP?

25         MR. HORTON:  Objection to form.

89

```
1        A.   I don't know.
2        Q.   Did your work contribute to more XRP
3   trading on digital asset trading platforms?
4             MR. HORTON:  Objection to form.
5        A.   I think so, yup.
6        Q.   So, basically, you and the XRP markets team
7   created a secondary market for XRP?
8             MR. HORTON:  Object to form.
9        A.   Basically, no.  No.
10        Q.   What contributed -- did your work
11   contribute to the creation of a secondary market for
12   XRP?
13             MR. HORTON:  Objection to form.
14        A.   I think it's important to look at XRP in
15   the context of crypto broadly.  And think about all
16   of the things that have happened from 2016 until when
17   I left that company in 2020.
18             And, I think if I had to point out one
19   thing, that was the -- the primary driver of the
20   growth of XRP markets, it would probably be Bitcoin.
21             Just because, you know, crypto goes as
22   Bitcoin goes.  And the bigger that market gets, the
23   bigger the markets underneath it get.  More people
24   join crypto through Bitcoin and then they start
25   trading other things.
```

[6/28/2021] Vias, Miguel Dep. Tr. 6.28.2021

```
 1        Q.    So your efforts -- Ripple's efforts and

 2   your efforts had nothing to do with the growth of the

 3   XRP trading market?

 4        MR. HORTON:  Objection.

 5        A.    I didn't say that.

 6             What I said was if I had to point out one

 7   thing that was the primary driver, it would be -- the

 8   state of crypto, broadly.  And the fact that the

 9   whole industry burgeoned over four years.

10        Q.    Were there other drivers that you can point

11   to?

12        A.    With respect to XRP?

13        Q.    Yes.

14        A.    I think when I joined Ripple in 2016, my

15   biggest concern was that XRP, if we continue to do

16   some of the things that we were doing, and didn't put

17   it in place where it could benefit, from a market

18   development perspective, from the broader crypto

19   trends, which we all believed were coming, that it

20   could just -- it could be left behind.

21             And then all of the things that folks were

22   talking about internally around using it as a bridge

23   asset and a better way to sell, and as a -- a -- a --

24   a better money movement, mechanism, globally, would

25   never come to fruition, because I felt like there was
```

1   a binary moment where if crypto went and -- you know,

2   the use case for XRP was basically -- focused solely

3   on the protocol, the rest of crypto didn't live on

4   the XRP protocol.  That's not where -- that's not

5   where Bitcoin lives.

6          It's a lengthy way of saying, I think the

7   important thing that we did was kind of unstick it in

8   the beginning, and change that -- that strategy.  And

9   say, No, like, if we want to grow liquidity for the

10  products, we need to figure out a way to leverage

11  what we all believe is coming, which is that the

12  whole world will enter crypto.

13      Q.   So you recommended that Ripple leverage

14  retail interest in crypto?

15          MR. HORTON:  Objection to form.

16      A.   What I recommended was building a product

17  that leveraged the already existing interest on

18  different currency exchanges and making sure that XRP

19  was on those exchanges.

20      Q.   So Ripple tried to position XRP to benefit

21  from broader -- broader crypto trends?

22          MR. HORTON:  Objection to form.

23      A.   I won't -- I won't talk about what Ripple

24  wanted.  It was hard for me to talk about what a

25  company wanted.  But what I can say is when I

1    started, I looked at XRP, and I thought this is a

2    wonderful technology.  It's better than almost

3    anything that's out there right now.  And I think at

4    the time, it was better than anything that was out

5    there, in terms of speed, efficiency cost.

6            And it was often, like, this little crypto

7    corner over here.  It was like, what are we going to

8    do with this?  Like, you can't build a product around

9    this.  There's no liquidity.  How are we going to

10   build the liquidity so we can overlay a product on

11   this?  And the only way to do that was to leverage

12   the exchanges.  That's where crypto lives.

13           And then at the time, you could see that

14   there was going to be an over-the-counter market, and

15   that was starting to develop.  And I know from my

16   days in gold that an over-the-counter market is

17   incredibly important to a trading ecosystem.  So

18   those were the -- you know, those were the -- the

19   pointers, right.

20           It's like, well, you have the exchanges.

21   You have the OTC.  You get these things to grow

22   liquidity, and you overlay it's product.  And that

23   was the plan.

24       Q.   Did you -- at the time that you joined

25   Ripple, did you feel that the company did not do a

1    good job promoting XRP to the market?

2             MR. HORTON:  Objection to form.

3        A.   This wasn't about -- I -- if I have to

4    point at something that I didn't agree with from a

5    strategic perspective, it was -- it was kind of

6    holding on to that protocol vision.

7             In fact, it kind of felt like the company

8    wanted to go about this maybe the hardest way

9    possible, in terms of building a product that uses

10   crypto liquidity.

11       Q.   Did you recommend that -- during your

12   investigative testimony, we spoke about an exchange

13   strategy.

14            Is that something that you spearheaded

15   while you were at Ripple?

16            MR. HORTON:  Objection to form.

17       A.   I think I was -- it was kind of in charge

18   of the effort.  I can't remember how much of that was

19   already in play when I joined.  I think some of it

20   may have been in play when I joined.

21       Q.   And at -- as -- part of that strategy,

22   Ripple entered into agreements with exchanges?

23            MR. HORTON:  Objection to form.

24       A.   Yes.

25       Q.   And those agreements provided certain

94

1    incentive payments to the exchange?

2              MS. COWAN:  Objection.

3         A.   In some instances.

4         Q.   Well -- in what instances?

5         A.   In -- in -- Bitstamp, Kraken.  I think -- I

6    can't remember Bithumb in Korea.  And there was

7    another exchange in Korea, which I think we had a

8    partnership with.

9              Bitso, I don't remember there being any

10   incentives.  BitChecks, I don't remember.

11             Yeah, I think that does.

12        Q.   Why did Ripple provide those incentives?

13             MR. HORTON:  Objection to form.

14        A.   So if you kind of go back to the first

15   quarter of 2017, very little trading in XRP, off the

16   protocol.  Even on the protocol, there wasn't much.

17             It's -- it is challenging.  It's

18   challenging to go to an exchange and say, Hey, list

19   XRP.  We are going to drive a use case that is going

20   to bring commercial volume to your exchange

21   eventually.  Trust us.

22             You know, the conversation says, Well,

23   maybe, and that sounds great, but, you know, I have

24   other things going on to take care of my existing

25   business.  There are other, maybe, assets that I want