95

1  to list that I think, you know, could also be

2  popular.

3       So part of it is getting through some of

4  those challenges with the exchanges and saying, Well,

5  you know, maybe this will cover some of your

6  integration costs.  You know, we'll partner with you

7  on a trading incentive program so that, you know,

8  you're guaranteed volume at launch.  Not guaranteed,

9  but -- so that we can help engender a popular launch

10 as you folks trade it.

11      You know, I think there -- with -- with

12 some exchanges, in particular, like Bitstamp and

13 Bitso, there was certainly an interest in kind of a

14 longer-term partnership.  Even at that early stage, I

15 think we were already thinking about which one of

16 these exchanges are going to be our, like, anchor

17 exchanges for the product, which really started to

18 come into fruition in March of '17.  That's when all

19 of this was kind of happening.

20      So, yeah, not just one reason, really, but

21 kind of an amalgam, if you will.

22      Q.   Ripple wanted XRP to be listed on as many

23 exchanges as possible, right?

24      MR. HORTON:  Objection to form.

25      A.   I think there are some exchanges that

```
 1    need -- crypto -- you know, there are some exchanges
 2    you don't know anything about.  Some exchanges get
 3    hacked.  Some exchanges have reputational issues.  I
 4    think, in some respects, maybe those exchanges aren't
 5    at valuable and kind of less interested in whether or
 6    not XRP ever gets listed on those.
 7            I think -- there's a -- there's a broad
 8    goal of more exchange listings because that's
 9    helpful, again, to, like, the whole liquidity
10    ecosystem.  But, yeah, I wouldn't say as many as
11    possible.
12        Q.   As many reputable exchanges as possible.
13            MR. HORTON:  Objection.
14        A.   Sure.  Yes.
15        Q.   And absent these agreements between Ripple
16    and the exchanges, would those exchanges have listed
17    XRP on their own?
18            MR. HORTON:  Objection, form.
19        A.   I don't know.
20        Q.   Why would they have any incentive to list
21    XRP?
22            MR. HORTON:  Objection.  Calls for
23    speculation.
24        A.   I mean as -- if, at any point, XRP starts
25    trading high volume on another, like a competing
```

1    exchange, then the -- their competitors would list

2    it.

3        Q.   At the time that you --

4        A.   Which is what happened.  Mostly.

5            So, I mean, most of the listing didn't have

6    anything to do with us.  The most XRP listings

7    happened organically on the back of -- you know,

8    again, kind of crypto doing what it does, XRP

9    following and then people saying, Whoa, XRP's trading

10   $50 million on one exchange.  How -- why don't we

11   have XRP listed?  It trades a lot.

12       Q.   In 2017, did XRP organically become listed

13   on exchanges?

14       A.   Yes.

15       Q.   Did Ripple play a role in getting XRP

16   listed on certain exchanges?

17       A.   Yes.

18            MR. HORTON:  Objection to form.

19       Q.   And what role did it play?

20       A.   Again, it depends a little bit on -- on the

21   exchanges.  But with some exchanges, we would enter

22   in -- into some sort of a partnership where we would

23   either subsidize integration cost, or fund -- kind of

24   fee rebate programs for the customers at the

25   exchanges.

1     Q.   And how did these fee rebates programs

2   work?

3     A.   They were volume-based, mostly.  I don't

4   remember all of the specifics, but I remember them

5   being highly volume-based.

6     Q.   Ripple would -- would provide volume-based

7   incentives to people who traded XRP?

8          MR. HORTON:  Objection to form.

9     A.   We would provide -- we would provide funds

10   to the exchanges.  And if I remember correctly, the

11   exchanges would then have -- more control over

12   exactly the programs.  But if I remember correctly,

13   they were mostly volume-based.

14     Q.   I'm not really clear.  So Ripple would

15   provide funding for certain fee rebates and volume

16   incentive programs?

17     A.   Yes.  If I -- again, this is going back a

18   while now.  I don't remember us designing the

19   programs, is what I mean.

20     Q.   Who sets the parameters for the program?

21     A.   If I remember correctly, I think it was the

22   exchanges.

23     Q.   Did Ripple -- who set the amount of money

24   that was budgeted for the incentives?

25          MR. HORTON:  Objection to form.

1    A.    That was negotiated between us and the

2    exchange.

3    Q.    Who had the final decision regarding the

4    amount of incentives?

5    MR. HORTON:  Objection to form.

6    A.    I think -- I think it varied by amount.

7    Sorry.  Can I just get a clarification?

8    Are you asking me was it Ripple or the exchange that

9    had -- there was a negotiation.

10    Q.    Did Ripple advertise these agreements with

11    exchanges?

12    MR. HORTON:  Objection to form.

13    A.    I don't remember.

14    MS. WAXMAN:  Exhibit 10.

15    (Email re: Get XRP with 0% Fees, Bates

16    0353152, was marked MV Exhibit 10 for

17    identification, as of this date.)

18    Q.    I'm showing you what's been marked

19    Exhibit MV 10, which has the Bates 0353152.

20    (Witness reviewing document.)

21    A.    Okay.

22    Q.    Does this -- is there any reason to believe

23    that you didn't get this email?

24    A.    No.

25    Q.    Does this refresh your memory whether

1    Ripple advertised these agreements with exchanges?

2            MS. COWAN:  Objection.

3        A.   With respect to Bitstamp?

4        Q.   Did it advertise any agreements with any

5    other exchanges?

6            MR. HORTON:  Objection to form.

7        A.   I don't remember.

8        Q.   The -- did Ripple send blast emails

9    regarding trading on Bitstamp with zero percent fees?

10           MR. HORTON:  Objection to form.

11       A.   I don't know.  My -- the first line here

12   says, I guess -- guessing we send these blasts

13   regularly.  First time I'm seeing it, but I was -- I

14   don't -- it seems like -- I don't remember this

15   document, but it seems like it was a surprise to me,

16   apparently.

17       Q.   Why would Ripple want to advertise

18   zero percent fees for trading on Bitstamp?

19           MR. HORTON:  Objection to form.

20       A.   So, I -- again, hard for me to speak for

21   the company, but Bitstamp was a partner.  We did this

22   deal with them.  You want -- you want this --

23   endeavor to be successful, you want Bitstamp to have

24   high volume in XRP.  So I think it looks like we were

25   doing our part in advertising it.

```
 1          Q.   And people who were buying and selling XRP

 2    at -- on Bitstamp were speculating in XRP?

 3          MR. HORTON:  Objection to form.

 4          A.   I don't know.

 5          Q.   At the time of this partnership, had

 6    Bitstamp integrated xRapid?

 7          MR. HORTON:  Objection to form.

 8          A.   No.

 9          Q.   So the only reason to promote XRP trading

10    on Bitstamp was to promote speculation in XRP?

11          MR. HORTON:  Objection to form.

12          A.   I think the -- I think the reason to

13    promote this was to get activity in XRP, was to grow

14    liquidity.  This could also be for market makers.

15    And I think that's one of the things that Patrick is

16    referencing here.  He said nothing about volume

17    incentives.

18          Remembering it now, there were generally

19    two types of programs.  There was one that was just

20    zero fees, and that was for -- for nonmarket makers,

21    who tend to be a smaller piece of the liquidity pie

22    inside of the exchanges.  The volume incentives were

23    meant to attract market makers to provide liquidity.

24          So I wouldn't say it was just for

25    speculation.
```

```
 1        Q.   Well, I'm just talking about the rebates
 2   for the smaller volume, buying and selling.
 3             Was that to attract retail purchasers of
 4   XRP?
 5             MR. HORTON:  Objection to form.
 6        A.   No.
 7             There was nothing that says that the -- the
 8   market makers also couldn't participate with this on
 9   the zero fees.  So I think this is -- I think it's a
10   missed opportunity to talk about the other program as
11   well.  But, no, this -- I think this is for a broader
12   audience.
13        Q.   Did Ripple send blast emails to market
14   makers advertising this program?
15             MR. HORTON:  Objection to form.
16        A.   I don't know who they sent this to.
17        Q.   Ripple also provided volume-based
18   incentives that were primarily directed towards
19   market makers.
20             MR. HORTON:  Objection to form.
21             Is that a question?
22        A.   Am I supposed to answer something?
23        Q.   I'll rephrase.
24             Were the -- was the volume-based incentives
25   primarily directed at market makers?
```

1          MR. HORTON:  Objection to form.

2          A.  So I don't know how Bitstamp would have --

3     I can't remember how Bitstamp would have communicated

4     the volume incentive program.  Our assumption was

5     because it is a volume incentive program, and we

6     understood the -- the larger pieces of the volume on

7     the exchanges were generated by market makers; that

8     the market makers would be the ones who could

9     participate kind of more fully in that program.

10         But I don't think it precludes a very

11    active trader as an example to participate in the

12    volume incentive program.

13         Q.  And if you compare the rebate -- the fee

14    rebates, who was -- who were you targeting with the

15    fee rebates?

16         MR. HORTON:  Objection to form.

17         A.  I -- it wasn't as specific.  It wasn't

18    like, I want these specific people -- whoever is on

19    the exchange trading.

20         Q.  Individuals purchasing, selling XRP on the

21    exchanges.

22         MR. HORTON:  Objection to form.

23         A.  It would include individuals, yes.

24         Q.  Did these agreements with exchanges include

25    any provisions that the platform would become a

104

1    validator for the ledger?

2        A.   I don't remember there being any

3    contractual obligations.  I think it may have been

4    recommended.  I don't remember.

5        Q.   Did any of the agreements ever

6    contractually -- did any of the agreements ever

7    include a provision that the platform would become a

8    validator?

9            MS. COWAN:  Objection.

10       A.   Again, I ...

11       Q.   Did Ripple want the exchanges to become a

12   validator of the ledger?

13           MR. HORTON:  Objection to form.

14       A.   I don't know.

15       Q.   Was that -- was getting more exchanges as

16   validators part of Ripple's strategy to further

17   decentralization of the XRP ledger?

18           MR. HORTON:  Objection to form.

19       A.   I don't remember.

20       Q.   Did Ripple target specific exchanges for

21   speculative volume?

22           MR. HORTON:  Objection to form.

23       A.   No.

24       Q.   What -- how did it decide what exchanges to

25   enter into agreements with?

1       A.   We've talked about the reputabilities.

2  That was important.

3            THE COURT REPORTER:  Could you repeat the

4  answer?  I couldn't hear you.  I'm sorry.

5       A.   Sure.

6            We discussed briefly the -- the idea of

7  kind of reputation and which ones are reputable.

8  That was pretty high on the list of criteria.

9            Fiat liquidity, so the -- the fact that it

10  had a fiat on-ramp, so basically it wasn't just a

11  crypto-to-crypto exchange was important.  In

12  particular, because the product -- xRapid really

13  doesn't work if it's just crypto to crypto.  You need

14  to be able to park actual fiat at the exchanges.

15           And then probably the last piece -- so 1A

16  and 1B there with the fiat liquidity was just how

17  much activity was on the exchange.  So if the

18  exchange had more volume, better than if it had less.

19      Q.   Activity from speculators?

20           MR. HORTON:  Objection to form.

21      A.   You know, there's no way to tell from the

22  outside how much activity on an exchange is from

23  speculators or market makers or whomever.  We didn't

24  have visibility into that.

25      Q.   Were any of the people buying and selling

106

1    on exchanges, buying and selling in connection with

2    any Ripple product?

3            MR. HORTON:  Objection to form.

4        A.    At which point?

5        Q.    At any point.

6            MR. HORTON:  Same objection.

7        A.    Well, yeah, I mean, I mentioned there was a

8    part there in 2018 when xRapid starts to get used

9    by -- first our pilot customers and then our

10   commercial customers.

11           That didn't have anything to do with -- I

12   mean that had everything to do with xRapid.

13       Q.    What was x -- what was the volume at

14   trading associated with xRapid as opposed to the

15   overall XRP trading volume?

16       A.    In the market?  At large, or at particular

17   exchanges?

18       Q.    Both.

19       A.    So I won't know -- I won't know specifics.

20   I won't remember this.  And xRapid kind of took off

21   when I was -- when I went on paternity leave in the

22   middle of '19, I think.  And when I came back, I was

23   a little kind of separated from that.

24           But I do remember on Bitso, there came

25   point -- I think it was in late 2019, where XRP flows

107

1    through xRapid were the biggest liquidity pool, at

2    Bitso, which was a -- it was a point of pride --

3        Q.   Did that volume originate with MoneyGram?

4            MR. HORTON:   Objection.

5        A.   I think MoneyGram was one of the

6    participants.  I think -- I think all of the

7    customers, at the time, were using that corridor.  So

8    validator with Bitso.

9        Q.   And was MoneyGram the largest xRapid

10   customer on Bitso at the time?

11       A.   I believe so.

12       Q.   And did Ripple pay MoneyGram incentives to

13   transact in XRP in connection with xRapid?

14       A.   There was an incentive contract, yes.  I

15   don't remember the specifics.

16       Q.   Absent those incentives, wouldn't it have

17   been economical for MoneyGram to transact in XRP in

18   connection with xRapid?

19           MR. HORTON:   Objection to form.

20       A.   Probably not.

21       Q.   Other than MoneyGram, did anyone transact

22   in XRP -- transact in XRP, through xRapid, with any

23   significant volume?

24           MR. HORTON:   Objection to form.

25       A.   I think so.  Other -- define "significant."

1    Q.   I can't give you an amount.

2    A.   Then, neither can I.

3    Q.   Was MoneyGram Ripple's largest customer

4    that transacted XRP through xRapid?

5         MS. COWAN:  Objection to form.

6    A.   I believe so.

7         MS. WAXMAN:  Exhibit 37.

8         (Email re: Comp Discussion, Bates-Stamp

9         Number 0070410, was marked MV Exhibit 37 for

10        identification, as of this date.)

11   Q.   Mr. Vias, I'm showing you what's been

12   marked Exhibit 37 with the Bates-Stamp

13   Number 0070410.

14        (Witness reviewing document.)

15   A.   Okay.

16   Q.   In May of 2017, did you request XRP

17   compensation from Ripple?

18   A.   Yes.

19   Q.   And what did you request?

20   A.   Some option -- if I wanted XRP struck at

21   ███████ , which knocks in at ████ with a knock-in

22   window of ██████████ with ██████████ to expire.

23   Q.   And did you feel that you had earned what

24   you were requesting?

25   A.   At the time -- I mentioned the fact that

1    Patrick and I had sat down in San Francisco before.

2           You know, it had come to my attention that

3    other folks in the company had received large XRP

4    advance earlier in the company's history.  We had

5    done some deals that -- included really large amounts

6    of XRP, and -- you know, I felt like -- given some of

7    the lack of structure, we've seen XRP sales, strategy

8    around the protocol, and not trying to leverage the

9    off-ledger exchanges, I felt that I was bringing a

10   lot of value to the company.

11          And I felt like I would continue to do

12   that.  And I felt like I should be compensated for

13   that.

14       Q.   What response did you get?

15       A.   I mean, so -- honestly, Patrick responds

16   here, a very lengthy response.  I won't read it.

17          And then Brad and he -- Brad and Patrick

18   and me, we sat down in New York.  And they basically

19   said that they weren't going to give me my ask.  But

20   that they -- they would give me more equity in the

21   company.

22       Q.   And why didn't they want to give you your

23   ask?

24          MR. HORTON:  Objection to form.

25       A.   I don't remember exactly the reason.

110

1      Q.   Was it in -- did they say that you had not

2  performed well?

3      A.   No.

4      Q.   Did you feel that management wasn't

5  recognizing your accomplishments by denying the

6  request?

7           MS. COWAN:  Objection.

8      A.   No.  Actually, in the end, I felt bad for

9  making such a large request.  And I was glad that

10 they gave me some liquidity, because I could have

11 just gotten fired.

12     Q.   At the time that you made the request, did

13 you have a hope that XRP could appreciate in value?

14          MR. HORTON:  Objection to form.

15     A.   I don't think there was a hope.  I thought

16 all of crypto was going to rally.  And I felt we had

17 done just enough work to, again, kind of unstick it

18 from that little corner that it was living in, on the

19 protocol.

20     Q.   At that point, did you feel that your

21 efforts had contributed to XRP's increase of value?

22          MR. HORTON:  Objection to form.

23     A.   Yeah.  I think -- indirectly.  Look back at

24 2017, how crypto had two massive runups.  One in,

25 like, the first half of the year, and then the second

1    half the year.  And, you know, I do wonder if we

2    hadn't done some of the work around liquidity

3    building, market development on exchange and off

4    exchange, I do wonder if it would have participated

5    in any of that.

6            It might not have.

7        Q.   So you thought your work in connection with

8    growing the XRP market contributed to the increase in

9    XRP's value?

10            MR. HORTON:  Objection to form.  Misstates

11    his testimony.

12        A.   I think we were finally doing things that

13    were going to allow XRP to -- to -- to benefit from

14    everything that was happening in crypto.

15        Q.   And what things were you finally doing?

16        A.   Again, putting it on exchanges, developing

17    the over-the-counter market, removing FUD with

18    clarity and transparency.  Just starting to build a

19    market.

20        Q.   Did it also include providing supply

21    clarity for XRP?

22            Did the things you did also include

23    providing supply clarity for XRP?

24            MS. COWAN:  Objection.

25        A.   I think that was a component of it, yes.

1     Q.   Did you also make Ripple's efforts more

2   transparent to the market so that it could be -- so

3   it could be -- these -- those efforts could be

4   reflected in XRP's price?

5          MR. HORTON:  Object to form.

6     A.   I wouldn't put it that way.

7          So I think what -- with the transparency

8   and its supply clarity, I think that's a -- a broader

9   issue for a market, generally.  You know, I do think

10  the -- you know, I think at the time, there hadn't

11  been much said about XRP for a while, by the company

12  or anybody else, really.

13         So I think it was good for interest in XRP

14  markets broadly, that the world knew that we were

15  building products for it to use this liquidity.  I

16  think that's helpful.

17    Q.   Did you recommend that Ripple be more

18  transparent about what it was doing, related to XRP?

19         MR. HORTON:  Objection to form.

20    A.   I don't remember specifics, but I think

21  broadly that was my stance, yes.

22    Q.   Did people agree with that recommendation?

23         MR. HORTON:  Objection to form.

24    A.   Some.

25    Q.   Did the company seek to make -- what it did

```
1    relate to XRP more transparent to the market?

2            MR. HORTON:  Objection to form.

3        A.   I'm sorry, I didn't understand that.

4        Q.   Did the company want to make its efforts

5    related to XRP more transparent to the market?

6            MR. HORTON:  Objection to form.

7        A.   I don't know.

8            MS. WAXMAN:  Exhibit 18.

9            (Email exchange beginning with Bates

10           0542677 was marked MV Exhibit 18 for

11           identification, as of this date.)

12       Q.   Mr. Vias, I'm showing you what's been

13   marked as MV 18, which is a document that begins with

14   the Bates 0542677.

15           (Witness reviewing document.)

16       A.   Okay.

17       Q.   Mr. Vias, do you recall receiving this

18   email?

19       A.   I don't.

20       Q.   Any reason to believe you didn't receive

21   this email?

22           MS. COWAN:  Objection.

23           Which email are you talking about?

24           MS. WAXMAN:  Talking about the email in the

25   middle of the page, on March 22, 2017.
```

114

1      Q.   That's your response?

2      A.   The one I wrote?

3      Q.   That's the one you wrote, yeah.

4      A.   Yea.  So is the question, did I write that?

5      Q.   Any reason to believe you didn't write

6  that?

7      A.   No.

8           MS. COWAN:  Objection.

9      Q.   And who is -- Monica Long is on some of

10  these email strings.  Who is Monica Long?

11      A.   At the time, she was head of marketing.

12      Q.   And on the second page of the email, she

13  writes to Patrick Griffin, Patrick and I were in --

14  in an XRP meeting this morning at which a newish

15  development solidified.  It's clear we're going to

16  have to invest our near-term energy into attracting

17  speculators.

18           MS. COWAN:  Objection.  That email is to

19  ███████████████   not -- with a cc to ████████

20           MS. WAXMAN:  I'm sorry, I didn't hear you.

21           MS. COWAN:  That email is to ████████

22  ████████   not -- with a cc to Patrick Griffin.  She's

23  not writing to Patrick.

24           MS. WAXMAN:  Thank you.

25      Q.   Do you recall, in early 2017, discussing

1    efforts to attract speculators to XRP?

2             MR. HORTON:  Objection to form.

3         A.   Not really, no.

4         Q.   On the first page, your email, sentence

5    starting, As for speculator motivation, the primary

6    driver tends to be the opportunity to make money,

7    either by trading volatility or by holding an asset

8    in the hopes of -- hopes it appreciates.

9             Is this how you understand the definition

10   of a "speculator"?

11            MR. HORTON:  Objection to form.

12        A.   I would add a few things here, maybe.  I

13   think -- I should have been a little bit clear about

14   what "trading volatility" means.  You can -- you can

15   make money -- you can speculate and make money on

16   things that don't move by selling things like

17   strangles and straddles, like option strategies and

18   you just kind of sit there and collect premium.  You

19   can also make money when things move, doing the

20   opposite of that and obviously just trading around a

21   price.

22            You can certainly buy it and then sell it.

23   You can also sell it and then buy it.  And so in

24   really established markets, the sequencing is kind of

25   a -- irrelevant when you're speculating.  You can --

116

1    you know, if you think something is going to go down

2    before it goes up, you can sell it before you buy it

3    and vice versa.  But, yeah, I would have -- I should

4    have added that.

5         Q.   But is your understanding that the primary

6    driver for speculators is the opportunity to make

7    money?

8         A.   Yes.

9         Q.   In the next paragraph, you write, There are

10   no clear signs of its use by anyone.

11             Are you talking about XRP?

12        A.   Yes.

13        Q.   So in March 2017, you believed that nobody

14   was going to use XRP?

15             MR. HORTON:  Objection to form.

16        A.   No.

17        Q.   Was anybody using XRP at the time for

18   cross-border payments?

19        A.   Not that I knew of.

20        Q.   Were any banks using XRP at that time for

21   cross-border payments?

22        A.   Not that I know of.

23        Q.   Did Ripple have a distribution strategy for

24   XRP at that time?

25             MS. COWAN:  Objection.

117

 1          A.   I think it did, but as we kind of touched

 2     on previously, it wasn't very structured.

 3          Q.   And what was its strategy at the time?

 4               MR. HORTON:  Objection to form.

 5          A.   I think most of the distribution strategy

 6     revolved around -- it was programmatic XRP sales.

 7          Q.   And why weren't the programmatic XRP sales

 8     very structured?

 9               MR. HORTON:  Objection to form.

10          A.   I don't know.

11          Q.   You just said it wasn't very structured.

12     So what did you think about the strategy that wasn't

13     structured?

14          A.   I felt we had to put some structure around

15     it.

16          Q.   And did you make any recommendations on how

17     to provide any structure?

18          A.   Yeah.  I think -- I think I mentioned that

19     in a previous email that we looked at today, where I

20     was going to propose some structures around how we

21     were selling.  It's how we ended up kind of that more

22     structured cadence, the Friday meetings, the

23     percentage of volume.  That's where all that comes

24     from.

25          Q.   Got it.

1    Are you familiar with XRP Chat?

2    A.   Yes.

3    Q.   What is XRP Chat?

4    A.   Actually, I don't know if it still exists.

5    But it was a forum where folks discussed

6    XRP.  And -- yeah.

7    Q.   Did you regularly read XRP Chat?

8    MS. COWAN:  Objection.

9    A.   I think early on; probably like the first

10   six months, maybe even a year.  No, the first

11   probably six months.  I think I read it most

12   frequently then, and then it tapered off and then I

13   stopped reading it at all.

14   Q.   Why did you read posts on XRP Chat?

15   A.   I think I started reading it -- there was a

16   few folks -- and I think this predates when I joined

17   the company -- there were folks on there from the

18   company who would chime in, and there would be

19   discussions about what was happening with respect to

20   XRP broadly, specifically anything the company was

21   doing.

22   You know, it was an interesting place to

23   hear, kind of, folks discuss XRP.  And it was a

24   little bit of crypto broadly.

25   Q.   Was it a resource for the views of XRP

119

1    investors and speculators?

2             MR. HORTON:  Objection to form.

3         A.   You know, I think it was a place where you

4    could -- you could go to get folk's opinions on what

5    was happening with XRP.  It was always suggestions,

6    and people always had opinions on what they wanted to

7    see.  So, yeah, it was a little bit like a finger on

8    the pulse, if you will.

9         Q.   Were there specific threads within XRP Chat

10   devoted to trading and speculation of XRP?

11            MR. HORTON:  Objection to form.

12       A.   I don't remember any specific threads.

13       Q.   Did you regularly post on XRP Chat?

14            Did you post at all on XRP Chat?

15       A.   In the beginning, a little bit, yeah.  I

16   did.

17       Q.   And this was while you were employed with

18   Ripple?

19       A.   Yes.

20       Q.   And why did you post on XRP Chat?

21       A.   I don't remember.

22            MS. WAXMAN:  115, Exhibit 115.

23            (Thread from XRP Chat was marked MV Exhibit

24       115 for identification, as of this date.)

25       Q.   Mr. Vias, I'm showing you what's been

```
 1    marked as MV 115, which is a thread from XRP Chat, in

 2    the XRP trading and price speculation forum.

 3            I'm just going to ask you about your post,

 4    on the first and second page.

 5        A.   Okay.

 6            MR. HORTON:  Counsel, do you mean first

 7    page from the front or from the back?

 8            MS. WAXMAN:  The front.  My understanding.

 9            (Witness reviewing document.)

10        A.   Okay.

11        Q.   Did you post on XRP Chat on February 24,

12    2017, in XRP trading and price speculation?

13        A.   Yes.

14        Q.   And the post says, Quick question:  Outside

15    of banks using XRP and higher prices, if there was

16    one thing you could want us to do for XRP, what would

17    it be?

18            When you say "us," are you talking about

19    Ripple?

20        A.   Yes.

21        Q.   Then you write, Can't promise anything, but

22    as someone who is responsible for driving our XRP

23    strategy, I'm curious about what this group thinks.

24            "This group" was speculators and traders?

25            MS. COWAN:  Objection.
```

121

1          A.    I don't know.  These are folks on XRP Chat.

2          Q.    Were these people buying XRP for anything

3     other than for investment purposes?

4                MR. HORTON:  Objection to form.  Calls for

5     speculation.

6          A.    I don't know.

7          Q.    You write, I'm curious about what this

8     group thinks.

9                Why did you want to know what this group

10    thought?

11         A.    I mentioned before, that there were large

12    chunks of time, where -- XRP didn't really play a

13    part internally and externally, in kind of a -- I

14    shouldn't say it didn't play a part.  It played some

15    part, but it just -- it wasn't core to the -- to

16    the -- the software strategy.

17               And I think the before the FinCEN fine,

18    everything was about the protocol and everything was

19    about XRP.  After the FinCEN fine, that changed a

20    little bit.  And I think -- it was my assumption,

21    still is, that a lot of the folks who were on XRP

22    Charts -- or Chat, XRP Chat, had become interested in

23    the technology in XRP and Ripple sort of 2013, 2014.

24               And then they were still interested, but

25    there hadn't been much to talk about, and the --

1      there wasn't anything being said about what was

2      happening with XRP.

3            If you will notice a few of these -- a few

4      of the responses here are like, Can you build more

5      developer tools, like -- can we figure out a way to,

6      you know, do interesting projects around NGOs and --

7      pay for good.

8            There was a community around the

9      technology.  I think we always focus on crypto as

10     like goods; these things, these assets that people

11     trade and buy and they go up and down and people want

12     to make money.  But in -- at their core, they're --

13     they're technology.  And in -- in many respects, it's

14     open-source technology that has -- and it's a few

15     folks kind of mention that here.

16           So, anyway, I felt like there was a --

17     there was a lack engagement with this community.  And

18     that there could be some benefit by engaging with

19     them.

20      Q.   And -- but this community was posting in

21     the forum called XRP Trading and Price Speculation.

22         MR. HORTON:  Objection to form.

23      Q.   So was this community traders and

24     speculators?

25         MR. HORTON:  Objection.  Form.

123

1      A.   Yeah, I -- look, I -- this was the thread

2   that was most closely aligned with what I had to work

3   with in the company, which was markets.  So it's

4   why -- I think that's why I posted here, but I don't

5   remember why.

6      Q.   At the top you write, Outside of banks

7   using it, XRP and higher prices.

8           Was bank usage and higher prices something

9   that Ripple told XRP holders that it would work to

10  do?

11          MR. HORTON:  Objection to form.

12     A.   No.  No.  Again, this is a lot that -- I

13  think I remember that being like a common thread in

14  XRP Chat.  So I was telling them, like, Look, if

15  you're going to ask me about banks and higher prices,

16  I don't want to talk about that.  That's not what I'm

17  here for.

18     Q.   Where did that originate, that -- that

19  Ripple would work toward bank usage of XRP?

20          MR. HORTON:  Objection to form.

21     A.   I don't know.

22     Q.   Did Ripple publicly say that?

23          MR. HORTON:  Objection to form.

24     A.   I don't remember.

25          MS. WAXMAN:  Exhibit 15.

1          (Post from XRP Chat dated February 26, 2017

2          was marked MV Exhibit 15 for identification, as

3          of this date.)

4     Q.   Mr. Vias, I'm showing you what's been

5   marked as MV 15, which is another post from XRP Chat

6   dated February 26, 2017.

7          It appears to be by you.

8          (Witness reviewing document.)

9     A.   Okay.

10    Q.   Did you make this post on February 26,

11  2017?  Was this in response to your question that you

12  had asked, in Exhibit 115, dated February 24, 2017?

13         MS. COWAN:  Objection.

14    Q.   The -- the second-to-last paragraph says,

15  The most of you are not Ripple employees.  You are

16  most definitely on the team, some only because you're

17  long XRP.

18         What do you mean -- what does that mean,

19  "long XRP"?

20    A.   It means folks owned XRP.

21    Q.   Does that mean they were looking for the

22  value of XRP to increase?

23    A.   Yeah.  Usually when you're "long"

24  something, you want it to go up in price.

25    Q.   So in February 2017, were you aware that

1    retail investors were buying XRP for investment

2    purposes?

3           MR. HORTON:  Objection to form.

4       A.   No.

5       Q.   No?

6       A.   That's an assumption.

7       Q.   Was it your understanding or your belief

8    that retail investors were buying XRP for investment

9    purposes in early 2017?

10          MR. HORTON:  Objection to form.

11      A.   I assume some folks were long.  Yeah.

12      Q.   Did you want to ensure that these people

13   knew that they were important to Ripple?  And that

14   their views were being heard by Ripple?

15          MR. HORTON:  Objection to form.

16      A.   I think I wanted them to know that somebody

17   was listening.

18      Q.   Why was that important to you?

19      A.   You know, like I said, it's -- it's more

20   than just a -- it's more than just a lottery ticket,

21   you know.  A lot of people really believed, and still

22   do, in crypto, and what it can do.  And a lot of

23   people spend a lot time, energy, effort, yeah.

24   Sometimes money, but most of the time, that's the

25   least important part of it.

126

1        Q.   Did -- a lot of people really believe that

2    Ripple would contribute to an increase in value for

3    XRP?

4        A.   I don't --

5             MR. HORTON:  Objection.

6             MS. COWAN:  Objection.

7        Q.   Did anyone ever instruct you to make sure

8    XRP was not sold to speculators?

9             MS. COWAN:  Objection.

10       A.   No.

11       Q.   Or that it was only sold to people who

12   would use it in connection with xRapid?

13            MR. HORTON:  Objection.

14       A.   No.

15            MS. WAXMAN:  Exhibit 116.

16            MR. HORTON:  I would like to stop for lunch

17   now.

18            MS. WAXMAN:  Yeah, just after this.

19            THE VIDEOGRAPHER:  Going off the record --

20            MR. TENREIRO:  I think we're staying on.

21            MR. HORTON:  I would like to take a lunch

22   break now.

23            MS. WAXMAN:  Wait, I didn't call -- we're

24   still off the record.  I want to --

25            MR. HECKER:  We are asking to take a break

127

1    for lunch.  I think the witness has been going for an

2    hour and a half.  We're not asking -- do we need to

3    ask permission to take a break for lunch?  We've been

4    going for an hour and a half.

5          MR. TENREIRO:  That's not what we

6    discussed, but that's fine.

7          MS. WAXMAN:  Okay.

8          MR. HORTON:  It's 1:00 o'clock.

9          MS. WAXMAN:  We're off the record at 12:55.

10         THE VIDEOGRAPHER:  Going off the record at

11    12:55 p.m. Eastern.

12         (Luncheon recess at 12:55)

13

14

15

16

17

18

19

20

21

22

23

24

25

128

1      A F T E R N O O N   S E S S I O N

2      (1:35)

3  MIGUEL VIAS

4      resumed, having been previously duly

5      sworn by a Notary Public, was

6      examined and testified further

7      as follows:

8          THE VIDEOGRAPHER:  We are back on the

9  record at 1:35 p.m. Eastern.

10  CONTINUED EXAMINATION BY MS. WAXMAN:

11      Q.   Mr. Vias, I would like to show you what's

12  been marked as Exhibit MV 116, which is a thread from

13  XRP Chat dated August 2017.

14          (XRP Chat dated August 2017 was marked MV

15      Exhibit 116 for identification, as of this

16      date.)

17          (Witness reviewing document.)

18      A.   Okay.

19      Q.   On page 6, there's a post by you.  Any

20  reason to believe you didn't make this post?

21      A.   No.

22      Q.   Is this a post you made in XRP trading and

23  price speculation forum?

24      A.   Yes.

25      Q.   Were you -- your post is flagged as a

129

```
1   popular post.  Does this mean it's been reposted or

2   liked with a high frequency?

3            MR. HORTON:  Objection to form.

4        A.   I don't know.  I don't know what that

5   means.

6        Q.   Were you responding to a specific question

7   in the thread?

8        A.   I don't -- I don't think so.

9        Q.   Is the thread about XRP price movements?

10       A.   I don't think that the title is -- is

11   "Miguel Vias and XRP Chat."

12       Q.   Okay.  And the second page, page 3 of 8, on

13   the bottom, there's a question.  It says, Can you

14   shed any light on why the price of XRP is sitting

15   between 16 and 19 cents for so long, despite all the

16   great news?

17            Are you responding to that question?

18            MS. COWAN:  Objection.

19       A.   I don't remember.

20       Q.   Going to your post, why did you make this

21   post?

22            MR. HORTON:  Sorry, Counsel, which page are

23   you referring to?

24            MS. WAXMAN:  Page 6 of 8.

25       Q.   Your post on the bottom of 6.
```

130

```
1          A.   I don't remember.

2          Q.   You write, Fits and starts, guys.  There's

3     a lot of noise out there, so I understand it can be

4     frustrating and confusing.

5               What can be frustrating and confusing?

6          A.   I don't know.

7          Q.   Are you talking about the changes in XRP's

8     price?

9               MR. HORTON:  Object to form.

10         A.   I don't know.

11         Q.   What can be -- what can be frustrating and

12    confusing?

13              MR. HORTON:  Objection.  Asked and

14    answered.

15         A.   I said, There's a lot of noise out there.

16    And I don't remember what I'm referring.

17         Q.   When you talk about noise, generally, are

18    you talking about the markets?  Noise in the market?

19              MR. HORTON:  Objection to form.

20         A.   What do you mean by "noise in the market"?

21         Q.   Extra -- extraneous commentary.  That could

22    affect the market.

23         A.   I really don't know what I meant by this.

24         Q.   You write, Our path was never going to be a

25    short one.  We work with enterprises, so the pace is
```

1    slower but the payoff will be worth it.

2         Are you talking about a payoff in terms of

3    increasing XRP's price?

4         MR. HORTON:  Objection to form.

5    A.    Don't know.

6    Q.    What are you talking about when you say

7    "the payoff will be worth it"?

8    A.    I mean, there I'm specifically referencing

9    the facts that we work with companies.  It's hard to

10   bring companies along, you know, and adopt new

11   products, particularly when they're involved in

12   crypto.  But that once you achieve that, that's a --

13   it's kind of a paradigm-shifting thing, at least

14   that's way we viewed it.  The technology was so

15   powerful that you could fundamentally change the way

16   financial plumbing worked.  It seems like a pretty

17   big payoff.

18   Q.    How would that adoption affect traders and

19   speculators?

20        MR. HORTON:  Objection to form.

21   A.    I don't know that it would.

22   Q.    Did Ripple publicly state that more

23   adoption would lead to an increase in value of XRP?

24        MR. HORTON:  Objection to form.

25   A.    I don't -- more adoption.

132

1           I don't think so.

2       Q.    Did Ripple tell XRP holders that it would

3   work to increase the demand for XRP?

4           MR. HORTON:  Objection to form.

5       A.    Not that I know of.

6       Q.    After you say -- you then go on to say,

7   What I would say, it's a little disappointing to hear

8   complaints about XRP not appreciating fast enough.

9           Are you talking about XRP price not

10  appreciating fast enough?

11      A.    Yes.

12      Q.    Then you go own to say, Our vision is --

13  couple sentences down, you say, Our vision is

14  literally world-changing and the last thing we are

15  worried about is price going up.

16          Then you write, That's a forgone conclusion

17  if we continue to focus on the work, which is exactly

18  what we're doing.

19          When you say "that's a forgone conclusion,"

20  are you talking about XRP's price going up?

21      A.    Yes.

22      Q.    Did you represent that XRP's price would go

23  up if Ripple would continue to work -- continue to do

24  the work that it's doing?

25          MR. HORTON:  Objection to form.

133

```
 1        A.    I think it is important to -- kind of --
 2   double back a little bit on what I said before, about
 3   unsticking XRP.  It's kind of off in this little
 4   corner, not really part of crypto.  I think
 5   overlaying all of this is a -- like a strong belief
 6   that crypto was going to be a thing.  Remember, this
 7   is -- when? -- August of '17.  Bitcoin had that first
 8   move.  We still don't have ███████████ in Ethereum.
 9   It was early still.
10        And I think even at this point, I still had
11   some concerns around -- because, you know, there have
12   been -- previous to my joining, there have been a lot
13   of twists and turns around the product strategy.  And
14   I think we're making good progress around making XRP
15   used where everything else that crypto existed on
16   was, but there was still risk.
17        So I read this now and I say to myself,
18   Well, you know, as long as we continue to do the
19   things that we were doing in the first half of that
20   year, with the big assumption that crypto continues
21   to grow, then XRP is going to be fine.  We're not
22   going to be the thing that hurts XRP.
23        Q.    But weren't you saying that you would
24   continue to work to increase the value of XRP?
25              MR. HORTON:  Objection to form.
```

134

```
1        A.   No.

2             I think I quite literally said, I'm not

3   worried about the price.  I also --

4        Q.   You said that's a forgone conclusion.

5             MR. HORTON:  Objection.

6        Q.   Continue.

7             MR. HORTON:  I'm sorry, is there a question

8   pending?

9        Q.   On the second page of the document, you

10  made a post that says, I'm always watching.

11       A.   Yeah.

12       Q.   Why did you write that?

13       A.   I was just being funny.  I mean, the title

14  of the -- of the post is, you know, is Miguel --

15  because I think -- and this is trying to go back

16  quite a bit now, but -- I think I'd been more active

17  when I first joined, and then I stopped being active.

18  I wasn't as active anymore.  And I think that's what

19  the question is really asking, is are you still on

20  XRP Chat.

21       Q.   I would like to show you what's been marked

22  as Exhibit MV 119.

23             (Email from Mr. Vias, re: XRP's Recent

24         Performance, Bates 0353469, was marked MV

25         Exhibit 119 for identification, as of this
```

135

1          date.)

2                    MR. TENREIRO:  Nicole, I'm going to send it

3     now, 119.

4                    MS. WAXMAN:  119 is a document with the

5     Bates 0353469.

6                    MR. TENREIRO:  Sorry.  There's more copies

7     here.  I'll send it to the ...

8                    (Witness reviewing document.)

9          A.    Okay.

10         Q.    Do you recall sending this email?

11         A.    I do not.

12         Q.    Any reason to believe you didn't send it?

13         A.    No.

14         Q.    What is this email about?

15         A.    Do you mean why did I send it in?

16         Q.    Why did you send it?

17         A.    I don't remember.

18         Q.    Were you concerned that XRP was not part of

19    a recent price rally?

20                   MR. HORTON:  Objection to form.

21         A.    I don't remember.

22         Q.    Did you have any understanding or any

23    belief as to why XRP was not part of the recent price

24    rally?

25                   MR. HORTON:  Objection to form.

136

1          A.   Discuss it a little bit in the email.

2          Q.   And what did you say?

3          A.   Kind of goes back to the things I've been

4     saying -- I've said few times already.

5               This is January 4, 2017, so about six weeks

6     after I've joined now.  And it's just -- it's

7     becoming more and more clear to me that XRP isn't

8     really a part of crypto yet.

9          Q.   Well, you write, XRP is not significantly

10    listed on off-ledger exchanges.  It does not have

11    adequate wallet support.  Markets do not view it as

12    truly decentralized.  And they distrust it because so

13    much of it is in so few hands.

14              Were those the reasons why you thought XRP

15    was not included in the recent rally?

16              MR. HORTON:  Objection to form.

17         A.   What it says on the page.

18         Q.   What do you mean by "markets do not view it

19    as truly decentralized"?

20         A.   Yeah, at the time, there was a -- kind of

21    more FUD around the holdings being centralized, as

22    well as the network.

23         Q.   And why was the network not truly

24    decentralized?

25              MR. HORTON:  Objection to form.

```
1        A.    So are you asking me why?  Or why people

2   thought?  I don't know.

3        Q.    Well, why did people think that the markets

4   were not -- that the ledger wasn't decentralized?

5              MR. HORTON:  Objection to form.

6        A.    Yeah, I -- I know it had to do with the

7   validator makeup, but I don't remember the specifics.

8        Q.    Did Ripple control the majority of

9   validators on the XRP ledger in January 2017?

10             MR. HORTON:  Objection to form.

11       A.    I don't know.

12             Yeah, I don't know.

13       Q.    Did Ripple control the majority of XRP

14  holdings in January 2017?

15             MR. HORTON:  Objection to form.  Lack of

16  foundation.

17       A.    I think so.  Yeah.  I think -- I think it

18  was around 60 billion at the time.

19       Q.    Did you recommend that Ripple be more

20  proactive about XRP in its marketing?

21             MR. HORTON:  Objection to form.

22       A.    Are you referencing something in the

23  document?

24       Q.    You write, Our long-term strategy involves

25  inserting XRP into Ripple and having the world run
```

```
1    payments through XRP.  Even if that doesn't happen,

2    because the banks never get comfortable with XRP,

3    that message is clear and powerful.  It means XRP has

4    the potential to be the institutional digital asset

5    standard bearer for legitimate global value transfer.

6             Then you continue to write, We need to make

7    sure the world knows it.  I understand there are

8    sensitivities around this type of messaging.

9             What sensitivities are you talking about?

10        A.   I don't remember.

11        Q.   What messaging were you talking about?

12        A.   I mean just putting XRP back in the overall

13   company narrative.

14        Q.   How would you do that?

15             MR. HORTON:  Objection to form.

16        A.   I don't know.

17             I don't know.

18        Q.   Did you make any recommendations how to put

19   XRP back into the company narrative?

20             MR. HORTON:  Objection to form.

21        A.   I don't remember.

22        Q.   Did you recommend that Ripple specifically

23   promote XRP?

24             MR. HORTON:  Objection to form.

25        A.   Sorry, promote how?
```

139

1       Q.   Did you recommend that Ripple promote XRP

2  as an investment?

3       MR. HORTON:  Objection to form.  Lack of

4  foundation.

5       A.   No.

6       Q.   Did you recommend that Ripple promote XRP,

7  for any reason?

8       MR. HORTON:  Objection to form.

9       A.   Not that I remember.

10      Q.   At the very last paragraph, you write, I

11  intended it to be market commentary, but the more I

12  thought about it, the clearer it became that, while

13  important, market activity is not the primary driver

14  of XRP's underperformance.  XRP is not performing

15  because we have work to do and that should be our

16  focus.

17       If -- then you write, If we execute, and we

18  will, I have no doubt that markets will recognize the

19  value of XRP.

20       You believe that Ripple's efforts in the

21  above areas would lead to XRP's increased value?

22       MR. HORTON:  Objection to form.

23     A.   January 4, 2017, it's hard to even -- to

24  really think that XRP was part of crypto markets.

25       My job was head of XRP markets.  My job was

140

1    to make sure that XRP became as liquid as possible.

2    All of the activity at the time revolved around this

3    Bitcoin and Ethereum.  And my job was to make sure

4    that we put XRP basically everywhere, at least

5    initially, as a -- just a -- basic goal, where crypto

6    lives.

7            XRP wasn't rallying; the same reason that

8    it wasn't going down when these other markets were

9    going down.  It just wasn't part of crypto.

10   Q.   So your job was to put XRP on the map in

11   January 2017.

12           MR. HORTON:  Objection to form.

13   A.   No maps.  No maps.  But -- we wanted to get

14   to a place -- this was my basic thesis:  If, at some

15   point, you want to end up with a real enterprise

16   software product, using underlying crypto liquidity

17   through XRP, there was no way you were going to get

18   to that point without basically -- letting the

19   tailwinds of the rest of crypto push you along.  It

20   was just too hard.

21           All of this work on the protocol was

22   just -- it wasn't working.  So when I say we have

23   work to do, I'm pretty clearly saying, like, my team

24   has work to do.  I call it out.  I call out almost

25   everything that I think my team has to do.

141

1      Q.    What are those things that you're calling

2   out?

3            MR. HORTON:  Objection to form.

4      A.    Eight to ten exchanges, MOPs used to run

5   payments through the exchanges.  I mean, even here,

6   right, this is January of '17.  We haven't even drawn

7   up xRapid already yet.  But we're already trying to

8   talk about the use case, kind of off the protocol.

9      Q.    In January 2017, were you trying to create

10  a market for XRP?

11           MR. HORTON:  Objection to form.

12     A.    No.  The market existed.  It's just small.

13     Q.    You were trying to grow the market.

14           MR. HORTON:  Objection.

15     A.    Yes.

16           MS. WAXMAN:  Exhibit 21.

17           (Email re: Ripple Media Tracking 3.24.17,

18           Bates 0461956 to -59, was marked MV Exhibit 21

19           for identification, as of this date.)

20           (Witness reviewing document.)

21     A.    Okay.

22     Q.    Did Ripple's marketing department ask you

23  to promote XRP on social media?

24           MR. HORTON:  Objection to form.

25     A.    I don't remember.

142

1    Q.   Did they ask you to tweet about XRP price

2    increases?

3         MR. HORTON:  Objection to form.

4    A.   I don't think so.

5    Q.   Are they asking you to do that in this

6    email?

7         MR. HORTON:  Objection to form.

8    A.   No.

9    Q.   Did marketing ask you to ask Ripple

10   partners and others to publicize and tweet about XRP?

11        MR. HORTON:  Objection to form.

12   A.   In this email?

13   Q.   In this email, and outside of this email.

14   A.   I don't remember outside the email.

15   Q.   Did they do that in this email?

16   A.   In this email, Monica is reaching out it

17   Patrick and myself, and asking, suggesting some

18   possible tweets, and whether or not some of our

19   partners might be willing to retweet them.

20   Q.   And did they suggest tweets about XRP's

21   price increase?

22        MR. HORTON:  Objection to form.

23   A.   I mean, there's three bullet points here.

24   They all have something to do with the price of XRP.

25   Q.   When you say "something to do with the

143

1    price of XRP," does it have to do with the price of

2    XRP increasing?

3            MR. HORTON:  Objection to form.

4        A.    Yes.

5        Q.    And why did they want you to ask Ripple

6    partners to tweet about XRP's price increase?

7            MR. HORTON:  Objection to form.

8        A.    I don't know.

9        Q.    Did Brad endorse the idea?

10           MR. HORTON:  Objection to form.

11       Q.    In the middle of the email he says, Love

12   the idea.

13           Did he endorse it?

14           MS. COWAN:  Objection to the form.

15       A.    It sounds like endorsement.

16       Q.    Okay.  Do you recall this -- do you recall

17   this request from marketing outside of this email?

18       A.    I don't.

19           MS. COWAN:  Objection to form.

20       Q.    Outside of this email, did Brad endorse

21   this idea about promoting XRP on social media?

22           MR. HORTON:  Objection to form.

23       A.    I don't know.

24           MS. WAXMAN:  Exhibit 24, please.

25           (Email re: Commitment on XRP for

144

1          ████████████ ?, Bates ████ 0057043, was marked

2          MV Exhibit 24 for identification, as of this

3          date.)

4               (Witness reviewing document.)

5          A.   Okay.

6          Q.   Do you recall this email?

7          A.   I don't.

8          Q.   Who is ████████████ ?

9          A.   ████████ -- I think she's -- I think she

10    still works at Ripple.  I don't know in which

11    capacity.  At the time, she was -- she worked at ████

12    ████████ , and she was our primary point of

13    contact there, our account manager, whatever.

14         Q.   What is ████████████ ?

15              MR. HORTON:  Objection to form.

16         A.   I'm not exactly sure.

17         Q.   Was ████████████ Ripple's PR firm?

18              MR. HORTON:  Objection to form.

19         A.   I -- I would -- I don't know what ████████

20    ████ does.

21         Q.   Why would ██████ reach out to you?

22              MR. HORTON:  Objection.

23         A.   Yeah, I -- what I'm reacting to, I'm not

24    sure if they're PR, marketing.  I'm not even exactly

25    sure how to couch them.  They help with marketing