145

1    stuff.

2        Q.   Okay.  So either marketing --

3        A.   Or PR.

4        Q.   Did ████ ask you to comment on a recent

5    surge in XRP's price?

6            MR. HORTON:  Objection to form.

7        A.   It seems, yeah, somebody reached out to

8    ████ from ████████ asking questions about the

9    price of XRP rallying.  And she wanted to get back to

10   them.  She was suggesting some language and asking me

11   for my opinion.

12       Q.   And did you believe that Ripple's

13   announcements had caused an increase in XRP price?

14           MR. HORTON:  Objection to form.

15       A.   I don't remember.

16       Q.   You write, While the recent surge in XRP is

17   certainly influenced by Bitcoin scalability issues,

18   clearly much of the recent momentum is due to the

19   announcement that ████ join Ripple's steering group

20   ████

21          Did you write that Ripple's news had an

22   impact on XRP price?

23           MR. HORTON:  Objection.

24       A.   That's what I wrote, yeah.

25       Q.   Did others at Ripple share that view as

146

```
 1    well?
 2              MR. HORTON:  Objection to form.
 3         A.   I don't remember.
 4              MS. WAXMAN:  Exhibit 25.
 5              (Email re: ████, Bates Stamp Numbers
 6         0511391 through -392, was marked MV Exhibit 25
 7         for identification, as of this date.)
 8         Q.   Mr. Vias, I'm showing you what's been
 9    marked Exhibit MV 25, which has the Bates Stamp
10    Numbers 0511391 through -392.
11              (Witness reviewing document.)
12         Q.   Do you recall this -- tell me when you're
13    done reading it.
14              (Witness reviewing document.)
15         A.   Okay.  I'm ready.
16         Q.   Who is ████████?
17         A.   I don't know of what ████ does now.  At
18    the time ████ -- hmm.
19              I don't know if ████ was still at the
20    company when he sent me this email.
21         Q.   Did he used to work at Ripple?
22         A.   He did, yeah.  He used to be the head of
23    Ripple D.
24         Q.   What is Ripple D?
25         A.   Ripple D is the team that works on the
```

```
 1    protocol.

 2         Q.   An engineer?

 3         A.   Yes.  A head of engineering for the

 4    protocol.

 5         Q.   Now, on the second page, the paragraph that

 6    says, You have to fix those relationships that the

 7    leadership poorly managed or didn't manage at all, is

 8    that what you wrote or is that what ███████ wrote?

 9              MR. HORTON:  Objection to form.

10         A.   It's -- just from reading the email it's

11    not clear, because it -- it seems like ███████ wrote

12    something and then it says that I wrote something.

13    But it sounds like he nested -- my response -- I

14    don't -- it's super confusing.  I'm not sure.

15              It sounds like he wrote it, though.

16         Q.   Do you know when he -- if he wrote it, do

17    you know what he's talking about?

18              MR. HORTON:  Objection to form.

19         A.   If he wrote it, it would be on what's on

20    the email.  No.

21         Q.   In the middle of the email, at 4:34, he

22    writes to you regarding XRP trading.  He says, We

23    both know that this XRP pump is speculative.

24              Is he talking about trading by XRP

25    speculators?
```

1          MR. HORTON:  Objection to form.

2     A.   I think ███████ is saying that he thinks

3  that the run-up in XRP was caused by speculation.

4     Q.   And did you agree with him?

5          Or what are you agreeing with in your

6  email?

7          MR. HORTON:  Objection to form.

8     A.   Well, ██████ was a -- ███████ was a colorful

9  guy.  He is a colorful guy.  I'm guessing he's still

10  around.

11          So it was always better just to agree with

12  ███████  If not, you could get into, like, a really

13  long, drawn-out conversation as to why he was right

14  and you were wrong.

15          So I'm just agreeing with ████████  Yes,

16  sir, kind of thing.

17     Q.   Did you agree with the statement he was

18  saying, or were you just agreeing to agree?

19     A.   I don't remember.  I think I was just

20  agreeing to agree.

21     Q.   At the top of the very top email, at the

22  very top, he makes a recommendation regarding XRP.

23          What is he recommending?

24          MR. HORTON:  Objection to form.

25     A.   I'm not -- I'm not entirely sure.

1      I don't know what he means by

2  "impressions."

3      Q.   Is he recommending that Ripple do more to

4  promote XRP as an investment to speculators?

5      MR. HORTON:  Objection to form.

6      A.   I think he's recommending that Ripple use

7  these websites somehow to promote XRP.

8      Q.   And then you write, I think you'll see

9  something like that soon, ▇▇▇  Just takes a while.

10  Monica is fully -- all caps -- on board right now

11  with promoting XRP.

12      Why did you write "Monica is fully on board

13  right now"?

14      A.   So I think I mentioned, I think ▇▇▇▇▇ is

15  gone at this point.  It's why he's emailing from his

16  Gmail account.  And he's -- you know, ▇▇▇▇▇ and the

17  marketing team -- this predated me.  But, you know,

18  he certainly was not shy about letting me know, like,

19  how much he had argued with the marketing team.

20      And, again, ▇▇▇▇ is an argumentative guy,

21  so it could be for a host of reasons.  But here he's

22  complaining again that whatever marketing is not

23  doing what he thinks marketing should be doing.  And

24  honestly, just to kind of placate him, I'm saying,

25  Hey, you know, don't worry about it.  Monica is fully

1   on board.  Like, things are going to change.  We're

2   going to make you happy, █████████

3           Basically what I'm saying.

4       Q.  Was Monica not fully on board with

5   promoting XRP?

6           MR. HORTON:  Objection to form.

7       A.  I mean, I don't remember whether she was on

8   board with something, like what he was saying.  I

9   don't think so.

10          I think when I say she's "fully on board,"

11  I mean more around like -- we kind of moved beyond

12  the moment where XRP just didn't show up in the

13  narrative of the company anymore, which is what he

14  used to feel.

15      Q.  So Monica, in March 2017, was including XRP

16  as part of the company's narrative?

17          MR. HORTON:  Objection to form.

18      A.  I don't remember.

19      Q.  At the bottom of -- in the middle of the

20  bottom page, you say there are some ideological

21  differences.

22          What are you talking about there?

23      A.  Oh.

24          Again, if -- if ██████ wrote kind of this

25  piece here, I think I'm responding to his idea around

151

1    befriending Poloniex and Bitfinex, and getting closer

2    to them from a relationship perspective.

3           MS. WAXMAN:  Exhibit 11.

4           (Forwarded email re: Hola!, Bates Stamp

5        0763288, was marked MV Exhibit 11 for

6        identification, as of this date.)

7        Q.  Mr. Vias, I'm showing you what's been

8    marked as Exhibit MV 11, which begins with the Bates

9    Stamp 0763288.

10          (Witness reviewing document.)

11       A.  Okay.

12       Q.  Who is ███████?

13       A.  ███████ is a dentist in Portugal.

14       Q.  Was █████ an investor in XRP?

15          MS. COWAN:  Objection.

16          MR. HORTON:  Objection to form.

17       A.  From this email, if I remember correctly,

18   █████ owned XRP, yes.

19       Q.  He was interested in profiting from an

20   increase in XRP price?

21          MR. HORTON:  Objection to form.

22       A.  Yes.

23       Q.  And he was relying on Ripple to make XRP

24   increase in price?

25          MR. HORTON:  Objection to form.

152

1      A.   I don't know what ████ was relying on.

2      Q.   Did you tell ████ Ripple's efforts would

3  lead to an increase in XRP price?

4          MR. HORTON:  Objection to form.

5      A.   Not that I remember, no.

6      Q.   Did -- ████ never intended to use XRP,

7  right?

8          MR. HORTON:  Objection to form.

9      A.   I don't know.

10     Q.   Did he ever tell you that he wanted to use

11  XRP?

12     A.   I don't think so.

13     Q.   In the body of the email, he talks about

14  his investment in XRP.  Correct?

15     A.   Yes.

16     Q.   And he talks about how much he believes in

17  Ripple.  Correct?

18         MR. HORTON:  Objection to form.

19     Q.   Why did you forward ████ email to Chris

20  Larsen?

21     A.   I don't remember.

22     Q.   Did you communicate with any other retail

23  XRP investors?

24         MR. HORTON:  Objection to form.

25     A.   Not that I remember.

153

1      Q.   By this time, were retail investors

2   interested in buying XRP?

3           MR. HORTON:  Objection to form.

4      A.   I don't know.

5           MS. WAXMAN:  Exhibit 12, please.

6           (Email re: Hola!, Bates 0360469, was marked

7      MV Exhibit 12 for identification, as of this

8      date.)

9      Q.   Showing you what's been marked as

10  Exhibit MV 12, which begins with Bates 0360469.

11          (Witness reviewing document.)

12     A.   Okay.

13     Q.   What is MV 12?

14     A.   It's my response to ████████ email.

15     Q.   And in his email, did he indicate -- in

16  MV 11, did he indicate that he was frustrated with

17  XRP price?

18          MR. HORTON:  Objection to form.

19          (Witness reviewing document.)

20     A.   I don't know that.

21          I'm trying to find it if it's in here, but

22  I can't find it.

23     Q.   At the bottom of the page that has the

24  Bates Stamp 0360470.

25     A.   Uh-huh.

154

1      Q.   The last paragraph says, Of course, pass

2    this whole time.  At this point, I'm a bit frustrated

3    with the price.

4      A.   The top there.

5           Yeah, it looks like he was frustrated with

6    the price.

7      Q.   And then in the paragraph above it, toward

8    the end, he says, I had my first child six months

9    ago, and I'm now considering what to do about my

10   position.

11          Is he asking you whether he should hold or

12   sell?

13          MR. HORTON:  Objection.

14     A.   I don't think he's asking anything.

15     Q.   Did anyone at the company ever tell you how

16   to respond to someone who is asking about their

17   investment?

18          MR. HORTON:  Objection to form.

19     A.   Did anybody in the company ever ask me how

20   to respond if someone had questions around what they

21   should do with their XRP holdings?

22     Q.   Yes.

23     A.   No.

24     Q.   Did you tell ███████ in response to his

25   email that you believe Ripple's efforts would lead to

155

1    an increase in XRP value?

2           MR. HORTON:  Objection.

3        A.   No, I don't think so.

4        Q.   In the middle of the first paragraph, on

5    the very first page, you wrote -- you write, The team

6    is so strong, ███████  They work so hard and are so

7    smart, sometimes it feels like there is no way we can

8    lose.

9           What are you talking about when you say

10   "there is no way we can lose"?

11       A.   There's no way we won't be successful.

12       Q.   Then towards the end, in the middle of the

13   page, you say, As for price, ███████  I have no idea

14   in the short to medium term.  The truth is our market

15   is too small right now to have a good sense of where

16   the price is going in the short term.  What I can

17   tell you is that if we execute this year, I will be

18   really surprised if the price stays where it is.

19          Were you communicating in this email that

20   you believe the price would increase based on what

21   Ripple was doing?

22          MR. HORTON:  Objection to form.

23       A.   I've said this a few times now, but -- it's

24   always important to couch these things within the

25   context of a broader crypto market.  You couldn't

1  help but be bullish crypto, if you were in crypto.

2  Otherwise, what's the point of being in crypto, in

3  some respects.

4          And I -- I mention it here, that the market

5  was so small, it wasn't on any exchanges.  I can't

6  remember if this is before or after the time I wrote

7  the email where I was like, Crypto rallied.  He did

8  nothing because he wasn't part of crypto.

9          So when I read these emails, it kind of --

10  immediately takes me back to just how nascent, and

11  barren in some respects, you know, the overall

12  liquidity pool was and how little connected that

13  liquidity pool was to the rest of it.

14      Q.   Did you represent to ████ that you felt

15  that there was a lot of potential for XRP?

16          MR. HORTON:  Objection to form.

17      A.   I -- I don't see that here.

18      Q.   Well, you write, What I can tell you is

19  that, if we execute this year, I will be really

20  surprised if the price stays where it is.

21          So are you saying that if Ripple executes

22  on certain initiatives, the price will increase?

23          MR. HORTON:  Objection to form.

24      A.   There's more context here, which I think is

25  important.

1    So if you look at the end of [redacted] email

2    where he says, Large transfers made by [redacted]

3    dumping on Poloniex, yadda, yadda.  I think at this

4    point, this was the lowest the price had been for a

5    long time.  I can't remember exactly.  But there had

6    been some large sales in the market.

7    And as I'm thinking through this now, I'm

8    remembering a little bit.  Yeah, I think it was

9    the -- I think the lowest it had been in, like, three

10   or four years.

11   So I -- I'm -- I'm certainly not -- I'm not

12   communicating that the price is going to go any

13   lower.

14   All I'm saying is I'd be surprised if it

15   stays where it is.

16   Q.    Because of everything that Ripple was

17   doing?

18   MR. HORTON:  Objection.

19   A.    I think, in general, it was unlikely to

20   stay that low.

21   Q.    Why?

22   A.    Because that was the lowest it had been in

23   years.

24   Q.    Well, what was the price in 2017 -- at this

25   point?

158

1       A.   I think -- I think in February, it got down

2   to 4 tenths of a penny, 4 1/2 tenths of a penny,

3   something like that, which I know -- you know, now we

4   say 6 1/2 tenths of a penny versus 4 1/2 tenths of a

5   penny doesn't feel like much, but that's a 33 percent

6   dip.

7           MS. WAXMAN:  Exhibit 40.

8           (Email re: XRP Markets Update, Bates

9       0032680 to -81, was marked MV Exhibit 40 for

10      identification, as of this date.)

11          (Witness reviewing document.)

12      Q.   Do you recall this email?

13      A.   I do not.

14      Q.   The bottom email, why did you send this

15   email?

16          MR. HORTON:  Objection.

17      A.   I don't remember.

18      Q.   Did you send this email to a distribution

19   list?

20          MR. HORTON:  Objection.

21      Q.   Or to a group of people?

22      A.   If I remember correctly, this went to

23   leadership.

24      Q.   And what is the email about?

25      A.   It's a commentary on market activity in

159

1    XRP.

2         Q.   And why were you providing leadership with

3    commentary on XRP trading market?

4         A.   If I remember correctly, I think I was

5    asked to do this periodically.  It was part of the

6    responsibility, overall.

7         Q.   Is the email talking about chatter about

8    Ripple's escrow announcement?

9              MR. HORTON:  Objection to form.

10        A.   It mentions it.

11        Q.   Okay.  And did you believe the chatter

12   about the escrow had caused XRP's price to increase?

13        A.   At the time, I did, yes.

14        Q.   And was the escrow announcement significant

15   for Ripple?

16             MR. HORTON:  Objection to form.

17        A.   The -- sort of, after the -- when we

18   announced it, you mean?

19        Q.   So was the fact that Ripple was considering

20   putting its XRP in escrow significant?

21             MR. HORTON:  Objection to form.

22        A.   Significant to whom?

23        Q.   Significant to the market.

24             MR. HORTON:  Same objection.

25        A.   I don't know.

160

```
 1        Q.   Did the escrow reduce overhang, which was a
 2   concern by speculators?
 3             MR. HORTON:  Objection to form.
 4        A.   I don't know.
 5        Q.   What was the goal of the escrow?
 6             MR. HORTON:  Objection to form.  Lack of
 7   foundation.
 8        A.   The -- the primary -- this kind of goes
 9   back a little bit to our conversation around clarity
10   and transparency.
11             You know, the -- the primary goal was to
12   remove any doubts -- I have to go back a little bit.
13   There had been a lot FUD around Jed selling way
14   before I joined the company, a very well-publicized
15   incident where Jed said he was going to sell all his
16   XRP.  It was very dramatic for crypto.
17             And it felt like there was still some of
18   that -- those lingering concerns about Ripple having
19   so much XRP accessible at any time, and -- you know
20   having concerns around, you know, if the company got
21   into trouble somehow and needed money that they might
22   just turn around and sell all of its XRP.
23             So the primary reason was to sort of remove
24   that risk.  We got some suggestions from folks about
25   the best way to remove that risk is just to destroy
```

161

1    all the XRP.  We thought that might be a little

2    aggressive, and this could be a good middle ground.

3         Q.   And was it the risk that Ripple could sell

4    all of its XRP into the market?

5              MR. HORTON:  Objection to form.

6         A.   I don't know that it was all the XRP or

7    some of the XRP, but it was just that, you know,

8    Ripple could sell a large amount of XRP.

9         Q.   And Ripple sales would have a negative

10   impact on price?

11             MR. HORTON:  Objection.

12        A.   If -- if they're large enough they could.

13        Q.   Was the escrow one of the things Ripple did

14   to get XRP kind of out of its corner?

15             MR. HORTON:  Objection to form.

16        A.   If I think of kind of how the other crypto

17   currencies get distributed, so Bitcoin in particular,

18   proof of work and how it's algorithmic and incredibly

19   well known, it's public.  So that's just not

20   something that the market has any concerns about, the

21   amount of supply coming online at any given time

22   because it's known.

23             If we think of a random cryptocurrency not

24   having that attribute or not having clarity of

25   supply, you could think of it as having challenges,

1    as being part of crypto.  One of these things is not

2    like the other.

3            I think the escrow was an attempt at

4    almost -- you know, I think that -- the escrow

5    married with programmatic sales, which we were public

6    with, I think started to put in place.  Something

7    that was akin to, you know, that algorithmic very

8    public supply schedule, which XRP just didn't have.

9        Q.    Was one of the reasons XRP did not have

10   clarity of supply because Ripple owned most of it,

11   and could sell it at any point into the market?

12            MR. HORTON:  Objection to form.

13       A.    No.  The -- and I'm not a technical expert

14   so I don't want to dive too deep in here, but it's

15   more because of the consensus mechanism.  The fact

16   that it's not a proof-of-work blockchain means that

17   you don't have kind of the rewards being build out

18   for mining blocks or for validating blocks.  So it's

19   just a different mechanism.

20       Q.    Did Ripple understand -- did Ripple believe

21   that by implementing the escrow it would cause an

22   increase in XRP price?

23            MR. HORTON:  Objection to form.

24       A.    I -- so I -- no.

25            What -- the company, I don't know what

163

1  the -- with --

2      Q.   Did you believe that the escrow -- by

3  implementing the escrow it would have a positive

4  impact on XRP's price?

5      A.   Yeah, I thought it would be beneficial.

6      Q.   Why?

7      A.   Well, just kind of think of it almost like

8  a -- I think of the price of something as kind of the

9  expected value of something.  You think about

10 probabilities of outcomes, and you removed the big

11 probability, like one big outcome has been removed.

12 The probability that 60 billion XRP get sold in one

13 day is gone.  Likely the probability that, well, now

14 the probability that anything but 1 billion XRP in a

15 month -- or a day, which is, I guess, technically

16 what could have happened, all those other

17 probabilities get -- they're just not possible

18 anymore.

19          So the -- the chances that you get, like,

20 incredible supply guts -- or gluts -- is gone.  That

21 shouldn't be bad for the price.  I -- I -- I guess.

22 At the same time, I mean -- I'll shut up.

23     Q.   Absent the escrow, was there a concern by

24 XRP holders that Ripple could sell a large portion of

25 its holdings?

164

1          MR. HORTON:  Objection to form.

2      A.   Hard for me to speak to all XRP holders.

3          But it -- if I remember correctly, it's

4   stuff that I read or heard from folks.

5      Q.   Did you hear that directly from OTC

6   purchasers?

7      A.   Not that I remember.

8      Q.   And where did you read that?

9      A.   I don't remember.

10         MR. HORTON:  Objection to form.

11     Q.   Did you read that on XRP Chat?

12     A.   I don't remember.

13     Q.   Were -- did you understand that XRP holders

14  and XRP speculators were concerned that Ripple could

15  sell its XRP at any time into the market?

16         MR. HORTON:  Objection to form.

17     A.   Again, hard for me to speak for everybody,

18  but I felt like I had that impression, felt that

19  impression.

20     Q.   Did others at Ripple have that impression

21  as well?

22         MR. HORTON:  Objection to form.

23     A.   I can't remember anybody specifically, but

24  I think so.

25     Q.   Did Brad Garlinghouse share that view?

1         MR. HORTON:  Objection to form.

2     A.    I don't know.

3     Q.    Did Chris Larsen share that view as well?

4         MR. HORTON:  Objection.

5         MS. COWAN:  Objection.

6     A.    I don't know.

7     Q.    Are you familiar with an entity called

8    ████████ --

9         MR. HORTON:  Sorry, Counsel.  Are you done

10   with this document?

11        MS. WAXMAN:  Yes.

12        MR. HORTON:  Can we take a short break?

13        MS. WAXMAN:  Yes.  We're off the record at

14   2:49.

15        THE VIDEOGRAPHER:  Going off the record at

16   2:49 p.m. Eastern.

17        (A recess was taken from 2:49 to 3:02.)

18        THE VIDEOGRAPHER:  We are back on the

19   record at 3:02 p.m. Eastern.

20     Q.    Mr. Vias, are you familiar with an entity

21   called ████████████?

22     A.    I -- yes, yes.

23     Q.    What is ████████████?

24     A.    I'm not 100 percent sure.  I want to tell

25   you what I -- what I remember it being.  I don't know

166

```
 1    if it still is.
 2            So ███ was a -- it's a company that
 3    provided software to digital currency exchanges with
 4    a matching engine.
 5        Q.   Did Ripple ever partner with ████?
 6            MR. HORTON:  Objection to form.
 7        A.   I don't remember if we ever actually inked
 8    a deal with ████.
 9        Q.   How did you come to learn about ████?
10        A.   I don't remember.
11            MS. WAXMAN:  Exhibit 50.
12            (Email from Mr. Vias to ████████  re:
13        Call Notes: ████████  Bates 0762086, was
14        marked MV Exhibit 50 for identification, as of
15        this date.)
16        Q.   Mr. Vias, I'm showing you what's been
17    marked MV 50, with the Bates 0762086.
18        A.   Okay.
19            (Witness reviewing document.)
20        A.   Okay.
21        Q.   Does this refresh your memory about ████
22    and whether Ripple entered into any partnership or
23    deal with ████?
24            MR. HORTON:  Objection to form.
25        A.   It does not.
```

1     Q.   Did Ripple sell XRP to ████?

2     A.   I don't think so.

3         I don't remember doing so.  No.

4     Q.   Did ████ sell XRP to its customers?

5         MR. HORTON:  Objection to form.

6     A.   I don't know.

7     Q.   At the very top is an email from you to

8 ████████████████  Who is ████████████?

9     A.   ████ was a member of the BD team.

10    Q.   And did you report to ████?

11    A.   No.

12    Q.   Why were you letting him know about ████?

13    A.   I think this -- I sent out a -- a -- this

14 is a quick, kind of, recap for a meeting that we had

15 with ████ the CEO.

16        If I remember correctly, we used to send

17 these call notes out to the BD team broadly.  So I

18 can't remember if it was a distribution email or if

19 it was individuals.  I think it was just BD at

20 Ripple.  And we would just send off the calls notes

21 for visibility so folks knew what conversations were

22 being had.

23    Q.   You write about the -- about ████ at the

24 very top.  They will just be buying XRP, but it's a

25 great sign that retail brokers are jumping in.

```
1              What did you mean by "retail brokers"?

2         A.    Yeah, I don't -- I'm -- I'm a little

3    confused by this, to be honest.  Because I -- this is

4    not how I remember ████

5              So I'm just having trouble remembering this

6    thread.

7         Q.    Well, other than in connection with ████

8    what do you mean by the term "retail brokers"?

9              MR. HORTON:  Objection to form.

10        A.    So -- if there isn't a direct analog to

11   cryptocurrency exchanges in FX markets.  We don't --

12   in the States, FX trading isn't as popular as it is

13   in the UK or Europe, in some parts.  So we don't

14   have, like, FX exchanges.

15             The way I understand it -- I wasn't an FX

16   expert, but the way I understand the FX market is

17   that as of -- instead of having those exchanges,

18   there are retail brokerages where -- you can get

19   access to FX as a more retail-type trader, but it's

20   more -- it's broker.  So it's not like a matching

21   engine where you're just matching up with somebody

22   and you don't know who it is.

23             I think the way retail brokerages in FX

24   work is you pair off against a broker.  But honestly,

25   I'm not sure.
```

169

1      Q.  So was the purpose of reaching out to ███

2  to make XRP available for retail purchasers?

3      MR. HORTON:  Objection to form.

4      A.  I don't remember.  Why we reached out to

5  ███  It looks like it was an introduction from

6  ███

7      Q.  And what is ███?

8      A.  ███ is a software provider for

9  over-the-counter trading.

10      Q.  For whom?  Who would use it?

11      A.  ███ as an example, uses

12  ███

13      MS. WAXMAN:  Exhibit 58, please.

14      (Email chain re: Quick Thoughts on XRP

15      Sequencing, Bates -0048430 through -433, was

16      marked MV Exhibit 58 for identification, as of

17      this date.)

18      Q.  Mr. Vias, I'm showing you what's been

19  marked as MV 58, which has the Bates 0048430 through

20  -433.

21      (Witness reviewing document.)

22      A.  Okay.

23      Q.  Do you recall sending this email, in

24  August 2017?

25      A.  I don't.

170

1        Q.   What was going on in the XRP market in

2  August 2017?

3        MR. HORTON:  Objection to form.

4        Q.   I mean earlier we -- you spoke about in

5  early 2017 that there wasn't enough publicity into

6  XRP.  Had that changed in August 2017?

7        MR. HORTON:  Objection to form.  I'm not

8  sure that's what he testified.

9        A.   Did I use that word?

10       Q.   No.

11       Well, what was the market like in

12  August 2017?

13       A.   I -- I don't -- that's a broad question.

14  I'm not sure -- I -- I don't know.

15       Q.   How did the market for XRP compare in

16  August -- how did it -- in August 2017, what was the

17  market like compared to the market in early 2017?

18       A.   I think it was better.  I think we had -- I

19  think XRP was listed on more exchanges at that point.

20  If I remember correctly, Kraken had listed.  Bitstamp

21  had listed.  I think we had a few of the Korean

22  exchanges it listed.

23       I think at this point, we had ██████████

24  ████████ OTC, which was good.  We may have had either

25  ██████ or ██████  that's the hardware wallets, extend

171

1    support for XRP.  So I think volumes were up.

2        I think the price at this point had come

3    off its highs, in May.  I can't remember what the

4    price was, but I think, in general, it was better.

5        Q.   Did you still have those concerns that you

6    had earlier in the year about XRP -- I don't want to

7    put words in your mouths, but you had -- you

8    mentioned earlier that you did have concerns about

9    XRP early in 2017.

10       A.   Yeah --

11            MR. HORTON:  Objection to form.

12       A.   Sorry.

13            Yeah, concerns that it wasn't -- it wasn't

14   participating broadly in the rest of the crypto

15   markets.  It really wasn't part of that.

16            I think less so.  I think less so, but

17   not -- clearly, as I'm outlining in this email, there

18   was still things to do.

19       Q.   In the email, you -- to Patrick, on the

20   second page of the top, you say, On the back of my

21   email exchange with Brad over the weekend and the

22   leadership off-site this week, I wanted to give you a

23   quick overview of what I think we need to do over the

24   next few months to keep XRP's momentum going.

25            What momentum are you talking about?

172

1       A.   I don't remember specifically.

2       Q.   Are you talking about momentum in terms of

3   XRP price?

4             MR. HORTON:  Objection.

5       A.   I -- I doubt it.  I think at this point,

6   the price had come off pretty significantly from the

7   highs, in May or June, whatever that was.

8       Q.   Are you talking -- sorry, go on.

9       A.   I think I mean more about just the market

10  development.  The liquidity kind of -- the

11  unstuckness, if you will.  Starting to get unstuck

12  from that little corner that I described before.

13      Q.   What was market sentiment like at the time

14  for XRP?

15           MR. HORTON:  Objection to form.

16      A.   I don't know.

17      Q.   Was it positive?

18           MR. HORTON:  Objection to form.

19      A.   I don't know.

20      Q.   Were retail investors excited about XRP in

21  late 2017?

22           MR. HORTON:  Objection to form.

23      A.   I don't know.

24      Q.   What do you recommend Ripple do to keep the

25  momentum going?

173

1    A.   Sorry, I just -- I've listed them.  I'm not
2    going to read them to you.
3    Q.   Are many of the things that you've
4    recommended, relate to making XRP more readily
5    available on platforms?
6         MR. HORTON:  Objection to form.
7    A.   Sorry.  Can you repeat that again?
8    Q.   Are the items that you list, are they
9    related to making XRP more readily available for
10   trading on platforms?
11   A.   Some of these are.  Yeah.
12   Q.   And the ones that are not related to
13   platforms, what are -- what do they relate to?
14   A.   So there's an xRapid mentioned, around --
15   you know, the pilots.  That really speaks more to
16   kind of the signaling to the payments industry is
17   that we have a product.
18        The other one I think that's not related at
19   all to -- to anything exchange-wise is the blockstack
20   support for XRP, which is really more technical- and
21   developer-focused.  And then the ACH launch at Kraken
22   and Bitstamp, really, I think, if I remember
23   correctly, revolved around ease of use for xRapid.
24   Q.   You said the xRapid pilot was more of a
25   signal.  Correct?

[6/28/2021] Vias, Miguel Dep. Tr. 6.28.2021

174

1      A.   Yeah.

2      Q.   Is that because at the time xRapid

3  wasn't -- hadn't been commercially adopted yet?

4          MR. HORTON:  Objection to form.

5      A.   I mean it was a pilot.  Remember, I think

6  we sketched out xRapid on a whiteboard in March.

7  This is August.  It's not even five months later.

8          I think we're talking about launch of

9  xRapid of a pilot in October.

10     Q.   So nobody was using xRapid at the time.

11         MR. HORTON:  Objection to form.

12     A.   I think xRapid was not ready to be used.

13     Q.   Okay.  So why would listings, XRP's

14  listings help the -- XRP's momentum?

15     A.   So if you're going to take it to -- it's --

16  it's -- at the end state, the long-term goal, there's

17  a network of really liquid exchanges, all connected

18  with Ripple APIs, that each one of which facilitates

19  transfer of value from one -- from one of those

20  exchanges to any one of the other ones.  And that

21  network of liquidity and volume being used by payment

22  providers, like MoneyGram, the America's ███████

23  ███████    International ones as well.

24         How do you do that?  You have to start with

25  the exchanges, obviously, and getting those listings,

1  and getting those books and getting those books

2  liquid. And you've to keep building. You have to

3  keep getting listings. Part of it is a general --

4  like -- you know, you can't have only the xRapid

5  exchanges be liquid. That would be odd.

6         So you still have this overarching goal of,

7  okay, like general liquidity health, general market

8  health. So lot of this is -- some of that; and some

9  of it is an anticipation of what we're going to do in

10  the future.

11        So SCI. SCI is a Filipino exchange. We

12  wanted to go into the Philippines next. That was

13  what SCI was about. I'm actually surprised that

14  coins.ph is not on here, because that ended up being

15  a big part of the Philippines strategy as well.

16        So there is -- you know, at the end of '17,

17  early '18, we -- you know, we start to get a kind of

18  differing of priorities. Some of the foundational

19  liquidity building had been done; a lot of it not by

20  us. Organically, as the markets, you know, really

21  grew in crypto, folks start listing XRP on their own.

22  We can start now to be a little more strategic about

23  where we want to target XRP listings and tie them a

24  little bit more closely to the broader product

25  strategy.

176

1            And I think, you know, BitOasis, I don't

2   know if we ever get the BitOasis launch or deal.

3   That was one another, because we -- we had ideas

4   around the Middle East in money movement.

5            So yeah, if that answers your question.

6       Q.   But at this time, in August 2017, this was

7   all prospective.

8            MS. COWAN:  Objection.

9       Q.   The work on xRapid, and exchanges that

10  would integrate xRapid.

11           MS. COWAN:  Objection.

12           MR. HORTON:  Hang on.  She is going to ask

13  a question.

14      Q.   The work that you were doing was -- in

15  relation to xRapid was for something in the future.

16           MS. COWAN:  Same objection.

17      A.   How do you get to the future if you don't

18  plan in the present?  Yeah, this is laying out some

19  of the strategy to get us to that end state.  This is

20  some of the sequencing I thought we needed.

21      Q.   And did you think the sequencing encouraged

22  speculative trading volume?

23      A.   I don't know.

24      Q.   Was part of the sequencing to get more

25  speculation so that at some point in the future, XRP

1   could be used for payments?

2          MR. HORTON:  Objection to form.

3      A.   I think speculation is an important part of

4   a healthy market.

5      Q.   Did you think speculation was a precursor

6   to getting XRP adopted for payments?

7          MR. HORTON:  Objection to form.

8      A.   I wouldn't be go so far as a precursor, but

9   I think it would be harder to do it without it.

10     Q.   Did Ripple work to encourage speculative

11  trading?

12         MR. HORTON:  Objection to form.

13     A.   No.

14     Q.   Did it promote XRP as a speculative

15  investment?

16         MR. HORTON:  Objection to form.

17     A.   No.  Not that I know.

18     Q.   How else could you get XRP -- how else

19  could you grow the XRP market other than through

20  speculative trading?

21         MR. HORTON:  Counsel, who are you referring

22  to when you say "you"?

23         MS. WAXMAN:  I'm talking about Miguel, who

24  is head of XRP markets, and his position as head of

25  XRP markets at Ripple.