178

1          A.    The question was what else could --

2          Q.    How else could you get XRP -- what -- what

3     other ways could you get -- grow the XRP market,

4     other than through speculative XRP trading?

5          MR. HORTON:  Objection to form.

6          A.    When you say "grow the XRP market," you

7     mean increase liquidity?

8          Q.    Yes.

9          A.    We could.  I feel like that -- again, three

10    parts of -- in my view, three buckets of liquidity in

11    a market.  Speculation, market-making activity, and

12    then commercial activity.  Those are the three

13    buckets.

14          I think hard to find a really robust and

15    thick market in the world that doesn't have those

16    three.  If you're missing any of them, you're not

17    going to have as robust a market as you can have.

18          With respect to xRapid, it's a -- it's hard

19    to -- I mean, if XRP is going to be on a digital

20    currency exchange, there no way for me to say, Hey,

21    nobody speculate in it, please.  We're just going to

22    list it.  Don't touch it.  I just want the exchange

23    to list it.  I'm going to bring in a bunch of market

24    makers and I am going to bring in a bunch of payment

25    providers, and I'm going to let them trade in these

1    books, but please don't let any speculators in.

2          I don't know how to do that.  I don't think

3    there's any way to do that.

4          And really, the exchange architecture, the

5    fact that, to use an exchange, you have to deposit

6    funds, and they have to be available, and are

7    available immediately, is -- is incredibly beneficial

8    to the use case.

9          So using xRapid via OTC brokers doesn't

10    work.  Because there's huge settlement issues.  So

11    you want to use the exchanges for this use case.  I

12    can't even imagine a -- a -- scenario where we

13    wouldn't.

14          So it's hard for me -- like, once you --

15    once you have it listed on an exchange, people are

16    going to trade it; some for speculation, and maybe

17    some market makers.  And, you know, our job was to

18    use whatever liquidity was on there, whoever was

19    using that liquidity or creating it, to then build

20    the product on top of it and enhance that liquidity.

21    But none of the enhancements of that liquidity had

22    anything to do with speculation.

23          If you look at what we tried to do, around

24    xRapid, is -- you know, especially in the books of

25    some of the large payment providers that weren't

180

1    quite ready for purpose -- or fit for purpose yet;

2    they were a little wide in terms of spreads -- is

3    bring in market makers and then bring in the payment

4    providers.  But we really don't do anything at

5    that -- we don't do anything to encourage

6    speculation.

7         Q.   Ripple tried to get XRP listed on

8    platforms.  Correct?

9              MR. HORTON:  Objection to form.

10        A.   My team, the XRP markets team.

11        Q.   And that was in order to increase overall

12   trading volume of XRP?

13             MR. HORTON:  Objection to form.

14        A.   Primarily, yes.

15        Q.   And that led to an increase in speculative

16   trading for XRP?

17        A.   I think so.

18             MS. WAXMAN:  Exhibit 72.

19             (Email exchange re: XRP Markets Roles,

20        Bates 0376177 through -178, was marked MV

21        Exhibit 72 for identification, as of this date.)

22        Q.   Mr. Vias, I'm showing you what's been

23   marked as MV 72, which has the Bates 0376177 through

24   -178.

25             (Witness reviewing document.)

1      A.   Okay.

2      Q.   Do you recall Exhibit MV 72?

3      A.   I don't.

4      Q.   What recommendation were you making in

5    connection with Ripple's XRP market strategy?

6           MR. HORTON:  Objection to form.

7      Q.   In December 2017.

8      A.   Yeah.  Two weeks in.

9           So my recommendation here is that we need

10   to hire two more people.  One to kind of focus on

11   market makers and liquidity providers with Dinuka,

12   and then a new role around general XRP speculator

13   interest.

14     Q.   So you were recommending that Ripple

15   increase its marketing and promotional efforts of XRP

16   in order to appeal to speculators?

17          MR. HORTON:  Objection to form.

18     A.   Honestly, I'm not sure what I mean here.

19     Q.   Did you think Ripple wasn't creating enough

20   buzz or interest as -- in XRP as compared to other

21   coins?

22          MR. HORTON:  Objection to form.

23     A.   I think at the time what I thought was XRP

24   was not part of the general Ripple narrative.  Again,

25   I'm going to go through the stages of the company.

1    And in '13, '14, everything is about the protocol.

2            Starting in '15, XRPs -- I think the focus

3    is more on the -- around the enterprise software

4    piece, not so much around XRP as a settlement asset.

5    And then that seems to come back into focus sometime

6    in 2016.  But for whatever reason, that narrative

7    wasn't alive yet when I joined.

8            I think that's what I'm speaking to here.

9        Q.   What does "settlement asset" mean?

10       A.   It's an asset you use to settle liabilities

11   with.

12       Q.   You said you -- in the email you said,

13   After discussing at length with Brad today.

14            Did Brad agree with your recommendation?

15            MR. HORTON:  Objection to form.

16       A.   I don't remember.

17       Q.   Did Brad agree with your assessment of the

18   XRP market at the time?

19            MR. HORTON:  Objection to form.

20       A.   I don't know.

21       Q.   Did anyone raise any concerns with your

22   recommendation to market or promote XRP to

23   speculators?

24            MR. HORTON:  Objection to form.

25       A.   I don't remember.

1  Q.  Did Ripple ever hire anyone for this

2  position that you recommended?

3  A.  Not that I remember, no.

4  Q.  What -- earlier today we spoke about XRP

5  market reports.  What was the purpose of the XRP

6  market reports?

7  A.  So a broad purpose -- again, around this

8  clarity or transparency piece, I've spoken now a few

9  times around the fact that -- around the holdings but

10  also around the products, there wasn't any clarity

11  from Ripple as to what it was doing with respect to

12  XRP.

13       So this was meant to address some of those

14  issues; in particular, around our sales, and the FUD

15  around how much we were selling or not selling.

16  Q.  Did Ripple want to provide clarity to

17  investors of XRP?

18       MR. HORTON:  Objection to form.

19  A.  Again, hard for me to speak to what Ripple,

20  the company, wanted.

21  Q.  You were head of XRP markets team at the

22  time, right?

23  A.  Right, right.

24       You asked me about Ripple.

25  Q.  Did you want something different than what

184

1    Ripple wanted?

2         MR. HORTON:  Objection to form.

3    A.   Often.  Yeah.

4    Q.   When did you want something -- at what time

5    did you want something that Ripple --

6    A.   I don't know, Daphna.

7    Q.   -- wanted something different?

8    A.   Have you ever wanted something different

9    from what the SEC wants?  I mean, it's a --

10   Q.   No.

11   A.   It's a -- good answer.

12        It's a job.  I mean, you're going to

13   disagree with folks at the company.  You're -- at

14   times, you're going to disagree with the company

15   strategy, direction.

16        But with respect to this question I think

17   you're asking me, is what was my intention with

18   respect to the report; is that right?

19   Q.   Yes.

20   A.   So if you want to build a healthy market,

21   markets do not like opacity.  They do not like things

22   to be vague.  It's hard to make decisions around risk

23   when you can't quantify the risk.  So you want to

24   reduce some of that.  The way -- if you can, the way

25   you do that is by giving clarity.  This was -- this

185

1    was a way to give clarity to markets.

2         Q.   When you say "to markets," who are you

3    talking about?

4         A.   The whole XRP market.  And I think what you

5    will notice about the XRP market's report is that it

6    evolves over time.  And I think my very limited view

7    in the beginning expands as more stakeholders start

8    to craft that document, and you start to see more

9    about the product.  So that is signaling to the

10   corporates who we're trying to -- to try to attract

11   to maybe use xRapid in the future.

12        When you're talking about listings on

13   exchanges, you're obviously talking to everyone who

14   trades on an exchange.  Or who wants to trade on an

15   exchange, whoever that might be.

16        So, I mean, there's various stakeholders or

17   various participants in the market that the market

18   reports spoke to.

19        Q.   Did other people at Ripple have a different

20   view of the purpose of the report?

21        A.   I --

22        MR. HORTON:  Objection to form.

23        A.   I don't know.

24        Q.   Who drafted the XRP markets reports?

25        A.   It changed over time.

186

1      Q.   Initially, who drafted the reports?

2      A.   Initially, I think I drafted the first one,

3  and maybe the second one.  I can't quite remember.

4  And then I feel -- and then I think over time,

5  basically, like, the team -- either Dinuka or maybe

6  ████ would provide some bullets and then send it

7  over to marketing and then it would get written by

8  someone else.

9            ████████████  I think, at one point wrote

10 it.

11     Q.   Did Mr. Garlinghouse edit the XRP market

12 reports?

13     A.   Yes.  Brad was part of that process.

14     Q.   Did he provide feedback on draft reports?

15     A.   Yes.

16     Q.   What sort of feedback did he provide?

17     A.   I won't remember specifics.

18     Q.   Did Chris Larsen review any draft reports?

19     A.   I don't think so, no.

20     Q.   What was disclosed in the XRP market

21 reports?

22          MS. COWAN:  Objection.

23     A.   So we -- we communicated how much we'd sold

24 in the quarter, programmatically, in OTC.  I think we

25 had -- you know -- the report changed over time, so I

187

1   may be cobbling together, like, different reports in

2   my mind.

3         But I know, at times, there were sections

4   around XRP listings and support for XRP and like

5   digital wallets.  And then over time, it -- there was

6   quite a bit of emphasis on xRapid and, you know, the

7   progress there.

8       Q.  Did the XRP market reports always disclose

9   the amount of Ripple's XRP's -- the amount of

10   programmatic sales?

11         MR. HORTON:  Objection to form.

12       A.  I think all of the reports that I was

13   involved with did.  Yeah.

14       Q.  Did the reports disclose the actual number

15   of units of XRPs sold?

16         MR. HORTON:  Objection to form.

17       A.  I don't think so, no.  I think it was just

18   the outright number and the -- the percentage of

19   volume.

20       Q.  Why didn't Ripple ever disclose the number

21   of units that were sold?

22         MR. HORTON:  Objection to form.

23       A.  I don't know.

24       Q.  Did you ever discuss with anybody whether

25   to disclose that information?

188

1    A.    No.

2    Q.    Did the reports disclose Ripple's

3    distributions of XRP that weren't through sales?

4         MS. COWAN:  Objection.  Objection.

5    Q.    So if Ripple used XRP -- if Ripple

6    distributed XRP to a partner, for noncash

7    consideration, did Ripple disclose that information?

8         MR. HORTON:  Objection to form.

9    A.    I don't think so.  No.

10   Q.    Why didn't Ripple disclose that?

11        MR. HORTON:  Objection to form.

12   A.    I don't know.

13   Q.    Did you ever disclose -- discuss with

14   anybody whether Ripple should disclose that

15   information?

16   A.    Not that I think remember, no.

17   Q.    Was that information important to the

18   market?

19        MR. HORTON:  Objection to form.

20   A.    I don't know.

21   Q.    Would that information provide more clarity

22   to the market?

23        MS. COWAN:  Objection.

24   A.    I think that would have been more

25   transparent.

189

1        Q.   Did you ever discuss with anybody at Ripple

2   whether Ripple should disclose that information?

3        A.   No.

4             Honestly, as you're asking me, just never

5   occurred to me.  I didn't have visibility into that

6   type of stuff.

7        Q.   Who did?

8        A.   I mean, I'm going to guess here, but --

9   people senior to me.

10       Q.   Did any of the XRP market's reports

11   disclose sales by Ripple's -- sales of XRP by

12   Ripple's founders?

13            MR. HORTON:  Objection to form.

14       A.   No.

15       Q.   Did you ever discuss with anybody whether

16   to disclose that information?

17            MR. HORTON:  Same objection.

18       A.   No.

19       Q.   Would that information have provided more

20   clarity to the market about supply -- XRP supply?

21            MR. HORTON:  Objection.

22       A.   Yes, but ...

23       Q.   Was that your decision, whether or not to

24   disclose that information?

25       A.   No.  How could it be?

190

1      Q.   Whose decision was it to disclose --

2   whether to disclose that information?

3           MS. COWAN:  Objection.

4      A.   I don't think that was ever a decision that

5   was contemplated.

6           MS. WAXMAN:  Exhibit 51, please.

7           (Email exchange re: Ready to Publish the

8           XRP Markets Reports Tomorrow, Bates 0351547

9           through -548, was marked MV Exhibit 51 for

10          identification, as of this date.)

11     Q.   Mr. Vias, I'm showing you what's been

12   marked MV 51, which is a document with the

13   Bates 0351547 through -548.

14          (Witness reviewing document.)

15     A.   Okay.

16     Q.   Did Brad provide some feedback on the draft

17   report?

18     A.   Yes.

19     Q.   And what feedback did he provide?

20     A.   He says, I will be very surprised if this

21   is ready to go out tomorrow.  What I found most

22   surprising is that the word "trust," in all caps,

23   wasn't anywhere in the document.  Building trust, not

24   in all caps, in XRP, is the most critical, in all

25   caps, things we can do.  The word "trust," caps, and

1    XRP should be together as often as possible, dot dot

2    dot.  We -- and we should demonstrate that we are

3    doing this -- doing things -- "doing" is

4    misspelled -- to build trust, in all caps.

5        Q.   Did you discuss with Brad why he thought

6    building trust in XRP was the most critical thing

7    Ripple could do?

8        A.   No.

9        Q.   Did you have any understandings why he

10   thought that?

11       A.   I did not.

12       Q.   Were -- were investors distrustful of

13   Ripple?

14           MR. HORTON:  Objection to form.

15       A.   Were inventors distrustful of Ripple the

16   company?

17       Q.   Yes.

18       A.   I don't know.

19       Q.   Well, Brad seems to be saying that in his

20   email?

21           MR. HORTON:  Objection.  That's not a

22   question.

23       Q.   Did you agree with Brad's sentiment that

24   building trust in XRP was the most critical thing

25   Ripple could do?

192

1      A.    Honestly, I don't know what he meant by
2  building trust in XRP.  I don't know what that means.
3      Q.    How did -- how did you respond to Brad's
4  email and suggestion?
5            MR. HORTON:  Objection.
6      A.    I'm not going to read it, but I basically
7  said, you know, I try to be as neutral as possible.
8  Ample opportunities to, you know, get company
9  messaging across in other venues, build market trust
10  in Ripple with respect to XRP.
11           Important for the report to stay above the
12  fray.  Try to attract professional investors and
13  analysts.  And we don't want to have a bent in these
14  reports.  It's not helpful.
15      Q.    So it was your view that the goal of the
16  report was to attract professional investors and
17  analysts?
18            MS. COWAN:  Objection.
19      A.    If I'm being honest, I'm not quite sure
20  where that's coming from.
21            Yeah, I don't know.
22      Q.    You say that, The goal here is to attract
23  profession investor and analysts who are used to
24  reading reports from sources who aren't so vested in
25  the report subject matter.

193

1          Did you think the report was biased?

2          MS. COWAN:  Objection.

3     A.   I hope not.  I wrote it.

4     Q.   Did -- did the report not disclose certain

5  information that would be important for XRP

6  investors?

7          MR. HORTON:  Objection to form.

8     A.   I don't know.

9          MS. WAXMAN:  Exhibit 29, please.

10         (Email re: XRP Team Discussion - ICOs:

11         Securities and Commodities Analysis, Bates

12         0083483, was marked MV Exhibit 29 for

13         identification, as of this date.)

14    Q.   Did you ever receive guidance on how to

15  talk about XRP?

16         MR. HORTON:  Objection to form.

17    A.   From whom?

18    Q.   From anyone within the company, other than

19  a lawyer.

20    A.   I don't remember.

21    Q.   Were you ever told what not to say about

22  XRP?

23         MR. HORTON:  Objection to form.

24    A.   Not that I think remember.  No.

25    Q.   Were you told not to promote XRP as an

194

1    investment?

2         MR. HORTON:  Objection to form.

3    A.    Not that I can recall.

4    Q.    Were you told not to talk about XRP price?

5         MR. HORTON:  Objection to form.

6    A.    No.  Not that I can remember.

7    Q.    Were you told not to talk to -- talk about

8    XRP price to the public?

9         MR. HORTON:  Objection to form.

10   A.    Not that I can remember.

11   Q.    Did you talk about XRP price inside the

12   company?  Internally?

13   A.    Are you asking me if the price of XRP came

14   up within the walls of Ripple ever?

15   Q.    Yes.

16   A.    Yes.

17   Q.    Okay.  And did you talk about the price of

18   XRP outside of the walls of Ripple?

19   A.    Yeah.  But, I'm sorry, the previous

20   question was like around like -- publicly, like --

21   sorry.  I thought you meant like, you know, on TV.

22   Not, like, with my wife.

23   Q.    Right.  So I'll go back to the original

24   question.

25        Did anyone ever provide any -- other than a

195

1    lawyer, did you receive any guidance on how to talk

2    about XRP, to the public?

3            MR. HORTON:  Objection.  Asked and

4    answered.

5        A.   Do you mean like in the media?

6        Q.   Yes.

7        A.   Conferences and things like that?

8        Q.   Yes.

9        A.   I don't remember, no.  I don't think so.

10           MS. WAXMAN:  Exhibit 29.

11       Q.   I'm showing you what's been marked as

12   MV 29, which is a document with the Bates 0083483

13   through 0083486.

14           (Witness reviewing document.)

15       A.   Okay.

16       Q.   Do you recall this email?

17       A.   I don't.

18       Q.   At the very bottom of the second page,

19   there's a reference to an XRP team discussion called

20   "ICO Securities and Commodities Analysis."

21           Did you -- did you participate in this

22   discussion?

23       A.   I don't remember.

24       Q.   There's a description on the bottom.  It

25   says, about -- I guess the meeting.

196

1          Says, ICOs are increasingly popular and

2    raise many regulatory questions.  While XRP is very

3    different from an ICO, Ryan and AOG would like to

4    share our research with the team, explaining the

5    importance of how we talk about XRP.

6          Does this refresh your memory as to whether

7    you received guidance on how to talk about XRP?

8          MS. COWAN:  Objection.

9      A.   It does not.

10     Q.   Who is Ryan?

11     A.   That's Ryan Zagone.  He worked in

12   compliance and regulatory division, group.

13     Q.   Did he have a legal function at Ripple?

14          MS. COWAN:  Objection.

15     A.   I don't think he was part of a legal team,

16   no.

17     Q.   Who is AOG?

18     A.   Antoinette O'Gorman.  She was head of

19   compliance.

20     Q.   Was she part of the legal team?

21          MS. COWAN:  Objection.

22     A.   I don't think so.  No.

23     Q.   Were you ever told what not to say about

24   XRP in order to avoid XRP being viewed as a security?

25          MR. HORTON:  Objection to form.

197

 1          MS. COWAN:  Are you asking in that

 2    conversation -- not a conversation with the lawyer?

 3          Q.   Correct.  I don't want to hear anything --

 4    any conversations you had with a lawyer.

 5               Outside of conversations you had with a

 6    lawyer, were you ever told not to say anything about

 7    XRP in order to avoid it being classified as a

 8    security?

 9          A.   Not that I can remember.

10          Q.   Did you ever discuss XRP's potential status

11    as a security, with any nonlawyer?

12          A.   I'm sure I did, but I can't remember with

13    whom or when.

14          Q.   Was it important for Ripple sales of XRP

15    not to be considered sales of securities?

16          MR. HORTON:  Objection to form.

17          A.   I don't know.

18          Q.   What would happen if Ripple's sales of XRP

19    were deemed sales of securities?

20          MR. HORTON:  Objection to form.  Calls for

21    speculation.

22          A.   I don't know.

23          Q.   Did you ever discuss XRP securities status

24    with any nonlawyers at Ripple?

25          MR. HORTON:  Objection.  Asked and

198

1    answered.

2         A.   I'm -- I'm sure, at some point, I did.   But

3    I don't remember with whom or when.

4              MS. WAXMAN:   Exhibit 32, please.

5              (Email from ██████████████ to Miguel

6         Vias, Bates 0093354, was marked MV Exhibit 32

7         for identification, as of this date.)

8         Q.   Mr. Vias, I'm showing you what's been

9    marked as MV 32, which has the Bates 0093354.

10             (Witness reviewing document.)

11        A.   Okay.

12        Q.   Do you recall this email?

13        A.   No.

14        Q.   Who is ████████████

15        A.   At the time ████████████████ was the new

16   head of Ripple D.

17        Q.   And do you -- did you send him an email --

18   video?

19        A.   I don't remember.

20        Q.   Does this refresh your memory whether you

21   had conversations with nonlawyers at Ripple regarding

22   XRP's potential status as a security?

23        A.   It reminds me of -- one email, yes.

24        Q.   Does it refresh your recollection as to

25   other conversations with other nonlawyers at Ripple?

199

1        A.   It doesn't.

2        Q.   ███   writes, Considering the importance of

3   not having XRP be seen as a security.

4             Did ███ feel that it was important for XRP

5   not to be seen as a security?

6             MR. HORTON:  Objection to form.

7        A.   I don't know.

8        Q.   Do you know why he felt that?

9        A.   I do not.

10            MR. HORTON:  Objection.

11       Q.   At the bottom of the page, the last

12   paragraph, it says, I've done a bit of ground work on

13   this.  A number of people in XRP Chat have suggested

14   that XRP is a security issued by the company, or that

15   the company has a fiduciary duty to them, or that it

16   entitles them to rights similar to those as a

17   shareholder might have.  I've talked with legal.  I

18   think you are looped in on that conversation, about

19   responding on XRP Chat, and we came up with some

20   wording.

21            Does this refresh your memory as to whether

22   you received guidance on how to talk about XRP?

23            MS. COWAN:  So I think -- the -- the

24   question you can ask is whether or not he had a

25   conversation with a nonlawyer.  Is that still your

200

1    question?

2             MS. WAXMAN:  Yes.  That's still my

3    question.

4        A.   I don't remember.

5        Q.   And then it says, But we need to do more

6    and have an official company position on this, that

7    we can point people to.

8             Did Ripple have an official position on

9    whether or not XRP was a security?

10            MR. HORTON:  Objection to form.

11       A.   I don't know.

12            But I -- what I meant is, I don't know what

13   "official" means.

14       Q.   Did Ripple publicly state its position?

15            MR. HORTON:  Objection to form.

16       A.   I don't remember.

17       Q.   Is that something you would have

18   remembered?

19            MR. HORTON:  Objection.

20       Q.   If Ripple had come out and said that XRP is

21   like a security, would you have remembered that?

22            MR. HORTON:  Objection to form.

23       A.   If someone came out and said it was a

24   security?

25       Q.   Yes.

201

1          A.   I assume so.

2               MS. WAXMAN:  Exhibit 38, please.

3               (Slack messages, Bates 0302509 to -10, was

4          marked MV Exhibit 38 for identification, as of

5          this date.)

6          Q.   Mr. Vias, I'm showing you what's been

7     marked as Exhibit MV 38, which is a document with

8     Bates 0302509.

9               (Witness reviewing document.)

10         A.   Okay.

11         Q.   Who is ▮▮▮▮?

12         A.   ▮▮▮▮▮▮▮▮▮  at the time, was a part of

13    the BD team.

14         Q.   And is this a Slack channel that you are

15    communicating on?

16         A.   I'm -- I think so.  Yeah.

17         Q.   And was this a particular Slack for a

18    certain group of people at Ripple?

19         A.   I don't know.

20         Q.   Can you tell by who's listed in "to"

21    section?

22         A.   Now I'm confused.  Is this an email?

23         Q.   This is a -- my understanding is this is a

24    Slack chain.  These are Slack messages.

25         A.   Okay.

202

1          Yeah, I just -- I don't -- I have no way of

2     knowing -- this is ███████████ is on here, but

3     ████████ wasn't part of the company in May of 2017.

4          Q.   So you don't believe the people on "to"

5     line were on --

6          A.   No.  ████████ -- Breanne Madigan wasn't part

7     of the team.  No, there is no way. ████████ wasn't

8     part of the team in May of '17. ████████ wasn't

9     part of the team.  I don't think Dinuka was part of

10    the team.

11         Q.   What about the body of the exhibit?  In

12    May 2017 were these people at the company, the

13    senders?

14         A.   Yes.  Yes, yes.

15         Q.   And what are you guys discussing?

16         A.   Seemed ████ has brought up something going

17    on in Japan with respect to ICOs.  And then there's a

18    subsequent discussion around XRP and ICOs.

19         Q.   In the middle of the page, ██████ writes, I

20    do not think we want to be classified as an ICO.

21              You say, We do not.

22              And -- why did you write that?

23         A.   I don't remember.

24         Q.   What would it mean if XRP was classified as

25    an ICO?

203

1          MR. HORTON:  Objection to form.

2      A.   I don't know.

3      Q.   Would there be any implications from that

4  classification?

5          MR. HORTON:  Objection to form.

6      A.   I'm not sure.

7      Q.   Would -- if -- would that affect whether or

8  not XRP was subject to regulation by the SEC?

9          MR. HORTON:  Objection to form.

10      A.   I don't know.

11      Q.   In May 2017, at the bottom of the page, ▮▮▮

12  writes, So I see Ryan's logic is that XRP is not a

13  security, but an ICO currency is like a security, so

14  XRP is not an ICO currency.

15          Do you know what she means there?

16      A.   I don't.

17          MR. HORTON:  Objection to form.

18      Q.   Was Ripple aware that you could package a

19  nonsecurity and make it into a security?

20          MR. HORTON:  Objection to form.

21      A.   I have no idea.

22      Q.   The top of the second page, are you opining

23  about XRP's status under the federal securities laws,

24  or XRP status as an ICO?

25          MR. HORTON:  Objection to form.

1      A.   You know, I think it's clear from the text

2   that I'm comparing XRP to an ICO, and why they're

3   different.

4      Q.   You say, I think the biggest difference

5   between XRP and an ICO is that RCL XRP was created

6   before the company was created.

7           But didn't the same people who created XRP

8   found Ripple?

9           MR. HORTON:  Objection to form.

10     A.   I don't know.

11     Q.   You don't know?

12     A.   I don't know if everyone who created the --

13  the protocol is -- was on the founding team.  I think

14  there were some folks who were part of the project,

15  and then were not part of the company.  I'm not sure

16  as to -- some folks who were involved.

17          You know, David and Arthur, in particular,

18  ended up being part of the company.  I don't know if

19  Chris was there in the beginning.  I'm just not sure.

20  I wasn't there.

21     Q.   Was there anyone that you knew that created

22  XRP, and did not continue with the company after it

23  was formed?

24          MR. HORTON:  Objection to form.

25     A.   I can't remember his name, but, yeah, I

205

1    think there was one or two people who was part of

2    that original team and didn't end up at the company.

3            But, again, this was before my time, way

4    before my time.

5        Q.    Well, how did you know this information?

6            MR. HORTON:  Objection.  I think he

7    testified that he didn't.

8        Q.    You write, I think the biggest difference

9    between XRP and ICO is that RCL XRP was created

10   before the company was created.

11           If this was before your time, where did you

12   learn this information?

13       A.    I don't remember.

14       Q.    Is this -- were these talking points that

15   Ripple had provided you on the issue of whether or

16   not XRP was a security?

17           MR. HORTON:  Objection to form.

18       A.    No.  Not that I remember, no.

19       Q.    Were these your own views?

20           MS. COWAN:  Objection.

21       A.    I think this is the way I understood the

22   history of the company.

23       Q.    And how did you form that understanding?

24       A.    Specifically?  I don't remember.

25       Q.    You then say, The creators of the asset

206

1    then donated it to the company.

2         Didn't the creators of XRP keep some of the

3    XRP for themselves?

4         MR. HORTON:  Objection to form.

5    A.    Yeah, I think some -- they kept some, yes.

6    Q.    Why did you think that these two things

7    mattered from the perspective of whether XRP was a

8    security?

9         MR. HORTON:  Objection to form.

10   A.    I'm not talking about XRP as a security on

11   this page.  I'm talking about it as an ICO.  I

12   don't -- these are differences from XRP and ICOs, and

13   ICOs are the ERC-20 tokens.  They get lost on

14   Ethereum.  It's just completely different beasts.

15   I'm not -- I'm comparing an XRP to an ICO.

16   Q.    You write further in that sentence, It has

17   a real-use case.

18        What are you talking about when you say it

19   has a real-use case?

20   A.    It has a real use.

21   Q.    A real use.  What do you mean there?

22   A.    So similar with Ethereum, the Eth in

23   Ethereum, and the BTC, the Bitcoin block chain, XRP's

24   the native token to the protocol.  So in order to

25   transact on the protocol you have -- you need XRP to

207

1    pay fees.  Same as you do in Ethereum.  Same as you

2    did in Bitcoin.

3            So the use, it's similar.  Right?  So you

4    need it to actually interact with the protocol, XRP.

5    ICOs aren't like that, so you don't -- ICO doesn't --

6    ICOs don't secure the network of Ethereum.  They

7    don't protect from spam, you know, which is one the

8    other uses for XRP in the network.  So that's what I

9    meant by that.

10       Q.   Are you talking -- so you're not talking

11   about use of XRP for cross-border payments or

12   anything like that?

13       A.   No.

14       Q.   Because previously you said that in --

15   around mid-2017, nobody was using XRP for

16   cross-border payments?

17            MR. HORTON:  Objection.  That misstates his

18   testimony.

19       Q.   XRP hadn't been even launched at that

20   point?

21       A.   XRapid.

22       Q.   XRapid.

23       A.   XRapid hadn't been launched.  Had no idea

24   if other people were using XRP for cross-border

25   payment on their own.

[6/28/2021] Vias, Miguel Dep. Tr. 6.28.2021

208

1          And in this case, I'm speaking very
2     specifically to the protocol.  I think we tend to
3     combine these two things.  But XRP is actually
4     separate from the network.  And the token itself has
5     a use within the L1 protocol.  And that is to pay
6     fees for transactions.  And those fees really are
7     there to protect against attacks against the ledger,
8     as we try to spam ledger, trying to bog it down, like
9     a DDoS attack.
10         The fees on the network would spike up, and
11    basically the person who is trying to attack the
12    network in that way would go bankrupt.  That's the
13    primary use of XRP as a protocol.  It's very similar
14    to Ethereum's, in some respects, and very similar to
15    Bitcoin's, in some respects.  Very different from
16    ICOs.  That's what I meant there.
17         Q.   ████████ goes on to write in the next
18    comments, F seems like a security that the Ethereum
19    people used to raise money for a tech venture.
20         Did you have that same belief?
21         A.   I don't remember.
22         Did I, or do I?
23         Q.   Did you back then, at the time of this?
24         A.   I don't remember.
25         Q.   Do you now?

209

```
 1         A.   No.

 2         Q.   You write further down, I definitely think

 3    we need to disassociate XRP from being an ICO, but

 4    not sure what the right strategy would be.

 5              Did Ripple eventually adopt a strategy

 6    around this?

 7              MR. HORTON:  Objection to form.

 8         A.   I don't know.  I don't remember.

 9         Q.   Why did -- when you say, I definitely think

10    we need to disassociate, are you talking about

11    Ripple?

12         A.   Yes.

13         Q.   And why did you think Ripple needed to

14    disassociate from XRP -- disassociate XRP from being

15    an ICO?

16         A.   You know, ICOs, in 2017, were a bit of a

17    four-letter word in crypto.  It was really kind of

18    a -- a bit of a black eye, I felt.  Some pretty

19    unscrupulous people doing unscrupulous things, in

20    ICOs.  A lot of fraud.

21              And I didn't want -- I didn't want any of

22    that coming even close to XRP at things we were doing

23    around this cross-border payments.  So I didn't want

24    to -- I didn't want XRP to be guilty by association

25    somehow.
```

210

1     Q.   Did your view have anything to do with the

2  fact that the SEC had been saying that ICOs were

3  sales of securities?

4         MR. HORTON:  Objection to form.

5     A.   I don't think I knew that.

6         So no.

7         MS. WAXMAN:  Exhibit 67.

8         (Email exchange re: Great to See You, Bates

9       0199245 through -250, was marked MV Exhibit 67

10      for identification, as of this date.)

11    Q.   Mr. Vias, I'm showing you what's been

12  marked as Exhibit 67, which has the Bates 0199245

13  through -250.

14        My questions are really going to focus on

15  the first page of the exhibit.

16        (Witness reviewing document.)

17    A.   All right.

18    Q.   Do you recall sending this email?

19    A.   I do not.

20    Q.   Who is ████████████

21    A.   He was on the product team at Ripple.

22    Q.   And who is ███████████?

23    A.   I think ██████ was on the data team at

24  Ripple, I believe.

25    Q.   Why did you tell Dinuka and others on the

211

1    cc line that they needed to be very discerning about

2    how they speak about XRP to anyone outside of the

3    org?

4        A.    Yeah.  I think I mentioned this in my

5    testimony before.  You know, the company had

6    60 billion XRP.  I always felt like it was a

7    little -- like, it was counterproductive to tell

8    folks that, Hey, we really like XRP.  We think it's

9    great.  We think the price is going to the moon.

10             You know, if somebody came to me and said

11   that, and they were long 60 billion of something, I

12   would be like, You don't say?

13             So, you know, I always felt like there was

14   no upside in doing things like that.  And it was

15   also, as I've kind of -- as you've seen in some the

16   other emails and chats, for me, the price was

17   sometimes, honestly, a hindrance, as people tended to

18   focus on that, and it could get a little distracting.

19             You know, technology was -- was so

20   impactful, in my opinion, to this use case, I really

21   did like -- I liked it when we focused on that.  So

22   yeah, I just didn't want price to be the thing that

23   folks talked about.  I didn't find it very useful.

24       Q.    You don't -- you -- was it so obvious --

25   did you think it was so obvious to the market that,

212

1      for a holder of 60 billion of the asset, the price

2      going up would be a good thing?

3              MR. HORTON:  Objection to form.

4          A.   Do you own 60 billion of anything?

5              I mean --

6          Q.   Is that a yes?

7          A.   I don't know what the market thinks.  What

8      I can tell you is if someone came to me and said,

9      Hey, I own 60 billion of something, and I think it's

10     great, I would be like, Of course you do.  Like,

11     what's the upside?

12         Q.   Did you tell people to be very discerning

13     about how they speak about XRP in order to avoid

14     XRP's classification as a security?

15             MR. HORTON:  Objection to form.

16         A.   No.

17         Q.   Why did you say to be discerning about how

18     we speak about XRP outside of the organization?

19     Could people talk about it however they chose inside

20     the organization?

21             MR. HORTON:  Objection.

22         A.   I don't remember why I made that

23     distinction, to be honest.

24         Q.   You go on to say, We present the use case.

25             Did Ripple believe that if XRP had a use

1    case, it could avoid classification as a security?

2              MR. HORTON:  Objection to form.

3        A.   I don't know.

4        Q.   Why would you talk about the use case in

5    November 2017, when xRapid hadn't even been launched

6    or wasn't even available for commercial use?

7              MR. HORTON:  Objection to form.

8        A.   I believed strongly that it would be.

9              I mean, this is all we did.  Like, we --

10   there was a pretty strongly held belief that this was

11   going to be a thing.

12       Q.   What was going to be a thing?

13       A.   A thing, XRapid; cross-border payments

14   being facilitated by XRP as a bridge asset.

15       Q.   Did Ripple promote XRP as a cross -- as an

16   option for banks to use for cross-border payments?

17             MR. HORTON:  Objection to form.

18       A.   I don't remember what the publicly facing

19   marketing said about accepting banks being used for

20   cross-border payments.

21       Q.   Did you ever speak about XRP publicly?

22       A.   Yes.

23       Q.   Did you ever make statements about Ripple's

24   work related to getting XRP adopted by banks for

25   cross-border payments?

214

```
1              MR. HORTON:  Objection to form.

2         A.   I don't remember.

3         Q.   Did you promote XRP as an investment to

4    speculators on XRP Chat?

5              MR. HORTON:  Objection to form.

6         A.   Not -- not that I remember.

7         Q.   Earlier we saw some posts on XRP Chat in

8    August of 2017.  You were talking about price on

9    those chats.

10             MR. HORTON:  Objection to form.

11        A.   I would have to go back and look at the

12   document to know exactly what I was saying in the

13   chats because I don't remember.  I think I also -- if

14   I did -- and I'm not saying I did or I didn't -- but

15   if I did, I think I also in a few places said I don't

16   really want to talk about the price.  I don't really

17   think the price is that important.

18        Q.   I think I recall, and we can go back to the

19   document, you said that was it was a forgone

20   conclusion that the price would go up?

21             MR. HORTON:  Counsel, can I propose that if

22   we're going to talk about -- if we're going to go

23   back to the other document, can we take a short break

24   before we do that?

25             MS. WAXMAN:  Sure.
```

215

1          MR. HORTON:  You were asking questions

2    about a document that hasn't been in front of him for

3    some time.

4          MS. WAXMAN:  Sure.  Do you want to go off

5    the record?

6          MR. HORTON:  Yes, please.

7          MS. WAXMAN:  It's 4:26.  We're off the

8    record.

9          THE VIDEOGRAPHER:  Going off the record at

10   4:26.

11         (A recess was taken from 4:26 to 4:41.)

12         THE VIDEOGRAPHER:  We are back on the

13   record at 4:41 p.m. Eastern.

14         (Email re: XRP - Customer Interviews, Bates

15            0461976 through -1979, was marked MV Exhibit 19

16            for identification, as of this date.)

17      Q.   Mr. Vias, I would like to show you what's

18   been marked as MV 19, which is a document with the

19   Bates 0461976 through -1979.  This is a continuation

20   of a chain, an email chain, we looked at earlier

21   today.

22         (Witness reviewing document.)

23      A.   Okay.

24      Q.   Earlier we spoke about the email at the

25   bottom of page 2, where Monica indicates in an email

216

1    To ███████████ [sic] that it's, quote, It's clear

2    we are going to have is to invest our near-term

3    energy into attracting speculators.

4            And then Patrick asks you to follow up on

5    that?

6        A.   It's not clear.  It looks like this -- just

7    the email here, 10:54, this may have been to me.

8    It's not clear, because you get Patrick and then

9    Patrick again.  And there's no response from me.

10           Where he's like, Your response is all over

11   the place, I'm like, Which one?

12       Q.   Is he referring to what's in Exhibit MV 18?

13   Do you still have that in front of you?

14       A.   I don't know.  Maybe.

15       Q.   MV 18 has a -- an email from you, at 8:47.

16   And then there's a response in Exhibit MV 19, at

17   11:59.

18           MR. HORTON:  Sorry, is there a question?

19       Q.   Yeah.  The question was, did Patrick make a

20   request, in connection with the email from Monica

21   below, about attracting speculators?

22       A.   Sorry, just trying to figure this out.  So

23   he sends this email at 10:54 p.m.  I'm guessing

24   that's Pacific.

25       Q.   Did Patrick work out of California?

217

1     A.   Yeah.

2     Q.   He did?

3     A.   Yeah.

4        Or was this was my time because this was to

5  me?  This would have been, I think, my time.

6        I think that maybe that makes sense.  So

7  10:54 is late, my time.

8        That's 8:00 -- yeah, so -- so, yeah, I

9  think we -- if we make this my time, the MV 19, and

10  then we make MV 18 California time, I think things

11  line up, right.  So 10:54 his time -- is my time,

12  7:54 his time.

13        And then I respond, maybe about an hour

14  later, at 8:47 p.m., my time, California.  And then

15  this seems to be an internal thread between ████

16  and Monica, without Patrick on it.

17     Q.   So was Patrick disappointed in your

18  response?

19        MR. HORTON:  Objection to form.

20     A.   I think he uses the verbiage, Your response

21  is all over place.  And he just completely ignored my

22  email.

23     Q.   So he wasn't happy?

24        MR. HORTON:  Objection to form.

25     A.   I don't know.  There's an exclamation point

218

1    at the end of that.  Maybe he was thrilled.

2        Q.   Was Patrick difficult to get along with, as

3    a boss?

4        A.   No, I wouldn't saw he was difficult.

5        Q.   Did he agree on your strategy with respect

6    to XRP?

7           MR. HORTON:  Objection to form.

8        A.   You know, I don't -- I don't know that we

9    ever had a conversation as to where he fully agreed,

10   but he never got in the way of anything I was trying

11   to do.

12       Q.   Did he agree that Ripple's prior efforts

13   with respect to XRP had not been as successful?

14          MR. HORTON:  Objection to form.

15       A.   I don't know.

16       Q.   At the very top of the page, you write,

17   I've been actively following market sentiment around

18   XRP for months now.  And there are some clear trends.

19         First, where did you look for -- look

20   for -- to find market sentiment for XRP?

21       A.   I don't remember.

22       Q.   Did you consider this part of your job?

23       A.   I mean, yeah.  I think so, yes.

24       Q.   Why did you consider it part of your job to

25   understand market sentiment?

219

1          MS. COWAN:  Objection.

2     A.   I don't know.  Just felt like something I

3     should do.

4     Q.   Ripple was trying to attract more investors

5     for XRP at the time.  Correct?

6          MR. HORTON:  Objection to form.

7     A.   I wouldn't say that, no.

8     Q.   What would you say?

9     A.   In March of 2017?  I can't speak for

10    Ripple.  I was trying to figure out how are we going

11    to build a liquid market around XRP to put a product

12    on top of it.  This was actually right around the

13    time frame we first drew up xRapid on the whiteboard.

14    Q.   On the whiteboard.  When you say "on the

15    whiteboard," you mean you first had the idea of --

16    Ripple first had the idea of xRapid?

17    A.   No, no, no.  So, remember, I mentioned

18    that -- I think I mentioned this today, that there

19    was kind of an intent to build similar functionality,

20    with respect to what xRapid does but using the

21    protocol.  I don't know if I mentioned that today.

22         But some of the efforts, previous to me

23    joining, and some of the -- some of the efforts

24    around trying to build liquidity on the protocol,

25    revolved around the similar use case, on cross-border

220

1   payments, but using the protocol instead of

2   off-ledger changes. So -- so the protocol has -- has

3   decentralized exchanges on it.

4         So, initially, I think the idea was they

5   would use that infrastructure to facilitate the

6   transferring of the -- of the cash or the value,

7   whatever. That just wasn't working.

8         So, yeah, I think in March of '17, the --

9   the focus here was -- and in that -- when that

10   whiteboard session was, Okay, can we do what we were

11   trying to do off ledger on ledger?

12         I think there was some discussions around

13   not using IOP. Remember, there were some thread

14   inside of the company as to we had to use IOP, for

15   some reason. I didn't know the way IOP worked. I

16   still don't know the way IOP works. But it certainly

17   wasn't necessary for xRapid.

18     Q. You said there was a -- I think you may

19   have misspoke.

20         Was there a discussion -- was there a

21   discussion of -- doing what you did, on ledger off

22   ledger?

23     A. Could you be a little bit more specific,

24   Daphna? I'm sorry.

25     Q. You said, Okay, can we do what we are to do

221

1    off ledger on ledger.  I think you --

2         A.   The other way around.

3         Q.   Right.

4         A.   Yeah.

5         Q.   So you meant was, can we do what we were

6    doing on ledger --

7         A.   Trying to do.

8         Q.   -- off ledger?

9         A.   Sorry, I apologize.  Yes.

10        Q.   Just wanted to clarify.

11        A.   No, I know it's confusing.

12        Q.   Why wasn't it what Ripple was doing working

13   on ledger?

14             MR. HORTON:  Objection to form.

15        A.   I don't know for certain.  My opinion at

16   the time, and it's why we ended up going the path

17   that we -- that we did, was that there -- we were

18   fighting the rest of crypto.

19             So if you think of the crypto markets, all

20   of the activity around crypto trading is happening on

21   exchanges, mostly.  Even -- in 2017, you start to

22   have some over-the-counter trading, but still the

23   vast majority of it is happening on exchanges.

24             So just -- it just felt really challenging

25   to tell folks, Okay, hey, well, you're trading on