# PX 21

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:    )

4                        ) File No. NY-09875

5   RIPPLE LABS, INC.    )

6

7   WITNESS:  Miguel Vias

8   PAGES:    1 through 260

9   PLACE:    Securities and Exchange Commission

10            200 Vesey Street

11            New York, New York

12  DATE:     Tuesday, December 17, 2019

13

14       The above entitled matter came on for hearing,

15  pursuant to notice, at 9:40 a.m.

16

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                   (202) 467-9200

```
1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         DAPHNA A. WAXMAN, ESQ.

5         JON DANIELS, ESQ.

6         MANDY STURMFELZ, ESQ.

7         Securities and Exchange Commission

8         Division of Enforcement

9         200 Vesey Street

10        New York, New York

11

12   On behalf of Witness:

13        ANDREW J. CERESNEY, ESQ.

14        JENNIFER R. COWAN, ESQ.

15        SAMEER DHOND, ESQ.

16        JOY GUO, ESQ.

17        919 Third Avenue

18        New York, New York

19

20

21

22

23

24

25
```

3

1                          C O N T E N T S

2

3      WITNESS:                                EXAMINATION

4      Miguel Vias                                  5

5

6      EXHIBITS:        DESCRIPTION              IDENTIFIED

7      15        Form 1662                            5

8      16        Resume, Background Questionnaire     8

9      17        E-mail                              82

10     18        E-mail                              93

11     19        E-mail                             110

12     20        E-mail                             120

13     21        Spreadsheet                        139

14     22        Spreadsheet                        139

15     23        Table                              165

16     24        E-mail                             175

17     25        E-mail                             198

18     26        E-mail                             204

19     27        Audio Transcript                   209

20     28        Post                               211

21     29        Q1 2017 XRP Market Report          221

22     30        Q2 2017 XRP Market Report          221

23     31        Q3 2017 XRP Market Report          221

24     32        Q4 2017 XRP Market Report          221

25     33        E-mail                             221

4

1                    C O N T E N T S  (CONT.)

2

3      EXHIBITS:         DESCRIPTION                    IDENTIFIED

4      34        Q4 2017 XRP Market Report                246

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

```
1              P R O C E E D I N G S
2                      (SEC Exhibit No. 15 was
3                         marked for
4                         identification.)
5              MS. WAXMAN:  We are on the record
6     at 9:40 on December 17, 2019.
7              Please raise your right hand, Mr.
8     Vias.
9              Do you swear or affirm to tell the
10    truth, the whole truth and nothing but the
11    truth?
12             MR. VIAS:  I do.
13    Whereupon,
14                      MIGUEL VIAS
15    was called as a witness and, having been
16    first duly sworn, was examined and testified
17    as follows:
18                      EXAMINATION
19             MS. WAXMAN:  Please state your full
20    name and spell your name for the record.
21             THE WITNESS:  Miguel Vias.
22    M-I-G-U-E-L, V-I-A-S.
23             MS. WAXMAN:  Thank you.  Good
24    morning, Mr. Vias.  My name is Daphna Waxman.
25    And with me are my colleagues Jon Daniels,
```

1    Mandy Sturmfelz.  And later this afternoon,

2    John Henry and Jorge Herrera will join us.

3    All of us are officer of the Commission for

4    purposes of this proceeding.

5            This is an investigation by the

6    U.S. Securities and Exchange Commission in

7    the matter of Ripple Labs NY 9875 to

8    determine whether there have been violations

9    of the Federal Securities Laws.  However, the

10   facts developed in this investigation may

11   constitute violations of other federal,

12   state, civil or criminal laws.

13           Prior to the opening of the record

14   today, you were provided a copy of the Formal

15   Order of Investigation, which is right here.

16   It will be available for you during today's

17   testimony.

18           Mr. Vias, have you had an

19   opportunity to review the formal order?

20           THE WITNESS:  I have.

21           MS. WAXMAN:  Do you have any

22   questions about the formal order?

23           THE WITNESS:  I do not.

24           MS. WAXMAN:  Prior to opening the

25   record, we also marked the Form 1662 as

```
1    Exhibit number 15.
2              Mr. Vias, have you had an
3    opportunity to review Exhibit 15?
4              THE WITNESS:  I have.
5              MS. WAXMAN:  Do you have any
6    questions about Exhibit 15?
7              THE WITNESS:  I do not.
8              MS. WAXMAN:  Mr. Vias, are you
9    represented by counsel here today?
10             THE WITNESS:  I am.
11             MS. WAXMAN:  Would counsel please
12   state their names for the record.
13             MR. CERESNEY:  Yes, Andrew Ceresney
14   from Debevoise & Plimpton, representing
15   Ripple and the witness.
16             MS. COWAN:  Jennifer Cowan from
17   Debevoise & Plimpton, representing Ripple and
18   the witness.
19             MR. DHOND:  Sameer Dhond,
20   representing Ripple.
21             MS. GUO:  Joy Guo from Debevoise &
22   Plimpton, representing the witness and the
23   company.
24             MS. WAXMAN:  Mr. Vias, you may be
25   aware, multiple representation of witnesses
```

```
 1    by counsel presents a potential conflict of
 2    interest.  And Form 1662 states the
 3    Commission will assume that you and counsel
 4    have discussed and resolved all issues
 5    concerning potential conflicts of interest.
 6              Mr. Vias, are you appearing
 7    pursuant to testimony subpoena today?
 8              THE WITNESS:  Yes.
 9              MS. WAXMAN:  Just mark this.
10                   (SEC Exhibit No. 16 was
11                    marked for
12                    identification.)
13              BY MR. WAXMAN:
14        Q    Mr. Vias, I'm showing you what's
15    been marked as Exhibit 16, which is a copy of
16    your resume and a completed background
17    questionnaire.
18              Please just take a moment to look
19    at it and let me know when you are done.
20              (The witness examined the
21    document.)
22              MR. CERESNEY:  Okay.
23        Q    Great.  Is there anything
24    inaccurate in Exhibit 16?
25        A    No.
```

1          MR. CERESNEY:  You have to speak

2    louder.

3          A    No.

4          Q    I want to -- before we start

5    talking about Ripple, I just want to ask you

6    some background questions about your

7    experience with digital assets.

8          When did you first learn of digital

9    assets or blockchain technology?

10         A    2011.

11         Q    How did you learn about them?

12         A    There were news stories around

13   Cypress and bailing that was occurring in

14   Cypress.  As a result, there was chatter

15   around Bitcoin and how Bitcoin wouldn't allow

16   for that to happen because you had ownership

17   of the assets.

18         Q    When you first learned about it,

19   did you ever buy any digital assets?  Why

20   were you interested in digital assets at the

21   time?

22         A    In 2011, it was curiosity.

23         Q    Have you ever -- when was the first

24   time that you worked in the digital assets

25   space or worked in -- did work involving

1    blockchain technology?

2         A    So worked for a company or did

3    work -- I'm sorry.

4         Q    Both.

5         A    I was involved at the ████ in a few

6    blockchain-related projects.  That would have

7    been in 2014 or 2015.

8         Q    What were those projects?

9         A    We had a partnership.  We were

10   trying to put forth a partnership with a

11   blockchain company around gold.  It was the

12   digitalization of gold bars, basically.

13        Q    What was your involvement with that

14   project?

15        A    I was the head of the gold products

16   suite at the ████  So I was the -- the

17   resident expert on the gold market if you

18   will.

19        Q    What was the company purporting to

20   do that involved blockchain?

21        A    So if I remember correctly, the

22   idea was in partnership with a blockchain

23   company that would store gold and -- issue of

24   tokenized receipts.

25        Q    On the blockchain?

1     A     On a blockchain.

2     Q     Did that product ever come to

3     fruition?

4     A     I left before it finished.  So I'm

5     not sure.

6     Q     As part of your educational

7     training, did you have any -- do you have any

8     experience with blockchain technology?  In

9     school or any training in blockchain

10    technology.

11    A     No.  I was out of school when this

12    came to be.

13    Q     Other than the project you just

14    described, were there any other projects that

15    you were involved with either at the ███ or

16    anywhere else that involved digital assets or

17    blockchain technology?

18    A     No.

19    Q     According to your resume, it says

20    that you started Ripple in November 2016.

21          When did you first hear about the

22    company?

23    A     Late 2013, early 2014.

24    Q     How did you hear about the company?

25    A     So as part of my involvement in the

1    projects at the ▮▮▮ there was --

2        Q    You mean the Bitcoin project that

3    you just spoke about?

4        A    Correct.  So ▮▮▮▮▮▮▮ was also

5    part of that. ▮▮▮▮▮▮ was the

6    investment arm of the ▮▮ and they had

7    invested in Ripple, the company.  And that

8    was the first time I heard of it.

9        Q    Did you have any involvement with

10   ▮▮▮▮▮▮▮▮▮▮▮ investment in Ripple?

11       A    No.

12       Q    How did you learn that ▮▮▮▮▮▮

13   had invested in Ripple?

14       A    I did a talent exchange internally.

15   The ▮▮▮▮▮▮ group told the Ripple folks

16   who were in that talent exchange who they had

17   invested in.  And Ripple was one of the

18   companies.

19       Q    What do you mean by "talent

20   exchange"?

21       A    It's kind of -- not an internship,

22   but it's like an internal swapping of talent.

23           MR. CERESNEY:  Talent exchange.

24           THE WITNESS:  I mean it was an

25   exchange.

1    Q    Like foreign exchange.  I've done a

2    foreign exchange.  Okay, fair enough.

3    A    No.  So -- basically, folks who

4    wanted to learn more about what ████████████

5    was doing and how they were doing it were

6    allowed to work with them -- very short

7    period of time.  It was a week or two.

8    Q    In that context you learned about

9    the investment in Ripple?

10   A    Correct.

11   Q    Do you know how much they were --

12   how much they invested or what sort of

13   interest they had?

14   A    No.

15   Q    Do you know why they invested in

16   Ripple?

17   A    I don't remember.

18   Q    What do you know about the

19   investment?

20   A    It was Series A investment.

21   Q    Did it involve XRP?

22   A    I don't know.

23   Q    Was a -- is ████ currently still an

24   investor at Ripple?

25   A    I don't know.

1       Q    So you first heard of Ripple in the

2   talent exchange.

3       A    Mm-hmm.

4       Q    How did it happen that you came to

5   work for the company?

6       A    So in late 2016, a gentleman by the

7   name of ███████████████    who worked for

8   ███████████    reached out and said that

9   Ripple was looking for -- was looking for

10  someone to head up their markets division.

11  And they were just looking for help finding

12  the right person.

13           So ████████ put me in touch with

14  Patrick Griffin.  Patrick and I had a

15  conversation and the job sounded interesting.

16  So I said, "You know, I don't know of anyone

17  who -- outside of the ████ who fits the bill.

18  And I don't feel comfortable giving you those

19  names, but I'm happy to take a look."

20      Q    A little competition.

21      A    Yeah.

22      Q    When you said, "head up their

23  markets," can you be more specific?

24      A    So the way Patrick explained it to

25  me was they needed liquidity for XRP in order

1   to put forth the bridge asset use case.  And

2   they were having trouble growing the

3   liquidity for it, so they wanted someone with

4   markets expertise to do that.

5       Q    And can you tell me more about the

6   job description that Patrick -- what Patrick

7   told you at the time about the job.

8       A    That was the crux of it.

9       Q    Did you understand what your

10  responsibilities were going to be?

11      A    I did.

12      Q    What did you understand?

13      A    So somewhat similar to my job, but

14  the ▇▇▇ interest to grow liquidity for

15  futures contracts around precious metals.  My

16  job would be to grow liquidity for XRP.

17      Q    Did you understand how you would

18  grow liquidity for XRP?  Did Patrick explain

19  t you if the commands planned to do that?

20      A    No.  That's why they were hiring

21  me.

22      Q    What was the status of XRP at the

23  time?

24      A    At the time, status in terms of --

25      Q    Price, volume.

```
 1        A    Okay.  Um -- so the volume was
 2   minuscule.  I think it was trading around a
 3   million dollars a day.  It wasn't on many
 4   platforms.  The majority of the trading had
 5   been on the protocol.  That had been the
 6   strategy of the company for a while.  And the
 7   price was sub a penny.  It was half a penny.
 8        Q    When you say, "on the protocol," is
 9   that -- is that on ledger trading?
10        A    Correct.
11        Q    How did you know -- how did you
12   know all these stats about XRP?
13        A    I started to do some research ahead
14   of the conversations with Patrick.
15        Q    Did you know that XRP prior to
16   these conversations?
17        A    I did.
18        Q    When did you first learn about XRP?
19        A    2013, 2014.
20        Q    Was it in the context of learning
21   about          investment in Ripple or
22   was it another --
23        A    It was right around the same time.
24   But Bitcoin had been kind of in need in the
25   news again, and I started to look at Bitcoin
```

```
 1    again.  It was clear that the space had grown
 2    up, after just doing some reading, from 2011
 3    when I first heard about it, the Cypress
 4    story.
 5              Then I remember reading more about
 6    XRP right around that time and Stellar.
 7    Those three were the ones that during that
 8    period, I was like, "Okay.  Interesting."
 9         Q    Going back to the status of XRP at
10    the time that you were talking to Patrick.
11    Were there any -- was there any off-ledger
12    trading?  Do you know what I mean when I say,
13    "off-ledger"?
14         A    Yes, I do understand.  Yes.  Was
15    there any, yes, there was.
16         Q    What was -- how many exchanges were
17    listing XRP at the time?
18         A    I can't say with certainty.  But it
19    was between -- it was sub ten.  I want to say
20    it was around six.
21         Q    Do you recall which ones?
22         A    Bitstamp had an XRP BTC listing.
23    Buy Box comes to mind.  But I can't be
24    certain.  Poloniex.  I think the other ones
25    definitely were Asian, smaller exchanges, but
```

18

```
1    I can't be certain.
2         Q    You said it was at minuscule
3    volume.
4              Who was buying and selling the
5    asset at the time?
6         A    I don't know.
7         Q    Could you take a guess?
8         A    No.
9         Q    Were you buying the asset at the
10   time?
11        A    At the time, no.
12        Q    You said that Patrick said that
13   they had trouble growing the XRP market.
14             Did he tell you why they were
15   having trouble or did you have an
16   understanding why they were having
17   difficulty?
18        A    I don't think he understood why.
19   Otherwise, again, he wouldn't be talking to
20   me. I had opinions, but I wasn't sure.  I
21   wasn't in the company yet.  So it's hard for
22   me to know all the information.
23        Q    What was your opinion?  How did
24   you -- what do you think the problems were
25   and how do you think you could have -- what
```

```
 1    did you think you could do to solve them?
 2         A    In hindsight or at the time --
 3    before I joined the company?
 4         Q    Before you joined the company.
 5         A    I think before I joined, I had an
 6    over -- I had an overarching opinion that
 7    just like the gold market, which doesn't have
 8    kind of hedging volume, you don't have a lot
 9    of folks who transact in gold because they
10    need to.  It's usually market makers or
11    speculators. You compare that to the FX
12    markets, which has massive volume.  Right.
13         We're talking about a fifty
14    billion-dollar market versus a five
15    trillion-dollar-a-day market in FX.  But
16    commerce touches FX.  Meaning every day
17    there's an auto parts manufacture in Japan
18    that has to hedge out some Yen risk for Euro
19    and that creates a ton of activity in volume.
20         The gold market doesn't have that.
21    And at the time, XRP didn't have that.  So my
22    initial thought was well, we need to put
23    forth the use case, the bridge asset use
24    case, so that it starts being used as a
25    bridge asset. That by directional flow of
```

```
 1    actual companies using it in order to move
 2    money around the world, that will create the
 3    stratospheric volume.
 4           So that was before I joined the
 5    company.
 6       Q    At the time that you joined and at
 7    the time you had these thoughts, was there
 8    any commerce for XRP?
 9       A    I don't know.
10       Q    Well, you said XRP didn't have
11    commerce.  I thought you said that.  Or you
12    said what did an XRP have.  So maybe -- I
13    want to understand what your comment was.
14    You said there was -- what builds -- my
15    understanding from your comment is what
16    builds kind of the liquidity is the commerce
17    touching the FX markets.  And that that's
18    something that was lacking in the XRP market,
19    the commerce.
20           Can you explain what you mean.
21       A    Sure.  So the company's use case
22    for XRP as a bridge asset was not in
23    existence yet. That's what I mean.
24       Q    When you say was not existent, did
25    they even have a product built?
```

```
1        A    I didn't know at the time whether
2   they did or didn't.
3        Q    At what point did the use case come
4   into existence?
5        A    The -- could you define "come into
6   existence" for me.
7        Q    Does it exist today?
8        A    It does, yes.
9        Q    Well, I would imagine -- my
10  understanding that -- at the time -- at the
11  time that you joined the company, was there
12  a -- an established use case for XRP?
13       A    There was.  So the use case had
14  always been the same.  The use case had
15  always been bridge asset.  Putting that use
16  case into effect had been challenging.
17       Q    When you say, "bridge asset," can
18  you just explain what you mean.
19       A    So let's say you need to move money
20  from Europe to Brazil.  Or let's make -- be
21  more -- from Brazil to India.  Today, that's
22  pretty cumbersome.  You have to go through
23  U.S. correspondence, likely a European a
24  correspondence and then finally to India.
25            Using XRP, the idea was well, you
```

```
1      don't need to take those steps.  What you can
2      do is you can take Brazilian reals, you can
3      buy XRP, move it to India.  Sell it in India
4      or send it to a counter-party who then sells
5      it in India.  And now you have India rupee in
6      a few seconds.  That's always been kind of
7      the overarching vision.
8           Q    When you say, "that's always been,"
9      has that been since you were at the company?
10          A    Yes.
11          Q    So you don't know of any other use
12     case?
13          A    No.  I mean that's the core --
14     that's the core use case.  At least as far as
15     Ripple is concerned.
16          Q    That use case, were those
17     transactions done on RCL?  Originally?
18          A    So initially, the idea was to use
19     the protocol.
20          Q    So I know we are using a lot of
21     different terms.  We're using RCL, protocol,
22     XRP ledger.
23               Do those all mean the same thing?
24          A    Yes.
25          Q    Okay.  Sounds good.
```

```
 1          A    Sorry.

 2          Q    I do it also.

 3          A    Let me know what you want to use.

 4    I'm happy to stick to one.

 5          Q    It doesn't matter.  I just want to

 6    make sure we're on the same page.

 7          A    We are.

 8          Q    How did that occur on RCL?  How

 9    does that occur on RCL?

10               MR. CERESNEY:  "That" being the

11    currency exchange.

12          A    So I wasn't at the company when

13    they were trying to do it on RCL.  So I'm not

14    an expert on it.  I'm also not a product

15    person or a tech person.  But the way I

16    understood it, it was basically the same.

17    The only difference is that instead of using

18    a off-ledger exchanges, you are using

19    gateways that are on the ledger. And you are

20    using the ledgers matching engine in order to

21    make the trades happen.

22          Q    The ledgers decentralize trading?

23          A    Correct.

24          Q    Sometimes when you say matching

25    engine, sometimes you think of an internal --
```

24

```
1        A    Right.  And the ledger was the
2    first decentralized -- or contained the first
3    decentralized exchange.
4        Q    Do they use RCL today for
5    cross-border payments?
6             MR. CERESNEY:  "They" being Ripple?
7             MS. WAXMAN:  Ripple.
8        Q    Does Ripple promote RCL for their
9    XRP use case today?
10       A    So I'm going to have to unpack that
11   a little bit.
12            Every trade that happens as part of
13   the use case touches the ledger.  So when you
14   go from one exchange to another, it's
15   basically one wallet to another.  The
16   exchange has a wallet on the sending side and
17   the exchange has a wallet on the receiving
18   side.
19            When XRP leaves one wallet and is
20   on route to another one, you have to touch
21   the ledger for validation that the fund
22   actually moved.  So yes, every transaction
23   touches the protocol.  But the trading of the
24   assets do not happen on the protocol anymore;
25   for the primary use case.
```

1      Q      Where do the trading of the assets

2   happen?

3      A      Off-ledger exchanges.

4      Q      Has xRapid replaced RCL for

5   cross-border payments?

6      A      For pieces of it.  You can't change

7   for the sum part.

8      Q      Sure.

9      A      There are pieces that xRapid has

10  allowed for the connectivity of the two

11  exchanges that then replaces the -- or

12  initiated the use of the RCL for the trading.

13     Q      We'll talk about xRapid later and

14  when the commit starts to focus on xRapid as

15  opposed to RCL.

16     A      Okay.

17     Q      But earlier, we were talking about

18  what XRP didn't have at the time that you

19  were discussing the dollar trading with

20  Patrick.  You said that there were no use case

21  at the time.  Or little use case.  Or correct

22  me if I'm wrong.

23     A      I think what I said was with

24  respect to the cross-border and bridge asset

25  use case, the company had not out that into

1    effect yet. I can't speak to what other

2    things were happening in the ecosystem.   I

3    wasn't an XRP or a CL ledger expert.

4         Q    So there may have been?

5         A    There may have been.

6         Q    What was your start date?

7         A    November 28, 2016.

8         Q    At the time you started, what was

9    your title and your role?

10        A    Head of XRP markets was my title.

11   My role was to grow liquidity for XRP.

12        Q    Pretty broad.

13        A    (A nonverbal response was given.)

14        Q    Did you have full reign to kind of

15   lead any way you wanted?

16        A    No.  I couldn't do anything I

17   wanted.

18        Q    Okay.  I'll ask a better question.

19   Just ignore that.

20             Did you have a supervisor?

21        A    Yes.  I had a supervisor.

22             MR. CERESNEY:  That's a better

23   question.

24        Q    Who did you report to?

25        A    Patrick Griffin.

27

```
 1        Q    Did anybody report to you?
 2        A    ██████████████
 3        Q    Was that the entire time or at some
 4   point after you started?
 5        A    The entire time      was a direct
 6   report and Patrick was my supervisor.
 7        Q    Did you work with anyone else at
 8   the company?  Was there anyone else on your
 9   team?
10        A    No.
11        Q    You said you were head of XRP
12   markets.
13             Did you ever assume any other title
14   or role?
15        A    No.
16             MR. CERESNEY:  You mean in the
17   early -- when he started.  Because over time,
18   in the past, you know, six months there's
19   been some changes.
20             THE WITNESS:  Some changes, yes.
21             MS. WAXMAN:  Okay.  Yeah.  Thank
22   you.
23        Q    When did your role change?
24        A    May of this year.
25        Q    Okay.  And how did it change?
```

```
 1        A    So officially, I handed off XRP
 2   markets responsibilities and XRP sales
 3   responsibilities.  And I remained in charge
 4   of xRapid partnership.
 5        Q    What prompted that change?
 6        A    So the xRapid role had been growing
 7   significantly.  Taking up more resources or
 8   more time.  And we brought in someone to
 9   basically hand off markets and sales to.
10        Q    In your current role -- we can --
11   we can talk about that, your current role, a
12   little more later.
13             Who took over your --
14        A    Breanne Madigan.
15        Q    Do you still report to Patrick?
16        A    No.
17        Q    At some point, did Patrick leave
18   the company?
19        A    He did.
20        Q    Right.  When did he leave?
21        A    First half of 2018.  I can't quite
22   remember the month.
23        Q    When he left, who did you report
24   to?
25        A    Ron Will.
```

1      Q   Did you ever report to anyone else?

2      A   Yes.

3      Q   Who?

4      A   After Ron, I reported to ███████████

5 ████████

6      Q   Is it because people are leaving or

7 there's a structural change in the

8 organization?  These new supervisors.

9      A   Patrick was because he left.  And

10 then ██████ was -- Ron was temporary.  It was

11 understood that it was going to be temporary

12 until they backfilled Patrick's role.  Yeah.

13      Q   And ██████ when did you start to

14 report to ██████

15      A   August of 2018.

16      Q   Did she replace Patrick?

17      A   Yes.

18      Q   You said that you handed over XRP

19 markets and --

20      A   There's one more.  There's one more

21 director.  So I now report to ████████

22 ████████████    While I was on paternity leave,

23 there was a slight restructuring and I report

24 to him.

25      Q   What's his title.

1      A     SVP of operations, I believe.

2      Q     You said that you handed off XRP

3    markets and XRP sales.  So at the time that

4    you were interviewing with Patrick -- what

5    did you mean by XRP sales, first of all?

6      A     So I'm responsible -- responsible

7    for the operational management of our XRP

8    sales.

9      Q     How did that fit into your

10   responsibilities for growing liquidity for

11   XRP?

12             MR. CERESNEY:  Or was it separate?

13             THE WITNESS:  Hmm?

14             MR. CERESNEY:  Or was it separate?

15   The question assumed it was part of your

16   responsibilities.

17     Q     Was it part of your

18   responsibilities?

19     A     The two were related, but just

20   because they had to deal with the market.

21   They weren't -- they didn't dovetail on a

22   day-to-day basis.

23     Q     You are saying XRP sales didn't

24   dovetail with your responsibility for growing

25   liquidity for XRP markets?

1        A    Yes.

2        Q    Why not?

3        A    The XRP sales was more of a

4    treasury function, if you will, for the

5    company.  And I always viewed them -- I

6    tended to view them as separate.  That's just

7    a mental concept I have.

8        Q    When you say, "treasury function,"

9    what do you mean?

10       A    So we -- we would sell XRP to raise

11   cash for operations for the company.

12       Q    That was your job, to sell the XRP

13   to -- for fundraising?

14       A    Not -- not directly.  My team

15   wouldn't sell it directly.  We would use

16   third parties to actually do the selling.

17   But anything that kind of resolved around

18   that activity, my team was responsible for.

19       Q    From a very high level, what was

20   your strategy with respect to these XRP

21   sales?

22       A    Our strategy is -- I'm just -- and

23   it wasn't -- I guess my first -- my reaction

24   to that is it wasn't my strategy.

25       Q    Let me ask you a better question.

1           Was there an XRP strategy with

2      respect to XRP sales?

3           A    Yes.

4           Q    The company?

5           A    Yes.  Yes.  Yes.  Yes.  Yes.

6           Q    So what was the company's strategy?

7           A    The strategy was to liquidate XRP

8      in -- as -- with little -- with as little

9      disruption to the market as possible.

10          Q    Was there any other strategy with

11     respect to XRP sales?

12          A    No.

13          Q    Was there a strategy to increase

14     the price of XRP using sales?

15          A    No.

16          Q    How would you sell XRP with as

17     little disruption as possible?

18          A    More art than science.

19          Q    Better you than me.

20          A    I don't know about that.  So no

21     more art than science, we would always air on

22     the side of caution in terms of amounts.  We

23     would base it on volume.  So as a percentage

24     of volume.  So ten, fifteen basis points of

25     daily volume.  And we relied on the market

```
 1    makers that we worked with to passively and
 2    constructively as possible liquidate the XRP
 3    without --
 4         Q    I know that the company engaged in
 5    what was called "programmatic sales."
 6              Is that what you are talking about?
 7         A    It is.
 8         Q    What does programmatic sales refer
 9    to just for the record?
10         A    Programmatic sales refers to the
11    algorithmic liquidation of XRP by our
12    third-party market makers.
13         Q    Why did you use third-party market
14    makers instead of just selling the XRP
15    directly?
16         A    There was two of us on my team when
17    I joined.  We did not have the in-house
18    expertise to do this well.  It wasn't a core
19    function of the company.  Just didn't make
20    sense.
21         Q    We'll talk a little more about the
22    programmatic sales in a minute.  But I want
23    to go back to the XRP strategy.  And from a
24    high level that you saw the XRP sales as a
25    treasury function.
```

34

```
 1              Were you -- when you did sell, was
 2     it in order to meet funding needs at the
 3     company?  So did someone say, "We need a
 4     million dollars for XYZ during this quarter.
 5     Please sell that amount"?
 6          A    No.  No it was -- again, the driver
 7     was kind of impact and minimized that impact.
 8     So the -- the funding didn't come to light.
 9          Q    How did you know how much to sell
10     each quarter?  How did you determine that?
11          A    I didn't.
12          Q    Okay.  Who did?
13          A    I'm speculating here, but Finance.
14     Finance would have known how much we needed.
15          Q    Well, who told -- did someone tell
16     you how much to sell?
17          A    No.
18          Q    So how did you know how much to
19     sell?
20          A    Again, more art than science.  It
21     was the overarching goal was minimize impact.
22     Sell enough -- sell what we could sell
23     without impacting the market.  That's
24     basically the high level -- you know,
25     overarch and goal.
```

1     Q    So sell enough without impacting

2     the market?

3     A    Correct.

4     Q    When you say impact the market, how

5     do you measure impact in the market?  Does

6     that mean impact the price of the market?

7     A    It means two things.  It means

8     impact the price and it means impact the

9     volatility of the market.

10    Q    Did you have more -- were you

11    given -- did you have any ideas of what

12    movements wouldn't disrupt the market?  Or

13    were you given any direction by anyone else

14    at the company?

15    A    No.  This was -- to your comment

16    earlier about "better you than me," this is a

17    challenging thing to do.  So it was -- it was

18    our best guesses.

19    Q    Trial and error?

20    A    Yeah.  I think that's accurate.

21    Q    Did Ripple's XRP strategy evolve

22    over time?  So you said you -- you initially

23    saw the XRP sales as a treasury function.

24         Did that change over time?

25    A    No.

```
1          Q    Were you involved in any XRP
2     distribution?  So non-sales of XRP?
3          A    What do you mean by "involved"?
4          Q    Were you -- did you make any
5     decisions about XRP distributions?  Whether
6     or not to distribute outside the company,
7     XRP.
8          A    No.
9          Q    Did you ever negotiate any
10    agreements with any parties outside that
11    provided for XRP?
12         A    That provided for XRP --
13         Q    In -- I'm talking about, you know,
14    I know that the company entered into fee
15    rebate agreements with listing exchanges --
16         A    Yes.
17         Q    -- and some of those.  And those --
18    my understanding is that those agreements
19    provided certain incentives.  And those
20    incentives were sometimes paid out --
21         A    Understood.
22         Q    -- in XRP.
23         A    Sorry.
24         Q    So I'm trying to distinguish
25    between actual sales and then, you know,
```

```
 1   other distributions where people are

 2   receiving it for other reasons.

 3        A    Let me explain a little of my

 4   confusion there.  When you say,

 5   "distribution," I think --

 6        Q    Underwriter.

 7        A    -- I think giving it away.  Right.

 8   Because that's what distribution usually

 9   means, when you distribute airdrops or

10   whatever.  I never did anything like that.

11        Q    Okay.  Sorry.

12        A    We paid for things in XRP,

13   certainly.

14        Q    When you say you paid for things,

15   what did you -- what were you hoping to get

16   in exchange?

17             MR. CERESNEY:  Well, I mean, don't

18   you want to know what the context was?  I

19   mean, you are trying to get to what kind of

20   context was XRP giving out.  I think your

21   words were, quote-unquote, "distributed."  I

22   think you are going to get an answer that's

23   nonresponsive.

24        Q    Okay.  I lost my train of thought.

25   But that's okay.
```

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

```
1              So can you tell me how you use XRP
2     in that -- in the context that you just spoke
3     about.
4          A     In terms of paying for things?
5          Q     Yeah.
6          A     So to piggyback off your statement
7     around exchanges and fee rebates, so at times
8     we would -- we would pay for fee rebate
9     programs in XRP.  We might --
10         Q     What would you be paying for?
11         A     So for instance, we would -- we
12    would speak to an exchange and say, "As part
13    of listing XRP, maybe we'll rebate six months
14    of free trading fees to your customers." As
15    a -- as basically an enticement to trade XRP
16    and we would rebate the company and then
17    rebate that exchange possibly in XRP.
18         Q     So that would be an enticement to
19    list and trade XRP on the platform?
20         A     Correct.
21         Q     How else did you use XRP to pay for
22    things?
23         A     We might invest with it.  I think
24    we had an investment.  Which, I'm pretty
25    certain, there was a portion of it that came
```

1    in XRP.

2         Q    Were you involved in those

3    investments?

4         A    In the one in -- yes.  In the one

5    that I'm thinking about, yes.

6         Q    Which one?

7         A    Bitso.

8         Q    Did the company enter into an

9    agreement with Bitso that provided for -- in

10   which they provided XRP to Bitso?

11        A    We did.

12        Q    What was the company to receive in

13   exchange?

14        A    So that interaction with Bitso was

15   just around the listing.  We hadn't -- xRapid

16   wasn't ready yet.  So it wasn't about xRapid

17   yet.  It was about the listing.

18        Q    So it was an incentive to list and

19   trade XRP on Bitso?

20        A    Bitso -- that was the -- the

21   investment was out of character in terms of

22   how we were at the time interacting with

23   exchanges. Some history with Bitso required

24   us to show more commitment to the path that

25   we were on. And Bitso felt strongly that that

1    was one way to show commitment.

2         Q    How did you determine the -- strike

3    that.  I'll get to that a little later.

4              So did the company use XRP in ways

5    in which it thought it would encourage or

6    promote XRP's use case?

7         A    Yes.

8         Q    Did it distribute XRP in ways that

9    it thought it would increase the demand for

10   XRP?

11        A    No.

12        Q    Why not?

13        A    If we take the exchange

14   interactions as an example, Bitso in

15   particular, Mexico is one of the largest

16   corridors in the world. There's only one

17   Mexican exchange that has any liquidity.  XRP

18   wasn't on there.  It's hard for use to enact

19   the use case without that end point; that

20   liquidity on that end point.

21             So the distribution in that

22   instance and the instance of Bitstamp, which

23   is our big European and U.S. corridor,

24   Bittrex, CoinBits, any one of these exchanges

25   that has real liquidity, the idea is we don't

1    have XRP on there, we can't -- we can't

2    finish or start the transaction.  So the idea

3    with the listings is you have to get

4    liquidity on the platforms. Otherwise, you

5    don't have the use case.  You have to do it

6    from protocol, the way we were doing it

7    before.

8         Q    So liquidity is needed for the use

9    case?

10        A    Mm-hmm.

11        Q    Other than exchanges, who else are

12   the liquidity providers?

13        A    So you have over-the-counter

14   liquidity providers as well.

15        Q    Were you involved in getting

16   over-the-counter liquidity providers?

17        A    Yes.

18        Q    What was your involvement?

19        A    It was -- one of my goal was to

20   have over-the-counter liquidity for XRP.

21        Q    And how -- did you attain that

22   goal?

23        A    Let's say the goal occurred.  It

24   happened.  I don't know if I attained it, but

25   it happened.

1      Q    How did it happen?

2      A    Well, the one -- I think the one

3   that I was -- take some responsibility for

4   was the ████████ relationships. ████████

5   ████████ is a large over-the-counter broker.

6   In 2017, they were not providing liquidity

7   for XRP.  So I started building a

8   relationship with the CEO there.  And over

9   time, we were able to have them provide

10  liquidity.

11     Q    How were you able to have them

12  provide liquidity?  How did that -- what

13  happened?

14     A    So when we started speaking to

15  ████████ again, very few exchanges had any

16  liquidity and XRP.  The price was very low.

17  And my conversations with the -- with ████████

18  in particular, always evolved around their

19  inability to hedge risk if someone came to

20  them and asked them -- and asked to buy a lot

21  of XRP.

22          They weren't that worried about a

23  lot of selling again, because the pressure is

24  off.  So we with worked on -- and this all

25  happens in parallel.  So we are working on

1    the exchange strategy to grow the liquidity

2    there.

3         Q    Let --

4         A    Sure.

5         Q    Let me stop you.

6              So can you just tell me what you

7    mean by "the exchange strategy to grow

8    liquidity"?

9         A    So what we were discussing before.

10        Q    You mean trying to entice exchanges

11   to list during into agreements with them?

12             MR. CERESNEY:  Do we need to use

13   the word entice?

14             MS. WAXMAN:  Okay.  I won't use it.

15   It's not a big deal to me.  That's fine.

16             MR. CERESNEY:  Makes it sound

17   like --

18             MS. WAXMAN:  It doesn't matter.

19        Q    So can you just tell me what you

20   mean by the exchange strategy?  Very -- just

21   to recap.

22        A    Sure.  Our partnerships with

23   exchanges in order to get XRP listed.

24        Q    When you say, "partnerships," do

25   you mean agreements with them?

44

```
1          A    Yes.
2          Q    Those agreements are agreements in
3     which you pay certain -- you provided certain
4     incentives?
5          A    Yes.
6          Q    And some of those incentives were
7     paid in XRP?
8          A    Yes.
9          Q    Did you ever pay USD?
10         A    Yes.
11              MR. CERESNEY:  Can you also just
12    ask how many exchanges, so can reflect this
13    as how many.  Because it makes it sound like
14    it's dozens.
15              MS. WAXMAN:  Well, I understand --
16         Q    When did the exchange strategy
17    begin?
18         A    It -- part of it was in flight, if
19    you will, or in process before I joined.
20         Q    Okay.  And --
21         A    Not sure when that started.
22         Q    And does it continue today?
23         A    For xRapid, yes.
24         Q    Well, can you tell me what you
25    mean, was there several exchange strategies
```

1    for xRapid?  I --

2        A    I mean --

3            MR. CERESNEY:  So maybe you can

4    explain what the -- what the approach was to

5    exchanges in the early stages of when you

6    were head of market.  And then distinguish

7    that from the approach to exchanges more

8    recently through xRapid.

9            THE WITNESS:  Okay.  Thank you.

10           MR. CERESNEY:  And give numbers

11   about how many exchanges we are talking about

12   here.

13       A    So when I first began at Ripple,

14   there was -- again, there weren't many XRP

15   listings at all.  So the first step in the

16   path to get to xRapid had to be an XRP

17   listing.  So that was the first time.  And

18   that was -- 2017, we are talking maybe four

19   or five exchanges.

20           And then 2017 was a banner year for

21   cryptocurrency markets, XRP had a lot of

22   activity.  So some exchanges started to list

23   XRP on their own without anything to do with

24   Ripple.  At that point, we had a larger set

25   of exchanges now to partner with on xRapid.

```
 1              So now XRP is listed on these
 2    exchanges.  So now okay, we can go to
 3    Coins.ph, as an example, to exchange in the
 4    Philippines. Now we can partner with Coins on
 5    xRapid.  So the focus shifts from getting it
 6    on a platform to now connecting that platform
 7    to the use case and the product.
 8         Q    When did that focus shift?
 9         A    Early 2018 or so.
10         Q    When did xRapid -- when was xRapid
11    introduced?
12         A    We had a proof of concept for
13    xRapid with five companies in late '17, early
14    '18.
15         Q    I know that there are a certain
16    pilots that happened in 2018.
17         A    Right.
18         Q    And then at some point, xRapid
19    became commercially available.
20              Do you know what the distinction
21    was?
22         A    It's -- it's strictly a product
23    kind of distinction in question.  The way I
24    understood it, the proof of concept still
25    needed work in order to be commercially
```

```
 1    viable. I'm not exactly sure what -- from a
 2    product perspective.  There was liquidity
 3    work that needed to be done as well.  So
 4    because that was some of the feedback that we
 5    received from the pilots.
 6         Q    So prior to xRapid becoming
 7    commercially available, was the exchange
 8    strategy only with respect to growing
 9    liquidity?
10         A    The exchange strategy was about
11    step one of the longer vision.  Without a
12    listing, you don't have an exchange
13    department with xRapid.  So you have to get
14    listings.
15         Q    But -- so the partnerships prior to
16    xRapid becoming commercially available, did
17    they involve, you know, xRapid integration
18    agreements or anything like that?
19         A    No.  No.
20         Q    Okay so --
21         A    They didn't, but -- okay.
22    Important for context, part of the discussion
23    with an exchange was always -- my take on it
24    was -- I understand why we have to do some of
25    these partnerships for listings, I get that.
```

48

1    But at the end of the day, this was going to
2    be -- in my opinion, a very large opportunity
3    for the exchanges.  Because here was a
4    company with a real use case for digital
5    currency that made sense, and was getting
6    traction.  We did get traction with those
7    pilots.
8            So you know, it wasn't the xRapid
9    integration because we weren't part of those
10   discussions, but xRapid was.  Even in its
11   very early stages.  The conversation with an
12   exchange was always "Look, we are going to
13   bring that commercial volume that is sticky
14   and non -- non-votively correlated.  So
15   you'll have a more diversified group of
16   participants on your platform."
17       Q    That was always a conversation
18   about the future, what will happen in the
19   future?
20       A    Yes.
21       Q    Was there a priority on getting XRP
22   listed on U.S. exchanges or a priority for
23   the XRP USD listing pair?
24       A    Yes.
25            MR. CERESNEY:  What time period?

```
1              MS. WAXMAN:  Well, that -- that was
2       my next question.  I'd be happy to have you
3       sit next to me.
4              MR. CERESNEY:  I'm just trying to
5       be helpful.
6          Q    During what time period?
7          A    2017, 2018.  I mean, both those
8       years.
9          Q    Early 2017?
10         A    Yeah.
11         Q    And why was that important?
12         A    Well, without -- again, most
13      remittances -- remittance use case for xRapid
14      started in the states or Europe.  XRP didn't
15      have a strong U.S. dollar XRP market.  So it
16      was a priority.
17         Q    But how would that help grow
18      liquidity; if it did?
19         A    Well, that's likely -- again, the
20      reason it was a priority for xRapid is that
21      on-ramp.  Without the on-ramp, as an example,
22      MoneyGram today, they use U.S. dollar XRP as
23      the on-ramp in order to send money in from
24      Mexico through xRapid.
25              We didn't have that.  It was going
```

1    to be pretty challenging to launch a

2    remittance-based use case.  In terms of

3    liquidity, that's the U.S. market.  A massive

4    amount of liquidity broadly in every asset

5    class commodity.  So it felt important for

6    liquidity broadly.

7         Q    What sort of signal would it give

8    to the market if XRP was listed on a U.S.

9    exchange or if there was an XRP trading pair?

10        A    Which market?

11        Q    The XRP market.

12        A    I'd be speculating.

13        Q    Well, was the USD XRP listing pair

14   important for any other reason?

15        A    Important for any other reason?

16   Yes.  Sorry.  I just connected a few dots.

17             MS. WAXMAN:  Okay.  We are off the

18   record at 10:39.

19             (A brief recess was taken.)

20             MS. WAXMAN:  It's 10:48.  We are

21   back on the record.

22             While we were off the record, Mr.

23   Vias, did you have any substantive

24   conversations with the staff?  Did we speak

25   about anything --

1           THE WITNESS:  No.

2           MS. WAXMAN:  -- related to this

3    topic?

4           THE WITNESS:  No.

5      Q    There was a question pending before

6    the break.  I just want to get an answer and

7    then we can move on.

8           You said there was another reason

9    why U.S. listings were important.

10     A    So I mentioned that XRP sales were

11   based on volume.  So the idea at the time was

12   because -- because the dollar is such a --

13   the U.S. is such a big market, we could

14   increase volume which would help our sales

15   increase without impacting the market.

16     Q    When you say, "without impacting

17   the market," what do you mean?

18     A    I went into this before.  Two

19   factors, volatility and price.

20     Q    So the two factors would be

21   volatility and price.  And any other factors?

22     A    No.  No.

23     Q    With respect to price, was there a

24   certain percentage that you were -- or that

25   you were trying to stay within?

```
1          A     No.  No.  I was -- again, more art
2     than science.
3          Q     With respect to volatility, were
4     you able to measure that more specifically?
5          A     We were, but there were no targets.
6          Q     How did you measure volatility?
7          A     Square route of log normal returns.
8     Standard deviation of.
9          Q     So let's talk about programmatic
10    sales a bit.  Earlier this morning, you said
11    that you used third-party market makers to
12    execute programmatic sales.
13         A     Yes.
14         Q     How did you choose which market
15    makers to work with?
16         A     All three market makers had been
17    working with Ripple before I joined.  We
18    continued to use those three.
19         Q     Is there a reason why you used
20    three and not five or --
21         A     No.  Three seemed like enough.
22         Q     And did you have an understanding
23    why those three were being used by the
24    company?
25         A     So just to go back to 2017, it sort
```

1    of took off.  There weren't many market

2    makers who were active in cryptocurrency at

3    the time. This was the set of folks that we

4    had at our disposal and had existing

5    relationships with.

6            MS. STURMFELZ:  Are you aware of

7    the firm with attempting to engage with any

8    additional market makers since you joined?

9            THE WITNESS:  In which capacity?

10           MS. STURMFELZ:  To bring them on as

11   market makers.  To do business with them as

12   market makers.

13           THE WITNESS:  Yes.

14           MS. STURMFELZ:  Which firms are

15   those?

16           THE WITNESS:  I'm going from

17   memory. So this is unlikely to be exhaustive.

18   So

19           There was a -- there was a -- there

20   was a market maker/fund in Switzerland --

21                            I think that's --

22   that's most of them.  If I remember any,

23   I'll -- yeah.

24           MS. STURMFELZ:  Did Ripple

25   determine to use any of those funds as market

1    makers?

2           THE WITNESS:  I think -- sorry.  I

3    think it's important -- the relationship with

4    market makers over time has evolved pretty

5    significantly.  It's important for context

6    the timing of what we were doing with whom.

7    The purpose.  We started down this path of

8    XRP sales and that was definitely one use of

9    the relationship with these market makers.

10   But over the last eighteen months, the focus

11   has been xRapid.  It's a very different think

12   use. I just want to make sure we're talking

13   about the same things.  It's pretty broad.

14        Q    Let's go back to -- you started

15   November 28th of 2016.  Let's get back to

16   2017 time period and the company's use of

17   market makers to engage in programmatic sales

18   of XRP.

19        A    Okay.

20        Q    What was the purpose of

21   programmatic sales?  Why was the company

22   engaging in programmatic sales?

23        A    To raise funds for the company.

24        Q    At the time, was the company

25   selling XRP OTC?

1      A    In 2017, I think we -- yeah.  Yes.

2  Before and during 2017, yes.

3      Q    What I'm trying to understand is,

4  why are you selling programmatically and why

5  are you selling XRP OTC?  Other than just we

6  are trying to raise money.  Was there another

7  purpose other than fundraising?

8      A    So yes.  So -- I mentioned █████

9  ████████    We began selling them OTC XRP.

10     Q    When did you?

11     A    That's mid '17, I think.  Late '17.

12  Q3, Q4 '17.  Somewhere in there.

13     Q    Okay.

14     A    And again, the --

15     Q    But I want to -- when did you first

16  begin selling XRP OTC?

17     A    That was before I joined.

18     Q    But at the time that you joined, in

19  early 2017, why were you selling some XRP

20  programmatically and some XRP via OTC sales?

21  What was the purpose of the programmatic

22  sales?

23     A    To raise funds for the company.

24     Q    Was there any other purpose?

25     A    No.

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

56

1      Q    Did you direct the -- tell me how

2   it plays out.  What sorts of agreements --

3   how does -- how does the programmatic sales

4   work? Do you provide the XRP to the market

5   maker? What happens next?  Can you walk me

6   through the process.

7      A    Sure.  So we -- Sunday or Monday, I

8   can't remember the exact date, we'd send an

9   e-mail to the market makers saying, "This is

10  going to be the percentage of volume that you

11  we want you guys to sell." And then the --

12     Q    Was that a weekly volume or a daily

13  volume?

14     A    No.  It's a -- it's almost

15  continuous, basically.  So they would do it

16  on a minute-by-minute basis if I'm correct.

17  If I'm remember correctly, in terms of the

18  algorithms.  But we would measure it more on

19  a daily basis.  So --

20          MR. DANIELS:  How did you determine

21  that percentage?

22          THE WITNESS:  I hate that -- I feel

23  bad going back to it, but it was more art

24  than science.  Right.  This was a -- but the

25  team on Fridays, we have an XRP sales meeting

1   on Fridays.  And we -- the team, in that

2   meeting, would basically like decide whether

3   or not to increase or decrease.  Yeah.

4           MR. DANIELS:  Based on what types

5   of factors?

6           THE WITNESS:  Again, I think the

7   overarching ideas were "Is it constructive?

8   Are we impacting the market?" That's it.

9       Q    So you had a conversation with the

10  market makers about how much selling you

11  wanted them to engage in?

12      A    E-mail.

13      Q    E-mail?

14      A    E-mail, yes.

15      Q    Then what happened next?

16      A    And then the finance team would

17  fund the wallets of the market makers with an

18  estimate of what we thought would be enough

19  for the week.

20      Q    For the week?

21      A    Yes.

22      Q    Okay.

23      A    And then the market makers would go

24  out and sell the XRP.

25      Q    Did you pay your market makers --

```
1    well, where would the market makers sell the

2    XRP?

3         A    On exchanges.

4         Q    Did you direct them to trade on

5    certain platforms?

6         A    Yes.  Yes.

7         Q    Why would you do that?

8         A    They were the platforms available.

9         Q    Well, you said there were a lot of

10   platforms available.

11              Did you direct them to trade at

12   platforms where you had entered into

13   agreements with those exchanges?

14        A    Possibly, not necessarily.

15        Q    Possibly.

16              Have you ever directed a market

17   makers to engage in programmatic sales of XRP

18   on a platform that you had entered into a fee

19   rebate and volume incentive agreement?

20        A    Yes.  Yes.  Sorry.

21        Q    Okay.  Which one?

22        A    Bitstamp.  Kraken.  I think that's

23   it.

24        Q    Any others?

25        A    Trying to remember if Bitso --
```

1    Bitso, once we had that agreement with them.

2    Anybody else -- Coinone, Korea.  That's all I

3    can remember.

4         Q    Why would you direct them to sell

5    on those platforms?

6         A    They were available to sell on.  A

7    little context, I think timing is important.

8    So 2017, we start four or five exchanges

9    where XRP listed.  By the end of the year,

10   there's something like a hundred listings of

11   XRP.  Of which we had a hand in three or

12   four, possibly.

13            So they were just -- they were part

14   of the set of available venues where we could

15   again sell XRP with the goal of not impacting

16   the market.  We wouldn't have thought to

17   exclude them for any reason.  They were

18   another market.

19        Q    Would there be any benefit to a

20   market maker for trading on those particular

21   platforms where Ripple had entered into

22   agreement?

23        A    No, with a caveat.

24        Q    Okay.

25        A    If -- if we were -- if they were

1    selling on a platform while the fee rebate

2    program was in existence, then they would

3    have received a rebate.

4         Q    So that was the benefit to them?

5         A    Sure.

6         Q    Was there any other benefit to

7    having these market makers sell on platforms

8    that you guys partnered with?

9         A    No.

10         Q    Did it guarantee liquidity at the

11    outside of the listing on a certain platform?

12         A    No.

13         Q    Why not?

14         A    Because there are no guarantees.

15    You could list something and it could just

16    sit there.

17         Q    Did the market makers receive a fee

18    for executing programmatic sales?

19         A    Yes.

20         Q    How were the fees determined?

21         A    They were negotiated between my

22    team, Finance, and the market makers.

23         Q    And what determined how much fee

24    you would pay?

25         A    I mean, we tried to pay as little

```
 1    as we could.  We -- it's a conversation.
 2    They -- how much it cost them to do it.  We
 3    go back and figure out well, does that sound
 4    reasonable? Does it sound unreasonable?  It's
 5    a negotiation.  There weren't many --
 6         Q    Why would you pay some market
 7    makers more than others?
 8         A    I'm trying to remember if we did.
 9         Q    Did you pay everyone the same
10    amount?
11         A    As far as I remember, yes.
12         Q    Earlier, you just said it was
13    negotiated and it depended.  That led me to
14    believe you didn't pay everyone the same
15    amount.
16         A    It was a small company.
17    Operationally, if things were different, it
18    makes everything more difficult to track.
19    Right.  So Finance, definitely, was like
20    "Let's pay everyone the same if we can,
21    unless there's some mitigating circumstances
22    that don't allow us to do that." The goal was
23    always to pay everyone the same.  The service
24    was the same. There was no reason to pay
25    anybody any more or less than anyone else if
```

```
 1    we can get to that point.
 2         Q    Did you negotiate the agreements
 3    with the market makers?
 4         A    I was part of the negotiations,
 5    yes.
 6         Q    Do you recall paying higher fees to
 7    certain market makers?
 8         A    I recall negotiating some -- some
 9    agreements before others.  So I think there
10    were points when, you know, one agreement
11    might be more than another.  So we'd
12    negotiate with one and get that down.  And
13    then move onto the next one and try to get
14    that one down, so that everybody had the same
15    fee schedule.
16         Q    How long was a -- what was the term
17    of the agreements?
18         A    I don't remember.  A year.
19         Q    How often would you be
20    renegotiating the agreements?
21         A    I think we renegotiated them twice
22    in a three-year span -- a two-year span.  So
23    yeah, about once a year.
24         Q    There was no flat fee paid to
25    everybody?
```

1          A     No.

2          Q     The fee, was it paid in XRP or

3     other denomination?

4          A     If I'm not mistaken, I believe the

5     fee was paid as a net of proceeds.  So if

6     they sold $100.00, they would keep $98.00.

7     I'm -- I'm not a hundred percent sure.  I

8     think it was in fiat.

9          Q     So you don't recall paying any

10    XRP --

11         A     I don't.

12         Q     When you directed market makers to

13    trade on specific platforms, for example,

14    Bitstamp or Kraken or Coinone, did they need

15    special permission to make a market on that

16    platform?

17         A     Not that I'm -- not that I'm aware

18    of.  From whom?

19         Q     The platform themselves.

20         A     They had to be a customer of the

21    platform.

22         Q     Okay.  Aside from being a customer,

23    did they have to notify the platform that

24    they were going to make a market in XRP on

25    the platform?

1      A    Not that I'm aware of, no.

2      Q    Did you ever say help to facilitate

3 on-boarding of the market makers to any

4 platforms?

5      A    Yes.

6      Q    Which ones?

7      A    I -- I don't remember that.

8      Q    Why did you do that?

9      A    Speed, efficiency. We might have a

10 relationship with the exchange already. And

11 the market maker might not. So this usually

12 involved an e-mail introduction, and then

13 kind of handed off. And that was it.

14      Q    Why would the exchange need to know

15 if the market maker was buying and selling on

16 the platform?

17      A    I'm sorry. I don't understand the

18 question.

19      Q    If someone is buying and selling at

20 the platform from, you know, the same person,

21 that could be indicative of some manipulation

22 going on.

23      Would -- I mean, would it be

24 important for the platform to know if the

25 same party is buying and selling in the same

65

```
1    account?
2         A    That's what a market maker does.
3         Q    Right.  So if -- going back to my
4    question, would the market maker -- would the
5    platform need to know that the market maker
6    was making a market on their platform?
7         A    I don't know.
8         Q    Did you ever loan any market makers
9    any XRP?
10        A    Yes.
11        Q    Is that in the context of their
12   programmatic sales or in relation to OTC
13   sales?
14        A    Neither.
15        Q    Neither.  Okay.
16             Can you explain to me how it
17   happened, that you began to loan XRP to
18   market makers.
19        A    Sure.  So the -- how it became --
20   as part of the OTC volume, kind of growth
21   strategy, we decided it was important for
22   market makers to be able to borrow XRP in
23   order to provide liquidity, both on exchange
24   and over-the-counter.
25        Q    When did you start this practice of
```

1   loaning XRP to market makers?

2        A    Late 2017.

3        Q    And were the loans directly with

4   Ripple or XRP II?

5        A    XRP II.  I'm pretty sure.

6        Q    And just for the record, what is

7   XRP II?

8        A    XRP II is our wholly owned

9   subsidiary.  It's our registered MSB.

10       Q    And how did the loaning of XRP

11  create liquidity for the markets?

12       A    So one of the market makers biggest

13  cost is capital.  And being able to acquire

14  capital is challenging.  Especially was

15  challenging at the time.  So our market maker

16  provides a bid and it provides an offer.  The

17  bid is provided in fiat.  The offer is

18  provided in the asset; gold, FX, whatever the

19  case may be.  Or in this case, it was crypto.

20  It was XRP.  There was challenges in

21  acquiring XRP. So one of the ways that we

22  made that easy for market makers to provide

23  liquidity, is to have access to XRP vaults.

24       Q    Did the market maker pay a fee, an

25  interest fee or anything like that?

1    A    There was an interest rate.

2    Q    Was it a negotiated rate?

3    A    At the time, no.  The -- the rate

4  was two percent.

5    Q    Were there requirements on the

6  borrower when they paid the XRP back?

7    A    I don't think the loans had an

8  expired date.

9    Q    Did they have to source the XRP

10  from any particular --

11    A    Oh.

12    Q    -- venue?

13    A    Yes.  Yes.  Yes.  Sorry.  Yes.  I

14  think there were requirements to source XRP

15  from FinSA registered exchanges.

16    Q    Do you know why that was a

17  requirement?

18    A    This came from Compliance.  There

19  had to be visibility as to from where the XRP

20  was coming.  I think the KYC/AML reasons.

21    Q    Do you know why they -- it

22  needed -- why Compliance needed visibility?

23    A    I -- XRP II was FinSA registered.

24  So it was a regulated entity.

25    Q    Do you know why they needed

1    visibility into where the XRP originated?

2         A    I don't know.  I just know it was

3    regulator-related.

4         Q    Did Ripple ever disclose the fact

5    that it was loaning XRP to market makers?

6              MR. CERESNEY:  Disclose to who?

7              MS. WAXMAN:  Publicly disclose.

8         A    I believe so.  I believe it was

9    part of a few market reports.

10        Q    Did Ripple ever publicly disclose

11   the terms of these agreements, the specific

12   terms?

13        A    No.

14        Q    Did they ever publicly disclose the

15   parties to any of the agreements?

16        A    No.

17        Q    You said that this program began in

18   2017, correct?

19              MR. CERESNEY:  You have to answer

20   yes or no.

21        A    Yes.

22        Q    Going back to the XRP OTC sales.

23              Did you negotiate the OTC sales

24   agreements?

25              MR. CERESNEY:  I mean, if you can

1    answer the question.

2          A    So with -- I'm sorry.  Which ones?

3    There's -- there's two types of OTC sales.

4    One was to market makers, which I described.

5          Q    Was that in connection with

6    programmatic sales or --

7          A    Separate.

8          Q    -- not?  Separate?

9          A    Separate.

10         Q    Okay.  And the other?

11         A    The other one was more inbounds,

12   requests to purchase XRP.

13         Q    From whom?

14         A    Funds, mostly.

15         Q    Hedge funds?

16         A    Yes.  I'm sorry.  I'm kind of

17   vacillating here a little bit because I don't

18   really know exactly what kind of funds some

19   of these entities were.  I can tell you they

20   weren't asset management funds or endowments.

21   But I'm not quite sure what -- they were

22   pools of capital.  Professional pools of

23   capital.

24         Q    Why were they requesting to buy --

25   why were they buying XRP?

1      A   I don't know.  I don't.

2      Q   Were they buying it for investment?

3      A   They were buying it to make money.

4  So speculative -- I always viewed it as

5  speculation, but sure.

6      Q   And how did you -- how do you know

7  that?

8      A   They're funds.

9      Q   Was there anything about the terms

10  of the agreement that made you come to the

11  conclusion that they were buying for

12  speculative purposes or reasons?

13      A   No.  Nothing in the agreements.

14      Q   Okay.  And then what -- the market

15  makers that -- what was the purpose of those

16  agreements with market makers?

17      A   So again, with       in

18  particular, the idea was if a customer of

19      calls      and says, "Hey, I need

20  five million dollars worth of XRP.  I want to

21  buy five million dollars worth of XRP,"

22      would not have a way to efficiently

23  procure or make that trade happen.

24      They would have to go into the

25  market and possibly destabilize the market.

```
1    They may lose money as a result.  So they're
2    going to be hesitant to provide large
3    liquidity for their customers.  So the idea
4    was well, until the markets become big
5    enough, stainable, we can provide XRP sales
6    to  ████████  so that they can fulfill their
7    customer orders.
8         Q    So  ██████  s selling OTC to
9    customers?
10        A    So -- customers are buying -- it's
11   a little different.  The action is -- ███████
12   doesn't call the customer and say, "Hey, do
13   you want to buy XRP?"  Or "Do you want to buy
14   Bitcoin?  Do you want to buy EIF?"  A customer
15   calls them and says, "Hey, I want to buy
16   'X'."  And then  ██████  figures out where to
17   make that happen.  In '17, they didn't have a
18   way to make that happen for XRP.
19        Q    Are those customers looking to buy
20   large amounts of XRP?
21        A    That was the assumption.  The
22   assumption.  The assumption was that their
23   problem was based on large purchases, not
24   smaller purchases.
25        Q    These OTC sales agreements, let's
```

1    focus on the ones with the market makers,

2    what were the terms of those sales

3    agreements?

4         A    So it changed over time.

5    Initially, it was -- there wasn't an

6    agreement.  It was simply -- we agreed to

7    make a price to Genesis if they called

8    needing liquidity.  And there were other

9    market makers.  It wasn't just ████████  That

10   quickly became unobtainable.

11         Again, we were two at this point,

12   maybe three people on the team.  And we just

13   didn't have the operational capabilities

14   to -- we are not a trading desk.  So it

15   was -- it quickly became clear that we not

16   going to be able to do this on any type of

17   scale if we had to do it for a while.

18         So we did come up with a -- I don't

19   want to call it a product because that's

20   confusing in terms of a tech company.  But

21   basically, a facility.  Something called a

22   "commitment to sell." That was an agreement

23   whereby we placed XRP in a wallet that the

24   market maker had control of.  And when they

25   needed XRP to fulfill a large order, they

1    would just pull from the wallet.

2          And then we would -- they would

3    send us an e-mail saying, "Hey, we pulled a

4    hundred thousand XRP from the wallet at this

5    time." And we would -- we would have

6    previously agreed to an index, a pricing

7    index, and it was at this price.  They would

8    send that to us.  And then I think Finance

9    would sub with them at the end of the week.

10         Q    So prior to the commit-to-sell

11   agreements, at what price -- were you selling

12   XRP at a discount to these market makers?

13         A    No.  No.  No.

14         Q    Market price?

15         A    Market price.

16         Q    In connection with the

17   commit-to-sell agreements, were you selling

18   the XRP at a discount?

19         A    No.

20         Q    Were you charging any additional

21   fees?

22         A    No.

23         Q    What was the benefit of this -- how

24   did -- why did Ripple want to do this?  How

25   did Ripple benefit?

```
 1          A    So the -- the -- kind of the thesis
 2     was you need -- I loathe to bring up the --
 3               THE WITNESS:  I'm going to have to
 4     do it.  Bring up the stool analogy.
 5               MR. CERESNEY:  Okay.
 6          A    So there's a three-legged stool as
 7     a metaphor -- analogy for market.  The base
 8     of the stool and the infrastructure of the
 9     market. It's your exchanges, derivatives and
10     platforms. In this case, wallets.  Then you
11     have three legs.  Right.
12               You have market makers, which we've
13     talk about a lot, and you need those folks.
14     We have the commerce, which we were trying to
15     build for in the future.  Then you have
16     professional speculators.  You look at hedge
17     funds and asset managing these folks.  We
18     knew that by and large -- we knew, you know,
19     not much back then.
20               But the idea was those are large
21     pools of capital that today, are not trading
22     XRP.  So we are missing a key component.
23     Those participates are going to primarily
24     trade over-the-counter.  Again, it's how it
25     happens in FX.  It's how it happens in
```

1    precious metals. Gleaning off those two

2    markets, you say, "Okay. Well, we need a

3    robust OTC market in order to get the large

4    pool of capital trading in this space."

5            So we were encouraging that OTC

6    development in order to get participation

7    from that leg of the stool.

8        Q    Would you call that leg the

9    speculators?

10       A    Sure.  Yes.

11       Q    How would you decide speculators in

12   XRP?

13       A    I'm sorry?

14       Q    How did you find speculators?

15       A    I think the speculators, as pools

16   of capital, they are trying to make money off

17   of market movements.

18       Q    Did I understand you correctly that

19   you were engaging in activity that would

20   promote speculative activity in XRP?

21       A    Sure.  Yes.

22       Q    When did that begin?

23       A    When did that begin -- in terms of

24   the OTC strategy that would have been mid '17

25   early -- I can't remember my first

1    conversation with the CEO in ███████ But

2    the other guy was starting to do that.

3          Q    Who -- whose idea was it to engage

4    in this strategy?

5          A    I mean, the OTC strategy?

6          Q    Strategy to increase speculative

7    trading of XRP.

8          A    I mean, I certainly discussed it

9    internally as an important part of a market,

10   generally.  So in the early stages -- I'm

11   trying to think if there was anybody else who

12   was kind of same path to goal with me.  I

13   spoke to Patrick about it a bit.

14         Q    You spoke a little bit already of

15   how -- how would -- how would speculative

16   trading and robust OTC market help XRP?

17         A    So if you think of a mature market,

18   one that has all those participates that I

19   described, robust infrastructure, right,

20   particularly that last piece of commerce

21   coming in, that's the end goal.  That's kind

22   of like, all right, we need to get to that.

23   In order to put in place the kind of

24   longer-term vision of a company.

25               We had a little bit of

```
 1    infrastructure.  We had a little bit of
 2    speculation.  We had a little bit of the
 3    market makers.  Right.  And without that
 4    piece, you can't get the commerce in.  Right.
 5    You have to have a semblance of a real market
 6    in order to say to a MoneyGram or the
 7    █████████ or █████████████  "Hey, here's a
 8    product that really works."
 9            One of the first things they look
10    at is how much liquidity is there.  And
11    speculation is a big part of markets.  At the
12    ██████ they were sixty percent of gold bonds.
13    Right.  So in my mind, I was like, "Well,
14    yeah, it has to be part of what we are
15    doing."
16        Q    Did you discuss this as a strategy
17    with others at the company?  So you said you
18    discussed it with Patrick.  Did you discuss
19    it with others?
20        A    I'm not going to remember specific
21    people, but I'm sure I did.
22        Q    Was the strategy communicated up
23    the chain?
24        A    By me or by others?
25        Q    By you.
```

1        A   To Patrick.  I mean, Patrick was my

2  direct report.

3        Q   Did you ever discuss it with Brad

4  Garlinghouse?

5        A   Possibly.  I'm not -- it was a long

6  time ago.

7        Q   Did you ever discuss it with Chris

8  Larsen?

9        A   I don't remember.  Chris wasn't

10  around a lot.  So he wasn't part of our daily

11  lives.  But I can't definitively say I did.

12        Q   Did you ever discuss it with David

13  Schwartz?

14        A   I'm sure I did, yeah.

15        Q   Was he on board with the approach?

16        A   I don't -- I don't remember.  I

17  mean, I wouldn't have a conversation with

18  David for approval.  It would have been more

19  like --

20        Q   So how -- what did you do to

21  increase speculative treading in XRP?

22        A   The OTC strategy was kind of the

23  lynchpin.  Because that was the one that

24  didn't directly -- to date, the OTC volumes,

25  they'll flow into the exchange volume and

```
 1    then xRapid. So it's an important piece of
 2    the puzzle.  But we don't run xRapid flow
 3    through -- through over-the-counter market
 4    makers.
 5              I'm sorry.  I forgot the question.
 6        Q    How did you increase speculative
 7    trading of XRP?
 8        A    Yeah.  So --
 9        Q    You said OTC strategy -- your OTC
10    strategy was the lynchpin.  Can you
11    summarize, and I'm sorry if you did already,
12    what you mean by the "OTC strategy"?
13        A    Right.  So encouraging
14    participation of over-the-counter market
15    makers and providing liquidity for XRP.
16        Q    Are you talking about the OTC sales
17    agreements with market makers like
18    and funds?
19        A    Correct.
20        Q    What other ways did you or the
21    company try to increase speculative trading
22    of XRP?
23        A    I mean, that's the -- that's the
24    key in terms of large speculators.  I think
25    one of the listings would have been another
```

1     one.  The bulk of Bitcoin volume happens on

2     these exchanges.  Or at least the visible

3     bulk of volume that goes on exchanges.  It

4     was our understanding, at the time, the

5     majority of that volume was speculative.  XRP

6     was not listed on exchanges.  So you could

7     say that that would be the other way.

8           Q    So would you target listings at

9     certain exchanges in order to increase

10    speculative trading of XRP on those

11    exchanges?

12          A    I'm -- truthfully, in the early

13    stages in 2017, we targeted the exchanges

14    that existed.  It was -- it was incredibly

15    early. And I think we always had an

16    overarching field or goal of target that

17    xRapid vision.

18               Not clear who was going to be

19    around.  Not clear who was -- yeah.  It was

20    just -- it was nebulous, to say the least, in

21    terms of how things were going to play out.

22    So the initial strategy was let's play and

23    pray strategy.  Let's get XRP on as many

24    exchanges as we can.

25          Q    Any other strategies to increase

```
 1   XRP speculative trading?  We talked about the
 2   OTC strategy.  You said increased listings.
 3   Anything else?  Did the commit-to-sell
 4   program help increase speculative trading of
 5   XRP?
 6        A    I'm not sure.
 7        Q    Was it put in place to help put
 8   speculative trading in?  I know your answer
 9   was you are not sure it worked.  But was that
10   one of the motivating factors for the
11   program?
12        A    Yes.
13             THE WITNESS:  Could I just use the
14   restroom for a second?
15             MS. WAXMAN:  Can you wait?  Sure.
16             THE WITNESS:  I'll be right back.
17             MS. WAXMAN:  We are off the record
18   at 11:32.
19             (A brief recess was taken.)
20             MS. WAXMAN:  We are back on the
21   record at 11:36.
22             Mr. Vias, while we were off the
23   record, did you have any conversations with
24   the staff?
25             THE WITNESS:  No.
```

1          Q    So we were talking about strategies

2    that the company engaged in to increase

3    speculative trading.  You mention it had OTC

4    strategy, increasing listings, the

5    commit-to-sell program.

6               Any other strategies that the

7    company engaged in to increase speculative

8    trading of XRP?

9          A    No.  Not that I can remember.

10              MS. WAXMAN:  (Handing.)

11                        (SEC Exhibit No. 17 was

12                        marked for

13                        identification.)

14         Q    I'm showing you an e-mail that's

15    been marked as Exhibit 17.  It's an e-mail

16    from you to                  dated March 26,

17    2017.  And the subject is "Q2 focus deals."

18              Just take a moment to look at it

19    and let me know when you are done.

20              (The witness examined the

21    document.)

22         A    Okay.

23         Q    What did you mean by "Q2 focus

24    deals"?

25         A    The deals to focus on for the

1    second quarter of 2017.

2         Q    Okay.  And what did the deals --

3    who were the deals with?

4         A    Do you want me to read these?

5         Q    No.  The e-mail appears to identify

6    exchanges; is that correct?

7         A    There are some exchanges on here,

8    yes.

9         Q    Are there any other types of

10   entities on here?

11        A    There are.

12        Q    What other types of entities?

13        A    There's a wallet, ▮▮▮▮▮▮

14        Q    ▮▮▮▮▮?

15        A    ▮▮▮▮▮.  ▮▮▮▮ is a -- is a --

16   it's a payment processor.  They take in

17   payments in Bitcoin and they convert them

18   into fiat.  ▮▮▮ and ▮▮▮, I mentioned

19   previously, they're both market makers.

20   ▮▮▮▮ is a market maker, over-the-counter.

21        ▮▮▮▮▮▮ is a payments company.  As

22   well as ▮▮▮▮ they no longer exist.  ▮▮▮▮

23   ▮▮▮ is a -- I believe it's a card that

24   allows you to pay in crypto.  And then ▮▮▮

25   it's an exchange liquidity aggregator.

1      Q      So what sort of deals were you

2  looking to enter with the exchanges listed on

3  this exhibit?

4      A      I can't speak to every single one.

5  But it would have been broadly what we

6  discussed previously, so fee rebates, volume

7  incentives.

8      Q      At the top of the e-mail, there's a

9  list.  It says, "For spec volume" and some

10  exchanges are listed under that category.

11          What does that mean?

12      A      I think -- again, it's hard for me

13  to remember exactly what I meant by this.

14  This is three years ago.  But just from

15  reading the e-mail, it seems like we are

16  going to focus on the bottom half for

17  payments and then the top half for spec

18  volume.

19      Q      Are you guessing?  Or is -- is that

20  your testimony?

21      A      It just doesn't make a ton of sense

22  in particular because        is there and

23        was a pay processor.  I'm just --

24      Q      Well, just -- I'm going to ask you

25  that.  But just focusing on the exchanges

```
 1      that are listed in Exhibit 17, does this
 2      refresh your recollection as to whether you
 3      identified, you know, certain exchanges that
 4      would be -- you were partnered with for
 5      speculative -- to increase speculative
 6      treading of XRP?
 7           A    Yes.
 8           Q    Did the terms of the agreements
 9      with exchanges that were identified as
10      beneficial for spec volume differ from the
11      terms of agreements with other exchanges?
12           A    No, not that I can remember.  No.
13           Q    No?
14           A    No.
15           Q    Well, earlier, we spoke about that
16      the company incentivized listings in various
17      ways.
18                Generally, was the company willing
19      to pay more for a listing or an exchange that
20      would help speculative volume?
21           A    No.
22           Q    Why not?
23           A    So at this point, none of these
24      have XRP listed.  And again, the overarching
25      goal is liquidity.  So at this point, you get
```

1    the listing; that's number one.  And then you
2    figure out, okay, so now who can work with on
3    the use case?  So it -- it doesn't matter
4    whether or not I'm targeting it for payments
5    or for speculative volume.  In the beginning,
6    you are just trying to get liquidity.
7         Q    So you are saying there was no --
8    was there a priority to which exchanges the
9    company would try to enter into agreements
10   with?
11        A    Yes.
12        Q    How did -- what was the priority
13   for the company?
14        A    Who got the larger liquidity venue
15   or the exchange.  The more volume it had, the
16   higher the priority.
17        Q    Earlier, we spoke about --
18        A    Sorry.  With a caveat.  I think
19   there was a -- there were many Asian
20   exchanges that we were not sure who those
21   folks were.  We weren't sure if they were
22   legitimate.  So we found that the large
23   exchanges that we wouldn't want to associate
24   with.
25        Q    So with that caveat, but the larger

```
 1    exchanges would be -- how would the larger
 2    exchanges help speculative trading?
 3         A    It's a larger pool of capital
 4    already at that exchange.  As evidenced by
 5    the volume.
 6         Q    Earlier, you said that the company
 7    was willing to pay for -- pay exchanges
 8    certain incentives for listing XRP.
 9              Did the company ever pay listing
10    fees?
11         A    Can you define "listing fee" for
12    me?  How do you mean it?  Just --
13         Q    Well, any -- any payment outside of
14    the fee rebate or the volume incentive.
15         A    Yes.  Yes.
16         Q    Okay.  And why did they -- why did
17    the company do that?
18         A    Sometimes, the exchanges would, you
19    know, claim to incur immigration costs that
20    they wanted help with.  You have to integrate
21    the wallets, it takes a little bit of time.
22    We had, I think, SFOX in particular.  There
23    was a conversation around that.
24         Q    Other than compensating for
25    integration fees, is there any other reason
```

1    why the company would pay a listing fee to an

2    exchange?

3        A   Is there a reason -- we had one

4    Kraken.  Kraken and much of that deal

5    predated me at the company.  But there was a

6    payment in there, I think of seventeen

7    million XRP to Kraken.

8        Q   Did you ever learn why they paid

9    that amount to Kraken?

10        A   I never had the details.  But

11        the CEO of Kraken and I believe an

12    early Ripple investor, he may have even been

13    on the board, felt like he was owed seventeen

14    million XRP.

15        Q   Who told you that?

16        A   Oh, I don't remember.  I don't

17    remember that.  I don't remember.

18        Q   Why did the company agree to pay

19    for it -- pay it?

20        A   It -- it's -- I don't think the

21    deal was going to get done if -- they were

22    being adamant about it.  So I can't remember

23    as to why the final decision was made as to

24    go ahead and pay it.  But it was clear Kraken

25    was just -- it was non-negotiable from

1   Kraken's position.

2        Q    In order to get XRP listed on

3   Kraken, that's what needed to be done?

4        A    At the time.

5        Q    How did you come to that

6   understanding?

7        A    Oh man -- if I remember correctly,

8   during the negotiation, and I can't remember

9   what moment it became -- it became just black

10  and white.  But there was a point where it

11  was like it either happens or it's not going

12  to happen.

13       Q    Was the listing on Kraken

14  important?

15       A    Yes.

16       Q    Why was it important?

17       A    It was one of the larger exchanges.

18       Q    Were they going to trade the XRP

19  USD trading fair?

20       A    I think that was part of the

21  agreement, yes.

22       Q    Was it important for speculative to

23  increase speculative trading volume?

24       A    Yes.

25       Q    Did you negotiate -- I know you

1    said that Kraken agreement predated you, but
2    did you negotiate other agreements with
3    exchanges?
4         A    I did.
5         Q    Were there other instances where
6    you paid a listing fee to an exchange?
7              MR. CERESNEY:  Just to be clear, I
8    think he said there was a listing fee.  You
9    said other listing fees.
10              MS. WAXMAN:  Well, he asked me what
11    I meant by "listing fee."  I said anything
12    other than the fee rebate and volume
13    incentive payment.  So that's what I'm
14    talking about.  So anything other than in
15    connection with those two things.
16         A    Yeah.  It's just when you say,
17    "listing fee," it sounds like that's a
18    practice of the exchange.  Which in the case
19    of Kraken, I know it wasn't.  It was very
20    much a one-off.
21         Q    I understand.  You know, like New
22    York Stock Exchange made a listing fee or --
23    they may have a practice -- I understand what
24    you are saying.  I'll try not to use the
25    term.

1           The question is, did you pay any

2    other exchange, any other fees outside of the

3    fee rebate and the volume incentive?

4        A    We may have paid some integration

5    fees.  I can't -- something in the back of my

6    mind is saying that we paid someone something

7    for integration.  But I can't quite remember

8    who it was.

9        Q    You negotiated these agreements

10   with exchanges, correct?

11       A    Well, I ran the team.      would

12   have done -- depending on the relationship,

13   it would have been me or

14

15       Q    Who would determine the terms of

16   the agreements?

17       A    Either one of us.

18       Q    And so would you need to approve

19   all the terms?

20       A    I mean, I wasn't the final

21   approver.  I would -- or we would -- one of

22   the two of us would negotiate the deal and

23   then present it to whoever we were reporting

24   to at the time, Patrick or Ron.

25       Q    When you say, "negotiate the deal,"

1    can -- we spoke a little about the fee rebate

2    and the volume incentive.

3         What were the parts of the deal?

4    And right now, I'm asking about deals that

5    had other fees in addition to the fee rebate

6    and the volume incentive.

7    A    The vast -- I don't -- it was

8    ineffable to me to pay a listing fee to an

9    exchange.  Because I felt strongly that in

10   the long run, XRP was going to be incredibly

11   profitable for that exchange.  They had a

12   possibility of working with us on a real use

13   case.

14        So when I negotiated the deals, one

15   of the things that was pretty clear from my

16   point of view was "I'm not paying you a

17   listing fee." I might help you grow your

18   liquidity because that's beneficial to both

19   of us, but I don't need to pay you to help

20   you.

21        Like I'm already helping you.  I'm

22   bringing something that's material and ready

23   to use case.  I don't need to pay you.  So

24   generally, like that was "Just so you know,

25   I'm not writing you a check to list XRP."

1    That was my general stance on this.

2         Q    But at some point, did you need to

3    pay additional fees in order to get the

4    listing?

5         A    Not that I remember.

6         Q    Do you ever -- do you remember

7    paying any additional fees?

8         A    I don't.

9              MS. WAXMAN:  Now, you have to give

10   me a minute to find --

11             THE WITNESS:  Okay.  Take your

12   time.

13                       (SEC Exhibit No. 18 was

14                        marked for

15                        identification.)

16        Q    Showing you what's been marked as

17   Exhibit 18.  It's an e-mail from you to

18   Patrick Griffin dated July 26, 2017 and the

19   subject is "Re: ▮▮▮▮▮▮ draft."

20        A    Yes.

21        Q    Take a moment to look at it and let

22   me know when you are done.

23             (The witness examined the

24   document.)

25        A    Yes.

```
 1          Q    Did you ever discuss paying ▮▮▮
 2     a fee in addition to any other, you know, fee
 3     rebate or volume incentive?
 4          A    Yes.
 5          Q    What did you discuss?  And with
 6     whom?
 7          A    So we discussed paying a fee to
 8     list XRP.
 9          Q    But you just said that you loathed
10     to pay any sort of fee.
11               How come you were willing to
12     discuss the idea with respect to ▮▮▮▮?
13          A    Because it was coming from Patrick.
14     He was my boss.
15          Q    Okay.  And why did he want to
16     pay -- did he want to pay ▮▮▮ a fee?
17          A    If I remember correctly, he was --
18     he was open to it, yes.
19          Q    And why?
20          A    I don't know why.
21          Q    Did you ever ask him?  Considering
22     your feelings about fees, did you ever ask
23     him why he thought it was needed?
24          A    I didn't.  I assumed.
25          Q    You assumed what?
```

1      A    I assumed he was willing to pay

2    them a fee because they were a large exchange

3    in the space.

4      Q    And what would a listing on ████

5    mean for XRP?

6      A    Another U.S. dollar XRP on-ramp.

7      Q    How would that affect possible

8    speculation in the XRP?

9      A    In the short-term, it would

10    increase better volume.  In the long run, it

11    would be another on-ramp for xRapid.

12      Q    And in the short-term, speculative

13    volume -- this is in 2017, in the short-term,

14    that was a priority or a goal for the

15    company?

16      A    One of the legs of the stools.

17      Q    One of the legs of the stool.

18           Other than Patrick, did you discuss

19    paying ████ a fee -- did you discuss with

20    anyone else paying ████ a fee?

21      A    I don't remember if I discussed it

22    with Brad Garlinghouse, but I think he was a

23    part of this discussion.  I can't remember if

24    it was this one or if there was another one.

25    But yes, paying ████ a fee was -- I would

1    definitely discuss it at some point with

2    Brad.

3        Q    What were his thoughts on the

4    issue?

5        A    I don't remember his thoughts.  I

6    know in the end, we --

7        Q    What did he say to you?

8        A    I don't remember.  My -- Patrick

9    was the primary liaison with Brad.  Brad was

10   the CEO.  Patrick reports to him.  I report

11   to Patrick.  Most of my interaction around

12   this was with Patrick.  But we wouldn't have

13   been able to send -- or Patrick would not

14   have been able to send this e-mail without

15   some sort of approval from Brad.  We don't

16   make too many offers to someone without the

17   CEO knowing.

18       Q    But prior to this e-mail, were

19   there negotiations going on with

20       A    Not that I was involved with, no.

21       Q    At the -- the very bottom of the

22   page, it says -- it's an e-mail from Patrick.

23   It's addressed to

24            Do you know who those folks are?

25       A

1      ██████████  are the co-CEOs of ████████

2          Q    Do you have any reason to believe

3      that that e-mail didn't -- wasn't sent to

4      them?

5          A    No.

6          Q    It says -- Patrick says, "I'm

7      reaching out to find a way to push ahead with

8      the partnership between Ripple and ██████ to

9      list XRP on your exchange and support in your

10     custody business.  We've tried a couple of

11     different approaches offering to cover

12     inflammation cost, pain rebates, broker

13     interest to large XRP holders for custody.

14     But none seem to move the needle."

15              Were you involved in those previous

16     discussions with them?

17         A    I don't -- I don't remember being

18     involved, no; with ██████

19         Q    Is there any reason why you

20     wouldn't have been involved with this

21     exchange?

22         A    It may have predated my joining

23     the -- whatever he's discussing here.

24         Q    Well, you joined in November 2016,

25     right?

1        A    Right.

2        Q    So you mean their conversations

3    with          may have predated.

4        A    Possibly.  Yes, possibly.  I'm just

5    trying -- I'm trying to think of whether or

6    not -- I --          is not my favorite.  So I

7    didn't have -- and they weren't -- they

8    weren't really engaging.  So I'm trying to

9    remember -- generally.  I'm just talking

10   broadly.  I'm trying to remember how much I

11   was involved.

12       Q    Or why you weren't involved?

13       A    Or why I wasn't.  I can't quite

14   remember.  But I just know I wasn't -- I

15   wasn't involved.

16       Q    What is Patrick asking of you in

17   this e-mail?

18       A    He's asking my opinion as to

19   whether or not the          dollar number

20   is good, useful, helpful, would it get the

21   deal done.

22       Q    And do you know how he got the two

23   million number?

24       A    I don't.

25       Q    And do you know if they ever paid

1    this to ▮▮▮▮

2         A    Did not.

3         Q    How would you value -- in this

4    case, do you know how he came up with the ▮▮

5    ▮▮▮▮    dollar number?

6         A    I don't.

7         Q    At the very top of the page, your

8    initial e-mail says, "Okay.  I'll have more

9    color for you tonight after I finish the

10   Coinbase proposal."

11             What was the Coinbase proposal?

12        A    I don't remember.

13        Q    Did the company engage with

14   Coinbase?

15        A    We did.

16        Q    What was the purpose?

17        A    XRP listing -- in 2017.

18        Q    In 2017.  I understand from the

19   documents that there's a long history with

20   Coinbase.

21        A    Right.

22        Q    Was that the first reach out to

23   Coinbase?

24        A    While I was at the company?  Early

25   2017, yes.

```
 1        Q    What did you mean by "proposal"?
 2        A    I'm -- I'm -- from the e-mail and
 3   context here, I'm guessing it's about an XRP
 4   listing proposal.
 5        Q    Did you offer to pay a fee in
 6   addition to any fee rebate involving
 7   incentives to Coinbase?
 8        A    I wouldn't say we offered.
 9        Q    Was a fee discussed?
10        A    Yes.
11        Q    And what was the amount of the fee?
12        A    Five million dollars.
13        Q    Who came up with that number?
14        A
15        Q    And how did you -- why did -- how
16   did you evaluate that number, whether or not
17   the company would be willing to pay that?
18   First of all, was it your job to evaluate
19   whether the listing was worth five million?
20        A    I don't know if it was my job to
21   evaluate.  But my opinion would have been
22   heard.
23        Q    How did you evaluate whether or not
24   to pay that amount?
25        A    I believe that amount was just --
```

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

1    when we were discussing that number, it was

2    based -- I don't want to say it was

3    completely disregarded offhand in the

4    beginning.  But it was an unreasonable

5    number, in our opinion.

6         Q    What would have been a reasonable

7    number?

8         A    I don't know.

9         Q    How would you determine what a

10   reasonable number would be?

11        A    I don't have a framework for

12   knowing that.  I don't know.

13        Q    Did you discuss what amount the

14   company would be willing to pay in connection

15   with the Coinbase listing?

16        A    I'm almost certain of it, yes.

17        Q    Who did you discuss it with?

18        A    It would have been Patrick.

19   Possibly                    I'm trying to

20   think -- possibly                    I think

21   he would have been on my team at this point.

22        Q    Given the fact that you -- given

23   your -- given your opinion about payments to

24   exchanges, why would the company even

25   consider the payment to Coinbase?

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

102

1       A    My -- it's just my opinion.

2       Q    Sure.

3       A    I don't run the company.

4       Q    As head of XRP markets, as the

5    person responsible for growing liquidity in

6    XRP, as the person responsible for executing

7    on the company's XRP strategy, why would a

8    listing at Coinbase be worthwhile?

9       A    One of the largest exchanges in the

10   world.

11      Q    Would that help with speculative

12   trading in XRP?

13      A    Sure.

14      Q    Did the company try to engage

15   Coinbase -- over what period of time did the

16   company try to engage Coinbase regarding

17   listing?

18      A    2017 or 2018.

19      Q    Did XRP ultimately get listed on

20   Coinbase?

21      A    It did.

22      Q    And when?

23      A    Twenty -- early 2019.

24      Q    Early 2019?

25           THE WITNESS:  Is that right?  I

1    can't quite remember.

2           MR. CERESNEY:  Yeah.

3      Q    Was the company willing to pay a

4    fee outside of any rebates or incentive?

5      A    No.

6      Q    The company did not --

7      A    Sorry.  Could you rephrase the

8    question?  I want to make sure I have it

9    right.

10     Q    Was the company -- based on your

11   interactions with people at the company,

12   internal communications, were they willing to

13   pay --

14     A    At which point --

15     Q    -- a fee to Coinbase?  At any point

16   in time in the relationship.

17     A    I think early on in 2017, there was

18   more willingness.  In 2018, there was much

19   less willingness.

20     Q    I think you said this, so I

21   apologize.

22          They were willing to pay a fee, but

23   not the five million?

24     A    Right.  That's correct.

25     Q    Do you know how much they were

104

1    willing to pay?

2        A    I don't.

3        Q    And at some point, things changed,

4    that they were no longer willing to pay the

5    fee?

6        A    Less willing.  I'm not -- I don't

7    want to speak definitively as to whether or

8    not the whole company was not willing to do

9    something.  It does feel like in 2018 it

10   was -- yeah.  I would say -- I would say yes.

11   In 2018, we weren't willing to do that.

12       Q    When you say, "we," who --

13       A    Ripple.

14       Q    Who was the ultimate decision maker

15   on this?

16       A    The -- it depends on the size of

17   the payment that we are discussing.  Smaller

18   payments for other types of deals can get

19   approval without having to go all the way to

20   Brad.  But I think for larger deals, you'd

21   have to go through the rep.

22       Q    Could you quantify what a larger

23   deal was?

24       A    There's not like a memo or

25   anything, it's like a rule of thumb.  Say

1    anything sub 500,000, you might be able to

2    just get approval.

3        Q    You mean north of 500,000.

4        A    Yes.  North, you'd need approval.

5    And maybe south, we can --

6        Q    Could you negotiate that on your

7    own?

8        A    Negotiate the deal on my own?

9        Q    Yeah.

10       A    Yeah.

11       Q    Did you need approval from anyone

12   other than Patrick?

13       A    To negotiate the deal, no.

14       Q    To enter into the deal?

15       A    Yeah.  Yeah.  I couldn't --

16   negotiating is one thing.  Final approval and

17   signing the documents is another.

18       Q    Who gave final approval?

19       A    Again, based on size, so north, it

20   would have been Brad.

21       Q    And then south?

22       A    Finance might have been -- and

23   again, I'm thinking about the transition from

24   Patrick to Ron.  When I moved on to Ron,

25   Ron's the CFO.  He's more directly tied to

1    operation expenses for the company.  So he

2    has better visibility.  So he may have been,

3    "That's okay." I can let Brad know, but not

4    like I need Brad's signature; as an example.

5         Q    So the deals that were south of

6    500,000, how did you determine and also --

7         A    That's a rule of thumb.  That's --

8         Q    Okay.  So going back.

9              Did all these deals involve fee

10   rebates and volume incentive?

11             MR. CERESNEY:  All these deals with

12   exchanges?

13             MS. WAXMAN:  Yeah.

14        A    I can't quite remember the Coinbase

15   proposal.

16        Q    Okay.  I can show you some

17   documents.

18             But so for the smaller deal -- for

19   the smaller exchanges, how did you determine

20   how much of a rebate to provide, how much of

21   a volume incentive to provide?

22        A    If I remember correctly, we had a

23   budget in '17.  I think it was 75,000 per

24   exchange or something along those lines.

25   Maybe growing a little bit if it was a bigger

```
 1    exchange and we expected more volume at the
 2    outset and what the idea on fee rebate is.
 3    You are going to pay for fees for the first
 4    six months to get liquidity growing.
 5             So it was kind of based on the
 6    Bitcoin volume, their other liquidity.  And
 7    say, what's reasonable to expect in terms of
 8    growth in the first six months.  How much do
 9    you think we have to pay in fee rebates.
10    So -- and the idea was always that over time,
11    we'll get better at this because we'll have
12    more data.  But we didn't get more data, we
13    basically stopped doing it after -- for
14    listings after 2017.
15        Q    You stopped entering into fee
16    rebate and volume incentive agreements in
17    2017?
18        A    I'm sure that there's something in
19    2018.  But it was phasing out, and it wasn't
20    our focus.
21        Q    So the fee rebates, who did that go
22    to?
23        A    For approval?
24        Q    No.  I'm sorry.
25             The fee rebates, who were the
```

1    actual rebates paid to?

2        A    The rebate would have been paid to

3    the exchange.

4        Q    To the exchange.

5             And were they the ultimate

6    beneficiary?  Did they pay it out to

7    people -- to customers in their exchange?

8        A    I don't know.  I don't know if the

9    exchanges charged the fees and then

10   reimbursed them.  Or if they didn't charge

11   the fees, and kept the XRPs or dollars,

12   whatever it was they were paying the fee

13   rebates in I'm not sure.

14       Q    Can you explain to me how you

15   determined the volume incentives?

16       A    Similar process.

17       Q    Did you use some of the market data

18   for that particular exchange --

19       A    Exchange.

20       Q    -- in order to determine volume?

21       A    Right.  Again, it was an estimate

22   of how much volume we thought XRP --

23       Q    Was there a reason that you had

24   both the fee rebate and the volume incentive?

25   Were they targeted to different people?

1        A     If I remember -- if I remember

2    correctly, yes.  I feel like the fee rebate

3    was a more general blanket rebate for the

4    whole market.  And the volume incentives --

5    again, I think we tried this -- we tried this

6    to two or three times -- would have been more

7    around high volume participates.  So more

8    like market makers, if you will, who trade a

9    lot.

10       Q     So were the fees -- were the volume

11   incentives geared towards market makers that

12   would be making markets in XRP at that

13   particular exchange?

14       A     It was -- not necessarily.  I mean,

15   you can -- it was geared towards high-volume

16   traders.  So that doesn't necessarily have to

17   be a market maker.  It can be somebody who

18   just trades a lot.

19       Q     How did the exchange identify who

20   the high-volume traders were?

21       A     I -- I don't know for certain.  But

22   they would have had the accounts, and they

23   would have been able to see how much volume

24   somebody was trading on that exchange.

25       Q     Was there any concern that the

1    volume incentive provided for manipulative or

2    wash trading in XRP?

3           A     You mean from Ripple or the

4    exchange?

5           Q     From anyone.

6           A     Okay.  Not from us, no.

7           Q     Did any market makers express any

8    concerns with the volume incentive program?

9           A     Not that I can recall, no.

10          Q     Did any exchanges express any

11   concerns?

12          A     No.

13          Q     Did the exchanges -- if you know,

14   the exchanges that you worked with, did they

15   monitor for a potential wash trading in XRP?

16          A     I don't know.

17                       (SEC Exhibit No. 19 was

18                       marked for

19                       identification.)

20          Q     I'm showing you what's been marked

21   as Exhibit 19.  It's an e-mail from you to

22          at Coinbase and Patrick Griffin, dated

23   January 20, 2017.  And the subject is "XRP

24   rebate and volume incentive programs."

25                 Take a moment to look at that and

```
1    let me know when you are done.
2              (The witness examined the
3    document.)
4        A    Okay.
5        Q    Who is ████ by the way?
6        A    ████████
7        Q    What is his role at Coinbase?
8        A    I believe, at the time, he was head
9    of GDAX.
10       Q    What is GDAX?
11       A    GDAX is the actual exchange at
12   Coinbase.
13       Q    Is it open to all customers?
14       A    As far as I know.
15       Q    Does this refresh your recollection
16   as to around the time you began speaking with
17   Coinbase?
18       A    Yes.
19       Q    In the second paragraph, you talk
20   about the rebate program and volume incentive
21   program.
22       A    Mm-hmm.
23       Q    You say, "The rebate program is
24   meant to subsidize the cost of trading for
25   the whole market for a period of time.  The
```

1    volume incentive program is geared towards

2    attracting market makers and guarantees

3    liquidity from the outset."

4          Why did you want to guarantee

5    liquidity from the outset?

6       A    It's important for the exchange.

7    And let's be frank here, I can't guarantee

8    anything.  I was -- there's an intention to

9    have liquidity from the beginning.  Again,

10   there are no guarantees.

11      Q    Well, did you direct certain market

12   makers to trade on certain platforms?

13      A    No.

14      Q    So were market makers able to trade

15   on any platform?

16      A    Generally?

17      Q    The market makers that you entered

18   into agreements with.

19      A    Yes.

20      Q    If they traded on the platform that

21   provided the volume incentive, they would

22   have an additional -- they would receive the

23   benefit?

24      A    Sure.  Like any other market maker.

25      Q    Under the heading "Rebate Program,"

1   it says, "The program will be live from

2   January to April."

3           How long were the agreements,

4   typically?

5       A    I think that's -- that's about

6   right.  About three months.

7       Q    Why were they only three months?

8       A    I think -- generally, the feeling

9   was -- and this is mostly me.  If it hasn't

10  worked in three months, then chances that it

11  works in six -- at least in my experience.

12  If something hadn't taken off in three

13  months, the likelihood that it was going to

14  take off was probably not -- not good.

15      Q    When you say didn't work, what were

16  you trying to get at with these programs?

17      A    Volume, liquidity.

18      Q    Speculation?

19      A    (A nonverbal response was given.)

20      Q    Yes?

21      A    Yes.  Sure.

22      Q    Towards the bottom, the second to

23  last paragraph, you write -- and this is in

24  connection with the communication with

25  Coinbase, "We would also be open to a

```
 1    framework for exclusivity."
 2              What were you talking about there?
 3        A    What did I mean by that -- I
 4    think -- and I don't quite -- I don't quite
 5    exactly recall what I meant by that in this
 6    context.  My guess would be that we would
 7    agree not to enter into an agreement like
 8    this with another U.S. exchange, as an
 9    example.  Because Coinbase is in the U.S.
10        Q    How would that -- why would that be
11    beneficial to Coinbase?
12        A    Because the liquidity of XRP would
13    then pool on their exchange and I don't know,
14    the exchanges.
15        Q    And they would collect more fees?
16        A    Right.
17        Q    Then you write, "We would also be
18    open to minimum volume guarantees for a
19    limited time after launch."
20              What did you mean by that?
21        A    I -- I don't remember a hundred
22    percent.  But again, from the e-mail and from
23    the context of the engagement, possibly --
24    you know, putting together some sort of a
25    structure where we guaranteed volume and give
```

1   them some payment if we don't hit a certain

2   volume threshold -- if XRP doesn't hit a

3   certain volume threshold.

4        Q    How would you guarantee volume?

5        A    That's a good question.  Again,

6   guarantees are few far between.  But --

7        Q    You said earlier you could provide

8   payment.  That would be one way to guarantee

9   a certain amount of --

10        A    You are not guaranteeing volume.

11   You're just saying, "Hey, I think you'll get

12   a million dollars a day in trading.  And if

13   you don't average that over the month, we'll

14   make up the difference as if you had.  So

15   let's say you only had 500,000 in daily

16   activity or whatever fees you would have

17   picked up on a million, we guarantee you that

18   we'll pay the difference."

19        Q    How did you try to limit the amount

20   that had -- that would come out of Ripple's

21   pocket?

22        A    We never did this.  So I mean, we

23   never really -- I never tried to do this.  We

24   never ended up giving volume guarantees that

25   I can remember.

1     Q    I know you didn't do it.  I'm just

2  trying to understand what you meant when you

3  wrote this e-mail.  You know, what you

4  envisioned doing.

5     A    What I envisioned doing was

6  rebating them fees that they wouldn't --

7  again, setting a number and saying, "Hey, we

8  think this is what will come to the Coinbase

9  exchange.  If it doesn't, then" -- yeah.

10     Q    We'll make up the difference.

11     A    We'll make up the difference in

12  fees.

13     Q    Did you have a number in mind?

14     A    I didn't, no.

15     Q    Is that something you had ever done

16  with anyone -- any other exchange?

17     A    I don't think so, no.

18     Q    But I'm still trying to understand,

19  how would you generate volume on Coinbase?

20     A    Yeah, I don't -- I don't --

21     Q    So you didn't have to pay.

22     A    We wouldn't generate -- I wouldn't

23  have viewed it as our -- we would have u

24  could have been helpful.  We could have -- in

25  fact, subsequent to this conversation with

1          █████ I believe he asked us to -- as part of

2    that five million-dollar agreement, that

3    conversation, he wanted three market makers,

4    like three really topnotch market makers to

5    be providing liquidity in XRP.  In that

6    context, we could have introduced market

7    makers to Coinbase to provide liquidity in

8    XRP.

9        Q    Well, in -- you could have

10    introduced the market maker.  But could you

11    guarantee that that market maker would make

12    market on that platform?

13        A    We can guarantee we can help.  We

14    could lend them XRP to provide markets.  So

15    that's something we could have done.

16        Q    Did you do that?

17        A    I don't -- well, we did lend XRP to

18    market makers, yes.  Yeah.

19        Q    Right.  And also, the volume

20    incentive program was aimed to increase

21    volume on the platform.

22        A    Yeah, for high volume traders.

23        Q    So is it fair to say that the

24    rebate program was geared towards

25    everybody -- retail -- included retail?

```
 1        A    Retail, high net worth, funds,

 2    market makers, whomever.

 3        Q    Anyone was eligible.

 4             So what -- what happened after you

 5    sent this e-mail to Coinbase?  What was their

 6    response?

 7        A    I don't -- I don't remember exactly

 8    right after this.  But the --

 9        Q    In 2017.

10        A    In 2017, that was when they came

11    back and said, "No.  This is nice.  Thank

12    you. But we'd like a five million-dollar

13    payment and a guarantee of market makers" and

14    then something else.  I can't remember the

15    third thing.

16        Q    Did you guarantee market makers on

17    other platforms?

18        A    Did I guarantee market makers on

19    other platforms -- what do you mean by

20    "guarantee"?

21        Q    You said you really can't get --

22    can you guarantee a market maker, first of

23    all?

24        A    I can make an introduction and say,

25    "Hey, this market maker provides liquidity
```

1    and XRP on other markets.  Maybe they'd be

2    willing to provide liquidity and XRP on your

3    exchange as well." But then that negotiation

4    as to however that relationship looks, I have

5    no idea.

6         Q    Was there ever a term in any of the

7    agreements with the exchanges that said we

8    will introduce X number of market makers?

9         A    I don't think so.  No.  I was

10   trying to think.  Because it's the Coinbase

11   conversation and I'm trying to think of the

12   other conversations, but I don't think so.

13        Q    So they came back for five million.

14             What happened after that?

15        A    I don't remember all the details in

16   terms of the back and forth and the

17   conversations.  But we said, "No."

18        Q    And it died?

19        A    And it died.  And it died, yeah.

20        Q    We'll definitely pick that up,

21   Coinbase.

22             What does the term "jump ball"

23   refer to?

24        A    I'm not going to be funny.  I won't

25   do it.

1      Q    It's a long day.

2            MR. CERESNEY:  Don't be funny.

3            THE WITNESS:  Right.  I'm not going

4      to be.

5            MR. CERESNEY:  Do you know the

6      answer?

7      A    I don't know the answer off the top

8      of my head, no.

9      Q    Did you ever use the term "jump

10     ball" in the context of the rebates and

11     volume incentive program?

12     A    I may have, yes.

13                  (SEC Exhibit No. 20 was

14                   marked for

15                   identification.)

16     Q    I'm showing you what's been marked

17     as Exhibit number 20.  It's an e-mail

18     exchange from you.  The top e-mail chain is

19     from you to Denuca, dated January 10, 2017.

20     And the subject is "Volume incentive program.

21     October reimbursement and" --

22     A    Sorry.  I don't have that document.

23     Q    Sorry.  I -- that's not the

24     document I gave you.  It's a different

25     document.  The document I gave you is Exhibit

121

1    20.   It's an e-mail chain from you to Patrick

2    dated December 26, 2016.   The subject is "RE:

3    Bitstamp status update."

4         A    Okay.  Yes.

5              MS. WAXMAN:  Give me a second.

6    I'll circulate it to everybody.   You may want

7    to read the whole e-mail starting from the

8    back.

9              (The witness examined the

10   document.)

11        A    Okay.

12        Q    Does this refresh your memory of

13   what the jump ball program was?

14        A    I wouldn't characterize it as a

15   program.   I'm sure --

16        Q    I'm just reading the e-mail.   In

17   the e-mail it says, "jump ball program." But

18   noted that it's -- that's not the term you

19   would use.

20        A    Right.  Yes.

21        Q    What was -- how did you use the

22   term "jump ball"?

23        A    So this would have been a way to

24   describe the volume incentive program.

25        Q    The incentive to get market makers

1    to participate on the first day of listing?

2         A    Correct.

3         Q    Why did you want market makers to

4    participate on day one?

5         A    If the order books on day one are

6    empty, then there's nothing to trade.  So you

7    need some baseline liquidity.

8         Q    Were you concerned that if there

9    wasn't enough trading that the exchange would

10   drop the listing?

11        A    No.  No.  It just -- it's just poor

12   form.  You know, you can do a lot of work to

13   get these listings up.  The exchange does a

14   lot of work.  And then for it not to produce

15   some volume in the beginning, it's

16   disappointing.

17        Q    The beginning of the e-mail talks

18   about the Bitstamp -- listing on Bitstamp.

19             Were you involved in the

20   negotiation of the agreement with Bitstamp?

21        A    I was.

22        Q    What were the terms of the

23   agreement with Bitstamp?

24        A    I mean, just reading from the

25   e-mail --

```
 1        Q    Sure.
 2        A    -- it's a 75,000-dollar fee rebate
 3   and 100,000-dollar volume incentive.
 4        Q    Did you have to get approval for
 5   those e-mails?
 6        A    I think I got approval from
 7   Patrick.
 8        Q    This is an e-mail from
 9   right? About -- I'm talking about the
10   December 24, 2016 e-mail.
11        A    What time?
12        Q    At 3:21.
13        A    3:21.
14        Q    The last e-mail.
15             He reported to you?
16        A    Yes.
17        Q    Did you discuss the Bitstamp
18   agreement with him?
19        A    Yes.
20        Q    Underneath the area that says,
21   "Incentive plan," underneath it says, "Market
22   makers commitments."
23        A    Okay.
24        Q    What does that mean?
25        A    So it means this would have been
```

1    commitments by the market makers.

2         Q    To do what?

3         A    To provide two selling markets on

4    Bitstamp at launch.

5         Q    How did you get those commitments?

6         A    What -- sorry.  I don't understand

7    the question.

8         Q    Were the commitments part of the

9    deal with Bitstamp?

10        A    No.

11        Q    Why are they included here then?

12        A    So when you say included in the

13   deal, do you mean in the actual document that

14   we signed?

15        Q    Well, we can take a look at the

16   actual document.  But it seems like, to me,

17   and tell me if I'm wrong, that, you know,

18   he's going over what was discussed with

19   Bitstamp in connection with their launch of

20   an XRP listing. I can look and see what the

21   trading period -- in Euros and USD and these

22   all seem parts of the deal that you guys

23   discussed with them.

24             So whether or not it's in the

25   actual agreement, it seems like market makers

```
1    were discussed.  I just want to better
2    understand what was meant by "market makers
3    commitments."
4         A    So the -- we would have discussed
5    having market makers at launch on the pairs.
6    Yeah.
7         Q    Well, it says, "market makers
8    commitments." And then it lists specific
9    market makers.
10             Did you get commitments from these
11   market makers to trade on Bitstamp?
12        A    I mean what's on here.  Right.  So
13   if you read these, there's exploring --
14        Q    Independent of this document, do
15   you have a recollection of --
16        A    I don't.
17        Q    Let me finish the question.
18             Do you have a recollection of
19   talking to market makers, these market
20   makers, and getting commitments from them to
21   trade on Bitstamp?
22        A    I don't.
23        Q    Who -- let's -- would that be
24   something that          did?
25        A    Yes.
```

1       Q   And would it be a verbal

2  commitment?

3       A   Yes.

4       Q   And who is ████████?

5       A   One of our market makers.

6       Q   When you say, "market makers," did

7  you use ████████ to engage in programmatic

8  sales of XRP?

9       A   Yes.

10      Q   Did you also enter into agreements

11  with ████████ for OTC sales?

12      A   No.

13      Q   So were these market makers

14  engaging in programmatic sales on Bitstamp?

15      A   Sorry.  What -- when?

16      Q   This time period, twenty --

17  December -- I'm talking about in the context

18  of the upcoming Bitstamp launch of the XRP

19  trading pairs in Euro and USD.

20      A   Okay.  I don't remember if these

21  market makers would have been selling on

22  Bitstamp at that time.  I believe Bitstamp

23  had an XRP DTC listing.  So not a fiat

24  listing, but against crypto.  These market

25  makers may have been selling there.

1              To be honest, if I look at this, I

2   think not.  Because both ████████ and GSR are

3   not integrated.  So if they're not integrated

4   to the exchange, I don't know how they would

5   have been selling on Bitstamp.

6        Q    Well, this was talking about at

7   some point in the near future.

8        A    Right.  But in order for them to

9   have been selling on the exchange, they

10  already would have had to have been

11  integrated to the exchange.

12       Q    What do you mean by integration?

13       A    API integration.

14       Q    Was -- I don't know how to

15  pronounce that, ████████?

16       A    ████████

17       Q    Were they one of the market makers

18  that Ripple used for programmatic sales?

19       A    Yes.

20       Q    What about GSI?

21       A    Yes.

22       Q    And ████?

23       A    I don't remember who that is.

24       Q    And ████████?

25       A    They were not programmatic sale.

```
 1        Q    The next section talks about data
 2   measurement.
 3        A    Mm-hmm.
 4        Q    It says, "Bitstamp can send account
 5   volume data for partner market makers on a
 6   weekly or biweekly basis."
 7             Who are they sending the data to?
 8   Are they sending it to Ripple?
 9        A    I think so, yes.
10        Q    Why would you want to monitor the
11   information?
12        A    I think mostly for the -- we have
13   to pay the rebate.  So we need the data to
14   know exactly how much is traded so that we
15   know what to pay them.
16        Q    Any other reasons why wow would
17   want to track activities on the platform in
18   XRP?
19        A    I mean we can see the volume on
20   other venues.  So that would be the only
21   other thing, just to see the overall number.
22   I can't think of another reason.
23             MR. CERESNEY:  You still okay?
24             THE WITNESS:  Oh, I'm great.  This
25   is wonderful.  I'm enjoying the conversation.
```

```
 1                 MR. CERESNEY:  Okay.
 2                 MS. WAXMAN:  Me too.  I just want
 3       to finish this document and then we'll take a
 4       lunch break.
 5                 THE WITNESS:  Sure.  Okay.
 6          Q     Going down, at the bottom page, it
 7       says, "Self-matching filtering.  Bitstamp is
 8       not prepared to filter for this yet, but it
 9       should not be a major concern for now due to
10       the natural disincentive to self-match.
11       Which would push the pool -- Bitstamp to
12       support this later."
13                 Does this refresh your recollection
14       as to whether there were any discussions
15       about the incentive program and whether it
16       would incentivize people to engage in wash
17       trading?
18          A     Just define "wash trading."
19          Q     Well, I define wash trading when
20       you have the same person on both sides of the
21       transaction and they're engaging with each
22       other.  Sometimes to engage in raise the
23       price or for any -- some other manipulative
24       reason. It may not be to raise the price.
25       But in this situation --
```

1        A    I trade with myself; is that what

2  you mean?

3        Q    Yeah.

4        A    Yeah.  Sure.  Yes.

5        Q    What do you -- do you understand

6  what it means to self-match, what

7  self-matching filtering is?

8        A    Self-matching means you trade with

9  yourself.

10        Q    Did you discuss with Bitstamp

11  filtering for self-matching?

12        A    I don't remember discussing it with

13  them.  But clearly, █████ did.

14        Q    Did you discuss it with any

15  exchange?

16        A    I don't remember.

17        Q    It says, "We can push Bitstamp to

18  support this later."

19        Do you recall the conversations

20  with Bitstamp to support self-match

21  filtering?

22        A    I do not.

23        Q    Then it goes on to marketing

24  tactics.

25        Did -- did Ripple market the fact

131

1    that exchanges were going to trade XRP or

2    list XRP?

3            A    After the fact.

4            Q    When you say, "after the fact," how

5    much after?

6            A    I don't know.  I just -- I make the

7    distinction because I don't -- I don't

8    remember us releasing information beforehand.

9            Q    So once the asset was trading,

10   that's when you would advertise it; but not

11   before?

12           A    I believe so.

13           Q    Was it -- did anyone specifically

14   say, "Don't advertise before the listing

15   happens"?  Before --

16           A    No, not that I recall.

17           Q    So why are you making that

18   distinction?

19           A    Just -- I don't remember a lot of

20   lead time, if any, before listing.  I could

21   be -- I could be wrong.

22           Q    Why would the company want to

23   publicize the listing?

24           A    If people don't know that it's

25   listed, then how are they going to trade it.

1        Q   Create interest?  Create volume?

2        A   Yeah.

3        Q   And did the agreements with

4  exchanges include certain terms regarding

5  marketing and publicity?

6        A   I think they did, yes.

7        Q   What were -- what was -- as part of

8  those terms, what was Ripple's -- what did

9  Ripple agree to do?

10       A   I think it was pretty similar to

11  what's listed here.  It would have been on

12  inside post.

13       Q   That's a posting on Ripple's

14  website?

15       A   Yes.  This is -- it's pretty

16  standard.

17       Q   Press out reach, would Ripple reach

18  out to press?

19       A   I -- that's a good question.  I

20  don't know.

21       Q   You said this is pretty standard.

22           Would Ripple tweet or put messages

23  on social media?

24       A   Yes.

25       Q   Would they add Bitstamp to the XRP

1    portal?

2        A    Yes.

3        Q    What is the XRP portal?

4        A    If I remember correctly, this is

5    part of XRP charts.

6        Q    What is XRP Charts?

7        A    XRP Charts is a website that -- and

8    I haven't looked at it in a while.  "A while"

9    meaning, probably over a year.  But it was --

10   it was a website that had volume on

11   exchanges. What would have been trading

12   volume on the protocol.  And information

13   around activities on the protocol.  So wallet

14   movement.  Basically, the portal end of the

15   XRP ledger.

16       Q    Did the XRP portal get updated

17   every time a new exchange listed XRP on the

18   platform?

19       A    That's a good -- I don't know.  I

20   wasn't in charge of it.

21       Q    All these marketing -- what was the

22   purpose of all these marketing efforts?

23       A    Awareness of the listing.

24       Q    Well, here at the bottom, it says,

25   "We are working to ensure all pieces are in

1    place since a strong Bitstamp launch will

2    improve liquidity for XRP."

3          A    Right.

4          Q    "And give our exchange originator

5    strategy significant momentum."

6          A    Yes.

7          Q    Is that your understanding?

8          A    Yes.

9          Q    What does it mean "originator

10   strategy"?

11         A    I don't know what he means by that,

12   actually.

13         Q    Do you know what he means by

14   "exchange strategy"?  Is that what we talked

15   about earlier?

16         A    Earlier in --

17         Q    Earlier, we talked about a strategy

18   to increase listings on exchanges.

19         A    Yes.  This -- this would have been

20   part of that.  With the caveat of December

21   2016.

22         Q    It was early.

23         A    Very early.  We were fumbling

24   around in the dark at this point.

25              MS. WAXMAN:  Okay.  Let's go off

1    the record at 12:48.

2              (A brief recess was taken.)

3              MS. WAXMAN:  We are back on the

4    record at 1:33.

5              Mr. Vias, while we were off the

6    record, did you have any conversations with

7    the staff?

8              THE WITNESS:  No.

9              MR. DANIELS:  I just wanted to go

10   back to something you had mentioned earlier,

11   the stool analogy.  Just for the record, can

12   you remind us what the three legs were.

13             THE WITNESS:  Sure.  So three legs

14   are speculators, market makers and then

15   hedgers or use of the liquidity for commerce.

16             MR. DANIELS:  When you started in

17   late 2016 or early 2017, did you have some

18   sort of target breakdown for the three

19   different legs?  For example, was there

20   supposed to be a third, a third, a third.

21             THE WITNESS:  No.

22             MR. DANIELS:  You mentioned on the

23   ▉▉▉▉ I think, there's some products where it

24   could be up to sixty percent speculative

25   volume.

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

1          When you started in 2016, early
2    2017, do you have a sense of what the
3    speculative volume was for XRP?
4          THE WITNESS:  I don't.
5          MR. DANIELS:  Throughout your
6    tenure at Ripple, do you have any sense of
7    what the speculative volume is as the
8    percentage of the total volume?
9          THE WITNESS:  I don't.  The
10   difference of the ███ is I had full
11   visibility of the product and the volume.
12         MR. DANIELS:  Do you have a general
13   sense?
14         THE WITNESS:  I don't know how to
15   answer that question.  You mean general in
16   terms of numbers?
17         MR. DANIELS:  Sure.  Take numbers.
18         THE WITNESS:  I mean, it would have
19   changed from '16, '17, '18, '19.  I really
20   don't know.
21         MR. DANIELS:  Can you talk through
22   how it has changed?
23         THE WITNESS:  Yes.  In -- so '17,
24   the two market participants that I'm aware of
25   participating in any significant way in the

1     market would have been speculators and market

2     makers.  We talked a lot about those.

3              In '17, crypto markets generally

4     really grew both in volume and market cap for

5     a lot of the other -- for the whole market.

6     So everything kind of grew.  My sense is that

7     that was largely speculation.  And then in

8     2018, as markets kind of came back, my sense

9     is that market makers would have been a

10    larger piece of the puzzle.

11             Market makers tend to be sticky in

12    volume because that's their business, to make

13    markets.  I'm talking broad terms, not just

14    XRP here.  In 2019, that mix probably stays

15    the same.  And then for XRP in particular,

16    which starts to add a lot of the commercial

17    volume with xRapid and RDL.  That's roughly

18    how I see it.

19             MR. DANIELS:  Okay.

20        Q    So earlier today, we spoke about

21    the company prioritizing speculative volume

22    in 2017.

23             Was that a continued priority in

24    2018 and in 2019?

25        A    No.

138

1      Q    I didn't hear --

2      A    No.

3      Q    No.  Why not?

4      A    So as I mentioned, 2017, the

5   markets grew significantly.  I mentioned

6   previously, by the end of 2017, XRP was on a

7   hundred exchanges, I think.  Ninety-five of

8   those organically.  And at that point, it

9   felt like, kind of, we checked the box on

10  speculation.

11           The exchanges were out there.  We

12  have now -- we could have more OTC volume

13  because of the commit-to-sell that I -- that

14  we discussed earlier.  And we were starting

15  now to get more traction on traffic in OBL.

16  So we had the proof of concepts and the --

17  the focus quickly shifted in 2018 to growing

18  out the product.

19     Q    You said that ninety-five out of a

20  hundred exchanges listed, the listing grew

21  organically.

22           Can you tell me what you meant by

23  that.

24     A    On their own.

25     Q    So you are saying out of a hundred

1    listings, platforms that listed XRP, Ripple

2    was only involved in five of those?

3         A    Not -- platform.  You mean

4    exchanges?

5         Q    Yes.

6         A    Okay.  I mean, I don't know the

7    exact numbers, but that feels like the right

8    proportion to me.

9         Q    So -- okay.  Well, I want to get

10   that right.

11        A    Okay.

12                      (SEC Exhibit No. 21 was

13                       marked for

14                       identification.)

15        Q    I'm showing you what's been marked

16   as Exhibit 21, which is a spreadsheet that

17   was prepared by Ripple's counsel and provided

18   to the staff.  And it's a listing of rebate

19   incentive agreements with exchanges for the

20   period through February 2019.

21        A    Okay.

22                      (SEC Exhibit No. 22 was

23                       marked for

24                       identification.)

25                   (The witness examined the

140

```
 1    document.)
 2         Q    I'm also showing you what's been
 3    marked as Exhibit 22.  Which is another
 4    spreadsheet that was prepared by Ripple's
 5    counsel and provided to the SEC.  Which is
 6    Ripple's listing agreements with digital
 7    currency exchanges from May 28th through --
 8    through sometime in 2019.
 9             So does this refresh your
10    recollection as to how many exchanges Ripple
11    entered into agreements with?  And this is
12    not inclusive list.
13             (The witness examined the
14    document.)
15         A    Yeah.
16         Q    Is it more than five?
17         A    It is.  Before the end of 2017,
18    it's seven.
19             MR. CERESNEY:  Actually, just to --
20    the last one --
21             THE WITNESS:  Didn't happen.
22             MR. CERESNEY:  Yeah.  So there's
23    six.
24             THE WITNESS:  There's six.  So you
25    are right.  It's not five.
```

1        Q    So you were saying in 2017 --

2        A    Until the end of 2017.

3        Q    But from the time you started with

4    XRP to the present, how many --

5        A    Sorry.  Ripple.

6        Q    By the time you started with Ripple

7    to the present, about approximately how many

8    exchanges did Ripple enter into agreements

9    with?

10       A    For listings or for xRapid as well?

11       Q    Just for listings.

12       A    Just for listings -- this looks

13    like a pretty -- I think this is it.

14       Q    Okay.  And so all the other

15    exchanges decided to list on their own?

16       A    Yes.

17       Q    Earlier today, we were talking a

18    little bit about OTC sales to funds.

19       A    Yes.

20       Q    Why did Ripple sell the XRP to

21    funds?

22       A    To raise cash.

23       Q    To raise cash.

24            Would it generate additional

25    speculative volume?

142

```
 1        A    To funds directly?  That would have
 2    been speculative volume.
 3        Q    So yes?
 4        A    Yes.
 5        Q    And the sales, did they sell XRP at
 6    a discount?
 7        A    We -- we have, yes.
 8        Q    Generally, the sales to -- the OTC
 9    sales to funds, was the XRP sold at a
10    discount?
11        A    So some of that predates my joining
12    of the company.  I don't have full visibility
13    into the sales previous to my joining in
14    terms of discounts or not.  I do know that
15    there were some sales with discounts while
16    I've been at the company.
17        Q    From -- you started in November
18    2016.
19        A    Yes.
20        Q    Is the company still entering into
21    OTC sales with funds?
22        A    Not that I'm aware of.
23        Q    When did it stop?
24        A    If I remember correctly, the last
25    one would have been late 2018.
```

1          Q     Those sales during that period, the

2     two-year period, was the XRP sold at a

3     discount?

4          A     Yes.

5          Q     Why was it sold at a discount?

6          A     So the general arrangement was --

7     there was a lock up, generally, with sales --

8     large sales to funds.  And in return for that

9     lock up, the XRP was sold at a discount.

10         Q     What were the terms of the lock up?

11         A     They -- I'm not going to remember

12    this exactly.  But there were different time

13    periods of a lock up based on different

14    discounts or vice versa, I should say.  So

15    the longer the lock up, the bigger the

16    discount.

17         Q     Okay.  Why were you offering a

18    discount in exchange for the lock up?

19         A     So the thinking was we didn't want

20    to -- we had no interest in offering XRP at a

21    discount and then having somebody just turn

22    around and sell it to monetize the discount.

23    That would be counterproductive.  If we

24    wanted to do that, we could just increase

25    programmatic sales and cost us less money.

1   So it was a similar idea around XRP sales.
2   So minimizing pack, both from the model and
3   price perspective.
4        Q    What determined the amount of
5   discount?  You said it depended -- the longer
6   the lock up, the more the discount?
7        A    Right.  It changed.  When I first
8   joined, there was like a rate sheet that had
9   discounts with different lock ups.  And I
10   remember it changing once or twice.  And then
11   I can't remember when, but I know we got rid
12   of it.  But I don't remember exactly what --
13   what thinking around the lock up versus the
14   discount was.
15        Q    What would happen if there was no
16   lock up?  If -- what would happen if --
17   strike that.
18             What would happen if the XRP was
19   able to be freely sold?
20        A    Sell it.
21        Q    Do you think it would -- would it
22   have a large impact on price?
23        A    I -- I don't know.
24        Q    Well, what was -- was one of the
25   purposes of lock up to try to control dips in

1   the price?

2        A    No.

3        Q    What was the purposes of the lock

4   up then?

5        A    Like I said --

6        Q    Other than compensate for --

7        A    Well, no.  You just -- there's

8   no -- why run the risk of someone just

9   turning around -- even if it has no impact on

10  price, just turning around and monetizing a

11  ten or a fifteen percent discount on

12  something, for what?

13           So you say no, fine.  We'll give

14  you a discount.  But as a result, you have to

15  lock it up.  Because otherwise, there's an

16  incentive to turn around and sell it.  If we

17  wanted to do that, we could do it ourselves.

18  We would just increase programmatic sales.

19       Q    Did Ripple publicly disclose the

20  terms of the deals with these funds?

21       A    No.

22       Q    Did it disclose to whom it sold the

23  XRP to part of these deals?

24       A    No.

25       Q    Could anyone try to figure out who

1   was buying the XRP from Ripple in connection

2   with these deals?

3          A    Could someone try?

4          Q    Mm-hmm.

5          A    Yes.

6          Q    Do people try now to identify large

7   traders in XRP?

8          A    Yes.

9          Q    How do they?

10         A    On the protocol?  So ostensibly, if

11   you could identify a wallet, then you could

12   match the identity of that wallet, the owner

13   of that wallet, and you can track its

14   movements.

15         Q    Are Ripple's wallets known to the

16   public?  Does the public know which wallets

17   are associated with the company?

18         A    So I think people think they know.

19   I'm not sure if they do know or don't.

20         Q    Well, does the company publically

21   disclose what wallets they're associated

22   with?

23         A    No.  No.

24         Q    Did the company monitor XRP sales,

25   either programmatic or OTC sales?

1       A    Like keep track of?

2       Q    Yes.

3       A    Yes.

4       Q    Was that part of your

5    responsibility?

6       A    In its final state, it's Finance's

7    responsibility to monitor the cash proceeds.

8    But we would monitor the amounts of sales as

9    well.

10      Q    Would your -- did that occur in

11   2016 and continue throughout 2017 and 2018?

12      A    I can't remember 2016.  I was only

13   there a month.  But 2017 to 2018, yes.

14      Q    And did you monitor programmatic

15   sales --

16      A    Yes.

17      Q    -- by market makers?

18      A    Yes.

19      Q    How would you monitor those sales?

20      A    The market makers, on daily basis,

21   would send back reports detailing around how

22   much they had sold.

23      Q    Daily reports?

24      A    Yes.

25      Q    Did you review those reports?

148

```
1        A    Periodically.

2        Q    Did someone review them on a daily

3   basis?

4        A    Deniuca Samuelson.

5        Q    Did  ████  review them on a daily

6   basis?

7        A    Maybe early 2017.

8        Q    After they reviewed them, did they

9   discuss them with you?

10       A    At times, I'm sure.  Yes.

11       Q    Why -- and they were monitoring

12  them on a daily basis you said?

13       A    Yes.

14       Q    Why would you be monitoring

15  programmatic sales on a daily basis?

16       A    Well, you track the sales.  As I

17  mentioned, we have an XRP meeting at the end

18  of the week and we would discuss sales.  So

19  you are ingesting the data and just tracking

20  the sales.

21       Q    Were you making sure that the

22  market makers were trading in accordance with

23  the percentages that you had told them in the

24  beginning of the week?

25       A    Yes.  Yes.  I mean, that's
```

```
 1    definitely one of the things that we would be
 2    looking for.
 3         Q    What else were you tracking as part
 4    of those daily monitoring?
 5         A    Percentage, total sales.
 6         Q    Total sales of --
 7         A    On the day.  Total sales for the
 8    market makers, exactly how much they sold.
 9    So a notion around a hundred percentage
10    volume. We would have been looking at whether
11    or not the exchanges -- the exchange list,
12    like it followed a certain -- like we knew
13    that they had been active on Bitstamp the day
14    before.  If all of a sudden they were not
15    active on Bitstamp, we would be like "What
16    happened?"
17         Q    Could you call them up and find out
18    what happened in that situation?
19         A    Probably not me, but Denuca or
20    ███████
21         Q    What else would you be monitoring
22    for it?
23         A    I think that's it.  That's the bulk
24    of it.
25         Q    Would you monitor changes in the
```

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

1  price of XRP?

2       A    Not in relation to the sales.

3       Q    Just in general, would you monitor

4  on a daily basis the price of XRP?

5       A    Yes.

6       Q    Why would you be monitoring that?

7       A    Good question.  I -- I don't know.

8  Imperative to reputable markets one of the

9  things that it is, is the price.

10      Q    Was the price of XRP important?

11      A    Yes.  Yes.

12      Q    Why was it important?

13      A    Why was it important to me?

14      Q    Why was it important to the

15  company?

16      A    To the company.  I mean, we own

17  fifty-five billion XRP of material impact on

18  the company.

19      Q    If the price of XRP would fall,

20  that would have a material impact on the

21  company?

22      A    Depends on from what level.

23      Q    You mean the percentage?

24      A    Right.  When it went from six

25  tenths of a penny to five tenths of a penny,

1  even though that's a large percentage

2  movement, it really didn't have material

3  impact on the company.

4        Q    How would large price movements

5  have material impact on the company?

6        A    So it's -- it would mean, I guess

7  on paper, the valuation of the company would

8  be ostensively would be moving up and down a

9  lot.

10       Q    Did the company value itself based

11  on the market value of the XRP it held?

12       A    I don't know.

13       Q    Well, you just said that the

14  company valuation would change depending on

15  changes in the market price of XRP.

16       A    Right.  I don't know if the company

17  valued itself.  I have no idea.

18       Q    Did you ever have any discussions

19  with anybody about how the company valued

20  itself?

21       A    No.

22       Q    Did Brad Garlinghouse ever refer to

23  the company value based on the amount of XRP

24  it held and the price that that XRP was

25  selling in the market?

152

```
 1        A    No.
 2        Q    Not that you are aware of?
 3        A    Not that I'm aware of.
 4        Q    You said earlier that when the XRP
 5   was trading sub pennies, changes didn't
 6   really matter.
 7             So when did changes in the price
 8   start to matter?
 9        A    I don't know.  I'd be guessing.
10        Q    Why didn't it really matter when
11   the XRP was trading sub pennies?
12        A    I mean, just -- about the -- even
13   though, again, it's on a percentage basis, it
14   moved from six tenths of a penny to five
15   tenths of a penny is a big deal, on a
16   notional basis, it's not.  The notional
17   amount is just not significant.
18        Q    Going back to the sales and market,
19   the monitoring, the daily monitoring of the
20   XRP sales, we were talking about programmatic
21   sales, were you monitoring for changes in
22   liquidity?
23        A    Not in relation to the sales.
24        Q    Were you monitoring changes --
25   strike that.
```

153

1              Were you monitoring changes in

2      volatility?

3              A    Not in relation to the sales.

4              Q    Let's take it a step -- what else

5      were you monitoring in relation to XRP sales?

6      And I don't want to limit it to programmatic.

7      Were you also monitoring OTC sales?

8              A    Yes.

9              Q    What specifically were you

10     monitoring from OTC sales?

11             A    The amounts and to whom they were

12     selling.

13             Q    How do you monitor the OTC sales?

14     Did they occur on OTC desks do they occur on

15     an exchange?

16             A    They would have occurred with us,

17     with the team.  So the team would have --

18     would have been either responding to an

19     e-mail or getting inbound.  So we would have

20     been part and parcel to any OTC transaction.

21             Q    My question more referred to OTC

22     sales in the market.

23             Were you monitoring OTC sales in

24     the market?

25             MR. CERESNEY:  Let me just ask, you

1    mean when Ripple sells it over-the-counter,

2    then watching what happens to those XRP?

3    Because they may or may not be OTC sales,

4    they may be on exchange.

5            MS. WAXMAN:  Right.

6        A    No.  The subsequent steps, we were

7    not monitoring.

8        Q    How did you use the information

9    that you gathered on a daily basis?  You

10   know, so I understand that you monitored XRP

11   sales.  And let me make sure I understand you

12   correctly.

13           Did you also monitor XRPs trading

14   in the market?

15       A    Yes.

16       Q    And what did you look for?

17       A    On the exchange, volume on growth.

18       Q    What else did you look for?

19       A    You know, I already said we looked

20   at the price.  But the price across exchanges

21   tend to be the same.  So really, per

22   exchange, looking at the volume.

23   Particularly fiat versus crypto.  Fiat volume

24   is really important especially for the

25   longer-term payment use case.

1           Without fiat, to XRP volume for use

2     case doesn't really come to fruition.  So --

3     and there was -- in one of the documents, it

4     was mentioned, that kind of the XRP fiat

5     volume versus XRP crypto volume, kind of that

6     breakdown was important at times.  We want

7     the fiat volume to be growing if at all

8     possible. So that we could at least try to

9     use that volume for the payment use case.

10          Q     Did you ever present XRP sales

11    information up the chain?

12          A     Every Friday.

13          Q     Every Friday you would have a

14    meeting with -- who would you meet with?

15          A     XRP sales meeting -- again,

16    depending on who was at the company.  But it

17    would have been me, Denuca, Ron Will, Brad

18    Garlinghouse.  And then Patrick or -- well,

19    Ron since he was my manager.

20          Q     Was Ron Will the CFO at the time?

21          A     He was.

22          Q     What was the purpose of that

23    meeting?

24          A     So the -- the primary purpose was

25    to decide on XRP sales going forward in terms

1    of the percentages that we were selling.  It

2    was an update.  We were updating the team

3    just so that they knew what was happening

4    with respect to sales and then our decision

5    would be made as to whether or not to change

6    the stance.

7         Q    Can you be a little more -- first

8    of all, when did those meetings start?

9         A    I -- I think as soon as I -- I

10   joined.  I think it was a standard meeting

11   before I got there.

12        Q    Did it continue through 2017 and

13   2018 and 2019?

14        A    It did.

15        Q    Does it continue through today?

16        A    Yes.

17        Q    So when you say you were -- met to

18   decide percentages, can you be a little more

19   specific?  What percentages were you just

20   saying?

21        A    The percentage of volume that we

22   were selling into the market.

23        Q    Programmatically?

24        A    Programmatically.

25        Q    How did you determine that

1    percentage on a weekly basis?

2         A    It was mostly volume-based.  So if

3    we had like a strong uptake in volume, for

4    instance, we might lower that percentage so

5    that we wouldn't be just selling more into

6    the market as the volumes increased.  So the

7    volume was a big -- was the leading driver,

8    if you will, on that percentage.

9         Q    Why wouldn't you want to increase

10   your selling as the volume increased?  Why

11   would you want to -- why would you retract?

12        A    Well, the overarching goal is to

13   have as little impact as possible.

14        Q    On price?

15        A    And on the market probability as

16   well.  It's on both.  The idea would be,

17   well, if volumes are ticking up, right, and

18   we were selling a million dollars last week

19   and volume's tripled, that would mean we

20   would be selling three million dollars.  And

21   that -- to what?  That wasn't the goal.

22   Right.  So the idea was always to be a pretty

23   consistent number in terms of sales.

24        Q    What was the goal?

25        A    Again, we discussed this earlier.

1    We sold XRP to fund the company operations.

2        Q    Was also -- also, I think we

3    discussed the liquidation strategy was not to

4    disrupt the price of XRP?

5        A    Right.

6            MR. CERESNEY:  And volatility

7    sales.

8            THE WITNESS:  And volatility.

9        Q    Did you also discuss how much to

10   sell the OTC sales?

11       A    Yes.

12       Q    How was that determined on a weekly

13   basis?

14       A    So that wasn't determined on a

15   weekly basis.  But the OTC sales were --

16   were -- just a lot less frequent.  And I do

17   remember discussing -- you know, the -- how

18   much XRP OTC we were selling.  But it wasn't

19   the same discussion right around percentages

20   or volume because it was more ad hoc.

21       Q    Even though it was ad hoc, what

22   factors did you take into account when you

23   decided to increase OTC sales?

24       A    We didn't.  We didn't have a lot of

25   control over OTC sales.

1     Q    What do you mean you didn't have

2    control over OTC sales?

3     A    So --

4     Q    When I say, "OTC sales," I mean

5    when Ripple sells XRP over-the-counter to

6    funds and market makers.

7     A    Right.  So that, the action of

8    buying, would be -- would have been kind of

9    precipitated by another party, not us.  I

10   wasn't calling          and saying, "Hey, can

11   I sell you some XRP?"  If          doesn't

12   call, then there are no OTC sales.  It's just

13   that simple.  No funds calling --

14    Q    I understand that.  Thank you.

15         So you have more control over

16   programmatic sales.  It's your decision.  So

17   I'm trying to understand why -- what sort of

18   feedback did you get from Brad and Ron and

19   others at the meeting, at this weekly sales

20   meeting?  It seems -- I'll let you answer the

21   question.

22    A    I mean, the feedback generally was

23   "Thanks for the update."

24    Q    Well, why did you have the meeting

25   with them?  It seems like if you wanted to

1    sell a certain amount into the market and it

2    was, you know, a certain percentage, why

3    would they need to be involved if -- was it a

4    predetermined, that amount?

5         A    The amount was not predetermined.

6    And why that group was involved in

7    determining like the percentage amounts, we

8    would come with a recommendation.  Generally,

9    the recommendation was stay the course.

10        Q    When you say, "stay the course,"

11   what do you mean?

12        A    The percentage that was previously,

13   let's just remain.

14        Q    What percentage was that?

15        A    Between fifteen to twenty-five

16   basic points of daily average volume.

17        Q    Was that in 2016 or did that --

18        A    That changed.  I'd have trouble

19   remembering what it was in 2017.  What I do

20   remember is there was a pretty consistent

21   kind of downtrend in terms of the percentage.

22        Q    Why was there a downtrend?

23        A    Because the volumes were growing.

24        Q    Was there ever a time where the

25   company said, "Let's increase with the

1   increase in volume"?

2          MR. CERESNEY:  You mean if there

3   was an increase in volume of XRP trading, the

4   company also said, "Let's increase the

5   percentage of that volume," that would be

6   programmatic trading.

7          MR. DANIELS:  Or just maintain the

8   percentage, but increase the overall amount.

9          THE WITNESS:  Right.

10          MR. CERESNEY:  Do you recall?

11          THE WITNESS:  I don't recall the

12  former.  That we've ever -- if I can

13  remember, increased percentages while volumes

14  were increasing.  In late 2018 and 2019, I

15  feel like we may have lowered the percentage

16  as volume started to really spike in late

17  2018 and 2019. Yeah.  So I don't -- I don't

18  recall a time when like volumes exploded and

19  we were like --

20          MR. DANIELS:  In 2018 or 2019

21  period that you just referenced, do you

22  recall discussions around that in terms of

23  lowering the percentage?

24          THE WITNESS:  Yes.  Yes.  And in

25  particular, there was a -- so we would use

1    CoinMarketCap as the -- the truth in terms of
2    volume.  And we started to be a little
3    concerned about that.  There was a lot of
4    stories in the news that maybe CoinMarketCap
5    wasn't real volume.  And maybe some of these
6    exchanges weren't on the up and up.
7              So we started to have a discussion
8    around changing that.  Changing using
9    CoinMarketCap's numbers as the percentage of
10   volume -- denominator, if you will, of what
11   we sold in terms of the calculation.  That
12   did precipitate conversations around should
13   we just lower the percentage down to one
14   basis point and continue to use
15   CoinMarketCap.  Or should we switch over
16   to -- I think they use CryptoCompare now, and
17   do twenty basis points. I remember those
18   conferences.
19       Q    Was there a concern that
20   CoinMarketCap was inflating volumes?
21       A    Yes.  Actually, not that
22   CoinMarketCap was inflating volumes.  But
23   possibly that the exchanges were inflating
24   values, and then CoinMarketCap was publishing
25   those values.

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

1      Q   Let's talk about the price of XRP

2  from the time you started in 2016 to the

3  present.

4      Did the price grow?

5      MR. CERESNEY:  Rise?

6      MS. WAXMAN:  Rise.  Yes.  Thank

7  you.

8      A   Yes.

9      Q   What was the -- in 2016, when you

10  started, what was the price?

11      A   Around six tenths of a penny.

12      Q   What's the highest price it ever

13  got to from 2016 to the present?

14      A   It depends on the exchange.

15  Different prices for different exchanges.

16  But around $3.00.

17      Q   When did it get to that price?

18      A   That was December of '17 or January

19  of '18.  I can't remember exactly.

20      Q   When the price was going up, did

21  that affect the company's decision on whether

22  to sell and how much to sell?  Because you

23  said XRP was used to fund the company.  So

24  obviously, as the price goes up, you have

25  more money that the company can use.

```
 1        A    No.  If the price goes up, the

 2   price goes up.  We have more valuable XRP.

 3   If we sell it, then we have more money.  If

 4   we don't, we have the same amount of money.

 5        Q    Right.  So my question is, as the

 6   price went up, did you discuss selling more

 7   XRP?

 8        A    Not that I remember.  You just have

 9   to remember, as the price goes up, every XRP

10   you sell, brings in more money.  So you don't

11   have to sell more XRP.

12        Q    Right.  You can sell less.

13        A    You can sell less.

14             MS. WAXMAN:  Sorry.  I'm looking

15   for something in particular.

16        Q    Do you know approximately what

17   percentage over Ripple's revenue comes from

18   XRP sales as opposed to the sale of its

19   product?

20        A    I don't.

21        Q    Do you have any insight into that?

22        A    I think it's mostly XRP sales.  I

23   wouldn't know whether it's seventy/thirty,

24   ninety/ten.  I have no idea.

25        Q    How do you know that it's mostly
```

165

1    XRP sales?

2         A    I feel like this is common

3    knowledge inside of Ripple.  I can't point to

4    one thing where it was clear.  I mean --

5    maybe during some of the all-hands we talked

6    about some of this.

7         Q    When did Ripple start charging

8    money for selling its products; if you know?

9         A    I don't know.

10                        (SEC Exhibit No. 23 was

11                        marked for

12                        identification.)

13        Q    I'm showing you what's been marked

14   as Exhibit 23, which is a table that the

15   staff prepared using information that was

16   provided to us by counsel.  And

17   cross-referenced with the XRP markets

18   reports.  And it basically breaks down XRP

19   sales, programmatic OTC and commit-to-sell,

20   along with purpose amounts by quarter,

21   beginning in Q4 2014 through Q3 2019. And it

22   lists the USD sum of the total amount of

23   sales for those categories.

24             Before I ask you, the

25   commit-to-sell program that we spoke about