1    earlier, was that later changed to -- was the

2    name later changed to "loan to purchase" or

3    was the loan to purchase what it was called

4    previously?

5        A    I think the latter.

6        Q    So it was first loan to purchase

7    and then it was --

8        A    I think so.  I think so.  I don't

9    recall this being a separate program.

10       Q    Now, the amounts sold in connection

11   with those programs, are they included in the

12   numbers in the XRP markets reports?

13       A    Oh man -- I don't remember.  I

14   don't remember with certainty.

15       Q    So you start in the company in

16   November of 2016.

17            Did you have -- when was the first

18   quarter that you had involvement in

19   programmatic and OTC sales?

20       A    If I remember correctly, it was

21   right away.

22       Q    If you look at Q1 2017, that

23   quarter had the lowest programmatic sales.

24   What was going on at that time?  It was --

25   obviously it dipped down from the previous

167

```
 1    quarter.
 2         A    I don't -- I don't remember.
 3         Q    And then if you look at -- compare
 4    Q1 2017 to Q2 2017, there's large increases
 5    in both programmatic and OTC sales.
 6         A    Yes.
 7         Q    What was the reason for the
 8    increase during -- from the -- from the
 9    previous quarter to the Q2?
10         A    I don't know why the OTC sales
11    increased.  Again, I don't remember that.  I
12    do know that in Q2 of 2017, the volume of XRP
13    grew significantly.  And we were selling
14    based on volume.  So my guess here is that
15    the programmatic sales were based with the
16    volume growth.
17         Q    In Q1 and Q2 of 2017, there was a
18    priority based on promote of speculative
19    trading?
20         A    Yes.
21         Q    It looks like Q1 2018, was a
22    record-breaker for programmatic sales.
23         A    Yes.
24         Q    What was going on then?
25         A    I don't -- I don't remember.
```

1    Q    You don't remember.  Okay.

2         Is there any reason why you -- why

3    the company would have been selling so much

4    during that time period; if you recall?

5    A    Again, my guess here is -- Q4 2017,

6    is December of 2017.  It is a run up of

7    cryptocurrency markets, everything rallied.

8    And then in Q1 2018, they started to come

9    off. Again, my guess here is that volumes

10   must have been very, very high across the

11   space.  And obviously, XRP also had high

12   volumes.  Again, I'm guessing.

13   Q    If you also look at Q2 to Q3 2018

14   OTC sales, quite a big jump from sixteen

15   million to ninety million.

16   A    Mm-hmm.

17   Q    Do you have an understanding as to

18   what was going on then?

19   A    Yes.  So if I remember correctly,

20   the bulk of that ninety million was OTC sales

21   to one purchaser.

22   Q    Who was that purchaser?

23   A    ▮▮▮▮▮▮  I can't quite remember

24   if it was Capital or Inc. ▮▮▮▮▮  was a

25   main fund.

1     Q     Who's ▮▮▮▮▮

2     A     ▮▮▮▮▮ is a New York City

3     based -- I believe a hedge fund.

4     Q     Did they approach you about the

5     large sales?

6     A     They did.

7     Q     Were the -- was it XRP that was

8     sold subject to a lock up?

9     A     It was not.

10    Q     And why not?

11    A     So in -- in -- at this point in the

12    OTC sales, development, we had removed the

13    lock up restrictions.  The rate card that I

14    referenced earlier, we were no longer using.

15    So OTC sales, at this point, didn't have --

16    didn't have a lock up.

17    Q     Was the XRP sold at a discount?

18    A     It was.

19    Q     Despite the fact -- even though

20    there was no lock up?

21    A     Yes.

22    Q     Why was it sold at discount without

23    a lock up?

24    A     They were able to negotiate that

25    with us.  They said it that it would be a

170

1    large purchase.

2       Q    Why did the company agree with it?

3       A    I don't remember.  We did have a

4    relationship with          going back a long

5    time.  So I think that played into it a

6    little bit.

7       Q    Was          an investor in Ripple

8    Labs?

9       A    I think so.  Yes.

10      Q    How did you know that?

11      A    I think the gentleman who runs

12          -- I can't remember his name right

13   now -- I think he had mentioned it to me.

14      Q    Did you have a conversation with

15   him in which he mentioned that?

16      A    I believe I did, yeah.

17      Q    And when was the conversation?

18      A    I don't remember.

19      Q    Was it in connection with the

20   sales?

21      A    No.

22      Q    And the --          investment in

23   Ripple, did it provide for the sale of XRP?

24      A    I'm sorry.  I don't understand.

25      Q    The -- the --          investment

171

```
 1      in Ripple, do you know whether they were
 2      investing in Ripple?
 3           A    I have no idea.
 4           Q    That agreement, was there -- did
 5      they also enter into an agreement with
 6      ██████████ at the same time to sell the XRP?
 7           A    I don't know.
 8           Q    What was ██████████ going to do with
 9      the XRP?
10           A    So they were -- they were actually
11      buying it for -- it was an investor of
12      their's that wanted exposure to the XRP.  At
13      least that's what was explained to us.
14           Q    Was it a long-term investor?
15           A    I don't know.
16           Q    I'm just trying to understand why
17      the company would agree to sell such a large
18      amount to this entity without a lock up.
19           A    Yeah.  I mean, again, we stopped
20      the lock up under provisions.  You know, the
21      markets were much bigger now.  And the -- and
22      in this case, the -- we found this out later,
23      but his purchaser of XRP did end up just
24      buying it and selling it and monetizing the
25      discount.
```

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

1       So the exact same thing that we had

2   tried not to happen.  The reason we had the

3   lock ups did end up happening here.  So we

4   all agreed that it had been a mistake to

5   provide the -- to provide the large sale

6   without the lock up.

7       Q    Did the -- who was the investor?

8       A    I don't know.

9       Q    How did you learn that he sold?

10      A    I think we ended up asking the

11  person who was -- ████████  We ended up

12  asking ████████ if they were selling

13  immediately after -- if I remember correctly,

14  I think maybe somebody in Compliance.  I

15  can't remember.  I can't remember.

16      Q    Did the sale have an effect on the

17  price of XRP?

18      A    I'm not sure.  The markets had been

19  going down basically all year.  So it's hard

20  to say.

21      Q    Q2 2019, was a banner quarter.

22  Total USD amount ████ million.

23       Can you tell me what was going on

24  at the time?  What happened, why there was

25  such a large increase from the previous

173

1  quarter in OTC sales and also in

2  programmatic?

3      A    Yeah.  I don't recall the OTC

4  number.  I'm not quite sure why the increase

5  there.  I'll try to remember.  But the --

6  this was right around the time we were having

7  conversations with respect to CoinMarketCap

8  and the volumes on CoinMarketCap.

9          And the fact that it kept on

10  growing as the market seemed to be not moving

11  one way or the other really.  So we -- the --

12  we were selling basic percentages and we were

13  selling base CoinMarketCap.  And

14  CoinMarketCap numbers kept on rising so the

15  sales numbers kept on rising.

16      Q    Well, you said you were kind of --

17  at one point did you start questioning, the

18  volume reported by CoinMarketCap?

19      A    I don't remember.  It would have

20  been -- it was sometime in the first half of

21  the year.  I can't remember exactly when.

22      Q    If you were questioning those

23  numbers, why were you using it as a basis to

24  determine the percentage of, you know, the

25  amount of programmatic sales?

174

1       A    Well, the decision -- that's a

2   significant decision inside the company to

3   change that index, what we use versus sales.

4   It was something we had been using for a long

5   time.  And there was significant discussion

6   back and forth as to whether or not --

7               MR. CERESNEY:  Actually --

8               MS. WAXMAN:  I don't want to know

9   about any privileged conversation.

10              MR. CERESNEY:  Yeah, these

11  potentially involved counsel at some of

12  these, I assume.  Right?

13              THE WITNESS:  They do, yes.

14              MR. CERESNEY:  Okay.  So --

15              MS. WAXMAN:  That's fine.

16              MR. CERESNEY:  Okay.

17      Q    I still don't understand.  That was

18  the biggest quarter for programmatic sales,

19  Q2 2019.  So I'm just trying to get a better

20  sense of how you guys determined to sell that

21  much during the quarter.

22      A    Basis volume.  The percentage basis

23  volume on CoinMarketCap.

24      Q    Would there be any documents to

25  reflect of what the percentage of basis

175

1    points for that period?

2         A    I'm sure, yes.

3         Q    What documents would we look to?

4         A    You would -- you would see that in

5    daily reports from the market makers.  You'd

6    see those percentages.

7         Q    Would that information be in the

8    weekly sales reports -- presentations?

9         A    Yes.  Yes.

10        Q    Q3, the numbers drop significantly.

11             What was going on then?

12        A    So in May of '19 is when I had

13   my -- my -- the responsibility changed and

14   focused more on xRapid.  So I wasn't involved

15   in Q3.  I also went on paternity leave in

16   July.

17        Q    So that's when Braydan Madigan

18   (sic) took over?

19        A    Breanne, yeah.

20        Q    Breanne.

21        A    Yeah.

22                      (SEC Exhibit No. 24 was

23                      marked for

24                      identification.)

25        Q    Showing you what's been marked as

1    Exhibit 20 -- 24.  It's an e-mail chain dated

2    June 4, 2017.  The subject is "Forward:

3    Ripple's May board of directors update." And

4    the very first e-mail is from Brad

5    Garlinghouse.  Take a couple of minutes to

6    read through it.

7             (The witness examined the

8    document.)

9        A    Okay.

10       Q    I know you are not -- didn't write

11   this e-mail and it doesn't appear that you

12   are CC'ed.

13            But the Ripple's May investor

14   adviser update, did you receive those?  Were

15   you part of the distribution list?

16       A    No.

17       Q    So I want to direct you to the

18   first page of the exhibit and the middle the

19   paragraph "In the interim."

20       A    Yes.

21       Q    It says, "In the interim, we are

22   taking advantage of the dramatic investor

23   interest.  By increasing our XRP sales, we

24   are both programmatic and block trading."

25            Do you know what he's referring to

```
 1    when he says, "block trading"?
 2         A    I think he's talking about OTC
 3    trading.
 4         Q    Okay.  Here he's saying that --
 5    earlier, you said that you guys didn't
 6    generally increase programmatic sales as
 7    volume increased, but that's not what he says
 8    here.
 9         A    No.  No.  So we wouldn't increase
10    the percentage.  Right.  So if you go from a
11    million dollars trading to a billion dollars
12    trading and you keep the percentage the same,
13    your initial amount is going to increase by a
14    thousand.  So I think that's what he's saying
15    here.
16         Q    Did you ever discuss with him
17    increasing XRP sales based on increased
18    investor interest or increased price?
19         A    No.
20         Q    Does this e-mail refresh your
21    memory as how much the company was making
22    from sales of software, of its software?
23         A    At the time.
24         Q    How much was it making,
25    approximately?
```

178

```
 1          A    Just reading from the e-mail, it
 2    looks like      million in sales from software
 3    sales.  And June, close by,      And then
 4         for end of Q2.  If I'm reading that
 5    right.
 6          Q    The previous paragraph talks about
 7    price depreciation.
 8          A    Mm-hmm.
 9          Q    It also talks about an increase in
10    price from about seventeen cents to forty and
11    then back to twenty.  Then to thirty.  The
12    e-mail says, he says, "I continue to think
13    about how we can be strategic about
14    leveraging XRP going forward."
15               Do you know what he's talking about
16    there?
17          A    I don't.
18          Q    Okay.  Did you have any -- did you
19    have any involvement in the company's
20    decision to begin issuing XRP markets
21    reports?
22          A    I did.
23          Q    What was your involvement?
24          A    I -- I was a big proponent of the
25    idea.
```

179

1      Q      Why?

2      A      Clarity.  Visibility.  As the

3   largest holder of XRP, if you want to build a

4   robust successful market, the more visibility

5   you can give, the better.

6      Q      Visibility as into what?

7      A      Into Ripple's market activities.

8      Q      Ripple's activities concerning the

9   XRP?

10     A      Yes.

11     Q      And can you be more specific?

12     A      Sales, loans.

13     Q      Why was more clarity and visibility

14  something that you would recommend?

15     A      I think he -- he mentioned it here.

16  I think I saw it in -- Brad mentioned it in

17  an e-mail.

18     Q      Exhibit 24?

19     A      Exhibit 24, yes.  When I joined,

20  there was a lot of skepticism around XRP.

21  There was a lot of chatter.  A lot of

22  mistrust with respect to the holdings in

23  particular.  He mentions it, this idea that

24  we would turn around and sell sixty billion

25  XRP.  So I think anything that we could do to

180

1    dispel some of those mis -- would be helpful

2    to the market.

3         Q    You said there was skepticism; by

4    whom?

5         A    I can't point to some -- to one

6    person.  It just felt that broadly there was

7    doubt around the possibility that we would do

8    that.

9         Q    Did the company hear this directly

10   from people in the market?

11        A    We -- I remember one meeting in

12   particular, yes.  Yes.

13        Q    When did that meeting occur?

14        A    Early 2017.

15        Q    Who was present at the meeting?

16        A    Me myself, Patrick Griffin,

17   ███████ from ████████████████████  And

18   there was someone else in the meeting.  I

19   just can't remember who.

20        Q    Was Brad there?

21        A    I don't think so, no.

22        Q    Was Chris Larsen there?

23        A    No.

24        Q    What was the purpose of the

25   meeting?

1       A               which is a     ub, had

2    recently listed or was going to list an

3    Ethereum Classic fund, I think it was.  And

4    we were talking to     around -- just

5    discussing the possibility of an XRP fund.

6       Q    Were you going to sell     the XRP

7    for the fund?

8       A    No.  I mean, I wasn't part of the

9    discussion.  No.

10      Q    So what was -- what was the purpose

11   of the discussion with him?

12      A    I think in the end, it was just

13   more fact-finding on our end.  We were

14   getting feedback from him as to why not.

15   Nothing came of it.

16      Q    So during meetings, did they relay

17   concerns that they had with Ripple -- with

18   Ripple and their XRP sales?

19      A    Not -- not -- not in particular

20   with respect to XRP sales.  It was just more

21   general concern around lack of visibility and

22   the risk that Ripple basically provided to

23   the market. Not provided -- I can't find the

24   word.

25      Q    Were they concerned that Ripple

```
 1    would sell its holdings into the market at

 2    any point?

 3         A    I don't think they were concerned

 4    that we would do that.  I think what they

 5    intimated to us was that there was concern by

 6    the market, generally, that that was a

 7    possibility.  We had had a situation like

 8    that previously with Jed McCaleb.  So -- and

 9    I think I remember        saying, "Well, you

10    know, what is stopping another Jed" -- I

11    think he used that as an example.

12         Q    Who is Jed McCaleb?

13         A    Jed is one of the cofounders of

14    Ripple.

15         Q    And what was the concern concerning

16    him?

17         A    Jed -- and I was not part of any of

18    this.  I wasn't at the company, at least from

19    public -- from what I read in the public

20    sphere.  After a falling out with the rest of

21    the leadership with Ripple, he threatened to

22    sell all of his XRP holdings.

23         Q    How much XRP did he have at the

24    time that he made that threat?

25         A    I think at the time he had seven
```

1    billion XRP.

2        Q    Did you have an understanding of

3    how he came to have seven billion?

4        A    I just -- I -- actually, I don't

5    know.  I think it had something to do with --

6    I don't know.  I don't know, actually.

7        Q    So during the meeting, did ▮▮▮▮

8    ▮▮▮▮▮▮ discuss the concern -- a concern that

9    someone might sell a large amount of XRP into

10   the market?

11       A    He was really discussing loss.  And

12   I think he used Jed as an example.  He was

13   discussing the company.

14       Q    And was -- what was the specific --

15   what was -- what would be problematic with

16   Ripple selling a large amount of XRP into the

17   market?

18       A    Well, I mean, if we sold sixty

19   billion XRP into the market in one fell

20   swoop, that would absolutely decimate the

21   price.  And then --

22       Q    So that was a concern?

23       A    That's a concern, yes.  I mean,

24   specifically with ▮▮▮▮ because what we are

25   talking about is a fund that he's trying to

184

1    launch.

2        Q    And what would the fund hold?

3        A    XR -- well, we were discussing the

4    XRP.  He had one for Ethereum Classic and

5    Bitcoin.

6        Q    So during this meeting, what else

7    did you discuss with ████ in addition to the

8    concern that Ripple would sell its holdings

9    and decimate the price of XRP?

10       A    We -- he -- he did -- I remember

11   him mentioning -- he suggested that we should

12   destroy all of our XRP.  I remember that.

13       Q    What was the reaction?

14       A    No.  Could you imagine going into

15   De Beers and being like, "Can you just throw

16   out all of your diamonds?  Just get rid of

17   them.  You don't need them."

18       Q    How valuable was the XRP to the

19   company?

20       A    At the time, the XRP wasn't worth

21   very much.  I don't remember what it was

22   exactly.  But I think it was around -- it was

23   sub a penny, I think, at that point still.

24       Q    Did the company believe that at

25   some point, it would become more valuable?

185

1      A    Yes.

2      Q    How would it become more valuable?

3      A    Over time it would increase in

4    price as it gained in option.

5      Q    We spoke about earlier that there

6    was really no adoption prior to the

7    introduction of xRapid in late 2018.  And we

8    also spoke about the increase in price during

9    2017.

10          So in your opinion, what has led to

11    that price increase?

12          MR. CERESNEY:  Just on the first

13    part of that, I'm not sure he said there was

14    no adoption before xRapid was introduced.  I

15    think he said Ripple was selling and he used

16    XRP until --

17      A    Yeah.  Ripple's use case.  Our use

18    case hadn't -- we mentioned, I don't know

19    what was happening in the rest of the market.

20      Q    Okay.  Prior to XRP -- xRapid

21    becoming commercially available, what do you

22    think accounted for the increase in price for

23    XRP?

24      A    I mean, if you look at '17 and '18

25    and even '19, it's pretty clear the market

```
 1    moves together.  So Bitcoin will often lead
 2    and then the rest of the space will follow.
 3    If you look at the run up in April, May of
 4    '17, the whole space -- and Brad mentions it
 5    in the e-mail.  And the whole space rallies.
 6    And the whole space comes off.
 7            And then if you look at December of
 8    '17, the same thing.  The whole space
 9    rallies, comes off.  So it -- it -- there's a
10    high correlation to the rest of the
11    cryptocurrency markets.  So if you believe in
12    crypto, as we clearly did, then you would
13    have no reason to not to expect some sort of
14    increase over time.
15        Q   Okay.  We can talk more about that
16    a little later.  I want to go back to this
17    meeting --
18        A   Okay.
19        Q   -- with ███ and ███████████ that
20    you had.
21            Did they -- other than burning the
22    XRP, did they have any other recommendations
23    as to how to resolve the concerns by market
24    participants over Ripple's holdings?
25        A   This is the one that I think where
```

1    Patrick mentioned "Well, what if we wrote a

2    markets report detailing how much we were

3    doing in the market.  How much we are

4    selling." So that we kind of remove -- not

5    remove, but lessen the risk and give more

6    visibility into what we are doing as the

7    largest holder.

8        Q    Did you also discuss during that

9    meeting, locking up Ripple's XRP?

10        A    At that time, I don't think so.  I

11    mean, it was -- this is pre -- this is

12    pre-lock up discussions.

13        Q    So one of the ways -- one of the

14    recommendations was to become more

15    transparent in what the company was doing?

16        A    Yes.

17        Q    Did you discuss the concern over

18    lack of visibility and clarity with others

19    other than       and     

20        A    I don't -- I don't remember.  I

21    don't think so.  That -- that conversation

22    definitely stands out.

23        Q    Did you discuss during that meeting

24    earlier in time, how the reports would --

25    whether the increase in transparency would

1    have an effect on the market and what effect

2    it would have?

3        A    Not in specifics.  The conversation

4    always revolved around confidence in XRP

5    markets as a viable market.  Remember our

6    customer base or user base is companies, so

7    MoneyGrams, the ████████    It's ████████

8    ████    possibly --

9        Q    I'm talking about during this time

10   period.  MoneyGram wasn't --

11       A    No.  No.  But my point is, during

12   this period, the conversation certainly

13   revolves around "Okay.  So how do we instill

14   confidence in XRP broadly because our

15   customers need to have confidence in XRP."

16   The use case for XRP is a bridge asset.  So

17   it predates my joining the company.  I think

18   this is something they were working on for a

19   long time.

20            And -- yeah.  I can't remember when

21   the ████ meeting was.  But it was right

22   around the time that xRapid and its current

23   guys were designed, so these things were all

24   interconnected.  We were not going to be able

25   to go to a company like MoneyGram and say,

189

1    "Hey, use this." If they weren't confident,

2    then okay, this is a developed market if you

3    will.  And part of a developed market,

4    ostensibly when you have a large holder, some

5    things are going to become visible.  At least

6    that was our thinking.

7         Q    Did you ever discuss whether

8    Ripple's efforts, the disclosure of Ripple's

9    efforts in the market to develop the product

10   and to create liquidity, would ultimately be

11   reflected in XRP's price?

12        A    We did.

13        Q    And how would it be reflected in

14   the price?

15        A    I mean this is a conversation that

16   we had many times over xRapid in particular.

17   XRabbit is a demanding true use case.  You

18   buy XRP, you move it somewhere and then you

19   sell it.  There has been no purchase of XRP.

20   That in and of itself should not drive

21   appreciation of the asset.  At twenty cents,

22   let's say, you trade three trillion dollars

23   through this. Okay, great.

24            So there was a -- kind of this

25   general idea that over time as it became more

190

```
 1    useful, as it became more of its own -- more
 2    of a currency if you will, and possibly used
 3    for other things besides this particular use
 4    case, there could be appreciation.
 5         Q    Okay.  So that makes sense.  You
 6    know, there's a limited supply of XRP.  The
 7    more it's in demand, there could be an
 8    increase in the price of XRP.
 9         A    Right.  Except that our primary use
10    case is the main withdrawal.  So our primary
11    use is, you buy it here, you sell it here.
12    That is not going to create directly -- from
13    a price mechanism perspective, there's no
14    change in the demand or the supply.
15         Q    But prior to, you know, the
16    increase and adoption of the XRP of xRapid,
17    did you discuss whether, you know, key
18    announcements or key developments by the
19    company would move XRP's price?
20         A    Not announcements.  I think around
21    the lock up, there was discussions as to
22    whether or not there would be an impact on
23    the price.
24         Q    And what kind of -- what
25    discussions did you have around the lock up
```

```
 1    impacting the XRP price?
 2         A    The assumption was if we restricted
 3    the supply, there would be an increase in
 4    price.
 5         Q    Why would it have a positive impact
 6    on price?
 7         A    Again, we are removing risk.  So
 8    now the -- the probability that the largest
 9    holder of XRP can just turn around and sell
10    it all in one fell swoop is gone.  So that's
11    just one -- we have now -- we have -- we
12    provide less risk to the market as a result.
13         Q    Were there other instances where
14    the company -- other events that had a
15    positive impact on XRP price?
16         A    We didn't say that.
17         Q    Okay.
18         A    Yeah.
19         Q    Were there other instances where
20    you discussed doing something and you thought
21    it would have an impact, a positive impact on
22    the price?
23         A    No.
24         Q    Going back to the XRP reports.  You
25    said you were involved in the decision to
```

192

```
 1    start issuing the reports.  The discussions
 2    started sometime in early 2017.
 3         A    Mm-hmm.
 4         Q    Did you discuss it with -- in
 5    addition -- other than discussing it with
 6    ████ and ████ did you discuss it with Brad?
 7         A    I don't remember.  I don't recall
 8    discussing the -- like the initial launch or
 9    the creation of the reports?
10         Q    The decision to issue --
11         A    To publish the reports, I don't
12    remember discussing it with Brad.  I do
13    remember discussing it with Patrick.
14         Q    Was everyone in favor of it?
15         A    Everyone?
16         Q    Well -- was anyone not in favor of
17    the publishing the report?
18         A    I don't remember anyone pushing
19    back.
20         Q    Were there any downsides to
21    publishing the report?
22         A    I had to write the report.
23         Q    Did you draft the report?
24         A    In the beginning, yes.
25         Q    When did that change?
```

```
 1        A    I think that changed in late '17.
 2        Q    Did someone draft it with you?
 3   What changed in late '17?
 4        A    So we hired              I can't
 5   remember his title.  But he started, he had a
 6   markets background, so he started to draft
 7   the copy.  My team would still provide data
 8   around the sales.
 9        Q    Prior to him doing that, were you
10   the sole drafter of the report?
11        A    No.  So everything -- not
12   everything.  But generally speaking,
13   documents like these are collaborative at
14   Ripple.  So I would create a first draft and
15   then I would send that either to Marketing or
16   Legal.  I forget the exact order.  And then
17   Patrick would have a look, and then Brad
18   would have a look.
19        Q    Your name is the only name on the
20   report, before      joined.
21             Is there any reason you were the
22   only person listed if it was drafted by
23   multiple people?
24        A    I don't -- I don't remember.
25        Q    Was the report reviewed by Brad?
```

1          A    Yeah.  Yes.

2          Q    Was it reviewed by Chris Larsen?

3          A    Not that I'm aware of, no.

4          Q    Did you determine what information

5     to include in the report?

6          A    Initially, again, first draft.

7     Then it would be edited.

8          Q    Did each report contain the same

9     information every quarter?  Did it have a

10    structure?

11         A    Not in the beginning.  I think

12    eventually it got to a more structured

13    format. But not that first year.  Certainly,

14    sales and loans, would have been in there

15    pretty consistently.

16         Q    What other information did you

17    think was relevant or important to include?

18         A    So volume statistics, listings,

19    exchanges, any partnerships around -- again,

20    first one, I don't even think we called it

21    xRapid.  I mean, partnerships for xRapid the

22    use case around bridge asset use.

23              MR. CERESNEY:  Good time for a

24    break.

25              MS. WAXMAN:  Sure.  It's 12:57.  We

1   are off the record.

2                MR. CERESNEY:  2:57.

3                MS. WAXMAN:  2:57.

4                (A brief recess was taken.)

5                MS. WAXMAN:  We are back on the

6   record at 3:08.

7                Mr. Vias, while we were off the

8   record, did you have any conversations with

9   the staff.

10               THE WITNESS:  No.

11       Q    Before the break, we were talking

12  about the decision to issue XRP market

13  reports. I want to turn now to the decision

14  to lock up Ripple's XRP.

15               Were you involved in that decision?

16       A    I was.

17       Q    What was your involvement?

18       A    I was -- I worked along with

19  Patrick in putting together the proposal.

20       Q    What was your proposal?

21       A    The proposal was to

22  cryptographically freeze fifty-five billion

23  of the XRPs in monthly tranches.  So we'd --

24  for fifty-five months, we'd have the XRP

25  locked up. And then every month, a billion

1   would unlock. We would have access to that

2   XRP. And then whatever is left over, we'd

3   put back on the queue, if you will, and lock

4   it up begin.

5       Q    Why did you recommend that? Why

6   did you recommend that Ripple lock up the

7   XRP?

8       A    So referencing ▓▓▓ I think the

9   ▓▓▓ conversation was "You guys should just

10  destroy all your XRP." We weren't going to do

11  that. But again, this idea of visibility and

12  competence in XRP markets, we felt pretty

13  strongly that, again, this risk that the

14  company could just turn around and sell its

15  XRP would constantly be a challenge.

16          So if we could -- if we could give

17  certainty in terms of what was available to

18  us to sell at any given time without

19  completely having to destroy all of it,

20  seemed like the right thing to do. So this

21  is what we came up with.

22      Q    When did you initiate those

23  conversations about the lock up or when did

24  you have those conversations about the lock

25  up?

1      A    It was early 2017.

2      Q    So --

3      A    I can't remember exactly when we

4  started.

5      Q    So the lock up -- since it was

6  discussed in 2017, was the lock up to provide

7  certainty, more certainty for speculators in

8  XRP?

9      A    It was one group.  But it was for

10  the market at large.  You know, the -- again,

11  this idea of building confidence for our

12  enterprise use bridge case over time was

13  important.  Us selling the XRP, if we had all

14  of it at our disposal, we would try to beat

15  our low price, but it would create a ton of

16  volatility.

17          So again, going back to the xRapid

18  use case, which was alive and well before I

19  started, and was the goal of doing this the

20  whole time.  If you are going to move money

21  through XRP, you buy one leg, move it over

22  and then you sell it on the other.  If

23  there's big price dislocations from when you

24  buy it to when you sell it, that creates

25  problems.  So confidence in kind of stable

198

1    XRP market was important.  We thought this

2    was a way to move towards that goal.

3                        (SEC Exhibit No. 25 was

4                        marked for

5                        identification.)

6        Q    I'm showing you what's been marked

7    as Exhibit 25.  Which is an e-mail from you

8    to ████    dated 5/1/2017.  Subject is

9    "Proposal." And there's an attachment,

10   "Executive summary of XRP proposal." Take a

11   look at it and let me know when you are done.

12           (The witness examined the

13   document.)

14       A    Okay.

15       Q    Is this a proposal you were talking

16   about earlier?

17       A    Yes.

18       Q    Did you draft this proposal?

19       A    Yes, in collaboration with Patrick.

20       Q    Was the proposal circulated beyond

21   ████ ?

22       A    Yes.

23       Q    Who were the proposals circulated?

24       A    I don't remember everyone that the

25   proposal was circulated to.  But I know Brad,

1    Asheesh, Birla, Monica Long. ████████████

2    I think was the VP of Finance at the time.

3    ████████ another GC.  I can't remember

4    anyone else.

5         Q    According to the first page of the

6    proposal, how would the creation of the

7    escrow help liquidity?

8         A    So according to the first page

9    here, I think it's clear to point --

10        Q    Can you speak up a little.  I just

11   want to make sure the reporter can hear you.

12        A    Sorry.  Sorry.

13             I think point three probably makes

14   the case most clearly.

15        Q    So would the creation of the escrow

16   lead to increased speculation in XRP?

17        A    Yes.

18        Q    So was the purpose of the escrow to

19   alleviate concerns by speculators?

20        A    One of the objectives, yes.

21        Q    What were the other objectives?

22        A    The first objective is a restating

23   of the purpose of everything that we are

24   doing at the company, which was refining and

25   making better prospects.  So the liquidity

1    that comes from the more active speculation,

2    the purpose of that is in the long run for

3    payments.

4        Q    So you want to increase

5    speculation, which would help liquidity?

6        A    Yes.

7        Q    How much did you think the price of

8    XRP would increase as a result of the escrow?

9        A    I don't -- I don't remember

10   having -- I don't think I have any hard

11   numbers in my head.  But we put it in the

12   proposal.

13       Q    What page are you talking about?

14       A    What page is this -- page three or

15   four -- three.

16       Q    So what price increase did you

17   indicate in the proposal?

18       A    We thought it would go from four

19   cents, at the time, to ten cents.

20       Q    How did you come up with that ten

21   cents amount?

22       A    I don't remember, to be honest with

23   you.

24       Q    That's more than double.

25       A    Yes.  For context, I mean, it had

201

```
1    just gone from half a penny to four cents.
2    It had multiplied by eight.  I think Bitcoin
3    had just done something similar.  I can't
4    remember. I remember Bitcoin rallied at the
5    same time.
6         Q    Going back to the first page of the
7    proposal, under the heading "Proposal
8    overview." It says, "Marketing survey results
9    indicate the primary objective to buy
10   centered around uncertainty with Ripple's
11   holdings."
12            Who conducted marketing surveys?
13   Did the company conduct them?
14        A    I don't -- I don't remember.
15        Q    Going to the third page of the
16   proposal.  In the middle, it says,
17   "Continuing down the road of building XRP
18   markets without speculator interest is
19   unlikely to lead in the necessary liquidity
20   for payments."
21            Why was that?
22        A    I'm sorry, can you tell me --
23        Q    Sorry --
24        A    Okay.  Sorry.
25            MR. CERESNEY:  The second page.
```

1          Q    Right here (indicating).

2          A    Right here.  Right.

3               Well, I mean, as it says, large

4     markets, established markets, the kind of

5     markets that I came from, gold and FX all had

6     speculator interest.  The idea that we were

7     going to be able to build something

8     comparable without a significant amount of

9     speculator interest didn't seem unreasonable.

10              MR. DANIELS:  Just turn to the last

11    page with the Bates ending 25378.  This is a

12    related question.

13              So you list a bunch of questions

14    for discussion.  Number four is, "Have we

15    answered the question on the need for

16    speculator to drive long-term liquidity?"

17              Do you recall any discussion around

18    that issue?

19              THE WITNESS:  I don't.

20              MR. DANIELS:  "For example, is

21    there a scenario where we skip the speculator

22    stage, get large payment volume and build

23    liquidity on the back of commercial flows?"

24              Do you recall any discussion about

25    that.

203

```
1              THE WITNESS:  I don't.
2              MR. DANIELS:  Is that something
3    that you had seen in the other markets that
4    you had looked at?
5              THE WITNESS:  No.
6              MR. DANIELS:  So the speculator --
7    speculators driving long-term liquidity was a
8    constant in those types of markets?  Did it
9    ever decrease?
10             THE WITNESS:  I don't -- that's a
11   broad question.  But what I would say I don't
12   know of any large established financial
13   market that doesn't have a significant amount
14   of speculator later volume.
15             MR. DANIELS:  Okay.  In talking
16   about this, were you envisioning a stage
17   where there wouldn't be a large speculator
18   volume for XRP?
19             THE WITNESS:  Not just relatively,
20   possibly smaller.  So if we get to the point
21   where we have large commercial flows --
22   again, MoneyGram just recently did a hundred
23   million dollars worth of payments through
24   xRapid.  If we start to get to that scale,
25   then even if the speculator volume is very
```

```
 1    big, relatively speaking, over time it should
 2    shrink as a percentage of the toll.
 3          Q    When did -- so this e-mail is from
 4    May 2017.  Did the company announce that it
 5    would put the XRP into escrow?
 6          A    It did.
 7          Q    Did that announcement have an
 8    affect on the price of XRP?
 9          A    I don't know.  I don't know if it
10    did or it didn't.  I do remember that after
11    we announced, the price started to go down.
12    But I can't -- I don't know if those two are
13    related.
14          Q    You don't recall a price increase
15    after the announcement?
16          A    No.
17                       (SEC Exhibit No. 26 was
18                        marked for
19                        identification.)
20          Q    I'm showing you what's been marked
21    as Exhibit 26.  It's an e-mail chain.  The
22    very top is an e-mail from you to
23          ████, dated May 8, 2017.  The subject is
24    "Re: XRP markets update."
25                       (The witness examined the
```

205

1    document.)

 2         A    Okay.

 3         Q    Did the price of XRP increase based

 4    on chatter about the lock up?

 5         A    I don't know.

 6         Q    Does this e-mail refresh your

 7    memory as to whether or not it increased

 8    based on chatter about the lock up?

 9         A    It's what I state in the e-mail.

10         Q    The very top of the e-mail, the

11    bottom e-mail, May 7th, you say, "While the

12    initial" -- and you are talking about XRP

13    price.  You say, "This weekend, price

14    activity seems to be driven by speculation

15    around the lock up."

16              Do you have any reason to believe

17    that that wasn't what you were thinking --

18    wasn't true at that time?  Those weren't your

19    thoughts?

20         A    Those are my thoughts.  I can't say

21    with certainty.

22         Q    Why did you write that?  How did

23    you know -- why did you write that?

24         A    It's -- I used to -- these are

25    markets reports I used to write to the

206

1    leadership.  Trying to give them color as to
2    what was happening in the markets.  At the
3    time, it seemed reasonable.
4         Q    What did you base that statement
5    on? Was that -- why -- did you have any
6    reason to make that statement?
7         A    Just -- sorry.  I -- I don't
8    remember what this link is.  But there was
9    clearly chatter around the lock up before we
10   were going to do it.  And the market was
11   rallying at the same time.  It seemed to make
12   sense.
13        Q    Well, the e-mail says that the
14   activity -- the increase in prices related to
15   the speculation about -- around the lock up.
16        A    Yes.  It says it "seems to be
17   driven by" -- at the same time, looking back
18   on it now, there were a lot of other things
19   happening at the same time with respect to
20   crypto markets.
21        Q    That's fine.  I just want to focus
22   on the e-mail.  At the time, that's what you
23   thought.  You thought that the price increase
24   was driven by the speculation around the lock
25   up?

207

1        A     Yes.

2        Q     Then you write, "Looking back at

3    the six or seven weeks, it's clear that the

4    chatter around the lock up has played a very

5    important role in XRP's appreciation."

6              When you say, "XRP's appreciation,"

7    are you talking about a price appreciation?

8        A     Yes.

9        Q     Then you say, "During this time,

10   Ripple has made some significant

11   announcements around RCO, futures and

12   increased customer traction.  That good news

13   has certainly helped markets gain faith in

14   XRP and has accelerated the rally."

15             Then you go on to cite news that

16   didn't move the price of XRP.  Then you say,

17   quote, "In fact, XRP didn't appreciate

18   significantly until March 22nd, the day after

19   the Epicenter podcast where we mention the

20   possibility of a lock up for the first time.

21   Paren (forty/thirty.) That day, XRP rallied

22   fifty percent of twenty-five million of

23   volume."

24             Do you remember -- what is the

25   Epicenter podcast?

208

1       A    That was a podcast that I did where

2  we were talking about XRP and Ripple.

3       Q    Did you discuss the possibility of

4  a lock up?

5       A    Yeah, I mentioned it.  Yes.

6       Q    At the time you wrote this e-mail,

7  was it your belief that that mention had

8  impacted the price -- the mention of the lock

9  up had impacted the price?

10      A    Yeah.  I mean, the day after it

11  rallied, something -- it may have had

12  something to do with it.

13      Q    That was your assumption?

14      A    Yes.

15      Q    Again, what was that assumption

16  based on?

17      A    The day after the podcast, the

18  market rallied.

19      Q    Was it based your review of the

20  market that day?

21      A    Yeah.  I would have looked at the

22  price.

23      Q    What else did you look at?

24      A    What I always look at, the price

25  and the volume.

209

1                    (SEC Exhibit No. 27 was

2                         marked for

3                         identification.)

4        Q    I'm showing you what has been

5    marked as Exhibit 27, which is an audio

6    transcript of your Epicenter podcast on that

7    day.

8        A    Thank you.

9        Q    Why don't you take a couple minutes

10   to read through it.

11             (The witness examined the

12   document.)

13       A    Sorry.  I'm a slow reader.

14       Q    That's okay.  I could use a break.

15   That's fine with me.  Are you ready?

16       A    I need one more page.

17       Q    Okay.  No problem.

18             (The witness examined the

19   document.)

20             MR. CERESNEY:  Okay?

21       A    Okay.

22       Q    Okay.  So if you turn to page

23   eighteen of the transcript --

24             MR. CERESNEY:  To be clear, is that

25   page eighteen on the bottom or page eighteen

1    in the actual text?  Like here (indicating)?

2              MS. WAXMAN:  Well, there's page

3    numbers at the bottom.

4              MR. CERESNEY:  Because there's

5    transcript pages, too.

6              MS. WAXMAN:  Oh.  Okay.

7              MR. CERESNEY:  Got it?

8              THE WITNESS:  Mm-hmm.

9         Q    Does this -- I'm just going to read

10   into the record what you said about the

11   escrow.

12             "So I think one of" -- quote, "So I

13   think one of the things that we struggle with

14   is the fact that there's no supply scheduled

15   for XRP.  It's just like this lump sum of XRP

16   sits over at Ripple Labs and people are like,

17   "What are you going to do with that?  What

18   are you guys do going to do with that?" I'm

19   starting to think about maybe putting some

20   real structure around the supply schedule and

21   figuring out a way of maybe cryptographically

22   we can do that to placate some of the

23   controversy and fears around the supply."

24             Did that mention of the potential

25   of a lock up -- is that what you are

211

1    referencing in your e-mail that's been marked
2    as Exhibit 26?
3         A    It is.
4         Q    It's a long interview.  And I want
5    to ask you some questions about the
6    interview. But first, I want to focus more on
7    the document.
8              Going back to Exhibit number 26, in
9    the middle of the second page you wrote,
10   "Likely even more important was this post by
11   David on March 26th.  Given his standing in
12   the community and the company, it's likely
13   the markets took much comfort in his
14   comments.  As a result, the conversation of a
15   lock up has continued until today."
16             What David are you referring to?
17        A    David Schwartz.
18                        (SEC Exhibit No. 28 was
19                        marked for
20                        identification.)
21        Q    I'm showing you what has been
22   marked as Exhibit 28.  Which was the post
23   that was linked to this e-mail, which was
24   marked as Exhibit 26.  And it's -- if you
25   look to -- there's a post by David Schwartz

212

1    under the user handle JoelKatz around page

2    seven of the exhibit.

3              MR. CERESNEY:  Just read his post.

4              THE WITNESS:  Okay.

5              (The witness examined the

6    document.)

7         Q    Going back to the e-mail which has

8    been marked as Exhibit 26, any reason to

9    believe this wasn't the post you were

10   referencing?

11        A    No.

12        Q    You said, "Given David's standing

13   in the community, it's likely the markets

14   took much comfort in his comments."

15             What do you mean "the markets took

16   comfort in his comments"?  What does that

17   mean?

18        A    He's talking about supply

19   predictability, a clear supply schedule.  We

20   talked about the idea of enacting the escrow

21   in order to remove the lack of clarity, the

22   lack of the security, in terms of our actions

23   in the market.  So I meant his saying that

24   was providing more clarity, more confidence.

25        Q    Did it have an effect on the price

213

1    of XRP?

2         A    I don't know.

3         Q    Did you -- in the e-mail, did you

4    say whether or not it had an effect on the

5    price?

6         A    I said I thought it did, yes.

7         Q    If you go further down on the

8    e-mail, you write, "Now this is not to say

9    that the chance of a lock up is the only

10   reason XRP is trading almost fifteen cents

11   after being worth less than .01 for almost

12   two years straight. As I mentioned before,

13   this year has been filled with good Ripple

14   news. The difference, however, has been that

15   after March 22nd good Ripple news has been

16   great for XRP, a phenomenon we hadn't really

17   seen before."

18              Can you explain that?

19        A    Yeah. Reading this again -- so in

20   order for -- the thinking around this is

21   there's been more of positive news to give

22   priced into the market. There has to be some

23   confidence in that market. Otherwise, the --

24   any positive news get discounted.

25        Q    So how -- what created the

214

1    confidence in the news that Ripple was

2    disseminating?

3        A   I don't know that there was

4    confidence.

5        Q   Well, you say, "Ripple news has

6    been great for XRP." Let's unpack that.

7           What do you mean "has been great

8    for XRP"?  Having a positive impact on the

9    price XRP?

10       A   That's what I'm saying here, yes.

11       Q   You are saying that hasn't been the

12    case prior to now?

13       A   Mm-hmm.

14       Q   What do you think has changed?

15       A   Again, putting these two things in

16    kind of context with the e-mail, maybe

17    supply, clarity and confidence in the market

18    and as a result, good news for this price

19    line.

20       Q   Was the supply clarity something

21    that would happen as a result of the

22    escrow -- the lock up?

23       A   Possibly, yeah.

24       Q   So you -- you go on to say, "For

25    what it's worth, I think the possibility of

1    supply clarity has given markets less of a
2    reason to sell into rallies and has fueled
3    speculation.  Which has turbocharged our
4    announcements, by allowing the market to
5    properly price in good news about the
6    company."
7              Then you go on to say, "Lastly, and
8    possibly most importantly, all this activity
9    has brought a renewed focus on XRP
10   internally. And externally, focus that will
11   help us achieve our goal of making XRP the
12   digital standard for payments.  Higher prices
13   are great economically, but attention means
14   more listings, more partnerships and more
15   adoptions. All of which will propel XRP
16   forward and upward."
17             When you say, "upward," are you
18   referring to an increase in price?
19        A    Yes.
20        Q    You say that there was "a renewed
21   focus on XRP internally."
22             What was the renewed focus?
23        A    So I mention this in the podcast,
24   where in 2015 and 2016, on the back of the
25   FinCEN finding, the enterprise used case for

216

1   Ripple had it focused more and more on the

2   messaging layer on RippleNet and less on XRP.

3         So there was still -- at that time,

4   it still felt like the majority of the

5   company -- I'm not going to venture to guess

6   percentages, but the majority of the company

7   were still mostly focused on the enterprise

8   software product for messaging and still

9   hadn't -- bought into the new form of the

10   bridge asset use case, which is with xRapid.

11         So this is March of 2017, we had a

12   new design for xRapid.  So in order for

13   xRapid to work, you need XRP to work.  This

14   will be helpful in kind of reorienting some

15   of the internal focus on that RippleNet

16   product, more on XRP and xRapid.

17      Q   So the RippleNet products, prior to

18   this time, did they use XRP?

19      A   Not that I'm aware of, no.

20      Q   They were messaging?

21      A   They were messaging, yeah.

22      Q   For messaging.

23      You say, "Higher prices are great

24   economically."

25      How would Ripple benefit from

1    higher XRP prices?

2         A    We own a lot of XRP.  So same if we

3    owned oil fields, if we owned gold reserves,

4    if we owned any asset, if the price went up,

5    it was good for us.

6         Q    Is that because the company was

7    valued at a higher amount?

8         A    I mean, I'm not a venture

9    capitalist, but I'm a guy with BC companies.

10   But if you have an asset and it's worth more

11   money, then ostensibly the company should be

12   worth more money.

13        Q    If you sell the XRP that you own at

14   a higher price, the company gets more money

15   for operations?

16        A    If you can sell more.

17        Q    Did the company take advantage of

18   the price increase at this time?

19        A    What did you mean?

20        Q    Did they increase their

21   programmatic sales?

22        A    Yeah -- it's in there somewhere --

23   it's in here somewhere.  I'll find it.

24             (The witness examined the

25   document.)

1       A      Q2.

2       Q      Q2 of 2017?

3       A      Yes.

4       Q      It increased from Q1 to Q2?

5       A      Yes.

6       Q      Okay.

7       A      Again, that's volume-based.  The

8   price is increasing, but the volumes are

9   staggering.  They're increasing by multiples.

10      Q      Right.  But there was a subjective

11  decision made every quarter to determine how

12  much programmatic -- how many XRP was sold

13  prior to programmatically?

14      A      Correct.  I guess my point is,

15  this --these sales did not increase because

16  the price increased.  These sales increased

17  because the volume increased.  We would have

18  had the same increase in sales if the price

19  had been flat and the volume had just

20  increased to the same level.

21      Q      Are you sure about that?  Because

22  we had a whole conversation earlier that you

23  had a weekly meeting, and that during the

24  weekly meeting there were discussions on how

25  much XRP you could sell programmatically.  So

219

1    it seems to me that there was some discussion

2    into that decision that it -- it fluctuated,

3    the amounts.  And based on this chart, it

4    looks like the amounts changed.

5         A    They do --

6         Q    Regardless of the change in volume.

7         A    No.  The primary driver of our XRP

8    sales is volume.  I mean a hundred percent.

9         Q    Okay.  So not increases in price?

10        A    No.

11        Q    Okay.

12        A    No.  I mean, you can see that

13   clearly in Q1 and Q2.  The price is going

14   down. And volumes -- like our sales are

15   increasing because the volumes are increasing

16   in core market cap.

17        Q    How do you know those prices are

18   going down in Q1 and Q2?

19        A    I just remember it.  It had been

20   going down for a year.

21        Q    What year are you talking about?

22        A    '19.

23        Q    Of 2019?

24        A    Yeah.  So if you look at '19, we

25   have massive XRP sales.

[12/17/2019] Vias, Miguel Inv. Test. 12.17.2019

220

1      Q   Right.

2      A   In comparison, it has everything to

3  do with volume.

4      Q   Were there other announcements that

5  you felt had an impact on the XRP price?

6  Similar to the chatter.

7      A   Again, to be clear, we didn't

8  announce anything.  This was all speculation

9  on my part with respect to the rumors that

10  the market was hearing.

11      Q   Wait.  This was speculation on your

12  part?

13      A   Speculation on the market's part.

14      Q   Well, you are representative of

15  Ripple.

16          MR. CERESNEY:  I think he's saying

17  the market was speculating based on his

18  comments.

19          THE WITNESS:  Right.  And on

20  David's.

21          MR. CERESNEY:  And David's

22  comments.

23      A   There was no guarantee that we were

24  going to do anything.  Clearly.  We were

25  discussing it at length for a month and a

1    half.

2         Q    Sure.  I do want to get back to the

3    interview.  But I want to put it aside for a

4    minute.  We'll ask you some additional

5    questions on it.

6         A    Okay.

7                        (SEC Exhibit No. 29 was

8                         marked for

9                         identification.)

10              THE WITNESS:  Can I grab some

11   water?

12              MS. WAXMAN:  Let's go off the

13   record at 4:11.

14              (A brief recess was taken.)

15                        (SEC Exhibit Nos. 30

16                         through 33 were marked

17                         for identification.)

18              MS. WAXMAN:  We are back on the

19   record at 4:21.

20              Mr. Vias, while we were off the

21   record, did you have any conversations with

22   the staff?

23              THE WITNESS:  No.

24         Q    I'd like to show you what's been

25   marked as Exhibit number 33.  It's an e-mail

```
 1    from you to            dated May 17, 2017.

 2    Subject is "Re: Questions for

 3    article."

 4              (The witness examined the

 5    document.)

 6         A    Okay.

 7         Q    Okay.  Do you know who

 8    is?

 9         A        worked in our marketing

10    department.

11         Q    Okay.  So she worked in-house at

12    Ripple?

13         A    Yes.

14         Q    It looks like she sent you some

15    questions from a journalist.

16         A    Yes.  I -- I -- actually, I don't

17    know who            and I don't know what

18                is.

19         Q    Sounds like a German newspaper to

20    me or a German publication.

21         A    Major business title -- yeah, I

22    don't know.

23         Q    You provided answers to certain

24    questions.

25              Do you know if -- what you did with
```

223

1    your answers?

2         A    I don't.

3         Q    One more question she poses "What

4    is behind the recent price surge of XRP?" The

5    date of the e-mail is 5/17 and it's just

6    falling on the heels of Exhibit 26, which is

7    dated May 7th and May 8, 2017.

8              You write, "Confluence of events,

9    certainly the general rallying digital assets

10   has helped.  But in many ways, XRP has

11   actually led the rally for a few specific

12   reasons.  This year, Ripple has been much

13   more vocal about how XRP fits into the

14   company's broader narrative, which has helped

15   to clearly define its use case.  I think this

16   has allowed           to more clearly see the

17   long-term potential and its value of XRP."

18             When you talking about the value of

19   the XRP, are you talking about the price of

20   the XRP in the markets?

21        A    Yes.  It's in response to the

22   question.

23        Q    Why do you think the company has

24   led -- at the time, why did you think that

25   XRP led the rally?

224

1          A    I don't know.  I don't remember.

2          Q    Okay.  I'm showing you what's been

3     marked as Exhibit 29, which is a copy of the

4     XRP reports, first quarter in 2017.  It's

5     dated April 18, 2017 and it has your name as

6     the author.

7          A    Mm-hmm.

8               (The witness examined the

9     document.)

10         A    Okay.

11         Q    Okay.  Great.

12              Why did you talk about -- why did

13    you mention the increase in XRP's price in

14    the report?

15         A    It's a markets report.  It's an XRP

16    markets report.  So the two things that you

17    would discuss are price and volume.

18         Q    And what do you think -- in the

19    report, did you discuss the reason for the

20    increase in price?  So on the third page of

21    the report it says, "On March 23rd, XRP

22    rallied from point .0072 to .011 to a

23    fifty-six percent price increase."

24              Does the report discuss what caused

25    the increase in price?

225

```
1        A    It mentions a few things that we
2    think may have had an impact.
3        Q    Did the -- did Ripple news have an
4    impact on price?
5        A    Yeah.  I think at the time it did.
6    Short verse if you will.
7        Q    And any announcements in particular
8    in this quarter?
9        A    I don't remember any particular
10   ones that had an impact.
11            MR. CERESNEY:  You mean other than
12   the ones that are listed here?
13            MS. WAXMAN:  Yeah.
14            THE WITNESS:  To be honest, I don't
15   even know if these had an impact.
16       Q    I'm sorry.  I can't hear you.
17       A    I'm not even sure if these had an
18   impact.
19       Q    Well, you wrote in a report -- are
20   you saying that the information in the report
21   may not be accurate or truthful?
22       A    Well, no.  What I'm saying is, in
23   hindsight, if you look at these markets in
24   2017, they were tiny.  Highly liquid.  Not
25   very well developed.  And, you know, over the
```

1    last two and a half years, we've had dozens,

2    dozens of announcements. And haven't had any

3    impact on the price. So I have tons of data

4    points where we announce something and

5    nothing happens.

6         Q    Right. But I'm talking about

7    this --

8         A    Right. Right.

9         Q    -- this report. At the time this

10   was written and it was published, did you

11   have any reason to believe that you didn't

12   believe that these announcements had an

13   impact on the price?

14        A    Well, again, I wasn't the sole -- I

15   wasn't the sole author of this report. For

16   instance, this last bullet point, I'm --

17        Q    What bullet point are you talking

18   about?

19        A    "Ripple will continue to sign on

20   banks to commercially deploy enterprise

21   blockchain solutions."

22        Q    What page are you on?

23        A    Page three.

24        Q    Okay.

25        A    That's not something that I was

1    usually involved with.  So I -- I don't think
2    I was the one that put this in there, as an
3    example.
4        Q    Going back to the report, are there
5    parts of the report that you authored as
6    opposed to other parts of the report that
7    someone else authored?
8        A    Yes.  I'm just not going to
9    remember which.
10       Q    Did you draft the quarterly sales
11   portion?
12       A    Yes.  Yes.
13       Q    Did you draft the market commentary
14   portion?
15       A    Yeah.  I would have, yes.  Except
16   for this -- again, this second half feels
17   like marketing had some input in here, in
18   terms of these bullet points and these
19   events.
20       Q    Right.
21       A    Yeah.  I --
22       Q    Okay.  After -- after that last
23   bullet point, it goes on to say, "Markets are
24   clearly connecting the dots which join the
25   Ripple -- the dots that banks which join the

1    Ripple network today are perspective users of

2    XRP liquidity in the future.

3              Growing bank membership of the

4    Ripple network creates opportunities for

5    Ripple to deepen those customer relationships

6    and cross-sell liquidity solutions built on

7    XRP. All of which should be beneficial to the

8    asset."

9              Are you talking about -- what do

10   you mean by "beneficial to the asset"?

11        A    I think just general strength of

12   the market.  So more liquidity, more volume,

13   more utilities, certainly more price.

14        Q    Higher price?

15        A    Yeah.  Sorry.  Higher -- okay.

16        Q    What did you mean by "markets are

17   clearly connecting the dots"?

18        A    Yeah.  I didn't -- that's not me.

19        Q    You didn't write that?

20        A    No.  I --

21        Q    Do you know who wrote it?

22        A    Somebody in marketing wrote that.

23   Because I remember marketing kind of -- I

24   remember at the time, this was kind of a

25   talking point that I was hearing internally.

1       Q   Connecting the dots?

2       A   Yeah.

3       Q   I read that in other documents as

4  well.  So --

5       A   Right.

6       Q   But your name is --

7       A   It is.

8       Q   -- the only name on the report.

9       A   It is.  Again, these documents are

10  collaborative.  We do -- we use Google Docs

11  as a forum.  Everyone is on the document at

12  the same time, just marking things up and

13  editing things and leaving comments.

14       Q   The -- each report has a section

15  about the next quarter.

16            Is that a section that you would

17  draft?

18       A   Sometimes.  I also remember not

19  writing the line "we put our ear to the

20  ground."

21       Q   Who do you think wrote this?

22       A   I think that was marketing.

23       Q   When you say, "marketing," is there

24  a specific person?

25       A   I don't remember.  And again, I may

230

1    have very well written one or two sentences

2    and then they may have written one or two or

3    edited mine.

4         Q    Did you have any discussions with

5    anyone at the company where you discussed

6    increasing the company's communications to

7    the market about what they were doing?

8         A    Yes.

9         Q    That was in the context of the

10   decision to publish the report?

11        A    Correct.

12        Q    Did you have conversations, you

13   know, in or around -- in or around 2017,

14   about increasing communications to the market

15   about what Ripple was doing?

16        A    In the context of the report?

17        Q    Outside the context of the report.

18        A    Not that I can remember.

19        Q    I want to show you what's been

20   marked as Exhibit 30, which is the Q2 2017

21   XRP markets reports.

22             MS. WAXMAN:  If you don't mind

23   just --

24             MR. CERESNEY:  Okay.

25             (The witness examined the

231

1    document.)

2        A    Okay.

3        Q    On the second page or the first

4    page where there's actual commentary under

5    the section marked, "Market commentary."

6            Did you draft that section?

7        A    I believe I did.

8        Q    In the middle, it says, "Though

9    it's difficult to discern which of the many

10   developments were most important, the most

11   dramatic had to be XRP's price increase.  XRP

12   finished the quarter at 26.263.  A stunning

13   quarter to quarter increase of 1,159 percent.

14   And year-to-date growth of 3,977 percent."

15   Then on the next page, it says, "There were a

16   number of significant announcements and

17   events which clearly contributed to XRP's

18   incredible second quarter."

19            Are you talking about the

20   incredible price increase?

21       A    Yeah.

22       Q    Were there any other announcements

23   that are listed here that contributed to the

24   price increase?

25       A    I -- I don't know.

232

```
 1          Q    And were -- did you specifically
 2     include these announcements as contributing
 3     to the price increase?
 4          A    I don't remember which one of these
 5     were mine.
 6          Q    Well, is -- are these statements
 7     based on actual data points --
 8          A    No.
 9          Q    -- that the company collected?
10          A    No.  I don't think -- I don't think
11     so.
12          Q    So are they exaggerated?
13          A    No.  I don't think there
14     exaggerated.  I think this is what we
15     understood at the time.
16          Q    Okay.  Well, that's a different --
17     and how did you come to that understanding?
18          A    These were all positive
19     developments.  There were certainly part of
20     a -- in real time with trying to discern what
21     was happening.  I'm just trying to remember
22     what the -- what the inputs were, to include
23     these and not include something else.
24          Q    Were there inputs or do you
25     think -- was this kind of just something that
```

1    people had a gut -- was there data behind

2    this, these statements?

3         A    Data in terms of --

4         Q    Well, you are making representation

5    that these announcements are moving the

6    market for XRP.

7              Do you have data that's the basis

8    for that statement or, you know, why are you

9    making these statements?

10        A    This is what we believed.

11        Q    Right.  I understand it's your

12   belief.  But what was the basis for that

13   belief?  Was it market data?  Was it just

14   intuition, someone's intuition?

15        A    I think it was -- what I'm trying

16   to remember is whether or not we were looking

17   back at the days the announcement came out

18   and whether or not there was a -- and I can't

19   remember that.

20        Q    Well, we looked at the e-mail where

21   we really saw you had an announcement and it

22   looked like you were looking at trading price

23   on that day, following the Epicenter

24   interview or something like that.

25              Did you do the same for these

234

1    announcements?

2         A    We may have.  I just can't

3    remember.

4         Q    Whose job would it have been to do

5    that?

6         A    It would have been somebody on my

7    team or somebody on Marketing's team.

8         Q    Regardless of whether or not this

9    is actually based on market data, it seems

10   like you are telling people that these

11   announcements are contributing to increases

12   in XRP's price --

13        A    Yeah.

14        Q    -- whether or not it's true.

15             Sitting here today, you don't know

16   if that's true or not?

17        A    I don't.

18        Q    Okay.  If you go down a little

19   further, it says, "Each of these were

20   instrumental in helping to drive XRP interest

21   in volume in Q2."

22             Do you know if that statement is

23   true?

24        A    I don't.

25        Q    It says, "The market responded

235

1    favorably to the escrow and decentralization

2    announcements in particular."

3            Did you write that?

4        A    I don't remember.

5        Q    Would there be e-mails that you

6    sent that would provide data to back this up?

7        A    Possibly.  I -- I don't remember.

8        Q    Well, earlier today we spoke about

9    why you felt that the escrow would address

10   concerns that people had about XRP in the

11   market and build trust in Ripple and XRP.

12           If you go toward the end, the

13   section under the subject "Q3 2017," is that

14   something you drafted or you would normally

15   draft?

16       A    Mm-hmm.  Yes.

17       Q    So what are you writing about in

18   this section?

19       A    So here, I'm discussing what we are

20   looking to do in the third quarter to

21   continue to build liquidity.

22       Q    You talk about the lending program.

23       A    Yes.

24       Q    Is that the OTC lending that we

25   spoke about earlier today?

236

1          A     This would have been -- this would
2     have been something different.  So we did
3     discuss lending to market makers to provide
4     liquidity.  I think we discussed that
5     earlier. So that's what this would have been.
6          Q     Okay.  Building out the OTC
7     markets?
8          A     Right.  That's the commit-to-sell.
9          Q     The commit-to-sell.
10          The greater transparency, is that
11     through these reports?
12          A     Mm-hmm.
13          Q     It says, "Most importantly we are
14     accelerating the pace of our investment in
15     the XRP ledger to build on its speed up time
16     and scalability to ensure XRP is the most
17     trusted enterprise grade digital asset."
18          A     That doesn't feel like one of my
19     sentences.
20          Q     I know you may not have written it,
21     but how was the company investing in XRP
22     ledger at the time?
23          A     So the company, and it's referenced
24     in a few other e-mails, as a contributor to
25     the protocol, we were building tools for the

1    protocol.

2         Q    And who would be -- in the

3    Epicenter interview, you reference kind of

4    the engineers that were involved.

5         A    The C++ team.

6         Q    The C++ team.

7              If you go to the transcript, which

8    is 27, on page seventeen at the bottom, you

9    say, "Four years later, we fund through VC

10   money and through XRP.  I don't know, maybe

11   the best C++ team in the world is our Ripple

12   D team that constantly maintains and updates

13   the ledger; basically twenty-four hours a

14   day.  And I only know that because I'm on

15   slack on weird hours of the night and see

16   these guys working.

17             We've taken -- you know, like if

18   you go to our office, it's not like the

19   office is filled with Ferraris and

20   Lamborghinis and we're all throwing champagne

21   truffle parties.  The money goes right back

22   into the tech.  So I feel like the company

23   has been a hell of a steward of the

24   technology and has really worked incredibly

25   hard to build a mature product that works

238

1    well, that is scalable and that is stable."

2              Do you think your statements about

3    the best C++ team in the world and their

4    constant commitment to the ledger were

5    something that was reflected in the XRP

6    price?

7         A    I don't know.

8         Q    Aside from being reflected in the

9    price, do you think that's something that

10   purchasers of XRP look to, to stabilize the

11   value of XRP or increase the value of XRP?

12        A    I don't know.

13        Q    Was it one of the reasons you

14   purchased XRP?

15        A    Yeah.  I would say so, yeah.

16        Q    I'd like to show you what's been

17   marked as Exhibit 31, which is a copy of the

18   XRP markets report -- markets report for Q3

19   2017.

20              (The witness examined the

21   document.)

22        A    Okay.

23        Q    What is Swell?

24        A    Swell is Ripple's, I guess now,

25   annual conference.

239

1      Q    Do they usually hold it every year,

2  at the same time?

3      A    I don't think so.

4      Q    How many days is the conference?

5      A    I don't think there's a -- I think

6  every one is a different number of days.

7      Q    Is it usually more than a day?

8      A    I don't know.

9      Q    The most recent Swell conference,

10  how many days was it?

11      A    Actually, I don't know.  I didn't

12  go.

13      Q    What is the purpose of the Swell

14  conference?  Have you ever attended a Swell

15  conference?

16      A    I have.

17      Q    What years did you attend?

18      A    '17 or '18.

19      Q    '17 or '18.

20           What was the purpose of the

21  conference?

22      A    The overarching purpose is

23  matchmaking between our customers.

24      Q    What do you mean "matchmaking"?

25      A    So the -- in order for the software

240

1    to work between customers, they have to be

2    on-boarded to each other.  So it's a good way

3    for us to introduce possible partners to the

4    other, start a relationship.

5            So as an example, in '18, we had

6    the ▮▮▮▮▮▮ and Bitso.  The ▮▮▮▮▮▮ is

7    money services business that using Ripple --

8    that uses Ripple software in XRP, that

9    traffic.  Meet Bitso.  So they can put a face

10   to the name and the CEOs can meet and there

11   could be a more -- a tighter relationship if

12   you will.

13       Q    So the ▮▮▮▮▮▮ uses xRapid and the

14   swap between XRP and the fiat is done on

15   Bitso?

16       A    One leg.  One leg is on Bitstamp

17   and one leg is on Bitso.

18       Q    The report talks about a pronounced

19   price -- increase in price around Ripple's

20   Swell campaign in Q3 2017.  It says,

21   "Anticipation around invites spurred a

22   meaningful spike in XRP, pushing it up one

23   hundred percent.  From fifteen cents to

24   thirty cents on 4.56 billion of volume.  All

25   without a corresponding rally in BTC or ETH."

241

1              So did you write that?

2       A    I believe I did, yes.

3       Q    What did you mean anticipation

4    around the event spurred a meaningful spike?

5    Was there news being published right before

6    Swell?

7       A    There wasn't.  There --

8       Q    How do you know there wasn't?

9       A    Right before the announcement or

10   right before the conference?

11      Q    What announcement are you talking

12   about?

13      A    The announcement of Swell.

14      Q    Oh.  So you are talking about

15   August 21st, that was the announcement that

16   they were going to have a Swell conference?

17      A    Let me -- just refresh my memory

18   here a little bit.  Because there was a --

19   there was a three, two, one campaign around

20   the announcement of Swell.  And then there

21   was Swell.

22      Q    What do you mean by "a three, two,

23   one campaign"?

24      A    Marketing did a -- I just remember

25   it as a three, two, one campaign.  I can't

242

1    remember exactly what they did.  But this was

2    our first conference, so marketing basically

3    had a campaign around it.  And this was part

4    of it.  It was, you know, they counted out

5    three, two, one on particular days.  I think.

6    I can't remember.

7         Q    Did the market campaign include

8    specific announcements about Ripple or --

9         A    No.  It was a teaser campaign

10   around the -- around the conference.

11        Q    Did that campaign lead to a

12   meaningful spike in XRP?

13        A    I can't remember whether it was the

14   campaign or the anticipation of the actual

15   conference.

16        Q    Okay.  Either way, it was one or

17   the other?

18        A    I think -- yeah, it was one or the

19   other.

20        Q    You write that the price had a

21   meaningful spike without a corresponding

22   rally in BTC or ETH.

23             In general, were there times when

24   XRP's price, in your opinion, moved -- that

25   didn't correlate with movements in Bitcoin or

243

1   Ethereum?

2       A    Yes.

3       Q    When did that happen?

4       A    Often.

5       Q    Is that because you were monitoring

6   changes in price on a daily basis?

7       A    Yes.

8       Q    And those movements, were they in

9   relation to company announcements?

10      A    No, not necessarily.

11      Q    Sometimes?

12      A    Possibly, yes.

13      Q    Were -- in your opinion, were there

14  certain announcements that moved the price

15  more?  Certain Ripple-related announcements?

16      A    I mean, I think this is -- this is

17  one and certainly in question.  And the

18  interesting thing about this announcement, it

19  had nothing to do with XRP.

20      Q    Well, it had to do with Ripple.

21      A    Right.  But Swell was a conference

22  that -- around where our enterprise software

23  customers to come together and match-make.

24  And at the time, xRapid was still in its

25  infancy. So in 2017, Swell's whole goal and

244

```
 1    vision was basically to make the match made
 2    really amongst our bank partners.
 3            So we were using the RippleNet
 4    software at the time.  It was too early for
 5    xRapid partners to meet each other.  Because,
 6    quite frankly, there weren't any.
 7        Q    If the conference had nothing to do
 8    with the XRP.  Why are you including it in an
 9    XRP markets report?
10        A    Because it seemed to have an effect
11    on the price.  The announcement or the -- I
12    can't remember if it was the announcement or
13    the actual anticipation around the
14    conference.  But -- and I remember having this
15    conversation with Denuca because there was no
16    corresponding price.  And as I mentioned in
17    this whole report, there was a lot going on
18    in this quarter with Bitcoin, Ethereum and
19    ICOs and forks.  So it was --
20        Q    The DOW report.
21        A    The DOW report, correct.  There was
22    a lot going on in the quarter.  So the
23    correlations were kind of all over the place.
24    It was clearly something we were looking at
25    pretty regularly.
```

245

```
 1        Q    When you say, "the correlations,"
 2    between price and announcements?  Is that
 3    what you're saying?
 4        A    No.  Between Bitcoin and ETH and
 5    XRP.  And how XRP was behaving with the rest
 6    of the market.
 7        Q    Right.
 8        A    I think I mentioned it in here.
 9    Our longstanding thesis, if you will, would
10    be that over time, as liquidity and XRP grew,
11    it wouldn't be kind of wagged around by the
12    rest of the market.  Because it would be so
13    big, that it would become it's own -- kind of
14    its own liquidity pool without being affected
15    by Bitcoin or ETH.
16        Q    Were there other reasons or other
17    circumstances in which XRP's price wouldn't
18    be affected by the other movements in other
19    current -- digital assets?
20        A    I don't know.
21        Q    Okay.  I'd like to show you what's
22    been marked as Exhibit 32, which is Q4 2017
23    XRP market report.
24             (The witness examined the
25    document.)
```

246

```
 1          A     Mine has highlights.

 2          Q     Oh.  I'm sorry.

 3          A     It's okay.

 4                MS. WAXMAN:  Anyone have a clear

 5     copy?  Let's mark this one as a new exhibit.

 6                        (SEC Exhibit No. 34 was

 7                         marked for

 8                         identification.)

 9          Q     Okay.  Showing you Exhibit 34,

10     which is Q4 2017 XRP markets report.  Dated

11     January 24, 2018.  And you are listed as a

12     sole author.

13                What was happening with the

14     price --

15          A     I'm sorry, I'm not done reading it.

16          Q     Oh.  Sure.  Sure.

17                (The witness examined the

18     document.)

19          A     Okay.

20          Q     On the second page, you talk about

21     a dramatic increase in price of XRP.  You

22     said that it touched, you know, went beyond

23     $2.00 on December 30th.

24                Do you have any understanding what

25     caused the price increase?
```

247

1        A    I don't.

2        Q    Was the increase the result of any

3    Ripple-related news?

4        A    Not -- not that I can tell.

5        Q    On the third page, in the middle of

6    page it says, "In late Q4, XRP markets began

7    to connect the dots again."

8             Did you write that?

9        A    I don't believe I did.  Hold on.

10   Let me just find it here -- okay.  Okay.

11       Q    It goes on to list particular

12   events, news events.

13            Did you decide to include those in

14   this report?

15       A    I don't remember.

16       Q    At the time that the price had

17   increased and during this time, was there a

18   large scale adoption of XRP for payments?

19       A    No.  At least not with respect to

20   the Ripple use case and xRapid.

21       Q    Had xRapid become commercially

22   available?

23       A    I think this is right -- this is

24   the time when we did the pilot with

25   MoneyGram.

248

1      Q    And at this point in time, why
2   hadn't banks adopted xRapid?
3      A    I don't know why banks hadn't
4   adopted xRapid.
5      Q    I'll ask you another question.
6           Why hadn't anyone adopted xRapid
7   for cross-border payments?
8      A    It was early in the development of
9   the product.  The product wasn't fully ready
10  yet.  I can try to remember when we had Bitso
11  become an xRapid partner and Bitstamp, in a
12  meaningful way.  Because I think with the
13  pilots -- I don't remember.  I'm pretty sure
14  we didn't have xRapid agreements yet when we
15  did the pilots.
16     Q    At the bottom of the page, it says,
17  "Today, most RippleNet customers are adopting
18  xCurrent.  Each one of these client
19  milestones increases the possibility that
20  institutions will eventually use XRP and
21  xRapid to take advantage of more efficient
22  liquidity just like        does today."
23          Does xCurrent use xRapid?
24     A    It can.
25     Q    Right.  It's an add-on feature.  I

249

```
 1    understand.
 2         A    Well, it was at the time.  Now
 3    it's -- the product set is called "Ripple
 4    Mattering" and it comes with the product.
 5         Q    So why are -- how do announcements
 6    about increasing the number of customers
 7    to -- that use xCurrent and increasing the
 8    number of customers that use Ripple Media,
 9    why are those important to XRP?
10         A    I don't know that they're important
11    to XRP.  Yeah.  I don't know that they're
12    important to XRP.
13         Q    Did you ever cite to those
14    announcements in any of the XRP market
15    reports?
16         A    Yeah, they're in here.
17         Q    So if they're not important to XRP,
18    why would you cite them in the XRP markets
19    report?
20         A    They -- let me just kind of step
21    back a little bit.
22              The goal is that you build Ripple
23    matter xCurrent at the time.  You build
24    xRapid with XRP in the middle here.  And then
25    the goal is to put these two things together.
```

250

```
1    If you don't build one, then you can never
2    get to that.  If you don't build the other,
3    then you can never get to that.  In order to
4    show progress towards that final vision, both
5    have to be happening.  So --
6        Q    Would it increase -- cut number of
7    customers on RippleNet cause an increase in
8    price of XRP?
9        A    Not necessarily, no.
10       Q    Did announcements about increasing
11   number of --
12       A    I don't know.
13       Q    -- customers cause an increase in
14   price?
15       A    I don't know.
16       Q    If you go to the next page, the
17   paragraphs above "dramatic volume increases."
18   It says in the middle of that -- the middle
19   paragraph, "From conversations with market
20   participates as well as possible clients,
21   it's clear Ripple's consistent and steadfast
22   support of XRP is a major advantage as the
23   payment industry continues to seriously
24   consider it as an alternative liquidated
25   solution."
```

251

```
 1              Did you write that?

 2       A    I think I did, yes.

 3       Q    Why did you think Ripple's support

 4   of XRP was an advantage?

 5       A    So this is in reference to -- I

 6   think direct reference to what was happening

 7   in that paragraph before.  Around this, a

 8   lack of clarity, if you will, as to what

 9   anyone wanted to do with other assets;

10   Bitcoin and ETH.  You know, it was clear, at

11   least with respect to Ripple, we had a very

12   clear use case for XRP. And we were building

13   a business around certain software that used

14   XRP and it was a clear story.  I thought that

15   was helpful.

16       Q    Was it a clear story that Ripple's

17   efforts would create value in the XRP?

18       A    No.  The clear story is that we

19   were building a use case around XRP as a

20   liquidity bridge.  Yeah.

21       Q    At the time that you wrote this,

22   was XRP being used as a liquidity bridge?

23       A    It was just starting.  I think we

24   had just had        I think it's in here,

25   start to use it a little bit.
```

1        Q    Do you know what the payment

2    volumes were for XRP at the time?

3        A    I don't know.

4        Q    Minuscule or you don't know?

5        A    I don't know.  I don't know.

6             MS. WAXMAN:  So it's 5:15.  I do

7    want to get back to the reports and talk

8    about some other things in it.  But I want to

9    focus on the document, the interview.  And

10   then I think we'll -- I just want to ask some

11   follow up questions on this document.

12            MR. CERESNEY:  Okay.  Just a few

13   because we are going to have another day.

14   It's getting late.

15            MS. WAXMAN:  That's fine.  But

16   since we introduced it, I just want to finish

17   it.

18       Q    On page three, at the very bottom,

19   you say, "One of my goals in particular for

20   XRP is to get to that level, so the

21   institutional grade liquidity."

22            What does that mean, "institutional

23   grade liquidity"?  Just curious.

24       A    Again, my background was in gold.

25   I had always anchored on that.  Fifty to a

1    hundred billion dollars a day in volume with

2    that real stretch gold to getting this to FX

3    volumes.  Sort of five hundred billion or

4    trillion dollars a day.  Something along

5    those lines.

6        Q    On page five, in the middle of the

7    page, and throughout the interview, you talk

8    about interoperability and ILP and

9    Interledger Protocol.

10            Can ILP be used today for

11   cross-border payments?

12       A    I don't know.

13       Q    Okay.

14       A    I'm not an ILP expert,

15   unfortunately.

16       Q    We spoke a little bit earlier about

17   the FinCEN ruling in 2015, which you

18   mentioned on page ten of the interview.

19       A    Yes.

20       Q    Did the FinCEN ruling require that

21   you shut down certain parts of Ripple's

22   business or was it a choice that Ripple made?

23       A    I wasn't there.  I'm not sure

24   exactly what the ruling required.

25       Q    What was the -- you talk about a

254

```
 1   shift in focus after the FinCEN ruling.
 2          What was the shift?
 3      A   Again, this is through third-hand
 4   knowledge because I wasn't in the company in
 5   '15 or '16.  But -- and I think I mentioned
 6   it in the Epicenter podcast, it was a shift
 7   to more enterprise software.  So RippleNet
 8   without XRP.  That was more the focus.  A
 9   shift in strategy.
10      Q   RippleNet without XRP.  So the
11   messaging product.
12          Who were the users of those
13   products?
14      A   That would have been banks.  Those
15   were the target audience.
16      Q   Prior to that, was the focus on
17   retail?
18      A   I don't know.
19      Q   If you check your -- page twenty,
20   at the very top, it says, "One of most
21   aggressive ways that we are distributing XRP
22   is by funding liquidity programs on
23   off-ledger exchanges."
24          So the volume incentive program at
25   this stance of the market rebirth program,
```

255

1    were all funded through XRP?

2         A    Mm-hmm.

3         Q    Were there any restrictions placed

4    on the XRP that was used in connection with

5    these programs?

6         A    In terms of --

7         Q    Trading restrictions?

8         A    Well, they were -- these were

9    payments to the exchanges in lieu of the fee

10   rebates.  And some -- I don't know.  They

11   were --

12        Q    You don't believe so?

13        A    No.  No.

14        Q    On page twenty-four, you talk about

15   alternate ways that the company can use their

16   XRP.  And then it says, "In my mind, there's

17   possibility we end up more of a lending kind,

18   you know, more of a lender of a last resort

19   capacity, maybe."

20             Has that idea ever been discussed

21   in the company?

22        A    Yes.

23        Q    How would that work?

24        A    How would that work -- sorry.

25        Q    Right now, Ripple sells -- is

256

1    selling XRP.  You are saying that there could

2    be a possibility of Ripple lending XRP.

3              Would that work in terms of xRapid

4    or ODL?

5         A    Yes.

6         Q    How would it work?

7         A    Well, today we loan XRP to market

8    makers so that they provide liquidity for

9    ODL --

10        Q    And so you just expand the program?

11        A    Actually, more like focus it.  So

12   here, this discussion is a broader discussion

13   around general road liquidity.  We did this

14   for a little while and then we stopped.

15   Actually, I don't know.  I think there may be

16   still some loans, some general market maker

17   loans outstanding.  I'm not sure.

18             But then for xRapid and all the

19   others, it's very specific.  It's not a "Hey,

20   come to Ripple and borrow our XRP program."

21   We don't have that.  But it's "Hey, we want

22   to partner with you market maker to provide

23   liquidity in these three or four corridors.

24   As part of that partnership, we'll lend you

25   XRP."

257

```
 1          Q    That's what you are doing?
 2          A    Now.
 3          Q    Now?
 4          A    Yes.  It started in late '18, early
 5     '19, we started those conversations.
 6          Q    Is that part of your current
 7     responsibilities?
 8          A    No.  That's part of the markets
 9     team now.
10          Q    Okay.  So they're trying to lend
11     out XRP in connection with encouraging
12     adoption of xRapid?
13          A    It's you lend XRP to the market
14     maker to create the baseline liquidity, so
15     that when customers use the product, the
16     liquidity.
17          Q    Where do they -- how -- where do
18     they set the XRP that they have to return?
19     How do they source the XRP?  Do they just
20     give back the XRP that they initially
21     borrowed?
22          A    I believe so.
23          Q    You charge an interest rate?
24          A    I don't know if we do for the
25     xRapid program.  I'm not sure.
```

258

1          MS. WAXMAN:  Why don't we take a

2    two-minute break just so I can collect my

3    thoughts and then we'll go off the record.

4          MR. CERESNEY:  Okay.

5          MS. WAXMAN:  We are off the record

6    at 5:22.

7          (A brief recess was taken.)

8          MS. WAXMAN:  We are back on the

9    record at 5:28.

10         Mr. Vias, while we were off the

11   record, did you have substantive conversation

12   with staff?

13         THE WITNESS:  No.

14         MS. WAXMAN:  We are going to

15   adjourn for today.  As I mentioned to

16   counsel, we will need to resume on another

17   day; hopefully sometime in January 2020.

18   Before we go off the record, does anyone want

19   to clarify anything?

20         MR. CERESNEY:  No.  No.  We'll just

21   wait until the next date.

22         MS. WAXMAN:  We are off the record

23   at 5:29.

24         (Whereupon, at 5:29 p.m., the

25   examination was concluded.)

259

1                    PROOFREADER'S CERTIFICATE

2    In The Matter of:   RIPPLE LABS, INC.

3    Witness:            Miguel Vias

4    File Number:        NY-09875-A

5    Date:               Tuesday, December 17, 2019

6    Location:           New York, NY

7

8            This is to certify that I, Maria E. Paulsen,

9    (the undersigned), do hereby certify that the

10   foregoing transcript is a complete, true and accurate

11   transcription of all matters contained on the recorded

12   proceedings of the investigative testimony.

13

14   _____        _____

15   (Proofreader's Name)            (Date)

16

17

18

19

20

21

22

23

24

25

260

```
 1                    C E R T I F I C A T E
 2    STATE OF NEW YORK    )
 3                          :SS
 4    COUNTY OF NASSAU      )
 5              I, Elbia Merino, a Notary Public within and
 6    for the State of New York, do hereby certify:
 7              I reported the proceedings in the
 8    within-entitled matter, and that the within transcript
 9    is a true record of such proceedings to the best of my
10    ability.
11              I further certify that I am not related to
12    any of the parties to this action by blood or
13    marriage; and that I am in no way interested in the
14    outcome of this matter.
15              IN WITNESS WHEREOF, I have hereunto set my
16    hand this 28th day of December, 2019.
17                        _signature_
18
19
20
21
22
23
24
25
```

# Transcript Word Index

[& - 5.6]

**&**

**&**
7:14,17,21

**0**

**0072**
224:22
**01**
213:11
**011**
224:22
**09875**
1:4 259:4

**1**

**1**
1:8
**1,159**
231:13
**1:33**
135:4
**10**
120:19
**10:39**
50:18
**10:48**
50:20

**100.00**
63:6
**11:32**
81:18
**11:36**
81:21
**110**
3:11
**12:48**
135:1
**12:57**
194:25
**120**
3:12
**139**
3:13,14
**15**
3:7 5:2 7:1,3,6 254:5
**16**
3:8 8:10,15,24 136:19
254:5
**165**
3:15
**1662**
3:7 6:25 8:2
**17**
1:12 3:9 5:6 46:13 55:11,11
55:12 71:17 75:24 82:11,15

**17 (cont.)**
85:1 106:23 136:19,23
137:3 163:18 185:24 186:4
186:8 193:1,3 222:1 239:18
239:19 259:5
**175**
3:16
**18**
3:10 46:14 93:13,17 136:19
163:19 185:24 224:5
239:18,19 240:5 257:4
**19**
3:11 110:17,21 136:19
175:12 185:25 219:22,24
257:5
**198**
3:17

**2**

**2.00**
246:23
**2:57**
195:2,3
**20**
3:12 110:23 120:13,17
121:1 176:1
**200**
1:10 2:9
**2011**
9:10,22 17:2
**2013**
11:23 16:19
**2014**
10:7 11:23 16:19 165:21
**2015**
10:7 215:24 253:17
**2016**
11:20 14:6 26:7 54:15
97:24 121:2 123:10 134:21
135:17 136:1 142:18
147:11,12 160:17 163:2,9
163:13 166:16 215:24
**2017**
3:21,22,23,24 4:4 42:6
45:18,20 49:7,9 52:25
54:16 55:1,2,19 59:8 66:2
68:18 80:13 82:17 83:1
93:18 95:13 99:17,18,25
102:18 103:17 107:14,17
110:23 118:9,10 120:19
135:17 136:2 137:22 138:4
138:6 140:17 141:1,2
147:11,13 148:7 156:12
160:19 166:22 167:4,4,12
167:17 168:5,6 176:2
180:14 185:9 192:2 197:1,6
204:4,23 216:11 218:2

**2017 (cont.)**
222:1 223:7 224:4,5 225:24
230:13,20 235:13 238:19
240:20 243:25 245:22
246:10
**2018**
28:21 29:15 46:9,16 49:7
102:18 103:18 104:9,11
107:19 137:8,24 138:17
142:25 147:11,13 156:13
161:14,17,20 167:21 168:8
168:13 185:7 246:11
**2019**
1:12 5:6 102:23,24 137:14
137:24 139:20 140:8
156:13 161:14,17,20
165:21 172:21 174:19
219:23 259:5 260:16
**202**
1:25
**2020**
258:17
**204**
3:18
**209**
3:19
**21**
3:13 139:12,16
**211**
3:20
**21st**
241:15
**22**
3:14 139:22 140:3
**221**
3:21,22,23,24,25
**22nd**
207:18 213:15
**23**
3:15 165:10,14
**23rd**
224:21
**24**
3:16 123:10 175:22 176:1
179:18,19 246:11
**246**
4:4
**25**
3:17 198:3,7

**25**
202:11
**26**
3:18 82:16 93:18 121:2
204:17,21 211:2,8,24 212:8

**26 (cont.)**
223:6
**26.263.**
231:12

**260**
1:8
**26th**
211:11
**27**
3:19 209:1,5 237:8
**28**
3:20 26:7 211:18,22
**28th**
54:15 140:7 260:16
**29**
3:21 221:7 224:3

**3**

**3,977**
231:14
**3.00.**
163:16
**3:08**
195:6
**3:21**
123:12,13
**30**
3:22 221:15 230:20
**30th**
246:23
**31**
3:23 238:17
**32**
3:24 245:22
**33**
3:25 221:16,25
**34**
4:4 246:6,9

**4**

**4**
176:2
**4.56**
240:24
**4:11**
221:13
**4:21**
221:19
**467-9200**
1:25

**5**

**5**
3:4 7

**[5/1/2017 - announcements]**

**5/1/2017**
198:8
**5/17**
223:5
**5:15**
252:6
**5:22**
258:6
**5:28**
258:9
**5:29**
258:23,24
**500,000**
105:1,3 106:6 115:15

**7**

**7th**
205:11 223:7

**8**

**8**
3:8 204:23 223:7
**82**
3:9

**9**

**9:40**
1:15 5:6
**919**
2:17
**93**
3:10
**98.00.**
63:6
**9875**
6:7

**a**

**a.m.**
1:15
**ability**
260:10
**able**
42:9,11 52:4 65:22 66:13
72:16 96:13,14 105:1
109:23 112:14 144:19
169:24 188:24 202:7
**absolutely**
183:20
**accelerated**
207:14
**accelerating**
236:14
**access**
66:23 196:1

**account**
65:1 128:4 158:22
**accounted**
185:22
**accounts**
109:22
**accurate**
35:20 225:21 259:10
**achieve**
215:11
**acquire**
66:13
**acquiring**
66:21
**action**
71:11 159:7 260:12
**actions**
212:22
**active**
53:2 149:13,15 200:1
**activities**
128:17 133:13 179:7,8
**activity**
19:19 31:18 45:22 75:19,20
115:16 205:14 206:14
215:8
**actual**
20:1 36:25 108:1 111:11
124:13,16,25 210:1 231:4
232:7 242:14 244:13
**ad**
158:20,21

**adamant**
88:22
**add**
132:25 137:16 248:25
**addition**
92:5 94:2 100:6 184:7
192:5
**additional**
53:8 73:20 93:3,7 112:22
141:24 221:4
**address**
235:9
**addressed**
96:23
**adjourn**
258:15
**adopted**
248:2,4,6
**adopting**
248:17

**adoption**
185:6,14 190:16 247:18
257:12
**adoptions**
215:15
**advantage**
176:22 217:17 248:21
250:22 251:4
**advertise**
131:10,14
**adviser**
176:14
**affect**
95:7 163:21 204:8
**affirm**
5:9
**afternoon**
6:1
**aggregator**
83:25
**aggressive**
254:21
**ago**
78:6 84:14
**agree**
88:18 114:7 132:9 170:2
171:17
**agreed**
72:6 73:6 172:4
**agreement**
39:9 58:19 59:1,22 62:10
70:10 72:6,22 89:21 90:1
114:7 117:2 122:20,23
123:18 124:25 171:4,5
**agreements**
36:10,15,18 43:11,25 44:2
44:2 47:18 56:2 58:13 62:2
62:9,17,20 68:11,15,24
70:13,16 71:25 72:3 73:11
73:17 79:17 85:8,11 86:9
90:2 91:9,16 107:16 112:18
113:3 119:7 126:10 132:3
139:19 140:6,11 141:8
248:14
**ahead**
16:13 88:24 97:7
**aimed**
117:20
**air**
32:21
**airdrops**
37:9

**algorithmic**
33:11

**algorithms**
56:18
**alive**
197:18
**alleviate**
199:19
**allow**
9:15 61:22
**allowed**
13:6 25:10 223:16
**allowing**
215:4
**allows**
83:24
**alternate**
255:15
**alternative**
250:24

**am**
67:20
**amount**
34:5 50:4 61:10,15 88:9
100:11,24,25 101:13 115:9
115:19 144:4 151:23
152:17 160:1,4,5 161:8
164:4 165:22 171:18
172:22 173:25 177:13
183:9,16 200:21 202:8
203:13 217:7
**amounts**
32:22 71:20 147:8 153:11
160:7 165:20 166:10 219:3
219:4
**analogy**
74:4,7 135:11
**anchored**
252:25
**andrew**
2:13 7:13
**announce**
204:4 220:8 226:4
**announced**
204:11
**announcement**
204:7,15 233:17,21 241:9
241:11,13,15,20 243:18
244:11,12
**announcements**
190:18,20 207:11 215:4
220:4 225:7 226:2,12
231:16,22 232:2 233:5
234:1,11 235:2 242:8 243:9
243:14,15 245:2 249:5,14
250:10

[annual - behalf]

**annual**
238:25
**answer**
37:22 51:6 68:19 69:1 81:8
120:6,7 136:15 159:20
**answered**
202:15
**answers**
222:23 223:1
**anticipation**
240:21 241:3 242:14
244:13
**anybody**
27:1 59:2 61:25 76:11
151:19
**anymore**
24:24
**api**
127:13
**apologize**
103:21
**appear**
176:11
**appearances**
2:1
**appearing**
8:6
**appears**
83:5
**appreciate**
207:17
**appreciation**
189:21 190:4 207:5,6,7
**approach**
45:4,7 78:15 169:4
**approaches**
97:11
**approval**
78:18 96:15 104:19 105:2,4
105:11,16,18 107:23 123:4
123:6
**approve**
91:18
**approver**
91:21
**approximately**
141:7 164:16 177:25
**april**
113:2 186:3 224:5
**area**
123:20
**arm**
12:6
**arrangement**
143:6

**art**
32:18,21 34:20 52:1 56:23
**article**
222:3
**asheesh**
199:1
**asian**
17:25 86:19
**aside**
63:22 221:3 238:8
**asked**
42:20,20 90:10 117:1
**asking**
92:4 98:16,18 172:10,12
**asset**
15:1 18:5,9 19:23,25 20:22
21:15,17 25:24 50:4 66:18
69:20 74:17 131:9 188:16
189:21 194:22 216:10
217:4,10 228:8,10 236:17
**assets**
9:7,9,17,19,20,24 11:16
24:24 25:1 223:9 245:19
251:9
**associate**
86:23
**associated**
146:17,21
**assume**
8:3 27:13 174:12
**assumed**
30:15 94:24,25 95:1
**assumption**
71:21,22,22 191:2 208:13
208:15
**attachment**
198:9
**attain**
41:21
**attained**
41:24
**attempting**
53:7
**attend**
239:17
**attended**
239:14
**attention**
215:13
**attracting**
112:2
**audience**
254:15
**audio**
3:19 209:5

**august**
29:15 241:15
**author**
224:6 226:15 246:12
**authored**
227:5,7
**auto**
19:17
**available**
6:16 46:19 47:7,16 58:8,10
59:6,14 185:21 196:17
247:22
**avenue**
2:17
**average**
115:13 160:16
**aware**
7:25 53:6 63:17 64:1
136:24 142:22 152:2,3
194:3 216:19
**awareness**
133:23

<center>b</center>

**back**
17:9 33:23 50:21 52:25
54:14,15 56:23 61:3 65:3
67:6 68:22 74:19 81:16,20
91:5 106:8 118:11 119:13
119:16 121:8 135:3,10
137:8 147:21 152:18 170:4
174:6 178:11 186:16
191:24 192:19 195:5 196:3
197:17 201:6 202:23
206:17 207:2 211:8 212:7
215:24 221:2,18 227:4
233:17 235:6 237:21
249:21 252:7 257:20 258:8
**backfilled**
29:12
**background**
3:8 8:16 9:6 193:6 252:24
**bad**
56:23
**bailing**
9:13
**ball**
119:22 120:10 121:13,17
121:22
**bank**
228:3 244:2
**banks**
226:20 227:25 248:2,3
254:14

**banner**
45:20 172:21

**bars**
10:12
**base**
32:23 74:7 173:13 188:6,6
206:4
**based**
50:2 51:11 57:4 71:23
101:2 103:10 105:19 107:5
143:13 151:10,23 157:2
167:14,15,18 169:3 177:17
205:3,8 208:16,19 218:7
219:3 220:17 232:7 234:9
**baseline**
122:7 257:14
**basic**
160:16 173:12
**basically**
10:12 13:3 23:16 24:15
28:9 34:24 38:15 56:15
57:2 72:21 107:13 133:14
165:18 172:19 181:22
237:13 242:2 244:1
**basis**
30:22 32:24 55:16,19 128:6
147:20 148:3,6,12,15 150:4
152:13,16 154:9 157:1
158:13,15 162:14,17
173:23 174:22,22,25 233:7
233:12 243:6
**bates**
202:11
**bc**
217:9
**beat**
197:14
**becoming**
47:6,16 185:21
**beers**
184:15
**began**
45:13 55:9 65:17 68:17
111:16 247:6
**beginning**
86:5 101:4 112:9 122:15,17
148:24 165:21 192:24
194:11
**behalf**
2:3,12

**[behaving - cap]**

behaving
245:5
belief
208:7 233:12,13
believe
30:1 61:14 63:4 68:8,8
83:23 88:11 97:2 100:25
111:8 117:1 126:22 131:12
169:3 170:16 184:24
186:11 205:16 212:9
226:11,12 231:7 241:2
247:9 255:12 257:22
believed
233:10
beneficial
85:10 92:18 114:11 228:7
228:10
beneficiary
108:6
benefit
59:19 60:4,6 73:23,25
112:23 216:25
best
35:18 237:11 238:3 260:9
better
26:18,22 31:25 32:19 35:16
95:10 106:2 107:11 125:1
174:19 179:5 199:25
beyond
198:20 246:22
bid
66:16,17
big
40:23 43:15 51:13 71:4
77:11 152:15 157:7 168:14
178:24 197:23 204:1
245:13
bigger
106:25 143:15 171:21
biggest
66:12 174:18
bill
14:17
billion
19:14 150:17 177:11
179:24 183:1,3,19 195:22
195:25 240:24 253:1,3
birla
199:1
bit
24:11 52:10 69:17 76:13,14
76:25 77:1,2 87:21 106:25
141:18 170:6 241:18
249:21 251:25 253:16
bitcoin
9:15,15 12:2 16:24,25

bitcoin (cont.)
71:14 80:1 83:17 107:6
184:5 186:1 201:2,4 242:25
244:18 245:4,15 251:10

biweekly
128:6
black
89:9
blanket
109:3
block
176:24 177:1
blockchain
9:9 10:1,6,11,20,22,25 11:1
11:8,9,17 226:21
blood
260:12
board
78:15 88:13 176:3
boarded
240:2
boarding
64:3
bonds
77:12
books
122:5
border
24:5 25:5,24 248:7 253:11
borrow
65:22 256:20
borrowed
257:21
borrower
67:6
boss
94:14
bottom
84:16 96:21 113:22 129:6
133:24 205:11 209:25

bottom (cont.)
210:3 237:8 248:16 252:18
bought
216:9

brad
78:3 95:22 96:2,9,9,15
104:20 105:20 106:3
151:22 155:17 159:18
176:4 179:16 180:20 186:4
192:6,12 193:17,25 198:25
brad's
106:4
braydan
175:17
brazil
21:20,21
brazilian
22:2
break
51:6 129:4 194:24 195:11
209:14 258:2
breakdown
135:18 155:6
breaker
167:22
breaks
165:18
breanne
28:14 175:19,20
bridge
15:1 19:23,25 20:22 21:15
21:17 25:24 188:16 194:22
197:12 216:10 251:20,22
brief
50:19 81:19 135:2 195:4
221:14 258:7
bring
48:13 53:10 74:2,4
bringing
92:22
brings
164:10
broad
26:12 54:13 137:13 203:11
broader
223:14 256:12
broadly
50:4,6 84:5 98:10 180:6
188:14
broker
42:5 97:12
brought
28:8 215:9

btc
17:22 240:25 242:22
budget
106:23
build
74:15 179:3 202:7,22
235:11,21 236:15 237:25
249:22,23 250:1,2
building
42:7 197:11 201:17 236:6
236:25 251:12,19
builds
20:14,16
built
20:25 228:6
bulk
80:1,3 149:23 168:20
bullet
226:16,17 227:18,23
bunch
202:13
burning
186:21
business
53:11 97:10 137:12 222:21
240:7 251:13 253:22

buying
18:4,9 64:15,19,25 69:25
70:2,3,11 71:10 146:1
159:8 171:11,24

**C**

calculation
162:11
call
71:12 72:19 75:8 149:17
159:12
called
5:15 33:5 72:7,21 166:3
194:20 249:3
calling
159:10,13
calls
70:19 71:15

campaign
240:20 241:19,23,25 242:3
242:7,9,11,14
cap
137:4 219:16

**[capabilities - collect]**

**capabilities**
72:13
**capacity**
53:9 255:19
**capital**
66:13,14 69:22,23 74:21
75:4,16 87:3 168:24
**capitalist**
217:9
███████████
███████████
███████████
15:1 19:23,24 20:21 21:3
21:12,13,14,16 22:12,14,16
24:9,13,25 25:20,21,25
40:6,19 41:5,9 46:7 48:4
49:13 50:2 66:19,19 74:10
86:3 90:18 92:13,23 99:4
154:25 155:2,9 171:22
185:17,18 188:16 189:17
190:4,10 194:22 197:12,18
199:14 214:12 215:25
216:10 223:15 247:20
251:12,19
**cash**
31:11 141:22,23 147:7
**categories**
165:23
**category**
84:10
**cause**
250:7,13
**caused**
224:24 246:25
**caution**
32:22
**caveat**
59:23 86:18,25 134:20
**cc'ed**
176:12
**centered**
201:10
**cents**
178:10 189:21 200:19,19
200:21 201:1 213:10
240:23,24
**ceo**
42:8 76:1 88:11 96:10,17
**ceos**
97:1 240:10
**ceresney**
2:13 7:13,13 8:22 9:1 12:23
23:10 24:6 26:22 27:16
30:12,14 37:17 43:12,16
44:11 45:3,10 48:25 49:4
68:6,19,25 74:5 90:7 103:2

**ceresney (cont.)**
106:11 120:2,5 128:23
129:1 140:19,22 153:25
158:6 161:2,10 163:5 174:7
174:10,14,16 185:12
194:23 195:2 201:25
209:20,24 210:4,7 212:3
220:16,21 225:11 230:24
252:12 258:4,20
**certain**
17:24 18:1 36:19 38:25
44:3,3 46:15 51:24 58:5
60:11 62:7 80:9 85:3 87:8
101:16 109:21 112:11,12
115:1,3,9 132:4 149:12
160:1,2 222:23 243:14,15
251:13 253:21
**certainly**
37:13 76:8 188:12 194:13
207:13 223:9 228:13
232:19 243:17
**certainty**
17:18 166:14 196:17 197:7
197:7 205:21
**certificate**
259:1
**certify**
259:8,9 260:6,11
**cfo**
105:25 155:20
**chain**
77:23 120:18 121:1 155:11
176:1 204:21
**challenge**
196:15
**challenges**
66:20
**challenging**
21:16 35:17 50:1 66:14,15
**champagne**
237:20
**chance**
213:9
**chances**
113:10
**change**
25:6 27:23,25 28:5 29:7
35:24 151:14 156:5 174:3
190:14 192:25 219:6
**changed**
72:4 104:3 136:19,22 144:7
160:18 166:1,2 175:13
193:1,3 214:14 219:4
**changes**
27:19,20 149:25 151:15
152:5,7,21,24 153:1 243:6

**changing**
144:10 162:8,8
**character**
39:21
**characterize**
121:14
**charge**
28:3 108:10 133:20 257:23
**charged**
108:9
**charging**
73:20 165:7
**chart**
219:3
**charts**
133:5,6,7
**chatter**
9:14 179:21 205:4,8 206:9
207:4 220:6
**check**
92:25 254:19
**checked**
138:9
███████████
███████████
**choice**
253:22
**choose**
52:14
**chris**
78:7,9 180:22 194:2
███████████
**circulate**
121:6
**circulated**
198:20,23,25
**circumstances**
61:21 245:17
**cite**
207:15 249:13,18
**city**
169:2
**civil**
6:12
**cl**
26:3
**claim**
87:19
**clarify**
258:19
**clarity**
179:2,13 187:18 212:21,24
214:17,20 215:1 251:8
**class**
50:5

**classic**
181:3 184:4
**clear**
17:1 72:15 80:18,19 88:24
90:7 92:15 165:4 185:25
199:9 207:3 209:24 212:19
220:7 246:4 250:21 251:10
251:12,14,16,18
**clearly**
130:13 186:12 199:14
206:9 219:13 220:24
223:15,16 227:24 228:17
231:17 244:24
**client**
248:18
**clients**
250:20
**close**
178:3
███████████
███████████
███████████
**cofounders**
182:13
███████████
███████████
**coinmarketcap**
162:1,4,15,20,22,24 173:7
173:8,13,14,18 174:23
**coinmarketcap's**
162:9
███████████
███████████
███████████
███████████
███████████
198:19
**collaborative**
193:13 229:10
**colleagues**
5:25
**collect**
114:15 258:2

**[collected - contributor]**

**collected**
232:9
**color**
99:9 206:1
**comfort**
211:13 212:14,16
**comfortable**
14:18
**coming**
67:20 76:21 94:13
**commands**
15:19
**comment**
20:13,15 35:15
**commentary**
227:13 231:4,5
**comments**
211:14 212:14,16 220:18
220:22 229:13
**commerce**
19:16 20:8,11,16,19 74:14
76:20 77:4 135:15
**commercial**
48:13 137:16 202:23
203:21
**commercially**
46:19,25 47:7,16 185:21
226:20 247:21
**commission**
1:1,9 2:3,7 6:3,6 8:3
**commit**
25:14 73:10,17 81:3 82:5
138:13 165:19,25 236:8,9
**commitment**
39:24 40:1 72:22 126:2
238:4
**commitments**
123:22 124:1,5,8 125:3,8
125:10,20
**commodity**
50:5
**common**
165:2
**communicated**
77:22
**communication**
113:24
**communications**
103:12 230:6,14
**community**
211:12 212:13
**companies**
12:18 20:1 46:13 188:6
217:9
**company**
7:23 10:2,11,19,23 11:22

**company (cont.)**
11:24 12:7 14:5 16:6 18:21
19:3,4 20:5 21:11 22:9
23:12 25:25 27:8 28:18
31:5,11 32:4 33:4,19 34:3
35:14 36:6,14 38:16 39:8
39:12 40:4 48:4 52:24
54:21,23,24 55:23 61:16
72:20 76:24 77:17 79:21
82:2,7 83:21 85:16,18 86:9
86:13 87:6,9,17 88:1,5,18
95:15 99:13,24 100:17
101:14,24 102:3,14,16
103:3,6,10,11 104:8 106:1
131:22 137:21 142:12,16
142:20 146:17,20,24
150:15,16,18,21 151:3,5,7
151:10,14,16,19,23 155:16
158:1 160:25 161:4 163:23
163:25 166:15 168:3 170:2
171:17 174:2 177:21 180:9
182:18 183:13 184:19,24
187:15 188:17,25 190:19
191:14 196:14 199:24
201:13 204:4 211:12 215:6
216:5,6 217:6,11,14,17
223:23 230:5 232:9 236:21
236:23 237:22 243:9 254:4
255:15,21
**company's**
20:21 32:6 54:16 102:7
163:21 178:19 223:14
230:6
**comparable**
202:8
**compare**
19:11 167:3
**comparison**
220:2
**compensate**
145:6
**compensating**
87:24
**competence**
196:12
**competition**
14:20
**complete**
259:10
**completed**
8:16
**completely**
101:3 196:19
**compliance**
67:18,22 172:14

**component**
74:22
**concept**
31:7 46:12,24
**concepts**
138:16
**concern**
109:25 129:9 162:19
181:21 182:5,15 183:8,8,22
183:23 184:8 187:17
**concerned**
22:15 122:8 162:3 181:25
182:3
**concerning**
8:5 179:8 182:15
**concerns**
110:8,11 181:17 186:23
199:19 235:10
**concluded**
258:25
**conclusion**
70:11
**conduct**
201:13
**conducted**
201:12
**conference**
238:25 239:4,9,14,15,21
241:10,16 242:2,10,15
243:21 244:7,14
**conferences**
162:18
**confidence**
188:4,14,15 197:11,25
212:24 213:23 214:1,4,17
**confident**
189:1
**conflict**
8:1
**conflicts**
8:5
**confluence**
223:8
**confusing**
72:20
**confusion**
37:4
**connect**
247:7
**connected**
50:16
**connecting**
46:6 227:24 228:17 229:1
**connection**
69:5 73:16 90:15 101:14
113:24 124:19 146:1

**connection (cont.)**
166:10 170:19 255:4
257:11
**connectivity**
25:10
**consider**
101:25 250:24
**considering**
94:21
**consistent**
157:23 160:20 250:21
**consistently**
194:15
**constant**
203:8 238:4
**constantly**
196:15 237:12
**constitute**
6:11
**constructive**
57:7
**constructively**
33:2
**cont**
4:1
**contain**
194:8
**contained**
24:2 259:11
**context**
13:8 16:20 37:18,20 38:2
47:22 54:5 59:7 65:11
100:3 114:6,23 117:6
120:10 126:17 200:25
214:16 230:9,16,17
**continue**
44:22 147:11 156:12,15
162:14 178:12 226:19
235:21
**continued**
52:18 137:23 211:15
**continues**
250:23
**continuing**
201:17
**continuous**
56:15
**contracts**
15:15
**contributed**
231:17,23
**contributing**
232:2 234:11
**contributor**
236:24

**[control - decision]**

**control**
72:24 144:25 158:25 159:2
159:15
**controversy**
210:23
**conversation**
14:15 48:11,17 57:9 61:1
76:1 78:17 87:23 116:25
117:3 119:11 128:25
170:14,17 174:9 187:21
188:3,12 189:15 196:9
211:14 218:22 244:15
258:11
**conversations**
16:14,16 42:17 50:24 81:23
98:2 119:12,17 130:19
135:6 162:12 173:7 195:8
196:23,24 221:21 230:12
250:19 257:5
**convert**
83:17
**copy**
6:14 8:15 193:7 224:3
238:17 246:5
**core**
22:13,14 33:18 219:16
**correct**
12:4 13:10 16:10 23:23
25:21 35:3 38:20 56:16
68:18 79:19 83:6 91:10
103:24 122:2 218:14
230:11 244:21
**correctly**
10:21 56:17 75:18 89:7
94:17 106:22 109:2 133:4
142:24 154:12 166:20
168:19 172:13
**correlate**
242:25
**correlated**
48:14
**correlation**
186:10
**correlations**
244:23 245:1
**correspondence**
21:23,24
**corresponding**
240:25 242:21 244:16
**corridor**
40:23
**corridors**
40:16 256:23

**cost**
61:2 66:13 97:12 111:24
143:25
**costs**
87:19
**counsel**
7:9,11 8:1,3 139:17 140:5
165:16 174:11 258:16
**counted**
242:4
**counter**
22:4 41:13,16,20 42:5
65:24 74:24 79:3,14 83:20
154:1 159:5
**counterproductive**
143:23
**county**
260:4
**couple**
97:10 176:5 209:9
**course**
160:9,10
**cover**
97:11
**cowan**
2:14 7:16,16
**create**
20:2 66:11 132:1,1 189:10
190:12 193:14 197:15
251:17 257:14
**created**
213:25
**creates**
19:19 197:24 228:4
**creation**
192:9 199:6,15
**criminal**
6:12
**cross**
24:5 25:5,24 165:17 228:6
248:7 253:11
**crux**
15:8
**crypto**
66:19 83:24 126:24 137:3
154:23 155:5 186:12
206:20
**cryptocompare**
162:16
**cryptocurrency**
45:21 53:2 168:7 186:11
**cryptographically**
195:22 210:21

**cumbersome**
21:22
**curiosity**
9:22
**curious**
252:23

███████████

**current**
28:10,11 188:22 245:19
257:6
**currently**
13:23
**custody**
97:10,13
**customer**
63:20,22 70:18 71:7,12,14
188:6 207:12 228:5
**customers**
38:14 71:3,9,10,19 108:7
111:13 188:15 239:23
240:1 243:23 248:17 249:6
249:8 250:7,13 257:15
**cut**
250:6
**cypress**
9:13,14 17:3

**d**

**daily**
32:25 56:12,19 78:10
115:15 147:20,23 148:2,5
148:12,15 149:4 150:4
152:19 154:9 160:16 175:5
243:6
**daniels**
2:5 5:25 56:20 57:4 135:9
135:16,22 136:5,12,17,21
137:19 161:7,20 202:10,20
203:2,6,15
**daphna**
2:4 5:24
**dark**
134:24
**data**
107:12,12 108:17 128:1,5,7
128:13 148:19 193:7 226:3
232:7 233:1,3,7,13 234:9
235:6
**date**
1:12 26:6 56:8 67:8 78:24
223:5 231:14 258:21 259:5
259:15
**dated**
82:16 93:18 110:22 120:19
121:2 176:1 198:8 204:23

**dated (cont.)**
222:1 223:7 224:5 246:10
**david**
78:12,18 211:11,16,17,25
**david's**
212:12 220:20,21
**day**
16:3 19:15,16 30:22,22
48:1 115:12 120:1 122:1,4
122:5 149:7,13 207:18,21
208:10,17,20 209:7 233:23
237:14 239:7 252:13 253:1
253:4 258:17 260:16
**days**
233:17 239:4 6 10 242:5

███████████

**de**
184:15
**deal**
30:20 43:15 88:4,21 91:22
91:25 92:3 98:21 104:23
105:8,13,14 106:18 124:9
124:13,22 152:15
**deals**
82:17,24,25 83:2,3 84:1
92:4,14 104:18,20 106:5,9
106:11 145:20,23 146:2
**debevoise**
7:14,17,21
**december**
1:12 5:6 121:2 123:10
126:17 134:20 163:18
168:6 186:7 246:23 259:5
260:16
**decentralization**
235:1
**decentralize**
23:22
**decentralized**
24:2,3
**decide**
57:2 75:11 155:25 156:18
247:13
**decided**
65:21 141:15 158:23
**decimate**
183:20 184:9
**decision**
88:23 104:14 156:4 159:16
163:21 174:1,2 178:20
191:25 192:10 195:12,13
195:15 218:11 219:2
230:10

**[decisions - document]**

decisions
36:5
decrease
57:3 203:9
deepen
228:5
define
21:5 87:11 129:18,19
223:15
definitely
17:25 54:8 61:19 96:1
119:20 149:1 187:22
definitively
78:11 104:7
demand
40:9 190:7,14
demanding
189:17
denomination
63:3
denominator
162:10

department
47:13 222:10
depended
61:13 144:5
depending
91:12 151:14 155:16
depends
104:16 150:22 163:14
deploy
226:20
depreciation
178:7
derivatives
74:9
describe
121:24
described
11:14 69:4 76:19
description
3:6 4:3 15:6
design
216:12
designed
188:23
desk
72:14
desks
153:14
despite
169:19

destabilize
70:25
destroy
184:12 196:10,19
detailing
147:21 187:2
details
88:10 119:15
determine
6:8 34:10 40:2 53:25 56:20
91:15 101:9 106:6,19
108:20 156:25 173:24
194:4 218:11
determined
60:20,23 108:15 144:4
158:12,14 174:20
determining
160:7
develop
189:9
developed
6:10 189:2,3 225:25
development
75:6 169:12 248:8
developments
190:18 231:10 232:19
deviation
52:8
dhond
2:15 7:19,19
diamonds
184:16
died
119:18,19,19
differ
85:10
difference
23:17 115:14,18 116:10,11
136:10 213:14
different
22:21 54:11 61:17 71:11
97:11 108:25 120:24
135:19 143:12,13 144:9
163:15,15 232:16 236:2
239:6
difficult
61:18 231:9
difficulty
18:17

digitalization
10:12

dipped
166:25
dips
144:25
direct
27:5 56:1 58:4,11 59:4 78:2
112:11 176:17 251:6
directed
58:16 63:12
direction
35:13
directional
19:25
directly
31:14,15 33:15 66:3 78:24
105:25 142:1 180:9 190:12
director
29:21
directors
176:3
disappointing
122:16
discern
231:9 232:20
disclose
68:4,6,7,10,14 145:19,22
146:21
disclosure
189:8
discount
73:12,18 142:6,10 143:3,5
143:9,16,18,21,22 144:5,6
144:14 145:11,14 169:17
169:22 171:25
discounted
213:24
discounts
142:14,15 143:14 144:9
discuss
77:16,18 78:3,7,12 94:1,5
94:12 95:18,19 96:1 101:13
101:17 123:17 130:10,14
148:9,18 158:9 164:6
177:16 183:8 184:7 187:8
187:17,23 189:7 190:17
192:4,6 208:3 224:17,19,24
236:3
discussed
8:4 76:8 77:18 84:6 94:7
95:21 100:9 124:18,23
125:1,4 138:14 157:25
158:3 191:20 197:6 230:5
236:4 255:20
discussing
25:19 43:9 97:23 101:1
104:17 130:12 158:17

discussing (cont.)
181:5 183:11,13 184:3
192:5,8,12,13 220:25
235:19
discussion
47:22 95:23 158:19 162:7
174:5 181:9,11 202:14,17
202:24 219:1 256:12,12
discussions
48:10 97:16 129:14 151:18
161:22 187:12 190:21,25
192:1 218:24 230:4
disincentive
129:10
dislocations
197:23
dispel
180:1
disposal
53:4 197:14
disregarded
101:3
disrupt
35:12 158:4
disruption
32:9,17
disseminating
214:2
distinction
46:20,23 131:7,18
distinguish
36:24 45:6
distribute
36:6 37:9 40:8
distributed
37:21
distributing
254:21
distribution
36:2 37:5,8 40:21 176:15
distributions
36:5 37:1
diversified
1:24 48:15
division
2:8 14:10
docs
229:10
document
8:21 82:21 93:24 111:3
120:22,24,25,25 121:10
124:13,16 125:14 129:3
140:1,14 176:8 198:13
205:1 209:12,19 211:7
212:6 217:25 222:5 224:9
229:11 231:1 238:21

**[document - event]**

document (cont.)
  245:25 246:18 252:9,11
documents
  99:19 105:17 106:17 155:3
  174:24 175:3 193:13 229:3
  229:9
doing
  13:5,5 17:2 41:6 54:6 77:15
  107:13 116:4,5 187:3,6,15
  191:20 193:9 197:19
  199:24 230:7,15 257:1
dollar
  19:14,15 25:19 49:15,22
  51:12 95:6 98:19 99:5
  117:2 118:12 123:2,3
dollars
  16:3 34:4 70:20,21 100:12
  108:11 115:12 157:18,20
  177:11,11 189:22 203:23
  253:1,4
dots
  50:16 227:24,25 228:17
  229:1 247:7
double
  200:24
doubt
  180:7
dovetail
  30:21,24
dow
  244:20,21
downsides
  192:20
downtrend
  160:21,22
dozens
  44:14 226:1,2
draft
  93:19 192:23 193:2,6,14
  194:6 198:18 227:10,13
  229:17 231:6 235:15
drafted
  193:22 235:14
drafter
  193:10
dramatic
  176:22 231:11 246:21
  250:17
drive
  189:20 202:16 234:20
driven
  205:14 206:17,24
driver
  34:6 157:7 219:7
driving
  203:7

drop
  122:10 175:10
dtc
  126:23
due
  129:9
duly
  5:16

**e**

ear
  229:19
earlier
  25:17 35:16 52:10 61:12
  85:15 86:17 87:6 115:7
  134:15,16,17 135:10
  137:20 138:14 141:17
  152:4 157:25 166:1 169:14
  177:5 185:5 187:24 198:16
  218:22 235:8,25 236:5
  253:16
early
  11:23 27:17 45:5 46:9,13
  48:11 49:9 55:19 75:25
  76:10 80:12,15 88:12 99:24
  102:23,24 103:17 134:22
  134:23 135:17 136:1 148:7
  180:14 192:2 197:1 244:4
  248:8 257:4
easy
  66:22
economically
  215:13 216:24
ecosystem
  26:2
edited
  194:7 230:3
editing
  229:13
educational
  11:6
effect
  21:16 26:1 172:16 188:1,1
  212:25 213:4 244:10
efficiency
  64:9
efficient
  248:21
efficiently
  70:22
efforts
  133:22 189:8,9 251:17
eif
  71:14

eight
  201:2
eighteen
  54:10 209:23,25,25
either
  11:15 89:11 91:17 146:25
  153:18 193:15 242:16
elbia
  260:5
eligible
  118:3
empty
  122:6
enact
  40:18
enacting
  212:20
encourage
  40:5
encouraging
  75:5 79:13 257:11
ended
  115:24 172:10,11
endowments
  69:20
enforcement
  2:8
engage
  53:7 54:17 57:11 58:17
  76:3 99:13 102:14,16 126:7
  129:16,22
engaged
  33:4 82:2,7
engagement
  114:23
engaging
  54:22 75:19 98:8 126:14
  129:21
engine
  23:20,25
engineers
  237:4
enjoying
  128:25
ensure
  133:25 236:16
enter
  39:8 84:2 86:9 105:14
  114:7 126:10 141:8 171:5
entered
  36:14 58:12,18 59:21
  112:17 140:11
entering
  107:15 142:20
enterprise
  197:12 215:25 216:7

enterprise (cont.)
  226:20 236:17 243:22
  254:7
entice
  43:10,13
enticement
  38:15,18
entire
  27:3,5
entities
  69:19 83:10,12
entitled
  1:14 260:8
entity
  67:24 171:18
envisioned
  116:4,5
envisioning
  203:16
epicenter
  207:19,25 209:6 233:23
  237:3 254:6

error
  35:19
escrow
  199:7,15,18 200:8 204:5
  210:11 212:20 214:22
  235:1,9
especially
  66:14 154:24
esq
  2:4,5,6,13,14,15,16
established
  21:12 202:4 203:12
estimate
  57:18 108:21
eth
  240:25 242:22 245:4,15
  251:10
ethereum
  181:3 184:4 243:1 244:18
euro
  19:18 126:19
europe
  21:20 49:14
european
  21:23 40:23
euros
  124:21
evaluate
  100:16,18,21,23
event
  241:4

**[events - fields]**

**events**
191:14 223:8 227:19
231:17 247:12,12
**eventually**
194:12 248:20
**everybody**
62:14,25 117:25 121:6
**evidenced**
87:4
**evolve**
35:21
**evolved**
42:18 54:4
**exact**
56:8 139:7 172:1 193:16
**exactly**
47:1 69:18 84:13 114:5
118:7 128:14 143:12
144:12 149:8 163:19
173:21 184:22 197:3 242:1
253:24
**exaggerated**
232:12,14
**examination**
3:3 5:18 258:25
**examined**
5:16 8:20 82:20 93:23
111:2 121:9 139:25 140:13
176:7 198:12 204:25
209:11,18 212:5 217:24
222:4 224:8 230:25 238:20
245:24 246:17
**example**
40:14 46:3 49:21 63:13
106:4 114:9 135:19 182:11
183:12 202:20 227:3 240:5
**exchange**
1:1,9 2:3,7 6:6 12:14,16,20
12:23,25 13:1,2 14:2 23:11
24:3,14,16,17 37:16 38:12
38:17 39:13 40:13,17 43:1
43:7,20 44:16,25 46:3 47:7
47:10,12,23 48:12 50:9
64:10,14 65:23 78:25 83:25
85:19 86:15 87:4 88:2 90:6
90:18,22 91:2 92:9,11 95:2
97:9,21 106:24 107:1 108:3
108:4,7,18,19 109:13,19,24
110:4 111:11 112:6 114:8
114:13 116:9,16 119:3
120:18 122:9,13 127:4,9,11
130:15 133:17 134:4,14
143:18 149:11 153:15
154:4,17,22 163:14
**exchanges**
17:16,25 23:18 25:3,11

**exchanges (cont.)**
36:15 38:7 39:23 40:24
41:11 42:15 43:10,23 44:12
45:5,7,11,19,22,25 46:2
48:3,22 58:3,13 59:8 67:15
74:9 80:2,3,6,9,11,13,24
83:6,7 84:2,10,25 85:3,9,11
86:8,20,23 87:1,2,7,18
89:17 90:3 91:10 101:24
102:9 106:12,19 108:9
110:10,13,14 114:14 119:7
131:1 132:4 133:11 134:18
138:7,11,20 139:4,19 140:7
140:10 141:8,15 149:11
154:20 162:6,23 163:15
194:19 254:23 255:9
**exclude**
59:17
**exclusivity**
114:1
**execute**
52:12
**executing**
60:18 102:6
**executive**
198:10
**exhaustive**
53:17
**exhibit**
5:2 7:1,3,6 8:10,15,24
82:11,15 84:3 85:1 93:13
93:17 110:17,21 120:13,17
120:25 139:12,16,22 140:3
165:10,14 175:22 176:1,18
179:18,19 198:3,7 204:17
204:21 209:1,5 211:2,8,18
211:22,24 212:2,8 221:7,15
221:25 223:6 224:3 230:20
238:17 245:22 246:5,6,9
**exhibits**
3:6 4:3
**exist**
21:7 83:22
**existed**
80:14
**existence**
20:23 21:4,6 60:2
**existent**
20:24
**existing**
53:4
**expand**
256:10
**expect**
107:7 186:13

**expected**
107:1
**expenses**
106:1
**experience**
9:7 11:8 113:11
**expert**
10:17 23:14 26:3 253:14
**expertise**
15:4 33:18
**expired**
67:8
**explain**
15:18 20:20 21:18 37:3
45:4 65:16 108:14 213:18
**explained**
14:24 171:13
**exploded**
161:18
**exploring**
125:13
**exposure**
171:12
**express**
110:7,10
**externally**
215:10

f

**face**
240:9
**facilitate**
64:2
**facility**
72:21
**fact**
68:4 101:22 116:25 130:25
131:3,4 169:19 173:9
181:13 207:17 210:14
**factors**
51:19,20,21 57:5 81:10
158:22
**facts**
6:10
**fair**
13:2 89:19 117:23
**faith**
207:13
**fall**
150:19
**falling**
182:20 223:6
**far**
22:14 61:11 111:14 115:6
**favor**
192:14,16

**favorably**
235:1
**favorite**
98:6
**fears**
210:23
**feature**
248:25
**february**
139:20
**federal**
6:9,11
**fee**
36:14 38:7,8 58:18 60:1,17
60:23 62:15,24 63:2,5
66:24,25 84:6 87:11,14
88:1 90:6,8,11,12,17,22
91:3 92:1,5,8,17 94:2,2,7
94:10,16 95:2,19,20,25
100:5,6,9,11 103:4,15,22
104:5 106:9 107:2,9,15,21
107:25 108:12,24 109:2
123:2 255:9
**feedback**
47:4 159:18,22 181:14
**feel**
14:18 56:22 104:9 109:2
161:15 165:2 236:18
237:22
**feeling**
113:8
**feelings**
94:22
**feels**
139:7 227:16
**fees**
38:14 60:20 62:6 73:21
87:10,25 90:9 91:2,5 92:5
93:3,7 94:22 107:3 108:9
108:11 109:10 114:15
115:16 116:6,12
**fell**
183:19 191:10
**felt**
39:25 50:5 88:13 92:9
138:9 180:6 196:12 216:4
220:5 235:9
**ferraris**
237:19
**fiat**
63:8 66:17 83:18 126:23
154:23,23 155:1,4,7 240:14
**field**
80:16
**fields**
217:3

**[fifteen - gemini]**

fifteen
32:24 145:11 160:15
213:10 240:23
fifty
19:13 150:17 195:22,24
207:22 224:23 252:25
figure
61:3 86:2 145:25
figures
71:16
figuring
210:21
file
1:4 259:4
filled
213:13 237:19
filter
129:8
filtering
129:7 130:7,11,21
final
88:23 91:20 105:16,18
147:6 250:4
finally
21:24
finance
34:13,14 57:16 60:22 61:19
73:8 105:22 199:2
finance's
147:6
financial
203:12
fincen
215:25 253:17,20 254:1
find
75:14 93:10 97:7 149:17
181:23 217:23 247:10
finding
14:11 181:13 215:25
fine
43:15 145:13 174:15
206:21 209:15 252:15
finish
41:2 99:9 125:17 129:3
252:16
finished
11:4 231:12
finsa
67:15,23
firm
53:7
firms
53:14
first
5:16 9:8,18,23 11:21 12:8
14:1 16:18 17:3 24:2,2

first (cont.)
28:21 30:5 31:23 45:13,15
45:17 55:15 75:25 77:9
99:22 100:18 107:3,8
118:22 122:1 144:7 156:7
166:6,17 173:20 176:4,18
185:12 193:14 194:6,13,20
199:5,8,22 201:6 207:20
211:6 224:4 231:3 242:2
fit
30:9
fits
████████████
████████████
62:24 218:19
flight
44:18
flow
19:25 78:25 79:2
flows
202:23 203:21
fluctuated
219:2
focus
25:14 46:5,8 54:10 72:1
82:17,23,25 84:16 107:20
138:17 206:21 211:6 215:9
215:10,21,22 216:15 252:9
254:1,8,16 256:11
focused
175:14 216:1,7
focusing
84:25
folks
12:15 13:3 19:9 53:3 74:13
74:17 86:21 96:24
follow
186:2 252:11
followed
149:12
following
233:23
follows
5:17
foregoing
259:10
foreign
13:1,2

forget
193:16
forgot
79:5
forks
244:19
form
3:7 6:25 8:2 122:12 216:9
formal
6:14,19,22
format
194:13
former
161:12
forth
10:10 15:1 19:23 119:16
174:6
forty
178:10 207:21
forum
229:11
forward
155:25 176:2 178:14
215:16
found
86:22 171:22
four
45:18 59:8,12 200:15,18
201:1 202:14 237:9,13
255:14 256:23
framework
101:11 114:1
████████████
frankly
244:6
free
38:14
freely
144:19
freeze
195:22
frequent
158:16
friday
155:12,13
fridays
56:25 57:1
fruition
11:3 155:2
fueled
215:2
fulfill
71:6 72:25
full
5:19 26:14 136:10 142:12

fully
248:9
fumbling
134:23
function
31:4,8 33:19,25 35:23
fund
24:21 53:20 57:17 158:1
163:23 168:25 169:3 181:3
181:5,7 183:25 184:2 237:9
funded
255:1
funding
34:2,8 254:22
fundraising
31:13 55:7
funds
53:25 54:23 55:23 69:14,15
69:18,20 70:8 74:17 79:18
118:1 141:18,21 142:1,9,21
143:8 145:20 159:6,13
funny
119:24 120:2
further
213:7 234:19 260:11
future
48:18,19 74:15 127:7 228:2
futures
15:15 207:11
fx
19:11,15,16 20:17 66:18
74:25 202:5 253:2

**g**

████████████
████████████
gain
207:13
gained
185:4
garlinghouse
78:4 95:22 151:22 155:18
176:5
gateways
23:19
gathered
154:9
gc
199:3
████████████
geared
109:11,15 112:1 117:24
████████████
████████████

**[general - held]**

**general**
93:1 109:3 136:12,15 143:6
150:3 181:21 189:25 223:9
228:11 242:23 256:13,16
**generally**
76:10 85:18 92:24 98:9
112:16 113:8 137:3 142:8
143:7 159:22 160:8 177:6
182:6 193:12
**generate**
116:19,22 141:24

▮▮▮▮▮▮▮

14:6 170:11
**german**
222:19,20
**getting**
41:15 46:5 48:5,21 125:20
153:19 181:14 252:14
253:2
**give**
45:10 50:7 93:9 114:25
121:5 134:4 145:13 179:5
187:5 196:16 206:1 213:21
257:20
**given**
26:13 35:11,13 101:22,22
101:23 113:19 196:18
211:11 212:12 215:1
**giving**
14:18 37:7,20 115:24
**gleaning**
75:1
**go**
21:22 24:14 33:23 46:2
52:25 54:14 57:23 61:3
70:24 88:24 104:19,21
107:21 134:25 135:9
177:10 186:16 188:25
200:18 204:11 207:15
213:7 214:24 215:7 221:12
234:18 235:12 237:7,18
239:12 250:16 258:3,18
**goal**
34:21,25 41:19,22,23 59:15
61:22 76:12,21 80:16 85:25
95:14 157:12,21,24 197:19
198:2 215:11 243:25
249:22,25
**goals**
252:19

**goes**
80:3 130:23 163:24 164:1,2
164:9 227:23 237:21
247:11
**going**
15:10 17:9 24:10 29:11
37:22 48:1,12 49:25 53:16
56:10,23 63:24 64:22 65:3
68:22 71:2 72:16 74:3,23
77:20 80:18,21 84:16,24
88:21 89:11,18 92:10 96:19
106:8 107:3 113:13 119:24
120:3 124:18 129:6 131:1
131:25 143:11 152:18
155:25 163:20 166:24
167:24 168:18 170:4 171:8
172:19,23 175:11 177:13
178:14 181:2,6 184:14
188:24 189:5 190:12
191:24 196:10 197:17,20
201:6,15 202:7 206:10
210:9,17,18 211:8 212:7
216:5 219:13,18,20 220:24
227:4,8 241:16 244:17,22
252:13 258:14
**gold**
10:11,12,15,17,23 19:7,9
19:20 66:18 77:12 202:5
217:3 252:24 253:2
**good**
5:23 22:25 98:20 113:14
115:5 132:19 133:19 150:7
194:23 207:12 213:13,15
214:18 215:5 217:5 240:2
**google**
229:10
**grab**
221:10
**grade**
236:17 252:21,23

▮▮▮▮▮▮

8:23 128:24 189:23 213:16
214:6,7 215:13 216:23
224:11
**greater**
236:10
**grew**
137:4,6 138:5,20 167:13
245:10
**griffin**
14:14 26:25 93:18 110:22
180:16
**ground**
229:20

**group**
12:15 48:15 160:6 180:17
197:9
**grow**
15:14,16,18 26:11 43:1,7
49:17 92:17 163:4
**growing**
15:2 18:13 28:6 30:10,24
47:8 102:5 106:25 107:4
138:17 155:7 160:23
173:10 228:3
**grown**
17:1
**growth**
65:20 107:8 154:17 167:16
231:14

▮▮▮▮▮▮▮

**guarantee**
60:10 112:4,7 115:4,8,17
117:11,13 118:13,16,18,20
118:22 220:23
**guaranteed**
114:25
**guaranteeing**
115:10
**guarantees**
60:14 112:2,10 114:18
115:6,24
**guess**
18:7 31:23 114:6 151:6
167:14 168:5,9 216:5
218:14 238:24
**guesses**
35:18
**guessing**
84:19 100:3 152:9 168:12
**guo**
2:16 7:21,21
**gut**
233:1
**guy**
76:2 217:9
**guys**
56:11 60:8 124:22 174:20
177:5 188:23 196:9 210:18
237:16

**h**

**half**
16:7 28:21 84:16,17 173:20
201:1 221:1 226:1 227:16
**hand**
5:7 28:9 59:11 254:3
260:16

**handed**
28:1 29:18 30:2 64:13
**handing**
82:10

▮▮▮▮▮▮

**hands**
165:5
**happen**
9:16 14:4 23:21 24:24 25:2
42:1 48:18 70:23 71:17,18
89:12 140:21 144:15,16,18
172:2 214:21 243:3
**happened**
41:24,25 42:13 46:16 57:15
65:17 118:4 119:14 149:16
149:18 172:24
**happening**
26:2 156:3 172:3 185:19
206:2,19 232:21 246:13
250:5 251:6
**happens**
24:12 42:25 56:5 74:25,25
80:1 89:11 131:15 154:2
226:5
**happy**
14:19 23:4 49:2
**hard**
18:21 40:18 84:12 172:19
200:10 237:25
**hate**
56:22
**head**
10:15 14:10,22 26:10 27:11
45:6 102:4 111:8 120:8
200:11
**heading**
112:25 201:7
**hear**
11:21,24 138:1 180:9
199:11 225:16
**heard**
12:8 14:1 17:3 100:22
**hearing**
1:14 220:10 228:25
**hedge**
19:18 42:19 69:15 74:16
169:3
**hedgers**
135:15
**hedging**
19:8
**heels**
223:6
**held**
151:11,24

**hell**
237:23
**help**
14:11 49:17 51:14 64:2
76:16 81:4,7 85:20 87:2,20
92:17,19 102:11 117:13
199:7 200:5 215:11
**helped**
207:13 223:10,14
**helpful**
49:5 98:20 116:24 180:1
216:14 251:15
**helping**
92:21 234:20
**henry**
6:2
**hereunto**
260:15
**herrera**
6:2
**hesitant**
71:2
**hey**
70:19 71:12,15 73:3 77:7
115:11 116:7 118:25
159:10 189:1 256:19,21
**high**
31:19 33:24 34:24 109:7,15
109:20 117:22 118:1
168:10,11 186:10
**higher**
62:6 86:16 215:12 216:23
217:1,7,14 228:14,15
**highest**
163:12
**highlights**
246:1
**highly**
225:24
**hindsight**
19:2 225:23
**hired**
193:4
**hiring**
15:20
**history**
39:23 99:19
**hit**
115:1,2
**hmm**
14:3 30:13 41:10 111:22
128:3 146:4 168:16 178:8
192:3 210:8 214:13 224:7
235:16 236:12 255:2
**hoc**
158:20,21

**hold**
184:2 239:1 247:9
**holder**
179:3 187:7 189:4 191:9
**holders**
97:13
**holdings**
179:22 182:1,22 184:8
186:24 201:11
**honest**
127:1 200:22 225:14
**hopefully**
258:17
**hoping**
37:15
**hours**
237:13,15
**house**
33:17 222:11
**hundred**
59:10 63:7 73:4 114:21
138:7,20,25 149:9 203:22
219:8 240:23 253:1,3

**i**

**icos**
244:19
**idea**
10:22 21:25 22:18 40:25
41:2 51:11 70:18 71:3
74:20 76:3 94:12 107:2,10
119:5 144:1 151:17 157:16
157:22 164:24 171:3
178:25 179:23 189:25
196:11 197:11 202:6
212:20 255:20
**ideas**
35:11 57:7
**identification**
5:4 8:12 82:13 93:15
110:19 120:15 139:14,24
165:12 175:24 198:5
204:19 209:3 211:20 221:9
221:17 246:8
**identified**
3:6 4:3 85:3,9
**identify**
83:5 109:19 146:6,11
**identity**
146:12
**ignore**
26:19
**ii**
66:4,5,7,8 67:23
**ilp**
253:8,10,14

**imagine**
21:9 184:14
**immediately**
172:13
**immigration**
87:19
**impact**
34:7,7,21 35:4,5,6,8,8
144:22 145:9 150:17,20
151:3,5 157:13 190:22
191:5,15,21,21 214:8 220:5
225:2,4,10,15,18 226:3,13
**impacted**
208:8,9
**impacting**
34:23 35:1 51:15,16 57:8
59:15 191:1
**imperative**
150:8
**important**
47:22 49:11 50:5,14,15
51:9 54:3,5 59:7 64:24
65:21 76:9 79:1 89:14,16
89:22 112:6 150:10,12,13
150:14 154:24 155:6
194:17 197:13 198:1 207:5
211:10 231:10 249:9,10,12
249:17
**importantly**
215:8 236:13
**improve**
134:2
**inability**
42:19
**inaccurate**
8:24
**inbound**
153:19
**inbounds**
69:11
**incentive**
39:18 58:19 87:14 90:13
91:3 92:2,6 94:3 103:4
106:10,21 107:16 108:24
110:1,8,24 111:20 112:1,21
117:20 120:11,20 121:24
121:25 123:3,21 129:15
139:19 145:16 254:24
**incentives**
36:19,20 44:4,6 84:7 87:8
100:7 108:15 109:4,11
**incentivize**
129:16
**incentivized**
85:16

**include**
132:4 194:5,17 232:2,22,23
242:7 247:13
**included**
117:25 124:11,12 166:11
**including**
244:8
**inclusive**
140:12
**increase**
32:13 40:9 51:14,15 57:3
76:6 78:21 79:6,21 80:9,25
81:4 82:2,7 85:5 89:23
95:10 117:20 134:18
143:24 145:18 157:9
158:23 160:25 161:1,3,4,8
167:8 172:25 173:4 177:6,9
177:13 178:9 185:3,8,11,22
186:14 187:25 190:8,16
191:3 200:4,8,16 204:14
205:3 206:14,23 215:18
217:18,20 218:15,18
224:13,20,23,25 231:11,13
231:20,24 232:3 238:11
240:19 246:21,25 247:2
250:6,7,13
**increased**
81:2 157:6,10 161:13
167:11 177:7,17,18 199:16
205:7 207:12 218:4,16,16
218:17,20 247:17
**increases**
167:4 219:9 234:11 248:19
250:17
**increasing**
82:4 161:14 176:23 177:17
218:8,9 219:15,15 230:6,14
249:6,7 250:10
**incredible**
231:18,20
**incredibly**
80:14 92:10 237:24
**incur**
87:19
**independent**
125:14
**index**
73:6,7 174:3
**india**
21:21,24 22:3,3,5,5
**indicate**
200:17 201:9
**indicating**
202:1 210:1
**indicative**
64:21

[industry - kind]

**industry**
250:23
**ineffable**
92:8
**infancy**
243:25
**inflammation**
97:12
**inflating**
162:20,22,23
**information**
18:22 128:11 131:8 133:12
154:8 155:11 165:15 175:7
194:4,9,16 225:20
**infrastructure**
74:8 76:19 77:1
**ingesting**
148:19
**initial**
19:22 80:22 99:8 177:13
192:8 205:12
**initially**
22:18 35:22 72:5 194:6
257:20
**initiate**
196:22
**initiated**
25:12
**input**
227:17
**inputs**
232:22,24
**inside**
132:12 165:3 174:2
**insight**
164:21
**instance**
38:11 40:22,22 157:4
226:16
**instances**
90:5 191:13,19
**instill**
188:13
**institutional**
252:21,22
**institutions**
248:20
**instrumental**
234:20
**integrate**
87:20
**integrated**
127:3,3,11
**integration**
47:17 48:9 87:25 91:4,7
127:12,13

**intention**
112:8
**interacting**
39:22
**interaction**
39:14 96:11
**interactions**
40:14 103:11
**interconnected**
188:24
**interest**
8:2,5 13:13 15:14 66:25
67:1 97:13 132:1 143:20
176:23 177:18 201:18
202:6,9 234:20 257:23
**interested**
9:20 260:13
**interesting**
14:15 17:8 243:18
**interim**
176:19,21
**interledger**
253:9
**internal**
12:22 23:25 103:12 216:15
**internally**
12:14 76:9 215:10,21
228:25
**internship**
12:21
**interoperability**
253:8
**interview**
211:4,6 221:3 233:24 237:3
252:9 253:7,18
**interviewing**
30:4
**intimated**
182:5
**introduce**
119:8 240:3
**introduced**
46:11 117:6,10 185:14
252:16
**introduction**
64:12 118:24 185:7
**intuition**
233:14,14
**invest**
38:23
**invested**
12:7,13,17 13:12,15
**investigation**
6:5,10,15
**investigative**
259:12

**investing**
171:2 236:21
**investment**
12:6,10 13:9,19,20 16:21
38:24 39:21 70:2 170:22,25
236:14
**investments**
39:3
**investor**
13:24 88:12 170:7 171:11
171:14 172:7 176:13,22
177:18
**invites**
240:21
**involve**
13:21 47:17 106:9
**involved**
10:5,20 11:15,16 36:1,3
39:2 41:15 64:12 96:20
97:15,18,20 98:11,12,15
122:19 139:2 160:3,6
174:11 175:14 191:25
195:15 227:1 237:4
**involvement**
10:13 11:25 12:9 41:18
166:18 178:19,23 195:17
**involving**
9:25 100:6
**issue**
10:23 96:4 192:10 195:12
202:18
**issues**
8:4
**issuing**
178:20 192:1

**j**

**january**
110:23 113:2 120:19
163:18 246:11 258:17
**japan**
19:17
**jed**
182:8,10,12,13,17 183:12
**jennifer**
2:14 7:16

**job**
14:15 15:6,7,13,16 31:12
100:18,20 234:4
**joelkatz**
212:1

**johnson**
193:4

**join**
6:2 227:24,25
**joined**
19:3,4,5 20:4,6 21:11 33:17
44:19 52:17 53:8 55:17,18
97:24 144:8 156:10 179:19
193:20
**joining**
97:22 142:11,13 188:17
**jon**
2:5 5:25
**jorge**
6:2
**journalist**
222:15
**joy**
2:16 7:21
**july**
93:18 175:16
**jump**
119:22 120:9 121:13,17,22
168:14
**june**
176:2 178:3
**junk**
53:18

**k**

**keep**
63:6 147:1 177:12

**kept**
108:11 173:9,14,15
**key**
74:22 79:24 190:17,18

**kind**
12:21 16:24 19:8 20:16
22:6 26:14 31:17 34:7
37:19 46:23 64:13 65:20
69:16,18 74:1 76:12,21,23
78:22 107:5 137:6,8 138:9
155:4,5 159:8 160:21
173:16 187:4 189:24
190:24 197:25 202:4
214:16 216:14 228:23,24
232:25 237:3 244:23
245:11,13 249:20 255:17

**[knew - listed]**

**knew**
74:18,18 149:12 156:3
**know**
8:19 13:11,15,18,22,25
14:16,16 16:11,12,15 17:12
18:6,22 20:9 21:1 22:11,20
23:3 27:18 32:20 33:4 34:9
34:18,24 36:13,14,25 37:18
41:24 46:15,20 47:17 48:8
62:10 64:14,20,24 65:5,7
67:16,21,25 68:2,2 69:18
70:1,6 74:18 81:8 82:19
85:3 87:19 89:25 90:19,21
92:24 93:22 94:2,20 96:6
96:24 98:14,22,25 99:4
100:20 101:8,12 103:25
106:3 108:8,8 109:21
110:13,16 111:1,14 114:13
114:24 116:1,3 120:5,7
122:12 124:17 127:4,14
128:14,15 131:6,24 132:20
133:19 134:11,13 136:14
136:20 139:6 142:14
144:11,23 146:16,18,19
150:7 151:12,16 152:9
154:10,19 158:17 160:2
164:16,23,25 165:8,9
167:10,12 170:10 171:1,7
171:15,20 172:8 173:24
174:8 176:10,25 178:15
190:6,15,17 197:10 198:11
198:25 203:12 204:9,9,12
205:5,23 213:2 214:3
219:17 222:7,17,17,22,25
224:1 225:15,25 228:21
230:13 231:25 233:8
234:15,22 236:20 237:10
237:14,17 238:7,12 239:8
239:11 241:8 242:4 245:20
246:22 248:3 249:10,11
250:12,15 251:10 252:1,3,4
252:5,5 253:12 254:18
255:10,18 256:15 257:24
**knowing**
96:17 101:12
**knowledge**
165:3 254:4
**known**
34:14 146:15
**korea**
59:2

**kyc**
67:20

**l**

**labs**
1:5 6:7 170:8 210:16 259:2
**lack**
181:21 187:18 212:21,22
251:8
**lacking**
20:18
**lamborghinis**
237:20
**large**
42:5 48:2 71:2,20,23 72:25
74:18,20 75:3 79:24 86:22
95:2 97:13 143:8 144:22
146:6 151:1,4 167:4 169:5
170:1 171:17 172:5,25
183:9,16 189:4 197:10
202:3,22 203:12,17,21
247:18
**largely**
137:7
**larger**
45:24 86:14,25 87:1,3
89:17 104:20,22 137:10
**largest**
40:15 102:9 179:3 187:7
191:8
**larsen**
78:8 180:22 194:2
**lastly**
215:7
**late**
11:23 14:6 46:13 55:11
66:2 135:17 142:25 161:14
161:16 185:7 193:1,3 247:6
252:14 257:4
**launch**
50:1 114:19 124:4,19 125:5
126:18 134:1 184:1 192:8
**laws**
6:9,12
**layer**
216:2
**lead**
26:15 131:20 186:1 199:16
201:19 242:11
**leadership**
182:21 206:1
**leading**
157:7
**learn**
9:8,11 12:12 13:4 16:18

**learn (cont.)**
88:8 172:9
**learned**
9:18 13:8
**learning**
16:20
**leave**
28:17,20 29:22 175:15
**leaves**
24:19
**leaving**
29:6 229:13
**led**
61:13 185:10 223:11,24,25
**ledger**
16:9 17:11,13 22:22 23:18
23:19 24:1,13,21 25:3 26:3
133:15 236:15,22 237:13
238:4 254:23
**ledgers**
23:20,22

**left**
11:4 28:23 29:9 196:2
**leg**
75:7,8 197:21 240:16,16,17
**legal**
193:16
**legged**
74:6
**legitimate**
86:22
**legs**
74:11 95:16,17 135:12,13
135:19
**lend**
117:14,17 256:24 257:10
257:13
**lender**
255:18
**lending**
235:22,24 236:3 255:17
256:2
**length**
220:25
**lessen**
187:5
**level**
31:19 33:24 34:24 150:22
218:20 252:20
**leveraging**
178:14
**liaison**
96:9

**lieu**
255:9
**light**
34:8
**likelihood**
113:13
**limit**
115:19 153:6
**limited**
114:19 190:6
**line**
214:19 229:19
**lines**
106:24 253:5
**link**
206:8
**linked**
211:23
**liquid**
225:24
**liquidate**
32:7 33:2
**liquidated**
250:24
**liquidation**
33:11 158:3
**liquidity**
14:25 15:3,14,16,18 20:16
26:11 30:10,25 40:17,20,25
41:4,8,12,14,16,20 42:6,10
42:12,16 43:1,8 47:2,9
49:18 50:3,4,6 60:10 65:23
66:11,23 71:3 72:8 77:10
79:15 83:25 85:25 86:6,14
92:18 102:5 107:4,6 112:3
112:5,9 113:17 114:12
117:5,7 118:25 119:2 122:7
134:2 135:15 152:22
189:10 199:7,25 200:5
201:19 202:16,23 203:7
228:2,6,12 235:21 236:4
245:10,14 248:22 251:20
251:22 252:21,23 254:22
256:8,13,23 257:14,16
**list**
38:19 39:18 43:11 45:22
60:15 84:9 92:25 94:8 97:9
131:2 140:12 141:15
149:11 176:15 181:2
202:13 247:11
**listed**
43:23 46:1 48:22 50:8 59:9
80:6 84:2,10 85:1,24 89:2
102:19 131:25 132:11
133:17 138:20 139:1 181:2
193:22 225:12 231:23

**[listed - marked]**

**listed (cont.)**
246:11
**listing**
17:17,22 36:15 38:13 39:15
39:17 45:17 47:12 48:23
50:13 60:11 85:19 86:1
87:8,9,11 88:1 89:13 90:6,8
90:9,11,17,22 92:8,17 93:4
95:4 99:17 100:4,19 101:15
102:8,17 122:1,10,18
124:20 126:23,24 131:14
131:20,23 133:23 138:20
139:18 140:6
**listings**
41:3 45:15 47:14,25 51:9
59:10 79:25 80:8 81:2 82:4
85:16 107:14 122:13
134:18 139:1 141:10,11,12
194:18 215:14
**lists**
125:8 165:22
**little**
14:20 24:11 25:21 28:12
32:8,8,17 33:21 37:3 40:3
59:7 60:25 69:17 71:11
76:14,25 77:1,2 87:21 92:1
106:25 141:18 156:7,18
157:13 162:2 170:6 186:16
199:10 234:18 241:18
249:21 251:25 253:16
256:14
**live**
113:1
**lives**
78:11
**loan**
65:8,17 166:2,3,6 256:7
**loaning**
66:1,10 68:5
**loans**
66:3 67:7 179:12 194:14
256:16,17
**loathe**
74:2
**loathed**
94:9
**location**
259:6
**lock**
143:7,9,10,13,15,18 144:6
144:9,13,16,25 145:3,15
169:8,13,16,20,23 171:18
171:20 172:3,6 187:12
190:21,25 195:14 196:3,6
196:23,24 197:5,6 205:4,8
205:15 206:9,15,24 207:4

**lock (cont.)**
207:20 208:4,8 210:25
211:15 213:9 214:22
**locked**
195:25
**locking**
187:9
**log**
52:7
**long**
62:16 78:5 92:10 95:10
99:19 113:3 120:1 170:4
171:14 174:4 188:19 199:1
200:2 202:16 203:7 211:4
223:17
**longer**
47:11 76:24 83:22 104:4
143:15 144:5 154:25
169:14
**longstanding**
245:9
**look**
8:18 14:19 16:25 48:12
74:16 77:9 82:18 93:21
110:25 124:15,20 127:1
154:16,18 166:22 167:3
168:13 175:3 185:24 186:3
186:7 193:17,18 198:11
208:23,24 211:25 219:24
225:23 238:10
**looked**
133:8 154:19 203:4 208:21
233:20,22
**looking**
14:9,9,11 71:19 84:2 149:2
149:10 154:22 164:14
206:17 207:2 233:16,22
235:20 244:24
**looks**
119:4 141:12 167:21 178:2
219:4 222:14
**lose**
71:1
**loss**
183:11
**lost**
37:24
**lot**
19:8 22:20 42:20,23 45:21
58:9 74:13 78:10 109:9,18
122:12,14 131:19 137:2,5
137:16 151:9 158:16,24
162:3 179:20,21,21 206:18
217:2 244.17,22
**louder**
9:2

**low**
42:16 197:15
**lower**
157:4 162:13
**lowered**
161:15
**lowering**
161:23
**lowest**
166:23
**lump**
210:15
**lunch**
129:4
**lynchpin**
78:23 79:10

**m**

**madigan**
28:14 175:17
**mail**
3:9,10,11,12,16,17,18,25
56:9 57:12,13,14 64:12
73:3 82:14,15 83:5 84:8,15
93:17 96:14,18,22 97:3
98:17 99:8 100:2 110:21
114:22 116:3 118:5 120:17
120:18 121:1,7,16,17
122:17,25 123:8,10,14
153:19 176:1,4,11 177:20
178:1,12 179:17 186:5
198:7 204:3,21,22 205:6,9
205:10,11 206:13,22 208:6
211:1,23 212:7 213:3,8
214:16 221:25 223:5
233:20
**mails**
123:5 235:5 236:24
**main**
168:25 190:10
**maintain**
161:7
**maintains**
237:12
**major**
129:9 222:21 250:22
**majority**
16:4 80:5 216:4,6
**maker**
53:20 56:5 59:20 64:11,15
65:2,4,5 66:15,24 72:24
83:20 104:14 109:17
112:24 117:10,11 118:22
118:25 256:16,22 257:14
**makers**
19:10 33:1,12,14 52:11,15
52:16 53:2,8,11,12 54:1,4,9

**makers (cont.)**
54:17 56:9 57:10,17,23,25
58:1,17 60:7,17,22 61:7
62:3,7 63:12 64:3 65:8,18
65:22 66:1,12,22 68:5 69:4
70:15,16 72:1,9 73:12
74:12 77:3 79:4,15,17
83:19 109:8,11 110:7 112:2
112:12,14,17 117:3,4,7,18
118:2,13,16,18 119:8
121:25 122:3 123:22 124:1
124:25 125:2,5,7,9,11,19
125:20 126:5,6,13,21,25
127:17 128:5 135:14 137:2
137:9,11 147:17,20 148:22
149:8 159:6 175:5 236:3
256:8
**making**
65:6 109:12 131:17 148:21
177:21,24 199:25 215:11
233:4,9
**man**
89:7 166:13
**management**
30:7 69:20
**manager**
155:19
**managing**
74:17
**mandy**
2:6 6:1
**manipulation**
64:21
**manipulative**
110:1 129:23
**manufacture**
19:17
**march**
82:16 207:18 211:11
213:15 216:11 224:21

**mark**
8:9 246:5
**marked**
5:3 6:25 8:11,15 82:12,15
93:14,16 110:18,20 120:14
120:16 139:13,15,23 140:3
165:11,13 175:23,25 198:4
198:6 204:18,20 209:2,5
211:1,19,22,24 212:8 221:8
221:16,25 224:3 230:20
231:5 238:17 245:22 246:7

[marker - minimized]

**market**
3:21,22,23,24 4:4 10:17
18:13 19:7,10,14,15,20
20:18 30:20 32:9,25 33:12
33:13 34:23 35:2,4,5,6,9,12
45:6 49:15 50:3,8,10,11
51:13,15,17 52:11,14,16
53:1,8,11,12,20,25 54:4,9
54:17 56:4,9 57:8,10,17,23
57:25 58:1,16 59:16,18,20
60:7,17,22 61:6 62:3,7
63:12,15,24 64:3,11,15
65:2,4,5,6,8,18,22 66:1,12
66:15,22,24 68:5,9 69:4
70:14,16,25,25 72:1,9,24
73:12,14,15 74:7,9,12 75:3
75:17 76:9,16,17 77:3,5
79:3,14,17 83:19,20 108:17
109:4,8,11,17 110:7 111:25
112:2,11,14,17,24 117:3,4
117:6,10,11,12,18 118:2,13
118:16,18,22,25 119:8
121:25 122:3 123:21 124:1
124:25 125:2,5,7,9,11,19
125:19 126:5,6,13,21,24
127:17 128:5 130:25
135:14 136:24 137:1,1,4,5
137:9,11 147:17,20 148:22
149:8 151:11,15,25 152:18
153:22,24 154:14 156:22
157:6,15 159:6 160:1
173:10 175:5 179:4,7 180:2
180:10 181:23 182:1,6
183:10,17,19 185:19,25
186:23 187:3 188:1,5 189:2
189:3,9 191:12 195:12
197:10 198:1 203:13
206:10 208:18,20 212:23
213:22,23 214:17 215:4
219:16 220:10,17 227:13
228:12 230:7,14 231:5
233:6,13 234:9,25 235:11
236:3 242:7 245:6,12,23
249:14 250:19 254:25
256:7,16,22 257:13
**marketing**
130:23 132:5 133:21,22
193:15 201:8,12 222:9
227:17 228:22,23 229:22
229:23 241:24 242:2
**marketing's**
234:7
**markets**
14:10,23 15:4 19:12 20:17

**markets (cont.)**
26:10 27:12 28:2,9 29:19
30:3,25 45:21 66:11 71:4
75:2 77:11 102:4 109:12
117:14 119:1 124:3 137:3,8
137:13 138:5 150:8 165:17
166:12 168:7 171:21
172:18 178:20 186:11
187:2 188:5 193:6 196:12
201:18 202:4,4,5 203:3,8
204:24 205:25 206:2,20
207:13 211:13 212:13,15
215:1 223:20 224:15,16
225:23 227:23 228:16
230:21 236:7 238:18,18
244:9 246:10 247:6 249:18
257:8
**market's**
220:13
**marking**
229:12
**marriage**
260:13
**massive**
19:12 50:3 219:25
**match**
129:10 130:6,20 146:12
243:23 244:1
**matching**
23:20,24 129:7 130:7,8,11
**matchmaking**
239:23,24
**material**
92:22 150:17,20 151:2,5
**matter**
1:3,14 6:7 23:5 43:18 86:3
152:6,8,10 249:23 259:2
260:8,14
**mattering**
249:4
**matters**
259:11
**mature**
76:17 237:25
**mccaleb**
182:8,12
**mean**
12:2,19,24 17:12 20:20,23
21:18 22:13,23 27:16 30:5
31:9 35:6 36:3 37:17,19
43:7,10,20,25 44:25 45:2
49:7 51:17 60:25 64:23
68:25 76:5,8 78:1,17 79:12
79:23 82:23 84:11 87:12
91:20 95:5 98:2 100:1
105:3 109:14 110:3 114:3

**mean (cont.)**
114:20 115:22 118:19
122:24 123:24 124:13
125:12 127:12 128:19
130:2 134:9 136:15,18
139:3,6 148:25 150:16,23
151:6 152:12 154:1 157:19
159:1,4,22 160:11 161:2
165:4 171:19 181:8 183:18
183:23 185:24 187:11
189:15 194:21 200:25
202:3 208:10 212:15,17
214:7 217:8,19 219:8,12
225:11 228:10,16 239:24
241:3,22 243:16 252:22
**meaning**
19:16 133:9
**meaningful**
240:22 241:4 242:12,21
248:12
**means**
35:7,7,8 37:9 123:25 130:6
130:8 134:11,13 215:13
**meant**
84:13 90:11 111:24 114:5
116:2 125:2 138:22 212:23
**measure**
35:5 52:4,6 56:18
**measurement**
128:2
**mechanism**
190:13
**media**
132:23 249:8
**meet**
34:2 155:14 240:9,10 244:5
**meeting**
56:25 57:2 148:17 155:14
155:15,23 156:10 159:19
159:20,24 180:11,13,15,18
180:25 183:7 184:6 186:17
187:9,23 188:21 218:23,24
**meetings**
156:8 181:16
**membership**
228:3
**memo**
104:24
**memory**
53:17 121:12 177:21 205:7
241:17
**mental**
31:7
**mention**
82:3 207:19 208:7,8 210:24
215:23 224:13

**mentioned**
51:10 55:8 83:18 135:10,22
138:4,5 148:17 155:4
170:13,15 179:15,16
185:18 187:1 208:5 213:12
244:16 245:8 253:18 254:5
258:15
**mentioning**
184:11
**mentions**
179:23 186:4 225:1
**merino**
260:5
**messages**
132:22
**messaging**
216:2,8,20,21,22 254:11
**met**
156:17
**metals**
15:15 75:1
**metaphor**
74:7
**mexican**
40:17
**mexico**
40:15 49:24
**mid**
55:11 75:24
**middle**
176:18 201:16 211:9 231:8
247:5 249:24 250:18,18
253:6
**miguel**
1:7 3:4 5:14,21 259:3
**milestones**
248:19

**mind**
17:23 77:13 91:6 116:13
230:22 255:16
**mine**
230:3 232:5 246:1
**minimize**
34:21
**minimized**
34:7

[minimizing - number]

minimizing
144:2
minimum
114:18
▉▉▉▉▉▉▉▉
minuscule
16:2 18:2 252:4
minute
33:22 56:16,16 93:10 221:4
258:2
minutes
176:5 209:9
mis
180:1
missing
74:22
mistake
172:4
mistaken
63:4
mistrust
179:22
▉▉▉▉▉▉▉▉
mitigating
61:21
mix
137:14
mm
14:3 41:10 111:22 128:3
146:4 168:16 178:8 192:3
210:8 214:13 224:7 235:16
236:12 255:2
model
144:2
moment
8:18 82:18 89:9 93:21
110:25
momentum
134:5
monday
56:7
monetize
143:22
monetizing
145:10 171:24
money
20:2 21:19 49:23 55:6 70:3
71:1 75:16 143:25 163:25
164:3,4,10 165:8 197:20
217:11,12,14 237:10,21
240:7
moneygram
49:22 77:6 188:10,25
203:22 247:25

moneygrams
188:7
monica
199:1
monitor
110:15 128:10 146:24
147:7,8,14,19 149:25 150:3
153:13 154:13
monitored
154:10
monitoring
148:11,14 149:4,21 150:6
152:19,19,21,24 153:1,5,7
153:10,23 154:7 243:5
month
28:22 115:13 147:13
195:25 220:25
monthly
195:23
months
27:18 38:13 54:10 107:4,8
113:6,7,10,13 195:24
morning
5:24 52:10
motivating
81:10
move
20:1 21:19 22:3 51:7 62:13
97:14 189:18 190:19
197:20,21 198:2 207:16
moved
24:22 105:24 152:14
242:24 243:14
movement
133:14 151:2
movements
35:12 75:17 146:14 151:4
242:25 243:8 245:18
moves
186:1
moving
151:8 173:10 233:5
msb
66:9
multiple
7:25 193:23
multiples
218:9
multiplied
201:2

n

name
5:20,20,24 14:7 166:2
170:12 193:19,19 224:5
229:6,8 240:10 259:15

names
7:12 14:19
narrative
223:14
nassau
260:4
natural
129:10
near
127:7
nebulous
80:20
necessarily
58:14 109:14,16 243:10
250:9
necessary
201:19
need
16:24 19:10,22 21:19 22:1
34:3 43:12 63:14 64:14
65:5 70:19 74:2,13 75:2
76:22 91:18 92:19,23 93:2
105:4,11 106:4 122:7
128:13 160:3 184:17
188:15 202:15 209:16
216:13 258:16
needed
14:25 34:14 41:8 46:25
47:3 67:22,22,25 72:25
89:3 94:23
needing
72:8
needle
97:14
needs
34:2
negotiable
88:25
negotiate
36:9 62:2,12 68:23 89:25
90:2 91:22,25 105:6,8,13
169:24
negotiated
60:21 61:13 67:2 91:9
92:14
negotiating
62:8 105:16
negotiation
61:5 89:8 119:3 122:20
negotiations
62:4 96:19
neither
65:14,15
net
63:5 118:1

network
228:1,4
new
1:11,11 2:10,10,18,18 29:8
90:21 133:17 169:2 216:9
216:12 246:5 259:6 260:2,6
news
9:12 16:25 162:4 207:12,15
213:14,15,21,24 214:1,5,18
215:5 225:3 241:5 247:3,12
newspaper
222:19
nice
118:11
night
237:15
ninety
138:7,19 164:24 168:15,20
non
36:2 48:14,14 88:25
nonresponsive
37:23
nonverbal
26:13 113:19
normal
52:7
normally
235:14
north
105:3,4,19
nos
221:15
notary
260:5
noted
121:18
notice
1:15
notify
63:23
notion
149:9
notional
152:16,16
november
11:20 26:7 54:15 97:24
142:17 166:16
number
7:1 86:1 98:19,23 99:5
100:13,16 101:1,5,7,10
116:7,13 119:8 120:17
128:21 157:23 173:4
202:14 211:8 221:25
231:16 239:6 249:6,8 250:6
250:11 259:4

**[numbers - part]**

**numbers**
45:10 136:16,17 139:7
162:9 166:12 173:14,15,23
175:10 200:11 210:3
**ny**
1:4 6:7 259:4,6

**o**

**objective**
199:22 201:9
**objectives**
199:20,21
**obl**
138:15
**obviously**
163:24 166:25 168:11
**occur**
23:8,9 147:10 153:14,14
180:13
**occurred**
41:23 153:16
**occurring**
9:13
**october**
120:21
**odl**
256:4,9
**offer**
66:16,17 100:5
**offered**
100:8
**offering**
97:11 143:17,20
**offers**
96:16
**offhand**
101:3
**office**
237:18,19
**officer**
6:3
**officially**
28:1
**oh**
67:11 88:16 89:7 128:24
166:13 210:6 241:14 246:2
246:16
**oil**
217:3
**okay**
8:22 13:2 16:1 17:8 22:25
25:16 26:18 27:21,25 34:12
37:11,24,25 43:14 44:20
45:9 46:2 47:20,21 50:17
54:19 55:13 57:22 58:21
59:24 63:22 65:15 69:10
70:14 74:5 75:2 82:22 83:2

**okay (cont.)**
86:2 87:16 93:11 94:15
99:8 106:3,8,16 110:6
111:4 121:4,11 123:23
126:20 128:23 129:1,5
134:25 137:19 139:6,9,11
139:21 141:14 143:17
168:1 174:14,16 176:9
177:4 178:18 185:20
186:15,18 188:13 189:2,23
190:5 191:17 198:14
201:24 203:15 205:2
209:14,17,20,21,22 210:6
212:4 218:6 219:9,11 221:6
222:6,7,11 224:2,10,11
226:24 227:22 228:15
230:24 231:2 232:16
234:18 236:6 238:22
242:16 245:21 246:3,9,19
247:10,10 252:12 253:13
257:10 258:4
**once**
59:1 62:23 131:9 144:10
**ones**
17:7,21,24 64:6 69:2 72:1
225:10,12
**open**
94:18 111:13 113:25
114:18
**opening**
6:13,24
**operation**
106:1
**operational**
30:7 72:13
**operationally**
61:17
**operations**
30:1 31:11 158:1 217:15
**opinion**
18:23 19:6 48:2 98:18
100:21 101:5,23 102:1
185:10 242:24 243:13
**opinions**
18:20
**opportunities**
228:4
**opportunity**
6:19 7:3 48:2
**opposed**
25:15 164:18 227:6
**option**
185:4
**order**
6:15,19,22 14:25 20:1
23:20 34:2 43:23 46:25

**order (cont.)**
49:23 65:23 72:25 75:3,6
76:23 77:6 80:9 89:2 93:3
108:20 122:5 127:8 193:16
212:21 213:20 216:12
239:25 250:3
**orders**
71:7
**organically**
138:8,21
**organization**
29:8
**originally**
22:17
**originated**
68:1
**originator**
134:4,9
**ostensibly**
146:10 189:4 217:11
**ostensively**
151:8
**otc**
54:25 55:5,9,16,20 65:12
65:20 68:22,23 69:3 71:8
71:25 75:3,5,24 76:5,16
78:22,24 79:9,9,12,16 81:2
82:3 126:11 138:12 141:18
142:8,21 146:25 153:7,10
153:13,14,20,21,23 154:3
158:10,15,18,23,25 159:2,4
159:12 165:19 166:19
167:5,10 168:14,20 169:12
169:15 173:1,3 177:2
235:24 236:6
**outcome**
260:14
**outset**
107:2 112:3,5
**outside**
14:17 36:6,10 60:11 87:13
91:2 103:4 230:17
**outstanding**
256:17
**overall**
128:21 161:8
**overarch**
34:25
**overarching**
19:6 22:7 34:21 57:7 80:16
85:24 157:12 239:22
**overview**
201:8
**owed**
88:13

**owned**
66:8 217:3,3,4
**owner**
146:12
**ownership**
9:16

**p**

**p.m.**
258:24
**pace**
236:14
**pack**
144:2
**page**
23:6 96:22 99:7 129:6
176:18 199:5,8 200:13,14
200:14 201:6,15,25 202:11
209:16,22,25,25 210:2
211:9 212:1 224:20 226:22
226:23 231:3,4,15 237:8
246:20 247:5,6 248:16
250:16 252:18 253:6,7,18
254:19 255:14
**pages**
1:8 210:5
**paid**
36:20 37:12,14 44:7 62:24
63:2,5 67:6 88:8 90:6 91:4
91:6 98:25 108:1,2
**pain**
97:12
**pair**
48:23 50:9,13
**pairs**
125:5 126:19
**paper**
151:7
**paragraph**
111:19 113:23 176:19
178:6 250:19 251:7
**paragraphs**
250:17
**parallel**
42:25
**parcel**
153:20
**paren**
207:21
**part**
11:6,25 12:5 24:12 25:7
30:15,17 38:12 44:18 47:22
48:9 59:13 62:4 65:20 68:9
76:9 77:11,14 78:10 89:20
95:23 117:1 124:8 132:7
133:5 134:20 145:23 147:4
149:3 153:20 176:15 181:8

**[part - poor]**

**part (cont.)**
182:17 185:13 189:3 220:9
220:12,13 232:19 242:3
256:24 257:6,8
**participants**
48:16 136:24 186:24
**participate**
122:1,4
**participates**
74:23 76:18 109:7 250:20
**participating**
136:25
**participation**
75:6 79:14
**particular**
40:15 42:18 59:20 67:10
70:18 84:22 87:22 108:18
109:13 137:15 161:25
164:15 179:23 180:12
181:19 189:16 190:3 225:7
225:9 235:2 242:5 247:11
252:19
**particularly**
76:20 154:23
**parties**
31:16 36:10 68:15 237:21
260:12
**partner**
45:25 46:4 128:5 248:11
256:22
**partnered**
60:8 85:4
**partners**
240:3 244:2,5
**partnership**
10:9,10,22 28:4 97:8
256:24
**partnerships**
43:22,24 47:15,25 194:19
194:21 215:14
**parts**
19:17 92:3 124:22 227:5,6
253:21
**party**
22:4 33:12,13 52:11 64:25
159:9
**passively**
33:1
**paternity**
29:22 175:15
**path**
39:24 45:16 54:7 76:12
**patrick**
14:14,14,24 15:6,6,18
16:14 17:10 18:12 25:20
26:25 27:6 28:15,17 29:9

**patrick (cont.)**
29:16 30:4 76:13 77:18
78:1,1 91:24 93:18 94:13
95:18 96:8,10,11,12,13,22
97:6 98:16 101:18 105:12
105:24 110:22 121:1 123:7
155:18 180:16 187:1
192:13 193:17 195:19
198:19
**patrick's**
29:12
**paulsen**
259:8
**pay**
38:8,21 44:3,9 57:25 60:24
60:25 61:6,9,14,20,23,24
66:24 83:24 84:23 85:19
87:7,7,9 88:1,18,19,24 91:1
92:8,19,23 93:3 94:10,16
94:16 95:1 100:5,17,24
101:14 103:3,13,22 104:1,4
107:3,9 108:6 115:18
116:21 128:13,15

▮▮▮▮▮▮

**paying**
38:4,10 62:6 63:9 92:16
93:7 94:1,7 95:19,20,25
108:12
**payment**
83:16 87:13 88:6 90:13
101:25 104:17 115:1,8
118:13 154:25 155:9
202:22 250:23 252:1
**payments**
24:5 25:5 83:17,21 84:17
86:4 101:23 104:18 200:3
201:20 203:23 215:12
247:18 248:7 253:11 255:9
**pending**
51:5
**pennies**
152:5,11
**penny**
16:7,7 150:25,25 152:14,15
163:11 184:23 201:1
**people**
29:6 37:1 72:12 77:21
103:11 108:7,25 129:16
131:24 146:6,18 180:10
193:23 210:16 233:1
234:10 235:10
**percent**
63:7 67:4 77:12 114:22
135:24 145:11 207:22
219:8 224:23 231:13,14

**percent (cont.)**
240:23
**percentage**
32:23 51:24 56:10,21 136:8
149:5,9 150:23 151:1
152:13 156:21 157:1,4,8
160:2,7,12,14,21 161:5,8
161:15,23 162:9,13 164:17
173:24 174:22,25 177:10
177:12 204:2
**percentages**
148:23 156:1,18,19 158:19
161:13 173:12 175:6 216:6
**period**
13:7 17:8 48:25 49:6 54:16
102:15 111:25 124:21
126:16 139:20 143:1,2
161:21 168:4 175:1 188:10
188:12
**periodically**
148:1
**periods**
143:13
**permission**
63:15
**person**
14:12 23:15,15 64:20 102:5
102:6 129:20 172:11 180:6
193:22 229:24
**perspective**
47:2 144:3 190:13 228:1
**phasing**
107:19
**phenomenon**
213:16
**philippines**
46:4
**pick**
119:20
**picked**
115:17
**piece**
76:20 77:4 79:1 137:10
**pieces**
25:6,9 133:25
**piggyback**
38:6
**pilot**
247:24
**pilots**
46:16 47:5 48:7 248:13,15
**placate**
210:22
**place**
1:9 76:23 81:7 134:1
244:23

**placed**
72:23 255:3
**plan**
123:21
**planned**
15:19
**platform**
38:19 46:6,6 48:16 58:18
60:1,11 63:16,19,21,23,25
64:16,20,24 65:5,6 112:15
112:20 117:12,21 128:17
133:18 139:3
**platforms**
16:4 41:4 58:5,8,10,12 59:5
59:21 60:7 63:13 64:4
74:10 112:12 118:17,19
139:1
**play**
80:21,22
**played**
170:5 207:4
**plays**
56:2
**please**
5:7,19 7:11 8:18 34:5
**plimpton**
7:14,17,22
**pocket**
115:21
**podcast**
207:19,25 208:1,17 209:6
215:23 254:6
**point**
21:3 27:4 28:17 40:19,20
45:24 46:18 62:1 72:11
85:23,25 89:10 92:16 93:2
96:1 101:21 103:14,15
104:3 127:7 134:24 138:8
162:14 165:3 169:11,15
173:17 180:5 182:2 184:23
184:25 188:11 199:9,13
203:20 218:14 224:22
226:16,17 227:23 228:25
248:1
**points**
32:24 62:10 160:16 162:17
175:1 226:4 227:18 232:7

▮▮▮▮▮▮

**poor**
75:4 87:3 114:13 129:11
245:14
**pools**
69:22,22 74:21 75:15
**poor**
122:11

**portal**
133:1,3,14,16
**portion**
38:25 227:11,14
**poses**
223:3
**position**
89:1
**positive**
191:5,15,21 213:21,24
214:8 232:18
**possibility**
92:12 180:7 181:5 182:7
207:20 208:3 214:25
248:19 255:17 256:2
**possible**
32:9,17 33:2 95:7 155:8
157:13 240:3 250:20
**possibly**
38:17 58:14,15 59:12 70:25
78:5 98:4,4 101:19,20
114:23 162:23 188:8 190:2
203:20 214:23 215:8 235:7
243:12
**post**
3:20 132:12 211:10,22,25
212:3,9
**posting**
132:13
**potential**
8:1,5 110:15 210:24 223:17
**potentially**
[redacted]
65:25 90:18,23
**pray**
80:23
**pre**
187:11,12
**precious**
15:15 75:1
**precipitate**
162:12
**precipitated**
159:9
**predated**
88:5 90:1 97:22 98:3
**predates**
142:11 188:17
**predetermined**
160:4,5
**predictability**
212:19
**prepared**
129:8 139:17 140:4 165:15
**present**
91:23 141:4,7 155:10 163:3
163:13 180:15
**presentations**
175:8
**presents**
8:1
**press**
132:17,18
**pressure**
42:23
**pretty**
21:22 26:12 38:24 50:1
54:4,13 66:5 92:15 132:10
132:15,21 141:13 157:22
160:20 185:25 194:15
196:12 244:25 248:13
**previous**
97:15 142:13 166:25 167:9
172:25 178:6
**previously**
73:6 83:19 84:6 138:6
160:12 166:4 182:8
**price**
15:25 16:7 32:14 35:6,8
42:16 51:19,21,23 72:7
73:7,11,14,15 129:23,24
144:3,22 145:1,10 150:1,4
150:9,10,19 151:4,15,24
152:7 154:20,20 157:14
158:4 163:1,4,10,12,17,20
163:24 164:1,2,6,9 172:17
177:18 178:7,10 183:21
184:9 185:4,8,11,22 189:11
189:14 190:8,13,19,23
191:1,4,6,15,22 197:15,23
200:7,16 204:8,11,14 205:3
205:13,13 206:23 207:7,16
208:8,9,22,24 212:25 213:5
214:9,18 215:5,18 217:4,14
217:18 218:8,16,18 219:9
219:13 220:5 223:4,19
224:13,17,20,23,25 225:4
226:3,13 228:13,14 231:11
231:20,24 232:3 233:22
234:12 238:6,9 240:19,19
242:20,24 243:6,14 244:11
244:16 245:2,17 246:14,21
246:25 247:16 250:8,14
**priced**
213:22
**prices**
163:15 206:14 215:12
216:23 217:1 219:17
**pricing**
73:6
**primarily**
74:23
**primary**
24:25 96:9 155:24 190:9,10
201:9 219:7
**prior**
6:13,24 16:15 47:6,15
73:10 96:18 185:6,20
190:15 193:9 214:12
216:17 218:13 254:16
**prioritizing**
137:21
**priority**
48:21,22 49:16,20 86:8,12
86:16 95:14 137:23 167:18
**privileged**
174:9
**probability**
157:15 191:8
**probably**
113:14 133:9 137:14
149:19 199:13
**problem**
71:23 209:17
**problematic**
183:15
**problems**
18:24 197:25
**proceeding**
6:4
**proceedings**
259:12 260:7,9
**proceeds**
63:5 147:7
**process**
44:19 56:6 108:16
**processor**
83:16 84:23
**procure**
70:23
**produce**
122:14
**product**
11:2 20:25 23:14 46:7,22
47:2 72:19 77:8 136:11
138:18 164:19 189:9 216:8
216:16 237:25 248:9,9
249:3,4 254:11 257:15
**products**
10:15 135:23 165:8 216:17
254:13
**professional**
69:22 74:16
**profitable**
92:11
**program**
60:2 68:17 81:4,11 82:5
110:8 111:20,21,23 112:1
112:25 113:1 117:20,24
120:11,20 121:13,15,17,24
129:15 165:25 166:9
235:22 254:24,25 256:10
256:20 257:25
**programmatic**
33:5,8,10,22 52:9,12 54:17
54:21,22 55:21 56:3 58:17
60:18 65:12 69:6 126:7,14
127:18,25 143:25 145:18
146:25 147:14 148:15
152:20 153:6 159:16 161:6
165:19 166:19,23 167:5,15
167:22 173:2,25 174:18
176:24 177:6 217:21
218:12
**programmatically**
55:4,20 156:23,24 218:13
218:25
**programs**
38:9 110:24 113:16 166:11
254:22 255:5
**progress**
250:4
**project**
10:14 11:13 12:2
**projects**
10:6,8 11:14 12:1
**promote**
24:8 40:6 75:20 167:18
**prompted**
28:5
**pronounce**
127:15
**pronounced**
240:18
**proof**
46:12,24 138:16
**proofreader's**
259:1,15
**propel**
215:15
**properly**
215:5
**proponent**
178:24
**proportion**
139:8
**proposal**
99:10,11 100:1,4 106:15
195:19,20,21 198:9,10,15

**proposal (cont.)**
198:18,20,25 199:6 200:12 200:17 201:7,7,16
**proposals**
198:23
**prospects**
199:25
**protocol**
16:5,8 22:19,21 24:23,24 41:6 133:12,13 146:10 236:25 237:1 253:9
**provide**
42:9,12 56:4 65:23 66:22 71:2,5 106:20,21 115:7 117:7,14 119:2 124:3 170:23 172:5,5 191:12 193:7 197:6 235:6 236:3 256:8,22
**provided**
6:14 36:11,12,19 39:9,10 44:3 66:17,18 110:1 112:21 139:17 140:5 165:16 181:22,23 222:23
**providers**
41:12,14,16
**provides**
66:16,16 118:25
**providing**
42:6 79:15 117:5 212:24
**provisions**
171:20
**public**
146:16,16 182:19,19 260:5
**publically**
146:20
**publication**
222:20
**publicity**
132:5
**publicize**
131:23
**publicly**
68:7,10,14 145:19
**publish**
192:11 230:10
**published**
226:10 241:5
**publishing**
162:24 192:17,21
**pull**
73:1
**pulled**
73:3
**purchase**
69:12 166:2,3,6 170:1 189:19
**purchased**
238:14
**purchaser**
168:21,22 171:23
**purchasers**
238:10
**purchases**
71:23,24
**purporting**
10:19
**purpose**
54:7,20 55:7,21,24 70:15 99:16 133:22 155:22,24 165:20 180:24 181:10 199:18,23 200:2 239:13,20 239:22
**purposes**
6:4 70:12 144:25 145:3
**pursuant**
1:15 8:7
**push**
97:7 129:11 130:17
**pushing**
192:18 240:22
**put**
10:10 14:13 15:1 19:22 76:23 81:7,7 132:22 196:3 200:11 204:5 221:3 227:2 229:19 240:9 249:25
**putting**
21:15 114:24 195:19 210:19 214:15
**puzzle**
79:2 137:10

**q**

**q1**
3:21 166:22 167:4,17,21 168:8 218:4 219:13,18
**q2**
3:22 82:17,23 167:4,9,12 167:17 168:13 172:21 174:19 178:4 218:1,2,4 219:13,18 230:20 234:21
**q3**
3:23 55:12 165:21 168:13 175:10,15 235:13 238:18 240:20
**q4**
3:24 4:4 55:12 165:21 168:5 245:22 246:10 247:6
[redacted]
104:22
**quarter**
34:4,10 83:1 165:20 166:18
**quarter (cont.)**
166:23 167:1,9 172:21 173:1 174:18,21 194:9 218:11 224:4 225:8 229:15 231:12,13,13,18 235:20 244:18,22
**quarterly**
227:10
**question**
26:18,23 30:15 31:25 46:23 49:2 51:5 64:18 65:4 69:1 79:5 91:1 103:8 115:5 124:7 125:17 132:19 136:15 150:7 153:21 159:21 164:5 202:12,15 203:11 223:3,22 243:17 248:5
**questioning**
173:17,22
**questionnaire**
3:8 8:17
**questions**
6:22 7:6 9:6 202:13 211:5 221:5 222:2,15,24 252:11
**queue**
196:3
**quickly**
72:10,15 138:17
**quite**
28:21 69:21 91:7 98:13 103:1 106:14 114:4,4 168:14,23 173:4 244:6
**quote**
37:21 207:17 210:12

**r**

**raise**
5:7 31:10 54:23 55:6,23 129:22,24 141:22,23
**rallied**
168:7 201:4 207:21 208:11 208:18 224:22
**rallies**
186:5,9 215:2
**rally**
207:14 223:11,25 240:25 242:22
**rallying**
206:11 223:9
**ramp**
49:21,21,23 95:6,11
**ran**
91:11
**rate**
67:1,2,3 144:8 169:13 257:23
**rcl**
22:17,21 23:8,9,13 24:4,8 25:4,12,15
**rco**
207:11
**rdl**
137:17
**reach**
99:22 132:17,17
**reached**
14:8
**reaching**
97:7
**reaction**
31:23 184:13
**read**
83:4 121:7 125:13 176:6 182:19 209:10 210:9 212:3 229:3
**reader**
209:13
**reading**
17:2,5 84:15 121:16 122:24 178:1,4 213:19 246:15
**ready**
39:16 92:22 209:15 248:9
**real**
40:25 48:4 77:5 92:12 162:5 210:20 232:20 253:2
**really**
69:18 77:8 98:8 115:23 117:4 118:21 136:19 137:4 151:2 152:6,10 154:21,24 155:2 161:16 173:11 183:11 185:6 213:16 233:21 237:24 244:2
**reals**
22:2
**reason**
49:20 50:14,15 51:8 52:19 59:17 61:24 87:25 88:3 97:2,19 108:23 128:22 129:24 167:7 168:2 172:2 186:13 193:21 205:16 206:6 212:8 213:10 215:2 224:19 226:11
**reasonable**
61:4 101:6,10 107:7 206:3
**reasons**
37:2 67:20 70:12 128:16 223:12 238:13 245:16
**rebate**
36:15 38:8,13,16,17 58:19 60:1,3 87:14 90:12 91:3 92:1,5 94:3 100:6 106:20 107:2,16 108:2,24 109:2,3

**[rebate - require]**

**rebate (cont.)**
110:24 111:20,23 112:25
117:24 123:2 128:13
139:18
**rebates**
38:7 84:6 97:12 103:4
106:10 107:9,21,25 108:1
108:13 120:10 255:10
**rebating**
116:6
**rebirth**
254:25
**recall**
17:21 62:6,8 63:9 110:9
114:5 130:19 131:16
161:10,11,18,22 166:9
168:4 173:3 192:7 202:17
202:24 204:14
**recap**
43:21
**receipts**
10:24
**receive**
39:12 60:17 112:22 176:14
**received**
47:5 60:3
**receiving**
24:17 37:2
**recess**
50:19 81:19 135:2 195:4
221:14 258:7
**recollection**
85:2 111:15 125:15,18
129:13 140:10
**recommend**
179:14 196:5,6
**recommendation**
160:8,9
**recommendations**
186:22 187:14
**record**
5:5,20 6:13,25 7:12 33:9
50:18,21,22 66:6 81:17,21
81:23 135:1,4,6,11 167:22
195:1,6,8 210:10 221:13,19
221:21 258:3,5,9,11,18,22
260:9
**recorded**
259:11
**refer**
33:8 119:23 151:22
**reference**
237:3 251:5,6
**referenced**
161:21 165:17 169:14
236:23

**referencing**
196:8 211:1 212:10
**referred**
153:21
**referring**
176:25 211:16 215:18
**refers**
33:10
**refining**
199:24
**reflect**
44:12 174:25
**reflected**
189:11,13 238:5,8
**refresh**
85:2 111:15 121:12 129:13
140:9 177:20 205:6 241:17
**regarding**
102:16 132:4
**regardless**
219:6 234:8
**registered**
66:9 67:15,23
**regularly**
244:25
**regulated**
67:24
**regulator**
68:3
**reign**
26:14
**reimbursed**
108:10
**reimbursement**
120:21
**related**
10:6 30:19 51:2 68:3
202:12 204:13 206:14
243:15 247:3 260:11
**relation**
65:12 150:2 152:23 153:3,5
243:9
**relationship**
42:8 54:3,9 64:10 91:12
103:16 119:4 170:4 240:4
240:11
**relationships**
42:4 53:5 228:5
**relatively**
203:19 204:1
**relay**
181:16
**releasing**
131:8
**relevant**
194:17

**relied**
32:25
**remain**
160:13
**remained**
28:3
**remember**
10:21 13:17 17:5 28:22
53:22 56:8,17 58:25 59:3
61:8,11 62:18 64:7 75:25
77:20 78:9,16 82:9 84:13
85:12 88:16,17,17,22 89:7
89:8 91:7 93:5,6 94:17
95:21,23 96:5,8 97:17 98:9
98:10,14 99:12 103:1
106:14,22 109:1,1 114:21
115:25 118:7,14 119:15
126:20 127:23 130:12,16
131:8,19 133:4 142:24
143:11 144:10,11,12
147:12 158:17 160:20
161:13 162:17 163:19
164:8,9 166:13,14,20 167:2
167:11,25 168:1,19,23
170:3,12,18 172:13,15,15
173:5,19,21 180:11,19
182:9 184:10,12,21 187:20
188:5,20 192:7,12,13,18
193:5,24 197:3 198:24
199:3 200:9,22 201:4,4,14
204:10 206:8 207:24
219:19 224:1 225:9 227:9
228:23,24 229:18,25
230:18 232:4,21 233:16,19
234:3 235:4,7 241:24 242:1
242:6,13 244:12,14 247:15
248:10,13
**remembering**
160:19
**remind**
135:12
**remittance**
49:13 50:2
**remittances**
49:13
**remove**
187:4,5 212:21
**removed**
169:12
**removing**
191:7
**renegotiated**
62:21
**renegotiating**
62:20

**renewed**
215:9,20,22
**reorienting**
216:14
**rep**
104:21
**rephrase**
103:7
**replace**
29:16
**replaced**
25:4
**replaces**
25:11
**report**
3:21,22,23,24 4:4 26:24
27:1,6 28:15,23 29:1,14,21
29:23 78:2 96:10 187:2
192:17,21,22,23 193:10,20
193:25 194:5,8 224:14,15
224:16,19,21,24 225:19,20
226:9,15 227:4,5,6 229:8
229:14 230:10,16,17
238:18,18 240:18 244:9,17
244:20,21 245:23 246:10
247:14 249:19
**reported**
29:4 123:15 173:18 260:7
**reporter**
199:11
**reporting**
1:24 91:23
**reports**
68:9 96:10 147:21,23,25
165:18 166:12 175:5,8
178:21 187:24 191:24
192:1,9,11 195:13 205:25
224:4 230:21 236:11
249:15 252:7
**representation**
7:25 233:4
**representative**
220:14
**represented**
7:9
**representing**
7:14,17,20,22
**reputable**
150:8
**requesting**
69:24
**requests**
69:12
**require**
253:20

[required - saying]

**required**
39:23 253:24
**requirement**
67:17
**requirements**
67:5,14

~~reserves~~
217:3
**resident**
10:17
**resolve**
186:23
**resolved**
8:4 31:17
**resort**
255:18
**resources**
28:7
**respect**
25:24 31:20 32:2,11 47:8
51:23 52:3 94:12 156:4
173:7 179:22 181:20
206:19 220:9 247:19
251:11
**responded**
234:25
**responding**
153:18
**response**
26:13 113:19 118:6 223:21
**responsibilities**
15:10 28:2,3 30:10,16,18
257:7
**responsibility**
30:24 42:3 147:5,7 175:13
**responsible**
30:6,6 31:18 102:5,6
**rest**
182:20 185:19 186:2,10
245:5,12
**restating**
199:22
**restricted**
191:2
**restrictions**
169:13 255:3,7
**restroom**
81:14
**restructuring**
29:23
**result**
9:14 71:1 145:14 191:12
200:8 211:14 214:18,21
247:2

**results**
201:8
**resume**
3:8 8:16 11:19 258:16
**retail**
117:25,25 118:1 254:17
**retract**
157:11
**return**
143:8 257:18
**returns**
52:7
**revenue**
164:17
**review**
6:19 7:3 147:25 148:2,5
208:19
**reviewed**
148:8 193:25 194:2
**revolved**
188:4
**revolves**
188:13
**rid**
144:11 184:16
**right**
5:7 6:15 14:12 16:23 17:6
19:12 24:1 28:20 37:7
46:17 56:24 61:19 65:3
74:11 76:19,22 77:3,4,13
79:13 81:16 92:4 97:25
98:1 99:21 102:25 103:9,24
108:21 113:6 114:16
117:19 118:8 120:3 121:20
123:9 125:12 127:8 134:3
139:7,10 140:25 144:7
150:24 151:16 154:5
157:17,22 158:5,19 159:7
161:9 164:5,12 166:21
170:12 173:6 174:12
177:10 178:5 188:21 190:9
196:20 202:1,2,2 218:10
220:1,19 226:6,8,8 227:20
229:5 233:11 236:8 237:21
241:5,9,10 243:21 245:7
247:23 248:25 255:25
**ripple**
1:5 6:7 7:15,17,20 9:5
11:20 12:7,10,13,15,17
13:9,16,24 14:1,9 16:21
22:15 24:6,7,8 45:13,24
52:17 53:24 59:21 66:4
68:4,10 73:24,25 88:12
97:8 104:13 110:3 127:18
128:8 130:25 132:9,17,22
136:6 139:1 140:10 141:5,6

**ripple (cont.)**
141:8,20 145:19 146:1
154:1 159:5 165:3,7 170:7
170:23 171:1,2 181:17,18
181:22,25 182:14,21
183:16 184:8 185:15
193:14 196:6 207:10 208:2
210:16 213:13,15 214:1,5
216:1,25 220:15 222:12
223:12 225:3 226:19
227:25 228:1,4,5 230:15
235:11 237:11 240:7,8
242:8 243:15,20 247:3,20
249:3,8,22 251:11 253:22
255:25 256:2,20 259:2
**ripplenet**
216:2,15,17 244:3 248:17
250:7 254:7,10
**ripple's**
35:21 115:20 132:8,13
139:17 140:4,6 146:15
164:17 176:3,13 179:7,8
185:17 186:24 187:9 189:8
189:8 195:14 201:10
238:24 240:19 250:21
251:3,16 253:21
**rise**
163:5,6
**rising**
173:14,15
**risk**
19:18 42:19 145:8 181:22
187:5 191:7,12 196:13

~~road~~
201:17 256:13
**robust**
75:3 76:16,19 179:4
**role**
26:9,11 27:14,23 28:6,10
28:11 29:12 111:7 207:5
**ron**
28:25 29:4,10 91:24 105:24
105:24 155:17,19,20
159:18
**ron's**
105:25

**roughly**
137.17

**route**
24:20 52:7
**rule**
104:25 106:7
**ruling**
253:17,20,24 254:1
**rumors**
220:9
**run**
79:2 92:10 95:10 102:3
145:8 168:6 186:3 200:2
**runs**
170:11
**rupee**
22:5

**S**

**sale**
127:25 164:18 170:23
172:5,16
**sales**
28:2,9 30:3,5,8,23 31:3,21
32:2,11,14 33:5,8,10,22,24
35:23 36:2,25 51:10,14
52:10,12 54:8,17,21,22
55:20,22 56:3,25 58:17
60:18 65:12,13 68:22,23
69:3,6 71:5,25 72:2 79:16
126:8,11,14 127:18 141:18
142:5,8,9,13,15,21 143:1,7
143:8,25 144:1 145:18
146:24,25 147:8,15,19
148:15,16,18,20 149:5,6,7
150:2 152:18,20,21,23
153:3,5,7,10,13,22,23
154:3,11 155:10,15,25
156:4 157:23 158:7,10,15
158:23,25 159:2,4,12,16,19
164:18,22 165:1,19,23
166:19,23 167:5,10,15,22
168:14,20 169:5,12,15
170:20 173:1,15,25 174:3
174:18 175:8 176:23 177:6
177:17,22 178:2,3 179:12
181:18,20 193:8 194:14
217:21 218:15,16,18 219:8
219:14,25 227:10
**sameer**
2:15 7:19

~~saw~~
33:24 35:23 179:16 233:21
**saying**
30:23 56:9 73:3 86:7 90:24

[saying - social]

**saying (cont.)**
91:6 115:11 116:7 138:25
141:1 156:20 159:10 177:4
177:14 182:9 212:23
214:10,11 220:16 225:20
225:22 245:3 256:1
**says**
11:19 70:19 71:15 84:9
96:22 97:6,6 99:8 113:1
121:17 123:20,21 125:7
128:4 129:7 130:17 133:24
176:21 177:1,7 178:12,12
201:8,16 202:3 206:13,16
224:21 231:8,15 234:19,25
236:13 240:20 247:6
248:16 250:18 254:20
255:16
**scalability**
236:16
**scalable**
238:1
**scale**
72:17 203:24 247:18
**scenario**
202:21
**schedule**
62:15 210:20 212:19
**scheduled**
210:14
**school**
11:9,11
**schwartz**
78:13 211:17,25
**science**
32:18,21 34:20 52:2 56:24
**sec**
5:2 8:10 82:11 93:13
110:17 120:13 139:12,22
140:5 165:10 175:22 198:3
204:17 209:1 211:18 221:7
221:15 246:6
**second**
81:14 83:1 111:19 113:22
121:5 201:25 211:9 227:16
231:3,18 246:20
**seconds**
22:6
**section**
128:1 229:14,16 231:5,6
235:13,18
**securities**
1:1,9 2:3,7 6:6,9
**security**
212:22
**seen**
203:3 213:17

**self**
129:7,10 130:6,7,8,11,20
**sell**
22:3 31:10,12,15 32:16
34:1,5,9,16,19,22,22,22
35:1 56:11 57:24 58:1 59:4
59:6,15 60:7 72:22 73:10
73:17 81:3 82:5 138:13
141:20 142:5 143:22
144:20 145:16 158:10
159:11 160:1 163:22,22
164:3,10,11,12,13 165:19
165:25 171:6,17 174:20
179:24 181:6 182:1,22
183:9 184:8 189:19 190:11
191:9 196:14,18 197:22,24
215:2 217:13,16 218:25
228:6 236:8,9
**selling**
18:4 31:16 33:14 42:23
54:25 55:4,5,9,16,19 57:10
60:1 64:15,19,25 71:8
73:11,17 124:3 126:21,25
127:5,9 151:25 153:12
156:1,22 157:5,10,18,20
158:18 164:6 165:8 167:13
168:3 171:24 172:12
173:12,13 183:16 185:15
187:4 197:13 256:1
**sells**
22:4 154:1 159:5 255:25
**semblance**
77:5
**send**
22:4 49:23 56:8 73:3,8
96:13,14 128:4 147:21
193:15
**sending**
24:16 128:7,8
**sense**
33:20 48:5 84:21 136:2,6
136:13 137:6,8 174:20
190:5 206:12
**sent**
97:3 118:5 222:14 235:6
**sentences**
230:1 236:19
**separate**
30:12,14 31:6 69:7,8,9
166:9
**series**
13:20
**seriously**
250:23
**service**
61:23

**services**
1:24 240:7
**set**
45:24 53:3 59:14 249:3
257:18 260:15
**setting**
116:7
**seven**
140:18 182:25 183:3 207:3
212:2
**seventeen**
88:6,13 178:10 237:8
**seventy**
164:23

**sheet**
144:8

**shifted**
138:17
**shifts**
46:5
**short**
13:6 95:9,12,13 225:6
**show**
39:24 40:1 106:16 221:24
230:19 238:16 245:21
250:4
**showing**
8:14 82:14 93:16 110:20
120:16 139:15 140:2
165:13 175:25 198:6
204:20 209:4 211:21 224:2
246:9
**shrink**
204:2
**shut**
253:21
**sic**
175:18
**side**
24:16,18 32:22
**sides**
129:20
**sign**
226:19
**signal**
50:7
**signature**
106:4 260:17
**signed**
124:14
**significant**
134:5 136:25 152:17 174:2

**significant (cont.)**
174:5 202:8 203:13 207:10
231:16
**significantly**
28:7 54:5 138:5 167:13
175:10 207:18
**signing**
105:17

**similar**
15:13 108:16 132:10 144:1
201:3 220:6
**simple**
159:13
**simply**
72:6
**single**
84:4
**sit**
49:3 60:16
**sits**
210:16
**sitting**
234:15
**situation**
129:25 149:18 182:7

**sixteen**
168:14
**sixty**
77:12 135:24 179:24
183:18
**size**
104:16 105:19
**skepticism**
179:20 180:3
**skip**
202:21
**slack**
237:15
**slight**
29:23
**slow**
209:13
**small**
61:16
**smaller**
17:25 71:24 104:17 106:18
106:19 203:20
**social**
132:23

[software - strategies]

software
177:22,22 178:2 216:8
239:25 240:8 243:22 244:4
251:13 254:7
sold
63:6 142:9 143:2,5,9
144:19 145:22 147:22
149:8 158:1 162:11 166:10
169:8,17,22 172:9 183:18
218:12
sole
193:10 226:14,15 246:12
solution
250:25
solutions
226:21 228:6
solve
19:1
somebody
109:17,24 143:21 172:14
228:22 234:6,7
someone's
233:14
somewhat
15:13
soon
156:9
sorry
10:3 23:1 36:23 37:11
50:16 54:2 58:20 64:17
67:13 69:2,16 75:13 79:5
79:11 86:18 103:7 107:24
120:22,23 124:6 126:15
141:5 164:14 170:24
199:12,12 201:22,23,24
206:7 209:13 225:16
228:15 246:2,15 255:24
sort
13:12 50:7 52:25 84:1
94:10 96:15 114:24 135:18
159:17 186:13 253:3
sorts
56:2
sound
43:16 44:13 61:3,4
sounded
14:15
sounds
22:25 90:17 222:19
source
67:9,14 257:19
south
105:5,21 106:5
space
9:25 17:1 75:4 95:3 168:11
186:2,4,5,6,8

span
62:22,22
speak
9:1 26:1 38:12 50:24 84:4
104:7 199:10
speaking
42:14 111:16 193:12 204:1
spec
84:9,17 85:10
special
63:15
specific
14:23 63:13 68:11 77:20
125:8 156:19 179:11
183:14 223:11 229:24
242:8 256:19
specifically
52:4 131:13 153:9 183:24
232:1
specifics
188:3
speculating
34:13 50:12 220:17
speculation
70:5 77:2,11 95:8 113:18
137:7 138:10 199:16 200:1
200:5 205:14 206:15,24
215:3 220:8,11,13
speculative
70:4,12 75:20 76:6,15
78:21 79:6,21 80:5,10 81:1
81:4,8 82:3,7 85:5,5,20
86:5 87:2 89:22,23 95:12
102:11 135:24 136:3,7
137:21 141:25 142:2
167:18
speculator
201:18 202:6,9,16,21 203:6
203:14,17,25
speculators
19:11 74:16 75:9,11,14,15
79:24 135:14 137:1 197:7
199:19 203:7
speed
64:9 236:15
spell
5:20
sphere
182:20
spike
161:16 240:22 241:4
242:12,21

12:3 38:2 76:13,14 85:15

spoke (cont.)
86:17 92:1 137:20 165:25
185:5,8 235:8,25 253:16
spreadsheet
3:13,14 139:16 140:4
spurred
240:21 241:4
square
52:7
ss
260:3
stabilize
238:10
stable
197:25 238:1
staff
50:24 81:24 135:7 139:18
165:15 195:9 221:22
258:12
stage
202:22 203:16
stages
45:5 48:11 76:10 80:13
staggering
218:9
stainable
71:5
stance
93:1 156:6 254:25
standard
52:8 132:16,21 156:10
215:12
standing
211:11 212:12
stands
187:22
start
9:4 26:6 29:13 41:2 59:8
65:25 152:8 156:8 165:7
166:15 173:17 192:1
203:24 240:4 251:25
started
11:20 16:13,25 26:8 27:4
27:17 42:7,14 44:21 45:22
49:14 54:7,14 135:16 136:1
141:3,6 142:17 161:16
162:2,7 163:2,10 168:8
192:2 193:5,6 197:4,19
204:11 257:4,5
starting
76:2 121:7 138:14 210:19
251:23
starts
19:24 25:14 137:16
state
5:19 6:12 7:12 147:6 205:9

state (cont.)
260:2,6
statement
38:6 206:4,6 233:8 234:22
statements
232:6 233:2,9 238:2
states
1:1 8:2 49:14
statistics
194:18
stats
16:12
status
15:22,24 17:9 121:3
stay
51:25 160:9,10
stays
137:14
steadfast
250:21
stellar
17:6
step
45:15 47:11 153:4 249:20
steps
22:1 154:6
steward
237:23
stick
23:4
sticky
48:13 137:11
stock
90:22
stool
74:4,6,8 75:7 95:17 135:11
stools
95:16
stop
43:5 142:23
stopped
107:13,15 171:19 256:14
stopping
182:10
store
10:23
stories
9:12 162:4
story
17:4 251:14,16,18
straight
213:12
strategic
178:13
strategies
44:25 80:25 82:1,6

**[strategy - terms]**

**strategy**
16:6 31:20,22,24 32:1,6,7
32:10,13 33:23 35:21 43:1
43:7,20 44:16 47:8,10
65:21 75:24 76:4,5,6 77:16
77:22 78:22 79:9,10,12
80:22,23 81:2 82:4 102:7
134:5,10,14,17 158:3 254:9
**stratospheric**
20:3

███████

**street**
1:10 2:9
**strength**
228:11
**stretch**
253:2
**strictly**
46:22
**strike**
40:2 144:17 152:25
**strong**
49:15 134:1 157:3
**strongly**
39:25 92:9 196:13
**structural**
29:7
**structure**
114:25 194:10 210:20
**structured**
194:12
**struggle**
210:13
**stunning**
231:12
**sturmfelz**
2:6 6:1 53:6,10,14,24
**sub**
16:7 17:19 73:9 105:1
152:5,11 181:1 184:23
**subject**
82:17 93:19 110:23 120:20
121:2 169:8 176:2 198:8
204:23 222:2 235:13
**subjective**
218:10
**subpoena**
8:7
**subsequent**
116:25 154:6
**subsidiary**
66:9
**subsidize**
111:24

**substantive**
50:23 258:11
**successful**
179:4
**sudden**
149:14
**suggested**
184:11
**suite**
10:16
**sum**
25:7 165:22 210:15
**summarize**
79:11
**summary**
198:10
**sunday**
56:7
**supervisor**
26:20,21 27:6
**supervisors**
29:8
**supply**
190:6,14 191:3 210:14,20
210:23 212:18,19 214:17
214:20 215:1
**support**
97:9 129:12 130:18,20
250:22 251:3
**supposed**
135:20
**sure**
11:5 18:20 20:21 23:6 25:8
43:4,22 44:21 47:1 54:12
56:7 60:5 63:7 65:19 66:5
69:21 70:5 75:10,21 77:21
78:14 81:6,9,15 86:20,21
102:2,13 103:8 107:18
108:13 112:24 113:21
121:15 123:1 129:5 130:4
135:13 136:17 146:19
148:10,21 154:11 172:18
173:4 175:2 185:13 194:25
199:11 218:21 221:2
225:17 246:16,16 248:13
253:23 256:17 257:25
**surge**
223:4
**survey**
201:8
**surveys**
201:12
**svp**
30:1
**swap**
240:14

**swapping**
12:22
**swear**
5:9
**swell**
238:23,24 239:9,13,14
240:20 241:6,13,16,20,21
243:21
**swell's**
243:25
**switch**
162:15
**switzerland**
53:20
**swoop**
183:20 191:10
**sworn**
5:16

**t**

**table**
3:15 165:14
**tactics**
130:24

███████

**taken**
50:19 81:19 113:12 135:2
195:4 221:14 237:17 258:7
**talent**
12:14,16,19,22,23 14:2
**talk**
25:13 28:11 33:21 52:9
74:13 111:19 136:21 163:1
186:15 224:12 235:22
246:20 252:7 253:7,25
255:14
**talked**
81:1 134:14,17 137:2 165:5
212:20
**talking**
9:5 17:10 18:19 19:13
25:17 33:6 36:13 45:11,18
54:12 79:16 82:1 90:14
98:9 114:2 123:9 125:19
126:17 127:6 137:13
141:17 152:20 177:2
178:15 181:4 183:25 188:9
195:11 198:15 200:13
203:15 205:12 207:7 208:2
212:18 219:21 223:18,19
226:6,17 228:9,25 231:19
241:11,14
**talks**
122:17 128:1 178:6,9
240:18

**target**
80:8,16 135:18 254:15
**targeted**
80:13 108:25
**targeting**
86:4
**targets**
52:5
**team**
27:9 31:14,18 33:16 56:25
57:1,16 60:22 72:12 91:11
101:21 153:17,17 156:2
193:7 234:7,7 237:5,6,11
237:12 238:3 257:9
**teaser**
242:9
**tech**
23:15 72:20 237:22
**technology**
9:9 10:1 11:8,10,17 237:24
**tell**
5:9 15:5 18:14 34:15 38:1
43:6,19 44:24 56:1 69:19
124:17 138:22 172:23
201:22 247:4
**telling**
234:10
**temporary**
29:10,11
**ten**
17:19 32:24 145:11 164:24
200:19,20 253:18
**tend**
137:11 154:21
**tended**
31:6
**tenths**
150:25,25 152:14,15
163:11
**tenure**
136:6
**term**
62:16 76:24 90:25 95:9,12
95:13 119:6,22 120:9
121:18,22 154:25 171:14
202:16 203:7 223:17
**terms**
15:24 22:21 32:22 38:4
39:21 50:2 56:17 68:11,12
70:9 72:2,20 75:23 79:24
80:21 85:8,11 91:15,19
107:7 119:16 122:22 132:4
132:8 136:16 137:13
142:14 143:10 145:20
155:25 157:23 160:21
161:22 162:1,11 196:17

[terms - trading]

**terms (cont.)**
212:22 227:18 233:3 255:6
256:3
**testified**
5:16
**testimony**
6:17 8:7 84:20 259:12
**text**
210:1
**thank**
5:23 27:21 45:9 118:11
159:14 163:6 209:8
**thanks**
159:23
**their's**
171:12
**thesis**
74:1 245:9
**thing**
22:23 35:17 105:16 118:15
128:21 165:4 172:1 186:8
196:20 243:18
**things**
26:2 35:7 37:12,14 38:4,22
54:13 61:17 77:9 80:21
90:15 92:15 104:3 149:1
150:9 188:23 189:5 190:3
206:18 210:13 214:15
224:16 225:1 229:12,13
249:25 252:8
**think**
16:2 17:24 18:18,24,25
19:1,5 23:25 25:23 35:20
37:5,7,20,22 38:23 42:2
53:21 54:2,3,11 55:1,11
57:6 58:22 59:7 62:9,21
63:8 67:7,14,20 73:8 75:15
76:11,17 79:24 80:15 84:12
86:18 87:22 88:6,20 89:20
90:8 95:22 98:5 101:20,20
103:17,20 104:20 106:23
107:9 109:5 113:5,8 114:4
115:11 116:8,17 119:9,10
119:11,12 123:6 127:2
128:9,12,22 132:6,10
135:23 138:7 141:13
144:21 146:18,18 149:23
156:9,10 158:2 162:16
164:22 166:5,8,8 170:5,9
170:11,13 172:10,14 177:2
177:14 178:12 179:15,16
179:25 180:21 181:3,12
182:3,4,9,11,25 183:5,12
184:22,23 185:15,22
186:25 187:10,21 188:17
190:20 193:1 194:11,17,20

**think (cont.)**
196:8 199:2,9,13 200:7,10
201:2 210:12,13,19 214:14
214:25 220:16 223:15,23
223:24 224:18 225:2,5
227:1 228:11 229:21,22
232:10,10,13,14,25 233:15
236:4 238:2,9 239:3,5,5
242:5,18 243:16 245:8
247:23 248:12 251:2,3,6,23
251:24 252:10 254:5
256:15
**thinking**
39:5 105:23 143:19 144:13
189:6 205:17 213:20
**third**
2:17 31:16 33:12,13 52:11
118:15 135:20,20,20
201:15 224:20 235:20
247:5 254:3
**thirty**
164:23 178:11 207:21
240:24
**thought**
19:22 20:11 37:24 40:5,9
57:18 59:16 94:23 108:22
191:20 198:1 200:18
206:23,23 213:6 251:14
**thoughts**
20:7 96:3,5 205:19,20
258:3
**thousand**
73:4 177:14
**threat**
182:24
**threatened**
182:21
**three**
17:7 52:16,18,20,21,23
59:11 62:22 72:12 74:6,11
84:14 109:6 113:6,7,10,12
117:3,4 135:12,13,18
157:20 189:22 199:13
200:14,15 226:23 241:19
241:22,25 242:5 252:18
256:23
**threshold**
115:2,3
**throw**
184:15
**throwing**
237:20
**thumb**
104:25 106:7
**ticking**
157:17

**tied**
105:25
**tighter**
240:11
**time**
9:21,24 12:8 13:7 15:7,23
15:24 16:23 17:6,10,17
18:5,10,11 19:2,21 20:6,7
21:1,10,11 25:18,21 26:8
27:3,5,17 28:8 30:3 35:22
35:24 39:22 42:9 45:17
48:25 49:6 51:11 53:3 54:4
54:16,24 55:18 66:15 67:3
72:4 73:5 78:6 80:4 87:21
89:4 91:24 93:12 102:15
103:16 107:10 111:8,16,25
114:19 123:11 126:16,22
131:20 133:17 141:3,6
143:12 155:20 160:24
161:18 163:2 166:24 168:4
170:5 171:6 172:24 173:6
174:5 177:23 182:24,25
184:20 185:3 186:14
187:10,24 188:9,19,22
189:25 194:23 196:18
197:12,20 199:2 200:19
201:5 204:1 205:18 206:3
206:11,17,19,22 207:9,20
208:6 216:3,18 217:18
223:24 225:5 226:9 228:24
229:12 232:15,20 236:15
236:22 239:2 243:24 244:4
245:10 247:16,17,24 248:1
249:2,23 251:21 252:2
**times**
38:7 109:6 148:10 155:6
189:16 242:23
**timing**
54:6 59:7
**tiny**
225:24
**title**
26:9,10 27:13 29:25 193:5
222:21
▮▮▮▮▮▮
**today**
6:14 7:9 8:7 21:7,21 24:4,9
44:22 49:22 74:21 137:20
141:17 156:15 211:15
228:1 234:15 235:8,25
248:17,22 253:10 256:7
258:15
**today's**
6:16

**tokenized**
10:24
**told**
12:15 15:7 34:15 88:15
148:23
**toll**
204:2
**ton**
19:19 84:21 197:15
**tonight**
99:9
**tons**
226:3
**tools**
236:25
**top**
84:8,17 99:7 120:7,18
204:22 205:10 254:20
**topic**
51:3
**topnotch**
117:4
**total**
136:8 149:5,6,7 165:22
172:22
**touch**
14:13 24:20
**touched**
246:22
**touches**
19:16 24:13,23
**touching**
20:17
**track**
61:18 128:17 146:13 147:1
148:16
**tracking**
148:19 149:3
**traction**
48:6,6 138:15 207:12
**trade**
24:12 38:15,19 39:19 58:4
58:11 63:13 70:23 74:24
89:18 109:8 112:12,14
122:6 125:11,21 130:1,8
131:1,25 189:22
**traded**
112:20 128:14
**traders**
109:16,20 117:22 146:7
**trades**
23:21 109:18
▮▮▮▮▮▮

**[trading - valuation]**

**traffic**
138:15 240:9
**train**
37:24
**training**
11:7,9
**tranches**
195:23
**transact**
19:9
**transaction**
24:22 41:2 129:21 153:20
**transactions**
22:17
**transcript**
3:19 209:6,23 210:5 237:7
259:10 260:8
**transcription**
259:11
**transition**
105:23
**transparency**
187:25 236:10
**transparent**
187:15
**treading**
78:21 85:6
**treasury**
31:4,8 33:25 35:23
**trial**
35:19
**tried**
60:25 97:10 109:5,5 115:23
172:2
**trillion**
19:15 189:22 253:4
**tripled**
157:19
**trouble**
15:2 18:13,15 160:18
**true**
189:17 205:18 234:14,16
234:23 259:10 260:9
**truffle**
237:21

**trust**
235:11
**trusted**
236:17
**truth**
5:10,10,11 162:1
**truthful**
225:21
**truthfully**
80:12
**try**
62:13 79:21 86:9 90:24
102:14,16 115:19 144:25
145:25 146:3,6 155:8 173:5
197:14 248:10
**trying**
10:10 23:13 36:24 37:19
43:10 49:4 51:25 55:3,6
58:25 61:8 74:14 75:16
76:11 86:6 98:5,5,8,10
101:19 113:16 116:2,18
119:10,11 159:17 171:16
174:19 183:25 206:1
232:20,21 233:15 257:10
**tuesday**
1:12 259:5
**turbocharged**
215:3
**turn**
143:21 145:16 179:24
191:9 195:13 196:14
202:10 209:22
**turning**
145:9,10
**tweet**
132:22
**twenty**
102:23 126:16 160:15
162:17 178:11 189:21
207:22 237:13 254:19
255:14
**twice**
62:21 144:10

**type**
72:16
**types**
57:4 69:3 83:9,12 104:18
203:8
**typically**
113:4

**u**

**u.s.**
6:6 21:23 40:23 48:22
49:15,22 50:3,8 51:9,13

**u.s. (cont.)**
95:6 114:8,9
**ultimate**
104:14 108:5
**ultimately**
102:19 189:10
**um**
16:1
**uncertainty**
201:10
**underneath**
123:20,21
**undersigned**
259:9
**understand**
15:9,12,17 17:14 20:13
44:15 47:24 55:3 64:17
75:18 90:21,23 99:18 116:2
116:18 124:6 125:2 130:5
154:10,11 159:14,17
170:24 171:16 174:17
233:11 249:1
**understanding**
18:16 20:15 21:10 36:18
52:22 80:4 89:6 134:7
168:17 183:2 232:17
246:24
**understood**
18:18 23:16 29:11 36:21
46:24 232:15
**underwriter**
37:6
**unfortunately**
253:15

**united**
1:1
**unlock**
196:1
**unobtainable**
72:10
**unpack**
24:10 214:6
**unquote**
37:21
**unreasonable**
61:4 101:4 202:9
**upcoming**
126:18
**update**
121:3 156:2 159:23 176:3
176:14 204:24
**updated**
133:16

**updates**
237:12
**updating**
156:2
**ups**
144:9 172:3
**uptake**
157:3
**upward**
215:16,17
**usd**
44:9 48:23 50:13 89:19
124:21 126:19 165:22
172:22
**use**
15:1 19:23,23 20:21 21:3
21:12,13,14,15 22:11,14,16
22:18 23:3 24:4,9,13,25
25:12,20,21,25 31:15 33:13
38:1,21 40:4,6,18,19 41:5,8
43:12,14 46:7 48:4 49:13
49:22 50:2 52:18 53:25
54:8,12,16 81:13 86:3
90:24 92:12,23 108:17
120:9 121:19,21 126:7
135:15 154:8,25 155:1,9,9
161:25 162:14,16 163:25
174:3 185:17,17 188:16
189:1,17 190:3,9,11 194:22
194:22 197:12,18 209:14
216:10,18 223:15 229:10
247:20 248:20,23 249:7,8
251:12,19,25 255:15
257:15
**useful**
98:20 190:1
**user**
188:6 212:1
**users**
228:1 254:12
**uses**
240:8,13
**usually**
19:10 37:8 64:11 227:1
239:1,7
**utilities**
228:13

**v**

**vacillating**
69:17
**validation**
24:21
**valuable**
164:2 184:18,25 185:2
**valuation**
151:7,14

**value**
99:3 151:10,11,23 223:17 223:18 238:11,11 251:17
**valued**
151:17,19 217:7
**values**
162:24,25
[redacted]
**various**
85:16
**vast**
92:7
**vaults**
66:23
**vc**
237:9
**venture**
216:5 217:8
[redacted]
**venue**
67:12 86:14
**venues**
59:14 128:20
**verbal**
126:1
**versa**
143:14
**verse**
225:6
**versus**
19:14 144:13 154:23 155:5 174:3
**vesey**
1:10 2:9
**viable**
47:1 188:5
**vias**
1:7 3:4 5:8,12,14,21,24 6:18 7:2,8,24 8:6,14 50:23 81:22 135:5 195:7 221:20 258:10 259:3
**vice**
143:14
**view**
31:6 92:16
**viewed**
31:5 70:4 116:23
[redacted]
**violations**
6:8,11
**visibility**
67:19,22 68:1 106:2 136:11 142:12 179:2,4,6,13 181:21 187:6,18 196:11
**visible**
80:2 189:5
**vision**
22:7 47:11 76:24 80:17 244:1 250:4
**vocal**
223:13
**volatility**
35:9 51:19,21 52:3,6 153:2 158:6,8 197:16
**volume**
15:25 16:1 18:3 19:8,12,19 20:3 32:23,24,25 48:13 51:11,14 56:10,12,13 58:19 65:20 78:25 80:1,3,5 84:6,9 84:18 85:10,20 86:5,15 87:5,14 89:23 90:12 91:3 92:2,6 94:3 95:10,13 106:10,21 107:1,6,16 108:15,20,22,24 109:4,7,10 109:15,20,23 110:1,8,24 111:20 112:1,21 113:17 114:18,25 115:2,3,4,10,24 116:19 117:19,21,22 120:11,20 121:24 122:15 123:3 128:5,19 132:1 133:10,12 135:25 136:3,7,8 136:11 137:4,12,17,21 138:12 141:25 142:2 149:10 154:17,22,23 155:1 155:5,5,7,9 156:21 157:2,3 157:7,10 158:20 160:16 161:1,3,5,16 162:2,5,10 167:12,14,16 173:18 174:22,23 177:7 194:18 202:22 203:14,18,25 207:23 208:25 218:7,17,19 219:6,8 220:3 224:17 228:12 234:21 240:24 250:17 253:1 254:24
**volumes**
78:24 157:6,17 160:23 161:13,18 162:20,22 168:9 168:12 173:8 218:8 219:14 219:15 252:2 253:3
**volume's**
157:19
**votively**
48:14
**vp**
199:2

**w**

**wagged**
245:11
**wait**
81:15 220:11 258:21
**walk**
56:5
**wallet**
24:15,16,17,19 72:23 73:1 73:4 83:13 133:13 146:11 146:12,13
**wallets**
57:17 74:10 87:21 146:15 146:16,21
**want**
9:4,5 17:19 20:13 23:3,5 33:22 37:18 51:6 54:12 55:15 56:11 70:20 71:13,13 71:14,15 72:19 73:24 83:4 86:23 94:15,16 101:2 103:8 104:7 112:4 121:6 122:3 125:1 128:10,17 129:2 131:22 139:9 143:19 153:6 155:6 157:9,11 174:8 176:17 179:3 186:16 195:13 199:11 200:4 206:21 211:4,6 221:2,3 230:19 252:7,8,10,16 256:21 258:18
**wanted**
13:4 15:3 26:15,17 57:11 87:20 117:3 135:9 143:24 145:17 159:25 171:12 251:9
**wash**
110:2,15 129:16,18,19
**watching**
154:2
**water**
221:11
**waxman**
2:4 5:5,19,23,24 6:21,24 7:5,8,11,24 8:9,13 24:7 27:21 43:14,18 44:15 49:1 50:17,20 51:2 68:7 81:15 81:17,20 82:10 90:10 93:9 106:13 121:5 129:2 134:25 135:3 154:5 163:6 164:14 174:8,15 194:25 195:3,5 210:2,6 221:12,18 225:13 230:22 246:4 252:6,15 258:1,5,8,14,22
**ways**
40:4,8 66:21 79:20 85:17
**ways (cont.)**
187:13 223:10 254:21 255:15
[redacted]
**website**
132:14 133:7,10
**week**
13:7 57:19,20 73:9 148:18 148:24 157:18
**weekend**
205:13
**weekly**
56:12 128:6 157:1 158:12 158:15 159:19 175:8 218:23,24
**weeks**
207:3
**weird**
237:15
**went**
51:18 150:24 164:6 175:15 217:4 246:22
[redacted]
**we've**
74:12 97:10 161:12 226:1 237:17
**whereof**
260:15
[redacted]
**wholly**
66:8
**willing**
85:18 87:7 94:11 95:1 100:17 101:14 103:3,12,22 104:1,4,6,8,11 119:2
**willingness**
103:18,19
[redacted]
96:25 97:1
**withdrawal**
190:10
**witness**
1:7 2:12 3:3 5:15,21 6:20 6:23 7:4,7,10,15,18,22 8:8 8:20 12:24 27:20 30:13 45:9 51:1,4 53:9,13,16 54:2 56:22 57:6 74:3 81:13,16 81:25 82:20 93:11,23 102:25 111:2 120:3 121:9 128:24 129:5 135:8,13,21 136:4,9,14,18,23 139:25 140:13,21,24 158:8 161:9 161:11,24 174:13 176:7

[witness - york]

**witness (cont.)**
195:10 198:12 202:19
203:1,5,10,19 204:25
209:11,18 210:8 212:4,5
217:24 220:19 221:10,23
222:4 224:8 225:14 230:25
238:20 245:24 246:17
258:13 259:3 260:15
**witnesses**
7:25
**wonderful**
128:25
**word**
43:13 181:24
**words**
37:21
**work**
9:25 10:3 13:6 14:5 27:7
46:25 47:3 52:15 56:4 86:2
113:15 122:12,14 216:13
216:13 240:1 255:23,24
256:3,6
**worked**
9:24,25 10:2 14:7 33:1
42:24 81:9 110:14 113:10
195:18 222:9,11 237:24
**working**
42:25 52:17 92:12 133:25
188:18 237:16
**works**
77:8 113:11 237:25
**world**
20:2 40:16 102:10 237:11
238:3
**worried**
42:22
**worth**
70:20,21 100:19 118:1
184:20 203:23 213:11
214:25 217:10,12
**worthwhile**
102:8
**wow**
128:16
**write**
113:23 114:17 176:10
192:22 205:22,23,25 207:2
213:8 223:8 228:19 235:3
241:1 242:20 247:8 251:1
**writing**
92:25 229:19 235:17
**written**
226:10 230:1,2 236:20
**wrong**
25:22 124:17 131:21

**wrote**
116:3 187:1 208:6 211:9
225:19 228:21,22 229:21
251:21

**x**

**xcurrent**
248:18,23 249:7,23
**xr**
184:3
**xrabbit**
189:17
**xrapid**
25:4,9,13,14 28:4,6 39:15
39:16 44:23 45:1,8,16,25
46:5,10,10,13,18 47:6,13
47:16,17 48:8,10 49:13,20
49:24 54:11 79:1,2 80:17
95:11 137:17 141:10
175:14 185:7,14,20 188:22
189:16 190:16 194:21,21
197:17 203:24 216:10,12
216:13,16 240:13 243:24
244:5 247:20,21 248:2,4,6
248:11,14,21,23 249:24
256:3,18 257:12,25
**xrp**
3:21,22,23,24 4:4 13:21
14:25 15:16,18,22 16:12,15
16:18 17:6,9,17,22 18:13
19:21 20:8,10,12,18,22
21:12,25 22:3,22 24:9,19
25:18 26:3,10,11 27:11
28:1,2 29:18 30:2,3,5,7,11
30:23,25 31:3,10,12,20
32:1,2,7,11,14,16 33:2,11
33:14,23,24 35:21,23 36:1
36:2,5,7,11,12,22 37:12,20
38:1,9,13,15,17,19,21 39:1
39:10,19 40:4,8,10,17 41:1
41:20 42:7,16,21 43:23
44:7 45:14,16,21,23 46:1
48:21,23 49:14,15,22 50:8
50:9,11,13 51:10 54:8,18
54:25 55:5,9,16,19,20 56:4
56:25 57:24 58:2,17 59:9
59:11,15 63:2,10,24 65:9
65:17,22 66:1,4,5,7,8,10,20
66:21,23 67:6,9,14,19,23
68:1,5,22 69:12,25 70:20
70:21 71:5,13,18,20 72:23
72:25 73:4,12,18 74:22
75:12,20 76:7,16 78:21
79:7,15,22 80:5,10,23 81:1
81:5 82:8 85:6,24 87:8 88:7

**xrp (cont.)**
88:14 89:2,18 92:10,25
94:8 95:5,6,8 97:9,13 99:17
100:3 102:4,6,7,12,19
108:22 109:12 110:2,15,23
114:12 115:2 117:5,8,14,17
119:1,2 124:20 126:8,18,23
128:18 131:1,2 132:25
133:3,5,6,7,15,16,17 134:2
136:3 137:14,15 138:6
139:1 141:4,20 142:5,9
143:2,9,20 144:1,18 145:23
146:1,7,24 148:17 150:1,4
150:10,17,19 151:11,15,23
151:24 152:4,11,20 153:5
154:2,10 155:1,4,5,10,15
155:25 158:1,4,18 159:5,11
161:3 163:1,23 164:2,7,9
164:11,18,22 165:1,17,18
166:12 167:12 168:11
169:7,17 170:23 171:6,9,12
171:23 172:17 176:23
177:17 178:14,20 179:3,9
179:20,25 181:5,6,18,20
182:22,23 183:1,9,16,19
184:4,9,12,18,20 185:16,20
185:23 186:22 187:9 188:4
188:14,15,16 189:18,19
190:6,8,16 191:1,9,15,24
195:12,14,24 196:2,7,10,12
196:15 197:8,13,21 198:1
198:10 199:16 200:8
201:17 203:18 204:5,8,24
205:3,12 207:14,16,17,21
208:2 210:15,15 213:1,10
213:16 214:6,8,9 215:9,11
215:15,21 216:2,13,16,18
217:1,2,13 218:12,25 219:7
219:25 220:5 223:4,10,13
223:17,19,20,25 224:4,15
224:21 228:2,7 230:21
231:11 233:6 234:20
235:10,11 236:15,16,21
237:10 238:5,10,11,11,14
238:18 240:8,14,22 242:12
243:19 244:8,9 245:5,5,10
245:23 246:10,21 247:6,18
248:20 249:9,11,12,14,17
249:18,24 250:8,22 251:4
251:12,14,17,19,22 252:2
252:20 254:8,10,21 255:1,4
255:16 256:1,2,7,20,25
257:11,13,18,19,20
**xrps**
108:11 154:13 195:23

**xrp's**
40:6 189:11 190:19 207:5,6
224:13 231:11,17 234:12
242:24 245:17
**xyz**
34:4

**y**

**yeah**
14:21 27:21 29:12 35:20
38:5 49:10 53:23 55:1 57:3
62:23 77:14 78:14 79:8
80:19 90:16 103:2 104:10
105:9,10,15,15 106:13
116:9,20 117:18,22 119:19
125:6 130:3,4 132:2 140:15
140:22 161:17 170:16
171:19 173:3 174:10
175:19,21 185:17 188:20
191:18 194:1 208:5,10,21
213:19 214:23 216:21
217:22 219:24 222:21
225:5,13 227:15,21 228:15
228:18 229:2 231:21
234:13 238:15,15 242:18
249:11,16 251:20
**year**
27:24 45:20 59:9 62:18,22
62:22,23 133:9 143:2
172:19 173:21 194:13
213:13 219:20,21 223:12
231:14 239:1
**years**
49:8 84:14 213:12 226:1
237:9 239:17
**yen**
19:18
**york**
1:11,11 2:10,10,18,18
90:22 169:2 259:6 260:2,6

261

1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:    )

4                         ) File No. NY-09875-A

5    RIPPLE              )

6

7    WITNESS:   Miguel Vias

8    PAGES:     261 through 438

9    PLACE:     Three World Financial Center

10              Suite 400

11              New York, NY 10281

12   DATE:      Thursday, January 16, 2020

13

14        The above-entitled matter came on for hearing,

15   pursuant to notice, at 10:17 a.m.

16

17

18

19

20

21

22

23

24             Diversified Reporting Services, Inc.

25                     (202) 467-9200

262

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission

4        DAPHNA WAXMAN, ESQ.

5        JON DANIELS, ESQ.

6        100 F Street NE

7        Washington, DC 20549

8

9    On behalf of the Witness

10       ANDREW CERESNEY, ESQ.

11       JENNIFER COWAN, ESQ.

12       JOY GUO, ESQ.

13       Debevois & Plimpton

14       919 Third Ave

15       New York, NY 10022

16

17   Also Present:

18       Sameer Dhond, Ripple

19

20

21

22

23

24

25

263

1                    C O N T E N T S

2

3    WITNESS:                          EXAMINATION

4    Miguel Vias                              267

5

6    EXHIBITS:     DESCRIPTION          IDENTIFIED

7      35      Road map for getting a ▮▮▮       275

8              future launched

9      36      E-mail chain                    286

10     37      Executed copy of the Master     307

11             XRapid Market Maker Services

12             Agreement with ▮▮▮

13     38      Master XRP Lease Agreement      307

14             between Ripple and ▮▮▮

15     39      xRapid Market Maker Services    309

16             Agreement with Ripple and ▮▮▮

17             ▮▮▮

18     40      PowerPoint presentation entitled 317

19             "Scaling Global Liquidity

20             for XRapid"

21     41      E-mail dated June 4, 2019       318

22     42      E-mail dated June 4, 2019       319

23     43      E-mail dated April 17, 2018     330

24     44      E-mail dated March 22, 2018     337

25     45      Attachment to Ex. 45            337

```
 1                    C O N T E N T S  (CONT.)

 2

 3       EXHIBITS:        DESCRIPTION              IDENTIFIED

 4         46       E-mail chain, dated November        346

 5                  22nd, 2017

 6         47       E-mail dated November 15, 2017      350

 7         48       Legal memo, dated                   354

 8                  October 19th, 2012

 9         49       PowerPoint presentation, dated      369

10                  November 3rd, 2017

11         50       Deck from March 23rd, 2018          370

12         51       E-mail chain, dated                 374

13                  March 20, 2017

14         52       E-mail, dated May 6, 2017           377

15         54       PowerPoint from March, 2019         386

16         55       Draft agreement                     387

17         56       E-mail chain from February, 2019    388

18         57       Unexecuted copy of an agreement     410

19                  between Ripple and Coinbase

20                  Custody

21         58       E-mail chain dated October, 2018    410

22         59       E-mail dated January 26, 2018       414

23         60       Attachment to Ex. 59                414

24         61       Attachment to Ex. 59                414

25         62       E-mail dated January 10th, 2018     415
```

[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020

265

```
 1                C O N T E N T S  (CONT.)

 2

 3    EXHIBITS:        DESCRIPTION                 IDENTIFIED

 4      63      Copy of        listing application      419

 5      64      E-mail dated February 27, 2019          421

 6      65      Copy of Tweet                           421

 7      66      E-mail chain dated October, 2018        423

 8      67      Deck from July 28, 2017                 429

 9      68      Document                                436

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

266

```
 1                P R O C E E D I N G S

 2              MS. WAXMAN:  We're on the record at

 3      10:17 a.m. on January 16, 2020.

 4              Mr. Vias, good morning.  My name is

 5      Daphna Waxman.  With me is Jon Daniels, and we

 6      are members of the Staff of the Enforcement

 7      Division of the US Securities And Exchange

 8      Commission.  We are officers of the commission

 9      for purposes of today's proceeding.  We are

10      resuming the examination -- today's

11      testimony -- which was adjourned on December

12      17, 2019.

13              Would counsel please identify

14      himself and herself?

15              MR. CERESNEY:  Yes.  Andrew Ceresney

16      from Debevoise & Plimpton, representing firm

17      Ripple, as well as the witness.

18              MS. COWAN:  Jennifer Cowan from

19      Debevois & Plimpton, representing Ripple and

20      the witness.

21              MR. DHOND:  Sameer Dhond from

22      Ripple, representing Ripple.

23              MS. GUO:  Joy Guo from Debevois &

24      Plimpton, representing both the company and

25      the witness.
```