1          MS. WAXMAN:  Thank you.

2    Whereupon,

3                    MIGUEL VIAS

4    was recalled as a witness and, having been

5    previously duly sworn, was examined and

6    testified further as follows:

7                    EXAMINATION

8          BY MS. WAXMAN:

9          Q    Mr. Vias, do you understand that you

10   remain under oath during today's testimony?

11         A    Yes.

12         Q    Let the record reflect that what was

13   previously marked as Exhibit 15, copy of the

14   form 1662, will be available during today's

15   testimony. Before we start with additional

16   questions, do you have any questions?

17         A    No.

18         Q    Mr. Vias, did Ripple try to get an

19   XRP futures product established?

20         A    Yes.

21         Q    And when did that start?

22         A    Early 2018, rough estimate around

23   there.

24         Q    Early 2018.  Could it have been

25   earlier?

1       A    Possibly.

2       Q    Why did they do that -- or did you

3 want to change your answer about the timing?

4       A    No. I was just thinking.

5       Q    I may have some documents that will

6 help us pin point the actual date. It's not

7 important right now.

8       A    Okay.

9       Q    Was that one of your

10 responsibilities?

11       A    Yes.

12       Q    Okay. And why did Ripple try to get

13 an XRP futures product established?

14       A    It's a critical component of a

15 well-established or mature market. It's a

16 hedging product. So it's important for market

17 development.

18       Q    Okay. Does an XRP future have any

19 relation to xRapid or the use of xRapid?

20       A    Not in its current form, no.

21       Q    So would it help speculation in

22 XRP --

23          (Brief interruption.)

24          BY MS. WAXMAN:

25       Q    So I'll ask the question again. Does

1  an XRP future have any relationship to xRapid?

2       A    In its current form, no.

3       Q    So how would the XRP future -- you

4  said it would help the -- establish a market.

5  Is there a specific part of the market?

6       A    So if you look at, like, a gold or a

7  crude oil market where you have an established

8  futures contract and an established OTC

9  market, you will have arbitrage between the

10 two.  You will have some folks who can't

11 access the spot market but can access the

12 futures market.  So it expands the possible

13 participants.  It's a way to generated more

14 volume to increase market size.

15      Q    Is it a way to generate more

16 speculative volume?

17      A    I mean, it can, but that's not -- in

18 general, futures will let you do two things,

19 speculate and hedge.

20      Q    And with respect on an XRP future,

21 was the goal to create more speculative value?

22      A    Not precisely.  The goal is really

23 just to create more volume, whether that was

24 speculative, market maker, hedging.

25      Q    Okay.  Are you familiar with an

```
 1   entity called ███████████████
 2        A    Yes.
 3        Q    Okay.  And did Ripple enter into an
 4   agreement with them with respect to the XRP
 5   futures?
 6        A    I think so.  I think that was before
 7   I joined.
 8        Q    Okay.  So what's your familiarity
 9   with that entity?
10        A    They are a futures platform or
11   derivatives platform out of London.  Yeah.
12        Q    Okay.  Did you have ever have any
13   communications or discussions with anyone
14   associated with ████████████████
15        A    Yes.
16        Q    Okay.  And why?
17        A    So that would have been early on,
18   2017. I think they were one of the first
19   entities, futures platforms, that I had a
20   relationship with.
21        Q    What was the relationship?
22        A    At first, it was just simply a kind
23   of relationship management.  The ████ who had
24   worked on my team was a previous relationship
25   manager, and when I came on board, kind of
```

271

1    pass that on to me.

2        Q    What was the goal of the

3    relationship? What was the primary purpose of

4    your discussions with them?

5        A    So they had -- if I remember

6    correctly, they already had the XRP futures

7    contract on the platform, and there wasn't a

8    specific goal in mind with

9    that I can remember. It was more of just

10   ecosystem management or relationship

11   management, sort of knowing the players in the

12   ecosystem.

13       Q    So in connection with the previously

14   established XRP future on their platform,

15   did -- do you know if Ripple entered into an

16   agreement with them in connection with that?

17       A    I think there was.

18       Q    And what agreement did they enter

19   into?

20       A    I don't remember the specifics.

21       Q    Okay.  And then in connection with

22   your conversations in 2017, did Ripple enter

23   into a subsequent agreement or an amendment

24   with                    ?

25       A    I don't remember.

272

```
 1        Q    Okay.  Well, we may be able to
 2   refresh your memory on that. Since ███████
 3   ███████      already had an XRP future in its
 4   platform prior to your conversations with
 5   them -- sorry if I asked this earlier -- what
 6   was the purpose of the 2017 conversations?
 7        A    In -- they were one of the platforms
 8   that supported XRP.  It was important to
 9   remain in touch, have a relationship.  It was
10   more relationship management.  I don't
11   remember there being a goal or a specific
12   project or anything of that nature.
13        Q    Did you --
14             MR. CERESNEY:  Was your question
15   about --
16             MS. WAXMAN:  Sorry.
17             BY MS. WAXMAN:
18        Q    Did you ask ███████████████  to
19   assist Ripple in getting an XRP futures
20   product listed at the CME?
21        A    Thank you. So they -- I don't
22   remember if we asked them to help us with the
23   listing on the █████ but I do know they
24   provided indices for, if I remember correctly,
25   they calculated the indices for the Bitcoin
```

1 future. So we were trying to do the same

2 thing for XRP, basically have the ███████

3 █████████ -- be used -- index be used as the

4 settlement methodology or settlement price,

5 really, for a possible futures contract.

6          (Reporter asked for clarification.)

7          BY MS. WAXMAN:

8     Q    And what index was ██████████████

9 using at the time in connection with their

10 previously-established future?

11    A    It's a proprietary index. I don't

12 know the calculation methodology. I think

13 they used three or four exchanges and had some

14 sort of a calculation to come up with the

15 price.

16    Q    And did the index previously used

17 include a USD XRP price?

18    A    Sorry. I meant the Bitcoin. I was

19 talking about the Bitcoin one.

20    Q    No. My question was specific to the

21 index for the XRP future that was trading on

22 the platform in 2016.

23    A    I don't know. I don't remember

24 that.

25    Q    Okay.

```
 1        A    Yeah.

 2        Q    So if I understood you correctly,

 3   you wanted      at                        to

 4   provide an index for XRP?

 5        A    Mm-hm.

 6             MR. CERESNEY:  Say "yes" or "no."

 7             THE WITNESS:  Yes.  I'm sorry.

 8             BY MS. WAXMAN:

 9        Q    And did you provide any assistance

10   to them in connection with that?

11        A    Not that I remember.

12        Q    Okay.

13        A    Assistance?

14             MR. CERESNEY:  What do you mean by

15   assistance?

16             MS. WAXMAN:  Guidance.  I'll ask a

17   more specific question.

18             BY MS. WAXMAN:

19        Q    Did you tell      that you wanted the

20   index to include a USD price?

21        A    Yeah.  It was a -- the goal was a

22   USD future.  So it had to include the USD

23   price.

24        Q    Okay.  Okay.  Going back to earlier,

25   you said -- we spoke about -- there was a --
```

```
1    you wanted to get an XRP future listed.  Did
2    you wanted to get it listed at     ?
3         A    Yes.
4         Q    Why specifically
5         A    They had -- they were gonna list the
6    Bitcoin future or at least that was -- at
7    least in early '17, it was rumored or had been
8    announced.  I can't quite remember.  No other
9    established exchange was doing that.  So they
10   were really the only choice from an
11   established exchange perspective in the US.
12        Q    Were there -- using your term,
13   nonestablished exchanges that had an XRP
14   future?
15        A    Well,                     was one,
16   much smaller.
17        Q    And outside the US.
18        A    Yeah, outside the US.
19                      (SEC Exhibit No. 35 was
20                      marked for
21                      identification.)
22        BY MS. WAXMAN:
23        Q    Showing you what has been marked as
24   Exhibit 35.  Take a moment to review it, and
25   let me know when you're done.
```

1    A    Okay.

2    Q    Turn to the second page of the

3  document, middle of the page.  It starts with,

4  "This is what we need to do --" is -- this is

5  what you need to do for what?  What are you

6  talking about there?

7    A    This is a road map for getting a ▮▮▮

8  future launched.

9    Q    Okay.  So the first one says, "Get

10  established market maker to provide and put in

11  XRP and advocate for XRP ▮▮▮▮▮▮▮▮▮, and

12  the ▮▮▮" Why was Coinbase and ▮▮▮ important

13  partners in connection with XRP future?

14    A    US dollars cross.  So both Coinbase

15  and ▮▮▮ are in the States, and US dollar

16  crosses against Bitcoin.  Having one against

17  US on XRP would be helpful.

18    Q    And were you able to get market

19  makers to advocate for XRP at Coinbase?

20    A    No.

21    Q    What about ▮▮▮?

22    A    Not that I remember.

23    Q    What about at the ▮▮▮

24    A    No.

25    Q    Did ▮▮▮▮▮ advocate for the

1    establishment of an XRP future at the ▮

2              MR. CERESNEY:  If you know.

3              THE WITNESS:  Yeah, I don't remember

4    that.

5              BY MS. WAXMAN:

6         Q    Okay.  Maybe there is some documents

7    that we can look at that will refresh your

8    memory. Did you enter into an agreement with

9    ▮?

10        A    No.

11        Q    It says under number three, "Work

12   with the ▮ to publish the index in Q-1." Can

13   you tell me what you meant by working with the

14   ▮

15        A    Basically, I worked at the ▮

16   before. I had a decent relationship with them,

17   just basically offer them any help that we

18   could to them.  If we could be helpful with

19   the XRP in this, we would be.  I didn't have

20   any specifics in mind.

21        Q    Did you ask any of XRP's OTC buyers

22   to advocate for the listing -- for the index

23   on the listing on ▮?

24        A    I don't remember.

25        Q    Okay.  And you said that Ripple

1    didn't enter into an agreement with ████

2    correct?

3         A    Correct.

4         Q    Did you take steps to try to enter

5    into an agreement with them?

6         A    We did.

7         Q    And when did that first start?

8         A    Late 2017, early 2018.

9         Q    Was it in connection with the goal

10   to get an XRP future in ████?

11        A    It dove tailed.  That wasn't

12   necessarily the goal for the ████ engagement.

13        Q    Okay.  And so, ultimately, why

14   didn't that deal come together?

15        A    I don't remember the specifics as to

16   why it didn't happen.  I just remember it kind

17   of fading away somehow.

18        Q    Okay.  And did the ████ eventually

19   list an XRP futures contract?

20        A    No.

21        Q    Do you know why not?

22        A    I'm just struggling with the

23   eventually.  I know it didn't at the time.  I

24   don't know why they haven't since.

25        Q    That's fine.  Thank you for

1  clarifying. At the time that you were

2  discussing this with them, why did they pass

3  on the future?

4      A    So they didn't -- they didn't

5  publish the index. That's the first step

6  to -- they wouldn't publish the index. They

7  felt there wasn't clarity around XRP's status

8  as a security or not.

9      Q    Okay. Why -- first, why didn't they

10  publish the index?

11      A    For that reason.

12      Q    For what reason?

13      A    They -- they didn't feel comfortable

14  publishing the index because they didn't feel

15  like there was clarity around XRP being a

16  security or not.

17      Q    I thought they were two separate

18  things.

19          MR. CERESNEY:  You learned this from

20      ███ people.

21          THE WITNESS:  From ███ eople, yes.

22          BY MS. WAXMAN:

23      Q    And when did you learn this from

24  them?

25      A    I'm not gonna remember the exact

1    timing.  I think it was middle of 2018 --

2    early, mid-2018, I had a few conference calls

3    with the product team and their legal team if

4    I'm correct.

5        Q    Okay.  And did they explain to

6    you -- did they feel that FRP could be a

7    security?

8        A    They didn't offer an opinion.  They

9    asked us for any documentation, legal opinion

10   from us.

11       Q    Sorry.  I didn't hear. Did they ask

12   you for any documentation? Did you they ask

13   you for a legal opinion?

14       A    I believe they did, yes.

15       Q    Did Ripple provide one?

16       A    I don't believe we did.

17       Q    Why not?

18            MR. CERESNEY:  This is likely -- I'm

19   speculating you're getting involved in

20   discussions with counsel.

21            So other than discussions with

22   counsel, do you know the answer to that.

23            THE WITNESS:  No.

24            BY MS. WAXMAN:

25       Q    Okay.  Did you have a discussion

```
 1    with anyone at the ▮▮▮ regarding XRP's status

 2    as a security or their concerns related to,

 3    you know, publishing an index?

 4         A    You mean without counsel present?

 5         Q    Well --

 6              MR. CERESNEY:  Well, if you're

 7    having a discussion with ▮▮▮ even if

 8    counsel's present, it's likely not privileged

 9    because you're talking to a third party.

10              So you can answer that question if

11    you remember those discussions.

12              THE WITNESS:  Yeah.  I did, yes.

13              BY MS. WAXMAN:

14         Q    Okay.  How many discussions did you

15    have?

16         A    I don't remember.

17         Q    Were they in-person or over the

18    phone?

19         A    Over the phone.

20         Q    Okay.  And who was on the call?

21         A    I'm not gonna remember.

22         Q    Okay.  Do you remember who was on

23    the call from Ripple?

24         A    Myself; a few times, counsel.

25         Q    Ripple counsel?
```

282

1      A    Yes, Ripple counsel.  I can't
2  remember who else from Ripple.
3      Q    Do you remember what specific
4  counsel -- which counsel?
5      A    Sameer Dhond and I think ████
6      Q    ████?
7      A    ████
8           MR. CERESNEY:  She's also in-house
9  lawyer.
10          BY MS. WAXMAN:
11     Q    And who was on the call from the
12  ████
13     A    I'm not gonna remember.
14     Q    Okay.  So what was discussed during
15  that call?
16     A    The particular call was their
17  legal -- basically trying to get more clarity
18  around our position with respect to XRP being
19  a security or not.
20     Q    Did they ask specific questions?
21     A    Yes.
22     Q    Strike that. What information did
23  Ripple relay during the call?
24     A    I'm paraphrasing.  It was long time
25  ago, but that XRP wasn't a security.

283

```
1         Q    Did you explain why you had that
2    position?
3         A    I can't remember.
4         Q    Okay.  Did they give their views on
5    the issue?
6         A    No.
7         Q    Okay.  Go back to the document,
8    Exhibit 35, a little further up on that page,
9    the section that starts, "Or a situation
10   around future exchange is very different --"
11   first bullet point says, "We don't need many
12   futures exchanges listing XRP in numerous
13   currencies in order in help advance because
14   futures are not core to the use case." What
15   did you mean by that sentence?
16        A    So you wouldn't be using a futures
17   contract the way you use XRP in rapid flow,
18   right.  You're not gonna buy it, send it, and
19   sell it in the same way.  So it's not core to
20   that value transfer in each case.
21        Q    So this is what we were talking
22   about earlier today?
23        A    Right.
24        Q    That -- did you also have
25   discussions with ████ regarding the creation
```

284

```
1    of an XRP future?
2         A    I did.
3         Q    And did that lead anywhere?
4         A    No.
5         Q    Why not?
6         A    They just -- we had two or three
7    calls, but there just wasn't very much
8    interest from their side.
9         Q    And do you know why there was little
10   interest?
11        A    They didn't know whether they wanted
12   to do anything crypto broadly.
13        Q    On page -- towards the end, there is
14   a Bates stamp number on the bottom, says
15   45387. There are other platforms that are
16   listed.  Did you have conversations with ▮▮▮
17   regarding futures?
18        A    I did.
19        Q    And what happened with those
20   conversations?
21        A    Nothing.
22        Q    And were they interested in a
23   future?
24        A    Initially, there was some high level
25   of interest and didn't really materialize into
```

285

1    anything.

2        Q    Do you know?

3        A    Yes.  I don't actually know why.

4        Q    Okay.  Same question for ▮▮▮▮ did

5    you have conversations with them about the

6    future?

7        A    I think.  I don't remember -- it

8    wasn't -- I think I had one conversation with

9    ▮▮▮▮▮▮ and that was it.  I tried to follow

10   up, and there was no follow up.  So I just

11   dropped it.

12       Q    The e-mail says that ▮▮▮ as the

13   second largest futures exchange.  Would you

14   want a future to be listed on ▮▮▮

15       A    Yes.

16       Q    Because I notice in the e-mail

17   earlier, you said that that was beneficial,

18   first was ▮▮▮ and then ▮▮▮  If you go back to

19   the page 45385, the bullet points at the top.

20       A    Okay.  So which one?

21       Q    Well, towards the bottom, it

22   mentions ▮▮▮

23       A    Okay.

24       Q    Did you have conversations with ▮▮▮▮

25   about XRP's future?

286

```
 1        A    I didn't.  I don't think I ended up

 2   having them.  I remember trying.  I don't

 3   remember if I did.

 4        Q    Going back to the reluctance of the

 5   ██████ to list the bullet points, in the fourth

 6   bullet point, you say, "They have told us

 7   they're willing to work with us to get XRP

 8   published, and then all we need is one more

 9   XRP USD listing to get the ball rolling."  Do

10   you know what happened that changed their

11   minds on it or when that happened?

12        A    I don't.

13        Q    Okay.

14                    (SEC Exhibit No. 36 was

15                     marked for

16                     identification.)

17             BY MS. WAXMAN:

18        Q    Going back to the last exhibit, the

19   very first page, did you meet with ██████████

20   ██████ at some point?

21        A    We did.

22        Q    Okay.  And what was the purpose of

23   that meeting?

24        A    I don't remember the exact purpose.

25        Q    Were they interested in purchasing
```

1    XRP?

2        A    No.

3        Q    Do you know who you met with at

4    █████████?

5        A    I don't remember his name, but it

6    was the head of their newly-founded crypto

7    initiative.

8        Q    Okay.  Under -- at the very top, you

9    said -- you used a slide with the following

10    points, one of them was institutional asset

11    managers.  Do you know what that slide was

12    about?

13        A    I don't remember.

14        Q    Okay.  Showing you what has been

15    marked as Exhibit 36.

16        A    Okay.

17        Q    Did -- if, you know, did Brad meet

18    with █████████ to -- in connection with the

19    XRP future goal?

20        A    I don't remember.

21        Q    Okay.  Did you discuss with █████ the

22    possibility of an XRP future?

23        A    I don't remember.

24        Q    On the second page under next steps,

25    No. 2, this is from Patrick.  He's talking

```
 1   about meeting with ██████████ correct?
 2   Or is he talking about a meeting with ██?
 3        A    Next steps, number one and two, they
 4   work for the ██
 5        Q    Okay.  No. 2 says -- refers to a
 6   meeting, and then, quote, "In that meeting
 7   will identify their tough clients asking about
 8   BTC and put together a road show for us to
 9   jointly pitch a new XRP crypto product." Did
10   that ever happen?  Did the meeting ever
11   happen?
12        A    The product session that he's
13   mentioning in one?
14        Q    First, did the meeting happen?
15        A    I don't remember.
16        Q    Okay.  And did you ever put together
17   a road show or jointly pitch a new XRP crypto
18   product?
19        A    No, not that I remember.
20        Q    Did you ever discuss it?
21        A    I don't remember.
22        Q    During your last testimony, we spoke
23   a bit about Coinbase.  Was a listing at
24   Coinbase imported for the XRP futures at ██
25   I think I asked you this but --
```

1      A    Yes.

2      Q    Was that because it would provide

3   the USD listing for the index that --

4      A    Correct, yes.  Well, one of them.

5   If we had four Coinbase, we may not need

6   Coinbase.

7      Q    Did you need a USD?

8      A    Yeah.  I think we needed three.

9      Q    Three USD prices?

10     A    Mm-hm.

11     Q    And how many did you have at the

12   time?

13     A    I believe I mentioned it in an

14   e-mail before, two.

15     Q    Are you talking about Exhibit 35?

16   This one? Did the index include Bitstamp?

17     A    I can't say for sure.

18     Q    Okay.  Going back to ███████

19   ████████ relationship with Ripple, and I

20   know -- I apologize.  Do you know if they

21   entered into an agreement with ██████

22   ████████ in 2017 in connection with their

23   efforts to create this index?

24     A    I'm sorry.  Who are they?

25     Q    Did Ripple and ████████████████

```
 1      enter into an agreement in 2017 where
 2               would help create the index that
 3      had a USD listing?
 4           A    I think we did.
 5           Q    And did Ripple agree to pay
 6               million XRP?
 7           A    I don't remember.
 8           Q    Did you negotiate that agreement?
 9           A    I don't remember.
10           Q    Okay.  I know you don't remember the
11      agreement.
12           A    Right.
13           Q    I'll represent to you that there is
14      an agreement in 2017.  There are two
15      agreements.  I don't have them with me.  There
16      is a 2016 agreement, and then there is an
17      amendment to the agreement in 2017.  And the
18      2017 agreement has to do with what we are
19      talking about in relation to the
20           A    Okay.
21           Q    And    agreed --
22      to provide certain services, and in exchange,
23      Ripple agrees to pay the 10 million XRP.  Is
24      it likely that that XRP was restricted?  Do
25      you know if that XRP was restricted in any
```

1 way?

2     A   I don't.

3     Q   Okay.  Maybe after our break, we can

4 look at it and see if that term is in there.

5     A   Okay.

6     Q   Did ▮ have a conflict of interest

7 in connection with the XRP futures because

8 they were -- there was some part of the ▮

9 that was a Ripple investor?

10     A   I don't know.

11     Q   Did -- were you involved in any

12 efforts for ▮ to sell its Ripple shares?

13     A   No.

14     Q   Are you familiar with an entity

15 called ▮

16     A   I've heard the name.

17     Q   And when have you heard that name?

18     A   As part of a recent raise -- capital

19 raise that we did.

20     Q   Did you ever hear the name in

21 connection with these XRP future discussions?

22     A   No.

23     Q   Do you know where there is

24 currently -- other than ▮ is

25 there XRP future on other platforms?

292

```
 1        A    Yes.

 2        Q    Can you name them?

 3        A    There is an XRP BTC future on

 4   Bitmax, and I believe Binance just listed an

 5   XRP future, as well.

 6             MR. CERESNEY:  XRP or BTC?

 7             THE WITNESS:  I don't know if it's

 8   BTC or USD.

 9             BY MS. WAXMAN:

10        Q    Well, did you have any discussions

11   with Binance in connection with that launch?

12        A    I did not.

13        Q    Do you know who            is?

14        A    Yes.

15        Q    Okay.  Is she involved with Binance?

16        A    She is.

17        Q    Okay.  What is her role?

18        A    Her title is CEO of      rading

19   services, I believe.

20        Q    Did she used to work for you at

21   Ripple?

22        A    She reported to me, yes.

23        Q    Is it strange that she wouldn't have

24   contacted you about the XRP future?

25        A    I don't know.
```

1          Q    Did you have any discussions with

2     Bitmax regarding the XRP future on their

3     platform?

4          A    No.

5          Q    Any other futures on other

6     platforms?

7          A    Not that I'm aware of.

8          Q    Okay.  Let's try to keep this a

9     little more organized today.

10              MS. WAXMAN:  I can have those back.

11              BY MS. WAXMAN:

12         Q    I want to talk a little bit about

13    xRapid.  When was the first target core

14    identified for xRapid?

15         A    I don't remember exactly what we

16    targeted.

17         Q    What was the first target?

18         A    Mexico.

19         Q    And who identified Mexico as a

20    target?

21         A    It would have been by committee.  I

22    can't remember it being one group or one

23    person.

24         Q    And why was Mexico a first target?

25         A    It's a larger market, and we had a

294

1    good partner in Bitso.

2        Q    And what is Bitso?

3        A    Bitso is a digital currency exchange

4    in Mexico.

5        Q    And how do they fit into xRapid

6    transaction?

7        A    They're the receiving leg of an

8    xRapid transaction where the XRP gets

9    converted into local currency, in this case,

10   Mexican Peso.

11       Q    And did Ripple invest in Bitso?

12       A    We have.

13       Q    And when was the investment?

14       A    Two.  It was a 2017 investment, and

15   there was a subsequent investment in 2019.

16       Q    And what was -- were you involved in

17   the investments -- were you involved in

18   negotiating the investments?

19       A    I was involved in the first one in

20   terms of the negotiations.  I wasn't involved

21   in the second negotiated terms.

22           MR. CERESNEY:  I think he did

23   testify about this the last time, just about

24   the investments.  So just -- I think it was --

25   yeah.  Yeah, just so you know.

295

1          MS. WAXMAN:  I'll go back.  I have

2     the transcript here.  It's not immediately in

3     my mind.

4          BY MS. WAXMAN:

5          Q    So would you mind just refreshing my

6     memory and letting me know what was the

7     purpose of the 2017 investment?

8          A    Yeah.  So the -- the 2017 investment

9     was really a show of a commitment on our end

10    to the xRapid use case.  XRP is a bridge

11    asset.  We had had some fits and starts with

12    the Bitso relationship in the past, and they

13    wanted to feel like we were really committed.

14    So that was really the primary purpose.

15         Q    And what were the terms of the

16    investment?

17         A    I don't remember the exact terms.  I

18    do know it was a -- like a convertible note,

19    and it was less than          But I don't

20    remember the exact amount.

21         Q    And did Ripple provide any XRP to

22    Bitso in connection with the 2017 investment?

23         A    Yeah, it was -- I do remember it

24    being some dollars and some XRP.

25         Q    And was the XRP restricted?

296

1          A     I don't remember.  I don't recall.

2          Q     And when I say "restricted," was

3     Bitso restricted from selling the XRP into the

4     market?

5          A     I don't know.

6          Q     Was the investment a way to get XRP

7     integrated into Bitso?

8          A     I don't remember that being a

9     driver. I think they may have already had it

10    listed if I -- I can't remember.

11         Q     No.  I'm not talking about the

12    listing of the platform.  I'm talking about

13    the integration of the xRapid.

14         A     Not really.

15         Q     Well, the purpose of the agreement,

16    you said, was to show your commitment to --

17         A     The use case.

18         Q     -- the use case and to xRapid.

19         A     Mm-hm.

20         Q     And in exchange, what did Bitso --

21    did they have to do anything?

22         A     I don't remember them having to do

23    anything.  It wasn't a deal a partnership.  At

24    least I don't remember it that way.

25         Q     Okay.  We can look at that a little

297

1    later.

2         A    Okay.

3         Q    What is the second corridor that was

4    identified for xRapid?

5         A    Philippines.

6         Q    Okay.  When was it identified as a

7    corridor?

8         A    Early 2018, maybe about second

9    quarter, possibly.  Somewhere around there.

10        Q    And what was the third target

11   corridor?

12        A    Brazil -- actually, I don't

13   remember.

14        Q    Okay.  More generally, how are these

15   corridors identified, and did you have any

16   role in identifying corridors?

17        A    I didn't have an active role in

18   identifying corridors.  Product marketing --

19   product marketing and products kind of drove

20   that effort, high level -- corridor and do we

21   have possible exchange partners to connect to.

22        Q    Do you know who ████████ is?

23        A    I know he works for Ripple.

24        Q    Do you know in what capacity?

25        A    I don't know which team.

1     Q     What responsibilities did you have

2   that directly supported the xRapid product?

3     A     Well, I had three primary

4   responsibilities, establish partnerships for

5   the exchanges, my team did that, or to ensure

6   that there was liquidity on those exchanges

7   for xRapid, and find the customers to use the

8   exchange and the liquidity.

9          (Reporter asked for clarification.)

10          THE WITNESS:  Sorry.  I'll try not

11   to mumble.

12          BY MS. WAXMAN:

13     Q     When you say "find customers," are

14   you talking about the MoneyGrams of the world?

15     A     Correct.

16     Q     Okay.  Were banks gonna use xRapid?

17   I think we spoke about this last time a

18   little.

19     A     They were not the target audience

20   for it.

21     Q     And why not?

22     A     It just felt like the money

23   remitters or the money transmitters were lower

24   hanging fruit, you know, we're remittance

25   companies were the target audience and banks

1    weren't really -- so that was our audience.

2        Q    And why were remittance companies

3    lower hanging fruit to banks?

4        A    We viewed xRapid as low value, high

5    volume payments, which fits that model for

6    remittance pretty well.

7        Q    You said that one of your

8    responsibilities was to create liquidity on

9    exchanges.  Did you target specific exchanges

10   in specific corridors?

11       A    So I think I said my job was to

12   ensure that there was liquidity.  But yes, we

13   would -- we were targeting the xRapid

14   exchanges.  So Bitso, as an example, we need

15   to make sure there was enough liquidity in

16   Bitso so when the payments came through and

17   you were going to transact, there wasn't a bad

18   customer experience.

19       Q    And did you into agreements with

20   market makers that were specifically designed

21   to create liquidity for xRapid?

22       A    Let me just parse that.

23       Q    Sure. Well, I'll take that back.

24   You entered into agreements with market makers

25   early on in 2017.

1       A    Yeah.  That was generally liquidity

2   in 2017.  This was specific for xRapid if that

3   this question you're asking?

4       Q    Yeah.

5       A    I thought the' question was about

6   the nature of the market maker being specific

7   so -- yeah.

8       Q   I know that there were agreements

9   with market makers specific to xRapid.  How

10   did those agreements differ from the other

11   agreements with market makers that were not

12   specific to xRapid?

13       A    So the xRapid agreements had pretty

14   well defined requirements in terms of size on

15   the bid and the offer in the book and the --

16   and the spread, right.  So the market makers

17   have to guarantee that there would be a

18   particular amount of liquidity on the orders.

19       Q    For?

20       A    For xRapid.

21       Q    For xRapid. Did you include in the

22   agreement which targeted exchanges that you

23   wanted to create liquidity for?

24       A    I don't remember if that was in the

25   agreement.

301

1     Q   Okay.  So what would Ripple provide

2  in exchange for the services for the market

3  maker?

4     A   We provide loans in terms of XRP and

5  dollars and compensation.

6     Q   And was the compensation directly

7  tied to the xRapid order flow?

8     A   The compensation was tied to the

9  amount of volume that the market makers

10  traded, but I don't remember if it was

11  specific -- if it was only the xRapid volume.

12     Q   Okay.  And then the -- did you also

13  enter into loan agreements with market makers

14  that were specific to the xRapid product?

15     A   Yes.

16     Q   And how did those loan agreements

17  differ from earlier loan agreements with

18  market makers if they did?

19     A   They were -- they were part of the

20  overall engagement for xRapid liquidity.  So

21  the loans were only meant to be used for X

22  Rabbit exchanges.

23     Q   Were they only meant to be used for

24  xRapid order flow?

25     A   Ideally, most of the activity that

302

1   they're participating in, that's Rapid

2   activity, but there is no way for us to

3   guarantee that. There is no way for them to

4   guarantee that, either.

5       Q    Are you able to identify which order

6   flow is in connection with xRapid?

7       A    So we see the xRapid activity that

8   comes through our software.  We don't have any

9   visibility on to the exchange.  As far as I

10  know, we don't monitor, like, what's happening

11  with the market makers account on the exchange

12  and who is getting it.  That's information

13  inside of the exchange.

14      Q    But you have information about

15  xRapid?

16      A    Yes.

17      Q    And is it -- what information do you

18  have about xRapid?

19      A    So we see what transactions the

20  customers are doing.

21      Q    And the transactions are where?

22      A    On sending exchange and receiving

23  exchange.

24      Q    So you see the transactions on both

25  exchanges?

303

1          A     Mm-hm.

2          Q     And you can tie those transactions

3     back to xRapid order flow?

4          A     I believe we can.  I mean, I'm not

5     the product guy and I'm not in engineering,

6     but as far I understand, we can.

7          Q     And the exchanges report to you

8     their activity in XRP?

9          A     No, no, no.  This is -- yeah.  This

10    is more what we see from our own system.

11         Q     Now I'm asking you a different

12    question. Do the exchanges also report XRP

13    activity to you?

14         A     I don't believe so.

15         Q     Well, do they have to represent

16    order flow in order to get certain rebates or

17    money from Ripple?

18         A     The exchanges?

19         Q     Yeah.

20         A     I don't know.

21         Q     Do the market makers provide certain

22    reports on their activities on certain

23    exchanges?

24         A     I believe the market makers provide

25    volume data.

304

```
 1          Q     Is it broken down by exchange?

 2          A     I believe it is.

 3          Q     So using the XRP xRapid data that

 4    you have internally, are you able to break

 5    down how much activity the market maker is

 6    doing in connection with xRapid versus

 7    nonxRapid activity?

 8          A     I don't think you can.

 9          Q     Why not?

10          A     So let's say there is $1,000,000

11    worth of xRapid activity, and the market maker

12    trades $100,000 dollars, I have no idea how

13    much of that was xRapid, if any of it was

14    xRapid.  All of a sudden, I have a question

15    around, well, where did the other $900,000 go,

16    right.  There is a nature liquidity on its

17    books.  So it may very well be that the market

18    maker didn't interact with xRapid at all.

19    Maybe they did, and then the opposite is true.

20    Market maker could have $1,000,000 of activity

21    and only $100,000 of xRapid activity goes

22    through.  There is no way for us to match it.

23    That's what I'm asking.  Only the exchange

24    knows who is matching with whom.

25          Q     It sounds like there is tension
```

305

1    here. On the one hand, you enter into
2    agreements because you want to encourage
3    liquidity for the xRapid product, but from
4    what you're saying -- tell me if I'm wrong --
5    it sounds like you really don't have a good
6    way to know whether it's actually working.
7         A    Well, we know there is -- there is
8    an absolute worst case scenario in terms of
9    the customer experience.  So the reason for
10   the market maker program for xRapid is to
11   ensure that, if somebody goes to transact
12   through that book, there is nothing.  If there
13   is nothing, then we have a real problem
14   because the payments failed.
15        Q    When you say "nothing," you're
16   talking about liquidity?
17        A    Liquidity, yeah. There is no bids.
18   There is no offer. That's a real problem.  So
19   the market maker program is meant to make sure
20   that is there in a way that actually doesn't
21   crowd out other activity.  You don't want to
22   be the only liquidity on that book because
23   then over time, it won't grow organically.  So
24   you put a backstop in place, and you just --
25   you're paying to ensure that, at the very

306

1    worst, this is what the customer will

2    experience.

3        Q    You're paying to ensure liquidity on

4    the platform, but you really don't know if

5    that liquidity is gonna be used in connection

6    with xRapid?

7        A    We don't.  We don't.  But on a

8    certain level, again, that's not the goal.

9    The goal is not for that market maker to trade

10   with an xRapid client.  The goal is for that

11   market maker to support the order book in that

12   way that allows that client to trade in

13   seamless manner, whether that means trading

14   with the market maker or trading with another

15   market participant that is on the order book,

16   is really immaterial to us.

17       Q    So why are these agreements

18   fashioned as xRapid market maker agreements?

19   Couldn't you just have the same agreement --

20   could you use the same agreements that you did

21   in 2017 with these xRapid market makers in

22   2018?  What is the difference?

23       A    I don't remember.

24            MR. CERESNEY:  Can we show him the

25   agreement?  Because I feel like you've got it

1    in front of you and he has --

2               MS. WAXMAN:  I just gotta find it.

3               THE WITNESS:  Actually, I don't

4    remember the specifics of the 2017 agreement

5    or the 2019 agreement.  So I'm gonna give you

6    a lot of "I don't remember" and "I don't

7    know," and that's not gonna be helpful.

8               MR. CERESNEY:  Right.  It's useful

9    for you to look at it.

10              THE WITNESS:  Thank you.

11                        (SEC Exhibit No. 37 was

12                        marked for

13                        identification.)

14          BY MS. WAXMAN:

15      Q    Here is Exhibit 37, which is an

16   executed copy of the Master XRapid Market

17   Maker Services Agreement with GSR.

18                        (SEC Exhibit No. 38 was

19                        marked for

20                        identification.)

21          BY MS. WAXMAN:

22      Q    And then I have marked as Exhibit 38

23   the Master XRP Lease Agreement between Ripple

24   and            I didn't bring with me the 2017

25   agreements.  I have them upstairs.

1              So I don't have them with me, but

2       from my memory, the difference between those

3       agreements and these agreements is these

4       agreements pay for xRapid order flow

5       specifically.  So if you turn to Exhibit 37 on

6       the third page, paragraph No. 6, it talks

7       about service fees.

8          A    Right.

9          Q    Am I reading the contract correctly

10      that you're paying for xRapid order flow?

11         A    Are we talking about -- right after

12      service fees, it says, "XRP volume means a

13      total --"

14         Q    Yes, that's the sentence I'm

15      referring to.

16         A    Yes.

17              MR. CERESNEY:  By the way, this

18      doesn't have signatures, but I assume --

19              MS. WAXMAN:  It -- I thought it did.

20      Page -- this is 179978.

21              MR. CERESNEY:  That's not here.

22              MS. WAXMAN:  Oh.  I'm a bad

23      paralegal.  So here is another one.

24              MR. CERESNEY:  It's just a different

25      Bates.  Let's just mark this one.

```
 1                    (SEC Exhibit No. 39 was

 2                     marked for

 3                     identification.)

 4           BY MS. WAXMAN:

 5      Q    So I have marked as Exhibit 39 a

 6   similar agreement xRapid Market Maker Services

 7   Agreement with Ripple and          And this

 8   one looks to be executed.  And I would just

 9   ask you to take a look at it, and let me know

10   if you're -- in connection with that

11   agreement, Ripple is paying for xRapid order

12   flow.

13      A    I don't see it.

14      Q    They're different.

15      A    Yeah.

16           MR. CERESNEY:  Yeah, they are.

17   Daphna, do you want to take a break, and

18   maybe -- we have to take a break any ways.  So

19   I just thought --

20           MS. WAXMAN:  Yeah.  That's fine.

21           THE WITNESS:  Would you like me to

22   answer the question, though?  I can answer the

23   question.

24           BY MS. WAXMAN:

25      Q    Yeah.  Answer the question, and then
```

310

1    we'll take a break.  That would be great.

2         A    So very different.  One of these is

3    very general.  It's a master legal agreement,

4    basically says, "Here is XRP."

5         Q    That's the loan you were talking

6    about?

7         A    Right, the lease agreement that is

8    back in 2017.  It's not targeted.  It's

9    basically a way for facilitating market making

10   across whatever exchanges they're connected to

11   or comfortable with or have a relationship.

12        Q    Are you targeting specific xRapid

13   exchanges in connection with the lease

14   agreement?

15        A    In 2017?

16        Q    No.  This agreement is not from

17   2017.

18        A    This one?  I have a master lease

19   agreement, that's Exhibit 38.

20        Q    Yeah.

21        A    That has nothing to do with xRapid.

22             MR. CERESNEY:  I think 39, which is

23   the one she just gave you is from 2019.

24             THE WITNESS:  Yes, 39 is from 2019.

25   38 is from 2017.

1          BY MS. WAXMAN:

2          Q    My understanding is that 38 was

3    entered into in 2019 in connection with

4    xRapid.

5          A    Oh.  Is that it?

6          Q    And I could come back to it, but my

7    understanding was that the lease agreement and

8    the xRapid market maker agreement were entered

9    into at the same time in connection with

10   xRapid.

11         A    Okay.  Now I understand.

12         Q    But I know that, in 2017, the

13   company entered into loans similar to this

14   lease agreement.

15         A    Right.  Okay.

16         Q    But the agreement is termed, for

17   some reason, XRP Lease Agreement, whereas

18   earlier in 2017, they were just called XRP

19   Loan Agreements.

20         A    Right.  I think subsequent, they

21   were the same thing.  I don't think there is

22   any material difference.

23         Q    So the terms are the same?

24         A    I believe so.

25         Q    And why do you have two agreements,

1    the lease agreement and then the separate

2    market maker services agreement?

3        A    I think that was how the legal -- it

4    wasn't -- because it's not a deal negotiation.

5    I think legal required them to be separate.

6        Q    Okay.  And then going back to the

7    initial question whether or not in connection

8    with these xRapid deals, are you applying for

9    xRapid order flow?

10       A    I want to unpack that a little bit.

11   What do you mean by pay for xRapid order flow?

12       Q    Well, we look at 37.  I know you

13   guys don't have the executed version.  I'll

14   tell you I have it.  I have an executed

15   version in front of me.

16            And if you go to the third page,

17   paragraph No. 6, which we were talking about

18   with the bold service fees -- that is the

19   sentence that you read to me earlier -- it

20   sounds to me that you're paying for xRapid

21   order flow, and I want to make sure I

22   understand that correctly.

23       A    Right.  So we don't want to pay a

24   market maker who trades a billion dollars

25   worth of volume on exchange, and it turns out

1    that none of it is xRapid.  That's not

2    terribly helpful, right.  It can get very,

3    very expensive.  So one of the ways to

4    mitigate that risk is to only pay for flow

5    that we know is xRapid flow, right.  I just

6    don't know how we were doing that.

7             MR. CERESNEY:  Do you -- when you

8    say you don't know, is it possible that you

9    don't know, or that's just not --

10            THE WITNESS:  I don't know that we

11   were, and I don't know that we can.

12            BY MS. WAXMAN:

13       Q    Because it's hard to identify what

14   the xRapid flow, is, is that what you're

15   saying?

16       A    Because the exchanges are the ones

17   that see the match.  We don't see the match.

18   So I don't know -- I don't know if we could do

19   that.

20       Q    Who would be the person who would be

21   responsible for paying these fees to GSR?

22       A    Finance.

23       Q    And so how do they know how much to

24   pay them?

25       A    The market makers would provide the

314

```
 1    loan following the report.
 2         Q    Are they saying, "Well, this volume
 3    is attributed to xRapid"?
 4         A    I don't know.
 5         Q    So how are they carrying out this
 6    term in the agreement?
 7         A    I'm not sure.
 8         Q    If it was an issue, why didn't you
 9    just use the original market maker agreement
10    that you used earlier in time in 2017?
11         A    You mean the lease agreement?
12         Q    No.  I'm talking about -- I'll -- I
13    don't have it.
14         A    I don't remember a market maker
15    agreement for 2017.  So that's why I'm a
16    little confused.
17         Q    I know you entered into market maker
18    agreements with GSR and
19    and -- those -- those agreements.
20         A    I think those were for SRP sales.
21         Q    For problematic sales?
22         A    Yeah.
23         Q    That's what I'm talking about.
24         A    Okay.  Got it.  Okay.
25         Q    Because those agreements earlier --
```

1    and correct me if I'm wrong -- the purpose of

2    those agreements was to create liquidity.

3         A    No.

4         Q    Or it was just --

5         A    That was for XRP sales.

6         Q    Just problematic sales?

7         A    Yeah.

8         Q    Okay.

9              MS. WAXMAN:  I know you would like

10   to take a break.

11             MR. CERESNEY:  Yeah.

12             MS. WAXMAN:  We're off the record at

13   11:32.

14             (A brief recess was taken.)

15             BY MS. WAXMAN:

16        Q    We're back on the record at 11:51.

17   Mr. Vias, I want to direct your attention to

18   Exhibit 37.

19             MR. CERESNEY:  Which one is that?

20   Just give us the Bates on the bottom.

21             THE WITNESS:  180196.

22             MR. CERESNEY:  Okay.

23             BY MS. WAXMAN:

24        Q    If you look at 1-B on that very

25   first page, it talks about the amount of

316

1    trades on certain platforms.  How did you

2    decide those amounts?

3              MR. CERESNEY:  Are you talking about

4    the liquidity?

5              MS. WAXMAN:  Yeah, on 1-B.

6              BY MS. WAXMAN:

7         Q    How is that determined?

8         A    I don't remember.

9         Q    Is that something you would be

10   responsible for doing?

11        A    My team, yeah.

12        Q    So people who reported to you were

13   responsible for doing that?

14        A    Yes.

15        Q    So do you have any idea how they

16   came up with those numbers?

17        A    I don't remember.

18        Q    What -- would they use any hard

19   data?

20        A    I don't remember.

21        Q    Okay.  The agreement identifies

22   certain exchanges.  How did you determine to

23   include those specific exchanges?

24        A    Those are the xRapid exchanges.

25        Q    In target corridors?

317

1          A    Yes.

2          Q    So you don't know how the amounts

3     are determined?

4          A    Correct.

5          Q    And I should ask, who would know

6     that other than Danuka?

7          A    Danuka would be a good start person.

8          Q    Okay.  And earlier, before we took a

9     break, I asked you if payments for these

10    agreements were based on rapid order flow and

11    you're not sure if they could actually

12    identify xRapid order flow.  How are these

13    terms fulfilled?

14         A    I don't know.  I'm not sure.  A team

15    would negotiate these.  But there are a lot of

16    parties that touch this document and this

17    agreement.  There is legal, product,

18    engineering.  Yeah.

19         Q    Did you hear from any of the market

20    makers that they didn't get paid?  Did they

21    ever come back to you?

22         A    No, never heard that.

23                    (SEC Exhibit No. 40 was

24                     marked for

25                     identification.)

318

BY MS. WAXMAN:

2        Q    I am showing you what has been

3    marked as Exhibit 40, which is a PowerPoint

4    presentation entitled "Scaling Global

5    Liquidity for xRapid," dated June, 2019.

6            MR. CERESNEY:  Just before he

7    answers this, I don't know if you asked him

8    earlier on -- I think you might have --

9    about -- there were periods when he was on

10   parental leave and not in the office.  I don't

11   know whether this was in that period, but

12   obviously, you can ask.

13                      (SEC Exhibit No. 41 was

14                       marked for

15                       identification.)

16           THE WITNESS:  Okay.

17           BY MS. WAXMAN:

18       Q    Did you put together this

19   PowerPoint?

20       A    I did not.

21       Q    How do you know that?

22       A    So, well, this is June, 2019, as

23   Andrew mentioned, I would be going on

24   paternity leave the 1st of July.  So if I

25   remember correctly, at this point, Danuka was

1    putting this together.

2        Q    I'm gonna show you what has been

3    marked as Exhibit 41, which is an e-mail from

4    you to ▓▓▓▓▓▓ dated June 4th, 2019.  And I'll

5    represent to you that, attached to this

6    e-mail, was the market making deck that's --

7    the deck that's been marked as Exhibit 40.

8                    (SEC Exhibit No. 42 was

9                    marked for

10                   identification.)

11           BY MS. WAXMAN:

12       Q    I'm gonna show you Exhibit 42, which

13   is another e-mail where you're CC'd on June

14   4th, 2019, which also references the market

15   maker deck that's been marked as Exhibit 40.

16   Does this refresh your memory whether you were

17   involved in that deck?

18       A    Sorry.  So this references a June

19   24th meeting.  I don't think I was in that

20   meeting at this point.  I think there was --

21       Q    When you say "this," can you tell me

22   what exhibit that is?

23       A    Exhibit 42.

24       Q    Okay.  You say it references --

25       A    It says review agenda.  June 24 was

1    the subject.  I don't think I was in that

2    meeting.

3         Q    Attached to this e-mail is that

4    deck. And then there is the Exhibit 41, which

5    refers to an xRapid market maker deck.

6         A    That's this one.  Yeah, I just --

7    there was an earlier version of this deck,

8    which I did work on, but I'm not sure that

9    this was the deck.

10        Q    Okay.  Okay.  That's fine.  If you

11   turn to page three of the deck --

12        A    Yes.

13        Q    -- the executive summary, I know

14   you're not sure if this is actual document you

15   drafted, but what's included, is this

16   something you may have drafted before?

17        A    I'm not sure.

18        Q    Okay.  So the second bullet point

19   says, "The market does not have enough

20   corridors to support future projected

21   volumes." How did they come up with future

22   protected volumes?

23        A    If I remember correctly, we looked

24   at the three or four deals that we had in the

25   pipeline, and each one of those deals had a

1    particular structure in terms of volume.  So

2    we would look at each one, say, Q-1 of 2020,

3    we expect these four deals to be generating

4    this much volume in xRapid.  And that was

5    baseline for our liquidity deals.

6        Q    And when you say "deals," what deals

7    are you talking about?

8        A    MoneyGram, ████████████████

9        Q    So deals with remitted payment

10   companies. And how are you able to estimate

11   the volume?

12       A    Again, it was taken from the deal

13   structures.  So the assumption was that the --

14   the customers, partners would hit certain

15   volume milestones, and that was baked into the

16   deal. So that's what we took as a volume

17   projections.

18       Q    Right. I know that there is certain

19   milestones, but do you know the probabilities

20   that they would hit those miles stones are?

21       A    I do not.

22       Q    So are these projected volumes based

23   on the milestones or actually what you think

24   will happen?

25       A    Both.  We think they'll hit the

[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020

322

1   milestones.

2       Q   Are the milestones aggressive?

3       A   I don't know.  I don't know.

4       Q   Who set them?

5       A   That was individually based on the

6   deals, on a particular deal.

7       Q   Okay.  So is -- for example,

8   MoneyGram who set those milestones?

9       A   So I wasn't intimately involved in

10   that deal.

11       Q   Yeah.

12       A   That was ▮▮▮▮▮▮

13       Q   Okay.  And it says that -- why

14   wasn't there enough liquidity to support

15   those --

16       A   I don't know why, but there wasn't.

17       Q   Okay.  And what was the solution

18   proposed to create liquidity?

19       A   To partner with the market maker to

20   provide the liquidity.

21       Q   And did you have discussions with

22   any of the market makers that are listed in

23   the deck?

24       A   Yes.

25       Q   Which ones?

323

1      A    All of them.

2      Q    Did Ripple enter into any agreements

3 with any of these specific to the xRapid

4 market making agreement?

5      A    Yes.

6      Q    Which ones?

7      A             and GSR, I'm certain

8 of. I'm not sure of the other two. So this

9 is -- the signing of these agreements all

10 happened when I was on paternity leave.

11      Q    Okay. Did you have discussions

12 about a potential agreement with

13      A    We did.

14      Q    And did the company enter into an

15 agreement with

16      A    I don't know. I'm not sure.

17      Q    Did you --

18      A    Actually, I am sure.

19      Q    Okay. Great.

20      A    They did.

21      Q    And were you involved in the

22 negotiation of the agreement?

23      A    Not the final one, no.

24      Q    Why did they enter into an agreement

25 with      I noticed in the production, there

1   was a lot of discussion about ███.  It wasn't

2   a market maker that the company had used in

3   the past.  So that's why I'm asking the

4   question.

5         A    The -- ███ was really kind of the

6   driving force behind bringing ███ nto the

7   loop.  She felt they were more of an FX --

8   established FX market maker, slash, provider.

9   She thought that they would be able to provide

10  more liquidity than ██ and ████████

11        Q    Was there something -- was it more

12  expensive to enter into an agreement with

13  ██

14        A    I don't remember.

15        Q    Was there anything else other than

16  the fact that it was an established FX hedge

17  fund that drew the company to ███

18        A    Not that I'm aware of.

19        Q    What were the -- I know you didn't

20  negotiate it and I know it's not in front of

21  you, but do you recall the terms of the deal?

22        A    No.

23        Q    I think it's laid out on page 13 of

24  20.  Was ███ gonna create a special purpose

25  vehicle to kind of execute the agreement?

```
 1        A    There was a discussion around the
 2   structure they would need, and I believe a
 3   special purpose vehicle, we discussed that,
 4   yes.
 5        Q    And why did you discuss that?
 6        A    I don't remember.
 7             MR. CERESNEY:  I didn't say
 8   anything.
 9             THE WITNESS:  No.  I heard -- I
10   heard something.
11             MS. WAXMAN:  Thankfully, everyone
12   will keep it to themselves.
13             BY MS. WAXMAN:
14        Q    What role would Ripple play in the
15   SPB if any?  What was discussed?
16        A    I don't remember the specifics.  I
17   know we went through numerous iterations of a
18   vehicle, but I don't remember specifics.
19        Q    Were there any advantages to that
20   set up?
21        A    I don't know.
22        Q    The deal with          did it specify,
23   you know, specific exchanges in certain
24   corridors?
25        A    I don't know what the final deal
```

1    looks like.

2        Q    Okay.  How long was the deal for if

3    you know?

4        A    I don't know.

5        Q    Typically?  Okay.

6        A    Yeah.  I don't know.

7        Q    Did you enter into deals with --

8    earlier, we spoke about the company entered

9    into deals with exchanges in connection with

10   the xRapid product.

11       A    Yes.

12       Q    Can you give me some examples of

13   those sorts of deals with exchanges?

14       A    So we had a partnership agreement

15   with ███████

16       Q    What were the terms of that

17   agreement?

18       A    I'm not gonna remember the

19   specifics.  ██████ is another one.  I think we

20   had another agreement with them.  Pretty sure

21   we had agreements with both.

22       Q    Were they fee, rebate, and volume

23   payment agreements?

24       A    I don't remember.

25       Q    Okay.  Were there other sources of

1    agreements that you entered into with

2    exchanges in connection with the xRapid

3    product?

4         A    Not that I can remember.

5         Q    Did you enter into an agreement with

6    BITTREX in connection with the xRapid product?

7         A    Yes.

8         Q    What agreement did you into?

9         A    We had an agreement where they

10   became our official xRapid partner in the US,

11   but I don't remember there being any economics

12   tied to that.

13        Q    You mean, you don't recall providing

14   any fee rebates or any other payments?

15        A    Right.  Well, we wouldn't provide

16   the fee rebates.  They would have to provide

17   the fee rebates.

18        Q    Right.  But you would pay the

19   exchange, and then the exchange would pay the

20   rebates out.

21        A    Yeah.  But that -- okay.  I see.

22   But that's an old construct from 2017.

23        Q    I'm not saying you did that with

24   BITTREX --

25        A    I don't remember an economics for

328

1  that deal.

2      Q    I'm not saying that there was.

3      A    Okay.

4      Q    What does it mean to be an official

5  USD partner for xRapid?

6      A    The idea was that we were gonna use,

7  you know, BITTREX as kind of our go to

8  exchange in the States for an XRP to receive

9  liquidity deal for xRapid.

10      Q    Okay.  Why do you think BITTREX

11  entered into the deal if they didn't get any,

12  you know, fee rebates or any other -- you said

13  there were no -- there was no money paid.

14      A    Hard for me to speak to their

15  motivation.

16      Q    Okay.  Well -- okay.

17      A    Yeah.

18      Q    Prior to entering into the agreement

19  with -- the xRapid agreement with BITTREX, was

20  XRP trading on BITTREX's platform?

21      A    I think it was, yeah.

22      Q    And what trading pairs were

23  available?

24      A    Well, I don't remember.

25      Q    Did you have any involvement with

1  the initial listing of XRP on BITTREX?

2      A   No.

3      Q   Did anyone at the company have any

4  involvement?

5      A   I don't know.

6      Q   How did the relationship come about

7  in connection with xRapid?

8      A   I don't remember how it came about

9  with respect to xRapid.  There was an existing

10  relationship between BITTREX and Ripple.

11     Q   Why?

12     A   I don't know.  I don't know why.  I

13  just remember -- I remember ████ already

14  had -- he knew the CEO.  I don't know why.

15     Q   But you're not sure if Ripple had

16  any discussions with them about the initial

17  XRP listing?

18     A   I don't.

19     Q   Were you involved in any discussions

20  about the initial listing?

21     A   So the initial -- the XRP BTC

22  listing that they had, I thought that that had

23  been on there since the inception of BITTREX.

24  So I certainly didn't have anything to do with

25  it.

1     Q    Okay.

2                (SEC Exhibit No. 43 was

3                marked for

4                identification.)

5          BY MS. WAXMAN:

6     Q    Showing you what has been marked as

7    Exhibit 43, which is an e-mail from you to Ron

8    Well, dated April 17th, 2018.  The subject is

9    BITTREX SRP USD listing and xRapid

10   partnership. The top of the e-mail says, "I

11   spoke with          " did you speak with him

12   over the phone, or did you have an in-person

13   meeting?

14        A    This was over the phone if I

15   remember correctly.

16        Q    Okay.  Was anyone else on the phone

17   with you?

18        A    I don't believe so.

19        Q    Was it near the time you sent the

20   e-mail?

21        A    Yeah.  I say it's earlier today.

22        Q    Okay.  Thanks.

23        A    Mm-hm.

24        Q    Third bullet point -- what is this

25   e-mail about generally?

331

```
 1          A     Generally, this was about a
 2    conversation that I had with          round XRP
 3    USD on BITTREX and becoming an xRapid partner.
 4          Q     Okay.  These are your notes from the
 5    call that you had from him?
 6          A     Yes.
 7          Q     Did he tell you, under the third
 8    bullet point, that they are not -- quote,
 9    "They are not concerned at all about the risk
10    of it being a securities XRP"?
11          A     Those are my notes.
12          Q     Okay.  Did he tell you why they were
13    not concerned?
14          A     I don't remember.  I don't remember
15    him mentioning why.
16          Q     Did -- okay.  Going down at the
17    bottom on the middle of the page, it says, "I
18    like this deal for the following reasons --"
19    under number three, you write, "Helps with the
20    short-term optics problem with the securities
21    issue." What did you mean by that statement?
22          A     I just remember, at the time --
23                MR. CERESNEY:  Well, actually, just
24    I want you to be careful not to reveal because
25    this is April of 2018.  I think it was right
```

1    around the time you guys reached out.  So --

2    and I don't remember if it was right soon

3    before this.  So I just want to caution you

4    not to reveal discussions you had with

5    counsel.

6              MS. WAXMAN:  I actually can tell you

7    the exact date.

8              MR. CERESNEY:  Yeah.  I don't

9    remember where in April it was.  I just

10   remember it was April.  It's not important,

11   but I just want to caution him not to --

12             MS. WAXMAN:  That's okay.

13             THE WITNESS:  No.  This was more

14   about -- I think there was some news stories

15   in the press.

16             BY MS. WAXMAN:

17        Q    At or around this time did ██████

18   ████████ make certain statements about XRP's

19   status as a security?

20        A    I don't remember.

21        Q    So if not those statements, are you

22   talking about other statements?

23        A    So I can't remember exactly what I'm

24   referencing here, but I do remember that, at

25   the time, there were a few stories on Twitter

1    around XRP as a security.  Yeah.

2        Q   And you say "optics problem." What

3    did you mean by optics problem?

4        A   Just that, the chatter.

5        Q   Well, why is it a problem that

6    people are saying that XRP is a security?

7        A   Well, it just leads -- it makes it

8    more difficult to grow liquidity in the US,

9    less listings, no futures contracts, things

10   like that.

11       Q   Why does it make it more difficult

12   for all those things?

13       A   Well, the ▮▮▮▮ xample is a good one.

14   If there is no clarity around a

15   classification, then the risk tolerance just

16   isn't there generally.  It wasn't, at least

17   for these listings.

18       Q   If it was security, would Ripple

19   have to be subject to the Federal Securities

20   Laws?

21          MR. CERESNEY:  What is your

22   understanding as a layperson of that issue?

23          THE WITNESS:  I suppose so, yes.  I

24   don't know.

25          BY MS. WAXMAN:

334

1          Q     You don't know?

2          A     Well, I mean, so -- I don't know

3     what would happen is my -- like if XRP was

4     classified as security.  I don't know what

5     then occurs.

6          Q     Right.  You're not a securities

7     lawyer. That's not my question.

8          A     Right, right.

9          Q     My only question was:  If it was a

10    security, would it be subject to regulation by

11    the SEC?

12         A     Of course.

13         Q     And subject to the Federal

14    Securities Laws?

15         A     Yes, yes.

16         Q     Would that be -- is that the problem

17    you're referring to?

18         A     No.  The problem I'm referring to is

19    that there wasn't clarity.

20         Q     Sorry.  I take that back. Is that

21    the problem in relation to the liquidity

22    answer that you just said?

23         A     No.  The problem is that there is no

24    clarity.  So in the absence of clarity, people

25    don't know what to do.  So then they do

335

1    nothing. So I'm not gonna list it because I

2    don't know if I have to comply to the law.  So

3    I'm just not gonna do it until I get clarity.

4         Q    So I understand that, but I think

5    earlier you said that there was news that XRP

6    was a security, not that there was lack of

7    regulatory clarity; but there was statements

8    that people were saying that it is a security.

9         A    No.  There was -- it was -- sorry.

10   I'll be more careful with my words. The

11   chatter was really more around was it a

12   security, and sure people have opinions around

13   that.  But I felt like the question was being

14   asked, you know, in a public forum in

15   newspapers -- not newspapers -- online

16   journals or online Web sites or whatever,

17   Twitter.  I don't remember anybody, like,

18   pointing the finger and saying, "It's

19   definitely --" I don't remember that.

20        Q    I'm sorry if I asked you this, did

21   they tell you why they were concerned the

22   XRP --

23        A    I don't remember.

24             MR. CERESNEY:  I think he answered

25   that.

1          THE WITNESS:  Yeah, I did.

2          BY MS. WAXMAN:

3      Q    Under No. 2, it says BITTREX is one

4  of the biggest exchanges globally and leaning

5  in on xRapid while no one else in the US is.

6  Did you have an -- did you reach out to ███

7  ████████████████████████████████████?

8      A    Yes.

9      Q    What was your understanding of why

10  they weren't interested?

11      A    Coinbase, I don't know. ████████  I

12  remember having conversation with them just

13  not going anywhere.  I remember them saying

14  it's just not a priority. ████████  I mentioned

15  earlier, just kind of flamed out.  I don't

16  remember why it did, but it just didn't go

17  anywhere.  And ████████ had XRP listed, but for

18  the life of me, we just couldn't get them

19  excited about xRapid.

20      Q    Did they ever give you any feedback,

21  ████████

22      A    I don't remember.

23      Q    Going back to the -- why was this

24  deal beneficial to BITTREX?

25      A    I mean, I think -- the way I viewed

1   it as beneficial to them is the way I've

2   always viewed xRapid.  It's an opportunity get

3   real institutional volume through the

4   exchange.  It's a flow that commercial volume

5   doesn't exist on these exchanges today outside

6   of xRapid in any real meaningful way.  So the

7   pitch was always, "Look.  This is a new

8   customer base.  It's sticky.  It is not based

9   on, you know, volatility.  It is -- this is a

10  real business."

11                      (SEC Exhibit Nos. 44 and

12                      45 were marked for

13                      identification.)

14          BY MS. WAXMAN:

15          Q    Mr. Vias, I'm showing you what have

16  been marked as Exhibits 44 and 45.  Forty-four

17  is an e-mail from you to ████ BITTREX, "Here

18  ██ and ████ " dated March 22, 2018. Subject

19  is Listing Application, and I'll represent to

20  you that Exhibit 45 is the attachment. We just

21  discussed that XRP was already trading on the

22  platform at the time you sent this e-mail.  Do

23  you know why they asked you to provide a

24  listing application if the XRP was already

25  listed on the platform?

1      A    I don't.

2      Q    Did they ever tell you or anyone

3  else at Ripple?

4      A    I don't know.  I don't remember.

5      Q    Did you draft any part of this

6  letter, which has been marked as Exhibit 45?

7      A    If memory serves me right, this was

8  all drafted by legal.  I can't say for sure.

9      Q    Does it look like other applications

10  that Ripple submitted to other exchanges?

11      A    I believe there is something similar

12  in another application.

13      Q    Did you draft any applications?

14      A    Not by myself, yeah.  I mean, I was,

15  obviously, involved in this, but I can't

16  recall exactly --

17      Q    Do you recall your involvement?

18      A    I mean, in -- so I'm lead current

19  relationship manager here for BITTREX.  I'm

20  negotiating the xRapid engagement.  So I'm

21  point person on the relationship.  So for

22  instance, like if they asked for this, it's

23  gonna come through me, and I have to figure

24  out internally who is gonna do this?  Is it

25  legal?  Is it finance?  Is it product?  Is it

339

1    an amalgam?

2       Q    They cover the e-mail, Exhibit 44,

3    second sentence says, "Given our unique

4    relationship with XRP, we felt this was the

5    most accurate and efficient way to proceed."

6    What does that mean? What are you talking

7    about there when you said given our -- what do

8    you mean when you say the company's unique

9    relationship with XRP?

10       A    So I think it mentions in it --

11    there is a part in here --

12       Q    Page eight?

13       A    No, no. There is a part that says,

14    like, wasn't a token -- it's not a token.

15       Q    Oh. The history on page one?

16       A    I just read this. I don't know why

17    I can't find it. Anyway, there is a part that

18    says there was no token sale, and if memory

19    serves me right, this application and others

20    on the exchanges at the time were all focused

21    on ICOs. So that statement is a reference to

22    the fact that the XRP was not an ICO, and the

23    application, as they see it, doesn't apply

24    perfectly. It's not a perfect fit. I think

25    that's in here.

340

1      Q   Well, the same sentence doesn't say,

2 "Ripple didn't do an ICO. Ripple didn't sell

3 XRP in connection with ICO." It talks about

4 the relationship between the company and

5 Ripple. So what is your understanding of the

6 relationship between the company and XRP?

7      A   We own a large amount of XRP. It's

8 integral to our inter-software product in

9 terms of the transfer mechanism.

10      Q   What did you mean by unique

11 relationship?

12      A   I think these two things are pretty

13 unique.

14      Q   Okay. No. Okay. Other than what

15 is provided in Exhibit 45, did Ripple provide

16 BITTREX with a separate legal opinion

17 regarding XRP?

18      A   I don't know.

19      Q   Have you ever seen a separate legal

20 opinion with respect to XRP from -- when I say

21 legal opinion, I mean from a law firm.

22      A   I feel like there was a document

23 sent to me early in 2017, but I remember -- it

24 was -- basically, said that this is old, and

25 it's not applicable.

341

1        Q    Don't tell me what it said. But it

2    was a 2017 document or earlier in time?

3        A    I believe it was earlier in time.

4        Q    What year?

5        A    I don't know.

6        Q    Who wrote the document?

7        A    It was a law firm.

8        Q    In New York -- I mean, in the United

9    States, a US law firm?

10       A    I'm pretty sure, but I'm not 100

11   percent certain.

12       Q    I don't want to hear any privileged

13   communications, but why did she send it to

14   you?

15            MR. CERESNEY:  Well --

16            BY MS. WAXMAN:

17       Q    Did you ask her?

18            MS. WAXMAN:  That's not privileged,

19   why.

20            MR. CERESNEY:  It depends it. Could

21   be.

22            But do you remember?

23            THE WITNESS:  I don't remember.

24            BY MS. WAXMAN:

25       Q    Okay.  And what did the document

342

```
 1    say, the actual document?

 2              MR. CERESNEY:  Yeah.  But I don't

 3    know -- obviously, there is -- I don't know

 4    which document this is and whether --

 5              THE WITNESS:  I didn't read it.  I

 6    remember not reading it.

 7              BY MS. WAXMAN:

 8         Q    Was it a legal memo from the law

 9    firm by the name of Perkins Coie?

10         A    I don't know.

11         Q    Was it from 2012?

12         A    I don't know.

13         Q    Did it refer to XRP as Ripple

14    Crotus?

15         A    I don't know.

16              MR. CERESNEY:  She's just trying to

17    see if any of this refreshes --

18              THE WITNESS:  I remember not reading

19    it.  So --

20              BY MS. WAXMAN:

21         Q    Why didn't you read it?

22         A    I don't remember why I didn't read

23    it. Probably busy.

24         Q    Did you ever discuss, other than

25    privileged communications, with anyone at the
```

343

1    company whether or not XRP could be deemed a

2    security?

3         A    Yes.

4         Q    Okay.  And when was that first

5    discussion?

6         A    I don't remember.

7         Q    Was it before you started or --

8         A    No.

9         Q    Did you have that discussion in

10   2017?

11        A    I don't remember if it ever came up

12   in 2017.

13        Q    When did it first come up?

14        A    I don't remember when it first came

15   up, but I remember it being, like, a topic in

16   that April, March of 2018.

17        Q    And the date that's -- the memo, is

18   that before or after the time that you

19   remember the topic coming up?

20        A    I think it was before.

21        Q    Before then, had you ever thought

22   whether or not XRP could be deemed a security?

23        A    I don't know.

24        Q    Is your answer "yes" or "no" or, "I

25   don't know"?

1        MR. CERESNEY:  I think he said, "I

2   don't know."

3        THE WITNESS:  I don't know.  I can't

4   remember if -- when the first time I thought,

5   "Oh.  Might XRP be a security?" I just don't

6   remember that.

7        BY MS. WAXMAN:

8        Q     The thought did come into your head

9   at some point?

10       A     At some point, yeah.

11       Q     And what was your understanding?  I

12   know you're not a securities lawyer or -- do

13   you have an opinion?

14       MR. CERESNEY:  Again, here you have

15   to divorce anything you might have learned

16   from counsel or discussions you've had with

17   counsel.

18       THE WITNESS:  Yeah.  My opinion as

19   to whether or not -- I feel my comfort with

20   XRP comes from the fact that, to me, it's

21   always felt like a commodity. I've just always

22   viewed it that way, and I've treated the kind

23   of -- my efforts to grow liquidity the same

24   way I did in commodity futures.  There is some

25   real parallels there in terms of the supply,

345

1    demand dynamics in gold in particular, I mean,

2    crude, that always seem to really just fall

3    neatly into not just XRP but digital

4    currencies broadly.

5              BY MS. WAXMAN:

6         Q    How did the fact that there was a

7    company, Ripple, that owned a large amount of

8    XRP play into that --

9         A    To me, it was similar to Barrick

10   Gold, who is a large producer of gold, who

11   owns a ton of gold, or DeBeers or, you know,

12   Exxon Mobil, which may have a lot of oil.

13   Owning a lot of the commodity didn't feel like

14   a factor in that consideration.

15        Q    Did you consider -- okay.  Did you

16   have discussions at the company about

17   announcements that would be a positive effect

18   on XRP's price?

19        A    I don't remember any specific

20   announcements.

21        Q    No.  That's not my question.  Did

22   you discuss generally with Patrick or others

23   the idea that the company wanted to have

24   announcements that would have a positive

25   effect on the XRP price?

1        A    No.   The goal of announcement,

2    especially in my mind's eye, is -- price is

3    gonna do what the price is gonna do.   You

4    should never do anything or announce anything

5    to have an impact on price.   So --

6        Q    That was your opinion.   Did others

7    in the company have a different opinion?

8        A    I don't know.   I don't know.

9        Q    All right.

10                        (SEC Exhibit No. 46 was

11                        marked for

12                        identification.)

13           BY MS. WAXMAN:

14        Q    Showing you what has been marked as

15    Exhibit 46, which is an e-mail chain dated,

16    November 22nd, 2017.   The subject is "XRP

17    Trading Volume Update." The bottom e-mail is

18    an e-mail from Patrick to you dated, November

19    1st, 2017.   At the very bottom, it says --

20    under Actionable incites, it say, "Continue to

21    drive interest in XRP by communicating

22    progress to the market." And then on the next

23    page with the sentence, it says, "Separately

24    we are looking at what we can do to accelerate

25    and prioritize XRP beneficial announcements

1    and will be coordinating with Monica's team on

2    deck for XRP we have." And it lists six items.

3    Did you discuss with Patrick this idea of

4    prioritizing or accelerating XRP beneficial

5    announcements?

6        A    No.  I don't remember doing so.

7        Q    Did you discuss that with anyone?

8        A    I don't remember doing so.

9        Q    Do you remember that there way

10   something that the company was doing?

11       A    No.

12       Q    No?

13       A    Announcements for sake of the

14   benefit of XRP?  No.

15       Q    Well, that's what it -- what is your

16   understanding of that statement?

17       A    I don't know exactly what he means

18   by that.

19       Q    When he says XRP beneficial

20   announcements, is he talking about

21   announcements that will benefit the price?

22       A    I don't know.

23       Q    And who is Monica?

24       A    Head of marketing.

25       Q    Why don't we just assume he's

348

1  talking about announcements that are gonna

2  benefit the price. Why do you think the first

3  one would benefit XRP's price? When he

4  says --

5      A    I don't know.

6      Q    What about the second bullet, why

7  would that have a positive effect on XRP's

8  price?

9      A    I don't know that it would.

10     Q    Any of the others?

11     A    Three and four are more about

12 liquidity, at least the way I'm reading it.

13            is Middle Eastern exchange      is a

14 USD pair. Those would be beneficial to

15 liquidity.

16     Q    Would those create speculative

17 interest in XRP?

18     A    I'm sorry. I didn't mean the

19 announcement. I meant the actual doing of the

20 thing would benefit liquidity. The

21 announcement, I don't know.

22     Q    What about five or six, would the

23 announcements have any positive effect on XRP?

24     A    Well --

25     Q    Well, the earlier, the previous

1     testimony, we talked about how the escrow

2     would have a positive effect on the price.

3          A    It should.  You're removing supply

4     risk, which in any other market, would remove

5     risk.  So that should be beneficial to the

6     price.

7          Q    Right. I think we looked at a deck

8     where you estimated that the price would go up

9     by certain --

10          MR. CERESNEY:  I think that was in

11     connection with the announcement of the

12     escrow, not the completion of the escrow.  The

13     escrow was announced in May.  We're now

14     talking about the completion.  So it's

15     different.

16          MS. WAXMAN:  Thank you.

17          BY MS. WAXMAN:

18          Q    At the top of the e-mail right under

19     the graph, that paragraph, it talks about a

20     lack of the interest in XRP.

21          Do you know why there was a lack of

22     interest?

23          A    I don't.

24          MR. CERESNEY:  Just a reminder, if

25     we could --

```
 1                    (SEC Exhibit No. 47 was

 2                        marked for

 3                        identification.)

 4          BY MS. WAXMAN:

 5          Q    Showing you what been marked as

 6    Exhibit 47, which is an e-mail from you to

 7    Patrick,              and a couple others,

 8    dated November 15, 2017.

 9          A    Okay.

10          Q    Turn to the very first page in the

11    e-mail.  You write, "As a we all need to be

12    very disconcerning about how we speak about

13    XRP to anyone outside of the organization.  We

14    do not want to make recommendations to

15    purchase or claims that the price will

16    increase in value."  Why did you send them that

17    e-mail?

18          A    It's always been my opinion, at

19    least since I've been at the company, that

20    making any claims about pricing or -- it's not

21    silly, but it's -- we're long a lot of XRP.

22    What do you expect me to say?  That it's no

23    good?  That it doesn't work?  My only job in

24    hoping to grow liquidity for XRP is awareness,

25    understanding, and if people want to buy it,
```

351

```
1    great.  If people want to sell it, great.  Do
2    what you may as long as you're participating
3    in the market.  That's a win for us.  Right.
4    So I just always felt it's a little
5    disingenuous for anybody inside to be like,
6    "Hey, you should buy XRP."
7         Q    Is that the only reason you sent
8    this e-mail because you thought it was
9    disingenuous for people to promote XRP?
10        A    Yeah.  I just don't think it --
11   again, this idea of allowing XRP to kind of be
12   trusted in terms of market dynamics, in terms
13   of fit for purpose, you want XRP's utility to
14   shine in the use case, and you want that to
15   come through in terms of actual use and
16   utility.  None of that is helped by telling
17   someone to buy or making claims about the
18   price.  At a very real level, the price
19   doesn't matter for the use case.  The price is
20   gonna do what the price is gonna do. It's a
21   market.  So that is a tangent that is not
22   helpful to anything that we're doing.
23        Q    Would you personally benefit if the
24   XRP went up in price?
25        A    I did, yes.
```

1      Q    How did you benefit?

2      A    Shares in the company and I own XRP.

3      Q    And would speculators benefit with

4  an increase in price?

5      A    If they own XRP.

6      Q    Did you tell people to be dis- --

7  careful about how they speak about XRP outside

8  of the organization at the direction of

9  anybody in the company?

10     A    No.

11     Q    Was it based on a concern that XRP

12  could be deemed a security if the company were

13  making claims about increase in value?

14     A    No.

15     Q    Did anyone ever tell you not to talk

16  about an increase in price in XRP other than

17  conversations with counsel?

18     A    Not that I remember, no.

19     Q    Did you have any discussions with

20  Chris Larson about it?

21     A    No.

22     Q    Did you have any discussion with

23  Brad Garlinghouse?

24     A    No.

25     Q    Did you have any discussions with

353

1    David Swartz?

2        A   No.

3        Q   Were you aware that David Swartz

4    would make statements on Reddit about the

5    increase in value on XRP?

6        A   No.

7        Q   Did you make postings on XRP Chat or

8    Reddit?

9        A   XRP Chat, not Reddit.

10       Q   So were you following some of the

11   postings on XRP Chat?

12       A   Tangentially.

13       Q   Did you ever see David Swartz's

14   posts on XRP Chat?

15       A   I saw a few.

16       Q   Did you see any of them in relation

17   to the rise in value of XRP?

18       A   I don't remember any around the

19   price, no.

20       Q   How would an increase in price in

21   XRP benefit the company, Ripple?

22       A   We own 50 billion XRP.  It's our

23   primary asset.  So an increase in value would

24   help the company be more valuable.

25       Q   I have one more exhibit if --

1           MR. CERESNEY:  1 o'clock.  I asked

2    you, you know, two hours ago.  Sorry.

3           MS. WAXMAN:  To be continued. We're

4    off the record at 12:59.

5           (Whereupon, at 12:59 p.m., a

6    luncheon recess was taken.)

7       A F T E R N O O N   S E S S I O N

8           BY MS. WAXMAN:

9       Q    So we're back on the record at 1:46.

10   Mr. Vias, while we were off the record, did

11   you have any conversations with the Staff?

12      A    No.

13      Q    Mark this as the next exhibit.

14                    (SEC Exhibit No. 48 was

15                    marked for

16                    identification.)

17          BY MS. WAXMAN:

18      Q    Mr. Vias, I'm showing you what has

19   been marked as Exhibit 48, which is a legal

20   memo from a law firm by the name of Perkins

21   Coie, dated October 19th, 2012.  Do you wanna

22   take a look at it?

23      A    I just -- yeah.

24          MR. CERESNEY:  Just look at it. The

25   first question is to look at it. Take it step

```
 1    by step.  This is a long document.  So --
 2              THE WITNESS:  I know, yeah.
 3              MR. CERESNEY:  Yeah.  Just read as
 4    much as you can because the next question's
 5    gonna be -- do you want to direct him to
 6    something?
 7              MS. WAXMAN:  Yeah.
 8              BY MS. WAXMAN:
 9        Q    Take a look at page one and two, and
10    I would read up to about page eight.
11              MR. CERESNEY:  Okay.
12              THE WITNESS:  Okay.
13              BY MS. WAXMAN:
14        Q    And then I would skip over to page
15    16, 17, and 18, and some of it has legal
16    stuff.  So I wouldn't expect you to pay too
17    much attention to that.
18        A    Okay.  You said 16 to 18?
19        Q    Yes.  You don't have to whisper even
20    though everyone's on their computers.
21              MR. CERESNEY:  We've already read
22    the document.
23              THE WITNESS:  I assumed so.
24              MR. CERESNEY:  Just so you
25    understand why we're on our computer.
```

356

1          THE WITNESS:  I -- yes.  Okay.

2          BY MS. WAXMAN:

3      Q    Okay.  Great.  Before we broke, you

4  had mentioned a legal memo that had been

5  forwarded to you.

6      A    Yeah.

7      Q    Is this the document?

8      A    I don't recognize this document.

9      Q    Okay.

10     A    This is the first time I've seen it.

11     Q    Okay.  Do you recall that it was a

12 different legal memo, or you just don't know?

13     A    I just don't know.

14     Q    Okay.

15     A    Yeah.

16     Q    The very first page talks about

17 Ripple credits.  Have you ever seen the

18 company use the term Ripple credits for XRP?

19     A    I think this is the first time I'm

20 seeing it.

21     Q    This is first time you're seeing the

22 company refer to Ripple credits?

23     A    Yes.

24     Q    Okay.  So is your understanding

25 based on your read of the document that Ripple

357

1    credits are the same things as XRP?

2         A    Seems reasonable to assume.

3         Q    I'm gonna ask you make that

4    assumption from this document.

5         A    Okay.

6         Q    If you turn to page two of the

7    document towards the bottom, it says that,

8    "The founders will not accept an investment in

9    the company in exchange for issuance of Ripple

10   credits."

11        A    "Instead will receive stock."

12        Q    I'm talking about the founders, not

13   the investors, just the first part of the

14   sentence?

15        A    Okay.

16        Q    So it says, "Founders will not

17   accept investment in the company in exchange

18   for Ripple credits," which we're assuming is

19   XRP.  Did you ever discuss that with anyone at

20   the company?

21        A    No.  I'm not even sure what this

22   means.

23        Q    Okay.  That's fine.

24             MR. CERESNEY:  Fair question.

25             THE WITNESS:  It's just confusing.  I

358

1    don't know.

2              BY MS. WAXMAN:

3        Q    Well, my understanding -- I read the

4    document.  My understanding is that, instead

5    of getting Ripple stock in the company,

6    they're gonna receive XRP.

7        A    Okay.  In exchange for the

8    issuance --

9              MR. CERESNEY:  Well, not a question.

10   It's her understanding.

11             THE WITNESS:  I don't understand it

12   at all.

13             BY MS. WAXMAN:

14       Q    That's fine. Did, at some point in

15   time, Ripple distribute XRP for no

16   consideration, for no money -- an exchange for

17   nothing of value?

18       A    Did Ripple give away XRP?

19       Q    Yeah.

20       A    There were -- it was a bonus, at one

21   point, that the company gave out to employees.

22   I think that was at the end of '18.  Yeah.

23   Before that, I have heard there were

24   giveaways, but I don't know any specifics.

25       Q    Okay.  Were you with the company at

359

1    the time?

2         A    No.

3         Q    Turn to the recommendation section,

4    starting on page six.  Paragraph C, the last

5    sentence, says, "It will be important that the

6    company founders do not mislead participants,

7    particularly with regards to the liquidity and

8    expectations concerning the value or safety of

9    Ripple credits." Did you ever have any

10   discussions with anybody related to that

11   recommendation?

12        A    No.

13        Q    If you go down to F, the very bottom

14   of the paragraph, at the beginning says, "Do

15   no promote Ripple credits as being an

16   investment opportunity," and at the end it

17   says, "Founders in company should make clear

18   its mission is to facilitate online commerce,

19   not investment trading." Did you ever discuss

20   that recommendation with anyone at the

21   company?

22        A    No.

23        Q    Did you ever discuss anything that's

24   in the memo with anyone in the company?

25        A    That's the first time I've seen this

360

1    document.

2        Q    I understand, but I'm talking about

3    the recommendation.

4        A    I didn't know these recommendations

5    existed.

6        Q    Okay.  If you look at the next page,

7    page eight, the page at the very end of the

8    paragraph, it says, "Memos cannot be paid in

9    Ripple credits." Did you ever --

10       A    You mean H, "Do not use Ripple

11   credits --"

12       Q    Yeah.  You just said some people

13   were provided Ripple XRP in connection with

14   their employment.  Did you receive XRP in

15   connection with your employment?

16       A    I did.

17       Q    And was it part of a compensation

18   agreement or --

19       A    So I received XRP in three ways.  So

20   it was my initial signing bonus.  I chose to

21   have an XRP.  I had the choice, and I took it

22   in XRP.

23       Q    How much XRP?

24       A    I don't remember the exact amount.

25       Q    What was the value?

361

1          A     I think ████████     That was the

2     signing bonus.

3          Q     Okay.

4          A     And then the first two months at the

5     company, I took my expenses in XRP.  And then

6     the only other time was the end-of-year bonus

7     that was company-wide.  I think that was the

8     end of '18.

9          Q     What do you mean by company-wide?

10         A     It was for every employee.

11         Q     Every employee received the same XRP

12    bonus?

13         A     Yes.

14         Q     And what was the value of the XRP?

15         A     I don't remember.

16         Q     How much XRP was it?

17         A     I don't remember the amounts.  It

18    was less than ████████    I can say that.

19         Q     Other than that, did you receive any

20    XRP in connection with your employment?

21         A     No.

22         Q     Did you buy XRP in the open market?

23         A     I did.

24         Q     And approximately, how much have you

25    bought since you started working at Ripple?

362

```
 1          A    On a net basis, ▓▓▓▓▓▓▓▓▓
 2          Q    And what about gross?
 3          A    I don't know.  Actually, I
 4    think -- -- the most XRP I ever owned was ▓▓
 5    ▓▓▓▓▓▓ XRP.  We'll say that, that I bought
 6    personally.
 7          Q    And did you make money?  Have you
 8    profited from any of the purchases?
 9          A    I have.
10          Q    And about how much have you made in
11    profits?
12          A    In terms of the mark to marked or
13    liquidation?  Profit, like how?
14          Q    Actual XRP that you've sold for
15    either virtual currency or via --
16          A    Right.  It's a little under ▓▓
17    ▓▓▓▓▓
18          Q    And the XRP that you purchased, did
19    you purchase it over the counter, on
20    exchanges, or both?
21          A    I can't remember if I made any
22    purchases over the counter, but I definitely
23    had sales both over the counter and on
24    exchanges.
25          Q    And the XRP, did you purchase equal
```

1    amounts on OTC and exchanges or what --

2         A    I don't remember if I had purchases

3    over the counter.

4         Q    Okay.

5         A    But no, this was no equivocation of

6    amounts based on venue.

7         Q    Was Ripple aware of your purchases

8    of XRP?

9         A    I don't know.

10         Q    Were there any restrictions placed

11    on your sales?

12         A    No.

13         Q    Did you ever -- so you could sell at

14    any point in time?

15         A    Yes.

16         Q    Did you have any reporting

17    requirements with respect to your purchases or

18    sales?

19         A    Eventually, the company put in a

20    reporting requirement.

21         Q    And around what time?

22         A    I think that was Q-4, 2018.

23         Q    And did they place any restrictions

24    on the sales that you could make at that time?

25         A    No.  At that time, it was just

1    reporting.  I believe there is now -- I think

2    there is a policy now that basically, in

3    transactions that you have, you have to report

4    to the company or you're not -- there is a new

5    policy.  I don't know the details.

6          Q    I'm just trying to understand.

7    There is a difference between actual just

8    reporting and restricting companies, you know,

9    during a specific period of time or

10   restricting amounts, things like that.

11         A    I think now there is -- I think the

12   way the policy works now is, you have to

13   report ahead of time some sort of a plan to

14   the company, and if you don't do that, then

15   you can't transact in XRP while you're an

16   employee.

17         Q    And is there any transparency into

18   your accounts by the -- can the company see

19   when you're trading?  Do you have to have the

20   accounts at a certain place or anything like

21   that?

22         A    No.

23         Q    Honor system?

24         A    What the company can see is the

25   wallets.  So if you reported to the company

1   that you have a wallet where you keep XRP,

2   they can monitor that, but anything on

3   exchange, they can't see.

4           Q    Okay.  Did you accumulate the

5   position over time?

6           A    Mostly fourth quarter of 2016, first

7   quarter of 2017.

8           Q    Q-4, 2016, and Q-1 17?

9           A    (Nodding.)

10          Q    And why did you purchase XRP at that

11  time?

12          A    At the time, it was a subtle penny.

13  It was incredibly inexpensive.  I joined

14  Ripple because I'm a big believer in crypto

15  currencies broadly, XRP specifically, and it

16  was my opinion that over time that it will

17  increase in value.

18          Q    Did you ever purchase it at prices

19  where it was a penny or more?

20          A    The core position I accumulated at a

21  subtle penny.  I think I may have bought some

22  at around a penny.

23          Q    Did you think that the price was

24  gonna increase?

25          A    Yeah.  That's why I bought it.

1        Q    So you bought it for investment

2    purposes?

3        A    Yeah.

4        Q    Why did you think the price would

5    increase?

6        A    Well, again, I'm a big believer in

7    crypto currency.  So I think the space,

8    generally, is bound to grow over time in terms

9    of evaluation as an asset class, and I thought

10   and still think XRP is probably the best

11   digital currency, speed, efficiency, clear use

12   gaze.  So that was enough.

13       Q    Did you think that you personally at

14   Ripple or anyone else at Ripple would have --

15   would cause the price of XRP to increase?

16       A    No.

17       Q    No?  Why not?

18       A    So I'm speaking about me in

19   particular. They brought me on to -- to grow

20   the quarterly for XRP.  XRP was subtle paying.

21   So it couldn't have been much cheaper.  And I

22   did think, if we grew liquidity for it, if we

23   expanded the markets for it, that should

24   accrue the value. Being a more liquid asset,

25   generally, is a more valuable asset because,

```
1    at the very least, you can get in and out of
2    it.  Assets that are not liquid are not very
3    useful or valuable.  From that standpoint,
4    yes.
5          Q    You thought, by growing liquidity,
6    Ripple's efforts to grow liquidity would cause
7    increase in XRP's price?
8          A    I thought it could.  No guarantees.
9          Q    Any other things that made you feel
10   that Ripple -- your individual efforts at the
11   company or anyone other's efforts would lead
12   to an increase in price of XRP?
13         A    Not when I was purchasing the XRP,
14   no.
15         Q    Set aside the purchases, just in
16   general.
17         A    Well, we talked about escrow and
18   kind of that supply overhang.
19         Q    Sure.
20         A    That being something that -- yeah,
21   could lead -- any time you constrict supply,
22   prices tend to go up.
23         Q    Before the break, we spoke about an
24   e-mail where Patrick was recommending news
25   that would have a positive impact on the
```

1    price.

2          A    That it would be beneficial to XRP.

3          Q    Right, right. Is that different from

4    what you were just talking about?

5          A    Well, just in that example, we talk

6    about -- there was two bullet points at the

7    end that mention -- I think it was ███ and

8    another liquidity, ███████ and in my

9    opinion, I don't know how that would be

10   beneficial to the price of XRP.

11         That's more about liquidity.  When I

12   think about beneficial XRP, I think about

13   liquidity.

14         Q    I'm talking about the general idea

15   that he was referring to in the e-mail.

16         MR. CERESNEY:  I think he's saying

17   that, when it said beneficial, he could

18   determine that to mean liquidity. Could be

19   price.  Could be liquidity.

20         THE WITNESS:  That's not what

21   Patrick said.

22         MR. CERESNEY:  Could be what he

23   meant but --

24         THE WITNESS:  Yeah, could be, but

25   that's not what he said.

369

```
 1                    (SEC Exhibit No. 49 was

 2                     marked for

 3                     identification.)

 4          BY MS. WAXMAN:

 5          Q    I'm showing you Exhibit 49, which is

 6    a PowerPoint presentation, dated November 3rd,

 7    2017, titled, "XRP Sales and Market Update and

 8    Preread." Is this a deck that you generally

 9    prepared for your meeting -- your weekly

10    meetings with Brad and others regarding XRP

11    sales?

12          A    Yes.

13          Q    If you turn to page five, under

14    actual insights, it repeats what we saw in the

15    other exhibit about accelerating or

16    prioritizing XRP beneficial announcements.

17    Did you discuss that with -- during the weekly

18    sales meeting?

19          A    I don't remember.  So this was the

20    preread?

21          Q    Mm-hm.

22          A    We sent this out the night before.

23          Q    Mm-hm.

24          A    Everything in the preread wasn't

25    discussed in the sales meetings.  Sometimes
```

370

1    none of it was.

2         Q    Was it circulated?

3         A    Yes, this was circulated.

4         Q    Do you know if people read it?

5         A    I don't.

6         Q    What number is that?

7         A    49.

8         Q    Thanks.

9                   (SEC Exhibit No. 50 was

10                  marked for

11                  identification.)

12        BY MS. WAXMAN:

13        Q    I'm showing you what has been marked

14   as Exhibit 50, which is a deck from March

15   23rd, 2018, entitled, "XRP Sales."

16        A    Okay.

17        Q    Oh, sorry.

18        A    No, it's okay.

19        Q    So turning to page 17, did you draft

20   this part of the report?

21        A    I don't remember.

22        Q    Did you --

23        A    It's likely that Danuka drafted

24   this, actually.

25        Q    Would you have reviewed it?

371

1       A     Yes.

2       Q     The very last sentence says, "If

3    more XRP-specific news catches the market's

4    attention once regulations fears subside, XRP

5    should be able to outperform the rest of the

6    market going forward." What did you mean by

7    outperform the market?

8       A     All right.  So these may not be my

9    words.

10      Q     What do you understand this to mean?

11      A     So I would understand that XRP would

12   increase in value more quickly than the rest

13   of the market, than the rest of the crypto

14   currency market.

15      Q     You mean increase in price?

16      A     Yes.

17      Q     And that was because of news

18   specific to XRP hitting the market?

19      A     Yes.

20      Q     Would you turn to page four.  I

21   think I understand what was going on -- last

22   time we spoke about the problematic sales and

23   that they -- you guys said the amount of

24   problematic sales is based on a percentage of

25   volume per quarter; is that correct?

1          A    Correct.

2          Q    Within the quarter, did you make

3     adjustments on a weekly basis?

4          A    We didn't make adjustments on a

5     weekly basis, but we discussed either

6     remaining the same or adjusting.

7          Q    So if the goal was -- what was the

8     typical goal for the quarter?

9               MR. CERESNEY:  In terms of value?

10              MS. WAXMAN:  Yes.

11              MR. CERESNEY:  At Ripple trading?

12              MS. WAXMAN:  Yeah, sorry.

13              THE WITNESS:  So what was the goal

14    for sales or overall volume goal or -- By MS.

15    WAXMAN:

16         Q    What were the goals for the amount

17    of problematic sales per quarter?  So my

18    understanding it was measured by a percentage

19    of volume.  So what was -- what percentage?

20         A    It varied but anywhere between 10 to

21    20, 25 basis points out of overall.

22         Q    That was on a quarterly basis?

23         A    Correct.

24         Q    So earlier in the quarter, it could

25    have been much higher?

373

1          A    Right.

2          Q    So the goal was to get that over the

3    entire quarter.  So if it was really high in

4    the beginning, maybe you would need to

5    decrease it in order to meet that quarterly

6    goal?

7          A    Correct.

8          Q    And I've read in the documents there

9    is a term covered exchange.  What does that

10   refer to?

11         A    That means that one of the market

12   makers that are selling XRP for us can sell on

13   that exchange.

14         Q    Okay.  And so were there volume

15   percentages targeted for covered exchanges?

16         A    Yes.

17         Q    And did that change, as well, during

18   the quarter?

19         A    So covered exchanges are the only

20   exchanges that we can sell on.

21         Q    Right.  Okay. And did it -- did the

22   covered exchanges change throughout the

23   quarter?

24         A    The number would increase generally,

25   right.  So we would add more exchanges.  I

374

```
 1    can't remember moving any.
 2         Q    And the volume on these exchanges
 3    would fluctuate?
 4         A    Yes.
 5         Q    So would you be adjusting the
 6    percentage?
 7         A    No, not on an exchange-by-exchange
 8    basis.  So it was the same percentage on all
 9    the exchanges.  So if we were gonna adjust the
10    percentage, it would be in uniform.
11         Q    For all the covered exchanges --
12         A    For all that covered exchanges.
13         Q    -- for that period? But you would
14    adjust it within the quarter?
15         A    Yes.
16                        (SEC Exhibit No. 51 was
17                         marked for
18                         identification.)
19              BY MS. WAXMAN:
20         Q    Showing you what been marked as
21    Exhibit 51, which is an e-mail chain, dated
22    March 20, 2017.  The top e-mail is from
23    Patrick Griffin to you.  I'm just gonna ask
24    you about the first page.
25         A    Oh, okay.
```

375

1       Q    So --

2       A    Okay.

3       Q    So the bottom e-mail references --

4   says that you chatted with Chris.  This is in

5   2017. And in the middle, you say that

6   during -- you say, I guess -- are you relaying

7   what -- part of your conversation with Chris?

8       A    Yeah.  That's how I'm reading this.

9       Q    Do you recall the conversation?

10      A    I don't.

11      Q    It says, "He said I should feel free

12  to be as aggressive as I need to push the ball

13  forward, once in a lifetime opportunity that I

14  shouldn't squander." What were you talking

15  about?

16      A    Again, I don't remember specifics,

17  but I'm guessing my role in XRP markets and

18  the opportunity to grow liquidity for XRP.

19      Q    What did he mean by aggressive?

20      A    Again, I'm not -- I mean --

21      Q    Okay.

22      A    A little bit of this is coming back

23  to me.  This is -- Chris said I should feel

24  like I have agency in terms of my initiative

25  in terms of what I should be pushing forward,

```
 1    what I think is best, something around
 2    consensus building, more like telling me,
 3    "Lead, lead."
 4         Q    At the top of the page, Griffin
 5    writes, "Did you start by telling him we want
 6    him to lock up his XRP?" Why would you tell
 7    him that?
 8         A    I don't know why he said that.
 9         Q    Would locking up his XRP be a good
10    thing?
11         A    I don't know.
12         Q    Okay.
13         A    Okay.
14         Q    Well, earlier, we talked about
15    Ripple locking up its XRP.  Do you think due
16    to concerns in the market over mistrust what
17    Ripple would do if the market --
18         A    Ripple has a lot more XRP than
19    Chris.
20         Q    Sure.
21         A    A lot more.
22         Q    Regardless of the difference in
23    amount, do you think people had mistrust over
24    whether he would dump his XRP?
25         A    No, I don't think so.  Again, I
```

377

```
 1    don't know why he's saying this.
 2         Q    Do you know how much XRP Larson had?
 3         A    Had --
 4         Q    Had at that time.
 5         A    -- or has?  No.
 6                        (SEC Exhibit No. 52 was
 7                         marked for
 8                         identification.)
 9         BY MS. WAXMAN:
10         Q    Showing you what has been marked as
11    Exhibit 52, which is an e-mail on May 6 of
12    2017, from you to Patrick, subject, "Comp
13    discussion." When did you start with the
14    company again?
15         A    November 28, 2016.
16         Q    Okay.  So within less than a year,
17    you had requested for an option to purchase
18    ███████    XRP.
19              MR. CERESNEY:  You gotta answer
20    "yes."
21              THE WITNESS:  Yes.
22              BY MS. WAXMAN:
23         Q    So what prompted you to make that
24    request?
25         A    I don't remember the exact thing
```

378

```
 1     that prompted me to make the request, but I
 2     did want more compensation.
 3         Q    Why did you ask for additional
 4     compensation in the form of XRP and the
 5     option?
 6         A    The form of XRP is because it's what
 7     the company had the most of.  It's easier for
 8     the company to pay in XRP because it has more
 9     of it than cash or shares.  I'm sorry what was
10     the second part?
11         Q    Why did you ask for the additional
12     compensation in XRP?  That was the question.
13         A    No.  There was a second part to
14     that.
15         Q    And why did you ask for an option?
16         A    I don't remember why I asked for an
17     option.
18         Q    Do you know what the price was at
19     the time you made your request?
20         A    I don't remember.
21         Q    What was the option valued at at the
22     time you made the request?
23         A    I don't know.  That's a complicated
24     option.
25         Q    Do you have any idea?
```

379

```
 1        A    I don't.
 2        Q    You say, "I've added a lot of value
 3   to XRP since I've joined and will continue to
 4   do so. As a result, I should have the
 5   opportunity to significantly participate in
 6   its appreciation." Are you talking about the
 7   appreciation in the price of XRP?
 8        A    Yes.
 9        Q    And as we discussed earlier, did you
10   think your efforts played a key part in
11   causing the price to increase?
12        A    I thought that the efforts around
13   liquidity building awareness were definitely
14   helping.
15        Q    And did you think there were other
16   efforts outside the company that were helping
17   to increase the price?
18        A    I don't remember.
19        Q    Sorry. Did you think there were
20   efforts outside of your group, other efforts
21   within your company outside of your group,
22   that were helping to increase the price?
23        A    Can you just rephrase that a little
24   bit.
25        Q    It's okay. Did you know if others
```

```
1    had received similar types of compensation?
2    When I say similar, like XRP options or large
3    amounts of XRP that could be cashed in at
4    certain prices.
5         A    So I knew ▮▮▮▮▮▮ had an option.
6         Q    Who is ▮▮▮▮▮?
7         A    ▮▮▮▮▮ was an employee of the
8    company, and he's also one of the investors.
9         Q    And do you know how he got his XRP?
10        A    I don't know how he got all his XRP,
11   but I know he had an option.
12        Q    In connection with his employment?
13        A    That, actually, I don't know.
14        Q    Okay.  Anyone else?
15        A    In terms of options or just large
16   grants?
17        Q    Both.
18        A    Options, I don't think so.  Large
19   grants, a jet, Chris at the beginning, Arthur
20   Brittle.  That's probably it.
21             (Reporter asked for clarification.)
22             BY MS. WAXMAN:
23        Q    What about the CEO?
24             MR. CERESNEY:  You mean Brad
25   Garlinghouse?
```

```
 1              MS. WAXMAN:  Yeah.

 2              MR. CERESNEY:  Because he wasn't CEO

 3    at the time.

 4              THE WITNESS:  By this time, he was.

 5    I was not aware whether he had any large

 6    grants of XRP.

 7              BY MS. WAXMAN:

 8         Q    What about David Swartz?

 9         A    No.

10         Q    What reaction did you get to your

11    request?

12         A    A pretty firm "no."

13         Q    Did they give you a reason?

14         A    Yeah.  They just didn't. You mean

15    besides what's in the e-mail?

16              MS. WAXMAN:  I didn't give him the

17    full e-mail.

18              MR. CERESNEY:  Well, I have --

19              MS. WAXMAN:  I'm sorry.  I only gave

20    him one page.  Sorry.  He only has one page.

21    So give those back.

22              MS. WAXMAN:  I did that on purpose

23    because he's not copied on the top e-mail.

24              MR. CERESNEY:  The top e-mail

25    actually ends up getting sent.  Do you not
```

382

1    have that?

2             MS. WAXMAN:  I do but -- yeah.

3             MR. CERESNEY:  Okay.

4             MS. WAXMAN:  Yeah.  That's just the

5    one page.  So --

6             BY MS. WAXMAN:

7        Q    So it was a firm "no"?  Did he tell

8    you why?

9        A    Yeah.  He didn't think it was

10   reasonable.

11       Q    And did he explain any more why he

12   didn't think it was reasonable?

13       A    Yeah.  I think time at the company

14   wasn't enough, team effort, along those lines.

15       Q    Did you get any additional increase

16   in compensation?

17       A    I did.

18       Q    At that time?

19       A    I did, yeah.

20       Q    Oh.  So you didn't get this, but you

21   got something else?  What did you get?

22       A    More shares in the company.

23       Q    How many shares?

24       A    ████████

25       Q    And were there any restrictions

383

1      or --

2          A      Yeah.  So just standard one-year

3      cliff. Monthly vesting after that.

4          Q      Did you feel like you -- what was

5      your reaction when he said no to this request?

6          A      I was disappointed.

7          Q      Why?

8          A      I didn't get what I wanted.

9          Q      What was the value of those ▮▮▮▮▮▮

10     shares at the time?

11         A      I have no idea but -- given my

12     initial share allocation when I signed, it was

13     a significant increase.

14         Q      When did you get when you signed?

15         A      I can't remember if it was ▮▮▮▮ or

16     ▮▮▮▮▮ shares.  I can't remember.

17         Q      Did this prompt you to buy XRP in

18     the open market?

19         A      No.

20         Q      So that was separate from this?

21         A      Yes.

22                MR. CERESNEY:  Can we set the time,

23     the first quarter of 2017.

24                MS. WAXMAN:  Q-4 of 2016 and --

25                MR. CERESNEY:  First of 2017.

```
 1              BY MS. WAXMAN:
 2         Q    Earlier, you said you thought it was
 3    disingenuous to communicate to people that
 4    Ripple's efforts would cause the price to
 5    increase, but yet, you were asking for -- you
 6    were buying XRP in the market with the hopes
 7    that you would make a profit, and you're
 8    asking for more compensation because you
 9    thought your efforts and the company's efforts
10    had played a value in increasing the value of
11    XRP.  So that doesn't really make sense to me
12    why you wouldn't wanna communicate to the
13    market -- to people outside -- why you sent
14    that e-mail saying -- and I can pull it up
15    again.
16         A    No, no.  I remember.
17         Q    You know, "We need to be careful
18    about how we talk to people about XRP outside
19    the company."
20              MR. CERESNEY:  Is that a question?
21              MS. WAXMAN:  Well, that's a comment.
22              BY MS WAXMAN:
23         Q    You know, I'm having a hard time
24    with that earlier statement that you said, you
25    know, your reasoning for sending this e-mail,
```

385

```
 1    which is marked as Exhibit 47. So is there any
 2    other reason that you sent that e-mail and
 3    made the recommendation not to talk about
 4    price or to promote XRP for any increase in
 5    value outside the company?
 6         A    No.  Again, my take on this has
 7    always been pretty consistent.  The company is
 8    long a lot of XRP.  Shouting to the rafters to
 9    go buy XRP from us, it's silly.
10         Q    Why?  Do you think it's obvious that
11    people know, because Ripple owns such a big
12    stake, that they want to see the price
13    increase?
14         A    If you own 55 billion XRP, it's
15    pretty obvious you don't want it to go down.
16    So for me to come into a room and be like,
17    "You guys should really buy this.  That's
18    really good for you," doesn't make any sense.
19         Q    Do you think it was common knowledge
20    that Ripple had an interest in seeing the
21    price go up?
22         A    It was common knowledge that we had
23    55 billion XRP.
24         Q    Okay.  Before we broke, we were
25    looking at a PowerPoint deck for xRapid.
```

386

```
 1                    (SEC Exhibit No. 54 was

 2                     marked for

 3                     identification.)

 4         BY MS. WAXMAN:

 5         Q    Showing you Exhibit 54, which is a

 6   PowerPoint from March, 2019, about xRapid.

 7         A    Okay.

 8         Q    Is this something that you put

 9   together?

10         A    Someone on my team and I would have

11   reviewed it.

12         Q    Okay.  On the last page, page six,

13   it talks about the status with        It said

14   they expect             worth of XRP; do you

15   recall that ask?

16         A    I do.

17         Q    And what was the reaction at the

18   company?

19         A    If I remember correctly, it was

20   pretty hard, and I pushed back.  It was too

21   much.

22         Q    Do you recall what they said,

23   though?

24         A    I don't.  This is one of the ones

25   that got signed when I was on pat leave.
```

1      Q    Okay.  Before we broke, you also

2  asked to see an agreement with a market maker.

3  So I want to show you what's been marked as

4  Exhibit 55, which is an agreement, a draft.

5  Looks like unexecuted agreement between

6  ▓▓▓▓▓▓▓▓▓▓▓▓ and Ripple.  So I just want

7  to make sure I understand.  I know this wasn't

8  executed, but was ▓▓▓▓▓▓▓▓▓▓ one of the

9  market markers you used for problematic sales?

10     A    They were.

11                    (SEC Exhibit No. 55 was

12                    marked for

13                    identification.)

14          BY MS. WAXMAN:

15     Q    Is this agreement something THAT you

16  entered into in connection with problematic

17  sales?

18     A    No.  This is December 1st, 2016,

19  three days after I joined.  So this would have

20  been drafted before I joined, and these were

21  agreements to provide liquidity on the

22  protocol if I remember correctly.  We stopped

23  doing these after I joined.  In fact -- yeah.

24     Q    Did you enter into agreements with

25  market makers to provide liquidity on ledgers?

388

1    I thought that's what we had discussed last

2    time.

3          A    For xRapid.

4          Q    Separate from xRapid.

5          A    I thought we had discussed market

6    maker agreements for XRP sales.  And then the

7    leases for the market makers to go provide

8    liquidity as they saw fit wherever they could

9    or felt comfortable, but I don't remember

10   having an agreement like this with the market

11   maker for off ledger liquidity.

12         Q    I just want to make sure I

13   understand that.  You're probably right.  I

14   just a want to make sure I understood.

15                     (SEC Exhibit No. 56 was

16                     marked for

17                     identification.)

18         BY MS. WAXMAN:

19         Q    Showing you what's been marked as

20   Exhibit 56, which is an e-mail chain from

21   February, 2019.  It's an internal Ripple

22   e-mail. The subject is, "RE:  Digital Asset

23   Volume Documents Dashboard For January, 2019."

24         A    Okay.

25         Q    So it looks like there is a lot of

389

1  market data being generated by people at the
2  company.  Is there a group responsible at
3  Ripple for generating information in this
4  e-mail, so, you know, information about XRP
5  trading on certain platforms, volumes, XRP
6  market volume?
7        A    I'm sorry.  What was the question?
8        Q    Is there a group at Ripple who is
9  responsible for gathering this?
10       A    So this was generated by the finance
11 team, but data does similar data gathering.
12 My team does some of it.
13       Q    Is this always something that is the
14 responsibility of the finance team?
15       A    I believe the digital asset volume
16 dashboard, it is their internal product.
17       Q    On the second page, it lists 2019
18 priority corridors.  Are those still priority
19 corridors for xRapid?
20       A    I believe so.  I'm not sure about
21 Tybot or CAD but the rest --
22             (Reporter asked for clarification.)
23             BY MS. WAXMAN:
24       Q    Looks like the volume goes down
25 sometimes.  It's not always an up trajectory?

390

1      A     Where are you looking?

2      Q     The second page. For example, the

3   XRP Brazilian 19 million in volume versus 12

4   million in volume the prior month.

5      A     Right.

6      Q     Do you know where they're getting

7   this information from?

8      A     I don't.

9      Q     Earlier, we were -- was there --

10   strike that. Does the company charge for use

11   of the xRapid product? Do users have to pay a

12   fee?

13      A     So if I'm -- I'm pausing just for a

14   second because the BD deals are on xRapid, and

15   then there is sales contracts for xRapid.

16      Q     What is a BD deal?

17      A     So America is MoneyGram. Would have

18   been business development led partnership

19   agreements, more of a partnership, and then we

20   have a sales team that goes out and sells

21   xRapid contracts or EO contracts now.

22      Q     My question has to do with the sales

23   contract.

24      A     I believe there is a charge, yeah.

25   I don't know I've never sold one.

1      Q    Was there always a charge

2    specific -- is the charge specific to xRapid,

3    or is it a charge for use of Ripple that -- in

4    general?

5      A    I don't know.  I don't know how

6    those contracts are structured.

7      Q    Were you ever involved in

8    discussions about new pricing considerations

9    for xRapid?

10      A    In terms of, like, how much to

11    charge for it?

12      Q    Yes.

13      A    I don't remember.

14      Q    And did you say that the company

15    does charge for xRapid sales -- the sales

16    contract?

17      A    I think it does.

18      Q    What -- has that been since you

19    started with the company?

20      A    I think they only started selling

21    xRapid in 2018.

22      Q    Right. And when did xRapid -- I know

23    we covered this -- xRapid became commercially

24    available in October 2018; correct?

25      A    We had proof of concepts in early

1    '18.  So I think that that feels about right.

2         Q    Right.  I'm recalling a press

3    release in October --

4         A    Okay.

5         Q    -- stating that xRapid was

6    commercially available.

7         A    Right.  Yeah.  I don't remember the

8    press release because chances are, we would

9    have done something way ahead of it.

10        Q    Did you ever have any discussions

11   about prioritizing XRP as a base currency on

12   exchanges?

13        A    Yes.

14        Q    And when did that start?

15        A    I think early 2018.

16        Q    And why would you want to do that?

17        A    So the idea was, we lead the Fiat

18   liquidity for XRP for xRapid in order to get

19   in and out, and then in 2018, we started to

20   have kind of conversations around, well, might

21   there be the possibility for future uses of

22   XRP where it could be beneficial to have it as

23   a base currency, like that that liquidity?

24   Could that liquidity be helpful going forward

25   maybe in decentralized finance or some sort of

```
 1   a use case?  That wasn't clear to us yet,
 2   right. There was all these things going around
 3   with respect to centralized exchanges and
 4   decentralized finance.  None of that is Fiat
 5   based.  That's all crypto to crypto. So there
 6   was just -- we started to focus on that a
 7   little bit, and say, "Maybe that's something
 8   we need to put some energy behind, as well."
 9       Q    Did you enter into deals that would
10   encourage that?
11       A    We did.  I'm trying to remember
12   which. I'm drawing a blank on which, but I
13   know we did.
14       Q    Well, if we go back to Exhibit 43,
15   which is an e-mail you saw about BITTREX, it
16   talks about -- it looks like you discussed it
17   with ▮▮▮ at BITTREX.
18       A    Right.
19       Q    Did you discuss with other
20   exchanges?
21       A    I'm almost certain I did.  I'm
22   blanking on names.
23       Q    Would --
24       A    ▮▮▮▮▮▮ I spoke to ▮▮▮▮▮ once
25   about it.  It didn't go anywhere.  I don't
```

394

```
1    remember if I spoke to Binance about it.

2         Q    And were you able to make any with

3    that goal?

4         A    Not much.

5         Q    Do you know what exchanges have XRP

6    as a base today?

7         A    I don't.

8         Q    Would that effort help Ripple's

9    spring initiatives?

10        A    Would that help spring?  It could.

11   It could, yeah.

12        Q    How?

13        A    Well, again, insomuch as it would be

14   focused on decentralized finance,

15   decentralized exchanges where they were

16   building, essentially, a product around XRP in

17   liquidity and if XRP was helpful, would be

18   beneficial.

19        Q    So you're trying to create liquidity

20   for alternate uses of XRP outside of xRapid?

21        A    Correct.

22        Q    So this was one of the efforts?

23        A    Yeah.  This would have been -- not

24   the cornerstone.  That is probably a strong

25   word -- but an effort in that direction.
```

1    Q    Was it a high priority?

2    A    I think for like a month or two, it

3  felt like a high priority.

4    Q    And then what happened?

5    A    And then higher priorities came

6  along.

7    Q    Were there any other efforts focused

8  on increasing liquidity for alternate use

9  cases of XRP?

10    A    Those are the two --

11    Q    The first one is X --

12    A    XRapid.

13    Q    I'm talking about outside of xRapid.

14    A    Not that I can remember.

15    Q    And how would providing liquidity

16  for alternate use cases help the company?

17    A    That's less clear.  Again, we

18  weren't even sure which alternate use cases.

19  I think at a high level, we had been so

20  focused on this use case, and I think there

21  was just concern that there was this

22  possibility that this kind of crypto world got

23  even bigger faster than we had anticipated;

24  and we weren't focusing on it at all.

25    Q    And you still got a lot more XRP

1    locked up.

2         A    Whatever we had.  What date is --

3    which period are we talking about?

4         Q    Well, this e-mail with BITTREX is

5    from April, 2018, but my -- yeah.  That e-mail

6    the from April, 2018.

7         A    Yeah.  So at that point, whatever

8    was locked up, was locked up.

9         Q    But I -- okay.  Was there any

10   discussion at the company about the creation

11   of an internal FX trading desk?

12        A    It's definitely been discussed.

13        Q    Why would Ripple want to do that?

14        A    You've seen many market maker

15   contracts and lease agreements.

16        Q    They cost money.

17        A    It is challenging to manage that.

18   With multiple parties, it gets difficult to

19   coordinate that and make sure the customers

20   get a good experience.  That is something

21   that's always been, at least as long as I've

22   been there, a thought that, "Why don't we do

23   this ourselves?  Why don't we provide the

24   liquidity?"

25        Q    And did that discussion go anywhere?

1      A   No.

2      Q   Did you ever discuss it with Chris

3  Larson?

4      A   No.

5      Q   With Brad?

6      A   I don't think so.  This is just kind

7  of around the desk maybe with Patrick, but it

8  never -- it has never gotten any real traction

9  internally.

10     Q   Did you have discussions with funds

11  that were looking to create XRP-specific

12  funds?

13     A   When you say fund --

14     Q   Well, I'm talking about

15      those sorts of players.

16     A   I don't know       -- you mean

17  the

18     Q   Yeah.

19     A   Yeah, we did have a conversation

20  with them.

21     Q   And what -- I'm asking specifically

22  about conversations regarding the creation of

23  an XRP that they would -- and that they would

24  sell shares in a fund to investors.

25     A   The same as like BTC and ETC and ETH

398

1    all those products.

2        Q    All those products.

3        A    Right.

4        Q    Did you have discussions with them

5    about the creation of an XRP fund?

6        A    We did.

7        Q    And when did those discussions

8    start?

9        A    When did that start?  I don't know.

10   We had them, I think, in 2018.

11       Q    Taking a step back, did you have

12   discussions with other entities about the

13   creation of -- about them creating an XRP

14   fund?

15       A    We did.  We did.

16       Q    Who else other than ▮▮▮▮

17       A    The other name that comes to mind is

18   ▮▮▮▮▮▮▮▮

19       Q    Anyone else?

20       A    I don't remember anyone else.

21       Q    ▮▮▮▮▮▮▮▮  do you recall the name

22   ▮▮▮▮▮▮▮?

23       A    I do.  I know ▮▮▮▮▮▮  I don't

24   remember -- no.  I do remember.  Yeah.  And I

25   think that was in 2017.

1      Q    And what are the purposes of these

2    conversations regarding the creation of an XRP

3    fund?  How would the creation of an XRP fund

4    kind of benefit Ripple?

5      A    It's another -- it's another market

6    tool or contract for people to trade, right.

7    So I think idea is that a futures contract or

8    an ETF or a fund, inevitably, someone will

9    have to go into the market and hedge that

10    risk, right, and then if people exit the fund,

11    then they have to sell; and that all creates

12    more liquidity, right.  It's part of a

13    well-developed market ecosystem.

14      Q    Do they fit into the specular bucket

15    in the ecosystem?

16      A    Sure.

17      Q    These people are not -- strike that.

18    Did you discuss with any of these folks

19    providing them with XRP that would, you know,

20    fund the XRP fund?

21      A    Yes.

22      Q    And which ones did you discuss --

23    did you ever enter to sell the XRP to any of

24    these entities who you say for an XRP fund?

25      A    I can't remember if we actually

```
 1    signed that deal, and I don't remember if
 2    those were sales with grants.  The ▮▮▮▮▮▮
 3    they wanted us to seed the fund, just take XRP
 4    and put it in their fund.  I don't remember if
 5    ▮▮▮▮▮▮▮▮▮▮ was the same.
 6         Q    And when you say "seed," maybe
 7    explain to me more of what you mean by that.
 8    Would they be buying the XRP from you at a
 9    discount?
10         A    No, no.  So they would -- they would
11    take the XRP and then issue us shares in
12    return, right.
13         Q    Issue Ripple shares?
14         A    No, issue shares in their fund to --
15         Q    To the investors?
16         A    No.  To Ripple the company.
17         Q    Oh, to Ripple?
18         A    Yeah.  So we would give them XRP,
19    and they would give us shares in that trust.
20         Q    And then they would sell shares in
21    their fund?
22         A    Well, then what they would -- it's
23    complicated, but they want to show AUM.  They
24    want to show that this is an active, popular
25    product, right.  So they have an interest in
```

```
 1    showing as much AUM as possible, and the size
 2    of the fund is dominated in XRP. So the idea
 3    is to go to the largest holder.  You ask them
 4    to give you XRP.  You give them shares in the
 5    trust, and now your vehicle looks like it's
 6    very big.
 7         Q    I'm more familiar with their Bitcoin
 8    investment trust.  So they would purchase the
 9    Bitcoin from the market.  So that's -- what
10    happened with that?
11         A    Nothing.  It didn't go anywhere.
12         Q    Why not?
13         A    I don't remember.
14         Q    Did Ripple actively seek out these
15    opportunities?
16         A    I mean, I remember use having a few
17    conversations with              I can't
18    remember who started it.  It was a
19    longstanding relationship between the two
20    companies.
21         Q    Not talking about              I'm
22    talking, in general, as part of your OKRs, was
23    this one of the things that was on your list
24    to, kind of, engage players to see if they had
25    an appetite for an XRP fund and how to, you
```

1    know, work with them to help them do that?

2        A    I mean, anything that would grow

3    liquidity.  So if we thought this was going to

4    be something that could increase volume in

5    liquidity, then we would seek any opportunity,

6    future, trust --

7        Q    Did you engage -- look to engage,

8    you know, entities that were, you know,

9    thinking about XRP funds?

10       A    Yeah.

11            MR. CERESNEY:  It's a good time for

12   a break.

13            MS. WAXMAN:  Sure.  It's 3:10, and

14   we're off the record.

15            (A brief recess was taken.)

16            BY MS. WAXMAN:

17       Q    We're on the record at 3:21. Mr.

18   Vias, while we were off the record, did you

19   have any conversations with the Staff?

20       A    No.

21       Q    Do you have any involvement with X

22   Spring?

23       A    None -- no official capacity, no.

24       Q    Unofficial involvement?

25       A    Every now and again, some of the

1    Spring members will ask my opinion or talk to

2    me about what they're doing.  It's more

3    collegial than anything else.

4         Q    You testified the -- on your first

5    day, about XRP in connection with the ODL

6    product is demand neutral.  Can you walk me

7    through that, again, and why you say that it's

8    demand neutral.

9         A    Sure.  So as an example, say the

10   company needs to move money from the United

11   States to Mexico and they start with US

12   dollars that they have.  So in ODL, the

13   dollars purchase XRP.  That XRP gets

14   transferred and then sold for Mexican Peso on

15   the receiving half.  In that instance, XRP is

16   bought and sold.  So there is no new net

17   demand for XRP.

18        Q    So for the next transaction, they

19   could just reuse the XRP that was sold?

20        A    Well, they've sold it.  So they

21   started with no XRP, and they end with no XRP.

22        Q    Okay.  But if more people are using

23   the xRapid product, will the demand for XRP

24   increase?

25        A    Not necessarily.  So whether I buy a

404

1    trillion dollars worth of XRP and then sell it

2    in order to facilitate money movement

3    globally, or $5 worth of XRP and then sell it,

4    the demand is still neutral.

5        Q    Because at the end of the day,

6    you're not holding the XRP?

7        A    Correct.  The supply is the same.

8        Q    Is that a problem for Ripple?  Well,

9    how does Ripple envision demand for XRP to

10   increase if the xRapid product is demand

11   neutral?

12       A    I don't know if there is an

13   expectation for demand for XRP to increase.

14       Q    Well, is there an expectation that

15   more people will want to use XRP?

16       A    When you say "people" and "use --"

17       Q    An expectation that there will be

18   increased demand for XRP through by more

19   people using it.

20       A    I don't know of an expectation in

21   terms of like --

22       Q    Did the company tell the market that

23   they envision an increase in use of XRP?

24       A    Increase of use, yes.

25       Q    More use is more demand for the

405

```
 1    asset?
 2         A    Well, no so.  Let's go back to ODL
 3    or xRapid, again, trillion dollars worth of
 4    flow going through ODL, demand neutral; a
 5    dollar going through, it's demand neutral.
 6    Yeah.  So it's being used, but that's note
 7    increasing the demand.
 8         Q    So did you discuss that fact
 9    internally at the company?
10         A    I'm sure I have.
11         Q    During your testimony last time, I
12    think you had mentioned that it was something
13    that was discussed.
14         A    Yeah.
15         Q    My -- I can pull up the transcript,
16    but you had said that xRapid was demand
17    neutral and that there were discussions that
18    price appreciation had to come from -- or
19    increased demand had to come from other places
20    other than from xRapid.
21         A    Okay.
22         Q    So I just want to better understand
23    what conversation you've had about that.
24         A    Yeah.  I'm just drawing a blank
25    right now.
```

406

1    Q    Okay. No problem. Earlier, during

2    the first day of testimony, we spoke about

3    Coinbase and that there was a long history

4    between Ripple and Coinbase and that you

5    participated in discussions with people at

6    Coinbase regarding the listing of XRP on their

7    platform. Did you also participate in

8    discussions regarding Coinbase providing

9    custody services for XRP?

10    A    Yes.

11    Q    And what XRP would Coinbase custody?

12    A    The company's XRP.

13    Q    And why would -- how did those

14    conversations come about?

15    A    If I remember correctly, the head of

16    Coinbase Custody reached out to me and wanted

17    to have a conversation around ways the two

18    companies could work together, custody being

19    one of them. He was relatively new to

20    Coinbase.

21    Q    Do you remember who it was?

22    A    ████████████████

23    Q    Other than the custody piece or --

24    did you discuss listing by them?

25    A    No.

1      Q    Did the company enter into the

2  agreement with Coinbase to custody its own

3  XRP?

4      A    It did.

5      Q    And why did they enter into that

6  agreement?

7      A    It was a bit of an olive branch.  As

8  we discussed previously, there had been a lot

9  of history between the two companies, and it

10  was the opinion of, kind of, leadership that,

11  "Look. This doesn't really cost us much to do,

12  and we're two of the largest crypto companies

13  in crypto that should have a good

14  relationship.  So maybe this a good way to

15  start forming that relationship up."

16      Q    How much did it cost?

17      A    I can't remember what the fee was.

18  There was a monthly fee.  I remember that, but

19  I can't remember exactly what it was.

20      Q    And why did you say it wasn't that

21  much?

22      A    I just remember that being a general

23  sentiment.

24      Q    Other than being an olive branch,

25  was there any other reason to enter into the

1   agreement?

2      A   No.

3      Q   Was it a business decision?  It

4   doesn't matter.  You don't have to --

5      A   Okay.

6      Q   At the same time that Ripple was

7   discussing the agreement, was the company also

8   in discussions about listing XRP on the

9   platform?  Did those discussions overlap?

10      A   No.

11      Q   Are you sure?

12      A   I'm pretty sure, yeah.

13      Q   Did you ever discuss with anyone

14   listing XRP on the platform?

15      MR. CERESNEY:  Anyone at Coinbase?

16      THE WITNESS:  Coinbase?

17      BY MS. WAXMAN:

18      Q   At Coinbase, yes.  Thank you.

19      A   I think it came up in one of the

20   meetings between our team and their team, and

21   I think it came up in that meeting.

22      Q   When you say "an olive branch," did

23   you think that, if you entered into this

24   agreement, did you think there would be a

25   better chance that Coinbase would list XRP on

409

```
 1    their platform? What were you hoping to get
 2    out of the relationship ultimately?
 3         A    I think there was certainly a -- the
 4    warmer the relationship, the higher the
 5    probability that one day they will list XRP,
 6    but it wasn't like, "Hey, if we do this,
 7    they'll do this kind of an arrangement."
 8         Q    Did you have an understanding of why
 9    they haven't listed XRP on the platform?
10         A    I didn't.
11         Q    Did you ever discuss internally why
12    Coinbase didn't list XRP on the platform?
13         A    I mean, we did.  The general
14    consensus was they didn't like XRP, and they
15    didn't like Ripple.
16         Q    Did you discuss whether Coinbase
17    didn't list XRP because they believed it was a
18    security?
19         A    I think that also came up.
20         Q    And I don't want to learn about any
21    privileged communications you've had with
22    counsel. Did you try to convince them
23    otherwise, you or anyone else at the company?
24         A    Not that I'm aware of, no.
25         Q    How do you think -- ultimately, XRP
```

1    was listed on the platform.  How do you think

2    they got comfortable with it?

3         A    I don't know.

4         Q    Let's look at some documents.

5                        (SEC Exhibit No. 57 was

6                        marked for

7                        identification.)

8              BY MS. WAXMAN:

9         Q    I'm showing you what has been marked

10   as Exhibit 57, which is an unexecuted copy of

11   an agreement between Ripple and Coinbase

12   Custody. Do you recognize the -- is this the

13   agreement that the company entered into with

14   Coinbase for custody services?

15        A    I don't remember.

16                       (SEC Exhibit No. 58 was

17                       marked for

18                       identification.)

19             THE WITNESS:  I just don't remember

20   the document precisely.

21             MR. CERESNEY:  The answer is "no"?

22             THE WITNESS:  I thought I said that.

23             MR. CERESNEY:  Yeah.

24             BY MS. WAXMAN:

25        Q    I'm showing you what has been marked

411

1   as Exhibit 58, which is an e-mail chain dated

2   October, 2018, between you and ████████████ at

3   Coinbase.

4       A    Okay.

5       Q    Does this help you remember how much

6   you paid for the --

7       A    Yeah, ████ basis points.

8       Q    And how much was the agreement for,

9   how much XRP?

10       A    Looks like ████████████

11       Q    And how much would that come out to

12   be?

13       A    ████ basis points -- ████████████

14       Q    Relatively minor amount in

15   comparison to the initial ████████ that they

16   asked for early on in the relationship.

17           MR. CERESNEY:  Is the question

18   whether ████████ is less than ████████████

19           MS. WAXMAN:  That's fair.  Fine.

20           BY MS. WAXMAN:

21       Q    If you look on the first page, you

22   write on Sunday, October 28, 2018, at 4:22,

23   "By the way, looks like we have a meeting with

24   ████████ and Brad on Monday.  Any color on the

25   objective there?" Did you attend a meeting

412

1    with ▮▮▮▮▮ and Brad?

2        A    I did not.

3        Q    Do you know why you didn't attend?

4        A    I don't know.

5        Q    Are you sure you didn't attend, or

6    you just don't recall?

7        A    No.  I don't remember attending.  I

8    did not attend that meeting.  I would remember

9    a meeting with Brad and ▮▮▮▮▮  I did not

10   attend that meeting.

11       Q    Did the meeting happen?

12       A    I don't know.

13       Q    It says -- he writes back, "The

14   objective tomorrow is to discuss more ways to

15   work together after custody, specifically air

16   drops in listings." So do you recall

17   discussions about listing following this

18   October 28th e-mail?

19       A    I don't.

20       Q    Okay.  Do you recall discussions

21   about air drops?

22       A    Not after this.

23       Q    And what is he talking about?  I

24   know what an air drop is, but who is gonna air

25   drop what and on whom?

1       A    I don't know.  Air drops -- I --

2    this would be some partnership where we would

3    give a bunch of XRP to Coinbase, and they

4    would air drop it to their users.

5       Q    Okay.  I'm showing you what's been

6    previously marked as Exhibit 9, which is an

7    unexecuted Coinbase agreement -- called

8    Coinbase Marketing Services and Listing

9    Agreement.  Have you ever seen this?

10      A    No.

11      Q    Did you ever know that it existed?

12      A    No.

13      Q    This is a draft agreement.  I'm

14   not -- did you ever discuss with anyone at --

15   in Ripple a list agreement with -- that it

16   would enter into with Coinbase?

17      A    No.

18      Q    Is this -- are the terms in this

19   agreement a surprise to you?

20      A    Yes.

21      Q    Did the company enter into a listing

22   agreement with Coinbase?

23      A    Not that I know of, no.

24      Q    Okay.  Do you know why?

25      A    No, I don't.

414

1       Q    But they ended up listing the asset?

2       A    Yes.

3       Q    Without a listing agreement?

4       A    As far as I know.

5                      (SEC Exhibit Nos. 59 and

6                       60 were marked for

7                       identification.)

8            BY MS. WAXMAN:

9       Q    So I'm showing you what's been

10   marked as exhibits 59 and 60, and it's an

11   e-mail from you to some people at Coinbase,

12   dated January 26, 2018, with an attachment

13   called        listing application.  This is the

14   attachment.

15      A    This has --

16      Q    Give that back.  Thanks. MS. WAXMAN:

17   Can you mark this as 61.

18                     (SEC Exhibit No. 61 was

19                      marked for

20                      identification.)

21           BY MS. WAXMAN:

22      Q    So I've marked a new attachment to

23   Exhibit 59 as Exhibit 61.  Did you draft

24   what's been marked as Exhibit 61?

25           MS. COWAN:  Can we have copies of

415

1    59?

2           MS. WAXMAN:  Sure.  Sorry about

3    that.

4           THE WITNESS:  So I would have helped

5    with the document, but I wasn't the primary

6    drafter.  That would be legal.

7           BY MS. WAXMAN:

8       Q    Okay.  Are there certain portions

9    that you drafted?

10      A    I don't remember.  I do remember

11   filling out the boxes and stuff.

12      Q    In this document?

13      A    Yeah.

14      Q    Any other parts of the document that

15   you recall drafting?

16      A    No.

17                    (SEC Exhibit No. 62 was

18                    marked for

19                    identification.)

20          BY MS. WAXMAN:

21      Q    Mr. Vias, I'm showing you what's

22   been marked as Exhibit 62, which is an e-mail

23   from you.  Doesn't seem like it was sent to

24   anyone. It's dated January 10th, 2018.  If you

25   look at page six of the Exhibit 61, does that

1    help you recall if you drafted parts of

2    Exhibit 61?

3        A    I can't recall drafting it, but if

4    this was in my inbox --

5        Q    On the first day of testimony, we

6    talked about guaranteeing certain market

7    makers to be on platforms on day one of the

8    listing, and I know you said you couldn't

9    guarantee anything.  But what representations

10   did you make to Coinbase regarding market

11   makers and -- regarding market makers and

12   their platform?

13       A    Yeah.  I don't remember it being

14   materially different from the previous

15   conversations, you know, sort of we would ask

16   the market makers that we work with to be

17   there on day one.  But -- yeah.  That's --

18       Q    If you look at the draft and then

19   you look at this letter, there is one sentence

20   under B-8, the second bullet point, the very

21   last sentence, it says, "That added utility

22   should increase XRP's value, another

23   attractive attribute for retail traders." That

24   sentence looks to be like it was taken out.

25              MR. CERESNEY:  Where is that?

```
 1              MS. WAXMAN:  On Exhibit --

 2              THE WITNESS:  62.

 3              MR. CERESNEY:  Yeah.

 4              BY MS. WAXMAN:

 5         Q    Do you know who would have edited

 6    this?

 7         A    I don't know.

 8         Q    And what specifically would be

 9    attractive for retail traders?

10         A    Increased prices.

11         Q    The -- under number three, it says,

12    "Though XRP is not a security --" did someone

13    definitively tell you that XRP was not a

14    security?

15         A    No.

16         Q    Why did you infer that?

17         A    This had been the company's stance.

18         Q    If you go back to the Exhibit 61,

19    page three, it says -- number three, "Ripple

20    has received a legal memo from a reputable law

21    firm that supports a finding that XRP is not a

22    security under US Securities Laws." Do you

23    know if they provide that legal opinion to

24    Coinbase?

25         A    I don't.
```

1    Q    Do you know the date of the memo or

2    anything about a legal memo?

3    A    I don't.

4    Q    On the second page, in the middle,

5    it talks about digital assets and the SEC

6    guidance and an opinion whether or not XRP is

7    a security. It says, "Perhaps the most

8    compelling, is if Ripple the company ceased to

9    exist, XRP and the XRP ledger will void and

10   could continue." In your opinion, if the

11   company ceased to exist, what would help to

12   the price of XRP?

13   A    I don't know.  That's a big

14   hypothetical.

15   Q    Have you thought about it?

16   A    I try not to think about my employer

17   going away to be honest.

18   Q    Would it decline in value?

19   A    I don't know.

20   Q    So looks like in January, 2018, they

21   submitted this.  Did they -- when did XRP get

22   listed on the platform?

23   A    Early '19, I think it was.

24   Q    Right. So did you submit an updated

25   application to Coinbase?

419

1        A    We did.

2        Q    And was it in July, 2018?

3        A    I think it was, yes.

4        Q    Were you involved in providing that

5   updated application?

6        A    I was.

7        Q    What was your involvement?

8        A    If I remember correctly, I ran point

9   on correlating the document, putting it

10  together, and sending it off to them.

11       Q    And why did you submit that updated

12  application?

13       A    I don't remember why.  I can't

14  remember the exact reason why we resubmitted

15  it.

16       Q    So it was before the custody

17  agreement that we looked at?

18       A    It was, yeah.

19       Q    Custody agreement was in October,

20  2018.

21       A    That's right.

22       Q    This is a big one.

23                      (SEC Exhibit No. 63 was

24                      marked for

25                      identification.)

```
 1          BY MS. WAXMAN:
 2      Q    I'm showing you what's been marked
 3  as Exhibit 63, which is a copy of a ▮▮▮▮
 4  listing application.  My understanding is this
 5  it is one that was submitted in July.  Does
 6  that confirm what you remember seeing?
 7      A    Yeah.  It seems to be the one --
 8  it's not signed by Brad, but I'm sure it's the
 9  same one.
10      Q    Did you assist in putting this
11  together?
12      A    I did.
13      Q    And I just note there is a legal
14  opinion on page 93 at the top.
15      A    Page 93?
16      Q    93 at the top.  Okay.
17          At the time that XRP was listed on
18  Coinbase platform, was there a lot of chatter
19  whether or not Ripple had paid them any money
20  to list?
21      A    Not that I remember or know.
22  Chatter where?
23      Q    On social media and in the news,
24  things like that.
25      A    I don't remember any.
```

421

```
 1                    (SEC Exhibit No. 64 was

 2                     marked for

 3                     identification.)

 4          BY MS. WAXMAN:

 5      Q     I'm showing you what's been marked

 6   as Exhibit 64, which is an e-mail from you,

 7   dated February 27, 2019, regarding Coinbase.

 8      A     Okay.

 9      Q     Does this refresh your recollection

10   about rumors or information circulating the

11   market about the Coinbase listing?

12      A     I mean, again, I don't remember

13   there being a lot of noise around that.  I do

14   remember this, obviously.  But -- yeah.

15      Q     Did you Tweet something about the

16   XRP listing?

17      A     Whatever it is they requested me.

18                    (SEC Exhibit No. 65 was

19                     marked for

20                     identification.)

21          BY MS. WAXMAN:

22      Q     I'm showing you what's been marked

23   as Exhibit 65, which is just a copy of the

24   Tweet that you, on February 27, from your

25   Twitter account regarding Coinbase.  You say,
```

422

1    "We're happy to go on the record Coinbase

2    listing the XRP, also not our token.  It was

3    Coinbase's independent decision.  We did not

4    give them anything to make it happen." When

5    you say Coinbase' independent decision, what

6    did you mean?

7        A   I mean, this is verbatim what they

8    wanted me to Tweet.

9        Q   So they told you to Tweet it?

10       A   They told me what to Tweet and I

11   tweeted it.

12       Q   Did you think the custody agreement,

13   like you said earlier, was an olive branch for

14   the listings?

15       A   I thought it was an olive branch for

16   the relationship.

17       Q   Did you think they would have -- did

18   you think -- do you think this Tweet is

19   accurate?

20       A   As far as I know.

21       Q   Well, do you think Coinbase made an

22   independent decision to list?

23       A   I do.

24       Q   Does it maybe it seem like you guys

25   were in -- not in -- strike that. We looked at

423

1  what was previously marked as Exhibit 9, which

2  was a listing agreement where there was a

3  payment contemplated.  So does that refresh

4  your memory as to whether there was any

5  discussions about paying Coinbase?

6       A    I don't know what this is.

7       Q    Okay.  In addition to entering into

8  the custody agreement, did you introduce

9  potential custody clients to Coinbase?

10      A    I know we discussed it.  I don't

11 remember if we did.

12      Q    When you say "discussed it," did you

13 maybe tell Coinbase that you would do that?

14      A    I think we said we would be willing

15 to make one introduction to XRP holders who

16 might need custody.

17      Q    Did you do that?

18      A    I don't remember.

19                      (SEC Exhibit No. 66 was

20                      marked for

21                      identification.)

22           BY MS. WAXMAN:

23      Q    I'm showing you what's been marked

24 as Exhibit 66, which is an e-mail chain

25 between Ripple and Coinbase employees, dated

424

```
 1    in or around October, 2018.  I'm just gonna
 2    ask you about the first page.  So you don't
 3    need to read the whole document.
 4         A    Okay.  Okay.
 5         Q    The e-mail requests a letter from
 6    legal counsel confirming that Ripple is not
 7    under any investigation by regulators.  Ripple
 8    doesn't provide that, and then at the top, it
 9    says --           writes, "We are -- we've
10    discussed internally.  We have come to the
11    conclusion that we are comfortable based on
12    the documents provided to move forward without
13    a legal response to question number three."  Do
14    you know how they got comfortable?
15         A    No.
16         Q    Could you envision a situation where
17    Coinbase would custody XRP and not list it on
18    its platform?
19         A    Yes.
20         Q    Do they do that for other assets?
21         A    I don't know.
22         Q    Have you ever heard of the term
23    Project Fathom?
24         A    I have.  It's a long time ago.
25         Q    Do you know what that refers to?
```

425

1          A     I don't remember what that is.

2          Q     Have you heard the term Five Bells?

3          A     I have heard the term Five Bells.

4          Q     What does that refer to?

5          A     I don't know what that refers to.  I

6     don't remember but -- Five Bells?  Yeah, I

7     don't remember.

8          Q     Last time we met, we spoke about the

9     XRP markets reports and that you had helped

10    draft the reports and that people reviewed the

11    reports and made edits to the report.  Did you

12    consider the XRP report a marketing document?

13         A     No, no.

14         Q     Did you consider it an objective

15    report?

16         A     Yes.

17         Q     Who reviewed the report other than

18    Brad and Patrick?

19         A     Legal, marketing.  I think that's

20    it.

21         Q     Why did marketing review the report?

22         A     They reviewed anything that went on

23    the Web site.

24         Q     Did they view the report as a

25    marketing document?

1      A    I don't know.

2      Q    Did the reviewers of the report

3  change over time?

4      A    Yes.

5      Q    Okay.  When did they change?

6      A    As people left or joined the

7  company, we would have different folks in

8  there.

9      Q    Who started out reviewing it?

10     A    Patrick, Brad, Monica, ███

11  Arthur may have been in there a few times.  I

12  think that's it.

13     Q    Did anyone ever tell you to be

14  nonspecific or vague in the report when you

15  described certain events or actions?

16     A    I don't remember.

17     Q    Did you want the report to contain

18  more details about the company's XRP sales in

19  both problematic and OTC?

20     A    I mean, at any specific point or

21  broadly?

22     Q    Yeah.  The question is a broad

23  question.  I mean, you drafted the report.  We

24  spoke about earlier that you were an -- you

25  had encouraged the company to move forward

427

1    with the increased transparency that the

2    report provided. Did you have an opinion on

3    what to include in the report?  You know, did

4    you --

5         A    Yes.

6         Q    And did you ever want to include

7    more details in the report than there were?

8         A    Than there were?

9         Q    Mm-hm.

10        A    Like in existence?  I'm confused by

11   that.

12        Q    Did you ever want to disclose more

13   specific details about what the company was

14   doing related to XRP?

15        A    I don't remember any specific

16   instance where I would have wanted to do that.

17        Q    You said you viewed it as an

18   objective report; right?

19        A    Yes.

20        Q    And I forget your answer.  Did you

21   view it as a marketing document?

22        A    Did not.

23        Q    Why not?

24        A    Didn't come from marketing.

25        Q    Did marketing review it?

428

```
1        A    They had to.  Everything that went
2   on the Web site, that was their domain.
3        Q    Did the company collect Google trend
4   data?
5        A    I don't know if the company did.
6        Q    Or purchased it from Google?
7        A    Oh, I don't know.  I don't know.
8        Q    Did you ever use Google trend data
9   at the company?
10       A    I didn't.  Danuka did -- I think
11  Danuka used it.
12       Q    What would the data show?
13       A    Which data?
14       Q    The Google trend data?
15       A    I don't remember there being any
16  particular insights off the top of my head.
17       Q    Why would he use it?  Why would
18  Danuka use it?
19       A    I think he found it -- I'm guessing
20  he found it useful.  I'm trying to remember
21  for what purpose.
22       Q    Do you know what Google trend data
23  is? I had to Google it.
24       A    I don't know in specific, no, I
25  don't.
```

 1      Q    Generally?

 2      A    Generally, I believe it's basically,

 3   you know, Google searches for something and

 4   kind of the trends around those searches.

 5      Q    So you can see what people are

 6   typing in in relation to XRP?

 7      A    Or something else, right.

 8                      (SEC Exhibit No. 67 was

 9                       marked for

10                       identification.)

11           BY MS. WAXMAN:

12      Q    Showing you what's been marked as

13   Exhibit 67, which is a deck from July 28,

14   2017, regarding XRP sales.  And I have a

15   specific question about page nine.

16      A    What page?  I'm sorry.

17      Q    Nine.  So is this the OTC discount

18   rate sheet you mentioned last time?

19      A    Yes.

20      Q    And you mentioned that, at some

21   point, you didn't use this anymore.

22      A    Correct.

23      Q    Do you recall when?

24      A    I don't.  Sometime in 2017.

25      Q    Okay.  Let's take a break.  It's

1    4:14.

2              (A brief recess was taken.)

3              BY MS. WAXMAN:

4        Q    We're back on the record at 4:27.

5    Mr. Vias, while we were off the record, did

6    you have any conversations with the Staff?

7        A    No.

8        Q    Did Ripple ever sell or loan XRP to

9    ███████████?

10       A    Yes.

11       Q    And when -- when did that happen and

12   what -- was it a sale or loan or both?

13       A    I don't remember the exact timing,

14   and I believe it was a loan.

15       Q    Okay.  And why did it loan XRP to

16   ████████?  Before -- what is ███████████?

17       A    ███████████ is a digital currency

18   market maker.

19       Q    And why did it loan XRP to

20   ████████?

21       A    So that ███████████ would have

22   inventory to go provide liquidity on

23   exchanges.

24       Q    Do they also have an OTC desk?

25       A    They do.

431

1      Q     Did you consider entering into a

2   commit to sell with them?

3      A     I think we did.

4      Q     Okay.  So was it a commit to sell

5   and a loan agreement or a loan agreement?

6      A     I think it was both.

7      Q     Do you know why you entered into two

8   different agreements?

9      A     Because they could do both -- the

10  activities were different.

11     Q     So the OTC desk would sell to people

12  who wanted to buy large amounts of XRP over

13  the counter?

14     A     Correct.

15     Q     Do you know what ███████ is?

16     A     No.

17     Q     Is it a platform associated with

18  ████████?

19     A     I don't know.

20     Q     Were there any hoops that you had to

21  go through to get the deal done with

22  ████████?

23     A     I don't remember particular hoops.

24  I do remember it taking a long time.

25     Q     Do you know why it took a long time?