432

1     A     If I remember correctly, they were

2     dragging their feet.  I don't know why.

3         Q     Was            an important player

4     in the market?

5         A     They are.

6         Q     And why are they a big preliminary?

7         A            is a subsidiary of

8         Q     And what is

9         A          is a large market maker in more

10    established and traditional markets, one of

11    the largest.

12        Q     Do you know what assets

13    offers to OTC customers?

14        A     I don't.

15        Q     Does            have -- do you know

16    what exchanges Cumberland trades on?

17        A     I don't.

18        Q     In connection with the loan or

19    market maker activity, did you talk to them

20    about what platforms they would trade on?

21        A     Yes.

22        Q     And which platforms?

23        A     I don't remember the specific ones,

24    but I do know that the loan and the lease

25    agreements had stipulations that it could only

1    be on certain exchanges.

2         Q    Was the ▓▓▓▓▓▓ deal important to

3    Ripple?  Was it more important than other

4    deals?

5         A    Not really, no.

6         Q    Okay.  Can you tell me what the

7    relationship between Ripple and ▓ is?

8         A    ▓ is an investor in the company,

9    and at one point, we had a JV with ▓ for the

10   enterprise software business.  I believe some

11   of that still exists, but it's in a reduced

12   form.

13        Q    Okay.  Did you sell XRP to ▓ in

14   connection with your role as head of XRP

15   sales?

16        A    So we had an agreement with ▓ that

17   I did not negotiate that had XRP sales in it.

18   And my team helped manage, kind of, the

19   operational piece of that.  That was mostly --

20   I was not very much involved in that.

21        Q    What did -- what was ▓ gonna do

22   with the XRP that they purchased?

23        A    I don't know.

24        Q    Well, did it fill any of the roles

25   that we spoke about the other day and today

1   about creating liquidity or the use case?

2       A    Again, that ███ engagement agreement

3   deal, I had very little to do with.

4       Q    Do they have an exchange?  Do they

5   own a platform?

6       A    They do have a platform.  I don't

7   know if it's an exchange like Coinbase or

8   Binance, but I know they have some sort of a

9   crypto platform.

10      Q    Do you know if they're selling the

11  XRP on that platform?

12      A    I don't.

13      Q    Did any large XRP holders approach

14  Ripple to help them liquidate their position?

15      A    Not that I can remember.

16      Q    Did Ripple ever introduce those

17  large holders to some of the market makers

18  that they dealt with?

19      A    I'm not remembering any specific

20  instances.

21      Q    The last day we met, we spoke about

22  Ripple's exchange strategy, and that there was

23  priority to increase listings.  But we saw

24  that, ultimately, the company only entered

25  into a handful of fee rebate and payment

```
 1    volume agreements, but I want make sure we --
 2    even though you only entered into a handful of
 3    agreements, as part of your role, did you
 4    reach out to many more exchanges to try to
 5    increase XRP listings?
 6         A    I reached out to more than the ones
 7    that we had agreements with.  I can't say how
 8    many more.
 9         Q    Do you have an idea or an estimate?
10         A    No.
11         Q    So just in general, outside of those
12    agreements, what would be the purpose -- why
13    would you reach out to exchanges to try to get
14    listings?
15         A    To try to get listings.
16         Q    Just without offering them
17    incentives, just try to --
18         A    Well, eventually, it became kind of
19    the xRapid conversation, like with BITTREX
20    where it wouldn't be about fee rebates.  It
21    would be more around we want to connect to the
22    exchange of xRapid.
23         Q    Now that the company has currently
24    ceased XRP sales, how has that impacted your
25    responsibilities?  Has it changed or role in
```

436

1    any way?

2           A    The ceasing of the sales has not

3    changed my role.

4           Q    One last document.

5                         (SEC Exhibit No. 68 was

6                         marked for

7                         identification.)

8           BY MS. WAXMAN:

9           Q    So I think we're gonna conclude for

10   today.  I want to thank you very much.  I know

11   it's been a long two days, and I really

12   appreciate you coming in and taking the time

13   to speak with us.  I want to give anyone an

14   opportunity to say anything before we close

15   the record.

16                MR. CERESNEY:  We don't have

17   anything.

18                MS. WAXMAN:  We are off the record

19   at 4:37.

20                (Whereupon, at 4:37 p.m., the

21   examination was concluded.)

22                         * * * * *

23

24

25

```
1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:    RIPPLE

4    Witness:             Miguel Vias

5    File Number:         NY-09875-A

6    Date:                Thursday, January 16, 2020

7    Location:            New York, NY

8

9            This is to certify that I, Maria E. Paulsen,

10   (the undersigned), do hereby certify that the

11   foregoing transcript is a complete, true and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15   _____        _____

16   (Proofreader's Name)            (Date)

17

18

19

20

21

22

23

24

25
```

438

```
1                    C E R T I F I C A T E

2     STATE OF NEW YORK    )

3                          ) ss:

4     COUNTY OF NEW YORK   )

5              I, AMANDA SALANITRO, a Certified Shorthand

6     Reporter and Notary Public, do hereby certify:

7              That MIGUEL VIAS, the witness whose

8     deposition is hereinbefore set forth, was duly sworn

9     by me and that such deposition is a true record of the

10    testimony given by such witness.

11             I further certify that I am not related to

12    any of the parties to this action by blood or

13    marriage; and that I am in no way interested in the

14    outcome of this matter.

15             IN WITNESS WHEREOF, I have hereunto set my

16    hand this 28th day of January, 2019.

17             _____

18             AMANDA SALANITRO, CSR

19

20

21

22

23

24

25
```

**Transcript Word Index**







[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020





[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020







[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020





[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020









[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020



[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020



[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020





[1/16/2020 10:17 AM] Vias, Miguel Inv. Test. 1.16.2020