**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
12:27   1  you could -- you know.
        2       If you're participating in consensus, you have to
        3  have a certain overlap with a set of nodes, and Ripple
        4  published -- again, this is me speaking not as an expert
12:28   5  on XRP consensus, but you had to have some sort of
        6  overlap with a large number of these nodes and Ripple
        7  provided a list of validators that they considered of
        8  high quality.
        9       Q.    Okay.  So does that explanation go to --
12:28  10            MR. HECKER:  You need to keep your voice
       11        up.
       12            THE WITNESS:  Sorry.
       13  BY MR. MOYE:
       14       Q.    Does that explanation go to the
12:28  15  decentralization point or the trustless point, or both?
       16       A.    Ultimately both, because decentralization
       17  attempts to solve for trust.
       18       Q.    Okay.  Let's go to the second comment or
       19  point you make under Section 6.0, "Crypto Economics."
12:29  20  What is your comment there?
       21       A.    My comment here is "Ripple does hold the
       22  majority of XRP, though perhaps we can argue the other
       23  way once we do the lockup."
       24       Q.    What is the "lockup" that you refer to?
12:29  25       A.    Escrow.
```

137

| | | |
|---|---|---|
| 12:29 | 1 | Q.    So at this point in time, November of 2017, |
| | 2 | did you understand Ripple to be contemplating doing an |
| | 3 | escrow of XRP? |
| | 4 | A.    I -- I believe I understood we were working |
| 12:29 | 5 | on the escrow. |
| | 6 | Q.    That that was in the works? |
| | 7 | A.    Yes. |
| | 8 | Q.    Okay.  So there's another bullet under "2.2 |
| | 9 | Team."  Let's call that your third comment. |
| 12:29 | 10 | A.    Uh-huh. |
| | 11 | Q.    What's your third comment -- what does it |
| | 12 | mean? |
| | 13 | A.    I said, "Perhaps they might interpret Ripple |
| | 14 | leadership as highly centralized." |
| 12:29 | 15 | Q.    What's the basis for that comment? |
| | 16 | A.    Ripple being a private company with a |
| | 17 | leadership team -- private companies, you know, |
| | 18 | executive officer.  For example, there was no company in |
| | 19 | charge of, say, Bitcoin. |
| 12:30 | 20 | Q.    Okay.  So the "highly centralized" refers to |
| | 21 | the size Ripple's leadership team; is that correct? |
| | 22 | MR. HECKER:  Objection to form, |
| | 23 | foundation, mischaracterizes his testimony. |
| | 24 | THE WITNESS:  I don't think it is about |
| 12:30 | 25 | the size of the leadership team.  I believe it |

138

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| 12:30 | 1 | is more about the existence of the leadership |
| | 2 | team. |
| | 3 | BY MR. MOYE: |
| | 4 | Q.    Okay.  Well, looking above your comment, |
| 12:30 | 5 | where it says "Specialized knowledge and key people," |
| | 6 | you're quoting from the GDAX framework there, correct? |
| | 7 | A.    That's correct. |
| | 8 | Q.    And the GDAX framework says "The product |
| | 9 | leadership is not highly centralized or dependent on a |
| 12:30 | 10 | small number of key persons," correct? |
| | 11 | A.    That is from the -- my understanding is that |
| | 12 | that is from the GDAX framework. |
| | 13 | Q.    Okay.  So when you said, "Perhaps they might |
| | 14 | interpret Ripple leadership as highly centralized," were |
| 12:30 | 15 | you also saying that the small number of key people -- |
| | 16 | that a small number of key people might be part of that |
| | 17 | view, that Ripple is highly centralized? |
| | 18 | MR. HECKER:  Objection to form, |
| | 19 | foundation. |
| 12:31 | 20 | BY MR. MOYE: |
| | 21 | Q.    Let me ask it this way:  Did the -- |
| | 22 | Do you agree that at this point in time, Ripple had |
| | 23 | a small number of key people in leadership positions? |
| | 24 | A.    Probably. |
| 12:31 | 25 | MS. ZORNBERG:  Object. |

139

```
12:31   1   BY MR. MOYE:

        2        Q.    That was "probably"?

        3        A.    Probably.

        4        Q.    Okay.  Let's go to your next comment.  So

12:31   5   this is a comment about source code?

        6        A.    Uh-huh.

        7        Q.    What's your comment about source code?

        8        A.    I believe the Ripple -- it's spelled Rippled,

        9   but it's referred to as "Ripple D.  "

12:31  10        Q.    Okay.

       11        A.    I believe the Ripple D code is open source,

       12   but I can't speak to it well-documented peer-review.

       13        Q.    So open sourced would be consistent with the

       14   GDAX framework, correct?

12:32  15        A.    That's correct.

       16        Q.    And you just didn't have enough knowledge

       17   about the peer-review process?

       18        A.    Correct.

       19        Q.    Okay.  What's the next comment you made about

12:32  20   Crypto Economics under" "6.1, Economic Incentives"?

       21        A.    "XRP does not have any economic incentives

       22   for a participant to run a validator.  To penalize a bad

       23   actor holding up consensus, we can remove that validator

       24   from our list."

12:32  25        Q.    Okay.  Are you quoting something there?  I
```

                                                                    140

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

12:32  1  can't tell if that's a "..." or if those are your own

       2  words.

       3        A.    I believe these are my own words.

       4        Q.    Okay.  So what are validators, and why, under

12:32  5  this framework, would be -- should they be incentivized

       6  good behavior or deterred from bad behavior?

       7        A.    Again, I'm not the expert in XRP consensus

       8  here.  But typically, let's talk about -- let's talk

       9  about Bitcoin and then we can draw comparison.

12:33 10        Bitcoin's proof of work mechanism run by "miners,"

      11  is what's -- you know, if you solve the proof of work,

      12  you essentially unlock a block, and then you receive a

      13  trans -- a block award for unlocking that block, right?

      14        So proof of work essentially solves three

12:33 15  functions:  First is the double-spend problem, right?

      16  So you don't -- you're not relying on a certain trusted

      17  authority to say you have this amount of assets.  You

      18  can spend it and not spend it tomorrow.  That's

      19  essentially the problem any of these distributed ledger

12:34 20  technologies are trying to solve.

      21        But with the mining process, you also have

      22  incentivization for running the network, which is the

      23  block reward, but related to that is also distribution

      24  of the asset to do get that out, right?  So you --

12:34 25  because many people are participating in mining or

                                                              141

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

12:34  1   liquidating -- the block reward to pay for electricity,

2   you solve double-spend, you solve incentivization, and

3   you solve distribution.

4       XRP consensus works very differently. So there's

12:34  5   no -- like it use validators who are looking at proposed

6   transactions to the XRP, or proposal orders or

7   transactions to the XRP Ledger. As opposed to having

8   some sort of, like, rotating dictator who unlocks a

9   block, validators, in general, all contribute to XRP

12:35 10   consensus by -- you're looking at the validators who

11   are -- you know, you're looking at essentially a super

12   majority of these votes to say this is a good

13   transaction to include it in yours, right?

14       However, there's no block reward and there's no --

12:35 15   there's no block reward and also no resulting

16   distribution of that asset.

17       Q.    So as you understood the GDAX framework and

18   as you understood the XRP validation process, did you

19   think XRP was a good fit or maybe not a good fit with

12:35 20   this framework?

21       A.    From the GDAX framework -- you know,

22   mechanisms to incentivize validators and mechanisms that

23   deter bad behavior -- my understanding of the XRP

24   consensus, it did not appear that they were incentives

12:36 25   to be a good actor or, at least monetary incentives to

142

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

12:36  1   be a good actor or a bad actor.

        2        What I'm saying is a bad actor is penalized by

        3   being removed by just being ignored.

        4        Q.    Okay.   Let's go to the last section, the

12:36  5   "Market Demand" under "5.1, Demands."   What's your

        6   comment here?

        7        A.    "Market Demand," under --

        8        So the GDAX criteria starts as "Developers and

        9   Contributors:   Growing developer based -- base and

12:36 10   measured progress as defined by the number of

      11   repositories, commits, and contributors."

      12        My comment is "Perhaps not relevant, but I don't

      13   have a measure of the external developer base outside of

      14   Ripple.   It surely does not compare to either Bitcoin or

12:37 15   Ethereum."

      16        Q.    You're saying Ripple's developer base is

      17   smaller than Bitcoin and Ether, or are we making some

      18   other characterization?

      19        A.    I'm saying XRP's developer base has a --

12:37 20   XRP's developer base outside of Ripple appears to be

      21   smaller than that, than -- than the developer base of

      22   Bitcoin or Ethereum.

      23        Q.    Or Ethereum?

      24        A.    (Nodding).

12:37 25        Q.    Okay.   You can put this aside.

                                                        143

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
12:37   1                    (Thereupon, an informal discussion was
        2              held off the record.)
        3                    MR. HECKER:  The witness is inquiring
        4              about lunch.
12:37   5                    MR. MOYE:  Well --
        6                    MR. HECKER:  Is now a good time to take a
        7              lunch break?
        8                    MR. MOYE:  Now would be fine.
        9                    MR. HECKER:  Great.
12:37  10                    THE VIDEOGRAPHER:  This will conclude
       11              Video No. 2 in the deposition of
       12              Dinuka Samarasinghe.  We are off the record at
       13              12:37 p.m., June 9th, 2021.
       14                    (Recess taken at 12:37 p.m.)
       15                    (Resumed at 1:36 p.m.)
       16                    THE VIDEOGRAPHER:  This is the beginning
       17              of Video No. 3 in the deposition of
       18              Dinuka Samarasinghe.
       19                    We are on the record at 1:36 p.m.,
01:36  20              June 9th, 2021.
       21     BY MR. MOYE:
       22        Q.    Mr. Samarasinghe, before our lunch break, I
       23     asked you a number of questions about XRP and the GDAX
       24     framework e-mail that we were reviewing.
01:36  25        Do you remember those?
```

144

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:36   1        A.    Yes, sir.
        2        Q.    Can you tell me whether since you wrote that
        3   e-mail --
        4        Since September 28th of 2017, whether any of the
01:36   5   views that you expressed in that e-mail have changed
        6   about how XRP compares to the GDAX framework?
        7             MR. HECKER:  Objection to form,
        8        foundation.
        9   BY MR. MOYE:
01:36  10        Q.    If it's helpful to go through it one by one,
       11   we can do that.
       12             MR. HECKER:  Same objection.
       13   BY MR. MOYE:
       14        Q.    So let's break it down.
01:36  15        A.    But yes, my opinions did change, at least on
       16   certain -- certain of these topics.
       17        Q.    Let's go through them one by one.  As far as
       18   your first comment about decentralization --
       19        A.    Yes.
01:37  20        Q.    -- trust, has your opinion changed on that?
       21        A.    The XRP Ledger became increasingly central --
       22   decentralized in that Ripple control validators --
       23   Ripple sponsor -- were reduced.
       24        So I recall there was a time where Ripple only
01:37  25   controlled one or two validators on the entire Unique
```

145

GRADILLAS COURT REPORTERS
(424) 239-2800

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:37    1   Node List.
         2        Q.    How about your second comment about economic
         3   incentives, has that opinion changed?
         4               (Pause.)
01:37    5               THE WITNESS:  Out of 100 billion XRP that
         6            were created at the Genesis block, Ripple
         7            continues to hold over 50 percent of the XRP,
         8            that second one did not change.
         9   BY MR. MOYE:
01:38   10        Q.    Okay.  How about your third comment about
        11   centralization?
        12        A.    It changed a little bit.  There were -- I --
        13   I'm not -- was not part of the spring team or -- but
        14   there were other teams working on other use cases for
01:38   15   XRP.
        16        Q.    How about the next comment about peer review?
        17   Has anything changed about your view then?
        18        A.    I -- I still can't speak to whether or not it
        19   has a well-documented peer review or not.
01:38   20        Q.    How about your next comment about economic
        21   incentives for validation?
        22        A.    I don't believe that one has changed.
        23        Q.    Okay, and how about your final comment about
        24   external developer base?
01:39   25        A.    I don't have a view on that one.
```

                                                                146

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:39   1          Q.    You don't have a view whether it's changed or
        2   you don't have a view at all?
        3          A.    Either.  I don't -- I don't really know what
        4   the developer base is for XRP.
01:39   5                     (Thereupon, one-page e-mail chain with top
        6          e-mail dated 12/13/17, from            to
        7          Miguel Vias et al. was introduced as DS Exhibit
        8          8 for identification.)
        9   BY MR. MOYE:
01:39  10          Q.    Okay.  Let's look at DS Exhibit 8.
       11          Please take a moment and review what's been
       12   marked -- marked as DS Exhibit 8.
       13          Let me know when you're done.
       14          A.    I'm done.  I'm ready.
01:40  15          Q.    Okay.  DS Exhibit 8 is a copy of an e-mail
       16   from              at              , dated
       17   December 13, 2017, to Miguel Vias,              --
       18   did I pronounce that right?
       19          A.    Yes.
01:40  20          Q.    -- and yourself at Ripple, "Subject:  Please
       21   turn selling back on."
       22          Are you familiar with this exhibit -- with this
       23   document, I should say?
       24          A.    I haven't seen it before.  I have no reason
01:40  25   to believe there's anything inaccurate about it.
                                                              147
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 01:40 | 1 | Q. Okay. So -- |
| | 2 | MS. ZORNBERG: Mr. Samarasinghe, could |
| | 3 | you try to keep your voice up? |
| | 4 | THE WITNESS: Sorry. I will do my best. |
| 01:40 | 5 | (Thereupon, an informal discussion was |
| | 6 | held off the record.) |
| | 7 | BY MR. MOYE: |
| | 8 | Q. So ███████████ is responding to an e-mail |
| | 9 | from Mr. Vias earlier in the day on which you are |
| 01:41 | 10 | copied. Do you see that? |
| | 11 | And the subject is "Please turn selling back on"? |
| | 12 | A. Yes. |
| | 13 | Q. It looks like he says, "Plus or adding |
| | 14 | Dinuka"? |
| 01:41 | 15 | (Thereupon, an informal discussion was |
| | 16 | held off the record.) |
| | 17 | THE WITNESS: Uh-huh, yes. |
| | 18 | MR. HECKER: I'm sorry. Objection to the |
| | 19 | foundation. |
| 01:41 | 20 | I'm not sure what e-mail you think he's |
| | 21 | on. He's on the second one, not the first |
| | 22 | one, right? |
| | 23 | MR. MOYE: Well, he's on the top and he's |
| | 24 | also on the second. |
| 01:41 | 25 | MR. HECKER: On the bottom -- |

148

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
01:41   1                    MR. MOYE:  He's not on the oldest.
        2           You're correct.
        3                    MR. HECKER:  Okay.  Sorry.
        4    BY MR. MOYE:
01:41   5        Q.   Okay.  But the bottom e-mail -- the one that
        6    you're not on -- actually, Mr. Vias writes:
        7        "Guys, can we please turn the bots back on at the
        8    same percentages as before?  Let me know when that's
        9    done.  Thanks."
01:41  10        Do you understand the purpose of these e-mail
       11    instructions from Mr. Vias?
       12        A.   Yes.
       13        Q.   What's the purpose, as best as you
       14    understand?
01:42  15        A.   It appears that the ████████████ XRP
       16    programmatic liquidators were paused or halted, and
       17    Miguel has instructed them to be turned back on.
       18        Q.   And do you know what reason it might be to
       19    turn those -- turn those things back on -- I'm sorry.
01:42  20    Do you know why they would have been paused or stopped?
       21                    MS. ZORNBERG:  Object to form.
       22    BY MR. MOYE:
       23        Q.   Based on your time at a Ripple and
       24    ████████, were there times when Ripple asked
01:42  25    ████████ to stop selling or exchanging XRP?
                                                              149
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:42    1        A.    Yes.
         2        Q.    Based on your experience, why -- why did that
         3   occur?
         4        A.    It's possible that the quarterly sales target
01:43    5   for XRP liquidations had been reached at this point.
         6        Q.    Any other reasons you can think of, assuming
         7   that that was the case?
         8              MR. HECKER:  Sorry.  You're shaking your
         9         head.  Do you need to --
01:43   10              THE WITNESS:  No.
        11              MR. HECKER:  Okay.
        12              THE WITNESS:  None that I can recall.
        13   BY MR. MOYE:
        14        Q.    Okay, and assuming for the purposes of this
01:43   15   question, then, that that's the reason that this e-mail
        16   was sent, if quarterly sales targets were reached, why
        17   would Ripple want             to stop trading in XRP?
        18              MR. HECKER:  Objection to form,
        19         foundation.
01:43   20   BY MR. MOYE:
        21        Q.    You can answer.
        22        A.    Why would Ripple want           to stop
        23   trading?
        24        Q.    Yes.
01:43   25        A.    In case they did not want to in- -- increase
```

                                                                    150

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:43    1   XRP supply that was in the market.
         2       Q.    And do you have any understanding of why
         3   Ripple would desire to limit or not to increase the
         4   amount of XRP in the market?
01:44    5       A.    Either to reduce selling pressure, reduce XRP
         6   inflation.
         7       Q.    Anything else you can think of?
         8       A.    No.
         9       Q.    Okay.  While you were at ███████████, can you
01:44   10   recall this sort of thing happening from time to time?
        11            MS. ZORNBERG:  Objection, form.
        12            THE WITNESS:  While I was at ██████████,
        13        I don't recall that XRP programmatic
        14        liquidations were something that we did.
01:44   15   BY MR. MOYE:
        16       Q.    Okay.  Do you recall more than --
        17   Do you recall this occurring on more than one
        18   occasion while you were at a Ripple, where Ripple would
        19   reach out to market makers and say, "Please stop
01:44   20   selling"?
        21       A.    I do recall reaching out to market makers to
        22   ask them to stop liquidating.  I can't -- I don't recall
        23   how many times that occurred.
        24       Q.    Okay, and just to clarify, is it your
01:45   25   recollection Ripple would reach out to more market
                                                              151
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

01:45  1  makers than just           ?  It would be a larger

        2  group?

        3     A.    Yes.  In my experience, instructions to one

        4  market maker were typically reflected to the suite of

01:45  5  market makers that were conducting programmatic

        6  liquidations.

        7     Q.    And was it your understanding that these

        8  instructions were perceived as beneficial to Ripple in

        9  some way, the company?

01:45 10            MS. ZORNBERG:  Objection.

     11           THE WITNESS:  I'm sorry.  The

     12           instructions were beneficial?

     13  BY MR. MOYE:

     14     Q.    Yes, the instructions to stop selling for a

01:45 15  period of time, did you understand that those

     16  instructions had some benefit or value to Ripple as a

     17  company?

     18           MS. ZORNBERG:  Objection.

     19           MR. HECKER:  Objection to the form of the

01:45 20            question.

     21  BY MR. MOYE:

     22     Q.    You can answer.

     23     A.    Were they perceived by the -- I'm not sure if

     24  I understand your question.  If you could rephrase?

01:46 25     Q.    Yeah.  The question is:

                                      152

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:46  1        Was it your impression or understanding that these
       2   instructions from Ripple, the market makers, to stop
       3   selling for some period of time had some value or
       4   benefit to Ripple as a company?
01:46  5        And have other questions after this one.
       6                MR. HECKER:  Objection to the form.
       7                (Pause.)
       8                THE WITNESS:  I believe so.
       9   BY MR. MOYE:
01:46 10        Q.   Okay.  Was it your impression that these
      11   instructions had some benefit or value to holders of XRP
      12   as well?
      13                MR. HECKER:  Same objection.
      14                THE WITNESS:  I -- I'm not sure about
01:46 15          that one.
      16                (Thereupon, a one-page e-mail dated
      17          12/16/17, from Miguel Vias to          ,
      18          Subject:  Stop Selling" was introduced as DS
      19          Exhibit 9 for identification.)
01:46 20   BY MR. MOYE:
      21        Q.   Okay.  Let's look at DS Exhibit 9.  Please
      22   take a moment and review what's been marked as
      23   DS Exhibit 9.
      24        Okay.  Can you tell me what DS Exhibit 9 is?
01:47 25        A.   DS Exhibit 9 appears to be an e-mail from
```

153

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

01:47  1  Miguel Vias to             . I am cc'd as

2  a -- as an employee of Ripple. The subject says "Stop

3  Selling."

4      Q. And what's the reason given that Mr. Vias

01:47  5  gives at this time for         to stop selling?

6      A. Miguel Vias instructs       to stop

7  selling. It says "Please turn all bottoms off." He

8  continues to say, "Just got word we are done selling for

9  the year. Also, please confirm when that's done.

01:48 10  Thanks, gents."

11      Q. Okay. Now, did you understand from the

12  context and from this e-mail, that it was an instruction

13  to stop selling XRP?

14      A. That's correct.

01:48 15      Q. Because that's what -- that's what

16  dealt with, correct?

17      A. Correct.

18      Q. All right. Now, can you look at DS Exhibit 8

19  and DS Exhibit 9 side by side? Can you help me

01:48 20  understand why, first looking at DS Exhibit 8, Ripple

21  might have told them to start selling again on December

22  13th, presumably after a pause, and then stop selling

23  three days later on December 16th?

24          (Pause.)

01:49 25         THE WITNESS: I don't recall.

154

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

01:49   1   BY MR. MOYE:

        2        Q.     Okay.   Whether or not you can recall this

        3   particular incident --

        4        A.     Uh-huh.

01:49   5        Q.     -- do you think there were other events when

        6   you were at Ripple where market makers were told to stop

        7   then restart, then stop selling again, in a relatively

        8   short period of time?

        9        A.     I don't believe that happened other times in

01:49  10   my history at Ripple.

       11        Q.     Okay.   Just from looking at DS Exhibit 9 and

       12   the phrase "Just got the word we're done selling for the

       13   year," did you have any understanding about why Ripple

       14   would want to stop selling XRP within a particular

01:49  15   calendar year and for what reason?

       16        A.     I think, again, this probably points to

       17   hitting the target for the yearly sales goal of XRP.

       18        Q.     And do you know who set those yearly targets

       19   or goals?

01:50  20        A.     Historically, it was -- my understanding is

       21   that it was decided amongst the leadership team with

       22   input from the CFO and the CEO.

       23        Q.     Okay, and just to clarify, was your unit an

       24   essential part of reaching these goals or just one of

01:50  25   many components within --

                                                                   155

```
01:50    1          A.    The markets team --
         2                 MS. ZORNBERG:  Objection to form.
         3                 MR. HECKER:  Yep, I join in the objection
         4            and foundation.
01:50    5                 MR. MOYE:  Let me rephrase.
         6    BY MR. MOYE:
         7          Q.    How important was your group to helping
         8    achieve those goals?
         9          A.    The markets team was -- managed the
01:50   10    relationship, managed -- managed the relationships with
        11    the programmatic market makers for the programmatic
        12    liquidation.
        13          Q.    And do you believe these goals were to sell
        14    XRP through the market makers only or were there other
01:51   15    methods that Ripple was selling XRP to the market?
        16                 MS. ZORNBERG:  Objection to form.
        17    BY MR. MOYE:
        18          Q.    You can answer.
        19          A.    Ripple also sold XRP not -- not just from
01:51   20    programmatic liquidations, but also from OTC trades.
        21          Q.    Okay.  Any other methods used while you were
        22    at Ripple for Ripple to sell XRP?
        23          A.    The markets team was primarily responsible
        24    for programmatic liquidation and then OTC sales to OTC
01:51   25    brokers.  I am aware of sales to entities like
```

                                                              156

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

01:51  1   ███████████████ and ███ -- as well as ███

       2        Q.   Did those go through your team or through

       3   another channel?

       4        A.   We -- the markets team helped coordinate

01:52  5   those -- those sales, but I'm not aware that the markets

       6   team had anything to do with the initial deals.

       7        Q.   Were those deals considered either

       8   programmatic or OTC sales?

       9        A.   Considered by whom?

01:52 10        Q.   By Ripple.

      11        A.   In the quarterly reports, sales to

      12   ██████████████ and ████ were included in sales of

      13   reported sales numbers.

      14        Q.   Under which category?  Under programmatic?

01:52 15        A.   They were not -- they were not included in

      16   programmatic.

      17        Q.   Okay.

      18        A.   They were included institutional sales.

      19        Q.   Institutional?

01:52 20        So they were neither programmatic or OTC; is that

      21   right?  They were a separate kind of sale?

      22             MS. ZORNBERG:  Objection.

      23             (Thereupon, an informal discussion was

      24        held off the record.)

01:53 25             THE WITNESS:  I think the markets team

                                                              157

01:53   1        did not consider ███████████ or ████
        2        necessarily OTC trades.
        3   BY MR. MOYE:
        4        Q.    Okay, and do you include yourself in that,
01:53   5   you personally wouldn't mentally have categorized
        6   ████████████ as OTC sales?
        7        A.    That's correct.
        8             (Thereupon, two-page e-mail dated
        9        12/28/17, from ███████████ to
01:53 10        ██████████ @ripple.com et al., Bates Nos.
       11        ████0039962 through ████0039963, was
       12        introduced as DS Exhibit 18 for identification.)
       13   BY MR. MOYE:
       14        Q.    Okay, DS Exhibit 18.  We're going to look at
01:53 15   DS Exhibit 18.
       16             MR. HECKER:  One-eight?
       17             MR. MOYE:  One-eight.
       18             (Pause.)
       19   BY MR. MOYE:
01:54 20        Q.    So Mr. Samarasinghe, please take a moment and
       21   look over what's been marked as DS Exhibit 18.  I'm
       22   going to ask you a couple of questions about the first
       23   paragraph, and then a couple of questions about the
       24   fourth news item down.
01:55 25        Have you had a chance to look it over?

                                                          158

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:55   1          A.    I have.
        2          Q.    Okay, DS Exhibit 18, for the record, is an
        3    e-mail from                                    at
        4                       .com, sent December 28, 2017.  Subject is
01:55   5    "Ripple Media Tracking."  And I see your e-mail at the
        6    bottom of a long list of other individuals at Ripple.
        7          A.    Yeah.
        8          Q.    Do you know who                      is?
        9          A.    Vaguely.
01:55  10          Q.    With that caveat, who do you understand
       11                          to be?
       12          A.    So I think I recall being on a distribution
       13    list where they showed us news headlines over the course
       14    of the day, the course of some period of time that may
01:55  15    be relevant to Ripple or XRP.
       16          Q.    Okay, did you have --
       17          Did you believe they were retained in some capacity
       18    as media relations or public relations?
       19          A.    That's -- that's my understanding.
01:56  20          Q.    Okay, you couldn't be more specific about
       21    what they had been retained to do?
       22          A.    No idea.
       23          Q.    All right.  Did you receive media tracking
       24    e-mails from         or other people regularly or was this
01:56  25    rarely?
```

                                                               159

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

01:56 1      A.    Regularly.

2      Q.    Regularly?  Okay.

3      And without pinning you down to any particular

4  communication, what would these regular e-mails

01:56 5  typically include?

6      A.    My recollection is they were a compilation of

7  the week's headlines and reputable news sources that

8  involved XRP, interesting things about the digital asset

9  markets or Ripple in general.

01:56 10      Q.    Okay, so the first paragraph, the final

11  sentence talks about CNBC.  It says "CNBC and others

12  report on the XRP price spike following the ▮▮▮▮

13  consortium announcement."

14      Do you see that?

01:57 15      A.    Uh-huh.

16          MR. HECKER:  Yes, you see that?

17          THE WITNESS:  Yes, I see that.

18  BY MR. MOYE:

19      Q.    Are you familiar with the ▮▮▮ consortium

01:57 20  announcement?

21      A.    I don't recall.

22      Q.    Okay, are you familiar with ▮▮▮?

23      A.    To some capacity.

24      Q.    All right.  So let's look down to the fourth

01:57 25  news item, I'd like you to review that and maybe that

160

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
01:57   1    will refresh your recollection in some way.

        2        A.    Uh-huh.

        3              (Pause.)

        4    BY MR. MOYE:

01:58   5        Q.    Okay, does that help at all, remembering that

        6    there was an ███ consortium announcement and what it

        7    might have included?

        8              (Pause.)

        9              THE WITNESS:  No.

01:58  10    BY MR. MOYE:

       11        Q.    Okay, let me try one last -- let me give it

       12    one last try.

       13        As you understand Ripple's relationship with ███ --

       14        A.    Uh-huh.

01:58  15        Q.    -- at some point in 2017, did Ripple announce

       16    a new link to some Japanese credit card companies?

       17        A.    I don't recall.

       18        Q.    Okay, do you recall a price spike in XRP

       19    after an announcement about ███ was made at any time?

01:58  20        A.    I remember the price spike in question.  I

       21    don't remember that it had anything to do with -- I

       22    don't recall linking it to an ███ announcement.

       23        Q.    Okay, so maybe this exhibit helps you, maybe

       24    it doesn't.  But do you recall when that price spiked,

01:59  25    whether it spiked in conjunction with an increase in
```

161

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

01:59  1   Bitcoin, or whether it spiked independent of movement in

      2   Bitcoin?

      3       A.     The price spike at the end December 2017,

      4   through the beginning of January 2018, appeared

01:59  5   independent from any move in Bitcoin.

      6       Q.     And do you recall the price spike being in

      7   the magnitude of about 20 percent?

      8       A.     The price spike from -- in 2017, from late

      9   December 2017 to January 6th, 2018 was from essentially

01:59 10   25 cents to $3.80.

    11       Q.     So way more than 20 percent?

    12       A.     Way more than 20 percent.

    13       Q.     And at that time, during that price spike,

    14   would I be correct that the price of Bitcoin actually

02:00 15   went lower at some point?

    16       A.     That is -- that is my recollection.

    17       Q.     Okay, is there anything else about that price

    18   spike that you can remember from your analysis at this

    19   time?  Anything else that you associated it with or

02:00 20   attributed it to?

    21       A.     My analysis at this time?

    22       Q.     At this time.

    23       A.     At this time, there were rumors that a

    24   Coinbase listing might be -- might be happening,

02:00 25   including some screenshots that were posted on message

                                                  162

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:00   1   boards  ...
        2         I believe there was news that a cross-border
        3   payment was sent from Japan to Korea.  There may have --
        4   there may be other things in there.
02:00   5         Q.    Okay, but that's what you can remember right
        6   now?
        7         A.    Yeah.
        8         Q.    Okay, let's look at DS Exhibit 10.
        9              (Pause.)
02:01  10              (Thereupon, a three-page e-mail chain with
       11          top e-mail dated 1/31/18, from Dinuka
       12          Samarasinghe to [          ] et al. and attachment
       13          was introduced as DS Exhibit 10 for
       14          identification.)
02:01  15   BY MR. MOYE:
       16         Q.    All right.  Mr. Samarasinghe,
       17   DS Exhibit 10 --
       18              (Thereupon, an informal discussion was
       19          held off the record.)
02:01  20   BY MR. MOYE:
       21         Q.    DS Exhibit 10 appears to be an e-mail from --
       22   the top e-mail appears to be an e-mail from you to
       23   [          ] at [                         ].com on
       24   January 31st, 2018.  Subject, "XRP."
02:02  25         And the first sentence says "Hi [   ].  I work with
                                                                163
```

| | | |
|---|---|---|
| 02:02 | 1 | Miguel on the XRP markets Team, and glad to hear you are |
| | 2 | interested in an XRP loan." |
| | 3 | Do you see that? |
| | 4 | A.    Yes. |
| 02:02 | 5 | Q.    Okay, do you know who ███████ was? |
| | 6 | A.    He was a trader at ████ |
| | 7 | Q.    What is ████████? |
| | 8 | A.    ████████████ is also a market maker that |
| | 9 | traded in digital assets. |
| 02:02 | 10 | Q.    It may be obvious, but can you explain the |
| | 11 | purpose of you sending this e-mail to ████████? |
| | 12 | A.    Yeah.  As I mentioned, one of the primary |
| | 13 | responsibilities for -- or primary missions of the XRP |
| | 14 | markets team was to increase liquidity for XRP. |
| 02:02 | 15 | We decided to move forward, attempting to partner |
| | 16 | with market neutral -- essentially high frequency |
| | 17 | trading companies to provide two-sided quotes on XRP, |
| | 18 | essentially narrowing spreads to facilitate easier |
| | 19 | trading. |
| 02:03 | 20 | Digital assets are different than, say, foreign |
| | 21 | exchange or equities in that they have to be fully |
| | 22 | funded at the time of trading on spot exchanges, T plus |
| | 23 | zero, like instantaneous settlement. |
| | 24 | The challenge a market maker has in making a |
| 02:03 | 25 | two-sided quote in these digital assets is sourcing |

164

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:03 1  working capital, i.e., holding on to the digital asset
      2  to have an offer out, right?
      3      You can imagine that having a large quantity of a
      4  digital asset that is unhedged has a certain amount of
02:03 5  volatility, you have price risk.  Our notion here was we
      6  tried to partner with a -- again, a high frequency
      7  market neutral market participants to produce tight
      8  spreads by providing them with relatively low cost XRP
      9  loans or leases.
02:04 10     Q.   Are you aware of other loans being made to
     11  market makers in the digital space that don't involve
     12  XRP?
     13     A.   Yes.
     14     Q.   Okay, was this a new program in early 2018 or
02:04 15  is this something that had been going on for some period
     16  of time?
     17     A.   I don't know that it was widespread at this
     18  time.  I certainly don't believe it was widespread in
     19  XRP, which is why we tried to grow out the lending book
02:04 20  for XRP.
     21     Q.   Can you give me some idea of how often Ripple
     22  made loans of this type to market makers?
     23     A.   I would say it's in the orders of five to 10.
     24     Q.   Five to 10 market makers, or five to continue
02:05 25  loans?

                                                              165

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:05 1      A.    Five to 10 market makers.

2      Q.    Okay, and would each market maker get one

3 loan or could they get more than one loan?

4      A.    They could get multiple tranches.

02:05 5      Q.    And do you -- can you tell me anything about

6 the terms of the loan?  Let's look at the top of page 2

7 and see if that helps.

8           (Pause.)

9 BY MR. MOYE:

02:05 10      Q.    So before you answer this, this is a

11 statement by Mr. Vias to ███████, not you, but I

12 believe you were copied on this e-mail.

13      A.    Yep.

14      Q.    And Mr. Vias says "We are indeed lending XRP

02:05 15 for folks to provide liquidity.  Currently those monthly

16 loans in up to ████' -- ███████ -- "USD" -- or U.S.

17 dollars -- "at █ percent annual interest rate."

18      Do you see that?

19      A.    Yes, sir.

02:06 20      Q.    Okay, is that -- is that consistent with your

21 recollection of the type and/or frequency of loans

22 available to market makers?

23      A.    I don't think they were uniform.

24      I think they were -- the terms of the loans were

02:06 25 different for various different market makers.  I

166

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:06   1   recall, for example, ███████ having a very small loan
        2   versus ████ having a much larger loan.
        3        Q.    That's " ████ ?
        4        A.    Yes.
02:06   5        Q.    What were the differences in the amounts, do
        6   you think?
        7        A.    I think ███████ was -- I don't recall
        8   exactly, but, say, $ ██████ versus ████ was in the
        9   ████████
02:06  10        Q.    ███████████ ?
       11        A.    Yes.
       12        Q.    Okay, so when Mr. Vias says "We're indeed
       13   lending XRP for folks to provide liquidity," he may or
       14   may not have been describing a standard loan package?
02:07  15        A.    I don't believe the ████████ at █ percent
       16   annual interest rate was uniform.
       17        Q.    Okay, the purpose of these loans was to
       18   provide market liquidity, correct?
       19        A.    The purpose of these loans was to increase
02:07  20   liquidity.
       21        Q.    Thank you for that clarification.
       22        And were they -- was the loan in -- just to
       23   clarify, was the loan actually in U.S. dollars or was
       24   the loan in U.S. dollar equivalent of XRP?
02:07  25        A.    The loan was in units of XRP, though this was
```

167

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:07   1   the U.S. dollar notional amount of XRP.

        2        Q.   So it would be -- in this case, if they

        3   borrowed ▮▮▮▮▮▮ it would have been ▮▮▮▮▮▮

        4   worth of XRP units?

02:07   5        A.   That is correct.

        6        Q.   And then how quickly would they have to pay

        7   it back?

        8             (Pause.)

        9             THE WITNESS:  I don't recall there being

02:08  10             a set term for many of these loans.  You know,

       11             some market participants returned portions of

       12             the loans they were not using at any given

       13             time.  Some held on to them, so we did not

       14             call back the loans frequently.

02:08  15   BY MR. MOYE:

       16        Q.   Okay, how did these loans help Ripple as a

       17   company?

       18        A.   Again, we started the loan program to

       19   increase liquidity for XRP.  We would look at these --

02:08  20   we would have communications with the market makers who

       21   had outstanding loans to determine essentially how often

       22   they were turning over the loan size on a given day,

       23   essentially how often they were trading the size of the

       24   loan.

02:09  25        Q.   Uh-huh.

                                                                    168

02:09 1    A.    And the higher the multiple, the more, our

2    understanding was, that they were actively trading XRP.

3        Q.    And do you believe these loans to provide

4    liquidity in the market also helped holders of XRP?

02:09 5                MR. HECKER:  Objection to form,

6            foundation.

7    BY MR. MOYE:

8        Q.    You can answer.

9        A.    By providing tighter bid ask spreads in

02:09 10   general, I believe that it made it easier for market

11   participants to enter or exit an XRP position.

12       Q.    Thank you.

13       And to follow up on some of our earlier comments, a

14   tighter spread and easier entry point might have aided

02:09 15   speculative traders; is that correct?

16                MR. HECKER:  Objection to form.

17                MS. ZORNBERG:  Objection.

18   BY MR. MOYE:

19       Q.    You can answer.

02:09 20       A.    It would have reduced costs for them to enter

21   and exit a similar size XRP position relative to a time

22   there weren't market participants -- or market makers

23   with loans.

24       Q.    Okay, anything else that you can recall about

02:10 25   this lending program that we haven't already discussed?

169

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
02:10    1            A.    Nothing, off the top of my head.
         2            Q.    Okay, you can put that aside.  Let's look at
         3    DS Exhibit 11.
         4                  (An informal discussion was held off the
02:10    5            record.)
         6                  (Thereupon, a three-page e-mail chain with
         7            top e-mail dated 3/22/18, from Dinuka
         8            Samarasinghe to ▮▮▮▮▮▮▮▮▮ et al. was
         9            introduced as DS Exhibit 11 for identification.)
02:10   10    BY MR. MOYE:
        11            Q.    Okay, so for your reference on DS Exhibit 11,
        12    I would like you to review the top e-mail from you, and
        13    then the e-mail that begins at the bottom of page 1 and
        14    goes over to the top of page 2.
02:11   15            Of course, you're free to look at other parts of
        16    the e-mail as well.
        17            A.    Okay.
        18            Q.    Okay, so DS Exhibit 11, Mr. Samarasinghe, is
        19    a set of e-mails, with the top e-mail being one that you
02:11   20    sent to ▮▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮▮▮ on
        21    March 22nd, 2018.  Subject "Program expansion."
        22            Do you see that?
        23            A.    Yes, sir.
        24            Q.    Okay, I would like to direct your attention
02:12   25    to the bottom of the first page and the top of the
```

170

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:12  1   second, which appears to be an e-mail that you sent to
       2   ████████████     earlier that same day at 1:31 p.m.
       3        Let me know when you're there.
       4        A.    Ready.
02:12  5        Q.    Okay, can you tell me in your own words -- or
       6   can you summarize what the purpose of that communication
       7   was?  What are you telling ████████████
       8        A.    XRP programmatic sales -- well, let's take a
       9   step back.
02:12 10        There are a large number of digital asset exchanges
      11   globally.  Market makers that we were connected to -- so
      12   there's a large number of digital asset exchanges in the
      13   world.  That number increases.  Volumes that occur on
      14   these digital asset exchanges can shift from a set of
02:13 15   exchanges to a different set of exchanges based on any
      16   number of criteria.
      17        To minimize market impact on a small set of
      18   exchanges where Ripple programmatic sales occurred, we
      19   wanted to have as wide a breadth as possible of
02:13 20   exchanges for our programmatic liquidators to sell off.
      21        Beyond that, we wanted to have redundancy.  So in
      22   case one market maker fell out of our program or was
      23   unable to trade for some given period of time, we would
      24   still have a market maker available on a given exchange.
02:13 25        Q.    Do you use the term "redundancy" just to mean

                                                                    171

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
02:13   1   additional capacity, or does it have some other meaning
        2   as well?
        3        A.    Redundancy, meaning if one stopped being able
        4   to execute on that exchange, there would be essentially
02:14   5   another one capable of executing.
        6        Q.    Okay, so when your e-mail is entitled
        7   "Program expansion," is that the expansion program you
        8   were describing you want more market makers involved --
        9   or more exchanges involved?
02:14  10        A.    In this case, this is            approaching
       11   us to see if we could use them to programmatically
       12   liquidate on a large number of exchanges.
       13        Q.    So when you say "our goal is to have
       14   redundant XRP sales presence basically on every major
02:14  15   exchange that sells XRP," what's the benefit to holders
       16   of XRP, if any, to having additional exchanges
       17   available?
       18             MS. ZORNBERG:  Objection to form.  You
       19         can answer.
02:15  20             THE WITNESS:  Could you rephrase your
       21         question, please?
       22   BY MR. MOYE:
       23        Q.    Yes.
       24        Does having XRP available for purchase and sale on
02:15  25   additional exchanges benefit holders of XRP?
                                                              172
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:15   1              MS. ZORNBERG:  Objection to form.
        2              THE WITNESS:  A new exchange that lists
        3          XRP may benefit XRP speculators in that it
        4          could possibly provide a new avenue for
02:15   5          demands for XRP or liquidity for XRP.
        6   BY MR. MOYE:
        7       Q.   Okay, so directing your attention to the top
        8   e-mail, it appears that              told you the
        9   number of exchanges that            currently dealt with
02:15  10   and they were adding some; is that right?
       11       A.   Yes.
       12       Q.   And then what's your comment to him?
       13       A.   That of the exchanges they were in the
       14   process of adding, we would prioritize getting them --
02:16  15   running their programmatic liquidators on Huobi, OKEx
       16   and CEX.IO.
       17       Q.   Can you help me understand why you wanted
       18   them to prioritize certain exchanges?
       19       A.   It could -- I don't remember exactly at this
02:16  20   time.  However, the reasons could have been these were
       21   new exchanges that we did not have redundancy on; i.e.,
       22   our other programmatic liquidators did not have sales
       23   presence on, or perhaps we were seeing high volumes on
       24   these exchanges -- well, this -- this goes back to
02:16  25   redundancy.  We wanted to have a sales presence on
```

173

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| 02:16 | 1 | exchanges that were reporting high volume. |
| | 2 |     Q.    And for purposes of this program expansion, |
| | 3 | were you only talking about programmatic sales or were |
| | 4 | you talking about other sales of XRP, including OTC |
| 02:17 | 5 | sales? |
| | 6 |     A.    This is entirely programmatic sales. |
| | 7 |     Q.    Okay, let's go to DS Exhibit 12. |
| | 8 |         (Pause.) |
| | 9 |         (Thereupon, a thirteen-page e-mail chain |
| 02:17 | 10 |         dated 4/12/18, from ███████████ to Dinuka |
| | 11 |         Samarasinghe, Bates Nos.  RPLI_SEC 0198978 |
| | 12 |         through RPLI_SEC 0198990 was introduced as DS |
| | 13 |         Exhibit 12 for identification.) |
| | 14 | BY MR. MOYE: |
| 02:17 | 15 |     Q.    Okay, please take a moment and review the |
| | 16 | first page of DS Exhibit 12.  I apologize for the |
| | 17 | quality of the copy.  It's small and it's not perfect. |
| | 18 | If it's helpful, you can also look up on the big screen. |
| | 19 |     For the purpose of the record, DS Exhibit 12 is a |
| 02:18 | 20 | copy of an e-mail from ███████████ sent on April 12, |
| | 21 | 2018 to yourself at Ripple, and the subject is "Q1 2018 |
| | 22 | Quarterly markets Report."  It's a multi-page document, |
| | 23 | there's a number of comments and entries for other |
| | 24 | individuals -- |
| 02:18 | 25 |     A.    Uh-huh. |

174

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:18  1      Q.    -- but the ones I want to ask you about are

     2  your comments on the first page.

     3      A.    Okay.

     4      Q.    Mr. Samarasinghe, who is &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;?

02:18  5      A.    &#9608;&#9608;&#9608;&#9608;&#9608;&#9608; was an employee at Ripple. He

     6  helped with communications. I don't recall -- I don't

     7  recall his exact title.

     8      Q.    Okay, what is or was a quarterly markets

     9  report?

02:19 10      A.    Ripple began publishing, before the start of

   11  my employment at Ripple, quarterly market reports on the

   12  quarterly XRP markets which the initial aim was to give

   13  transparency about how Ripple thought about XRP and a

   14  the XRP market, and perhaps even more broadly, the

02:19 15  digital asset markets.

   16      Q.    Was it just Ripple thoughts or would it also

   17  include data, like transactions an volume and price and

   18  things like that?

   19      A.    It typically included the amount of XRP that

02:19 20  was sold by Ripple, progress on -- you know, it would

   21  include correlation numbers, volatility numbers, things

   22  that -- you know, quantitative measures we may have

   23  thought were interesting -- that we may have thought

   24  were interesting.

02:19 25      Q.    Okay, and did you review these reports while

                                         175

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
02:20    1    you were still at ███████ and dealing with Ripple?

         2        A.    I don't recall.

         3        Q.    Okay, so focusing just on your time at

         4    Ripple, what was your role in reviewing or preparing or

02:20    5    assisting with the quarterly markets reports?

         6        A.    Relatively early in my career at Ripple, I

         7    began drafting the quarterly markets reports, writing

         8    the first -- maybe first couple of drafts before it went

         9    to -- through any number of additional commenters and

02:20   10    contributors.

        11        Q.    How long did that continue?

        12        A.    Over time, my contribution to the markets

        13    report diminished.  I stopped writing the initial

        14    drafts.

02:20   15        Toward the end, I was perhaps just making comments

        16    and suggestions, and maybe just providing a minimal

        17    amount of data analysis.

        18        Q.    In March and April of 2018, what would your

        19    role have been in creating or reviewing the quarterly

02:21   20    markets report?

        21        A.    Most likely writing the first -- first couple

        22    of drafts --

        23        Q.    Okay.

        24        A.    -- of at least a few sections.

02:21   25        Q.    And did you review and provide comments on
```

                                                              176

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:21   1    the other sections or were you mostly focused on the
        2    other sections?
        3         A.    I did read the entire report and comment
        4    broadly.
02:21   5         Q.    As of April 2018, who would be reviewing and
        6    either approving or editing your draft?
        7         A.    It went through many levels of review.
        8    Initially, probably -- most likely Miguel Vias, and
        9    typically the Comms team before going to morph
02:21  10    leadership, general counsel, and then final pass by the
       11    CEO.
       12         Q.    Okay, with that backgrounds, let's look at
       13    what's been -- what appears on this appears to be a
       14    comment by Dinuka Samarasinghe, and I'm going to look at
02:22  15    the first comment.  And, again, you can look at it -- if
       16    your eyes are good, you can look at it on the paper or
       17    up on the screen.
       18         What is it you're saying?  Can you summarize what
       19    you're saying in the first comment --
02:22  20         A.    Yes.
       21         Q.    -- on this document?
       22         A.    Coinbase rumors.  So this -- I think you can
       23    see this comment chain happened roughly in April of
       24    2018.
02:22  25         Q.    Yes.
```

177

```
02:22   1        A.     This is a look back on the Q1 markets report.
        2   Included in the Q1 markets report was -- you know, was
        3   the run up towards the ends of 2017, including early
        4   2018, up to the three-plus dollars of XRP price on
02:22   5   January 6th.
        6        I think I mentioned before included in this runup
        7   were -- you know, market speculation and screenshots on
        8   digital asset trading and news logs and -- that Coinbase
        9   would list XRP.
02:23  10        I believe I had initially included Coinbase in
       11   the -- one of the early drafts of the markets report as
       12   what appeared to be going on in the market at the time,
       13   according to people commenting in -- you know, in
       14   Message boards or -- or like digital asset news
02:23  15   websites.
       16        Q.     Did you include that as a factor, in your
       17   view, in the total price increase?
       18        A.     I didn't include it as a factor.  I included
       19   it as a rumor that was going on during --
02:23  20        Q.     Okay.
       21        A.     -- the price rise.
       22        Q.     Okay, let's just focus on the first comment
       23   here, and you can help me understand.  You say "While
       24   this isn't a great for a number of reasons (brings up
02:24  25   the pay-to-play discussion, brings up concerns that XRP
```

178

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:24  1   is a security), it was certainly a big factor in what

       2   people attributed the price rise."

       3        So you say that sentence refers to Coinbase?

       4        A.   Yes.

02:24  5        Q.   Okay, so --

       6        A.   The Coinbase rumors.

       7        Q.   The Coinbase rumors?  Thanks.

       8        What did you mean by the "pay-to-play discussions"?

       9        A.   So ultimately, in April of 2018, Coinbase did

02:24 10   not -- despite the rumors in the screenshots and

      11   discussions, did not actually list XRP at this point.

      12        So at this point, XRP had come off from a very high

      13   price.  And just like there were rumors on the way up,

      14   there was speculation on the way down what happened,

02:25 15   right?

      16        Q.   Where was that speculation manifested?

      17        A.   Again, you know, message boards, you know,

      18   digital asset news websites.  And given there were

      19   rumors on the way up that Coinbase would list it and

02:25 20   Coinbase did not list, there was speculation as to why

      21   Coinbase did not list XRP.

      22        Q.   And did that speculation involve pay-to-play?

      23        A.   According to some messages.

      24        Q.   What did you mean when you use the phrase

02:25 25   here "by brings up pay-to-play discussions"?

                                                              179

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

02:25   1       A.      If I recall correctly, it is, you know,

        2   message boards indicating maybe Ripple did not pay or

        3   did not pay enough or did not offer to pay enough, or in

        4   the case of concerns that XRP is a security, would be

02:25   5   concerns that maybe Coinbase believed or had an opinion

        6   that XRP was a security.

        7       Q.      Okay, and when you say "It was certainly a

        8   big factor to what people attributed the price rise,"

        9   what part of what you said before is attributable to

02:26  10   that comment?

       11               MS. ZORNBERG:  Objection to form.

       12               MR. MOYE:  I will try this again.

       13               THE WITNESS:  Yeah.

       14   BY MR. MOYE:

02:26  15       Q.      What did you mean when you say "It was

       16   certainly a big factor in what people attributed the

       17   price rise"?

       18       A.      The price rise -- Coinbase rumors -- a

       19   listing on Coinbase -- the -- sorry.  I'm not being

02:26  20   clear.

       21       The rumors that XRP would be listed on Coinbase

       22   were a factor that market speculators attributed the

       23   price rise of XRP.

       24       Q.      Okay, was this the first time you had heard

02:26  25   rumors among people that followed XRP about pay-to-play

                                                            180

```
02:26    1   discussions?

         2                  MS. ZORNBERG:  Object to form.

         3                  THE WITNESS:  I don't recall it happening

         4          before.

02:27    5   BY MR. MOYE:

         6       Q.    Was this the first time you had heard rumors

         7   among people that followed XRP that XRP might be viewed

         8   as a security?

         9       A.    Yes.  I don't think it -- I don't think it

02:27   10   had even entered my consciousness up until that point.

        11       Q.    Okay, let's look at the second comment down.

        12       A.    Uh-huh.

        13       Q.    Why don't you summarize, first, what you're

        14   trying to communicate in this comment, and then I will

02:27   15   ask you about different parts of it.

        16              (Pause.)

        17                  THE WITNESS:  Do you have the tweet?

        18   BY MR. MOYE:

        19       Q.    Unfortunately, all I have is this.

02:27   20       Can you -- can you tell me in general what your

        21   comment is about?

        22       A.    I do not recall what the tweet is here.  It

        23   appears to be some sort of tweet where I notice that --

        24   you know, XRP -- after -- or -- or right around the time

02:28   25   or at least it coincided with the time where XRP price
```

181

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
02:28   1   had been at its all-time high.

         2         Q.    Okay, was this a tweet by you, do you think?

         3         A.    No.

         4         Q.    Okay, was this a tweet by someone else in

02:28    5   Ripple?

         6               MS. ZORNBERG:  Objection.

         7               THE WITNESS:  I don't know.

         8   BY MR. MOYE:

         9         Q.    Okay, let's see if this second sentence helps

02:29  10   us figure it out at all.  You said just prior to this

        11   tweet XRP had been at its all-time high, and this tweet

        12   represented, without any exaggeration, the very

        13   beginning of XRP's retracement in value.

        14         Do you recall there being a tweet that was sort of

02:29  15   at a high point and -- and was at the beginning of -- of

        16   a decline in value?

        17         A.    I don't recall.

        18         Q.    Okay.  Who is Coinmarketcap?

        19         A.    Coinmarketcap is a website.

02:29  20         Q.    And what are you referring to here?

        21         A.    So Coinmarketcap has --

        22         It's a website that gives market data snap --

        23   essentially real-time market data of a large number of

        24   digital assets.

02:30  25         Q.    Okay.  Did you --
```

                                                                    182

```
02:30   1        At this time, did you have any view or opinion
        2   about the cause of the decline in value of XRP or
        3   decline in price of XRP?
        4                MS. ZORNBERG:  Objection to form.
02:30   5                MR. HECKER:  Objection.
        6                MR. MOYE:  Only one of you has to do it.
        7                THE WITNESS:  I mean, how do you -- can
        8            you -- I'm not sure if I understand the
        9            question.
02:30  10   BY MR. MOYE:
       11        Q.    Yeah.  When you were preparing the XRP
       12   markets report --
       13        A.    Yes.
       14        Q.    -- at this point in time, and you noted there
02:30  15   was a decline in value and it appeared that you even
       16   wanted to comment in some way or fashion about the
       17   Coinbase listing, did you have an opinion at the time
       18   about why XRP was declining in price?
       19        A.    No.
02:30  20        Q.    Since then, have you had any views or
       21   opinions about reasons why XRP might have been declining
       22   in price at this time?
       23        A.    I find it hard to remember what I was
       24   thinking in April of 2018.
02:31  25        Q.    So I know it's hard, but that's a "no," a
```

183

| | | |
|---|---|---|
| 02:31 | 1 | "hard no," you can't remember? |
| | 2 | A.    I don't remember what I was thinking in 2018. |
| | 3 | Q.    All right.  Let's put aside DS Exhibit 12. |
| | 4 | (Pause.) |
| 02:31 | 5 | (Thereupon, a two-page e-mail chain with |
| | 6 | the top e-mail dated 9/18/18, from ████████ |
| | 7 | ████ to Brad Garlinghouse et al. was introduced |
| | 8 | as DS Exhibit 13 for identification.) |
| | 9 | BY MR. MOYE: |
| 02:31 | 10 | Q.    So we're looking at DS Exhibit 13.  So the -- |
| | 11 | for purposes of identification, the top part of |
| | 12 | DS Exhibit 13 is an e-mail from ████████████ at |
| | 13 | Ripple, sent Tuesday, September 18th, 2018, to |
| | 14 | Brad Garlinghouse, Dinuka Samarasinghe, Miguel Vias, and |
| 02:32 | 15 | ████████████   And subject is "Fwd:  XRP markets |
| | 16 | Update." |
| | 17 | Do you see that? |
| | 18 | A.    Yes. |
| | 19 | Q.    So I'm interested in asking you about the |
| 02:32 | 20 | e-mail which you sent, which is just below it, so why |
| | 21 | don't you take a minute and look it over? |
| | 22 | (Pause.) |
| | 23 | THE WITNESS:  Okay. |
| | 24 | BY MR. MOYE: |
| 02:33 | 25 | Q.    Okay, who is ████████████? |

184

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

02:33  1      A.    █████████████   was essentially head of

2  business development and corporate development at Ripple

3  for a period of time.

4      The markets team also reported to █████████

02:33  5  for a period of time.

6      Q.    So obviously, there's no report attached, but

7  from the context of this e-mail, can you tell whether

8  she's asking about a draft XRP markets report update

9  that's being prepared, or whether she's asking about one

02:33 10  that's been issued?

11      A.    It appears she forwarded my markets update

12  along to ██████████ and Brad Garlinghouse.

13      I think I mentioned earlier today that I provided,

14  for a period of time, daily market snapshots, quarterly

02:34 15  reports, the weekly sales presentations.

16      But on days where there were unusual market -- you

17  know, unusual XRP performances or general market

18  performances, I would write an ad hoc markets update.

19      This appears to be an ad hoc markets update, having

02:34 20  been written on a Tuesday at just afternoon, with the

21  24-hour return for XRP being 16 percent.

22      Q.    Okay, from her question to you, do you think

23  she is agreeing with you that xRapid news and new

24  technicals may have contributed to the price rise, or is

02:34 25  she saying this might be an additional reason?

185

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:35   1              MR. HECKER:  Objection to form.
        2              MS. ZORNBERG:  Objection to form,
        3          foundation.
        4              THE WITNESS:  The -- the way I would read
02:35   5          this is, she's summarizing, giving a too long,
        6          TLDR, to Brad and ▮▮▮▮, as to what I am saying
        7          below.
        8   BY MR. MOYE:
        9      Q.    Okay, maybe I'm mis- --did you say "too long,
02:35  10   TLDR"?
       11      A.    TLDR, too long, didn't read.
       12              (Thereupon, an informal discussion was
       13          held off the record.)
       14   BY MR. MOYE:
02:35  15      Q.    Got it.  All right.  That's fine.
       16      All right.  Let's do the longer version.  Let's
       17   look at what you wrote.  Okay?
       18      A.    Okay.
       19      Q.    In the first paragraph of text below the
02:35  20   prices in the return, what are you bringing -- what are
       21   you saying in the first paragraph?
       22      A.    What I'm pointing out here is XRP's return
       23   over 24 hours is -- is an outlier compared to the
       24   overall digital asset market cap and the rest of the top
02:36  25   10 digital assets on the -- on the 24 hours.
```

186

02:36 1      Q.    Okay, the second paragraph where it looks

2    like you have a comment and attach a link, is that -- is

3    that what I'm looking at?

4      A.    Yes.

02:36 5      Q.    Okay, so what's your comment in the second

6    paragraph?

7      A.    Basically, it is unclear what is driving the

8    surge in XRP price.

9      Q.    But you do point out the price jump is

02:36 10   welcome, right?

11     A.    Yes.

12     Q.    Welcome to who, in your mind?

13     A.    I think in general over a long period of

14   time, a higher price in XRP does benefit Ripple.

02:36 15     Q.    Okay, did it also benefit XRP holders?

16           MS. ZORNBERG:  Object to form.

17           THE WITNESS:  If they were able to lock

18       in an increase in price.

19   BY MR. MOYE:

02:37 20     Q.    Okay, and did you think -- or as -- when you

21   were a Ripple employee, was that something that you

22   think was in your mind from time to time, that this

23   price movement is good, not only for Ripple, but for XRP

24   holders, or this is price movement was bad, not only for

02:37 25   Ripple, but for XRP holders?

187

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:37  1              MS. ZORNBERG:  Objection to form.

        2              MR. HECKER:  Objection.

        3    BY MR. MOYE:

        4         Q.   You can answer.

02:37  5         A.   In my mind, over the long term, an increase

        6    in price would benefit both XRP holders and Ripple.

        7         Q.   Okay, and would that same -- would the

        8    reverse be true about a long-term decline in the value

        9    of XRP or the price of XRP?

02:37 10         A.   That's true.

       11              MS. ZORNBERG:  Object to form.

       12    BY MR. MOYE:

       13         Q.   Bad for Ripple and bad for holders?

       14         A.   In my opinion.

02:37 15         Q.   Okay, let's go to the third paragraph, which

       16    it looks like it's attaching a link as well.  We're

       17    still on the first page.

       18         A.   Oh, sorry.

       19         Q.   Third paragraph starts out "Neither are OTC

02:37 20    buyers."

       21         A.   Uh-huh.

       22         Q.   What are you communicating there?

       23         A.   Part of the -- the markets team at Ripple did

       24    not actively trade XRP, all right?  We did not enter buy

02:38 25    orders or sell orders, so our pulse of the market was

                                                              188

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:38   1   typically secondhand.

       2        We would communicate to other market participants

       3   that were, I guess, more in the front lines, as you

       4   would, to get our market intelligence to -- you know,

02:38   5   whether it was rumors they were hearing, flows they were

       6   seeing, any unusual activity they were seeing on the

       7   exchanges.

       8        Q.     Are you summarizing what the markets team was

       9   thinking or was this your own analysis that you --

02:38 10        A.     In this -- September 18th, 2018, I was -- the

     11   markets team largely consisted of Miguel and me, so ...

     12        Q.     All right. You weren't forwarding someone

     13   else's views, right?

     14        A.     No.

02:39 15        Q.     Either you believed this yourself or you both

     16   believed it; is that correct?

     17        A.     Correct.

     18        Q.     Okay, so for this third short paragraph of

     19   text, you say "OTC buyers and programmatic sellers are

02:39 20   not seeing anything out of the ordinary," right?

     21        A.     Correct.

     22        Q.     And then you also say "The market may be

     23   reacting to a CNBC report claiming Ripple hinted its

     24   cryptocurrency product to go live next month or so."

02:39 25        Do you see that?

                                                    189

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

02:39   1      A.     Yes.

        2      Q.     Okay, is it fair to say that at the time you

        3  prepared and sent this report, that you believed that

        4  was one possible explanation for the daily increase in

02:39   5  price?

        6            MS. ZORNBERG: I'm going to object to

        7       form.

        8  BY MR. MOYE:

        9      Q.     You can answer.

02:39 10      A.     Yes.

     11      Q.     You wouldn't have said anything in this

     12  report that you didn't believe, would you?

     13      A.     That's correct.

     14      Q.     All right. So the next paragraph is a very

02:39 15  short phrase with a long link to it but it starts out "A

     16  misleading headline."

     17      Do you see that?

     18      A.     Uh-huh.

     19      Q.     Can you read that?

02:40 20      A.     "A misleading headline saying that XRP is Not

     21  a security."

     22      Q.     Okay, am I correct that you thought this is

     23  another possible reason for the significant increase in

     24  price during this day?

02:40 25      A.     A possible reason.

                                              190

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:40   1          Q.     Not necessarily the reason, it was one of
        2   self, but you thought it was a possible reason?
        3                  MR. HECKER:  Objection to form.
        4                  MS. ZORNBERG:  Objection.
02:40   5                  (Thereupon, an informal discussion was
        6          held off the record.)
        7                  MR. MOYE:  Let me rephrase that.
        8   BY MR. MOYE:
        9          Q.     At the time you sent this intra-day report,
02:40  10   did you believe that a misleading headline saying XRP is
       11   not a security is one possible factor in the significant
       12   rise in price?
       13          A.     I believe so.
       14          Q.     Okay, can you tell from the link or do you
02:40  15   remember where the headline appeared that said XRP is
       16   not a security?
       17          A.     It appears to be cryptoglobe.com.
       18          Q.     Okay, and what is cryptoglobe.com?
       19          A.     Probably a less well regarded digital asset
02:41  20   news website.
       21          Q.     Okay, now, I know this may tax your memory
       22   and you should just tell me if you disagree, but after
       23   the www.cryptoglobe, there's some numbers, but --
       24   there's some text that says "XRP-is-not a security
02:41  25   global-crypto regulatory.  Narrative is changing.
```

191

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:41   1    Ripple executive says."
        2          Do you see that?
        3          A.    Yes.
        4          Q.    Do you understand that to be either the title
02:41   5    of the cryptoglobe piece or something that was included
        6    perhaps in the cryptoglobe piece?
        7          A.    I do not recall.
        8          Q.    Okay, do you have any reason to think that
        9    the cryptoglobe piece, whose title you said was
02:42  10    misleading, could have been based on a statement by a
       11    Ripple executive?
       12          A.    I -- I can't say.
       13          Q.    But you can't say it didn't happen, right?
       14                MR. HECKER:  Objection to form.  Just to
02:42  15          clarify, his testimony is he didn't know, so.
       16                MR. MOYE:  Well, he's got to say it.
       17                THE WITNESS:  I can't say that it
       18          doesn't -- didn't.
       19                MR. MOYE:  All right.  Fair enough.
02:42  20    BY MR. MOYE:
       21          Q.    And then let's look at the bottom of that
       22    first page, and that will be it for this document.
       23          But at the bottom of the first page, could you read
       24    the text that you put in before the link?
02:42  25          A.    "The article does go on to say that Ripple is
```

                                                              192

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:42  1    engaging the SEC or" -- sorry, parentheses, though "The

2    article does go on to say that Ripple is engaging the

3    SEC, or a few days old piece of news that NCB of

4    Saudi Arabia is joining RippleNet."

02:43  5       Q.    Okay, and would I be correct that this is

6    another piece of news or chatter out there that you

7    think is one possible explanation for the rise in price?

8       A.    It's possible.

9       Q.    Would you have included it if you thought

02:43 10   there was no possibility it was linked to the price

11   rise?

12            MR. HECKER:   Objection to form.

13            MS. ZORNBERG:   Objection.

14            THE WITNESS:   I would not have included

02:43 15          it if I did not believe it was possible it

16          contributed to the price rise.

17   BY MR. MOYE:

18       Q.    Okay, anything else that you can remember

19   about this price rise or the reasons you attributed to

02:43 20   it, before we move on?

21            MR. HECKER:   Objection to the form of

22          that question.

23   BY MR. MOYE:

24       Q.    Is there anything else you want to add to

02:43 25   your prior testimony about this exhibit?

193

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:43  1        A.   No, sir.

       2        Q.   Okay.  Let's move on to DS Exhibit 14.

       3             (Thereupon, an informal discussion was

       4        held off the record.)

02:44  5             (Thereupon, a one-page e-mail chain with

       6        the top e-mail dated 7/17/19, from

       7        to                          .com et al. was

       8        introduced as DS Exhibit 14 for identification.)

       9             THE VIDEOGRAPHER:  This will conclude

02:44 10        Video No. 3 in the deposition of

      11        Dinuka Samarasinghe.

      12             We are off the record at 2:44 p.m.,

      13        June 9th, 2021.

      14             (Recess taken at 2:44 p.m.)

02:44 15             (Resumed at 2:56 p.m.)

      16             THE VIDEOGRAPHER:  This is the beginning

      17        of Video No. 4 in the deposition of

      18        Dinuka Samarasinghe.  We are on the record at

      19        2:56 p.m., June 9th, 2021.

02:56 20   BY MR. MOYE:

      21        Q.   Mr. Samarasinghe, do you have a copy of

      22   DS Exhibit 14?

      23        A.   Yes, sir.

      24        Q.   DS Exhibit 14 is a copy of an e-mail from

02:56 25                                          at Ripple, to

                                                            194

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

02:56 1                 at               on July 17th,

2 2019. Subject is "April XRP Sales."

3      Do you see that?

4      A. I do.

02:57 5      Q. Do you recall the circumstance -- I'm sorry.

6      Do you recall a time when         asked to be

7 compensated or reimbursed for XRP that it was holding in

8 its own inventory?

9      A. I do.

02:57 10      Q. Can you tell me what the issue or

11 disagreement was and what the result was?

12      A. My recollection was that Ripple instructed,

13 or sent instructions, to the programmatic liquidators to

14 stop programmatic XRP liquidation.

02:57 15          did not turn off their liquidators in

16 time, or in a timely fashion, and wound up selling their

17 own inventory of XRP as opposed to inventory that was

18 dispersed by XRP II to the programmatic liquidators and

19 wound up selling their own inventory.

02:58 20          asked to be reimbursed for the XRP that

21 they sold following the instructions and Ripple

22 declined.

23      Q. So I would like to try to unpack that a

24 little bit.

02:58 25      So you mentioned        holding XRP in its own

195

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:58   1   inventory.  What do you mean by that?
        2       A.   ███████████  had holdings of XRP that they sold
        3   that were not part of the XRP that was delivered to be
        4   sold via programmatic liquidation.
02:59   5       Q.   Do you mean that ████████████ held an
        6   investment in XRP or that it purchased XRP for its own
        7   purposes?
        8               MS. ZORNBERG:  Objection.
        9               MR. HECKER:  Objection to form,
02:59  10           foundation.
       11   BY MR. MOYE:
       12       Q.   You can answer.
       13       A.   I do not know.
       14       Q.   Okay, well, what do you understand is meant
02:59  15   by for its own inventory?  Inventory for what purpose?
       16               MR. HECKER:  Objection to form,
       17           foundation.
       18               THE WITNESS:  I do not -- I do not know
       19           for what purposes they held XRP.
02:59  20   BY MR. MOYE:
       21       Q.   When you were at ███████████, did ██████████
       22   hold an inventory of XRP, as that phrase is used in this
       23   e-mail?
       24               MR. HECKER:  Objection to form,
02:59  25           foundation.
                                                              196
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
02:59   1              THE WITNESS:  When I was at
        2                        did have -- did hold XRP as
        3         inventory to make two-sided markets on -- on
        4         different corridors, as well as to liquidate
02:59   5         to pay for services, payroll, infrastructure.
        6  BY MR. MOYE:
        7     Q.  Okay, can you tell me, if you know, why
        8              wanted Ripple to pay for sales from its own
        9  inventory, why              believed that was appropriate
03:00  10  under the contract or agreement with Ripple?
       11              MR. HECKER:  Objection to form.
       12              MS. ZORNBERG:  Objection to form.
       13              THE WITNESS:  I don't know.
       14  BY MR. MOYE:
03:00  15     Q.  Okay, can you tell me why Ripple thought that
       16  was not appropriate or not part of the trading
       17  agreement?
       18              MS. ZORNBERG:  Object to form.
       19              (Pause.)
03:00  20              MS. ZORNBERG:  You're asking him beyond
       21         the words on the page?
       22              (Cross-talk.)
       23              MR. MOYE:  I'm asking -- I'm asking if he
       24         knows.
03:00  25              THE WITNESS:  I don't recall.  I vaguely
```

197

```
03:00   1              recall there being some compliance reason for
        2              it.
        3   BY MR. MOYE:
        4         Q.    Okay, did --
03:00   5         After this disagreement or request which was
        6   denied, did ███████████ continue to process trades of
        7   XRP?
        8         A.    We ended our relationship with them to
        9   service programmatic liquidations shortly thereafter.
03:01  10         Q.    Was this one of the reasons the relationship
       11   ended, this event?
       12         A.    This was an -- one of several reasons.  They
       13   also had dramatically worse performance, conversion --
       14         Q.    Did you say "grammatically" or
03:01  15   "dramatically"?
       16         A.    -- dramatically worse performance than our
       17   other two programmatic liquidators.
       18         Q.    Okay, and which performance?  You meant that
       19   they were able to sell less than the others?
03:01  20         A.    Their conversion rate of XRP to U.S. dollar
       21   was worse than the abilities of our other market makers.
       22         Q.    Okay, and do you recall when this
       23   relationship ended, more or less?
       24         A.    Shortly around this time.
03:01  25         Q.    All right.  Let's take a look at
```

                                                                    198

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
03:01   1   DS Exhibit 15.
        2              (Thereupon, a two-page e-mail dated
        3          9/3/19, from          ██████████  to
        4          ██████████          @ripple.com, Bates Nos. RPLI_SEC
03:01   5          0295504 through RPLI_SEC 0295505 was introduced
        6          as DS Exhibit 15 for identification.)
        7   BY MR. MOYE:
        8      Q.    Mr. Samarasinghe, before asking you about
        9   this document, DS Exhibit 15, I want to point out a
03:02  10   couple things to you.
       11      First is that there are some parts of this document
       12   that are whited out with the word "Redacted."  It's my
       13   understanding there has been a claim of privilege
       14   asserted over that.
03:02  15      So if, for whatever reason, you think my question
       16   calls for you to disclose what might have been discussed
       17   or might have been obscured by that, please don't do
       18   that.  Please don't reveal any privileged information.
       19      In most of the comments in this e-mail are made not
03:02  20   by you, but by someone else, so I wanted to mention that
       21   up front.
       22      Okay.  Please take a moment and review what's been
       23   marked as DS Exhibit 15.  For the record, it's a message
       24   from ██████████████  to Dinuka Samarasinghe at Ripple.com,
03:03  25   and the subject is "Responsible Stewa, ██████████  - can
```

199

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
03:03   1   we also focus on ████ "  Let me know when you've had a
        2   chance to review it.
        3       A.   Okay.
        4       Q.   Okay.  Do you know who ██████████is?
03:04   5       A.   Yes.
        6       Q.   Who is ██████████
        7       A.   ██████████was another member of the
        8   markets team.  He was a senior manager.  I worked side
        9   by side with him for a period of time.
03:04  10       Q.   Okay.  Looks like these -- a number of these
       11   are responses by him.
       12       Did you create a report or did someone in your unit
       13   create a report called "Responsible Stewards of XRP"?
       14       A.   I believe so.
03:04  15       Q.   Who created that?
       16       A.   I believe it was a joint effort between
       17   ██████████, Ms. Madigan, and myself.
       18       Q.   Okay, and can you summarize -- before we
       19   start talking about these comments, can you summarize
03:04  20   what the purpose of this document was and what takeaway
       21   you had from it?
       22       A.   To summarize, responsible stewards of XRP
       23   was -- the markets team was trying to be a little bit
       24   more aggressive in terms of future XRP deals to ensure
03:05  25   that they fit within a framework that we thought -- felt
```

200

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:05   1   would be constructive to -- to the markets of -- to the
        2   XRP markets.
        3        Q.   Okay, and at this time, who was the markets
        4   team and who led it?
03:05   5        A.   It was -- the markets team was
        6   Breanne Madigan, Matthew Brown, myself, a gentleman
        7   named Markus Infanger.
        8                (Thereupon, an informal discussion was
        9           held off the record.)
03:05  10   BY MR. MOYE:
       11        Q.   Okay, so let's focus on the first comment of
       12   the first paragraph of text that we can see.
       13        So my understanding is this is not a comment by
       14   you, correct?
03:05  15        A.   This is not a comment by you.
       16        Q.   But it's a comment that you received?
       17        A.   Yes.
       18        Q.   Okay, can you tell me what you understand
       19   Mr. Brown to be saying in the first comment?
03:06  20        A.   Yes.  Any XRP that gets released into the
       21   market -- let's rewind a little bit.
       22        Inflation of a digital asset or inflation rate of a
       23   digital asset is not actively defined anywhere.  I don't
       24   think that there's necessarily a consensus agreement on
03:06  25   what that should be.
```

201

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:06  1      The XRP markets team believed that introduction of

       2  XRP into the market by Ripple should be considered an

       3  increase in the circulating supply.  I think we used the

       4  word "inflation" several times, but let's just -- let's

03:07  5  call it an increase in circulating supply.

       6      We wanted to ensure future deals entered into by

       7  Ripple that led to a disbursement of XRP was done so in

       8  a measured fashion.

       9      Q.   Okay.

03:07 10          (Thereupon, an informal discussion was

      11      held off the record.)

      12  BY MR. MOYE:

      13      Q.   The phrase "the XRP market," either as you

      14  use it or as used in these comments, what do you

03:07 15  understand the XRP market to consist of?  Who -- who's

      16  part it have?

      17          (Pause.)

      18          THE WITNESS:  That's a broad question.

      19      It involves infrastructure providers, entities

03:08 20      that list derivatives, custodians -- you know,

      21      indices -- you know, anywhere from market

      22      makers.

      23          At this point, it is also entities using

      24      ODL, but also digital asset speculators who

03:08 25      hold XRP.

                                                          202

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:08  1   BY MR. MOYE:

2          Q.    And when you're -- I understand this comment

3    is about -- appears to be about decreasing inflation --

4    or decreasingly inflationary.

03:08  5          Do you understand that term --

6          A.    Yes.

7          Q.    -- to mean reducing inflation?

8          A.    That's correct.

9          Q.    Okay, what aspect of the markets -- what

03:08 10   aspect is desired to be decreasing inflation?  Price?

11   Volume?  Volatility?

12         A.    The number --

13                MR. HECKER:  Objection to the form of the

14                question.

03:09 15   BY MR. MOYE:

16         Q.    You can answer.

17         A.    The markets team inspired to have reducing

18   quantities of XRP introduced into the market.

19         Q.    So you still want -- the planned was still to

03:09 20   introduce XRP into the market but in quantities that are

21   smaller and smaller over time?

22         A.    In terms --

23                MR. HECKER:  Objection.

24                THE WITNESS:  In terms of units of X --

03:09 25                MR. HECKER:  Sorry.  Just wait for a

                                                        203

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:09   1              second.  Objection to the form.
        2   BY MR. MOYE:
        3        Q.    You can answer.
        4        A.    In terms of units of XRP.
03:09   5        Q.    In terms of units of XRP.  Okay.
        6        Was there a goal of a number or a percentage or a
        7   volume that you were trying to hit at some point as this
        8   framework was put into effect?
        9                  MS. ZORNBERG:  Objection to form.
03:09  10                  THE WITNESS:  At this point, it was
       11                  still, sort of, high level numbers.  We did
       12                  not have any fixed metrics that we had settled
       13                  upon.
       14   BY MR. MOYE:
03:10  15        Q.    So there's a phrase in here that says "lean
       16   toward inflation model with sales fit into inflation
       17   model."
       18        Was there an inflation model that the markets team
       19   was evaluating or trying to implement?
03:10  20        A.    The markets team aspired XRP supply
       21   introduction to be what we called "fixed supply," which
       22   would be a fixed unit, a fixed unit number of XRP to be
       23   introduced at any given period of time.
       24        Q.    And what was the -- what was the hoped for
03:10  25   result, if you would implement that framework?
```

204

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

03:11   1                (Pause.)

        2                THE WITNESS:  The hoped for result was

        3        that ultimately having an orderly introduction

        4        of XRP supply in XRP unit terms into the

03:11   5        market.

        6   BY MR. MOYE:

        7        Q.   What was disorderly about the introduction of

        8   supply at this time?

        9                MR. HECKER:  Objection to the form.

03:11  10                THE WITNESS:  In September of 2019, if I

       11        recall correctly, we had moved to a new basis

       12        of percentage volume in terms of sales

       13        measurement.

       14                Historically, programmatic sales for XRP

03:11  15        had been done at a percentage of reported

       16        volumes.  From late 2018 through early 2019,

       17        the markets team got increasingly concerned

       18        that reported volumes were fake, or at least a

       19        large portion of reported volumes were fake.

03:12  20   BY MR. MOYE:

       21        Q.   Reported volumes being too small, smaller

       22   than the real volume?

       23        A.   No.

       24        Q.   Okay.

03:12  25        A.   Larger than actual volume.

                                                              205

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:12   1     Q.    Okay.  And what about after the first

      2   quarter?  What was the markets team --

      3     A.    That's -- no, after the first half.

      4     So in the second half, we moved to a new bases.

03:12   5   After a long period of analyzing what may be a better

      6   source of volume, we moved to a different bases of

      7   volume, from ████████████ to ████████████ top tier,

      8   which we believed was a much more conservative estimate

      9   of global XRP volumes.  That was -- that was one aspect.

03:12 10     The second aspect was a deal with ████ which the

    11   markets team became aware of and had to begin servicing,

    12   which essentially ████ bought units of XRP at a discount,

    13   and from our analysis, appeared to be selling directly

    14   to the market to monetize.

03:13 15     Q.    Okay.  We're going to talk more about that

    16   second piece especially.

    17     But before we move on, do you know why the markets

    18   team wanted or desired to tie sales to existing volumes

    19   of XRP?

03:13 20     Why was that a valuable comparison or limit?

    21           MR. HECKER:  Objection to the form.

    22           THE WITNESS:  That was something that was

    23         put into place before I had joined Ripple.

    24         The belief was, if Ripple sold XRP at a small

03:13 25         enough percentage of daily volume, it would

                                                   206

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:13  1              have small -- or they were attempting to
        2              minimize market -- negative market impact.
        3    BY MR. MOYE:
        4       Q.    And what do you mean by "negative market
03:13  5    impact"?
        6       A.    Sales pressure in the market as XRP
        7    programmatic liquidations were occurring.
        8       Q.    And when you say, "sales pressure," do you
        9    mean as part of that price decline?
03:14 10       A.    As part of that, yes.
       11       Q.    Okay,          mentions -- I can't tell if
       12    he's recommending or saying it as a fact.  He uses the
       13    phrase "prohibit XRP sales at a discount without
       14    escrow."
03:14 15       Is that a recommendation of this XRP sale at market
       16    sales team, or is that something that has already been
       17    adopted as a goal?
       18       A.    That was not something that was adopted as a
       19    goal.  That was aspirational.
03:14 20       Q.    Okay, how about the next point, "Make any
       21    spirit of deal explicit with respect to XRP"?
       22       A.    Yes, I believe all of this is aspirational.
       23       Q.    What does it mean to "make any spirit of the
       24    deal explicit"?
03:15 25              (Pause.)
```

207

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:15   1    BY MR. MOYE:
        2        Q.   Let me read a little more of what ▮▮▮▮▮▮
        3    says and I'll ask you to agree whether he's described it
        4    accurately.
03:15   5        In the last few lines of the first comment he said
        6    "The spirit of ▮▮▮▮ deal was that they hold on to some
        7    XRP.  The spirit of ▮▮▮▮▮ deal is that they sell just
        8    to their customers.  Spirit of the ▮▮▮▮▮ deal is that
        9    they buy and hold."
03:15  10        Did you have any understanding of the term "spirit
       11    of the deal," and did it relate to these arrangements
       12    with these companies?
       13                MS. ZORNBERG:  Objection, compound.
       14    BY MR. MOYE:
03:15  15        Q.   You can answer.
       16        A.   It was my understanding that -- for example,
       17    ▮▮▮▮▮▮▮ has these correct.  The ▮▮▮▮▮▮ deal, from
       18    our analysis, appeared that ▮▮▮▮▮▮ monetized their
       19    discount after claiming they were going to be long-term
03:16  20    holders of XRP.
       21        Similar with ▮▮▮.
       22        Q.   But as it turned out, each of these companies
       23    decide not to be long-term holders and they were
       24    monetizing their store of XRP; is that right?
03:16  25        A.   That's correct.
```

208

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
03:16   1        Q.    Okay, and that was bad for Ripple how?
        2        A.    They were essentially causing large sell
        3   pressure on the markets, aggressive sale activity into
        4   the markets, increasing XRP inflation.
03:16   5        Q.    And as part of that phenomena that you viewed
        6   as negative, was there -- were there decreases in price
        7   of XRP?
        8        A.    We measured not necessarily as a decrease in
        9   price of XRP, but more as a decrease in XRP ratio versus
03:17  10   other digital assets.
       11        Q.    I understand.  There were other factors, but
       12   were there decreases in price that accompanied these
       13   other phenomena that you saw?
       14        A.    Relative to other digital assets.
03:17  15        Q.    Okay, if we go below the first redacted
       16   column, there's a comment by ▇▇▇▇▇▇   "Direct ▇▇▇
       17   buybacks aren't happening, that was a hard no."
       18        What's he referring to here?  Do you have any
       19   understanding?
03:17  20        A.    Yes.  The ▇▇ deal essentially allowed ▇▇ to
       21   buy, over a period of time, a ▇▇▇▇▇ dollars' worth of
       22   XRP for a price of $▇▇▇▇▇▇▇▇▇.
       23        Q.    So at a discount?
       24        A.    At a -- over the entire deal, roughly a
03:17  25   ▇▇▇ percent discount.
```

209

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:17   1          ████    would essentially buy at a -- you know, say, a
        2   daily tranche or withdraw some sort of tranche on a
        3   regular bases and sell immediately into the market,
        4   according to our analysis.  That's what it appeared to
03:18   5   be.  And it appeared to be that they were just locking
        6   i ██ percent by selling a dollar, right, into the
        7   market.
        8          Q.   What's the buyback that's referred to here?
        9          A.   Ultimately, in terms of how we could reduce
03:18  10   XRP inflation, reduce XRP's sell pressure, you know, ██
       11   would -- you know, would buy -- we would essentially buy
       12   XRP directly from ████ before they sold it into the
       13   market.
       14          Q.   Was that a proposal or did that actually
03:18  15   happen?
       16          A.   I believe it was proposed to ████████
       17          Q.   And what was his response?
       18          A.   No.
       19          Q.   He would rather sell on the market than sell
03:19  20   back -- than sell the XRP back to Ripple?
       21          A.   Correct.
       22          Q.   And was that viewed as a good thing or a bad
       23   thing in Ripple?
       24          A.   I don't recall how that was viewed.  I -- I
03:19  25   do recall some consternation that ████████ did not
```

                                                              210

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
03:19   1   immediately agree to our proposed solution.
        2       Q.   Okay, so let's go to the bottom comment.
        3   And, again, this is not you commenting, this is
        4   Ms. Madigan.
03:19   5       But beginning in the middle of the first line and
        6   continuing on, she says "heard from Dinuka today that I
        7   think              "sees a window.  Not sure we can
        8   override     though."
        9       Do you know what that comment relates to?
03:20  10       A.   I don't recall.
       11       Q.   Okay.  Did you personally see a possibility
       12   to change          's mind about the proposal Ripple was
       13   making?
       14       Could you see an initiative that many others -- an
03:20  15   opportunity that maybe others didn't see?
       16       A.   Yes.
       17       Q.   What was that opportunity?
       18       A.   My recommendation was that Ripple pay
       19   purely the net benefit of the deal.
03:20  20       Q.   In exchange for what, getting the XRP back?
       21       A.   No.  So essentially, let's say, over
       22   two years' period of time,     was to buy a
       23   dollars' worth of XRP for              Let's say
       24       percent of the deal went through, now they had --
03:20  25   they could buy     --          for    percent less than
                                                              211
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:21   1   that.
        2        Q.   Yep.
        3        A.   Right?  So let's say -- what's    percent
        4   less than -- whatever it is.  Let's say it's -- let's
03:21   5   say they were going to buy the rest of it, $        --
        6              for      -
        7              (Thereupon, an informal discussion was
        8         held off the record.)
        9              THE WITNESS:              dollars' worth
03:21  10         of XRP for          dollars' worth of
       11         purchases, the net benefit to them would have
       12         been, in that case, $
       13              I said very simply, let's just give
       14              dollars' worth of    through the
03:21  15         remainder of this deal, give them a lower --
       16         give them the new bases of sales percentage,
       17         the              top tier compared to
       18              , and that way we would reduce
       19         XRP supply introduction, or XRP inflation
03:22  20         rate, through this deal alone by over
       21              percent.
       22   BY MR. MOYE:
       23        Q.   And Ripple would hold on to XRP that would
       24   have otherwise sold to      ?
03:22  25        A.   That's correct.
```

212

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

03:22  1        Q.    All right.  And who did you make that
       2    proposal to and how was it received?
       3        A.    I initially proposed it to Breanne Madigan
       4    and              .   They liked the idea.  We had a meeting
03:22  5    with members of              which was the crypto market
       6    making team at     , and they seemed receptive to it.
       7    Communicated this to leadership at Ripple.
       8        Q.    And then what happened?
       9        A.    Over some period of time,     agreed to
03:23 10    something very close to the recommendation.
      11        Q.    Okay, let's turn over the page after the
      12    comment from Ms. Madigan, there's a comment from
      13              .   It begins "Q3 markets report will be fine."
      14    Do you see that?
03:23 15        A.    Uh-huh.
      16        Q.    Okay, and in the end of the second line of
      17    his comment, he says "D has identified a really
      18    dangerous structural problem with the     deal."
      19    Now, do you believe the "D" he's referring to is
03:23 20    you, Dinuka?
      21        A.    Yes, it is.
      22        Q.    Okay, and do you recall identifying what
      23              describes as "a really dangerous structural
      24    problem with the     deal"?
03:23 25        A.    Yes, I do.

                                                                213

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
03:23   1          Q.     What was that problem?
        2          A.     The amount of XRP purchased by        was in
        3   dollar terms, not in XRP units terms.
        4          Q.     Okay.
03:24   5          A.     So as they cause price impact on XRP, the
        6   price of XRP would go lower, but the amount of XRP that
        7   they would purchase for the same similar amount would go
        8   up.
        9          Q.     So they would get more for less?
03:24  10          A.     Increasingly more for less.  So if our
       11   concern was inflation rate of XRP, as the price went
       12   lower to fulfill this deal, the inflation rate would
       13   continuously slope up, leading to what we feared would
       14   be potentially very serious for XRP.
03:24  15          Q.     For XRP or for Ripple?
       16          A.     For XRP and -- you know, I think Ripple,
       17   again, has a long-term interest in XRP price.
       18          Q.     Okay, and would that structural problem also
       19   have been bad news for XRP holders?
03:25  20          A.     I believe so.
       21                 (Pause.)
       22                 MR. MOYE:  Just a moment.
       23                 (Pause.)
       24   BY MR. MOYE:
03:25  25          Q.     Can you look at the top of the second page?
                                                                    214
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:25  1    This is continuing a Breanne Madigan comment.
       2         A.    Uh-huh.
       3         Q.    She says:
       4         "We have to focus on finding a way to get the
03:26  5    supply back.  V worried about XRP at 0.20 and lower
       6    otherwise.  I dread q3 report if we don't take swift,
       7    creative action now."
       8         What do you understand Ms. Madigan to be saying in
       9    this comment?
03:26 10                   (Pause.)
      11                   THE WITNESS:  I don't -- I don't know.
      12    BY MR. MOYE:
      13         Q.    When she says "I dread," in all caps, "q3
      14    report if we don't take swift, creative action now," do
03:26 15    you think she's referring to the Q3 markets report?
      16         A.    That's correct.
      17         Q.    And when she says "I dread," do you think
      18    she's concerned about how that report will be received?
      19         A.    I believe so.
03:26 20         Q.    And when she says "V worried about XRP at
      21    0.20," do you think she's talking about the      deal or
      22    something else?
      23                   MS. ZORNBERG:  Objection to form.
      24                   THE WITNESS:  I don't recall.
      25
                                                            215
```

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
03:27  1   BY MR. MOYE:
       2       Q.   I realize you're not her, but isn't the
       3   premise of these comments that ███ is getting to
       4   purchase XRP at a ███ percent discount?
03:27  5       A.   Yes.
       6       Q.   Is there anything else or any other entity
       7   that you were aware of at this time that was able to
       8   purchase XRP at a ███ percent discount?
       9       A.   Not to my knowledge.
03:27 10       Q.   Do you know whether the XRP market, however
      11   it was defined, knew that ███ was able to buy XRP at a
      12   ███ percent discount?
      13             MR. HECKER:  Objection to form.
      14             THE WITNESS:  No.
03:27 15   BY MR. MOYE:
      16       Q.   Is that you don't know, or you don't believe
      17   people knew?
      18       A.   I don't --
      19             MR. HECKER:  Same objection.
03:27 20   BY MR. MOYE:
      21       Q.   You can answer.
      22       A.   I don't believe people knew.
      23       Q.   Okay.  And is there something about the Q3
      24   market report, either as drafted or the phenomena, that
03:27 25   you'd be describing it, that you think would have
```

216

```
03:27   1    revealed that dynamic with        ?
        2                MS. ZORNBERG:  Object to form.
        3                THE WITNESS:  It would have been visible
        4           to a sophisticated observer.
03:28   5                (Thereupon, a two-page e-mail dated
        6           10/15/19, from Breanne Madigan to
        7                    @ripple.com, Bates Nos. RPLI_SEC 0518302
        8           through 0518303, was introduced as DS Exhibit
        9           16 for identification.)
03:28  10    BY MR. MOYE:
       11        Q.   Okay.  Let's go to DS Exhibit 16.
       12        Mr. Samarasinghe, DS Exhibit 16 are messages -- top
       13    message shows from Breanne Madigan, sent on
       14    October 15th, 2019 to      @ripple.
03:29  15        Is that Ethan Beard?
       16        A.   Yes.
       17        Q.   And the subject is "Q3 markets Report."
       18        There's a comment from you about halfway down this
       19    first page, right underneath
03:29  20        Can you tell me what comment you're making or what
       21    point you're trying to communicate?
       22        A.   I think Ethan Beard's point here is -- you
       23    know, I think we were discussing earlier today, or at
       24    least I made a comment earlier today, that inflation
03:30  25    rate of the digital asset is not clearly defined
```

217

03:30  1    anywhere.

2          In the case of XRP, all XRP that was ever created

3    was created at the Genesis block.  So there is an

4    argument that there is no inflation of XRP.  It's purely

03:30  5    deflationary.

6          Q.    How does your comment relate to that concept?

7          A.    I'm -- I'm challenging that -- that line of

8    thinking, and from, I think ...

9                (Pause.)

03:30 10               THE WITNESS:  And I try to use parallels

11               to other assets that are hoarded, that do get

12               considered part of outstanding supply.

13   BY MR. MOYE:

14         Q.    Okay, so your comment here that says "Ripple

03:31 15   sales and other releases to partners from its unlocked

16   pool of holdings act as a distribution of XRP, similar

17   to how BTC gets distributed by unlocking a block."

18   That's what you believed at the time?

19         A.    That's correct.

03:31 20         Q.    As you sit here today, do you still agree

21   with that comment?

22         A.    I do.

23         Q.    Okay, let's look on the back for another

24   comment from you.  So it looks like there's some

03:31 25   continued discussion on these issues and you begin by

218

| | | |
|---|---|---|
| 03:31 | 1 | saying "This has the makings of a very good |
| | 2 | philosophical debate." |
| | 3 | (Thereupon, an informal discussion was |
| | 4 | held off the record.) |
| 03:31 | 5 | MR. MOYE: Mr. Samarasinghe's comment |
| | 6 | begins under ███████████. |
| | 7 | BY MR. MOYE: |
| | 8 | Q. Please go to the second paragraph of your |
| | 9 | comment. Could you read the first sentence of the |
| 03:32 | 10 | second paragraph of your comment? |
| | 11 | A. "We have recently messaged publicly (i.e. |
| | 12 | Bloomberg) that XRP increase in supply has been lower |
| | 13 | than BTC and ETH, so I think this is an important point |
| | 14 | that needs to be in this report, especially after the |
| 03:32 | 15 | allegations of dumping." |
| | 16 | Q. Before you go on, the last part of the |
| | 17 | sentence, "allegations of dumping." What are you |
| | 18 | referring to? |
| | 19 | A. There were rumors and speculation that from |
| 03:32 | 20 | XRP speculators that Ripple, the company, was dumping, |
| | 21 | selling very aggressively its holdings of XRP. |
| | 22 | Q. Okay, and you thought as a result of those |
| | 23 | allegations, something ought to be included or changed |
| | 24 | or strengthened in the next XRP markets report? |
| 03:33 | 25 | A. That's correct. |

219

```
03:33   1        Q.    Okay, what is it you wanted to say, more or
        2   less?
        3        A.    I wanted to -- I wanted for us to regularly
        4   include XRP's inflation rate --
03:33   5        Q.    And --
        6        A.    -- as we calculate it had.
        7        Q.    As the markets team calculated it or as
        8   Ripple as a whole?
        9        A.    At this point, I think it is the markets team
03:33  10   would make a recommendation of how we should -- we
       11   believed it should be calculated.
       12        Q.    Okay, in the last sentence, you talk about
       13   "WoW change in TOTAL XRP DISTRIBUTED."  Is that the
       14   formulation or the ratio that you wanted to -- that you
03:33  15   wanted to use or see used?
       16        A.    At the time, yes.
       17        Q.    Okay.  Do you still think that is the best --
       18   would have been the best way to describe the -- I don't
       19   want to say ratio -- the rate of inflation?
03:33  20        Do you still think that is the best way of
       21   inflation for XRP should be described?
       22             (Pause.)
       23             THE WITNESS:  I don't know the -- the
       24             best way, the rate of in nation of XRP should
03:34  25             be described.
```

220

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:34   1   BY MR. MOYE:
        2       Q.   You still think your way would have been a
        3   good way?
        4       A.   I think it would have been a perfectly valid
03:34   5   way.
        6       Q.   Okay, who at Ripple, if anyone, disagreed
        7   with you on that?
        8               MR. HECKER:  Objection to the form.
        9               THE WITNESS:  That the week-on-week
03:34  10           change would be a good way to go ... I think
       11           Ethan Beard, for one, and I don't think I got
       12           much pushback outside of that.
       13   BY MR. MOYE:
       14       Q.   Was the week-on-week method of describing it
03:34  15   ever adopted within Ripple?
       16       A.   Not to my knowledge.
       17       Q.   Okay.  Let's move on to DS Exhibit 17.
       18               (An informal discussion was held off the
       19           record.)
03:35  20               (Thereupon, a five-page e-mail chain with
       21           top e-mail dated 11/16/19, from            to
       22                       et al., was introduced as DS
       23           Exhibit 17 for identification.)
       24   BY MR. MOYE:
03:35  25       Q.   All right.  Please review -- or please take a
                                                              221
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:35  1   look at DS Exhibit 17.  This appears to be a copy of a
       2   message from              at Ripple, dated November 16th,
       3   2019, to a distribution list, including yourself, and
       4   the subject is "MGI - Ripple weekly call followup."
03:36  5        This e-mail forwards or includes a message that was
       6   apparently sent to you and, I believe,              is
       7   that right?      ?
       8        A.              yeah.
       9        Q.    Okay.  And someone named
03:36 10   writes "We had our weekly call with Coins yesterday, and
      11   they did raise concern that our market makers don't post
      12   any ask orders."
      13        Do you understand what she means by that?
      14        A.    Yes.
03:36 15        Q.    What does it mean?
      16        A.    Coins is short for Coins Pro digital asset
      17   exchange in the Philippines, who is an ODL partner.  And
      18   ODL essentially, a destination exchange.  Coins had
      19   near-zero liquidity at the time, I think under $20,000 a
03:37 20   day worth of XRP versus Filipino peso daily notional
      21   volume.
      22        And so intercept order flow through the ODL
      23   product, we had market makers on Coins Pro placing bids
      24   for XRP with Filipino peso.
03:37 25        Because order flow was essentially one directional,
```

222

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:37  1  U.S. to Philippines, Australia to Philippines, the

2  market makers were not placing ask quotes for --

3  offering XRP for a Filipino peso.  Essentially just a

4  one-sided quote.

03:38  5      Coins had an idiosyncrasy with their engine such

6  that if there weren't offer quotes available on the

7  market for a certain size, orders -- I forget exactly

8  what happened, but -- you know, I forget exactly how the

9  product worked, but it was causing some sort of issue on

03:38 10  the Coins network.

11      Q.   Were the spreads widening or narrowing?

12      A.   Well, there was no spread, because there was

13  no opposite side.

14      Q.   The second sentence here, maybe you can help

03:38 15  me understand it, reads " ████ said last week, there

16  were times when there was no market maker at all on ask

17  side, so bid-ask spread reached 7 percent on the order

18  book."

19      Do you see that?

03:39 20      A.   Uh-huh.

21      Q.   So is that a widening or narrowing of the

22  spread?

23      A.   That is a widening, so she's talking about --

24  you know, offers of -- for -- offers of XRP for Filipino

03:39 25  peso from the natural liquidity down that order book,

223

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
03:39   1   not from the market makers.
        2       Q.    Okay, and then what's the -- what's your
        3   uptake or what's your understanding of the last sentence
        4   in that -- in that first paragraph, "This week, they are
03:39   5   seeing one market maker"?
        6       A.    Yes.  So one of our market makers who was
        7   posting an ask, so the one market maker was posting a
        8   two-sided quote; however that -- that quote was not of
        9   appropriate size that they needed.
03:39  10       Q.    Okay, let's turn now to the second page and
       11   look at some comments by you.  The one at the top,
       12   Friday, November 15 at 8:38 p.m.
       13       What are you trying to communicate here?
       14       A.    Sorry, which one?
03:40  15       Q.    The top of page 2 --
       16       A.    Yeah.
       17       Q.    -- your comment at 8:30 p.m.  "Do we know
       18   what reference rate MGI uses"?
       19       A.    Okay, so in foreign exchange trading, there
03:40  20   are different kinds of currencies that are more freely
       21   tradeable.  For example, USD, euro, yen, Aussie, Swiss
       22   franc, they are tradeable, like, 24/5 with some
       23   liquidity over the weekends on ECNs.
       24       You can have a prime broker provide a quote that is
03:40  25   deliverable in these currencies for these times.
```

                                                      224

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:40  1   Filipino peso is not one of these currencies.  It's
       2   considered a non-deliverable currency.  Many -- you
       3   know -- you know -- can't necessarily open up a
       4   TD Ameritrade -- or interactive brokers account and get
03:41  5   deliverable Filipino peso, even if you're a serious
       6   trading firm.
       7        Q.   Okay, let's go down to your next comment on
       8   this page.  It says Friday, November 15th at 5:20 p.m.
       9   You say "Those spreads are concerning."
03:41 10        What are you trying to communicate?
      11             (Pause.)
      12             THE WITNESS:  Okay, so the below -- the
      13             comment by [redacted] on November 15th,
      14             2019 at 8:02 says "Spreads pictured look a
03:42 15             little concerning.  Am I reading those right
      16             at 2.4 to 3 percent worse than spot?"
      17             The ODL product in moving from one fiat
      18             asset to another fiat asset with XRP as a
      19             bridge in between gives you and implied or
03:43 20             theoretical conversion price.  So if you're
      21             moving XRP to US -- USD to XRP, XRP to
      22             Filipino peso --
      23             (Thereupon, an informal discussion was
      24             held off the record.)
03:43 25             THE WITNESS:  If you're moving USD to

                                                         225

| | | |
|---|---|---|
| 03:43 | 1 | XRP, then XRP to Filipino peso, you get an |
| | 2 | implied USD to Filipino peso conversion rate. |
| | 3 | This is not the interbank FX rate or a |
| | 4 | reference rate, but we measured that rate |
| 03:43 | 5 | compared to something, right? |
| | 6 | In the case of Dollar MX, there is a |
| | 7 | reference rate, because the Mexican peso is a |
| | 8 | deliverable currency. |
| | 9 | Filipino peso, because it's not a |
| 03:44 | 10 | deliverable currency, does not have a clear |
| | 11 | reference rate during certain periods. |
| | 12 | Weekend -- you know, etc. |
| | 13 | And so we -- the question was, which |
| | 14 | reference rate should the market makers use to |
| 03:44 | 15 | give their -- to basically imply their XRP PHP |
| | 16 | price and how do we source this at hours where |
| | 17 | that may not be available. |
| | 18 | BY MR. MOYE: |
| | 19 | Q. Did these comments that we've been talking |
| 03:44 | 20 | about suggest that at this point in time, the ODL |
| | 21 | transaction system was working well or having problems? |
| | 22 | MR. HECKER: Objection to form. |
| | 23 | THE WITNESS: I actually think it implies |
| | 24 | that it's work -- it's providing utility in |
| 03:44 | 25 | that it's giving a rate where other markets |

226

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:45  1          would not be able to do a similar conversion.

2             MR. MOYE:  Okay, let's put that one

3          aside.  Let's take a five-minute break now.

4             THE VIDEOGRAPHER:  We are off the record.

03:45  5          The time is 3:45 p.m.

6             (Recess taken at 3:45 p.m.)

7             (Resumed at 3:57 p.m.)

8             THE VIDEOGRAPHER:  We are back on the

9          record.  The time is 3:57 p.m.

03:57 10           (An informal discussion was held off the

11       record.)

12           (Thereupon, a one-page e-mail dated 7/1/19

13       from Dinuka Samarasinghe to ██████████ et

14       al., Bates No. SEC-██████E-0048590 was

03:57 15         introduced as DS Exhibit 35 for identification.)

16  BY MR. MOYE:

17     Q.   Please take a moment and look at what's been

18  marked as DS Exhibit 35.

19     A.   Okay.

03:58 20     Q.   Mr. Samarasinghe, DS Exhibit 35 is a message

21  sent by you to ██████████ at ██████████.com on

22  July 21st, 2019.  Let me know when you've had a chance

23  to look this over.

24           (Pause.)

03:59 25         THE WITNESS:  Okay.

                           227

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

03:59 1   BY MR. MOYE:

2       Q.   Okay, what is Exhibit 35?

3       A.   I'm providing a reference -- this is a draft

4   of a reference I'm producing for ████████████.

03:59 5       Q.   And who are you sending it to?

6       A.   I believe ████████.

7       Q.   Okay.  In general, what are you -- what are

8   you describing in the draft?

9       A.   Our trust in the team at ████████████

04:00 10  through their history of XRP programmatic liquidation

11  and as an ODL market maker.

12      Q.   Okay, I don't see ODL used in here, but I see

13  xRapid?

14      A.   Yes.

04:00 15      Q.   What is xRapid?

16      A.   XRapid was the name of ODL before it was ODL.

17      Q.   Okay.  So I would like to ask you about the

18  first paragraph.  Can you read the first sentence of the

19  last paragraph?  It begins "A critical piece."

04:00 20      A.   "A critical piece of the xRapid market making

21  project will involve ████████████ converting USD to

22  more exotic currencies such as Filipino peso and

23  Brazilian real and delivering them to various digital

24  asset exchanges (Coins.ph.████ etc.).  We are hopeful

04:00 25  ████████ will help facilitate these transactions for

228

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

04:01  1    ███████████ ."

       2        Q.    Okay.  So I want to make sure I'm

       3    understanding your prior testimony and this currency

       4    explanation of how this transaction system works.

04:01  5        If ████████████ converts U.S. dollars to exotic

       6    currencies and delivers them to various digital assets

       7    exchanges, how is it -- how is it delivering that?

       8    What -- what's the method for delivering that?

       9        A.    So let's -- if you recall my earlier

04:01 10    testimony, the job of an ODL market maker is to source

      11    local fiat to deliver to a digital asset exchange, to

      12    essentially use that to place a bid for XRP that

      13    essentially intercepts an ODL payment coming through in

      14    the form of XRP.

04:02 15        Let's walk through the life cycle of a trade of an

      16    ODL market maker.  Let's say for hypothetical purposes,

      17    I start with 1,000 Filipino peso, I place it on -- I

      18    have this already delivered on Coins Pro -- I place a

      19    bid for XRP using my inventory of Filipino peso.  Let's

04:02 20    say that order gets hit.  My inventory balance of

      21    Filipino peso goes down, my inventory of XRP goes up.

      22    You can certainly imagine where you run entirely out of

      23    Filipino peso and you have entirely -- let's say for

      24    arguments purposes, it's just 1,000 Filipino peso, all

04:02 25    that gets converted to XRP.

                                                              229

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

04:02   1       To intercept the next ODL payment, I need to get
     2   more Filipino peso, otherwise, I cannot place a bid, so
     3   I have to convert XRP, what is now XRP, back into
     4   Filipino peso.

04:03   5       I mentioned earlier that there's no liquidity
     6   outside of our market makers for -- on the Coins Pro
     7   order book.  So the market makers have to move XRP
     8   elsewhere into a different asset to source Filipino
     9   peso.

04:03 10       Typically, the cycle works from the market maker
    11   taking XRP, moving it to an exchange where they can
    12   source U.S. dollar.  So they sell the XRP for U.S.
    13   dollar, now they withdraw the U.S. dollars from that
    14   second digital asset exchange, convert it using an
04:03 15   entity like        to Filipino peso and then deliver
    16   that to the digital asset exchange.

    17       Q.  As part of our prior discussion, did you
    18   agree that traditional rails are used by the market
    19   makers in some aspects of these transactions?

04:04 20       A.  Typically, yes.

    21       Q.  Okay, so if market makers are using
    22   traditional rails, why is XRP needed at all?

    23           MS. ZORNBERG:  Object to form.

    24   BY MR. MOYE:

04:04 25       Q.  You can answer.

                                 230

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:04   1        A.    I think this -- XRP allows movement of value
        2   from one, essentially borderless and close to free
        3   24 hours a day.  If a market maker can deliver Filipino
        4   peso, they can still support orders, say, over weekends
04:04   5   and holidays where banks may be closed.
        6        Q.    So do you think it's greatest utility or the
        7   greatest benefit of XRP is on weekends and holidays?
        8                  MR. HECKER:  Objection to form,
        9             mischaracterizes his testimony.
04:05  10   BY MR. MOYE:
       11        Q.    Did I understand your testimony correctly?
       12                  MR. HECKER:  Same objection.
       13                  THE WITNESS:  I don't think that's the
       14             greatest utility.
04:05  15   BY MR. MOYE:
       16        Q.    Okay, do customers currently save money by
       17   using XRP?
       18                  MS. ZORNBERG:  Objection to form.
       19                  MR. HECKER:  Objection to form.
04:05  20   BY MR. MOYE:
       21        Q.    You can answer.
       22        A.    I don't have the visibility into customer
       23   finances.
       24        Q.    Do any reason to believe that customers save
04:05  25   money through the use of XRP in these foreign currency
```

231

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:05   1   exchanges?
        2               MR. HECKER:  Same objection.
        3               THE WITNESS:  I don't know what a
        4           customer might be using otherwise.
04:05   5   BY MR. MOYE:
        6       Q.    Doesn't the use of XRP for these foreign
        7   currency transactions actually make the transaction more
        8   costly?
        9               MR. HECKER:  Objection to form.
04:05  10               MS. ZORNBERG:  Object to form and asked
       11           and answered.  Asked and answered now in
       12           different ways.
       13               MR. MOYE:  He can answer.
       14               THE WITNESS:  Relevant to what?  I don't
04:06  15           necessarily know what a -- what alternative a
       16           specific entity may be using.
       17   BY MR. MOYE:
       18       Q.    Is the use of XRP economical without
       19   incentives and subsidies paid to customers by Ripple?
04:06  20               MS. ZORNBERG:  Objection.
       21               MR. HECKER:  Objection to the form of the
       22           question.
       23               THE WITNESS:  I think my response is the
       24           same.  Compared to -- to what?  I -- I --
       25
```

232

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:06   1    BY MR. MOYE:

        2         Q.    Compared to using traditional rails?

        3               (Pause.)

        4               MS. ZORNBERG:  Object to form.

04:06   5               THE WITNESS:  Traditional rails can be

        6         very expensive.  I think having dealt in a

        7         foreign exchange, you can significantly lower

        8         your costs in sending a cross border or doing

        9         a foreign exchange transaction, but that

04:07  10         typically involves a very expensive

       11         infrastructure.  Let's say you're talking

       12         about, to do something similar, you would need

       13         to have a prime brokerage relationship.  You

       14         would need to have -- you know, connectivity

04:07  15         to various different FX exchanges, perhaps an

       16         EBS subscription or Thompson Reuters

       17         subscription.

       18               You know, the infrastructure a line that

       19         we had, say, at ██████████████ or at ██████

04:07  20         you know, cost over a million dollars a year.

       21    BY MR. MOYE:

       22         Q.    Would a market maker choose to make a market

       23    in XRP and other exotic currencies if they weren't being

       24    paid or subsidized by Ripple?

04:07  25               MR. HECKER:  Objection to form,

                                                              233

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:07   1              foundation.
        2   BY MR. MOYE:
        3        Q.    You can answer.
        4        A.    If they believed there was a profit in it.
04:08   5        Q.    Are you aware of any market makers that --
        6   that believe there's a profit enough to make a market in
        7   XRP without receiving subsidies or payments by Ripple?
        8              MS. ZORNBERG:  Objection.
        9              THE WITNESS:  Making markets in XRP?
04:08  10   BY MR. MOYE:
       11        Q.    Yeah.
       12        A.    My understanding is there are a lot of
       13   trading firms that make markets in XRP without being
       14   subsidized by Ripple.
04:08  15        Q.    Do you know the names of any of them?
       16        A.    ███     is one of them, ███████████████
       17   ████████
       18              (Pause.)
       19   BY MR. MOYE:
04:09  20        Q.    Based on your knowledge of Ripple, did Ripple
       21   have a plan to stop paying market makers and paying
       22   incentives to customers who transact -- who use XRP
       23   to -- for their foreign currency transactions?
       24              MS. ZORNBERG:  Objection.
04:09  25              MR. HECKER:  Foundation.  I mean, he's a
```

234

```
04:09   1              former employee.
        2   BY MR. MOYE:
        3       Q.    Yeah, if you know.
        4       A.    I cannot speak to customers of -- of ODL.  In
04:09   5   terms of my time as -- on the XRP Markets team, growing
        6   natural liquidity for ODL support on destination
        7   exchanges was something that we -- we aimed to make,
        8   essentially providing liquidity sustainable.
        9       This was communicated to the market makers and they
04:10  10   understood that there were certain features of the
       11   market making deals that we hoped would lead towards the
       12   growth of natural liquidity.
       13       Q.    And you're with GSR right now?
       14       A.    Yes, sir.
04:10  15       Q.    And you're still dealing with Ripple
       16   occasionally?
       17       A.    Yes.
       18       Q.    Okay, has that natural liquidity grown up as
       19   expected or as anticipated by Ripple?
04:10  20              MR. HECKER:  Objection to form.
       21              THE WITNESS:  I would imagine that the
       22          growth of natural liquidity is slower than
       23          Ripple expected.
       24   BY MR. MOYE:
04:10  25       Q.    So is it fair to say right now, Ripple is --
```

                                                              235

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:10  1   as far as you know, Ripple is still paying market makers

    2   to use XRP in foreign currency transactions?

    3                   MS. ZORNBERG:  Objection.

    4                   MR. HECKER:  Objection.

04:11  5   BY MR. MOYE:

    6       Q.   Is that right?

    7                   MR. HECKER:  Foundation.

    8                   THE WITNESS:  My understanding is Ripple

    9          is still entering into deals with market

04:11 10          makers to support ODL liquidity.

   11   BY MR. MOYE:

   12       Q.   Do you have any sense, based on your time at

   13   Ripple or your knowledge of the company acquired since

   14   leaving, where the funding or the money to support ODL

04:11 15   transactions comes from?

   16       A.   Repeat the question.

   17       Q.   Yeah, where does Ripple get the money used to

   18   support these ODL transactions?  Through the use of XRP?

   19                   MR. HECKER:  Objection to form,

04:11 20          foundation.

   21                   THE WITNESS:  Ripple typically pays

   22          market makers in XRP.

   23   BY MR. MOYE:

   24       Q.   As far as you understand, is Ripple using,

04:12 25   then, its own company resources to pay market makers so

                                          236

```
04:12   1   these ODL transactions can happen using XRP?
        2                   MR. HECKER:  Objection to form.
        3                   THE WITNESS:  Ripple, yes, pays market
        4             makers to provide liquidity for ODL
04:12   5             transactions.
        6   BY MR. MOYE:
        7       Q.    Probably not phrasing this right.  Is Ripple
        8   paying market makers its own funds or is Ripple getting
        9   money from somewhere else from operations, from
04:12  10   customers that it can use to make these subsidiaries in
       11   payments?
       12                   MS. ZORNBERG:  Objection to form.
       13                   MR. HECKER:  Objection to form,
       14             foundation.
04:12  15                   THE WITNESS:  Ripple uses XRP from its
       16             own inventory to pay market makers to provide
       17             quotes for ODL.
       18   BY MR. MOYE:
       19       Q.    Okay.  Does Ripple provide market makers with
04:13  20   instructions about what they can do with the XRP that it
       21   pays them?  For instance, does it have restrictions or
       22   is it -- versus funding unrestricted?
       23       A.    To my knowledge, this funding is
       24   unrestricted.
04:13  25       Q.    Okay.  Let's move to another topic now.
                                                              237
```

| | | |
|---|---|---|
| 04:13 | 1 | Let's go to DS Exhibit 19. |
| | 2 | (Thereupon, a five-page e-mail chain |
| | 3 | dated 1/10/20, from Breanne Madigan to |
| | 4 | ████@ripple.com, Bates Nos. RPLI_SEC 0502500 |
| 04:13 | 5 | through 0502504 was introduced as DS Exhibit |
| | 6 | 19 for identification.) |
| | 7 | BY MR. MOYE: |
| | 8 | Q.    DS Exhibit 19 is a chain of e-mails, top one |
| | 9 | is from Breanne Madigan, sent on January 10th, 2020. |
| 04:14 | 10 | And I would like to direct you to, sort of, the bottom |
| | 11 | of the chain of e-mails.  So this is the bottom of |
| | 12 | page 2, top of page 3. |
| | 13 | So am I correct that you drafted a number of bullet |
| | 14 | points to describe the ODL XRP origination concerns? |
| 04:14 | 15 | A.    That's correct. |
| | 16 | Q.    By "concerns," do you mean issues or |
| | 17 | questions people have, or do you mean like the process |
| | 18 | itself? |
| | 19 | MS. ZORNBERG:  Object to form. |
| 04:14 | 20 | THE WITNESS:  Concerns with the program |
| | 21 | in general. |
| | 22 | BY MR. MOYE: |
| | 23 | Q.    Okay, and were these concerns that were |
| | 24 | raised at a meeting that you were a part of and you were |
| 04:15 | 25 | the one deputized or the one asked to step forward and |

238

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:15   1   create these bullet -- create these bullet points?

2       A.    I don't know that these were ever actually

3   delivered to the product team.

4       Q.    Fair enough.

04:15   5       But they were creating for the purpose of assisting

6   the product team with understanding the process?

7       A.    That's correct.   Drafted with the intention

8   of informing the product team the markets team's

9   concerns.

04:15 10       Q.    Got it.   All right.

11       So you have a bullet point at the top of page 3.

12   It begins with the words "However, we'd expect."   Do you

13   see that?

14       A.    Yep.

04:15 15       Q.    Can you read that bullet point, please?

16       A.    "However, we'd expect ODL XRP origination at

17   any significant scale to have a negative impact on XRP

18   price."

19       Q.    What did you mean when you wrote that?

04:16 20       A.    Should we clarify what "XRP origination" is?

21       Q.    Sure.   If that's helpful, please do so.

22       A.    Okay.   In a typical ODL order flow, a

23   customer funds an origination exchange with fiat

24   currency.   Let's say Bitstamp is the typical exchange

04:16 25   that you fund Bitstamp with U.S. dollars.   On Bitstamp's

239

04:16   1   open order book, that -- an ODL transaction purchased

2   XRP on the order book would move cross-border and at the

3   destination exchange, you would sell XRP, receiving the

4   destination currency.  XRP origination removed the

04:16   5   original exchange from the -- from the flow.

6        A customer would initiate a payment that would

7   leave essentially a commit-to-sell wallet, move across

8   the ledger and sell directly on the destination exchange

9   for the destination currency.  There was no

04:17 10   corresponding buy of XRP.

11        In a normal ODL transaction, the net XRP that is

12   introduced into the market is zero through the payment.

13   In XRP origination, the amount of XRP that is introduced

14   into the market is the size of the payment.

04:17 15       Q.    Okay.  Why does that have a negative impact

16   on XRP price?

17       A.    It is, essentially, a straight sell of XRP

18   into the market and introduction of fresh XRP supply

19   into the market.

04:18 20       Q.    Okay, can you go down to the next -- to one

21   of the following bullet points that begins "Programmatic

22   sales are done with"?

23       A.    "Programmatic sales are done with our

24   liquidators directed to minimize market impact, while

04:18 25   ODL XRP origination orders are effectively market sell

                                                      240

04:18   1    orders that aggressively hit the open order book."

        2        Q.    Is that a similar point that you were raising

        3    above?

        4        A.    Raising above?

04:18   5        Q.    About ODL XRP origination at any significant

        6    scale would have a negative impact on XRP price.

        7        A.    It is a different point.

        8        Q.    A different point?  Okay, and how --

        9        What is the final point you're making about "ODL

04:18  10    XRP may require Ripple to be considered a money

       11    transmitter"?

       12               (Pause.)

       13               THE WITNESS:  I don't recall what I meant

       14          by this.

04:19  15               MR. MOYE:  Okay.  Just a moment.  Let's

       16          look at DS Exhibit 20.

       17               (Thereupon, an informal discussion was

       18          held off the record.)

       19               (Thereupon, a three-page e-mail chain with

04:19  20          the top e-mail dated 1/13/20, from Dinuka

       21          Samarasinghe to Ron Will et al. was introduced

       22          as DS Exhibit 21 for identification.)

       23    BY MR. MOYE:

       24        Q.    Let's do DS Exhibit 21.  Mr. Samarasinghe,

04:20  25    what is DS Exhibit 21?

                                                              241

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:20  1                    (Pause.)

       2                    THE WITNESS:  It appears that the -- the

       3              draft bullet points that we had just been

       4              discussed were condensed, and before they were

04:20  5              shared with Asheesh, we shared with Ron Will.

       6    BY MR. MOYE:

       7         Q.   So same concepts, just significantly reduced?

       8         A.   Condensed.

       9         Q.   Okay, but this is still your own description

04:21 10    of the transaction -- the concerns about the

      11    transaction, correct?

      12         A.   That's correct.

      13         Q.   Okay, let's look at DS Exhibit 22.

      14                    (An informal discussion was held off the

04:21 15              record.)

      16                    (Thereupon, a 19-page document entitled

      17              "Ripple Liquidity ODL & Market Maker Overview +

      18              Outlook for 2020," bearing Bates Nos. RPLI_SEC

      19              050375 through 0503593 was introduced as DS

04:21 20              Exhibit 22 for identification.)

      21                    MR. MOYE:  For the record, DS Exhibit 22

      22              is a "Ripple XRP Liquidity ODL & Market Maker

      23              Overview Plus Outlook for 2020," and it's

      24              dated January of 2020.

      25

                                                              242

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:22    1   BY MR. MOYE:

         2        Q.    Are you familiar with this document?

         3              (Pause.)

         4              THE WITNESS:  Vaguely.

04:22    5   BY MR. MOYE:

         6        Q.    Were you part of the team that prepared this?

         7        A.    I -- I prepared portions of this.

         8        Q.    Okay, who else was involved in preparing

         9   this?

04:22   10        A.    Breanne Madigan,                .

        11        Q.    Why was this prepared or who was this

        12   prepared for?

        13        A.    I -- I do not recall.

        14        Q.    Do you think it was prepared for internal use

04:23   15   by Ripple or sharing it with someone outside?

        16              MR. HECKER:  Objection, foundation.

        17   BY MR. MOYE:

        18        Q.    You can answer.

        19        A.    I believe it was internal for Ripple.

04:23   20        Q.    Internal?  And would this be --

        21        Do you know whether this was shared with Ripple

        22   executives, senior executives?

        23              MS. ZORNBERG:  Object to form.

        24              THE WITNESS:  I don't recall.

        25

                                                              243
```

04:23  1   BY MR. MOYE:

       2       Q.   You don't recall?  Okay.

       3       Can you turn over to the page that says "Natural

       4   Liquidity Task Force"?

04:23  5               (Pause.)

       6   BY MR. MOYE:

       7       Q.   Let me know when you're there.

       8       A.   Yep.

       9       Q.   Do you see the sentence that says "Currently,

04:24 10   ODL national liquidity (blue, above) has been steadily

      11   growing in absolute terms, but is barely keeping pace

      12   with growing ODL volumes"?

      13       A.   Yes.

      14       Q.   Did you agree with that statement in this

04:24 15   report?

      16       A.   Yes.

      17       Q.   Did you have any part in creating or

      18   formulating or editing that statement?

      19       A.   I -- I don't recall.

04:24 20       Q.   Do you recall whether there's anything in

      21   this report in its final version that you disagreed with

      22   or were uncomfortable with?

      23               MR. HECKER:  If you need to review it,

      24           you can.

04:24 25               THE WITNESS:  Yeah, I would have to look

                                                               244

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:24    1              through the whole thing to see if I agree with
         2              it.
         3    BY MR. MOYE:
         4        Q.    That's not really fair, then.  I just meant,
04:24    5    did you have an independent recollection of this report
         6    and meetings about it and having any problems with what
         7    was in it or how it was presented?  I don't need you to
         8    read all the way through it.
         9                   MS. ZORNBERG:  Objection.
04:25   10                   THE WITNESS:  I don't recall.
        11    BY MR. MOYE:
        12        Q.    Okay.  At least, as you sit here today, you
        13    don't recall?
        14        A.    Yeah.
04:25   15        Q.    Okay.
        16                   MR. HECKER:  Same objection.
        17                   MS. ZORNBERG:  You need to give a verbal
        18              answer.
        19                   THE WITNESS:  I don't recall having any
04:25   20              objection.
        21                   MR. MOYE:  Fair enough.  Let's look at
        22              DS Exhibit 23.
        23                   (Pause.)
        24                   (Thereupon, a three-page e-mail dated
04:25   25              3/25/2020, from          @ripple.com to Slack
```

245

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:25    1              Retention] Ripple - : Private" et al., Bates
         2              Nos.  RPLI_SEC 0318645 through 0318647 was
         3              introduced as DS Exhibit 23 for identification.)
         4                   MR. MOYE:  DS Exhibit 23, for the record,
04:25    5              appears to be a series of Slack messages from
         6              ████████ @ripple.com, dated Wednesday, March 25,
         7              2020.
         8                   THE WITNESS:  Uh-huh.
         9    BY MR. MOYE:
04:26   10         Q.   And you were one of many recipients listed
        11    here.
        12         A.   Yes.
        13         Q.   Who is ████████ ?
        14         A.   ████████ ?
04:26   15         Q.   Yes.
        16         A.   He was one of the business development
        17    members of Ripple.  He was the primary relationship
        18    point with MoneyGram.
        19         Q.   Okay, so you're actually -- you're actually
04:26   20    making a number of these statements, and I don't want to
        21    ask you about all of them, but I did want to ask you
        22    about some of them.
        23         You can tell me if I -- if you think I'm wrong, but
        24    it appears to me there was some question about a
04:26   25    moneymaker running low on Filipino pesos and needing
```

                                                          246

| | | |
|---|---|---|
| 04:26 | 1 | some support -- some liquidity support? |
| | 2 | A.    Market maker. |
| | 3 | Q.    A market maker? |
| | 4 | A.    Yes.  The market maker was running out of |
| 04:27 | 5 | Filipino peso. |
| | 6 | Q.    Okay.  So please look down to the |
| | 7 | third-to-the-last message.  It begins "GSR apparently." |
| | 8 | What are you sharing with the team here and this message |
| | 9 | and the two that followup? |
| 04:27 | 10 | A.    Okay.  So -- so at this point, the amount of |
| | 11 | inventory that our market makers -- basically, I'm |
| | 12 | sharing that GSR has an additional Filipino peso that is |
| | 13 | available to be sent to the exchange, but it only winds |
| | 14 | up being roughly 6.6 hours of Filipino peso. |
| 04:27 | 15 | Q.    Okay.  Did this secret reserve turn out to be |
| | 16 | a benefit here, as far as you can tell? |
| | 17 | MS. ZORNBERG:  Objection inform. |
| | 18 | BY MR. MOYE: |
| | 19 | Q.    For the market maker? |
| 04:27 | 20 | A.    Not necessarily for the market maker, but for |
| | 21 | the product we had an additional six and a half hours |
| | 22 | before -- you know, six and a half hours' worth of |
| | 23 | normal flow that that could be supported. |
| | 24 | Q.    Okay.  Turn over to the second page, please. |
| 04:28 | 25 | Again, it looks like the last three comments are by you, |

247

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:28  1   although they're not the only comments you make on this

       2   page.

       3          I would like you to read out loud the comment that

       4   begins "We brought up with ▋▋▋ -- we brought up with

04:28  5   ▋▋▋." It's toward the bottom.

       6          A.    Yeah.   "We brought up with ▋▋▋ potentially

       7   having emergency funds at an exchange to deliver to

       8   market makers in case we are running low on working

       9   capital.   However, this needs to be done as a loan.

04:28 10   While compliance did does not have an issue with this,

      11   given the time frame in which this needs to be approve

      12   and sent out, we are, working through with the finance

      13   team how to operationalize this."

      14          Q.    Okay, was the subject of these messages, the

04:29 15   market maker running low, was this something that

      16   occurred with some frequency while you are at Ripple, or

      17   were these unusual occurrences?

      18          A.    It happened more than once, but it was

      19   unusual.

04:29 20          Q.    Okay, and did Ripple have to make any changes

      21   in order to address this problem such as making loans of

      22   emergency funds?

      23               (Pause.)

      24               THE WITNESS:   I don't believe so.

      25

                                                              248

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:29  1    BY MR. MOYE:

       2         Q.    Did you suggest Ripple having emergency funds

       3    in exchange to deliver to market makers when needed?

       4         A.    That was -- that was an issue that

04:29  5    Breanne Madigan had raised.

       6         Q.    Okay, did you agree that should be done or

       7    did you -- were you against that suggestion?

       8         A.    I was not for that suggestion.

       9         Q.    Why did you object to it?

04:30 10              MR. HECKER:  Objection to form.

      11              THE WITNESS:  I thought the simplest

      12         method was to increase the working capital

      13         being provided to the market makers so they

      14         had an additional buffer for -- in case a wire

04:30 15         failed or there was exogenous flow that they

      16         needed to support.

      17    BY MR. MOYE:

      18         Q.    Okay, and was -- was the solution that you

      19    preferred ever implemented?

04:30 20         A.    Not directly.

      21         Q.    Okay, let's go to DS Exhibit 24.

      22              (Pause.)

      23              (Thereupon, a two-page e-mail dated

      24         3/26/2020, from Dinuka Samarasinghe to

04:30 25              █████     et al., Bates Nos. RPLI_SEC 0492574

                                                                   249

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:30    1          through 0492575 was introduced as DS Exhibit 24
         2          for identification.)
         3   BY MR. MOYE:
         4       Q.    Okay, for the record, DS Exhibit 24 appears
04:31    5   to be a message sent by you on March 26, 2020, to
         6   [        ]  and a number of other individuals.
         7   Subject, "XRP sales."
         8       Do you see that?
         9       A.    Yes.
04:31   10       Q.    Visually, there's a lot going on here.
        11   There's a lot of numbers and almost every line has a
        12   bullet point, so I'll do the best I can to direct you.
        13   But I'm interested in asking you about Section No. 2,
        14   [            ]  sales; and No. 3, [   ] sales.
04:31   15       A.    Uh-huh.
        16       Q.    Okay?  So what are you communicating in
        17   Section 2 about [          ]  sales?
        18          (Pause.)
        19          THE WITNESS:  I am communicating to this
04:32   20          team that [            ] purchased different
        21          tranches of XRP of fairly, you know, large
        22          size and directly monetized that -- directly
        23          monetized their discount by selling into the
        24          market.
        25
                                                              250
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 04:32 | 1 | BY MR. MOYE: |
| | 2 | Q.    So this was one of the things we discussed |
| | 3 | before, correct? |
| | 4 | A.    That is correct. |
| 04:32 | 5 | Q.    Okay, was the issue with ████████████ |
| | 6 | already over and solved by this time, or is this like a |
| | 7 | real-time description of an issue you're having with |
| | 8 | ████████████? |
| | 9 | A.    This -- my understanding is that Ripple |
| 04:33 | 10 | stopped funding ██████████ due to a belief that |
| | 11 | they violated the spirit of that deal. |
| | 12 | Q.    Okay, and then Section 3, talking about ██ |
| | 13 | A.    Uh-huh. |
| | 14 | Q.    I believe that's another issue we talked |
| 04:33 | 15 | about before? |
| | 16 | A.    That's correct. |
| | 17 | Q.    And was this issue already over and resolved |
| | 18 | by the time you wrote this e-mail, or was this one that |
| | 19 | was close in time and had just been addressed? |
| 04:33 | 20 | A.    I mean, this -- this had been addressed by -- |
| | 21 | at this point. |
| | 22 | Q.    Okay.  Are you saying anything in your e-mail |
| | 23 | about how the ████████████ sales and the ███ sales |
| | 24 | were accounted for by Ripple? |
| 04:33 | 25 | MS. ZORNBERG:  Objection. |
| | | 251 |

```
04:33    1   BY MR. MOYE:
         2        Q.    For instance, whether they were OTC sales or
         3   something else?
         4                  MS. ZORNBERG:  Objection.
04:33    5                  MR. HECKER:  Objection to the form.
         6                  THE WITNESS:  I do not believe so.
         7   BY MR. MOYE:
         8        Q.    Okay, and was everything that was in this
         9   update correct at the time you wrote it, as far as you
04:34   10   know?
        11        A.    As far as I know.
        12        Q.    Okay, let's look at DS Exhibit 25.
        13                  (Thereupon, a two-page e-mail chain with
        14             the top e-mail dated 3/29/2020, from Dinuka
04:34   15             Samarasinghe to               et al., Bates Nos.
        16             RPLI_SEC 0479912 through 0479913 was introduced
        17             as DS Exhibit 25 for identification.)
        18                  MR. MOYE:  So for the record,
        19             DS Exhibit 25 is a series of messages, and the
04:34   20             top message from Dinuka Samarasinghe on
        21             March 29th, 2020, to               and several
        22             other individuals.  The subject is "XRP sales
        23             impact analysis."
        24   BY MR. MOYE:
04:34   25        Q.    So Mr. Samarasinghe, am I correct that part
```

252

| | | |
|---|---|---|
| 04:35 | 1 | of this exhibit that you wrote is at the very top, and |
| | 2 | then the other parts were principally drafted by the |
| | 3 | other individuals on this e-mail chain? |
| | 4 | (Pause.) |
| 04:35 | 5 | THE WITNESS:  That's my understanding, |
| | 6 | yeah. |
| | 7 | BY MR. MOYE: |
| | 8 | Q.    Okay.  What I would like to ask you is: |
| | 9 | On the second page, in the series of numbered |
| 04:35 | 10 | paragraphs, are the responses by you that have been |
| | 11 | typed into some of these paragraphs, so issues raised |
| | 12 | ██████████ -- when you wrote your reply -- |
| | 13 | Do you see at the bottom you said "A few thoughts |
| | 14 | inline below"? |
| 04:35 | 15 | (Pause.) |
| | 16 | BY MR. MOYE: |
| | 17 | Q.    Are any of the portions of the numbered |
| | 18 | paragraphs, 1 through 6, written by you?  Just let me |
| | 19 | ask you about a few sentences, okay, and you can tell me |
| 04:36 | 20 | whether you think it's drafted by you or not. |
| | 21 | In paragraph No. 2, did you write any part of this, |
| | 22 | including the sentence that begins "Past sales" or "It's |
| | 23 | kind of like a snowball effect"? |
| | 24 | A.    No, I did not. |
| 04:36 | 25 | Q.    Okay.  Do you recognize whether those are |

253

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:36   1    inline comments created by someone else?

        2         A.    I have no way of telling.

        3         Q.    Okay.  Did you write any part of paragraph 3

        4    as a comment on something that someone else had written,

04:36   5    including "While I have long hoped that Ripple would

        6    restrict"?

        7                (Pause.)

        8                THE WITNESS:  I don't -- I don't know,

        9           offhand.

04:37  10    BY MR. MOYE:

       11         Q.    Okay, could be, could not be, you don't know

       12    one way or the other?

       13         A.    I -- it appears that there was a change of

       14    tone and language, starting with "While."

04:37  15         Q.    Okay, all right.  Let's move on to

       16    paragraph 4.  Same question here.  Is there any part of

       17    paragraph 4 that you wrote as a comment, including but

       18    not limited to, the phrase "This has long been a fear of

       19    Miguel and mine"?

04:37  20                (Pause.)

       21                THE WITNESS:  Yeah.  I mean, these

       22           gentleman and ███ did not have much

       23           interaction with Miguel, so I don't know that

       24           they would have a shared fear.

       25
```

                                                                    254

04:38  1  BY MR. MOYE:

2        Q.    Okay, so this -- you think this is likely

3  part of a comment that you inserted here?

4        A.    It's likely, yes.

04:38  5        Q.    Okay, so if you can't be sure about whether

6  it was, let me just ask you if there's anything about

7  paragraph 4 you grow or disagree with?  So the first

8  sentence, "We found little correlation with XRP price

9  and the performance of the XRP/BTC ratio under different

04:38 10  selling pressures."

11        In March of 2020, do you remember whether you would

12  have agreed or disagreed with that statement?

13                MS. ZORNBERG:  Objection.

14                THE WITNESS:  Could you repeat your

04:38 15        question?

16  BY MR. MOYE:

17        Q.    Let me just give you the substance of it.

18        Do you agree or disagree -- as of March 2020, do

19  you think you agreed or disagreed with the observation

04:39 20  that the performance of XRP and BTC ratio -- actually,

21  that's a terrible question.  I apologize for that.  Let

22  me ask you a different one.

23        How about agree or disagree with this statement:

24        A large amount of XRP sold at a low price, could

04:39 25  push XRP "over a cliff"?

255

```
04:39   1                    (Pause.)

        2                    THE WITNESS:  I believe that I would have

        3              held that opinion.

        4    BY MR. MOYE:

04:39   5         Q.    Okay, same period of time, March 2020.  Would

        6    you have agreed with this statement:

        7         It appears that maybe selling Ripple now might

        8    actually be the proverbial straw that broke the camel's

        9    back three months down the road when XRP is lurching

04:39  10    lower in a negative macro environment"?

       11                    MS. ZORNBERG:  Objection.

       12                    (Pause.)

       13                    THE WITNESS:  Yes, I believe I would have

       14              shared that opinion in March of 2020.

04:40  15    BY MR. MOYE:

       16         Q.    So even if you didn't type it out, you think

       17    you would have shared that opinion?

       18         A.    Yes.

       19         Q.    Okay, and how about the next sentence?  "XRP

04:40  20    might become a downhill boulder which is impossible to

       21    stop without buying XRP."

       22                    MS. ZORNBERG:  Objection.

       23    BY MR. MOYE:

       24         Q.    You can answer.

04:40  25         A.    In March of 2020, I would have believed that
```

256

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
04:40   1   statement.
        2        Q.   Okay.
        3             MS. ZORNBERG:  Sorry?
        4             THE WITNESS:  I would have believed that
04:40   5        statement.
        6   BY MR. MOYE:
        7        Q.   All right.  Let's put DS Exhibit 25 aside.
        8   Let's look at 26.
        9             MR. HECKER:  Is there no Bates on this?
04:41  10             MR. MOYE:  Actually, there's not.
       11             THE WITNESS:  No what?
       12             MR. HECKER:  No stamp on it.
       13             (Pause.)
       14             MS. ZORNBERG:  Can you make a proffer on
04:41  15        the source of the document?
       16             MR. MOYE:  Unfortunately, I'm not the guy
       17        to ask.  We'll try.  Okay?
       18             (Thereupon, one-page e-mail dated
       19        4/8/2020, from              to Breanne
04:41  20        Madigan et al., "Subject:  Bitso Update" was
       21        introduced as DS Exhibit 26 for
       22        identification.)
       23   BY MR. MOYE:
       24        Q.   So let's look at this un-Bates document, what
04:41  25   we've marked as DS Exhibit 26, sent on Wednesday,
```

257

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 04:41 | 1 | April 8, 2020.  "Subject:  Bitso Update," from |
| | 2 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to several individuals at a |
| | 3 | Ripple, including yourself. |
| | 4 | So I would like to ask you about the third |
| 04:42 | 5 | paragraph in this message, the one that begins with "One |
| | 6 | favor I would like to ask of you." |
| | 7 | A.    Uh-huh. |
| | 8 | Q.    Without reading the paragraph into the |
| | 9 | record, could you summarize it?  What exactly is the |
| 04:42 | 10 | request here from ▇▇▇▇▇▇▇? |
| | 11 | A.    Well, ▇▇▇▇▇▇▇ is asking that Ripple |
| | 12 | provide data to compare the relative share of volume |
| | 13 | captured by different market makers on different |
| | 14 | corridors. |
| 04:42 | 15 | Q.    Okay.  So specifically the last sentence, |
| | 16 | what is he -- |
| | 17 | What is he saying there or what problem or issue is |
| | 18 | he trying to avoid? |
| | 19 | MR. HECKER:  The last sentence of the |
| 04:42 | 20 | third paragraph? |
| | 21 | MR. MOYE:  Yes. |
| | 22 | MS. ZORNBERG:  Object to form. |
| | 23 | MR. HECKER:  I object -- I also object to |
| | 24 | the form of the question. |
| | 25 | |

258

```
04:43    1  BY MR. MOYE:
         2       Q.    Okay.  If you can tell --
         3       Can you tell what problem or issue he is trying to
         4  avoid, if he's able to get the data that he's requested
04:43    5  from Ripple?
         6                 MR. HECKER:  Same objection.
         7  BY MR. MOYE:
         8       Q.    You can answer.
         9                 (Pause.)
04:44   10                 THE WITNESS:  Okay.  Sorry.
        11                 I think discussed earlier how part of the
        12                 initial deals for ODL market makers was to try
        13                 to generate national liquidity.
        14                 Part of the way we did this was to have
04:44   15                 market makers calculate essentially a
        16                 reference price.  You know, I think we talked
        17                 about a reference price for Dollar MX, right,
        18                 using the intra-bank rate or published by
        19
04:44   20                 Now, the rate for XRP MXN was
        21                 triangulated or calculated by the reference
        22                 price, so they would take the USD MXN price
        23                 given by, say,            , multiplied it by the
        24                 XRP USD price on the reference exchange for
04:45   25                 that pair, and they would come up with an XRP
```

259

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:45  1         MXN price that is essentially giving buy rate

     2         derived from the intra-bank rate.

     3            One of the ways we would grow natural

     4         liquidity is to ensure that the market makers

04:45  5         did not quote too tight in the order books,

     6         ultimately allowing for -- so ODL orders would

     7         be essentially aggressive orders going into

     8         that market and we wanted to leave room for

     9         market participants to step in front of our

04:45 10         market makers to grow liquidity on the order

    11         books, natural liquidity in a sustainable

    12         fashion to intercept those orders.

    13 BY MR. MOYE:

    14     Q.   Okay.

04:45 15     A.   So in this case, ███████████ believed they

    16 were quoting at as tight as we prescribed them the -- on

    17 the open order books, but they believed the other market

    18 maker was essentially tighter than them and capturing --

    19 and leaving them with a very low share on that order

04:46 20 book.

    21         MR. MOYE:  Okay.  Thank you.

    22         For the record, we believe that this

    23         document was produced by ██████████, and the

    24         e-mail is SEC_███████E-0047964.

04:46 25         (Thereupon, an eight-page e-mail chain

                                         260

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:46 1        with the top e-mail dated 4/15/20, from Dinuka

2        Samarasinghe to ███████ et al. was introduced

3        as DS Exhibit 27 for identification.)

4  BY MR. MOYE:

04:46 5     Q.   Let's look at DS Exhibit 27.  For the record,

6  DS Exhibit 27 is a message from

7  ██████████████████ Ripple.com sent April 15th, 2020 to

8  █████████ Ripple.com.  "Subject:  XRP correlation

9  plots - Invitation to edit."

04:47 10    So am I correct this message includes not just one

11  but a whole series of analyses that you performed for

12  █████████?

13     A.   Yes, sir.

14     Q.   Okay, and in general, what is the focus or

04:47 15  the -- or the thing that you were asked to study, the

16  Ripple that you were asked to compare?

17     A.   In general, it's not necessarily a

18  comparison.  ███████ wanted a crash course on XRP.

19     Q.   They are called "correlation plots," right?

04:48 20     A.   Yes.  So if you see certainly do XRP 60-day

21  correlation with Bitcoin and a top cryptos later.

22     Q.   Okay, so the first --

23    The first plot in correlation with Bitcoin and a

24  second plot is the 60-day correlation versus other top

04:48 25  cryptos, right?

261

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:48  1         A.    Correct.

       2         Q.    Would that include Bitcoin or not?

       3         A.    I believe so.

       4         Q.    All right.  At the time you prepared this and

04:48  5    sent it to            did you think your analysis was

       6    correct?

       7         A.    Yes.

       8         Q.    Did you think it was helpful to her

       9    understanding or was this something she didn't really

04:48 10    need to be concerned about?

      11              MR. HECKER:  Objection to form.

      12              THE WITNESS:  She appeared to have

      13         appreciated it.

      14    BY MR. MOYE:

04:49 15         Q.    And what was her role within Ripple at this

      16    time?

      17         A.    She had moved from being a board member to

      18    being a special adviser to Brad Garlinghouse.

      19         Q.    Okay.  So did you view your information to

04:49 20    her as being background or things that would also inform

      21    Mr. Garlinghouse?

      22         A.    I did not necessarily consider it

      23    informational to Brad.  I felt it was more bringing

      24    up to speed.

04:49 25         Q.    Okay.  All right.  Let's look at

                                                              262

```
04:49   1   DS Exhibit 28.
        2                  (Thereupon, a four-page e-mail chain with
        3           top e-mail dated 5/29/2020, from ████████
        4           ████████ et al. was introduced as DS Exhibit
04:49   5           28 for identification.)
        6   BY MR. MOYE:
        7       Q.    So this is several pages of messages, but the
        8   only e-mail I'm asking you about is the one on the first
        9   page, the one you sent to ████████████████
04:50  10       So, for the record, DS Exhibit 28 is a copy of a
       11   message from Dinuka Samarasinghe dated May 29th, 2020 to
       12   ████████████████ and several other individuals at Ripple.
       13   "Subject, XRP inflation stats - error?"
       14       Are you familiar with this e-mail?
04:50  15       A.    Yes.
       16       Q.    Okay.  Can you tell me generally what your
       17   purpose was or what you were hoping to communicate in
       18   sending this e-mail?
       19       A.    There was a report by ████████ [phonetic],
04:50  20   which is a -- it's a website that produces data and
       21   analysis on the digital asset markets they were claiming
       22   that XRP's inflation rate was significantly higher than
       23   that of other top digital assets.
       24       The communications team, the Comms team wanted to
04:51  25   discuss that with the market team to craft -- to
```

263

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:51   1    potentially craft a response.

  2      Q.    So the information you're providing you

  3    thought might be used for a public response on behalf of

  4    Ripple?

04:51   5      A.    No.    The information I provided was to

  6    educate the comms team how at least I viewed XRP

  7    inflation rate.

  8      Q.    Okay.    We've talked about XRP inflation rate

  9    before.

04:52 10      Can you tell me what is meant by your first bullet

11    point, the sales numbers that Ripple reported for Q1 are

12    at a      percent discount?

13      A.    In historical markets reports, quarterly

14    markets reports, Ripple provided XRP sales announced in

04:52 15    U.S. dollars.    Historically, I believe that had been a

16    decent proxy of XRP that was distributed into the

17    market, given they were programmatic and without a

18    discount.    Or, in the case of, say,

19    not -- still a decent-sized discount, but not a

04:52 20      percent discount.

21      Q.    Okay. All right.

22      A.    My point here is the sales numbers that

23    Ripple continue -- that -- that -- the sales numbers

24    that Ripple reported were still in USD amounts, but they

04:53 25    were no longer what I believed to be a good proxy of the

264

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:53   1   XRP that was introduced into the market.

2        Q.    Is another way of saying that that you

3   thought the numbers Ripple was reporting were not

4   accurate?

04:53   5                MR. HECKER:  Objection to form,

6                mischaracterizes his testimony.

7                THE WITNESS:  No, I -- the sales numbers

8                were accurate.  I --

9                I believe they were not a good

04:53   10               representation of the XRP that was introduced

11               into the market.

12  BY MR. MOYE:

13       Q.    Okay.  So the second bullet point:

14       "These reports are not counting just XRP sales from

04:53   15  Ripple, but all XRP distributions from Ripple and its

16  founders and they do not count what is currently held by

17  founders, option holders, early investors, etc. as part

18  of the free float."  What do you mean by that?

19       A.    This goes back to how do you actually

04:53   20  calculate inflation rate for XRP.  Now, you could count

21  it as, say -- you could imply it as you could from

22            ██████████  data that XRP's inflation rate is just

23  that which leaves Ripple's inventory.

24            ███████  would calculate it differently, counting

04:54   25  distributions from founders, foundations, early

265

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

04:54  1    investors and -- and Ripple. ████████ calculation

       2    included -- ██████ calculation did not include

       3    founders as part of circulating supply, so any

       4    distribution from founders would have been considered

04:54  5    part of the inflation rate --

       6         Q.    Okay.

       7         A.    -- under ██████ calculation.

       8         Q.    And then the third bullet point says "While

       9    we can push back on the sales numbers."

04:54 10         Whose sales numbers are you referring to there?

      11         A.    Ripple XRP sales numbers.

      12         Q.    Okay.  "Our sales numbers are not a good

      13    proxy from XRP put into the market by Ripple.  On

      14    pushing back on sales numbers, we are at risk at

04:55 15    damaging our credibility."

      16         Who is the "we" you're referring to there?  Is it

      17    Ripple itself or the sales -- the XRP markets team

      18    within Ripple?

      19         A.    It's if --

04:55 20         It's basically if the communications team pushes

      21    back on the sales numbers as reported by that, I felt

      22    that could be damaging to Ripple's creditability.

      23              (Thereupon, a thirteen-page document

      24         entitled "XRP-O Supply Concerns," Bates Nos.

04:55 25         RPLI_SEC 0301743 through 0301755 was introduced

                                                              266