```
04:55    1              as DS Exhibit 29 for identification.)

         2    BY MR. MOYE:

         3        Q.    All right.  Let's look at DS Exhibit 29.

         4              THE WITNESS:  Do you mind if I have a

04:56    5         bathroom break?

         6              MR. MOYE:  Sure.  Let's take a break.

         7              THE VIDEOGRAPHER:  This will conclude

         8         Video 4 in the deposition of

         9         Dinuka Samarasinghe.

04:56   10              We're going off the record at 4:56 p.m.,

        11         June 9th, 2021.

        12              (Recess taken at 4:56 p.m.)

        13              (Resumed at 5:03 p.m.)

        14              THE VIDEOGRAPHER:  This is the beginning

05:03   15         of Video No. 5 in the deposition of

        16         Dinuka Samarasinghe.

        17              We are on the record at 5:03 p.m.,

        18         June 9th, 2021.

        19    BY MR. MOYE:

05:03   20        Q.    Mr. Samarasinghe, could you please take a

        21    look at what's been marked as DS Exhibit 29?

        22        A.    Yes, sir.

        23        Q.    Do you recognize it?

        24              (Pause.)

05:04   25              THE WITNESS:  I have a vague recollection
```

267

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:04   1            of this.
        2   BY MR. MOYE:
        3        Q.    Okay, so for the record, this is a document
        4   entitled "XRP-O Supply Concerns."
05:04   5        There's no dates that you can see on the first
        6   couple of pages.  Were you -- do you know who created
        7   this report?
        8        A.    If I recall correctly, it was Breanne -- a
        9   combination of Breanne Madigan,            and
05:04  10
       11        Q.    Okay.  Were you involved in the editing or
       12   review of this report at all?
       13        A.    I don't recall.
       14        Q.    Okay.  Do you know who this was prepared for?
05:05  15        A.    I don't know.
       16        Q.    And do you know whether it was presented to
       17   anyone?
       18        A.    I believe it was presented.
       19        Q.    Okay.  Do you know who it was presented to?
05:05  20        A.    I do not.
       21        Q.    All right.  Let's open up to the first page,
       22   the one that says "Three Potential Narratives."
       23        Do you know what is meant by these different
       24   narratives?  Are these competing narratives within
05:05  25   Ripple or is this three independent things that are all
```

268

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:05   1    potentially true?

  2        A.      These are competing narratives.

  3        Q.      Okay, and it indicates:

  4    "For the purpose of the presentation," the

05:05   5    assumption -- the operating assumption will be Narrative

  6    3, right?

  7            MS. ZORNBERG: Objection.

  8    BY MR. MOYE:

  9        Q.      Is that what it says?

05:06 10        A.      Yes. The last line says:

  11    "For the purposes of this presentation, we will

  12    assume Narrative 3 while we continue to investigate

  13    further."

  14        Q.      All right, so let's just go to the executive

05:06 15    summary. I -- I understand your answers may come with a

  16    caveat that you didn't write this and you weren't at the

  17    meeting when it was presented, so let me just ask you if

  18    in --

  19            MR. HECKER: I think he said he doesn't

05:06 20            know if it was presented.

  21            MR. MOYE: All right.

  22    BY MR. MOYE:

  23        Q.      You don't know if it was presented, but you

  24    certainly weren't at any meeting when it was presented?

05:06 25        A.      Correct.

                 269

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

05:06   1      Q.    Okay.   So let's just look at the executive

2   summary page.

3      While you were employed at Ripple, would you have

4   agreed with the statement in the first bullet point that

05:06   5   "XRP began underperforming BTC since the BTC halving in

6   early May -- and underperformance has accelerated with

7   the launch of XRP-O"?

8      A.    I would have agreed with that statement.

9      Q.    Okay.   While you were at Ripple, would you

05:07 10   have agreed with the second bullet point, that "XRP

11   selling via XRP-O has led to negative pressure on XRP"?

12      A.    I would have agreed with that statement as

13   well.

14      Q.    And would you agree with the third bullet

05:07 15   point, "Market -- Financial/Markets teams have been

16   focused on a number of supply limiting tactics"?

17          (Pause.)

18          THE WITNESS:   I don't know what "focused"

19         means here in this context, but we certainly

05:07 20         had been discussing supply limiting.

21   BY MR. MOYE:

22      Q.    You had been exploring supply limiting

23   tactics?

24      A.    Yes.

05:07 25      Q.    While you were at XRP, do you know whether

270

05:07   1   Ripple had implemented any supply-limiting tactics?

        2                   MS. ZORNBERG:  Objection.

        3                   MR. HECKER:  Objection to form.  You said

        4               "XRP."

05:08   5                   MR. MOYE:  Okay.  I'm sorry.

        6                   It's getting to be a long day for

        7               everybody.  Let me try this again.

        8   BY MR. MOYE:

        9       Q.      While you were at Ripple, do you know whether

05:08  10   any of the supply-limiting tactics that had been

       11   discussed had actually been implemented by Ripple?

       12       A.      Yes.

       13       Q.      What had been implemented by Ripple?

       14       A.      XRP purchases in the open market.

05:08  15       Q.      Okay.  So while you were at Ripple, would you

       16   have agreed with the last bullet point, that XRP-O

       17   repurchasing could directly dampen the effects of XRP-O

       18   selling?

       19       A.      I would have believed that statement, yes.

05:08  20       Q.      Okay.  Let's turn over to the next page.

       21   There's a number of bullet points here.  I want to ask

       22   you about the last one.

       23           While you were at Ripple, would you have agreed

       24   with the following statement?  "There is evidence that

05:08  25   XRP underperform mansion may be due to increased

                                                                    271

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

05:09  1  supply."

2        A.   I would have agreed with that statement.

3        Q.   And let's turn over a few pages to the slide

4  or page that says "Currency XRP supply reduction

05:09  5  tactics."

6       Without asking you to read the slide, the question

7  is:  While you were at Ripple, were you aware of certain

8  supply reduction tactics that Ripple was implementing

9  that were not visible to market players but more behind

05:09 10  the scenes?

11         (Pause.)

12         THE WITNESS:  I recall there were efforts

13            to do -- to -- or at least discussions about

14            this.

05:10 15  BY MR. MOYE:

16        Q.   Okay.  Turn over the recommendation page,

17  please, the one that says "Recommendation, XRP

18  buybacks."

19       While you were at Ripple, do you know whether

05:10 20  Ripple employees ever made a recommendation that to

21  begin XRP buybacks and limit XRP-O supply?

22       So again, not merely as a discussion, but as a

23  formal recommendation?

24         MS. ZORNBERG:  Object to form.

05:10 25         THE WITNESS:  Yes, I believe that

272

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:10   1              happened, yes.
        2   BY MR. MOYE:
        3       Q.    Okay, and what was the result of those
        4   recommendations, as far as you knew?
05:10   5       A.    The result was Ripple partnered with a market
        6   maker to conduct open market purchases of XRP.
        7       Q.    Those would be the buybacks, then?
        8       A.    Correct.
        9       Q.    Okay.  Did it also limit the supply of XRP-O?
05:11  10       A.    I don't recall.
       11       Q.    Okay.  All right.  Put aside DS Exhibit 29.
       12              (Thereupon, a four-page e-mail dated
       13          6/24/2020, from ████████ @ripple.com to
       14          ████ @ripple.com et al., Bates RPLI_SEC 0504550
05:11  15          through 0504553 was introduced as DS Exhibit 30
       16          for identification.)
       17   BY MR. MOYE:
       18       Q.    Let's look at DS Exhibit 30.  For the record,
       19   DS Exhibit 30 appears to be a series of messages on
05:11  20   slack retention sent June 24th, 2020 by Mr. Samarasinghe
       21   to a number of individuals at Ripple.
       22       Okay.  First question is:  Do you know whether
       23   these messages had anything -- are they related at all
       24   to the DS Exhibit 29, the deck that we just looked at?
05:12  25              MR. HECKER:  Objection to form.
                                                              273
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:12 1                    MR. MOYE:  I will try to ask it

      2           differently.

      3    BY MR. MOYE:

      4        Q.    Do any of these messages from you in

05:12 5    DS Exhibit 30 appear to be edits or comments that you

      6    made when you reviewed DS Exhibit 29 at Ripple?

      7        A.    I believe that's correct.

      8        Q.    Okay, and do you know whether these comments

      9    were made before DS Exhibit 29 was finalized or whether

05:12 10   they were -- whether you were looking at a final report?

      11       A.    I don't -- I don't recall.

      12       Q.    Okay.  Please look at the third message down.

      13   Did you send a message:

      14       "So, seems like CL/BG are concerned about XRP

05:13 15   underperformance since XRP started"?

      16       A.    Question mark, yes.

      17       Q.    Okay.  If you go down to about the middle of

      18   the page, there's a statement by you:

      19       "The problem here is there's no offset buy of XRP

05:13 20   anywhere."  Do you see that?

      21       A.    Yes.

      22       Q.    Is that a statement you made?

      23       A.    Yes, it is.

      24       Q.    Could you explain that, provide a little

05:13 25   context?  What is it you were trying to communicate at

                                                              274

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 05:13    | 1  | this point?                                                  |
|          | 2  | A.    I think we had discussed the difference               |
|          | 3  | between ODL and XRP origination or the XRP origination      |
|          | 4  | subset of ODL.                                              |
| 05:13    | 5  | Regular ODL had an open market buy of XRP at the --         |
|          | 6  | at the origination exchange and XRP-O did not.  It was      |
|          | 7  | purely a sale of XRP into the open market.                  |
|          | 8  | Q.    So one increased the supply and the other did         |
|          | 9  | not?                                                        |
| 05:14    | 10 | A.    Correct.                                              |
|          | 11 | Q.    All right.  Could you go down to the                  |
|          | 12 | third-to-last comment, which reads:                         |
|          | 13 | "But, then it again has zero economic benefit to           |
|          | 14 | Ripple and still only introduces supply."  Do you see       |
| 05:14    | 15 | that?                                                       |
|          | 16 | A.    Yes.                                                  |
|          | 17 | Q.    Can you explain or provide some context as to         |
|          | 18 | what you meant by that comment?                             |
|          | 19 | (Pause.)                                                    |
| 05:15    | 20 | THE WITNESS:  Okay.  I -- I was                             |
|          | 21 | expressing a concern that with XRP                          |
|          | 22 | origination, Ripple would sell XRP into the                 |
|          | 23 | market, achieve tax base of on that amount of               |
|          | 24 | XRP.  So let's say it was $100 of XRP                       |
| 05:15    | 25 | introduced into the market.                                 |

275

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:15 1    Let's say Ripple had incurred basis of

2    20 percent.  Ripple would then have $80 to buy

3    back XRP.  If Ripple used the full $80 it had

4    post-tax burden, post-basis, it would have

05:16 5    zero economic benefit to Ripple and still

6    increase supply by essentially the amount

7    attached.

8 BY MR. MOYE:

9   Q. So it couldn't buy back the full amount; is

05:16 10 that what you were saying?

11   A. That was my concern.

12   Q. Okay, and the second-to-last statement:

13   "I've been told to keep my head down about this, so

14 I don't want to keep on about this."  What are you

05:16 15 referring to there?

16   A. I was a vocal opponent within Ripple to XRP

17 origination and ... essentially scolded to get on the

18 same page as everybody else.

19   Q. To get on board?

05:16 20   A. Yep.

21   Q. Okay, and who do you think --

22   What was your impression who had the biggest

23 problem with your concerns or objections about XRP

24 origination?

05:16 25    MR. HECKER:  Object to the form of the

                     276

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:16   1              question.
        2   BY MR. MOYE:
        3        Q.    If you know?
        4        A.    Asheesh Birla.
05:17   5        Q.    Asheesh Birla?  Okay.  Anyone else?
        6        A.    I recall comments from ███████████, also on
        7   the product team.
        8        Q.    Okay.  Was it your impression that
        9   Ms. Madigan shared your concerns or you think she merely
05:17  10   heard your concerns and continued on with whatever she
       11   needed to do?
       12              MR. HECKER:  Objection to form.
       13              THE WITNESS:  I don't know.
       14   BY MR. MOYE:
05:17  15        Q.    Okay.  So I know you're making a general
       16   point.  What do you recall about why you were scolded or
       17   disagreed with or reprimanded about your comments about
       18   XRP-O?
       19        What was the objection that Mr. Birla or others had
05:17  20   to your comments?
       21              MS. ZORNBERG:  Objection.
       22   BY MR. MOYE:
       23        Q.    As far as you know?
       24        A.    It was communicated to me that XRP
05:18  25   origination was approved at the highest levels and that
```

                                                                    277

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:18   1  we were going to do it.
        2      Q.    Okay.  Would it be fair to say that at least
        3  as far as you knew, that was the program, but you didn't
        4  know whether anyone had actually considered or addressed
05:18   5  your specific objections?
        6              MS. ZORNBERG:  Objection,
        7           mischaracterizes his prior statements today.
        8              (Thereupon, an informal discussion was
        9           held off the record.)
05:18  10              THE WITNESS:  Could you restate the
       11           question?
       12  BY MR. MOYE:
       13      Q.    Yeah.  Without characterizing anything you
       14  said previously, I'm asking you a different question.
05:18  15      Was it your impression that your objections were
       16  not being considered and fairly responded to?
       17              MS. ZORNBERG:  Objection.
       18              THE WITNESS:  I have no idea whether or
       19           not my objections were considered.
05:19  20  BY MR. MOYE:
       21      Q.    No one came to you and said, "We've done a
       22  different calculation, and it looks like you're wrong";
       23  is that correct?
       24              MS. ZORNBERG:  Objection.
05:19  25              THE WITNESS:  Correct.
```

                                                              278

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:19  1  BY MR. MOYE:

      2      Q.   All right.  Can you turn to the second page,

      3  please?  So towards the bottom of second page, there's

      4  some comments, it looks like, from Ms. Madigan, and then

05:19  5  you respond.  You have the next four responses.

      6      Can you tell me what your -- what you -- what your

      7  responses to Ms. Madigan were?  What is it you were

      8  trying to communicate?

      9          MR. HECKER:  I'm sorry.  Which -- which

05:19 10      one --

     11  BY MR. MOYE:

     12      Q.   Page 2:  "I don't get why Bitso" and ending

     13  with "they are just selling elsewhere."

     14      A.   Yeah, so why -- I was questioning the need to

05:20 15  buy back on Bitso.  The MXRP and order book XRP

     16  origination, right, is we were essentially selling --

     17  XRP origination payment, essentially sold XRP to market

     18  makers we had on those order books to resell the -- to

     19  basically source local fiat.

05:20 20      Again, on that exchange they had to take that XRP,

     21  move it across ledger, sell that XRP for U.S. dollars

     22  and then do a foreign exchange rate conversion using the

     23  traditional rails to deposit back MXN on Bitso.  Bitso

     24  had much lower liquidity than other order books.

05:21 25      In my opinion, the selling pressure was happening

                                                            279

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:21  1  elsewhere, not on Bitso.  Purchasing back on Bitso would

2  have just cost more, because it's much, much, much less

3  liquid exchange.  You would have to cross a much larger

4  spread.

05:21  5      The liquidity on the order book was much less.  You

6  would have to go through the order book to buy -- you

7  know, anywhere close to that.  That was being sold via

8  ODL.

9      Q.    Among your colleagues at Ripple, who do you

05:21 10  think had the best understanding about how markets

11  worked?  In your own opinion, of course.

12      A.    Miguel Vias.

13      Q.    Anyone else?

14          (Pause.)

05:22 15  BY MR. MOYE:

16      Q.    You have to say "yes" or "no."

17      A.    I don't think Miguel -- I don't think anybody

18  else on that team had markets knowledge like

19  Miguel Vias.

05:22 20      Q.    Besides Mr. Vias, do you think your other

21  colleagues at Ripple had as much knowledge about the

22  markets as you did?

23          MS. ZORNBERG:  Objection.

24          THE WITNESS:  I had a long trading

05:22 25      history.  Ripple was primarily staffed by

280

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:22  1              software people and -- you know.  There were a
       2              few other people with markets experience.
       3   BY MR. MOYE:
       4       Q.    Okay.  Looking back now, did any of the
05:22  5   things that at Ripple you thought were concerns that you
       6   tried to raise objections to or tried to implement
       7   changes -- did any of those changes end upcoming to pass
       8   in the way you feared or the way you predicted?
       9              MS. ZORNBERG:  Objection to the form.
05:23 10              MR. HECKER:  Objection to the form.
      11   BY MR. MOYE:
      12       Q.    You can answer.
      13       A.    I think the markets team did a good job in
      14   terms of neutralizing the biggest threats.
05:23 15       Q.    Okay.  Let's look at DS Exhibit 31.
      16              (Thereupon, one-page e-mail dated
      17              8/25/2020, from Dinuka Samarasinghe to
      18              ███████████@ripple.com was introduced as DS
      19              Exhibit 31 for identification.)
05:23 20              MR. MOYE:  For the record, DS Exhibit 31
      21              is a one-page exhibit, a one-page document.
      22              It's a message from Mr. Samarasinghe, sent on
      23              August 25th, 2020 to ███████████@ripple.com.
      24              "Subject:  Q3 XRP Narrative."
05:24 25   BY MR. MOYE:
                                                                   281
```

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:24    1          Q.    This appears to be a portion of a comment
         2   document or a single document that was made, and can
         3   you --
         4          Just looking at the first -- can you look at the
05:24    5   comment after you've had a chance to look at them and
         6   let me know that you've done that?
         7                (Pause.)
         8                THE WITNESS:  Yep.
         9   BY MR. MOYE:
05:25   10          Q.    Okay.  In the second paragraph or second
        11   portion of your comment, what is it you're trying to
        12   communicate there?
        13                MS. ZORNBERG:  Just for clarity, is it
        14           the paragraph that starts "I.E. as in
05:25   15           increasing share"?
        16                MR. MOYE:  Yes, it is.  Thank you.
        17                THE WITNESS:  I think that paragraph
        18           essentially mirrors the demand case for XRP in
        19           the eyes of Miguel Vias and myself.
05:25   20   BY MR. MOYE:
        21          Q.    Okay.  This is another phrasing of
        22   conversations or discussions that you'd had within
        23   Ripple from time to time?
        24                MS. ZORNBERG:  Objection to form.
05:25   25                THE WITNESS:  Within Ripple, certainly
```

282

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:25   1              between Miguel and myself.  I don't know that
        2              it was necessarily discussed or understood
        3              broader.
        4   BY MR. MOYE:
05:25   5       Q.    Okay.  You sent this message to Ms. Madigan.
        6   Does that mean Mr. Vias was gone by that time?
        7       A.    I believe so, yes.
        8       Q.    As you look at second part of the comment,
        9   the paragraph that you just looked at, is there anything
05:26  10   in there that you now disagree with or have come to
       11   think is incorrect?
       12              MS. ZORNBERG:  Objection.
       13              THE WITNESS:  Yes.
       14   BY MR. MOYE:
05:26  15       Q.    What?
       16       A.    You know, I think this kind of goes towards
       17   my objection of the architecture of ODL using unreliable
       18   third-party exchanges in destination countries.
       19       I found it very hard to believe that liquidity
05:26  20   would aggregate for XRP in these -- you know, in
       21   essentially low quality exchanges in third world
       22   countries.
       23       Q.    By "liquidity," do you mean natural
       24   liquidity?
05:26  25       A.    Natural liquidity, yes.
```

                                                              283

| | | |
|---|---|---|
| 05:27 | 1 | Q.    All right.  Well, how is that different or |
| | 2 | how is that a disagreement with what you've said here? |
| | 3 | A.    You know, it's actually -- I don't know that |
| | 4 | IT'S disagreement with what I have there.  I mean, at |
| 05:27 | 5 | this point, I had been -- |
| | 6 | Along with a member of the Icelandic engineering |
| | 7 | team, we had been proposing the building of essentially |
| | 8 | an XRP-centric foreign exchange -- FX exchange. |
| | 9 | Q.    Okay.  All right.  We can put DS Exhibit 31 |
| 05:27 | 10 | aside.  Let's look at DS Exhibit 32. |
| | 11 | (Thereupon, a two-page e-mail dated |
| | 12 | 11/21/2020, from ▮▮▮▮▮ @ripple.com to |
| | 13 | ▮▮▮▮▮ @ripple.com, Bates Nos. RPLI_SEC 0318653 |
| | 14 | through 03180318654 was introduced as DS |
| 05:27 | 15 | Exhibit 32 for identification.) |
| | 16 | BY MR. MOYE: |
| | 17 | Q.    Okay.  You can take a minute to look over |
| | 18 | this -- this document.  For the record, DS Exhibit 32 is |
| | 19 | a two-page document. |
| 05:28 | 20 | This message is from ▮▮▮▮▮ @ripple.com, sent |
| | 21 | Saturday, November 21, 2020.  It's a set of slack |
| | 22 | messages to a number of individuals, including |
| | 23 | Mr. Samarasinghe. |
| | 24 | (Pause.) |
| | 25 | |

284

```
05:28   1   BY THE WITNESS:
        2        Q.   At the bottom of first page -- toward the
        3   bottom, there's a comment by ████████████        I'm
        4   probably saying that wrong.  What's the proper
05:29   5   pronunciation?
        6        A.   I don't actually know. ████████████  I
        7   don't know.
        8        Q.   Okay.  Let's call him ████████
        9        A.   Okay. ████████
05:29  10        Q.   Is that his first name?
       11        A.   Yes, sir.
       12        Q.   ████████████ s comment is "Likely that market
       13   makers" -- it says:
       14        Guys, got a quick question on what this means for
05:29  15   you.  Likely that market makers will ask to drawdown
       16   more of their lease.  What was our termination fee for
       17   contract set at?  If we close to delta one now, should
       18   we be looking to hedge our downside?"
       19        Then ████████████ responds:
05:29  20        "Great questions," he asks you,
       21   "████████ @ripple."  Do you see that?
       22        A.   Yes.
       23        Q.   Okay.  So starting on the second page where
       24   you have actual messages written out, what is it that
05:30  25   you're telling him?
```

285

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:30  1        What is it you think this movement in price -- what

       2   implications will that have for market makers and a

       3   potential drawdowns of their leases?

       4              MS. ZORNBERG:  Objection to form.

05:30  5              (Pause.)

       6              THE WITNESS:  The -- okay, so the --

       7              I mentioned there was an initial set of

       8              ODL contracts following &#9608;&#9608;&#9608;&#9608; arrival and

       9              sort of her team negotiated different market

05:30 10              maker contracts with ODL market makers.

      11              The compensation for those market makers

      12              was in the form of -- the previous

      13              compensation had been in the form of a fixed

      14              fee and a variable fee supported with an XRP

05:31 15              lease and a USD loan.

      16              The subsequent contracts negotiated with

      17              &#9608;&#9608;&#9608;&#9608; team and the market makers -- there was

      18              a -- a termination fee which had a payout

      19              based on the price of XRP at the end of the

05:31 20              deal and essentially the price at the

      21              beginning of the deal.

      22              So as the price moved higher, the payout

      23              to the market makers increased, assuming at

      24              the end of the -- the deal -- so essentially,

05:31 25              the delta of the termination fee increased as

                                                              286

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| 05:31 | 1 | you approached the -- you know, as the price |
| | 2 | went up. |
| | 3 | BY THE WITNESS: |
| | 4 | Q. It got more expensive for Ripple? |
| 05:31 | 5 | A. Yes. |
| | 6 | Q. Okay. So in the middle of the page, you say: |
| | 7 | "The market making contracts for ODL have the |
| | 8 | termination fee as part of their compensation. I don't |
| | 9 | know that product is taking that into consideration." |
| 05:32 | 10 | So that's what you believed at the time, that the |
| | 11 | Ripple products team is not understanding the costs to |
| | 12 | Ripple that are likely to be incurred with some when |
| | 13 | some of these market makers terminate their agreements? |
| | 14 | A. It's not necessarily when the market makers |
| 05:32 | 15 | terminate. It's when the contract matures. |
| | 16 | Q. Okay, and then ⬛⬛⬛⬛⬛ says: |
| | 17 | "Assuming the rally continues, looks like we |
| | 18 | continue to lose more. Have we generally thought about |
| | 19 | hedging that exposure?" |
| 05:32 | 20 | And what's your response there? |
| | 21 | A. "I don't believe that Ripple ever considered |
| | 22 | hedging the risk of the termination fee." |
| | 23 | Q. Okay, and you mentioned ⬛⬛ team. So at |
| | 24 | this point, what is ⬛⬛ team? Is this ⬛⬛⬛⬛ |
| 05:33 | 25 | A. This is ⬛⬛⬛. |

287

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:33  1        At this point,        team was aggressive in terms
       2   of -- I believe they had already formed their own entity
       3   called        which was spinning off to do digital asset
       4   trading themselves.
05:33  5               (Thereupon, a two-page e-mail dated
       6          11/21/2020, from        @ripple.com to
       7          @ripple.com et al., Bates Nos. RPLI_SEC
       8          0504585 through 0504586 was introduced as DS
       9          Exhibit 33 for identification.)
05:33 10   BY MR. MOYE:
      11       Q.   Okay.  All right.  Let's look at
      12   DS Exhibit 33.
      13               (Pause.)
      14               MR. MOYE:  For the record, these are some
05:33 15          more -- a printout of some more slack messages
      16          from        @ripple.com, dated 11/21/2020 to
      17          a number of individuals, including Mr.
      18          Samarasinghe.
      19   BY MR. MOYE:
05:34 20       Q.   It looks like after the initial request for
      21   information, most of these messages are from you, so
      22   please take a moment and look them over and let me know
      23   when you have done that.
      24               (Pause.)
      25
                                                          288
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:35   1    BY MR. MOYE:
        2         Q.   Okay.  Are you ready?
        3         A.   Uh-huh.
        4         Q.   Okay.  On November 21, 2020, what was
05:35   5    happening with              ?
        6         A.   The termination fee in their contract had a
        7    max XRP price of              If you're looking at what
        8    they stood to make, it was at the --
        9         Let's say XRP finished above           .
05:35  10                       max payoff would be sort of essentially
       11    candidate at          ,  right?
       12         Q.   Okay.
       13         A.   However, if you're trying to delta hedge this
       14    option -- I don't think any of our market makers were
05:35  15    [inaudible] the structure, right?  They essentially
       16    delta hedged it to essentially monetize it.
       17         Q.   For the record, what do you mean when you use
       18    the term "delta hedge"?
       19         A.   You know, a payout with a certain strike and
05:36  20    an ending price -- you know, at a certain price at T
       21    plus X has essentially a Black-Scholes price at time T.
       22         Q.   Okay.  Trying to minimize losses?
       23         A.   No.  You're essentially trying to lock in the
       24    value of -- you know, this termination fee as opposed to
05:36  25    just hoping it by chance -- you know, it finishes in the
                                                                    289
```

05:36   1    money --

        2        Q.    Okay.

        3        A.    -- okay?  But ████████████ was less

        4    experienced with -- with options than, say, GSR and they

05:37   5    did not correctly -- you know, hedge their position and

        6    they were really worried that -- you know.

        7        If -- you know, XRP finished above ████████ their

        8    hedging was incorrect and they would consider to start

        9    buying back XRP, which was now over ██████████ --

05:37  10        Q.    Uh-huh.

       11        A.    -- and so if it was over ████████ and they

       12    were short ██████████ it's at least $████████ worth

       13    of fully funded capital that they would need to have to

       14    essentially buy in the market, and they did not -- they

05:37  15    did not have those funds.  They were really worried that

       16    they would go under.

       17        Q.    So what was their -- what was their best

       18    option, as you saw it?

       19        A.    Essentially purchase a call option from a

05:37  20    derivatives -- an entity that offered a derivative that

       21    could offset this -- this risk.

       22        Q.    Okay, and do you know what they ended up

       23    doing?

       24        A.    They were able to hedge this position.  I

05:38  25    forget how.

                                                              290

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:38   1        I think they found essentially a taker for that
        2   and -- you know, it also did not, at the end of the
        3   contract, finish above ▮▮▮▮▮▮
        4        Q.   Okay.  Was their option purchase through GSR,
05:38   5   as far as you know?
        6        A.   I -- I don't recall.
        7             MR. MOYE:  Okay.  Can you give me two
        8        minutes with my colleagues?  We may be done,
        9        here.
05:38  10             THE VIDEOGRAPHER:  We are off the record.
       11        The time is 5:38 p.m.
       12             (Recess taken at 5:38 p.m.)
       13             (Resumed at 5:40 p.m.)
       14             THE VIDEOGRAPHER:  We are on the record.
05:40  15        The time is 5:40 p.m.
       16             MR. MOYE:  Mr. Samarasinghe, thank you
       17        for your time today.  That's all the questions
       18        we have for you.
       19             Of course, other attorneys have an
05:40  20        opportunity, if they wish, to ask you
       21        questions.  But that's all I have for you now.
       22             THE WITNESS:  Thank you, sir.
       23             MS. ZORNBERG:  I do have some questions.
       24             (Thereupon, an informal discussion was
05:40  25        held off the record.)
```

                                                        291

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:40   1                    THE VIDEOGRAPHER:  We are off the record.
        2            The time is 5:40 p.m.
        3                (Recess taken at 5:40 p.m.)
        4                (Resumed at 5:41 p.m.)
05:41   5                    THE VIDEOGRAPHER:  We are back on the
        6            record.  The time is 5:41 p.m.
        7
        8                    CROSS-EXAMINATION
        9                BY MS. ZORNBERG:
05:42  10
       11        Q.    Mr. Samarasinghe, I just have a few minutes
       12    of questions for you.  Thank you for your patience
       13    today.  I know it's been a long day.
       14        In your view, what has been the greatest driver of
05:42  15    XRP price?
       16        A.    Interest in Bitcoin and other digital assets.
       17        Q.    And again, over the last few years, have
       18    digital assets been highly correlated to each other?
       19                    MR. MOYE:  Objection, foundation.
05:42  20                    THE WITNESS:  Yes, I believe there's a
       21            high degree of correlation amongst digital
       22            assets.
       23    BY MS. ZORNBERG:
       24        Q.    In your experience, does interest in one
05:42  25    digital asset tend to drive interest in another?
```

292

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:42    1                    MR. MOYE:  Same objection.
         2                    THE WITNESS:  Typically.
         3    BY MS. ZORNBERG:
         4         Q.    Generally, in your view, is it Ripple's
05:42    5    efforts that drive XRP's price or is it other market
         6    forces?
         7                    MR. MOYE:  Calls for a legal conclusion.
         8                    THE WITNESS:  Again, I think the biggest
         9              driver of XRP price has probably been Bitcoin
05:43   10              and other digital assets.
        11    BY MS. ZORNBERG:
        12         Q.    And when you say, "other digital assets,"
        13    would you include ether in that category?
        14         A.    I would.
05:43   15         Q.    I want to ask you a few questions about going
        16    back to 2017, when you joined Ripple.  At the time you
        17    joined Ripple, did you believe in its vision of building
        18    Internet of value?
        19         A.    I did.
05:43   20         Q.    What did the term "Internet of value" mean to
        21    you or what did you understand it to mean?
        22         A.    I -- I don't know that I had a concrete idea
        23    of what would happen, but I -- I thought -- you know,
        24    the idea if value could move like information does
05:44   25    today -- that could have very interesting consequences.
```
                                                                  293

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:44   1        So, for example, if you were selling a product,
        2   right, you and -- you could essentially have bidders --
        3   and I don't know, Malaysia -- who would be able to buy
        4   your product, they would pay in whatever Malaysian
05:44   5   currency that is, you should be able to receive in USD
        6   instantaneous or nearly instantaneous.
        7        For General Motors, if you sell a car in Europe, in
        8   general, you don't necessarily have to batch that huge
        9   amount, do a large FX conversion with -- you know, like
05:44  10   a Goldman Sachs, then -- you know, you could use a
       11   traditional rails.  You could perhaps do that via
       12   something like -- you know, some digital asset at the
       13   point of sale.
       14        Q.    Were there features of XRP that you believed
05:44  15   lent XRP to that type of use in cross-border payments
       16   and transfers?
       17        A.    XRP is relatively fast and very clean,
       18   especially compared to digital -- to Bitcoin and Ether.
       19        Q.    Did those features make you optimistic about
05:45  20   the product Ripple sought to build using XRP?
       21        A.    They did.
       22        Q.    I want to ask you some questions about ODL.
       23        You've testified today that some of your
       24   responsibilities while at Ripple included ensuring
05:45  25   liquidity for the ODL product; is that right?
```

294

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:45 1    A.    That's correct.

2    Q.    And in going about doing that, you perceived

3 ODL and Ripple's efforts with respect to ODL as the

4 building of a real product?

05:45 5              MR. MOYE:  Object to form, leading.

6              THE WITNESS:  I did believe ODL could be

7         a real product.

8 BY MS. ZORNBERG:

9    Q.    Is it fair to say you're a hard-working

05:46 10 person?

11    A.    I believe so.

12    Q.    Is it fair to say that you worked while

13 employed at Ripple very hard and in earnest to do your

14 part to build the ODL product?

05:46 15    A.    I believe that's a fair character --

16 characterization.

17    Q.    Were there other people at Ripple during the

18 time you were there who worked in earnest to execute on

19 that Internet of value vision in building out a viable

05:46 20 product?

21              MR. MOYE:  Objection, foundation, calls

22         for speculation.

23              THE WITNESS:  I recall working with a lot

24         of people who worked earnestly to -- to build

05:46 25         towards this vision.

295

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:46    1   BY MS. ZORNBERG:
         2       Q.    You've testified already that you were not on
         3   the product team for ODL.  Do you know whether the
         4   products team encouraged its customers to use the ODL
05:47    5   product?
         6       A.    I don't know.
         7       Q.    Okay, so let's leave that and move on.
         8       Now, there's been some testimony today that in 2020
         9   you had some disagreements -- maybe one, maybe more than
05:47   10   one -- with Ripple management on the execution strategy
        11   for ODL.  Is that a fair characterization?
        12       A.    I -- I believe you could characterize it by
        13   saying I disagreed with some of the strategy for ODL,
        14   yes.
05:47   15       Q.    And that was the strategy for execution, for
        16   how to build the product?
        17       A.    Sure.
        18       Q.    That's a different issue from whether XRP
        19   itself and building of ODL is an innovative use of
05:48   20   blockchain technology?
        21              MR. MOYE:  Objection, form,
        22          argumentative.
        23              MS. ZORNBERG:  Let me rephrase.  Let me
        24          rephrase.
        25
```

296

05:48  1    BY MS. ZORNBERG:

       2        Q.    Your disagreement on execution strategy did

       3    not undermine your view that there was potential in the

       4    building of an ODL product?

05:48  5                  MR. MOYE:  Object to form.

       6    BY MS. ZORNBERG:

       7        Q.    Is that fair?

       8        Q.    Repeat the question?

       9        Q.    Okay.  Whether or not you disagreed with

05:48  10   management on how best to execute the vision for

       11   building ODL, it didn't change your view that XRP is

       12   faster, cheaper, innovative and had characteristics that

       13   could lead to promising innovation?

       14                  MR. MOYE:  Objection, compound, leading.

05:48  15                  THE WITNESS:  Yes.  Regardless of the

       16            execution of ODL, XRP is still fast and cheap.

       17   BY MS. ZORNBERG:

       18       Q.    So, for example, in terms of disagreement on

       19   execution, there were some within Ripple who supported

05:49  20   an XRP-O, XRP origination program for ODL and there

       21   were -- and you, in contrast, were a vocal opponent of

       22   that approach; is that fair?

       23       A.    Yep.

       24       Q.    Did you ever hear that ODL customers wanted

05:49  25   the XRP-O program?

                                                              297

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:49   1        A.    Not to my recollection.
        2        Q.    Okay.  That would have been outside your
        3   purview, perhaps?
        4        A.    I was not somebody who spoke to many
05:49   5   potential customers.
        6        Q.    And I just want to confirm.  So if --
        7        If ODL customers loved the XRP-O program, is that
        8   wouldn't be something that you might have known?
        9             MR. MOYE:  Objection, assumes facts not
05:50  10        in evidence.
       11             THE WITNESS:  I don't know that I would
       12        have become aware of that.
       13   BY MS. ZORNBERG:
       14        Q.    Okay.  Your focus was on liquidity and the
05:50  15   markers, not on the customer demand side of things?
       16        A.    That's correct.
       17             (Pause.)
       18   BY MS. ZORNBERG:
       19        Q.    Okay.  Turning to a different subject, you've
05:50  20   testified today at several points in time that Ripple
       21   sought to have minimal impact on the XRP market when it
       22   programmatically sold XRP.
       23        Do you recall testifying --
       24        A.    Yes.
05:50  25        Q.    -- to that effect?
```

                                                              298

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:50   1          A.      I do.

        2          Q.      Why was that a goal of Ripple?

        3          A.      We felt that minimizing mark impact of sales

        4    would have -- you know.

05:50   5          You're essentially trying to minimize the damage

        6    occurring to the market, trying to protect them the best

        7    you can while still -- you know, trying to raise revenue

        8    for operations.

        9          Q.      So was --

05:51  10          Was the goal of Ripple to sell XRP while being a

       11    constructive participant in the market?

       12                  MR. MOYE:  Objection, leading.

       13                  MS. ZORNBERG:  I will rephrase.

       14    BY MS. ZORNBERG:

05:51  15          Q.      How did Ripple accomplish its goal of having

       16    minimal impact on the market when selling

       17    programmatically?

       18          A.      So Ripple worked with the market makers to

       19    construct algorithms that attempted to minimize selling

05:51  20    pressure on the market as they sold.

       21          So, for example, using a very small portion of

       22    orders that removed liquidity and attempted to have the

       23    large majority of the orders adding liquidity in the

       24    markets -- you know, not having large visible size that

05:52  25    might scare off other market participants, essentially

                                                                299

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:52  1   having a relatively small order sizes that got executed
       2   in the -- in -- across a global network of -- of
       3   changes.
       4       Q.    So part of the goal was to spread out the
05:52  5   sales across a number of exchanges?
       6       A.    That's correct.
       7       Q.    Was part of the goal intended to boost
       8   liquidity without unintentionally damaging the market?
       9             MR. MOYE:  Objection, calls for
05:52 10             speculation.
      11             THE WITNESS:  I wouldn't characterize
      12             programmatic sales techniques -- you know,
      13             trying to minimize market impact -- wouldn't
      14             characterize that as --
05:52 15   BY MS. ZORNBERG:
      16       Q.    Okay.  Those are two separate things?
      17       A.    That's correct.
      18       Q.    But separately, Ripple had the goal of
      19   enhancing liquidity for the ODL product --
05:52 20             MR. MOYE:  Objection, leading.
      21   BY MS. ZORNBERG:
      22       Q.    -- is that right?
      23             MR. MOYE:  Same objection.
      24             THE WITNESS:  Yes.
      25
```

300

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
05:52   1   BY MS. ZORNBERG:
        2       Q.   As a separate issue from the programmatic
        3   sales?
        4       A.   Yes, ripple had a goal of increasing
05:53   5   liquidity for ODL.
        6       Q.   Okay.  There was some testimony today about a
        7   period of time in 2020 when Ripple purchased XRP on the
        8   secondary market, and I think          referred to it
        9   as "buybacks."
05:53  10       Do you recall that.
       11       A.   I do recall that.
       12       Q.   Okay.  When the term "buybacks" was used in
       13   the testimony today, does that mean Ripple purchased XRP
       14   in the open market?
05:53  15       A.   Ripple partnered with a market maker to use
       16   algorithms to purchase XRP on a set of digital asset
       17   exchanges.
       18       Q.   Okay, and Ripple disclosed in its quarterly
       19   market reports that it had purchased XRP on the open
05:53  20   market, correct?
       21           MR. MOYE:  Objection, foundation and
       22       leading.
       23           THE WITNESS:  I believe it did.
       24   BY MS. ZORNBERG:
05:54  25       Q.   Okay.  I would like to ask you a few
                                                          301
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

05:54 1   questions now about OTC sales, over-the-counter sales.

2       You testified earlier today that Ripple undertook

3   OTC sales in order to contribute to building XRP

4   liquidity for its products, right?

05:54 5      A.    Correct, or building XRP liquidity.

6      Q.    Which would -- which would also help ODL to

7   succeed?

8      A.    Correct.

9      Q.    After master agreements were set up with OTC

05:54 10   purchasers, was it the OTC purchaser who came to Ripple

11   wanting to purchase XRP or was it Ripple going out and

12   actively soliciting sales?

13          MR. MOYE:  Objection, foundation.

14          THE WITNESS:  The OTC brokers would

05:55 15          approach Ripple, typically asking for a price

16          for a given size of XRP.

17   BY MS. ZORNBERG:

18      Q.    So it was the brokers who initiated?

19      A.    That is correct.

05:55 20      Q.    Is that --

21       In every case that you can recall, was it the OTC

22   broker who contacted Ripple to purchase XRP to initiate

23   the -- that transaction?

24      A.    So OTC sales moved from essentially a

05:55 25   bilateral -- you know -- you know, communication -- you

302

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

05:55    1    know, we asked to confirm to commit to sell, in which

2    case the commit-to-sell orders were characterized as OTC

3    sales, because they essentially went to the same --

4    largely the same counterparties.

05:55    5         Commit to sell just required the count party to

6    essentially withdraw from a segregated wallet, so in

7    essence, they initiated the -- the order, but in that

8    case, they didn't contact original for it.

9         Q.    They could just do it?

05:56   10         A.    They just did it.

11         Q.    They initiated it and they did it?

12         A.    Exactly.

13         Q.    Okay.   When you worked at                          --

14         Switching subjects now, when you worked at

05:56   15         as a market maker for Ripple, did Ripple ever

16    make promises to                  that XRP's price would go

17    up?

18         A.    Not to my recollection.

19         Q.    In the three plus years that you worked at

05:56   20    Ripple, did you ever promise an OTC purchaser that XRP's

21    price would go up?

22         A.    No.

23         Q.    To your knowledge, did anyone else at Ripple

24    ever promise to an OTC purchaser that XRP's price would

05:56   25    go up?

303

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:56   1        A.     Not to my knowledge.
        2        Q.     Did you ever make promises to any market
        3   makers that Ripple could increase XRP's price?
        4        A.     No.
05:57   5        Q.     Are you aware of anyone else at Ripple making
        6   such promises?
        7        A.     I'm not aware of anyone else.
        8        Q.     You -- you were asked many questions today
        9   about whether certain events or things that Ripple did
05:57  10   or didn't do would be good or bad for XRP holders.
       11        Do you recall being asked a lot of questions in
       12   that nature?
       13        A.     Uh-huh.
       14        Q.     In your time working for Ripple, did you ever
05:57  15   make promises to retail XRP buyers or retail XRP holders
       16   that Ripple could increase XRP's price?
       17        A.     No.
       18        Q.     Are you aware of anyone at Ripple making such
       19   promises to retail buyers of XRP?
05:57  20        A.     No.
       21        Q.     Has Ripple, to your knowledge, ever promised
       22   anyone that it would create an XRP trading market?
       23               MR. MOYE:  Objection, foundation.
       24               THE WITNESS:  An XRP -- could you repeat
05:58  25          your question?
```

304

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
05:58   1                    MS. ZORNBERG:  I'll withdraw the question
        2            and move on.
        3                    (Thereupon, an informal discussion was
        4            held off the record.)
05:58   5                    MS. ZORNBERG:  Almost done, here.
        6    BY MS. ZORNBERG:
        7        Q.    You were asked some questions today earlier
        8    about Ripple's quarterly mark reports, right?
        9        A.    Yes.
05:58  10        Q.    And I believe you --
       11        You said that they were part of an effort by Ripple
       12    to provide transparency to the market.  Let me ask you
       13    this:
       14        Are you aware of any other actor in the crypto
05:58  15    space that puts out on a regular basis -- besides
       16    Ripple -- detailed information about its holdings or
       17    sales in digital assets?
       18        A.    Not to my knowledge.
       19        Q.    Are you aware of any other actor besides
05:59  20    Ripple in the crypto space that releases quarterly
       21    reports?
       22        A.    Not to my knowledge.
       23        Q.    How about the Ethereum Foundation?  Do they
       24    do that?
05:59  25        A.    Not to my knowledge.
```

305

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

05:59 1    Q.    How about Consensus?  Do they do that?

2    A.    Not to my knowledge.

3    Q.    How about the Bitcoin Foundation?  Do they do

4    that?

05:59 5    A.    Not to my knowledge.

6    Q.    At one point in your testimony today, you

7    were asked about a change that you recommended to your

8    colleagues about how Ripple should present XRP sales or

9    supply data in quarterly market reports, right?

05:59 10   A.    (Nodding).

11   Q.    And I believe you testified that you

12   recommended that it be changed but, in fact, the

13   Ripple's quarterly market reports continued to report

14   XRP sales data in the manner it had consistently done in

06:00 15   the past; is that right?

16   A.    That's correct.

17   Q.    Is that an example on how reasonable minds

18   could differ on how to present data?

19            MR. MOYE:  Objection, argumentative.

06:00 20           THE WITNESS:  Possibly.

21            (Pause.)

22   BY MS. ZORNBERG:

23   Q.    In the time that you worked at Ripple, did

24   you receive any directive to drive up short-term XRP

06:00 25   price?

306

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

06:00　1　　　A.　　No.

　　　2　　　Q.　　Are you aware of any such Ripple initiative?

　　　3　　　A.　　No, I am not aware.

　　　4　　　Q.　　Okay.  I know that you're --

06:00　5　　　You testified that you're currently working at GSR.

　　　6　　Is it fair to say that by the spring of 2020, you were

　　　7　　contemplating leaving Ripple?

　　　8　　　A.　　That is fair.

　　　9　　　Q.　　And by around September 2020 you were in

06:01 10　discussions with GSR to move over to GSR, right?

　　　11　　　A.　　That's fair, yep.

　　　12　　　Q.　　Was Brad Garlinghouse supportive of your

　　　13　　plans to move to GSR?

　　　14　　　A.　　Yes, he was.

06:01 15　　　Q.　　You were asked a number of questions today

　　　16　　about what's good or bad for XRP holders.

　　　17　　　Mr. Samarasinghe, do you purport to speak for all

　　　18　　XRP holders and what they prefer?

　　　19　　　A.　　I do not.

06:01 20　　　Q.　　There's one exhibit I want to -- I want to

　　　21　　call your attention to and ask you about.  It's

　　　22　　DS Exhibit 7, if you might just pull that one out.

　　　23　　　　　(Pause.)

　　　24　　BY MS. ZORNBERG:

06:02 25　　　Q.　　Okay, so you were asked a number of questions

　　　　　　　　　　　　　　　　　　　　　　307

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
06:02  1    about an e-mail, DS Exhibit 7, that you sent, dated
       2    November 2nd, 2017 to Miguel Vias, providing some brief
       3    assessment on GDAX and how it might apply to XRP.  Is
       4    that a fair characterization?
06:03  5         A.   Uh-huh.
       6              (Thereupon, an informal discussion was
       7           held off the record with the shorthand
       8           reporter.)
       9              THE WITNESS:  Yes.
06:03 10    BY MS. ZORNBERG:
      11         Q.   At the time you sent this e-mail in early
      12    November 2017, approximately how long were you with
      13    Ripple at that point?
      14         A.   Less than five months.
06:03 15         Q.   And that was your first non-trading job,
      16    right?
      17         A.   That is correct.
      18         Q.   Had you ever been asked to prepare an
      19    analysis of this type regarding listing requirements for
06:03 20    digital assets?
      21         A.   I had not.
      22         Q.   You testified earlier that while you were
      23    asked to comment or did comment on decentralization,
      24    you're not an expert on decentralization; is that right?
06:03 25         A.   That's correct.
```

308

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
06:03   1          Q.    You weren't an expert in 2017, right?
        2                 MR. MOYE:  Objection, leading.
        3                 THE WITNESS:  Correct, I was not an
        4          expert in 2017.
06:03   5   BY MS. ZORNBERG:
        6          Q.    Do you consider yourself an expert on the
        7   term "decentralization" today?
        8          A.    I do not.
        9          Q.    Do you know whether there is an accepted or
06:04  10   uniform understanding of what "decentralization" means
       11   with respect to digital assets?
       12                 MR. MOYE:  Objection, foundation.
       13                 THE WITNESS:  Not to my knowledge.
       14   BY MS. ZORNBERG:
06:04  15          Q.    Okay.  You testified earlier that you're
       16   not -- in 2017, you were not an expert on validators and
       17   validation for hedges; is that right?
       18          A.    That is correct.
       19          Q.    As you sit here today, do you consider
06:04  20   yourself an expert?
       21          A.    I do not.
       22          Q.    Okay.  So in 2017, when Miguel Vias asked you
       23   to prepare this analysis, did you at that time consult
       24   with David Schwartz?
06:04  25          A.    I did not.
```

309

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

06:04 1     Q.    Did you consult with Arthur Britto?

2     A.    I do not recall.

3     Q.    And this is a pretty short analysis about a

4 one-sentence point.  Did you consult with anyone at

06:04 5 Ripple in preparing these responses?

6     A.    I don't believe I did.

7     Q.    Did you spend a lot of time on this?

8     A.    I don't recall.

9     Q.    Did Coinbase later list XRP?

06:05 10     A.    It did.

11     Q.    So to the extent -- by the way, do you know

12 whether Coinbase applied its GDAX criteria at the time

13 it listed XRP?

14     A.    I do not.

06:05 15     Q.    If it did, would it be a fair assumption that

16 someone at Coinbase concluded that XRP was fine under

17 its criteria to list --

18          MR. MOYE:  Objection.

19 BY MS. ZORNBERG:

06:05 20     Q.    -- whatever its criteria were at the time it

21 listed it?

22          MR. MOYE:  Objection, foundation, and

23       calls for speculation.

24          MS. ZORNBERG:  Let me rephrase it in a

06:05 25       simplified way.

310

```
06:05   1   BY MS. ZORNBERG:
        2       Q.    At the time that Coinbase listed XRP, would
        3   it be a fair assumption that Coinbase determined it was
        4   okay to list it?
06:05   5              MR. MOYE:  Objection, foundation.
        6              THE WITNESS:  I believe that's a fair
        7          assumption.
        8   BY MS. ZORNBERG:
        9       Q.    Okay.  Do you have any --
06:05  10       I'm turning subjects, now.  Do you have any
       11   knowledge of specific wash trades occurring in XRP?
       12       A.    Not to my knowledge.
       13       Q.    Do you have any knowledge of Ripple at any
       14   time encouraging wash trades in XRP?
06:06  15       A.    Not to my knowledge.
       16       Q.    Last subject that I wanted to ask you about.
       17   There was some testimony and questions about loans of
       18   XRP to market makers.
       19       Was the purpose of those loans to increase
06:06  20   liquidity in aid of the ODL product?
       21       A.    Not -- not the initial loans, no.  The
       22   initial loans were to increase liquidity for XRP.
       23       Q.    Which, in turn, helped with the rollout of
       24   the ODL product?
06:06  25              MR. MOYE:  Objection, argumentative,
```

311

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

06:06 1    leading.

2     THE WITNESS:  Not necessarily.  I -- you

3    know, the ODL product had not really come into

4    existence then.  I think the -- the initial

06:07 5    idea was XRP liquidity would support the cross

6    border use case.  You know, essentially -- not

7    necessarily --

8     I don't think it was necessarily going to

9    be on these designation exchanges.  I don't

06:07 10    know that they were considered, but it was

11    definitely trying to increase XRP liquidity to

12    essentially achieve division of the Internet

13    of value.

14 BY MS. ZORNBERG:

06:07 15   Q. Yeah, so -- and again, I don't want to put

16 you in an unfair spot.  You already testified 10 times

17 today you were not part of the ODL product team.

18   Do you have any knowledge that -- of pilots for the

19 ODL product actually predating when you joined Ripple?

06:07 20   A. I don't recall.

21   Q. Okay.  So if --

22   If in fact that's the case, that the ODL product --

23 then called xRapid -- was being piloted as early as

24 2015 --

06:08 25   A. Uh-huh.

                   312

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

06:08   1          Q.    -- would you agree that the general goal of

        2    increasing liquidity was something very important to the

        3    ODL product?

        4                  MR. MOYE:  Objection to form, compound,

06:08   5             speculative, argumentative.

        6                  THE WITNESS:  Could you --

        7    BY MS. ZORNBERG:

        8          Q.    You can answer.

        9          A.    Could you rephrase the question?  There was a

06:08  10    lot to unpack in that.

       11          Q.    Yeah.  You don't know when -- when Ripple

       12    started working on xRapid, do you?

       13          A.    I don't.  I don't know exactly.

       14          Q.    Okay, and you --

06:08  15          You agree that liquidity in XRP is a critical

       16    component of the ODL product being successful?

       17          A.    That's correct.

       18                  MS. ZORNBERG:  Okay.  I have no further

       19             questions.  Thank you.

06:08  20                  MR. MOYE:  Okay.  I may have one or two

       21             more.  Can we swap?

       22                  (Thereupon, an informal discussion was

       23             held off the record.)

       24                  (Pause.)

06:08  25

                                                                   313

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
06:08    1                    REDIRECT EXAMINATION
         2                       BY MR. MOYE:
         3
         4        Q.    When Coinbase listed XRP, they didn't -- you
06:09    5    don't know whether they -- you didn't talk to anyone
         6    directly at Coinbase, right, about what sort of analysis
         7    they did?
         8        A.    No, sir.
         9              MR. MOYE:  Okay.  That's all we've got.
06:10   10        Is there anybody else?
        11              MR. LEVANDER:  So for the record,
        12        Samuel Levander, Cleary Gottlieb
        13        Steen & Hamilton, for defendant
        14        Bradley Garlinghouse.
06:10   15
        16                    CROSS-EXAMINATION
        17                      BY MR. LEVANDER:
        18
        19        Q.    So, Mr. Samarasinghe, you testified this
06:10   20    morning that GSR has certain personnel who are located
        21    in the United States?
        22        A.    Yes.
        23        Q.    Are any of them traders for GSR?
        24        A.    Not to my knowledge.
06:10   25        Q.    To your knowledge, did any of them trade XRP
```

314

```
06:10   1   for GSR?

        2        A.    Not to my knowledge.

        3        Q.    To your knowledge, did any of them trade XRP

        4   on behalf of Ripple?

06:10   5        A.    Not to my knowledge.

        6        Q.    To your knowledge, did any of them trade XRP

        7   on behalf of Brad Garlinghouse?

        8        A.    Not to my knowledge.

        9        Q.    And to your knowledge, did any of them trade

06:10  10   XRP on behalf Chris Larsen?

       11        A.    Not to my knowledge.

       12             MR. LEVANDER:  No further questions.

       13             (Pause.)

       14             THE VIDEOGRAPHER:  This will conclude

06:11  15        Video No. 5 and end today's recording of the

       16        deposition of Dinuka Samarasinghe.

       17             We are off the record.  The time is 6:11

       18        p.m., June 9th, 2021.

       19             (Thereupon, the deposition concluded at

       20        6:11 p.m.)

       21             (The original exhibits were retained by

       22        Attorney Moye with electronic copies sent to the

       23        shorthand reporter.)

       24             ***     ***     ***

       25
```

315

```
 1              ACKNOWLEDGMENT OF WITNESS
 2          I, DINUKA SAMARASINGHE, do hereby certify
 3      that the foregoing testimony given by me on
 4      June 9, 2021, is true and accurate,
 5      including any corrections noted on the
 6      corrections page, to the best of my knowledge
 7      and belief.
 8
 9
10                     _____
                            DINUKA SAMARASINGHE
11
12          At   _____ in said County
13   of _____, this _____ day
14   of _____, 2021, personally
15   appeared DINUKA SAMARASINGHE, and he made an oath
16   to the truth of the foregoing corrections by him
17   subscribed.
18
19          Before me, _____, Notary
20   Public.  My commission expires _____.
21
22
23
24
25
                                                    316
```

317

1    STATE OF NEW YORK      )
                                 ss:

2    COUNTY OF NEW YORK   )

3

                   C E R T I F I C A T E

4

5       I, CHERYLL KERR, CSR, a Notary Public

6    within and for the State of New York, do hereby

7    certify that the witness whose deposition is

8    hereinbefore set forth, was duly sworn by me,

9    and that such deposition is a true record of the

10   testimony given by such witness.

11       I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage; and that I am in no way interested in

14   the outcome of this matter.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand this 11th day of June, 2021.

17

18               _Cheryll Kerr_

19               CHERYLL KERR, CSR

20

21

22

23

24

25

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
 1                        ERRATA SHEET
 2   Deposition of: DINUKA SAMARASINGHE
     Date taken:   JUNE 9, 2021
 3   Case: SEC vs. RIPPLE LABS, INC., et al.
     PAGE LINE
 4   ____ ____   CHANGE: _____
                 REASON: _____
 5
                 CHANGE: _____
 6   ____ ____   REASON: _____
 7   ____ ____   CHANGE: _____
                 REASON: _____
 8
                 CHANGE: _____
 9   ____ ____   REASON: _____
10   ____ ____   CHANGE: _____
                 REASON: _____
11
                 CHANGE: _____
12   ____ ____   REASON: _____
13   ____ ____   CHANGE: _____
                 REASON: _____
14
                 CHANGE: _____
15   ____ ____   REASON: _____
16   ____ ____   CHANGE: _____
                 REASON: _____
17
                 CHANGE: _____
18   ____ ____   REASON: _____
19   ____ ____   CHANGE: _____
                 REASON: _____
20
                 CHANGE: _____
21   ____ ____   REASON: _____
22   ____ ____   CHANGE: _____
                 REASON: _____
23
24
     Signed   _____
25   Dated    _____
                                                  318
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**