# PX 24

1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                     Plaintiff,       )
6                                     ) Case No.:
              v.                      ) 20-Civ-10832(AT)(SN)
7                                     )
     RIPPLE LABS, INC., BRADLEY       )
8    GARLINGHOUSE, and CHRISTIAN      )
     LARSEN,                          )
9                                     )
                     Defendants.      )
10   _____)

11

12

13                         CONFIDENTIAL

14          VIDEOTAPED DEPOSITION OF ETHAN BEARD

15               Tuesday, August 24, 2021

16

17

18

19

20

21

22
     Reported By:
23   KATHLEEN WILKINS,
     STENOGRAPHIC REPORTER,
24   CSR No. 10068
     RPR-RMR-CRR-CCRR-CLR-CRC
25   JOB No. 210824KWI

```
 1              VIDEOTAPED DEPOSITION OF ETHAN BEARD

 2           BE IT REMEMBERED that on Tuesday,

 3      August 24, 2021, commencing at the hour of 9:04 a.m.

 4      thereof, at King & Spalding, 50 California Street,

 5      Suite 3300, San Francisco, California, before me,

 6      Kathleen A. Wilkins, RPR-RMR-CRR-CCRR-CLR-CRC, a

 7      Certified Stenographic Shorthand Reporter, in and

 8      for the State of California, personally appeared

 9      ETHAN BEARD, a witness in the above-entitled court

10      and cause, who, being by me first duly sworn, was

11      thereupon examined as a witness in said action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                      APPEARANCES OF COUNSEL

 2    FOR THE PLAINTIFF:

 3         SECURITIES AND EXCHANGE COMMISSION
           New York Regional Office
 4         200 Vesey Street, Suite 400
           New York, New York 10281-1022
 5         BY:  PASCALE GUERRIER, ESQ.
                ROBERT M. MOYE, ESQ.
 6         Telephone:  (212) 336-0153
           Email:  Guerrierp@sec.gov
 7                  MoyeR@sec.gov

 8    FOR THE DEFENDANT RIPPLE LABS:

 9         DEBEVOISE & PLIMPTON LLP
           919 Third Avenue
10         New York, New York 10022
           BY:  LISA ZORNBERG, ESQ.
11              BENJAMIN LEB, ESQ.
           Telephone: (212) 909.6947
12         Email:  Lzornbeg@debevoise.com
                   bjleb@debevoise.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              APPEARANCES OF COUNSEL (Continued)

 2    FOR DEFENDANT CHRISTIAN A. LARSEN:

 3         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
           2001 K Street, NW
 4         Washington, D.C. 20006-1047
           BY:  MEREDITH DEARBORN, ESQ.
 5         Telephone: (628) 432-5117
           Email: mdearborn@paulweiss.com
 6
      ALSO PRESENT:
 7
           Ana Guardado, Ripple in-house counsel
 8         Madison Butko, Videographer

 9    ZOOM PARTICIPANTS (Via Zoom Videoconference):

10         Jorje Tenreiro, Esq., Securities and Exchange
               Commission, for the Plaintiff; Nicole
11             Forbes, SEC Paralegal

12         Leyla Salman, Esq., Joy Guo, Esq., Debevoise &
               Plimpton, for Ripple Labs
13
           Connor J. Ritschard, Esq., Paul, Weiss,
14             Rifkind, Wharton & Garrison LLP, for
               Christian A. Larsen
15
           Matthew C. Solomon, Esq., Nowell Bamburger,
16             Esq., Caleb J. Robertson, Esq., Cleary
               Gottlieb Steen & Hamilton LLP, for
17             defendant Bradley Garlinghouse

18

19

20

21

22

23

24

25
```

5

1                              INDEX

2                      INDEX OF EXAMINATIONS

3    WITNESS: ETHAN BEARD                         PAGE

4    Morning Session                                8
     Examination By Ms. Guerrier                   10
5    Afternoon Session                            170

6

7                      INDEX OF EXHIBITS

8    EXHIBIT                 DESCRIPTION           PAGE

9    Exhibit EB-1     Document entitled,            60
                      "Ripple Employment Offer
10                    Letter," Bates stamped
                      RPLI_SEC 0431917 through
11                    RPLI_SEC 0431920

12   Exhibit EB-2     Email from Brad               58
                      Garlinghouse to Ethan
13                    Beard, Bates stamped
                      RPLI_SEC 0382729 through
14                    RPLI_SEC 0382732

15   Exhibit EB-4     Email from Brad               77
                      Garlinghouse to Ethan
16                    Beard, Bates stamped
                      RPLI_SEC 0431803 through
17                    RPLI_SEC 0431805

18   Exhibit EB-5     Document entitled,           131
                      "█████████████████
19                    on-going responsibilities
                      and activities," Bates
20                    stamped RPLI_SEC 0413724
                      through RPLI_SEC 0413725
21
     Exhibit EB-6     Email from ████████ to       137
22                    Ethan Beard, et al.,
                      Bates stamped RPLI-SEC
23                    0468211

24

25

6

INDEX OF EXHIBITS (Continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| Exhibit EB-7 | Email from Ethan Beard to ████████████ Bates stamped RPLI_SEC 0875694 through RPLI_SEC 0875696 | 146 |
| Exhibit EB-8 | String of e-mails Bates stamped RPLI_SEC 0767704 to RPLI_SEC 0767706 | 162 |
| Exhibit EB-9 | Handwritten notes, Bates stamped RPLI_SEC 1071027 | 224 |
| Exhibit EB-10 | String of e-mails Bates stamped RPLI_SEC 0312351 through RPLI_SEC 0312352 | 182 |
| Exhibit EB-11 | Email from Ethan Beard to Ethan Beard, Bates stamped RPLI_SEC 0580406 through RPLI_SEC 0580415 | 99 |
| Exhibit EB-12 | Email from Ethan Beard to Brad Garlinghouse, Bates stamped RPLI_SEC 0582970 through RPLI_SEC 0582971 | 246 |
| Exhibit EB-18 | String of e-mails Bates stamped RPLI_SEC 0431365 through RPLI_SEC 0431366 | 110 |
| Exhibit EB-20 | String of e-mails Bates stamped RPLI_SEC 0453728 through RPLI_SEC 0453730 | 117 |
| Exhibit EB-29 | String of e-mails Bates stamped RPLI_SEC 0414368 through RPLI_SEC 0414369 | 172 |
| Exhibit EB-33 | String of e-mails Bates stamped RPLI_SEC 0235679 through RPLI_SEC 0235682 | 186 |

1                    INDEX OF EXHIBITS (Continued)

2    EXHIBIT               DESCRIPTION               PAGE

3    Exhibit EB-35      String of e-mails Bates       205
                        stamped BAMT_000144
4                       through BAMT_000145

5    Exhibit EB-39      Email from Ethan Beard to     153
                        ▮▮▮▮▮▮▮▮▮ Bates stamped
6                       RPLI_SEC 0451655

7    Exhibit EB-40      Email from Ethan Beard to     231
                        Brad Garlinghouse, Bates
8                       stamped RPLI_SEC 0547631
                        through RPLI_SEC 0547633
9
     Exhibit EB-42      String of e-mails Bates       176
10                      stamped RPLI_SEC 0472187
                        to RPLI_SEC 0472188
11
     Exhibit EB-47      Email from Ethan Beard to     236
12                      Brad Garlinghouse, Bates
                        stamped RPLI_SEC 0981972
13                      through RPLI_SEC 0981973

14   Exhibit EB-48      String of e-mails Bates       240
                        stamped RPLI_SEC 0521430
15                      through RPLI_SEC 0521432

16

17

18

19

20

21

22

23

24

25

```
 1   AUGUST 24, 2021                        9:04 A.M.

 2                  P R O C E E D I N G S

 3                    MORNING SESSION

 4            THE VIDEOGRAPHER:  This is the start of

 5   file number 1 in the deposition of Ethan Beard in

 6   the matter of SEC V Ripple Labs, et al.  This is a

 7   matter pending before the United States District

 8   Court, Southern District of New York.  The case

 9   number is 20-CIV-10832(AT)(SN).

10            Today's date is August 24th, 2021, and

11   the time on the video monitor is 9:04 a.m.  The

12   video operator today is Madison Butko contracted by

13   Gradillas Court Reporting.  This video deposition is

14   taking place at the offices of King & Spalding in

15   San Francisco.

16            Counsel, will you please identify

17   yourselves starting with the questioning attorney.

18            MS. GUERRIER:  Good morning, I'm

19   Pascale Guerrier.  I'm a trial attorney with the

20   Securities and Exchange Commission, and I'm here

21   with my colleague, Mr. Moye, Robert Moye.  There may

22   be other SEC attorneys on the phone.  Or on --

23   calling in.

24            MS. ZORNBERG:  Lisa Zornberg from

25   Debevoise & Plimpton on behalf of both Mr. Beard and
```

```
 1    on behalf of Ripple Labs.
 2              MR. LEB:  Benjamin Leb from
 3    Debevoise & Plimpton.
 4              MS. DEARBORN:  Meredith Dearborn from Paul
 5    Weiss on behalf of Chris Larsen.
 6              MS. GUARDADO:  ████████      Ripple Labs.
 7              MS. ZORNBERG:  If now is a convenient
 8    time, may I put a few things on the record?
 9              MS. GUERRIER:  Sure.
10              MS. ZORNBERG:  So, first, just we'd like
11    to designate this transcript as confidential.  We
12    may, at a later point, designate portions as being
13    highly confidential under the protective order.
14              Second, for efficiency of today's
15    proceeding, on behalf of the defendants, an
16    objection by any one of us will preserve the
17    objection as to all of us.  Thank you.
18              MS. GUERRIER:  Thank you.
19                  EXAMINATION BY MS. GUERRIER
20    BY MS. GUERRIER:
21         Q.   Good morning, sir.
22              THE VIDEOGRAPHER:  Okay.  Will the court
23    reporter please swear in the witness.
24    / /
25    / /
```

1                    ETHAN BEARD,

2              having been duly sworn,

3          was examined and testified as follows:

4              EXAMINATION BY MS. GUERRIER

5    BY MS. GUERRIER:

6          Q.   Good morning.

7          A.   Good morning.

8          Q.   If you could please state your name for

9    the record.

10         A.   My name is Ethan Beard.

11         Q.   And you're here with your counsel today?

12         A.   I am.

13         Q.   And who's your counsel?

14         A.   My counsel is Debevoise.

15         Q.   Have you ever given testimony before by

16   deposition?

17         A.   I have.

18         Q.   Okay.  When was the time that you gave

19   your deposition?

20         A.   Five or ten years ago.

21         Q.   Okay.  So before I continue, I just want

22   to, for the rules, so that we are clear and that the

23   court reporter can take down what I'm saying and

24   what you're saying accurately, I'm going to try to

25   finish my questions.  If you could please let me do

11

1    that and then I'll let you finish your answer so we

2    don't talk over each other.

3         A.   Sure.

4         Q.   Okay.  So what is the case that you took

5    the deposition in?

6         A.   It was a case involving ███████, which is

7    a previous employer of mine.

8         Q.   Do you recall who the plaintiff in the

9    case was?

10        A.   I do not.

11        Q.   Was ██████ the defendant?

12        A.   I believe so.

13        Q.   Okay.  And what year was this?

14        A.   I don't recall specifically.

15        Q.   Okay.

16        A.   It was probably -- I left ██████ in

17   2012, and it was after that.

18        Q.   Do you know what the case was about?

19        A.   It was involving the █████ platform,

20   which was a team I worked on, and advertising,

21   advertising technologies.

22        Q.   Were you named as a defendant in the case?

23        A.   No.

24        Q.   And did you say you don't recall who the

25   plaintiff was?

1        A.   I do not.

2        Q.   Okay.  And you were called to testify at a

3   deposition?

4        A.   Yes.

5        Q.   Okay.  What did you testify about?

6             MS. ZORNBERG:  Object to form.

7             THE WITNESS:  Various questions about how

8   ▮▮▮▮▮▮ operated its platform.

9   BY MS. GUERRIER:

10        Q.   Okay.  Do you recall what role you had at

11   Facebook when you testified at the deposition?

12             MS. ZORNBERG:  Object to form.

13             THE WITNESS:  I was not at ▮▮▮▮▮▮ when I

14   was deposed.

15   BY MS. GUERRIER:

16        Q.   So why were you deposed?

17             MS. ZORNBERG:  Objection.

18             THE WITNESS:  It involved a -- issues from

19   when I was an employed by ▮▮▮▮▮

20   BY MS. GUERRIER:

21        Q.   Do you recall when you were an employee of

22   ▮▮▮▮▮▮▮

23        A.   I do.

24        Q.   What year?

25        A.   I was at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13

1        Q.    And what was your role at ███████ in

2  ███

3        A.    I managed the ████████ developer platform.

4        Q.    Did you have a specific title?

5        A.    I did.  It changed many times while I was

6  there.  I think ████████████████████████████

7  ████ was probably the longest one.

8        Q.    Okay.  And do you recall how long you were

9  a ████████████████████████████████     Did I say

10 that correctly?

11       A.    Yeah, you did say that correctly.

12             As I said, my title changed a number of

13 times while I was there.  I managed the ████████

14 ████████████████ for about four years.

15       Q.    What other titles did you have at

16 ████████

17       A.    ████████████████████████████

18       Q.    Do you recall how long you were ████████

19 ████████████████████?

20       A.    About a year.

21       Q.    Do you recall what year?

22       A.    The first year I was there, ████████████

23       Q.    Any other titles at ████████?

24             MS. ZORNBERG:  Object to form.

25             THE WITNESS:  Not that I remember.

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

```
 1    BY MS. GUERRIER:
 2        Q.   So when you were deposed, were you deposed
 3    in your capacity as the manage -- when you managed
 4    ██████████  at  ████████?
 5            MS. ZORNBERG:  Object to form and asked
 6    and answered.
 7            You can answer.
 8            THE WITNESS:  Sorry, can you repeat your
 9    question?
10    BY MS. GUERRIER:
11        Q.   When you were deposed, was it in your
12    capacity as a ██████████████████████  at  ████████?
13        A.   Yeah.
14            MS. ZORNBERG:  Objection.  Just so the
15    record's clear, he's already testified that he was
16    not an employee of ████████ at the time of the
17    deposition.
18            MS. GUERRIER:  Well, let him -- let him
19    respond please, thank you.
20            THE WITNESS:  That is correct.  I was not
21    employed by ████████ at the time of the deposition.
22    BY MS. GUERRIER:
23        Q.   Okay.  What -- you left ████████ in ████
24        A.   I did.
25        Q.   Okay.  What year were you deposed?
```

```
 1        A.    ████████████████████████████    I
 2   don't remember exactly.
 3        Q.    Okay.  Any other depositions?
 4        A.    No.
 5              MS. ZORNBERG:  Object to form.
 6              Just pause a second --
 7              THE WITNESS:  Yeah.
 8              MS. ZORNBERG:  -- after the question.
 9   BY MS. GUERRIER:
10        Q.    Are you currently employed?
11        A.    Yes.
12        Q.    Where do you work?
13        A.    I work at a company, a new start-up that
14   I'm working on.
15        Q.    What is the name of the company?
16        A.    It is called ████████
17        Q.    Can you spell that?
18        A.    ██████
19        Q.    What kind of company is ██████?
20        A.    It's a technology company.
21        Q.    Can you be more specific?
22              MS. ZORNBERG:  Object to form.
23              THE WITNESS:  It is a technology company
24   focused ████████████████████████████
25   ████████████████████████
```

16

1    BY MS. GUERRIER:



17



[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

18



19



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

20



[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

1

2

3

4

5

6

7

8

9

10

11           MS. ZORNBERG:  Can I ask for a proffer as

12   to how this is relevant in any way to this --

13           MS. GUERRIER:  Can I finish my question

14   and then you can --

15           MS. ZORNBERG:  I thought you were

16   finished.

17           MS. GUERRIER:  I'm not.

18       Q.   Okay.  So going back, did you say that

19   there were other owners that you can't recall?

20       A.   There are other owners.

21           MS. ZORNBERG:  Objection.  Can I now ask

22   for a proffer as to how this is relevant.

23           MS. GUERRIER:  I'm not sure why you need a

24   proffer at this time.  I mean, I'm asking him about

25   his current employment.

1          MS. ZORNBERG:  Yeah.

2          MS. GUERRIER:  So I don't understand why

3    you would need a proffer.

4          MS. ZORNBERG:  Well, you haven't even

5    asked him any -- we're here in an action against

6    Ripple Labs.  You've not even asked him if

7    Ripple Labs is an investor.  He hasn't named it as

8    an investor --

9          MS. GUERRIER:  First of all, I'm asking

10   the questions, not you.  You'll have your

11   opportunity to do whatever it is you need to do with

12   him.  But these are my questions, not yours.

13         MS. ZORNBERG:  Okay.

14         MS. GUERRIER:  I don't believe I need you

15   to tell me how to ask questions.

16         MS. ZORNBERG:  At some -- I'm going to

17   continue to object.

18         MS. GUERRIER:  That's fine.

19         MS. ZORNBERG:  And I think at some point,

20   if there's absolutely no relevance and you're

21   interrogating him about his current start-up, it

22   starts to border on harassment.  And so I would ask

23   you to consider asking questions that are relevant

24   to the actual case we're here for.

25         MS. GUERRIER:  Okay.  And I'll make that

23

1    determination of what I think is relevant for the

2    case.  But thank you.



24



25



[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

26



[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

27





29



[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021



30

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

31



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

32



33



34



35



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

36



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

37

1 ████████████████████████████████████████████

2          Q.   Where did you work prior to forming this

3    company that you -- we just discussed?

4          A.   I worked at Ripple.

5          Q.   And do you recall what years or year you

6    started working at Ripple?

7          A.   I believe I started at Ripple in 2018.

8          Q.   And what was your title at Ripple in 2018?

9          A.   I was a senior vice president.

10         Q.   Were you senior vice president of a

11   particular department at Ripple?

12         A.   Yes.

13         Q.   What department?

14         A.   It was a department called Xpring with an

15   X.

16         Q.   And how long were you senior VP at Xpring?

17         A.   About two-and-a-half years.

18         Q.   Okay.  And what was your salary as senior

19   VP at Xpring?

20         A.   I don't know exactly.  I think

21   around ████████

22         Q.   Was this based on U.S. dollars or

23   something else?

24         A.   My salary was U.S. dollars.

25         Q.   Did you receive any bonus at Ripple as

38

1    senior VP?

2         A.   Yes.

3         Q.   And in what form was the bonus?

4         A.   I received a bonus both in U.S. dollars

5    and in XRP.

6         Q.   Okay.  Do you recall how much XRP you

7    received in bonus?

8              MS. ZORNBERG:  Can you clarify as to when?

9    BY MS. GUERRIER:

10        Q.   Well, we're talking about when you started

11   in 2018.

12        A.   You mean to start my job?

13        Q.   In 2018, do you recall how much XRP you

14   received from Ripple?

15        A.   Are you asking me how much XRP I received

16   as a bonus in 2018?

17        Q.   Yes.

18        A.   I don't remember exactly 'cause it was not

19   a full year of employment.  So I would say --

20   roughly call it ████    XRP.

21        Q.   I'm sorry, how much?

22        A.   ████████

23        Q.   Okay.  And did you receive any other XRP

24   in bonus, other than the ████  ?

25        A.   In 2018?

39

```
 1         Q.   All -- your entire time at Ripple.

 2         A.   Yes.

 3              MS. ZORNBERG:  Can --

 4    BY MS. GUERRIER:

 5         Q.   Okay.  And how much did you receive in XRP

 6    during your entire time at Ripple?

 7              MS. ZORNBERG:  As bonus?

 8              MS. GUERRIER:  Yes.

 9              THE WITNESS:  I don't know the exact

10    numbers.

11    BY MS. GUERRIER:

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

40



1

2

3

4

5   BY MS. GUERRIER:

6        Q.   Did your title ever change at any time

7   when you worked at Xpring?

8        A.   No.

9        Q.   Okay.  Did you report to anyone at Ripple

10  when you worked at Xpring?

11       A.   Yes.

12       Q.   Who did you report to?

13       A.   Brad Garlinghouse.

14       Q.   And who is Brad Garlinghouse?

15       A.   He is the CEO of Ripple.

16       Q.   Who interviewed you for your position at

17  Xpring?

18       A.   There were a number of people I

19  interviewed with.  I interviewed with Brad.  I

20  interviewed with David Schwartz.  I interviewed with

21  ████████████.  I interviewed with Asheesh Birla.  I

22  interviewed with Ron Will.

23            That's the ones I can remember.

24       Q.   What did Mr. Garling -- if anything -- did

25  Mr. Garlinghouse tell you about what your duties

42

1    were going to be at Xpring?

2         A.   You want --

3              MS. ZORNBERG:  Prior -- just can you fix a

4    time?

5    BY MS. GUERRIER:

6         Q.   Well, we're talking about your interview.

7         A.   You want the contents of all of our --

8         Q.   No.

9         A.   -- substantive -- of all our discussions?

10        Q.   If you -- what -- let me just repeat the

11   question.

12             What did Mr. Garlinghouse, if anything,

13   did he tell you about what your duties were going to

14   be at Xpring when you interviewed?

15        A.   He explained what the general role and

16   goals for Xpring were, as well as specifics around

17   what my team would be, where I'd be working, how

18   much I'd be getting paid, what the vision for the

19   company looked like.

20        Q.   Okay.  So what did you -- he tell you

21   about what your specific role was going to be?

22        A.   My specific role was leading the Xpring

23   team and initiative.

24        Q.   And you also stated that he told you what

25   the specific visions for the company was going to

43

1    be --

2             MS. ZORNBERG:  Object to form.

3    BY MS. GUERRIER:

4        Q.   -- is that correct?

5        A.   We spent -- a spent a lot of time talking

6    with Brad prior to joining to understand the company

7    and the team and the role.  And so we had broad,

8    wide-ranging conversations.

9        Q.   You had conversations prior to the actual

10   interview for Xpring with Brad?

11            MS. ZORNBERG:  Object to form.  Maybe can

12   you -- can you clarify, was -- did you consider

13   there to be a formal interview with Brad or --

14            MS. GUERRIER:  Okay.  Let --

15            THE WITNESS:  It was -- it was a wide --

16   like I've known Brad for a very long time, and so

17   I've had conversations with Brad for many, many

18   years.

19   BY MS. GUERRIER:

20       Q.   When did you start talking with Brad about

21   the position that you ultimately got at Xpring?

22       A.   I think early 2018.

23       Q.   And what was the nature of these

24   conversations?

25            MS. ZORNBERG:  Object to form.  Asked and

44

1    answered.

2              THE WITNESS:  They were about what Ripple,

3    the company, is building, the vision for Ripple, the

4    company, what the vision was around Xpring, and the

5    specifics around what it would look like to take on

6    that initiative.

7    BY MS. GUERRIER:

8         Q.    And what did you speak with Brad about

9    regarding what the company was building?

10             MS. ZORNBERG:  Object to form.

11             THE WITNESS:  Can you be more specific?

12   BY MS. GUERRIER:

13        Q.    Did you have specific discussions with

14   Brad about what the company was building when you

15   had these conversations as part of your interview?

16             MS. ZORNBERG:  Object to form.

17             THE WITNESS:  Yes.

18   BY MS. GUERRIER:

19        Q.    So what were the conversations regarding

20   what the company was building?

21        A.    For me, it was trying to understand what

22   Ripple is as a company.  I want to be thoughtful

23   about where I invest my time and energy, and so I

24   wanted to understand what is -- what is Ripple

25   building, how is it thinking about the markets, the

45

1    industry, the products.

2         Q.   And what did Mr. Garlinghouse tell you

3    about what the company was building when you were

4    speaking to them in that capacity?

5         A.   I don't remember the specifics.  And I

6    will say, having then gone to work at Ripple, my --

7    in my mind, what Ripple is building is very much

8    clouded -- clouded or -- very much a result of

9    where -- having spent two-and-a-half years there.

10             So it was very much around building

11   cross-border payments, trying to fix a broken

12   payments industry, trying to build a global

13   technology business.

14        Q.   Were these the conversations prior to

15   being employed officially by Ripple?

16        A.   I don't recall the specifics of the

17   conversations prior.

18        Q.   Okay.  Did anyone report to you at Ripple

19   beginning in 2018?

20        A.   Yes.

21        Q.   And who reported to you?

22        A.   ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮.

23        Q.   Did ▮▮▮▮▮▮▮▮ have a title?

24        A.   I believe so.

25        Q.   Do you recall what his title was in 2018?

1       A.   I don't.

2       Q.   How about ████████████   did he have a

3    title?

4       A.   I'm sure he did.  I don't remember what it

5    was.

6       Q.   What was ████████████ job at Ripple in

7    2018?

8       A.   Prior to me joining?

9       Q.   When you joined.  We're now talking about

10   when you started working there.

11      A.   ████████████ was there before I was there.

12      Q.   Right.  And I asked you who -- did he

13   report to you.

14      A.   When I joined, he started to report to me.

15      Q.   Okay.  So what was his job when -- what

16   was his job when you started working there?

17      A.   His job was to identify companies,

18   primarily technology companies that, we could

19   potentially partner with and putting together those

20   partnerships.

21      Q.   And ████████████ what was his job in

22   reporting to you?

23      A.   ████████████ was a software engineer.

24           MS. ZORNBERG:  At any point you need to

25   take a morning break, just let me know.

1          THE WITNESS:  Okay.  Thanks.

2     BY MS. GUERRIER:

3          Q.   Now, prior to working at Ripple, did you

4     have any experience working with digital assets?

5          A.   Yes.

6          Q.   And where did you obtain this experience

7     working with digital assets?

8          A.   I had invested in some companies that were

9     working in the cryptocurrency space.

10         Q.   Okay.  What companies?

11         A.   A company called ████ and a company

12    called -- at the time, called ██████.

13         Q.   Do you recall when you invested in ████

14    ██?

15         A.   Not specifically, no.

16         Q.   Okay.  And the company called ████ do

17    you recall when you invested?

18         A.   I don't.

19         Q.   Did you keep your investment with ████

20    ████ after you started working with Ripple?

21         A.   Yes.  Both of those investments were in

22    private companies.  So it's not possible to not be

23    an investor.

24         Q.   Okay.  Did you have any experience dealing

25    with blockchain technology prior to working for

48

1    Ripple?

2         A.    Yes.

3         Q.    What was your experience in dealing with

4    blockchain technology, prior to working for Ripple?

5         A.    I would characterize it as a casual

6    interest in learning and understanding about a new

7    technology.

8         Q.    Did you take any courses specific to

9    blockchain technology?

10        A.    No.

11        Q.    Can you briefly state your educational

12   experience?

13        A.    Sure.  I got an undergraduate from the

14   University of Pennsylvania with a Bachelor of

15   Science in economics.  I got an MBA from New York

16   University.

17        Q.    What year did you get your MBA from New

18   York University?

19        A.    I graduated from NYU in 2003.

20        Q.    And your degree in -- you said economics?

21        A.    (Nods head.)

22        Q.    What year did you obtain that degree?

23        A.    I graduated from the University of

24   Pennsylvania in 1994.

25        Q.    I believe you testified you reported to

1    Mr. Garlinghouse at Ripple?

2         A.   Yes.

3         Q.   Who else -- did you report to anyone else

4    other than Mr. Garlinghouse at Ripple?

5         A.   No.

6         Q.   Do you know a Christian Larsen?

7         A.   Yes.

8         Q.   Did you report to him at all at Ripple?

9         A.   No.

10        Q.   Did you interact with him in terms of your

11   job at Ripple?

12             MS. ZORNBERG:  Object to form.

13             THE WITNESS:  Can you be more -- clarify

14   what you mean like in terms of your job?

15   BY MS. GUERRIER:

16        Q.   Sure.

17             In your capacity as senior VP at -- of

18   Xpring, did you work with Mr. Larsen?

19             MS. ZORNBERG:  Object to form.

20             You can answer.

21             THE WITNESS:  What do you -- what do you

22   mean by "work with"?

23   BY MS. GUERRIER:

24        Q.   Did you have any business relationships at

25   Ripple with Mr. Larsen?

1          MS. ZORNBERG:  Object to form.

2          You can answer.

3          THE WITNESS:  I'm still not sure.  What do

4     you mean by "business relationships."

5     BY MS. GUERRIER:

6          Q.   Did Mr. Larsen and you discuss any

7     Ripple-related matters in the capacity of -- of the

8     business, meaning that as you as senior VP and him

9     in his capacity at Ripple?

10         A.   Yes.

11         Q.   And what types of conversations would you

12    have with Mr. Larsen regarding Ripple?

13         MS. ZORNBERG:  Object to form.

14         You can answer.

15         THE WITNESS:  My interactions with

16    Mr. Larsen were infrequent and generally giving him

17    a high-level perspective on what we were doing with

18    the Xpring initiative.

19    BY MS. GUERRIER:

20         Q.   Did you report to anyone else other than

21    Mr. Garlinghouse?

22         A.   No.

23         Q.   Did you have weekly meetings where

24    Mr. Garlinghouse was present when you worked at

25    Ripple?

1                MS. ZORNBERG:  Object to form.

2                THE WITNESS:  We had weekly scheduled

3       meetings, yes.

4       BY MS. GUERRIER:

5           Q.   Okay.  And did Mr. Garlinghouse attend

6       those meetings?

7                MS. ZORNBERG:  Object to form.

8                THE WITNESS:  Not 100 percent of them.

9       BY MS. GUERRIER:

10          Q.   Did anyone from your team attend those

11      meetings?

12               MS. ZORNBERG:  Object to form and would

13      ask you to clarify which meetings you're talking

14      about.

15      BY MS. GUERRIER:

16          Q.   Do you understand the question?

17          A.   I understand the words.  When you say

18      "these meetings," which meetings do you refer to?

19          Q.   We were -- okay.  I asked you if you had

20      weekly meetings --

21          A.   Yes.

22          Q.   -- and you said yes.

23          A.   Yes.

24          Q.   So did anyone working under you attend

25      these weekly meetings?

 1              MS. ZORNBERG:  Object to form.  I think

 2      the source of confusion is whether you had asked

 3      previously about meetings with Mr. Garlinghouse or

 4      meetings with his Xpring team.

 5      BY MS. GUERRIER:

 6          Q.   Okay.  Did anyone who worked with you on

 7      the Xpring team attend these weekly meetings?

 8              MS. ZORNBERG:  Object to form.

 9              THE WITNESS:  Rarely.

10      BY MS. GUERRIER:

11          Q.   So who attended the weekly meetings that

12      Ripple had?

13              MS. ZORNBERG:  Object to form.

14              THE WITNESS:  So I probably had 20 weekly

15      meetings on my calendar every week, if not more.

16      There were -- the weekly meeting that I would say

17      most consistently had Mr. Garlinghouse in it was the

18      weekly Ripple leadership meeting.

19      BY MS. GUERRIER:

20          Q.   Were there any other types of meetings --

21          A.   And then --

22              MS. ZORNBERG:  Object to form.

23              THE WITNESS:  Types of meeting with

24      Mr. Garlinghouse?

25              MS. GUERRIER:  If you could let me finish

53

1    the question, I would, you know ...

2         Q.   Were there other types of meetings where

3    Mr. Garlinghouse would be present, other than the

4    weekly leadership meetings?

5              MS. ZORNBERG:  Objection.

6              THE WITNESS:  I had a weekly-ish

7    one-on-one with Brad.

8    BY MS. GUERRIER:

9         Q.   Any other meetings formal with

10   Mr. Garlinghouse, other than the leadership meetings

11   and the one-on-one meetings?

12             MS. ZORNBERG:  Object to form.  Please fix

13   a time.  Are you asking about weekly?  It's not

14   clear.

15   BY MS. GUERRIER:

16        Q.   I'm talking about the weekly meetings

17   which I specifically stated --

18             MS. ZORNBERG:  Objection to the use of the

19   term "weekly meeting" which has been undefined and

20   you haven't set a foundation.

21             MS. GUERRIER:  Okay.

22   BY MS. GUERRIER:

23        Q.   Can you answer the question?

24        A.   Can you repeat the question?

25             MS. GUERRIER:  Could you please repeat the

54

1    question.

2              (Record read by the reporter

3          as follows:

4              "QUESTION:  Any other

5          meetings formal with

6          Mr. Garlinghouse, other than the

7          leadership meetings and the

8          one-on-one meetings?")

9          MS. ZORNBERG:  Object to form.

10         You can answer if you understand "formal

11   meetings."

12         THE WITNESS:  Yeah.  I'm just trying to

13   understand how -- what exactly are you asking?

14   BY MS. GUERRIER:

15       Q.   Well, let me try this.

16       A.   Yeah.

17       Q.   What types of meetings did you participate

18   in when you worked at Ripple?

19       A.   Oh, that's a very challenging -- I -- all

20   I did was meetings.  That was my job.  So I had

21   meetings that were product meetings.  I had meetings

22   that were HR meetings.  I had meetings that were

23   communications meetings.  I had meetings that were

24   finance meetings.  I had meetings that were

25   engineering meetings.  I had off sites.  I had

55

1      leadership meetings.  I had one-off meetings to talk

2      about a specific topic.

3              I met with companies from outside of

4      Ripple.  I had meetings with my executive assistant

5      to help me stay coordinated.  I had meetings around

6      travel.  I had meetings around weekly planning and

7      monthly planning and quarterly planning.  I had

8      meetings to prepare for meetings.

9          Q.   So out of all the meetings that you named,

10     which were the meetings that -- where

11     Mr. Garlinghouse was present?

12         A.   I wouldn't say --

13             MS. ZORNBERG:  Object to form.

14             THE WITNESS:  -- categorize any one of

15     them as -- the meetings that I had regularly with

16     Brad were the weekly leadership meeting and my

17     one-on-one.

18     BY MS. GUERRIER:

19         Q.   Okay.

20             MS. ZORNBERG:  If this is a convenient

21     time just to take a morning break, let us know if

22     there's a --

23             MS. GUERRIER:  I just have one --

24             MS. ZORNBERG:  Please.

25             MS. GUERRIER:  -- to wrap up this and then

56

1    we can take a break.

2    BY MS. GUERRIER:

3        Q.   Were any of the meetings that you had with

4    Mr. Garlinghouse, were they recorded, to your

5    knowledge?

6        A.   Not to my knowledge.

7        Q.   Okay.  And any of the product meetings

8    that you had, do you know if they were recorded?

9        A.   Not that I'm aware of.

10       Q.   Okay.  Any other remaining universe of

11   meetings that you identified, do you know if they

12   were recorded at all?

13       A.   I think occasionally my -- my team Xpring

14   weekly all-hands meeting was recorded, because as we

15   got larger and we were in different time zones, it

16   became more challenging for people to attend the

17   meeting.

18       Q.   Okay.

19           MS. GUERRIER:  We can take a break.

20           THE VIDEOGRAPHER:  Okay.  Off the record

21   at 9:56 a.m.

22           (Whereupon, a recess was taken.)

23           THE VIDEOGRAPHER:  This is the start of

24   file number 2.  We're back on the record at

25   10:09 a.m.

1    BY MS. GUERRIER:

2         Q.   Mr. Beard, I think we talked about the

3    Xpring initiatives earlier.  Can you describe what

4    the Xpring initiatives is?

5              MS. ZORNBERG:  Object to form.

6              THE WITNESS:  Yes.

7    BY MS. GUERRIER:

8         Q.   What is the Xpring initiative?

9         A.   The Xpring initiative was an initiative to

10   build an ecosystem of companies that were building

11   on XRP Ledger.

12        Q.   Was there any long-term goal for achieving

13   the Xpring initiative?

14             MS. ZORNBERG:  Object to form.

15             THE WITNESS:  A long-term -- our goal was

16   to have a lot of companies building on XRP Ledger.

17   BY MS. GUERRIER:

18        Q.   And did your role as SVP of Xpring have

19   any influence in reaching this goal.

20             MS. ZORNBERG:  Object to form.

21             THE WITNESS:  I managed the team that was

22   trying to achieve that goal.

23             MS. GUERRIER:  I have in my hand a

24   document premarked as Exhibit 2.

25   / /

58

```
 1                (Whereupon, Deposition Exhibit EB-2
 2                 was marked for identification.)
 3                MS. ZORNBERG:  I'm sorry, do you want me
 4    to hand this one to the witness?  Oh.
 5                ZOOM PARTICIPANT:  What exhibit number is
 6    this?
 7                MS. GUERRIER:  Exhibit 2.
 8                MR. MOYE:  EB-2.
 9    BY MS. GUERRIER:
10         Q.   And it's an email --
11                ZOOM PARTICIPANT:  EB what?
12                MS. GUERRIER:  EB-2.
13                ZOOM PARTICIPANT:  Thank you.
14    BY MS. GUERRIER:
15         Q.   It's an email from Brad Garlinghouse to
16    you dated May 8th, 2018.
17                Do you see that?
18                I'll give you an opportunity to just take
19    a look at that and let me know when you're done.
20         A.   Okay.
21         Q.   Do you know why Mr. Garlinghouse sent you
22    this document?
23                MS. ZORNBERG:  Object to form.
24                THE WITNESS:  No.
25    / /
```

1    BY MS. GUERRIER:

2         Q.   Okay.  Do you have a general understanding

3    of what this Exhibit 2 is?

4         A.   Yes.

5         Q.   And what is Exhibit 2?

6         A.   Exhibit 2 is messaging around the launch

7    of Xpring.

8         Q.   Now, was this provided to you by

9    Mr. Garlinghouse for a specific reason?

10             MS. ZORNBERG:  Someone on Zoom needs to

11   mute.  Thank you.

12             THE WITNESS:  I wouldn't want to speak to

13   his reasoning as to why he sent it.

14   BY MS. GUERRIER:

15        Q.   As part of your title as senior VP of

16   Xpring, is this the kind of information that you

17   would need to know?

18             MS. ZORNBERG:  Object to form.  And lack

19   of foundation that he was SVP at the time of this

20   email.

21             THE WITNESS:  Yeah, I would -- I don't

22   know my exact start date, but actually I believe I

23   was -- I was not employed at Ripple at this time.

24   BY MS. GUERRIER:

25        Q.   When did you start working at Ripple?

1              THE REPORTER:  Did you say "start"?

2              THE WITNESS:  Start.

3              MS. GUERRIER:  Start.

4              THE WITNESS:  I believe around June 1st

5    of 2018.

6              MS. GUERRIER:  Let me hand you what's been

7    marked Exhibit 1.

8                   (Whereupon, Deposition Exhibit EB-1

9                    was marked for identification.)

10             THE WITNESS:  Thank you.

11   BY MS. GUERRIER:

12        Q.   Mr. Beard, do you recognize Exhibit 1?

13        A.   It appears to be an unsigned employment

14   offer letter.

15        Q.   Is that employment letter to you?

16        A.   It is.

17        Q.   Is it from Ripple?

18        A.   Yes.

19        Q.   Okay.  Do you see the date on --

20             ZOOM PARTICIPANT:  What exhibit number is

21   this?

22             MS. GUERRIER:  1.

23   BY MS. GUERRIER:

24        Q.   Do you see the date on that letter?

25        A.   I do.

1    Q.   Okay.  What is the date on that letter?

2    A.   The date on this letter is May 9 of 2018.

3    Q.   Does this refresh your recollection at all

4    of when you started working at Ripple?

5         MS. ZORNBERG:  Object to form.

6         THE WITNESS:  I don't believe this

7    document changes my recollection.  I believe I

8    started in or around June 1st.

9    BY MS. GUERRIER:

10   Q.   Okay.  So when you were -- going back to

11   Exhibit 2, were you in discussions with

12   Mr. Garlinghouse about the growing the business for

13   Xpring?

14        MS. ZORNBERG:  Object to form.

15        THE WITNESS:  No.

16   BY MS. GUERRIER:

17   Q.   Okay.  Do you know why you received the

18   Xpring messaging email from Mr. Garlinghouse on

19   May 8th, 2018?

20   A.   I don't want to speak for why

21   Mr. Garlinghouse sent this to me.  Based on the

22   dates, it appears to be some overview of what the

23   job was that we were discussing.

24   Q.   Okay.  Did you request information from

25   Mr. Garlinghouse about the job that you would be

62

1      starting?

2           A.   Yes.

3           Q.   Okay.  So was Exhibit 2 received in

4      response to a request from you about information?

5           A.   I don't.  I don't know.

6           Q.   Okay.  If you move down -- I'm still on

7      Exhibit 2 -- to under the topic "Overall/Narrative

8      Messaging," number 14, if you could please read that

9      into the record.

10          A.   Sure.  Number 14 says:

11                    "As responsible stewards of

12               the XRP ecosystem, wanting to help

13               unlock XRP's full potential and

14               further build the liquidity and use

15               fullness of XRP, Ripple launched

16               Xpring, which will invest in,

17               incubate, acquire and provide

18               grants to companies and projects

19               run by proven entrepreneurs that

20               use the XRP Ledger and XRP."

21          Q.   Now, when you were discussing your

22     potential job at Ripple with Mr. Garlinghouse, was

23     it your understanding that you would be assisting

24     with number 14?

25               MS. ZORNBERG:  Object to form.

63

1                THE WITNESS:  Yes.

2       BY MS. GUERRIER:

3            Q.    Okay.  Do you understand what the term

4       "liquidity" in number 14 means?

5            A.    Yes.

6            Q.    And what is your understanding of

7       liquidity as that is stated under number 14 in

8       Exhibit 2?

9            A.    I would say my understanding of liquidity,

10      when it comes to cryptocurrency, is the ability to

11      get in and out of that cryptocurrency, to acquire it

12      and to buy it and/or sell it.

13           Q.    Okay.  So in the context of this email,

14      number 14, is this -- you have the exact same

15      understanding for liquidity?

16               MS. ZORNBERG:  Object to form.  Asked and

17      answered.

18               THE WITNESS:  Yes.

19      BY MS. GUERRIER:

20           Q.    And do you know how Xpring planned on

21      building liquidity for XRP, at the time that you

22      received this email in May of 2018?

23           A.    No.

24           Q.    Did you ask Mr. Garlinghouse how he

25      planned on building liquidity for XRP in May 2018?

64

1              A.   No.

2              Q.   Were you interested in determining, as

3       part of your new job at Xpring, how Xpring planned

4       on building liquidity for XRP?

5                   MS. ZORNBERG:  Object to form.

6                   THE WITNESS:  I think in May of 2018, I

7       did not appreciate the importance of liquidity for a

8       digital currency.

9       BY MS. GUERRIER:

10             Q.   Okay.  So what did Mr. Garlinghouse tell

11      you that your job at Xpring was going to be?

12                  MS. ZORNBERG:  Objection.  Asked and

13      answered.

14                  You can answer.

15                  THE WITNESS:  My understanding of my job,

16      from Mr. Garlinghouse and others at Ripple, was that

17      I was to build an ecosystem of companies that were

18      building on XRP Ledger.

19      BY MS. GUERRIER:

20             Q.   So going back to number 14, it states

21      that:

22                       "Ripple launched Xpring --

23                       launched Xpring, will invest in,

24                       incubate, acquire and provide grant

25                       to companies and projects run by

1              entrepreneurs that use the XRP

2              Ledger and XRP."

3              Did you understand that this is the role

4    that you were going to help play at Ripple with

5    respect to what Xpring was required to do?

6              MS. ZORNBERG:  Object to form.

7              THE WITNESS:  I would say that -- that is

8    a -- this document is a messaging document for how

9    one communicates externally to the world of what

10   Xpring is.  And so is a like narrow or carefully

11   crafted view as to what -- how we explain Xpring.

12             My understanding was that I was to build

13   an ecosystem of companies that were building on XRP

14   Ledger which might include these things here, but

15   that wasn't exactly how things were spelled out.

16   BY MS. GUERRIER:

17        Q.   Okay.  So how are things spelled out

18   differently for you compared to what is stated under

19   number 14?

20             MS. ZORNBERG:  Object to form.

21             THE WITNESS:  I would say that the job, as

22   I understood it, was broader, which was build an

23   ecosystem of companies building on XRP Ledger and

24   that might include investing, incubating, acquiring

25   or providing grants.

66

1            But was also -- I was of the understanding
2    that I could take a broad view as to how to
3    accomplish that goal.
4    BY MS. GUERRIER:
5         Q.    Okay.  So did Xpring have any role in
6    investing, incubating and acquiring and providing
7    grants to companies?
8         A.    Yes.
9         Q.    Did you help Xpring achieve these goals?
10        A.    I helped Xpring invest in, incubate,
11   acquire and provide grants to companies.
12        Q.    Okay.  What are some of the companies that
13   you helped invest in, incubate, acquire and provide
14   grant to?
15        A.    So there was quite a number of companies
16   that we worked with, so I don't recall all of them.
17   There are some that are listed here.  For example,
18   the company ███████████      a company Coil, a company
19   ██████   We worked with a company ██████    Worked with
20   a company ████
21            I honestly don't remember them all.  There
22   was a lot of them.
23        Q.    If you turn the page to the Bates at the
24   bottom that's -- it's SEC 0392730.  Question and
25   answer.  It's the next page, I believe.

67

1       A.    Mh-hmm.

2       Q.    So if you look at the next-to-last

3    question, what are you selecting and vetting -- I'm

4    sorry:

5              "How are you selecting and

6              vetting the projects you're

7              supporting?"

8         Okay.  If you could please read the answer

9    to that question for the record.

10      A.    Sure.  The answer is:

11             "We're identifying and

12             pursuing projects right now (versus

13             evaluating in-bound pitches).

14             We'll work with great teams going

15             after well-defined and validated

16             market opportunities with clear

17             product-market fit using XRP."

18      Q.    Do you have an understanding of what

19    market opportunities this is referring to?

20      A.    No.  This is very general.

21      Q.    Okay.  Do you have a general understanding

22    of market opportunities?

23             MS. ZORNBERG:  Object to form.

24    BY MS. GUERRIER:

25      Q.    In this context.

1          MS. ZORNBERG:  Objection.

2          THE WITNESS:  In this context, I would say

3     teams that are looking to build big businesses.

4     BY MS. GUERRIER:

5          Q.   And do you have a general understanding of

6     what "clear product-market fit" means here?

7          A.   Yeah.

8          Q.   And what is your understanding of "clear

9     product-market fit"?

10         A.   For me, product -- clear product-market

11    fit means a product that a given market wants to

12    adopt and use.

13         MR. LEB:  Apologies, but some of the Zoom

14    participants are having trouble hearing the

15    questions.

16         MS. GUERRIER:  Oh, okay.  I'm sorry.

17    BY MS. GUERRIER:

18         Q.   All right.  So in your capacity as the

19    person who is going to be hired to work with Xpring,

20    is this one of the goals that you were required to

21    help achieve?  And I'm referring to market

22    opportunities in clear product-market fit.

23         MS. ZORNBERG:  Objection as to form.

24         You can answer if you understand the

25    question.

69

```
1                THE WITNESS:  I would say in my capacity
2    it was my understanding that one of the tactics we'd
3    use was to work with great teams going after well
4    defined and validated market opportunities with
5    clear market fit.
6    BY MS. GUERRIER:
7         Q.   So the market opportunities refer to the
8    sale of XRP --
9         A.   No.
10        Q.   -- in this context?
11        A.   No.
12        Q.   Okay.  So did Xpring have any role in
13   creating market opportunity for XRP?
14                MS. ZORNBERG:  Objection.
15                THE WITNESS:  What do you mean by "market
16   opportunities for XRP."
17   BY MS. GUERRIER:
18        Q.   Well, as we just looked at the term here,
19   I believe you defined what you thought market
20   opportunity is.
21                MS. ZORNBERG:  Okay.  Objection.
22   Misstates prior testimony.
23   BY MS. GUERRIER:
24        Q.   So do you understand what "market
25   opportunity" means in the context of Exhibit 2 that
```

```
1    you -- we just read into the record?

2            MS. ZORNBERG:  Object to form.

3            THE WITNESS:  I believe I have an

4    understanding.  I'm not sure you and I are of a

5    shared understanding, so maybe you can help me

6    understand what you think it means here.

7    BY MS. GUERRIER:

8        Q.   Well, no.  I want to know what you as

9    the --

10       A.   Yes.

11       Q.   -- soon to be, in 2018, senior VP of

12   Xpring understood market opportunities to mean in

13   this exhibit that you received from

14   Mr. Garlinghouse.

15           MS. ZORNBERG:  Okay.  Objection.

16   Misstates prior testimony.  Asked and answered.

17           I would ask request that the questioner

18   restate the question.  You're asking him about a

19   term --

20           MS. GUERRIER:  Ma'am, let me --

21           MS. ZORNBERG:  Yeah.

22           MS. GUERRIER:  We don't -- we really do

23   not need for to you testify.

24           MS. ZORNBERG:  I'm not testifying.  The

25   questions are -- you're asking him about a draft
```

```
1    document --

2              MS. GUERRIER:  Okay.  Excuse me.

3              MS. ZORNBERG:  -- that he did not draft,

4    and I'm trying to help you ask clear questions.

5              MS. GUERRIER:  I don't need your help,

6    thank you.

7              MS. ZORNBERG:  Okay.  Put the question.

8    BY MS. GUERRIER:

9         Q.   This is an email that you received from

10   Brad Garlinghouse.  Is that correct?

11        A.   Yes.

12        Q.   Is this a draft email, to your knowledge?

13             MS. ZORNBERG:  Object to form.

14             THE WITNESS:  What do you mean by "draft

15   email"?

16   BY MS. GUERRIER:

17        Q.   Do you see any draft stated on this email?

18             MS. ZORNBERG:  Object to form.

19             THE WITNESS:  I don't see anything

20   indicating that it's a draft.

21   BY MS. GUERRIER:

22        Q.   Okay.  Let's go back to the page with the

23   Bates number 0392730.

24             Now, do you have an understanding of what

25   "market opportunities" means under the next to last
```

72

1    question that you read into the record?

2         A.   Yes.

3         Q.   What is -- again, just for the record, if

4    you could just tell me, what is your understanding

5    of "market opportunities"?

6         A.   "Market opportunities" are markets where

7    you can build a product, big markets where you can

8    build a big business.

9         Q.   Okay.  And the job that you were applying

10   for, did you understand that that was going to be

11   one of your duties?

12            MS. ZORNBERG:  Object to form.

13            THE WITNESS:  What was going to be one of

14   my duties?

15   BY MS. GUERRIER:

16        Q.   Helping create market opportunities.

17            MS. ZORNBERG:  Objection.

18            THE WITNESS:  No.

19   BY MS. GUERRIER:

20        Q.   Okay.

21        A.   My job was to work with great teams going

22   after well-defined and validated market

23   opportunities.

24        Q.   Okay.  What types of market opportunities

25   were you going to be going after?

1           MS. ZORNBERG:  Object to form.

2           THE WITNESS:  We weren't going after

3    market opportunities.  We were working with teams

4    that were going after market opportunities.  So, for

5    example,  ███  was a company that would allow you to

6    store products and rent them out to someone.  So if

7    you had a surf board, for example, that you weren't

8    using, you could put it in the  ███ service and

9    someone could come along and rent your surf board

10   for an afternoon.

11          And so that was a business trying to go

12   after a market opportunity, which is all the stuff

13   we all keep in storage that's not -- that's useless

14   to us and you can help people make money out of

15   these things.  So that is a market opportunity in

16   the same way that Uber might go after the taxi cab

17   business as a multibillion dollar market

18   opportunity.

19   BY MS. GUERRIER:

20       Q.    Were any of these market opportunities

21   related to XRP?

22       A.    No.

23       Q.    And why not?

24          MS. ZORNBERG:  Objection.

25          Please answer if you understand.

```
 1              THE WITNESS:  I'm not sure I understand
 2      when you say -- what do you mean when you say
 3      "market opportunities related to XRP"?
 4      BY MS. GUERRIER:
 5          Q.    Okay.  So if you -- the answer to the
 6      question that you read into the record says that:
 7                      "We'll work with great teams
 8                  going after well-defined and
 9                  validated market opportunities with
10                  clear product-market fit using
11                  XRP."
12          A.    Yes.
13          Q.    Okay.  So does that help you understand my
14      question?
15              MS. ZORNBERG:  Object.  Objection.
16              THE WITNESS:  Can you repeat your
17      question?
18      BY MS. GUERRIER:
19          Q.    Okay.  Were any of the market
20      opportunities that -- in this context, in the
21      context of the -- Exhibit 2, related to XRP?
22          A.    No.  We were working with start-ups that
23      were trying to build businesses, and to build a
24      business, you have to have a market that you
25      identify that is legitimate and creates an
```

1     opportunity for you to build a business.  So we were

2     looking for great teams that were trying to build

3     real businesses.

4          Q.   But did it have any ultimate goal of

5     helping XRP?

6               MS. ZORNBERG:  Object to form.

7               THE WITNESS:  Did what?

8     BY MS. GUERRIER:

9          Q.   Your working with businesses to create

10    market opportunities, did it ultimate -- was it

11    ultimately to benefit XRP?

12              MS. ZORNBERG:  Object to form.

13              THE WITNESS:  We didn't work with

14    businesses to create market opportunities.

15    BY MS. GUERRIER:

16         Q.   Okay.

17         A.   We worked with teams that were going after

18    interesting markets.

19         Q.   And why were you working with teams that

20    were going after interesting markets?

21         A.   Because those were the teams that we

22    thought would be able to be -- build successful

23    businesses.

24         Q.   Okay.

25         A.   If you're going after a small market,

1    you're not going to be a successful company.

2        Q.   Right.

3             So did -- having these businesses that

4    were going to be successful, was that to benefit

5    XRP?

6             MS. ZORNBERG:   Object to form.

7             You can answer if you understand.

8             THE WITNESS:   What do you mean by "benefit

9    XRP"?

10   BY MS. GUERRIER:

11       Q.   Was it to create interest in XRP?

12       A.   It was to allow them to use XRP to -- as a

13   technology.  XRP and XRP Ledger as a technology to

14   solve problems and build products.

15       Q.   Okay.  So would your work with Xpring

16   benefit Ripple?

17            MS. ZORNBERG:   Object to form.

18            THE WITNESS:   You're asking me if my work

19   for Xpring would benefit Ripple?

20   BY MS. GUERRIER:

21       Q.   Yes.

22       A.   If we did well.

23       Q.   All right.  So would it be by using XRP?

24            MS. ZORNBERG:   Objection.

25            THE WITNESS:   By whom using XRP?

77

```
 1   BY MS. GUERRIER:
 2        Q.   By Xpring using XRP.
 3             MS. ZORNBERG:  Objection.
 4             THE WITNESS:  We were trying to build an
 5   ecosystem of companies that were using XRP.
 6             MS. ZORNBERG:  Thank you.
 7             MS. GUERRIER:  I've handed you a document
 8   marked, I believe, Exhibit 4.
 9             (Whereupon, Deposition Exhibit EB-4
10             was marked for identification.)
11   BY MS. GUERRIER:
12        Q.   And it's an email from Mr. Garlinghouse to
13   you dated May 12, 2018.  If you can just take a look
14   at that for a second.
15        A.   Okay.
16        Q.   So do you recognize this Exhibit 4 that
17   I've handed to you?
18        A.   It appears to be an email from Brad to
19   myself.
20        Q.   Do you have a general understanding of
21   what this email from Brad to you is about?
22        A.   Yes.
23        Q.   Can you tell us what this is?
24        A.   This email is a document that
25   put together with his thoughts on the XRP ecosystem.
```

```
 1          Q.   Okay.  So if -- can you just define what
 2     do you mean by "XRP ecosystem"?
 3               MS. ZORNBERG:  Objection.  And those are
 4     ██████████     words.
 5               MS. GUERRIER:  Right.  I'm not asking
 6     about  ████
 7               MS. ZORNBERG:  Your question was your use
 8     of the term "XRP ecosystem."
 9               MS. GUERRIER:  Can you repeat my question,
10     please.
11                    (Record read by the reporter
12               as follows:
13                    "QUESTION:  Okay.  So if --
14               can you just define what do you
15               mean by 'XRP ecosystem'?")
16               MS. ZORNBERG:  Objection.
17     BY MS. GUERRIER:
18          Q.   Okay.  Earlier, you talked about what your
19     job would be in building an ecosystem.
20               Is that a correct statement?
21          A.   Yes.
22          Q.   Okay.  Can you describe or define what you
23     mean by "ecosystem"?
24          A.   Yes.  A group of companies all using a
25     shared set of technology.
```

1      Q.   And was the plan to create an ecosystem

2    system for XRP?

3            MS. ZORNBERG:  Object to form.

4            THE WITNESS:  At what point?

5    BY MS. GUERRIER:

6      Q.   Well, in 2018, when you were discussing

7    your potential job, was the plan to create an

8    ecosystem for XRP?

9            MS. ZORNBERG:  Objection.

10           THE WITNESS:  I don't know what the plan

11   was.  I hadn't joined the company yet.  But the

12   discussions that I had with Brad and others at

13   Ripple was about setting that up as a goal.

14   BY MS. GUERRIER:

15     Q.   Okay.  So if you take a look at the

16   document that I handed you, Exhibit 4 with Bates

17   0431803, do you see where it says "Goal for the XRP

18   Ecosystem"?

19     A.   I do.

20     Q.   Can you read number 2 into the record.

21     A.   The first one on the list?

22     Q.   Number 2.

23     A.   Sorry, the second on the list --

24     Q.   Yes.

25     A.   -- or the one number 2?  Sorry, the first

1    one is numbered 2, the second one is numbered 5.

2          Q.   Okay.  So are we looking at Exhibit 4,

3    "Setting up the XRP Ecosystem for Success"?

4          A.   Yes.  Yeah.

5          Q.   Okay.  So under -- do you see where it

6    says "Goals" --

7          A.   Yes.

8          Q.   -- for the XRP."  There's number one,

9    number 2?

10         A.   Yes.

11         Q.   Can you read what number 2 is?

12         A.   Sure.

13               "Drive utility and liquidity

14          for XRP."

15          MS. ZORNBERG:  Just so the record's clear

16   number one is blank and the formatting has a number

17   of blank numbers.

18   BY MS. GUERRIER:

19         Q.   Okay.  So is it your understanding that

20   that the XRP ecosystem, the goal was to drive

21   utility and liquidity for XRP?

22          MS. ZORNBERG:  Object to form.

23          THE WITNESS:  The goal for whom?

24   BY MS. GUERRIER:

25         Q.   Well, this is an email directed to you,

81

1  correct?

2      A.   Yes.

3      Q.   Okay.  And it's basically discussing

4  setting up the ecosystem for success.

5          So in this context, when it says the goal,

6  number 2, is to drive utility and liquidity for XRP,

7  is this your understanding of what the goal for XRP

8  was at the time that this email was sent?

9          MS. ZORNBERG:  Object to form.

10         THE WITNESS:  What do you mean by "the

11  goal for XRP"?

12  BY MS. GUERRIER:

13     Q.   Well, those are the words that are on --

14  on the email, correct?

15     A.   You mean "goal for the XRP ecosystem"?

16     Q.   Yes.

17     A.   So my reading of this document is that

18  ▆▆▆▆▆▆▆▆      had put together some thoughts as to if

19  you want wanted to set up the XRP ecosystem for

20  success, there's some potential goals for the XRP

21  ecosystem.

22     Q.   Your job, the job that you were going to

23  start, was to create an ecosystem for XRP?

24     A.   An eco --

25         MS. ZORNBERG:  Objection.

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

1        THE WITNESS:  My understanding of my job

2  was to build an ecosystem around companies building

3  on XRP Ledger.

4  BY MS. GUERRIER:

5      Q.   Okay.  So part of the goals for the XRP

6  ecosystem included driving utility and liquidity for

7  XRP, to your knowledge?

8        MS. ZORNBERG:  Objection.

9        THE WITNESS:  I -- I don't know.  I

10  wouldn't want to speak for the goals of the company

11  before I joined.

12  BY MS. GUERRIER:

13      Q.   Did you ever speak with Brad Garlinghouse

14  about what the goals for the XRP ecosystem were?

15      A.   Yes.

16      Q.   And what did he tell you that the goals

17  for the XRP ecosystem were?

18      A.   I would say more often I was trying to set

19  forth -- this is before I joined.  So prior to

20  joining, I'm not sure he said anything.  But

21  certainly I was trying to build an ecosystem of

22  companies using XRP Ledger.  And in order to do that

23  effectively, would look to set the goals for my team

24  and my organization.

25      Q.   Okay.  Well, did you ask any questions

1    when you received this email about what the utility

2    and liquidity for XRP meant?

3         A.   I don't remember.

4         Q.   Okay.  Would that have been of interest to

5    you?

6              MS. ZORNBERG:  Objection.

7              THE WITNESS:  Presumably.  This is a long

8    document.  I think all of it would have been of

9    interest.

10   BY MS. GUERRIER:

11        Q.   Okay.  So was driving utility a primary

12   component of the XRP ecosystem --

13             MS. ZORNBERG:  Object to form.

14   BY MS. GUERRIER:

15        Q.   -- at the time that you were interviewing?

16             MS. ZORNBERG:  Object to form.

17             THE WITNESS:  I -- I don't know what the

18   goals for the team were at the time, prior to me

19   joining.

20   BY MS. GUERRIER:

21        Q.   You are on this email, right?

22             MS. ZORNBERG:  Objection.

23             THE WITNESS:  I am, yes.

24   BY MS. GUERRIER:

25        Q.   Do you have any understanding whether

1    these statements were true at the time that you

2    received this email, the statements about the goals

3    for the XRP ecosystem being to drive utility and

4    liquidity for XRP?

5         A.   I don't know.

6         Q.   Well, do you have any reason to believe

7    that they were false?

8              MS. ZORNBERG:  Objection.

9              THE WITNESS:  I don't know how to answer

10   that question.

11   BY MS. GUERRIER:

12        Q.   What do you -- can you elaborate?

13             MS. ZORNBERG:  Objection.

14             If you don't understand the question,

15   there's nothing to elaborate.

16             MS. GUERRIER:  I'm not sure he said he

17   doesn't understand the question.  He said he doesn't

18   know how to answer the question.  So if you could

19   just --

20             THE WITNESS:  Sure, can you repeat the

21   question?

22   BY MS. GUERRIER:

23        Q.   Do you have any reason to believe that the

24   statement that the goals for the XRP ecosystem,

25   including drive utility and liquidity for XRP, is an

```
 1    incorrect statement?

 2              MS. ZORNBERG:  Object to form.

 3              THE WITNESS:  What do you mean by

 4    "incorrect statement"?

 5    BY MS. GUERRIER:

 6         Q.   Well, do you have any reason to doubt that

 7    the goals for the XRP ecosystem include the drive

 8    utility and liquidity for XRP?

 9              MS. ZORNBERG:  Object to form.

10              THE WITNESS:  I believe it -- I have no

11    reason to doubt that ███████████ wrote this.

12    BY MS. GUERRIER:

13         Q.   That's not my question, though.

14              I'm asking you, do you have any reason to

15    believe that this statement, the goal -- under the

16    title "Goals for the XRP Ecosystem, drive utility

17    and liquidity for XRP" --

18              MS. ZORNBERG:  Object to form.  Asked and

19    answered.  And the witness has said -- has answered

20    your question.  You're asking about something he

21    didn't write.

22              MS. GUERRIER:  He didn't answer.

23              MS. ZORNBERG:  That Mr. ████ wrote.

24    BY MS. GUERRIER:

25         Q.   Okay.  So do you have any reason to
```

```
1    believe that the statement, "Goals for the XRP
2    Ecosystem, drive utility and liquidity for XRP," is
3    false?
4              MS. ZORNBERG:  Objection.
5              If you can answer -- if you understand the
6    question you can answer.
7              THE WITNESS:  I don't understand the
8    question.  This is an email from ▓▓▓▓▓▓▓.  I
9    can't speak to the veracity of this document.
10   BY MS. GUERRIER:
11        Q.   Okay.  So when you received this document,
12   did you ask whether it was true that the goals for
13   the XRP ecosystem include to drive the utility and
14   liquidity of XRP?
15        A.   I don't recall.
16        Q.   Were you interested at all in determining
17   whether the goals were to drive the utility and
18   liquidity for XRP?
19             MS. ZORNBERG:  Objection and asked and
20   answered.
21             THE WITNESS:  Yeah.  I think so.
22   BY MS. GUERRIER:
23        Q.   Okay.  So did you make your interest known
24   to anyone at the time?
25             MS. ZORNBERG:  Objection.
```

87

```
 1                THE WITNESS:  I don't recall.

 2    BY MS. GUERRIER:

 3         Q.   Did Mr. Garlinghouse ever tell you that

 4    this statement to drive the utility and liquidity

 5    for XRP as part of the goal for the ecosystem was

 6    accurate?

 7                MS. ZORNBERG:  Object to form.

 8                THE WITNESS:  Sorry, can you repeat your

 9    question?

10    BY MS. GUERRIER:

11         Q.   Did Mr. Garlinghouse ever tell you that

12    the goals for the XRP ecosystem, to drive utility

13    and liquidity for XRP, was an accurate statement?

14         A.   I -- I don't remember.

15         Q.   Did you ever have any discussions with

16    Mr. Garlinghouse regarding the statement that's in

17    this email, the goals for the XRP ecosystem to drive

18    utility and liquidity for XRP?

19         A.   During what time period?

20         Q.   We're still talking about the email --

21         A.   Yeah.

22         Q.   -- that you received in May.

23         A.   I don't remember.

24         Q.   Did you ever have any discussions with

25    Mr. Garlinghouse regarding what the goals for the
```

1    XRP ecosystem were?

2         A.   Again, during this time period?

3         Q.   The entirety of your time at Ripple.

4              MS. ZORNBERG:  Object to form.

5              THE WITNESS:  You're asking if I -- sorry,

6    can you repeat your question?  I just want to make

7    sure I understand the timing in the question.

8    BY MS. GUERRIER:

9         Q.   Well, I'm gonna break it out into two.

10        A.   Okay.

11        Q.   Did you ever have any discussions with

12   Mr. Garlinghouse regarding whether the goals for the

13   XRP ecosystem, including driving utility and

14   liquidity for XRP, is an accurate statement around

15   the time of this email, which is in May in 2018?

16        A.   Yeah, I don't remember.  Sorry.

17        Q.   Did you ever have any discussions with

18   Mr. Garlinghouse at any time during your employment

19   at Ripple, Xpring, regarding whether the goals for

20   the XRP ecosystem included to drive the utility and

21   liquidity for XRP?

22        A.   Yes.

23        Q.   When did you have these discussions?

24        A.   I don't remember the exact dates.

25        Q.   What was the substance of the discussions

1    that you had with Mr. Garlinghouse regarding the

2    goals for the XRP ecosystem, including to drive

3    utility and liquidity for XRP?

4          MS. ZORNBERG:  Object to form.

5          THE WITNESS:  So I was managing the Xpring

6    team during my entire tenure at Ripple.  And so

7    trying to establish the goals for the team was a

8    reasonable thing to discuss -- I don't want to say

9    often, but frequently.

10   BY MS. GUERRIER:

11       Q.   And where did liquidity play in with the

12   discussions that you had with Mr. Garlinghouse with

13   respect to XRP?

14          MS. ZORNBERG:  Object to form.

15          THE WITNESS:  What do you mean by "fit

16   in"?

17   BY MS. GUERRIER:

18       Q.   Well, we're still talking about the

19   statement that the goals for the XRP ecosystem is to

20   drive utility and liquidity for XRP.

21          And I'm following up on your statement

22   that you've had conversations with Mr. Garlinghouse

23   regarding these goals.

24          So what specifically about utility in the

25   XRP ecosystem did you discuss with Mr. Garlinghouse?

1            MS. ZORNBERG:  Objection.  Misstates prior

2    testimony.  Lack of foundation.  The way the

3    question's framed now, you've asked him -- you've

4    assumed that he had a specific discussion with

5    Mr. Garlinghouse about this sentence in the ████

6    ████    email.  There's not a foundation for that.

7            MS. GUERRIER:  Okay.

8            MS. ZORNBERG:  So --

9            MS. GUERRIER:  I think --

10   BY MS. GUERRIER:

11       Q.   Did you -- did you have discussions with

12   Mr. Garlinghouse regarding the goals for the XRP

13   ecosystem being to drive utility and liquidity for

14   XRP at any time during your employment at Xpring?

15       A.   Yeah.

16       Q.   Okay.  And I believe you testified you

17   don't recall when specifically?

18       A.   I recall that I did not remember

19   discussing these goals.  I said I do not know the

20   exact dates.

21       Q.   Okay.  But you did have discussions about

22   part of the goals for the XRP ecosystem including

23   driving utility and liquidity for XRP.  Is that

24   correct?

25            MS. ZORNBERG:  Object to form.

 1          THE WITNESS:  We had discussions around

 2    the goals for Xpring and we had -- we -- part of

 3    those discussions were around utility and liquidity

 4    for XRP.

 5    BY MS. GUERRIER:

 6        Q.   Do you remember the substance of the

 7    conversation that you've had with Mr. Garlinghouse

 8    regarding utility and liquidity for XRP as it

 9    relates to the XRP ecosystem?

10          MS. ZORNBERG:  Object to form.

11          THE WITNESS:  No.  The substance?

12    BY MS. GUERRIER:

13        Q.   What -- okay.  Can you tell me what

14    conversation you had with Mr. Garlinghouse regarding

15    utility as it relates to -- and liquidity as it

16    relates to the XRP ecosystem?

17          MS. ZORNBERG:  Object to form.

18          THE WITNESS:  So I was building and

19    managing a team of people and so would discuss the

20    goals for our team, oftentimes with my team, my

21    peers, my manager, who was Brad.  And so it's hard

22    for me to characterize the substance of that

23    conversation because this was how I was trying to do

24    my job.  So there was -- it was a constant

25    discussion around, am I -- what should we be doing

1    and are we doing it well and how do we do it.

2    BY MS. GUERRIER:

3         Q.   Okay.  So was the need to create liquidity

4    for XRP discussed at all with Mr. Garlinghouse in

5    the context of your employment as it relates to the

6    ecosystem?

7              MS. ZORNBERG:  Object to form.

8              THE WITNESS:  We did not discuss the need

9    to create liquidity.  No.

10   BY MS. GUERRIER:

11        Q.   Okay.  What specifically did you discuss

12   about liquidity with respect to the ecosystem?

13             MS. ZORNBERG:  Object to form.

14             You can answer if you understand.

15             THE WITNESS:  For me, liquidity was a

16   measure of how -- of utility for XRP.

17   BY MS. GUERRIER:

18        Q.   Okay.  That wasn't my question.

19             My question is, what did you discuss with

20   Mr. Garlinghouse with respect to liquidity as it

21   relates to the ecosystem?

22        A.   I discuss --

23             MS. ZORNBERG:  Object to form.

24             THE WITNESS:  I discussed how liquidity

25   was a measure of utility.

1    BY MS. GUERRIER:

2        Q.    Okay.  Can you explain what you mean by

3    liquidity being a measure of utility?

4        A.    Yes.  So in order for a currency to be

5    useful to have liquidity, you must be able to

6    acquire that currency or -- unacquire, you must be

7    able be to buy it and you must be able -- you must

8    be able to get it.  For something to be useful, you

9    must be able to get your hands on it to use it.  And

10   so with no liquidity, it would be impossible to

11   drive utility.

12       Q.    Okay.  So how did you drive liquidity in

13   creating the ecosystem for XRP?

14            MS. ZORNBERG:  Object to form.  And

15   misstates -- lack of foundation.  Misstates prior

16   testimony.

17   BY MS. GUERRIER:

18       Q.    You can answer.

19       A.    I did not state that I drove liquidity.  I

20   don't -- I did not drive liquidity.

21       Q.    Okay.  What specifically did you work on

22   when you discussed the ecosystem when you were

23   actually employed at Xpring?

24            MS. ZORNBERG:  Objection.  Lack of

25   foundation.

94

1              THE WITNESS:  The question is, what did I

2    work on when we discussed -- sorry, can you repeat

3    the question?

4              MS. GUERRIER:  Do you mind -- can you

5    please read my question.  Thank you.

6                   (Record read by the reporter

7              as follows:

8                   "QUESTION:  Okay.  What

9              specifically did you work on when

10              you discussed the ecosystem when

11              you were actually employed at

12              Xpring?")

13              MS. ZORNBERG:  Objection.  Lack of

14    foundation.

15              THE WITNESS:  Can you be more specific on

16    which discussions you're referring to?

17    BY MS. GUERRIER:

18         Q.   Okay.  What did you work on when you were

19    working on the ecosystem for -- that you were

20    developing?

21         A.   We --

22              MS. ZORNBERG:  Object to form.

23              THE WITNESS:  Broadly, over the

24    two-and-a-half years I was there?

25    / /

1    BY MS. GUERRIER:

2        Q.   Sure.  Yes.

3        A.   Sure.  So we partnered with companies, we

4    invested with companies, and we built technology.

5        Q.   Do you recall what types of companies you

6    partnered with over your term with Xpring?

7            MS. ZORNBERG:  Objection.  Asked and

8    answered.

9            THE WITNESS:  Generally, technology

10   companies, frequently start-ups.

11   BY MS. GUERRIER:

12       Q.   What type?  Can you specifically name the

13   companies that you worked with?

14       A.   I think we did this before.

15       Q.   Are these the same companies --

16       A.   Yes.

17       Q.   -- that you named earlier?

18       A.   Yes.  Yeah.

19       Q.   Okay.  So going back to my earlier

20   question regarding the ecosystem, was Xpring

21   expected to drive liquidity for XRP?

22       A.   No.

23           MS. ZORNBERG:  Object to form.

24           THE WITNESS:  No.

25   / /

96

1    BY MS. GUERRIER:

2         Q.   Was working with the companies that you

3    named earlier a means of creating liquidity for XRP?

4         A.   No.

5         Q.   What were these companies required to do

6    for Xpring?

7              MS. ZORNBERG:  Objection.  Lack of

8    foundation.

9              THE WITNESS:  So we partnered with a lot

10   of different companies in lots of different forms.

11   BY MS. GUERRIER:

12        Q.   Okay.  So can you give some examples of

13   the types of companies and what they specifically

14   did with Xpring?

15        A.   Sure.  So we -- this is -- I don't -- I

16   don't remember all of them, so I apologize.

17             But there were companies that we invested

18   in just strictly as investment.  There were

19   companies that we invested or partnered with that

20   used XRP in their product.

21        Q.   So which company was strictly investing --

22   companies that you invested in?

23        A.   Oh, I don't remember the details of all of

24   them.

25        Q.   Do you know their names?

1          A.   I named a few of them.  I don't remember

2     all of them.  I honestly don't.

3          Q.   Can you just recall one that --

4          A.   Yeah.  Like we talked about Coil --

5               MS. ZORNBERG:  Just let her -- make sure

6     you let her finish asking the question.

7     BY MS. GUERRIER:

8          Q.   I'm just trying to understand the

9     companies that were solely for investment.  So if

10    you could just -- if you -- whatever you can recall,

11    if you could please name them.

12         A.   Sure.  So the ones that I recalled were

13    solely for investment, I believe ▓▓▓▓ was strictly

14    an investment.  I believe ▓▓▓▓▓▓▓ was strictly an

15    investment.

16              Those are the only ones I can remember off

17    the top of my head.

18         Q.   And then you had another category of

19    companies that you said were -- used XRP?

20              MS. ZORNBERG:  Object to form.

21              THE WITNESS:  I don't think I categorized

22    them, per se, but you asked me to come up with some

23    general generalizations.  But yes, there were

24    companies also that used XRP.

25    / /

98

```
 1    BY MS. GUERRIER:
 2        Q.   What -- which one of those companies?
 3        A.   So, for example, Coil,
 4             I'm sure there are more.
 5        Q.   Okay.  And how did they use XRP?
 6             MS. ZORNBERG:  Object to form.
 7             You can answer.
 8             THE WITNESS:  All of them?
 9    BY MS. GUERRIER:
10        Q.   Well, how did Coil use XRP?
11        A.   Sure.  Coil is a technology that allows --
12    what's the best way to describe this.  Allows an
13    individual to pay small amounts of money for
14    consuming a piece of content online.  So you might
15    be able to pay a penny to read a news story, for
16    example, or two pennies to read a news story, and
17    Coil used XRP to make that payment because that sort
18    of payment is not possible with today's -- with
19    traditional payment providers.
20        Q.   And        , how did        use XRP?
21        A.          was using it in a similar manner
22    where        allowed you, as I said, to rent out
23    various assets, things that you owned, and they were
24    similarly using it to enable the payment between the
25    renter and the rentee.
```

99

1          Q.   And how was ███ using XRP?

2          A.   ███ is a little more complicated, but,

3     generally, I would say ███ is using it for a

4     similar approach, but they're building out a

5     platform for online video games and using XRP to

6     enable users to very easily buy and sell virtual

7     goods, digital goods, within a video game.

8               MS. GUERRIER:  Okay.  Let me hand you

9     what's been marked Exhibit 11.

10               (Whereupon, Deposition Exhibit EB-11

11                was marked for identification.)

12               MS. ZORNBERG:  Thank you.

13     BY MS. GUERRIER:

14          Q.   Exhibit 11 is an email dated June 21st,

15     2018, from you to yourself, from you.  And I think

16     it's -- the subject is "Open DLT notes."  And

17     underneath it it has "XRP thoughts."

18               Let me know when you have the chance to

19     take a look at it.

20          A.   Okay.

21               All right.

22          Q.   All right.  So what is the document marked

23     Exhibit 11?

24          A.   This appears to be an email from myself to

25     myself dated June 21st, 2018, with a very long list

1    of ideas and thoughts.

2          Q.    And were these ideas and thoughts that you

3    had after you became employed with Ripple?

4          A.    I wrote this email after.  And I couldn't

5    say when I had the thoughts, but I would -- I think

6    it's fair to generalize most of this was me trying

7    to get my head wrapped around a new job.

8          Q.    Okay.  But you were actually working at

9    Ripple at the time that you wrote --

10         A.    At the time I sent this email, yeah.

11   Yeah.

12         Q.    Okay.  And what, in general, were you

13   trying to accomplish with this email?

14              MS. ZORNBERG:  Object to form.

15              You can answer.

16              THE WITNESS:  Well, I sent the email to

17   myself just, I guess, to have it in my inbox.

18   BY MS. GUERRIER:

19         Q.    Okay.  So were you writing your thoughts

20   about your new job, basically?

21              MS. ZORNBERG:  Object to form.

22              THE WITNESS:  Yeah.  I think that's fair.

23   BY MS. GUERRIER:

24         Q.    Okay.  And were these including some of

25   the objectives using XRP?

1          MS. ZORNBERG:  Object to form.

2          THE WITNESS:  Sorry, which objectives are

3     you talking about?

4     BY MS. GUERRIER:

5          Q.   Well, in general, were you writing about

6     some of your objectives with respect to XRP?

7          A.   I think this document has objectives about

8     lots of things, including XRP.

9          Q.   Okay.  But it does have objectives about

10    XRP that you wrote to yourself?

11         A.   Let me go read it again.  I don't want to

12    get too specific there.

13         Q.   I mean, I'm not asking for specific

14    objectives.  I'm asking in general, did you write

15    your objectives about XRP in this email to yourself?

16         MS. ZORNBERG:  Object to form.  And feel

17    free to direct him to something in the document.

18         THE WITNESS:  So it looks like I have

19    mentioned objectives a few times in this document.

20    Once on the first line.  I, again -- I'm happy to

21    scan it and look for those words.

22    BY MS. GUERRIER:

23         Q.   I don't think I'm asking you to scan for

24    words.  But if you -- just based on your

25    recollection, is this document to write what your

1    thoughts were for XRP?

2         A.   I would say this is my thoughts around,

3    yeah, what my job was supposed to do, supposed to

4    be.

5         Q.   Okay.  Now, if you turn to the page that

6    has the Bates number 058048 at the bottom -- 80409.

7    Sorry, I'll repeat that.  0580409.

8         A.   Yes.

9         Q.   Near the middle, there's a statement that

10   you write.  You want to read that into the record.

11   It's under number 13.

12        A.   Certainly.

13                   "How ironic that all the ICOs

14             happen on ETH and ETH received

15             specific notice from the SEC that

16             it isn't a security."

17        Q.   Is there a reason why you thought it was

18   ironic that ETH received the notice from the SEC

19   about it not being a security?

20             MS. ZORNBERG:  Object to form.

21             THE WITNESS:  Sorry, can you repeat the

22   question?

23   BY MS. GUERRIER:

24        Q.   Is there a reason that you thought it was

25   ironic that ETH received a specific notice from the

1    SEC about it not being a security?

2            MS. ZORNBERG:  Objection.

3            THE WITNESS:  Yes.

4    BY MS. GUERRIER:

5        Q.   And why did you think that was ironic?

6        A.   Not being a lawyer or security lawyer, I

7    think at this time, 2000 -- mid 2018, there were

8    many, many ICOs coming out, initial coin offerings.

9    From my reading of the news -- again, not being a

10   lawyer, it seemed like these were questionable from

11   a regulatory perspective.  And they were all

12   happening on the Ethereum blockchain which the SEC,

13   my understanding, had said everything on Ethereum is

14   kosher and fine but there was all this, like, what

15   appeared to be fairly regulatory questionable

16   activity taking place in the ecosystem that the SEC

17   said was okay.

18       Q.   Okay.  Did you ever discuss with anyone at

19   Ripple whether XRP might be a security?

20       A.   No.

21       Q.   Did you ever meet with anyone at the SEC

22   regarding XRP?

23       A.   No.

24       Q.   Since you left Ripple, have you had any

25   discussions With Mr. Garlinghouse about XRP being a

104

1    security?

2          A.    No.

3          Q.    Have you had any discussions with

4    Mr. Larsen, since you've left Ripple, regarding

5    whether XRP is a security?

6          A.    No.

7          Q.    Have you communicated with anyone else at

8    Ripple from -- regarding whether or not XRP is a

9    security?  And I mean at any time.

10         A.    I've spoken with counsel regarding this

11   deposition.

12         Q.    Other than counsel.

13         A.    No.

14         Q.    Have you ever spoken with Mr. Garlinghouse

15   regarding this litigation?

16         A.    The no.

17         Q.    Have you ever spoken with anyone at Ripple

18   regarding this litigation?

19         A.    Just counsel.

20         Q.    Okay.  Going back to your email, if you

21   could stay on the same page and read right under the

22   topic about security, beginning with "today XRP."

23         A.    Sure.

24                      "Today XRP is one of the

25                  top -- top market cap digital

105

```
 1              assets."
 2         Q.   Can you read the next line, please?
 3         A.   Sure.
 4                   "Outside of speculators, no
 5              one is doing anything with XRP or
 6              XRP Ledger."
 7         Q.   And the following line?
 8         A.   "Even Ripple, doing very little with XRP
 9    or XRP Ledger."
10         Q.   Okay.  So this is an email you sent to
11    yourself on June 21st, 2018?
12         A.   Yes.
13         Q.   Okay.  So at the time you made these three
14    statements that you just read into -- market,
15    including that outside of speculators, no one is
16    doing anything with XRP or XRP Ledger, was the
17    statement an accurate statement?
18              MS. ZORNBERG:  Object to form.
19              THE WITNESS:  I don't know.
20    BY MS. GUERRIER:
21         Q.   Well, did you believe the statement to be
22    true when you wrote it?
23         A.   I don't know.
24         Q.   So why did you write this into your email?
25         A.   So this email is a lot of thoughts about
```

1  me trying to figure out how to do my job.  So

2  there's a lot of information in this that I was just

3  dumping stuff on a page to try to figure out what my

4  job was and how to go do it.

5      Q.   So at the time that you wrote this email,

6  no one, to your knowledge, was doing anything with

7  XRP --

8          MS. ZORNBERG:  Objection.

9  BY MS. GUERRIER:

10     Q.   -- is that correct?

11         MS. ZORNBERG:  Objection.

12         THE WITNESS:  I wouldn't say that.

13  BY MS. GUERRIER:

14     Q.   So what did you mean by "outside of

15  speculators, no one is doing anything with XRP"?

16     A.   I'm not 100 percent sure.  I'd say at this

17  period of time, all -- most of what was going on in

18  cryptocurrency was ICOs.  And that was -- every day

19  in the press was everybody was doing an ICO.  And so

20  that was where all the attention and excitement was.

21         And Ripple, being a very conservative

22  company, had always tried to stay very far away from

23  them.  And so if you were to look at what's going on

24  in the crypto world, like, it was all ICOs all the

25  time, and no one of that was happening on XRP

1    Ledger.

2         Q.   Okay.  But other than that, there was no

3    one using XRP at the time you wrote this email --

4              MS. ZORNBERG:  Object.  Is that a

5    question?

6    BY MS. GUERRIER:

7         Q.   Can you answer the question?

8         A.   What was the question?

9              MS. ZORNBERG:  No.  Objection.

10   BY MS. GUERRIER:

11        Q.   You wrote -- is that -- that no one is

12   doing anything with XRP.

13             At the time you wrote this email in June

14   of 2018, was that true?

15             MS. ZORNBERG:  Objection.  Misaccurate

16   [sic] reading of the statement.

17             THE WITNESS:  As I stated before, I don't

18   know.

19   BY MS. GUERRIER:

20        Q.   So why would you -- how would not knowing

21   whether or not anyone is doing anything with XRP

22   help you, as an SVP of Xpring, do your job?

23             MS. ZORNBERG:  Objection.

24             THE WITNESS:  Sorry, can you repeat the

25   question?

108

1          MS. GUERRIER:  If you could please read

2     the question.

3                (Record read by the reporter

4          as follows:

5                QUESTION:  "So why would

6          you -- how would not knowing

7          whether or not anyone is doing

8          anything with XRP help you, as an

9          SVP of Xpring, do your job?")

10         MS. ZORNBERG:  Objection.  It's an

11    incomprehensible question.

12         THE WITNESS:  I'm not sure I understand

13    that question.

14         MS. GUERRIER:  I don't know that that's an

15    appropriate objection, but you can object to form

16    and then I'll try to clarify the question.

17         MS. ZORNBERG:  Object to form.

18         MS. GUERRIER:  No need for insults.

19    BY MS. GUERRIER:

20         Q.   Sir, the next line you write:

21                "Even Ripple doing very little

22         with XRP."

23         What did you mean by that?

24         A.   I don't know specifically.

25         Q.   So as you wrote this email in June of

110

1    maybe a few hundred bullet points.  And I'm not sure

2    I know if I believe all or some.  This was me, two

3    weeks into a job, trying to get my head wrapped

4    around with what's going on in a very complicated

5    industry.

6              And I think generally Ripple, we're

7    focused -- focused on payments, and the world of

8    payments is very, very big.  And even today, I think

9    Ripple, while doing great, is still a small piece of

10   what's going on in the world of payments.

11             MS. GUERRIER:  I'm handing you Exhibit 18.

12             (Whereupon, Deposition Exhibit EB-18

13             was marked for identification.)

14   BY MS. GUERRIER:

15        Q.   If you could please take a look at it.

16   Let me know when you are done.

17        A.   Okay.

18        Q.   All right.  So what is Exhibit 18?

19        A.   Exhibit 18 is an email from me to ███████

20   ████████ from August 1st, 2018.

21        Q.   Okay.  So who is ██████████████?

22        A.   ████████████████ is the CEO of Coil.

23        Q.   Is Coil one of the companies that you

24   described earlier as using XRP?

25        A.   Yes.  Coil uses XRP.

1       Q.   Okay.  So if you could please tell me what

2   you are responding to with respect to this email.

3            MS. ZORNBERG:  Object to form.  Document

4   speaks for itself.

5            THE WITNESS:  So it looks like I am

6   responding to a question from ▮▮▮▮▮, who says:

7                "Are there any candidates for

8            ILP-enabled XRP wallets that you're

9            pursuing?"

10  BY MS. GUERRIER:

11       Q.   So if you could read the second paragraph

12  of your answer into the record, please.

13       A.   Sure.

14                "Agree this is important and

15            that someone will solve it.  One

16            challenge is that at the moment,

17            there's no place for consumers to

18            spend XRP, so we have a chicken/egg

19            problem we need to solve."

20       Q.   Okay.  So why are you telling the CEO of

21  Coil that there's no place for consumers to spend

22  XRP, in this email dated August 1st, 2018?

23            MS. ZORNBERG:  Object to form.

24            You can answer.

25            THE WITNESS:  So if I understand this

112

1    email correctly, this is about what looks to be

2    blockchain wallet, and their integration of ILP and

3    whether that was important or not.  And blockchain

4    wallet is a consumer-facing product.

5              And so the question was, how important it

6    was to have a consumer-facing product that supported

7    ILP and XRP.

8    BY MS. GUERRIER:

9        Q.   So at the time you wrote this email, is it

10   accurate that there was no place for consumers to

11   spend XRP?

12       A.   I don't know.

13       Q.   So why did you include that in your answer

14   to ▉▉▉▉▉▉▉?

15             MS. ZORNBERG:  Object to form.

16             THE WITNESS:  I included that to try to

17   frame up this opportunity or this idea around

18   introducing ILP and XRP into the blockchain wallet.

19   BY MS. GUERRIER:

20       Q.   So are you -- what -- is your testimony

21   that there is no place to spend XRP accurate?

22             MS. ZORNBERG:  Objection.

23             THE WITNESS:  Are you asking if my

24   testimony is accurate?

25   / /

113

1    BY MS. GUERRIER:

2        Q.   I'm sorry, is your email, that there's no

3    place for consumers to spend XRP.  Is that an

4    accurate statement?

5            MS. ZORNBERG:  Objection.  Asked and

6    answered.

7            THE WITNESS:  As of this date?

8    BY MS. GUERRIER:

9        Q.   Yes.

10       A.   I don't know.  The XRP Ledger is open for

11   anyone to use.

12       Q.   That's not my question.  I'd like to

13   understand what you meant here by saying that

14   there's no place for consumers to spend XRP, on

15   August 1st, 2018.

16       A.   I am trying to provide a framework for how

17   to evaluate this opportunity to integrate ILP and

18   XRP into the blockchain wallet, which is a

19   consumer-facing product.

20       Q.   Right.  So at the time there was no place

21   to spend XRP for consumers.  Is that a correct

22   characterization?

23           MS. ZORNBERG:  Objection.  Asked and

24   answered.

25           THE WITNESS:  I don't know.

114

1    BY MS. GUERRIER:

2        Q.   So as -- you're the senior vice president

3    of Xpring, and -- is it your testimony you don't

4    know whether, at the time you sent your email on

5    August 1st, 2018, that there was no place to

6    spend -- for consumers to spend XRP?

7            MS. ZORNBERG:  Objection to form.

8    BY MS. GUERRIER:

9        Q.   Is that your testimony?

10           MS. ZORNBERG:  Object to form.

11           THE WITNESS:  I do not know the answer to

12   that.  I do not know if there was a place for

13   consumers to spend XRP as of this date.

14   BY MS. GUERRIER:

15       Q.   Okay.  So what did you mean by the chicken

16   and egg problem that you needed to solve?

17           MS. ZORNBERG:  Object to form.

18           You can answer.

19           THE WITNESS:  So blockchain wallet being a

20   very large wallet, to bring a lot of consumers on

21   board, if there are limited places for them to use

22   that wallet, then you've only got one side of the

23   kind of wallet payment interaction, that being the

24   chicken and egg problem.

25   / /

115

1    BY MS. GUERRIER:

2        Q.   When you sent this statement, did you

3    believe -- and by "statement," I mean that there was

4    no place for consumers to spend XRP.  Did you

5    believe it to be true at the time that you sent it

6    in August of 2018?

7        A.   I don't think so.

8        Q.   So you didn't believe that there was no

9    place for consumers to -- I'm just trying to

10   understand -- to spend the XRP?

11           MS. ZORNBERG:  Object to form.

12           THE WITNESS:  Yeah.  I don't believe that

13   I actually believed that to be 100 percent true.

14   BY MS. GUERRIER:

15       Q.   So did you clarify the statement with

16   Mr. ████████ at a later time?

17       A.   I doubt it.

18       Q.   Okay.  Why not?

19       A.   It was not relevant to this conversation.

20       Q.   Okay.  But you put it in the email for

21   what purpose?

22           MS. ZORNBERG:  Object to form.

23           THE WITNESS:  So I was trying to help

24   provide a framework to evaluate how -- evaluate this

25   opportunity of adding ILP and XRP into the

116

1    blockchain wallet.  And so I was trying to provide

2    some context.

3    BY MS. GUERRIER:

4        Q.   By -- so by providing context, do you mean

5    to include a statement that you did not believe was

6    true?

7            MS. ZORNBERG:  Objection.

8            THE WITNESS:  For me, this statement is

9    just shorthand.

10   BY MS. GUERRIER:

11       Q.   So it could be true or false as far as

12   you're concerned?

13           MS. ZORNBERG:  Objection.

14           THE WITNESS:  Could be true or false as

15   far as you're concerned?

16           MS. ZORNBERG:  Yeah.  Object to the form

17   of the question.

18   BY MS. GUERRIER:

19       Q.   So --

20       A.   Are you asking me if the statement could

21   be true or false?

22       Q.   Well, are you -- is it your normal to put

23   a false statement into an email regarding a question

24   about, you know, whether consumers spend XRP or not?

25           MS. ZORNBERG:  Objection.  And misstates

1    prior testimony.

2           THE WITNESS:  I would say it's normal to

3    make generalizations and shorthand in email.

4    BY MS. GUERRIER:

5        Q.   So the statement that there's no place for

6    consumers to spend XRP, are you characterizing this

7    as a generalization?

8        A.   I think so, yes.

9        Q.   Okay.  So -- but -- is your testimony that

10   you don't know if that's true or false?

11       A.   Correct.

12       Q.   As of August 1st, 2018?

13       A.   Correct.

14           MS. GUERRIER:  I'm handing you a document

15   premarked as Exhibit 20.

16               (Whereupon, Deposition Exhibit EB-20

17                was marked for identification.)

18           THE WITNESS:  Okay.

19   BY MS. GUERRIER:

20       Q.   All right.  So Exhibit 20 is an email from

21   you to          on August 7, 2018 and CC'ing other

22   people with the subject, Intro.

23           And who is --

24           MS. ZORNBERG:  Hold on.  Hold on.  That's

25   inaccurate -- just to correct the record, Exhibit 20

1   is an email string with multiple emails, and the

2   subject was not written by Mr. Beard.

3            MS. GUERRIER:  Okay.  I never said that.

4   And also, ma'am, if you would just either object to

5   form, because you will have your opportunity to --

6   whatever it is you need to clear up, clear up, but I

7   would appreciate if you just object to the form of

8   the question.

9            MS. ZORNBERG:  If something is being

10  misstated I'll correct it in the moment.

11           MS. GUERRIER:  It is -- because I did not

12  say that he wrote the intro.  That's your testimony.

13  BY MS. GUERRIER:

14       Q.   Sir, what is this email that you are

15  writing to [redacted] about?

16       A.   So this email thread.  You want me to talk

17  about the first one?

18       Q.   Yeah.  What is -- what is your email on

19  August 7th, 2018, to [redacted]

20       A.   So this is --

21           MS. ZORNBERG:  Object to form.

22           THE WITNESS:  This is in response to an

23  email from [redacted] talking about a variety of

24  different businesses and ideas and opportunities

25  that he's been exploring.

119

1    BY MS. GUERRIER:

2         Q.    Who is ▮▮▮▮▮▮▮?

3         A.    ▮▮▮▮▮▮▮ I believe was an early Ripple

4    employee and is now an investor.

5         Q.    Do you recall what his title was at

6    Ripple?

7         A.    He was -- we did not overlap.

8         Q.    And he's an early investor -- I'm sorry,

9    what did you say about -- can you clarify?

10        A.    He was an early employee at Ripple and is

11   now an investor.

12        Q.    At Ripple?

13        A.    I don't know.

14        Q.    Okay.

15        A.    No.  Not at Ripple.

16        Q.    At Ripple.

17        A.    No.  He does not work at Ripple.

18        Q.    Okay.  And he's an investor where?

19        A.    I don't know.

20        Q.    So what do you mean by saying that he's

21   now an investor?

22        A.    He invests in companies.

23        Q.    How do you know that?

24        A.    'Cause he's told me he invests in

25   companies.

1      Q.   Okay.  So what kind of advice is Mr. ███

2  asking you for in this email that he sent to you on

3  August 4, 2018?

4           MS. ZORNBERG:  Object to form.

5           THE WITNESS:  I don't think he's asking

6  for advice here.  I don't think I said that.  He is

7  looking at a variety of opportunities or ideas where

8  there might be intersection between Ripple and other

9  companies.

10  BY MS. GUERRIER:

11      Q.   Do you know the types of ideas and

12  opportunities that he's looking at with respect to

13  Ripple and other companies?

14           MS. ZORNBERG:  Object to form.

15           THE WITNESS:  So it looks like he's been

16  discussing the idea of an XRP reverse auction model

17  for placing order books as an alternative to the

18  complexity of Interledger.  It looks like ███████

19  could be a prime example of where they would be

20  willing to pay out in a number of countries in local

21  currency exchange.

22           Looks like they're looking to close a lead

23  funding round with ████████████  Looks like he's

24  been talking with ████████ the CEO of ████ who is

25  open to having ████ run point on removing the

121

```
 1    blockers to an xRapid integration.  Looks like he's
 2    an investor in both ████████ and Bitso.
 3    BY MS. GUERRIER:
 4        Q.   Okay.  So --
 5        A.   That's, I think, some of the things he's
 6    looking to talk about.
 7        Q.   -- do you know why he wanted to speak with
 8    you when he sent this email on August 4, 2018?
 9             MS. ZORNBERG:  Object to form.
10             THE WITNESS:  I think he was looking to
11    bounce these ideas off someone inside of Ripple.
12    BY MS. GUERRIER:
13        Q.   Okay.  And can you read your response to
14    Mr. ████
15        A.   Sure.
16        Q.   The first and second paragraph, for the
17    record.
18        A.   Sure.
19                 "I've popped the xRapid
20                 opportunity over to the sales team
21                 to see where best to land it.
22                 We've had some discussions in the
23                 past with airdropping XRP into
24                 wallets and have run into a few
25                 challenges.  I think the major
```

122

1              blocker has been that there aren't

2              a lot of opportunities for anyone

3              to spend XRP anywhere since we're

4              not focused on the consumer space.

5                   "To this extent, we always

6              come round to the sense that the

7              only thing a consumer can do with

8              XRP is hold it or sell it for fiat,

9              neither of which drive much utility

10             (and frankly Ripple can both hold

11             and sell pretty easily).

12                  "The other challenge is that

13             in order to create an XRP wallet on

14             the ledger you have to fund it with

15             20 XRP which gets locked in the

16             account, so there's a pretty high

17             cost just to creating wallets for

18             consumers.  Happy to talk more if

19             you think we can overcome those

20             challenges."

21       Q.   So going to your statement that "there

22   aren't a lot of opportunities for anyone to spend

23   XRP anywhere," was this an accurate statement at the

24   time you wrote the email in 2018?

25             MS. ZORNBERG:  Object to form.

123

1          THE WITNESS:  I would say this is my

2    opinion.

3    BY MS. GUERRIER:

4        Q.   Okay.  And then you go on and say that

5    "we're not focused on the consumer space."  So are

6    you talking about Ripple?

7          MS. ZORNBERG:  Object to form.

8          THE WITNESS:  I would say the "we" here is

9    arguably somewhere between Ripple and Xpring, and I

10   know Xpring is part of Ripple, but --

11   BY MS. GUERRIER:

12       Q.   So at the time of this email in August of

13   2018, Ripple was not focused on the consumer space.

14   Is that what you're stating in this email?

15         MS. ZORNBERG:  Object to form.

16         THE WITNESS:  I am stating that in this

17   email.

18   BY MS. GUERRIER:

19       Q.   Okay.  So you next say "that the only

20   thing a consumer can do with XRP is either hold it

21   or sell it for fiat."  Did you believe that

22   statement to be true when you wrote it?

23       A.   I don't know.

24            Again, I think this is a generalization,

25   similar to the last email.

1          Q.   Okay.  But continuing on, you say "neither

2     of which really drive much utility."  So did you --

3     at the time, in August of 2018, there wasn't much

4     utility for XRP.  Is that your statement here?

5               MS. ZORNBERG:  Object to form.

6               THE WITNESS:  I don't think that's what

7     this statement says.

8     BY MS. GUERRIER:

9          Q.   What does it state?

10          A.   I think that the only thing a consumer can

11     do with XRP is hold it or sell it for fiat, neither

12     of which really drive much utility.

13          Q.   So what do you mean by "neither of which

14     really drive much utility" in this context?

15          A.   So the context around this is that

16     Mr. ████ is looking at an opportunity to give out

17     XRP to individual consumers as rewards.  And my

18     response is that if you just give it to users,

19     mostly they're going to just hold it or sell it for

20     fiat.

21          Q.   'cause they can't use it.  Is that your

22     statement?

23               MS. ZORNBERG:  Object to form.

24               THE WITNESS:  I'm saying that, again, the

25     generalization is that there's -- again, as I said

125

```
 1    before, this is a broad generalization, but me

 2    saying that the only thing that that user can then

 3    do is hold it or sell it for fiat, which in my

 4    opinion didn't really drive much utility.

 5    BY MS. GUERRIER:

 6         Q.   Okay.  You talked about Coil, correct.  So

 7    just for clarification, what is Coil?

 8         A.   Coil is a company.

 9         Q.   What kind of company?

10         A.   A technology company.

11         Q.   And did Xpring have any involvement with

12    Coil?

13              MS. ZORNBERG:  Objection.  Asked and

14    answered.

15              THE WITNESS:  Yes.

16    BY MS. GUERRIER:

17         Q.   And how were they involved with Coil?

18         A.   We partnered with Coil and we provided

19    funding with Coil.

20         Q.   In what ways did you partner with Coil?

21              MS. ZORNBERG:  Object to form.

22              THE WITNESS:  We work with them on

23    building technology.

24    BY MS. GUERRIER:

25         Q.   Okay.  What specific technology?
```

1          A.   Primarily Interledger Protocol.

2          Q.   Now, did Ripple fund Coil?

3          A.   Yes.

4          Q.   And how much funding did Ripple provide to

5     Coil at -- all together, if you know?

6          A.   I don't know, all together.

7          Q.   Was the funding from Ripple a significant

8     portion of Coil's funding, to your knowledge?

9          A.   I don't know.

10         Q.   Do you know how much Ripple provided to

11    Coil?

12              MS. ZORNBERG:  Objection.  Asked and

13    answered.

14              THE WITNESS:  Not specifically.

15    BY MS. GUERRIER:

16         Q.   Did it fund Coil in XRP?

17         A.   I believe so.

18         Q.   And do you know what Coil did with the XRP

19    that it received from Ripple?

20         A.   I do not.

21         Q.   Do you know if Coil sold the XRP that it

22    received from Ripple?

23         A.   I don't know.

24         Q.   Were there any agreements with Coil and

25    Ripple regarding how Coil could use the XRP?  If you

127

1    know.

2          A.   Yes.

3          Q.   And what types of agreements with Coil

4    regarding the use of XRP?

5          A.   I don't know the specifics.

6          Q.   Okay.  Were you involved at all in working

7    out the agreement between coil and Ripple?

8          A.   No.

9          Q.   Did Coil have any agreements with Xpring?

10         A.   Xpring --

11              MS. ZORNBERG:  Object to form.

12              THE WITNESS:  Xpring was a part of Ripple.

13    BY MS. GUERRIER:

14         Q.   Mh-hmm.

15         A.   So agreements with Xpring were not --

16    there were no agreements with Xpring.  They were all

17    with Ripple.

18         Q.   Okay.  Was Coil a developer?

19         A.   What do you mean when you say a developer.

20         Q.   Do you understand what the term

21    "developer" means in the digital assets space?

22         A.   I do, I think so, yes.

23         Q.   What is your understanding of that term?

24         A.   So I would say a developer is someone who

25    writes code, writes software code.

1          Q.   Now, in your job of create -- working on

2     the ecosystem, did you work with developers?

3                MS. ZORNBERG:  Object to form.

4                THE WITNESS:  Yes.

5     BY MS. GUERRIER:

6          Q.   So can you name some of the developers

7     that you worked with?

8          A.   Yes.  I will say "developer" is a term

9     that we -- the technology world uses both to

10    characterize individuals who -- human beings who

11    write code, as well as companies that build on

12    technology platforms.  And so the companies that I

13    mentioned previously, like Coil, or like [REDACTED]  we at

14    Xpring considered developers.

15         Q.   So these are the specific companies that

16    build on --

17         A.   Yes.

18         Q.   -- the XRP platform that you work with?

19         A.   Yes.

20         Q.   Okay.  Did -- and Xpring -- and when I say

21    Xpring, I'm referring to Ripple since -- based on

22    your testimony that they're all one of the same.  Is

23    that a correct characterization?  I don't want to

24    mischaracterize your statement.

25                MS. ZORNBERG:  Yeah.  Objection.

129

```
 1              THE WITNESS:  I think it depends on the
 2      context.
 3      BY MS. GUERRIER:
 4          Q.   All right.  Well --
 5          A.   In terms of signing legal agreements,
 6      there were no agreements with Xpring.  The legal
 7      entity was Ripple.
 8          Q.   Okay.  So in the context of your job, did
 9      you -- did you work on any deals with many, many
10      developers?
11              MS. ZORNBERG:  Object to form.
12              THE WITNESS:  Yes.
13      BY MS. GUERRIER:
14          Q.   What specific deals did you work on?
15          A.   I believe we answered this in the past.
16      These were deals, for example, with Coil, with
17      with         , with              .
18          Q.   Okay.
19              MS. ZORNBERG:  Just note for the record,
20      for clarification, I'm not sure if the "you" in your
21      last question was meant Ethan Beard personally or
22      Xpring.
23      BY MS. GUERRIER:
24          Q.   So -- I'll clarify.
25              So you, as SVP of Xpring -- and that's
```

130

1      what I'm talking about, did you work with developers

2      in creating deals with Ripple?

3           A.   Yes.

4           Q.   Is your answer the same?

5           A.   I don't know.  Can you ask them again?

6      Thank you for that clarification.

7                MS. GUERRIER:  I'm sorry, can you please

8      repeat the question.

9                     (Record read by the reporter

10               as follows:

11                    "QUESTION:  What specific

12               deals did you work on?")

13               THE WITNESS:  Got it.  Helpful.  Thank

14     you.

15               And can you clarify what you mean by "work

16     on"?

17     BY MS. GUERRIER:

18          Q.   Well, did you have any input in any of the

19     deals with the developers that you were working on?

20          A.   Yes.

21          Q.   Okay.  What sort of input did you have?

22          A.   I would have input ranging on structuring

23     of a deal or approval of a deal.

24          Q.   Did you sign any of the deals?

25          A.   Yes.

131

1      Q.   Do you recall which ones you signed?

2      A.   I believe I signed most of them.

3      Q.   Okay.

4           MS. GUERRIER:   This is unmarked.   I'm

5      going to hand you a document that has not been

6      premarked, so I think we're going to just have to

7      mark it.   If you could.

8           MS. ZORNBERG:   For the folks on Zoom, can

9      you read the Bates number or will it be sent?

10          MS. GUERRIER:   I'm just waiting for her

11     to --

12          Okay.   So this is going to be Exhibit 5.

13          (Whereupon, Deposition Exhibit EB-5

14          was marked for identification.)

15     BY MS. GUERRIER:

16     Q.   Okay.   I've handed you documents Bates SEC

17     0413724.   And it's -- it ends at 0413725, if you

18     flip to the back.

19     A.   Okay.

20     Q.   Okay.   So Exhibit 5 is an email from

21     Stacey Ngo dated July 2nd, 2019, to you.   And the

22     subject line is forwarding a Xpring -- and it's

23     "Xpring Momentum EOD Recap."

24          Do you see that?

25     A.   I do.

1          Q.   Do you recognize the exhibit?

2          A.   Yeah.  It looks to be as you described.

3          Q.   Okay.  Do you know what this string of

4     emails is about in Exhibit 5?

5          A.   This appears to be a summary of

6     communications, outreach -- or activity, I would

7     say.

8          Q.   Does this have to do with any of the deals

9     that Xpring was involved in around the -- July 2019?

10         A.   I don't know if it's about specific deals.

11    I think it's about Xpring as a whole.

12         Q.   So if you flip the page to document

13    number 0413725, and I believe it talks about some

14    press coverage?

15         A.   Yes.

16         Q.   Do you recall any of the deals under the

17    coverage heading?  Or was it just one deal?

18              MS. ZORNBERG:  Object to form.  Misstates

19    prior testimony.  Lack of foundation.

20              THE WITNESS:  I don't have links to these

21    articles themselves, so I don't know what the

22    reporting was.  It looks like, at the least, we've

23    talked about -- we're talking about the total

24    dollars as well as the total number of companies.

25    / /

133

1    BY MS. GUERRIER:

2         Q.   So do you recall Xpring investing ███

3    ████████ dollars into 20 companies to boost XRP?

4         A.   Yes. ███████████.

5         Q.   █████████████.

6         A.   Yes.

7         Q.   And were you involved in any of those

8    deals between Xpring and the companies that are

9    referenced in this email?

10        A.   Yes.

11             MS. ZORNBERG:   Objection.

12             THE WITNESS:   Sorry.

13             MS. ZORNBERG:   What companies referenced?

14             MS. GUERRIER:   Well, in general, the 20

15   companies that this email refers to.

16             MS. ZORNBERG:   Object to form.

17             THE WITNESS:   I don't know the 20 specific

18   companies here, so I can't speak to them

19   specifically.

20   BY MS. GUERRIER:

21        Q.   Were you, as SVP of Xpring, involved in

22   the ████████ deals with 20 companies, between

23   Xpring and the 20 companies?

24             MS. ZORNBERG:   Objection. █████████.

25             THE WITNESS:   Again, I don't want to speak

1    about these specific companies without having a

2    list, but I would say, overall, I led the Xpring

3    team, and so this -- these activities took place

4    primarily with people on my team.

5    BY MS. GUERRIER:

6         Q.   Okay.

7         A.   Not exclusively.

8         Q.   So is it -- was Xpring just actively

9    investing in developer projects?

10             MS. ZORNBERG:  Object to form.

11             THE WITNESS:  At this time?

12   BY MS. GUERRIER:

13        Q.   I'm talking about this email.  Yes.

14   June 2000 -- July 2019.

15        A.   Yes.  We were investing in partnering with

16   companies.

17        Q.   Okay.  Was there a criteria for picking

18   the companies that you were partnering with?

19        A.   Yes.

20        Q.   Do you recall the criteria for picking

21   companies that you -- that Xpring was dealing with?

22        A.   I don't.  It was not that specific.

23        Q.   Okay.  And who created the criteria for

24   picking companies in which Xpring would be

25   investing?

135

1          MS. ZORNBERG:  Objection.  Lack of

2    foundation.

3          THE WITNESS:  As I stated, I think the

4    criteria was not specific.

5    BY MS. GUERRIER:

6        Q.    Well, who created the criteria?  That was

7    my question.

8          MS. ZORNBERG:  Object to form.

9          THE WITNESS:  Sorry.  Which criteria?

10   BY MS. GUERRIER:

11       Q.    For choosing -- my question was who

12   created the criteria for choosing the companies in

13   which Xpring invested?

14         MS. ZORNBERG:  Object to form.  Lack of

15   foundation.

16         THE WITNESS:  So I think the criteria

17   you're referring to, as I said, was not specific.

18   BY MS. GUERRIER:

19       Q.    Okay.  But was there a criteria?

20       A.    Yes.

21       Q.    Did somebody create the criteria?

22       A.    Yes.

23       Q.    Who created the criteria?

24       A.    Myself and the team Xpring.

25       Q.    And who, other than you at the team, as

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

1    part of the Xpring team, created the criteria?

2            MS. ZORNBERG:  Object to form.

3            THE WITNESS:  I -- not knowing exactly

4    what criteria, I'm not sure I could say specifically

5    whom.

6    BY MS. GUERRIER:

7        Q.   Well, you said -- did you not say there

8    was a criteria?

9        A.   Yes.

10       Q.   Okay.  So -- and you created the criteria

11   with your team?

12       A.   Correct.

13       Q.   So who are the team members with whom you

14   created the criteria?

15           MS. ZORNBERG:  Object to form.

16           THE WITNESS:  I don't have a list of all

17   of my members of team Xpring conveniently located.

18   Would you like me to just names the ones I can

19   remember?

20   BY MS. GUERRIER:

21       Q.   I mean, yes.  That would be helpful.

22       A.   Okay.  So people I remember on team

23   Xpring.  ███████████████████████      Again --

24   actually, I should caveat, as of this date, I don't

25   know.  So this is in my two-and-a half year tenure

137

1  these are people part of team Xpring.

2      Q.   Okay.  Let's -- let's try to stay within

3  the context of the --

4      A.   Sure.

5      Q.   -- July 2nd, 2019 email.

6      A.   I don't know who was part of team Xpring

7  as of July 2nd, 2019.

8      Q.   Okay.  Did you receive any media coverage

9  with regard to the ████████████ investment that

10  you're talking about in the July 2nd, 2019 email?

11         MS. ZORNBERG:  Object to form.

12         THE WITNESS:  I don't remember the

13  specifics, but from this email, it appears that we

14  received five media reports.

15  BY MS. GUERRIER:

16      Q.   Did you specifically give any press

17  conferences or interviews regarding the ███████████

18  investment into the 20 companies referenced in the

19  July 2nd email, July 2nd, 2019 email?

20      A.   I don't recall.

21         MS. GUERRIER:  This is unmarked.  We're

22  going to mark it as Exhibit 6, please.

23            (Whereupon, Deposition Exhibit EB-6

24             was marked for identification.)

25         THE WITNESS:  Thank you.

138

```
 1    BY MS. GUERRIER:
 2         Q.   I've handed you a document Bates stamped
 3    SEC 0468211.  It's an email from            to you,
 4    and there are other Ripple employees.  And it's
 5    dated July 29th, 2019, with the subject, "SFBT
 6    article."
 7              Do you see that?
 8         A.   Yes.
 9         Q.   If you could just let me know when you are
10    done with this?
11         A.   Yeah.
12              Okay.
13         Q.   So does this refresh your recollection as
14    to whether or not you gave some interviews or press
15    regarding the Xpring
16    investment into companies?
17         A.   So this -- from this email, it looks like
18    I gave an interview with
19         Q.   Do you recall what you were discussing
20    with
21         A.   I don't recall.
22         Q.   Okay.  Were you talking about the specific
23    investments into these companies?
24              MS. ZORNBERG:  Object to form.
25              THE WITNESS:  I -- I don't recall the
```

139

1    conversation.

2    BY MS. GUERRIER:

3        Q.    Okay.  So going back to Coil, do you

4    recall what Coil did with the XRP that it received

5    from Xpring?

6            MS. ZORNBERG:  Objection.

7            THE WITNESS:  I -- not do I not recall.  I

8    don't know.  I don't think I ever knew.

9    BY MS. GUERRIER:

10       Q.    So did you have any involvement at all in

11   following up with Coil to determine what they would

12   be doing with the XRP that they received?

13       A.    Yes.

14       Q.    And what sort of responsibility is it you

15   had with regard to specifically following up with

16   Coil to determine what they did with the XRP?

17       A.    So Coil was making investments or doing

18   partnerships with companies.  And they would send

19   those companies to me to get my sign-off so that

20   Ripple would deploy the XRP to them.

21       Q.    So deploy the XRP to whom?

22       A.    To Coil.

23       Q.    Okay.  Did Ripple deploy XRP to companies

24   through Coil?

25       A.    No.

140

```
 1        Q.   Are you familiar with a company named
 2   GateHub?
 3        A.   Yes.
 4        Q.   What is GateHub?
 5        A.   GateHub is a cryptocurrency company.
 6        Q.   Did it have any relationship with Coil?
 7        A.   I believe so.
 8        Q.   Okay.  Do you know what the relationship
 9   between GateHub and Coil was?
10        A.   I would be guessing.
11        Q.   Okay.  Do you know if Ripple ever funded
12   GateHub's operations at any time?
13             MS. ZORNBERG:  Object to form.
14             THE WITNESS:  I don't know.
15   BY MS. GUERRIER:
16        Q.   Do you know if they sent money to Coil to
17   be -- as a conduit to GateHub?
18             MS. ZORNBERG:  Objection.
19             THE WITNESS:  I don't know.
20   BY MS. GUERRIER:
21        Q.   And do you know if Coil basically sold the
22   XRP that it received from Ripple into the secondary
23   market?
24             MS. ZORNBERG:  Objection.
25             THE WITNESS:  I don't know.
```

141

BY MS. GUERRIER:

Q.    Were there any specific agreements with
Coil managing how Coil could use the XRP that it
received?

A.    Yes.

MS. ZORNBERG:  Objection.  Asked and
answered.

BY MS. GUERRIER:

Q.    What type of -- what type of agreement
with Coil?

MS. ZORNBERG:  Objection.  Asked and
answered.

THE WITNESS:  There was a legal agreement
between Ripple and Coil.

BY MS. GUERRIER:

Q.    And what specifically did the legal
agreement require Coil to do with respect to XRP
being used?

MS. ZORNBERG:  Objection.

THE WITNESS:  I don't know all the
specifics of a contract, but it spelled out amounts,
requirements, restrictions.

BY MS. GUERRIER:

Q.    What do you mean by "restrictions"?

A.    It's a legal contract, so they're filled

142

```
1    with lots of things you can't do.

2         Q.   Okay.  Now, was it restriction with

3    respect to how Coil could use XRP?

4         A.   Yes.

5         Q.   Do you recall what specifically the

6    restrictions were?

7         A.   I recall restrictions that Coil must use

8    the XRP to build an ecosystem around XRP or ILP.

9         Q.   Did Coil, in fact, use the XRP to build

10   any ecosystem?

11        A.   I don't know.

12        Q.   Okay.  And you mentioned ▮▮▮▮ as one of

13   the companies that you worked with earlier; is that

14   correct?

15        A.   I did.

16        Q.   Okay.  So what is ▮▮▮▮?

17        A.   ▮▮▮▮ is a technology company.

18        Q.   What type of technology company?

19        A.   They were building a gaming platform.

20        Q.   Was there a specific agreement between

21   Ripple and ▮▮▮▮ when you worked at Ripple?

22        A.   Yes.

23        Q.   What type of agreement?

24        A.   It was a -- I believe a marketing

25   agreement.
```

143

1          Q.   Did Ripple provide any funding to ███?

2          A.   Can you clarify what you mean by

3     "funding"?

4          Q.   Did Ripple give money to ███?

5          A.   Yes.

6               MS. ZORNBERG:  Object to form.

7     BY MS. GUERRIER:

8          Q.   Did Ripple give XRP to ███?

9          A.   Yes.

10         Q.   Do you know how much XRP ███ received

11    from Ripple over the time that you worked as SVP of

12    Xpring?

13         A.   I don't remember specifically.

14         Q.   And do you know what ███ did with the

15    XRP that it received from Ripple?

16         A.   No.

17         Q.   And was there -- were there any

18    restrictions on ███ as to how it could use its

19    XRP?

20         A.   Yes.

21         Q.   What types of restrictions, if you recall?

22         A.   There were restrictions on -- ███ was

23    required to use the XRP to build out an ecosystem of

24    developers on top of their gaming platform.

25         Q.   Do you know if, in fact, ███ used the

144

1    XRP that it received from Ripple?

2            MS. ZORNBERG:  Object to form.

3            THE WITNESS:  I'd say my understanding is

4    yes, but I don't have -- I can't see their account,

5    so I don't know.  From what they've told me, yes.

6    BY MS. GUERRIER:

7        Q.   Do you know if they sold the XRP into the

8    secondary market?

9        A.   I don't know.

10       Q.   Okay.  Would you have been concerned if

11   they were selling the XRP that they were receiving

12   from Ripple?

13           MS. ZORNBERG:  Objection.  Speculative.

14           THE WITNESS:  Sorry, the question is would

15   I have been concerned?  I think the answer to that

16   is yes.

17   BY MS. GUERRIER:

18       Q.   Why would you have been concerned if they

19   were selling the XRP into the secondary market?

20           MS. ZORNBERG:  Objection.

21           You can answer.

22           THE WITNESS:  There were, in our

23   agreement, restrictions from them selling

24   significant amounts.  And I also would have been

25   concerned if it was in violation of the other parts

145

1    of the agreement.

2              MS. GUERRIER:  I think this is a good time

3    to take a break.

4              MS. ZORNBERG:  Whatever suits you.

5              MS. GUERRIER:  Yeah.

6              THE WITNESS:  Okay.

7              THE VIDEOGRAPHER:  Okay.  Off the record

8    at 12:14 p.m.

9              (Whereupon, a recess was taken.)

10             THE VIDEOGRAPHER:  This is the start of

11   file 3.  We're back on the record at 12:33 p.m.

12             MS. ZORNBERG:  Mr. Beard wanted to make a

13   small clarification on the record.

14             Do you want to --

15             THE WITNESS:  Yeah.  Absolutely.  Excuse

16   me.  So we had discussed a number of the deals that

17   team Xpring worked on, and I just wanted to clarify

18   that there were -- well, you had asked around

19   involvement of deals.  I was involved with many of

20   the deals.  There were some deals that I did not

21   negotiate.  So specifically the deals for Coil and

22   for         were negotiated and put in place prior to

23   or independently of my involvement with Xpring.

24   BY MS. GUERRIER:

25        Q.   Okay.  Speaking -- do you know if Ripple

146

1   sold XRP to anyone that you -- that Coil was working

2   with?

3               MS. ZORNBERG:  Object to form.

4               THE WITNESS:  I don't know.

5   BY MS. GUERRIER:

6        Q.   Let me rephrase that, 'cause I just need

7   to make sure that the question is clear.  I think I

8   just boggled it.

9               But did you know whether the entities that

10  received XRP sold to anyone using the platforms that

11  you worked with, such as Coil, et cetera?

12              MS. ZORNBERG:  Objection to form.

13              THE WITNESS:  I don't know.

14  BY MS. GUERRIER:

15       Q.   You don't.  Okay.

16              This is an unmarked exhibit.  It's going

17  to be Exhibit 7.  Let me just read the Bates.  Bates

18  numbers beginning with 0875694 and ending at

19  0875696.

20              (Whereupon, Deposition Exhibit EB-7

21              was marked for identification.)

22  BY MS. GUERRIER:

23       Q.   So if you could just let me know when

24  you're done reviewing the Exhibit 8 -- 7.

25       A.   Okay.

1        Q.   So this is an email from you to ▮▮▮▮

2   ▮▮▮▮ dated March 20th, 2019.  And the subject is

3   "GateHub LTD."

4             Do you see that?

5        A.   I do.

6        Q.   Okay.  So do you have a general

7   understanding of what this email is about?

8             MS. ZORNBERG:  Object to form.  It's an

9   email chain.  What email are you directing him to?

10            MS. GUERRIER:  I just read the email dated

11   March 20th, 2019, from Ethan Beard to ▮▮▮▮

12   ▮▮▮▮ with the subject "Gatehub LTD."  That's what

13   I'm referring to.

14            MS. ZORNBERG:  Object to form.

15            THE WITNESS:  Yes.

16   BY MS. GUERRIER:

17        Q.   What is this email about?

18        A.   This email is me telling ▮▮▮▮ that I'm

19   going to check in with finance to get their

20   preferences.

21        Q.   So was this email concerning an inquiry

22   about -- from Coil regarding who would be paying a

23   service contract with respect to GateHub?

24            MS. ZORNBERG:  Object to form.

25            THE WITNESS:  This email that I sent?

```
 1    BY MS. GUERRIER:

 2         Q.   No.  You are responding to, when you say

 3    let me check with finance and preference.

 4              MS. ZORNBERG:  Object to form.

 5              THE WITNESS:  So you're asking about the

 6    email from Mr. Thomas?

 7    BY MS. GUERRIER:

 8         Q.   What were you responding to Mr. --

 9         A.   I was replying to an email from Mr. ████

10    dated March 20th, 2019.

11         Q.   And what did Mr. ████ seek from you --

12              MS. ZORNBERG:  Object to form.

13    BY MS. GUERRIER:

14         Q.   -- in his email of March 20th, 2019?

15              MS. ZORNBERG:  Object to form.

16              THE WITNESS:  In reading the email from

17    Mr. Thomas, he is looking to understand how this

18    opportunity with GateHub fits into the contractual

19    relationship between Coil and Ripple.

20    BY MS. GUERRIER:

21         Q.   Okay.  Is Mr. ████ asking who would be

22    paying the contract between GateHub and Coil?

23              MS. ZORNBERG:  Object to form.

24              THE WITNESS:  In reading this email, it

25    looks as though he's trying to understand who is --
```

1   how Gatehub is going to get paid, according to the

2   terms of the contract between Ripple and Coil.

3   BY MS. GUERRIER:

4        Q.    Why would this email be responded by you?

5              MS. ZORNBERG:  Object to form.

6              THE WITNESS:  So the Coil -- the Coil

7   deal, which I was not involved in putting together,

8   was -- the relationship was basically handed to team

9   Xpring and to my team to manage on an ongoing basis.

10  BY MS. GUERRIER:

11       Q.    So in March 2019, were you responsible for

12  managing the Coil deal?

13             MS. ZORNBERG:  Object to form.

14             THE WITNESS:  I would say I was

15  responsible for the relationship.

16  BY MS. GUERRIER:

17       Q.    Okay.  So do you see where Mr. ███████ says

18  that Ripple has set aside ████████████████ XRP

19  to be used at Coil's discretion?

20       A.    I do.

21       Q.    Were you aware that Ripple had set aside

22  ████████  XRP to be used at Coil's discretion?

23       A.    I -- I don't recall if I was aware as of

24  this date.

25       Q.    Okay.  So going further in the same email,

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

1    the March 20th, 2019, from █████████████████

2    █████    he states two conditions in that email with

3    regard to the ███████    XRP?  The support of the

4    XRP/IL [sic] ecosystem, and the other condition is

5    that it be tax deductible for Ripple.

6              Do you see that?

7         A.   I do.

8         Q.   Okay.  Do you know why he would ask you --

9    refer to the GateHub project and state that it would

10   fulfill these criteria?

11             MS. ZORNBERG:  Object to form.

12             THE WITNESS:  I don't.

13   BY MS. GUERRIER:

14        Q.   So -- and when you respond on the 20th,

15   March 20th, 2019, "let me check with finance in

16   preference," what were you going to check with

17   finance?

18             MS. ZORNBERG:  Object to form.

19             THE WITNESS:  Since I was not involved

20   with negotiating this deal, I was not familiar with

21   the terms and so didn't feel as though I could

22   answer questions regarding how an individual

23   relationship would fit into the terms.  And so I was

24   going to check with finance to get a sense as to

25   their understanding.

1    BY MS. GUERRIER:

2         Q.   Did you become familiar with the terms of

3    the agreement between Ripple and Coil as it relates

4    to GateHub?

5              MS. ZORNBERG:  Object to form.

6              THE WITNESS:  I would say I became more

7    familiar, certainly through emails like this one.

8    BY MS. GUERRIER:

9         Q.   Okay.  So did Ripple ultimately pay the

10   service contract between Coil and GateHub?

11             MS. ZORNBERG:  Object to form.

12             THE WITNESS:  I don't remember what the --

13   in what form that payment went through.

14   BY MS. GUERRIER:

15        Q.   Did that payment go through?

16        A.   I believe so.

17        Q.   Okay.  With regard to ██████, do you know

18   if Ripple paid any of ████████ expenses?

19             MS. ZORNBERG:  Object to form.

20             THE WITNESS:  Can you clarify what you

21   mean by "expenses."

22   BY MS. GUERRIER:

23        Q.   Do you understand what "expenses" mean in

24   general?

25             MS. ZORNBERG:  Objection.

152

1          THE WITNESS:  Yes.

2     BY MS. GUERRIER:

3          Q.   What is your understanding of expenses?

4          A.   Expenses are costs that a company incurs.

5          Q.   Okay.  So did Ripple pay any of ▓▓▓▓▓▓

6     expenses, as you understand that term?

7          A.   Not that I'm aware of.

8          Q.   When you say not that you're aware of,

9     would it have been possible that Ripple were paying

10    for these expenses but you didn't know about it?

11         MS. ZORNBERG:  Objection.  And don't

12    guess.

13         THE WITNESS:  I don't -- I just ran a

14    small piece of Ripple.  I don't know everything that

15    Ripple is doing.

16    BY MS. GUERRIER:

17         Q.   Okay.  Did you interact with ▓▓▓▓▓ at all

18    as part of your job?

19         A.   Yes.

20         Q.   How -- what types of interactions did you

21    have with ▓▓▓▓?

22         A.   Generally, emails or meetings with the CEO

23    of ▓▓▓▓.

24         Q.   Okay.  What were those meetings about, in

25    general?

153

1      A.   Generally, they were about the product

2   that they're building and the progress they were

3   making.

4      Q.   Okay.  And specifically, what was the

5   product again?

6      A.   ████████ is building a platform for game

7   developers.

8      Q.   Did ████ send any bills to Ripple on a

9   consistent basis to be paid?

10         MS. ZORNBERG:  Object to form.

11         THE WITNESS:  No.

12         MS. GUERRIER:  I'm going to hand you

13   premarked Exhibit 39, Bates stamped 0451655.

14             (Whereupon, Deposition Exhibit EB-39

15              was marked for identification.)

16         THE WITNESS:  Okay.

17   BY MS. GUERRIER:

18      Q.   So -- and this is an email from you dated

19   August 12, 2019, to ████████.  And the subject is

20   "Medium post for Coil."

21         Can you tell me what this email is about?

22      A.   This is an email with some ideas that I'm

23   having for a blog post.

24      Q.   What kind of ideas were you having for

25   this blog post?

154

1            MS. ZORNBERG:  Object to form.

2            THE WITNESS:  So these ideas are around

3    communicating what we're doing on Xpring and how our

4    various partnerships fit into that.

5    BY MS. GUERRIER:

6        Q.   Okay.  So if you could read the first

7    point under your title, "A few things I think we

8    should touch on."

9        A.   Certainly.

10               "All XRP that Xpring deploys

11               is with the purpose of building an

12               ecosystem around XRP."

13        Q.   Okay.  So what do you mean by "the purpose

14   of building an ecosystem around XRP"?

15        A.   By building an ecosystem around XRP, I

16   mean companies that are building on XRP Ledger.

17        Q.   Your next statement, if you could please

18   read that into the record?

19        A.   Sure.

20               "Our largest deals like this

21               of Coil and that of          are for

22               them to build platform that deeply

23               embed XRP and ILP and then capital

24               to help drive adoption of their

25               platforms.  They are, in essence,

155

1          extensions of Xpring."

2          Q.   So what do you mean by ███████ and Coil

3     building platform that deeply embed XRP?

4          A.   So what this refers to is that there

5     are -- when looking to build an ecosystem, we were

6     partnering or investing in companies that were

7     directly using our technologies, or we were

8     partnering with companies that were building

9     technology platforms of their own.

10         And so, for example, with a company like

11    ███████, if they were using our technology and they

12    opened their developer platform, then, by default,

13    they'd be using our technology as well.  And so they

14    were -- that gave us leverage in that we didn't have

15    to have all the individual relationships with every

16    single developer.  We could get them by extension

17    through a partner.

18         Q.   Okay.  And then what do you mean by

19    "driving adoption to their platform"?

20         A.   So that -- saying that we would provide

21    capital to help drive an option to their platform,

22    so that they have a developer platform that is using

23    our technology, and we would provide marketing

24    dollars and funds to help bring developers on to

25    their technology platform.

1          Q.    Okay.  So was the purpose to then have XRP

2     be made available to these developers?

3               MS. ZORNBERG:  Object to form.

4               THE WITNESS:  The purpose was to have

5     those developers building on a platform, a

6     technology platform, that included the technology

7     that we were looking to drive adoption of.

8     BY MS. GUERRIER:

9          Q.    Did that factor in XRP at all?

10              MS. ZORNBERG:  Object to form.

11              THE WITNESS:  We were building around XRP

12    Ledger, so yes, XRP and XRP Ledger are the same

13    thing.

14    BY MS. GUERRIER:

15         Q.    I'm talking about the actual --

16              THE REPORTER:  I'm sorry, can you repeat

17    that?

18    BY MS. GUERRIER:

19         Q.    I'm talking about the actual XRP token.

20              MS. ZORNBERG:  Object to form.

21              THE WITNESS:  I'm sorry, what's your

22    question?

23    BY MS. GUERRIER:

24         Q.    The question is, driving developers to the

25    platform, was that the purpose of that so that they

157

1    can basically have the XRP availability to them?

2            MS. ZORNBERG:  Object to form.

3            THE WITNESS:  Sorry, can you repeat the

4    question for me?

5                (Record read by the reporter

6            as follows:

7                "QUESTION:  The question is,

8            driving developers to the

9            platform, was that the purpose of

10           that so that they can basically

11           have the XRP availability to

12           them?")

13           MS. ZORNBERG:  Object to form.

14           THE WITNESS:  Sorry, do you think you can

15   clarify that question for me?

16   BY MS. GUERRIER:

17       Q.   So was the purpose of bringing all these

18   developers into the platforms making more developers

19   available to basically facilitate selling XRP to the

20   public?

21           MS. ZORNBERG:  Object to form.

22           THE WITNESS:  No.  We had nothing involved

23   with selling XRP to the public.

24   BY MS. GUERRIER:

25       Q.   Did the developers that you brought into

158

1    the platform sell XRP to the public?

2         A.   I don't know.

3         Q.   What did you mean by they are, in essence,

4    an extension of Xpring, in your email of

5    August 12th, 2019?

6              MS. ZORNBERG:   Objection.   Slightly

7    misread.

8              THE WITNESS:   So what I meant by this, so

9    Xpring, we were building a developer platform that

10   enabled developers to build on top of XRP Ledger.

11   And by working with other companies that are

12   building a developer platform and having -- putting

13   together relationships with those companies embedded

14   the technology, then those companies became

15   developer platforms that were using XRP Ledger.

16              And so in essence, they allowed me, me,

17   Xpring, they allowed Xpring to reach far more

18   developers without us having to go actually build

19   those relationships one at a time.

20   BY MS. GUERRIER:

21        Q.   Did the fact that Ripple was funding these

22   developers have anything to do with them being an

23   extension of Xpring?

24              MS. ZORNBERG:   Object to form.

25              THE WITNESS:   Sorry, to clarify.   The --

1    there are two set of developers here so I want to

2    make sure I'm clear on what I'm saying, is the

3    "they" in this statement refers to companies like

4    Coil and           .

5    BY MS. GUERRIER:

6         Q.    The companies that are -- that are being

7    discussed in this email?

8         A.    Correct.  But the adoption of -- on their

9    platform are third-party companies that are building

10   on their platforms.  So we, Ripple, we have a

11   platform that allows developers to easily use XRP

12   Ledger.  And we could go out and build all -- for

13   example, all the services for game developers.  But

14   the gaming industry is very big, so rather than

15   building all that technology ourselves, we went to a

16   company like          who is building a company to

17   reach game developers and we said, great, we'll work

18   with you to enable XRP Ledger so that you can reach

19   your developers.

20                And so the --          is acting, in essence,

21   like an extension of Xpring in that they have built

22   a developer platform that uses our technology.

23        Q.    Is it acting as an extension of Xpring to

24   the extent that it's -- Ripple is controlling what

25            can do?

1         MS. ZORNBERG:  Objection.  Misstates

2    past -- prior testimony.

3         THE WITNESS:  I think it's an extension of

4    Xpring to the extent that it extends our developer

5    platform to reach a whole new set of developers.

6    BY MS. GUERRIER:

7         Q.  Was Ripple controlling [redacted] in that

8    aspect?

9         MS. ZORNBERG:  Object to form.

10        THE WITNESS:  No.  Ripple had a

11   contractual relationship with [redacted].

12   BY MS. GUERRIER:

13        Q.  So are you saying that [redacted] were

14   independent of Xpring?

15        A.  Yes.

16        Q.  And that -- was Ripple not influencing

17   Xpring's actions?

18        MS. ZORNBERG:  Object to form.

19        THE WITNESS:  What do you mean by

20   influencing?

21   BY MS. GUERRIER:

22        Q.  By funding [redacted] did Ripple have any

23   influence on what Xpring could do?

24        MS. ZORNBERG:  Object to form.

25        THE WITNESS:  We had a contractual

161

1    relationship between ███ and Ripple that spelled

2    out requirements on both parties.

3    BY MS. GUERRIER:

4        Q.   So was Ripple -- just -- was Ripple

5    controlling -- regardless of this contract, but the

6    reality of the Ripple and ███ relationship, was

7    that Ripple was controlling how Xpring could act in

8    terms of as a developer?

9            MS. ZORNBERG:  Objection.

10            THE WITNESS:  I think what you meant to

11   say was how ███ was acting.

12   BY MS. GUERRIER:

13       Q.   I'm sorry, how Forte -- yes.

14            MS. ZORNBERG:  Yeah, object to the form of

15   the question.

16            THE WITNESS:  I'm sorry, can you read that

17   back to me?

18                (Record read by the reporter

19                as follows:

20                "QUESTION:  So was Ripple --

21                just -- was Ripple controlling --

22                regardless of this contract, but

23                the reality of the Ripple and

24                ███ relationship, was that

25                Ripple was controlling how Xpring

1              could act in terms of as a

2              developer?")

3                    MS. ZORNBERG:  Object to form.

4                    THE WITNESS:  ████  is a very well

5     established company with a number of

6     exceptionally -- exceptionally high quality

7     institutional investors and incredible

8     entrepreneurs, and is exceptionally independent,

9     acting completely independently from Ripple and

10    Xpring.

11                   MS. GUERRIER:  Okay.  Let me hand you

12    this.  This is going to be Exhibit 8.

13                      (Whereupon, Deposition Exhibit EB-8

14                      was marked for identification.)

15                   MS. GUERRIER:  Lunch break after this.

16                   Bates number 0767704 to 0767706.

17                   THE WITNESS:  Okay.

18    BY MS. GUERRIER:

19         Q.   Okay.  So do you have a general idea of

20    what this email from you dated March 8, 2019, to

21    ████████  and copying yourself and a bunch of

22    other people, the subject is "PR draft finalized,"

23    what this email concerns?

24         A.   Yes.

25         Q.   And what is this email about?

1        MS. ZORNBERG:  Objection to form.

2        THE WITNESS:  This email is about some

3    communications and press that we were working on

4    which was going to discuss the ████ and Ripple

5    relationship.

6    BY MS. GUERRIER:

7        Q.   Was there a problem with the ████ and

8    Ripple relationship that raised concern in this

9    email?

10       A.   No.

11       MS. ZORNBERG:  Object to form.

12       THE WITNESS:  Sorry.

13   BY MS. GUERRIER:

14       Q.   So if you could please read your statement

15   in the first paragraph, please.

16       A.   "Thanks, ████ this all makes sense."

17       Q.   The second paragraph.

18       A.   "On the equity piece, we don't feel

19   strongly that we need to be listed.  I just want to

20   avoid a situation where we're answering the question

21   without specifically answering it (i.e., here's a

22   long list of investors but we won't confirm or deny

23   if Ripple is also on the list) which puts us in a

24   situation where there's speculation that we're not

25   controlling.  If people assume from our nonanswer

164

1     that the answer is yes, then there's a distinct
2     possibility they read the worst into the situation
3     (i.e.,            is deep in bed with Ripple via
4     investment and Ripple is throwing around weight as
5     an investor to ram through our agenda) rather than
6     the message we want (i.e., Ripple participating in
7     an investing round alongside other great investors
8     in a great company innovating in blockchain."
9          Q.   So the message that you claim in this
10    email that you want, was this an accurate message
11    that -- regarding that you want investors to see
12    Ripple participating in investing round alongside
13    other great investors?
14               MS. ZORNBERG:  Object to form.  And --
15    object to form.  Partial reading.
16               You can answer if you understand.
17               THE WITNESS:  Sorry.  Are you asking --
18    BY MS. GUERRIER:
19         Q.   What did you mean by this statement, the
20    last statement in the paragraph that you just
21    read --
22               MS. ZORNBERG:  Object to form.
23    BY MS. GUERRIER:
24         Q.   -- beginning with "If people assume from
25    our nonanswer"?

165

1          A.   So there was discussion as to whether we

2    would include Ripple as a list of investors in

3    ███████ press, and if we would then -- if we didn't,

4    if we would -- how we would answer if someone asked.

5    And I was pushing for transparency where I wanted us

6    to be able to be open and honest with what we were

7    doing rather than neither saying yes or no.  And so

8    what this statement is saying is if we don't say yes

9    or no, then we lose control of the messaging

10   entirely and people can assume anything.

11         Q.   So why was there push back from including

12   Ripple as an investor in ████████?

13              MS. ZORNBERG:  Object to form.

14              THE WITNESS:  Sorry, where are you seeing

15   the push back?

16   BY MS. GUERRIER:

17         Q.   Well, what are you -- why are you making a

18   comparison of not including the information that

19   Ripple was an investor in ██████ versus including it?

20              MS. ZORNBERG:  Object to form.  Misstates

21   the document.

22              THE WITNESS:  So reading on in this email,

23   I say:

24                   "I totally understand this --

25                   not wanting this to devolve into a

166

1           ledger holy war."

2               I would say that the cryptocurrency

3       industry tends to be characterized by what are often

4       called maximalists, which are people who believe

5       that there will be just one blockchain and the rest

6       of them will disappear.

7               ███████  was very interested in -- is very

8       interested in being a company that works across

9       multiple blockchains.  And so they're expressing,

10      and I'm agreeing, that we should make sure that

11      there's messaging out there that does not push them

12      in a world where -- as I say here, there's a ledger

13      holy war, where they are positioned as only building

14      on a single blockchain, because that's not what

15      they're doing.  And so just being mindful about how

16      we communicate that publicly.

17      BY MS. GUERRIER:

18          Q.   So were they concerned that were -- if it

19      looked like the business interests were intertwined

20      that this have would hurt them --

21              MS. ZORNBERG:  Object to form.

22      BY MS. GUERRIER:

23          Q.   -- financially?

24              MS. ZORNBERG:  Objection.

25              THE WITNESS:  I wouldn't want to speak for

1     them.

2     BY MS. GUERRIER:

3          Q.   Okay.  Well, if you read -- go down to

4     Mr. ███████████     email, the fourth paragraph where

5     he states that:

6               "I think people are less

7               likely to buy."

8          Is that the email that you are responding

9     to?

10              MS. ZORNBERG:  Object to form.

11              THE WITNESS:  That is the email I am

12    responding to.

13    BY MS. GUERRIER:

14         Q.   Okay.  So why was he concerned that

15    including Ripple as an investor in ██████ would hurt

16    their company financially?

17              MS. ZORNBERG:  Object to form.

18              THE WITNESS:  Where does it say he's

19    concerned about it hurting them financially?

20    BY MS. GUERRIER:

21         Q.   If you read -- can you read the sentence,

22    "I think that people are less likely to buy"?

23         A.   Can you finish reading -- sorry.  I will

24    read that sentence.  "I think that people are less

25    likely to buy that," referring to the messaging.

168

1       Q.   And "the more it looks like business

2    interests are intertwined"?

3            MS. ZORNBERG:  Object to form.

4            THE WITNESS:  So this document is working

5    on messaging.  We're trying to figure out messaging,

6    public messaging and communications.  And so we want

7    to make sure that it's very clear what the message

8    is and avoid ambiguity.  And so this statement from

9    him, I don't want to read into what the "that" is,

10   but it's referring to some messaging that we were

11   debating, saying that I think that more -- I think

12   that more -- I think that people are less likely to

13   buy that the more it looks like the businesses are

14   intertwined.

15            ███ wanted to make sure that they were

16   portrayed as working with many different block

17   chains because they do, and they were concerned that

18   if Ripple was very prominent in their

19   communications, that they would be portrayed in the

20   public -- where it's very hard to control messaging,

21   they would be portrayed as just working exclusively

22   on XRP Ledger.

23   BY MS. GUERRIER:

24       Q.   Well, was it the reality that they were

25   basically exclusively working on the XRP Ledger at

169

1     the time of this email in March 2019?

2              MS. ZORNBERG:  Object.

3              THE WITNESS:  Not at all.

4     BY MS. GUERRIER:

5         Q.   Was the majority of their work with the

6     Ripple XRP Ledger at the time of this email?

7              MS. ZORNBERG:  Object to form.

8              THE WITNESS:  I hesitate to quantify

9     majority versus not, but their primary product for

10    their gaming developers is built on Ethereum.

11             MS. GUERRIER:  We're going to take a lunch

12    break and then we'll continue.

13             THE VIDEOGRAPHER:  Okay.  Off the record

14    at 1:10 p.m.

15             (Whereupon, a lunch recess was taken.)

16

17

18

19

20

21

22

23

24

25

170

```
1    AUGUST 24, 2021                        1:48 P.M.

2                P R O C E E D I N G S

3                  AFTERNOON SESSION

4            THE VIDEOGRAPHER:  This is the beginning

5    of file number 4.  We're back on the record at

6    1:48 p.m.

7    BY MS. GUERRIER:

8        Q.   Mr. Beard, were you aware that -- let me

9    rephrase that.

10           Do you have any knowledge of whether

11   developers that you worked with while SVP of Xpring

12   were attempting to liquidate their XRP?

13           MS. ZORNBERG:  Object to form.

14           THE WITNESS:  I'm sorry.  To clarify, when

15   you say "developers" you're referring to any company

16   building on the Ledger?

17   BY MS. GUERRIER:

18       Q.   Well, I believe that you stated that you

19   worked with developers.

20       A.   Yes.

21       Q.   So I'm focusing on those companies that

22   you worked with who are developers, as you defined

23   that earlier?

24           MS. ZORNBERG:  Well, he defined it in two

25   ways, so ...
```

1    BY MS. GUERRIER:

2        Q.   All right.   The developers that were

3    working with the ecosystem, were you aware if any of

4    them were trying to liquidate the XRP that they

5    received from Ripple?

6            MS. ZORNBERG:   Object to form.

7            THE WITNESS:   So I'd say a couple of

8    comments.   And just to clarify, the platform that we

9    were building, the technology platform we were

10   building, was an open platform of open-source

11   software that anyone could come and use without

12   having to talk to us.

13           So when I think about developers, you

14   didn't have to have a relationship, a written

15   relationship with Ripple in order to be a developer

16   on the platform.

17   BY MS. GUERRIER:

18       Q.   Okay.   So you're focusing on the developer

19   that you were --

20       A.   The ones that --

21       Q.   -- you partnered with at Ripple, okay.   So

22   do you have an answer to the question?

23           MS. ZORNBERG:   Object to form.

24           THE WITNESS:   I don't have specific

25   knowledge of what they did with their XRP.

```
1              MS. GUERRIER:  I'm going to hand you a

2    document that's been premarked EB-29.  It's going to

3    be -- it's already been premarked, so I'll just pass

4    it on to everyone.

5                   (Whereupon, Deposition Exhibit EB-29

6                    was marked for identification.)

7              THE WITNESS:  Okay.

8    BY MS. GUERRIER:

9         Q.   I handed you an email from

10   dated April 3rd, 2019 to                 and others.

11   I believe you are copied on that email as well.

12             Do you see that?

13        A.   I do.

14        Q.   And the subject is "March 2019

15   develop -- DEV fund report."

16             Do you see that?

17        A.   I do.

18        Q.   Okay.  So this seems to be an email that

19   was from              at       regarding developers

20   liquidating during the development phase and

21   Mr.            is responding to that email.

22             Do you see that?

23             MS. ZORNBERG:  Objection.  Document speaks

24   for itself.

25             THE WITNESS:  Yes.
```

173

```
 1    BY MS. GUERRIER:
 2        Q.   Okay.  So were you aware that developers
 3    wanted to liquidate their XRP during the development
 4    phases?
 5             MS. ZORNBERG:  Object to form.
 6             THE WITNESS:  Yes.
 7    BY MS. GUERRIER:
 8        Q.   Okay.  So does this refer to          as well
 9    liquidating during the development phase?
10             MS. ZORNBERG:  Object to form.
11             THE WITNESS:  I don't know.
12        Q.   Which developers are you aware of were
13    liquidating XRP during the development phase?
14             MS. ZORNBERG:  Objection.
15             THE WITNESS:  So I'm not aware of
16    specifics.  I assume this XRP report would probably
17    provide them, but I don't know the specifics.
18    BY MS. GUERRIER:
19        Q.   Okay.  But you were generally aware that
20    developers were liquidating the XRP during the
21    development phase?
22             MS. ZORNBERG:  Objection to the term
23    "developers."          developers?  Ripple's?
24             THE WITNESS:  Yes.  Similar to       I was
25    aware that these developers were using these funds
```

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

174

1    to build products.

2    BY MS. GUERRIER:

3        Q.    Okay.  Were they using the XRP to resell

4    in the secondary market?

5        A.    I don't know.

6        Q.    When he speaks of wanting to liquidate

7    during development phases, is it your understanding

8    that he's speaking about sale of the XRP?

9            MS. ZORNBERG:  Object to form.

10           THE WITNESS:  Yes.  My understanding of

11   the use of the word "liquidate" here was to turn XRP

12   into fiat dollars.

13   BY MS. GUERRIER:

14       Q.    Okay.  So when you say you were aware that

15   the developers were attempting to liquidate, your

16   understanding is that they were turning their XRP

17   into fiat dollars?

18           MS. ZORNBERG:  Objection.

19           THE WITNESS:  Yes.

20   BY MS. GUERRIER:

21       Q.    Okay.  Did Ripple have any concern that

22   some of these developers were liquidating their XRP?

23           MS. ZORNBERG:  Object to form.

24           THE WITNESS:  What do you mean by

25   concerns?

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021