1    BY MS. GUERRIER:

2         Q.   Well, was it something that Ripple was

3    knowledgeable about?

4              MS. ZORNBERG:  Object to form.

5              THE WITNESS:  Yes.  We were deploying XRP

6    to build an ecosystem of companies that are building

7    products on XRP Ledger.  And in order to build

8    products, you have to hire engineers to write

9    software code, which costs money.

10   BY MS. GUERRIER:

11        Q.   Right.

12        A.   So we're aware that they would be using

13   the XRP to do that.

14        Q.   So you -- once they received the XRP, were

15   you aware that they were then selling it?

16        A.   We --

17             MS. ZORNBERG:  Object to form.

18             THE WITNESS:  I did not have specific

19   knowledge of specific sales of XRP.

20   BY MS. GUERRIER:

21        Q.   Okay.

22        A.   But I was aware, at a high level, that

23   they needed to liquidate it.

24             MS. GUERRIER:  I'm going to hand you a

25   document premarked EB-42.

```
 1                    (Whereupon, Deposition Exhibit EB-42

 2                    was marked for identification.)

 3                    THE WITNESS:  Yes.

 4       BY MS. GUERRIER:

 5            Q.   Okay.  So the document that I've handed

 6       you, EB-42 is Bates stamped 0472187 to 0472188.  And

 7       it's an email from you dated September 6th, 2019,

 8       to █████████.    It copies you.  And the subject is

 9       "August 2019 DEV fund report."

10                 Do you see that?

11            A.   I do.

12            Q.   And what are you responding to in this

13       email?

14                 MS. ZORNBERG:  Objection to form.

15                 THE WITNESS:  I'm responding to an email

16       from █████████.

17       BY MS. GUERRIER:

18            Q.   And what is █████████ email about?

19                 MS. ZORNBERG:  Object to form.  Document

20       speaks for itself.

21                 THE WITNESS:  █████████ email is

22       questioning whether we should make payouts in USD as

23       opposed to XRP.

24       BY MS. GUERRIER:

25            Q.   Okay.  Can you please read the first
```

```
 1    statement under [REDACTED]         email of Friday,

 2    September 6th, 2019, at 7:22 a.m., the first

 3    bullet point?

 4         A.    The first bullet point:

 5                    "The developers are

 6               immediately selling the XRP,

 7               putting downward pressure on the

 8               price."

 9         Q.    And then the second bullet point?

10         A.    "The milestones are denominated in USD,

11    meaning as the price XRP goes down (as it has), more

12    XRP is sold, creating a cycle of downward pressure."

13         Q.    And then what did you respond to this

14    email on September 6th, 2019?

15         A.    Would you like me to read it?

16         Q.    Yes, please.

17         A.    "Well, one good thing is that [REDACTED] is

18    managing all the sales under a single restriction

19    amount although I don't know how close they get to

20    hitting it.  How much do you think we'll pay out in

21    the next twelve months?  Either way, the fiat needs

22    to come from somewhere."

23         Q.    So [REDACTED]        email of

24    September 6th, 2019, stating that the developers

25    are selling their XRP immediately, does that refresh
```

1   your recollection on whether some of the developers

2   that you worked with were selling their XRP?

3          MS. ZORNBERG:  Objection to form.

4          THE WITNESS:  So as I believe I stated, I

5   was aware that developers were selling their XRP.

6   BY MS. GUERRIER:

7      Q.   So when you -- what did you mean by -- in

8   your response on September 6th that it's a good

9   thing ▮▮▮▮ is managing all the sales under a single

10  restriction?

11     A.   Excuse me.  So this is referring to

12  restrictions in the agreement between ▮▮▮▮ and

13  Ripple that restricted how much ▮▮▮▮ and their

14  developers could sell of XRP.

15     Q.   Okay.  So Ripple knew that the developers

16  were reselling the XRP into the market.  Is that an

17  accurate statement?

18         MS. ZORNBERG:  Object to form.

19         THE WITNESS:  I think, as I said, I was

20  aware that developers were selling XRP.

21  BY MS. GUERRIER:

22     Q.   Okay.  And my question is that Ripple knew

23  that the developers were selling the XRP into the

24  market.

25         MS. ZORNBERG:  Okay.

1    BY MS. GUERRIER:

2         Q.   I'm asking you if that's an accurate

3    statement.

4              MS. ZORNBERG:  So objection, asked and

5    answered several times.

6              You can give your understanding.

7              THE WITNESS:  So I guess to answer your

8    question specifically, I'm not sure how Ripple, the

9    entity, can have knowledge.  I was aware that

10   developers were selling XRP.

11   BY MS. GUERRIER:

12        Q.   Mh-hmm.  And as the senior vice president

13   of Xpring, were you aware that there was an

14   agreement that allowed the developers to sell the

15   XRP?

16             MS. ZORNBERG:  Objection.

17             THE WITNESS:  I would say -- I would

18   characterize it differently.  I would say there was

19   an agreement which restricted sales of XRP.

20   BY MS. GUERRIER:

21        Q.   How did it -- how did the agreement

22   restrict the sale of XRP?

23             MS. ZORNBERG:  Objection.  Asked and

24   answered.

25             THE WITNESS:  The agreement restricted the

1    amount that a developer could sell based upon the

2    liquidity in the market over a given period of time.

3    BY MS. GUERRIER:

4        Q.   Now, did this restriction have to do with

5    the effect on the price of the XRP?

6            MS. ZORNBERG:  Object.  Objection as to

7    form.

8            THE WITNESS:  I'm sorry, could you repeat

9    the question?

10               (Record read by the reporter

11           as follows:

12               "QUESTION:  Now, did this

13           restriction have to do with the

14           effect on the price of the XRP?")

15           MS. ZORNBERG:  Object as to form.

16           THE WITNESS:  I would say the restriction

17    was just looking at liquidity of XRP and not wanting

18    to materially impact it.

19    BY MS. GUERRIER:

20        Q.   Okay.  What do you mean by "liquidity" in

21    this context?

22        A.   Liquidity is the volume that's bought and

23    sold of XRP.

24        Q.   So would a large amount of XRP on the

25    market affect liquidity of XRP?

181

```
 1              MS. ZORNBERG:  Object to form.
 2              THE WITNESS:  Presumably.  I'm not an
 3     expert in capital markets.
 4     BY MS. GUERRIER:
 5         Q.   Well, when you say that you were looking
 6     at it under liquidity term, what did you mean by
 7     that?
 8              MS. ZORNBERG:  Object to form.
 9              THE WITNESS:  We were trying to be
10     conservative and good stewards of everybody working
11     in the XRP ecosystem in not -- while we might
12     provide large amounts of funding to one individual
13     developer, we did not want them to just go selling
14     it all at once.  Because it could just dry up
15     liquidity in the marketplace.
16     BY MS. GUERRIER:
17         Q.   Would it affect price if a large quantity
18     of XRP were placed into the market?
19         A.   Presumably.
20         Q.   When the developers that you worked with
21     were selling their XRP into the market, did that
22     happen?  Did it affect the price of the XRP?
23              MS. ZORNBERG:  Object to form.
24              THE WITNESS:  I don't know.
25              MS. GUERRIER:  Okay.  This isn't marked,
```

```
 1   but I'm going to mark this as Exhibit 10.
 2           (Whereupon, Deposition Exhibit EB-10
 3            was marked for identification.)
 4           THE WITNESS:  Okay.
 5   BY MS. GUERRIER:
 6       Q.  This is an email from -- and I'm
 7   reading -- from Breanne Madigan on July 10th, 2019,
 8   to you, copying            .
 9           Did you have a chance to take a look at
10   that email?
11       A.  I did.
12           MS. ZORNBERG:  Note for the record, you're
13   not referring to the top email.
14           MS. GUERRIER:  That's what I said.  And
15   the Bates number is 0312351.
16   BY MS. GUERRIER:
17       Q.  So can you tell me what Breanne Madigan is
18   asking you in this email.
19           MS. ZORNBERG:  Object to form.  The email
20   speaks for itself.
21           THE WITNESS:  Would you like me to read
22   it?
23   BY MS. GUERRIER:
24       Q.  Do you know -- can you give me a general
25   understanding of what this email is about?
```

1          MS. ZORNBERG:  Objection.  Lack of

2    foundation.

3          THE WITNESS:  So specific to my view on

4    this was Breanne, who worked on the XRP markets team

5    and worked with market makers, was exploring the

6    idea of providing those market makers to Xpring

7    developers for them to use if they needed to buy or

8    sell XRP.

9    BY MS. GUERRIER:

10        Q.   Okay.  So why would Xpring be involved in

11   buying or selling XRP?

12         MS. ZORNBERG:  Object to form.

13         THE WITNESS:  Xpring wasn't involved in

14   buying or selling XRP.

15   BY MS. GUERRIER:

16        Q.   The developers that Xpring worked with

17   were involved in buying and selling XRP?

18         MS. ZORNBERG:  Object to form.

19         THE WITNESS:  Yeah.  As we discussed --

20   BY MS. GUERRIER:

21        Q.   Okay.

22        A.   -- previously.

23        Q.   So is this email trying to explore the

24   offering programmatic liquidation as part of the XRP

25   to your team at Xpring?

184

```
 1              MS. ZORNBERG:  Object to form.
 2              THE WITNESS:  This email is looking to --
 3     I believe this is what you said.  This email is
 4     looking to explore the idea of offering programmatic
 5     liquidation as part of what we're doing with
 6     ecosystem companies.
 7     BY MS. GUERRIER:
 8         Q.   Okay.  Do you understand what
 9     "programmatic," that term means?
10         A.   Generally, yes.
11         Q.   What is your understanding of that term?
12         A.   I would say it's using computers as
13     opposed to humans.
14         Q.   So do you understand what the term
15     "programmatic liquidation" means in this email from
16     Breanne Madigan to you?
17         A.   Generally, yes.
18         Q.   And what does "programmatic liquidation"
19     mean?
20         A.   I believe what this is looking at is
21     saying that as part of the way in which we work with
22     the companies that we're partnering with, instead of
23     placing contractual requirements on them that
24     require them to manage through a human to the terms
25     of a contract, we could offer them a partnership
```

185

1    with a company who would actually manage any

2    liquidations they needed.

3         Q.   So to manage their liquidation of XRP.  Is

4    that what you mean?

5         A.   Yes.

6         Q.   So some of the developers that you're

7    working with would be using it, the programmatic

8    liquidation process?

9              MS. ZORNBERG:  Object --

10             THE WITNESS:  That's what this is

11   exploring.

12             MS. ZORNBERG:  Objection.

13   BY MS. GUERRIER:

14        Q.   And then you -- did you have any response

15   to Ms. Madigan's suggestion about offering

16   programmatic liquidation to your team as part of the

17   XRP?

18        A.   Not that I'm aware of.

19        Q.   Did any -- were any steps ever taken to

20   offer the programmatic liquidation --

21             MS. ZORNBERG:  Object to form.

22   BY MS. GUERRIER:

23        Q.   -- to the developers?

24        A.   Not that I'm aware of.

25             MS. GUERRIER:  Okay.  I'm going to hand

186

```
 1    you what's been premarked EB-33.
 2              (Whereupon, Deposition Exhibit EB-33
 3              was marked for identification.)
 4              THE WITNESS:  Okay.
 5    BY MS. GUERRIER:
 6        Q.   In your capacity as the senior vice
 7    president of Xpring, did you have any interactions
 8    with speculative users of XRP?
 9              MS. ZORNBERG:  Object to form.
10              THE WITNESS:  When -- what do you mean
11    when you say a "user"?
12    BY MS. GUERRIER:
13        Q.   Okay.  So do you understand what the term
14    "speculative use" of -- means in the context of XRP?
15              MS. ZORNBERG:  Object to form.
16              THE WITNESS:  I believe I have an
17    understanding of how I think about it.
18    BY MS. GUERRIER:
19        Q.   Okay.  So how -- what is your definition
20    of "speculative use" in the context of XRP?
21        A.   So -- yeah.  I think about --
22              MS. ZORNBERG:  Objection to "definition."
23              You can answer.
24              THE WITNESS:  I think about, and
25    especially in regards to this email, speculative
```

187

```
 1     being primary capital markets activity taking place

 2     on exchanges.

 3     BY MS. GUERRIER:

 4          Q.   Okay.  So earlier, I believe I asked you

 5     if you were -- if you had any title other than

 6     senior vice president.  If I didn't, I apologize.

 7               Did you hold any title other than SVP?

 8          A.   No.

 9          Q.   Okay.  So this email that I just handed

10     you marked EB-33, docket number -- I mean Bates

11     number 0235679 to 0235682 is from Brad Garlinghouse

12     to you, dated June 25th, 2019.  And the subject is

13     "GateHub XRP Hack Review."

14               Do you see that?

15          A.   I do.

16          Q.   Okay.  Now, have you ever been referred to

17     as GM of XRP?

18          A.   No.

19          Q.   Okay.  So what do you mean in this email

20     in your -- when you state that:

21                    "As part of the 'GM of XRP'

22               hat you asked me to wear."

23               Why are you referring to yourself in that

24     capacity?

25          A.   Yeah.  And there's a reason why this is in
```

188

```
 1    quotes.  This was really shorthand for the desire
 2    inside the company for an individual -- individual
 3    to be able to think holistically around XRP.
 4         Q.   Okay.  And -- and the June 25, 2019 email,
 5    can you explain what specifically you were trying to
 6    resolve for XRP?
 7              MS. ZORNBERG:  Object to form and the
 8    email speaks for itself.
 9              THE WITNESS:  I wasn't trying to resolve
10    anything for XRP with this.
11    BY MS. GUERRIER:
12         Q.   Okay.  So what is -- what exactly are you
13    giving information about in this email?
14              MS. ZORNBERG:  Object to form.  Document
15    speaks for itself.
16              THE WITNESS:  This is an email to try and
17    rationalize our internal org structure to be more
18    effective.
19    BY MS. GUERRIER:
20         Q.   Okay.  So -- and based on your email,
21    what -- do you mean -- what is the goal for XRP in
22    your -- when you're wearing your hat as GM of XRP?
23              MS. ZORNBERG:  Object to form.
24              THE WITNESS:  Well, if I was to read this
25    second line here, says:
```

```
 1                    "As GM of XRP, I think our
 2               goal is increasing the liquidity of
 3               XRP."
 4     BY MS. GUERRIER:
 5          Q.   Was this an accurate statement when you
 6     made it on June 25th, 2019?
 7          A.   In that I -- accurate that I thought that?
 8          Q.   Yes.
 9          A.   Yes.  With the caveat that I'm not saying
10     that's our only goal.
11          Q.   Okay.  But that was a goal --
12          A.   Mh-hmm.
13          Q.   -- was to increase the liquidity.
14               And did you play a role in increasing the
15     liquidity of XRP at Xpring?
16          A.   Not directly.
17          Q.   Okay.  Were you giving advice as to how to
18     increase the liquidity of XRP in this email?
19               MS. ZORNBERG:  Object to form.
20               You can answer.
21               THE WITNESS:  This email is aiming to
22     change the way that our internal organization was
23     structured, who reported to where, to whom, with
24     what responsibilities, in order to be more
25     effective.
```

1    BY MS. GUERRIER:

2         Q.   So why are you talking about, as a goal,

3    increasing the liquidity of XRP in this email?

4         A.   Because that is big picture how we

5    measured utility of XRP.

6         Q.   Okay.  If you move down to the third

7    paragraph after the one we just discussed that says

8    "I think we should," can you read that statement

9    into the record, please?

10        A.   "I think we should be treating all users

11   of XRP as developers on the Xpring platform."

12        Q.   And can you read the next statement?

13        A.   Yes.

14                  "This includes both as

15              speculative and nonspeculative use

16              case and the technical and

17              nontechnical users."

18        Q.   And why did you want to include the

19   speculative users as -- under the developer umbrella

20   of XRP?

21              MS. ZORNBERG:  Object to form.

22              THE WITNESS:  So I thought this email, if

23   we go down, is in reference to Brad's email on the

24   same date at 7:49 a.m. where he said:

25                  "It remains confusing to me

```
 1                who 'owns' the account management

 2                of digital assets exchanges."

 3                And this email is making an argument that

 4     the digital asset exchanges should be -- the

 5     relationship with them should fall on to team

 6     Xpring.

 7     BY MS. GUERRIER:

 8         Q.   So you would be responsible for

 9     speculative users of XRP --

10                MS. ZORNBERG:  Object --

11     BY MS. GUERRIER:

12         Q.   -- under this umbrella?

13                MS. ZORNBERG:  Object to form.

14                THE WITNESS:  In this umbrella, I would be

15     responsible for the relationships with the digital

16     asset exchanges.

17     BY MS. GUERRIER:

18         Q.   So does that -- refers to the speculative

19     and use cases of XRP?

20                MS. ZORNBERG:  Object to form.

21                THE WITNESS:  So for me, when I say

22     "speculative use case," it's around the users of the

23     digital asset exchanges -- the exchanges themselves

24     and their users.

25     / /
```

 1   BY MS. GUERRIER:

 2        Q.   Okay.  So can you read the sentence

 3   after -- next -- right under the "this includes"

 4   that starts with "the speculative use case"?

 5        A.   Sure.

 6                  "The speculative use case

 7             can't be ignored given it's the

 8             primary use for XRP today and it's

 9             the source of liquidity for XRP.

10             If you are an exchange trading

11             hundreds of millions of XRP a day,

12             you should have a great

13             experience."

14        Q.   So -- and based on this statement as of

15   the date of this email of June 25th, 2019, is it

16   accurate that the speculative use cases were the

17   primary use for XRP?

18             MS. ZORNBERG:  Object to form.

19             THE WITNESS:  I would say as of this date,

20   the exchanges were certainly the primary users of

21   XRP.

22   BY MS. GUERRIER:

23        Q.   And when you say "the exchanges," does

24   your definition of exchanges cover speculative users

25   of XRP?

193

```
 1              MS. ZORNBERG:  Object.  Object to form.
 2              THE WITNESS:  Yeah.  So if we drop three
 3    bullet points down, I say:
 4                   "The speculative developers
 5              are:  Exchanges, custody providers,
 6              trading platforms, traders and
 7              holders/whales."
 8    BY MS. GUERRIER:
 9         Q.   Okay.  So the group that you just
10    described are the primary users of XRP, based on
11    your email as of June 25th, 2019?
12              MS. ZORNBERG:  Object to form.
13              You can answer.
14              THE WITNESS:  Yes.
15    BY MS. GUERRIER:
16         Q.   Okay.  And then you -- in the same
17    sentence, you say:
18                   "It's the source of liquidity
19              for XRP."
20              Is that an accurate statement?
21              MS. ZORNBERG:  Object to form.
22              THE WITNESS:  I think that an accurate
23    statement is that if you are looking for liquidity
24    for XRP, as of this date it would be on the
25    exchanges.
```

1    BY MS. GUERRIER:

2        Q.   And specifically the speculative use

3    cases?

4            MS. ZORNBERG:  Object to form.  Misstates

5    prior testimony.

6            THE WITNESS:  Which in this case, as I

7    very specifically defined, includes our exchanges,

8    custody providers, trading platforms, traders and

9    holders/whales.

10   BY MS. GUERRIER:

11       Q.   And those are the speculative users of

12   XRP?

13       A.   As I've defined in this, I'm saying the

14   speculative -- my words -- speculative developers

15   are:  Exchanges, custody providers, trading

16   platforms, traders and holders.

17       Q.   And are they also the speculative use case

18   that you refer to --

19       A.   Oh.

20       Q.   -- in your email?

21       A.   Yes.  That I refer to three bullet points

22   above?

23       Q.   Yes.

24       A.   Yes.

25       Q.   Okay.  Do you know Breanne Madigan?

```
 1        A.   I do.

 2        Q.   Did you work with Breanne Madigan?

 3        A.   We both were at Ripple at the same time.

 4        Q.   What was her role at Ripple?

 5        A.   She was part of the XRP markets team.

 6        Q.   And what capacity did you -- well, did you

 7   work with her on any projects at Ripple?

 8        A.   Not really, no.

 9        Q.   Okay.  Did she ever speak with you

10   regarding the use -- the speculative use cases that

11   we just discussed in your email of --

12             MS. ZORNBERG:  Object to --

13   BY MS. GUERRIER:

14        Q.   -- June 25th, 2019?

15             MS. ZORNBERG:  Object to form.

16             THE WITNESS:  Breanne and I did speak

17   about how do we have the best relationship with the

18   exchanges, the custody providers, the trading

19   platforms, et cetera.

20   BY MS. GUERRIER:

21        Q.   Okay.  And what did you specifically talk

22   about with Ms. Madigan regarding how you have the

23   best relationships with the exchanges?

24        A.   I'm sorry, I didn't quite hear you.

25        Q.   What did you specifically discuss with
```

1    Ms. Madigan regarding how to have the best

2    relationships with the exchanges?

3        A.    I don't remember specifically the

4    conversations, but as I laid out here, I thought

5    they were an important part of the developer

6    ecosystem.  And so I wanted to work with her to make

7    sure that they all had a great experience building

8    on XRP Ledger.

9        Q.    Okay.  And did your conversations with her

10   have anything to do with selling the XRP by these

11   speculative users of XRP?

12            MS. ZORNBERG:  Object to form.

13            THE WITNESS:  Sorry, are you asking if it

14   had to do with any of these entities selling XRP?

15   BY MS. GUERRIER:

16       Q.    Yes.

17       A.    No.  Most of -- most of these entities are

18   involved in the capital markets, which is buying and

19   selling.  So, I mean, in exchange there's as much

20   buying as there is selling.  So I guess yes,

21   selling, but also buying.

22       Q.    Do you recall having any conversations

23   with Ms. Madigan regarding managing the flow of XRP

24   on to the -- any exchanges?

25            MS. ZORNBERG:  Object to form.

197

```
 1                THE WITNESS:  The flow of what XRP?
 2     BY MS. GUERRIER:
 3          Q.   Okay.  If you go back to your email of
 4     June, the email of June 25th, 2019, you state that
 5     the speculative use cases are the primary use for
 6     XRP and that they're the source of liquidity for
 7     XRP.
 8                Did you have any discussions with
 9     Ms. Madigan regarding this subject?
10                MS. ZORNBERG:  Object to form in that that
11     wasn't a fully accurate reading of the statement
12     from the email.
13                You can answer if you understand.
14                THE WITNESS:  So as I believe I stated
15     previously, I did talk with Ms. Madigan about how to
16     make sure we have the best relationships with
17     exchanges, custody providers, trading platforms and
18     the like.
19     BY MS. GUERRIER:
20          Q.   Okay.  And how were you going to establish
21     the best relationships with the exchanges and
22     trading platforms in the context of your email of
23     June 25th, 2019?
24                MS. ZORNBERG:  Object to form.
25                THE WITNESS:  I would say --
```

```
 1                  MS. ZORNBERG:  Are you asking about his
 2    communications with Ms. Madigan?
 3                  MS. GUERRIER:  Yes.
 4                  THE WITNESS:  Oh, with Ms. Madigan.  I
 5    don't -- I don't recall the specifics.
 6    BY MS. GUERRIER:
 7         Q.   Okay.
 8         A.   Most of the relationships with the
 9    exchanges generally are with Ms. Madigan, and I
10    think reading this email, I selfishly thought I and
11    my team could do a better job at it.
12         Q.   A better job at what?
13         A.   Managing -- having great experiences for
14    exchanges, custody providers, trading platforms and
15    the like.
16         Q.   Why would Xpring be involved in trading
17    platforms and relationship with exchanges?
18                  MS. ZORNBERG:  Object to form.
19                  THE WITNESS:  So all of these companies
20    are technology companies employing software
21    developers that are use -- writing technology to use
22    a blockchain.  And what Xpring did is we provided
23    tools, open source free tools, that made it easy for
24    you to use XRP Ledger, and we provided technical
25    support to help you if you had questions or concerns
```

1    about how to use the ledger.

2               And so if you were a developer and an

3    engineer at an exchange and had questions about how

4    to implement the XRP Ledger, team Xpring was set up

5    to help you answer those questions.

6    BY MS. GUERRIER:

7        Q.   Including speculative users of XRP?

8               MS. ZORNBERG:  Object to form.  Misstates

9    prior testimony.

10              THE WITNESS:  Including exchanges,

11   customer providers, trading platforms and traders.

12   BY MS. GUERRIER:

13       Q.   That you define as speculative users of

14   XRP?

15       A.   Here as defined in this email as

16   speculative developers.

17       Q.   Speculative developers.  Okay.

18              But also in this email, you talk about the

19   speculative -- and I'm referring back to the

20   June 25th, 2019.  You talk about both the

21   speculative and nonspeculative use cases.

22              So what did you specifically mean by the

23   speculative use case in this email?

24              MS. ZORNBERG:  Objection.  Asked and

25   answered.

```
1              You can answer.
2              THE WITNESS:  In this case, I mean the end
3      users of exchanges, custody providers, trading
4      platforms and traders.
5      BY MS. GUERRIER:
6          Q.   So people buying or selling XRP?
7              MS. ZORNBERG:  Object to form.
8      BY MS. GUERRIER:
9          Q.   Is that what you're referring to in this
10     email?
11         A.   Or holding or trading or providing market
12     making.
13         Q.   Right.
14         A.   These entities, these developers,
15     exchanges, customer providers, trading platforms and
16     the like, provide a wide variety of services to
17     their customers.
18         Q.   Right.
19              So were you interested in the actual
20     customers, the speculative users of the XRP?
21              MS. ZORNBERG:  Object to form.
22              THE WITNESS:  Interested in what manner?
23     BY MS. GUERRIER:
24         Q.   In your email in basically including as
25     developers on the Xpring platform.
```

1          MS. ZORNBERG:  Object to form.

2          You can answer if you understand the

3    question.

4          THE WITNESS:  I wanted to make sure that

5    our developers of which I believe the exchanges were

6    an important one, and their customers, had a great

7    experience in using XRP and XRP Ledger.

8    BY MS. GUERRIER:

9      Q.   Yes, but you're using two terms in this

10   email it seems.  You're using the speculative and

11   nonspeculative use case, and then you're using the

12   nonspeculative developers and speculative

13   developers.

14          Are you making a distinction between those

15   terms?

16          MS. ZORNBERG:  Object to form.

17          THE WITNESS:  Generally I would say no.

18   BY MS. GUERRIER:

19     Q.   So a speculative use case of XRP in

20   your -- what is your definition of a speculative use

21   case of XRP?

22          MS. ZORNBERG:  Objection.  Asked and

23   answered many times now.  I would ask counsel to

24   move on.

25   / /

1   BY MS. GUERRIER:

2       Q.   Can you answer the question?

3       A.   The speculative use case, as I believe

4   I've stated, is the end users of the exchanges,

5   custody providers, trading platforms and other.

6       Q.   Okay.  So when you talk about the

7   nonspeculative developers, are you speaking --

8   talking about the same people that you just defined

9   as the end users of the trading platform?

10          MS. ZORNBERG:  Object to form.

11          THE WITNESS:  So to follow where I think

12  you're going, is I would say the nonspeculative use

13  case are the users of the wallets, the users of the

14  payment companies, the users who are paying or

15  remitting directly.

16  BY MS. GUERRIER:

17      Q.   Okay.  So these -- are these the users

18  that you wanted to include under your umbrella here

19  in this email?

20          MS. ZORNBERG:  Object to form.  Under what

21  umbrella?

22          THE WITNESS:  I'm not sure I know the

23  answer to that question.  Sorry, I'm not sure I know

24  where you're trying to -- where you're --

25      / /

203

1     BY MS. GUERRIER:

2         Q.   I'm reading your words.

3         A.   Yes.

4         Q.   Your email. So, you know, I'm trying to

5     understand what you mean by "this includes both the

6     speculative and nonspeculative use case and the

7     technical and nontechnical users." I'm trying to

8     understand what you mean by speculative use case in

9     this email versus the speculative developers that

10    you refer to a few lines below.

11        A.   So this email is an attempt to change the

12    way that Ripple is organized, literally like people

13    and reporting structure and accountability so that

14    we can be more effective. And my goal here was

15    to -- where Xpring traditionally had not worked with

16    the exchanges, custody providers, trading platforms

17    and the like, I thought they were an important

18    constituent of the XRP ecosystem and I wanted to

19    make sure -- or I thought that if those

20    responsibilities were given to team Xpring, which I

21    had a lot of confidence and faith in, that we could

22    do a good job at making them have a great experience

23    with XRP and with XRP Ledger.

24        Q.   And that included the speculative users --

25    the end -- the people at the end of the transaction?

1          MS. ZORNBERG:  Object to form.

2          THE WITNESS:  That definitely included the

3     customers of our developers.

4     BY MS. GUERRIER:

5          Q.   Okay.

6          A.   If the customers of the developers aren't

7     having a good experience, then the developers aren't

8     having a good experience, then it's not going to

9     work.

10         Q.   Okay.  So just to clarify, are you

11    defining the customers of the developers as

12    speculative users?

13         MS. ZORNBERG:  Object to form.

14         THE WITNESS:  I don't think I used the

15    word "speculative users" in this email.

16    BY MS. GUERRIER:

17         Q.   I think you used the word "speculative"

18    and "nonspeculative use case."

19         A.   Correct.

20         Q.   Do you make -- what is the distinction

21    between speculative use case and speculative users?

22         MS. ZORNBERG:  Object to form.

23         THE WITNESS:  The speculative use case are

24    the activities provided on exchanges, customer

25    providers, trading platforms and the like.

205

```
 1    BY MS. GUERRIER:
 2         Q.   I'm going to hand you a document premarked
 3    EB-34.
 4              MS. ZORNBERG:  Thank you.
 5              MS. DEARBORN:  Counsel, can I ask a
 6    clarifying question?  Is this is the same document
 7    as EB-33?
 8              MS. GUERRIER:  Yeah.  That looks like the
 9    same document.  I guess I'm going to give you
10    Exhibit 35.  Sorry about it.
11              MS. DEARBORN:  The good news is it's much
12    easier to read.
13              MS. GUERRIER:  There you go.
14              (Whereupon, Deposition Exhibit EB-35
15               was marked for identification.)
16              THE WITNESS:  Okay.
17    BY MS. GUERRIER:
18         Q.   Did you have a chance to take a look at
19    EB-35?
20         A.   I did.
21         Q.   That's the document marked 000144.
22              So this is an email dated July 5th from
23    you to                and copying            And
24    the subject is, "Hey."
25              Who is                ?
```

```
1         A.    At the time of this email, ███████████
2    was, I believe the CEO of Binance.US.
3         Q.    What is Binance.US?
4         A.    Binance.US is a digital asset exchange.
5         Q.    And who is ████████?
6         A.    ███████████ was my executive assistant.
7         Q.    Okay.  So what -- in this email, you're --
8    are you responding to Ms. ██████ or are you writing
9    to Ms. █████?
10             MS. ZORNBERG:  Object to form and the
11    exhibit contains a series of emails.
12    BY MS. GUERRIER:
13         Q.    We're talking about the Friday, July 5th
14    email of 2019 that I just read into the record.
15         A.    So this email is providing Ms. █████ with
16    some context around what we've been thinking about
17    at Xpring because we had invited Ms. █████ to come
18    speak at our team off-site.
19         Q.    Okay.  So under the topic "Some" -- or
20    this heading "Some context," can you please read
21    into the record the three points that you make under
22    some context?
23         A.    Yes.
24                 "Some context:  Xpring is
25                 focusing on XRP adoption,
```

```
 1                    liquidity, transaction volume.
 2                    We're building a developer platform
 3                    to provider tools, programs and
 4                    support to drive this.  The primary
 5                    use case for XRP today is
 6                    speculative and the exchanges
 7                    (along with wallets, traders,
 8                    custody providers) are the main
 9                    enabler of this use case."
10         Q.   So the statements you just read, as of
11    July 5th, 2019, are these an accurate depiction of
12    what Xpring was focusing on at that time?
13              MS. ZORNBERG:  Object to form.
14              THE WITNESS:  I would say very much in
15    shorthand written to someone outside of the company,
16    I would say it's quite accurate to say we're focused
17    on XRP, adoption, liquidity and transaction volume.
18    BY MS. GUERRIER:
19         Q.   And was it accurate that you were building
20    a developer platform to provide tools, programs and
21    support to drive the adoption, liquidity and
22    transaction volume of XRP?
23         A.   Yeah, I think it's important to think of
24    the receiver of this who is not an exchange.
25         Q.   Okay.  If you could just answer the
```

```
 1   question.

 2          MS. ZORNBERG:  Okay.

 3   BY MS. GUERRIER:

 4      Q.   Was this accurate that you would build --

 5   Xpring was building a developer platform to

 6   provide -- I believe you meant "provide" -- tools,

 7   programs and support to drive the adoption,

 8   liquidity and transaction volume of XRP?

 9          MS. ZORNBERG:  Okay.  Objection to form.

10   And, please, when you ask a question, please allow

11   the witness to answer before you interrupt to

12   reframe your question.

13          MS. GUERRIER:  And I'd like to apply that

14   to you as well for me.

15   BY MS. GUERRIER:

16      Q.   If you could please answer the question.

17      A.   So I would say it is accurate that when I

18   want to explain to the leader of a digital asset

19   exchange what we're building, this is how I would

20   portray it.

21      Q.   So it is an accurate statement as of

22   June -- July 5th, 2019?

23          MS. ZORNBERG:  Objection.  And you're --

24   the witness just gave an answer.  Now you're trying

25   to recharacterize it.
```

1    BY MS. GUERRIER:

2        Q.   If you could answer the question, please.

3        A.   This is how I would explain what we're

4    building at Xpring to the leader of a digital asset

5    exchange.

6        Q.   Okay.  And my question is, was this an

7    accurate statement as of July 5th, 2019?

8            MS. ZORNBERG:  Object to form.  Same

9    objection.

10           You should keep answering however is

11   accurate to you.

12           THE WITNESS:  This is how I would explain

13   this to a leader of a digital asset exchange.

14   BY MS. GUERRIER:

15       Q.   Was this an accurate statement or not?

16           MS. ZORNBERG:  Objection.  Asked and

17   answered.

18           THE WITNESS:  Can you explain to me what

19   you mean by "accurate"?

20   BY MS. GUERRIER:

21       Q.   Is it true that you were building a

22   developer platform to provide tools, programs and

23   support to drive the adoption, liquidity and

24   transaction volume of XRP as of July 5th, 2019?

25       A.   Amongst other things, yes.

210

```
 1          Q.   Okay.  So the next statement:
 2                    "The primary use case for XRP
 3               today is speculative and the
 4               exchanges (along with wallets,
 5               traders, custody providers) are the
 6               main enabler of this use case."
 7               Is this an accurate statement as of July
 8     5th, 2019?
 9          A.   I don't know.
10          Q.   Okay.  So you wrote this statement.  What
11     did you mean by -- by the statement that you wrote
12     in this email?
13          A.   By this statement, I meant
14            you should work with us more closely.
15          Q.   What do you mean by the primary use case
16     for XRP today is speculative, in this email of
17     July 5th, 2019?
18          A.   I meant to say the exchanges are an
19     important part of what we're building.
20          Q.   So what does the primary use case in this
21     statement mean?
22          A.   Sorry, can you clarify your question?
23          Q.   What do you -- and this is your email.
24          A.   Yes.
25          Q.   These are your words.  So what does
```

1   "primary use case for XRP today" mean in this email

2   of July 5th, 2019?

3          A.    This bullet point is meant to explain to

4   the leader of a digital asset exchange that they're

5   really important to us.

6          Q.    Okay.  So that's not my question.

7              MS. ZORNBERG:  Okay.

8   BY MS. GUERRIER:

9          Q.    What is the definition of "primary use

10  case" in your email of July 5th, 2019?

11             MS. ZORNBERG:  I'm going to note for the

12  record my objection and that this is at least the

13  sixth time that SEC counsel, when she doesn't like

14  the answer given, says, "that wasn't my question."

15  The witness is doing his best to answer the

16  questions.  If you don't -- you can put another

17  question.

18             MS. GUERRIER:  Okay.  Thank you.

19         Q.    Can you answer the question?

20         A.    "Primary" would mean first.  "Use" I would

21  think of like how you use something or "use case"

22  meaning an instant where one uses things.

23         Q.    Okay.  So based on this email, the

24  speculative use case is the primary use case for

25  XRP.  Is that what you mean in this email?

```
 1              MS. ZORNBERG:  Object to form.  Asked and
 2     answered.
 3              THE WITNESS:  As I would explain to the
 4     leader of a digital asset exchange, yes.
 5     BY MS. GUERRIER:
 6         Q.   Okay.  And your next statement:
 7                   "And the exchanges are the
 8                   main enabler of this use case."
 9              What did you mean by that?
10         A.   I meant that, as I think we answered a few
11     times in the last email, the -- as I call
12     speculative, which is capital markets, market
13     making, custody providing, digital asset exchanges,
14     are a very important part of the XRP ecosystem.
15         Q.   So when you say that the exchanges are the
16     main enabler of this use case, what do you mean by
17     the "main enabler"?
18              MS. ZORNBERG:  Objection.  Asked and
19     answered.
20              THE WITNESS:  I meant the primary place
21     where people go to make markets, to buy, to sell, to
22     get custody, to earn yield, all the activities that
23     take place within capital markets in the
24     cryptocurrency world.  The main place where that
25     activity is enabled is on the digital asset
```

213

1    exchanges.

2    BY MS. GUERRIER:

3        Q.   Okay.  So your next point, if I could call

4    it that, if you could please read it into the

5    record.

6        A.   "Ultimately, we want to double the daily

7    trading volume of XRP, which I think the exchanges

8    would like as well."

9        Q.   Okay.  So is this an accurate statement as

10   of July 5th, 2019?

11       A.   This I would say is, again, me trying to

12   get the leader of a digital asset exchange

13   interested in what we're doing.

14       Q.   So is what you're doing trying to double

15   the daily trading volume of XRP?

16       A.   We were trying to drive the utility of

17   XRP, and one of the primary ways in which we measure

18   that was through liquidity.

19       Q.   Okay.  There's no utility in this email,

20   correct?  There's no reference to utility in your

21   email.  Is that an accurate statement?

22       A.   Liquidity is the life blood of utility.

23       Q.   Okay.  You make no reference to utility in

24   this email, correct?

25       A.   I do.  I say you adoption, liquidity.

214

1    That's all utility.

2        Q.   Okay.  You did not provide the word

3    "utility" in this email that you just read --

4        A.   Correct.

5        Q.   -- is that correct?

6        A.   That is correct.

7        Q.   Okay.  So when you say you want to double

8    the trading volume of XRP, can you explain what you

9    mean by wanting to double the trading volume of XRP?

10            MS. ZORNBERG:  Object to form.  Asked and

11   answered.

12            You can answer again.

13            THE WITNESS:  So are you questioning what

14   these words mean?  Is that what you're asking me?

15   BY MS. GUERRIER:

16       Q.   I want to know what you mean by "we want

17   to double the daily trading volume of XRP"?

18       A.   Yes.  So what I meant is that you, in this

19   case Ms.         , the leader of a digital asset

20   exchange, should want to work with us to help us

21   build up the XRP ecosystem.

22       Q.   So that's not what you wrote in this

23   email.

24       A.   You didn't ask what I wrote.  You asked

25   what I meant.

```
 1        Q.   Okay.  So what you wrote was you want to
 2   double -- I asked you what you meant by "we want to
 3   double the daily trading volume of XRP."
 4        Did you want to actually, in fact, double
 5   the trading volume of XRP?
 6        A.   No.  This is shorthand for, like, come
 7   work with us.  Like, this seems to align with what
 8   your goals are.  But, like, we never had a goal of
 9   doubling the daily trading volume.
10        Q.   So why would you include that statement in
11   an email?
12        A.   This was me trying to tell the leader of a
13   digital asset exchange that they should come, want
14   to work with us.
15        Q.   Okay.  So were you involved at all in
16   trading XRP at Xpring?
17        A.   Trading XRP?
18        Q.   Yeah.
19        A.   No.  Never.
20        Q.   Okay.  So were you -- and was Xpring
21   helping with the trading -- with the volume of XRP
22   with trading?
23             MS. ZORNBERG:  Object to form.
24             THE WITNESS:  What do you mean by
25   "helping"?
```

216

```
 1    BY MS. GUERRIER:
 2        Q.   Well, I'm trying to understand what you
 3    mean by, you know, the daily trading volume of XRP.
 4             MS. ZORNBERG:   Okay.   Object to form.
 5    Asked and answered.   And this is bordering on
 6    badgering the witness.   I'll allow it.
 7             THE WITNESS:   So at Xpring, our focus is
 8    on driving the utility of XRP and XRP Ledger by
 9    building an ecosystem of companies that are using
10    the Ledger.   We did that by writing software,
11    providing tools, things like APIs and STKs that made
12    it easier to use the XRP Ledger.   One of the more
13    important potential developers on that platform is a
14    digital asset exchange.
15             If we make tools, pieces of open-source
16    software, that allow an exchange to double their
17    trading -- daily trading volume, that's really good
18    for an exchange.   That's how they make their money.
19    This, to me, she should read this as, yes, I make a
20    lot of money when I double my daily trading volume.
21             And so if I can provide you with tools, if
22    I can give you an STK or I can provide you with an
23    API that allows your technology to work so much
24    better that you could do this, you should want to
25    come talk to me.
```

```
 1    BY MS. GUERRIER:
 2         Q.   So your testimony is this was not about
 3    doubling the volume of XRP on the exchanges.   Is
 4    that what you're saying right now?
 5              MS. ZORNBERG:   Object to form and
 6    misstates the testimony.
 7              THE WITNESS:   This is me trying to say
 8    that we are aligned in our incentives of trying to
 9    drive liquidity and trying to drive utility, and we
10    have teams of people looking to help you accomplish
11    that.
12    BY MS. GUERRIER:
13         Q.   Okay.  If you go down to the sentence
14    after "we'd love to hear from your thoughts," your
15    first statement, can you read that, please, into the
16    record.
17         A.   Sure.  This is on the "we'd love to hear
18    from your thoughts on"?
19         Q.   Yes.
20         A.   "How exchanges think about XRP and
21    increasing trading volume."
22         Q.   Okay.  If you stop there, please.
23         A.   Yeah.
24         Q.   So why did you want to know how exchanges
25    think about XRP and increasing trading volume?
```

```
 1          A.    So we're trying to build a platform and
 2    technologies that work with entities like digital
 3    asset exchanges.   Their primary business is trading
 4    volume.   And so the number one business of sales is
 5    understand your customer.
 6              And so I want to understand what that --
 7    what those developers -- how they're thinking about
 8    making their business grow.   'Cause if I can provide
 9    them with tools, if I can provide them with STKs in
10    software that helps their business grow, it's very
11    good for them.
12          Q.    Weren't you concerned here about
13    increasing the trading volume for XRP for Ripple?
14              MS. ZORNBERG:   Object to form and
15    misstates the testimony.
16              THE WITNESS:   No.   Why would I be
17    concerned about increasing trading volume for
18    Ripple?   I'm not sure I understand that.
19    BY MS. GUERRIER:
20          Q.    Well, your next sentence, if you want to
21    read it into the record.
22          A.    Yes.
23                  "What can we be doing and
24                building to help increase trading
25                volume."
```

219

1          Q.   Okay.  So what do you mean by what could

2     you -- could be doing to help increase trading

3     volume?

4          A.   So this is about the activities that we're

5     taking on Xpring, which is building an ecosystem,

6     investing in companies, partnering with companies,

7     writing code, releasing open-source software that

8     enables XRP and, arguably, we worked across all

9     other currencies, to help use cryptocurrency to

10    achieve their objectives.

11         Q.   That's not -- sorry.

12         A.   So that was what I was doing and what I

13    was building.  And I want to understand how the

14    things that I was doing and building or other ways

15    in which I could build or do that would help achieve

16    this individual who I'm writing this email to, help

17    them achieve their business objectives.

18         Q.   So why are you focusing on the XRP trading

19    volume as opposed to the example that you just gave

20    here about building the ecosystem in your email?

21              MS. ZORNBERG:  Objection.  Misreads the

22    document.  Misstates prior testimony.

23              THE WITNESS:  This is an email to the CEO

24    of a digital asset exchange.

25    / /

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

220

```
 1    BY MS. GUERRIER:
 2        Q.  I understand.
 3        A.  Digital asset exchanges make money based
 4    on trading volume.
 5        Q.  Okay.  But -- sorry.
 6        A.  So I want to understand how we can help
 7    their business grow.
 8        Q.  Well, why would you care about how their
 9    business grow if you're on the other side working
10    for Ripple?
11            MS. ZORNBERG:  Object to form.
12            THE WITNESS:  Sorry, we were partners with
13    exchanges.  We were not competitive with them.
14    BY MS. GUERRIER:
15        Q.  But why -- wouldn't you be interested in
16    what Ripple can do on the exchanges for its XRP as
17    opposed to what the exchanges were doing?
18            MS. ZORNBERG:  Object to form.
19            THE WITNESS:  First of all, I had nothing
20    to do with what Ripple did with their XRP.  Second
21    of all, Ripple's XRP was a drop in the bucket
22    compared to what was going on on digital asset
23    exchanges.  There is way more volume on an exchange
24    than anything that Ripple was doing.  They're not
25    making money off of Ripple selling XRP.
```

```
 1    BY MS. GUERRIER:

 2         Q.   But then you refer to doubling the daily

 3    trading volume of XRP in your email.

 4              MS. ZORNBERG:   Object to form.   There's a

 5    continual misstating of the document, the prior

 6    testimony.   I really do feel -- 30 minutes on this

 7    that I feel counsel is badgering the witness right

 8    now.

 9              THE WITNESS:   I'll answer one clarifying

10    thing, that this daily trading volume of XRP, you

11    should not read the word "Ripple" before that.   That

12    is not Ripple's XRP.   That is XRP traded on the

13    dozens of digital asset exchanges all over the

14    planet.   This has nothing to do with Ripple's XRP.

15    This is just XRP liquidity in the marketplace.

16              As we spoke, there are millions of dollars

17    of cryptocurrencies being traded that has nothing to

18    do with Ripple or any other corporation.

19    BY MS. GUERRIER:

20         Q.   So in the email, why do you use the word

21    "we want" -- the words "we want to double the daily

22    trading volume"?   So why do you want to double the

23    daily trading volume of XRP if you're talking about

24    XRP in general?

25         A.   So --
```

1          MS. ZORNBERG:  Objection.  Object to form.

2          THE WITNESS:  -- we, in this case, is

3     definitely team Xpring trying to build an ecosystem

4     of companies that are using XRP.  And we measure the

5     utility.  One of the ways which we measure the

6     utility was through liquidity.  General liquidity.

7     Not our liquidity.  We never bought and sold any XRP

8     through Xpring.

9     BY MS. GUERRIER:

10          Q.   But your developers, did they buy -- did

11    they sell their XRP through Xpring?

12          A.   I think we covered this.  Should we go

13    back to it?

14          MS. ZORNBERG:  I would like to take a

15    break.

16          MS. GUERRIER:  Once he answers the

17    question.

18          MS. ZORNBERG:  I'm sorry, what's the

19    question, I didn't hear the question.

20               (Record read by the reporter

21          as follows:

22               "QUESTION:  But your

23          developers, did they buy -- did

24          they sell their XRP through

25          Xpring?")

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

223

1          MS. ZORNBERG:  Yeah.

2          THE WITNESS:  Sorry.

3          MS. ZORNBERG:  Object to form.  Asked and

4     answered.

5          THE WITNESS:  I actually think this was a

6     different question.  When you say "their XRP," what

7     XRP are you referring to?

8     BY MS. GUERRIER:

9          Q.   The developers that received the XRP from

10    Ripple?

11         A.   So you're talking about XRP received from

12    Xpring?

13         Q.   Yes.

14         A.   So I don't have a specific knowledge -- I

15    believe I stated this -- as to what they did with

16    their XRP.  I was aware that they were liquidating

17    some of their XRP.

18         MS. ZORNBERG:  Okay.  Can we take a break?

19         MS. GUERRIER:  Sure.

20         THE VIDEOGRAPHER:  Okay.  Off the record

21    at 2:56 p.m.

22         (Whereupon, a recess was taken.)

23         THE VIDEOGRAPHER:  This is the beginning

24    of file number 5.  We're back on the record at

25    3:10 p.m.

224

```
 1              MS. GUERRIER:  I'm handing you an unmarked
 2     exhibit.  I think it's number 9.  9.
 3                  (Whereupon, Deposition Exhibit EB-9
 4                  was marked for identification.)
 5     BY MS. GUERRIER:
 6         Q.   This is document 1071027.
 7         A.   Okay.
 8         Q.   Have you had a chance to review the
 9     document?
10         A.   I have.
11         Q.   Do you recognize the document marked
12     1071027?
13         A.   Yes.
14         Q.   What is this document?
15         A.   It looks like notes from my notebook.
16         Q.   Okay.  And can you tell me what your notes
17     are about?
18              MS. ZORNBERG:  Object to form.
19              THE WITNESS:  The left looks like a list
20     of people of whom I'm not sure I know all the people
21     on it.  But         probably refers to
22          was on my team.  I'm not 100 percent sure who
23             is.  And then the right looks like some notes
24     around stewardship.
25     / /
```

225

```
 1    BY MS. GUERRIER:
 2        Q.   Who is ███████ -- I'm sorry, what is the
 3    first name on the left hand?
 4        A.   I -- ██████████, I believe that says.
 5    Sorry, my handwriting is atrocious.
 6        Q.   And who is ██████████?
 7        A.   I don't know.  I don't remember.
 8        Q.   Okay.  So under "Stewardship" -- what is
 9    the purpose of this list you have under
10    "Stewardship"?
11             MS. ZORNBERG:  Object to form.
12             THE WITNESS:  I don't know specifically.
13    BY MS. GUERRIER:
14        Q.   Okay.  Do you know what you meant by
15    "volatility hedging"?  Did I read that correctly, on
16    the right-hand side?
17        A.   Looks like hedging.
18             MS. ZORNBERG:  Objection.  Lack of
19    foundation.
20             THE WITNESS:  I mean, I would think --
21    generally, I think this goes back to an email you
22    showed me earlier, from before I was working at
23    Ripple, speaking around stewardship of XRP.
24    BY MS. GUERRIER:
25        Q.   Do you recall when you wrote this
```

226

```
 1    document?
 2         A.   I do not.
 3         Q.   Okay.  So from the line on the right hand
 4    under "Stewardship," the statement before the last,
 5    can you read that into the record?
 6         A.   "Ripple not acting against speculators."
 7         Q.   What do you mean by that statement?
 8              MS. ZORNBERG:  Objection.  Lack of
 9    foundation.
10              THE WITNESS:  I am not sure.
11    BY MS. GUERRIER:
12         Q.   Did you have a reason to believe that
13    Ripple was not acting against speculators?
14              MS. ZORNBERG:  Object to form.
15              THE WITNESS:  I'm not -- sorry.  Your
16    question is did I have reason to believe that Ripple
17    was not acting against speculators.
18              I don't know.  Depends on how -- I
19    understand the words in your question but I'm
20    struggling with the negative, positive, did I have a
21    reason to believe that Ripple was not acting against
22    speculators.
23    BY MS. GUERRIER:
24         Q.   Okay.  Why did you include this statement,
25    Ripple was not acting against speculators, in this
```

```
 1    document?
 2              MS. ZORNBERG:  Objection.  Lack of
 3    foundation.
 4              THE WITNESS:  I don't know.
 5    BY MS. GUERRIER:
 6         Q.   And what do you mean here by "stewardship"
 7    on this document?
 8              MS. ZORNBERG:  Objection.  Lack of
 9    foundation.
10              THE WITNESS:  I don't know specifically.
11    As I said, I think this is probably around XRP
12    stewardship.
13    BY MS. GUERRIER:
14         Q.   Okay.  Were you involved with marketing at
15    Xpring?
16              MS. ZORNBERG:  Object to form.
17              THE WITNESS:  Yes, to some extent.
18    BY MS. GUERRIER:
19         Q.   What was your involvement with marketing
20    when you worked for Xpring?
21         A.   So my involvement with marketing -- and
22    this may be the same thing, depending on how you
23    think about a company is -- we've discussed variety
24    of press releases or outreach to doing PR.  So to
25    the extent that activities we were taking on Xpring
```

228

```
 1   were public, I would, at times, work with the
 2   marketing team to stay in sync with them.
 3        Q.   Okay.  So did you review press releases
 4   that were prepared by the marketing team?
 5        A.   For team Xpring, yes.  Not for the broader
 6   Ripple.
 7        Q.   Okay.  Were the -- were Ripple components
 8   included in any broad Xpring marketing -- Xpring
 9   meaning Ripple marketing?
10             MS. ZORNBERG:  Object to form.
11             MS. GUERRIER:  I'll rephrase the question.
12   BY MS. GUERRIER:
13        Q.   Were Ripple-related issues included in any
14   Xpring marketing?
15             MS. ZORNBERG:  Object to form.
16             THE WITNESS:  So we didn't shy away from
17   the fact that Xpring was part -- was an initiative
18   taking part within Ripple.  So in many ways, the
19   short answer is yes, 'cause they were one and the
20   same.
21   BY MS. GUERRIER:
22        Q.   Okay.  Did you -- did you prepare any
23   marketing reports for Xpring?
24        A.   I don't think so.
25        Q.   Okay.  Do you know if Ripple prepared any
```

229

1    marketing reports when you worked there?

2           MS. ZORNBERG:  Object to form.

3           THE WITNESS:  Can you be more -- what do

4    you mean by "marketing reports"?

5    BY MS. GUERRIER:

6       Q.   Well, did Ripple prepare any sort of

7    documents that involved marketing reports?

8           MS. ZORNBERG:  Object to form.

9           THE WITNESS:  So Ripple did a lot of

10   marketing communication.  We have websites.  I'm

11   sure we had written materials.

12   BY MS. GUERRIER:

13      Q.   Were there any materials regarding sales

14   of XRP?

15      A.   I don't know.

16      Q.   Now, did Xpring have any materials

17   regarding sales of XRP for marketing?

18          MS. ZORNBERG:  Object to form.

19          THE WITNESS:  Sorry, I think I understand

20   the question you're asking, which I -- when you

21   asked sales, I didn't understand.  Ripple prepared,

22   I assume still does, a quarterly document called the

23   XRP markets report, which talks about the XRP

24   markets.

25   / /

1    BY MS. GUERRIER:

2         Q.   Okay.  Did Xpring have any involvement in

3    this quarterly XRP market reports in the preparation

4    of it?

5         A.   Yes.

6         Q.   Did you help in the preparation of the

7    quarterly marketing report?

8         A.   Yes.

9         Q.   What specifically did you do?

10        A.   I would help contribute the activities of

11   both Xpring as well as our developer ecosystem, help

12   contribute highlights to that document.

13        Q.   Okay.  Did you work with an individual

14   named Monica Long?

15        A.   I did.

16        Q.   When did you work with Monica Long?

17        A.   For my entire tenure at Ripple.

18        Q.   Okay.  In what capacity did you work with

19   Monica Long?

20        A.   Monica Long was a peer of mine.  She was,

21   I believe, the SVP of marketing for I think the

22   entire time that I was at Ripple.

23        Q.   Did you report to Monica Long?

24        A.   I did not.

25        Q.   You didn't.

231

```
1              So did -- what sort of projects did you

2    work with Monica Long?

3              MS. ZORNBERG:  Objection.  Lack of

4    foundation.

5              THE WITNESS:  So Monica managed the

6    marketing team and possibly the communication team.

7    I sometimes got them confused.  So to your prior

8    question around marketing activities that we took,

9    it would be with members of her team.

10   BY MS. GUERRIER:

11        Q.   Okay.  Were there any conflicts between

12   you and Monica Long in your working with her?

13        A.   No.  Monica is great.

14             MS. GUERRIER:  Let me hand you what's been

15   marked EB-40.

16             (Whereupon, Deposition Exhibit EB-40

17              was marked for identification.)

18             THE WITNESS:  Okay.

19   BY MS. GUERRIER:

20        Q.   So did there come a time when you worked

21   at Xpring where Monica Long was placed in charge of

22   Xpring?

23        A.   No.

24        Q.   Did you have to share your

25   responsibilities with Monica Long at any time when
```

232

```
 1    you worked at Xpring?
 2              MS. ZORNBERG:  Object to form.
 3              THE WITNESS:  No.
 4    BY MS. GUERRIER:
 5         Q.   Okay.  Did you have a disagreement with
 6    Monica Long about what her responsibilities were
 7    with respect to Xpring?
 8         A.   I don't know if I would characterize it as
 9    a disagreement.  I would say we may not have agreed.
10         Q.   Okay.  And what did you not agree on?
11         A.   I think if I was to characterize it, I
12    would say I didn't agree with the amount of input
13    that Monica and her marketing team should have on
14    our activities on Xpring.
15         Q.   So what sort of input are you referring
16    to?
17         A.   So I think some of the things that she
18    laid out on I guess page 2 of this document around
19    brand, design, PR, events and the likes.
20         Q.   Okay.  So why didn't you agree with her
21    input on some of those items that you just
22    described?
23         A.   So I touch on some of this in my email to
24    Brad.  I felt as though the team we were building
25    and the culture of the team that we were trying to
```

233

```
 1    build and the nature of our constituents on Xpring
 2    was different than the rest of Ripple.  And I was
 3    concerned that the input would negatively impact our
 4    speed, our ability to recruit great people on the
 5    team, and ultimately our ability to have an impact.
 6         Q.   Did you have any understanding with Ripple
 7    that you would have your own autonomy on Xpring?
 8              MS. ZORNBERG:  Object to form.
 9              Did you say your own economy?
10              MS. GUERRIER:  Autonomy.
11              MS. ZORNBERG:  Autonomy.  Thank you.
12    Still object to form.
13              THE WITNESS:  I would say that there was a
14    general understanding between Brad and I that team
15    Xpring would be relatively independent.
16    BY MS. GUERRIER:
17         Q.   Okay.  And so did Mr. Garlinghouse have
18    the same view as you that Xpring would be relatively
19    independent?
20         A.   I would say that -- that his view probably
21    changed over time, like generally yes, but not
22    always.
23         Q.   Was there a reason why his view changed
24    about you having more autonomy with Xpring?
25              MS. ZORNBERG:  Object to form.
```

[8/24/2021] Beard, Ethan Dep. Tr. 8.24.2021

234

1           THE WITNESS:  I don't know.

2    BY MS. GUERRIER:

3         Q.   So in your email on the first page, it's

4    from you on August 30th, 2019, to

5    Brad Garlinghouse.  And the subject is

6    "Xpring/Marketing delineation straw man."

7              If you look at the third paragraph, are

8    you, in this paragraph, basically stating that you

9    did not want to work jointly with Monica Long?

10             MS. ZORNBERG:  Object to form.

11             You can answer.

12             THE WITNESS:  I think this paragraph in

13   this document is me trying to fight for as much

14   independence as I could get.

15   BY MS. GUERRIER:

16        Q.   And did you receive a response from

17   Mr. Garlinghouse about you fighting for -- as much

18   independence as you could?

19             MS. ZORNBERG:  Object to form.

20             THE WITNESS:  I'm sure we spoke about it,

21   but I don't believe there was very specific

22   delineated outcomes.

23   BY MS. GUERRIER:

24        Q.   Okay.  So ultimately, were you and

25   Ms. Long able to work together on your projects?

235

```
 1            MS. ZORNBERG:  Object to form.
 2            THE WITNESS:  Monica and I always worked
 3    super well together.
 4    BY MS. GUERRIER:
 5        Q.   Okay.  Now, when did you leave Xpring?
 6        A.   October 2020, I believe.
 7        Q.   Why did you leave the company?
 8        A.   I wanted to go work on a new start-up.
 9        Q.   Okay.  Did you become disenchanted at all
10    with your work at Xpring?
11            MS. ZORNBERG:  Object to form.
12            THE WITNESS:  No.  I loved my team.
13    BY MS. GUERRIER:
14        Q.   Okay.  Was Xpring successful when you left
15    the company?
16        A.   Xpring had -- we had some things that we
17    were successful at and some things that we weren't
18    successful at and some things that were middle of
19    the road.
20        Q.   Was Mr. Garlinghouse satisfied with your
21    work at Xpring?
22            MS. ZORNBERG:  Object to form.
23            THE WITNESS:  I don't know.  I'd -- I'd
24    like to think so.
25    / /
```

236

```
 1    BY MS. GUERRIER:
 2         Q.   Well, did you have reviews of your
 3    performance at Xpring?
 4         A.   Yes.
 5         Q.   And when did you have your last review at
 6    Xpring?
 7         A.   I don't recall.
 8         Q.   Okay.  So did you leave the company in
 9    good terms?
10         A.   Yes.
11              MS. GUERRIER:  Let me hand you what's been
12    premarked Exhibit 47.
13                  (Whereupon, Deposition Exhibit EB-47
14                   was marked for identification.)
15              THE WITNESS:  Okay.
16    BY MS. GUERRIER:
17         Q.   Okay.  So this is an email from you dated
18    February 9, 2020, to Mr. Garlinghouse.  And it's
19    titled "Xpring escalations."
20              So can you just tell me generally, what is
21    the purpose of this email?
22         A.   The purpose of this email is to express
23    some frustrations with how team Xpring was
24    interacting with the rest of the broader Ripple
25    organization.
```

237

```
 1        Q.   Okay.  So what were some of your
 2   frustrations at the time of this email?
 3        A.   Some of the frustrations were around
 4   recruiting.  Some of them were around budgeting.
 5   Those are kind of the specifics, I think.
 6        Q.   So was Xpring provided the funds that it
 7   needed to operate around the time that you wrote
 8   this email?
 9             MS. ZORNBERG:  Object to form.
10             THE WITNESS:  What do you mean when you
11   say "needed to operate"?
12   BY MS. GUERRIER:
13        Q.   Okay.  Well, if you go down to your email,
14   the second-to-last paragraph, can you explain what
15   you meant in this point that you made regarding
16   funding, basically?
17             MS. ZORNBERG:  Is that the paragraph that
18   starts, "As a point of comparison"?
19             MS. GUERRIER:  Yes.
20             THE WITNESS:  So this paragraph is me
21   making the case to my manager that we should be
22   spending more money rather than less on the efforts
23   of team Xpring.
24   BY MS. GUERRIER:
25        Q.   Okay.  So was there a time when your
```

1    funding was reduced for Xpring?

2         A.   That's a good question.

3              I think the best way to characterize it

4    would be to say that Xpring started small and

5    relatively casual, and as it became larger, became

6    more formalized.  And so it was more of budgets

7    being placed on Xpring where, previously, it had

8    been more ambiguous and vague.

9         Q.   Okay.  So when you say Xpring started

10   casual, do you mean in terms of financing or just in

11   the structure of the -- of Xpring itself?

12        A.   In terms of financing, Xpring started as

13   three people.  So it was -- there wasn't a lot of

14   resources, per se, invested on it.

15        Q.   But when it started, Ripple did invest a

16   large amount of funds into Xpring.  Is that an

17   accurate statement?

18             MS. ZORNBERG:  Object to form.

19             THE WITNESS:  Yes.

20   BY MS. GUERRIER:

21        Q.   Okay.  So by the time you wrote this

22   email, in February 2020, did you feel that Xpring

23   was not receiving the funds that it needed from

24   Ripple?

25        A.   I felt that Xpring was an important part

239

1      of our strategy and deserved more resources.

2              Q.   If you flip the page to the last --

3      next-to-last paragraph, and you talk about Xpring

4      not reaching its -- near its full potential, can you

5      explain what you meant here, please?

6              A.   By that word or by this paragraph?

7              Q.   By the -- by the statement in this

8      paragraph.

9              MS. ZORNBERG:  The full paragraph?

10             MS. GUERRIER:  Yes.

11             THE WITNESS:  So I would say this

12     paragraph is making the case that Xpring will be

13     more effective at reaching an -- its objectives as a

14     standalone entity than as a business unit inside of

15     a large organization like Ripple.

16     BY MS. GUERRIER:

17             Q.   Okay.  Was -- were there any

18     dissatisfactions on how Xpring was operating around

19     the time that you wrote this email in February of

20     2020?

21             MS. ZORNBERG:  Object to form.

22             THE WITNESS:  Dissatisfactions from whom?

23     BY MS. GUERRIER:

24             Q.   From your boss, Mr. Garlinghouse.

25             MS. ZORNBERG:  Object to form.

240

```
 1              THE WITNESS:  So the challenges that team
 2     Xpring had with other departments, such as
 3     recruiting or finance or marketing, all ultimately
 4     would roll up to Brad, because each one of those
 5     functions rolled up to him as leader.  So certainly,
 6     he would witness them and we would talk about them
 7     to try to actually make for a smoothly operating
 8     organization.
 9     BY MS. GUERRIER:
10         Q.   Was the company dissatisfied with your
11     work as SVP of Xpring?
12         A.   I don't think --
13              MS. ZORNBERG:  Object to form.
14              You can answer.
15              THE WITNESS:  Sorry.
16              I don't think so.
17              MS. GUERRIER:  Let me hand you this
18     document marked -- premarked EB-48.
19              (Whereupon, Deposition Exhibit EB-48
20               was marked for identification.)
21              THE WITNESS:  Okay.
22     BY MS. GUERRIER:
23         Q.   All right.  So this is an exhibit, an
24     email from                        dated April 9th,
25     2020, to you, copying               and
```

1          And the subject is "Xpring is a

2    disaster...community abandonment."

3          Have you seen this email before?

4    A.    I've been on this -- like, I'm on the

5    thread, so yes.

6    Q.    Okay.  So can you just generally explain

7    what this email thread is about?

8    A.    So it's worth noting it appears to be an

9    incomplete thread, at least the last email says

10   "thanks for your email," which makes me a little

11   cautious to jump into the middle of the thread.

12   Q.    What email thread are you referring to?

13   A.    So the last email, the oldest email in

14   this from Brad Garlinghouse, Saturday,

15   April 4th --

16   Q.    Right.

17   A.    -- says "thanks for your email."

18   Q.    Okay.

19   A.    So --

20   Q.    Were you on this string of emails?

21         MS. ZORNBERG:  Yeah, objection.  I think

22   the witness is expressing a concern that it's an

23   incomplete thread.

24         THE WITNESS:  I was on this -- this email

25   where       wrote to me:

242

```
 1                    "He didn't say much.  Brought

 2               up his identity solution and how we

 3               weren't interested in that."

 4               And I was on the next one since I wrote --

 5     I wrote:

 6                    "What was his feedback on

 7               PayID?"

 8               MS. ZORNBERG:  For example.  Can you make

 9     any representation, Ms. Guerrier, about whether you

10     have the original thread to which Brad Garlinghouse

11     responded on April 4, 2020, which was the Xpring is

12     a disaster email?

13               MS. GUERRIER:  I cannot.  I can only

14     provide the emails that were produced.  This is what

15     we have.

16     BY MS. GUERRIER:

17          Q.   So I'm going to focus on your answer --

18          A.   Okay.

19          Q.   -- to this email.

20               So were you aware of discussions of Xpring

21     being a disaster around April of 2020?

22               MS. ZORNBERG:  Okay.  Object to form.  And

23     object to him being asked about Xpring is a disaster

24     without providing the actual original email to which

25     this chain responds.
```

243

1          THE WITNESS:  I was aware of an email

2    from, I believe, a Mr. █████████████ with that

3    subject.

4    BY MS. GUERRIER:

5          Q.   Okay.  Do you know who Mr. ███████████

6    is?

7          A.   Yes.

8          Q.   Okay.  And do you know why he was speaking

9    of Xpring as being a disaster?

10         MS. ZORNBERG:  So standing objection that

11   Mr. █████████ email, the one that's being discussed

12   now, is not -- has not been provided to the witness.

13         If you have a recollection that allows to

14   you answer, please answer, Mr. Beard.  If you can't

15   answer without that underlying email, then you

16   should indicate that.

17         THE WITNESS:  I would say generally, it

18   looks as though Mr. █████████ did not agree with some

19   of what we were doing on Xpring.

20   BY MS. GUERRIER:

21         Q.   So, for example, being -- funding a small

22   amount of start-ups, is that an accurate

23   representation of what some of his objections were?

24         MS. ZORNBERG:  Objection.

25         THE WITNESS:  According -- I hesitate to

```
 1   say that.  According to            email about a
 2   conversation he had with Mr.            that appears
 3   to be a topic.  But that is not -- Mr.
 4   words aren't here.
 5   BY MS. GUERRIER:
 6        Q.   Okay.  Well -- and if you look at the
 7   first page, you responded on April 9, 2020, you
 8   asked:
 9             "What was his feedback on
10             PayID?"
11        A.   Yeah.
12        Q.   What were you referring to here?
13        A.   So PayID -- oops, sorry.  Is that all
14   right?  Okay.
15             PayID was an open source standard for,
16   I'll say, a name space and addressing for making
17   payments that works across any payment network, any
18   ledger, whether blockchain or not blockchain.  It
19   was an effort that we had invested and worked with
20   the community on creating this open standard and
21   launching it out to a variety of different start-ups
22   to help them solve a real pain point, which was both
23   a pain point around addressing and sending payments.
24   Also around things like KYC, know your customer, and
25   other regulatory issues.
```

245

```
1              PayID was built to help developers, free,
2    anywhere, open source, to actually use that
3    technology to address those problems.  It was
4    something that, at this time, we were very much
5    focused on trying to gain adoption on.  And so I was
6    interested to hear from the team that spoke to
7    Mr. Holland about his opinion on PayID.
8         Q.   Did you and Mr. Garlinghouse speak about
9    this email?
10        A.   I don't recall.
11             MS. ZORNBERG:  Hold on.  Objection to
12   form.  Which email?
13   BY MS. GUERRIER:
14        Q.   Did you and Mr. Garlinghouse speak about
15   the subject of the email, Xpring being a disaster?
16             MS. ZORNBERG:  Object to form.
17             THE WITNESS:  I don't recall.
18   BY MS. GUERRIER:
19        Q.   Okay.  When did you leave Xpring?
20             MS. ZORNBERG:  Objection.  Asked and
21   answered.
22             THE WITNESS:  October 2020.
23             MS. GUERRIER:  Okay.  Let me hand you an
24   unmarked exhibit, 10.
25   / /
```

```
1              MS. ZORNBERG:  Can I have a copy?

2              MR. MOYE:  Oh, sorry.  Apologies.

3              MS. ZORNBERG:  Thank you so much.

4              Forgive me, did you say this is 10?

5              MS. GUERRIER:  Yes.

6              MS. DEARBORN:  I think we already have an

7    Exhibit 10 marked.

8              MR. MOYE:  I think that's right.

9              MS. GUERRIER:  Sorry.

10             MR. MOYE:  Do 11.

11             MS. DEARBORN:  We already have an 11

12   marked as well.

13             MS. GUERRIER:  We definitely don't have

14   12, so let mark it as 12.

15             (Whereupon, Deposition Exhibit EB-12

16             was marked for identification.)

17             THE WITNESS:  Okay.

18   BY MS. GUERRIER:

19        Q.   Earlier you testified that you left to

20   form your own company.  Is that an accurate

21   representation of what you stated earlier?

22        A.   Yes.

23        Q.   Okay.  So why did you leave to form your

24   own company?

25        A.   'Cause it was something that I wanted to
```

1    do.

2        Q.   Okay.  And did you want to remain in

3    relationship with Ripple?

4        A.   I'm not sure I had an opinion one way or

5    the other.

6        Q.   Okay.  So did you ask or request that

7    Ripple help fund your new venture?

8        A.   So we discussed opportunities, and I

9    believe this morning we discussed specifics on what

10    that deal looked like.

11        Q.   Okay.  So did you retain a relationship

12    with Ripple after you left the company?

13        MS. ZORNBERG:  Object to form.

14        THE WITNESS:  Do you mean a formal

15    relationship?

16    BY MS. GUERRIER:

17        Q.   Well, why don't you tell me what type of

18    relationship you retained with Ripple after you

19    left?

20        A.   So when I left Ripple, I had no

21    relationship with Ripple.

22        Q.   Okay.  So in your email here, if you look

23    down to the next to last paragraph, you are

24    requesting funding from Ripple.

25        What was the purpose of this request?

```
1              MS. ZORNBERG:  Object to form.

2              You can answer.

3              THE WITNESS:  Yeah.  I'm not sure a

4    request is a fair characterization.

5    BY MS. GUERRIER:

6         Q.   Okay.

7         A.   I think I would state this more as

8    pitching ideas for opportunities to build something

9    that Ripple might be interested in.

10        Q.   So a fund -- part of the idea that you

11   pitched to Ripple was funding for -- from    to

12   ██████████       Is that an accurate representation of

13   your statement here?

14        A.   I think it's an accurate representation of

15   this email.

16        Q.   Well, is it -- is this what you were

17   requesting of Ripple?

18        A.   Again, I don't think I was requesting

19   anything of Ripple.  I think I was putting out ideas

20   for how we might be able to build something

21   together.

22        Q.   Okay.  So ultimately, did you receive any

23   funding from Ripple in the amounts that you describe

24   in your email?

25        A.   Are you asking if I received somewhere
```

```
 1    between ▮ and ▮▮▮▮▮?
 2         Q.   Yes.
 3         A.   I think we talked about this morning.  We
 4    received ▮▮▮▮ from Ripple.
 5         Q.   Okay.  And when did you receive
 6    the ▮▮▮▮?
 7         A.   I believe we talked about that as well.  I
 8    think it was Q4 of last year or Q1 of this year.
 9         Q.   Did you sign an agreement with Ripple
10    about receiving funds?
11         A.   Yes.
12              MS. ZORNBERG:  Okay.  Objection.  Asked
13    and answered.
14    BY MS. GUERRIER:
15         Q.   Are you expecting to receive any funds
16    from Ripple?
17              MS. ZORNBERG:  Objection.  Asked and
18    answered, but you can answer.
19              THE WITNESS:  Yeah.  I believe we spoke
20    about that.  No.
21    BY MS. GUERRIER:
22         Q.   Okay.  So is there a breach of contract
23    between yourself and Ripple?
24              MS. ZORNBERG:  Objection.
25              THE WITNESS:  No.
```

250

1    BY MS. GUERRIER:

2        Q.   Okay.  Has the agreement between and you

3    Ripple terminated?

4        A.   As of this date, no.

5        Q.   Okay.  Was there an amount in total that

6    was to be provided to you, not just the ████████ but

7    was there an agreement on the total amount?

8             MS. ZORNBERG:  Objection to form.

9             THE WITNESS:  There was --

10            MS. ZORNBERG:  Mischaracterizes prior

11   testimony.

12            Go ahead.

13            THE WITNESS:  So I don't remember the

14   exact dates of executing the agreement, but there

15   was an agreement with a number of milestones of

16   which we only reached and we'll only reach one of

17   those.  And so we'll only receive ██████ from

18   Ripple prior to that deal terminating because we

19   will not reach any more milestones.

20            MS. GUERRIER:  Okay.  Give me a few

21   minutes to just look over my notes.

22            MS. ZORNBERG:  Ms. Guerrier, would you

23   like a break?

24            MS. GUERRIER:  No.  I don't.

25            THE VIDEOGRAPHER:  Off the record?

1          MS. ZORNBERG:  No.

2     BY MS. GUERRIER:

3          Q.   Did you provide the SEC with a copy of the

4     agreement between and you Ripple post your leaving

5     Ripple?

6          A.   I didn't provide anything directly to the

7     SEC.

8          MS. GUERRIER:  Well, we'd like to request

9     a copy of the agreement between Ripple and Mr. Beard

10    concerning his new venture.

11         MS. ZORNBERG:  We'll take it under

12    advisement.

13         MS. GUERRIER:  I think I'm done.

14         THE WITNESS:  And, sorry, just to clarify,

15    that agreement that we're discussing is not between

16    Ripple and Mr. Beard.

17         MS. ZORNBERG:  Yes.

18         THE WITNESS:  That is between Ripple and a

19    corporation.

20    BY MS. GUERRIER:

21         Q.   What is -- the corporation that you

22    referenced this morning?

23         A.   Yes.

24         MS. GUERRIER:  Okay.  Then we'd like to

25    request that agreement and any other agreements

252

```
 1   between the corporation, you, if it exists, and
 2   Ripple after you left Ripple in 2020.
 3            MS. ZORNBERG:  We'll take it under
 4   advisement.
 5            THE REPORTER:  Are we off the record?
 6            MS. GUERRIER:  Yes.
 7            MS. ZORNBERG:  Just before we go off the
 8   record.  I'll put on the record, there are no
 9   questions from Ripple Labs.
10            MS. DEARBORN:  And no questions for
11   Mr. Larsen.
12            THE VIDEOGRAPHER:  Okay.  This concludes
13   today's deposition on August 24th, 2021.  We are
14   off the record at 3:55 p.m.  Master media will be
15   retained by Gradillas Court Reporting.
16              (Whereupon, a recess was taken.)
17            THE VIDEOGRAPHER:  This is the start of
18   file 6.  We're back on the record at 4:04 p.m.
19            MS. ZORNBERG:  Okay.  Thank you for coming
20   back on the record.  I want -- Mr. Beard would like
21   to provide a clarification relating to his testimony
22   about his current company and the entity that had
23   the marketing agreement with Ripple.
24            Mr. Beard, please go ahead.
25            THE WITNESS:  Thank you.
```

```
 1                   So the agreement that was signed with
 2       Ripple Labs in December of 2020 was signed with our
 3       company then, which was called ██████████████████
 4       ██████   We subsequently, just recently, have converted
 5       that into a C corp called ████████████   which is
 6       what I referred to this morning.
 7       BY MS. GUERRIER:
 8            Q.   Okay.  So when was the sequel conversion?
 9            A.   Sorry, I want to get that --
10       August 15th-ish.  Sorry, I don't remember the
11       exact date off the top of my head.
12            Q.   2021?
13            A.   2021.  About ten days ago.
14                 MS. GUERRIER:  Okay.  Thank you.
15                 THE WITNESS:  Thank you.
16                 MS. ZORNBERG:  Okay.
17                 THE VIDEOGRAPHER:  This concludes today's
18       deposition on August 24th, 2021.  We are off the
19       record at 4:05 p.m.
20                 (Deposition concluded at 4:05 p.m.)
21
22
23
24
25
```

254

```
 1                    CERTIFICATE OF WITNESS

 2

 3

 4         I, ETHAN BEARD, do hereby declare under

 5         penalty of perjury that I have read the entire

 6         foregoing transcript of my deposition testimony,

 7         or the same has been read to me, and certify that

 8         it is a true, correct and complete transcript of

 9         my testimony given on August 24, 2021, save and

10         except for changes and/or corrections, if any, as

11         indicated by me on the attached Errata Sheet, with

12         the understanding that I offer these changes and/or

13         corrections as if still under oath.

14             _____ I have made corrections to my deposition.

15             _____ I have NOT made any changes to my deposition.

16

17    Signed: _____
                ETHAN BEARD
18

19    Dated this _____ day of _____ of 20____.

20

21

22

23

24

25
```

255

```
1                    CERTIFICATE OF REPORTER

2              I, Kathleen A. Wilkins, Certified

3    Shorthand Reporter licensed in the State of

4    California, License No. 10068, hereby certify that

5    deponent was by me first duly sworn, and the

6    foregoing testimony was reported by me and was

7    thereafter transcribed with computer-aided

8    transcription; that the foregoing is a full,

9    complete, and true record of proceedings.

10             I further certify that I am not of counsel

11   or attorney for either or any of the parties in the

12   foregoing proceeding and caption named or in any way

13   interested in the outcome of the cause in said

14   caption.

15             The dismantling, unsealing, or unbinding

16   of the original transcript will render the

17   reporter's certificates null and void.

18             In witness whereof, I have hereunto set my

19   hand this day:

20   ___x___ Reading and Signing was requested.

21   _____ Reading and Signing was waived.

22   _____ Reading and Signing was not requested.

23        _____

24        KATHLEEN A. WILKINS

25        CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC
```

256

```
 1                        ERRATA SHEET

 2      Deposition of:  ETHAN BEARD
        Date taken:  AUGUST 24, 2021
 3      Case:  SEC v. RIPPLE LABS, INC., et al.

 4      PAGE  LINE
                       CHANGE: _____
 5      _____ _____    REASON: _____

 6      _____ _____    CHANGE: _____
                       REASON: _____
 7
                       CHANGE: _____
 8      _____ _____    REASON: _____

 9      _____ _____    CHANGE: _____
                       REASON: _____
10
                       CHANGE: _____
11      _____ _____    REASON: _____

12      _____ _____    CHANGE: _____
                       REASON: _____
13
                       CHANGE: _____
14      _____ _____    REASON: _____

15      _____ _____    CHANGE: _____
                       REASON: _____
16
                       CHANGE: _____
17      _____ _____    REASON: _____

18      _____ _____    CHANGE: _____
                       REASON: _____
19
                       CHANGE: _____
20      _____ _____    REASON: _____

21      _____ _____    CHANGE: _____
                       REASON: _____
22
                       CHANGE: _____
23      _____ _____    REASON: _____

24
        Signed_____
25      Dated_____
```

**Transcript Word Index**





















