# PX 25

1

1              IN THE UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4     SECURITIES AND EXCHANGE         )
      COMMISSION,                     )
5                                     )
                     Plaintiff,       )
6                                     ) Case No.
                v.                    ) 20-Civ-10832(AT)(SN)
7                                     )
      RIPPLE LABS, INC., BRADLEY      )
8     GARLINGHOUSE, and CHRISTIAN     )
      LARSEN,                         )
9                                     )
                     Defendants.      )
10    _____)

11

12

13              **SUBJECT TO PROTECTIVE ORDER**

14

15              REMOTE VIDEO DEPOSITION OF

16                   BREANNE MADIGAN

17                Tuesday, May 18, 2021

18

19

20

21

22

23
      Reported by:
24    BRIDGET LOMBARDOZZI,
      CSR, RMR, CRR, CLR
25    Job No. 210518LO

2

1                    IN THE UNITED STATES DISTRICT COURT

2                      SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                        Plaintiff,    )
6                                     ) Case No.
                  v.                  ) 20-Civ-10832(AT)(SN)
7                                     )
     RIPPLE LABS, INC., BRADLEY       )
8    GARLINGHOUSE, and CHRISTIAN      )
     LARSEN,                          )
9                                     )
                        Defendants.   )
10   _____)

11

12

13

14

15          Remote Videotaped Deposition of BREANNE MADIGAN

16    taken remotely on behalf of Plaintiff, commencing at

17    10:17 a.m. and ending at 6:52 p.m., EST, on Tuesday,

18    May 18, 2021, before Bridget Lombardozzi, CCR, RMR,

19    CRR, CLR, and Notary Public of the States of New York

20    and New Jersey, pursuant to notice.

21

22

23

24

25

```
 1    A P P E A R A N C E S (Via Remote where indicated):

 2

 3    For the Plaintiff:

 4

 5         UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 6         NEW YORK REGIONAL OFFICE

 7         BY:  JORGE G. TENREIRO, ESQUIRE

 8              DUGAN BLISS, ESQUIRE (Remote)

 9              ROBERT MOYE, ESQUIRE (Remote)

10              BENJAMIN HANAUER, ESQUIRE (Remote)

11              DAPHNA A. WAXMAN, ESQUIRE (Remote)

12              JON A. DANIELS, ESQUIRE (Remote)

13              LADAN F. STEWART, ESQUIRE

14         New York Regional Office

15         200 Vesey Street

16         Suite 400

17         New York, New York  10281-1022

18         Telephone:  212.336.1060

19         Email:   tenreiroj@sec.gov

20                  blissd@sec.gov

21                  moyer@sec.gov

22                  hanauerb@sec.gov

23                  danielsj@sec.gov

24                  stewartl@sec.gov

25
```

4

```
 1      A P P E A R A N C E S (Continued):

 2

 3      For Defendant Ripple Labs Inc.:

 4

 5              DEBEVOISE & PLIMPTON LLP

 6              BY:  LISA ZORNBERG, ESQUIRE

 7                   EROL GULAY, ESQUIRE

 8              919 Third Avenue

 9              New York, New York  10022

10              Telephone:  212.909.6000

11              E-Mail:  Lzornberg@debevoisecom

12                       EGulay@debevoise.com

13

14                       -and-

15

16              KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

17              BY:  BETHAN JONES, ESQUIRE (Remote)

18                   REID M. FIGEL, ESQUIRE (Remote)

19              Sumner Square

20              1615 M Street, N.W.

21              Suite 400

22              Washington, D.C.  20036

23              Telephone:  202.326.7999

24              E-mail:  bjones@kellogghansen.com

25                       rfigel@kellogghansen.com
```

5

1    A P P E A R A N C E S (Continued)

2

3    For Defendant Bradley Garlinghouse:

4

5            CLEARY GOTTLIEB STEEN & HAMILTON

6            BY:  NOWELL D. BAMBERGER, ESQUIRE (Remote)

7                 NICOLE TATZ, ESQUIRE (Remote)

8            2112 Pennsylvania Avenue, NW

9            Washington, D.C.  20037

10           Telephone:  202.974.1500

11           E-mail:  nbamberger@cgsh.com

12                    ntatz@cgsh.com

13

14

15   For Defendant Christian A. Larsen:

16

17           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

18           By:  ROBIN LINSENMAYER, ESQUIRE (Remote)

19                GRACE TIEDEMANN, ESQUIRE (Remote)

20           2001 K Street, NW

21           Washington, D.C.  20006-1047

22           Telephone:  628.432.5117

23           E-mail:  rlinsenmayer@paulweiss.com

24                    gtiedemann@paulweiss.com

25

6

```
 1    A P P E A R A N C E S (Continued):

 2

 3    For the Witness:

 4

 5            MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC

 6            BY:   ROBERT J. ANELLO, ESQUIRE

 7                  ALEXANDER LEVINE, ESQUIRE

 8                  BRONWYN ROANTREE, ESQUIRE

 9            565 Fifth Avenue

10            New York, New York  10017

11            Telephone:  212.856.9600

12            E:mail:  ranello@maglaw.com

13                     alevine@maglaw.com

14                     broantree@maglaw.com

15

16    ALSO PRESENT:

17

18            ANA GUARDADO, Ripple

19            TARA RAAM, Debevoise & Plimpton

20            DANNY ORTEGA, Videographer

21

22

23

24

25
```

7

```
 1                          INDEX

 2    WITNESS                          EXAMINATION

 3    BREANNE MADIGAN

 4       BY MR. TENREIRO                 18,  402

 5       BY MS. ZORNBERG                    394

 6

 7

 8                        EXHIBITS
      SEC-BM
 9    NUMBER              DESCRIPTION            PAGE

10

11    Exhibit 1   String of e-mails dated        58

12                July 10, 2019

13                RPLI_SEC 0312351-52

14

15    Exhibit 2   String of e-mails dated       222

16                July 2019

17                RPLI_SEC 0181347-49

18

19    Exhibit 3   String of e-mails dated       228

20                5/26-27/20

21                RPLI_SEC 0478900-01

22

23    Exhibit 7   String of e-mails dated       117

24                May 31, 2019

25                RPLI_SEC 0435043-44
```

8

```
 1                        EXHIBITS
      SEC-BM
 2    NUMBER         DESCRIPTION              PAGE

 3    Exhibit 8    String of e-mails dated      136

 4                 6/25/19 with forwards

 5                 RPLI_SEC 0182614-16

 6

 7    Exhibit 10   9/3/19 E-mail from Madigan    160

 8                 to Madigan with action items

 9                 RPLI_SEC 0295506-07

10

11    Exhibit 11   String of e-mails dated       184

12                 September 4, 2019

13                 RPLI_SEC 0463443-44

14

15    Exhibit 15   7/15/19 E-mail from Madigan   196

16                 to Dunika

17                 RPLI_SEC 0200768

18

19    Exhibit 21   Weekly Presentation - XRP     332

20                 Markets Deck

21                 RPLI_SEC 0301757-89

22

23    Exhibit 24   String of e-mails dated       233

24                 October 25, 2019

25                 RPLI_SEC 0478676-80
```

1                          EXHIBITS
     SEC-BM
2    NUMBER              DESCRIPTION              PAGE

3    Exhibit 25   1/7/20 E-mail from Madigan      307

4                 to Will - Draft Win Report

5                 RPLI_SEC 0478596

6

7    Exhibit 28   String of e-mails dated         346

8                 January 10, 2020

9                 RPLI_SEC 0503252-56

10

11   Exhibit 29   1/13/20 E-mail from Madigan     350

12                to Dinuka with action items

13                RPLI_SEC 0504441-42

14

15   Exhibit 31   6/23/20 E-mail from Madigan     354

16                to █████

17                RPLI_SEC 0302044

18

19   Exhibit 33   List of Slack messages          369

20                dated 6/24/20

21                RPLI_SEC 0504550-53

22

23   Exhibit 34   Slide Deck - XRP-O              354

24                Supply Concerns

25                RPLI_SEC 0302045-57

10

|  | EXHIBITS | |
| SEC-BM NUMBER | DESCRIPTION | PAGE |
| Exhibit 35 | XRP Purchases + XRPO Preliminary Observations + Recommendations RPLI_SEC 0504020-21 | 383 |
| Exhibit 36 | Master Purchase Agreement dated 7-3-20, GSR - Ripple RPLI_SEC 0301887-94 | 374 |
| Exhibit 37 | String of e-mails dated July 13-14, 2020 RPLI_SEC 0301861-62 | 377 |
| Exhibit 41 | String of e-mails dated August 4, 2020 RPLI_SEC 0503633 | 379 |
| Exhibit 50 | String of e-mails dated 12/23/19 and 1/29/20 RPLI_SEC 0503813-14 | 102 |

11

```
 1                        EXHIBITS
       SEC-BM
 2     NUMBER              DESCRIPTION              PAGE

 3     Exhibit 56   Q2 2019 XRP Markets            201

 4                  Report | Ripple

 5                  NO BATES, 10 pages

 6

 7     Exhibit 62   String of e-mails dated        105

 8                  May 2019

 9                  RPLI_SEC 0223624-26

10

11     Exhibit 63   String of e-mails dated        124

12                  5/30/19

13                  RPLI_SEC 0435051-53

14

15     Exhibit 65   String of e-mails dated        163

16                  September 10-11, 2019

17                  RPLI_SEC 0463382-86

18

19     Exhibit 66   String of e-mails dated        319

20                  July 2019

21                  RPLI_SEC 0223540-45

22

23     Exhibit 67   String of e-mails dated        250

24                  July 17, 2019

25                  RPLI_SEC 0200554-56
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

12

```
 1                        EXHIBITS
      SEC-BM
 2    NUMBER            DESCRIPTION           PAGE

 3    Exhibit 68   Twitter threads dated      254

 4                 7/17/19

 5                 NO BATES, 5 pages

 6

 7    Exhibit 69   Twitter threads dated      248

 8                 October 25, 2019

 9                 NO BATES, 2 pages

10

11    Exhibit 70   String of e-mails dated    258

12                 August 15-16, 2019

13                 RPLI_SEC 0261522-23

14

15    Exhibit 71   String of e-mails dated    267

16                 August 21-22, 2019

17                 RPLI_SEC 0181671-72

18

19    Exhibit 72   String of e-mails dated    284

20                 August 24, 2019

21                 RPLI_SEC 0463519-20

22

23    Exhibit 73   Bloomberg News Article on  287

24                 Crypto 8-23-19

25                 BM73, 3 pages
```

13

```
 1                          EXHIBITS

 2     SEC-BM
       NUMBER              DESCRIPTION              PAGE
 3

 4     Exhibit 74   String of e-mails dated         81

 5                  June 26-27, 2019

 6                  BM74; GSR00007158-59

 7

 8     Exhibit 75   String of e-mails dated        292

 9                  September 6-7, 2019

10                  RPLI_SEC 0463291-92

11

12     Exhibit 79   7/8/19 E-mail from Madigan     142

13                  to Dinuka - Board Slides

14                  RPLI_SEC 0464643-44

15

16     Exhibit 82   4/19/20 E-mail from Madigan    299

17                  to Dinuka, Q1 2020 XRP

18                  Markets Report - Draft

19                  RPLI_SEC 0367128

20

21     Exhibit 83   6/3/20 E-mail from Madigan     297

22                  to Long, et als

23                  RPLI_SEC 0479392

24

25
```

14

1                      EXHIBITS

2    SEC-BM
     NUMBER               DESCRIPTION              PAGE
3

4    Exhibit 84   String of e-mails dated          388

5                 July 14-15, 2020

6                 RPLI_SEC 0423325-27

7

8

9

10                     EXHIBITS
     DEFENSE BM
11   EXH NUMBER            DESCRIPTION              PAGE

12   Exhibit 1    News Article dated                398

13                10-1-18 Ripple's cryptocurrency

14                NO BATES, 9 pages

15

16

17

18

19

20

21

22

23

24

25

15

```
 1                    DEPOSITION SUPPORT INDEX

 2

 3     DIRECTION TO WITNESS NOT TO ANSWER

 4        Page    Line

 5         - -none- -

 6

 7

 8     STIPULATIONS

 9        Page    Line

10        34      5

11

12

13     QUESTIONS MARKED

14        Page    Line

15         - -none- -

16

17

18     REQUEST FOR DOCUMENTS

19        Page    Line

20         - -none- -

21

22

23

24

25
```

16

```
1                    -   -   -

2                10:17 a.m.

3              May 18, 2021

4                    -   -   -

5              THE VIDEOGRAPHER:  We are now on

6         the record.  My name is Danny Ortega and

7         I'm the legal videographer for Gradillas

8         Reporting.  Today's date is May 18th,

9         2021, and the time is 10:17 a.m.  The

10        video deposition is being held at 919

11        Third Avenue, New York, New York, in the

12        matter of the SEC versus Ripple.

13             The deponent today is Breanne

14        Madigan.  All counsel will be noted on

15        the stenographic record.  The court

16        reporter today is Bridget Lombardozzi and

17        will now swear in the witness.

18             THE COURT REPORTER:  Good

19        morning.  My name is Bridget Lombardozzi.

20        I am a Certified Court Reporter, License

21        No. 1201, and a Notary Public in the

22        states of New Jersey and New York.  I

23        also hold a nationally recognized

24        certification of Registered Merit

25        Reporter and Certified Realtime Reporter
```

1       in the United States with NCRA.  I am the

2       deposition officer for today's

3       deposition.

4              Before we proceed, I will ask

5       counsel to stipulate on the record that

6       we are proceeding according to Rule 30 of

7       the Rules of Civil Procedure and that

8       this deposition officer may swear in the

9       deponent even though I am not in the

10      physical presence of the deponent, and

11      that there is no objection to that at

12      this time, nor will there be an objection

13      to it at a future date.

14              Let's start with the noticing

15      attorney.

16              MR. TENREIRO:  Good morning.

17      This is Jorge Tenreiro on behalf of the

18      Securities and Exchange Commission and we

19      have no objection.

20              MS. ZORNBERG:  Lisa Zornberg on

21      behalf of Ripple.  No objection.

22              MR. ANELLO:  Robert J. Anello on

23      behalf of the witness.  No objection.

24              MS. TATZ:  Nicole Tatz on behalf

25      of Bradley Garlinghouse.  We have no

1          objection.

2                    MS. LINSENMAYER:  Robin

3          Linsenmayer on behalf of Christian Larsen.

4          No objection.

5                    B R E A N N E   M A D I G A N,

6          having been duly sworn, was examined and

7          testified as follows:

8                    THE COURT REPORTER:  Thank you.

9                    You may proceed.

10                        EXAMINATION

11    BY MR. TENREIRO:

12         Q.   Good morning.  Please state your name

13    for the record.

14         A.   Breanne Madigan.

15         Q.   Ms. Madigan, are you represented by

16    counsel today?

17         A.   I am.

18         Q.   And who is your counsel?

19         A.   Morvillo Abramowitz.

20                    MR. TENREIRO:  Does counsel

21          represent anybody else in connection with

22          this case?

23                    MR. ANELLO:  No.

24    BY MR. TENREIRO:

25         Q.   Ms. Madigan, as you've heard, I'm

1    Jorge Tenreiro.  I'll be asking questions on

2    behalf of the plaintiff, Securities and Exchange

3    Commission.  My colleagues, Rob Moye and Daphna

4    Waxman, are here and other SEC staff on the

5    phone.

6              Ms. Madigan, have you ever given

7    testimony on the record before?

8         A.   No.

9         Q.   Okay.  So just so that we can be on

10   the same page, you've heard us talk about how

11   the court reporter isn't here.  This is on the

12   record.  The most important thing is that we try

13   not to speak over each other.  I'll try to wait

14   for your answers to finish.  If you can let me

15   wait for -- let me finish my questions, that

16   would be helpful.

17             Please give only verbal answers rather

18   than shaking or nodding your head.  And never

19   tell me the substance of anything a lawyer told

20   you in answering my questions, please.

21             Is there any reason why you cannot

22   testify truthfully or accurately today?

23        A.   No.

24        Q.   Ms. Madigan, are you employed?

25        A.   Yes.

1      Q.   Where are you employed?

2      A.   With Ripple.

3      Q.   And since when have you been employed

4  by Ripple?

5      A.   May of 2019.

6      Q.   What is your title at Ripple?

7      A.   The global head of institutional

8  markets.

9      Q.   Has that always been your title?

10     A.   Yes.

11     Q.   Okay.  What is your salary?

12     A.   My base salary is ███████.

13     Q.   Do you get a bonus?

14     A.   Yes.

15     Q.   What is the bonus based on?

16     A.   Meeting my OKRs.

17     Q.   OKRs?  Can you explain --

18              THE COURT REPORTER:  I'm sorry.

19       Repeat.

20              THE WITNESS:  Sure.

21     A.   Meeting my OKRs.  That stands for

22  objective and key results.

23              THE COURT REPORTER:  And please

24       keep your voice up.  It's a little hard to

25       hear you.

1              THE WITNESS:  Sorry.

2         Q.   Ms. Madigan, who sets your OK -- OKRs?

3         A.   A combination of people, including

4    Brad and my direct manager.

5         Q.   When you say "Brad," do you mean Brad

6    Garlinghouse?

7         A.   Yes.

8         Q.   And who is your direct manager?

9         A.   Monica Long.

10        Q.   Okay.  What -- what are your OKRs?

11   What are their measures?

12        A.   Things like building liquidity, en --

13   ensuring ODL runs smoothly, enhancing our data

14   and analytics platform.

15        Q.   Anything else?

16        A.   No, that's the bulk of them right now.

17        Q.   When you say "ensuring ODL runs

18   smoothly," can you please explain for the record

19   what you mean by "ODL"?

20        A.   Sure.  ODL stands for On-Demand

21   Liquidity and that is the flagship software

22   platform run by Ripple for cross-border

23   payments.

24        Q.   And when you said "building liquidity"

25   --

1           THE COURT REPORTER:  Repeat.  Run

2        by Ripple.  Repeat.

3        A.   ODL is -- stands for On-Demand

4    Liquidity and it is the flagship software

5    platform at Ripple.

6        Q.   When you said "building liquidity,"

7    can you explain?  Building liquidity of what?

8        A.   Yeah.  So integral to the ODL platform

9    is XRP, which is used as a bridge asset for

10   cross-border payments.  In order for ODL

11   payments to function smoothly, there's a

12   requirement for XRP liquidity to be present.

13           So to give it a little bit more in

14   detail, as an example, clients of the ODL

15   platform may sign up and choose to send money,

16   for example, from the U.S. to Mexico.  In that

17   workflow, typically they would have dollars in

18   the originating corridor, which would be the

19   U.S., but ultimately when they want to deliver

20   the payout in the destination corridor, which

21   would be Mexico in that example, they would look

22   for the payout to be in Mexican peso.

23           And so what ODL does is allow the U.S.

24   dollars to move to an originating exchange to be

25   swapped into XRP.  The XRP is then sent across

23

1    border to what we call the destination exchange.

2    In Mexico that's Bitso.  And then in Mexico on

3    Bitso, that XRP is swapped into local currency,

4    Mexican peso in that example.

5           And so liquidity is necessary on that

6    exchange for XRP in order for that payment flow

7    I just described to function successfully.

8           Q.   Thank you.

9                In the context of the bonus that you

10   might receive if you build liquidity, is the

11   measure of liquidity of XRP vis-a-vis the U.S.

12   dollar, vis-a-vis the U.S. -- the Mexican peso

13   or anything else?  What is the -- what is the

14   liquidity measured based on?

15          A.   Can I ask you to please clarify your

16   question?

17          Q.   Sure.

18               I think you said -- I'm

19   paraphrasing -- your bonus might be based, at

20   least in part, on building liquidity.  And I

21   asked you, you know, building liquidity of what

22   and you talked about ODL.  You also mentioned

23   two tranches.

24          A.   Right.

25          Q.   So to the extent that your bonus might

1   be based on building liquidity, can you explain

2   which of the tranches in the ODL platform you're

3   measuring in terms of building liquidity?

4        A.   Sure.  So all components of building

5   liquidity on the ODL platform are relevant for

6   what I'm focused on.

7        Q.   Okay.  And are they relevant --

8             THE COURT REPORTER:  I can't hear

9        you, ma'am.  So all components of building

10       liquidity on...?

11       A.   The ODL platform are part of my

12  responsibility.

13       Q.   And is your bonus based on all

14  components of the ODL platform?

15       A.   Yes, broadly defined, it's building

16  healthy liquidity for XRP.

17       Q.   Have you been paid a bonus since you

18  began working at Ripple?

19       A.   I have.

20       Q.   How many times?

21       A.   ███████████

22       Q.   And how much have you received in

23  bonus?

24       A.   I don't know the exact numbers, but in

25  my first year, between ███████ bonus and

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1      █████████ bonus, it was around ████████ worth of

2    U.S. dollars, predominantly paid in XRP.  And

3    then more recently ███████████████ around this

4    year I think about ████████████████████████

5          Q.    And what did you do with the XRP that

6    you received as a bonus?

7          A.    I sold it.

8          Q.    Where did you sell it?

9          A.    On Coinbase.

10               THE REPORTER:  I can't hear you.

11          On Point B?

12          A.    On Coinbase.  Maybe I'll move this a

13    little higher.

14          Q.    That microphone doesn't -- doesn't

15    speak to her.

16          A.    Oh, sorry.  Okay.  Maybe I'll pull it

17    a little closer.

18               MR. ANELLO:  Yeah, that's

19          probably a good idea.

20               THE WITNESS:  If I'm not messing

21          up anybody else's wires.  Okay.  Maybe

22          this will help.  Sorry.

23               So my answer was on Coinbase,

24          C-O-I-N-B-A-S-E.

25    BY MR. TENREIRO:

26

1          Q.    Did you sell all of the XRP,
2     Ms. Madigan?
3          A.    Yes.
4          Q.    Okay.  All right.  I think you said
5     you reported -- or, well, your manager is
6     Ms. Long?
7          A.    Correct.
8          Q.    Does anyone report to you?
9          A.    Yes.
10         Q.    Who does?
11         A.    ████████████████████████████
12    ████████████████████████████
13               MR. TENREIRO:  Madam Court
14          Reporter, we can send you those spellings
15          after.
16         Q.    What about Mr. Dinuka?  I'm not going
17    to say his last name, but --
18         A.    Samarasinghe.  Yes, he formerly
19    reported to me.
20         Q.    Okay.  When did he stop reporting to
21    you?
22         A.    When he left the company.
23         Q.    Which was when?
24         A.    I don't recall the exact month.
25         Q.    Okay.  Was it in 2020?

1          A.   I -- yes.

2          Q.   How is it that you came to work for

3     Ripple?

4          A.   I was recruited by Ripple, first by

5     Miguel Vias and then ████████████

6          Q.   Where were you working at the time?

7          A.   At ███████████

8          Q.   Who did you interview with when --

9     before you came to Ripple?

10         A.   Ron Will, ████████████████

11     ██████    Miguel Vias, Brad Garlinghouse.  Those

12     are all that I remember.  It might not be a

13     complete list, but I think that's everybody.

14         Q.   That's a lot.

15              What -- what did -- what did these

16     individuals tell you your job at Ripple would

17     be?

18         A.   Focused on building liquidity in XRP.

19         Q.   What did you do for ████████████

20         A.   I was the head of institutional sales

21     and strategy.

22         Q.   How long were you there?

23         A.   A little over a year.

24         Q.   What were you do -- what did you do

25     before ████████████

28

1        A.    I worked at █████████████

2        Q.    For how long?

3        A.    Almost 15 years.

4        Q.    What was your last title at ████████

5    ████?

6        A.    I was the head of the institutional

7    wealth services business.

8        Q.    What were your responsibilities as the

9    head of the institutional wealth services

10   business?

11       A.    I was responsible for building a

12   business dedicated to family offices,

13   high-net-worth family offices, who were

14   interested in predominantly private side

15   transactions.  So early stage investing in

16   Fintech and other related companies.

17       Q.    Did you have any professional

18   experience dealing with digital assets before

19   you worked with █████████████

20       A.    No.  I just became intrigued by it

21   because some of the clients I was covering were

22   really interested in the space.

23       Q.    And "the clients," you mean the

24   ████████clients?

25       A.    Yes.

29

1      Q.   Did you have any experience with

2   Blockchain technology before you worked at

3   ███████████████

4      A.   No, just research and personal

5   interest.

6      Q.   And in terms of helping build

7   liquidity, what experience did you have prior to

8   joining Ripple?

9      A.   So in my time at ██████████   I was

10  in a number of different roles.  Early on I

11  started in the money market sales business,

12  where I spent a couple of years covering asset

13  manager clients, large banks, et cetera.  They

14  were predominantly investing in front-end

15  products.

16            And then I moved over to the repo

17  trading desk to build a hedge fund financing

18  business.  And there we covered clients for repo

19  investing.  And so they would --

20                THE COURT REPORTER:  For what

21       investing?

22                THE WITNESS:  Repo.  R-E-P-O.

23                THE COURT REPORTER:  I didn't

24       hear you, that's why.

25                THE WITNESS:  No problem.

1      A.   And then I also worked in a couple

2   other roles there, partly as the head of -- the

3   COO for global assets business.  So in all those

4   roles, there was components of liquidity

5   involved in the markets.

6      Q.   Can you briefly describe your

7   educational background?

8      A.   Sure.  I grew up in Stamford,

9   Connecticut and attended public school there for

10  elementary, middle and high school, and then I

11  went to St. Lawrence University in Canton, New

12  York, where I majored in economics.

13     Q.   Okay.  I think you -- I think you gave

14  me your title at Ripple.  Can you explain a

15  little more, what -- what exactly are your

16  responsibilities at Ripple --

17     A.   Sure.

18     Q.   -- on a day-to-day basis or --

19     A.   Sure.  So I think about the -- the

20  team's mandate in a few core buckets.  One is

21  market data and analytics.  And that is

22  predominantly better understanding what's going

23  on in the crypto markets using publicly

24  available data sources and then any network we

25  have with other market participants.

1          And then the second is liquidity

2     broadly defined.  And there's sort of two sub

3     buckets.  So liquidity broadly defined in the

4     liquidity partnerships team is really focusing

5     on engaging with market participants, like --

6     like exchanges or lenders or prime brokers

7     around XRP liquidity broadly speaking.

8          And then, specifically, the third

9     bucket is around explicit ODL liquidity, which

10    is something we alluded to earlier around the

11    payment workflow with ODL and ensuring

12    sufficient liquidity in the -- in the corridors

13    where ODL is active.

14        Q.   Is there sufficient liquidity between

15    the Mexican peso and XRP without -- is there

16    sufficient liquidity for the ODL product to

17    function?

18        A.   So today there -- the product has not

19    had any payment failures in Mexico because of

20    the fact that there is sufficient liquidity on

21    Bitso.

22        Q.   And how is the liquidity on Bitso

23    provided?  Who provides the liquidity?

24        A.   So it's a combination --

25             MS. ZORNBERG:  Objection.

1          A.    So --

2                    THE REPORTER:   I'm sorry, what

3      was that?

4                    MS. ZORNBERG:   Zornberg.

5       Objection.

6          A.    Do I continue or no?

7          Q.    Yes, please continue.

8          A.    Okay.  So -- so, yes.  The liquidity

9      is provided in multiple ways.  So on any

10     exchange, individuals who choose to make markets

11     can onboard themselves to an exchange and become

12     an independent marker maker.

13                There are also market makers that

14     Ripple works with, a -- a couple flagship

15     partners in particular, who also provide

16     explicit XRP liquidity related to the ODL

17     product.

18         Q.    On the Bitso exchange, what percentage

19     of the liquidity is provided by the market

20     makers that Ripple works with?

21         A.    I don't know the numbers offhand.

22         Q.    How -- how would you find out?

23         A.    I would probably go to the data team

24     and ask them to look at the trade reports of

25     what -- what trades we send, meaning Ripple,

1    through the ODL platform and then match that up

2    versus a trade report that we would get from the

3    market makers that we employ and look at those

4    against each other and match up what percentage

5    of that flow was managed by the market makers

6    that Ripple works with versus other market

7    participants that Ripple doesn't work with.

8         Q.   Before Ripple worked with the market

9    makers, was -- did you -- in the context of your

10   job and building liquidity for ODL and XRP, did

11   you have an understanding as to what the

12   liquidity was for the Mexican peso XRP, you

13   know, trade?

14        A.   No.  So just to clarify your question,

15   you mentioned before we worked with the market

16   makers with respect to liquidity for ODL.  When

17   I came in, the team was already engaged with the

18   market makers around ODL liquidity provision.

19        Q.   But you didn't find out just in the

20   context of your employment what the liquidity

21   was for the peso XRP trade, you know, even

22   before the team got engaged?

23        A.   I know the team looked at that.  I

24   don't recall what it was --

25        Q.   Okay.

1          A.    -- like before I joined.

2          Q.    Okay.  Let's get back to that later.

3                MS. ZORNBERG:  Just one moment.

4                MR. TENREIRO:  Yes.

5                MS. ZORNBERG:  I meant to put on

6          the record at the beginning, and do it now

7          for -- just for clarity, that counsel for

8          Ripple, Mr. Larsen and Mr. Garlinghouse

9          have agreed that an objection stated by

10         one defense counsel preserves the

11         objection for all three defendants.

12               MR. TENREIRO:  Yes.  Thank you,

13         Lisa.  Thank you.  All right.

14    BY MR. TENREIRO:

15         Q.    Let's -- let's get back to your role,

16    Ms. Madigan.

17               Do you have weekly meetings with your

18    team?

19         A.    Yes.

20         Q.    Who attends --

21               THE REPORTER:  Repeat.  I can't

22         hear you.  Did you what?

23         Q.    Did you have weekly meetings with your

24    team?

25         A.    And the answer was yes.

1      Q.   Who attends the meetings?

2      A.   So there are two different weekly

3  meetings.  One is my core team, who I mentioned

4  earlier, the people who directly report to me.

5  And then for a long time we had a standing

6  weekly Friday meeting which involved Brad,

7  sometimes Chris, and other members of -- of the

8  leadership team.

9      Q.   What was the Friday meeting -- what

10  was the purpose of the Friday meeting?

11      A.   The purpose of the Friday meeting was

12  a general update on what's going on in crypto

13  markets, what's going on in XRP, updates on

14  liquidity with respect to ODL, and any other

15  topical issues in the market.

16      Q.   You said you had those meetings for a

17  period of time.

18      A.   Uh-huh.

19      Q.   Does that mean you don't have them

20  anymore?

21      A.   We don't have them anymore.

22      Q.   What was the period of time, if you

23  can, you know, estimate when -- when that was,

24  when you were having these Friday meetings?

25      A.   Yes.  It was from the day I arrived.

1    They had been prestanding.  And then a couple

2    months ago they were paused.  I don't recall

3    exactly when.

4         Q.   A couple months ago you said?

5         A.   Yes.

6         Q.   And amongst the attendees were

7    Mr. Garlinghouse and Mr. Larsen sometimes?

8         A.   Yes.  So Brad was there pretty much

9    every week.  Chris was there every week in the

10   beginning for about the first year or so and

11   then would attend periodically.  Other members

12   that I can recall, our -- our -- our former CFO,

13   Ron Will, was my boss for a while.  ████

14   ████████  our general counsel.  More recently

15   Monica, when she took over the team.  Sometimes

16   ████████████████  et cetera.

17        Q.   Why did Monica -- you mean Monica

18   Long?

19        A.   Yes.

20        Q.   Why did Monica take over the team?

21        A.   Ron Will left and so the team was

22   reallocated under Monica when she became the GM

23   of the team RippleX.

24        Q.   The what?  I'm sorry.

25        A.   GM, sorry.  General manager.

1      Q.   GM.

2      A.   Uh-huh.

3      Q.   You said amongst the things you might

4  have discussed at the Friday meetings when they

5  occurred were what's going on in the crypto

6  market, XRP.

7           When -- did you discuss the price of

8  XRP at those meetings?

9      A.   Sometimes.  Yeah, amongst other

10  things.

11      Q.   Okay.  Was the price of XRP important

12  to Ripple at those meetings?

13      A.   So it wasn't a focus.  I think we

14  consider price as well as volume, spread, a

15  number of metrics, all important components of

16  liquidity overall in assessing market health.

17  So it was one metric we would track in those

18  meetings.

19      Q.   But my question was:  Was the price of

20  XRP important?  Not whether it was a focus, but

21  was it important?

22           MS. ZORNBERG:  Objection.

23      A.   Important to whom and --

24      Q.   To Ripple.

25      A.   I can't speak on behalf of Ripple in

38

1    that regard.

2        Q.   Was it important to Mr. Garlinghouse?

3        A.   Presumably.

4             MR. BAMBERGER:  Objection.

5             THE REPORTER:  Who said that?

6         Who said the objection?

7             MR. BAMBERGER:  It was Nowell

8         Bamberger for Mr. Garlinghouse.

9             MR. TENREIRO:  What's the

10        basis --

11            THE REPORTER:  Answer.

12            MR. TENREIRO:  What's the basis

13        of your objection, Mr. Bamberger, for the

14        record, please?

15            MR. BAMBERGER:  Yes.  You're

16        asking the witness to speak about

17        something that's not within her personal

18        knowledge.

19   BY MR. TENREIRO:

20        Q.   Did Mr. Garlinghouse ever speak to you

21   about the price of XRP at the weekly meetings on

22   Friday?

23        A.   The price of XRP was one thing that

24   was tracked in addition to a number of other

25   liquidity health metrics.

1      Q.   Why was the price of XRP tracked?

2      A.   As I mentioned, liquidity is -- has a

3   lot of components that are important to assess

4   the health of liquidity.  Price is one, spreads

5   are another, overall volume, volatility, et

6   cetera.

7      Q.   All right.  Let's -- when you

8   interviewed with Mr. Garlinghouse for your

9   employment, what did he tell you your job was

10   going to be at Ripple?

11      A.   He told me that my job was going to be

12   the head of institutional markets.

13      Q.   What did he tell you your goals were

14   going to be?  What did he want to you to do?

15      A.   He wanted to help get the ODL product

16   launched and scaled and ensure that XRP

17   liquidity was functioning healthfully and

18   smoothly.

19      Q.   Why did he want that?

20      A.   When I joined, it was at the start of

21   --

22           MR. BAMBERGER:  Objection.

23      A.   I'm sorry.

24      Q.   Did he tell you why he wanted that?

25           THE COURT REPORTER:  Excuse me.

1          Who said the objection there?

2                    MR. BAMBERGER:  Sorry.  I don't

3          know if you're able to -- I assume you're

4          able to see me.  This is Nowell --

5                    THE COURT REPORTER:  Hold on.

6          Okay.  Okay.

7                    (Whereupon, the record was read

8           back.)

9          Q.   Yeah.  Let me go back.  Sorry.

10         A.   Sorry.  No problem.

11         Q.   We were discussing what

12    Mr. Garlinghouse might have told you during his

13    interview of your for your job.  You said, "He

14    wanted to help get the ODL product launched and

15    scaled and ensure the XRP liquidity was

16    functioning healthfully, fully and smoothly."

17              And did he -- my question is, did he

18    tell you why he wanted that?

19         A.   I don't recall.

20         Q.   Okay.  We've been discussing -- we've

21    used the word "liquidity" a number of times this

22    morning.  So just so that we're on the same

23    page, can you please explain for the record,

24    what does the term "liquidity" mean for you?

25         A.   Yes.  So "liquidity" is a broad term

1    that reflects the overall health of the way a

2    given aspect is trading.  So there are many

3    aspects of liquidity.  One is volumes, breadth

4    of the market, meaning how -- you know, where is

5    it traded?  On a lot of platforms or few -- very

6    few platforms?  What type of spreads is it

7    trading at?  Meaning, you know, the distance

8    between the bid and the ask, is it narrow?  Is

9    it wide?  Volatility.  So how -- how much does

10   the -- does the asset move in a given window of

11   time?

12             There are a lot of different

13   components to understanding liquidity in the

14   markets.

15        Q.    So you mentioned volume, breadth,

16   spreads, volatility.  Any other -- any other

17   that come to mind?

18        A.    Yeah.  So you would look at price as

19   it relates to some of those.  So spread, for

20   example, that I mentioned is the distance

21   between the price for the bid and the price for

22   the ask.  And so the difference between those

23   two prices is an indicator of liquidity health

24   or lack thereof as well.

25        Q.    Generally speaking, does the -- does

42

1    liquidity involve the ease with which you could

2    buy or sell an asset?

3        A.    Yeah.

4        Q.    Does it -- does it involve the effects

5    that selling or buying the asset might have on

6    the price?

7        A.    Yes.

8        Q.    So if an asset is more liquid, some

9    buys or sells might have less effect on the

10   price, is that correct?  Generally speaking.

11       A.    Generally speaking.

12       Q.    Just from your experience?

13       A.    I think that's fair.  Okay.

14       Q.    Is another way to think about

15   liquidity in addition to the things you've

16   mentioned, you know, the existence of ready and

17   willing buyers and ready and willing sellers?

18       A.    I think that's fair.

19       Q.    Okay.  Does -- is liquidity something

20   that you've wanted to achieve with respect to

21   the XRP market?

22       A.    Yes.

23       Q.    Why?

24       A.    Mainly focused on ensuring the smooth

25   operation of the ODL product that we've

43

1    discussed.

2        Q.   And when it was not mainly, for what

3    other reasons?

4        A.   No, it was really that.

5        Q.   That was the only reason --

6        A.   Yeah.

7        Q.   -- the ODL -- the ODL's smooth

8    operation?

9        A.   The ODL platform was a primary focus.

10       Q.   So what was -- if there was a focus

11   that was not the primary focus, can you tell me

12   what that was, please?

13       A.   So liquidity overall is impacted by,

14   as I mentioned, you know, the breadth and the

15   number of platforms it's traded on.  So an

16   example would be if there -- if there was an

17   exchange where XRP is traded, but it's not an

18   explicit ODL exchange, even though it's not

19   necessarily involved in a given ODL transaction,

20   XRP's liquidities on that exchange impacts XRP's

21   liquidity overall.  And so where it's not as

22   explicit, the relationship between the ODL and

23   the given exchange --

24       Q.   So -- so, in other words, I'm just

25   paraphrasing, you might want to have XRP in

1    another exchange that doesn't do ODL because

2    that affects the liquidity --

3                    THE COURT REPORTER:  Excuse me.

4         You're going to have to slow down.  So, in

5         other words?

6         Q.   So, in other words, I'm going to

7    paraphrase, but you might want to have -- is it

8    fair to say that to achieve your -- you know, to

9    carry out your duties, you might want to have

10   XRP listed on an exchange even if it's not an

11   ODL exchange because that might positively

12   impact the liquidity of XRP?

13        A.   That's fair.

14        Q.   And you -- just to be clear, you

15   wanted there to be more liquidity for XRP in the

16   market.  Is that fair?

17        A.   Bet -- better liquidity for XRP in the

18   market would ensure smoother operations for ODL.

19        Q.   So you wanted there to be more

20   liquidity for XRP in the market.  Is that fair?

21        A.   Fair.

22        Q.   Okay.  If the market -- in your

23   experience, if the market for an asset is

24   illiquid, does that potentially affect its price

25   in a negative way?

```
 1              THE COURT REPORTER:  Repeat.
 2         Q.    In your experience, if the -- if the
 3    market for an asset is illiquid, does that
 4    affect the price of the asset in a negative way?
 5         A.    So liquidity can be impacted whether
 6    the price is going up or the price is going
 7    down.  It's not really correlated to the
 8    direction.  A lack of liquidity means, you know,
 9    for example, if on an order book there was a
10    drastic movement up or down and people pulled
11    their bids and offers and there isn't deep
12    liquidity on the order book -- meaning
13    significant buyers, significant sellers -- that
14    would be an example of where liquidity can dry
15    up, but it's not tied to one direction of price
16    movement.
17         Q.    All right.  So we've mentioned XRP a
18    number of times and I want to have just a
19    foundation and a clear record.
20              What is XRP?
21         A.    XRP is a digital asset used as a
22    bridge currency in cross-border payments.
23         Q.    How does XRP --
24              THE COURT REPORTER:  Repeat.
25              THE WITNESS:  The question or the
```

1          answer?  I'm sorry.

2                    THE COURT REPORTER:  The answer.

3                    THE WITNESS:  Sure.  XRP is a

4          digital asset used as a bridge currency.

5     BY MR. TENREIRO:

6          Q.   How does XRP fit into Ripple's

7     business model?

8          A.   XRP is used as the bridge currency

9     between the two fiat currencies' legs in the ODL

10    transaction.  The example I described earlier

11    with Mexico is a good example of how something

12    originating perhaps in the U.S., as U.S.

13    dollars, would be swapped into XRP as that

14    bridge currency is then sent cross border and

15    then it is swapped into the local currency, the

16    destination currency, where the payout occurs.

17         Q.   In addition to that description, does

18    Ripple -- when you arrived at Ripple in -- I'm

19    sorry, you arrived at Ripple when?

20         A.   In May of '19.

21         Q.   Okay.  When you arrived in Ripple in

22    May of '19 --

23                    THE COURT REPORTER:  I'm sorry.

24         I only heard in May of '19.

25                    THE WITNESS:  That was when I

 1          arrived at Ripple.

 2                    THE COURT REPORTER:  I only

 3          heard in May of '19.

 4                    MR. TENREIRO:  That's all she

 5          said.

 6                    THE COURT REPORTER:  Do you mean

 7          2019?

 8                    THE WITNESS:  Yes.

 9                    MR. TENREIRO:  That's all she

10          said.

11                    THE COURT REPORTER:  Thank you.

12     BY MR. TENREIRO:

13          Q.   Ms. Madigan, when you arrived in

14     Ripple in May of 2019, did Ripple sell XRP into

15     the market?

16          A.   Yes.

17          Q.   Did Ripple sell XRP in May of 2019 to

18     ODL customers?

19          A.   I don't recall.  I don't think so

20     because it was just getting launched as I was

21     arriving.

22          Q.   And why did Ripple sell XRP into the

23     market in May of 2019?

24          A.   When I arrived, there were something

25     called programmatic sales.

1      Q.   Can you please explain what are

2  programmatic sales?

3      A.   Yes.  So programmatic sales are where

4  Ripple worked with market makers to sell XRP

5  into the market on exchanges and other

6  platforms.

7      Q.   What involvement, if any, did you have

8  with Ripple's programmatic sales?

9      A.   Not very much except that -- because

10  it was already in existence when I joined.  But

11  I do recall a meeting where we were -- me and my

12  team were involved in looking at different

13  volume benchmarks that were available to the

14  industry with respect to overall crypto trading

15  volumes and looking for a reliable -- the most

16  reliable available source of volume data, which

17  at the time was ███████████████      or crypto

18  from █████████████    to ███████████████

19           THE COURT REPORTER:  I -- repeat

20       the last part.

21           THE WITNESS:  Sure.  We were -- I

22       was involved in looking for a -- the most

23       reliable source of industry -- crypto

24       industry volume data, which was -- we were

25       assessing ███████████  and █████████████

1          ▮▮▮▮▮▮

2    BY MR. TENREIRO:

3          Q.   Ms. Madigan, at the time you arrived

4    at Ripple in May of 2019, what were Ripple's

5    revenues from the ODL product?

6          A.   I do not know.

7          Q.   Did you know back then?

8          A.   No.

9          Q.   Okay.  Do you know now?

10         A.   I do not know.

11         Q.   At the time you arrived at Ripple in

12   May of 2019, where did Ripple get the money to

13   fund its operations?

14         A.   I -- I know that XRP sales were a part

15   of that, but I don't have the intri --

16   intricacies of the financial, an accounting of

17   the company.

18         Q.   Well, I don't think we need an

19   accounting, but did you -- you know, in May of

20   2019 or before you started at Ripple, did you

21   discuss with anyone, you know, how does this

22   company pay for the business that it runs?

23         A.   My understanding was that XRP sales

24   were a part of that, but as I said, I don't know

25   the intricacies of what other sources of funding

1    the company had other than I know that they had

2    raised capital on the open markets in some

3    capacity as well.

4        Q.    And to the extent that your

5    understanding was that XRP sales were a part of

6    that, how did you derive that understanding?

7        A.    My boss at the time was Ron Will.  I

8    believe he shared that with me.

9        Q.    Have you -- in -- in the context of

10   programmatic sales that we were discussing a

11   moment ago, who buys XRP from Ripple?

12           And I apologize for my voice being so

13   loud.  I just want to make sure she hears it.

14       A.    No problem.  I understand.

15       Q.    I really apologize.

16       A.    That's okay.

17       Q.    Who buys XRP from Ripple in the

18   context of programmatic sales?

19       A.    So to be clear, because Ripple doesn't

20   have --

21           MS. ZORNBERG:  Just one second.

22       Objection to the use to the use of present

23       tense.

24           THE COURT REPORTER:  "Objection

25       to the use of"?  I can't hear you.

1                    MS. ZORNBERG:   Present tense.

2          Zornberg.

3    BY MR. TENREIRO:

4          Q.   Let me start again.   Thank you.

5               When you arrived at Ripple, when you

6    arrived at Ripple, to the extent you knew about

7    programmatic sales, who was buying XRP from

8    Ripple in programmatic sales?

9          A.   Sure.   So the one point of

10   clarification I wanted to make is that Ripple

11   does not have a trading desk and so Ripple

12   relies on third parties for its programmatic

13   sales; namely, market makers.   And, in

14   particular, my recollection is that GSR and

15   ▇▇▇▇▇▇▇▇▇▇ were both managing those sales of

16   XRP.

17         Q.   GSR and ▇▇▇▇▇▇▇▇ were serving as

18   intermediaries between Ripple and the market, is

19   that correct?

20         A.   I think that's a fair term, although I

21   don't know what -- yeah, what you'd call them,

22   but they managed the sales of the XRP because

23   Ripple couldn't sell directly.

24         Q.   Okay.   And who did GSR and

25   ▇▇▇▇▇▇▇▇sell the XRP to?

1    A.   I believe they sold it on a number of

2  exchanges, but I don't know the names of those

3  or how or which ones.

4    Q.   Okay.  And do you know who they sold

5  them to on these exchanges?

6    A.   Are you -- are you asking who the

7  exchange's clients were?

8    Q.   Yeah.  Who bought the XRP?

9    A.   I do not know.

10    Q.   Okay.  Did you hear of any

11  restrictions that Ripple imposed on GSR or

12  ▮▮▮▮▮▮▮▮ in terms of the identities of the

13  people to whom they might sell XRP on behalf of

14  Ripple to?

15    A.   None that I'm aware of.

16    Q.   Okay.  Have you heard of a term --

17  have you heard of the term "OTC sales"?

18    A.   I've heard of the term.

19    Q.   What does that term mean to you in the

20  context of your employment at Ripple?

21    A.   Not very much because it was done

22  before my time with the exception of one client,

23  ▮▮▮▮

24    Q.   What's ▮ -- what or who is ▮ ?

25    A.   Yeah.  So I -- I don't know them

1    intimately, but I can -- they are a company

2    based in Asia.  I know that they were an

3    investor in Ripple, I believe in the Series B,

4    and they had a long-standing relationship with

5    Ripple -- have a long-standing relationship with

6    Ripple to my knowledge.  And there was an

7    outstanding contract that was executed long

8    before I joined that still was maintained after

9    my join date around OTC sales.

10        Q.   And you had some involvement --

11             THE COURT REPORTER:  "After my

12        join date"?  I can't -- you're dropping

13        your voice at the end.  I can't hear it.

14        A.   That        contract for OTC sales was

15   maintained after I joined.

16        Q.   And what involvement, if any, did you

17   have with        contract?

18        A.   So none in the originating contract,

19   which, as I mentioned, was executed before my

20   time.  I don't know if it was years before or

21   when before, but I did have involvement when --

22   when it was brought to my attention that part of

23   this legacy contract entailed very large

24   quantities of XRP being delivered to        , who

25   was then apparently immediately selling it.

1    Q.   Okay.  Did you have any other

2  involvement with OTC sales other than ████ ?

3    A.   No.

4    Q.   Okay.

5    A.   None that I recall.

6    Q.   All right.  We'll get back to that.

7         So in the context of -- I think you

8  mentioned that Mr. Will told you that, you know,

9  Ripple in part funded its operations, at least

10  in part, by selling XRP, is that correct?

11    A.   Yes.

12    Q.   Do you recall in what context he told

13  you that?

14    A.   No.

15    Q.   In the context of Ripple selling XRP

16  to fund its operations, does a higher price of

17  XRP benefit Ripple?

18              THE COURT REPORTER:  Repeat that,

19     please.  You're talking too fast.

20    Q.   In the context of Ripple selling XRP

21  to fund its operations, does a higher price of

22  XRP benefit Ripple?

23    A.   In the context you described, I

24  suppose a higher price could be helpful if it's

25  funding operations.

1        Q.   Okay.  Was it part of your job at

2    Ripple to try to lower the volatility of the

3    X -- of the price of XRP?

4        A.   There was -- there wasn't an attempt

5    to control the volatility, if that's what you

6    mean, but -- but if you're talking about

7    liquidity --

8        Q.   I'm sorry.

9        A.   Okay.

10       Q.   Did you say there was or there was

11   not?

12       A.   There was not.

13       Q.   There was not.  Okay.  Go on.

14       A.   But we would -- but we would measure,

15   as I mentioned earlier, many attributes of

16   liquidity and volatility as one of those in

17   addition to a number that we've discussed in the

18   past.

19       Q.   Thank you.  And I didn't mean to say

20   "control."  If I did, I apologize.

21            My question was more, you know, was it

22   something you desired, to have less volatility

23   in the price of XRP?

24       A.   Not necessarily, no.

25       Q.   Why not?

1       A.   There -- there were no specific

2  objectives around volatility.  It was something

3  that we would observe as part of our assessment

4  of overall liquidity and health of XRP.

5       Q.   Was it part of your job to try to

6  improve the price of XRP in the market?

7       A.   No.

8       Q.   Why not?

9       A.   That was never an objective.  We were

10  focused on liquidity.

11       Q.   Okay.  How much XRP was in circulation

12  when you began working at Ripple?

13       A.   I don't recall exactly.

14       Q.   How much XRP existed at the time you

15  joined Ripple?

16       A.   Well, 100 billion at inception, so

17  something less than that because there was some

18  small burn.  But, yeah, I don't know the exact

19  numbers.

20       Q.   So approximately 100 billion?

21       A.   Something slightly less than that.

22       Q.   Who holds most of the XRP today?

23       A.   I don't know exactly Ripple's

24  holdings, but roughly half and then the rest is

25  in the market, various holders.

1          Q.   Does that include the -- when you say

2     "the rest is in the market," are you including

3     amounts held by certain of Ripple's founders?

4          A.   I don't know the exact holdings of

5     individuals.  So I -- there are many market

6     participants who hold XRP outside of Ripple.

7          Q.   I just wanted to -- thank you.  I just

8     wanted to clarify.  When you said "roughly

9     half," are you -- when you say "roughly half,"

10    are you just talking about Ripple's holdings or

11    are you including the founders of that number?

12    In which of the two buckets are you including

13    whatever the founders own?

14         A.   I'm talking about -- again, I don't

15    know the exact numbers, but roughly my

16    understanding is Ripple has about half of the

17    XRP outstanding.

18         Q.   Okay.  And just to see if I can get an

19    answer.  When you said "Ripple" in that answer,

20    does that include Ripple's founders or just

21    Ripple the company?

22         A.   I don't believe it includes the

23    founders, but I'm not sure.

24         Q.   Okay.

25              MR. TENREIRO:  Can we start with

1          Exhibit 1, please?  So we've premarked the

2          exhibit, as I think counsel knows, since

3          the court reporter isn't here.

4                    (Whereupon, exhibit is presented

5          and marked SEC Madigan Exhibit 1 for

6          identification.)

7                    MR. TENREIRO:  So here's a copy

8          for Ms. Madigan --

9                    THE WITNESS:  Thank you.

10                   MR. TENREIRO:  -- and one for

11         counsel.  And we have three more.  And I

12         believe Dugan, I believe, is going to

13         e-mail.  Ladan is also sharing them.

14    BY MR. TENREIRO:

15         Q.   So for the record this has been

16    premarked as BM-1.  The Bates number is RPLI_SEC

17    312351.  It's a two-page e-mail.  Please take a

18    chance to read -- please take a moment to read

19    the e-mail.

20         (Pause)

21         Q.   Have you had a chance to look at the

22    e-mail, Ms. Madigan?

23         A.   I have.

24         Q.   Okay.  Do you see -- do you have any

25    reason to believe you did not send the e-mails

1    reflected here?

2         A.   No.

3         Q.   There is a reference in the subject

4    line to "Xpring."  Could you please say how you

5    pronounce "Xpring"?

6         A.   Spring.

7         Q.   Okay.

8              MR. TENREIRO:  So just for the

9         court reporter, this might be challenging,

10        but, you know, we're going to be saying

11        "spring," but they actually spell it

12        "Xpring" to be clear for the record.

13        Q.   Ms. Madigan, who is Ethan -- is it

14   Beard?

15        A.   Beard.

16        Q.   Who is he?

17        A.   Ethan is a former employee who ran the

18   group called Xpring.

19        Q.   And what was Xpring --

20        A.   Xpring --

21        Q.   -- or what is Xpring?

22        A.   Yeah.  Xpring was primarily focused

23   on -- again, I -- I should clarify that I

24   obviously don't run that team and am not

25   intimately aware of Ethan's mandate, but broadly

1    my understanding is that Ethan's team is focused

2    on working on new use cases, supporting

3    companies that were looking at new use cases, et

4    cetera.

5        Q.   To the extent you know, how does --

6    how does -- I'm sorry.

7             Is -- is Xpring something that still

8    exists or that no longer exists?

9        A.   So after Ron Will and Ethan left

10   around the same time, both the former Xpring

11   team and the markets team were moved under

12   Monica Long in a newly formed group called

13   RippleX.

14       Q.   So let's focus on Xpring then before

15   RippleX.

16            How did Xpring support companies that

17   were looking at new use cases?  I assume you

18   mean new cases for XRP?

19       A.   Correct.

20       Q.   How did -- how did the group do that?

21       A.   Again, I'm not intimately familiar,

22   but I can give you my broad understanding --

23       Q.   Sure.

24       A.   -- which is that they -- that they

25   worked with -- I know there was, for example,

1    like a company that was using XRP for I think

2    music sales.  There was a company that was using

3    XRP for gaming and what have you.  And I believe

4    that our employees of Xpring were working with

5    those companies.  I don't know exactly in what

6    capacity or how.

7         Q.   Did the support for these companies

8    include giving XRP or selling or getting XRP to

9    these companies?

10        A.   So that -- when I -- when I read this

11   e-mail, it refreshes my memory that I was under

12   the impression that they were using XRP or had

13   the potential to use XRP as part of their

14   mandate.

15        Q.   Was that impression incorrect?

16        A.   No, I believe it's correct.

17        Q.   Okay.

18        A.   Yeah.

19        Q.   So the e-mail on July 10th, 2019, you

20   write to Ethan, the second sentence, you say

21   "XRP" market -- "markets team are looking to

22   streamline Ripple's distribution of XRP into the

23   markets as best as possible."

24             Can you explain what you mean by

25   "looking to streamline Ripple's distribution of

```
1    XRP" --

2         A.    Yes.

3         Q.    -- in that context?

4         A.    Yes.  So when I came in, I remember

5    trying to get a handle on where XRP was being

6    used, how, by what groups, because obviously, as

7    you can tell, there's different business units

8    within Ripple and I'm not intimately familiar

9    with what each group is doing.

10             But as we talked about with the

11   mandate of helping support XRP liquidity and

12   ensuring that ODL would function smoothly, I

13   thought it was important to understand what

14   other groups within Ripple, to the best of my

15   ability, were using XRP and how so that we had a

16   big -- a more complete picture.

17        Q.    And did you arrive at that complete --

18   at that picture?

19        A.    Not exactly.

20              THE COURT REPORTER:  Repeat.

21         Repeat the question.

22        Q.    Did you arrive at that more complete

23   picture?

24        A.    Not exactly.  I don't think I'd call

25   it a complete picture, but in talking to Ethan,
```

63

1    I learned a little bit more about what his group

2    was doing.  And sometimes their -- my

3    understanding was that sometimes their

4    partnerships with these companies would involve

5    leveraging XRP.

6        Q.   What do you mean by "leveraging XRP"?

7        A.   So it could have been in a loan form.

8    It could have been in a sale form.  Again, I'm

9    not intimately familiar.

10       Q.   Who is familiar with that?

11       A.   Probably Ethan and perhaps others.

12       Q.   Okay.  Did the leveraging of XRP

13   include the ability of these companies to sell

14   XRP?

15       A.   Potentially, yes, which is why it was

16   interesting to understand how much was being

17   used and in what capacity and if they were

18   selling it or using it in their platforms in

19   different ways.

20       Q.   And why -- why did you care about that

21   from the perspective of your job?

22       A.   So as I mentioned, when we look at

23   liquidity, there's -- if there's large order

24   flow in one direction or another, buy or sell,

25   that can sometimes disrupt liquidity.  And

64

1    when -- if people take large orders and sell it

2    all at once, it can, you know, end up resulting

3    in dried-up liquidity on the order books.

4         Q.   Can you please explain?  How does --

5    how does -- how does that work?

6         A.   Sure.  So when there's large movements

7    in one direction, up or down, I talked about,

8    you know, spreads and depth of order book.  And

9    that -- that refers to how -- how many buyers,

10   how many sellers.  You know, at what -- you

11   know, for example, you could say there's --

12   there's ten buyers, there's ten sellers, but

13   maybe the ten sellers might have -- be willing

14   to sell five million; the buyers might be

15   willing to sell -- willing to buy 100 million.

16        When there's -- when there's good

17   balance in the order book in terms of buys/sells

18   and there's tighter spreads, that tends to be

19   helpful for liquidity overall generally

20   speaking.  And so when you see very large

21   one-directional trades, sometimes market makers

22   will pull bids and offers because they want to

23   wait to see where the market settles and that

24   can disrupt liquidity specifically in the

25   example I mentioned earlier around ODL.  So if

1    liquidity dried up, for example, on Bitso
2    abruptly, that could risk a payment failure for
3    ODL.
4         Q.    The market makers that Ripple engaged
5    for ODL were providing liquidity for ODL, were
6    they not?
7         A.    They were.
8         Q.    Okay.  You talked about large
9    movements in one direction up or down at the
10   beginning of your answer.
11              Can you explain what you mean by that?
12        A.    Yes.  So if there's a very large sell
13   order or a very large buy order, it can move the
14   market in one direction or another.
15        Q.    Do you mean the price of the -- of the
16   asset?
17        A.    Yes.
18        Q.    And how does that affect liquidity?
19        A.    So in the way that I just described.
20   So if -- if the -- if there's a large trade in
21   one direction or another, it can dry up
22   liquidity more quickly.
23        Q.    So to the extent that there was a
24   large trade in one direction or another, part of
25   your -- part of your objectives were to avoid

1   that?

2      A.   I wouldn't say an objective was to

3   avoid that, but I wanted to be aware of what

4   supply was being introduced and how so that it

5   would help me understand market dynamics better.

6      Q.   And were you concerned that a lot of

7   sell orders in the market would depress the

8   price of XRP?

9      A.   I wasn't concerned about the effect on

10   the price of XRP.  I was concerned about the

11   effect of liquidity in XRP.

12      Q.   Were you -- were you concerned about

13   the volatility in the market?

14      A.   It was something we monitored.

15      Q.   Were you concerned about the

16   volatility when you monitored it?

17      A.   I wouldn't say concerned, no.  I would

18   say we monitored it.

19      Q.   For what purpose?

20      A.   As I mentioned, volatility is just one

21   of many metrics that you track in order to

22   better understand liquidity and overall market

23   health in a given asset.

24      Q.   Okay.  You -- going back to the e-mail

25   which is Exhibit 1, you say, "As you are likely

1 aware, we currently leverage a few market makers

2 partners" -- I'm going to skip through it -- "to

3 manage our programmatic liquidation." And then

4 at the end it says "essentially, slowly selling

5 XRP as a fixed percentage of overall market

6 volumes to minimize our impact on the market."

7   A. Uh-huh.

8   Q. What did you mean by "impact on the

9 market"?

10   A. So, again, this -- this is referring

11 to programmatic sales and programmatic sales

12 were designed -- again, before my time, but the

13 general gist was to sell a small amount over a

14 period of time and to -- and the objective was

15 that -- that the -- there wouldn't be -- we'd

16 minimize the amount of market impact on -- by

17 doing so.

18   Q. But market impact -- can you be more

19 specific on what you mean by "market impact"?

20 What measure are you -- are you looking at?

21   A. Well, we're looking at liquidity

22 overall. So market impact, we've talked about

23 many metrics. You look at price. You look at

24 volatility. You look at volumes. You look at

25 how it's trading. So there's many different

1    things you would look at to assess market

2    impact.

3         Q.   And it was your understanding or

4    belief that if Ripple sold more XRP, that would

5    hurt the liquidity of the market?

6         A.   Potentially.

7         Q.   How -- how could it potentially?

8         A.   If there's a large quantity in one

9    direction, buy or sell, that tends to be

10   disruptive to liquidity.

11        Q.   And this is because of what again?

12        A.   Okay.  So maybe I can use the order

13   book example again if that's helpful.

14        Q.   Yeah.

15        A.   Yeah.  So when -- an order book is

16   made up of a series of buys and sell orders and

17   a number of market participants typically.  So

18   when there is a significant movement in one

19   direction, up or down, in an asset, it can --

20   sometimes market makers or market participants

21   on the order book will get spooked or decide to

22   pull because they want to see -- "pull" meaning

23   pull out their bids and their offers -- because

24   they want to see what happens when the market

25   settles in.

1            So another thing that people talk

2    about when thinking about liquidity overall is

3    the concept of resiliency, which is like --

4            THE COURT REPORTER:  Excuse me.

5        Please slow down.  You're talking too

6        fast.

7            THE WITNESS:  Sorry.

8        A.   Another thing that people talk about

9    is market resiliency as part of measuring

10   overall liquidity health.  And that really

11   refers to, you know, if you have a market shock

12   event, for example, how quickly does the order

13   book normalize?  You know, if you have something

14   dramatic happen, you know, you talk about like a

15   Black Thursday or whatever, "resiliency" is a

16   term you'll often hear people looking at in the

17   market.  And that reflects how quickly after a

18   market shock or a significant one-way move does

19   the market order book return to normal?

20       Q.   Did you -- so here -- is it fair to

21   say -- okay.

22            So is it fair to say that you wanted

23   to sell the XRP in a way that minimized any

24   impact on the liquidity of the markets?

25       A.   So here, if you're referring to the

1    e-mail --

2        Q.    Yes.

3        A.    Yeah.  So what I was trying to do was

4    better understand how the XRP was being used

5    with Ethan and his organization.

6        Q.    And was one of the reasons for that so

7    that you could make sure that XRP's use in that

8    context minimized -- you know, the impact of

9    its -- minimized the impact in the market?

10       A.    My objective was primarily to

11   understand how Ripple was leveraging its XRP

12   across the organization and then to synthesize

13   that information to better understand where it

14   was being used and how and then think about that

15   in the context of our goals around liquidity

16   management.

17       Q.    The next line says that you wanted to

18   "explore the idea of offering programmatic

19   liquidation as part of the XRP you/your team use

20   to make investments in ecosystem port co's,"

21   which I assume means portfolio companies, is

22   that correct?

23       A.    Yes.

24       Q.    Okay.  Can you explain -- is it fair

25   to say that you were thinking about perhaps

1    having the market makers, such as GSR that you

2    used for programmatic liquidation, assist the

3    portfolio companies in Mr. Beard's, you know,

4    ecosystem sell their XRP?

5         A.   So one of the things that I wanted to

6    --

7              MS. ZORNBERG:  Objection to form.

8         A.   Okay.  One of the things --

9              THE COURT REPORTER:  Who was

10        that?  Who was that?

11             MS. ZORNBERG:  Zornberg.

12        A.   One of the things that I wanted to

13   understand in this proposed conversation with

14   Ethan was how are the related companies that

15   he's working with using or managing the XRP?

16             So, for example, are they -- are they

17   using it within their platforms?  I mentioned,

18   you know, top of line, but I don't remember the

19   exact names, say gaming or, you know, music or

20   whatever these's apps were they were developing,

21   were they using the XRP within the app or were

22   they just taking the XRP and selling it to fund

23   their operations?  I was trying to figure out

24   how it was being used and in what capacity.

25        Q.   Did you come to learn whether any of

72

1    these companies were selling their XRPs to fund

2    their operation?

3         A.   I don't recall specifically.

4         Q.   And where -- where would I have to

5    look to sort of refresh your memory as to

6    whether you came to learn that?

7         A.   Probably Ethan or somebody in Xpring.

8         Q.   Did you -- okay.

9              Did you come to have any concerns that

10   companies that Xpring was working with were

11   selling XRP into the market?

12        A.   I recall relaying to Ethan generally

13   that if there were companies whose intention it

14   was to sell large quantities of XRP, that we

15   should have a discussion around it because it

16   could be disruptive to market liquidity.

17        Q.   And did you ever learn that any

18   company --

19        A.   I don't recall ever making these types

20   of introductions.  I think we had this -- I

21   remember we had this introductory call where I

22   explained where I was coming from, but I don't

23   remember if there was explicit introductions

24   made with any of the portfolio companies or

25   otherwise.

1        Q.   Did any of the Xpring companies sell

2   large amounts of XRP into the market?

3        A.   I'm not sure.

4        Q.   That -- that wouldn't have been

5   something that you learned in the context of you

6   managing the liquidity of the market?

7        A.   Well, I didn't manage the liquidity of

8   the market --

9        Q.   Fair enough.

10       A.   -- just to be clear.

11       Q.   Fair enough.

12            That -- that is not something you

13   would have learned in the context of knowing

14   about the liquidity of the market?

15       A.   So my interest, as I mentioned in even

16   having this outreach, was to better understand

17   what those companies that Ethan was engaging

18   with were doing with the XRP.

19       Q.   Right.

20            And so my question was, did -- in that

21   context, did you -- did any of -- can you tell

22   me if any of the companies, the Xpring

23   companies, sold large amounts of XRP into the

24   market?

25       A.   Right.  So I -- I don't recall

74

1    offhand.

2         Q.   Okay.  So who -- who would know the

3    answer to that question or where is the answer?

4         A.   Like -- likely Ethan.

5         Q.   Okay.  Did you ever have the market

6    making partners that Ripple used for its

7    programmatic liquidation sort of partner up with

8    the Xpring companies to help them manage their

9    own liquidation of XRP to the extent they did

10   that?

11        A.   Yes.  I remember --

12             MS. ZORNBERG:  Objection.

13        Objection to the term "Xpring companies."

14             Go ahead.

15             THE WITNESS:  Okay.

16             MS. ZORNBERG:  That was Zornberg.

17        A.   I -- I remember discussing this idea

18   with Ethan, that if there were companies who

19   were going to sell large amounts or weren't

20   using it within the platform, that this was

21   something that we could explore, but I don't

22   recall ever making any direct introductions to

23   market makers for Xpring companies.

24        Q.   Other than making direct

25   introductions, did you ever come to learn that

1     the market makers might or might not be working

2     with, you know, the companies that Mr. Beard

3     worked with?

4         A.   I'm not sure if the market makers were

5     working with them or not.

6         Q.   Okay.  Was it ever a concern for you

7     that Ripple's programmatic sales might impact

8     XRP's price in a negative way?  In other words,

9     might cause it to go down.

10        A.   Any sales/buys in the market are all

11    relative to the rest of the sales and buys in

12    the market.  So it just depends on what's going

13    on in the market in a given day as to whether

14    one specific transaction will move the market or

15    not.

16        Q.   Right.

17             But my question was, was it ever a

18    concern for you whether Ripple's programmatic

19    sales might negatively impact XRP's price?

20        A.   No.

21        Q.   Okay.  Now, does -- in -- in your

22    experience, did XRP's price follow liquidity?

23        A.   No.

24        Q.   So if there was less liquidity, did

25    you find that that might depress the price?

1     A.   No.   There's not a direct correlation

2    between price and liquidity.   Liquidity is one

3    specific component amongst -- sorry, price is

4    one specific component amongst many that impacts

5    overall liquidity.

6        Q.   Okay.   So -- so I think you mentioned

7    ███████████████?

8        A.   Yes.

9        Q.   You've heard of them?

10       A.   I have heard of them.

11       Q.   What is it?   What is your knowledge of

12   what that is?

13       A.   So a market data reference website

14   that I recall we used to pull market data from.

15       Q.   What sort of market data?

16       A.   Exchange volumes, overall crypto

17   market data where things were trading.   You

18   know, all sorts of market metrics.

19       Q.   Did ████████████ -- information from

20   ███████████ ever play a role with respect to

21   Ripple's programmatic sales?

22       A.   I recall it did, which is where I

23   mentioned earlier when you asked about my role

24   within programmatic sales.   So as I mentioned,

25   that -- it was designed prior to my arrival.

1   However, right around the time of my arrival, I

2   don't remember the exact date, there was some

3   attention around ████████████ potentially

4   having inaccurate volume data for the industry.

5           And so one of the things I remember

6   Ron asking us to do was to take a look at what

7   other industry sources were available around

8   market data analytics that might be potentially

9   more reliable so we could get as accurate a

10  picture of market volumes as possible.

11      Q.   And what role, if any, did the quality

12  of data play with respect to Ripple's

13  programmatic sales at that point?

14      A.   Yes.  So my recollection is that the

15  amount of programmatic sales was based off of

16  overall market volumes.

17      Q.   And did you ever stop using -- did

18  Ripple ever stop using ████████████

19  information, volume information, with respect to

20  its, you know, programmatic sales as you've just

21  described?

22      A.   Yes.  I recall a move from

23  ████████████ to ████████████████████

24      Q.   ████████████████████

25      A.   I know it's a mouthful.  Sorry to the

1    court reporter.

2        Q.   Who made that -- who made the decision

3    that Ripple would switch to ▮▮▮▮▮▮▮▮▮ to

4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

5        A.   There were a number of people

6    involved, including the accounting team, the tax

7    team, the legal team, et cetera, and just in

8    vetting the quality of the -- of the data and in

9    making the decision that it seemed from all

10   available sources that that seemed to have more

11   reliable market data than -- than ▮▮▮▮▮▮▮▮

12   did.

13       Q.   Did the info -- did the data that --

14   is it fair to call it ▮▮▮▮▮

15       A.   It is.  That would be helpful.

16       Q.   Is it fair to say that ▮▮▮▮

17   reported -- well, did they report less volume or

18   more volume for XRP than ▮▮▮▮▮▮▮▮

19       A.   You know, I don't recall specifically

20   for XRP, but I do recall -- in terms of up, down

21   or whatever way, but I do recall that they went

22   through a rigorous process of analyzing all the

23   exchanges -- and that was one thing I remember

24   being impressed by -- and looking at the quality

25   of the teams, the quality of their reporting,

1    the reliability of their data.

2           And it just seemed like a more --

3    the -- the team themselves that was running that

4    platform and the -- and the process they went

5    through to vet volumes ensuring that the volume

6    data was real seemed more reliable than what our

7    impression was at the time of ██████████

8       Q.   Okay.  And was Mr. Garlinghouse

9    involved in the decision to switch from ████ --

10   ████████████████       --

11      A.   Yeah.

12      Q.   -- to ████

13      A.   Yes.  So that was a topic that we

14   would have discussed, for example, in one of

15   those Friday meetings.  So Brad would have

16   attended, yes.

17      Q.   Well, did he express to you -- to the

18   extent he expressed it to you, what was his view

19   as to whether it would be a good idea to switch?

20      A.   Again, I don't remember exact words

21   is, but the general gist was that we should

22   always be working with high-integrity

23   counterparts and -- and use the most reliable

24   data available.

25      Q.   Was Mr. Larsen involved in the

```
1    decision to switch from ███ to ███████
2         A.   I don't recall offhand if he was in
3    the meeting where we discussed that decision.
4         Q.   Were there notes of these meetings,
5    these weekly Friday meetings?
6         A.   Sometimes.  Sometimes we'd send -- if
7    there was anything that was needed for
8    follow-up, for example, we would send an e-mail
9    saying, you know, these are the three things we
10   agreed to do or these are the three things we
11   agreed to follow up on.  And if there were no
12   follow-ups, then not -- there wouldn't always be
13   meeting minutes sent around.
14        Q.   What about handwritten notes?  Would
15   anyone take handwritten notes at the Friday
16   meetings?
17        A.   None that I recall.
18        Q.   Okay.
19        A.   But I can't say -- speak for everybody
20   at the meetings.  They were audio --
21              THE COURT REPORTER:  I didn't
22         hear the last part.
23        A.   None that I recall, but I -- they were
24   audio meetings, Zoom meetings.  So I don't know
25   what people were doing in their individual homes
```

81

1    dialed in.

2         Q.   All right.  Let's skip around and go

3    to Exhibit 74.  I mean, these are premarked so

4    I'm just going to be not in numerical order.

5                   (Whereupon, exhibit is presented

6              and marked SEC Madigan Exhibit 74 for

7              identification.)

8                   MR. TENREIRO:  Let's go off the

9              record, please.

10                  THE VIDEOGRAPHER:  The time right

11             now is 11:20 a.m.  We are off the record.

12                  (Whereupon, a recess is taken.)

13                  THE VIDEOGRAPHER:  The time right

14             now is 11:34 a.m.  We are back on the

15             record.

16   BY MR. TENREIRO:

17        Q.   Ms. Madigan, is it fair to say that

18   throughout the course of your employment at

19   Ripple, you wanted the XRP market to be more

20   liquid?

21        A.   A focus of my job was, yes, XRP

22   liquidity.

23        Q.   Right.

24             Is it fair to say that you wanted

25   liquidity in the XRP market?

1          A.    Yes.

2          Q.    Okay.  Did you have an understanding

3     as to whether there were individuals holding XRP

4     in the market for speculative purposes?

5          A.    Yes.

6          Q.    And what was your understanding?

7          A.    That people -- speculative trading to

8     me is just people speculating on the view.  They

9     buy, they sell.  They're people who participate

10    in most markets.

11         Q.    And so did you have an understanding

12    that there were people who were speculating in

13    the XRP market?

14         A.    Yes.

15         Q.    For speculators in markets, do they

16    want there to be -- do they want -- do they like

17    a liquid market or an illiquid market in your

18    experience?

19              MS. ZORNBERG:  Object to form.

20         A.    I can't speak on behalf of all

21    speculators in markets.

22         Q.    Right.  I'm not asking you to.

23              I'm asking you, in your experience,

24    you know, do you have an understanding as to

25    whether market participants like there to be

1    liquidity in the market?

2         A.    I suppose it depends what their

3    objective is or what their view is on the

4    market, depending upon how they're expressing

5    their trading view.  More liquid -- liquidity

6    could be good, less liquidity could be better,

7    depending upon their view, how they're trading,

8    et cetera.

9         Q.    Can you give me an example of a

10   trading view where less liquidity could be

11   better?

12        A.    So, let's see.  So if, for example,

13   a -- somebody -- we talked about an order book

14   earlier, right?  So let's say that there's

15   buyers at, you know, five and sellers at ten and

16   all of a sudden there's a huge buyer who comes

17   in and buys a ton at a higher price.  So let's

18   say all of the sudden there was a huge buyer

19   that came in and bought a bunch of 15 in that

20   example.  Right?

21             If you are somebody who is in that

22   order book with your offer at 10, you wouldn't

23   want to keep that offer in because you just

24   realized now you can sell it at 15.  So why

25   would you want -- why would you want to keep

1    that -- that offer in the book when the market

2    just got higher, right?

3           So if you're -- depending upon what

4    your view is and what your position is in the

5    book, sometimes I suppose there can be scenarios

6    where less liquidity can be good, too.

7        Q.   So in that scenario the seller would

8    sell for more than what they had offered for,

9    right, 15 instead of 10?

10       A.   But they wouldn't if they still had

11   the 10 in the book.

12       Q.   Okay.  And to the ex -- to the extent

13   that a trader in the XRP market wanted there to

14   be liquidity in the XRP market, was that

15   trader's desires aligned with Ripple's desires

16   with respect to the liquidity of the XRP market?

17             MS. ZORNBERG:  Object to form.

18       A.   Yeah.  Your -- can you clarify the

19   question, who you're asking me to speak on

20   behalf of?

21       Q.   On behalf of Ripple.

22       A.   Okay.  On behalf of Ripple.  And

23   what's the question?

24       Q.   Yeah.  If there was a trader or a

25   participant in the XRP market that desired

1    liquidity in that market, was that person's

2    desire aligned with what Ripple desired with

3    respect to the liquidity of the XRP markets?

4              MS. ZORNBERG:  Object to form.

5        A.   Okay.  I think -- I think we're -- I

6    think it's a little complicated what you're

7    asking me to opine on, but what I can say is for

8    Ripple we were focused on developing liquidity

9    in the XRP markets.  For me to speculate what

10   speculators in the market wanted or whether that

11   was aligned is not something I can do.

12       Q.   Okay.  But don't speculate.

13            Do you have an understanding as to

14   whether speculators in the market wanted there

15   -- in the XRP market wanted there to be

16   liquidity or not?

17       A.   I can't speak for overall market

18   speculators.

19       Q.   Okay.  And in your experience sort of

20   dealing with markets and liquidity, do you have

21   an understanding as to whether speculators in

22   markets want there to be more liquidity or not?

23       A.   In general I think more liquidity is

24   good.

25       Q.   Okay.  Do you have any reason to

1  believe that your general understanding of the

2  markets does not apply to the XRP market?

3      A.   Do I -- sorry, repeat the question.

4      Q.   Do you have any reason to believe that

5  your general understanding of markets does --

6  did not apply to the XRP market?

7      A.   No.

8      Q.   Did there ever come a time where --

9  when you expressed concern about the number of

10  sell orders in the book for the XRP market?

11     A.   None that I recall.

12     Q.   Did there ever come a time when you

13  tried to, you know, manage the number of sells

14  in the market for XRP?

15     A.   No.

16     Q.   Okay.  What about sales by, you know,

17  individuals other than Ripple, such as, for

18  example,        ?  Did there ever come a time when

19  you were concerned about the number of -- you

20  know, of sales by

21     A.   Yes.

22     Q.   And why were you?

23     A.   Because        -- as I mentioned, there

24  is a lengthy contract that predated me.  But

25  what I understood of the contract was that it

1    entailed large quantities of XRP being delivered

2    to ▮▮▮   And when I was made aware that they

3    were selling very large quantities in -- in

4    single trades, that can have a negative impact

5    on liquidity.

6        Q.   Okay.  And did there ever come a time

7    when you became concerned about large quantities

8    of buys of XRP in the market?

9        A.   Not -- none specifically that I

10   recall.

11       Q.   What about generally?

12       A.   As I mentioned, large one-sided flow

13   in either direction can impact liquidity.

14       Q.   Right.

15            But my question was, did you ever --

16   did there ever come a time when you became

17   concerned about specific large quantities of

18   buys in the XRP market?

19       A.   None that I recall.

20       Q.   Did Mr. Will attend your weekly Friday

21   meetings?

22       A.   Yes.

23       Q.   And your other weekly meeting, was

24   that on Wednesdays?

25       A.   No.  It was typically on Mondays or

1  Tuesdays.

2        Q.   Did he attend those?

3        A.   No.

4        Q.   What role did he play in the Friday

5  meetings that he attended?

6        A.   He was one of the contributors to the

7  weekly deck.

8        Q.   So the -- "contributors" meaning

9  someone who might provide content for the weekly

10  deck?

11        A.   Yeah.

12        Q.   What was the purpose of the weekly

13  deck?

14        A.   So it was a general meeting around

15  what's going on in the markets, what's going on

16  with XRP.  Just kind of an assessment.  And then

17  any initiatives around ODL or liquidity, et

18  cetera.

19        Q.   All right.  Let's take a look at

20  Exhibit 74, which I handed --

21              MR. TENREIRO:  Did you hand

22        them copies -- I think the copy -- no.

23        Sorry.

24        A.   That's okay.

25        Q.   Here's your copy, Ms. Madigan.

1          A.    Okay.

2          Q.    If you can reach.

3                MR. TENREIRO:  Here, Counsel.  I

4       have four extras.

5                So do you want all four, Lisa,

6       or --

7                MS. ZORNBERG:  I'll ask you to

8       pass one down.

9                THE WITNESS:  Oh, sorry.

10               (Pause)

11   BY MR. TENREIRO:

12         Q.    Have you had a chance to look at this

13   exhibit, Ms. Madigan?

14         A.    Yes, I just did.

15         Q.    Who is ████████████ or ████

16   (pronunciation)?

17         A.    ████

18         Q.    Who is he?

19         A.    He is the CEO of GSR.

20         Q.    And GSR, again, just for the record?

21         A.    Sure.  They're a market maker.

22         Q.    And their relationship with Ripple

23   generally?

24         A.    Yes.  They work with Ripple in a

25   number of capacities.  They were on the

```
 1    programmatic sales program, also ODL, and
 2    potentially others.
 3         Q.   Okay.  Do you see on June 26, 2019,
 4    you say "BTW - I made some progress with Ron and
 5    Brad on the topic of maybe managing more of
 6    Xpring's XRP flow through the programmatic
 7    channel... will be a WIP" -- work in progress,
 8    is that what that means?
 9         A.   Looks like it.
10         Q.   -- "but something I want to explore
11    with you."
12              Do you see that?
13         A.   Yes.
14         Q.   Okay.  Does that refresh your memory
15    about the conversation we were having earlier
16    about involvement you might have had in terms
17    of, I'll just use the word "marrying" Xpring
18    and -- and programmat -- and -- and market
19    makers like GSR?
20         A.   Yeah.  I wouldn't use that phrase of
21    "marrying" the two, but, yes, I do see the
22    connection here.  I'm not sure of the date of
23    the prior e-mail that you -- we were discussing,
24    if that was before or after this.
25         Q.   Do you not have it there?
```

1          A.    I'm sorry.  I just don't -- oh, okay.

2          Q.    Yeah.  So for the record --

3          A.    July 10.

4          Q.    -- Exhibit 1, the date is July 10,

5     2019, and this exhibit, this e-mail, is June 26,

6     2019.

7          A.    Got it.

8          Q.    Also, I forgot to state for the record

9     this e-mail is Bates GSR 407158.  Two pages.

10         A.    Yeah.

11         Q.    So go ahead.

12         A.    Okay.

13         Q.    My question is -- my question is, what

14    else can you tell me about efforts you might

15    have made to sort of put together or -- I don't

16    mean to use any particular word -- put together

17    the Xpring team with the GSR team?

18         A.    Sure.  So this was probably the extent

19    of it.  I remember a conversation with GSR

20    around wanting to better understand -- they

21    wanted to better understand what -- what Xpring

22    was doing and also offered that if they could be

23    helpful, we could make introductions, which I

24    think is what prompted my outreach to...

25         Q.    Mm-hmm.

1          Do you see, further down, where you

2     say "I'd love to start thinking about a weekly

3     comment you guys can share with us - on any

4     color you're seeing in XRP and gut on the

5     market, et cetera - maybe on Thursdays?  We need

6     to get a better handle on total supply, key

7     market drivers, et cetera, to help inform our

8     liquidation strategies (starting with lowering

9     our sales numbers ASAP, IMO!)"

10          I assume you mean in my opinion?

11     A.    IMO, yes.

12     Q.    Yeah.

13     A.    In my opinion.

14     Q.    Okay.  Why did you need to lower --

15     why was it your opinion that you needed to lower

16     your sales numbers ASAP?

17     A.    So this -- I had just joined.  And as

18     I mentioned earlier, part of what I wanted to do

19     when I first got in was to better understand how

20     XRP was being used across the company to get a

21     better handle on where and how XRP was being

22     introduced in the market.

23     Q.    Okay.  But my question was, why did

24     you have the opinion that you needed to lower

25     your sells -- sales numbers ASAP?

1       A.   My general view is -- with respect to

2   liquidity, as we discussed before, is that if

3   there are large quantities of one-directional

4   flow, that can be a hindrance to healthy

5   liquidity development.

6       Q.   Was there ever -- did -- did -- did

7   it, in fact, happen that Ripple lowered its

8   sales numbers with respect to XRP after you came

9   to this opinion?

10      A.   I know that programmatic sales were

11  stopped.  I don't recall exactly when.

12      Q.   And was that in part because of your

13  opinion of starting with lowering sales?

14      A.    There were many people involved in the

15  decision around programmatic sales:  Our general

16  counsel, our head of finance, et cetera.  So

17  there -- there were many people involved in that

18  discussion.

19      Q.   Were you one of those people?

20      A.   I was one of those people.

21      Q.   Okay.  Who was the ultimate

22  decision-maker?

23      A.   Probably Brad and Ron.

24      Q.   Okay.  And what was the reason for the

25  decision?

1          MS. ZORNBERG:  Without disclosure

2      of any privileged information or

3      conversations.

4          MR. TENREIRO:  Yes.

5          THE WITNESS:  Sure.

6          MS. ZORNBERG:  If you can answer

7      that question without disclosing

8      privileged communications.

9          THE WITNESS:  Yeah.

10     A.   I don't know.  I was just informed

11 that that was the decision.

12     Q.   By whom?

13     A.   It probably did involve our lawyer so

14 I don't know if that makes it privileged.

15     Q.   Well, did someone inform you --

16 someone informed you the decision was made?

17     A.   Right.

18     Q.   Okay.

19          MR. TENREIRO:  Are you claiming

20      privilege over someone informing her that

21      the decision was made to stop programmatic

22      sales?

23          MS. ZORNBERG:  No.  I haven't

24      asserted a privilege.

25          MR. TENREIRO:  All right.

1    BY MR. TENREIRO:

2         Q.   So can you answer, please?  Who -- who

3    informed you?

4         A.   I don't recall exactly, but there

5    was -- this was a topic that would have been

6    discussed in one of those meetings where ███ was

7    present, Brad was present, Ron was present,

8    so...

9         Q.   Are these the Friday meetings?

10        A.   Yes.

11        Q.   Okay.  Did you ever -- okay.

12             So just to make sure I understand,

13   your opinion here relates to a potential large

14   number of sell orders in the -- in the book that

15   might disrupt liquidity, is that correct?

16        A.   No.  When you say "in the book," first

17   of all, I don't know which book you're

18   referencing.

19        Q.   Well, you referenced "the book," but

20   you're right, there is no book.

21        A.   I was talking about a hypothetical

22   order book on a random exchange.

23        Q.   Right.

24        A.   But I don't know which book that --

25        Q.   Well, let's talk about, you know, too

1    many sales in the market.

2         A.   Right.   So --

3         Q.   Meaning on a potential exchange, for

4    example.

5              So your -- is your opinion here is

6    based on the potential existence of too many

7    sell orders in the market for XRP?

8         A.   Not too many sell orders, but, again,

9    going back to the original point I was making

10   around the negative impact that outsized

11   one-directional flow can have on liquidity.

12        Q.   Right.

13             And did you ever -- was there ever an

14   occasion where you became concerned -- so --

15   sorry, let me strike that.

16             You were -- you know, there was an

17   issue or an idea that one directional --

18   outsized one-directional flow can have a

19   negative impact on liquidity.  And in this case,

20   that directional flow was sales, correct?

21             MS. ZORNBERG:  Object as to form.

22        A.   Yes.  If -- if there's significant

23   one-directional flow, it can impact liquidity

24   negatively.

25        Q.   What are the directions?

97

```
 1        A.   It can be sales or buys.

 2        Q.   And in the context of the e-mail we're

 3   looking at, it's sales, correct?

 4        A.   Correct.

 5        Q.   Did you ever have occasion to be

 6   concerned that one-directional flow sales -- I'm

 7   sorry, purchases could have a negative impact on

 8   liquidity?

 9        A.   They -- they would -- they could

10   depend --

11             THE COURT REPORTER:  "Negative

12        impact on the"? I can't hear you.

13        A.   What was the question?

14             THE COURT REPORTER:  I couldn't

15        hear the end of your question, Jorge.

16             MR. TENREIRO:  Liquidity.

17        Negative impact on liquidity.  Sorry.

18             THE COURT REPORTER:  Thank you.

19        A.   I'm sorry.  What was the question?

20        Q.   Let me repeat the question.

21        A.   Yeah.

22        Q.   Did you ever have occasion to be

23   concerned that one-directional flow of purchases

24   could have a negative impact on the liquidity of

25   XRP?
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1        A.   So as I mentioned, one-directional

2   flow in either way, buys or sells, can have

3   disruptive effects on liquidity in an order

4   book.  And so I don't recall offhand specific

5   large purchases that I was concerned about.

6        Q.   With respect to the ODL product, who

7   provides the XRP to, say, MoneyGram when they're

8   using ODL?

9        A.   So the XRP -- originally -- in the

10  original order flow of ODL, MoneyGram would take

11  their dollars and it would be sent to what was

12  called an originating exchange where the dollars

13  would be sold for XRP and then that XRP would be

14  sent cross border where it would be sold.  The

15  destination exchange, in the example I gave

16  earlier, that could be Bitso where the XRP would

17  be then sold for Mexican peso.

18       Q.   In the originating exchange, did the

19  market maker in that original order flow have a

20  role in providing the XRP to MoneyGram in the

21  example you just provided?

22       A.   So whomever -- it depends who was

23  making markets on that originating exchange at

24  the time as to where they received their XRP.

25  It was -- it was from the order book of the

1    originating exchange.

2         Q.    Right.

3              But my question was, in the

4    originating exchange, did the market maker have

5    a role in providing the XRP to, say, MoneyGram?

6         A.    I think in that example, in the early

7    flow, it was Bitstamp, the originating exchange,

8    and I don't think we had the market -- I think

9    the market makers were primarily focused on the

10   destination exchanges, but I'm not a hundred

11   percent certain whether they were on the order

12   book in the Bitstamp as well.

13              THE COURT REPORTER:  You're going

14        to have to -- you're losing the end of

15        your sentence.

16              THE WITNESS:  Sorry.

17        A.    So the question was around were the

18   market makers on the originating exchange as

19   well.  And I don't recall if they were on the

20   Bitstamp in that example as well or just the

21   destination exchanges.

22         Q.    All right.  So in the originating

23   exchange, then, is it fair to say that the MGI,

24   you know, the MoneyGram in the example, needs to

25   buy XRP?

1      A.   They would sell their dollars to buy

2   XRP in that order flow, yes.

3      Q.   And in that order flow, they needed

4   someone to sell them their XRP, correct?

5      A.   Correct.

6      Q.   Okay.  Did you ever come to be

7   concerned that the people relying on the ODL

8   platform such as MGI might be placing too many

9   buy orders for XRP that might disrupt the

10  liquidity of the market?

11           MS. ZORNBERG:   Objection.

12     A.   I -- I didn't have a view on the

13  individual flows of MGI on the originating

14  exchange.

15     Q.   Let's not limit it to MGI.   I

16  apologize for that.

17           But to the extent that, you know,

18  companies might be using the ODL platform and

19  they have to buy XRP in the originating

20  exchange, did you ever come to be concerned that

21  there were too many buy orders because of ODL

22  such that they might disrupt the liquidity of

23  the XRP market?

24     A.   No.  Well, the workflow I described

25  earlier around ODL, there was a -- a buy leg and

101

 1    a sell leg.  So they would offset each other.

 2        Q.    But the buy leg was XRP vis-a-vis one

 3    currency, right?

 4        A.    Correct.

 5        Q.    And the sell leg was XRP -- well,

 6    typically vis-a-vis -- well, strike that.

 7              And the sell leg was XRP vis-a-vis

 8    a -- a different currency, correct?

 9        A.    Yes.

10        Q.    And you're saying those would offset

11    each other?

12        A.    In terms of the XRP equivalent, the

13    dollar equivalent of XRP, yes.

14        Q.    So the liquidity -- a buy order -- I

15    just want to make sure I understand your

16    testimony.

17              A buy order in that example, a buy

18    order in the XRP U.S. dollar tranche offsets for

19    liquidity purposes a sell order in the XRP

20    Mexican peso tranche?  Is that your testimony?

21        A.    So the dollar equivalent of XRP on the

22    originating exchange would then be sent cross

23    border and then that same quantity of XRP, but

24    denominated against the Mexican peso in that

25    example, would be the sell side.

102

1        Q.   I understand that.

2        A.   Yeah.

3        Q.   And my question is, does the buy order

4    on the XRP U.S. dollar side offset for liquidity

5    purposes the sell order in the XRP Mexican peso

6    side?

7        A.   There is an offset of a buy and a sell

8    of the XRP.  There's -- you can look at

9    liquidity of U.S. dollar XRP, you can look at

10   liquidity of MXN XRP.  There -- there are

11   different liquidity metrics.  But in terms of

12   the XRP denominated liquidity, yes.

13       Q.   Okay.  And -- all right.  So let's

14   look at Exhibit 50.

15       A.   Is that what we have or --

16       Q.   Not yet.

17       A.   No.

18            MR. TENREIRO:  For the record,

19        while we're getting that, it's a two page

20        e-mail, RPLI_SEC 0503813.

21            THE WITNESS:  Oh, sorry.

22            (Whereupon, exhibit is presented

23        and marked SEC Madigan Exhibit 50 for

24        identification.)

25            (Pause)

103

1    BY MR. TENREIRO:

2         Q.   Have you had a chance to look at it,

3    Ms. Madigan?

4         A.   Yeah.

5         Q.   Okay.   Who's ████████████████

6         A.   He's a member of my team.

7         Q.   Okay.

8              MS. LINSENMAYER:   Jorge, this is

9         Robin Linsenmayer.   We don't have the

10        exhibit yet from Dugan.   So can you please

11        hold your questioning until that comes

12        through?

13             MR. TENREIRO:   Sure.   It's on the

14        screen, though.

15             MS. LINSENMAYER:   I know.   I

16        can't scroll through it.   Okay.   It's

17        arrived.   Thanks.

18    BY MR. TENREIRO:

19        Q.   And he is e-mailing an individual at

20    ████████████

21        Do you see that?

22        A.   Yeah.   It appears so.

23        Q.   What is ████████?

24        A.   ████ is a company -- I don't know a

25    ton about them, but it's a company that

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

104

1   provides, I think, FX services and crypto

2   services and ability to buy and sell them.

3        Q.   And it seems like -- he says "Dear

4   ▮▮▮▮: We wanted to give you an update on the

5   XRP selling pause before year end."

6             Do you know what he refers -- is

7   referring to when he says "XRP selling pause"?

8        A.   I don't recall exactly, but apparently

9   a selling pause.

10       Q.   Then he says "According to the latest

11  feedback from our legal department, any XRP

12  sales to yourselves need to be on pause still."

13            Do you see that?  It's underlined.

14       A.   Mm-hmm.

15       Q.   Is that a yes or no?

16       A.   I do see that, yeah.

17       Q.   Okay.  And why does there need to be a

18  pause in XRP sales at this point?

19       A.   I don't recall why.

20       Q.   Is this the same as programmatic

21  pauses on programmatic sales or something else?

22       A.   Well, again, I -- A, I'm not the

23  author of this e-mail and I don't recall it

24  offhand.  But with that caveat, if I'm reading

25  it now, it looks to be different than

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

105

1    programmatic in that ▓▓▓ was not engaged in

2    programmatic sales.  I mentioned we leveraged

3    third-party market makers.

4         Q.    You mentioned what?

5              THE COURT REPORTER:   "I

6         mentioned"?

7         A.    We -- we leveraged third-party market

8    makers for programmatic sales.

9         Q.    So what kind of XRP sales was ▓▓▓

10   involved in?

11        A.    So I don't recall ▓▓▓ engaging in

12   XRP sales, but maybe it was a holdover OTC.

13   Remember I mentioned we -- there was OTC before

14   I came and it pretty much was paused with the

15   exception of ▓▓▓.

16        Q.    All right.  Let's -- let's move on to

17   something else.

18              MR. TENREIRO:  Can we please have

19        Exhibit 62?

20              (Whereupon, exhibit is presented

21        and marked SEC Madigan Exhibit 62 for

22        identification.)

23              MR. TENREIRO:  For the record,

24        this is a three-page e-mail beginning at

25        RPLI_SEC 223624.  There's three for you.

1              (Pause)

2     BY MR. TENREIRO:

3          Q.    Have you had a chance to look at the

4     e-mails?

5          A.    Yes.

6          Q.    On the second page, on May 23rd, 2019,

7     Ms. Madigan, you do you see Mr. Samarasinghe --

8     did I say that right?  Mr. Samarsinghe e-mails

9     Brad Garlinghouse and at some point he says

10    "Please find follow-ups from today's meeting

11    below."

12              Do you see that?

13         A.    Yes.

14         Q.    Is that an example of when you had

15    explained that sometimes there might be e-mails

16    that follow up certain meetings with action

17    items?

18         A.    Yep.

19         Q.    Okay.  And in the front page of the

20    e-mail, if you had a chance to look at it, it

21    seems like Mr. Garlinghouse asked you to sort of

22    nudge on these follow-up items at some point.

23    And you said, you know, you were on it.

24              Is that fair?

25         A.    Mm-hmm.

107

```
 1         Q.   Yes or no, please.

 2         A.   Yes.

 3         Q.   Okay.  Sorry.

 4              In terms of the follow-ups, the first

 5    bullet point says "Get clearer idea of what ▓▓▓

 6    is doing, and how/if their purchases are hitting

 7    the market."

 8              Do you see that?

 9         A.   Yes.

10         Q.   Why did you want to get a clear idea

11    of what ▓▓▓ was doing and how/if their purchases

12    are hitting the market?

13         A.   To be fair, this was an ask from Brad

14    to Dinuka.  So I'm -- this wasn't my ask.

15         Q.   No, I understand.

16              But why did -- why did

17    Mr. Garlinghouse want to find that out?

18         A.   I can't speculate on what Brad wanted

19    and why.

20                   MS. ZORNBERG:  Object to form.

21         Q.   Did he say at the meeting why he

22    wanted to find that out?

23         A.   This was probably a couple days into

24    the job so I don't recall the specifics of this

25    meeting.
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1      Q.   Okay.  You said in the other -- in a

2   follow-up e-mail that you were going to be on

3   tracking down the responses.

4           Did you -- did you do anything to

5   track down the responses to these follow-up

6   items?

7      A.   I don't remember this specific chain,

8   but I would have normally followed up my CEO's

9   request to get answers from one of our employees

10  if that's what he asked of me.  Yes, absolutely.

11     Q.   What answers did you get?

12     A.   I don't recall offhand.

13     Q.   Okay.  The fourth bullet point says

14  "Signal to the market that we will not be

15  following previous quarters' trend for XRP

16  sales."

17          Do you see that?

18     A.   Yep.

19     Q.   Did you follow up on that point with

20  Mr. Samarasinghe?

21     A.   Again, I don't recall the specifics of

22  this engagement, but I would normally follow the

23  CEO's request to follow up with members of my

24  team on things that he was looking for.

25     Q.   And if you -- even -- do you re -- I'm

1    sorry.   Let me start again.

2              To the extent that you might have

3    followed up, what did Mr. Samarasinghe tell you

4    about this point?

5                   MS. ZORNBERG:   Objection.

6         A.    I don't remember what Dinuka would

7    have followed up with me on specifically around

8    this exact topic.

9         Q.    Why did Mr. Garlinghouse want to

10   signal to the market that Ripple will not be

11   following previous quarterly trends for XRP

12   sales?

13        A.    I'm not going to speculate on Brad's

14   rationale.

15        Q.    Did he say the rationale at the

16   meeting?

17        A.    Not that I recall.

18        Q.    Did you discuss the rationale with him

19   to the extent you followed up with

20   Mr. Samarasinghe and then reported back to

21   Mr. Garlinghouse?

22        A.    Not that I recall offhand.

23        Q.    Did you want to signal to the market

24   that Ripple will not be following previous

25   quarters' trend for XRP sales?

1      A.    Not that I recall offhand.

2      Q.    At any time did you want to signal to

3  the market that Ripple will not be following

4  previous quarters' trends for XRP sales?

5      A.    So we used the XRP markets report to

6  communicate to the market what was going on with

7  respect to XRP.  That was the channel that we

8  would use to communicate around anything related

9  to XRP.

10     Q.    And why would the market want to know

11  what was going on with XRP?

12     A.    So Ripple is obviously a large holder

13  of XRP.  And Ripple chose, before my time, to

14  voluntarily provide information to the market

15  regarding its holdings of XRP and any activity

16  around it.

17     Q.    Would that include -- who at -- who at

18  Ripple was involved in deciding what information

19  to include in these XRP market reports?

20     A.    A number of people.  So --

21     Q.    Were you?

22     A.    -- the markets team, the regulatory

23  team, the legal team, the Xpring team.

24     Q.    Were you -- so were you involved?

25     A.    Yes.

1    Q.    Okay.  Did -- why did Ripple want to

2    provide information to the market?  I think you

3    mentioned obviously a large hold -- holder of

4    XRP.  Was there any other reason?

5    A.    The view -- again, this was developed

6    before my team, but the view was generally that

7    Ripple had an interest in sharing as much

8    transparently about its holdings of XRP as

9    possible.

10    Q.    Why?

11    A.    To help the market understand XRP and

12    what Ripple was doing with its holdings.

13    Q.    Why would the market care about that?

14    A.    More information tends to be better

15    than less when people are learning about a

16    market.

17    Q.    And what market participants are we

18    talking about here that you were providing

19    information to?

20    A.    Anybody who was publicly interested in

21    receiving it.

22    Q.    Would that include people who might

23    hold XRP for speculative purposes?

24    A.    I'm sure.

25    Q.    I'm sorry?

112

1          A.   I said, yeah, I'm sure.  Whoever

2     wanted it, it was available publicly on -- on

3     the website.

4          Q.   And sitting here today, why would

5     Ripple then -- going back to my question, why

6     would Ripple want to signal to the market that

7     it was not going to be following previous

8     quarters' trends for XRP sales?

9               MS. ZORNBERG:  Objection as to

10          form.

11         A.   So I'll just repeat that the

12    objective of the markets report was to

13    communicate clearly to the market what Ripple

14    was doing with its XRP holdings.  So if there

15    was a change, that's a venue that we would use

16    to communicate anything around XRP.

17         Q.   Would you -- would you communicate in

18    these market reports any change with respect to

19    Ripple's, you know, sales of XRP?

20              MS. ZORNBERG:  Objection.

21         A.   The --

22              MS. ZORNBERG:  And who's "you"?

23              MR. TENREIRO:  Ripple.

24         A.   So --

25              MR. TENREIRO:  Thank you.

1      Q.   Let me just start again.  I apologize,

2   Ms. Madigan.

3           Would Ripple communicate in these

4   market reports any change with respect to

5   Ripple's sales of XRP?

6      A.   Yes.

7      Q.   And so any time there was a -- a

8   change in Ripple's sales of XRP, that would be

9   reflected in the market reports?

10     A.   That -- again, I -- it started before

11  my time so I don't want to speak inclusively for

12  every report that's out there.  But, yes, during

13  my time, whenever there was a change in XRP

14  sales, that -- that change was reported in the

15  quarterly markets report.

16     Q.   What about buys of XRP by Ripple?

17     A.   That was also disclosed in the markets

18  report.

19     Q.   Okay.  Do -- do you have an

20  understanding as to whether a large number of

21  sales in the market for XRP could lower the

22  price for XRP?

23     A.   So as with all markets, if there's

24  larger sell orders than buy orders, it tends to

25  have a negative impact on price.  And the -- the

114

1    opposite is true as well.

2        Q.   Did you observe that specifically with

3    respect to Ripple's price -- I'm sorry, XRP's

4    price?

5        A.   Observe what specifically?  Sorry.

6        Q.   That, you know, prices would go down

7    if there were more sales than buys?

8        A.   Yeah.  I would observe that with all

9    markets.  But, yes, with XPR, the same is true:

10   If there's more sellers than buyers, there tends

11   to be downward price --

12              THE COURT REPORTER:  Excuse me.

13        Slow down, please.  Repeat.

14              THE WITNESS:  Sure.

15        A.   As with all market assets, if there's

16   more sellers than buyers, that tends to have --

17   a greater quantity of sellers and buyers, it

18   tends to have a negative impact on the price.

19   And the opposite is true:  If there's more

20   buyers than sellers, it tends to have a positive

21   impact on price.

22        Q.   Do you have an understanding as to

23   whether participants in the XRP market would be

24   interested to know that there might be future

25   sales -- future -- fewer future sales of XRP?

1          MS. ZORNBERG:  Object as to form.

2      A.   Can you repeat the question?  Sorry.

3      Q.   Yes.

4          Do you have an understanding as to

5  whether participants in the XRP market would be

6  interesting -- interested to know that there

7  might be fewer future sales of XRPs?

8      A.   In general, I think more information

9  is helpful around any market.

10     Q.   But more specifically with respect to

11  information that there might be fewer future

12  sales, do you have a -- an understanding as to

13  whether participants in the XRP market might

14  want to know that?

15     A.   So Ripple is one party that can sell

16  or buy XRP.  What Ripple does is one piece of

17  what happens to XRP.  There's many other buyers

18  and sellers.  So it's just one piece of

19  information that might be interesting, but

20  there's no -- there's plenty of other market

21  participants and they weren't reported on in the

22  XRP markets report.

23     Q.   Right.

24          And why -- why might it be

25  interesting -- interesting to market

1    participants whether Ripple was going to buy

2    or -- you know, sell less XRP in the future?

3         A.   I'm not going to speculate as to

4    individual market participants' views on XRP and

5    Ripple.

6         Q.   No, I'm not asking you to.  I'm asking

7    you, you know, to tell me, based on your

8    experience with markets and your role as the

9    head of institutional markets, why it might be

10   interesting to market to participants whether

11   Ripple was going to sell XRP in the future.

12        A.   So more information around anticipated

13   activity in a market is -- is helpful.

14        Q.   So is it helpful that people who hold

15   XRP for whatever reason have more information?

16        A.   If they hold it, if they don't hold

17   it, if they want to look at holding it, more

18   information is better.

19        Q.   More information is better for people

20   who might think of buying XRP?

21        A.   Potentially.

22        Q.   More information is better for people

23   who already buy -- who already have XRP in their

24   holdings?

25        A.   Potentially if they -- yeah.

117

1          Q.   Well, is there a -- you say

2    "potentially."

3               Is there a situation where less

4    information is better for those people?

5          A.   It depends if they sought it out.

6               MS. ZORNBERG:  Objection.

7               MR. TENREIRO:  All right.  Let's

8          look at Exhibit 7.

9               THE COURT REPORTER:  Did you say

10         7 or 70?

11              MR. TENREIRO:  Seven.

12              THE COURT REPORTER:  Thank you.

13              MR. TENREIRO:  007.

14              Do you need a break?

15              THE WITNESS:  No.

16              MR. TENREIRO:  All right.  This

17         is a two page e-mail, RPLI_SEC 435043.

18              (Whereupon, exhibit is presented

19         and marked SEC Madigan Exhibit 7 for

20         identification.)

21   BY MR. TENREIRO:

22         Q.   If you don't mind, please let me know

23   when you've read it.  Thank you.

24         A.   Sure.

25              (Pause)

118

1          A.   Okay.

2          Q.   Who is ███████████?

3          A.   ███ is an employee of Ripple now in, I

4    think, the core strategy role.

5                    THE WITNESS:  Sorry, am I not

6          talking loud?

7                    THE COURT REPORTER:  No.

8          A.   ███ is an employee of Ripple.  I don't

9    know her exact role now.

10         Q.   Okay.  What relationship did she

11   have -- what role did she play with respect to

12   Ripple's relationship with ████ if any?

13         A.   Yes.  She was a key relationship

14   manager for ████

15         Q.   Now, the e-mail we looked at a minute

16   ago as Exhibit 62 was an e-mail around May the

17   20th, 2019.  This series of e-mails is May 30

18   and May 31.

19              Does this refresh your memory as to

20   things you might have -- conversations you might

21   have had as a follow-up to Mr. Garlinghouse's

22   request that you "Get a clearer idea of what ████

23   is doing, and how/if their purchases are hitting

24   the market"?  I just read that from Exhibit 62.

25         A.   Yes, this does refresh my memory.

119

 1      Q.   Okay.  So what did you do?

 2      A.   What did I do with what?  Sorry.  Can

 3   you clarify the question?

 4      Q.   Yeah.  What did you do to get a clear

 5   idea of what ▆▆▆ was doing and how/if their

 6   purchases are hitting the market?

 7      A.   We asked for clarification through ▆▆▆

 8   and ▆▆▆ who helped manage the relationship with

 9   ▆▆▆

10      Q.   And what did you find out about what

11   ▆▆▆ was doing?  Were their purchases hitting the

12   market?

13      A.   My recollection is that they were

14   selling -- the information we got was that they

15   were selling a lot of volume, almost all of it,

16   pretty instantaneously.

17      Q.   And why was that a concern, if at all?

18      A.   Because -- for the reasons we've

19   spoken about before around liquidity:  Large

20   one-directional flow can have negative impacts

21   on liquidity.

22      Q.   Was that -- the liquidity concern with

23   respect to large sales, was that your concern or

24   was that the same concern that others at Ripple

25   had that were involved with the ▆▆▆ issue?

120

1      A.   Others at Ripple as well.

2      Q.   Others at Ripple.

3           Did that include Mr. Garlinghouse?

4      A.   Yes.

5      Q.   Okay.  Can you point me to where the

6 liquidity concern is expressed in this e-mail?

7      A.   I'll reread it and see if it's

8 explicitly called out.

9      Q.   Okay.

10         (Pause)

11      A.   Yeah.  So there's a sentence where --

12 I don't know who the author is -- is this one

13 ▓▓▓▓▓  Where ▓▓ references that Brad was

14 concerned about the impact that ▓▓▓▓ active

15 selling was having.

16      Q.   Just so we're clear --

17           THE COURT REPORTER:  "The impact"

18     -- repeat.

19      Q.   So, Ms. Madigan, let me see if I can

20 do it this way.

21           THE COURT REPORTER:  I'm sorry.

22     I needed the witness to repeat the end of

23     her answer.

24      A.   I was just pointing to a sentence in

25 the e-mail that starts with "Anyway, since Brad

1    seems to be under the impression that ▆▆▆

2    active selling is impacting the market to some

3    extent, we asked if we could potentially modify

4    the existing contract."

5        Q.   So is it your testimony that -- is it

6    your testimony that when Ms. ▆▆▆     spoke of

7    Brad's impression about active selling impacting

8    the market, that's an impact in liquidity?

9        A.   Correct.

10       Q.   And what is that impression based

11   upon?

12       A.   Discussions that I recall having at

13   the time.

14       Q.   Does -- does the impression that ▆▆▆

15   activity, sell -- selling activity, impact the

16   market also have to do with impacting the market

17   price for XRP?

18       A.   So as we've spoken about, price is one

19   component of liquidity as are volatilities,

20   spreads, depth, resiliency.  There are a lot of

21   attributes to liquidity.  Price is one of those.

22       Q.   But my question is -- is slightly

23   different, so let me try to rephrase it.

24            Did Mr. Garlinghouse have the

25   impression that ▆▆▆ active selling might be

122

```
1    impacting the market price of XRP negatively?
2         A.   I don't know -- I'm not going to speak
3    for Brad's views here other than my recollection
4    of our conversations, which was that ▮▮▮▮
5    selling was having negative impacts on
6    liquidity.
7         Q.   Right.  So you just told me about
8    Mr. Garlinghouse's impression about -- a minute
9    ago about your understanding of his
10   impression --
11        A.   Uh-huh.
12        Q.   -- with respect to what's happening
13   with ▮▮▮▮ sales as to liquidity.
14        A.   Right.
15        Q.   So now you're telling me that you
16   don't have any idea whether he was also
17   concerned about the price, is that correct?
18                  MS. ZORNBERG:  Objection;
19            mischaracterizes the witness's prior
20            testimony.
21        A.   So I mentioned that price is one
22   factor that is -- plays into liquidity.  Price,
23   volume, spreads, breadth, resiliency.  These are
24   a number of attributes we've talked about a lot
25   this morning regarding overall liquidity.  So
```

123

1    price is one of those.

2         Q.   So is it fair to say that to the

3    extent Mr. Garlinghouse was concerned about

4    ███████ active selling impacting the liquidity of

5    the XRP market, he was in part concerned about

6    XRP's price?

7         A.   I would repeat --

8                   MS. ZORNBERG:  Objection to the

9         form.

10        A.   I would repeat the same answer I just

11   gave, which is that price is a component of

12   liquidity.

13        Q.   So is that a yes?

14        A.   That's not a yes.  I'm repeating my

15   statement from before.

16        Q.   Okay.  But I'm trying -- I'm just

17   asking you, if you can tell me yes or no, or you

18   can answer however you'd like, but is -- if

19   price is a component of liquidity, would you

20   agree that with me that if you're concerned with

21   liquidity, one of the things you're concerned

22   about is the price of XRP?

23        A.   The price is one component of XRP's

24   liquidity.  Absolutely.

25        Q.   Okay.  Did you -- did anyone at Ripple

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

124

1    ever express to you that you should not

2    explicitly discuss XRPs price?

3           A.   Not that I recall.

4           Q.   Okay.  Did you ever hear anyone say

5    that to anybody else?

6           A.   Not that I recall.

7           Q.   Did you ever ask somebody else not to

8    explicitly discuss XRP's price?

9           A.   Not that I recall.

10                  MR. TENREIRO:  All right.  Let's

11            go to Exhibit 63, please, which will be --

12            which will come in a second -- oh, three.

13            I think it's a three-page e-mail.  This is

14            for the witness.  Just two?  Oh, okay.

15            Two and two.

16                  MS. ZORNBERG:  Thank you very

17            much.

18                  MR. TENREIRO:  RPLI_SEC 435051.

19                  (Whereupon, exhibit is presented

20            and marked SEC Madigan Exhibit 63 for

21            identification.)

22                  MR. TENREIRO:  Okay.  At least

23            you don't have to mark the exhibits,

24            right, Bridget?

25                  (Pause)

125

```
1          A.    Okay.
2          Q.    All right.  Have you had a chance to
3     look at these e-mails?
4          A.    I have.
5          Q.    Okay.  And they're also a series of
6     e-mails on May 30, 2019.  And is it fair to say
7     that, at least in part, they -- well, are
8     discussing ▇▇▇ at least in some part of the
9     e-mail?
10         A.    Yes.
11         Q.    Okay.  Do you see where you write on
12    May 30th, "Hi, thanks all.  So to confirm - it
13    looks like there is a minimum buy of ▇▇▇▇
14    ▇▇▇▇▇ (per second amendment doc attached
15    here)."
16               Do you see that?
17         A.    Yes.
18         Q.    Is it fair to say that that's where
19    you're sort of trying to get up to speed on the
20    contract between Ripple and ▇▇▇
21         A.    Yes.
22         Q.    Okay.  And then you say "Am I correct
23    that we would need to renegotiate the contract
24    if we want to now limit ('throttle') that amount
25    going forward?"
```

126

1          Do you see that?

2      A.   I do.

3      Q.   What does "throttle" mean there?

4      A.   It looks like I'm repeating what Brad

5  wrote in the e-mail shortly prior.

6      Q.   So is it -- in the e-mail shortly

7  prior, he wrote "throttle (slow) the volume they

8  were purchasing"?

9      A.   I believe that's what he meant.

10      Q.   Okay.  Is that what you meant?

11      A.   I don't recall the specific e-mail but

12  I believe that's...

13      Q.   Did you come to understand that

14  Mr. Garlinghouse was asking you to figure out a

15  way to slow the volume that ███ was purchasing

16  from Ripple and thereby selling into the market?

17      A.   I recall that we were asked to look at

18  what ███ was doing.  And, again, we spoke about

19  this a little bit earlier, but in the context of

20  very large quantities of XRP being delivered to

21  them and the perception that we had, what we

22  were asked to look into is whether they were

23  immediately selling the entire quantity they

24  were receiving.

25      Q.   And you came to the conclusion that

127

1    they were, in fact, right?  Correct?

2         A.   Correct.

3         Q.   And do you see Mr. Will says, "Yes,

4    what has become clear is that they are selling

5    the XRP immediately," right?

6         A.   I see that.

7         Q.   Okay.  And the concern there, again,

8    was, just to be clear, the liquidity issue that

9    that would cause?

10        A.   Correct.

11        Q.   Any other concern?

12        A.   No.

13        Q.   Any concern that, you know, ▇▇▇ should

14   be holding XRP for a while for regulatory

15   reasons?

16        A.   Not that I recall.

17        Q.   Okay.  So was ▇▇▇ interacting or

18   interfacing in any way that you know of with the

19   ODL -- ODL platform?

20        A.   I'm not sure.

21        Q.   It could be yes, it could be no, you

22   just don't know?

23        A.   Correct, I don't know if they were --

24        Q.   Okay.

25        A.   -- using the ODL platform.

1        Q.   Okay.  To the extent that you came to

2    understand the agreement between ████ and Ripple,

3    what understanding, if any, did you derive as to

4    why Ripple had entered into this agreement with

5    ████

6        A.   I don't recall the details.  It was

7    done before my time.

8        Q.   Well, let -- let's look at the e-mail

9    where it says -- you know, above your e-mail --

10       A.   Okay.

11       Q.   -- Ms. ████████ says "In exchange for

12   allowing this" -- it's in the middle.

13       A.   Okay.

14       Q.   -- "we asked them to increase the

15   minimum purchase amount from ████████ to █

16   ████ per Ron's suggestion and I negotiated

17   it.  (Back then we viewed it as a positive since

18   we could get higher guaranteed (i.e.

19   predictable) purchase from a trusted partner,

20   versus programmatic sales, which is less

21   predictable)."

22            Do you see that?

23       A.   I do see that.

24       Q.   Okay.  Did Ripple enter into the

25   agreement with ███ at least in part so that they

129

1    could sell their XRP to ▮▮?

2       A.  Well, as I noted, I wasn't around when

3    they executed the contract and I don't know the

4    motivations of the contract.

5       Q.  Well, I understand you were not around

6    when the contract was executed, but from your

7    sort of educating yourself on the terms of the

8    contract, did you come to learn that Ripple had

9    entered into the contract in part to sell their

10   XRP to ▮▮?

11           MS. ZORNBERG:  Objection.

12      A.  I know that XRP sales were a part of

13   the contract.  I don't know the intricacies of

14   the contract itself.

15      Q.  And when you say "XRP sales," that's

16   from Ripple to ▮▮?

17      A.  Correct.

18      Q.  Okay.  And those are OTC sales as we

19   discussed earlier?

20      A.  Yes.  I think they were categorized as

21   OTC, right.

22      Q.  Okay.  It says here "Back then we

23   viewed it as a positive."

24          So is it fair to say that Ripple

25   viewed as a good thing that they were selling

130

1    XRP to ▮▮▮▮

2       A.   Well, again, I wasn't around at the

3    time that this contract was created,

4    contemplated.  I don't know what it entailed

5    other than what was specifically relayed to me

6    around the purchases.  So it's hard for me to

7    speculate as to the motivations that were around

8    the contract that I was not privy to.

9       Q.   Well, what about -- what changed

10    between the back then and what's happening in

11    this e-mail that you are copied on and the work

12    that you were doing?

13       A.   I'm sure a lot had happened.  This was

14    about a week after I joined, so I don't know

15    what happened --

16       Q.   Okay.

17       A.   -- in that time period.

18       Q.   And did you discuss with

19    Mr. Garlinghouse why he wanted to throttle or

20    slow the volume that ▮▮▮▮ was selling into the

21    market?

22       A.   I don't recall the specifics of our

23    conversation, but, again, the big takeaway that

24    I recall was that we were asked to look into

25    this contract because of the sense that there

1   were large quantities, very large quantities, of

2   XRP that were being instantaneously sold into

3   the market and the potential for that to have a

4   negative impact on the liquidity of XRP.

5       Q.   Did that also -- did it worry you that

6   it could depress the price of XRP?

7       A.   As I mentioned, price is one component

8   of liquidity.  We were focused on liquidity.  So

9   we would observe price, spreads, volumes, and a

10  whole bunch of metrics around XRP's liquidity.

11      Q.   So that -- so you're saying that

12  liquidity would affect the price?

13      A.   There -- price is one component of

14  something that we would measure with respect to

15  overall liquidity health.

16      Q.   Right.  But I'd like you to answer my

17  question.

18           Is the -- are you saying that

19  liquidity could affect the price?

20      A.   I don't know that it would have a

21  direct impact, a cause and effect, no.

22      Q.   Okay.  So let's go back, then, to my

23  original question.

24      A.   Mm-hmm.

25      Q.   Did it worry you that sales by ███ of

132

1      XRP could depress the price of XRP?

2           A.   The impact that sales have on price,

3      on volumes, on spreads are all things that we

4      would look at relative to XRP's liquidity

5      health.

6           Q.   So price was one of them?

7           A.   Price is one thing that you would

8      consider, absolutely, as part of assessing

9      liquidity health.

10          Q.   If the price of XRP dropped, would

11     that worry you in part of -- as part of your job

12     at Ripple?

13          A.   No.  We -- we weren't selling for

14     price, but -- but specific one-way directional

15     flow, as I mentioned many times, in an order

16     book, as an example, can have a negative impact

17     on liquidity in that buyers and sellers can pull

18     out of the order book when there's significant

19     movements in one way or another.

20          Q.   When you said price was one thing that

21     you would consider, "absolutely, as part of

22     assessing liquidity health," how would you

23     consider the price as part of assessing

24     liquidity health?

25          A.   So movements in price, whether they

1    were moving dramatically in one direction or

2    another or they were moving slowly in one

3    direction or another; differences in prices

4    across exchanges.  You would look at, you know,

5    the difference between the bid and the ask on a

6    given order book.  There are many attributes

7    around price and liquidity and order book health

8    and other things that impact your view on

9    liquidity.

10       Q.   Okay.  Whether the price is moving

11   dramatically, isn't that volatility?

12             THE COURT REPORTER:  Repeat.

13       Q.   Whether the price were moving

14   dramatically in one direction or another, isn't

15   that another word for volatility?

16       A.   Yes.

17       Q.   And whether -- the difference between

18   the bid and ask on a given order book, isn't

19   that called "spread"?

20       A.   It is.

21       Q.   Okay.  My question is the price

22   itself, not the movements in the price or the

23   spreads in the price, the price itself.  How

24   would you look at the price itself, if at all,

25   in assessing the liquidity health of a market?

134

1        A.    So we would generally look at the

2   difference between the bid and the ask, the

3   spread you alluded to before, which there's a

4   price on the bid and there's a price on the ask.

5   And what we would care more about is looking at

6   that spread.  If that spread widens a lot,

7   that's a signal of drying up liquidity.  If that

8   spread is tighter, the distance between the bid

9   and the ask, that's a --

10                THE COURT REPORTER:  Excuse me.

11            You're going to.  You both are going to

12            have to slow down.

13                "What we would care more about

14            is looking at that spread.  If that

15            spread widens a lot..."

16        A.    Yes.  That can have a negative impact

17   on liquidity, whereas if that spread -- the

18   difference between the bid price and the offer

19   price -- narrows, that is generally indicative

20   of a healthier, more liquid, market.

21        Q.    And can you explain without -- if

22   there's anything other than the spread that you

23   assess with respect to the price in determining

24   if the market is healthy from a liquidity

25   perspective?

135

1          A.    Say that again.

2          Q.    Yes.

3                Is there anything other than the

4     spread that you assess with respect to price in

5     determining if the market is healthy from a

6     liquidity perspective?

7          A.    Yes.   All the other metrics I

8     discussed.

9          Q.    Okay.   So -- but price, the actual

10    price, as opposed to the movements in the price,

11    the actual price is something you determined in

12    considering whether a market is healthy from a

13    liquidity perspective?

14                MS. ZORNBERG:   Objection as to

15          form.

16          A.    I feel like we've asked the same

17    question many times, but I've given the answer,

18    I think.   So should I repeat the same answer or

19    --

20          Q.    Yes.

21          A.    Okay.   So the question is if there was

22    anything -- actually, I'll ask you to repeat it

23    again.   I'm sorry.

24          Q.    Let's move on to Exhibit 8.

25          A.    Okay.

136

1            (Whereupon, exhibit is presented and

2     marked SEC Madigan Exhibit 8 for

3     identification.)

4                 MR. TENREIRO:  Exhibit 8 is a

5         three-page e-mail, RPLI_SEC 182614.

6         A.   I'm sorry, where is this starting?  It

7     looks like it's a compilation of things.  Are

8     you looking at --

9         Q.   I'm focusing on the e-mails.  It seems

10    like in the back there's some sort of chat.  And

11    obviously you're free to read it, but it appears

12    to me like the chat is between Ms. ████████ and

13    Mr. Samarasinghe so I'm not going to ask you

14    about that.

15        A.   Okay.  But maybe I'll read that for

16    context.

17        Q.   Yes, please do.

18        A.   Since it's attached, I would like to.

19    Thank you.

20        Q.   Please do.

21             (Pause)

22        Q.   Have you had a chance to look at the

23    e-mail and the chat?

24        A.   Yes.

25        Q.   Okay.

137

1        A.    Thank you.

2        Q.    Yes.

3              Ms. Madigan, do you see where

4    Mr. Samarasinghe says to ▮▮▮▮▮▮▮▮▮  "I

5    wanted to start an e-mail thread with you and cc

6    Breanne regarding the ▮▮▮▮ purchases.  The XRP

7    markets team is very concerned about this deal

8    as it has the potential to add up to ▮▮▮▮▮▮

9    dollars of XRP supply into the market."

10             Do you see that?

11       A.    I do.

12       Q.    Was the market team, in fact,

13   concerned as he describes here?

14       A.    I do recall having questions --

15   conversations around ▮▮▮▮ market activity and

16   the XRP around it.

17       Q.    And why were you concerned about

18   adding ▮▮▮▮▮ dollars of supply into the

19   market?

20       A.    So as we've spoken about before, large

21   one-directional flow in single orders can have a

22   negative impact on liquidity.

23       Q.    Does more supply of an asset have a

24   negative impact on liquidity?

25       A.    It depends how -- how the asset's

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

138

1    trading, but if it's being introduced in large

2    one-directional trades, yes, it tends to have a

3    negative impact on liquidity.

4         Q.   Is Mr. -- are you -- is the market

5    team's concern, here at least, about how the

6    asset is introduced into the market?  It's

7    talking about supply.

8         A.   Yes, supply being introduced into the

9    market.

10              THE COURT REPORTER:  Supply?  I

11         can't hear you.

12         A.   Supply being introduced into the

13   market.

14         Q.   All things being equal, in your

15   experience, does more supply of a asset in the

16   market make it more or less liquid?

17         A.   So more supply -- if it's -- it

18   depends how it's introduced and how it's

19   trading.  So supply, if there's, you know, deep

20   order books and two-way flow, it tends to have a

21   liquid market.  If there isn't two-way flow,

22   then more supplies can have a negative impact on

23   liquidity.

24         Q.   Wasn't more supply of XRP something

25   that you would want to make sure that the ODL

1    product -- product worked, functioned?

2                    MS. ZORNBERG:   Objection.

3        A.   So the ODL to function needed

4    sufficient XRP liquidity for the exchanges and

5    corridors that the product was live in.

6        Q.   Well, did it need more supply?

7        A.   Well, supply is a part of the

8    considerations, but looking at the -- we talked

9    a lot about how -- how the order book is

10   structured is something that matters, obviously,

11   and most importantly for XRP liquidity.

12       Q.   For XRP?

13       A.   Liquidity.

14       Q.   Again, though, a person -- you know, a

15   company that's on the ODL platform needs to buy

16   XRP to initiate the transfer, correct, the

17   cross-border transfer?

18       A.   So --

19       Q.   Needs to obtain it at least somehow.

20       A.   Yes, so in the --

21                  THE COURT REPORTER:   I didn't

22        hear the last part.

23       Q.   Needs to obtain it at least somehow.

24   Is that correct?

25       A.   So in the initial ODL flow, there is a

140

1   buy of XRP and a sell of XRP.

2        Q.   So they need to -- so they need to buy

3   it from somebody, right?  They need someone to

4   sell it to them?

5        A.   Yeah.  Yeah.  So they need to buy the

6   XRP to send it cross border and then sell it.

7        Q.   At this point in time in June 2015 --

8   2019, when Ripple is trying to throttle ████

9   sales of XRP into the market, is there enough

10  liquidity for the ODL platform to function?

11       A.   What month was this?  Sorry.

12       Q.   June of 2019.

13       A.   That would have been right at the

14  start of ODL.  I joined in May and they were

15  about to launch.  So I don't recall the specific

16  liquidity attributes of XRP at that exact point

17  in time, but I know that was early days in ODL.

18       Q.   When did ODL launch?

19       A.   So it was shortly after I joined.  I

20  don't recall the exact date.

21       Q.   Okay.  Further up in the e-mail chain,

22  you know, ████████████ suggests "a call

23  tomorrow."

24            Then he says "I think we should have a

25  call soon" -- sorry.  Dinuka says "I think we

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1    should have a call soon, as XRP performance has

2    been dire so far in 2019."

3         Do you see that?

4    A.    Uh-huh.

5    Q.    What -- "performance has been dire,"

6    what does that mean?

7    A.    I don't know what he means by that.

8    Q.    Did you ask him?

9    A.    I did not.

10   Q.    You read the e-mail, right?

11   A.    I don't recall this e-mail, but I

12   probably did since I received it.

13   Q.    Reading it today, what does it mean to

14   you?

15   A.    He could be talking about XRP in terms

16   of liquidity.  He could be talking about in

17   terms of -- I don't know what he's referencing.

18   Q.    How do you measure whether liquidity

19   performance has been dire in 2019?  What measure

20   do you use?

21   A.    He's prob -- we, as a team, track many

22   metrics around liquidity, as I mentioned.  So

23   price, spreads, how widely it's traded, the

24   depth of the order book, et cetera.  All of

25   those things are attributes of liquidity that

142

1    our team would track.

2         Q.   And where in this e-mail is the

3    concern about liquidity expressed other than

4    "performance has been dire so far"?

5                   MS. ZORNBERG:   Objection.

6         A.   I -- I don't know.  I can reread it

7    and see if he specifically calls out liquidity.

8         Q.   Let's --

9                   MS. ZORNBERG:  Is that -- is that

10        the idea?  Do you want her to --

11        Q.   Go ahead.

12                  MS. ZORNBERG:  -- read the entire

13        e-mail?

14        Q.   If you -- do you recall from having

15   just read it whether he calls out liquidity

16   specifically?

17        A.   I don't -- I didn't notice it.

18        Q.   Okay.

19        A.   I'm happy to reread it.

20        Q.   That's okay.  We can go to the next

21   exhibit.   Thank you.

22        A.   Uh-huh.

23        Q.   Let's go to 79, please.

24                  (Whereupon, exhibit is presented and

25   marked SEC Madigan Exhibit 79 for

143

1    identification.)

2                    THE WITNESS:  What time is it, by

3         the way?  What time is it?

4                    MR. TENREIRO:  Why don't we --

5                    MR. ANELLO:  We've been going an

6         hour.  Do you want to break now?

7                    THE COURT REPORTER:  I can't hear

8         you.

9                    MR. ANELLO:  We're talking about

10        a break.

11                   THE COURT REPORTER:  I know, but

12        we didn't go off the record.

13                   THE WITNESS:  What time are we

14        planning to break for lunch?

15                   MR. TENREIRO:  Let's go off the

16        record for one second, please.  Let's go

17        off the record.

18                   THE VIDEOGRAPHER:  The time right

19        now is 12:39 p.m.  We are off the record.

20                   (Whereupon, a luncheon recess is

21        taken.)

22

23

24

25

144

```
 1                A F T E R N O O N   S E S S I O N

 2                     (Record notes Mr. Reid Figel is

 3          now present.)

 4                     THE VIDEOGRAPHER:  The time right

 5          now is 1:22 p.m.  We are back on the

 6          record.

 7   BY MR. TENREIRO:

 8          Q.   Okay.  Ms. Madigan, can I ask you to

 9   please look at Exhibit 79?  You have it there.

10          A.   No, actually, real quick, before we go

11   to 79 --

12          Q.   Oh, sorry.

13          A.   No, it's fine.  Right before we broke,

14   we were looking at an exhibit.  I think this one

15   is it.  Hold on.  Let me make sure I'm looking

16   at the right thing.  Yes, Exhibit 8 --

17          Q.   Uh-huh.

18          A.   -- if that's the exhibit on the top.

19   Right?  Yeah.  And you had asked a question

20   around whether there was other references to

21   liquidity in the document.

22          Q.   Okay.

23          A.   And so I just wanted to point out that

24   there is reference to specifically the fact that

25   there was the potential for up to  ███████
```

1    dollars of XRP supply into the market.  So

2    supply being another component that we talked

3    about related to liquidity.

4        Q.   So the -- you're saying that -- when

5    you're referencing "supply," you're talking

6    about liquidity?

7        A.   Supply is one thing you would measure

8    in terms of -- amongst many other things we've

9    talked about today as part of the liquidity.

10       Q.   Is there a reason why you don't use

11   the word "liquidity" in these e-mails?

12                THE COURT REPORTER:  I can't

13       hear you.

14       Q.   Is there a reason why you don't use

15   the word "liquidity" in these e-mails?

16                MS. ZORNBERG:  Objection.

17                MR. ANELLO:  I don't think she

18       said she wrote --

19                MS. ZORNBERG:  This isn't her

20       e-mail.

21                MR. TENREIRO:  She's -- she wrote

22       part of the e-mail, the e-mail above.

23   BY MR. TENREIRO:

24       Q.   Right?

25                Let me ask you this:  Did you ever

146

1    instruct members of your markets team not to use

2    the word "liquidity"?

3         A.   No.

4         Q.   Did you ever receive any instruction

5    like that from somebody else?

6         A.   No.

7         Q.   Okay.  So now can we please look at

8    Exhibit -- sorry -- 79?

9         A.   Do I have that?

10        Q.   No, not yet.

11               MR. TENREIRO:  This will be

12          RPLI_SEC 464643.

13               Of course, my binder just went

14          to hell.  Seventy -- what did I say?

15          Seventy-nine.

16               (Pause)

17        A.   Okay.

18        Q.   Have you had a chance to look at this?

19   I guess it seems like a thread of comments to a

20   document.  Is that fair?

21        A.   It does seem like that, yes.

22        Q.   And it says -- the subject is

23   "Institutional Markets Board Slides."

24               Does that tell you -- what does that

25   mean?

1          A.   Yes, although I don't recall

2     specifically -- what's the date?  July 9th.  It

3     looks like it probably is related to board

4     slides that were being prepared.

5          Q.   Board slides that were being prepared,

6     is that what you said?

7          A.   Yes.

8          Q.   "Board" meaning Ripple's board?

9          A.   I presume so, although I don't recall

10    this exact exchange.

11         Q.   And just before we dive into this

12    exhibit, I just want to make sure I understand.

13    Is it -- is it fair to say that if more

14    exchanges -- if you could trade XRP on more

15    exchanges, that is better for the liquidity of

16    XRP?

17              THE COURT REPORTER:  I can't

18         understand you, Jorge.

19         Q.   Is it fair to say that if more

20    exchanges -- that if you can trade XRP on more

21    exchanges, that's better for the liquidity of

22    XRPs -- of XRP or the XRP market?

23         A.   I would categorize it as maybe

24    slightly differently.  Not just number of

25    exchanges, but, in general, when you're thinking

1    about liquidity, having breadth and depth of

2    market is something we talked about.  And

3    breadth can be reflective of where -- trading on

4    a number of different exchanges, a number of

5    different venues, so that there are many on

6    ramps, off ramps, et cetera, points of ability

7    to trade.

8        Q.    And does breadth or depth also include

9    more buys and more sell orders?

10       A.    So breadth and depth refer to -- so

11   "depth" meaning depth in the order book.  So, I

12   mean, I know I keep going back to the order book

13   example, but for illustrative purposes, an order

14   book is made up of a series of both size and

15   price at which a specific buyer or seller is

16   willing to buy and -- and a price and size at

17   which a specific buyer or seller is willing to

18   sell.

19            And so "depth of order book" would be

20   a phrase to reference that there's a lot of

21   people that are -- a lot of people or parties

22   that are stacked up in the order book.  Many

23   people willing to buy; many people willing to

24   sell.  That would be a deep order book that has

25   a lot of breadth.

149

1       Q.   And so depth means more liquidity?

2       A.   Well, I think liquidity is -- has a

3 lot of attributes that we've talked about. So

4 price, spreads, depth, resiliency. A lot of

5 those things that we talked about all impact

6 liquidity.

7       Q.   All things being equal, more depth

8 means more liquidity all other factors being

9 equal?

10       A.   All thing -- all other attributes of

11 liquidity being equal, does depth mean better

12 liquidity?

13       Q.   More depth.

14       A.   More depth. Yeah, I'd say, in

15 general, that's true.

16       Q.   Okay. And not in general?

17            MR. ANELLO: I'm sorry, is that a

18    question?

19            MR. TENREIRO: Yes.

20       Q.   When it's -- when it's not in general,

21 is that not true?

22            MS. ZORNBERG: Objection.

23       Q.   Is there a specific example when

24 that's not true?

25       A.   Where having deeper liquid -- where

150

1    having deeper order books would be adverse

2    liquidity?  No, I can't really think about an

3    example offhand.

4         Q.   Okay.  All right.  Back to Exhibit 79.

5              So is it -- is it fair to say you were

6    involved in making comments to potential slides

7    that might be presented to Ripple's board around

8    the time of this e-mail?

9         A.   Yes.  I don't recall ever creating

10   slides for a board, but I do -- but -- but I do

11   recall being asked to review various documents

12   and it looks like this was one of them.

13        Q.   Okay.  There's a -- in the middle

14   there's a sentence that says "The relationship

15   between XRP performance and sales percentage

16   remains noisy, but the" -- "but the further

17   divergence of reported volume from reliable

18   volume suggests that we either recalibrate more

19   frequently or change benchmarks to something

20   that more closely approximates" -- "approximates

21   reliable volume."

22             Do you see that?

23        A.   I do.

24        Q.   And do you see above where it says

25   "Performance"?

151

1          A.    Above where?

2          Q.    Just below "Comments" it says

3     "Performance"?

4          A.    Yes.

5          Q.    Okay.  And you say "This one may get

6     some pushback.  I am not sure how much of a

7     focus Brad will want on the" -- "on the

8     underperformance of his asset for this

9     audience."

10               Do you see that?

11         A.    Yes.

12         Q.    What asset are you referring to here

13    when you say "his asset"?

14         A.    That looks to be -- again, I should

15    start by saying I don't recall this specific

16    comment or this specific document, but that

17    looks to me, reading it today, as a typo with

18    missing the letter "t."  This asset.

19         Q.    What is this asset?

20         A.    I presume it would be XRP.

21         Q.    And what do you mean by

22    "underperformance of XRP"?

23         A.    Again, we've talked about this before.

24    When we talk about XRP, we talk about XRP's

25    liquidity.  We look at a number of different

152

1     metrics to look at XRP and how it's performing
2     in the market.  How its order books are, its
3     spreads, depth, resiliency, breadth, price.  We
4     look at a whole bunch of different metrics to
5     determine the overall liquidity health of XRP.
6         Q.   When you talk about
7     "underperformance," underperformance, you know,
8     relative to what?
9         A.   I'm not sure what -- what I was
10    specifically referencing here.  I don't recall
11    this specific document.
12        Q.   And when you're measuring performance
13    of XRP from a liquidity perspective, is there
14    like a -- you know, like a quote you can pull up
15    that says liquidity and that you could compare
16    it to or how do you do that?
17        A.   There isn't a quote for liquidity, no,
18    because as we've talked about, liquidity is very
19    multifaceted and there's a lot of different
20    components that you would look at to inform your
21    view on liquidity generally speaking.  But in
22    terms of things you would look at, you know, you
23    might look at how other assets are performing
24    within crypto, Bitcoin, for example, et cetera.
25        Q.   So you mean the price of bit --

153

1    Bitcoin?

2         A.   You'd be looking --

3              MS. ZORNBERG:   Objection.

4         A.   So, no.   I mean looking at the health

5    of many market metrics that we've continuously

6    spoken about this morning.

7         Q.   Yeah.   So, for example, breadth?   Is

8    there's a quote you pull up for breadth or how

9    do you look at whether XRP is underperforming --

10             THE COURT REPORTER:   I'm sorry.

11        I can't hear you.

12        Q.   With respect to breadth, is there a

13   quote you could pull up or how do you determine

14   if XRP is underperforming when it comes to

15   breadth with respect to other assets?

16        A.   So breadth I would -- would refer to

17   it generally as how -- how many exchanges it may

18   be traded on, how widely accessible it is.   And

19   so that would be something you could look at --

20   how many exchanges XRP is traded on versus how

21   many exchanges Bitcoin is traded on, for

22   example.

23        Q.   And did you do that?   Did you look --

24   when you were considering underperformance of

25   XRP, would that mean that XRP was trading on

154

1    fewer exchanges than Bitcoin, for example?

2         A.   So we looked at a lot of different

3    metrics.  So I mentioned a lot of them and

4    I'll -- I'll continue to --

5         Q.   That's right, but I'm -- I'm -- right

6    now I'm just focused on breadth.

7         A.   Mm-hmm.

8         Q.   So --

9         A.   Yeah.  So we did absolutely look at

10   what -- how many exchanges XRP is trading on as

11   well as how many exchanges Bitcoin is trading

12   on, how many exchanges Ethereum is trading on.

13   We looked at --

14                  THE COURT REPORTER:  Which one?

15                  THE WITNESS:  Ethereum.

16                  MR. TENREIRO:  E-T-H-E-R-E-U-M.

17        Q.   So if -- at least from the perspective

18   of breadth, if XRP was trading on fewer

19   exchanges than other assets you might look at,

20   would you consider that to be underperformance?

21   I'm just focused on breadth.  I know there's

22   other factors.

23        A.   Right.  Yeah.  And by the way, breadth

24   is broadly defined.  I gave you an example of

25   number of exchanges that something is traded on.

155

1    That's an indicator of breadth, right?  Like --

2                    THE COURT REPORTER:  Excuse me.

3        Excuse me.  You have to slow down.  I

4        cannot take 300 words a minute.

5                    THE WITNESS:  Okay.  Sorry.

6        A.   Regarding breadth, I was explaining

7    that the number of exchanges that an asset is

8    traded on is illustrative of a given asset's

9    breadth, but it is not the only thing that you

10   can look at to understand the breadth of the

11   market.

12               So, for example, you could look at how

13   many exchanges it's traded on; the geography of

14   those exchanges.  You can look at volumes on

15   different exchanges relative to each other.

16   There's a whole bunch of different things that

17   you can look at in terms of breadth.  So number

18   of exchanges is not the only metric you look at

19   for breadth.

20       Q.   Did you, in fact, look at the

21   geography of the exchanges when you were

22   considering whether XRP had underperformed with

23   respect to other assets in the digital assets

24   space?

25       A.   We looked at a whole bunch of

1    different metrics.  I don't know in this

2    specific instance.  I don't even recall these

3    slides, so I don't know what exactly we looked

4    at in this instance.

5         Q.   Yeah, I'm not asking about in this

6    instance.  I'm asking in general.

7              Did you look at the geographic

8    exchange -- the geography of the exchanges?

9         A.   Yes.

10        Q.   And where did you present that

11   information?

12        A.   I recall discussing that in some of

13   our weekly meetings.  So it probably would have

14   been in some of those decks.

15        Q.   In the -- in the weekly meeting decks,

16   you would have put the geography of the

17   exchanges?

18        A.   Yeah.  I recall discussing it in at

19   least one of those meetings.  So I presume it's

20   in one of those decks although I don't recall

21   offhand exactly where.

22        Q.   And to the extent that you're looking

23   at the depth variable that affects liquidity, is

24   there a quote that you put -- that you pull up

25   or how do you measure whether XRP is

1    underperforming just with respect to the depth

2    variable?

3         A.   Sure.  Depth is, again, when you look

4    at an order book as an example, you look at the

5    size of the trades at a given bid and offer

6    price.  Right?  So an order book will have,

7    again, you know, bid side of the market, offer

8    side of the market, and the number of

9    participants who may be making markets at

10   various price points and for various sizes at

11   those various price points.

12            And so absolutely you would look at

13   what the depth for XRP looked like versus what

14   the depth, say, for Bitcoin looked like and

15   other comparable assets to understand if the

16   depth for XRP's order book liquidity was similar

17   to/less than bitcoin and Ethereum as one

18   example.

19        Q.   Right.  And I just want to make sure

20   I -- I understand you.  I -- I'm not -- I

21   appreciate what you would look at, but I want to

22   ask you did you look at that?

23        A.   Yes.

24        Q.   Okay.  And where would that be

25   reported?

158

1          A.    That was in conversations in our

2     meetings.  Primarily members of my team would

3     look at that through contacting exchanges and

4     our data team that could extract information

5     around an order book from an exchange.

6          Q.    And would you keep sort of a, you

7     know, written record of your comparisons of, you

8     know, the depth variable of XRP versus others?

9          A.    I'm not sure if there was a written --

10    I know we have a data team that kept composites

11    of tons of data, but I don't know where it was

12    kept.

13         Q.    Okay.  But it was in conversations?

14         A.    Yes.

15         Q.    Yes.  Okay.

16               And in terms of the price variable

17    component of liquidity, how would you do that?

18    Were there quotes you could pull up for that?

19         A.    Yeah.  We had publicly available

20    market data sources.  We mentioned some before

21    like ███████████████████ order books,

22    reports of trades related to ODL, et cetera.

23         Q.    Okay.  And so to the extent that you

24    might determine whether XRP was underperforming

25    with respect to the price variable, you would

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1    just compare the price of one to the other,

2    whether it, you know -- the change in price,

3    rather?  Is that what you would look at to

4    determine performance?

5         A.    That's one thing we would look at.

6         Q.    With respect to price only, what would

7    be another thing you would look at?

8         A.    How XRP would perform relative to

9    other digital assets.

10        Q.    Okay.  So relative price?

11        A.    Yep.

12        Q.    Okay.  And just to go -- to tie this

13   back to this exhibit, when you're talking about,

14   you know, "I am not sure how much of a focus

15   Brad will want on the underperformance of this

16   asset," what was the basis for that belief that

17   you were not sure or that uncertainty that he

18   would want to focus on the underperformance of

19   this asset?

20        A.    I don't even know what I'm referencing

21   in this specific comment here.  I don't recall

22   this deck so it's hard for me to make

23   assumptions.

24        Q.    Okay.

25              MR. TENREIRO:  Let's look at

160

1          Exhibit 10, please.

2                   (Whereupon, exhibit is presented

3          and marked SEC Madigan Exhibit 10 for

4          identification.)

5                   MR. TENREIRO:  That's going to be

6          two pages, RPLI_SEC 295506.

7                   Thank you, Ladan.

8                   THE WITNESS:  Thank you.

9                   MR. TENREIRO:  Here you go, Lisa.

10                  MS. ZORNBERG:  Thank you very

11         much.

12                  MR. TENREIRO:  No problem.

13                  THE WITNESS:  It's a little fuzzy

14         but I think I can --

15                  MR. TENREIRO:  Sorry.

16                  THE WITNESS:  Yeah.  I think I

17         can work out what it's saying.

18                  (Pause)

19    BY MR. TENREIRO:

20         Q.   Have you had a chance to look at this,

21    Ms. Madigan?

22         A.   Yes.

23         Q.   Do you see that there's some comments

24    that you're making to some document called

25    "Responsible Stewards of XRP"?

161

1        A.    Mm-hmm.  It appears that way, yes.

2        Q.    What -- what do you mean by

3   "Responsible Stewards of XRP"?  And if you

4   didn't draft it, what was meant at Ripple by

5   "Responsible Stewards of XRP"?

6        A.    Yes.  I recall Brad had asked the --

7   somebody named █████ from the cross-functional

8   team as well as the markets team to -- and a

9   couple others -- tax, legal, et cetera -- to

10  look at everything that Ripple was doing with

11  respect to its XRP.  So we talked about this a

12  little bit earlier, but kind of getting a better

13  handle across the company because there were

14  multiple groups that were dealing with XRP and

15  better understanding how it was being used, for

16  what purposes, et cetera.

17              And so that -- I think this was in

18  reference to that initiative that Brad had asked

19  for.

20       Q.    But what does it mean to be a

21  responsible --

22              THE COURT REPORTER:  The last

23        part I didn't hear.  "This was in

24        reference to that initiative" what?

25              THE WITNESS:  That Brad had