1          requested.

2          Q.   What does "Responsible Stewards of

3     XRP" mean?

4          A.   So I think -- I think being helpful to

5     XRP's liquidity development is how I would view

6     our mandate within the company as a responsible

7     steward of XRP.

8          Q.   Why would that make you responsible?

9     A responsible steward rather.  Why would it --

10    being helpful to XRP's liquidity development

11    make you a responsible steward?

12         A.   I think that was part of how I viewed

13    my mandate at the company in terms of building

14    healthy liquidity.  And so although responsible

15    stewards were not my choice, that's how I would

16    read that today.

17         Q.   Right.  So, no, I understand how you

18    viewed your mandate.

19              My question is, why would being

20    helpful to XRP's liquidity development make you

21    a responsible steward of XRP?

22         A.   Maybe it wouldn't because, again,

23    those weren't my choice of words, "responsible

24    steward," but how I view my responsibility and

25    any related comments I would have made that

1     related to my responsibility and my role.

2       Q.  All right.  Let's set this one to the

3     side.  I'm going to come back to it.

4       A.  Sure.

5       Q.  Let's look at Exhibit 65, please.

6       A.  Okay.

7         (Whereupon, exhibit is presented and

8     marked SEC Madigan Exhibit 65 for

9     identification.)

10           MR. TENREIRO:  I'm sorry.

11           Okay.  So this is a four --

12        five-page e-mail, RPLI_SEC 463382.

13          (Pause)

14     BY MR. TENREIRO:

15       Q.  Ms. Madigan, at the back of the e-mail

16     chain, on September 10th, 2019, at 10:02 a.m.,

17     you write Ms.        and to    who's, I

18     believe,

19       A.  Mm-hmm.

20       Q.  You write "Hope you're both well.

21     After last night's meeting, we thought we would

22     take a stab at putting together some prelim

23     materials covering a few of the below items,"

24     and the rest of the e-mail you've read.

25         Is this related to sort of

1    conversations you were having either with or

2    about the ▮▮▮ relationship?

3        A.    Yeah.    Although I don't recall this

4    specific e-mail offhand, it looks to be

5    referencing ▮▮▮

6        Q.    Okay.    When you say you're going to

7    put together some items, including, one, "Recent

8    and historical XRP performance," what are you

9    referring to with XR -- what are you referring

10   to as "XRP performance" there?

11       A.    Again, I don't know the specifics we

12   pulled together here, but consistent with, you

13   know, prior discussions we've had around XRP

14   performance, we tended to look at things like

15   volumes, spreads, exchanges, breadth, depth of

16   order book, et cetera.

17       Q.    Price as well?

18       A.    Price would be a part of it.

19       Q.    Okay.    Then you say "our role as

20   stewards of the asset."

21              What did you mean by "stewards of the

22   asset"?

23       A.    Again, I don't recall in this specific

24   instant, but -- instance, but I do recall that

25   Brad had asked us to put together that working

 1    group led by [  ] around whatever he called it
 2    in the last thing, "Responsible Stewards of
 3    XRP."
 4         Q.   Okay.  But what is -- so what is your
 5    understanding of what a steward --
 6                THE COURT REPORTER:  Could you
 7         repeat?  You broke up a little there.
 8                THE WITNESS:  Sure.  Me?
 9                THE COURT REPORTER:  Excuse me.
10         Repeat the answer --
11                THE WITNESS:  Me?
12                THE COURT REPORTER:  -- you were
13         saying there.
14    BY MR. TENREIRO:
15         Q.   "Whatever he called it..."
16                THE COURT REPORTER:  Yes.
17         A.   Yes.  The -- the -- the working group
18    that -- that Brad had asked us to create, he
19    called it the "Responsible Stewards of XRP."
20         Q.   And what do you mean -- what do you
21    mean by the word "stewards" of the asset when
22    you write those words here?
23         A.   Yeah.  I think if I were to interpret
24    it today -- because I don't recall exactly at
25    the time given whenever this was, a couple years

1  ago.  If I were to interpret this today, I would

2  think about it as Ripple is a large holder of

3  XRP.  Ripple cares about XRP's liquidity health

4  and development and so Ripple cares to see that

5  XRP has deep liquidity to support the scaling of

6  our flagship ODL product.

7      Q.  Okay.  Do you have an understanding

8  sitting here today whether XRP holders in the

9  market care about XRP's liquidity health and

10  development?

11     A.  I can't speak for other XRP holders in

12  the market but I presume they would.

13     Q.  You received XRP as compensation,

14  right?

15     A.  I did.

16     Q.  Okay.  As someone who received XRP as

17  compensation, would you want there to be healthy

18  liquidity for the XRP market so that you can

19  sell it?  You sold it all, right?

20     A.  I did sell it, right.

21     Q.  Okay.  So would you want there to be

22  healthy XRP liquidity so that you could sell it?

23     A.  Yes.

24     Q.  Okay.  When you talk in the front page

25  about "position ourselves as responsible market

1    leaders by addressing this volumes problem head

2    on," what do you mean by "responsible market

3    leaders"?

4         A.    Similar to what I mentioned before

5    around setting a good example in the crypto

6    industry.  We consider ourselves a company that

7    takes our -- our job seriously.  We want to have

8    credible resources.  This is referencing

9    ████████████████████████  which we spoke about

10   earlier, too.

11        Q.    Yeah.

12              Well, what is an example of being a

13   responsible market leader in this context?

14        A.    So I reference the ████████████████

15   ████  as one example because we realized through

16   public reports that  ████  -- there was allegations

17   that  ████  had bad volume data that may have been

18   falsified or had questionable sources.  And so

19   that was when I was asked to help look at

20   alternative data sources in the market to ensure

21   that we were using reliable data, working with

22   credible partners, and setting an example as --

23   as an industry leader.

24        Q.    And when you say "position ourselves,"

25   in front of who?  Position yourselves in front

1    of who?

2        A.    Sorry?  Where and what are you

3    referencing?

4        Q.    Just the very -- the very front where

5    you say "This is why I wanted that the third

6    topic - i.e. frame the problem (generically, and

7    objectively - not specific to ▮▮▮; explain our

8    role as stewards (which they should in theory

9    share); position ourselves as responsible market

10   leaders by addressing this volumes problem head

11   on."

12            "Position ourselves" in front of whom?

13       A.    So I mentioned earlier we have this

14   quarterly XRP markets report and that was the

15   primary method by which you would communicate to

16   the market.

17       Q.    So positioning yourself -- position

18   Ripple to the market at large as responsible

19   market leaders?  Is that what you meant?

20       A.    Yeah.  Let me reread exactly what I

21   said.  Yeah, position -- right.  Responsible

22   market leaders, yeah.

23       Q.    Okay.  And when you say "explain our

24   role as stewards (which they should in theory

25   share,)" what do you mean?  Is "they" referring

1    to _____?

2         A.   Let me reread it to make sure I'm

3    clear.

4         Q.   Please.

5         A.   It looks like I'm referencing ▇

6    there.

7         Q.   Okay.  Why -- why would -- why are you

8    saying "which they should in theory share"?

9         A.   So ▇ as I mentioned, is a party

10   that had a legacy contract that was a

11   long-standing relationship with Ripple.  And I

12   know that they were a big investor in our Series

13   B, so...

14              So presumptively they would care or

15   have similar views to Ripple, but that's me

16   being presumptive.

17        Q.   So you were presuming that ▇ would

18   have -- their interest would be aligned with

19   Ripple's?

20        A.   It depends on what issue you're

21   talking about.

22        Q.   With respect to being stewards.

23        A.   I don't know what -- whether they did

24   or did not share that view.

25        Q.   Right.

1        My question was whether that was your

2   view, that they should in theory want to also be

3   stewards like Ripple?

4        A.   The way that the sentence reads

5   implies, but I'm not clear on -- this is two

6   years old.  I don't remember what we were --

7   what I was thinking exactly at that time.

8        Q.   Later in that paragraph, you say "and

9   then pointing" out the -- "pointed out that, in

10  fact, we are going so far as to pause

11  programmatic sales altogether on our end."

12        Do you see that?

13        A.   I do.

14        Q.   Why would pointing that out to ███

15  be -- why would you want to do that?  Why would

16  you want to point that out to ███?

17        A.   So, again, I don't remember at this

18  exact time the context, but looking at it right

19  now, what I think makes sense in this context is

20  that -- that this -- we had -- we seem to be

21  referencing the problem in market data around

22  ██████████ and ████████████████ and the

23  differences there.

24        And ██████████ was falsely

25  inflating -- at least through allegations, we,

 1    understood they were falsely inflating volume
 2    numbers.  And so that would have led to higher
 3    programmatic sales as a percentage of overall
 4    market volumes if we were using bad data.
 5         Q.   And you're saying that you paused
 6    programmatic sales because you thought you were
 7    relying on bad data for the sales?
 8         A.   As I mentioned earlier, I think we
 9    received instruction to pause programmatic
10    sales.  There was a number of parties involved
11    in that decision, including our general counsel.
12    So I don't know -- I don't recall offhand
13    exactly if there was one or many considerations.
14    I'm sure there were many considerations at the
15    time as to that decision.
16         Q.   Okay.  Back to the one that I started
17    with earlier, which was Exhibit 10, I think you
18    still have it there, hopefully.
19         A.   It's stuck to my little bag here.
20         Q.   Okay.  So in Exhibit 10, you have a
21    comment to this "Responsible Stewards of XRP"
22    document --
23         A.   Mm-hmm.
24         Q.   -- at the back, please, that says
25    "Also re the first comment, I realize

1    was hard no but heard from Dinuka today and I

2    think ▮▮▮ sees a window."

3           What do you mean by that?  What are

4    you talking about?  Hard no on what?  Window for

5    what?  Can you please explain?

6        A.   Yeah.  Again, I'll just add the

7    context that I don't remember this offhand, but

8    reading it today and interpreting what I think

9    was meant.  So ▮▮▮▮▮▮ is someone at ▮▮▮ I

10   wonder what that noise was.

11       Q.   Low battery.  We're okay.

12       A.   Oh, okay.  So ▮▮▮▮▮ is somebody

13   at -- the senior guy, I don't know if he's the

14   CEO, but somebody senior at ▮▮▮ ▮▮▮ is the --

15   is the person who I mentioned, one of the people

16   who managed the relationship with ▮▮▮ And

17   presumably this is in reference to conversations

18   we've talked about earlier around concerns with

19   the large volume of one-directional flow that we

20   were observing from ▮▮▮ with respect to XRP.

21       Q.   And you think ▮▮▮ -- you say "I think

22   ▮▮▮ sees a window."

23           A window for what?

24       A.   Potentially to renegotiate the

25   contract.

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1       Q.   And is it fair to say -- we can go

2   through the contract if you need to refresh --

3   refresh your recollection, but based on your

4   memory sitting here today, is it fair to say

5   that at least the original contract -- I'm not

6   going to get into every specifics, but generally

7   ███   would buy XRP at a discount, a certain

8   amount of XRP at a discount, from Ripple and

9   then what you found out was that they were then

10  selling it?

11      A.   Yeah.  I don't recall the specifics of

12  the contract.  And, again, I wasn't there when

13  they originally -- the main recollection I have

14  around the contract was just that they were

15  receiving a lot of quantity of XRP.  I don't

16  remember at a discount, what discount, if a

17  discount.  And then they were selling a lot of

18  XRP.  And so the thing I remember focusing on

19  was that's a lot of XRP supply.

20      Q.   And do you recall having -- floating

21  suggestions in terms of renegotiating the

22  contract or one suggestion was let's just sort

23  of pay them out the benefit that they would make

24  in the contract in a way that reduces the XRP

25  supply that they might put out there?

```
 1                 MS. ZORNBERG:  Objection.
 2        A.   I don't recall the specifics of the
 3   ideas that were thrown out there.  I do recall
 4   we had a number of conversations with Chris
 5   Larsen,           people who had been involved
 6   in the original contract, and there were a lot
 7   of ideas that were being discussed.
 8        Q.   Okay.  We'll get to those.
 9             In the next line you say "Not sure we
10   can override CL, though."
11             Who is -- what is -- who or what is
12   "CL" there?
13        A.   Chris Larsen.
14        Q.   Why were you not sure if you could
15   override him?  What does that mean?
16        A.   Just probably what it says there,
17   which is that I wasn't sure if we could override
18   Chris Larsen.
19        Q.   With respect to what?
20        A.   I don't recall what specifically it
21   was that he wanted.
22        Q.   Why would you need to override him?
23        A.   If -- if we had an interest in doing
24   something that was different than what Chris
25   wanted, but I don't recall what that
```

1    specifically was in reference to here.

2         Q.   And why -- why couldn't you override

3    him?

4         A.   I said I'm not sure if we can.  So I

5    don't know.  Maybe we could.

6         Q.   Okay.  Then you say "We have to focus

7    on finding a way to get the supply back.  V

8    worried about XRP at .20 and lower otherwise."

9              What do you mean there?

10        A.   So, again, sig -- significant concern

11   around very large quantities of supply being

12   introduced all in one direction in single large

13   transactions has negative impact on liquidity.

14        Q.   Does "V worried" mean very worried?

15        A.   I'm not sure.  Wait.  Where are you

16   now?  This is in the last page, right?

17        Q.   Yes.

18        A.   Okay.  "V worried."  Yeah, probably

19   very.  Very.

20        Q.   And when you say "about XRP at .20,"

21   are you referring to the price of XRP?

22        A.   I am.  I appear to be referring to the

23   price of XRP, yes.

24        Q.   Okay.  When you say "I dread Q3

25   report," why do you -- are you referring to the

1    third quarter market report for XRP there?

2        A.   It looks that way.

3        Q.   Why do you dread it if you "don't take

4    swift, creative action now"?

5        A.   Because, again, the market --

6    receiving a report that there's a very large

7    supply hitting the market and then observing

8    one-directional flow is not a good -- it's not

9    helpful for liquidity.

10       Q.   Uh-huh.  And so I'm curious again.

11   We've talked about liquidity a lot.  We've

12   probably said it 500 times.  I still haven't

13   seen it in these documents.

14            So I'm trying to ask you, why didn't

15   you just use the word "liquidity" when you're

16   worried about liquidity?

17            MS. ZORNBERG:  Objection.

18            MR. ANELLO:  Yeah, I'm going to

19       object --

20            THE COURT REPORTER:  I'm sorry.

21       If somebody is talking right now, I can't

22       hear that person.

23            MR. ANELLO:  Yeah.  I -- I

24       believe your statement's inaccurate.

25            MR. TENREIRO:  Okay.

1          THE COURT REPORTER:  I can't hear
2     you, sir.
3          MR. ANELLO:  I said I believe the
4     statement was inaccurate.
5          THE COURT REPORTER:  And is this
6     Mr. Anello?
7          MR. ANELLO:  It is.
8          THE COURT REPORTER:  Thank you.
9  BY MR. TENREIRO:
10     Q.   Ms. Madigan?
11     A.   Yes?
12     Q.   The answer, please?  Why don't you use
13  the word "liquidity"?
14     A.   Oh, the -- we do use the word
15  "liquidity."
16     Q.   Why is it not in this document?
17     A.   I don't recall why that specific -- I
18  mean, I actually haven't read it for the word
19  "liquidity," so I could do that as well right
20  now.  It could have been used here.  If it
21  wasn't used, I don't know why.
22     Q.   Well, when -- when we've talked about
23  liquidity, you've given me, you know, a robust
24  answer of several -- several factors that go
25  into liquidity.

1          Do you recall doing that today?

2      A.   I do, many times.

3      Q.   Okay.  Many times.  It's sort of a --

4      A.   I'm sure you all do, too, and are sick

5   of it.

6      Q.   And -- and it's sort of -- there's a

7   lot of components to it, right?

8      A.   Yes.

9      Q.   So would you agree with me that it's

10  faster to just say liquidity?  Just save some --

11  saves some words, right?

12          MS. ZORNBERG:  Objection.

13     A.   No.  No.

14     Q.   No.  Okay.

15          Why not?

16     A.   Because liquidity has many components

17  that contribute to it.

18     Q.   And so is it fair to say, then, when

19  you refer specifically to -- to one of the

20  components, you're more worried about that

21  particular component at that particular time?

22          MS. ZORNBERG:  Objection.

23     A.   It depends on the context.

24     Q.   So, for example, here price?  For

25  example, here the price?

1        A.    For example, here the price?  What's

2    the question around my reference to the price

3    there?

4        Q.    Is it fair to say that when you call

5    out a particular component such as the price,

6    you might be more concerned about the price at

7    that particular moment?

8        A.    I'm not going to speculate as to

9    concern.  I -- it's clear that I was referencing

10   price here.  Again, I don't know that that means

11   that I was more concerned or less concerned.

12       Q.    Okay.

13       A.    That's just one attribute I called

14   out.

15       Q.    At the front of this exhibit, it says

16   "All upcoming XRP deals must be approved by the

17   markets team and fit into a specific framework.

18   Introduction of any XRP must fit into an XRP

19   inflation framework where XRP inflation of

20   circulating supply must be decreasingly

21   inflationary."

22             Can you please explain what you mean

23   by "decreasingly inflationary"?

24       A.    Yeah.  Well, first, I'll say I

25   think -- I don't recall writing this.  I think

180

1    this was a proposal put together by ▇▇▇▇    So

2    I'll start with that.  But I will read -- I am

3    happy to read it now and try to interpret

4    what -- so the question is decrease -- what

5    decreasingly inflationary means?

6        Q.  Yes.

7        A.  Okay.  Hold on.

8            So decreasingly inflationary would

9    mean as you introduce excess supply, the

10   inflation rate goes up.  So introducing less

11   supply would have an offset on increasing

12   inflation.

13       Q.  The inflation of what?

14       A.  So inflation measures the introduction

15   of supply and overall price on that, on a given

16   asset.

17       Q.  Sorry.  The -- "inflation measures the

18   introduction supply and overall price on that"?

19   I don't understand.  Can you explain what you

20   mean?

21       A.  So here we're talking about, it seems,

22   that -- the rate of XRP inflation relative to

23   other assets.  So -- with the -- yeah.  So -- so

24   it looks like we're referencing it relative to

25   Bitcoin.  So looking at the rate of introduction

1     of supply of Bitcoin relative to the rate of

2     introduction of supply of XRP.

3          Q.   And your goal was to get the rate of

4     introduction of XRP supply below Bitcoin's?

5          A.   Okay.  So I'm just going to remind you

6     that I didn't write this so I wouldn't call this

7     my goal.  But if I read this sentence again,

8     "Introduction of any XRP must fit into an XRP

9     inflation" -- yeah.  It looks like we are again

10    looking at the rate of XRP's inflation relative

11    to Bitcoin's inflation.

12         Q.   When you say "we" in that answer,

13    who's "we"?

14         A.   The many people that were involved in

15    this document.

16         Q.   Okay.  So I apologize for "you."  When

17    I mean "you," I just mean the people that are

18    involved, not specifically, but I'll try to be

19    clear --

20         A.   Yes.

21         Q.   -- because I want to make sure I

22    understand what the company's goal is, not

23    Breanne Madigan's necessarily.

24         A.   Right.

25         Q.   So here is it fair to say that the

1    team's goal as being described in this document

2    was to get the rate of inflation below

3    Bitcoin's?

4        A.   No.  I think this was a document that

5    was created to float a bunch of ideas.  Again, I

6    think ██████ had put this together, if I recall

7    correctly, and these were some ideas that were

8    floated, many of which I don't think were --

9    were eventually followed through on.

10             But, again, when I -- my memory when

11   Brad asked us to look at this was let's look at

12   everything that Ripple's doing with XRP and

13   let's think about, you know, getting that

14   information together, having a better

15   understanding about how Ripple is introducing

16   XRP to supply to the market, and ensuring that

17   we are behaving in ways that are helpful to

18   healthy XRP liquidity development.

19       Q.   And it -- thank you.

20             Is it fair to say, just to pick up

21   something from earlier, that you, meaning

22   Ripple, came to learn around this time, you

23   know, if not before, but that ████ was

24   immediately selling the XRP it received into the

25   market?

1     A.  I do not recall the date upon which we

2 learned of that ██ news relative to this

3 document.

4     Q.  Is it fair to say that you learned

5 that news at some point?

6     A.  Around -- sorry.  Clarify the

7 question.

8     Q.  Yeah.

9         Is it fair to say that at any point,

10 you know -- let's just talk about Breanne

11 Madigan -- you came to learn that ██ was

12 selling the XRP that it received into the

13 market?

14     A.  I did learn that, yes.

15     Q.  And do you know either way whether

16 Mr. Garlinghouse learned that?

17     A.  Yes.

18     Q.  Did he learn that?

19     A.  He did learn that.

20     Q.  And how do you know that?

21     A.  I just recall conversations.  I don't

22 recall exactly when, but there were

23 conversations on the matter.

24     Q.  You recall conversations on the

25 matter?

1          A.   Correct.

2          Q.   Did Mr. Larsen learn that?

3          A.   Yes.

4          Q.   And how do you know that?

5          A.   I don't know who informed him.

6          Q.   I'm sorry?

7          A.   I don't recall who informed him.

8          Q.   Okay.  Let's take a look at Exhibit

9    10, please.  We're at -- oh, sorry, we're at 10

10   now.  Eleven, please.

11         A.   Do I have that here?

12         Q.   No, not yet.

13              (Whereupon, exhibit is presented and

14   marked SEC Madigan Exhibit 11 for

15   identification.)

16         A.   Yeah.  I should just call out --

17         Q.   Yes.

18         A.   So on this prior e-mail that you were

19   referencing on that ███████████████     the

20   subject line was "██ follow-up and next steps"

21   in the e-mail --

22         Q.   I'm sorry.  Wait.  Exhibit 10 is

23   responsible stewards.

24              Are you talking about 65, ███████

25   follow-up and next steps"?

1      A.   I forget -- yeah, that one.  Yeah.

2      Q.   Okay.

3      A.   So there's a couple instances here

4   where the word "liquidity" is used.  I just

5   wanted to call them out.

6      Q.   Okay.

7      A.   So there is -- at the bottom of the

8   second page, just going in the order of where

9   they're presented, there's a bullet that starts

10  with              .."  Right?

11     Q.   Uh-huh.

12     A.   And in the second or third from bottom

13  line in the right-hand corner, "XRP liquidity"

14  is there.

15     Q.   Sorry.  I just -- I -- I want to hear

16  all of them, but this is --

17     A.   Sure.

18     Q.   -- this is referring to giving    the

19  necessary liquidity, right?

20     A.   So it says "So I think that we should

21  acknowledge (and appreciate) their efforts and

22  mention that we would cooperate with them to

23  ensure they have necessary XRP liquidity."

24     Q.   Mm-hmm.

25     A.   Yep.  So that's one.

186

1          Q.   I'm sorry, but I just want to make
2     sure I understand.
3               Is this referring to helping ▮▮▮ have
4     XRP liquidity?
5          A.   This is -- this is giving examples of
6     where the word "liquidity" is included in
7     communications, which you just previously said
8     it wasn't.  I just wanted to give you examples
9     of where XRP liquidity is, in fact, referenced
10    in our team's communications.
11         Q.   Okay.
12         A.   So that's one example.
13              And then if you flip to the next page,
14    there's a bullet -- the second bullet starts
15    with "They care about flexibility..."
16         Q.   Mm-hmm.
17         A.   There also is the word "liquidity."
18         Q.   Mm-hmm.
19         A.   So XRP liquidity.  Just -- just to
20    help give some examples around that word's use
21    in -- in the communication as well.
22         Q.   Right.  It seems like I was unclear.
23    I'm -- I'm sure the word "liquidity" is used.
24              My question, though, was, can you
25    point me to an example where you used the word

1   "liquidity" in the context of your concerns

2   about XRP's market liquidity?  How --

3              THE COURT REPORTER:  I can't hear

4        you.

5        Q.   Can you give me an example?  Can you

6   point me to where you use the word "liquidity"

7   in the context of your concerns about the

8   liquidity of XRP's markets?  Are you saying that

9   these are two examples of that?

10             MS. ZORNBERG:  Objection.  If you

11        want to show documents -- you're now

12        asking the witness to just come up in the

13        whole environment of her work with some

14        document to show you?  That's not how

15        depositions work.

16             MR. TENREIRO:  Okay.  Thank you,

17        Lisa.

18   BY MR. TENREIRO:

19        Q.   Can you answer, please?

20             MR. ANELLO:  What's the question?

21        A.   What's the question?

22        Q.   The question is, are you saying these

23   two examples where you're pointing out the word

24   "liquidity" are examples of you using the word

25   "liquidity" to express your concern about the

188

```
 1    liquidity of -- of the XRP market?
 2         A.    If you look through the document where
 3    I just pointed out, it looks like the author of
 4    those -- that e-mail was ████████████
 5         Q.    Mm-hmm.  So the answer is no?
 6              MS. ZORNBERG:  Objection.
 7              MR. ANELLO:  She gave an answer.
 8         Don't -- please don't be rude to her.
 9              MR. TENREIRO:  I'm just -- I just
10         want an answer to the question.
11    BY MR. TENREIRO:
12         Q.    Is this an example of --
13              MR. ANELLO:  She gave you an
14         answer.  You don't like the answer, but
15         she gave an answer.
16         Q.    Is this an example of people at Ripple
17    expressing a concern over the liquidity of the
18    XRP market in your mind when you read it?
19         A.    This is an --
20              MS. ZORNBERG:  Objection.
21         A.    Okay.  This is an example of an
22    employee at Ripple using the word "liquidity" in
23    the context of discussions around the XRP
24    market.
25         Q.    Okay.  And is it an example of an
```

1    employee at Ripple expressing concern over the

2    liquidity of the XRP market?

3              MS. ZORNBERG:  Objection.

4         A.   I don't know if I'd call it concern.

5    It's talking about ensuring necessary XRP

6    liquidity and caring about flexibility and

7    accessing XRP liquidity.  So these are all

8    things that are, you know, similar to what we

9    discussed before in terms of liquidity has many

10   components, right, and accessibility, many --

11   you know, having many exchanges traded, et

12   cetera, are all parts of a healthy liquid

13   market.

14        Q.   Okay.  Let's go to Exhibit 11.

15        A.   Sure.

16        Q.   Which is 463443 and it's a two-page

17   document.  I don't know if you've had a chance

18   to look at it.

19        A.   I haven't.

20        Q.   Okay.

21        A.   So if you don't mind waiting, I'd like

22   to.

23              (Pause)

24        A.   Okay.

25        Q.   Ms. Madigan, Mr. Samar -- Samarasinghe

1    here is writing you about ▮▮ talking points

2    for Brad," is that correct?

3         A.   It looks that way based on the subject

4    line in the e-mail.

5         Q.   Is it fair to say that these are

6    points that your team is drafting so that

7    Mr. Garlinghouse can talk to ▮▮ about the

8    situation we've been discussing with the

9    contract with Ripple?

10        A.   I don't know what the -- the specific

11   e-mail is referencing besides the fact that it's

12   clearly ▮▮. I don't know what the intention

13   from Brad's -- if he was having a conversation

14   or otherwise.

15        Q.   Well, were there occasions just

16   generally where you might help Mr. Garlinghouse

17   sort of come up with talking points that he

18   might use for conversations with, you know,

19   Ripple's business partners or anything like

20   that?

21        A.   I don't recall doing that very often,

22   if at all, but this suggests talking points.

23   I'm not sure what it was -- what it was being

24   used for.

25        Q.   Okay.   Fair enough.

```
 1              And so Mr. Samarasinghe says "Given
 2    XRP" as at -- "is at multiyear lows..."
 3              Multiyear lows with respect to what?
 4        A.   It looks like he's talking about
 5    price.
 6        Q.   Okay.  "And sentiment is poor," what
 7    does that mean?  When you read that, what do you
 8    understand that to mean?
 9        A.   Again, these are his words, not mine.
10    But when I read that, he -- he's probably
11    talking about market sentiment overall.
12        Q.   Can you explain what you mean by
13    "market sentiment"?
14        A.   Sure.  So "sentiment" is often used to
15    describe markets across the world.  So if people
16    are generally feeling positive about market --
17    about the markets, they'll say sentiment is
18    positive; if people are feeling negative, they
19    might say sentiment is poor.
20        Q.   And is it fair that Ripple wanted
21    there to be positive -- positive market
22    sentiment with respect to the XRP market?
23        A.   I think that's reasonable.
24        Q.   Okay.  And then he says "The problem
25    here is existential because it is a vicious
```

1   cycle."  He talks through ▊▊▊ purchases.  Then

2   he says "As ▊▊ sells, they drive the price

3   lower."

4           Do you see that?

5       A.   So S -- yeah, I do see that.

6       Q.   Is it fair to say that one of the

7   concerns the market team -- the markets team had

8   at Ripple with ▊▊ sales was that they could

9   drive the price of ▊▊ lower?

10      A.   So the focus is and has been on

11  liquidity, but price definitely impacts

12  liquidity.  And at lower price points, the

13  liquidity impact can be greater.

14      Q.   And then he says "This can turn

15  parabolic and go to zero very quickly."

16          Do you see that?

17      A.   Yes.

18      Q.   When you read that, did you understand

19  "go to zero very quickly" to be referencing the

20  price of XRP going to zero?

21      A.   I'm not sure what he was referencing.

22              MR. ANELLO:  You skipped several

23       lines in between.

24      Q.   Oh, go ahead and read them.  I'm --

25  and I'm not asking you what he's referring to.

1   I just want to understand, when you read it,

2   what did you understand?

3        A.   Yeah.  I don't recall at the time.  He

4   may be referencing price.

5        Q.   Do you understand it to be -- it's --

6   I really don't want you to tell me what he's

7   referencing because we can ask him.

8             When you read it, even sitting here

9   today, you know, just as someone who's his

10  coworker and who talked to him, when you read

11  it, what do you understand?

12             MS. ZORNBERG:  Objection; asked

13       and answered.

14       A.   I've already given an answer.

15       Q.   Can you please answer?

16       A.   Yes.  I -- I don't know what he meant

17  by this.

18       Q.   Okay.  I'm going to -- I'm going to

19  keep asking you, though.  What -- I don't want

20  to know what he meant.  I want to know what you

21  understand.

22             When you read this, what does this

23  mean to you?  Is it a reference to price or to

24  something else?

25       A.   It could be price.  It could be

1    something else.  I don't know.

2          Q.   What something else could it be?

3                MS. ZORNBERG:  Objection.  Asked

4          and answered several times now.

5                MR. TENREIRO:  It's not answered.

6          We're going to keep going.

7                MS. ZORNBERG:  She answered.  You

8          just don't like the answer.

9                MR. TENREIRO:  We still have --

10         how -- how much time do we have?

11               THE VIDEOGRAPHER:  We've been on

12         the record 2 hours and 59 minutes.

13               MR. TENREIRO:  All right.

14   BY MR. TENREIRO:

15         Q.   So what do you understand "go to zero

16   very quickly" to mean?  I think you said it

17   could be price; it could be something else.

18   What something else could it be in your

19   understanding?  Please don't speak to what he is

20   saying.  I can ask him.

21               MS. ZORNBERG:  Objection.

22               MR. ANELLO:  Yeah, I'm not --

23         you're really arguing with her and I

24         assume you don't mean to --

25               THE COURT REPORTER:  I cannot

```
 1            hear you, Mr. Anello.  You're going to
 2            have to come toward the microphone.
 3                    MR. ANELLO:  Okay.  You're --
 4            you're arguing with her.  You may be
 5            frustrated and I understand that, but
 6            please don't argue with her.  Just ask
 7            your question politely because she's
 8            answering politely.  That's the way we're
 9            going to continue to do it.
10                    MR. TENREIRO:  Okay.
11     BY MR. TENREIRO:
12            Q.   Ms. Madigan, your answer, please.
13                    MR. ANELLO:  Why don't we read
14            the question back.
15                    MR. TENREIRO:  Yes.
16            Q.   From your perspective, when you read
17     these -- when you read these words, is it a
18     reference to price or something else?  You said
19     it could be price; it could be something else.
20     What is the something else from your
21     perspective?
22            A.   I'm not sure.  It could be referring
23     to inflation.  It could be referring to price.
24     I'm not sure what was referenced here.
25            Q.   Okay.  I think this is a natural --
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

```
1    well, let's keep going.  Let's keep going.  All
2    right.  We can set this aside.  Thank you.
3                    MR. TENREIRO:  Let's look at
4        Exhibit 15, please.
5                    (Whereupon, exhibit is presented
6        and marked SEC Madigan Exhibit 15 for
7        identification.)
8                    MR. TENREIRO:  And 15 is going to
9        be RPLI_SEC 200768.  Yeah.
10   BY MR. TENREIRO:
11       Q.  Ms. Madigan, is it -- so you mentioned
12   you have some involvement at times with perhaps
13   making comments related to the market reports.
14   Is that fair?
15       A.  Yes.  So it was typically drafted by a
16   combination of multiple teams and then I would
17   typically read through and provide edits as and
18   if necessary.
19       Q.  What were the teams that might have
20   drafted it?
21       A.  So there was contributions from the
22   legal team, the markets team, the regulatory
23   team, the Xpring team, maybe biz dev from time
24   to time.
25       Q.  Biz dev?
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1    A.    Yeah.

2              THE COURT REPORTER:  I'm sorry.

3         Maybe what?  I didn't hear that.  Maybe

4         what from time to time?

5              THE WITNESS:  Biz -- sorry,

6         business development?

7         Q.    Who at the markets team would be

8    involved with the drafting, if anyone?

9         A.    So depending upon the quarter, it

10   could be                     It could be Dinuka.

11   It could be              There are a number --

12            other members of the team.  Depending on

13   the topic and who was available at the time.

14        Q.    And is it fair to say, as we've

15   discussed, the markets report -- the markets

16   reports were sort of information that Ripple

17   gave to the market?  So outward-facing

18   communications, is that fair?

19        A.    Yes.

20        Q.    And is it fair to say that there were

21   other outward-facing communications that Ripple

22   might engage in such as, you know, tweets or

23   videos or -- or posts on the website?

24        A.    Yes.

25        Q.    And did your team have involvement

1    from time to time, generally speaking, with

2    those as well?

3         A.   So from time to time, there might be

4    examples of Insights posts, for example, yes.

5         Q.   Insights?

6         A.   Yes.

7         Q.   Okay.  But is it fair to say that from

8    time to time your team had involvement with

9    those Insights -- Insights posts?

10        A.   Insights posts were drafted and

11   created by our comms team.  And then similar to

12   with the example I was just given with the XRP

13   markets report, we would be invited to edit or

14   comment as and if necessary.

15        Q.   And do I recall correctly that

16   you're -- you're saying that your team is now

17   under Ms. Monica Long?

18        A.   That's correct.

19        Q.   And she's a communications person?

20        A.   She was running marketing

21   communications and now she is the GM of RippleX.

22        Q.   Okay.  Got it.

23             All right.  So focusing on Exhibit 15

24   for a second, please, it says -- the draft

25   report says "In addition, the team announced it

1     has invested ███████████ in over 20-plus

2     companies and is building developer platform to

3     offer resources, such as tools, libraries and

4     services, to make it easy to build on the XRP

5     ledger and utilize interledger protocols."

6            Do you see that?

7         A.   I do see that.

8         Q.   And then you say "This could be seen

9     as a negative to the market, given the signif

10    quantity of XRP supply hitting market.  I might

11    prefer that we do not reference Xpring in this

12    report."

13           Do you see that?

14        A.   I do see that.

15        Q.   Why would this information be seen as

16    a negative to the market?

17        A.   So we spoke earlier about the negative

18    impact that significant quantity of supply,

19    especially in one direction, can have on the

20    market.  And communicating large quantities of

21    XRP hitting the market could have the impact of

22    drying up liquidity.

23        Q.   Well -- okay.  So is it fair to say

24    based on this comment that not all information

25    about potential XRP hitting the market was

1   necessarily voluntarily disclosed by Ripple in

2   the context of these reports?

3       A.   I don't recall whether or not this was

4   disclosed in that report.

5       Q.   Okay.  But we'll get to the report.

6   My question, though, is -- you're sort of making

7   a comment about why you don't think it's a good

8   idea to mention that in the report.

9           So my question is, given that you were

10  making that comment, is it fair to say that

11  Ripple wasn't always going to disclose all the

12  information it had about XRP hitting the market?

13              MS. ZORNBERG:  Objection.  And

14       also mischaracterizes the witness's prior

15       testimony.

16      Q.   Please answer.

17      A.   Can you repeat the question, please?

18      Q.   Yes.  I'm simply asking given -- given

19  that you're making this comment, is it fair

20  to -- is it fair for me to understand that there

21  might be situations where, you know, sort of in

22  the internal process, you decided this is not

23  information about XRP hitting the market that we

24  want to put out there because it might be

25  negative?

1       A.   I'm not so sure because I don't recall

2   whether or not we did or did not include that in

3   the markets report.

4       Q.   Okay.  Well, let's just look at it.

5               MR. TENREIRO:  Can you please

6           pull Exhibit 56?

7               (Whereupon, exhibit is presented

8           and marked SEC Madigan Exhibit 56 for

9           identification.)

10      Q.   And I just want to -- as she pulls it

11  out, I just want to refer you to the fact that

12  here it says "Draft Q2 2019 Markets Report."  So

13  I'm going to pull it and show you that one.

14      A.   Sure.

15              MR. TENREIRO:  And that's -- I

16          don't have a Bates for it, I think it's

17          pulled off the website, but it's Exhibit

18          56.

19              MS. ZORNBERG:  Oh, thank you.

20      Q.   And just -- do you have it yet?  Yeah.

21          Also, to help you -- you can read the

22  whole report, obviously -- but in your comment

23  on Exhibit 15, it says "I might prefer that we

24  do not reference Xpring in this report."

25              Do you see that?

1    A.   Are you talking about Exhibit 15?

2    Q.   Yes.

3    A.   Yes, I do see that.

4    Q.   Okay.  So -- and it talks about a

5    comment: "In addition, the team announced it

6    has invested ████ in over 20-plus companies."

7    That's the comment in Exhibit 15.

8         Do you see that?

9    A.   I do see that.

10   Q.   Okay.  Are you on page 5 of the

11   report, Ms. Madigan --

12   A.   I am.

13   Q.   -- where it says "Xpring"?  Okay.

14        (Pause)

15   A.   Okay.

16   Q.   So I guess my question is, did Ripple

17   end up disclosing, in this report at least, that

18   it had announced -- that Xpring had announced --

19   invested ████████ in over 20-plus companies?

20             MS. ZORNBERG:  Objection to form.

21   A.   I don't see it in the "Xpring"

22   section, I -- but I'm still scanning the whole

23   document.

24   Q.   Okay.

25        (Pause)

1          A.   I don't see it in the report.

2          Q.   Okay.  Is one of the reasons it's not

3     in the report because of the concern about how

4     it could be seen as a negative to the market

5     given the significant quantity of XRP supply

6     hitting the market?

7          A.   So as we've spoken about, the

8     one-directional flow in the market can have a

9     negative impact on liquidity.  And sometimes

10    statements around something like that could be

11    taken -- misinterpreted by the market as, for

12    example,  ███████  hitting sup -- being one

13    way sold immediately into market.  And so

14    that -- that would be misinterpreted.

15         Q.   Okay.  Is it fair -- sorry.  Are you

16    finished?  Yep?  Okay.

17              Is it fair to say that Ripple might,

18    from time to time, have information about XRP

19    supply that's hitting the market, such as the

20    example in Exhibit 15, that was not disclosed,

21    at least not in the market reports, for -- for

22    reasons such as the one you explained?

23         A.   Well, I want to clarify an assertion

24    you made in the statement which is incorrect,

25    which is that even if -- which, by the way, I'm

```
 1    not sure if          is true that they were
 2    investing in companies, that doesn't mean that
 3    that          in supply hit the market.  And
 4    so when you said          in supply hitting
 5    the market, if these companies were taking that
 6    XRP and using it in their platform without
 7    trading it, it wouldn't hit the mark.
 8         Q.   Right.  I was just -- I was just using
 9    your words, but that -- but that's okay.  We can
10    say, you know, let's -- let's rephrase the
11    question.
12              Is it fair to say that there might
13    have, from time to time, been an occasion where
14    Ripple had information about investments it had
15    made in companies, such as the ones described in
16    the draft report, that it might have chosen, for
17    whatever reason, not to include in the ultimate
18    report that was published?
19         A.   It looks to be that this is a
20    potential example.  However, the reason I'm
21    clarifying hitting the market is that the -- the
22    perception with a headline like          in
23    20 companies" could be read by the market as,
24    oh, that's          of supply Ripple dumping,
25    which, in actual fact, wouldn't have been the
```

205

```
 1    case here if these companies are taking the XRP
 2    and using it in a way that's driving utility.
 3              So the -- the potential for
 4    misinterpreting that headline is the reason that
 5    something like that can be extracted.
 6         Q.   Right.  Right.
 7              But when you say looks to be that this
 8    is a potential example, I just want to make
 9    sure.  This is a potential example of certain
10    information not making it at least in the market
11    reports for reasons such as the ones you
12    described?
13              MS. ZORNBERG:  Objection.
14         A.   I don't know.  I don't even know if
15    ▮▮▮▮▮▮▮ is the correct number.  I don't -- I
16    can't validate the 20 companies, et cetera.  So
17    I don't know if -- I don't know enough about
18    what happened with this XRP, et cetera.  But,
19    yes, if -- is this an example of where something
20    around XRP was discussed that didn't make it
21    into the markets report?  Yes.
22         Q.   Would -- would it be discussed
23    somewhere else, for example?  What -- where
24    would be the other places that I might look to
25    that it might be discussed?  I'm not asking you
```

1    to tell me what it was.

2         A.    Probably in something specific to

3    Xpring.

4         Q.    So, like, for example, the website or

5    the Twitter feed or what -- where would I, you

6    know --

7         A.    Yeah.   For example, this actually

8    references the team announced --

9         Q.    Mm-hmm.

10        A.    -- it has invested.   So it appears as

11    though there was an announcement already made to

12    the public around that activity.

13        Q.    Okay.   Announcements of this sort

14    would be, again, on the website, on a YouTube

15    video, Twitter, or --

16        A.    Could be all of the above.   I don't --

17        Q.    Okay.

18        A.    -- I don't know where they made this

19    specific announcement, but I do recall something

20    being publicly shared around the topic.

21        Q.    Okay.   And just a moment ago you

22    said -- and I'm just going to read what was

23    transcribed -- "However, the reason I'm

24    clarifying hitting the market is that the

25    perception with a headline like ███████ and

1    20 companies'" -- excuse me -- "'could be read

2    by the market as, oh, that's ████████ supply

3    of Ripple dumping." Why -- "which, in actual

4    fact, wouldn't be the case here if the companies

5    were taking the XRP and using it in a way that's

6    driving utility."

7         A.   Uh-huh.

8         Q.   Would the market perceiving Rimple --

9    Ripple dumping XRP be something that, you know,

10   the markets team -- the markets team did not

11   want to occur?

12        A.   So the markets team is focused on

13   developing healthy liquid markets for XRP.  As I

14   mentioned, if there's large one-directional

15   flow, it's not helpful to liquidity.  It tends

16   to be hurtful to liquidity.  And so with one

17   headline, as that example gave, there is

18   potential for the market to misinterpret a

19   statement like that as supply that's directly

20   hitting the market when, in actual fact, it

21   likely wasn't hitting the mark.

22        Q.   Let me just try to make sure I

23   understand.

24             If the market perceives, however

25   correctly or incorrectly, that there's going to

1    be more supply hitting the market such as

2    one-directional flow, how could that

3    perception -- not the actual flow, right,

4    because now I'm talking about the perception --

5    how would the perception affect the liquidity?

6          A.    So perception in all markets

7    influences people's decision around assets and

8    it's something that moves markets one way or

9    another.

10         Q.    So -- but to be specific about my

11   question, would it be -- would it affect

12   liquidity by people, like, pulling buy orders or

13   how would it affect liquidity?

14         A.    It's hard for me to say what people

15   will do based on a headline.  They make their

16   own independent decisions around the news that

17   they're reading.

18         Q.    Right.

19               I'm just trying to understand.  To the

20   extent you think that it might be negative

21   because it affects liquidity, like, can you tell

22   me in your head how the negative perception, you

23   know -- what -- what are the steps between the

24   negative perception and the, you know, bad

25   liquidity effect?

1         A.   As I mentioned, the goal of the

2     markets report was to communicate transparently

3     around what was happening.  And a headline like

4     that being misinterpreted is not actually

5     promoting transparency around XRP supply.

6         Q.   Okay.

7                   MR. ANELLO:  Could we take a

8          break?

9                   MR. TENREIRO:  Sure.

10                  THE VIDEOGRAPHER:  The time right

11         now is 2:31 p.m.  We're off the record.

12                  (Whereupon, a recess is taken.)

13                  THE VIDEOGRAPHER:  The time right

14         now is 2:48 p.m.  We're back on the

15         record.

16    BY MR. TENREIRO:

17        Q.   Ms. Madigan, at some point today, I

18    think you told me that Mr. Larsen attended the

19    weekly meetings that your team had, at least for

20    the first year or so that you were at Ripple, is

21    that correct?

22        A.   Yeah.  Just to clarify, the -- when

23    you say your team meetings, my team meetings

24    were separate from the Friday meetings.  The

25    Friday meetings had a group of attendees that

1  included many people including Mr. Larsen.

2      Q.  And what was his role at those

3  meetings?

4      A.  He didn't have an active role.  He

5  would usually listen in and occasionally ask a

6  question.

7      Q.  Did he -- did you update him as to

8  information that was happening at the company

9  and -- or with your team at those meetings?

10     A.  He received the same information that

11 everybody at the meeting received.

12     Q.  And were you delivering information to

13 participants at the meeting, at those meetings?

14     A.  Yes.  I was one of the people that

15 would deliver information at those meetings,

16 yes.

17     Q.  And who else was delivering

18 information?

19     A.  It depended on the week.  It could be

20 Ron.  It could be Ethan.  It could be Brad.

21     Q.  You said Ron, Ethan and Brad -- and

22 who?

23     A.  It could be Brad.  There were a number

24 of speakers depending upon the topics of the

25 week.

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

```
 1          Q.   Okay.  Were decisions presented to
 2     management at any of those meetings generally?
 3          A.   I just want to clarify.  So when you
 4     say "decisions presented," no.
 5          Q.   Sorry.
 6               Were -- were issues presented for
 7     decisions such as, okay, well, here's these two
 8     course of actions we're thinking.  You know,
 9     what do people think?
10               MS. ZORNBERG:  Objection as to
11          form.
12          A.   Can you clarify your question?
13          Q.   Yes.
14               At these Friday meetings, generally
15     speaking, would they include asking, you know,
16     Mr. Garlinghouse, Mr. Larsen or other people
17     that you consider management to make decisions
18     about potential courses of action?
19          A.   Potentially.
20               MS. LINSENMAYER:  Objection to
21          form.
22          Q.   You said "potentially"?
23          A.   Potentially.
24          Q.   Okay.  Let me -- let me move on from
25     that.
```

1          Did Ripple sell XRP to speculative

2    investors?

3          A.   So Ripple sold XRP through market

4    makers who then sold on exchanges.  And

5    speculators I'm sure were part of the people who

6    were buying the XRP through those exchanges.

7          Q.   When you -- and, you know, in

8    connection with your employment at Ripple, do

9    you, Ms. Madigan, understand that XRPs sold on

10   behalf of Ripple by market makers could be sold

11   to speculators on these exchanges?

12         A.   I'm sorry.  Can you say that one more

13   time?

14         Q.   Yes.

15         Do you, Ms. Madigan, have an

16   understanding that XRP sold on behalf of Ripple

17   by market makers could be sold to speculators?

18         A.   Yes.

19         Q.   Did Mr. Garlinghouse -- does

20   Mr. Garlinghouse have that understanding?

21         A.   I can't --

22              MS. ZORNBERG:  Objection.

23         A.   -- speak to Mr. Garlinghouse's

24   understandings.

25         Q.   Have you ever discussed with him, you

1    know, the subject of who -- who are these people

2    buying XRP on these exchanges?

3         A.   I remember broad discussions around

4    that.  More around geographies and -- and -- and

5    volumes on exchanges and general, sort of, data

6    around where it was being traded.

7         Q.   So more -- more geographies and

8    volumes than maybe like the identities of the

9    purchasers?

10        A.   Right.  So we --

11            MS. ZORNBERG:  Objection.

12        A.   We don't -- wouldn't -- so as I

13    mentioned before, we use -- we leveraged market

14    makers who would handle the selling of XRP on

15    our behalf.  Typically those market makers would

16    sell on exchanges and we would not be privy to

17    client data information on behalf of the

18    exchanges' clients.

19        Q.   Right.

20         So -- but beyond -- is it -- do you

21    think in your experience working for Ripple, you

22    could derive an understanding of who's

23    purchasing XRP at these exchanges from sources

24    other than, you know, the client data

25    information?

 1        A.   It would be hard to get that
 2    information without having access to the
 3    exchanges' client base.
 4        Q.   So the exchanges' client base is the
 5    only way you think that -- well, the
 6    exchanges' -- is the -- is the exchange client
 7    base data the only way to sort of identify
 8    whether purchases of XRP are speculative
 9    investors or something else?
10             MS. ZORNBERG:  Objection.
11        A.   There's probably other ways to gather
12    general market information.  Publicly available
13    sources; you know, websites that report on
14    market moves; talking to other market
15    participants for color, et cetera.  But given
16    Ripple doesn't have a trading desk, we don't
17    have direct relationships with the purchasers.
18        Q.   With who?
19        A.   The people who were purchasing through
20    the exchanges.  It was done through the third
21    parties, the market makers.
22        Q.   Right.
23             But is -- is it fair to say that -- I
24    mean, wasn't understanding the XRP markets
25    important to you all at Ripple?

```
1              MS. ZORNBERG:  Objection.
2        A.   I did -- I did attempt to understand
3    XRP markets, crypto markets, absolutely.
4        Q.   Did you ask -- for example, to try to
5    understand the XRP markets, did you ask the
6    market makers to give you sort of information
7    about the markets?
8        A.   Yes.  We regularly asked market
9    participants at their OTC desks for what we call
10   color, market color, regarding what they're
11   observing in the markets.
12       Q.   And in the context of these or other
13   conversations that you might have had to
14   understand the markets, it sounds like that's
15   the context in which you came to understand that
16   there could be speculators in the market as
17   well?
18       A.   Yeah.  I mean, in general -- I don't
19   know if it was through any one source.  There
20   was a number of sources we used to understand
21   whatever market dynamics we could around XRP and
22   around crypto markets broadly.
23       Q.   Okay.  So it -- it was through maybe a
24   number of sources that you, Ms. Madigan,
25   personally came to understand that there were
```

1    speculators in the XRP market.

2        A.    Yes.

3        Q.    Okay.  And so now my question is, did

4    you ever convey any of that information to

5    Mr. Garlinghouse such that you might have

6    conveyed to Mr. Garlinghouse and say, look, you

7    know, my understanding of the market is there

8    are some are speculators in the XRP market?  Did

9    you ever convey anything like that to him in sum

10   or substance?

11       A.    I don't recall anything specifically.

12   My sense is that it's widely understood that the

13   crypto markets are actively traded by

14   speculators.

15       Q.    And what's your sense based off --

16   based on?

17       A.    Again, those -- the many sources of

18   information.

19       Q.    Okay.  And when you say your sense is

20   that it's "widely understood," widely understood

21   you mean at Ripple or widely you understood in

22   the world?

23       A.    In the world.

24       Q.    Okay.  Does that include Ripple?

25       A.    Yes.

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1      Q.   Okay.  Is it your sense that it's

2   widely understood at Ripple that the XRP market

3   is actively traded by speculators?

4      A.   I don't know how many employees at

5   Ripple, you know, are focused on markets

6   specifically.  Certainly within the markets

7   team.

8      Q.   Okay.  So is it -- is it your sense

9   that it's widely understood at Ripple's markets

10   team that the XRP market is actively traded by

11   speculators?

12      A.   Yes.

13      Q.   Is it --

14            THE COURT REPORTER:  Actively

15       traded by?  I can't hear you.

16            MR. TENREIRO:  Speculators.

17      Q.   Answer again, please.

18      A.   Yes.

19      Q.   Okay.  Is it your sense that it's

20   widely understood by, say, Ripple's leadership

21   that the XRP market is actively traded by

22   speculators?

23            MS. ZORNBERG:  Objection.

24      A.   Yeah, I can't comment on speculating

25   around individual members of leadership teams'

1    view on the markets.

2        Q.   Well, have you ever, you know, given

3    information to, for example, Ripple's board that

4    might convey in sum or substance that the XRP

5    market is actively traded by speculators?

6        A.   So I never gave information to

7    Ripple's board.

8        Q.   Well, did you prepare -- did you help

9    prepare documents that might have been presented

10   to Ripple's board?

11       A.   So I recall -- I actually didn't even

12   recall, but -- except that you showed me a

13   document earlier where we were commenting on a

14   document that looked like it was for the board,

15   but I don't recall in particular --

16       Q.   Okay.  Let me --

17       A.   -- commenting on documents regularly.

18       Q.   I'm sorry?

19       A.   I don't recall --

20            THE COURT REPORTER:  I didn't

21        hear that.

22       A.   Sorry.  I don't recall frequently

23   working on documents for the board.  A document

24   that was presented to me earlier refreshed my

25   memory that I must have commented on something

1    for the board, but I don't recall that document

2    offhand.

3         Q.   Was -- did the markets team at Ripple

4    have a view as to whether the fact that the XRP

5    market is actively traded by speculators is good

6    or bad for the XRP market?

7         A.   No.

8         Q.   No view either way?

9         A.   No.

10        Q.   Is the -- is active trading by

11   speculators something that Ripple's market team

12   desires?

13        A.   We didn't have a view on good, bad or

14   otherwise.  That was just sort of a reality we

15   observed.

16        Q.   Did you ever take any steps to

17   encourage trading by speculators in the XRP

18   markets?

19        A.   No.

20        Q.   And I'm talking about the markets

21   team.

22        A.   No, none that I recall.  And, again,

23   actually, if I can ask you to clarify, I don't

24   want to speak on behalf of an entire team, but I

25   can speak to me.

1          Q.   Yeah.  Absolutely only speak on behalf

2     of your knowledge of the team.  Well, I'm asking

3     you a little broader than "you," just as --

4     as -- in your role as the head of

5     the institutional markets --

6          A.   Sure.

7          Q.   -- team.

8          A.   Sure.

9          Q.   But only whatever you know.

10              So as far as you know, did the XRP

11    markets team, you know, take steps to encourage

12    speculative trading in the XRP market?

13         A.   No.

14         Q.   And, again, only as far as you know,

15    did anyone else at Ripple take steps aimed at

16    encouraging speculative trading in the XRP

17    market?

18         A.   No.

19         Q.   If there were speculative trading in

20    the XRP market, would that affect the liquidity

21    of the XRP market?

22         A.   Any trading of an asset impacts its

23    liquidity.

24         Q.   Okay.  So how would trading by

25    speculators impact the liquidity?

1        A.    It could help liquidity if there was

2    more frequently traded volumes of XRP.  It

3    depends what they were doing, how -- in those

4    trades.  I mean, there's a lot of factors that

5    would impact XRP's liquidity.

6        Q.    So I guess if specula -- speculators

7    are trading in one direction, that would not

8    help the liquidity?

9        A.    No.  Well, it's -- speculators can

10   trade in many directions.  The one comment I

11   made previously, which I'll reiterate, is that

12   if there is significant one-sided flow in a

13   market, it can --

14             MR. TENREIRO:  Bless you.

15       A.    -- impact liquidity --

16             THE WITNESS:  Bless you.

17       A.    -- negatively.

18       Q.    Okay.  Fair enough.

19             Does that apply, though, to speculated

20   -- speculative flow?  If it's, you know,

21   significant one-sided flow by speculators --

22       A.    Yeah.

23       Q.    -- can that impact liquidity

24   negatively?

25       A.    Yeah.

222

```
 1          Q.   And does that apply to significant
 2     one-sided purchase flow, by flow?
 3          A.   Yeah.
 4          Q.   Does that impact liquidity negatively?
 5          A.   It can, yes.
 6          Q.   Okay.
 7          A.   Any one -- any significantly sized
 8     one-directional flow tends to have a -- a
 9     significant impact on liquidity.
10          Q.   And did Ripple's markets team, as far
11     as you're aware, ever take steps to try to sort
12     of make sure there wasn't too much, you know,
13     one-sided purchase flow by speculators in the
14     XRP market?
15          A.   No.
16          Q.   Okay.  Did anyone else at Ripple ever
17     make those efforts as far as you're aware of?
18          A.   Not that I'm aware of.
19          Q.   Okay.
20               THE WITNESS:  Let's look at
21          Exhibit 2.
22               (Whereupon, exhibit is presented
23          and marked SEC Madigan Exhibit 2 for
24          identification.)
25               MR. TENREIRO:  And this will be
```

1           RPLI_SEC 181347.  It's three pages.

2       Sorry.

3                   (Pause)

4    BY MR. TENREIRO:

5       Q.   Ms. Madigan, who is ███████████ or

6    ████████?

7       A.   I think he worked in the

8    accounting and ops team.  I can't recall

9    exactly.

10                  THE COURT REPORTER:  In the

11       accounting what?

12      A.   Oh, it says here "Revenue Operations

13   Manager," but I -- I can't recall exactly his

14   function.

15      Q.   Okay.  Do you see he references a BD

16   deal with ████████?

17      A.   I do.

18      Q.   What is ████████

19      A.   ████████ is a company that, again, I

20   don't know a ton about, but I know that they

21   offer -- I believe they offer FX services and

22   crypto services.

23      Q.   And do you see a reference to "our CTS

24   program"?

25      A.   Yes.

1      Q.   Sitting here today, do -- what do you

2  understand him to be referring to?

3      A.   So "CTS" was a term that was used

4  before I joined.  You can see here they're

5  talking about last December.  And I forget what

6  it stands for, but I know it was related to the

7  over-the-counter -- the OTC business, which, as

8  I mentioned, wrapped up pretty much when we --

9  when I joined.

10      Q.   Over-the-counter sales of XRP?

11      A.   Right.

12      Q.   Okay.  He says "As part of that deal,

13  they intended to source the XRP sold through

14  their mobile app to mom and pop crypto investors

15  through our CTS program."

16          Do you see that?

17      A.   I do see that.

18      Q.   And what did -- what did you

19  understand that to mean, that ▇▇▇▇ was going

20  to -- "intended to source the XRP sold through

21  their mobile app to mom and pop crypto

22  investors"?

23      A.   So I don't recall -- this was two

24  years ago at the time -- but I can attempt now

25  to interpret it.

1          Okay.  Reading it now, it looks to be
2     referencing that -- that        was seeking to
3     source the XRP from Ripple that they wanted to
4     use in their app.
5          Q.   And they wanted to sole -- sell it in
6     their app to mom and pop crypto investors?
7          A.   It looks that way.
8          Q.   Why would Ripple want to partner with
9     someone that was seeking to sell XRP to mom and
10    pop crypto investors?
11         A.   Well, this was done before my time, so
12    I'm not sure what -- why or how they came to
13    work with        in that regard.
14         Q.   Does this refresh your memory as to
15    whether Ripple took steps to get XRP into the
16    hands of mom and pop crypto investors?
17         A.   Again, this was done before my time,
18    so I'm not going to speculate around what Ripple
19    did or didn't do before when I was there.
20         Q.   And so just to be clear, "mom and pop
21    crypto investors," what -- what does that mean?
22    You know, what -- that seems like a term that
23    perhaps someone with your experience can
24    explain.
25              MS. ZORNBERG:  Objection.

226

```
 1          A.   Yeah.  I didn't write this and I don't
 2    know -- I couldn't recall, as you heard me say,
 3    which function ████ had.  So I don't know what
 4    he's referencing here.
 5          Q.   No, I understand you don't know what
 6    he's referencing.  My question is, when you read
 7    it, what do you understand?
 8          A.   "Mom and pop" to mean a -- a mom and a
 9    dad.
10          Q.   So, for example, like retail
11    investors?
12          A.   Perhaps.
13               MS. ZORNBERG:  Objection.
14          A.   I don't know.
15          Q.   Speculative investors?  Would that
16    cover that?
17          A.   I -- I --
18          Q.   What your understanding is.
19          A.   I do not know.
20          Q.   You don't know what your understanding
21    is?
22               MS. ZORNBERG:  Objection.
23          A.   No, I do not know what was meant here
24    because I did not write this e-mail.
25          Q.   Okay.  And in the front page it
```

1    says -- Mr. ████████ says "Sure, it might make

2    sense to loop ██████████ in this call as well

3    given he's probably closest to them with overall

4    relationship and CTS as part of a broader deal."

5                 Who is ██████████?

6        A.    ██████████ is a former employee of

7    Ripple who worked on the business development

8    team.

9        Q.    He did -- did he -- he did not work in

10   the -- in your team, in the market sales team?

11       A.    No, he worked in the business

12   development team.

13       Q.    And what was their role or what is

14   their role?

15       A.    Well, I don't --

16                 MS. ZORNBERG:    I'm sorry, what's

17           the question?

18                 MR. TENREIRO:    What is -- what is

19           ████ role?

20                 MS. ZORNBERG:    Today?

21                 MR. TENREIRO:    No.  What was his

22           role?

23       A.    So I -- I -- I did not run the

24   business development team, so I won't pretend to

25   know their -- their mandate in any level of

```
 1   detail.  But I know that          was --
 2   managed some clients of ODL.
 3        Q.   Okay.  Let's move to Exhibit 3.
 4              (Whereupon, exhibit is presented and
 5   marked SEC Madigan Exhibit 3 for
 6   identification.)
 7              (Pause)
 8        A.   Okay.
 9        Q.   Ms. Madigan, do you see this seems
10   to -- sorry.
11              MR. TENREIRO:  Did I read for the
12        record?  It's RPLI_SEC 478900.
13        Q.   This seems to reflect notes --
14              MS. LINSENMAYER:  Excuse me.
15        This is Robin.  Can you hold your
16        questioning, please, until the exhibit
17        comes through from Dugan?
18              MR. TENREIRO:  Sure.
19              MS. LINSENMAYER:  Thank you.
20              MR. TENREIRO:  It's on the
21        screen, Robin.  It's just that.
22              MS. LINSENMAYER:  Oh, it's just
23        that small part.  Okay.
24   BY MR. TENREIRO:
25        Q.   All right.  Ms. Madigan, would you
```

1    agree this appears to be minutes from some

2    meeting that was had between the comms team and

3    the markets team?

4          A.   It does appear to be the case.

5          Q.   Okay.  In the last asterisk,

6    Mr. Samarasinghe writes "The markets team

7    believes that communications should lead towards

8    the building of credibility with sophisticated

9    digital asset speculators."

10              Do you see that?

11         A.   I do see that.

12         Q.   Do you have any reason to -- do you

13   have any reason to doubt that that accurately

14   reflects the markets team's belief at the time?

15         A.   So this was obviously authored by

16   Dinuka.  And while he stated it was a statement

17   on behalf of the markets team, it's potentially

18   just his view.  And I don't recall the markets

19   team's view in May of 2020 with respect to this

20   specific topic.

21         Q.   At any time did the markets team have

22   the view that communications should lead towards

23   the building of credibility with sophisticated

24   digital assets --

25              THE COURT REPORTER:  I'm sorry.

230

1          Repeat.  I can't hear you, sir.

2          Q.   At any time did the markets team have

3     a view that communications should lead towards

4     the building of credibility with sophisticate --

5     sophisticated digital asset speculators?

6          A.   So I mentioned Ripple's general view

7     was that we wanted to be a responsible -- a

8     responsible company in the crypto space.  We

9     offered -- we offered transparency through those

10    markets reports and we always wanted to set an

11    example of credibility and working with credible

12    counterparts.

13         Q.   And why -- why -- why specifically,

14    though, credibility with sophisticated digital

15    asset speculators?  Why with them specifically?

16         A.   I don't know why he specifically chose

17    that subset in that specific bullet.

18         Q.   And what do you understand by

19    "sophisticated digital asset speculators"?  Not

20    what did he mean.  What did you understand?

21         A.   Yeah.  This looks to be referencing a

22    conversation around an article that had some

23    incorrect data on XRP.  So if you read through

24    it, it looks to be an attempt to correct some

25    mistakes that were in a publicly available

```
 1   article.
 2        Q.   And why -- why would Ripple want to do
 3   that?
 4        A.   Because Ripple was interested in
 5   sharing as much transparency as possible around
 6   XRP.  And it looks like it's referencing a
 7   mistake by -- I'm sorry, that was publicly
 8   available.
 9        Q.   And why was Ripple interested in
10   sharing as much transparency as possible around
11   XRP?
12        A.   For many of the reasons we've
13   discussed, which is we care about XRP.  We have
14   a lot of XRP.  It's critical to the function of
15   our ODL product and ensuring sufficient
16   liquidity, and healthy orderly markets is
17   something that we were focused on.
18        Q.   How is sharing as much information as
19   possible around XRP helpful to the functioning
20   of your ODL products?
21        A.   So, in general, as with traditional
22   markets, transparency in markets is helpful to
23   help people form a view on the markets.
24        Q.   When you said "traditional markets,"
25   what did you mean by "traditional markets"?
```

1          A.    Traditional financial markets.

2          Q.    Okay.  "Transparency in markets is

3     helpful to help people form a view on the

4     markets"?  Is that what you said?

5          A.    I believe.  I don't recall exactly

6     what words I just used.

7          Q.    Wouldn't transparency in markets be

8     helpful to help people form a view in the

9     markets?

10         A.    Transparency is helpful in all

11    markets, yes.

12         Q.    Okay.  And to the extent it's helpful

13    in helping people form a view, how would

14    transparency help people form a view?  A view as

15    to what?

16               MS. ZORNBERG:  Objection.

17         A.    A view on the market.

18         Q.    A view about what aspect of the

19    market?

20         A.    Any aspect that's being contemplated.

21    Here it looks like escrow.

22         Q.    Can I please ask you to take a look at

23    Exhibit 24, which is a five-page e-mail,

24    RPLI_SEC 478676.

25               MR. TENREIRO:  Thank you.  Here

1    you go.

2         MS. ZORNBERG:  Thank you.

3         MR. TENREIRO:  All right.

4         (Whereupon, exhibit is presented

5    and marked SEC Madigan Exhibit 24 for

6    identification.)

7    BY MR. TENREIRO:

8         Q.   And as you review, you know, there's a

9    number of subheadings.  Here I'm interested in

10   what Mr. ████████ wrote in "Infrastructure

11   Listings/Integrations," but take as much time as

12   you need --

13        A.   Thank you.

14        Q.   -- to review the e-mail, please.

15        A.   I will.

16        (Pause)

17        A.   Okay.  Sorry.  Can you remind me what

18   you said you wanted to focus on?

19        Q.   Yes.  Just the first part,

20   "Infrastructure Listings/Integrations."

21        A.   Sure.

22        Q.   You see there's -- there appears to be

23   a table.  It lists mostly exchanges, also at

24   least one custodian, at least on the first page

25   where it says "Top 10."

1          Do you see that?

2     A.   I do.

3     Q.   Is this conversation that you're

4 having with members of your team related to what

5 we discussed at some point earlier that there

6 might have been efforts by the team to get XRP

7 listed on the exchanges?

8          MS. ZORNBERG:   Object as to form.

9     A.   So we talked earlier about the

10 liquidity partnerships team which is -- ▮▮▮▮▮

11 leads, and their primary focus was to build

12 relationships with infrastructure partners

13 across the board and to understand whether XRP

14 was either already listed or had plans to be

15 listed and to just kind of keep in touch with

16 them so that we had a sense of what was

17 happening in the markets and what their plans

18 were with respect to XRP.

19     Q.   As far as you know, did Ripple engage

20 in efforts to persuade exchanges to list XRP?

21     A.   When you say "persuade" --

22          THE COURT REPORTER:   Repeat.

23      Repeat, please.

24     Q.   As far as you know, did Ripple engage

25 in efforts to persuade exchanges to list XRP?

235

```
 1                THE COURT REPORTER:  I'm sorry,
 2         to what XRP?
 3                MR. TENREIRO:  List, L-I-S-T.
 4                THE COURT REPORTER:  Thank you.
 5         A.   So I'd say Ripple in general is
 6    interested in seeing XRP trade on more
 7    exchanges, not less.  In the interests of
 8    liquidity we've talked about before, sort of
 9    breadth of the market, many access points to XRP
10    would be generally viewed as helpful for
11    liquidity.  And so Ripple does care to see that
12    XRP is trading on many platforms.
13         Q.   Okay.  But my question was, did Ripple
14    engage in efforts to persuade exchanges to list
15    XRP?
16         A.   I don't know --
17                MS. ZORNBERG:  Objection as to
18         form.
19         A.   Yeah, "persuade"?  I don't think I'd
20    use that word.  What we did do was engage with
21    -- I shouldn't say "we."        and         in
22    particular, did have these conversations with
23    exchanges to understand what they -- whether XRP
24    is already listed, if it would -- if not, would
25    it be listed.  Sometimes exchanges would ask for
```

1  information around XRP.  We might provide

2  helpful information around XRP and things like

3  that.  But I don't know if I'd call it

4  persuading.

5      Q.  Okay.  To the extent that there were

6  these conversations or interactions, perhaps

7  providing information, what would you call it?

8  Would you call it aiding or what would you call

9  it?

10     A.  Yeah, I -- I looked at this as sort of

11 relationship management.  That was the primary

12 focus.  Like, build relationships with these

13 platforms and -- and make sure that we know

14 where it's listed, if it's listed.  Is it

15 listed, you know, against one cross? many

16 crosses?  What sort of activities are happening?

17 Whatever.  So we can get a better sense of

18 what's going on on those exchanges and whether

19 they had intentions to -- to list XRP.

20     Q.  And when you say "cross," is that, for

21 example, XRP to U.S. dollar?  XRP to some

22 other asset?

23     A.  Yes, that's what I meant.

24     Q.  Okay.  And so -- and you wanted to

25 make sure that you knew where it's listed, if

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1  it's listed, if it's listed, you know, against

2  one cross, many crosses?  Is that correct?

3       A.   That is correct.

4       Q.   And did you want to know the liquidity

5  of those crosses as well?

6       A.   Yes.  Liquidity is always of interest

7  to us.

8       Q.   And did you come to find out

9  information about liquidities of those various

10  crosses?

11       A.   Where -- where exchanges were

12  comfortable sharing information, they would

13  generally do it in broad strokes because they're

14  not typically permitted to share really granular

15  data.

16       Q.   In the first one, it says ' ███

17  Exchange.  Goal:  List cash-settled XRP future

18  and options."

19            Do you see that?

20       A.   I do.

21       Q.   What is ███

22       A.   It's an exchange.

23       Q.   Okay.  Where is it located?

24  ███████████████████████████

25  ███████████████████████████

1      A.    Yeah.

2      Q.    It says "Met with Brad/███ in May,

3  unlikely to happen b4 SEC clarity on XRP."

4           Do you see that?

5      A.    I do.

6      Q.    What do -- what does that mean, "SEC

7  clarity on XRP"?

8      A.    Again, I didn't write this, but if

9  you're asking me to read it now and interpret

10  it, it looks like they were the feedback from

11  the ███ when the team met -- which looks like it

12  was Brad and ███████   The feedback was that they

13  were unlikely to list XRP until they had clarity

14  from the SEC on XRP status.

15     Q.    XRP status.  What do you mean, "XRP

16  status"?

17     A.    I assume they mean security versus

18  non.

19     Q.    Okay.  Did you come to learn that

20  there were other such potential partners for

21  Ripple that wanted to know the SEC's view on

22  XRP?

23     A.    I remember it came up in one other

24  conversation which was ███████   There may have

25  been others, but I don't recall specifics.

239

1          Q.    Which was ██████?

2          A.    ████

3          Q.    Can you spell that?

4          A.    ██████████

5          Q.    They also wanted to know the SEC's

6    view?  You remember that came up?

7          A.    Mm-hmm.

8          Q.    Okay.  And any other occasions where a

9    potential partner wanted to know the SEC's view?

10         A.    As I said, I -- I'm sure that came up.

11   It may have come up in more than just those two

12   examples, but I just -- I don't recall specifics

13   offhand.

14         Q.    What, if anything, did Ripple tell

15   those potential partners about the SEC's view of

16   XRP?

17         A.    Well, I wasn't in --

18         Q.    To the extent you know, obviously.

19         A.    Excuse me?

20         Q.    To the extent you know.

21         A.    Yeah.  So I -- as indicates with the

22   ██████  line right here, this meeting happened

23   before I joined, so I don't know -- and I was

24   not an attendee so I don't know what was

25   discussed or communicated.

1       Q.  I'm sorry, based on what?

2       A.  Brad and ████ met with them before I

3  joined.

4       Q.  You mean because it says May?

5       A.  Oh, well, it says that there, yes,

6  but, also, I just remember that it was before I

7  joined.

8       Q.  Okay.  But to the extent that, you

9  know, ████ might have asked or other partners

10  might have asked, what was Ripple telling them?

11       A.  Understood.  That that's your view.

12  No problem.

13       Q.  Did you provide them any information

14  about the SEC's view on XRP?

15       A.  I did not.

16             MS. ZORNBERG:  Objection.

17       Q.  Did you hear anyone at Ripple doing

18  that?

19       A.  I do not know.

20       Q.  Did you have discussions with anyone

21  at Ripple about the status of XRP under the

22  securities laws?

23       A.  I received --

24             MS. ZORNBERG:  Hold on one

25      second.  Just -- and, again, anything you

1          answer should not disclose any legal

2          advice.

3                    THE WITNESS:  Oh.  Well --

4                    MS. ZORNBERG:  So if it's -- if

5          it involves legal advice --

6                    THE COURT REPORTER:  I can't hear

7          you.

8                    MS. ZORNBERG:  I said that the

9          witness should not disclose anything --

10          any communications with her that involved

11          legal advice.

12                    MR. TENREIRO:  So let me try this

13          way because I believe she's right.

14     BY MR. TENREIRO:

15          Q.  So, you know, did you have

16     conversations with your coworkers outside of

17     lawyers, like, oh, I wonder what the status --

18     you know, what the SEC thinks of XRP?  Something

19     like that?

20          A.  No.  We received guidance from our

21     legal team regarding XRP status.

22          Q.  Okay.  And are you talking about

23     before you received -- you received -- before

24     the SEC filed a lawsuit?

25          A.  I don't recall -- it was soon after I

```
 1    joined that the legal team made me aware of the

 2    fact that the SEC was looking into this issue.

 3         Q.   Okay.  And I want -- okay.  Let's move

 4    on.

 5              And when you say "the legal team," are

 6    you talking about Ripple's in -- in-house

 7    lawyers or some -- some other lawyers?

 8         A.   Ripple's in-house lawyers.  Our

 9    general counsel and deputy general counsel.

10         Q.   Okay.  Other -- and just to be clear,

11    I think, just other than the guidance you might

12    have received from the legal team, did you have

13    conversations about that topic with anyone else

14    at Ripple?

15         A.   When you say "that topic," what do --

16         Q.   What the SEC thinks of XRP.

17         A.   No.  The general references were just

18    broad in nature.  That we were given guidance

19    that XRP is nonsecurities --

20         Q.   Don't tell me what the guidance was.

21         A.   Sorry.

22         Q.   Just -- so let me just do it

23    carefully.

24              You -- you said you "received guidance

25    from our legal team regarding XRP status."  I
```

1    don't -- thank you.  I don't want to know what

2    the guidance was.

3            Separate from the guidance you might

4    have received, did you have any conversations

5    with your coworkers about the -- the status of

6    XRP vis-a-vis the SEC?

7        A.    No.  Just the -- the extent of it

8    would have been we know that that's still

9    outstanding --

10       Q.    Mm-hmm.

11       A.    -- legally.

12       Q.    Right.

13       A.    And so, like, when ▊▊▊▊▊ for example,

14   that one's top of mind, because I remember them

15   saying "We wouldn't be comfortable listing that

16   asset until we have that clarity."  That type of

17   thing might have come up, but otherwise, no.

18       Q.    In the context of conversations such

19   as ▊▊▊▊  did Ripple express its views about the

20   status of XRP, you know, vis-a-vis the SEC?

21       A.    Did Ripple?

22       Q.    Yes.

23       A.    As a company?

24       Q.    Well, you know, a Ripple employee,

25   you, did you hear of someone?  I'm simply asking

1    for your knowledge of what a Ripple

2    representative might have expressed, if

3    anything, you know, when that question came up.

4         A.    I mean, that's super broad --

5                MS. ZORNBERG:  Objection.

6                (Indiscernible cross talk; reporter

7    requests one speaker.)

8         A.    Sorry.  I thought -- that question

9    seemed broad.  So you're saying specific to

10   ████

11        Q.    Well, yeah.  Let's start with ████

12        A.    Okay.

13        Q.    Did you hear anyone --

14               MR. ANELLO:  The question, as I

15          understand it, is what someone in Ripple

16          might have communicated to ████  Not

17          within Ripple, but to ████

18        A.    Okay.  So I was not on that call, so I

19   wouldn't be able to tell you what they said back

20   to ████

21        Q.    Well, did you hear -- you know, did

22   you hear somebody summarize the call in a way

23   that you might know what happened in the call?

24        A.    No.  Just that we understood they were

25   uncomfortable and were pending clarity.  And

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1    then when we would get clarity, we could

2    reengage.

3        Q.   More generally, beyond ███ if there

4    were questions that any potential partner asked,

5    was there sort of like a script that you were to

6    supposed to give them of like --

7        A.   No.

8        Q.   -- here's Ripple's --

9        A.   No.

10               MS. ZORNBERG:  Objection.

11               THE WITNESS:  Sorry.

12               THE COURT REPORTER:  Excuse me.

13       Let each other finish.  It's fast enough.

14               MS. ZORNBERG:  Zornberg.

15       Objection.

16               MR. TENREIRO:  I hadn't even

17       finished, but okay.

18               So this is Jorge again.

19   BY MR. TENREIRO:

20       Q.   More -- more generally beyond ███

21   was there some sort of script or answer you were

22   supposed to give about Ripple's views as to the

23   question of XRP status vis-a-vis the SEC if a

24   potential partner asked?

25               MS. ZORNBERG:  Objection.

1      A.   No.

2             THE COURT REPORTER:  If a

3      potential?  I can't hear you.

4             MR. TENREIRO:  A potential

5      partner asked.  Ms. Zornberg objected.

6      Ms. Madigan said no.

7             THE COURT REPORTER:  I'm sorry.

8      A potential partner ask?

9             MR. TENREIRO:  Asked, A-S-K-E-D.

10            THE COURT REPORTER:  Thank you.

11            MR. TENREIRO:  You got the

12     objection and the answer also?

13            THE COURT REPORTER:  Yes -- no,

14      not the answer.

15     A.   The answer was no.

16     Q.   Okay.  Let's move on.  Sorry.

17          Did -- did the markets team try to

18  influence the XRP derivatives market in any way?

19     A.   So what do you mean by "influence"?

20     Q.   Well, did you take any steps with

21  respect to the creation of an XRP derivatives

22  market, for example?

23     A.   So the markets team, in the way that I

24  was just describing previously, built

25  relationships with exchanges to better

1    understand what their plans were regarding XRP

2    market development initiatives.

3              So, for example, we might talk to an

4    exchange and they might say, "Hey, we list XRP

5    now."  And we might ask, "Do you have any

6    intentions of trading in the derivatives market,

7    creating a derivatives product?"  Et cetera.

8         Q.   And why would you ask those questions?

9         A.   Because it's helpful to know about

10   developments in the XRP markets and crypto

11   markets broadly.

12        Q.   For what purpose is it helpful to

13   know?

14        A.   Just to better understand upcoming

15   market developments.

16        Q.   Ms. Madigan, you have a Twitter

17   account?

18        A.   I do.

19        Q.   Okay.  And did there come times when

20   you tweeted tweets that might have been

21   suggested by Ripple's communications team?

22        A.   Yes.

23        Q.   Okay.

24              MR. TENREIRO:  Let's look at

25         Exhibit 69, please, which is a tweet of

```
 1          October 25th, 2019.
 2                    (Whereupon, exhibit is presented
 3          and marked SEC Madigan Exhibit 69 for
 4          identification.)
 5                    MR. TENREIRO:   One -- a couple
 6          here.   Three for Lisa.   Oops.   I'm so bad
 7          at that.   69.   69.
 8   BY MR. TENREIRO:
 9          Q.   Okay.   Is that your Twitter account?
10          A.   That is my Twitter account.
11          Q.   Okay.   I just -- did -- is this a
12   tweet that you sort of made on your own or was
13   this suggested by the Ripple's communication
14   team?
15          A.   I made on my own.
16          Q.   Okay.   And it says "Oh hello, Friday
17   rally."
18               Do you see that?
19          A.   Mm-hmm.
20          Q.   What do you mean by "rally"?
21          A.   I am talking about what I thought
22   would happen in the overall crypto market based
23   upon          tweet.
24          Q.   Based on whose tweet?
25                    THE COURT REPORTER:   Based upon?
```

1        I'm sorry, based upon what?

2                THE WITNESS:   The -- the author

3        is ▮▮▮▮▮▮▮▮▮▮▮▮

4        Q.   And what did you think would happen on

5   the overall crypto market based upon ▮▮▮▮▮▮

6   tweet?

7        A.   That China -- there was comments that

8   China was going all in on Blockchain tech across

9   their entire economy.  So I thought there was

10  going to be -- it would generate interest in

11  crypto broadly.

12       Q.   Does "rally" mean interest -- increase

13  in price?

14       A.   Well, it -- it can reference price,

15  yeah.

16       Q.   Yeah, I know, but I'm asking what you

17  meant in this tweet since you tweeted it.

18       A.   Yeah, I expected new participants to

19  come into the market on the back of China making

20  that announcement.

21       Q.   And did you expect that to increase

22  the prices in the crypto market?

23       A.   Potentially.

24       Q.   Okay.  Why is that something you

25  wanted to tweet about?

```
 1          A.   I was excited about new entrants
 2    coming into crypto.
 3          Q.   Okay.  Let's -- one second.
 4               MR. TENREIRO:  Yeah.  Let's look
 5          at Exhibit 67, please, which is a
 6          three-page e-mail, RPLI_SEC 200554.
 7               (Whereupon, exhibit is presented
 8          and marked SEC Madigan Exhibit 67 for
 9          identification.)
10               MR. TENREIRO:  Here you go.
11               (Pause)
12    BY MR. TENREIRO:
13          Q.   Ms. Madigan, this series of e-mails
14    around July 17, 2019, what are they about?
15          A.   It looks like this may be tied into
16    the previous markets report discussions that you
17    had raised.
18          Q.   And do you see there's a reference to
19    a tweet by            ?
20          A.   Yes.
21          Q.   Who is that?
22          A.   I forget where -- I think he worked at
23               but I'm not certain.
24          Q.   What's
25          A.   It's a crypto research platform.
```

251

```
 1          Q.   Okay.  When you write on the first
 2    page "Totally agree on the messaging.  This
 3    report is a big opportunity for us to shift the
 4    narrative here and sentiment moves markets,"
 5    what did you mean by "sentiment moves markets"?
 6          A.   I'm sorry, where are you?  I'm look --
 7    at the beginning part of the e-mail or where --
 8          Q.   At the front page.
 9          A.   Okay.  Sorry.  Let me read it.  Okay.
10    Excuse me.
11          Q.   No problem.
12          A.   And -- sorry, repeat the question.
13          Q.   Yes.
14               What did you mean by "sentiment moves
15    markets"?
16          A.   We talked about this before a little
17    bit and "sentiment" is just a word used to kind
18    of characterize how people feel about the
19    market.
20          Q.   If people feel good about the market,
21    how does that move the market?
22          A.   Well, it depends if they want to buy,
23    if they want to sell.  You know, not -- you
24    can't -- I can't generalize for how individuals
25    react across the entire market.
```

252

```
 1        Q.    You say here "sentiment moves
 2   markets."  So you're not talking about the
 3   entire market there?
 4        A.    Sent -- so --
 5              MS. ZORNBERG:  Objection.
 6        A.    Yeah.  No, I'm not talking about the
 7   entire -- I mean, sentiment is something that
 8   can have an impact on how people trade in the
 9   markets.
10        Q.    Okay.  When you -- when you say "moves
11   markets," are you talking about the price in the
12   market or what -- or something else?
13        A.    Could be how they trade, what they
14   trade, what they choose to trade, how they --
15   how they choose to trade.
16        Q.    Okay.  But can you -- you just give me
17   examples of how, in your view, sentiment moves
18   markets?  So what -- you know, an example with
19   good sentiment, an example of bad sentiment, how
20   the market might move?
21        A.    Yeah.  So good sentiment might make
22   people want to buy.  Good sentiment might make
23   want to people shift into different assets.
24   Good -- bad sentiment might make me want to
25   sell.  There's -- there's many different ways to
```

1    interpret that.

2        Q.   Okay.  Is it fair to say that you

3    wanted to shift the narrative with the report

4    that you're discussing in these e-mails?

5        A.   So I don't recall this specific

6    e-mail, but I do recall that ▮▮▮▮▮▮ -- or

7    however you say his name -- would often issue

8    statements and reports around XRPs, some of

9    which had misinformation.

10       Q.   And is it fair to say that you wanted

11   to -- Ripple wanted to correct that

12   misinformation to the extent it was out there by

13   miss -- you know, by ▮▮▮▮▮▮

14       A.   Yes.

15            THE COURT REPORTER:  Cannot hear

16       you.

17       Q.   I said is it fair to say that you

18   wanted -- that Ripple wanted to correct that

19   misinformation to the extent it was out there

20   by -- put out there by ▮▮▮▮▮▮

21            And the answer?

22       A.   Yes.  In general, Ripple is focused on

23   having transparency around XRP in the market.

24       Q.   Okay.  In the second page of the

25   e-mail, it says -- you say "Worth highlighting

```
1    that we haven't contemplated incorporating any

2    commentary re: insiders' selling, which

3    spends" a bit -- "a fair bit of time on (and my

4    view is that we should not.)  LMK" -- I assume

5    that means let me know -- "if differing opinions

6    here."

7              Do you see that?

8         A.   Mm-hmm.

9         Q.   Okay.  Yes or no, please.  Sorry.

10   Just --

11        A.   Yes.

12        Q.   Okay.

13        A.   I see that.

14        Q.   Why was it your view that you should

15   not spend time on commentary re: insiders'

16   selling?

17        A.   I'm not -- I don't remember what this

18   specific          linked comment here ref --

19   referenced.

20              MR. TENREIRO:  Let's pull up

21         Exhibit 68, please.  See if she remembers.

22              (Whereupon, exhibit is presented

23         and marked SEC Madigan Exhibit 68 for

24         identification.)

25   BY MR. TENREIRO:
```

255

```
 1          Q.   Exhibit 68 is going to be a tweet of
 2    July 17th, 2019.  And you can verify that the
 3    link is the same one included in the e-mail
 4    chain that we're discussing in Exhibit 68.
 5               (Pause)
 6          Q.   Ms. Madigan, is it fair to say
 7    generally that the tweet in question refers to
 8    his deep dive on XRP circulating supply?
 9          A.   It appears to focus on that, yes.
10          Q.   Okay.  So going back to the exhibit
11    and with the tweet for context, can you please
12    explain why it was your view that you should not
13    spend time incorporating commentary on insiders'
14    selling?
15          A.   I don't recall why at that point in
16    time I wrote this.  However, if I look at it
17    today, when I read the -- this thread from
18    ████████   it seems like these are individuals,
19    not -- not Ripple.  And -- and our general
20    approach was to comment on what Ripple was doing
21    with its stake.
22          Q.   And why is that?  Why was that,
23    rather?
24          A.   Why was what?  Sorry.  Clarify the
25    question.
```

```
1          Q.   Yeah.  Why was it your general
2     approach to comment on what Ripple was doing
3     with its stake, not the individuals?
4          A.   Because I'm an employee of Ripple and
5     focused on the mandate of my job, which was
6     focusing on Ripple's XRP supply.
7          Q.   And did Ripple have information about
8     what individuals were doing with their XRP?
9          A.   I did not, but others may have.
10         Q.   Okay.  And but -- so I'm trying to
11    understand.  I think earlier you mentioned
12    transparency is good for markets and -- and I
13    think you also said generally that Ripple wanted
14    to encourage transparency in these markets.  I
15    think you even said it might help your ODL
16    product.
17              So to the extent that you had
18    information about individuals' activities with
19    respect to XRP, why was it your view that you
20    should not discuss that information?
21              MS. ZORNBERG:  Objection.
22         A.   Again, I viewed my focus and my role
23    as communicating around Ripple's stake of XRP
24    and different initiatives and activities related
25    to that.
```

1       Q.   Would transparency about individuals'

2   activities with respect to XRP be helpful or

3   hurtful to the XRP market in your view?

4       A.   I -- it depends on what that activity

5   is and I was not privy to that activity.

6       Q.   And so when you said your view -- your

7   -- it -- "and my view is that we should not,"

8   the reason for that was because you thought

9   Ripple shouldn't comment on what other people

10  were doing with their XRP, in other words?

11      A.   Again, my focus was on Ripple's stake

12  of XRP and the activities around that.  And so

13  that's what I was focused on.

14      Q.   If there was -- oh, never mind.

15           Okay.  Let's -- one second.  Let's

16  look at 70, please.

17           MR. BAMBERGER:  Jorge, before we

18       go on to Exhibit 70, can we get Exhibit 68

19       circulated?

20           MR. TENREIRO:  Dugan, did you get

21       68 circulated?

22           MR. BLISS:  This is Dugan.  Yes.

23       I'm sorry.  I had a network problem.  It

24       shut down for a couple of minutes.  But

25       they're being circulated right now, 68 and

258

```
 1            70.
 2                 MR. TENREIRO:  Thank you.  Thank
 3            you, Nowell.  Thank you, Daphna.
 4                 (Whereupon, exhibit is presented
 5            and marked SEC Madigan Exhibit 70 for
 6            identification.)
 7            A.    Okay.
 8            Q.    Oh, sorry.
 9                 MR. TENREIRO:  Okay.  For the
10            record, Exhibit 70 is RPLI_SEC 261522, a
11            two-page document.
12            Q.    Ms. Madigan, do you see a reference to
13       FUD, F-U-D, in this e-mail?
14            A.    Yes.
15                 MS. LINSENMAYER:  Jorge, please
16            hold your questioning until we receive the
17            e-mail from Dugan.
18                 MR. TENREIRO:  It's on the
19            screen, but okay.
20                 MS. LINSENMAYER:  Yeah, it's
21            multiple pages and it's not really
22            feasible to scroll through it.
23                 Okay.  It arrived.  Thank you.
24                 MR. TENREIRO:  Great.
25       BY MR. TENREIRO:
```

1      Q.   Ms. Madigan, for the record, what does

2   "FUD" refer to, F-U-D?

3      A.   Fear, uncertainty and doubt.

4      Q.   Okay.  There's an e-mail from

5   Mr. Garlinghouse on August 15, 2019, copying you

6   and others.  He says "Team, I will not be on the

7   call this morning - but I'm curious."  You

8   know, I'm skipping a little bit, but -- well,

9   let me just read.  "I'm curious (in light of

10  what appears" to be -- "what appears to me to be

11  an increasingly level of FUD and generally false

12  narratives about Ripple and XRP) whether this

13  group has done (or can do) some brainstorming

14  about whether we should proactively correct the

15  record on critical points that seem to be

16  persisting.  I would assert that our silence

17  isn't good for anyone in the XRP system."

18          Do you see that?

19      A.   I do.

20      Q.   Do you agree with Mr. Garlinghouse's

21  assertion that Ripple's silence isn't good for

22  anyone in the XRP ecosystem?

23      A.   I -- my view is that transparency with

24  respect to XRP and Ripple's activity with XRP

25  is -- is helpful to the market and that if

1    there's misinformation in the market, it's

2    helpful to correct it.

3         Q.   Does that view apply, though, with

4    respect to activities by individuals that hold

5    XRP that are not Ripple?

6              THE COURT REPORTER:  Repeat the

7         last part.  I can't understand that.

8         Q.   Does that view apply, though, with

9    respect to activities by individuals that are

10   not Ripple that hold XRP?

11        A.   Excuse me.  I do not feel -- did not

12   have appropriate information nor did I feel in

13   any way responsible for commenting on

14   individuals' stakes and what they were doing

15   outside of Ripple.

16        Q.   Then Mr. Will asks you, it seems, "Any

17   sense of FUD of what he's talking about?"

18              Do you see that?

19        A.   I do see that.

20        Q.   And you respond "Some of" the art --

21   "some of those articles Dinuka linked in the

22   deck.  Twitter verse doesn't like hearing about

23   another 1bn XRP on Coil either.  It's the same

24   narrative about us 'dumping' XRP on the market."

25              Do you see that?

261

```
1           A.   I do.  Excuse me.
2           Q.   What does "Twitter verse" mean?
3           A.   So there's -- it refers to comments on
4      Twitter.
5           Q.   Okay.  And you say here "Twitter verse
6      doesn't like hearing about another 1 billion XRP
7      on Coil either."
8                What do you mean there?
9           A.   So I don't recall exactly what the
10     "Coil" reference is, but -- but the general
11     sentiment in reading it right now is that in
12     linking Brad's e-mail to my response, it appears
13     to be that there's a -- a narrative in the
14     Twittersphere that Ripple's dumping and it
15     seemed like it was incorrect information.
16          Q.   Okay.  And what's the basis for your
17     assertion that the narrative on Twitter is that
18     they don't like Ripple's dumping of XRP?
19          A.   I don't recall, you know, what I
20     looked at at that point in time, two years ago,
21     but in general, as -- as Brad's e-mail notes,
22     false narratives are not helpful and we -- we
23     tended to take an opportunity to correct false
24     information where possible.
25          Q.   Why?
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

262

1          A.    Because Ripple believes that

2    transparency around XRP and our activities with

3    XRP is good, responsible behavior.

4          Q.    And why would the Twitter verse not

5    like dumping of XRP on the market?

6          A.    So we talked earlier about how large

7    one-sided trades can be disruptive to liquidity.

8    And so if there's misinformation about large

9    one-sided trades, that would not be helpful to

10   liquidity and it would not be helpful to the ODL

11   product.

12         Q.    Have you heard of the term "whale" in

13   the context of crypto markets?

14         A.    I have heard the term.

15         Q.    What does it mean?

16         A.    Well, I've never used it, but I --

17   I've seen it used and I think it references

18   people who are large holders of -- of crypto.

19         Q.    Have you ever seen the Twitter verse

20   not liking hearing about large unidirectional

21   buys of XRP in the market?

22         A.    I do not know.

23         Q.    Have you ever had occasion to express

24   to your coworkers that, you know, you're con --

25   that you've seen a concern on Twitter because

1    there's just too many buys in one direction in

2    the XRP market?

3         A.   I don't recall.

4         Q.   And here you were talking about --

5    did -- did Ripple take any steps to, you know,

6    talk about false narratives with respect to 1

7    billion XRP on Coil?

8         A.   I don't remember in specific reference

9    to Coil, but I know that over the past two-plus

10    years I've been at Ripple, we have in some

11    instances taken the opportunity to correct false

12    information.

13         Q.   But who's Coil or what is Coil?

14         A.   Coil is a company.  I don't recall

15    exactly what they do, but I know they were

16    affiliated with Xpring.

17         Q.   And what information was false in this

18    context?

19         A.   I don't recall because I don't recall

20    this specific example.

21         Q.   Okay.  But if -- so in your -- in your

22    employment at Ripple, if there was false

23    information or what you perceived to be false

24    information with respect to Ripple's activities,

25    you felt like that needed to be addressed.

264

```
 1            Is that fair?
 2                 MS. ZORNBERG:  Objection as to
 3          form.
 4       A.   Yeah.  Here --
 5       Q.   Yeah, I'm taking a step away from the
 6    e-mail for one second.
 7       A.   Sure.
 8       Q.   I'm just asking generally.
 9            If -- if -- if you saw or perceived in
10    the market what you perceived to be false
11    information about Ripple's activities, that's
12    something that you might consider addressing?
13       A.   Yeah.  The comms team might consider
14    addressing.
15       Q.   And is it fair to say that sometimes
16    you might be involved in, you know, how to
17    address those -- those issues?
18                 MS. ZORNBERG:  Objection.  "You"
19          is unclear.  And you're asking it as an
20          "if" question, as a hypothetical?
21                 MR. TENREIRO:  No.
22       Q.   Is it fair to say that sometimes you
23    were, in fact, involved -- you, Ms. Madigan,
24    specifically were, you know, involved with the
25    comms team's considerations of possible ways to
```

265

1    address misinformation in the market about

2    Ripple's activities?

3         A.   I would not say that I was involved

4    with the ways to correct misinformation.

5    However, periodically the comms team might reach

6    out and say, This looks false.  Is this correct

7    or -- is it correct or incorrect?  Can you

8    check, you know, XYZ data point?  And we --

9    somebody on my team might assess the data and

10   respond.

11        Q.   So almost like providing them the data

12   to respond?

13             THE COURT REPORTER:  Repeat.

14        Q.   Almost like providing them the data to

15   respond?

16             MS. ZORNBERG:  Object to form.

17        A.   Not necessarily, no.  It was -- we

18   would answer the question that they would pose.

19   So it's not providing the data per se.  The

20   comms team would make the decisions around if

21   they wanted to reach out and correct the record.

22        Q.   Okay.  And with respect to activities

23   by Coil, would you consider that to be

24   activities by Ripple or activities by somebody

25   else?

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

266

```
 1              MS. ZORNBERG:  Objection.
 2         A.   I don't know Ripple's relationship
 3    with Coil.
 4         Q.   Well, to the extent that you're
 5    talking about Coil here, you -- I think you said
 6    you believed they were related to Xpring, right?
 7         A.   Yeah.  That's my vague recollection,
 8    but I don't recall specifically what Coil did or
 9    what the relationship was between Ripple and
10    Coil.
11         Q.   And do you recall -- or we can go back
12    to the exhibit -- where there was a comment to
13    the market report about announcements of
14              deals with 20 companies on Xpring.
15              Do you recall that generally?
16         A.   I do.
17         Q.   And that was with respect to Xpring,
18    right?
19         A.   That was, yes.
20         Q.   Okay.  So when you were considering
21    information in the market, the Xpring companies,
22    would you consider those part of Ripple's
23    activities or separate activities?
24              MS. ZORNBERG:  Objection.
25         A.   I'm not familiar enough with -- with
```

267

1    Xpring in any granular detail to comment on

2    their relationships with these external

3    companies.

4         Q.   Okay.

5              THE COURT REPORTER:  I'm sorry.

6         "With Xpring in any granular detail" --

7         repeat.

8         A.   Okay.  I'm not familiar enough with

9    Xpring's relationships with any of these other

10   companies to comment.

11        Q.   And the term "FUD" -- fear,

12   uncertainty and doubt -- does that include

13   misinformation?

14        A.   I -- well, I -- "FUD" is a term that I

15   heard through Brad.  I don't know how it's

16   legally defined.

17        Q.   What does it mean to you? is the

18   question.

19        A.   Yeah, some -- sometimes it could be

20   coupled with misinformation.

21              MR. TENREIRO:  Let's look at

22        Exhibit 71.

23              (Whereupon, exhibit is presented

24        and marked SEC Madigan Exhibit 71 for

25        identification.)

268

```
 1                  THE WITNESS:  I would like to go
 2           to the bathroom.
 3                  MR. ANELLO:  After this exhibit,
 4           we'll --
 5                  THE WITNESS:  Yeah, that's fine.
 6                  MR. TENREIRO:  Seventy-one is two
 7           pages, 181671.
 8                  THE WITNESS:  Okay.  Where are
 9           we?
10                  (Pause)
11      A.   Okay.
12      Q.   All right.  So the first e-mail at the
13 back references:  "Hi, Breanne:  Following the
14 thread with Brad on MGI progress and potential
15 tweets that could help combat FUD, we drafted
16 the below for you to tweet out."
17                  Do you see that?
18      A.   I do.
19      Q.   Does "MGI" there refer to --
20                  MS. LINSENMAYER:  Jorge, can you
21           please hold your questioning until we
22           receive the exhibit from Dugan?
23                  MR. TENREIRO:  So the second part
24           is -- can you put the second part of the
25           screen, please, the second page, Ladan?
```

269

1          There.   There you go.

2    BY MR. TENREIRO:

3          Q.   Is "MGI" referring to MoneyGram there?

4          A.   Yes.

5          Q.   Okay.  Do you recall --

6               MR. BAMBERGER:  Stop.  Jorge,

7          stop.  You're not asking questions about

8          the document until it's circulated.  It's

9          a multipage document.

10              MR. TENREIRO:  Let's go off the

11         record.  The witness wants to go to the

12         rest room.  It's a good time.  We can

13         leave the document.

14              THE VIDEOGRAPHER:  The time right

15         now is 3:51 p.m.  We are off the record.

16              (Whereupon, a recess is taken.)

17              THE VIDEOGRAPHER:  The time right

18         now is 4:05 p.m.  We're back on the

19         record.

20              MR. TENREIRO:  Robin?

21              MS. LINSENMAYER:  Jorge, this is

22         Robin.  Hopefully the tech problems are

23         resolved at this point, but to the extent

24         that there is a delay in our receiving the

25         documents by e-mail, you need to wait and

270

1          pause your questioning unless the document

2          is small enough to fit on the screen.  We

3          cannot meaningfully participate in the

4          depos if we are not in a position to

5          review the entire document.

6                  So I'd ask that you please wait.

7          This was your choice.  You could have

8          sent us these documents in advance and

9          you chose not to.  It needs to come out

10         of your deposition time.

11                 MR. TENREIRO:  Okay.

12     BY MR. TENREIRO:

13         Q.   Ms. Madigan, referring back to Exhibit

14     71, do you see we were discussing a potential

15     tweet that could help combat FUD.

16              Do you see that?

17         A.   Yeah.  Sorry.

18         Q.   On the back part.

19         A.   On the back part.

20         Q.   Mm-hmm.

21         A.   Yes.

22         Q.   Did you make this tweet?

23         A.   I don't recall, but I -- some -- some

24     version of this I remember.

25         Q.   Now, reading the tweet as it's

1    suggested here, what -- what type of FUD, what

2    specific type FUD, would this tweet be

3    combating?

4         A.   I don't recall specifically.

5         Q.   Would you have discussed with the

6    team, you know, to the extent you're making --

7    you're asking me -- suggesting that I tweet

8    something, what -- you know, are we trying to

9    accomplish here?

10        A.   I'm sorry, could you repeat the

11   question?

12        Q.   To the extent that the team was

13   suggesting to you that you make a tweet or

14   asking you to --

15        A.   Uh-huh.

16        Q.   -- would you discuss with them, Hey,

17   okay, it sounds good, but, you know, what are we

18   trying to accomplish here?

19              MS. ZORNBERG:  Object to form.

20        A.   It -- it depends on the occasion and

21   the specific topic, et cetera, whether I was

22   familiar, et cetera.

23        Q.   At the front of it, do you see -- at

24   the front of the -- the front page --

25        A.   Sure.

272

1    Q.    -- where you see "Agree CL is more

2    important."

3              Is that a reference to Mr. Larsen?

4    A.    Usually when I used "CL" it was Chris,

5    yeah.

6    Q.    Okay.  What do you mean by "CL is more

7    important"?  Is it it's more important what he

8    tweets?  Is that what you're talking about?

9    A.    No.  No, he must have been --

10   must have been working on something for Chris,

11   but I don't recall what it was.

12   Q.    Okay.  And going back to the actual

13   tweet, you know, the -- it says "recommend you

14   initiate the tweet given it falls within your

15   focus area."

16   A.    Mm-hmm.

17   Q.    Then it says "MGI plus XRP volumes" --

18   A.    Uh-huh.

19   Q.    -- "new (and notable) data shows that

20   although overall crypto trading volume was down

21   nearly 65 percent, XRP/MXN volumes on Bitso were

22   not more than 25 percent - during the same" time

23   period -- sorry, "during the same period of time

24   that MoneyGram payments into Mexico using XRP

25   went live.  A real use case driving real

273

1    volume."

2         Do you see that?

3         A.   I do see that.

4         Q.   Okay.  Why would the market care about

5    a real use case driving real value?  The XRP

6    market.

7         A.   So, in general, assets that have

8    utility such as XRP in the cross-border payments

9    world and showing that -- demonstrating that

10   there's a real use case that XRP is solving is

11   something that excited me in general about

12   coming into crypto to begin with, derive --

13             THE COURT REPORTER:  Please slow

14        down and speak up.

15             THE WITNESS:  Sorry.

16        A.   Is something that excited me about

17   coming into crypto and -- and Ripple in

18   particular, the opportunity to use digital

19   assets to solve real-world problems.  In this

20   case, cross-border payments.

21        Q.   And my question:  Why would the market

22   care about a real use case driving real value?

23   Why would the XRP market care?

24        A.   Because it's a --

25             MS. ZORNBERG:  Objection.  You

1          said real value.  The --

2                    MR. TENREIRO:  Sorry, real

3          volume.

4          A.    Yeah.  So as I mentioned, we track, as

5     do many market participants, multiple attributes

6     of XRP as well as crypto overall, including

7     volume, spreads, price, a whole bunch of

8     different metrics that are interesting to market

9     participants.

10          Q.    Is having a real use case for XRP

11     something that Ripple is interested in?

12          A.    So ODL, the flagship software

13     platform, is the use case that Ripple's focused

14     on and that we use XRP in for cross-border

15     payments.

16          Q.    Okay.

17          A.    So, yes, Ripple cares about XRP as

18     a -- having utility in that capacity.

19          Q.    And this is the -- the -- the product

20     you explained was launched a few months after --

21     a couple months after you started?

22          A.    Yeah.  I can't remember exactly when,

23     but right around the time I started.

24          Q.    Mm-hmm.  Does -- do you have -- does

25     the XRP market care about having a use case for

1    XRP?

2         A.   I can't speak for -- when you say "the

3    XRP market," who do you -- and what do you mean

4    by that?

5         Q.   Market participants.  You know, to the

6    extent you've formed and expressed views in

7    e-mails, for example, about what the Twitter

8    verse is saying or FUD, you know, your -- your

9    perception of the XRP market.

10             Do they care about XRP having a use

11   case?

12        A.   Well, I can't speak on behalf of a

13   broadly defined XRP market, but -- but I --

14   having a use case is interesting to me.

15        Q.   Why would a -- a use case drive the

16   volume?

17        A.   Well, if -- if the -- in the example

18   of ODL, the platform is delivering value to the

19   end users, say MoneyGram in that example.  And

20   so if it's delivering -- solving a problem to

21   them, delivering value to them, they may want to

22   use it more.

23        Q.   And using it more means more volume?

24        A.   Yeah.

25        Q.   And more volume is a good thing?

276

1          A.   Or they could use it more often with

2     less volume.  It doesn't necessarily mean more

3     volume.  I should clarify.

4          Q.   In this context, is more volume a good

5     thing for the XRP market?

6          A.   Well, what do you mean by "a good

7     thing" for the market?

8          Q.   Promote -- you know, promotes a

9     healthier market as the term -- you've been

10    using the term "healthier market"?

11         A.   Yes.  So -- so volume, spread, all

12    those things that we talked about is -- that

13    impact liquidity are measures that are

14    considered in aggregate as you think about

15    assessing the overall health and liquidity.

16         Q.   And when you -- when the ODL product

17    launched, you know, in the months following your

18    arrival at Ripple --

19         A.   Mm-hmm.

20         Q.   -- were there market makers providing

21    XRP/MXN liquidity?

22               THE COURT REPORTER:  XRP and XM?

23         I'm not --

24               MR. TENREIRO:  MRP -- MXN,

25         Mexican peso.  MXN.

1      A.   Okay.  So, sorry, can you repeat the

2   question?

3      Q.   Yes.

4      A.   In the time what?

5      Q.   Yeah.  You know, in the -- when the

6   ODL product launched --

7      A.   Yes.

8      Q.   -- were there market makers providing

9   XRP and MXN liquidity?

10      A.   Yes.

11      Q.   And were those market makers -- you

12   know, did they have a relationship to Ripple?

13      A.   Yes.

14      Q.   What was the relationship?

15      A.   So I know at least ████████████ and

16   GSR I believe were both on -- on Bitso, which is

17   the exchange in Mexico, providing markets for

18   ODL.

19      Q.   What was the relationships to Ripple

20   of ████████████ and GSR?

21      A.   They served as market makers for

22   Ripple to support ODL.

23      Q.   There was an agreement of some sort

24   between Ripple and these two?

25      A.   Yes.

1     Q.   Payments -- did Ripple make payments

2  to these two with respect to their market-making

3  activities specifically on the Bitso exchange?

4     A.   Yes.

5     Q.   Okay.  And were the market make --

6  what were the market-making activities that GSR

7  or            provided on Bitso?  Just I'm

8  talking about the Bitso side for now.

9     A.   Sure.  They provided bids and offers

10  in the order book.  We were talking earlier

11  about healthy liquidity.  In order for the ODL

12  payments to successfully complete the

13  transaction from the originating leg through the

14  cross-border flow and then into the destination

15  corridor -- Mexico in this example -- it's

16  imperative that there's enough volume and

17  liquidity on the -- on the destination

18  exchange -- Bitso in that example -- in order

19  for the trade to settle.  And so the market

20  makers would provide markets on Bitso.

21     Q.   And so just to give a -- I want to

22  simplify an example so -- to see if we can get

23  on the same page.

24        In -- in this context, I'm here.  I

25  want to send money to Mexico.

279

1          A.    Mm-hmm.

2          Q.    I have dollars.  My mother in Mexico

3    wants pesos.  So is -- is that -- and the -- and

4    ODL is meant to sort of facilitate that

5    transfer?  Is that generally speaking -- I'll

6    get into the details, but is that generally

7    speaking the purpose?

8          A.    Sort of.  So when you said you're here

9    and your mom is in Mexico, just to be clear, it

10   was enterprise clients, like MoneyGram.  Their

11   end users might be an example like you cited,

12   but they wouldn't directly face Ripple in the

13   ODL --

14         Q.    Understood.

15         A.    -- workflow.

16         Q.    That's right.  So -- thank you.

17               So the -- the enterprise client like

18   MoneyGram faces Ripple, but MoneyGram's clients

19   would be, just, say, me and my mom in the

20   example?

21         A.    Could be.  Absolutely.

22         Q.    And so I have what we call fiat

23   dollars and the person in Mexico that's

24   MoneyGram's ultimate client wants fiat pesos,

25   correct?

280

1    A.    Correct.

2    Q.    Okay.  And those fiat pesos come from

3    where when the XRP is sold in the Bitso

4    platform?

5    A.    So the -- when the XRP is sold on the

6    destination exchange, it's sold for Mexican

7    pesos.

8    Q.    So somebody buys the XRP in exchange

9    for Mexican pesos?

10   A.    So the -- right.  The -- the

11   transaction, depending on which side you're on,

12   one person's buying and one person's selling it.

13   Q.    And the market makers in the example,

14   what were they doing in the Bitso platform?

15   A.    They were providing two-sided markets

16   for XRP/MXN.

17   Q.    Two-sided markets?

18   A.    Meaning bid/ask.

19   Q.    Excuse me.

20         Were they buying XRP for Mexican

21   pesos?

22   A.    So in that workflow, the market makers

23   would be buying Mexican -- buying Mexican pesos

24   and selling XRP.  Or at least -- actually, let

25   me -- let me correct that.  The market makers

1    were making the market on the trade but I don't

2    know if they -- they could have been actually

3    taken out on either side.  They could have

4    been -- their bid could be lifted -- their offer

5    could be lifted, their bid could be hit.  So it

6    could have been two-directional flow.

7         Q.    The -- the pesos that the money --

8    that MoneyGram's customers receive comes from

9    the purchase of XRP for pesos, correct?

10        A.    Correct.

11        Q.    So whoever purchased the XRP for

12   pesos, that's the money that then MoneyGram

13   routes to its customer, right?

14        A.    Right.

15        Q.    And to -- is it fair to say that the

16   market makers with whom Ripple contracted to

17   provide liquidity on Bitso were partners --

18   sometimes the persons buying the XRP in exchange

19   for pesos?

20        A.    Yeah.  I don't actually know enough to

21   answer that completely only because I know that

22   they're making markets on the exchange.  I know

23   that have -- they -- they were making two-sided

24   markets, but I don't know if they were actually

25   buying on behalf of the clients or if

282

1    MoneyGram's -- MoneyGram has, like, direct API

2    connectivity into the platform and they would

3    direct the flow.  From my understanding, the

4    market makers are just responsible for ensuring

5    there's both bids and offers.

6              So I don't know how the API

7    connectivity from, say, MoneyGram went through

8    the platform and if it was MoneyGram acting on

9    its own behalf or how that workflow actually

10   played out.

11         Q.   And who would know?

12         A.   Probably Asheesh, who's head of the

13   project.

14         Q.   Anybody else that might know?

15         A.   He'd probably be the person that you

16   could ask.  I'm not sure.

17         Q.   So it's -- so it -- I just want to

18   make clear.  You don't know exactly what role

19   the market makers --

20         A.   I know that they made markets, bid and

21   ask, on both the originating, in some instances,

22   and the destination exchange to ensure that

23   there was sufficient liquidity.  I don't know --

24   when you mentioned did they take the payout and

25   then transfer it or -- or did MoneyGram in that

1    example through their direct connectivity to the

2    platform have, like, representations?  I'm not

3    exactly sure how that flow went.

4        Q.   Well, would MoneyGram have pesos on

5    the ODL platform?

6        A.   So MoneyGram wanted to deliver out

7    pesos in Mexico.  So -- so MoneyGram would need

8    to receive in an account pesos in order to play

9    out -- pay out in that platform.  So I'm not

10   sure exactly how that peso -- the actual pesos

11   got into the MoneyGram account in that instance.

12       Q.   Wouldn't it be by MoneyGram selling

13   the XRPs for pesos?

14       A.   Yes.  But you were talking about, I

15   thought, were the market makers doing that

16   payout for them.  I think it's MoneyGram doing

17   that for themselves, but the market makers are

18   the ones making the bid and the offer on the

19   exchange.

20       Q.   For -- on the --

21       A.   Bitso.

22       Q.   -- peso/XRP cross?

23       A.   Correct.

24       Q.   Okay.

25               THE COURT REPORTER:  Wait, wait,

1          wait.  You talked over one another.  For

2          the -- on the -- repeat.

3               THE WITNESS:  Sure.

4               MR. TENREIRO:  I think I said for

5          the peso/XRP cross and I believe she said

6          sure or yes.

7     A.   Yes.

8     Q.   Okay.  So to the extent the market

9     makers might be buying the XRP for pesos, where

10    was ▮ or GSR getting pesos from?

11    A.   So I don't know how they source the

12    local funding.  They manage that themselves.

13    Q.   Okay.  Do you know if they're Mexican

14    companies, GSR and ▮

15    A.   I don't know the legal entity setup

16    they have.

17    Q.   Okay.  So we did 71, so let's move on.

18               MR. TENREIRO:  Let's move on to

19          72.

20               (Whereupon, exhibit is presented

21          and marked SEC Madigan Exhibit 72 for

22          identification.)

23               MR. TENREIRO:  Dugan, are you

24          there and able to e-mail?

25               MR. BLISS:  Yes.  It's going out.

1           MR. TENREIRO:  Okay.  So it's a

2      two-page e-mail, 463519.  And we're going

3      to circulate it here now.

4           MR. ANELLO:  Thank you.

5           MS. ZORNBERG:  Thank you.

6           MR. TENREIRO:  Thank you.  Thank

7      you.

8           (Pause)

9      A.   Okay.

10     Q.   Ms. Madigan, this appears to be with

11  respect to an article in Bloomberg titled

12  "Third-Biggest Cryptocurrency Barely Causes a

13  Ripple Amid Rally."

14          Do you see that?

15     A.   Yes.  Excuse me.

16     Q.   Do you see that?

17     A.   Yes.  Excuse me.  I'm sorry.

18     Q.   Okay.  And, you know, I don't want to

19  spend time on every one of the lines, but is it

20  fair to say that there was a desire to sort of

21  respond to some of the statements in that

22  article?

23          MS. ZORNBERG:  Object to form.

24     A.   So I was not -- I've just read this

25  now, but I didn't write this e-mail.  It seems

```
1    I'm cc'd here.
2         Q.    You're cc'd by ████████████ ?
3         A.    Yeah, it appears that way.
4         Q.    And who is that?
5         A.    Unless it was ██████  I'm not sure
6    who.
7                         ██████ was in comms and now -- I
8    don't -- her role has changed somewhat, but I
9    don't know -- people -- something else now.
10        Q.    She was in comms you said?  I'm sorry.
11        A.    Yes.
12        Q.    Okay.  Well, why would you be copied?
13   Why -- you know, why would you be copied on an
14   e-mail from comms?
15        A.    I'm not sure.
16        Q.    Did you ask, Why did you copy me?
17        A.    I don't see that I've asked that here,
18   no.
19        Q.    Well, I mean just, like, in person,
20   you know, or might you have called her and said,
21   Hey, I saw your e-mail, what's up?
22                MS. ZORNBERG:  Objection.
23        Q.    Did you -- did you ask her in another
24   context that's not the e-mail?
25        A.    No, not that I recall.
```

1     Q.   Mm-hmm.  And did she copy you on comms

2   e-mails frequently?

3     A.   [REDACTED]?

4     Q.   Uh-huh.

5     A.   No.

6     Q.   What about Ms. Long, Monica Long?

7     A.   No.

8     Q.   Okay.  And is this the kind of, you

9   know, statements in the market that Ripple

10  wanted to respond to in -- you know, in your

11  experience there?

12     A.   I don't even know what the article's

13  referencing, so it's hard for me to say.

14          MR. TENREIRO:  Let's pull Exhibit

15       73, which is a Bloomberg article August

16       23, 2019.

17          (Whereupon, exhibit is presented

18       and marked SEC Madigan Exhibit 73 for

19       identification.)

20          (Pause)

21     A.   Okay.

22     Q.   Okay, Ms. Madigan.  Having --

23     A.   I've scanned that.

24     Q.   Sorry?

25     A.   I was saying, okay, I've scanned that

288

1   now.

2        Q.   Okay.  Having scanned the Bloomberg

3   article --

4        A.   Yes.

5        Q.   -- is it fair to say from your scan

6   that it, you know, generally speaking talks

7   about Ripple's XRP selling -- sorry, Ripple's

8   selling of XRP weighs on price and compares the

9   price movement of XRP up to that point in 2019

10  to the price movement of other digital assets up

11  to that point in 2019?

12              MS. ZORNBERG:  Objection.

13       A.   It talks about a lot more than that.

14       Q.   Is it fair to say those -- that's one

15  of the things it talks about?

16       A.   I see that as a topic that's covered.

17       Q.   Okay.  And it notes that all the

18  other nine -- nine of the top ten crypto coins

19  in 2019 have gained in price while XRP is the

20  only one that's gone down in price?  Do you see

21  that on the front page graph?

22       A.   Yes.

23       Q.   Okay.  Why would Ripple want to

24  respond or make a statement in response to an

25  article like this?

289

1          A.   It appears --

2                    MS. ZORNBERG:  I'd just object.

3               Objection to the extent you're

4               characterizing this other exhibit.

5                    MR. TENREIRO:  Okay.

6          A.   Okay.  So, first of all, it's hard for

7     me to speak on behalf of the company.  I didn't

8     originate or comment on this e-mail.  But from

9     reading -- scanning that article and then

10    reading this exchange that you've shared with

11    me, it looks like the attempt was to correct

12    some incorrect statements that appeared in the

13    article.

14         Q.   What was the incorrect statement?

15         A.   I can read it in more detail, but --

16                   MS. ZORNBERG:  Objection.  She's

17              already said she has no personal

18              knowledge.

19                   MR. TENREIRO:  Personal knowledge

20              is what --

21                   THE COURT REPORTER:  I can't hear

22              that.

23                   MR. TENREIRO:  No, no.  I just

24              was --

25                   THE WITNESS:  Okay.  Yeah.

290

1           MR. TENREIRO:  We're not saying

2        anything right now.  We're just waiting

3        for the witness.

4        A.   Okay.  So your question is what again?

5        Q.   My question was, what is the

6     misstatement in the article that the

7     conversation is about?

8        A.   So, for example, Monica says clearing

9     up misinfo --

10           MS. ZORNBERG:  I'm going to

11        object to the extent she's already told

12        you she doesn't know and wasn't involved

13        and you're asking her factual questions

14        just to read from an e-mail.

15           MR. TENREIRO:  I'm asking her for

16        her understanding, but, thank you.  The

17        objection is noted.

18           THE WITNESS:  So can we move on

19        or is this --

20           MR. ANELLO:  Do you --

21           THE WITNESS:  Oh.

22           MR. ANELLO:  Do you have the

23        question in mind?

24     BY MR. TENREIRO:

25        Q.   The question is, what is the

291

1   misstatement in the article that

2   this conversation is about --

3        A.   Yeah, I --

4        Q.   -- as far as you can tell?

5        A.   I'm not sure, but it looks to be that

6   a few of the people commenting in this e-mail

7   thread are suggesting that there's

8   misinformation in this article.  Again, I just

9   scanned this article.  I don't know exactly

10  where it lies, but clearly the attempt, from

11  what I can read in this e-mail, is that they're

12  attempting to address misinformation in the

13  market.

14       Q.   And -- okay.  It's -- addressing

15  misinformation in the market, I think you've

16  said, is one of the things that Ripple has

17  wanted to do when you've been there as an

18  employee, correct?

19       A.   So as I've said, we --

20            MR. ANELLO:  Please answer his

21       question.

22            THE WITNESS:  Okay.

23            THE COURT REPORTER:  I'm sorry,

24       did somebody say something?

25            MR. ANELLO:  Yes.  I said please

292

1          just answer his question.

2          A.    Yes.

3          Q.    Have you been involved in

4    conversations where it might suggest that your

5    comms -- that Ripple's communications efforts to

6    the market might be devoted to amplifying

7    positive news for Ripple and trying to minimize

8    negative news for Ripple?

9          A.    No.

10               MS. ZORNBERG:  Objection.

11         Q.    Okay.

12               MR. TENREIRO:  Let's look at

13         Exhibit 75.

14               (Whereupon, exhibit is presented

15         and marked SEC Madigan Exhibit 75 for

16         identification.)

17               (Pause)

18   BY MR. TENREIRO:

19         Q.    Ms. Madigan, I don't know if I read it

20   for the record, but this is a two-page e-mail.

21   463291 is the Bates.  At the top, around

22   September 7th, 2019, you say "The markets team

23   is coordinating with comms for a comprehensive

24   strategy here."

25               What -- strategy for what?

293

1        A.    Okay.  I don't recall this specific

2     e-mail.  It was over -- about two years ago.

3     But I -- I just read this.  So it looks like

4     Brad is asking for more proactive -- more

5     proactive reactions when there's misinformation

6     in the market.

7        Q.    Did you ask him why he wanted more

8     proactive reactions when there was negative

9     information in the market -- sorry, when there

10    was misinformation in the market?

11       A.    Yeah.  He generally wanted

12    transparency and for misstatements that were

13    publicly out there to be corrected.

14       Q.    What do you mean -- you said

15    "transparency."  Just can I understand what you

16    mean by "transparency" just because you've said

17    it a couple of times?

18       A.    Yeah.  So I gave an example of the

19    markets report as one -- one medium we used to

20    communicate to the market about the way that

21    Ripple manages its XRP supply.

22       Q.    Transparency.  Is "transparency"

23    another word for providing information?

24       A.    I don't know that I would define

25    transparency as providing information, but

294

1   it's -- Ripple providing information around its

2   holdings of XRP was the focus of the markets

3   team and the markets report was the way we used

4   that.

5        Q.   Other than the markets -- well, let me

6   ask this:  Was the markets team involved in

7   deciding what information was important to

8   provide and what information was not necessarily

9   important to provide in these reports?

10       A.   Most of the reports had similar

11  content.  It was pretty consistent.  So all

12  sorts of market data and analytics.  And then I

13  mentioned, you know, a bunch of other teams

14  would opine depending on what was topical at the

15  time.

16       Q.   Who at Ripple had a role in deciding

17  what information was, you know, to be provided

18  in market re -- in the market reports?

19       A.   So a number of teams would contribute:

20  Legal, markets, finance, accounting, Xpring,

21  sometimes BD.

22       Q.   Okay.  And was -- you said all the

23  reports -- you said most of the reports had

24  similar content.

25            Did all of the reports when you were

1    at the company discuss increases in XRP supply?

2        A.   So I don't recall if there was

3    increases in XRP supply in all the reports when

4    I was there.  Depended upon if there was an

5    increase, it probably would have been covered.

6    If there wasn't, it probably wouldn't have been.

7        Q.   Okay.  And when you say that you're

8    going to "coordinate with comms on all responses

9    as we address," that's in your e-mail --

10       A.   Uh-huh.

11       Q.   -- what did you mean by that?  Did

12   you, in fact -- sorry.

13            My question is, did you, in fact,

14   coordinate with communications on all responses?

15       A.   I -- no, not on all responses.

16       Q.   So on which ones did you coordinate?

17       A.   I don't recall offhand.  As I

18   mentioned earlier, periodically comms would

19   reach out to us if they found something.  I

20   think in this, or one of the recent ones we

21   looked at, there was an example of where comms

22   reached out and said, hey, this is -- this is

23   wrong and we want to correct it.

24       Q.   And when you say "We have set up

25   alerts for a number of accounts that are typical

1    culprits," alerts, what does that mean?

2        A.   So there's a -- a team within the

3    communications team that did something called

4    social monitoring.  So they would receive alerts

5    when there was keywords that would arise in, you

6    know, in the Twittersphere or other social

7    platforms.

8        Q.   What were the keywords?

9        A.   I don't know what they set up.  The

10   comms team did it, but...

11       Q.   When you say "typical culprits," what

12   do you mean by that?

13       A.   Hold on.  I have to read what it was

14   in context on.

15            Is this in my -- the top e-mail?

16       Q.   Yes.

17       A.   Okay.  So I can't recall exactly at

18   the time, but reading it now, it's probably

19   people who were publicly spreading

20   misinformation on a more-than-once occasion.

21       Q.   Okay.

22            MR. TENREIRO:  Let's take a look

23       at Exhibit 83, which is a one-page e-mail,

24       RPLI_SEC 479392.

25            (Whereupon, exhibit is presented

297

1          and marked SEC Madigan Exhibit 83 for

2          identification.)

3                MS. ZORNBERG:   Thank you.

4    BY MR. TENREIRO:

5          Q.   And just for the record I'll note this

6    is an e-mail from you to Monica Long, copying

7    Ron Will, on June -- oh, sorry -- yeah, June

8    3rd, 2021.

9                (Pause)

10         A.   Okay.

11         Q.   The first line you reference "Brad's

12   recent comments."  What comments are you talking

13   about?

14         A.   I don't recall offhand.

15         Q.   Okay.  Then you say "Adjusted

16   framework for the weekly deck so that it

17   incorporates a more XRP-centric update.  Few

18   quick points to highlight:  You'll notice a

19   higher focus on sentiment, and our proactive

20   plans related to them."

21               Excuse me.  "Sentiment," are you

22   referring to market sentiment there or something

23   else?

24         A.   It appears to be market sentiment.

25         Q.   Okay.  What were the proactive plans

298

1     related to "a higher focus on sentiment"?

2          A.   I don't recall.

3          Q.   The next bullet talks about "I've also

4     instituted a weekly Wed meeting" -- "Wed,"

5     Wednesday?

6          A.   Looks like it.

7          Q.   -- "with some members of

8     markets/comms/marketing teams, to get ahead each

9     week, aligning on key issues and document action

10    plans in time for Friday meeting - re:  What is

11    trending and what we are doing about it - i.e.

12    if positive, let's amplify; if negative, let's

13    combat more aggressively, et cetera."

14              Do I see -- do you see that?

15         A.   I do.

16         Q.   What did you mean by that, "if

17    positive, let's amplify; if negative, let's

18    combat more aggressively"?

19         A.   Brad repeatedly had requested that we

20    focus on being more aggressive in responding to

21    misinformation in the market and not just let

22    misinformation linger.

23         Q.   So you're saying that the word

24    "negative" here is synonymous with

25    misinformation?

1          A.    Correct.

2          Q.    Okay.  And the word "positive" is --

3    is what?

4          A.    With correct information.

5          Q.    So the -- what you're saying here is

6    you wanted to amplify correct information but

7    you wanted to combat misinformation?  That's

8    what you meant here?

9          A.    Yes.  I believe.  That's how I'm

10   reading it here now.

11         Q.    Okay.

12                MR. TENREIRO:  Let's look at

13         Exhibit -- one second -- 82.

14                (Whereupon, exhibit is presented

15         and marked SEC Madigan Exhibit 82 for

16         identification.)

17                MR. TENREIRO:  Eighty-two is a

18         one-page document, RPLI_SEC 367128.

19         Here's a copy.  Also one page, yes.

20                (Pause)

21         A.    Okay.

22         Q.    Ms. Madigan, does this -- this appears

23   to reference comments to the 2020 First Quarter

24   XRP Markets Report, is that correct?

25         A.    It looks like that, yes.

1          Q.   Okay.  And you made comments, is that

2     right?

3          A.   It looks like it.

4          Q.   Okay.  The -- at the bottom, one

5     comment is "XRP circulating supply increase."

6     ███████ asks "We didn't have it last quarter, but

7     we did in Q3?  Should we add it?"

8               You say "I'm thinking maybe not given

9     the spike at the very end of Q4.  It will draw

10    negative attention."

11              Do you see that?

12         A.   Mm-hmm.

13         Q.   What did you mean by that?  What would

14    draw negative attention?

15         A.   So I don't recall exactly what

16    happened at the end of Q4.  I do recall, given

17    this is around circulating supply, we were

18    looking at -- at making sure that we had

19    accurate information on supply and there were

20    some conversations around supply at time,

21    ensuring we had accurate supply information into

22    the market.

23         Q.   Why would a spike at the very end of

24    Q4 draw negative attention?

25         A.   I'm not sure what that spike was.  I

1    don't recall offhand.

2         Q.   Was this an example of you trying to

3    make sure that there was transparency in the

4    market reports?

5         A.   Yes, because I remember us focusing on

6    supply actually with -- really ▆▆▆ was leading

7    the charge there, but -- the advisory team, but

8    we were doing a deep dive on supply at the time

9    and trying to figure out the accurate -- most

10   accurate way to report that information to the

11   market.

12        Q.   But was it accurate that there had

13   been an XRP circulating supply increase at the

14   end of Q4?

15        A.   I don't remember what happened at the

16   end of Q4, but I do remember that we were

17   looking at how we introduce supply to the market

18   and the most accurate way at the time that we

19   could communicate it to the market.

20        Q.   And -- and did you communicate that

21   your concern was the accuracy or the spike in

22   this e-mail?

23        A.   I -- I recall being concerned around

24   the accuracy and ensuring that we figured out

25   that analysis on supply increase before we would

1    comment on it.

2        Q.   To whom did you communicate your

3    concern about the accuracy of the supply

4    increase, if anyone?

5        A.   To Brad, to ███ -- again, ███ was

6    leading that effort.  But I -- but I remember

7    there was a lot of ongoing conversation around

8    supply.

9        Q.   And via what medium did you

10   communicate to Mr. Garlinghouse or ███ your

11   concerns about the accuracy of supply numbers --

12       A.   I'm not sure.  Internally we used a

13   lot of e-mail and Slack in most of our

14   communications.

15       Q.   Do you recall specifically communi --

16           THE COURT REPORTER:  I'm sorry,

17       e-mail and what?

18           THE WITNESS:  Slack.

19       Q.   Do you recall what spec --

20           THE COURT REPORTER:  I don't know

21       what you're saying.

22           MR. TENREIRO:  Slack.  S-L- --

23           THE WITNESS:  It's S-L-A-C-K.

24           MR. TENREIRO:  Sorry.

25           THE COURT REPORTER:  Thank you.

1   BY MR. TENREIRO:

2       Q.   Do you remember using Slack to

3   communicate to Mr. Garlinghouse or to ███ your

4   concerns about accuracy of supply increase at

5   the end of Q4?

6       A.   I do not recall what mediums we

7   communicated on on that topic.

8       Q.   Did you come to a conclusion as to

9   whether you had accurate or inaccurate

10  information about XRP supply increase at the end

11  of Q4?

12      A.   I don't recall specifically at the end

13  of Q4, but I do recall that there was a deep

14  dive on figuring out how we could communicate

15  more effectively the supply in the market.

16      Q.   And did you come to a -- what you

17  believed to be an accurate, you know, set of

18  information about changes in supply for XRP?

19      A.   I don't know if we ever concluded that

20  work.  I know it was ongoing and ███ was leading

21  it.  I don't know where it shook out.

22      Q.   You don't know where -- where the work

23  shook out?

24      A.   Right.  I don't know -- I don't -- I

25  don't know where that issue was resolved.  I

1    don't recall offhand.

2        Q.   So did Ripple discuss the XRP

3    circulating supply increase in the first quarter

4    2020 markets report?

5        A.   I don't recall offhand.

6        Q.   Okay.  Is this an example -- so let me

7    take a step back.

8           Were there occasions where you might

9    have felt that the information -- that if

10   information was going to draw negative

11   information, you didn't want it in the market

12   reports other than this?

13       A.   No.  So I'll clarify that my objective

14   was to make sure that there was as transparent

15   as possible information in the market.  And so

16   if there was misinformation in the market,

17   myself, Ripple in general, wanted to make sure

18   we took the opportunity to correct that.

19       Q.   Right.

20          If Ripple put in a number, though, in

21   the XRP report, say for 2020 Q1, about increased

22   circulating supply, how would the market know

23   that that information is inaccurate?

24          MS. ZORNBERG:  Objection.

25       A.   I'm not sure what the question is.

1    Q.   Yeah.  How -- how -- how would it be

2    known to be inaccurate?  How would people be

3    able to know that it's inaccurate?

4              MS. ZORNBERG:  Objection.

5    A.   How would people know if the

6    information that we put in the report would be

7    inaccurate?

8    Q.   Yeah.

9    A.   We wouldn't put inaccurate information

10   in the report.

11   Q.   Okay.  So why would it draw

12   negative -- negative attention if it were in

13   there?

14   A.   So an example would be there's

15   different ways that XRP gets introduced in the

16   market.  It can be -- it can be through sales or

17   loans, for example.  Sometimes market -- like

18   that guy ███████ you referenced earlier.  He

19   might see Rip -- he right see XRP leave Ripple

20   and all of the sudden the headline one would be,

21   like, XRP is being sold by aggressively by

22   Ripple even if it was a loan, for example.

23              So there are different ways that XRP

24   can leave Ripple and come back to Ripple that

25   have different treatments and it doesn't

306

1    necessarily imply that XRP is being sold just

2    because it's left the Ripple wallet.

3        Q.   Right.  But how would that have a

4    negative -- how would it -- how would it draw

5    negative attention, though?

6        A.   Well, I don't think it's necessarily

7    negative attention, but inaccurate information

8    is not what we want to be communicating to the

9    market.  So if the market, for example, in that

10   example I just cited would interpret that as XRP

11   being sold when, in fact, it wasn't being sold,

12   that's misinformation.

13       Q.   Right.  And so --

14               THE COURT REPORTER:  Excuse me.

15        Please slow down.

16       A.   I'm sorry.

17       Q.   It's okay.

18            But to the extent that you referenced

19   negative attention here, then what did you mean?

20       A.   So, to me, misinformation is not

21   helpful.  So accurate information was our

22   objective.

23       Q.   Okay.

24               MR. TENREIRO:  Let's look at

25        Exhibit 25, please.

```
 1                    (Whereupon, exhibit is presented

 2          and marked SEC Madigan Exhibit 25 for

 3          identification.)

 4                    MR. TENREIRO:   25 is a one-page

 5          e-mail, RPLI_SEC 478596.

 6                    (Pause)

 7     A.    Okay.

 8     Q.    Ms. Madigan, what is this e-mail about

 9  that you wrote to Mr. Will on January 7, 2020?

10     A.    So this is an e-mail that was

11  originally drafted by          regarding his work

12  with Binance, an exchange, around a new listing.

13     Q.    And how -- how do you know that part?

14     A.    How do I know what part?

15     Q.    That it was drafted by

16     A.    Because I remember that finance --

17  that -- that          sent me this --

18     Q.    Okay.

19     A.    -- in draft form because I wasn't

20  involved in the conversations.

21     Q.    All right.  And what is the -- what is

22  the draft about?

23     A.    It's about a new listing of a XRP/USDT

24  perpetual swap contract.

25     Q.    Okay.  And was this -- what was the
```

308

1    purpose of this draft e-mail?  Was this some

2    report that was going to be publicized, you

3    know, that was going to be made public or --

4         A.    Ron asked that we put together a recap

5    because he wanted to share it with Brad, I

6    believe.

7         Q.    A recap of what?

8         A.    Of the engagement with Binance and the

9    listing.

10        Q.    And "XRP surged plus 10 percent on the

11   back of the news," what is that a reference to?

12   The price of XRP?

13        A.    Well, I can't see the -- the linked

14   article, but perhaps.

15        Q.    What else could it be a reference to?

16        A.    It could be volumes.  It could be

17   other metrics that are tracked as well.

18        Q.    Okay.  And why would you want to know

19   if XRP surged plus -- why would Brad want to

20   know if XRP surged plus 10 percent on the back

21   of the news?

22        A.    I don't know if Brad would want to

23   know that.

24        Q.    Well, why -- why would -- you know,

25   you sent this e-mail to Mr. Will.  Why did you

1  put that in the e-mail?

2                MR. ANELLO:  Why -- I'm sorry.

3        Why did you put what in the e-mail?

4                MR. TENREIRO:  "XRP surged plus

5        10 percent on the back of the news."

6        A.   I don't know why.

7        Q.   You don't -- you don't know why you

8  put that in the e-mail?

9        A.   Well, I actually didn't put it in

10 there.  I -- I forwarded on a message from

11 ██████████

12      Q.   Okay.  Did you read it before you

13 forwarded it on?

14      A.   Yes.

15      Q.   Did you discuss it with ██████

16      A.   I don't recall discussing it with him.

17      Q.   Okay.  And is it something you

18 typically reported to Mr. Garlinghouse,

19 something about the surge of XRP on the back of

20 news?

21      A.   No.

22      Q.   No?

23      A.   No.  This was a unique e-mail.

24      Q.   In the weekly meetings, did you

25 cover -- the weekly market teams meetings, did

310

1    you cover the change in price of XRP?

2         A.    Yeah, in the weekly markets meetings,

3    we would tend to cover a lot of things about XRP

4    as well as crypto broadly.  So we covered price,

5    volumes, exchanges listing, new products, moves

6    in the market overall, trends.  Many topical --

7    many things that were topical around the markets

8    at the time.

9         Q.    Was the price change in the last week

10   typically the first thing you covered in your

11   decks?

12        A.    I don't know where in the deck we

13   talked about the price specifically.

14        Q.    Okay.  Further down in the e-mail, it

15   says "The XRP/USDT perpetual contract on Binance

16   reflects an important product listing in the

17   evolution of XRP trading instruments.  Perpetual

18   swaps are the most liquid and heavily traded

19   instruments in crypto, allowing speculators, as

20   well as hedgers alike, an efficient form to

21   trade."

22              What is meant here by "speculators"?

23        A.    People speculating on the market.

24        Q.    On the XRP market?

25        A.    On crypto generally.

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1          Q.   Okay.  And why would Ripple want

2     people speculating on crypto generally to be

3     able to have an efficient form to trade?

4          A.   Our general view on the market was

5     that as this crypto market matures, having more

6     instruments, akin to similar -- you know, the

7     traditional finance market, allows people who

8     want to trade the market to express their views

9     in different ways.

10         Q.   Okay.  Let -- let's set this aside.

11              So going back to the ODL product that

12    we've discussed a little bit, did -- did part of

13    the contractor relationship between Ripple and

14    the market makers, GSR and ███ did part of that

15    relationship include a loan of dollars by Ripple

16    to these market makers?

17         A.   It included a loan.  I think most of

18    the loan was in XRP from memory, but I don't

19    recall.  There may have been portions of dollars

20    and XRP.

21         Q.   What was the purpose of the loan?

22         A.   To provide working capital so that

23    they had capital to use in the capacity that

24    they were performing market-making activities on

25    those ODL exchanges for.

312

```
 1          Q.   Would that include working capital to
 2     buy local currencies such as Mexican pesos in
 3     the example we've been discussing?
 4          A.   I'm not sure if it was loans from
 5     Ripple that supported that or if that was their
 6     own capital or how that was done.
 7          Q.   Did the -- did the market makers
 8     purchase Mexican pesos as part of their support
 9     of the ODL product to Ripple?
10          A.   I -- I believe so.
11          Q.   Okay.  And what -- you know, did they
12     purchase those pesos using traditional SWIFT
13     systems?
14          A.   I'm not sure.
15          Q.   Do you know what I mean by -- when I
16     say "SWIFT"?
17          A.   I know that that's something in the
18     traditional banking rails, but I don't know how
19     those wires work or that system works and
20     what -- what rails the market makers use.
21          Q.   To the extent the market makers
22     purchased local fiat, such as pesos, did they
23     buy it using XRP?
24          A.   I do not know.
25          Q.   Did they buy it using traditional fiat
```

1    currencies like U.S. dollars?

2        A.   I do not know.

3        Q.   Okay.  Who knows?

4        A.   Probably the market makers.

5        Q.   Anyone at Ripple who knows?

6        A.   I'm not sure.

7        Q.   All right.  Now -- one second.

8        Does Ripple subsidize costs incurred

9    by ODL customers such as MoneyGram?

10       A.   I'm not aware of how the subsidies

11   work with clients of ODL.  That was not

12   something that my team is involved with.

13       Q.   Well, I first -- thank you.  But first

14   I was asking you about the existence of

15   subsidize -- of, you know, subsidizing costs.

16   So not necessarily how they work, but did they

17   exist?

18            MS. ZORNBERG:  Object to form.

19            Do you want to put it in a point

20     in time?

21            MR. TENREIRO:  Yeah, at the begin

22     --

23            MS. ZORNBERG:  First you asked

24     about MoneyGram today, which is a --

25            MR. TENREIRO:  Yeah.

314

BY MR. TENREIRO:

    Q.   So when ODL sort of launched a few months or whatever time right after you started, were there subsidies paid to people like MoneyGram --

    A.   I --

    Q.   -- with respect to the ODL product?

    A.   I recall hearing about them, but, again, I don't know any little detail around subsidies.

    Q.   And did Ripple -- does --

         THE COURT REPORTER:  I'm sorry. Could you please repeat your answer, please?  I cannot hear.

         THE WITNESS:  Sure.  I said I recall hearing about subsidies, but I am not privy to any little detail on them.

BY MR. TENREIRO:

    Q.   Does Ripple earn revenues from ODL?

    A.   I do not know.

    Q.   And who knows at Ripple?

    A.   Probably our CFO.

    Q.   Who is that?

    A.   It was Ron Will.  A new CFO was just recently hired and I don't know her name.

315

```
 1        Q.   Okay.  Does Ripple still engage in

 2   programmatic sales today?

 3        A.   Not that I'm aware.

 4        Q.   Does Ripple engage in OTC sales today?

 5        A.   ▇▇▇▇

 6        Q.   Anything else that you're aware of?

 7        A.   Nothing else that I'm aware of.

 8        Q.   Does Ripple today generate revenue

 9   from ODL?

10        A.   I'm not aware.

11        Q.   So you don't know either way?

12        A.   I don't know either way.

13        Q.   Okay.  Are you aware -- well, as part

14   of the relationship between Ripple and the

15   market maker that facilitated the ODL product,

16   is there -- does Ripple lease XRP to the market

17   maker?

18        A.   I'm sorry, can you repeat the

19   question?

20        Q.   Yes.

21             As part of the relationship between

22   Ripple and the market maker that facilitated the

23   ODL program, does Ripple lease XRP to the market

24   maker?

25        A.   Yes.
```

316

1          Q.   And what is the purpose of the lease?

2          A.   Working capital.

3          Q.   How does the market maker use the

4     leased XRP?

5          A.   So they require the use of XRP to

6     provide the market making services that we spoke

7     about with ODL.

8          Q.   So they sell the XRP to obtain working

9     fiat?

10         A.   My understanding is they need both XRP

11    and fiat.  I don't know what bounds they -- how

12    they manage their own accounting.

13         Q.   Did you negotiate any of the contracts

14    between Ripple and the market makers?

15         A.   I was involved in some of the

16    negotiations.  So when I came in, V1 was pretty

17    much done, but --

18         Q.   I'm sorry, what?  I didn't hear.  V1?

19         A.   Yes.  The first version was pretty

20    much done, like almost done being negotiated,

21    and then there were future versions as well over

22    my time here.

23         Q.   What was your role in the -- in terms

24    of negotiating these?

25         A.   So when I arrived, as I mentioned,

1   most of the terms for V1 were pretty baked but I

2   don't think the contracts were signed yet.  For

3   V2, ████       and her team were actively involved

4   in those negotiations and took the lead on

5   those.  And then in V3, more recently, I was

6   involved along with the advisory team.

7        Q.   ████  can you please -- her last name

8   for the record, please.

9        A.   ████

10       Q.   And what team is she in?

11       A.   She's a senior advisor to Brad at

12  Ripple.

13       Q.   So just to make sure I understand, the

14  first version of the agreements were pretty much

15  done when you started --

16       A.   Right.

17       Q.   -- is that correct?

18       A.   Yes.

19       Q.   Version 2, ████ and her team were more

20  actively involved, but were you involved at all

21  in Version 2?

22       A.   I was somewhat involved, but ████ and

23  her team were kind of taking the lead.

24       Q.   And is it fair to say you were more

25  involved in Version 3 then?

1          A.   Yeah, but also closely working with

2     the advisory team, ████ and ████ who were

3     still left after ████ left.

4          Q.   ████████?

5          A.   ████ and ██████

6          Q.   ██████   Okay.

7               And what -- what are the differences

8     between Version 1, Version 2 or Version 3?

9     What -- what are you talking about when you say

10    those versions?

11         A.   Sure.  The versions are just

12    referencing each of the contracts had a certain

13    start and end date.  And when the contract would

14    approach expiry, you'd go to Version 2.  And so

15    they have a -- a fixed fee and a variable fee

16    component.  Those came down from V1 to V2.  And

17    then in V2 there was an option introduced as

18    well.

19         Q.   What -- what was the option?

20         A.   I'm not very familiar with the option

21    because that was ████ team.

22         Q.   Okay.  Was there something else

23    introduced between V2 and V3?  Or changed,

24    rather, not just introduced.

25         A.   No, just the rates continually came

319

1     down as the market became more mature and -- and

2     developed.  The rates paid came down.

3          Q.   Okay.  So in -- in the context of your

4     negotiating or participating in the negotiations

5     for the V3 contracts, did you come to, you know,

6     understand how the ODL product functioned?

7          A.   Broadly.

8          Q.   Okay.

9                MR. TENREIRO:  Let's look at

10           Exhibit 66, please.

11                (Whereupon, exhibit is presented

12           and marked SEC Madigan Exhibit 66 for

13           identification.)

14                MR. TENREIRO:  This will be --

15           it's a six-page e-mail thread that starts

16           at Ripple -- it's RPLI_SEC 223540.

17                (Pause)

18          A.   Okay.

19          Q.   So, Ms. Madigan --

20          A.   Yes.

21          Q.   -- it's a thread on or around July

22     30th, 2019.

23                Do you recall a discussion with

24     CoinBase about a potential deal with respect to

25     ODL?

1       A.   Yes.  Vaguely.

2       Q.   What was your involvement?

3       A.   So the head of business development,

4   ███████████   at the time also ran the -- the

5   markets team and she asked both teams if anybody

6   happened to know anybody at CoinBase.  And the

7   only reason that I was looped in here is because

8   CoinBase actually -- I happened to -- CoinBase

9   was recruiting me and I happened to have met

10  this guy ███   So I offered to make a warm intro

11  for ██████ so that he could meet ███

12  face-to-face.

13      Q.   And did you?

14      A.   I did.  I made the introduction.

15      Q.   Did the deal between CoinBase and

16  Ripple happen with respect to ODL?

17      A.   I don't know.  I didn't -- as you can

18  see, I wasn't involved in any of -- if any, of

19  the back-and-forth.

20      Q.   And Mr. ██████████ who was he again?

21      A.   ████████ works in -- well, used to work

22  in business development.

23      Q.   Who did he report to?  Do you now?

24      A.   ██████████████████

25      Q.   Okay.  And is it -- from reading this

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

321

1     e-mail -- from reading this e-mail is it fair to

2     say that there were conversations with CoinBase

3     about, you know, potential incentives that

4     Ripple might pay CoinBase to help out with ODL?

5          A.   You know what?  I -- I -- I'll read it

6     more carefully, but I -- I literally made the

7     introduction and then switched off on this.  So

8     I wasn't paying attention to the flow because I

9     wasn't -- I'm not in the weeds on this stuff,

10    but I can read it for that.

11         Q.   Oh.  That's okay.  We can move on

12    unless you'd like to.

13         A.   No.

14         Q.   We can move on.

15         A.   Okay.

16         Q.   Okay.  Now, so based on your

17    understanding of the ODL product or your, you

18    know, negotiations of the V3 contract, would the

19    market makers provide liquidity in the, you

20    know, for example, MXN/XRP cross absent being

21    paid by Ripple to do so?

22              THE COURT REPORTER:  I'm sorry.

23         Can't get that.  Pick it up from where --

24         "would the market makers provide liquidity

25         in the, you know, for example" --