1            MR. TENREIRO:  For example,

2         MXN/XRP cross absent being paid by Ripple

3         to do so.

4         A.    So the question is would the market

5    makers be making those markets?

6         Q.    Yes.

7         A.    It's -- it's hard to say.  If they had

8    interest in making those markets independent of

9    Ripple, they absolutely could.

10        Q.    Before Ripple to enter agreements with

11    GSR and       do you know of other participants

12    making markets in, you know, MXN XRP?

13        A.    I don't recall offhand what the

14    liquidity was then.

15        Q.    Okay.  How much do the market maker

16    contracts with respect to ODL cost Ripple?

17        A.    I don't remember all the numbers, but

18    broadly there was -- there was a variable fee

19    component and a fixed fee component.  I think

20    the variable fee was, like,      something basis

21    points but I don't recall specifics.

22        Q.    How -- what are the total costs to

23    Ripple of the ODL product incentives that it

24    pays?  So not just the market makers but, for

25    example -- well, let's establish -- I mean, does

1    Ripple pay, for example, MoneyGram, or when

2    MoneyGram was on board with ODL, did Ripple pay

3    incentives to MoneyGram?

4         A.    You asked me that earlier, but I'm not

5    sure.  I'm not privy to that.

6         Q.    You're not privy to that part.  You're

7    only privy between the relationship between the

8    market maker and Ripple?

9         A.    Correct.

10        Q.    Are you privy to any other payments

11   that Ripple might provide with respect to ODL?

12        A.    Not that I know of.

13        Q.    Okay.  And I did ask you this, but I'm

14   going to have to ask you again because I forgot.

15        A.    Okay.

16        Q.    What revenues does Ripple make from

17   ODL?

18        A.    I'm not aware.  I don't know.

19        Q.    Okay.  Do you know whether it -- do

20   you know whether it's sufficient revenues to

21   sort of turn a profit on these payments that

22   they make with respect to ODL?

23        A.    I'm not aware.

24        Q.    So you don't know either way?

25        A.    I do not know.

1      Q.   Okay.  Does -- in terms of disclosure

2   and transparency, does Ripple disclose the

3   nature of its relationship with market makers

4   that provide ODL liquidity?

5      A.   I don't think we've named them

6   explicitly.  When you say "does Ripple" --

7   sorry, the question was is Ripple transparent?

8      Q.   No.  Does Rip --

9      A.   Is that what --

10      Q.   No.  Does Ripple provide information

11   to the market about its relationship with the

12   market makers in the context of their ODL

13   relationship with Ripple?

14      A.   I'm not sure I can think of an example

15   of where they're cited, but it's possible.  I

16   don't know.

17      Q.   Is -- is that information that, in

18   your estimation, the market would want to know?

19            MS. ZORNBERG:  Objection.

20      A.   Hard to say.

21      Q.   Why is it hard to say?

22            THE COURT REPORTER:  Repeat.

23      A.   I just don't know why it's relevant.

24      Q.   I'm sorry, you don't know why it's

25   relevant to the market?  Is that what you mean?

1    A.   A private relationship with an

2    individual market maker is -- I don't know -- I

3    wouldn't view that as something that is

4    necessary to communicate.  But, again, Ripple

5    may very well have.  I just don't recall if

6    they've shared that or not.

7        Q.   Have you been involved in efforts to

8    share that information?

9        A.   Not that I recall.

10       Q.   Is it -- is it your view that O -- the

11   existence of the ODL platform provides liquidity

12   for the XRP market?

13       A.   Is it -- sorry, repeat the question.

14       Q.   Yes.

15            Does the ODL platform provide

16   liquidity for the XRP market?

17       A.   Yes.

18       Q.   Okay.  To the extent that -- is it

19   your view that the market wants to know about

20   things that might provide liquidity to the XRP

21   market?

22       A.   Say -- repeat the question.

23       Q.   Is it your view that the market would

24   want to know about things that might provide

25   liquidity to the XRP market?

1          MS. ZORNBERG:  Object to form.

2     A.   Yeah.  I mean, they want to understand

3  market liquidity overall.

4     Q.   Yeah, but -- okay.

5          Does Ripple provide information, for

6  example, about the payments that it makes to

7  market makers to provide ODL liquidity as far as

8  you know?

9     A.   I saw no attempts to, like, hide that

10 at all.  I just don't think that it -- I don't

11 recall it being publicly disclosed, like in a

12 markets report, for example.

13    Q.   Right.

14         But separate from attempts to hide it,

15 which I'm not discussing, why was it not

16 publicly disclosed in the markets report to the

17 extent it was not?

18    A.   Private relationships with individual

19 market makers doesn't seem like something that

20 would be appropriate to be shared in a public

21 report.

22    Q.   Okay.  Can the O -- can the ODL

23 platform function without liquidity provided by

24 market makers on the receiving exchange?

25    A.   It's something that would be tested,

1    and I think over time, yes.  So, for example, I
2    remember in the early days looking at volume on,
3    say, Bitso before we started the MGI flow.  And
4    looking at those traded volumes at that time,
5    they were insufficient to be able to support the
6    liquidity that we needed in order to make, say,
7    MGI's payments go through.  But --
8         Q.    I'm sorry, they were insufficient?
9         A.    Right.
10         Q.    Okay.
11         A.    And so that was the reason for needing
12    market makers support on developing liquidity on
13    those platforms.  But also over time, as crypto
14    matures and exchanges mature and volumes
15    increases and liquidity increases, we would
16    expect less reliance on market makers.  And
17    depending upon the individual corridor,
18    that's -- you know, more or less support may be
19    required in order to ensure the payments go
20    through.
21         Q.    The individual corridors, can you
22    explain what -- what corridors are you talking
23    about?
24         A.    Excuse me.  So ODL is active in a
25    number of corridors.  Some examples are Mexico,

1    the Philippines.  There's a few others, too.

2        Q.   Okay.  And the ones you know, the --

3    the -- there's market makers actually on behalf

4    of Ripple to create a market in those corridors

5    on the receiving end?

6        A.   When you say "create a market," I

7    disagree with that statement, but there are

8    market makers that are on those exchanges, on

9    those order books, creating two-sided markets.

10       Q.   And creating liquidity?

11       A.   Yeah.  Liquidity is created through

12   market making.

13       Q.   Okay.  And so today -- I understand

14   your view about over time as crypto matures.

15   Today, without the market makers providing

16   liquidity, can ODL function?

17       A.   So, again, it depends on the

18   individual corridor.  And I don't know the

19   numbers offhand, but, you know, something like,

20   you know, when we started if you said 30 percent

21   of the flow could have been supported by natural

22   liquidity, that -- those number -- the natural

23   liquidity support increased over time meaning

24   that there's less reliance on the market makers

25   over time.

```
 1          Q.   Right.  But I'm just asking today, not
 2    over time.
 3              Today, which of these corridors could
 4    function without the market makers --
 5          A.   I don't know the numbers offhand --
 6              (Indiscernible cross talk; reporter
 7    requests one speaker.)
 8                   THE COURT REPORTER:  Today, which
 9         of these corridors --
10    BY THE COURT REPORTER:
11          Q.   -- could function without market
12    makers providing liquidity on the receiving end?
13          A.   Yeah, I don't know offhand.
14          Q.   Okay.  With respect -- and how would
15    you -- if you wanted to know, how would you find
16    out?  What would you look at or who would you
17    talk to?
18          A.   So we would look at reports that the
19    market makers provide to our data team regarding
20    what trade flow that they've executed on the
21    exchange and compare that to the ODL trade
22    information that the product team would provide
23    to us regarding what trades were sent to that
24    exchange for ODL and then compare those two and
25    see what percentage of the flow that was sent
```

1    from OD -- from Ripple through ODL onto that

2    given exchange and what percentage of that total

3    flow was executed through market makers versus

4    other market participants.

5        Q.   And so you say the data team and the

6    product team.  Can you tell me the individuals

7    at those teams that might have that -- those --

8    that data or those --

9        A.   Excuse me.

10        Q.   -- reports?

11        A.   So the -- the product team is run by

12    Asheesh Birla and the data team,

13        Q.   Okay.  What is the size of the

14    remittance market between the United States and

15    Mexico?

16        A.   I don't know offhand.

17        Q.   Okay.  What is the size of the

18    remittance market between Mexico and the United

19    States?

20        A.   I don't know offhand.

21        Q.   Does someone -- do you know if

22    somebody at Ripple knows that information?

23        A.   I would imagine so.

24        Q.   Okay.  Who would that be?

25        A.   Perhaps the data team.

1          Q.   Okay.  Do you know whether the

2     U.S.-Mexico sort of flow is -- how it compares

3     with the size of Mexico-U.S. flow of funds?

4          A.   I don't.

5          Q.   Okay.  And does Ripple disclose ODL

6     volume?

7          A.   I can't recall offhand.  If we could

8     check a markets report, that could be validated.

9          Q.   You can't recall -- you can't recall

10    either way if it's disclosed or not?

11         A.   I don't know if it's disclosed in the

12    markets report.

13         Q.   Would you -- I think you called it

14    Ripple's flagship product at some point, ODL?

15         A.   Yes.

16         Q.   Okay.  So is -- isn't information

17    about that product important if it's the

18    flagship product?

19         A.   I would say yeah.

20              THE COURT REPORTER:  Could you

21         repeat?  Repeat.

22         Q.   So isn't information about that

23    product important if it's the flagship product?

24              Answer?

25         A.   I would say.

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

332

```
 1                    MR. TENREIRO:  Okay.  Let's --
 2          this is a good time for a break.  I have
 3          one last topic and let's just take five
 4          minutes.
 5                    THE WITNESS:  Okay.  That would
 6          be good.  I need coffee.
 7                    THE VIDEOGRAPHER:  The time right
 8          now is 5:13 p.m.  We're off the record.
 9                    (Whereupon, a recess is taken.)
10                    THE VIDEOGRAPHER:  The time right
11          now is 5:28 p.m.  We're back on the
12          record.
13                    (Whereupon, exhibit is presented
14          and marked SEC Madigan Exhibit 21 for
15          identification.)
16     BY MR. TENREIRO:
17          Q.   So Exhibit 21 is RPLI_SEC 301757
18     titled "Weekly Presentation XRP Markets."  I'm
19     not going to spend time on the pages themselves
20     except for maybe the first two.
21          A.   Sure.  Okay.
22          Q.   So just -- just generally, is -- what
23     is this document generally?  Not this one
24     specifically, but this kind of document.
25          A.   Yes.  This appears to be one of the
```

1    weekly market meeting documents.

2         Q.   Was these for -- was this for these

3    Friday meetings or for the other meetings you

4    had?

5         A.   For the Friday meetings.

6         Q.   Okay.  And who prepared these decks to

7    the extent they -- were they prepared for every

8    Friday meeting typically?

9         A.   Yes.

10        Q.   Okay.  And who would prepare them?

11        A.   Again, a combination of people.

12   Primarily          more recently on my team.

13   Dinuka prior to him.  And then, depending upon

14   the section,          legal, Ron.

15        Q.   Would you review them before they were

16   finalized?

17        A.   Generally, yes.

18        Q.   All right.  Because they were -- fair

19   to say they were sent to Mr. Garlinghouse and

20   Mr. Larsen to the extent they were going to

21   participate in the Friday meeting?

22              THE COURT REPORTER:  I'm sorry, I

23         can't understand you, Jorge.

24              MR. TENREIRO:  Sorry, Bridget.

25        Q.   Fair to say they were sent to

1    Mr. Garlinghouse and Mr. Larsen to the extent
2    they participated in the Friday meeting?  Is
3    that fair?
4        A.   Yes.
5        Q.   Okay.  Just on the third page,
6    "Executive Summary," you discuss "Overall
7    digital asset market cap" in the first bullet
8    point, and in the second bullet point, you talk
9    about "XRP price fell WOW."
10              Is that week over week?
11       A.   Mm-hmm.
12       Q.   Yes or no, please.
13       A.   Yes.  Sorry.
14       Q.   Sorry.  And then you say "YTD minus .6
15   percent."
16              Is that year to date?
17       A.   Yes.
18       Q.   Okay.  Who decided that the XRP price
19   was going to be the second bullet point on this
20   deck?
21       A.   Whoever put it together this week put
22   it there.  I don't recall a specific decision.
23   Sorry.
24       Q.   Were these Friday meetings occurring
25   before you arrived or were they a new thing when

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

335

1    you started?

2         A.   Before I arrived.

3         Q.   Okay.  And as far as you know, were

4    the decks being circulated for the Friday

5    meetings before you arrived?

6         A.   Yes.

7         Q.   Okay.  And sitting here today, I know

8    you don't have every deck, but was the price of

9    XRP, the change in the price, typically

10   discussed in the executive summary for the

11   weekly decks?

12        A.   In general, price, market cap,

13   volumes, other metrics tended to be involved in

14   the summary.

15        Q.   I'm sorry.  Market cap, price,

16   volumes.

17        A.   Yeah.

18        Q.   Those are the three -- the first

19   bullets?

20        A.   Yeah.  In this one they are, but over

21   my two-plus years, the composition and order of

22   slides may have changed from time to time.

23        Q.   When you say -- when it says "social

24   listening," can you -- what does "social

25   listening" there?

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

336

1        A.   Yeah.  So I alluded to this a little

2    bit earlier when -- when we were talking about

3    the communications team.  And there was a subset

4    of the communications team that was looking at

5    what the conversation was in social media.  We

6    talked about the Twitter verse, et cetera.  And

7    so there was a -- one or two members of the

8    team, in the communications team, that would

9    look at what is the conversation around Ripple

10   and XRP in the -- in the public sphere.

11       Q.   Okay.  Please turn to the page, the

12   bottom will say 301762.  That's the number.  The

13   title of the slide is "What is Inflation/Purpose

14   of Study."

15       A.   Uh-huh.  Right.  This is what you were

16   talking about before.

17       Q.   Just generally speaking, what is --

18   what was this about?

19       A.   So this was the study I mentioned

20   earlier that Brad and -- and ███ kicked off.

21   And it was trying to figure out in -- in the

22   spirit we mentioned earlier of communicating

23   transparently with the market around Ripple's

24   supply of XRP, how it's introduced, and figuring

25   out how to communicate to the market more

337

```
1    accurately around this topic.
2         Q.   The topic of Ripple's supply of XRP?
3         A.   Right.
4         Q.   Does that include Ripple's supply of
5    XRP entering into the market?
6         A.   Yes.
7         Q.   Okay.  Is it fair to say from
8    reviewing the slides that at some point in the
9    Friday meetings, there was a discussion about
10   different methodologies to sort of measure what
11   you call here the inflation?
12              MS. ZORNBERG:  Objection.
13        Q.   If you look at the next page, for
14   example.
15        A.   Yes.  I do recall this was a topic in
16   one of the meetings.
17        Q.   Okay.  And, again, just to be clear,
18   because I'm getting a little confused, inflation
19   in this context means inflation of supply, not
20   inflation of price, right?
21        A.   Right.
22        Q.   Okay.  And on the next page, the one
23   that is called "XRP Inflation Recommended
24   Methodology," can you please turn to that page?
25   It's the next one.  At the bottom it says
```

1   301764.

2       A.   764, okay.  Okay.

3       Q.   "Recommended Methodology."  Do you see

4   that?

5       A.   Sure.  Yeah.

6       Q.   Okay.  Just read it to yourself,

7   please.  I just want to make sure we're on the

8   same page.

9       A.   Sure.

10           (Pause)

11      A.   Okay.

12      Q.   What -- what is this methodology?

13      A.   This is a methodology that I believe

14   ████ from the advisory team came up with as one

15   potential way to think about XRP inflation.

16           THE COURT REPORTER:  I'm sorry,

17      could you repeat your answer?  I don't

18      think I got that.

19           THE WITNESS:  Sure.

20      Q.   ████

21      A.   This -- if I recall correctly, this is

22   one methodology that ████ from the advisory

23   team came up with as a potential way to

24   communicate XRP inflation to the market.

25      Q.   Was this methodology ultimately

1    adopted in terms of Ripple's way of

2    communicating information about XRP inflation?

3         A.   I don't recall a definitive outcome on

4    that topic of inflation.

5         Q.   He had listed pros and cons of the

6    methodology.

7              Do you see that?

8         A.   I do.

9         Q.   It says "Cons:  Ripple's role could be

10   perceived negatively vis-a-vis the

11   'centralization narrative.'"

12             Do you see that?

13        A.   I do.

14        Q.   What is the "centralization

15   narrative"?

16        A.   I'm not sure exactly what me meant

17   there.

18        Q.   Was this topic discussed at the Friday

19   meeting where this deck was circulated?

20        A.   I believe so.

21        Q.   What was discussed?

22        A.   I don't recall exactly except that

23   high level I recall that the objective was to

24   think about how Ripple communicates around

25   inflation and explore whether or not there was

340

1   an opportunity to provide increased clarity

2   around the topic.

3         Q.   Did Mr. Garlinghouse attend the

4   meeting where this was discussed?

5         A.   I believe so.

6         Q.   Did Mr. Larsen?

7         A.   I don't recall.

8         Q.   Did Mr. -- what did

9   Mr. Garlinghouse -- excuse me.

10              What did Mr. Garlinghouse say about

11   this proposed methodology?

12        A.   I don't recall.

13        Q.   And what did others say about the

14   proposed methodology vis-a-vis the

15   centralization narrative?

16        A.   I don't recall.

17        Q.   Okay.  Let's set that aside, please.

18        A.   Sure.

19        Q.   Ms. Madigan, what is XRP-O?

20        A.   XRP Origination.

21        Q.   What does that mean?

22        A.   So XRP Origination was a product

23   innovation introduced more recently.  I don't

24   remember exactly when.  But it came in response

25   to client requests around -- okay.  So we talked

```
 1    about the -- the ODL workflow where, you know,
 2    the client has, say, dollars.  They send it to
 3    an originating exchange and that exchange swaps
 4    the dollar for XRP.  The XRP gets sent cross
 5    border --
 6              THE COURT REPORTER:  Slow down.
 7         "They send it to an original exchange"?
 8         A.    Yes.  And then at the originating
 9    exchange, the dollars would be swapped into XRP,
10    and then the XRP would be sent across border to
11    the destination exchange.  And at the
12    destination exchange, that XRP would then be
13    swapped into the local currency.  In the example
14    we've been using today, if it was Mexico, it
15    would be Mexican pesos, Bitso.
16              So I am referencing that workflow
17    because XRP-O was an innovation on that workflow
18    in response to client requests.  So MGI, as an
19    example, rather than sending dollars to the
20    originating exchange and having to swap that
21    into XRP, said maybe we should just take
22    delivery of the XRP directly and we can then
23    send it to the destination exchange as they
24    became more sophisticated in crypto.
25              And so "XRP-O" is the term that was
```

1     used around the clients having the XRP

2     directly -- excuse me -- and basically doing

3     away with the first leg of that trade.

4          Q.   Directly from whom?

5          A.   Directly from Ripple.

6          Q.   With no market maker involvement?

7          A.   In ter -- no market maker involvement

8     --

9          Q.   On that side.

10         A.   -- on that side.  Not that I know of.

11         Q.   Did that actually happen, XRP-O?

12         A.   Yeah.

13         Q.   Was that the first time that Ripple

14    sold XRP directly to OD -- excuse me, to ODL

15    users?

16         A.   I'm not aware if there was other

17    instances.

18         Q.   Okay.  How much XRP has Ripple sold

19    with respect to the X -- you know, in XRP-O?

20         A.   I don't know the numbers offhand.

21         Q.   Just a general ballpark.

22         A.   I don't want to speculate because I

23    don't know the numbers offhand.

24         Q.   Who would have those numbers?

25         A.   The head of product, Asheesh.

343

```
 1         Q.    Okay.  And so was XRP-O good for
 2    Ripple?
 3         A.    What do you mean by "good for Ripple"?
 4         Q.    Was it something desirable for the
 5    company?
 6         A.    It's hard for me to comment on what's
 7    desirable for the company at large.  I know that
 8    that product innovation was developed in
 9    response to client requests.
10         Q.    Was it desirable from your
11    perspective?
12         A.    I didn't have a view on its -- the
13    innovation's desirability or lack thereof.
14         Q.    What -- did you have a view at all
15    about the innovation of XRP-O?
16         A.    It seemed logical to want to respond
17    to client requests.
18         Q.    Did you come to become concerned that
19    XRP-O could result in a negative impact on XRP's
20    price?
21         A.    So over time -- not with respect to
22    price, but over time, as we looked at the impact
23    on the destination exchanges, as we talked about
24    before, when there's high volume of
25    one-directional flow in significant -- so if it
```

344

1    was a significant sell order with no offsetting

2    buy order, for example, that can have a drying

3    up effect on liquidity.

4         Q.   Okay.  So Ripple selling XRP to ODL

5    clients could have a drying up effect on

6    liquidity?

7         A.   That's not what I said actually.

8         Q.   Okay.

9         A.   So I'd like to restate.

10        Q.   Yes.

11        A.   The -- if the client is taking their

12   delivery of the XRP directly and sending it to

13   Bitso in that example and the -- and that client

14   is selling the XRP for that destination

15   currency -- in that example, it might be Mexican

16   peso -- that is only one-directional flow, all

17   selling of XRP.

18        Q.   And that -- okay.

19             So what -- what is the problem with

20   that?

21        A.   So we've talked before about healthy

22   liquid markets.  And having order books with

23   two-sided flow, buying and selling, tends to

24   produce healthier liquid markets.

25        Q.   Well, but when the -- when the client

345

1  -- so the client -- when you say "client," you

2  mean, for example, MGI as opposed to MGI's

3  customer, my mom and -- and dad --

4      A.  Right.

5      Q.  -- example kind of thing?

6      A.  MGI.

7      Q.  Okay.  So, I'm sorry, I apologize.  I

8  just want to be clear.

9          So the client, when they sell XRP in

10 Bitso, someone's buying it, right?  They -- for

11 them to sell it?

12     A.  Yeah.

13     Q.  Okay.  Doesn't Ripple want to, you

14 know, sell its XRP for, you know, use on an ODL

15 platform?

16     A.  Ripple is interested in promoting the

17 utility around XRP for ODL, making sure that the

18 product runs smoothly.  So when that product

19 innovation was introduced, we saw a drying up

20 impact on liquidity.

21     Q.  And the drying -- was the drying up

22 impact on liquidity -- I'm sorry, did you --

23 sorry.  Let me start again.

24         Did you also see -- when the product

25 was introduced, did you also see a decrease in

346

1    the price of XRP?

2          A.    When what product was introduced?

3          Q.    XRP-O.

4          A.    Oh.   I'm not sure where the price was

5    trading when XRP-O was introduced.

6          Q.    All right.

7                    MR. TENREIRO:   Let's look at

8             Exhibit 28, which is going to be a

9             five-page e-mail, 503252.

10                    (Whereupon, exhibit is presented

11             and marked SEC Madigan Exhibit 28 for

12             identification.)

13                    (Pause)

14          A.    Okay.

15          Q.    Okay.   So in this series of e-mails,

16    let's start with Friday, January 10th, 2020,

17    towards the end.   Mr. Samarasinghe e-mails

18    Asheesh.

19                Is that Asheesh Birla?

20          A.    Yes.

21          Q.    Okay.   And he says "In general, the

22    markets team does not see" -- strike that.   Let

23    me -- let me go further up.

24                He says "We appreciate you asking for

25    the market team's thoughts on XRP Origination at

1   yesterday's ODL WBR."

2          What's "WBR"?

3      A.   I don't remember.

4      Q.   Okay.

5      A.   It's a meeting.  I don't know what the

6   acronym stands for.

7      Q.   Fair enough.

8          Does the -- did the market team come

9   up with thoughts on XRP Origination?

10     A.   It looks like Dinuka came up with some

11  thoughts that he provided there.

12     Q.   Well, he says, though, "the markets

13  team's thoughts."

14          Is that not his -- is he --

15     A.   I don't think Dinuka is speaking for

16  anybody other than himself.

17     Q.   Despite --

18     A.   But I -- yeah.  This is Dinuka's

19  e-mail so I can't -- and I don't recall him

20  soliciting my opinion on this matter until after

21  this back-and-forth.

22     Q.   Okay.  Read -- having read the e-mail,

23  did you share his -- his thoughts that he

24  expresses here at the time?

25     A.   So I -- I scanned this pretty quickly,

1    but it looks like he's concerned around the --

2    the impact that Phase 3, which, again, I'm not

3    re -- I think Phase 3 might be what XRP-O

4    originally ended up being, would have with

5    one-directional flow, significant

6    one-directional flow, and what that might do on

7    the order book which is, again, referencing

8    liquidity.

9        Q.   For example, "we'd expect ODL XRP

10   Origination at any significant scale to have a

11   negative impact" --

12               THE COURT REPORTER:  I'm sorry, I

13        don't know -- I can't hear you and I -- I

14        don't know where you're reading from.

15        Q.   The third white bullet point where he

16   says "However, we'd expect ODL XRP Origination

17   at any significant scale to have a negative

18   impact on XRP price."

19            Do you see that?

20        A.   I'm sorry, where?  In his original

21   thing?

22        Q.   Yes.

23        A.   However, we -- okay.  Okay.

24        Q.   Do you see that?

25        A.   I do see that, yeah.

1      Q.  And he says "we," right?

2      A.  He does say that.

3      Q.  Okay.  So -- but is it your testimony

4  that he's only speaking for himself, not for the

5  whole team here?

6             MS. ZORNBERG:  Objection.

7      A.  Yeah.

8             MS. ZORNBERG:  Asked and

9     answered.  This is a draft e-mail that he

10     shared for others' views.  So he drafted

11     it.

12      Q.  What's your answer?

13      A.  That's my answer.  The same answer I

14  gave prior.

15      Q.  I'm going to ask again.

16      A.  Sure.

17      Q.  Is it your testimony that he's only

18  speaking for himself in this e-mail and not the

19  whole team?

20      A.  Yes.  This is an e-mail he drafted

21  himself and then shared with the team.

22      Q.  Okay.  And did you respond to his

23  draft?

24      A.  It looks like I did on Friday,

25  January -- or January 10th.

1      Q.   And what -- and you said "It's long.

2   AB likes things punchy."

3           That's Asheesh Birla?

4      A.   Mm-hmm.

5      Q.   "Feel free to pop this into a Google

6   doc and I'll update there."

7           Do you see that?

8      A.   Mm-hmm.

9      Q.   Did you do that?

10     A.   I don't recall.

11     Q.   Okay.

12              MR. TENREIRO:  Let's look at

13         Exhibit 29.

14              (Whereupon, exhibit is presented

15         and marked SEC Madigan Exhibit 29 for

16         identification.)

17              MR. TENREIRO:  And that's a

18         document, two pages, RPLI_SEC 504441.

19              (Pause)

20     A.   Okay.

21     Q.   Ms. Madigan, comparing Exhibit 28, his

22  last e-mail, to what's in Exhibit 29, does that

23  refresh your memory that Mr. Samarasinghe might

24  have taken you up on your suggestion to put, you

25  know, his thoughts in a Google doc --

```
 1          A.   It appears --

 2          Q.   -- for you to comment on?

 3          A.   It appears he did.

 4          Q.   Okay.  And do -- did you express

 5     disagreement with any of his draft ODL XRP

 6     Origination concerns?

 7          A.   I can't tell from this what was --

 8     let's see.  It says, like, action items

 9     accepted, rejected.  I don't know what was

10     accepted or rejected.  I can't read this barely.

11          Q.   Let me ask you this:  Did the markets

12     team come to be concerned that XRP-O might be

13     pushing down the price of XRP?

14          A.   So as I mentioned, we are concerned

15     with liquidity.  Price is one component of

16     liquidity.  And so large one-directional flow

17     can have a negative impact on liquidity.

18          Q.   But ODL is, I think you said, Ripple's

19     flagship product, right?

20          A.   It is.

21          Q.   So to the ex --

22               THE COURT REPORTER:  I'm sorry,

23          Ripple's what product?

24               MR. TENREIRO:  Flagship product.

25          A.   And I should -- I should note as well,
```

352

1    I refer to it that way.  I don't know if that's,

2    like, a Ripple term, but I consider it a

3    flagship product because it's that's primary

4    product that we focus on.  That's my language.

5        Q.   And in -- in your experience, in your

6    professional experience, for a company's

7    flagship product, does it want to sell more of

8    it typically?

9            MS. ZORNBERG:  Objection.

10       A.   So what do you mean by "sell more of

11   it"?

12       Q.   Does it want it to be used more?

13       A.   Presumably.

14       Q.   Okay.  And XRP-O, was that causing ODL

15   to be used more or less?

16       A.   I'm not sure.

17       Q.   You're not sure.

18           Did you ever come to know whether

19   XRP-O would cause Ripple's flagship product to

20   be used more or less?

21       A.   No.

22       Q.   Did you ever ask anyone that question?

23       A.   No.

24       Q.   Was that a concern you had or a

25   curiosity you ever had?

1     A.   No.

2     Q.   Why not?

3     A.   Just didn't concern me.  It wasn't my

4  mandate, to sell X -- to sell ODL.

5     Q.   So your mandate was to?

6     A.   Help build liquidity for XRP.

7     Q.   Okay.  And more use of ODL would not

8  help liquidity for XRP?

9     A.   I didn't say that.

10     Q.   Well, let me ask you then:  Would

11  use -- more use of ODL -- of ODL help build

12  liquidity for XRP?

13     A.   I generally would think so.

14     Q.   Okay.  So in the context of that, did

15  you not ever have curiosity to ask whether XRP-O

16  would result in more use of ODL?

17           MS. ZORNBERG:  Objection.

18     A.   So can you clarify the question?

19     Q.   Yes.

20           In the context of, you know, you

21  generally thinking that ODL would help in

22  liquidity for XRP, you did not ever have

23  occasion to ask someone if XRP-O would result in

24  more use of ODL?

25           MS. ZORNBERG:  Objection.

1      A.   I answered that question and I did not

2   ask that question of anybody internally.

3      Q.   Without asking that question, did

4   anyone provide you that information on their

5   own?

6      A.   No.

7      Q.   Okay.  And I understand that you did

8   not ask that question; that no one provided you

9   that information.

10         Did anyone direct you to find out that

11   information but maybe you just didn't do it for

12   whatever reason?

13             MS. ZORNBERG:  Objection.

14      A.   Not that I recall.

15      Q.   Okay.

16             MR. TENREIRO:  Let's look at

17         Exhibit 31.

18                (Whereupon, exhibit is presented

19         and marked SEC Madigan Exhibit 31 for

20         identification.)

21             MR. TENREIRO:  And the

22         attachment, which is Exhibit 34.

23                (Whereupon, exhibit is presented

24         and marked SEC Madigan Exhibit 34 for

25         identification.)

355

```
 1                  MR. TENREIRO:  So that's going to
 2          be -- the e-mail is RPLI_SEC 302044.  It's
 3          just a cover e-mail.  And the attachment
 4          is a deck that starts at 302045.  So let's
 5          look at both.
 6                  MS. ZORNBERG:  Look at both?
 7                  MR. TENREIRO:  Yeah, both of
 8          them.
 9                  THE WITNESS:  Okay.
10                  MR. TENREIRO:  Sorry?  31 and 34.
11   BY MR. TENREIRO:
12        Q.   So, Ms. Madigan, the -- the cover
13   e-mail, which is Exhibit 31, just fair to say
14   you're sending a deck, re XRP-O, to Ms. █████
15        A.   Yes.
16        Q.   Is that fair?
17             And when you say "we've pulled
18   together," who are you referring -- who's "we"
19   in that e-mail?
20        A.   ███████  advisory team, a couple
21   members of my team, Ron Will and legal, and a
22   couple of others were involved in conversation.
23        Q.   And the subject is "XRP-O Supply
24   Concerns," right?
25        A.   Yes.
```

1       Q.   Okay.  Now let's turn to the deck,

2  which is Exhibit 34.

3       A.   Mm-hmm.

4       Q.   The title, also, "XRP-O Supply

5  Concerns," is that right?

6       A.   That is correct.

7       Q.   Okay.  On page 3 of the deck, you

8  start with "Executive Summary."

9       A.   Mm-hmm.

10       Q.   "XRP began underperforming BTC since

11  BTC halving in early May" --

12       A.   Mm-hmm.

13       Q.   -- "and underperformance has

14  accelerated with the launch of XRP-O."

15       Do you see that?

16       A.   I do.

17       Q.   Is that underperformance in price?

18       A.   So underperformance can reference

19  volumes.  It can reference price.  It can

20  reference spreads.  It can -- it's referencing

21  an asset's performance overall in the market.

22       Q.   What does it reference in this -- in

23  this deck?

24       A.   So oftentimes you would look at how

25  any -- digital assets comparing to Bitcoin, for

1    example, because it tends to be the market

2    leader.  So Bitcoin -- as Bitcoin moves, the

3    rest of the market tends to move.  So it looks

4    like we're comparing XRP's trading performance

5    relative to Bitcoin.

6         Q.   "Trading performance," does that just

7    mean price?

8         A.   No, it doesn't just mean price.

9         Q.   What -- what does it mean?

10        A.   It can mean price.  It can mean

11   volumes.  It can mean other attributes to how

12   it's trading in the market overall.

13        Q.   So -- but -- all right.  So my -- my

14   question, though, is, what is the word

15   "underperformance" referring to in this deck?

16        A.   I don't have the data right behind

17   this that this is referencing, but, again, we

18   would use the phrase "underperformance" relative

19   to sometimes price, sometimes volume, sometimes

20   spreads.  We look at a lot of different things

21   around performance of an asset.

22        Q.   The next deck -- the next bullet says

23   XRP -- "XRP selling via XRP-O has led to

24   negative pressure on XRP."

25             What does that mean, "negative

1    pressure"?

2         A.   So, again, you'll see the sub bullet

3    below that talks about ████████ of sell

4    orders.  So this gets back to looking at the

5    depth of the market on a specific order book.

6    If there's large one-sided flow, that can be

7    negative for XRP's liquidity.

8         Q.   It's -- it talks about ████████ of

9    XRP sell orders.

10             Is that what you're talking about?

11        A.   Mm-hmm.

12        Q.   And then it says "was placed into the

13   market without offsetting buy flow," right?

14        A.   Mm-hmm.

15        Q.   What does that mean?  What does that

16   do together?

17        A.   So if there's large one-directional

18   flow, it usually causes dislocations in an order

19   book where sometimes market makers will pull

20   out --

21             THE COURT REPORTER:  Slow down,

22        please.  "So if there's large

23        one-directional flow"?

24        A.   It tends to have a negative impact on

25   liquidity in that -- in that --

1            MS. ZORNBERG:  But you had said

2        something about dislocation and an order

3        book.

4            THE WITNESS:  Right.

5            MS. ZORNBERG:  I don't think she

6        got that.

7        A.    Okay.  So -- so large one-directional

8    flow can cause dislocation in an order book

9    which tends to have a negative impact on

10   liquidity.  So sometimes market makers, when

11   they see a large movement in one direction or

12   another, may pull their bids and their offers

13   out of the order book to wait to see where the

14   market settles before they replace their bids

15   and offers within the order books.  So that --

16   that causes market dislocation, which is not

17   helpful to liquidity.

18        Q.    And large one-directional order flow

19   when it's sell orders without offsetting buy

20   flow, that also causes a decrease in price,

21   correct?

22        A.    It can.

23        Q.    Did you come to conclude in terms --

24   you know, in the concept of putting together

25   this deck, what had happened to XRP's price

1   since the launch of XRP-O?

2       A.   I'm not sure if the XRP price is

3   quoted in here, but it's certainly something we

4   would look at as part of the analysis of the

5   impact of XRP-O on XRP's liquidity health.

6       Q.   Well, if you look at the chart on the

7   page that says 302049, what is that a chart of?

8       A.   So it looks to be a chart of XRPs, USD

9   price, as well as XRP/MXN, as well as Bitcoin

10  USD, Bitcoin MXN, and then significant dates and

11  market events that are impacting the market

12  moves.  I can't read all this clearly, but that

13  is the gist of what I get from it.

14      Q.   So in the context of this graph at

15  least, is it fair to say that "XRP

16  underperformance" refers to XRP -- XRP's price

17  relative to certain other assets such as dollars

18  and pesos?

19      A.   Looks like it.

20      Q.   Okay.  So does this refresh your

21  memory as to whether in the context of analyzing

22  XRP-O supply concerns you came to conclude that

23  XRP-O was causing the price of XRP to go down?

24           MS. ZORNBERG:  Objection.

25      A.   As I mentioned, price is one thing

1    that we would look at in combination with a

2    number of other factors including spreads,

3    volatility, volumes, et cetera, to assess how a

4    market is trading.

5        Q.    Let's look at the next page where it

6    says "Lead-up XRP-O:  XRP outperformed versus

7    BTC by 5 percent."

8        A.    Mm-hmm.

9        Q.    Do you see that?

10       A.    Mm-hmm.

11       Q.    What -- 5 percent of what?

12       A.    It looks like -- hold on.  Let me read

13   this clearly.  "XRP outperformed versus Bitcoin

14   by 5 percent."  So I can't tell from this gray

15   shaded thing if this is price or what it is or

16   if it's volatility.  Can you tell from here?

17       Q.    Oh, I'm sorry, I'm asking you.

18       A.    Yeah, I -- it's all, like, grayed out

19   so I can't tell what the metrics are.

20       Q.    And what about the next one?  "Since

21   5/27 (XRP-O Bitso launch) XRP underperformed

22   versus BTC by over 10 percent."

23       A.    Mm-hmm.

24       Q.    Is that referring to underperformed in

25   terms of the price?

1      A.   It looks like it.

2      Q.   Okay.  At some point your team also

3   came up -- well, I'm sorry.

4           At some point individuals at Ripple

5   came up with ideas to sort of address these

6   concerns that you were discussing at this deck,

7   right?  Supply concerns.

8      A.   Yes.  In fact, I recall receiving a

9   call from Brad about this topic and -- and --

10   and he asked us to look into this and suggested

11   that we would consider doing purchases.

12      Q.   Purchases of what?

13      A.   XRP.

14      Q.   Who suggested that?

15      A.   Brad.

16      Q.   For what purpose?

17      A.   To offset some of the negative impact

18   of XRP-O supply one-directional flow.

19      Q.   Was that the first time that you sort

20   of heard of that idea, when he suggested it to

21   you?

22      A.   Yeah, that's the first I recall.

23      Q.   Okay.  When was that?

24      A.   I don't recall the date, but I

25   remember it preceded this because I remember

363

```
 1    Ron's --
 2         Q.    I'm sorry, ma'am.  "Preceded this"
 3    meaning the deck?
 4         A.    This deck.
 5         Q.    Okay.
 6         A.    Yeah.  Because I remember Ron
 7    specifically said to me, "I know that you've
 8    already had this conversation around -- you
 9    know, what Brad wants us to consider doing, but
10    I'd -- you know, I'd like you to put something
11    together that shows other options, too, so that
12    we're being thoughtful about the supply
13    concerns."
14         Q.    What option was -- was any option
15    ultimately adopted in terms of addressing the
16    supply concerns?
17         A.    Yes.  There was a -- there was a
18    purchase program launched.
19         Q.    Okay.  Who made the decision to launch
20    the purchase program?
21         A.    Brad, legal.  A bunch -- a bunch of
22    people were involved.
23         Q.    Was Mr. Larsen involved?
24         A.    Brad mentioned he spoke with Chris.  I
25    don't know -- about the topic, but I don't know
```

```
 1    the extent to which Chris was involved in the
 2    decision.
 3          Q.   Okay.  And the purchase program that
 4    was launched, when was it launched?
 5          A.   I don't remember the exact date, but I
 6    remember it was around early July.
 7          Q.   Of?
 8          A.   This past summer.
 9          Q.   2020?
10          A.   2020.
11          Q.   Okay.  And the purchase program
12    involved Ripple buying XRP in the market?
13          A.   Yes.
14          Q.   What disclosures did Ripple make about
15    that to the market?
16          A.   In -- the disclosures were made in the
17    markets report.
18          Q.   What did Ripple say?
19          A.   That from time to time, Ripple -- I
20    don't know the exact language actually.
21          Q.   Did Ripple disclose the exact amounts
22    it was buying?
23          A.   I don't recall offhand.
24          Q.   Oh, okay.  Did Ripple disclose the
25    reasons for the buys?
```

365

```
 1          A.   I don't recall the exact language.
 2          Q.   Were you involved in the, you know,
 3     review or drafting of the reports that discussed
 4     the buy-back program?
 5          A.   So are you talking about the XRP
 6     markets report?
 7          Q.   Yeah.
 8          A.   So, yeah.  As -- as we talked about in
 9     the past, the XRP market reports would be
10     drafted by a group of people and I would tend to
11     review them and provide comments where
12     necessary.
13          Q.   Okay.  And so did you provide comments
14     to the extent it discussed the buy-back program?
15          A.   No.  Legal provided the language
16     around the buy-back program.
17          Q.   Okay.  Was this deck that we're
18     looking at that you're holding, which is Exhibit
19     34, presented to Mr. Larsen?
20          A.   I don't recall.
21          Q.   The deck on page 10 of it, page 10 of
22     the deck -- I realize there's no numbers.  Let
23     me just -- one second.  It -- at the bottom it
24     says 302054.  It says "Proposed Repurchase
25     Initiative."
```

```
1          A.   Okay.

2          Q.   Okay.  "Option C:  Repurchase XRP on

3     Bitso."  That's one of the options.  On the

4     prior page, "Repurchase XRP via MMs on multiple

5     exchanges.  Option B:  Repurchase XRP directly

6     from MMs."

7               Which of these options was adopted?

8          A.   Well, let me read these more closely.

9               (Pause)

10         A.    Option A, although let me read the

11    detail.  Yeah.

12         Q.   Now, here, though, it talks a one- to

13    three-month -- one- to three-month pilot.

14         A.   Mm-hmm.

15         Q.   Is that right?

16         A.   That's what I read here, yes.

17         Q.   When it -- when the program of

18    rebuying began, did it occur for three months or

19    for how long?

20         A.   A couple months.  I don't remember the

21    exact dates.

22         Q.   Was it paused after a couple months?

23         A.   Yes.

24         Q.   Did it -- did it continue at some

25    point after?
```

1          A.    Not to my knowledge.

2          Q.    Okay.  Does XRP-O still exist?

3          A.    Yes, to my knowledge.

4          Q.    Okay.  Did -- did -- you know, did

5     your team or the people you were working with do

6     any other analysis to see the impact of XRP-O on

7     other factors affecting liquidity other than the

8     ones we, you know, we covered in these graphs?

9          A.    There may have been others.  I don't

10    recall offhand.

11         Q.    If there were, where would they have

12    been presented?

13         A.    Could have been within the team.  It

14    could have been at one of the meetings.  I don't

15    recall.

16         Q.    In a deck or just orally or how?

17         A.    I don't recall.

18         Q.    Okay.  So just -- just to be clear,

19    sitting here today, you don't recall either way.

20    There might have been other analysis; there

21    might not have been.  You just don't know.

22         A.    Yes.  I -- I recall this was a topic

23    that we looked at.  I don't remember how many

24    analyses were performed around the topic.

25         Q.    And what sort of materials would you

368

```
1    have to review to sort of make sure you, you

2    know, reviewed the universe to be able to answer

3    my question as to whether you did other analysis

4    to see the impact of XRP-O on other factors

5    affecting liquidity?

6         A.    That was a long question.  If you

7    don't mind clarifying it.

8         Q.    What sort of materials did you have to

9    review --

10        A.    Yes.

11        Q.    -- to be able to answer this question,

12   which is, did you do any other analysis to see

13   the impact of XRP-O on other factors affecting

14   liquidity?

15             MS. ZORNBERG:  Objection.

16        A.    Yeah, I'm not -- what other analysis

17   would we have to --

18        Q.    No.  What other materials would you

19   have to look at just to make sure that you knew

20   the universe of analysis you might have done?

21             MS. ZORNBERG:  Objection.

22        A.    I don't know.

23        Q.    Okay.  One sec.

24             THE WITNESS:  How much longer do

25        we have?  How much longer do we have?
```

1          MR. ANELLO:  Fifty.

2          THE WITNESS:  Five-zero?

3          MR. TENREIRO:  Let's look at

4     Exhibit 33, please, which is, I believe,

5     some sort of messaging thread.  It starts

6     at 504550.

7          (Whereupon, exhibit is presented

8     and marked SEC Madigan Exhibit 33 for

9     identification.)

10    A.    Okay.  Let me read this.

11    Q.    Go ahead.

12          (Pause)

13    Q.    My first question starts on page 2

14 just so you know.

15          (Pause)

16    A.    Okay.

17    Q.    Ms. Madigan, have you -- have you had

18 a chance to look at this?

19    A.    I have.  Excuse me.  Sorry for

20 yawning.

21    Q.    No problem.

22          Is it fair to say that -- do you know

23 what -- what messaging service or system you're

24 using here?

25    A.    I can't tell from this.

```
 1          Q.   Is it fair to say --
 2          A.   Oh, now it says -- yeah, I can see at
 3     the top it says "Slack retention," so likely
 4     Slack.
 5          Q.   Okay.  Okay.  The -- is it fair to say
 6     you're -- this is a conversation on Slack
 7     between you, Mr. Samarasinghe,
 8     others, Mr.            is that right?
 9          A.   It looks like that.
10          Q.   Okay.  And having read this, is it
11     fair to say that Mr. Larsen gave a directive to
12     Mr. Garlinghouse to sort of deal with this XRP-O
13     concerns by buying XRP?
14                    MS. LINSENMAYER:  Objection to
15          form.
16          A.   So I don't want to make too many
17     presumptions given I don't recall this exact
18     chat, but one thing I can say is I do recall
19     that phone call I mentioned where Brad said that
20     he wanted to explore buying XRP back to address
21     the problem and that he had had a con --
22                    THE COURT REPORTER:  I can't
23          understand you.  "That Brad said he wanted
24          to explore buying"?
25          A.   Yes, XRP and that he mentioned that he
```

1    had had a conversation with Chris on the topic

2    as well.

3         Q.   Okay.  Just on the third page of the

4    chat, around 20:44, you say "We need to get this

5    out today given CL called BG on vaca."

6              Do you see that?

7         A.   Yes.

8         Q.   Further up you say, around 20:06,

9    "Yes, BG received a directive and now we can add

10   alternative suggestions."

11             Do you see that?

12        A.   Uh-huh.

13        Q.   On page 2, around 20:03, you say

14   "There was an almost directive by CL to BG to

15   start buying back on Bitso."

16             Do you see that?

17        A.   Mm-hmm.

18        Q.   Do these chats reflect -- refresh your

19   recollection as to whether -- whether

20   Mr. Garlinghouse conveyed to you that he

21   received an almost directive by Mr. Larsen to

22   start buying back XRP?

23        A.   Yeah, this helps refresh my memory,

24   but, as I said, my memory was that I got a call

25   from Brad referencing a conversation with Chris

1    around buying back in response to the negative

2    liquidity impact from XRP-O.

3         Q.   Did Mr. Larsen --

4              THE COURT REPORTER:  A negative

5         impact for?  I can't hear you.

6         A.   The negative impact on liquidity due

7    to XRP-O.

8         Q.   Okay.  And did Mr. Larsen give a

9    directive to decrease the negative price

10   pressures by XRP-O?

11        A.   I was not on that call --

12             MS. LINSENMAYER:  Objection to

13        form.

14        A.   I was not on that call and I have

15   no -- I was -- so I cannot comment on what Chris

16   said to Brad.

17        Q.   Did -- I didn't mean to -- what he

18   said to Brad.  My question was a little broader.

19             Did Mr. Larsen give employees at

20   Ripple a directive to decrease neg -- negative

21   price pressures on XRP based on XRP-O?

22        A.   No.

23        Q.   Did Mr. Garlinghouse give you that

24   directive?

25        A.   No.

1      Q.   Okay.  So the directive that he gave

2   you was just to buy back XRP on Bitso, or to

3   explore that, rather?

4      A.   Yes, that's what I recall.

5      Q.   Okay.  How did you determine -- you

6   said eventually there was a buy-back from the

7   market makers on exchanges?

8      A.   Yes.

9      Q.   What exchange was -- on what exchange?

10      A.   They were purchasing on multiple.  I

11   don't recall which.

12      Q.   Did you enter into agreements with the

13   market makers for these buy-backs?

14      A.   Yes.

15      Q.   What role did you have with respect to

16   these agreements?

17      A.   They were drafted by the respective

18   legal teams, but I just spoke with market makers

19   around providing the service.

20      Q.   Why you?

21      A.   Because Brad asked me to.

22      Q.   Mm-hmm.  Did you ask him why he asked

23   you to do that?

24      A.   No.  I dealt with the market makers so

25   it didn't seem unusual.

1          Q.   Okay.  Did the agreements -- were the

2    agreements between -- what Ripple entity was --

3    signed the agreements?

4          A.   I don't recall offhand.

5               MR. TENREIRO:  Let's look at

6          Exhibit 36.

7               (Whereupon, exhibit is presented

8          and marked SEC Madigan Exhibit 36 for

9          identification.)

10              MR. TENREIRO:  Master Purchase

11         Agreement, RPLI_SEC 301887.

12              THE WITNESS:  Thank you.  I'm

13         just going to stand up for one second.

14              MR. TENREIRO:  Go ahead.  We're

15         almost done.

16              THE WITNESS:  Okay.

17              (Pause)

18         A.   I haven't read these in age -- do you

19   want me to read the whole thing or --

20         Q.   No.  Well, you can.

21         A.   Okay.

22         Q.   I'm not going to ask you questions

23   about it.

24         A.   Okay.

25         Q.   I simply wanted to ask if this

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1    agreement refreshed your recollection as to

2    whether it was an entity incorporated in

3    Singapore, referenced in the first paragraph,

4    that entered into this agreement, the buy-back

5    agreement.

6        A.    Okay.  So I don't know if this

7    specific agreement you're showing me -- again,

8    legal department would handle these agreements.

9    So I don't know if this specific agreement is

10   the one that governs the purchase program.

11       Q.    Well --

12       A.    But --

13       Q.    Go ahead.

14       A.    Sorry.  But I -- I can confirm that --

15   what you said.  I can see in the first line that

16   Ripple Labs Singapore is listed.

17       Q.    Do you know why Ripple --

18              THE COURT REPORTER:  I'm sorry,

19       you broke up a little bit.  But I

20       confirm -- repeat, please.

21       A.    Sure.  I was just confirming that

22   Ripple Labs Singapore appears to be the entity

23   that is contemplated in this contract.

24       Q.    In the first "Whereas" clause, it says

25   "Whereas, Customer" -- defined as Ripple Labs

1    Singapore -- "for its own account and not for

2    the account of any other person or entity, may

3    seek to purchase XRP from the Company" --

4    defined as in this case GSR markets -- "to

5    offset amounts of XRP that Customer is selling

6    to its own customers for their use in

7    cross-border payments via Customer's On-Demand

8    Liquidity product."

9           Do you see that?

10       A.   I do.

11       Q.   Okay.  Why was the Ripple Labs

12   Singapore entity the one entering into the XRP

13   repurchase agreements?

14       A.   We have entities all over the world.

15   I'm not the person responsible for choosing what

16   entity we do what business out of.

17       Q.   Who is?

18       A.   Legal.

19       Q.   Okay.  Let's -- okay.

20           How much money did Ripple spend on

21   buying back XRP?

22       A.   I don't know that offhand.

23           MR. TENREIRO:  Let's look at

24    Exhibit 37.

25       Q.   Oh, well, how -- yeah.  I'm sorry.

377

```
1              How would you determine how much XRP
2    to buy back?
3         A.    So I recall looking at data on XRP-O
4    and the volumes that were being sent through
5    XRP-O and I recall that we were discussing
6    buying back something less than or, max, equal
7    to, but I think we settled on something less
8    than XRP-O volumes.
9         Q.    How much less than?
10        A.    I don't remember offhand.
11        Q.    Well, okay.
12              MR. TENREIRO:  Let's look at
13         Exhibit 37, which is a one-page e-mail at
14         301861.
15              (Whereupon, exhibit is presented
16         and marked SEC Madigan Exhibit 37 for
17         identification.)
18    BY MR. TENREIRO:
19        Q.    An e-mail from Mr. Garlinghouse --
20    well, a couple of e-mails, but one is from
21    Mr. Garlinghouse to you on July 14th, 2020.
22        A.    I'm sorry, is there something on the
23    back --
24        Q.    No.
25        A.    -- where it originated?  It looks like
```

1     █████ originated? I just want to make sure I'm

2   looking at the right spot.

3        Q. It seems like Mr. █████ originated

4   it.

5        A. Oh, okay. Yeah.

6        Q. And then it seems like you responded.

7        A. Okay. Yep. Let me read this. Sorry.

8        (Pause)

9        A. Okay.

10       Q. All right. Do you see where he says

11   "Note: Purchasing on track to cover 100 percent

12   of estimated XRP-O volumes"? Do you see that?

13       A. I do.

14       Q. Okay. So why the 100 percent?

15       A. So the issue that we were trying to

16   address was the offset, right, from the original

17   workflow that we discussed where there was a buy

18   and a sell in the market, in the original ODL

19   payment flow. XRP-O had only one direction.

20        And so this was specifically to

21   address that imbalance in the order books. And

22   so 100 percent appears to be where it was

23   started although I vaguely recall that there was

24   something less as well discussed. I don't know

25   if it was 100 percent the whole time. I believe

379

1    it was lower at periods of time as well.

2         Q.   Okay.  But lower by, you know, what

3    order of magnitude?  I mean, are we talking 50

4    percent or --

5         A.   I -- I can't recall offhand.

6         Q.   Who would have that data?

7         A.   So product and/or accounting, finance.

8         Q.   "Product" being?

9         A.   Asheesh.

10        Q.   Can you tell me a person?

11        A.   Asheesh's organization and/or

12   accounting and finance would have sent the

13   dollars to address this.

14        Q.   Okay.  Did you receive questions from,

15   you know, sort of the market or the media about

16   buy-backs?

17        A.   Not that I recall.

18        Q.   Okay.  Let's look at one.  Let's look

19   at Exhibit 41 --

20        A.   Okay.

21        Q.   -- which is 503633.

22             (Whereupon, exhibit is presented and

23   marked SEC Madigan Exhibit 41 for

24   identification.)

25             THE WITNESS:  Thank you.  Okay.

1        Okay.

2        Q.   All right.  Does this refresh your

3    memory as to whether you received media

4    inquiries from markets report about being a

5    buyer in the market?

6        A.   It does appear that the comms team

7    received inquiries around the statement made in

8    the XRP markets report.

9        Q.   And they directed them to you, "Hey

10   Markets," is that fair?

11       A.   This e-mail is directed to me, yes, or

12   our team.

13       Q.   And Mr. ██████ says "I would spin it

14   around ODL.  Maybe saying something about how

15   this supports efficient execution of ODL

16   transactions."

17       A.   Mm-hmm.

18       Q.   Do you see that?

19       A.   I do.

20       Q.   Did you discuss that with him, what he

21   meant by that?

22       A.   No.

23       Q.   Okay.  Did -- did mark -- did comms

24   respond to media inquiries?

25       A.   Sorry.  Could you repeat the question?

1        Q.   Yes.  Did -- did markets respond to
2   media inquiries from our market -- from your
3   markets report re being a buyer in the market?
4        A.   Did the markets team --
5        Q.   Sorry, did comms.  I'm sorry.  Did
6   comms respond to media inquiries?
7        A.   Sometimes.
8        Q.   No, to -- but I'm talking about this
9   media inquiry about being a buyer in the market.
10       A.   Oh, I'm not sure if ███████ ended up
11  responding or not.
12       Q.   Okay.  Did you respond to how -- well,
13  I think comms here says "Can we say something
14  high level?"
15            Did you have a view as to what you
16  could say?
17       A.   I don't recall this specific e-mail
18  exchange or what I was thinking at the time last
19  summer.
20       Q.   It says "See below.  Understand that
21  we can't share details."
22            Do you see that?
23       A.   Wait.  What?
24       Q.   The e-mail from ███████ says "Hey
25  Markets, we received a few media inquiries" --

382

```
 1        A.   Oh, oh.  Oh, sorry.  Yeah.  Uh-huh.
 2        Q.   "Understand that we can't share
 3   details."
 4             Do you see that?
 5        A.   Yes.
 6        Q.   Why can't they share details?
 7        A.   I'm not sure.
 8        Q.   Did you ever direct -- did you ever
 9   tell comms you could not share details about
10   XRP -- about Ripple being a buyer in the market?
11        A.   No.  I -- I'm not responsible for
12   directing comms on anything.
13        Q.   So do you know why she thought you
14   can't share details?
15        A.   I do not.
16        Q.   Did you respond and say, you know, We
17   want transparency, we should share details?
18                  THE COURT REPORTER:  I can't hear
19        you.
20        Q.   Did you ever respond to her and say,
21   No, we want transparency in the market, we can
22   share details?
23        A.   Not that I recall.
24        Q.   Okay.  Why not?
25        A.   I don't know.
```

383

 1       Q.   Did you have a conversation with her

 2   maybe over the phone about why you couldn't

 3   share details?

 4       A.   Not that I recall.

 5       Q.   Okay.  And did anyone ever direct you

 6   that you could not share details about Ripple

 7   being a buyer in the market to the media?

 8       A.   Not that I recall.

 9       Q.   Okay.

10            MR. TENREIRO:  Let's look

11        at maybe our last one.  One second.  Yes,

12        number 35, please.  Two page document,

13        504020.

14            THE WITNESS:  Did I put anybody

15        to sleep yet?

16            MR. ANELLO:  Very -- very --

17        almost done.

18            (Whereupon, exhibit is presented

19        and marked SEC Madigan Exhibit 35 for

20        identification.)

21            (Pause)

22   BY MR. TENREIRO:

23       Q.   Ms. Madigan, what is this document?

24       A.   I'm not sure.

25       Q.   Have you seen this before?

384

```
 1          A.   It's -- I don't recognize it.  Perhaps

 2     you can help.

 3          Q.   Well, it's titled "XRP Purchases Plus

 4     XRP-O Preliminary Observations and

 5     Recommendations."

 6          A.   Mm-hmm.

 7          Q.   Were you involved in XRP purchases and

 8     XRP-O generally?

 9          A.   To some extent.

10               MS. ZORNBERG:  Objection.

11          Q.   And ob -- in making observations and

12     recommendations with respect to those two

13     topics?

14          A.   To some extent.

15               MS. ZORNBERG:  Are you speaking

16          in connection with this document or just

17          generally?

18               MR. TENREIRO:  No, just

19          generally.

20          A.   To some extent.

21          Q.   Okay.  Reading this document here --

22     sitting here today --

23          A.   Mm-hmm.

24          Q.   -- you don't know whether you looked

25     at this before or not?
```

 1          A.   I don't.

 2          Q.   Okay.  Reading this document today,

 3     what -- what do you understand it to be

 4     conveying when it says "XRP/BTC is a key metric

 5     that gauges XRP performance relative to BTC"?

 6          A.   Mm-hmm.

 7          Q.   What is that referring to?  Is that

 8     referring to the price?

 9          A.   It may -- it may be.  It looks like

10     it's referencing a table somewhere, but I don't

11     see a table so I'm not sure exactly.

12          Q.   Okay.  Do you see a little bit towards

13     the middle where it says "The way we thought

14     about this plan included balancing three primary

15     concerns"?  Do you see that?

16          A.   I do.

17          Q.   "Client experience vis-a-vis XRP-O" --

18          A.   Mm-hmm.

19          Q.   -- "corp cash needs, stability of

20     XRP."

21               Do you see that?

22          A.   I do.

23          Q.   I understand you don't recall seeing

24     this document, but as an employee of Ripple

25     reading this document, what do you understand

1    "stability of XRP" to mean?

2         A.    Healthy liquidity of XRP markets.

3         Q.    You want liquidity to be stable or you

4    want liquidity to increase?

5         A.    Liquidity to be healthy.  I don't know

6    if it's increase or stable.  It's just -- there

7    are many attributes that we've discussed at

8    length today regarding attributes of a healthy

9    liquid market and so that -- this, to me,

10   reading it now, looks to be referencing that.

11        Q.    Stability -- how is -- how is

12   liquidity stable?

13        A.    So the healthy operation of markets

14   tends to have -- well, I should say healthy

15   liquid markets tend to have maybe less

16   volatility -- well, that may not always be true.

17   But, yeah, the health -- I read this as

18   healthy -- stability meaning, like, healthy XRP

19   markets.

20        Q.    Okay.  There's a bold part towards the

21   bottom where it says "Given our goal to retain

22   ▇▇▇ USD fiat" --

23        A.    Mm-hmm.

24        Q.    -- "for corporate" purchases -- sorry,

25   "corporate purposes."

387

```
 1        A.   Mm-hmm.
 2        Q.   Do you see that?
 3        A.   Yes.
 4        Q.   What does that refer to, if you know?
 5        A.   It looks to be about cash needs for
 6   the company.
 7        Q.   You know, did anyone ever convey to
 8   you what the goal of the company was with
 9   respect to keeping cash for corporate purposes?
10        A.   Occasionally Ron would relay some
11   target numbers.
12        Q.   In what context would he relay that?
13        A.   In this context I remember him
14   sharing.
15        Q.   "In this context" meaning this
16   document?
17        A.   No, sorry.  In the discussions around
18   the purchase program, I remember him saying █
19   ███████████████ was a target number for
20   corporate purposes.
21        Q.   So Ripple, for the purchase program,
22   you know, you used, you know, corporate cash
23   resources, is that correct?
24        A.   Yes.  To my knowledge, yes.
25        Q.   Okay.  Corporate funds --
```

1        A.    Yeah.

2        Q.    -- of some sort.  Is that fair?

3        A.    Yes.

4        Q.    Okay.  So in that context, you recall

5    that Mr. Will said, okay, but we need to keep ▮

6    ▮▮▮▮▮▮▮▮▮▮ on cash?

7        A.    It looks like that but I don't recall

8    exactly the direction.

9        Q.    And did he explain why the company had

10   decided ▮▮▮▮▮▮▮▮▮▮ was what it needed?

11       A.    No.  I wasn't privy to the details.

12       Q.    Did he explain why -- what the ▮▮▮▮▮

13   ▮▮▮ might be used for?

14       A.    No.

15       Q.    Okay.

16             MR. TENREIRO:  I think that this

17         might be my last one.  So let's look at

18         84.  And maybe Lisa...

19             This is a three-page e-mail,

20         423325.

21             (Whereupon, exhibit is presented

22         and marked SEC Madigan Exhibit 84 for

23         identification.)

24             THE WITNESS:  Thank you.

25             (Pause)

389

```
 1          A.    Okay.
 2          Q.    Ms. Madigan, this is -- is this e-mail
 3    conversation related to inflation -- you know,
 4    conveying of information about supply inflation
 5    of XRP that we've been talking about today?
 6          A.    It appears to be, yes.
 7          Q.    Okay.  Who is          ▮
 8          A.       ▮       is the external advisor on  ▮
 9    team I mentioned who came up with the potential
10    inflation methodologies.
11          Q.    Why is he external?  Who does he work
12    for?
13          A.    He's an advisor to Ripple.  He used to
14    work for  ▮
15          Q.    Okay.  Does -- is he a paid advisor?
16          A.    I don't know his contract.  I assume
17    so.  I don't know.
18          Q.    Okay.  Is it fair to say that in this
19    conversation, there's a discussion of having him
20    potentially say something publicly about, you
21    know, Ripple's supply inflation of XRP?
22          A.    Yes, I read that here.
23          Q.    You say "Only concern with  ▮  is
24    whether it's perceived negatively given he is"
25    -- "he is 'on the payroll' so to speak."
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

1         Do you see that?

2    A.   Yes.

3    Q.   Perceived negatively by whom?

4    A.   The market overall.

5    Q.   Why would the market perceive it

6  negatively if he made a statement?

7    A.   The idea was that this would be a --

8  rather than -- the inflation methodology he came

9  up with was something that he thought was -- and

10 I don't remember the details of it, but that it

11 was, you know, an industry standard way to

12 approach inflation generally.

13        And so rather than have kind of Ripple

14 speaking on behalf of Ripple telling their own

15 story, why not have an independent third party

16 come up with a -- a market sort of standard

17 methodology around inflation and then apply it

18 here?

19    Q.   So is it fair that what you're saying

20 here is that Mr.          could be perceived as not

21 an independent third party to the extent that he

22 was on the payroll?

23    A.   Yeah.  I think the idea was suggested

24 by somebody earlier that a third party could be

25 a good idea here.

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

391

```
 1          Q.   Mm-hmm.
 2          A.   And so        as an advisor is sort of
 3   an affiliated party.  It doesn't necessarily
 4   achieve the goal of what Monica or whoever it
 5   was suggested a third party.
 6          Q.   And then when you say "i.e. the
 7   Giancarlo effect on the CFTC story."
 8               What did you mean there?
 9          A.   I don't recall exactly what that
10   referenced.
11          Q.   Who is Giancarlo?
12          A.   I think it's Chris Giancarlo if that's
13   his first name.  I don't recall.
14          Q.   Who's Chris Giancarlo?
15          A.   I know he's -- he was maybe -- I don't
16   know if he was a regulator or he was somehow
17   involved in regulation from my memory.
18          Q.   And "the CFTC story," what is that?
19          A.   I don't recall the specific reference
20   here.
21          Q.   Okay.
22               MR. TENREIRO:  I don't have
23          anything else.
24               Lisa?
25               MS. ZORNBERG:  Okay.  I just want
```

392

```
 1          a few -- a few minutes of questioning.

 2                  Do I need to put on a mic?

 3                  THE COURT REPORTER:  Yes.

 4                  MR. TENREIRO:  I'm sorry.  Sorry.

 5          I -- I forgot one.  I still have time,

 6          right?

 7                  MS. ZORNBERG:  Go ahead.

 8                  MR. TENREIRO:  Sorry.

 9      BY MR. TENREIRO:

10          Q.   Ms. Madigan, I'm just jumping to

11      another topic that we discussed earlier.

12               The OTC sales, did they have

13      restrictions on XRP sales by the, you know, OTC

14      counterparties?

15          A.   As I mentioned, OTC sales were largely

16      done before I arrived with the exception of that

17      ██████ contract that was sort of still in,

18      whatever; hadn't yet matured.  I don't recall

19      other OTC sales that occurred top of mind while

20      I was there besides ██████

21          Q.   Did the ██████ one have sales

22      restrictions?

23          A.   I think there were components of that.

24      I just don't remember the details of the

25      contract.
```

393

```
 1        Q.   And why would have -- why would Ripple
 2   have imposed sale restrictions?
 3        A.   So I wasn't involved in creating or
 4   designing the contract, so I don't want to
 5   suppose what was contemplated at the time of
 6   something that was created that I wasn't
 7   involved with.
 8        Q.   Right.  But to the extent that you did
 9   some legwork to get up to speed on the ███
10   issue, I think we looked at it at length this
11   morning, did you have a conversation where you
12   might have either come to learn from someone or
13   asked someone why did Ripple impose -- you know,
14   why is there -- why are there these restrictions
15   in the ███ contract?
16        A.   No, I didn't ask or don't recall
17   asking that and I don't know why they were put
18   in.
19        Q.   Okay.  Now I'm done.  Thank you.
20        A.   Sure.
21             MS. ZORNBERG:  Can you hear me
22        okay?  Mr. Videographer?  Court Reporter,
23        can you hear me okay?
24             THE COURT REPORTER:  Yes.  Just
25        keep your voice up, please.
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

394

```
 1              MS. ZORNBERG:  You bet.  My
 2        Shakespearean -- my Shakespearean voice.
 3                  EXAMINATION
 4   BY MS. ZORNBERG:
 5        Q.   Ms. Madigan, based on your experience
 6   working at Ripple since mid-2019, as well as
 7   your previous experience working at
 8        ████        do you believe that Ripple controls the
 9   XRP market?
10              MR. TENREIRO:  Objection.
11        A.   No.
12        Q.   Why not?
13        A.   Because there are many market
14   participants that trade XRP outside of Ripple.
15        Q.   Did Ripple control the XRP market when
16   you joined Ripple in 2019?
17              MR. TENREIRO:  Objection.
18        A.   No.
19        Q.   Did Ripple control the XRP market at
20   any point during your employment by Ripple?
21              MR. TENREIRO:  Objection.  And
22        just -- Lisa, I don't understand --
23        A.   No.
24              MR. TENREIRO:  -- what you mean
25        by "control" but I'm going to keep --
```

1          (Indiscernible cross talk;

2       reporter requests on speaker.)

3          MR. TENREIRO:  This is Jorge.  I

4       object to "control," I don't know what you

5       mean, but go on.

6    A.    My answer was --

7    Q.    You can answer.

8    A.    My answer was no.

9    Q.    Did -- in your opinion, did Ripple

10   control the XRP market on December 22nd, 2020,

11   when the SEC filed this lawsuit?

12          MR. TENREIRO:  Objection again.

13   A.    No.

14   Q.    Does Ripple control the exchanges that

15   list XRP or don't list XRP?

16   A.    No.

17          MR. TENREIRO:  I'm just going

18       to -- I'm just going to have a standing

19       objection to "control."  Otherwise I'm

20       happy to keep --

21          MS. ZORNBERG:  Fine.

22          MR. TENREIRO:  Okay.

23          MS. ZORNBERG:  That's fine.

24   BY MS. ZORNBERG:

25   Q.    You -- you were asked a lot of

1     questions today, Ms. Madigan, about liquidity.

2     And you've testified that as head of markets,

3     you were focused on ensuring sufficient

4     liquidity for Ripple's ODL product, right?

5          A.   Yes.

6          Q.   Is it fair to say that ensuring

7     liquidity in relevant payment quarters was an

8     important component of the ODL product?

9          A.   Yes.

10         Q.   Why is that?

11         A.   So in an example we briefly spoke

12    about earlier, we talked about the payment flow

13    from, say, the U.S. to Mexico and we also

14    referenced -- so for consistency sake -- MGI.

15    So, for example, if MGI wanted to send, say, $10

16    million worth of flow from the U.S. to Mexico,

17    but the -- but the Mexican corridor, Bitso, only

18    had $2 million worth of liquidity, it was

19    important that we could help develop liquidity

20    in those markets to ensure that the product

21    would function and the payments wouldn't fail.

22         Q.   Was your focus on liquidity specific

23    to ODL intended to ensure that the ODL product

24    functioned effectively for ODL customers?

25                   MR. TENREIRO:   Objection.

397

```
1           A.    Yes.

2           Q.    Now, was ODL previously called xRapid?

3           A.    Yes.  Right -- I remember the name

4    "xRapid" when I first joined.  I don't remember

5    exactly when the name changed.

6           Q.    So sitting here today, do you recall

7    whether xRapid had launched prior to your

8    arrival at Ripple in May 2019?

9           A.    It may well have.  I don't recall its

10   launch date but I know that when I came in, I

11   often heard the term "xRapid."  So it would

12   imply that it was already around at that point.

13          Q.    Okay.  I -- I -- if I were to show you

14   an article in the press announcing the

15   commercial launch of xRapid in October 2018,

16   would that refresh your recollection in any way?

17              MR. TENREIRO:  Objection.

18          A.    I am happy to review that document.  I

19   don't recall that article offhand.

20          Q.    Okay.

21              MS. ZORNBERG:  All right.  So

22         I've -- I've premarked with handwriting,

23         just to make a clear record here, BM

24         Defense Exhibit 1.  Here's a copy.

25              MR. TENREIRO:  Thank you.
```

[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021

```
 1              MS. ZORNBERG:  Here's a copy.
 2              THE WITNESS:  Thank you.
 3              MS. ZORNBERG:  I have other
 4        copies but I've not written the --
 5              MR. TENREIRO:  That's okay.
 6              MS. ZORNBERG:  -- "Defense
 7        Exhibit 1" on it.
 8              MR. TENREIRO:  Yeah.
 9              (Whereupon, exhibit is presented
10        and marked BM Defense Exhibit 1 for
11        identification.)
12    BY MS. ZORNBERG:
13        Q.   I'm -- for the record I'm showing you
14    a printout.  It printed out inart -- inartfully,
15    but BM Defense Exhibit 1 is a news article dated
16    October 1, 2018 titled "Ripple's cryptocurrency
17    product goes live for the first time with three
18    financial firms."
19              Ms. Madigan, one way or another, is
20    this an article that you've seen before?
21        A.   Yeah.  I don't recall it offhand,
22    but -- but it looks clear that xRapid launched
23    before my time.
24        Q.   During your time at Ripple,
25    Ms. Madigan, have you ever been instructed to
```

1  undertake efforts to raise the price of XRP?

2      A.   No.

3      Q.   Was supporting the price of XRP a

4  focus of yours?

5      A.   No.

6      Q.   In your time at Ripple, has XRP, in

7  fact, operated as a bridge currency?

8      A.   Yes.

9      Q.   Can you explain how?

10     A.   Yes.  So for simplicity's sake, and

11  hopefully not to bore you all with my same

12  example, but in the case of MoneyGram as a

13  client of Ripple and ODL, if they wanted to send

14  money originating in the U.S. that started off

15  as U.S. dollar fiat, but wanted it to be paid

16  out in Mexico as Mexican pesos, the workflow

17  would be that the U.S. dollars would go to an

18  originating exchange where the originating

19  exchange would swap the dollars into XRP.  XRP

20  was the digital asset that was sent cross

21  borders into Mexico on Bitso.  And then on Bitso

22  that XRP would be swapped into Mexican pesos.

23  So, thereby, acting as a bridge currency between

24  two fiat currencies, the dollar and the Mexican

25  peso.

1      Q.    Okay.  You were asked some questions

2   earlier about the purchase program in 2020

3   through which Ripple bought XRP from the market.

4          In purchasing XRP from a secondary

5   market, did Ripple aim to minimize market

6   impact?

7                MR. TENREIRO:  Object to form.

8      A.    How do you define market impact?

9      Q.    Well, did -- did it aim to minimize

10  market impact so as to not impact XRP price?

11     A.    Yes.  So we contracted market makers

12  and part of the agreement was that they would

13  trade on multiple exchanges in small quantities

14  over a series of days so as to minimize any

15  impact on the market.

16     Q.    Why was that an aim of the company, to

17  avoid impact on price?

18     A.    Because there wasn't an objective to

19  impact price.

20     Q.    To your knowledge, has Ripple ever

21  promised anyone to create the trading market in

22  XRP?

23     A.    No.

24     Q.    To your knowledge, has Ripple ever

25  promised anyone to maintain the trading market

1   in XRP?

2          A.   No.

3          Q.   Just a couple more questions.

4               In 2019, what drew you to work at

5   Ripple?

6          A.   So in the early days of crypto, one of

7   the common questions I got from prospective

8   participants in the market was:  I get that this

9   is a really interesting space, but how do you

10  think about evaluation frameworks and -- and how

11  do you really think about real-world examples?

12  Like, where -- I can't buy crypto today to buy

13  my coffee, but, like, what can I be using it

14  for?

15              And what I loved when Ripple reached

16  out was that I kept hearing this consistent

17  story about how XRP was purpose built for

18  cross-border payments and that it was solving is

19  a real-world problem that the legacy financial

20  system had, which was that they charged high

21  fees and took a very long period of time to send

22  money cross border.  And it seems like one area

23  that was ripe for innovation.  And the fact that

24  Ripple was really focused on solving that

25  problem in traditional markets by leveraging

1    digital assets was super compelling to me.

2         Q.   And as head of markets, how has your

3    role at the company fit within that vision to

4    solve that real-world problem?

5         A.   Through the focus on providing

6    liquidity support through these market makers to

7    ensure that ODL functions smoothly.

8              MS. ZORNBERG:  No further

9         questions.

10             MR. TENREIRO:  I have a couple

11        more.

12                   EXAMINATION

13   BY MR. TENREIRO:

14        Q.   Ms. Madigan, does the ODL product

15   eliminate the use of the legacy financial

16   system?

17        A.   No, not to my knowledge.

18        Q.   Okay.  And do the market makers use

19   the legacy financial system in connection with

20   their ODL functions?

21        A.   I believe so.  I'm not sure exactly

22   how they operate all the components of the

23   payments.

24        Q.   You're -- why are you not sure how

25   they operate the components on the payments?

1    A.   I don't know what components of the
2    legacy financial system they're using or not
3    using.
4        Q.   Well, a moment ago -- I understand
5    that you don't know, but I'm asking you why.
6    And I'm asking you why because a moment ago you
7    said you were very interested in how crypto
8    could solve a real-world problem.
9        A.   Right.
10       Q.   So I'm trying to understand why, if
11   you have that interest, you don't know what the
12   market makers are doing to help you solve a
13   real-world problem.
14               MS. ZORNBERG:  Objection.
15               MR. ANELLO:  Is that a question?
16               MS. ZORNBERG:  Objection.
17               MR. TENREIRO:  Yes, it's a
18          question.
19   BY MR. TENREIRO:
20       Q.   The question is why don't you know?
21               MR. ANELLO:  Objection, asked and
22          answered.
23               MS. ZORNBERG:  I object because
24          it mischaracterizes the testimony.  You're
25          comparing apples and oranges based on her

404

1          prior answer.

2          Q.   And the answer is?

3          A.   What was the question?

4          Q.   The question is, why don't you know

5     whether the market makers use the legacy

6     financial system in connection with their --

7     with their ODL function?

8          A.   I don't know how they use the legacy

9     financial system in connection with their

10    services on ODL.

11         Q.   And is there a reason that you don't

12    know that?

13              MR. ANELLO:   Asked and answered

14        twice.

15         A.   I don't know that.

16         Q.   Okay.  Does MoneyGram use ODL today?

17         A.   I think they paused.

18         Q.   Why?

19         A.   I don't know why.

20         Q.   Which market makers are purchasing

21    XRP?

22         A.   That is paused right now to my

23    knowledge, but GSR was the market maker we were

24    working with on XRP purchases.

25         Q.   Any others?

```
 1        A.   No.
 2        Q.   Okay.
 3             MR. TENREIRO:  All right.  I
 4        think now we're done.  Thank you.
 5             Just before we go off the
 6        record, we have discussed this --
 7             MS. ZORNBERG:  Should we just ask
 8        the other defendants if they have
 9        anything?
10             MR. TENREIRO:  Yes.
11             Do counsel for Mr. Larsen or
12        Mr. Garlinghouse have any questions they
13        wish to ask?
14             MS. LINSENMAYER:  Nothing on
15        behalf of Mr. Larsen.  Thanks.
16             MR. BAMBERGER:  Yeah, thank you.
17        Nothing on behalf of Mr. Garlinghouse.  I
18        appreciate the witness's time.
19             MR. TENREIRO:  Okay.  Before we
20        go off the record, I just want to state on
21        the record, it's something we've discussed
22        in our e-mails, which is that we reserve
23        the right to bring her back pending the
24        resolution of various discovery disputes
25        between the parties and the production of
```

1       documents.

2              MS. ZORNBERG:  We would object to

3       that.

4              MR. ANELLO:  As -- as would we,

5       obviously.

6              MR. TENREIRO:  Okay.  Thank you,

7       Ms. Madigan.

8              We're off the record.

9              THE VIDEOGRAPHER:  The time is

10      now 6:52 p.m.  We're off the record.

11             (Whereupon, the deposition

12      concluded at 6:52 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

407

```
 1    STATE OF NEW YORK        )

 2                             ) ss:

 3    COUNTY OF NEW YORK       )

 4             I hereby certify that the witness in the

 5    foregoing deposition, BREANNE MADIGAN, was by me

 6    remotely duly sworn to testify to the truth, the whole

 7    truth and nothing but the truth, in the within-entitled

 8    cause; that said deposition was taken at the time and

 9    place herein named; and that the deposition is a true

10    record of the witness's testimony as reported by me, a

11    duly certified shorthand reporter and a disinterested

12    person, and was thereafter transcribed into typewriting

13    by computer.

14             I further certify that I am not interested in

15    the outcome of the said action, nor connected with nor

16    related to any of the parties in said action, nor to

17    their respective counsel.

18             IN WITNESS WHEREOF, I have hereunto set my

19    hand this 20th day of May, 2021.

20             Reading and Signing was:

21     ___ requested   ___ waived   _X_ not requested.

22

23

24             _____

25             BRIDGET LOMBARDOZZI, CSR, RMR, CRR
```



















[5/18/2021] Madigan, Breanne Dep. Tr. 5.18.2021









