PX 26

1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4     SECURITIES AND EXCHANGE          )
      COMMISSION,                      )
5                                      )
                      Plaintiff,       )
6                                      )  Case No.:
              v.                       )  20-Civ-10832(AT)(SN)
7                                      )
      RIPPLE LABS, INC., BRADLEY       )
8     GARLINGHOUSE, and CHRISTIAN      )
      LARSEN,                          )
9                                      )
                      Defendants.      )
10    _____)

11

12

13                    HIGHLY CONFIDENTIAL

14                 VIDEOTAPED DEPOSITION OF

15                    ███████████

16               Wednesday, August 11, 2021

17

18

19

20

21

22

23
      Reported By:
24    KATHLEEN WILKINS, STENOGRAPHIC REPORTER,
      CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC
25    JOB No. 210811KWI


          [8/11/2021]  ██████████  Dep. Tr. 8.11.2021

2

1          VIDEOTAPED DEPOSITION OF ████████

2              BE IT REMEMBERED that on Wednesday,

3     August 11, 2021, commencing at the hour of 8:09 a.m.

4     thereof, at Kasowitz Benson, 2029 Century Park East,

5     Suite 2000, Los Angeles, California, before me,

6     Kathleen A. Wilkins, RPR-RMR-CRR-CCRR-CLR-CRC, a

7     Certified Stenographic Shorthand Reporter, in and

8     for the State of California, personally appeared

9     ████████         a witness in the above-entitled court

10    and cause, who, being by me first duly sworn, was

11    thereupon examined as a witness in said action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    APPEARANCES OF COUNSEL

2    FOR THE PLAINTIFF:

3         SECURITIES AND EXCHANGE COMMISSION
          New York Regional Office
4         200 Vesey Street, Suite 400
          New York, New York 10281-1022
5         BY:  DAPHNA WAXMAN, ESQ.
               JORGE G. TENREIRO, ESQ.
6         Telephone:  (212) 336-0153
          Email:  Waxmand@sec.gov
7                 tenreiroj@sec.gov

8    FOR ████████████

9         KASOWITZ BENSON TORRES LLP
          1633 Broadway
10        New York, New York 10019-6799
          BY:  MICHAEL HANIN, ESQ.
11             JONAH M. BLOCK, ESQ.
          Telephone:  (212) 506-1788
12        Email:  Mhanin@kasowitz.com
                  jmblock@kasowitz.com
13
     FOR THE DEFENDANT RIPPLE LABS:
14
          DEBEVOISE & PLIMPTON LLP
15        919 Third Avenue
          New York, New York 10022
16        BY:  LISA ZORNBERG, ESQ.
               MICHAEL J. PISEM, ESQ.
17        Telephone: (212) 909.6947
          Email:  Lzornbeg@debevoise.com
18                mpisem@debevoise.com

19

20

21

22

23

24

25
```

[8/11/2021] ████████████ Dep. Tr. 8.11.2021

```
1              APPEARANCES OF COUNSEL (Continued)

2    FOR DEFENDANT CHRISTIAN A. LARSEN:

3         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          2001 K Street, NW
4         Washington, D.C. 20006-1047
          BY:  MEREDITH DEARBORN, ESQ.
5              KRISTINA BUNTING, ESQ.
          Telephone: (628) 432-5117
6         Email: mdearborn@paulweiss.com
               kbunting@paulweiss.com
7
     FOR DEFENDANT BRADLEY GARLINGHOUSE:
8
          CLEARY GOTTLIEB STEEN & HAMILTON
9         2112 Pennsylvania Avenue, NW
          Washington, D.C. 20037
10        BY:  SAM LEVANDER, ESQ.
          Telephone: (212) 225-2951
11        Email:  slevander@cgsh.com

12   ALSO PRESENT:

13        Rashad Hunter, Videographer

14   ZOOM PARTICIPANTS (Via Zoom Videoconference):

15        Ainsley Kerr, ESQ., Securities and Exchange
               Commission; Ladan Stewart, Esq., Nicole
16             Forbes, for the Plaintiff

17        Theodore Galanakis, Esq., Paul, Weiss, Rifkind,
               Wharton & Garrison LLP, for Christian A.
18             Larsen

19        Christopher S. Ford, Esq., Debevoise &
               Plimpton, for Ripple
20
          Alexander Janghorbani, Esq., Cleary Gottlieb
21             Steen & Hamilton LLP, for Bradley
               Garlinghouse
22
          Eliana M. Pfeffer, Esq., Kellogg, Hansen, Todd,
23             Figel & Frederick, PLLC, for Ripple Labs

24        Michael Schulman

25        Eva Sanchez
```

[8/11/2021]                    Dep. Tr. 8.11.2021

5

```
 1                           INDEX

 2                    INDEX OF EXAMINATIONS

 3     WITNESS:         ███████████            PAGE

 4     Morning Session                           8
       Examination By Ms. Waxman                10
 5     Afternoon Session                       164
       Examination By Ms. Zornberg            229
 6     Examination By Ms. Dearborn            273
       Further Examination By Ms. Waxman      308
 7

 8                    INDEX OF EXHIBITS

 9     EXHIBIT           DESCRIPTION           PAGE

10     Exhibit ███-3    Email from ██████       59
                        with attachment, Bates
11                      stamped GSR00011398
                        through GSR00011405
12
       Exhibit ███ 6    Email from ███████     186
13                      to ██████████ Bates
                        stamped GSR00000294
14
       Exhibit ███13    String of e-mails Bates 110
15                      stamped RPLI_SEC 0050808
                        through RPLI_SEC 0050814
16
       Exhibit ███-15   String of e-mails Bates 124
17                      stamped RPLI_SEC 0057021
                        through RPLI_SEC 0057023
18
       Exhibit ███20    Document Bates stamped   87
19                      GSR0004553 through
                        GSR0004555
20
       Exhibit ███-22   String of e-mails Bates  97
21                      stamped GSR00009169
                        through GSR00009175
22
       Exhibit ███ 23   Email from ████████      79
23                      to Patrick Griffin, et
                        al., Bates stamped
24                      GSR00001999

25
```

[8/11/2021] ████████    Dep. Tr. 8.11.2021

INDEX OF EXHIBITS (Continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| Exhibit ███ 24 | String of e-mails Bates stamped GSR00017355 through GSR00017357 | 117 |
| Exhibit ███ 25 | Email to ████████ Bates stamped GSR00001968 | 121 |
| Exhibit ███ 27 | String of e-mails Bates stamped GSR00000356 through GSR00000357 | 103 |
| Exhibit ██ 29 | String of e-mails Bates stamped GSR00004966 through GSR00004970 | 105 |
| Exhibit ██ 34 | String of e-mails (Not Bates stamped) | 194 |
| Exhibit ██ 37 | String of e-mails (Not Bates stamped) | 204 |
| Exhibit ██ 41 | String of e-mails Bates stamped GSR_003236 through GSR_003238 | 134 |
| Exhibit ██ 42 | String of e-mails Bates stamped RPLI_SEC 1029362 through RPLI_SEC 1029364 | 136 |
| Exhibit ██ 45 | String of e-mails Bates stamped GSR00008741 through GSR00008743 | 211 |
| Exhibit ██ 49 | Document entitled, "XRP.USD Liquidation Report," Bates stamped RPLI_SEC 0582440 | 224 |
| Exhibit ██ 53 | Document entitled, "Master Purchase Agreement," Bates stamped RPLI_SEC 0878012 through RPLI_SEC 0878019 | 177 |

7

1                    INDEX OF EXHIBITS (Continued)

2      EXHIBIT                 DESCRIPTION                PAGE

3      Exhibit ▮ 54      Text message dated              209
                         July 7th, 2020, from
4                        ▮▮▮▮▮ to Chris
                         Larsen (Not Bates
5                        stamped)

6      Exhibit ▮ 57      String of e-mails Bates          23
                         stamped GSR00022738
7                        through GSR00022744

8      Exhibit ▮ 60      Document entitled,              221
                         "XRP.USD Liquidation
9                        Report," Bates stamped
                         GSR00025392
10
       Exhibit ▮ 63      Spreadsheet (not Bates          172
11                       stamped)

12     Exhibit ▮ 64      String of e-mails Bates         218
                         stamped RPLI_SEC 0059885
13                       through RPLI_SEC 0059889

14     Exhibit ▮ 65      Slack message, Bates            138
                         stamped RPLI_SEC 0303609
15
       Exhibit ▮ 66                                      183
16
       Exhibit ▮ 100     Document entitled,              229
17                       "Market Making
                         Agreement," Bates stamped
18                       RPLI_SEC 0204011 through
                         RPLI_SEC 0204019
19
       Exhibit ▮ 101     Document entitled,              236
20                       "Memorandum of
                         Understanding," Bates
21                       stamped RPLI_SEC 0136542
                         through RPLI_SEC 0136543
22
       Exhibit ▮ 103     Document entitled,              245
23                       ▮▮▮▮▮
                         ▮▮▮ Bates stamped
24                       SEC-LIT-EPROD-001011296
                         through
25                       SEC-LIT-EPROD-001011304

8

1    AUGUST 11, 2021                          8:09 A.M.

2                   P R O C E E D I N G S

3                      MORNING SESSION

4            THE VIDEOGRAPHER:  Good morning everyone.

5    Here begins the videotaped deposition of ████████

6    ████ testifying in the matter of the Securities and

7    Exchange Commission versus Ripple Labs, Inc., et al.

8    Today's date is August 11, 2021.  The time on the

9    record is 8:09 a.m.  My name is Rashad Hunter, the

10   videographer.  Our court reporter today is

11   Kathleen Wilkins.

12           Counsel, will you please introduce

13   yourselves for the record, and the witness will be

14   sworn.

15           MS. WAXMAN:  My name is Daphna Waxman and

16   I represent the plaintiff, SEC.

17           MR. TENREIRO:  Jorge Tenreiro, plaintiff,

18   SEC.

19           MS. DEARBORN:  Meredith Dearborn for

20   defendant Christian Larsen from Paul Weiss.

21           MS. BUNTING:  Kristina Bunting from Paul

22   Weiss Rifkind Wharton & Garrison on behalf of

23   Christian Larsen.

24           MR. LEVANDER:  Sam Levander from Cleary

25   Gottlieb Steen & Hamilton for defendant

1    Brad Garlinghouse.

2            MR. BLOCK:  Johah Block on behalf of the

3    witness, ███████████.

4               (Reporter clarification.)

5            BY MR. PISEM:  Michael Pisem, Debevoise &

6    Plimpton, for Ripple Labs.

7            MS. ZORNBERG:  Lisa Zornberg,

8    Debevoise & Plimpton, for Ripple Labs.

9            MR. HANIN:  Michael Hanin, Kasowitz Benson

10   Torres, for the witness.

11           MS. WAXMAN:  Counsel, do you have any

12   stipulations you'd like to place on the record?

13           MR. HANIN:  No.  No.  Although, I do think

14   we have an agreement as to time today.  And we had

15   agreed on 8:00 to 6:00.  We're starting a little bit

16   late.  I'll have to talk to the witness about how

17   much time beyond 6:00 we have, but that's the

18   general parameter and that's a hard stop.  But I

19   know there's an allocation as between the commission

20   and the other defendants.

21               As to how the time is going to be split,

22   we have no view on that.  Other than that, we're

23   going to stop when we're going to stop.

24           MS. ZORNBERG:  So I'll put a couple

25   stipulations on.  First, as with prior depositions,

1    we're going to take the view that an objection

2    either by the witness's counsel or by any of the

3    lawyers for any of the defendants is -- can suffice

4    to preserve the objection for all of the defendants.

5            We would also preliminarily designate the

6    entire transcript as confidential subject to any

7    designation of particular parts later on as highly

8    confidential.

9            In terms of the split, the agreement of

10   the parties is that the SEC has until 3:00 p.m. and

11   then the balance of the day is for the defendants.

12           And we all agree to try to be timely with

13   our breaks to that end.

14           MR. HANIN:  I would add to that.  I

15   don't -- I haven't reviewed the protective order in

16   this case for this purpose, but we would ask that

17   the entire transcript be presumptively highly

18   confidential, from our perspective, until we have

19   the opportunity to review, given what may be the

20   sensitive and proprietary nature of the testimony.

21           MS. WAXMAN:  That's fine.

22               EXAMINATION BY MS. WAXMAN

23   BY MS. WAXMAN:

24       Q.    Mr. ███, please state your name for the

25   record.

11

1      A.    ███████████

2      Q.    And, Mr. ████ is there any reason you

3   cannot give truthful testimony today?

4      A.    No.

5      Q.    Would you please tell me your education,

6   beginning with college.

7      A.    I studied at ████ I graduated in 1999

8   with a degree in economics.

9      Q.    And after you graduated, can you please

10  tell me about your work history.

11     A.    I joined ██████████ soon after

12  graduating from ████ and I worked at ████████

13  until early 2009.

14     Q.    And after ██████████ where did you

15  work?

16     A.    After ██████████ I moved back to ████

17  and had some personal investments, but I didn't

18  actually work for any other company.

19     Q.    Have you ever had any employment after

20  leaving ██████████?

21     A.    No.

22     Q.    When did you come to start working at GSR?

23     A.    I started working at GSR in 2013.

24     Q.    Okay.  So in between 2009 and 2013, did

25  you have any employment?

```
 1          A.    No.
 2          Q.    And do you currently hold any professional
 3    licenses?
 4          A.    No.
 5          Q.    And are you still working at GSR now?
 6          A.    Yes.
 7          Q.    And are you, in your individual capacity,
 8    registered with any regulatory or organization, such
 9    as FINRA?
10                MS. ZORNBERG:  Object to form.
11                THE WITNESS:  Me personally?
12    BY MS. WAXMAN:
13          Q.    In your individual capacity, yes.
14          A.    I don't think so.
15          Q.    Is GSR registered in any capacity with any
16    regulatory authority?
17          A.    I believe there are some GSR entities that
18    are registered with FinCEN.
19          Q.    Okay.  And which ones?
20          A.    I'd have to check.
21                MR. HANIN:  When you say any regulatory
22    authority, do you mean anywhere in the world or --
23    BY MS. WAXMAN:
24          Q.    My question was not limited to regulatory
25    authorities in the United States.
```

13

1          A.    Okay.   I mean, we are work -- we've been
2    working with the MAS in Singapore to be licensed in
3    Singapore.   But as I'm sure you know, they're a
4    little bit backed up, so we're waiting -- we're
5    waiting to hear back from them.
6          Q.    And when you say "we," who are you talking
7    about?
8                MS. ZORNBERG:   Just one moment.   I'm being
9    told that the Zoom is frozen.
10                MS. WAXMAN:   Let's go off the record.
11    8:14.
12                THE VIDEOGRAPHER:   We're going off the
13    record at 8:14 a.m.
14                (Whereupon, a recess was taken.)
15                THE VIDEOGRAPHER:   We're going back on the
16    record at 8:15 a.m.
17    BY MS. WAXMAN:
18          Q.    So going back to my prior question, you --
19    I asked you when -- you said we've been working to
20    become registered in Singapore, correct?
21          A.    Correct.
22          Q.    And when you say "we," who are you talking
23    about?
24          A.    I believe our Singapore and operating
25    company,                          is the entity that

14

1     is seeking to be regulated in Singapore.

2          Q.   Okay.   And other than the entity in --

3     that entity that you just named, are any other GSR

4     entities registered with any regulatory authority?

5     Or attempting to become registered?

6          A.   Well, as I --

7               MS. ZORNBERG:   Object to form.

8               You can answer.

9               THE WITNESS:   As I said earlier, some of

10    our operating companies are registered with FinCEN,

11    and I don't recall which ones.   And in addition,

12    we've been starting to engage with regulators here

13    in the U.S. with the aim of bringing GSR's business

14    on shore.   I think I mentioned to you once, right,

15    that we had a meeting with the SEC back in January

16    where we described the activities that GSR does.

17    BY MS. WAXMAN:

18         Q.   And who was present at that meeting?

19         A.   I -- I'd have to check, Daphna, I don't

20    remember.

21         Q.   And --

22         A.   There were a number of people from the

23    SEC, and from our side, the management team, and our

24    counsel.

25         Q.   And what was the purpose of the meeting,

1   from your perspective?

2       A.   You know, we've always had the ambition of

3   bringing GSR ▮▮▮▮▮▮ to the U.S. and being

4   ▮▮▮▮▮▮▮ in the United States.  And so this was an

5   introductory meeting where we were talking to the --

6   I think it's the markets team at the SEC and

7   describing the different business activities GSR

8   does with the aim of working together to -- I don't

9   want to sound bombastic, but to help them, you know,

10  develop a framework with the understanding that, you

11  know, a lot of the activities in crypto are perhaps

12  new, and the framework just doesn't exist yet.

13      Q.   When you say with the aim of becoming --

14  being ▮▮▮▮▮▮ do you mean GSR would be -- become

15  a ▮▮▮▮▮▮▮▮ with the Securities and Exchange

16  Commission?

17      A.   We would -- yes.  I think that would be

18  the end goal.

19      Q.   And they would be ▮▮▮▮▮▮ as what?

20      A.   That is what is unclear to me, as of

21  today.

22      Q.   But in some ▮▮▮▮▮ capacity with the

23  commission?

24      A.   That's -- that would be our goal, yes.

25      Q.   Changing topics for a second, did you

16

1    attend any prep sessions in advance of this

2    deposition today?

3         A.   I met with my counsel.

4         Q.   And did you meet with any counsel for the

5    individual defendants?

6         A.   No.

7         Q.   Did you meet with Ripple's counsel?

8         A.   No.

9         Q.   And how many hours in total did you

10   prepare for this deposition with your counsel?

11        A.   Roughly somewhere between five and ten, I

12   would say.

13        Q.   Okay.  And other than your counsel, did

14   anyone else attend these sessions?

15        A.   No.

16        Q.   Okay.  Did you review any documents in

17   connection with that preparation?

18        A.   Yes.

19        Q.   And about how many documents did you

20   review?

21        A.   When you say "how many documents," you

22   mean how many sheets of paper or different emails

23   or ...

24        Q.   Did you review emails in connection with

25   your preparation?

17

1        A.    Yes, I reviewed some emails.

2        Q.    And about how many emails?

3        A.    I would say somewhere -- a dozen or

4   somewhere between one and two dozen.

5        Q.    And other than emails, did you review any

6   other documents?

7        A.    Yes.

8        Q.    What sorts of documents did you review?

9        A.    I recall seeing a transcript of a

10  conversation, I can't remember which messaging

11  service it was, maybe Skype or something like that.

12       Q.    And who was the conversation with or

13  between?

14       A.    Sorry, I'm trying to -- oh, it was between

15  myself and ▆▆▆▆▆▆.

16       Q.    Okay.  And what was the substance between

17  yourself and ▆▆▆▆▆?

18       A.    I believe it was a conversation I had with

19  ▆▆▆▆▆ when ▆▆▆▆▆ was working at Ripple, and it had

20  to do with how we were going to be compensated for

21  providing services to ODL.

22       Q.    And what was the date of the conversation?

23       A.    I -- I don't recall.

24       Q.    Had you already started to provide

25  services in connection with ODL to Ripple?

18

1          A.   I don't think so.

2          Q.   So prior to that time?

3          A.   Correct.

4          Q.   And what specifically were you discussing

5     with respect to the compensation for services in

6     connection with ODL?

7          A.   Maybe I should rephrase.  Maybe

8     compensation wasn't the right term.  But if I

9     remember correctly, I -- I was complaining to ▆▆▆

10    that the ▆▆▆▆▆▆  which we had discussed earlier,

11    was being reduced.

12         Q.   Are you talking about a ▆▆▆▆▆  or an

13    ▆▆▆▆▆?

14         A.   I think it was both.

15         Q.   And why were you complaining about that?

16         A.   Well, in order to be able to provide ODL,

17    we need -- services to ODL, we need ▆▆▆▆▆▆▆▆.

18    And with less ▆▆▆▆▆▆▆▆, it was going to make

19    it harder for us.  We were going to have to ▆▆▆▆

20    ▆▆▆▆▆▆▆▆▆▆  in order to be able to provide

21    the service.  And that just wasn't what -- I was

22    under the impression that we had agreed to different

23    terms earlier, and -- verbal negotiation.

24         Q.   And the ▆▆▆▆▆▆▆  that you're

25    talking about, that's -- the ▆▆▆▆▆▆, that's

1      ████ that you would use to convert fiat to a local
2      currency?
3                  MS. ZORNBERG:  Object to form.
4                  THE WITNESS:  I think you're familiar with
5      how ODL works.  And in some instances we're offering
6      XRP, and in other instances we're bidding for XRP.
7      So you need -- in order to perform this activity,
8      you need to have an inventory of XRP and you need to
9      have an inventory of the relevant fiat.
10     BY MS. WAXMAN:
11         Q.   So in the situations where you need to
12     have the relevant fiat, are you using the ████
13     ████████████████████████████████ with using
14     traditional payment rails?
15                 MS. ZORNBERG:  Object to form.
16                 THE WITNESS:  That question wasn't very
17     clear to me.  Sorry.
18     BY MS. WAXMAN:
19         Q.   Thank you for letting me know.  I'll try.
20                 So in the situations where you need to
21     provide the local currency, for example, when you're
22     providing Mexican pesos, are you using the ████
23     ████ that -- to purchase the Mexican pesos --
24                 MS. ZORNBERG:  Object to form.
25     / /

1    BY MS. WAXMAN:

2        Q.   -- that you would offer?

3            MS. ZORNBERG:  Same objection.

4            THE WITNESS:  It's not exactly like that.

5    When we purchase Mexican pesos, by virtue of

6    providing the ODL service, what we're doing is we're

7    selling XRP and we're receiving Mexican pesos.

8    BY MS. WAXMAN:

9        Q.   Are there situations where you are buying

10   XRP and --

11       A.   Yes.

12       Q.   So that occurs -- okay.  So I want to

13   focus on the situations where you are buying the XRP

14   and providing the Mexican pesos.

15           MS. ZORNBERG:  Object to form.

16           THE WITNESS:  Okay.  It's still unclear to

17   me what you're asking, though.  When we're

18   purchasing XRP, we do so with a fiat inventory.

19   That inventory of fiat can -- can be -- appears, if

20   you will, on the exchange from -- we typically send

21   it in from our █████████

22   BY MS. WAXMAN:

23       Q.   Yeah.  That's exactly -- so I'm -- my

24   question simply is, do you use the ████████████

25   that you get from Ripple -- and when I'm talking

21

```
1    about the              , I'm talking about the
2         -- to purchase the        inventory from the
3
4        A.   We --
5             MS. ZORNBERG:  Object to form.
6             THE WITNESS:  I think we have in the past.
7    BY MS. WAXMAN:
8        Q.   So yes, the answer is yes, you use the
9                        from Ripple to purchase the
10   inventory which you then later exchange for XRP?
11           MR. HANIN:  Object to the form.
12           MS. ZORNBERG:  Yeah.  Object to form.
13           MR. HANIN:  I think he answered that.
14           But if you understand, you can answer.
15           MS. ZORNBERG:  Just add to the objection.
16   You're not fixing the time, you're speaking in
17   present tense.  It's very unclear.
18   BY MS. WAXMAN:
19       Q.   You understand what I -- what the question
20   was?
21       A.   Yes.  The answer is more nuanced because
22   it's not as if we earmark a sum of dollars that only
23   gets exchanged into Mexican pesos.  There is a pool
24   of capital, and depending on the flows, we might
25   have more funding needs in Mexican pesos or in
```

1    Philippine pesos.

2            For us, the way we look at it is we have a

3    bucket of risk that is crypto, which is XRP, which

4    has a volatility, and there's another bucket of risk

5    that is the fiat component.  I'm not as concerned

6    about the FX risk because there's much less

7    volatility.

8            So to answer your question, yes, sometimes

9    that fiat component of the ▓▓▓▓▓▓▓▓▓▓▓▓ that

10   we receive from Ripple to service ODL oftentimes is

11   used to purchase XRP, but it -- oftentimes it sits

12   unused.  Which particular currency it gets exchanged

13   into is determined by the ODL flows.

14       Q.   So we'll talk a little more about ODL

15   after.  I got a little sidetracked.

16            MR. HANIN:   I think we were talking about

17   documents he reviewed --

18            MS. WAXMAN:   Yes.

19            MR. HANIN:   -- to prepare for his

20   deposition.

21            MS. WAXMAN:   Thank you.

22       Q.   Before this litigation was filed, did you

23   have any meetings or calls with counsel for any

24   party in this litigation?

25       A.   Before the December -- the lawsuit, right?

1      Q.   Correct.

2      A.   Before that, I had an interview with you,

3 correct?

4      Q.   Correct.

5      A.   Yes.

6      Q.   Did you have any meetings or calls with

7 counsel for either Mr. Garlinghouse or Mr. Larsen?

8      A.   No.  Not that I can recall.

9         MS. WAXMAN:  Exhibit 57, please.

10         (Whereupon, Deposition Exhibit ▇ 57

11         was marked for identification.)

12 BY MS. WAXMAN:

13      Q.   Mr. ▇, I'm showing you what's been

14 marked ▇ 57, which has the Bates GSR_22738

15 through -744.  It appears to be an email chain from

16 October 2020 that you are on with people from Cleary

17 Gottlieb.  Your lawyer is also copied, and some

18 others.

19         Please take a moment to look at it and let

20 me know when you're done.

21         So this email chain appears to be setting

22 up a call between you and lawyers for

23 Mr. Garlinghouse, correct?

24      A.   Yes.

25      Q.   Okay.  And did you have any reason to

24

1    believe that you didn't have a conversation with

2    Mr. Garlinghouse's lawyers?

3                MS. ZORNBERG:  Object to form.

4                THE WITNESS:  No, I don't have any reason

5    to believe that.

6    BY MS. WAXMAN:

7        Q.    Okay.  And do you recall the conversation

8    that you had?

9        A.    I don't.  And I apologize, I -- 'cause

10   I --

11       Q.    It's fine.

12       A.    -- answered the previous question wrong.

13       Q.    That's why we have documents to refresh

14   your memory.

15              What was the purpose of that conversation

16   or call?

17                MR. HANIN:  Objection.

18                MS. ZORNBERG:  Objection.

19                MR. HANIN:  Yeah.

20                MS. ZORNBERG:  Ms. Waxman's implying that

21   the document does refresh his memory, and that's --

22   you haven't asked the predicate, does it refresh

23   your recollection.

24                THE WITNESS:  I don't recall the

25   conversation, so ...

25

1    BY MS. WAXMAN:

2        Q.   Does the document refresh your memory as

3    to whether or not you had any calls with

4    Mr. Garlinghouse's counsel?

5        A.   Unfortunately, it does not.

6        Q.   Okay.  Did you ever provide

7    Mr. Garlinghouse's counsel with access to certain --

8    to information?

9            MS. ZORNBERG:  Object to form.

10           MR. HANIN:  And when you say "you," do you

11   mean ███ personally or GSR?  Just because there may

12   be a distinction.

13           MS. WAXMAN:  Well, let's ask --

14           MR. HANIN:  I know ███ wants to be

15   truthful and accurate and if the questions are --

16   BY MS. WAXMAN:

17       Q.   Did you or anyone else at GSR ever provide

18   Mr. Garlinghouse's counsel with access to certain

19   information?

20           MR. HANIN:  You can answer to the extent

21   you know.

22           MS. ZORNBERG:  Object to form.

23           THE WITNESS:  I mean, I presume so, yes.

24   BY MS. WAXMAN:

25       Q.   Okay.  And when you say you presume so,

1   why do you say that?

2       A.   Well, I can see in this email thread that

3   ███ provided a correction on a spreadsheet, right?

4   The email dated October 15th.

5       Q.   Okay.  And why did he provide that

6   information?

7           MR. HANIN:  Objection.

8           If you know.

9           THE WITNESS:  I mean, I don't remember.

10  But as I'm reading this email thread, I can see that

11  Brad had asked us to clarify some reporting, and

12  ███ replied saying here's a spreadsheet with the

13  correct data.

14  BY MS. WAXMAN:

15      Q.   And do you have any understanding as to

16  why Mr. Garlinghouse requested that information?

17          MR. LEVANDER:  Objection.

18           (Reporter clarification.)

19          THE WITNESS:  No.

20  BY MS. WAXMAN:

21      Q.   Do you recall any conversations with

22  Mr. Garlinghouse's counsel?

23      A.   I don't, Daphna.

24      Q.   Okay.  Can you tell me generally what

25  services GSR -- I'm finished with that document.

27

```
 1              Can you tell me generally what services
 2    GSR provides?
 3         A.   In general?
 4              MS. ZORNBERG:  Object to form.
 5    BY MS. WAXMAN:
 6         Q.   From a high level, can you tell me what
 7    GSR does?
 8         A.   At the core, we're an
 9    firm that specializes in crypto.
10         Q.   And what do you mean by "an
11            firm"?
12         A.   Most of the trading we do is
13    in nature.
14         Q.   And when you say it's                in
15    nature," what does that mean?
16         A.   We have engineers and quants who
17    the           that drive the          .  It's not
18    click         like I used to do.
19         Q.   Does the training involve the use of
20         A.   Yes.        is what -- how people refer to
21    the
22         Q.   What is your understanding of a
23         A.          -- I guess people expect
24            to be executed by some form of          but
25    they don't exist.  Humans program            It's
```

1      ████  And this ██ governs how computers send

2      ████

3          Q.   And who -- who at GSR is responsible for

4      █████████  the ████

5          A.   We have a large team of quants who,

6      depending on what type of trading we're doing, it

7      will be one person or another.

8          Q.   And how do you sell a digital asset using

9      an █████████   I assume it's different than other

10     ways that you could sell a digital asset.

11             MS. ZORNBERG:  Object to form.

12             THE WITNESS:  It's a very strange

13     question.  Most of the trading volume in digital

14     assets to date has been performed on what they call

15     centralized exchanges.  When -- in order to sell an

16     asset, you need to own it.  And typically, you would

17     show an offer.  And if somebody wants to buy that

18     asset, they would lift your offer.

19             Placing the order can be done using a

20     mouse, and the exchange is GUI, or it can be done

21     ███████████  via the exchange's API.

22     BY MS. WAXMAN:

23         Q.   So the █████████ is connected to the

24     exchange's API?

25             MR. HANIN:  Objection to form.

1          THE WITNESS:  Technically, I don't think

2    that's correct, but the exchange's API allow our

3    computers to send and receive orders to the

4    exchanges.

5    BY MS. WAXMAN:

6        Q.   And those orders, how quickly are they

7    placed on the exchange?

8          MS. ZORNBERG:  Object to form.

9          THE WITNESS:  I'm not the best person to

10   ask that question.  My -- my technical understanding

11   is rather limited.  You know, it's in the fractions

12   of a second, but I wouldn't know how to be more

13   specific.

14   BY MS. WAXMAN:

15       Q.   And -- that's good enough.  Thank you.

16          Are the -- are the ▮▮▮▮▮▮▮ placing

17   trades 24 hours a day?

18       A.   Yes.  That's the goal.

19       Q.   Obviously, today we're going to talk about

20   GSR's relationship with Ripple.

21          When did Ripple's -- GSR's relationship

22   with Ripple begin?

23       A.   I believe it was Q4 of 2013.

24       Q.   Okay.  And -- so about eight years you've

25   had a business relationship with Ripple?

1          A.    Yes.

2          Q.    Okay.  And over those eight years, how

3    much revenue has GSR earned from Ripple?

4               MR. HANIN:  Objection.

5               MS. ZORNBERG:  Object to form.

6               THE WITNESS:  I don't know the exact

7    number, Daphna.

8    BY MS. WAXMAN:

9          Q.    Can you give an approximate range?

10              MR. HANIN:  Objection to form.  And the

11   framing from Ripple, if you know -- I'm not sure

12   what that means, but ...

13              THE WITNESS:  I mean, we've -- it's

14   difficult to answer because, you know, we've been

15   paid for certain services, as I'm sure you know.

16   You've seen the contracts.  But, you know,

17   sometimes, you know, there's -- it's not as simple

18   as a              business.  And -- and so, you know,

19   I wouldn't know how to differentiate fees that we've

20   earned from Ripple and revenue that we've been able

21   to create by taking more proprietary views on risk.

22   BY MS. WAXMAN:

23         Q.    You're not able to extrapolate how much

24   revenue came from programmatic sales of XRP?

25              MS. ZORNBERG:  Objection.

1          THE WITNESS:  So -- so the programmatic

2     sales of XRP were one activity, one service that we

3     provided for Ripple.  For that, that was a fee

4     business.  And I think that -- my guess is we

5     probably earned between ██ and ████████ in fees

6     from the programmatic sales that we did on behalf of

7     Ripple.  But that's a guesstimate.

8     BY MS. WAXMAN:

9          Q.   Is that during the entire period or per

10    year?

11         A.   No.  During the time that we were selling

12    XRP on behalf of Ripple.

13         Q.   Okay.  And --

14              MS. ZORNBERG:  Objection.

15    BY MS. WAXMAN:

16         Q.   -- during what time period was that?

17              MS. ZORNBERG:  Okay.

18              THE WITNESS:  I don't recall exactly

19    how -- I don't recall the exact dates.  I'm sorry,

20    Daphna.

21    BY MS. WAXMAN:

22         Q.   Okay.  And you said there were other

23    services that GSR provided for Ripple, correct?

24         A.   Correct.

25         Q.   And what other services?

1        A.   So when we first engaged with Ripple in

2   late 2013 or early 2014, we -- it was in the context

3   of providing liquidity to the Ripple Consensus

4   Ledger.

5        Q.   Any other services?

6        A.   So broadly, we started off as providing

7   liquidity on Ripple's Consensus Ledger, then we also

8   did programmatic sales of XRP, and more recently

9   we've been servicing ODL.

10        Q.   Okay.  And the services in connection with

11   ODL, during what period of time did that occur?

12        A.   I should know the answer to that one

13   'cause that was more recent.  I don't remember when

14   we started, but it's ongoing.

15        Q.   Okay.  And approximately how much money

16   did GSR earn from Ripple in connection with the

17   services that it provided related to ODL?

18            MR. HANIN:  Objection to the form.

19            MS. ZORNBERG:  Objection.

20            (Reporter clarification.)

21            MR. HANIN:  One for all.  One objection

22   for all.

23            THE WITNESS:  Is the question how much

24   revenue we've generated from ODL?

25   / /

1    BY MS. WAXMAN:

2        Q.   Correct.

3             MS. ZORNBERG:   Same objection that was

4    stated last time.

5             THE WITNESS:   This goes back to my earlier

6    point.   The fees that we've earned from ODL are

7    quantifiable or more easily quantifiable.   But we --

8    we made some risk decisions with regards to ODL

9    which resulted in -- we had to make some trading

10   calls, I guess is what I'm saying, with regards to

11   the positions that we had as a result of our ODL

12   engagement.

13   BY MS. WAXMAN:

14       Q.   Aside from the positions that GSR took in

15   connection -- the trading positions that GSR took in

16   connection with ODL, did you receive any flat fees

17   or variable fees from Ripple?

18             MS. ZORNBERG:   Object to form.

19             THE WITNESS:   For ODL?

20   BY MS. WAXMAN:

21       Q.   For ODL.

22       A.   Yes, we did.   If I remember correctly,

23   there was a flat fee and a variable fee in

24   connection with ODL.

25       Q.   And approximately how much money did GSR

1    make from those in connection with the ODL services?

2              MR. HANIN:  Object to the form.

3              THE WITNESS:  I -- I don't recall, Daphna,

4    'cause I don't recall the exact time.  Those

5    variable fees changed over time.

6    BY MS. WAXMAN:

7         Q.   Okay.

8         A.   And -- and I don't remember how many

9    months we were on one or on the other.

10        Q.   During the 2013 -- during the period where

11   Ripple was -- GSR was executing programmatic sales

12   on behalf of Ripple, was Ripple GSR's largest

13   revenue service?

14             MR. HANIN:  Object to form.

15             MS. ZORNBERG:  I heard 2013, but did you

16   withdrawal the reference to 2013?

17             MS. WAXMAN:  Yes.

18        Q.   So the question is:  During the period

19   where Ripple's -- during the period where GSR was

20   executing programmatic sales for Ripple, was Ripple

21   GSR's largest revenue source?

22             MS. ZORNBERG:  Object.

23             MR. HANIN:  Object to form.  It's a

24   difficult question to answer without defining that

25   period.

1          But if you can ...

2              THE WITNESS:  Yeah.  I -- I don't think I

3     can answer the question because the period during

4     which we provided the XRP sales was quite large, and

5     I don't remember the exact beginning and endpoints.

6     And I do know that within that time period,

7     depending on what snapshot of time you take, there

8     were periods when other of our activities were

9     providing us with more or less revenue.

10    BY MS. WAXMAN:

11        Q.   Just taking a step back, was Ripple a

12    substantial client for GSR?

13            MS. ZORNBERG:  Object to form.

14            THE WITNESS:  Ripple is a substantial

15    client of GSR's.

16    BY MS. WAXMAN:

17        Q.   And approximately how much revenue does

18    GSR get from the business it had with -- from

19    Ripple?

20            MS. ZORNBERG:  Objection.

21            MR. HANIN:  Object to form.

22            MS. ZORNBERG:  And asked and answered.

23            MR. HANIN:  Without a time period, I don't

24    see how the witness can answer that question.  I'm

25    not trying to be difficult.  I just -- I don't think

1   that's an answerable question as asked.

2   BY MS. WAXMAN:

3       Q.   When -- so you said you considered Ripple

4   a substantial client.  Why did you consider them a

5   substantial client?

6       A.   Well, Ripple has always been one of the

7   top digital assets in the crypto space.  Sadly, like

8   me, one of the oldest, who's been around for quite

9   some time, and it's a -- it's not your usual crypto

10  company.

11           You know, it's -- Ripple has a large

12  headquarter and a huge workforce and executives and

13  people -- you know, it's -- I -- I don't know how to

14  say this without sounding silly, but Ripple has

15  always been one of the responsible adults in the

16  space in the sense that, you know, they're --

17  they're a real company with real people and real

18  goals.

19           Unfortunately in the digital asset space,

20  you know, there's -- the standards aren't always so

21  high.

22      Q.   Is Ripple still a customer of GSR's today?

23      A.   Yes.

24           MS. ZORNBERG:  Objection.  Asked and

25  answered.

37

1    BY MS. WAXMAN:

2         Q.   And what is the nature of the relationship

3    today?

4         A.   We service ODL.

5         Q.   Okay.  And what percentage of GSR's

6    current revenues are attributed to Ripple?

7              MR. HANIN:  Objection.

8              If you can answer.

9              THE WITNESS:  This fiscal year, for

10   example, or ...

11   BY MS. WAXMAN:

12        Q.   Yes.

13        A.   This fiscal year, ODL has been less than

14   ▮▮▮▮▮▮▮▮▮▮ of GSR's revenue.

15        Q.   And in previous years, has it been more

16   than that?

17        A.   Yes.

18        Q.   And how much more?

19              MR. HANIN:  Object.

20              THE WITNESS:  Which years?

21   BY MS. WAXMAN:

22        Q.   What was the highest percent revenues from

23   Ripple have ever been from GSR?

24              MR. HANIN:  Objection as to time frame.

25              THE WITNESS:  You mean ODL as a fraction

1    of GSR's total revenue?

2    BY MS. WAXMAN:

3        Q.    Yes.

4            MS. ZORNBERG:   Object to form.

5            THE WITNESS:   I'm guesstimating here,

6    Daphna, but, I don't know, somewhere between ███ and

7    ███ percent, perhaps.

8    BY MS. WAXMAN:

9        Q.    Okay.   Earlier you identified three

10   different types of services that GSR provided for

11   Ripple.   The first one you said during 2013 and

12   2014, GSR was providing liquidity to RCL, correct?

13       A.    Correct.

14       Q.    And what is RCL?

15       A.    The Ripple Consensus Ledger.

16       Q.    And what was the liquidity on -- for XRP

17   on the RCL at the time that you started to do that?

18           MS. ZORNBERG:   Objection to form.

19           THE WITNESS:   Can you define -- what do

20   you mean by the liquidity of?

21   BY MS. WAXMAN:

22       Q.    What was the volume of trading for XRP on

23   the Ledger at the time?

24           MS. ZORNBERG:   What time.

25           THE WITNESS:   And when?   Like back in

1    2013?

2    BY MS. WAXMAN:

3        Q.   At the time that you first started to

4    provide services to -- to -- at the time that you

5    started to provide liquidity in XRP on the RCL, what

6    was the liquidity, what was the volume of trading?

7            MS. ZORNBERG:  Objection.  Can you fix a

8    time?

9    BY MS. WAXMAN:

10       Q.   Did you understand the time period that we

11   were just talking about?

12       A.   I -- I understood the question to be in Q4

13   of 2013, when we started.

14       Q.   Okay.  In Q4 of 2013, what was the volume

15   of XRP trading on the Ledger?

16       A.   When you say "XRP trading," just XRP

17   trade -- so trades where XRP was one of the two

18   crosses?  Because on the Consensus Ledger, you could

19   also trade, you know, euros for dollars or ...

20       Q.   I'm just talking about XRP.  Any crosses

21   involving XRP.

22       A.   I mean, I certainly can't remember an

23   exact number from eight years ago.  But I would -- I

24   mean, I can tell you with certainty it was a lot

25   less than what trades today, but I don't remember

1   the exact figures, Daphna.

2       Q.   What was the purpose of -- why did Ripple

3   contract with you to provide these services?

4           MR. HANIN:  Objection.

5           If you know.

6           THE WITNESS:  I mean, they -- we have --

7   we had a market making agreement with Ripple, so

8   they were asking for us to provide liquidity to RCL.

9   BY MS. WAXMAN:

10      Q.   And did you understand that there was

11  limited liquidity at the time?

12          MS. ZORNBERG:  Object to form.

13          THE WITNESS:  I don't know how I would

14  designate -- I mean, what constitutes limited?

15  BY MS. WAXMAN:

16      Q.   Why were you -- strike that.

17          What was the purpose of the market making

18  agreement with Ripple?

19          MR. HANIN:  Objection.  From whose

20  perspective, or are you asking his understanding of

21  the purpose?

22  BY MS. WAXMAN:

23      Q.   What did they tell you about why they

24  wanted you to provide market making services?

25          MS. ZORNBERG:  Object to form.

1            THE WITNESS:  I don't know that they --

2    the market making agreement has -- had some KPIs

3    that we were supposed to meet.

4    BY MS. WAXMAN:

5        Q.    And what is a KPI?

6        A.    A key performance indicator.  So is

7    that -- does that answer your question?

8        Q.    What I'm trying to understand is, what was

9    your understanding of your role in connection with

10   the market making agreement?

11       A.    Well, as --

12            MS. ZORNBERG:  Object to form.  "Your"

13   being Mr. ███ or GSR?

14   BY MS. WAXMAN:

15       Q.    Either in your -- what was your

16   understanding of GSR's role in connection with the

17   market making agreement?

18       A.    We were hired as liquidity providers and

19   we were tasked with providing liquidity subject to

20   the KPIs that I mentioned earlier.

21       Q.    And what does it mean to provide liquidity

22   for someone who's not, you know, familiar with how

23   markets work and how trading works?

24            MS. ZORNBERG:  Object to form.

25            THE WITNESS:  I think the idea is to

1    provide the necessary conditions for more

2    frictionless trading.

3    BY MS. WAXMAN:

4        Q.    And how do you do that?

5        A.    Typically, you ███████████ between the

6    ████████████.

7        Q.    And how do you do that?

8        A.    I'm sorry?

9        Q.    How do you do that?  How do you reduce the

10   ███████?

11       A.    You show ████████.

12       Q.    And were there any -- was there anything

13   else that you did in order to provide liquidity

14   under the market making agreement?

15       A.    I'm not sure I understand the question.

16       Q.    What was your understanding of -- why did

17   you want to show ███████████?

18           MS. ZORNBERG:  Object to form.

19           THE WITNESS:  Well, we were -- as I

20   mentioned earlier, our KPIs are that we had to

21   show -- you know, typically there's a ███████

22   and ████████      And so we had to show ████

23   ████ so we could meet those conditions.

24   BY MS. WAXMAN:

25       Q.    Was one of the goals of the market making

1    agreement to increase liquidity for XRP on the

2    Ledger?

3         A.   I would guess so, yes.

4         Q.   And was one of the goals of the market

5    maker agreement to increase volume of XRP trading on

6    the Ledger?

7         A.   No.  It doesn't work like that.

8         Q.   And why wasn't it?

9         A.   As a liquidity provider, one cannot

10   guarantee volume.  You can improve the market

11   conditions by ███████████████████████ so that

12   other people can transact and perhaps that may lead

13   to higher volumes, but as a liquidity provider, we

14   can't guarantee volumes because we can't trade with

15   ourselves.

16        Q.   And when you say you wanted to improve --

17   when you talk about improving market conditions,

18   what market conditions are you talking about?

19        A.   I was referring to the ████████████

20        Q.   And any other market conditions?

21        A.   I'm -- another KPI we typically face is a

22   ███████████████.

23        Q.   Was one of the goals of the market making

24   agreement to increase the price of XRP on the

25   Ledger?

1      A.   No.

2      Q.   Why wasn't it?

3          MS. ZORNBERG:  Object to form.

4          MR. HANIN:  Objection.

5          THE WITNESS:  I'm not sure how there could

6  be.

7  BY MS. WAXMAN:

8      Q.   Did Ripple have an interest in increasing

9  the price of XRP?

10        MS. ZORNBERG:  Objection.

11        THE WITNESS:  I have no idea.

12  BY MS. WAXMAN:

13      Q.   The market making agreement that we were

14  just talking about, this wasn't in connection with

15  ODL, correct?

16      A.   This first market making agreement, no.

17  This --

18      Q.   And the market making wasn't in connection

19  with any liquidity that you would provide for any

20  Ripple software product, correct?

21        MS. ZORNBERG:  Objection.

22        THE WITNESS:  I'm sorry, I don't

23  understand the question.

24  BY MS. WAXMAN:

25      Q.   The services that you provided in

1    connection with the market making agreement, that

2    wasn't in connection with any Ripple software

3    product, correct?

4            MS. ZORNBERG:  Objection.

5            THE WITNESS:  I don't understand what the

6    Ripple software product would be.  I --

7    BY MS. WAXMAN:

8        Q.   Are you aware of any Ripple software

9    product that needed liquidity from the -- from the

10   Ledger, increased liquidity from the Ledger at that

11   time?

12           MS. ZORNBERG:  Objection.  And object to

13   as --

14           THE WITNESS:  I honestly don't think I

15   understand the question, but -- but -- I'm --

16   I'm ...

17   BY MS. WAXMAN:

18       Q.   I'll rephrase it.

19           Was the market making agreement related to

20   any Ripple software product?

21           MS. ZORNBERG:  Objection.

22           THE WITNESS:  Well, I mean, we were

23   providing liquidity on the Ripple Consensus Ledger.

24   Isn't the Ripple Consensus Ledger a Ripple software

25   product?

1    BY MS. WAXMAN:

2         Q.   What was your -- so other than providing

3    liquidity on the Ledger, was the agreement related

4    to providing liquidity to anything -- anything else?

5              MS. ZORNBERG:   Objection.

6              THE WITNESS:   To the best of my knowledge,

7    I think it was -- we were providing liquidity on the

8    Ledger.

9    BY MS. WAXMAN:

10        Q.   And did Ripple want to make a market for

11   XRP on the Ledger at the time?

12             MR. HANIN:   Objection.

13             MS. ZORNBERG:   Objection.

14             THE WITNESS:   Did Ripple want to make a

15   market for XRP?  I believe the crosses that we were

16   quoting per the contract had XRP.

17   BY MS. WAXMAN:

18        Q.   So by -- does that mean that you wanted to

19   make a market in XRP by supplying crosses in XRP?

20             MS. ZORNBERG:   Objection.

21             MR. HANIN:   Objection.

22             THE WITNESS:   CSR was -- had a service

23   agreement where we had to make markets on a number

24   of crosses.  Is that what you're referring to?  And

25   some of those crosses had XRP in them.

47

```
 1    BY MS. WAXMAN:
 2         Q.   Okay.  And the -- who was buying the
 3    XRP -- who was trading in the XRP on the Ledger at
 4    the time?
 5         A.   Who was on the other side of our trades?
 6         Q.   Correct.
 7         A.   I have no idea.
 8         Q.   Were they people who were looking to
 9    speculate in XRP?
10              MS. ZORNBERG:  Objection.
11              THE WITNESS:  I have no idea.
12    BY MS. WAXMAN:
13         Q.   Is there any way -- would there have been
14    any way to know who was on the other side of the
15    trades?
16              MS. ZORNBERG:  Object to form.
17              THE WITNESS:  No.  I mean, the -- the
18    Ledger is public, and all the transactions are
19    transparent.  But you just -- what you see on the
20    other end is a wallet address, which is a big string
21    of characters and numbers.  It doesn't -- you don't
22    know who's on the other side, I guess is my point.
23    BY MS. WAXMAN:
24         Q.   Did you have any understanding as to
25    whether people were buying XRP to use it for
```

1    goods -- to purchase goods and services at that

2    time?

3              MS. ZORNBERG:  Objection.

4              THE WITNESS:  I don't recall.

5    BY MS. WAXMAN:

6         Q.   The second service you spoke about was

7    programmatic sales, correct?

8         A.   Correct.

9         Q.   And where did the programmatic sales

10   occur?

11        A.   Could you -- I don't -- could you be a bit

12   more specific?

13        Q.   Did you sell XRP programmatically on

14   behalf of Ripple on the Ledger?

15        A.   I think so, yes.

16        Q.   And during what period?

17        A.   I don't recall the dates, Daphna.

18        Q.   Did you sell XRP programmatically on

19   behalf of Ripple on the Ledger at the same time that

20   you were making markets in XRP on the Ledger?

21        A.   I don't recall.

22        Q.   Did you sell XRP programmatically on

23   behalf of Ripple on digital asset trading platforms?

24        A.   Digital asset trading platforms are what

25   we call crypto exchanges.

49

1          Q.   That's my understanding.  Is that your

2    understanding?

3          A.   Yes.

4          Q.   Yes.  So during what period of time did

5    you sell XRP programmatically on behalf of Ripple

6    on -- I'll use the word "exchanges," your word?

7          A.   I don't remember the exact dates, but ...

8          Q.   And is GSR currently selling XRP

9    programmatically on behalf of Ripple on exchanges?

10         A.   No.

11         Q.   And when --

12              MS. ZORNBERG:  Was there an audible

13    response?  Did the reporter get it.

14              THE WITNESS:  No.

15              MS. ZORNBERG:  Okay.  Thank you.

16    BY MS. WAXMAN:

17         Q.   And when did GSR stop selling XRP

18    programmatically on behalf of Ripple on exchanges?

19         A.   I don't remember the exact date, Daphna.

20         Q.   Was it in 2019?

21              MS. ZORNBERG:  Objection.

22              THE WITNESS:  I -- I don't remember.

23    BY MS. WAXMAN:

24         Q.   Why did GSR stop selling XRP

25    programmatically on behalf of Ripple?

50

1        A.    Because we were asked to -- we weren't

2    asked to -- to sell.

3        Q.    Did Ripple direct you to stop selling?

4        A.    Yes.

5        Q.    Okay.  And in addition to the three

6    categories that we spoke about earlier, did GSR ever

7    purchase XRP on behalf of Ripple?

8              MR. HANIN:  Objection to form.

9              THE WITNESS:  When you -- yeah.  When you

10   say "purchase XRP," I mean, in the first activity

11   when we were providing liquidity on the Ledger,

12   we're buying and selling all day.  Sometimes we're

13   buying XRP, sometimes we're selling it.  Is that --

14   BY MS. WAXMAN:

15       Q.    So -- I understand.  Outside of market

16   making, buying and selling, separate from that, did

17   GSR ever purchase XRP on behalf of Ripple?

18       A.    Yes, I believe we did.

19       Q.    Okay.  And during what time period?  Or

20   periods?

21       A.    I -- I recall we -- there were a few

22   instances where we purchased XRP during the XRP

23   sales program.

24       Q.    During the period that you were selling

25   XRP programmatically?

51

1          A.    Yeah.

2          Q.    Was there any period of time where you

3    were purchasing XRP on behalf of Ripple?

4          A.    Yes.   I think during that time window,

5    there were times when we purchased XRP.

6          Q.    Did you ever purchase XRP in connection

7    with any services related to ODL?

8               MS. ZORNBERG:   Object to form.

9               THE WITNESS:   I don't know that it was in

10   connection with ODL -- well, we purchased XRP on

11   behalf of Ripple in the -- I can't remember when we

12   did it, but it was in the last couple of years, or

13   during the time period when we were servicing ODL.

14   BY MS. WAXMAN:

15         Q.    Those sales that you just spoke about,

16   were they executed ▮▮▮▮▮▮▮▮▮▮▮

17               MS. ZORNBERG:   You said "sales," do you

18   mean purchases?

19               MS. WAXMAN:   Yes.   Thank you.

20         Q.    Those purchases.

21         A.    We -- I think so, yes.   I mean, the vast

22   majority of the trading that we do is programmatic

23   in nature.

24         Q.    So is it fair to call those programmatic

25   buying?

52

1          A.   I guess so.

2          Q.   Going back to the programmatic sales, at a

3   very high level, what did Ripple direct GSR to

4   achieve from its programmatic sales?

5               MR. HANIN:  Object to form.

6               THE WITNESS:  I'm not sure what you're --

7   what exactly is it you're getting at with that

8   question?

9   BY MS. WAXMAN:

10         Q.   What was the purpose -- strike that.

11              What was Ripple's goal from -- from the

12   programmatic sales?

13              MS. ZORNBERG:  Object.

14              MR. HANIN:  Objection.

15              You can testify as to your understanding,

16   but --

17              THE WITNESS:  I mean, yeah.

18              MR. HANIN:  If you have one.

19              THE WITNESS:  We were tasked with selling

20   XRP.

21   BY MS. WAXMAN:

22         Q.   Ripple wanted to sell XRP for USD?

23              MR. HANIN:  Objection.

24              THE WITNESS:  I'm not sure that I would

25   qualify it as USD, but we were -- we were selling

53

1    XRP.

2    BY MS. WAXMAN:

3         Q.   Ripple wanted to sell XRP to generate

4    proceeds for itself?

5              MS. ZORNBERG:  Object to form.

6              THE WITNESS:  I don't know if it was to

7    generate proceeds or for whatever other reason they

8    wanted to sell it.

9    BY MS. WAXMAN:

10        Q.   And -- but they wanted to sell it for

11   cash?

12             MS. ZORNBERG:  Object to form.  Asked

13   answered.

14             THE WITNESS:  Again, I don't know that it

15   was just for cash.

16   BY MS. WAXMAN:

17        Q.   Did you have -- did they ever tell you any

18   other reason for wanting to sell XRP?

19             MS. ZORNBERG:  Objection.  He hasn't

20   testified to a reason yet.  And object to the term

21   "they," and object to the term "view."

22             THE WITNESS:  It's -- I don't recall

23   having any conversation where Ripple told me why

24   they were selling this XRP.  You know, there are a

25   number of reasons why they might have chosen to do

54

1    it.

2    BY MS. WAXMAN:

3        Q.   What was your understanding of why they

4    were selling the XRP?

5            MS. ZORNBERG:   Objection.   Asked and

6    answered.

7            THE WITNESS:   Why do I think Ripple was

8    selling the XRP?

9    BY MS. WAXMAN:

10       Q.   What was your understanding?

11       A.   It could have --

12           MS. ZORNBERG:   Objection.   I don't know if

13   you're asking him to speculate.   He's already

14   testified he doesn't have an understanding of

15   Ripple's reasons.   Can you clarify the question?

16   BY MS. WAXMAN:

17       Q.   When Ripple approached you to engage in

18   these -- these services, did you have an

19   understanding of what they wanted you to do?

20       A.   What -- what they wanted us to do is to

21   sell the XRP.   The end goal, whether it was to raise

22   funds or to distribute XRP across the community, I

23   have no way of knowing which one or any other

24   reason.

25       Q.   My question is I think a little bit

1    simpler.  And Ripple wanted either fiat or other

2    currency in exchange for the XRP, correct?

3              MR. HANIN:  Objection.

4              MS. ZORNBERG:  Objection.  And objection

5    to the commentary that your question is simpler.

6    You tried to ask this question and have asked it at

7    least ten times.

8              THE WITNESS:  Yeah, I'm not sure what

9    I'm -- if you look at the -- the contract, we

10   received XRP and -- and we returned to them other

11   units of value.  I can't remember what they were.

12   But I don't -- like I say, I don't know what the

13   underlying reason was.  I would just be speculating,

14   like I said, and it could be because they wanted to

15   distribute XRP across the community.

16             This was a new -- like many projects in

17   crypto, everybody is looking for adoption and

18   looking to -- to distribute and create a bigger

19   community.  And -- and so it could have also, you

20   know -- that might have been the overarching reason.

21   It may have changed over time.  I don't know.

22   BY MS. WAXMAN:

23        Q.   Did anyone at Ripple ever tell you that

24   they wanted to distribute the XRP and create a

25   bigger community?

56

1          A.   I can't -- I mean, in general terms, yes.
2     I know that part of the reason why we sold XRP on
3     multiple exchanges was for that reason.
4          Q.   And why did Ripple want to do that?
5               MS. ZORNBERG:  Object to form.
6               THE WITNESS:  I think Ripple wanted to
7     have a larger user base and to be known globally.  I
8     suspect.  I mean ...
9     BY MS. WAXMAN:
10         Q.   Did Ripple want to have a larger trading
11    market for XRP?
12              MS. ZORNBERG:  Objection.
13              THE WITNESS:  What do you mean by "trading
14    market"?  Like --
15    BY MS. WAXMAN:
16         Q.   Did Ripple want more people to buy and
17    sell XRP on exchanges?
18         A.   I don't know what Ripple wanted.  I mean,
19    I -- I -- I presume so.  In the context of, you
20    know, becoming more visible and gaining more
21    adoption.
22         Q.   Did Ripple want to extract as much value
23    from its sales of XRP
24              MS. ZORNBERG:  Objection.
25              THE WITNESS:  I have no way of knowing.  I

57

1      mean, the question is a bit unclear to me.

2      BY MS. WAXMAN:

3            Q.   Did Ripple want you to sell XRP for as

4      high as a price as possible?

5                 MR. HANIN:  Objection.

6                 MS. ZORNBERG:  Object to form.

7                 THE WITNESS:  I don't know.  I -- how can

8      I know?

9      BY MS. WAXMAN:

10           Q.   Well, when you sold XRP on Ripple's

11     behalf, were you trying to get a low price or were

12     you trying to get as best a price as possible?

13           A.   GSR --

14                MR. HANIN:  Object to form.

15                THE WITNESS:  GSR always tries to give our

16     clients best execution.  So we were trying to sell

17     the XRP at the best possible price.

18     BY MS. WAXMAN:

19           Q.   Did Ripple direct you to try to sell the

20     XRP at the best possible price?

21                MS. ZORNBERG:  Object to form.

22                THE WITNESS:  I -- I don't know how to

23     answer that question.  How could -- how would -- I

24     don't know that they explicitly -- I don't recall

25     them explicitly telling me you have to get highest

58

1    possible price for us.

2    BY MS. WAXMAN:

3        Q.   Did Ripple want you -- did Ripple want its

4    sales not to exert a negative -- strike that.

5             Did Ripple want its sales not to have a

6    negative impact on XRP price?

7             MS. ZORNBERG:  Object to form.

8             THE WITNESS:  I -- I presume so, yes.

9    BY MS. WAXMAN:

10       Q.   And did you ever discuss that with anyone

11   at Ripple?

12       A.   Discuss what?  How the sales impacted

13   price?

14       Q.   Did you ever discuss with anyone at Ripple

15   having their desire for their sales not to have a

16   negative impact on price?

17       A.   Yes, I probably did, yes.

18       Q.   Okay.  And when did you discuss that with

19   Ripple?

20       A.   During the course of the programmatic

21   sales, but I don't remember any specific dates.

22       Q.   But that was something that you discussed

23   with Ripple?

24             MS. ZORNBERG:  Objection.

25             THE WITNESS:  The impact of selling on the

59

1    price of XRP?

2    BY MS. WAXMAN:

3        Q.   Yes.

4        A.   Yes.

5        Q.   And did you discuss with people at Ripple

6    their desire not to have their sales have it

7    negatively impact the price of XRP?

8            MS. ZORNBERG:  Object to form.

9            THE WITNESS:  It's the same -- isn't that

10   the same question as the previous one?  I mean, yes,

11   we discussed with Ripple that selling would likely

12   impact the price of XRP.

13   BY MS. WAXMAN:

14       Q.   And how -- and what did you discuss with

15   them about the impact that the sales would have?

16       A.   I don't understand.

17           MS. WAXMAN:  Strike that.

18           Exhibit 20, please.

19           Sorry.  Exhibit 3.

20              (Whereupon, Deposition Exhibit  -3

21              was marked for identification.)

22   BY MS. WAXMAN:

23       Q.   Mr.    , I'm showing you what's been

24   marked as   3, which is a document with the Bates

25   GSR_11398 through -11405.  It's an email plus an

1    attachment dated November 20th, 2015.  You're

2    copied on the email.  And the name of the attachment

3    is called "XRP Sales Optimization."

4              Just take a moment to look at it and let

5    me know when you're done.

6              MR. HANIN:  Do you have another copy?

7              MR. TENREIRO:  I'm sorry, I ...

8              MR. HANIN:  That's okay.  We can share.

9              MR. TENREIRO:  Here you go.

10             MR. HANIN:  Oh, thank you.

11   BY MS. WAXMAN:

12        Q.   Do you need more time?

13        A.   I've read it.

14        Q.   Okay.  Do you recognize the attachment to

15   the email?

16        A.   Yes.

17        Q.   Did you have any involvement in -- strike

18   that.

19             What is the attachment?

20        A.   The PDF attached to the email?

21        Q.   Yes.

22        A.   Is a discussion on -- it's a suggestion on

23   how we might improve the net execution price of the

24   XRP sales.

25        Q.   And did -- did -- why did you -- did you

1    have any involvement in the preparation of the

2    study?

3         A.   Yes.

4              MR. HANIN:   Objection just to the term

5    "study," but you can answer.

6    BY MS. WAXMAN:

7         Q.   And what was your involvement?

8         A.   I don't recall the specifics.  I don't

9    recall the specifics.

10        Q.   And was the study in connection with your

11   execution of programmatic sales on behalf of Ripple?

12             MR. HANIN:   Same objection.

13             MS. ZORNBERG:   Object to form.

14             THE WITNESS:   I believe so, yes.

15   BY MS. WAXMAN:

16        Q.   And what is your understanding of the term

17   "XRP sales opt -- optimization"?  What does that

18   mean?

19        A.   I think that we were suggesting to Ripple

20   how we might improve the net execution price.

21        Q.   And how did you -- how did you suggest to

22   them how you would do that?

23             MS. ZORNBERG:   Object to form.

24             THE WITNESS:   Do you want me to describe

25   what it says in the PDF?

1    BY MS. WAXMAN:

2         Q.   In your own words, please.  What

3    recommendations did you make in order to improve the

4    execution price for XRP?

5         A.   At a high level, we tried to -- what the

6    PDF discusses are some signals that we could take in

7    that would allow our algorithms to sell XRP at times

8    when the price was more advantageous.

9         Q.   And why did you make that suggestion to

10   Ripple?

11        A.   We were providing an execution service,

12   and we were trying to improve the service we were

13   providing.

14        Q.   Did Ripple tell you that they wanted to

15   improve the net execution prices for XRP?

16             MS. ZORNBERG:  Objection.

17             THE WITNESS:  I don't recall.

18   BY MS. WAXMAN:

19        Q.   Did you recommend that Ripple switch to a

20   more dynamic formula for selling their XRP?

21        A.   In page 3, it says in bold:

22             "We propose switching from a

23             static formula to a dynamic formula

24             that takes into account demand for

25             XRP and new money into the Ripple

[8/11/2021]              Dep. Tr. 8.11.2021

1          network."

2          So in that context, I guess I would say

3    yes.

4       Q.   And what does it mean to switch to a

5    dynamic formula?

6       A.   You mean what is the difference between

7    static and dynamic?

8       Q.   No.   What would GSR do by switching to a

9    dynamic formula?

10      A.   Again, rather than use a static amount of

11   supply introduction, we would use signals like new

12   money coming into the Ripple network to determine

13   when we thought it made more sense to add supply.

14      Q.   And would that also mean that as XRP price

15   was rising, you would sell more XRP?

16      A.   Not necessarily.

17      Q.   Why not?

18      A.   What this is describing is calibrating the

19   sales to new capital entering the network, not to

20   any price action.

21      Q.   So if there was new supply entering the

22   network, would you increase the sales?

23      A.   I think that was the general gist of this.

24      Q.   And was Ripple -- did you also suggest

25   ways to reduce any negative pressure on XRP price?

1          A.   Do you mean in this document?

2          Q.   Yes.

3          A.   I'd have -- I'd have to read it much more

4     carefully, but I don't think -- specifically, no.

5     But at a high level, improving the execution price

6     is not very different from trying to reduce the

7     negative pressure on something that you're trying to

8     sell.

9          Q.   Were you suggesting ways to stabilize the

10    XRP price if it was heading in a negative direction?

11              MR. HANIN:  Again --

12              MS. ZORNBERG:  Objection.

13              MR. HANIN:  -- in the document or

14    generally?

15              MS. WAXMAN:  In the document.

16              MS. ZORNBERG:  Objection in that the SEC

17    can point the witness towards anything it's

18    particularly asking about.  And the witness has

19    already indicated that he hasn't taken the time to

20    review it in detail.

21              THE WITNESS:  I don't see that in this

22    document, Daphna.

23    BY MS. WAXMAN:

24         Q.   Okay.  If you go to page 6 of the

25    document, under the subheading "Increase Liquidity."

1        A.    Okay.

2        Q.    Were you recommending that you just

3    increase the buying and selling on the Ledger during

4    the time period?

5        A.    The last sentence reads:

6              "In the past, increased

7              liquidity has resulted in increased

8              market participation and the

9              assumption of more risk by market

10             players - resulting in more XRP

11             buyers."

12             So it's a statement that -- it is what it

13   is.  We're saying that in the past, when we see more

14   liquidity, there seems to be more trading volume.

15   And -- and I'm saying it's possible that more

16   trading volume attracts more market participants.

17       Q.    Did you recommend that Ripple increase the

18   trading volume on the Ledger through the market

19   making?

20       A.    I don't think Ripple --

21             MS. ZORNBERG:  Objection.

22             THE WITNESS:  -- could have any impact on

23   the trading volume, per se.  Right?  Ripple wasn't

24   trading.

25   / /

1    BY MS. WAXMAN:

2        Q.    What conclusions did -- if you

3    see -- strike that.

4             See at page 6, there's a paragraph --

5    subheading called "Conclusions."  Can you read that

6    into the record, please?

7        A.          "Given current levels of money

8                    entering the Ripple network, it is

9                    very difficult to continue selling

10                   XRP at the current pace without

11                   affecting the value of XRP.  By

12                   switching from a static selling

13                   formula to the dynamic one

14                   proposed, and adopting the improved

15                   execution measures outlined, we

16                   believe Ripple Labs can expect at

17                   least a 4 percent better execution

18                   price.  More importantly, we

19                   believe this new selling formula

20                   will have a less detrimental effect

21                   on XRP price so the net cumulative

22                   effect of the daily savings will be

23                   much larger."

24       Q.    So did Ripple agree to move forward with

25    the recommendations that you proposed?

1          A.   I don't think so, no.

2          Q.   And why don't you think so?

3          A.   Why they didn't?  I don't know.

4          Q.   And which specific recommendation did they

5     not want to move forward with?

6               MS. ZORNBERG:  Object to form.

7               THE WITNESS:  I don't think we ever

8     implemented this dynamic signal as a function of new

9     money coming in.

10    BY MS. WAXMAN:

11         Q.   Did you --

12         A.   In fact, I know we didn't.

13         Q.   Did you ever implement any other measures

14    to get a better execution price for XRP?

15         A.   I think so.

16         Q.   And what measures?

17         A.   I think, for example, on page 6, under

18    "Improve Execution Price," it talks about adding

19    other crosses.  And if I remember correctly, over

20    time we added more crosses, the same way we added

21    more venues.

22         Q.   Was there anything else you -- other

23    measures that you implemented to improve net

24    execution price for XRP?

25         A.   At a high level, we -- we do a lot of

1    execution services, and the quanting that I was

2    referring to earlier is constantly working on

3    fine-tuning and improving our ███████ so that we

4    can provide best execution for all of our clients,

5    not just Ripple.  So at a high level, it doesn't

6    stop.  It's a continuous effort.

7         Q.   With respect to Ripple, and at this time

8    period, were there any other -- which is at the end

9    of 2015, were there any other measures that you

10   implemented in connection with improving net

11   execution for XRP?

12        A.   Similarly, back then we didn't have as big

13   of a quant team, but we were always fine-tuning our

14   ████████.  So it is possible that we made changes

15   to the ████ so that we could do a better job for our

16   clients.

17        Q.   And was there any specific change that you

18   recall that was specific to Ripple?

19             MS. ZORNBERG:  Object to form.

20             THE WITNESS:  I don't recall.  I'm sorry.

21   BY MS. WAXMAN:

22        Q.   At the bottom of page 6, it says "Non-2t/s

23   Related Measures."

24             Is this also a recommendation that you've

25   made in connection with your -- in connection with

1    improving the net execution price of XRP?

2              MS. ZORNBERG:  Object to form.

3              THE WITNESS:  No.

4    BY MS. WAXMAN:

5         Q.   Why do you say no?

6         A.   Because these related measures don't

7    relate to net execution price.

8         Q.   Right.  I understand that these measures

9    were not something that you could incorporate as

10   part of an ▮▮▮▮▮▮, but my question is, did you

11   also make this recommendation to improve net

12   execution prices?

13             MS. ZORNBERG:  Objection.  Asked and

14   answered.

15             THE WITNESS:  No, it wasn't to improve net

16   execution price.

17   BY MS. WAXMAN:

18        Q.   What was the recommendation that you made

19   under that subheading?

20        A.   In point number 1, we suggest publicizing

21   that Gatehub was operating a new gateway because

22   ▮▮▮▮▮▮ had ceased operations.

23             And in point number 2, we're talking about

24   the -- the Ripple desktop client, which is what many

25   people in the community use to access the consensus

1    Ledger.

2         Q.   In point number 1, the second sentence

3    says:

4                   "In our view, the most

5              important factor for improving XRP

6              price is the available money in the

7              RN."

8              RN is Ripple network?

9         A.   Correct.

10        Q.   Then it says:

11                  "As such, any efforts to allow

12             investors/traders to deposit funds

13             in the RN should be pursued."

14             Are you talking about investors in XRP

15   when you talk about available money in the Ripple

16   network?

17        A.   No.  No.  I appreciate it says investors

18   and traders, but I think what -- it would have been

19   more accurate to say market participants.

20        Q.   And when you say "market participants," do

21   you mean people who would buy and sell XRP?

22        A.   Yes.

23        Q.   And why did you think that would lead to a

24   better net execution price for XRP?

25        A.   I didn't say that it was going to lead to

1    a better net execution price.  I said -- here

2    it's -- the gist of this is different.  The idea

3    is -- I'm sure you're familiar that Ripple Consensus

4    Ledger had gateways, and the gateways would allow

5    market participants to enter and interact with the

6    Ledger.  So what we're saying here is the more

7    gateways there are, the more people who can interact

8    with the Ledger and use Ripple.

9         Q.   You use the word "investors" and

10   "traders."  Are you saying that investors and

11   traders mean gateways?

12             MS. ZORNBERG:  Object to form.  Misstates

13   the witness's prior testimony.  He said he

14   participated in preparing this document.  He didn't

15   say he wrote it.  You're using the word "you."

16             THE WITNESS:  As I said, I think instead

17   of investors and traders, it should have read

18   "market participants."  This is connected to what we

19   discussed earlier about adoption.  With a new

20   technology, you need to make it available for people

21   to use, and back in -- whenever this was, 2015, I

22   believe, it wasn't easy to access Ripple.  And

23   all -- I think what this statement is getting at is

24   that the more gateways there are, the more people

25   who can actually use Ripple.

 1   BY MS. WAXMAN:

 2       Q.    And are the more gateways and the more

 3   people who use Ripple, did you think that would lead

 4   to an improved XRP price?

 5       A.    In the context that as more users come in

 6   and want to use it, as they come in and they

 7   purchase XRP, the price will probably react

 8   favorably.

 9           MS. ZORNBERG:  If I may, just one point of

10   clarification.  The witness testified that the more

11   people who use Ripple.  Can we just clarify, did he

12   mean --

13           MR. TENREIRO:  You can ask him, Lisa.  You

14   can ask him.  He's talking about what he

15   understands.

16           MS. ZORNBERG:  Okay.

17           MR. TENREIRO:  I know you don't like it.

18   You can ask him --

19           MS. ZORNBERG:  It's nicer to clean it up

20   here because if the term "Ripple" is used to

21   describe Ripple Ledger, Ripple network, Ripple Labs

22   the company --

23           MR. TENREIRO:  Lisa --

24           MS. ZORNBERG:  -- I think it's

25   appropriate.

1          MR. TENREIRO:  -- stop.

2          Go on.

3          MS. ZORNBERG:  Okay.  We can ask later.

4    I'm sorry you don't want a clear transcript.

5          MR. TENREIRO:  It's clear.  He sees it as

6    one thing.  That's -- it's pretty clear.

7          MS. ZORNBERG:  Disagree.

8          MR. TENREIRO:  Okay.  Then ask him the

9    questions.

10          MS. ZORNBERG:  Will do.

11    BY MS. WAXMAN:

12          Q.   How were Ripple's sales targets set?

13          MS. ZORNBERG:  Object to form.

14          THE WITNESS:  Who sets the targets?

15    BY MS. WAXMAN:

16          Q.   Who set them?

17          A.   Ripple sets the targets.

18          Q.   And how were -- and how were they set?

19          A.   I think over time, it hasn't -- you know,

20    I think -- if I remember correctly, in the

21    beginning, the first several weeks or months, we

22    might have -- I think there may have been dollar

23    targets.  And then over time, it moved to be a

24    function of the real █████████████████ of XRP.

25          Q.   And were there dollar targets and

74

1    percentage targets, were those used at the same

2    time?

3              MS. ZORNBERG:  Object to form.

4              THE WITNESS:  I don't think so.  I don't

5    recall it being that way.

6    BY MS. WAXMAN:

7         Q.   And -- and how did Ripple determine what

8    percentage to sell on a particular exchange?

9              MR. HANIN:  Objection.

10             THE WITNESS:  You mean on an absolute

11   basis or one exchange relative to another exchange?

12   BY MS. WAXMAN:

13        Q.   Let's start with one exchange relative to

14   another exchange?

15             MS. ZORNBERG:  Objection.  Lack of

16   foundation.

17             THE WITNESS:  I think the sales were a

18   function of the -- of the total trading volume.  So

19   if one exchange had twice as much total trading

20   volume as another exchange, that exchange -- the

21   first exchange would have twice as many sales.

22   BY MS. WAXMAN:

23        Q.   Did they sell the same percentage of XRP

24   on every exchange?

25        A.   No.

1          MS. ZORNBERG:  Object to form.

2          THE WITNESS:  By definition, the amount of

3     XRP that would be sold at any given exchange would

4     be proportional to the total trading volume of XRP

5     on that exchange relative to the rest.

6     BY MS. WAXMAN:

7          Q.   Okay.  Now, going back to something we

8     spoke about earlier, did you ever make a

9     recommendation to Ripple to reduce its sales as a

10    percentage of total trading volume?

11         A.   Yes.

12         Q.   Okay.  And why would you make that

13    recommendation?

14         MS. ZORNBERG:  Object to form.

15         THE WITNESS:  Why would we have

16    recommended Ripple reduce sales?  I presume it would

17    have been during a moment in time when the adverse

18    market conditions.  As I'm sure you're aware of,

19    there's been a lot of volatility in crypto over the

20    years, and times when the market is -- is, you know,

21    very soft and everybody is looking to take risk off,

22    it doesn't make sense to add supply.

23    BY MS. WAXMAN:

24         Q.   Was the recommendation in order for

25    Ripple's sales not to have an impact on XRP price?

1          A.   I'm not really -- that's -- that isn't
2     exactly correct.  You know, when you sell something
3     or you add supply, chances are you are going to
4     impact the price, right?  The opposite is true when
5     you're buying.
6          Q.   But my question is, why would you make
7     that recommendation to Ripple to reduce its sales as
8     a percentage of total trading volume?
9               MS. ZORNBERG:  Object to form and asked
10    and answered.
11              MS. WAXMAN:  I don't think he answered the
12    question.
13              MS. ZORNBERG:  And object to "would."
14              THE WITNESS:  I think there is a --
15    liquidity in crypto has developed over the years.
16    It's still -- compared to traditional finance,
17    there's a lot less liquidity in crypto than there is
18    in traditional finance.  And particularly back in
19    2015 and 2016, when you look at the notional value
20    of Ripple's XRP holdings versus the available
21    liquidity in the market, it just didn't seem like a
22    sensible thing to do to continue selling.  You know,
23    when the market is very weak, it doesn't make sense
24    to be hammering it and adding supply.  It's not
25    constructive.

1    BY MS. WAXMAN:

2        Q.   So would the increased supply have a

3    negative impact on the price?

4        A.   Typically, when you add supply of

5    anything, you know, this is economics 101, right?

6        Q.   So that -- so -- and so you thought that

7    by adding supply into the market, Ripple could

8    negatively impact XRP price?

9            MS. ZORNBERG:   Object to form.

10           THE WITNESS:   I mean, yes.

11   BY MS. WAXMAN:

12       Q.   And when you thought that, you recommended

13   that Ripple reduce its sales as a percentage of

14   total trading volume?

15       A.   Yes.

16       Q.   Did you ever recommend that Ripple pause

17   its XRP sales?

18       A.   Yes.

19       Q.   And did you make that recommendation for

20   the same reason that you made the recommendation to

21   reduce the percentages?

22       A.   In all likelihood.

23       Q.   Did you ever recommend that Ripple

24   increase the percentage of its sales?

25       A.   I don't recall.  It's possible.

1          Q.    And why would you make that

2     recommendation?

3               MR. HANIN:  Objection.

4               THE WITNESS:  If I made it, probably for

5     the opposite reason.  In a time when there is

6     increased liquidity and good price action.

7     BY MS. WAXMAN:

8          Q.    And would that allow Ripple to extract

9     more dollars from their sales?

10         A.    If they sell --

11              MS. ZORNBERG:  Object to form.

12              THE WITNESS:  -- one unit of XRP at a

13    higher price, by definition, it will result in

14    higher dollars.

15    BY MS. WAXMAN:

16         Q.    And if there was a higher trading volume

17    and they increased the percentage, would that also

18    allow them to sell more?

19              If the --

20              MS. ZORNBERG:  Object to form.

21              THE WITNESS:  Again, if the sales are a

22    function of trading volumes and trading volumes are

23    higher, then by definition more XRP will be sold, so

24    more dollars will be received.

25    / /

1      BY MS. WAXMAN:

2          Q.   And did you ever make this recommendation

3      to Ripple?

4                MR. HANIN:  Objection.

5                THE WITNESS:  Which recommendation?

6      BY MS. WAXMAN:

7          Q.   To increase the percentage of its sales.

8          A.   As I said earlier, it's possible.  I don't

9      recall.

10               MS. WAXMAN:  Exhibit 23, please.

11                (Whereupon, Deposition Exhibit ▪ -23

12                was marked for identification.)

13               MR. HANIN:  Thank you.

14     BY MS. WAXMAN:

15         Q.   Mr. ▪   I'm showing you what's been

16     marked as Exhibit ▪ 23, which is a document with

17     the Bates number GSR_1999, and it's an email from

18     you to employees at Ripple and ▪         dated

19     October 11th, 2016.  It's an email chain.

20               Is this an example of a time where you

21     recommended that Ripple increase the percent of its

22     sales in connection with an increase in price in

23     XRP?

24         A.   I'm not sure.  It says:

25                "Bot 2t was adjusted back to

1          ▮▮▮▮▮▮ "

2          So perhaps --

3      Q.   I want you to focus on the bottom email,

4  the email at 1640.

5      A.   Yeah.

6      Q.   Can you read what you wrote, into the

7  record, in that bottom email?

8      A.   "Good morning all, XRP prices have

9  increased significantly overnight.  We believe it is

10  due to erroneous CoinMarketCap reporting, likely

11  aided by a glitch in Ripple charts.  Since volumes

12  remain strong, and there seems to be significant

13  buying interest, we are increasing 2t's XRP

14  introduction rate in order to extract more USD."

15      Q.   So is this an example of a time where you

16  recommended that Ripple increase the percent of its

17  sales in relation to an increase in XRP price?

18      A.   Well, the reason I was -- as you can see

19  in the beginning of the email, when I say, "Bot t

20  was -- 2t was adjusted back to ▮▮▮▮▮ " it's

21  possible that the baseline rate was ▮▮ and we had

22  dropped below that ▮▮ because of adverse market

23  conditions.  And then on October 10th at 1640,

24  market conditions are good again, so we bring it

25  back up to the ▮▮▮▮▮▮ .  I don't know if

1    we were going above the baseline or just coming back

2    to it.

3        Q.   The -- my understanding is the bottom

4    email occurred, the increase occurred before the top

5    email.  So the top email is from October 11th and

6    the bottom email is on October 10.

7            So first there's an increase, and then

8    going back.

9            MS. ZORNBERG:  Objection.

10           THE WITNESS:  I don't -- I can't -- I

11   don't know.  6:30 p.m. Pacific is 3:30 a.m.

12   BY MS. WAXMAN:

13       Q.   Regardless of whether -- regardless of the

14   starting point, if you were going above baseline or

15   just coming back into it, you were recommending an

16   increase, correct?

17       A.   Correct.

18       Q.   Okay.  And the increase was related to an

19   increase in XRP price?

20           MS. ZORNBERG:  Objection.  Misstates the

21   document.

22           THE WITNESS:  It references volumes and

23   prices.

24   BY MS. WAXMAN:

25       Q.   So in your -- in your own words, after

82

1     reading this email, why did you make the

2     recommendation to increase the percent?

3              MR. HANIN:  Object.  Same objection.

4              THE WITNESS:  High level, as it says in

5     the email, XRP prices have increased significantly

6     overnight.  Volumes remain strong.  There seems to

7     be significant buying interest.

8              All of these factors point to a recovery

9     in market conditions.

10    BY MS. WAXMAN:

11        Q.   And this would allow Ripple to extract

12    more USD?

13        A.   It would -- if we increase the sales of

14    XRP and the price of XRP has gone up, by definition,

15    the rate of dollars will go up too.

16        Q.   And was that something that Ripple wanted

17    to do?

18              MS. ZORNBERG:  Object to form.

19              THE WITNESS:  When you say "Ripple wanted

20    to do," they wanted to -- can you be a bit more

21    specific?

22    BY MS. WAXMAN:

23        Q.   To extract more USD from its sales of XRP.

24        A.   I'm not sure I would characterize it like

25    that.  This is more us trying to help get a better

1    execution price.

2        Q.    So you were trying to extract more USD on

3    behalf of Ripple?

4        A.    We were trying -- yes.  We were trying

5    to -- exactly.

6        Q.    And did Ripple tell you to do that?

7        A.    I think I answered that question earlier.

8    I don't recall them specifically asking me to do

9    that, but it's my understanding that when I am the

10   execution agent, I try to provide our client -- we

11   try to provide our clients with the best possible

12   execution.

13       Q.    That's your function?

14       A.    (Nods head.)

15             MR. HANIN:  Objection.

16   BY MS. WAXMAN:

17       Q.    Have you ever used the term "tactical

18   selling"?

19       A.    I believe so.

20       Q.    And what does that mean?

21       A.    Tactical refers to something that is done

22   in, you know, discrete moments in time.

23       Q.    And what is the purpose of -- of doing

24   trading -- is it trading in discrete moments in

25   time?

84

1          A.   It can refer to anything.  But yeah, I

2     guess it refers to trading in discrete moments in

3     time.

4          Q.   Okay.  And would you ever recommend that

5     Ripple engage in tactical selling of XRP?

6               MS. ZORNBERG:  Object to form.

7               THE WITNESS:  Would I ever recommend or

8     did I ever?

9     BY MS. WAXMAN:

10         Q.   Did you ever recommend that Ripple engage

11    in any tactical selling of its XRP?

12         A.   I don't recall.

13         Q.   And if you did, what would you mean by

14    that?

15              MS. ZORNBERG:  Objection to the

16    speculative nature of the question.

17    BY MS. WAXMAN:

18         Q.   What is the purpose of tactical selling?

19         A.   In general, in a general context, somebody

20    might engage in tactical selling because market

21    conditions have changed, and there's an opportunity

22    to take advantage of the change in the conditions.

23         Q.   So the opportunity would -- you would have

24    an opportunity to extract a higher price from the

25    sales?

1      A.    Potentially.  If you were doing a selling

2   program, yes, that would -- that could be one of the

3   goals.

4      Q.    Okay.

5            MS. WAXMAN:  Exhibit 20, please.

6            MR. HANIN:  Daphna, we've been going well

7   over an hour and a half.  Whenever is a good time

8   for a break.

9            MS. WAXMAN:  Let's take a break now.

10  We're off the record.

11           THE VIDEOGRAPHER:  We're off the record at

12  9:57 a.m.

13              (Whereupon, a recess was taken.)

14           THE VIDEOGRAPHER:  We're going back on the

15  record at 10:11 a.m.

16  BY MS. WAXMAN:

17     Q.    Mr.        I want to circle back to a topic

18  we were talking about, just briefly, the market

19  making in the early period of 2013 and 2014.

20           With respect to the market making

21  activities that GSR conducted at that time on the

22  Ripple consensus network [sic], is it fair to say

23  that on a very basic level, the service that GSR was

24  providing was simply buying and selling XRP?

25           MS. ZORNBERG:  Object to form, and you

1     said "Ripple consensus network."

2     BY MS. WAXMAN:

3          Q.    Ripple Consensus Ledger.

4          A.    It wasn't just XRP, though.  As I

5     mentioned earlier, we traded multiple crosses and

6     sometimes those crosses didn't have XRP.

7     BY MS. WAXMAN:

8          Q.    Were you trading XRP -- those other

9     crosses, in the same percent that you were trading

10    XRP?

11         A.    I don't recall.  On a general -- at a high

12    level, if we were trading, let's say, eight crosses,

13    and the balance shifted too much from one side to

14    the other, a way to rebalance our assets might have

15    been by using another cross.  So depending on the

16    day, those ratios could move a lot.

17         Q.    The trading in the other crosses, but were

18    they all related to buying and selling XRP?

19         A.    Not really, because if I remember

20    correctly, you know, we were supposedly to provide

21    liquidity on a number of crosses.  I don't think --

22    I'm not sure that they all had XRP in them, you know

23    what I mean?

24              MS. WAXMAN:  Okay.  Exhibit 20, please.

25    / /

87

```
 1                    (Whereupon, Deposition Exhibit    20

 2                    was marked for identification.)

 3      BY MS. WAXMAN:

 4           Q.   Mr. Gil, I'm showing you what's been

 5      marked as    -20, which is a document with the Bates

 6      GSR4553 through -555.  It's an email string where

 7      you're copied on from September 20th, 2016 and

 8      September 21st, 2016.

 9                    Just take a moment to read the email and

10      let me know when you're done.

11                    At a very high level, was Ripple directing

12      GSR to purchase XRP, in this email chain?

13           A.   Yes.

14                    MS. ZORNBERG:  Objection.

15      BY MS. WAXMAN:

16           Q.   Okay.  And what was the purpose of having

17      GSR purchase XRP?

18                    MS. ZORNBERG:  Objection to misstatement

19      of the document.

20                    THE WITNESS:  I don't know.  On page -- on

21      the second page,           writes:

22                    "The goal is not price impact

23           but volume."

24                    But I don't know what Ripple was thinking.

25      I don't know if what           wrote corresponded to
```

1    what Ripple was thinking.

2    BY MS. WAXMAN:

3         Q.   Okay.  Outside of this document, separate

4    and apart from the document, earlier you -- strike

5    that.

6              Earlier you testified that during the --

7    at the time that GSR was executing programmatic

8    sales, you also purchased XRP on behalf of Ripple.

9         A.   There were times when, yes.

10        Q.   Okay.  And at a very high level, what was

11   the purpose of those -- of the buying?

12             MS. ZORNBERG:  Object to form.

13             THE WITNESS:  At a high level, why was

14   Ripple instructing us to buy XRP?  What was the

15   underlying reason why they wanted to buy it back?

16             MS. WAXMAN:  Correct.

17             MS. ZORNBERG:  And what's the point in

18   time?

19             MS. WAXMAN:  We just established that this

20   was during the period that GSR was engaging in

21   programmatic sales.

22             THE WITNESS:  It's -- yeah.

23             MS. ZORNBERG:  Objection.

24             THE WITNESS:  I can't say with any

25   certainty why Ripple was choosing to buy back at the

1     given moment in time.

2     BY MS. WAXMAN:

3          Q.   Did they tell you what the purpose of the

4     buying was?

5          A.   Not that I can recall.  I mean, I can see

6     what ███████ wrote on that email, but ...

7          Q.   Separate and apart from this email, did

8     you have any understanding why Ripple was directing

9     GSR to buy XRP?

10              MS. ZORNBERG:  Objection.  Do you want to

11    fix a time?

12              MS. WAXMAN:  We're talking about, and I've

13    clarified twice already that we're talking about the

14    period in which GSR was executing programmatic

15    sales.  That hasn't changed from two questions ago.

16    That's the time period.

17              MS. ZORNBERG:  Objection.  I think you

18    need to fix a time based on the witness's response.

19    BY MS. WAXMAN:

20         Q.   Do you understand the question?

21         A.   Yes, Daphna.  And similarly to earlier

22    when I described -- you asked me about why Ripple

23    wanted to sell XRP and I said it could be for any

24    number of reasons.  The same thing applies here.

25    They -- I have no way of knowing why Ripple would

1    want to buy more XRP.  It could be because they have

2    a view on -- it's a proprietary trade, right?

3    They're buying something that they think is going to

4    go up in value.  It could be because they needed

5    more XRP for some other function.  I have no idea.

6        Q.   Did Ripple ever tell you that the purpose

7    of the buying was to stabilize XRP's price?

8        A.   It's possible, yes.

9        Q.   Did you have any conversations in which

10   Ripple relayed that to you?

11       A.   I'm trying to remember.  At a high level,

12   we were -- as I described earlier, there's this big

13   disconnect, right, between the available liquidity

14   in the market and the notional value of XRP

15   outstanding.  And -- and a big part of -- I think an

16   important part of -- of the sales program was to do

17   it in a constructive and measured manner so that it

18   was something that was sustainable over time.

19            We tried to have fair and orderly markets.

20   So, you know, it stands to reason that if -- if

21   there are very adverse market conditions, we would

22   slow down the selling.  At the limit you could say

23   that if the market was in free fall, perhaps it made

24   sense to step in and be a buyer, 'cause you are, you

25   know, a liquidity provider.

1    Q.   And by buying, would you prevent the

2    market from falling further?

3         A.   That would depend on --

4              MS. ZORNBERG:  Objection.

5              THE WITNESS:  It would depend on how much

6    capital you had to buy, obviously.  You know, if --

7    you can step in and bid X amount, but once you've

8    been sold X amount, if there are more sellers, the

9    price will continue going down.

10   BY MS. WAXMAN:

11        Q.   Putting aside whether the buying actually

12   would result in the desired effect, was it the --

13   was the purpose to prevent the market from falling

14   further?

15        A.   It's --

16             MS. ZORNBERG:  Object to form.

17             THE WITNESS:  Like I said, it's possible

18   that that was the objective, but I can't know with

19   any certainty that that's -- any given instant

20   that's why they were doing it.

21   BY MS. WAXMAN:

22        Q.   Did they ever tell you that's why they

23   were doing it at any point in time?

24             MS. ZORNBERG:  Objection.

25             THE WITNESS:  I don't recall.  It's

[8/11/2021]                    Dep. Tr. 8.11.2021

1   possible.

2   BY MS. WAXMAN:

3       Q.   Did you ever recommend that Ripple

4   purchase for that reason?

5       A.   Probably, yes --

6       Q.   Okay.

7       A.   -- because it's --

8       Q.   And did you ever recommend that Ripple

9   purchase XRP in the market in order to increase the

10  price of XRP?

11           MS. ZORNBERG:  Objection.

12           THE WITNESS:  To increase the price of

13  XRP?  That's possible.

14  BY MS. WAXMAN:

15      Q.   Did Ripple ever direct you to purchase in

16  order to increase the price of XRP?

17      A.   I don't recall them -- not the way you

18  phrased it, no.

19      Q.   Do you recall it in any other phrasing?

20           MS. ZORNBERG:  Objection.  I think you

21  have to ask the question.

22           MS. WAXMAN:  I just did.

23           MS. ZORNBERG:  Objection to form.

24           THE WITNESS:  I don't recall Ripple asking

25  me -- asking us to make the price of XRP go up, if

1    that's the question.

2    BY MS. WAXMAN:

3         Q.   Okay.  And do you recall any other -- what

4    reasons did Ripple give you for them -- for wanting

5    to buy XRP?

6         A.   Like I said earlier, I don't think that

7    they gave me any reasons.  We were an execution

8    agent.  We were -- if Ripple said sell, we would

9    sell.  They didn't necessarily have to give us any

10   reasons.

11             THE VIDEOGRAPHER:   You're covering --

12             THE WITNESS:   Oh, I'm sorry.

13   BY MS. WAXMAN:

14        Q.   Did you ever recommend that Ripple

15   purchase XRP in order to create an appearance of an

16   active trading market?

17             MS. ZORNBERG:   Object to form.

18             THE WITNESS:   I don't think so.  No.  I

19   mean, what do you mean when you say "an appearance"?

20   BY MS. WAXMAN:

21        Q.   Did Ripple -- did Ripple ever instruct you

22   to buy XRP in order to increase the number of trades

23   in XRP?

24             MS. ZORNBERG:   Object to form.

25             THE WITNESS:   I don't think so.  I don't

1    really understand the question, though.  It's ...

2    BY MS. WAXMAN:

3        Q.   Okay.  That's fair.

4             Going back to the document on the last

5    page, last email, are they recommending -- or are

6    they talking about buying XRP after a Ripple

7    announcement?

8        A.   In point 2, it says:

9                 "Current thinking is that we

10               should use our full          in

11               the first 24 hours post

12               announcement on Thursday."

13           So I -- it is possible, yes.

14       Q.   Okay.  And other than this instance, did

15   Ripple instruct GSR to purchase XRP following

16   certain announcements?

17       A.   I -- I don't recall, Daphna.  It's

18   possible.

19       Q.   And did you have an understanding why they

20   would want to purchase XRP following an

21   announcement?

22       A.   Do I know why specifically?  No, I don't

23   know why.

24       Q.   And would this -- are they referring to a

25   Ripple announcement?

1              MR. HANIN:  Object to form.

2              MS. ZORNBERG:  Object to form.

3              THE WITNESS:  I have no idea.

4    BY MS. WAXMAN:

5         Q.   At the second -- at the top of the page,

6    at the -- your next email, at the very -- at 12:14,

7    at the very end of the email, you say:

8                   "I would recommend increasing

9                   the buying size in order to improve

10                  the chances of having a lasting

11                  effect on XRP prices."

12                  Is that why you made the recommendation?

13        A.   What recommendation?

14        Q.   Increasing the buying size.

15        A.   So what is the question?

16        Q.   Did you want to increase the buying size

17   in order to have a lasting effect on XRP price?

18             MR. HANIN:  Objection.

19             THE WITNESS:  I think -- I'm guessing, and

20   I -- again, it's speculation because I don't know

21   what was happening on or around September 20th,

22   2016.  But this is -- what we discussed earlier, in

23   a market that is -- I'm guessing that the market had

24   been trading very softly.  When somebody steps in to

25   buy to provide support to the market, what they are

1    hoping is to stop this free fall, right?  So to have

2    a lasting effect ...

3    BY MS. WAXMAN:

4        Q.    Okay.  Going to [redacted] s email in the

5    middle of the page, she writes, at the very last

6    sentence:

7                    "Just to reiterate following

8                our last call, the goal is not

9                price impact but volume."

10               What did you understand that to mean?

11       A.    I have no idea what I understood it to

12   mean back then, but even now, it's not clear to me.

13   She's saying "the goal is not price impact but

14   volume."  Volume of XRP trading, that particular

15   cross on any given exchange?  I have no idea.

16       Q.    Did she want to increase the volume of XRP

17   trading at the time?

18               MS. ZORNBERG:  Objection.  Asked and

19   answered.

20               THE WITNESS:  Again, I -- all I know is

21   what she wrote here, and I'm not sure what she means

22   when she says "volume," because it could refer to

23   any number of different things.

24   BY MS. WAXMAN:

25       Q.    And what could it refer to?

1       A.   It could be the volume of XRP trading

2  against a particular cross, on a specific exchange,

3  in general.

4       Q.   Could it mean all of those things?

5       A.   And many more.  I mean, it's completely

6  undefined.

7       Q.   Well, other than the two things you

8  mentioned, could it mean anything else?

9            MR. HANIN:  Objection.

10            THE WITNESS:  I mean, I guess I don't

11  understand the question.

12            MS. WAXMAN:  Okay.  Exhibit 22, please.

13            (Whereupon, Deposition Exhibit █ -22

14            was marked for identification.)

15            THE WITNESS:  Thank you.

16  BY MS. WAXMAN:

17       Q.   Mr. █   I'm showing you what's been

18  marked as Exhibit █ -22 which has the Bates GSR_9169

19  through -9175.  I'm only going to ask you about the

20  very top email on the first page, but feel free to

21  take a look at the entire document.

22            At the very bottom of the email -- first

23  of all, what is this email about?

24       A.   Well, the first sentence -- well, the

25  subject says "Rebate Program," but I mean I haven't

98

```
 1    read the whole thing.  The first sentence says:  "We
 2    thought the bug that allowed unfunded offers to be
 3    posted had been fixed months ago."
 4              I'd have to read the whole email to
 5    remember what that bug was.
 6         Q.   Were you expressing a concern about XRP
 7    price in the email?
 8              MS. ZORNBERG:  Object to form.
 9              THE WITNESS:  In the second paragraph, I
10    say:
11                   "I am very concerned that the
12                   price of XRP will continue to fall
13                   tomorrow."
14              That kind of implies the price of XRP was
15    on a downward trajectory.
16    BY MS. WAXMAN:
17         Q.   Were you concerned that accumulative
18    selling by Bots 2, 4 and 6 would further depress the
19    price?
20         A.   Yes, in the next sentence I say that.
21                   "Cumulative effect of Bots 2,
22                   4 and 6 are probably took much for
23                   the market to handle right now."
24         Q.   And was Bot 2 related to Ripple's sales?
25         A.   Correct.
```

1          Q.   And was Bot 4 related to sales by someone

2     else?

3          A.   Correct.

4          Q.   And whose sales?

5          A.   I believe Bot 4 is Chris Larsen.

6          Q.   And what about Bot 6, whose sales were

7     related to that?

8          A.   I believe that's Rippleworks.

9          Q.   And did you meet -- as a result of these

10    concerns, did you make a recommendation to Ripple?

11         A.   I mean --

12              MS. ZORNBERG:  Objection to form.  Are you

13    asking him to interpret the email or if he has an

14    independent recollection, asking him to read the

15    email?

16    BY MS. WAXMAN:

17         Q.   In the email, do you make a

18    recommendation?

19         A.   The email says:

20                   "As I said to ███████

21              yesterday, I think the potential

22              damage from selling now outweighs a

23              positive effect of purchasing the

24              400K tranche in a few weeks."

25              So I guess I am implying that maybe it

[8/11/2021]    ███████████    Dep. Tr. 8.11.2021

100

1    doesn't -- that we should -- the sales should be

2    reduced.  It's not very explicit.

3         Q.   Or the sales should be paused?

4         A.   Actually, in the next paragraph, it says:

5              "As such, we would recommend

6         delaying the XRP sales."

7         Q.   And then at the very bottom, the last

8    sentence says:

9              "It's important that we

10        establish higher trading prices

11        after all this positive news."

12        A.   Mh-hmm.

13        Q.   What did you mean by that?

14        A.   I think -- I don't mean we in the context

15   of GSR or Ripple or any -- I just mean like the

16   broader "we."  We see higher prices.

17        Q.   Well, it says we established.  When you're

18   talking about "we" -- who are you talking about

19   establishing higher prices?

20        A.   That's what I'm saying.  I'm not saying

21   that we or Ripple or any of us have the ability to

22   establish higher prices.  I think what we're

23   referring to is we, the market as a whole, get to

24   see higher prices.

25        Q.   Are you recommending the buying in order

101

1    to establish higher prices?

2         A.   No, I don't think so.

3         Q.   Well --

4         A.   I think what was -- what should be written

5    there, instead of "we establish" is that "we

6    observe."

7         Q.   Okay.  And why should that have been

8    written instead of "we established"?

9         A.   Because this can lead to

10   misinterpretation.  I wouldn't want anybody to think

11   that we, ourselves, were going to establish some

12   kind of a price.

13        Q.   Why would you care to observe higher

14   trading prices?

15        A.   A lot of the market chatter analysis in

16   crypto is technical analysis, right, where people

17   look at different levels.  And this .006, that's

18   sixth-tenths of a penny, for XRP I think was an

19   important technical level.  You know, support,

20   resistance, those types of things.

21        Q.   So --

22        A.   I get -- what I was trying to say in this

23   last sentence is, we want to have a constructive

24   market for XRP.  That .006 level is an important

25   support level.  So I think it's good for all -- you

102

1    know, it would be good for us to observe that XRP

2    holds that support level.

3          Q.   And important for whom?

4          A.   Like the market ecosystem.  You know, to

5    illustrate this, in crypto, market participants tend

6    to have very short attention spans, and they're very

7    quick to call a digital asset a failed project if

8    the price action isn't what they expected it to be.

9    So that's why -- that's all I'm saying.

10         Q.   And market participants, would that also

11   include people who are buying and selling XRP?

12         A.   Yeah.  Of course.

13         Q.   Are speculators in XRP's price part of the

14   market -- part of whom you would include within the

15   group of market participants?

16              MR. HANIN:  Objection.

17              THE WITNESS:  Yes.  Like any market for

18   anything.

19   BY MS. WAXMAN:

20         Q.   Were you specifically talking about XRP

21   speculators when you were talking about --

22         A.   No.

23         Q.   -- when you were referencing people in

24   this email?

25         A.   No, not at all.

1          MS. WAXMAN:  Exhibit 27, please.

2              (Whereupon, Deposition Exhibit ▮ 27

3              was marked for identification.)

4    BY MS. WAXMAN:

5          Q.   Mr. ▮, we're showing you what's been

6    marked as ▮ 27, which is a document GSR_356 through

7    357.  It's an email chain from mid October 2016 that

8    includes you.

9              Are you done?

10         A.   Yes.

11         Q.   Going back to the prior email just for one

12   moment, Exhibit 22, the concern that you were

13   talking about in the prior email, was that related

14   to any support in connection with xRapid?

15             MS. ZORNBERG:  Objection.

16             THE WITNESS:  I'm sorry?

17   BY MS. WAXMAN:

18         Q.   The concern that you were talking about in

19   Exhibit 22, did that have anything to do with GSR's

20   support of any Ripple products such as xRapid?

21             MS. ZORNBERG:  Objection.

22             THE WITNESS:  I don't think so, because

23   this is from October 2016, and xRapid -- we didn't

24   start servicing xRapid until a couple years later, I

25   think.

1    BY MS. WAXMAN:

2        Q.   Okay.  Now, we can go back to Exhibit 27.

3            Going back to Exhibit 27 and to ▮▮▮▮▮▮▮

4    email at the very back page, is this an example of

5    Ripple directing -- telling GSR that they'd like to

6    increase their XRP sales following an announcement?

7        A.   There's some typos, but I think ▮▮▮▮▮ is

8    saying -- on the second to last sentence, it says:

9                "We don't want to depress the

10               rally but rather capitalize on the

11               additional volume."

12           (Reporter clarification.)

13           THE WITNESS:  So I guess to answer your

14    question, it sounds like that, yes, they are trying

15    to take advantage of the fact that there are higher

16    volumes.

17    BY MS. WAXMAN:

18       Q.   And were they doing that because they

19    thought they could extract more money from sales at

20    that time?

21       A.   I presume so, because in the next

22    sentence, it says:  "As before, if you see the

23    change" -- but I think she meant chance -- "to take

24    the money -- more money off the table, please do

25    so."

1        Q.   Did you understand what she meant by being

2    opportunistic?

3        A.   I have no idea what I thought of when I

4    read this four -- five years ago.

5        Q.   Did GSR increase its sales following the

6    announcement based on Ripple's direction?

7             MS. ZORNBERG:  Object to form.

8             THE WITNESS:  I presume we did.  Just from

9    reading the reply in the email.  I don't --

10   obviously, I don't remember what we did five years

11   ago.

12            MS. WAXMAN:  Exhibit 29, please.

13       Q.   Mr. ███   I'm showing you what's been

14   marked as ██ 29, which is an email with the Bates

15   GSR_4966 through -4970.

16            (Whereupon, Deposition Exhibit ██ 29

17             was marked for identification.)

18            MS. WAXMAN:  Please take a look at it and

19   let me know when you're done.

20            THE WITNESS:  Should I read the whole

21   thing?

22   BY MS. WAXMAN:

23       Q.   Yes.

24            Going back to the prior email, just for

25   one second, Exhibit 27, we were just talking about

106

1     the announcement.

2              Did you understand that based on the

3     instruction from Ripple, was the -- did they

4     understand that it would be a positive announcement

5     for Ripple?

6              MS. ZORNBERG:  Objection to form.

7              THE WITNESS:  I would guess so, yeah.

8     BY MS. WAXMAN:

9         Q.   Okay.  Now --

10        A.   It wouldn't make sense to increase sales

11    if the announcement was negative.

12        Q.   Okay.  Now, going back to Exhibit 29, do

13    you know what the exhibit is about?

14        A.   I'm not certain.  I -- I -- I'm guessing

15    the clue is when Patrick writes at 1454 on the 1st

16    of November:

17                  "I'm only seeing positive

18                  sentiment on the news:  General

19                  feeling seems to be that Ripple is

20                  doing well for Chris to take this

21                  move."

22             I'm guessing it was that Chris Larsen

23    announced that he was going to become chairman.

24        Q.   So was Ripple talking about the market's

25    reaction to that announcement that Mr. Larsen was

```
 1    stepping down as CEO?
 2              MS. ZORNBERG:  Object to form.
 3              THE WITNESS:  I suspect that that's what
 4    this whole thread is about, yes.
 5    BY MS. WAXMAN:
 6        Q.  And did -- did Ripple direct --
 7    did -- strike that.
 8              Did Ripple -- was Ripple concerned that
 9    that news would have a negative impact on the
10    market?
11              MS. ZORNBERG:  Object to form.
12              THE WITNESS:  I don't recall, but from
13    reading this thread, it would seem that way.
14    BY MS. WAXMAN:
15        Q.  And did Ripple direct GSR to buy XRP
16    should the announcement cause a decline in your XRP
17    price?
18              MS. ZORNBERG:  Object to form.
19              THE WITNESS:  I mean, you can see Patrick
20    wrote at 1529:
21                  "Please aim to protect the
22              ▮▮▮floor.  Continue to operate
23              within ▮▮▮ increments.  Do not
24              purchase if the price is above the
25              target floor ▮▮▮▮"
```

1          So it sounds like they were willing to buy

2     back or buy XRP at eight-tenths of a cent.

3     BY MS. WAXMAN:

4          Q.   Is he talking about buying back to

5     maintain a certain price floor?

6               MR. HANIN:   Objection.

7               You understand the question.   To the

8     extent --

9               THE WITNESS:   I mean, he writes here, .008

10    floor.   It's written.

11    BY MS. WAXMAN:

12         Q.   Okay.   Did Ripple ever direct GSR at any

13    other time to purchase in order to maintain a

14    certain price floor for XRP?

15         A.   I don't recall.   It's possible.

16         Q.   And you say "it's possible."   Why do you

17    say that?

18         A.   Over the years, I mean, we discussed

19    earlier there's been periods of enormous volatility.

20    This was probably not the only time when, you know,

21    XRP prices dropped very quickly or in general,

22    market conditions were not favorable.

23         Q.   So I know specifically you don't recall

24    this email, but generally, do you recall other

25    instances in which Ripple directed GSR to purchase

1    XRP in the market when the price of XRP was

2    declining?

3         A.   I don't recall the specific instances.   I

4    do know that -- I think I remember that we purchased

5    more than once, so by definition, there must have

6    been other instances.

7         Q.   And those purchases were at the time that

8    the price was declining?

9         A.   That's what would make sense.   The time

10   when -- the price would decline very rapidly over a

11   short period of time, something like that.

12        Q.   And the purchase -- purpose of the

13   purchases was to stabilize the price?

14        A.   Presumably, yes.

15        Q.   And another purchase -- purpose of the

16   purposes [sic] were to be to maintain a floor for

17   XRP, certain floor?

18             MS. ZORNBERG:   Objection.

19             THE WITNESS:   It's entirely possible but,

20   I mean, I can't confirm it.

21             MS. WAXMAN:   Generally speaking.

22             MS. ZORNBERG:   Object to form.

23             THE WITNESS:   Sometimes -- in this

24   instance, it seems like there was a floor.   It's

25   written here in the comment.   Other instances

1    perhaps there wasn't a floor, there wasn't a

2    technical level, maybe it was they had oversold and

3    they were looking to buy back.  I -- you know, there

4    could be other reasons is I guess what I'm trying to

5    say.

6              MS. WAXMAN:  Exhibit 13, please.

7              (Whereupon, Deposition Exhibit ███-13

8              was marked for identification.)

9    BY MS. WAXMAN:

10        Q.   Mr. ███   I'm showing you what's been

11   marked as ███-13, which is a document with the Bates

12   RPLI_SEC 50808 through -50814.

13        A.   Uh-huh.  Should I read the whole thing?

14        Q.   I'm really -- yeah, why don't you quickly

15   read the whole thing, if you don't mind.

16        A.   It's a long one.

17        Q.   Okay.  Who is ████████████?

18        A.   ████   is a childhood friend of mine who

19   I -- we started GSR together.

20        Q.   Okay.  Was he recommending certain

21   adjustments to the amount of XRP that Ripple would

22   sell in order to stabilize XRP price?

23              MS. ZORNBERG:  Object to form.

24   BY MS. WAXMAN:

25        Q.   I'm talking about the email -- the very

111

1    last email?

2         A.   "I would" --         says:

3                   "I would recommend staying at

4              2 percent or increasing maximum to

5              two-and-a-half percent if we want

6              to keep stability in the price."

7              I think he was stepping in because I was

8    traveling or something.  I saw earlier.

9         Q.   I should have asked you this earlier, were

10   you Ripple's main contact at GSR?

11        A.   Yes.

12        Q.   And later in the email, did you -- at 6:11

13   on July 15th, did you recommend increasing the

14   amount of Ripple sales due to -- in connection with

15   an increase in XRP prices?

16             MS. ZORNBERG:  Objection.  Misstates the

17   email.

18             THE WITNESS:  No, I don't see that.  The

19   first two paragraphs just talk about what we're

20   seeing in the market.  The last paragraph states:

21                   "We will continue to monitor

22              throughout the weekend.  Should

23              prices spike higher, we will

24              increase the percentage for Bot 2t

25              accordingly.  Hopefully, volumes

1              will increase too - that would help

2              us get back on the dollar -- you

3              know, 110K per week track."

4    BY MS. WAXMAN:

5        Q.   Why would you increase the percentage

6    should the prices spike higher?

7        A.   Well, it sounds like we were below our --

8    well, in general terms, why would we increase the

9    percentage if price spiked higher?  To achieve a

10   better net execution price.

11       Q.   And to extract more from the sales?

12       A.   By definition, we would extract more from

13   the sales by a higher execution price.  And it

14   sounds, from this email, that we were below the 110K

15   per week goal.  And so I guess we were saying if

16   prices pick up, we can take advantage of that so we

17   can get back to the target.

18       Q.   And that was a target that Ripple had set?

19       A.   I presume so.

20       Q.   Going to the very first page of the email,

21   is there a discussion about buying XRP in the

22   market?

23            MS. ZORNBERG:  Objection to form.

24            (Reporter clarification.)

25            MS. ZORNBERG:  Would you like to direct

113

1    the witness to something you're referring to?

2    BY MS. WAXMAN:

3        Q.   Going back to -- strike that.

4             Going back to page 2, in the middle of the

5    page there's an email from Patrick Griffin.  And he

6    says:

7                 "We should lift the bid."

8             Do you know what he's talking about there?

9        A.   You don't lift bids.  You hit bids and you

10   lift offers.  So his syntax is wrong.  I think what

11   he was trying to say is we should hit the bid.

12       Q.   And what did he mean by that?

13            MR. HANIN:  Objection.  ▇▇▇ responded

14   that what he said doesn't make any sense, so I don't

15   think he can predict what he meant by his erroneous

16   email.

17   BY MS. WAXMAN:

18       Q.   What does hit the bid mean?

19       A.   When you bid to buy, you offer to sell.

20   So when somebody is bidding and you hit them, you're

21   selling to them.

22       Q.   Okay.  Going to the very first page at the

23   top, the third email from the top, ▇▇▇ says:

24                 "Has there been a lot of

25                 chatter and do you think this

[8/11/2021] ▇▇▇          Dep. Tr. 8.11.2021

 1              points to Ripple buying."

 2          Do you know what --

 3          MS. ZORNBERG:  Sorry.  Can you point out

 4    where you are?

 5          MS. WAXMAN:  I'm at the very top of the

 6    page.

 7          MS. ZORNBERG:  I don't --

 8          MR. HANIN:  I think you mean the second

 9    sentence of the -- it's a confusing page because

10    there are a number of --

11          MS. WAXMAN:  Yeah.  The email that starts

12    at 2055, at 8:55.

13          THE WITNESS:  "We are okay with the credit

14    risk but want to think more about the resting order.

15    Has there been a lot of chatter and do you think

16    this points to Ripple buying?"

17          I suspect she's referring to the bids that

18    she talks about in the email at 4:22 on July 21.

19    And I think -- I have no way of knowing this, but I

20    think what she's getting at is she's saying do you

21    think people in the market think Ripple is the one

22    bidding for this XRP?  That's the only explanation I

23    can ...

24    BY MS. WAXMAN:

25          Q.   Did Ripple want people to know that they

1    were bidding on XRP in the market?

2                MR. HANIN:  Objection.

3                THE WITNESS:  I have -- I have no idea.

4    BY MS. WAXMAN:

5        Q.    Did Ripple ever tell you that they wanted

6    to disguise their -- their selling?

7                MS. ZORNBERG:  Object to form.

8                THE WITNESS:  I don't recall.  It's --

9    it's possible.

10   BY MS. WAXMAN:

11       Q.    Was the ███████████ programmed in a way that

12   would disguise Ripple's trading activities?

13               MS. ZORNBERG:  Objection and object to the

14   word "disguise."

15               THE WITNESS:  No.  The ███████ was --

16   the ███████████ just cares about finding best

17   execution, finding the best possible price.

18   BY MS. WAXMAN:

19       Q.    Was Ripple making a market in XRP at the

20   same time that it was selling XRP programmatically?

21               MS. ZORNBERG:  Objection.

22               THE WITNESS:  I don't think Ripple was

23   ever making a market in XRP.  Do you mean were we

24   making markets in XRP at the same time as we were

25   selling XRP?

1   BY MS. WAXMAN:

2        Q.   Yes.  Thank you.

3        A.   I think the answer to that is yes, because

4   of -- yes.

5        Q.   And why would you be doing both those

6   things at the same time?

7        A.   I would argue they're mutually exclusive.

8   They're different services.  We started providing

9   liquidity, and as the ecosystem grew, that activity

10  lasted for at least three years, I believe, the

11  market making.  And the XRP sales I think started

12  before the first activity ended.  So there was a

13  period of time when there was an overlap.

14       Q.   Was there a reason --

15       A.   They're not -- they're not at odds with

16  each other.

17       Q.   Would there be a reason to engage in both

18  at the same time?

19            MR. HANIN:  Objection.  Speculative.

20            THE WITNESS:  Potentially, yes, I can't --

21  I mean, I don't see why not.

22  BY MS. WAXMAN:

23       Q.   Did the market making activity facilitate

24  the sales activity in any way?

25            MS. ZORNBERG:  Object to form.

1          THE WITNESS:  I don't see the direct link.

2     I mean, the market making activity facilitated the

3     development of the ecosystem, right, and there was

4     more XRP trading interest globally.  And the XRP

5     sales program sold XRP globally.

6          So yes, they're connected, but I don't see

7     the -- is the right term "causality"?

8          MS. WAXMAN:  Exhibit 24, please.

9          (Whereupon, Deposition Exhibit ██ 24

10          was marked for identification.)

11    BY MS. WAXMAN:

12    Q.    Mr. ██, I'm showing you what's been

13    marked as ██ 24, which is a document with the Bates

14    GSR_17355 through -17357.  It's an email chain from

15    October 13th and 14th, 2016.

16          Please just take a moment to look at it

17    and let me know when you're done.

18    A.    Okay.

19    Q.    At the very top email, you talk about --

20    are you talking about how the ██████ is coded,

21    how 2t is coded?

22    A.    You mean the second sentence?

23    Q.    Just in general, but I'm talking about the

24    top email.

25    A.    Mh-hmm.

118

1        Q.    Does this email refresh your memory as to

2    whether you were selling XRP and making markets in

3    XRP on behalf of Ripple at the same time?

4        A.    Yes.

5        Q.    And why would you want to do that?

6             MR. HANIN:  Objection.

7             THE WITNESS:  Well, if -- the idea here is

8    the same as earlier about getting the best possible

9    execution price.  If -- if we had been sending sell

10   orders every three seconds to the -- for example, to

11   the Consensus Ledger, other market participants

12   would observe that and it wouldn't take long before

13   those people incorporated those signals into their

14   trading strategies and they try to take advantage of

15   what they've identified as a selling program.

16             So what we did was we had -- our



17

18

19

20

21

22                                          And so you

23   protect yourself from people -- you know, they call

24   this front running, right?  You don't want people to

25   front run you.

```
1              In addition, when you're ████████████

2     ████████████████████████████████████████████

3     ████████████████████████████████████████████

4     ████████████████████████████████████      So the

5     net execution price you offer to your customer is

6     better.

7          Q.   So the purpose of disguising the sales

8     would be to get a better net execution price?

9               MR. HANIN:  Objection.

10              MS. ZORNBERG:  Objection.

11              MR. HANIN:  It's the opposite of what he

12     said.

13    BY MS. WAXMAN:

14         Q.   Answer the question, please.

15              MS. ZORNBERG:  Objection.

16    BY MS. WAXMAN:

17         Q.   If you understand the question.

18              MS. ZORNBERG:  Objection.  You're

19     misstating the witness's prior testimony.

20              THE WITNESS:  Sorry, could you rephrase

21     the question again?

22    BY MS. WAXMAN:

23         Q.   I'll ask a different question.

24              So what would be the purpose of disguising

25     Ripple's sales?
```

120

1          A.    Well, as I said earlier --

2                MR. HANIN:  Asked and answered.

3                Go ahead.

4                THE WITNESS:   -- I'm trying to avoid being

5     front run by other market participants.  I -- you

6     know, I don't want to -- we don't want to put up a

7     big banner saying this is what we're doing.

8     BY MS. WAXMAN:

9          Q.    Did this -- did you sell and make a market

10    in XRP -- did you continue to do this on exchanges

11    as well?

12               MS. ZORNBERG:  Objection.

13               THE WITNESS:  Did we deploy the same type

14    of ████████  on exchanges?  I believe so.

15    BY MS. WAXMAN:

16         Q.    So it wasn't just limited to the trading

17    that you were doing on the Ledger?

18         A.    Correct.

19         Q.    So you would also try to disguise -- and

20    I'm using your word here from the email -- disguise

21    the sales on exchanges?

22               MS. ZORNBERG:  Objection.

23               THE WITNESS:  Well, on exchanges, it would

24    be for the purpose of improving -- ████████

25    ████████████████████  would improve the

[8/11/2021] ████     Dep. Tr. 8.11.2021

121

```
1    net execution price for our client.
2              MS. WAXMAN:  Exhibit 25, please.
3                 (Whereupon, Deposition Exhibit    -25
4                 was marked for identification.)
5    BY MS. WAXMAN:
6         Q.   Showing you what's been marked as    -25,
7    which is a document with the Bates GSR_1968.  It's
8    an email to you from the generic email -- the inbox
9            .io dated October 14th, 2016.
10                Do you know who sent this email?
11        A.   No.
12        Q.   Could you have sent it to yourself?
13        A.   I doubt it.
14        Q.   And --
15        A.   But it's possible.
16        Q.   And the last paragraph, can you read that
17   into the record?
18        A.        "Please note we sometimes
19
20
21
22
23
24
25
```

1              affecting the price considerably

2         more."

3         Q.   Is this another reason why you employ

4    market making at the same time that you sold XRP

5    programmatically?

6              MS. ZORNBERG:  Objection.

7              THE WITNESS:  Judging from the poor -- not

8    that I'm the world's best writer, but from the way

9    this is written, I suspect that this was ▓▓▓▓  And

10   what he's alluding to might have occurred -- what I

11   think he's alluding to might have occurred during a

12   small window of time.  But in reality, I believe

13   that our -- our share of the total trading volume of

14   XRP has always been rather small.

15             I mean, over time, it has -- it has

16   decreased.  But the -- you know, when -- when XRP

17   trading volumes took off as XRP started getting

18   listed on cryptocurrency exchanges worldwide, if you

19   look at the charts, you can see that the increase is

20   just absolutely staggering.  I don't think we -- he

21   says here:

22                  "The percentage introduced

23             would have to be increased by two

24             to five times."

25             That sounds like an exaggeration to me.

123

1     BY MS. WAXMAN:

2         Q.   Is that an exaggeration for the later

3     periods of time or do you think it's an exaggeration

4     in October 2016?

5         A.   For sure at later periods of time.  But I

6     think even back in October 2016.  It seems like a

7     bit of an exaggeration to me.

8         Q.   Okay.  But did you think that -- would the

9     sales have more of an impact on price if GSR wasn't

10    making a market in XRP at the time that it was

11    selling?

12              MS. ZORNBERG:  Objection.  Do you want to

13    fix a time?

14              THE WITNESS:  I don't think I could make

15    that connection, no.

16              (Reporter clarification.)

17              MS. ZORNBERG:  Objection.  Do you want to

18    fix a time?

19              But then the witness answered.  Thank you.

20    BY MS. WAXMAN:

21        Q.   What is the basis for your understanding

22    that XRP trading volumes took off after listing --

23    listings on exchanges?

24        A.   I think I was just saying that, you know,

25    as crypto -- cryptocurrency exchanges popped up

1    worldwide and they decided to list XRP as another

2    asset that you could trade, the overall trading

3    volume of XRP exploded.  More people were able to

4    transact with XRP.  That's all.

5           Q.   Did Ripple play a role in the increased

6    availability of -- increased availability of XRP on

7    exchanges?

8                MS. ZORNBERG:  Objection.

9                THE WITNESS:  I don't know.  I don't know.

10               MS. WAXMAN:  Exhibit 15, please.

11                    (Whereupon, Deposition Exhibit    15

12                    was marked for identification.)

13   BY MS. WAXMAN:

14          Q.   Mr.         I'm going to show you what's been

15   marked as    -15, which is a document with the Bates

16   RPLI_SEC 0057021 through -7023.

17                    If you go back to the bottom of page 2,

18   the email from         references a recommendation

19   from you with respect to purchasing XRP over a

20   longer period of time.

21                    Do you see that?

22          A.   Mh-hmm.

23          Q.   Why did you -- did you make this

24   recommendation?

25          A.   I mean, I don't recall making it but I

125

1    infer that from the -- what she's writing there.

2         Q.   And why would you make that

3    recommendation?

4         A.   Why would I recommend that they buy XRP?

5         Q.   And why did you recommend that they buy

6    XRP consistently over a longer period of time?

7         A.   I'm speculating, because this is five

8    years ago.  But I'm guessing that, you know, the

9    price of XRP was probably in a slump, or had

10   decreased dramatically, and so, okay, well, we've

11   been selling, we're liquidity providers and we want

12   to maintain a fair, orderly market, maybe now that

13   we're down at these lower levels, we should be -- we

14   should be buying.

15        Q.   Would you ever make a recommendation you

16   didn't believe was in your client's best interest?

17             MS. ZORNBERG:  Objection.

18             THE WITNESS:  I really hope not.

19   BY MS. WAXMAN:

20        Q.   And how was the recommendation received by

21   Ripple, this recommendation to consistently buy XRP

22   over a longer period of time?

23             MS. ZORNBERG:  Objection.  Based on what

24   the document is saying, or are you asking if he has

25   an independent recollection?

126

1   BY MS. WAXMAN:

2       Q.   Previously I think you said you didn't

3   have an independent recollection.

4       A.   I don't have a recollection.  It seems,

5   from this exchange, that -- that they didn't take

6   the recommendation, right?

7       Q.   Do you know whether you instituted a

8   buying program?

9       A.   I'm sorry?

10          MR. HANIN:  Objection to --

11  BY MS. WAXMAN:

12      Q.   Do you know whether you instituted a

13  buying program over a longer period of time on

14  behalf of Ripple?

15          MS. ZORNBERG:  Objection.

16          MR. HANIN:  At what period of time?  For

17  what period of time?

18          THE WITNESS:  Just generally?

19  BY MS. WAXMAN:

20      Q.   Well, following this recommendation.

21      A.   I don't recall, Daphna.

22      Q.   If you go to the first page of the email,

23  the email from Patrick at 9:34, he says:

24              "We saw the price was bid up

25          pretty aggressively.  Fantastic."

127

1          Did you understand that one of Ripple's

2     goals was to increase the price of XRP?

3          A.   No.   I wouldn't say that.   But I'm not

4     surprised to hear that people at Ripple were happy

5     to see the price go up.

6          Q.   And why were you not surprised?

7          A.   Because they have, you know, large sums of

8     XRP in their treasury.

9          Q.   And how much XRP did Ripple have at the

10    time?

11         A.   I don't know.   I don't recall.   I mean,

12    I -- I think it's public information.   I mean ...

13         Q.   And how much -- about how much XRP does

14    Ripple have?

15              MS. ZORNBERG:   Objection.

16              THE WITNESS:   I'm not sure.   I don't know.

17    BY MS. WAXMAN:

18         Q.   One second.

19              You said -- do you know who Miguel Vias

20    is?

21         A.   Yes.

22         Q.   Okay.   And who is Miguel Vias?

23         A.   Miguel Vias was -- I forget the exact

24    title, but he was the head of markets for Ripple

25    during several years, I believe.

128

1        Q.    Okay.  And he started in late 2016?

2        A.    I don't remember the dates, but -- but

3    sounds about right.

4        Q.    Did Ripple continue to direct GSR to buy

5    XRP in the market during the time that Miguel was

6    part of Ripple's XRP markets team?

7              MS. ZORNBERG:  Objection to form.

8              THE WITNESS:  I don't remember.  I don't

9    know.  I don't recall.  It's possible, but I don't

10   know.

11   BY MS. WAXMAN:

12       Q.    Who decided which -- on which exchanges to

13   sell XRP?

14       A.    I think, if I remember correctly, we would

15   propose which exchanges we thought were -- what's

16   the right word here?  Appropriate.  But, of course,

17   the final decision was Ripple's.

18       Q.    And did the number of exchanges that

19   Ripple sold XRP on grow over time?

20       A.    By definition, yes, because it started at

21   zero or one.  But it -- you know, it changed over

22   time.

23       Q.    In 2017, approximately how many platforms

24   did GSR sell XRP on behalf of Ripple?

25       A.    I -- I don't recall, but I'm sure that

1    even between January and December of 2017, that

2    number probably changed quite a bit because I

3    believe 2017 was when this whole thing was the first

4    kind of big explosion in activity.

5        Q.   Did Ripple want to increase the number of

6    platforms that it sold XRP on?

7            MS. ZORNBERG:  Object to form.

8            THE WITNESS:  I -- I mean, generally, I

9    guess so, yes.

10   BY MS. WAXMAN:

11       Q.   Is it fair to say that the more platforms

12   it sold XRP on, the more XRP it could sell?

13       A.   Not really.

14       Q.   Why not?

15       A.   Because I think that by 2017, the -- the

16   amount of XRP that was being sold was a function of

17   the true trading volume that we observed in the

18   market.  Now, that true trading volume resulted in

19   an XRP target sale for any given day.  You could

20   sell all of that XRP on one exchange if you wanted

21   to.  You didn't have to split it up across all the

22   other different venues.

23            But having said that, the fact that the

24   sales target was a function of the total reported

25   trading volume means that if there are more

1    exchanges, and they're legitimate exchanges, and

2    they get factored into calculating the total trading

3    volume, by definition, it will result in a larger

4    amount of XRP being sold.

5         Q.   Would you ever recommend that Ripple sell

6    all its XRP on one exchange?

7         A.   No.

8              MS. ZORNBERG:  Object to form.

9    BY MS. WAXMAN:

10        Q.   Why not?

11        A.   Most crypto exchanges, to this day,

12   exhibit all sorts of risks, technical, credit risks,

13   et cetera.  So it would be very risky to put

14   everything on any one given exchange.

15             Another reason why you might want to sell

16   across other exchanges is, you know, there might not

17   be sufficient liquidity within any one given

18   exchange if there's a large volume that you're

19   trying to sell.

20        Q.   And if there wasn't sufficient liquidity

21   that would impact the price?

22             MS. ZORNBERG:  Object to form.

23             THE WITNESS:  If you try to sell a large

24   amount of XRP on one exchange that have insufficient

25   liquidity, the price of XRP on that exchange would

1    suffer as a result, yes, in all likelihood.

2    BY MS. WAXMAN:

3        Q.   Did you have any understanding of what

4    factors Ripple considered or what Ripple considered

5    when deciding which exchanges to sell XRP on?

6            MS. ZORNBERG:  Object to form.

7            THE WITNESS:  No.  I know the factors that

8    we considered important, but I don't know -- I

9    wasn't part of the internal conversations at Ripple.

10   BY MS. WAXMAN:

11       Q.   Did you ever provide feedback to Ripple on

12   which exchanges to sell XRP on?

13       A.   Yes.

14       Q.   And were there any platforms that you told

15   Ripple not to sell XRP on?

16       A.   In all likelihood, yes.

17       Q.   And why would you recommend not to trade

18   on a particular platform?

19       A.   So it was important for us to -- the sales

20   program was something that was a long-term program,

21   right.  We're trying to maintain fair and orderly

22   markets during this time.  We're trying to introduce

23   a supply that is appropriate, proportional to the

24   trading volume and interest in the market at the

25   time.

1          In 2017, a lot of the exchanges that all

2    of a sudden popped up grossly inflated the trading

3    volumes that they reported because they -- I suspect

4    it's because it was a way for them to attract retail

5    users.  And so we felt it wasn't -- it didn't make

6    any sense to use those inflated volumes into

7    calculating -- into our assessment of what the real

8    trading volume was of XRP.

9          Does that make sense?

10        Q.    Did you recommend that Ripple not sell on

11   certain exchanges that had fake volume?

12        A.    Probably did, yes.

13        Q.    Did you take any other actions --

14        A.    And it's not just because they have fake

15   volumes.  In these exchanges, their standards are

16   pretty low.  So, you know, we would operate on

17   exchanges and sometimes you would receive fills

18   three days later.  You know, like I said, crypto is

19   still in its teething phase.

20        Q.    What was the concern specifically related

21   to -- what was the concern related to fake volume?

22   Why wouldn't you want Ripple to sell on an exchange

23   that had fake XRP value?

24        A.    Well, there's two things.  One is if you

25   use the fake volumes to determine total trading

133

1      volume, then you're going to introduce more XRP than

2      the market can really take because you're not using

3      real data.  It's fake, by definition.

4              So we felt it was important that we should

5      leave those out of our calculation of total trading

6      volume.

7              Now, specifically to the exchange, if it's

8      an exchange that is reporting fake volumes, why do

9      you trust anything that that exchange is doing.  We

10     could deposit the XRP and they could do, like, what

11     was it, Quadriga, the founder went to India and

12     disappeared?  It's happened before.  So ...

13         Q.   What did you mean by inserting more XRP

14     than the market could take?

15              MS. ZORNBERG:  Object to form.

16              THE WITNESS:  It was our view that the

17     amount of XRP that was -- the appropriate amount of

18     XRP that could be sold on any given day was a

19     function of the total trading volume of XRP.  So if

20     we want to figure out what the correct, true,

21     appropriate number is, we need to be referencing

22     what we think the correct, true total trading volume

23     is.

24              Otherwise, you know, some new exchange

25     pops up and says they trade ten times as much as all

134

1   the other exchanges put together.  If we factor that

2   into our formula, we're now going to be selling ten

3   times as much XRP.  And, in fact, nothing has

4   changed.  This is just noise.

5   BY MS. WAXMAN:

6        Q.  Were you concerned that the selling would

7   have an impact on price?

8            MS. ZORNBERG:  Object to form.

9            THE WITNESS:  I mean, yes.  I'm tasked

10   with doing a long-term execution program.  And

11   I'm -- yes, I'm trying to achieve the best result

12   for my client.

13   BY MS. WAXMAN:

14        Q.  And when you say the "best result," you're

15   talking about most amount of proceeds?

16        A.  That's one way to measure it, yeah.

17            MS. WAXMAN:  Exhibit 41.

18              (Whereupon, Deposition Exhibit    41

19               was marked for identification.)

20   BY MS. WAXMAN:

21        Q.  Mr.        I'm showing you what's been

22   marked as GSR_3236 through 3238.  It's an email

23   chain from January 2019, and you're copied there.

24        A.  Mh-hmm.

25        Q.  At the very first page, you reference

135

1    certain exchanges.  Was it your understanding that

2    those exchanges had fake volume?

3        A.   Yes.

4        Q.   And --

5        A.   Mostly fake, as I say.

6        Q.   And did Ripple request that GSR onboard

7    with these exchanges?

8        A.   I don't recall, but from reading my

9    message, they're asking us to integrate with more

10   exchanges.  It seems like they were asking us to

11   have a look, yeah.

12       Q.   Okay.  And did you tell Ripple that you

13   believed that these exchanges potentially have fake

14   volume?

15       A.   I don't recall doing so, but I probably

16   did.

17       Q.   Okay.  And did you recommend that Ripple

18   not sell on those exchanges?

19       A.   Again, I don't recall, but I probably did.

20       Q.   And did they -- how did they receive that

21   recommendation?

22       A.   I don't think we ever sold on any of

23   these.  Perhaps small amount on Bitrue, but I don't

24   think we ever integrated on any of those other

25   exchanges.

1           MS. WAXMAN:  Exhibit 42, please.

2                (Whereupon, Deposition Exhibit    42

3                was marked for identification.)

4      BY MS. WAXMAN:

5           Q.   You can leave out 41.  Showing you what's

6      been -- you can take -- you can leave out

7      Exhibit 41.  I'm going to reference it.

8           A.   Oh, okay.

9           Q.   I'm showing you what's been marked as

10          -42, which is a document with the Bates RPLI_SEC

11     1029362 through -364, which is an email chain from

12     March 2019.  It appears to provide the list of

13     exchanges that Ripple sold XRP on in 2018 and 2019.

14               Do you see that?

15          A.   Yeah.

16          Q.   Okay.  Using Exhibit 42, did Ripple sell

17     XRP on any of the exchanges you identified in

18     Exhibit 41 that had potentially fake volume?

19          A.   Yes.  And I stand corrected.  I will --

20     it's important to note the relative percentages.

21          Q.   What is important to note about the

22     relative percentages?

23          A.   Well, when you look at Exhibit 41, if you

24     look at the second page and you look at how --

25          Q.   You mean Exhibit 42?

1        A.   No.  41.

2        Q.   41.  Okay.

3        A.   The second page, you look at those crosses

4   and the distribution of volumes, the reason why all

5   those percentages are different is probably because,

6   in a sense, they're building in their assessment of

7   how much of what happens at Bithumb they think is

8   real.  Am I -- are you following me?

9             For example, they -- we're selling

10  .275 percent of XRP against Korean won at Bithumb,

11  and yet we're doing double that for XRP versus BNB

12  on Binance.

13            Now, the reason why one is twice as large

14  as the other, I suspect, is because I felt like the

15  Binance volumes were more true, more believable,

16  than the ones at Bithumb.  So following that logic,

17  when you look at the distribution of sales, you'll

18  notice that Bitlish is a very, very small number.

19        Q.   So --

20        A.   Bitlish being one of the exchanges that we

21  didn't really trust.

22        Q.   So two things.  Did you sell less XRP on

23  certain exchanges that had potentially fake volume?

24        A.   I think what ended up happening is that we

25  targeted less -- if we had just used the recorded

138

1   volumes from those less trustworthy exchanges, we

2   would have sold much more XRP there than we actually

3   did.

4        Q.   So you calibrated the sales on certain

5   exchanges to account for the fake volume?

6        A.   I would guess so.

7             MS. WAXMAN:   Exhibit 65, please.

8             (Whereupon, Deposition Exhibit ████ 65

9             was marked for identification.)

10  BY MS. WAXMAN:

11       Q.   Mr. ████   I'm showing you what's been

12  marked Exhibit ████ 65, which is a document with the

13  Bates RPLI_SEC 0303609.   It appears to be a Slack

14  message dated May 1st, 2019.   You are among

15  recipients in the "to" line.   The sender is

16  ████████████.io.

17             What is an ████████████.io?

18       A.   Head of trading.

19       Q.   And just stepping back, did you use Slack

20  to communicate with anyone at GSR?

21       A.   Yes.

22       Q.   Okay.   And during what period of time did

23  you use Slack to communicate?

24       A.   I -- I -- I don't recall.   When we -- when

25  I personally started using Slack.   I know I was one

139

1        of the latest guys at GSR and people weren't very

2        happy with me.

3            Q.   When did anyone at GSR begin to use Slack

4        to communicate with people at Ripple?

5            A.   Oh, with people at Ripple?  I -- we -- I

6        don't know that we used Slack to communicate with

7        people at Ripple very much at all.

8            Q.   Is this --

9            A.   It was not the normal -- perhaps there

10       were some Slack groups, but it's not the normal form

11       of communicating with Ripple.  If there was

12       communications between Ripple and GSR using Slack,

13       it was probably, most of the time, the tech teams

14       coordinating or talking about integrations or stuff

15       like that.  Not so much from Biz Dev.

16           Q.   And how did you -- what was the primary

17       way you communicated with Ripple, people at Ripple?

18           A.   Email.  Phone calls.

19           Q.   And going to the email, did you receive

20       this -- were you on this Slack message?

21           A.   I -- I presume so.  I remember seeing

22       this -- this breakdown of exchanges.

23           Q.   And why did GSR provide this breakdown of

24       information to Ripple?

25           A.   This shows how we viewed the

1   trustworthiness, I guess is the best term, of crypto

2   exchanges as of May 2019.

3        Q.   And -- and what -- how did you -- what

4   were Tier 3 exchanges?

5        A.   The less trustworthy.

6        Q.   And Ripple sold XRP on these exchanges, in

7   the Tier 3 exchanges?

8        A.   It seems like from Exhibit 42, in March,

9   so a few months prior to this message, it seems like

10  we did sell some XRP on Bitlish, ZBG, and Bitmax,

11  oh, and Bitforex.

12       Q.   How was GSR compensated for executing

13  programmatic -- I'm finished with that document.

14            How was GSR compensated for executing

15  Ripple's programmatic sales?

16       A.   We -- we are -- we keep a

17

18       Q.   Did you keep a small -- did you get that

19  in XRP?

20       A.   No.  I don't think so.

21       Q.   Did you ever receive                    as

22  compensation from Ripple?

23            MS. ZORNBERG:  Object to form.

24            MR. HANIN:  Objection as to time and

25  program --

1   BY MS. WAXMAN:

2       Q.   In connection with programmatic sales?

3       A.   I don't recall.  I don't think so, but I

4   don't recall.

5       Q.   Okay.  Did GSR execute sales on -- sales

6   of XRP on behalf of certain -- current or former

7   Ripple employees?

8       A.   Yes.

9       Q.   Which ones?

10      A.   Chris Larsen, Brad Garlinghouse.  I --

11  there was a senior engineer with a -- sound

12  terrible.  I forgot his name.  I think he had a

13  Greek name.

14      Q.   ▮▮▮▮▮▮▮▮▮

15      A.   That's it.  ▮▮▮▮

16           Patrick Griffin.  And we -- I think we did

17  a small program for the ex-CFO, Ron Wills.  That's

18  all I can remember right now.

19      Q.   Did GSR also sell for certain -- strike

20  that.

21           So when you -- when you sold for those

22  individuals, was the overall strategy -- sales

23  strategy the same as the strategy for -- that you

24  put in place for Ripple?

25      A.   Generally, yes.

142

1          Q.   Were there any deviations?

2               MS. ZORNBERG:  Object to form.

3               THE WITNESS:  Yes.

4     BY MS. WAXMAN:

5          Q.   What were they?

6          A.   When we started the XRP sales program back

7     in -- you probably know the exact date, in 2015

8     or '16, I can't remember when exactly it was, we

9     were using the tech stack that we developed starting

10    in 2013.  That tech stack was limited in what it

11    allowed us to do.

12              And so when we -- when we performed the

13    programmatic sales program, we didn't segregate all

14    of the different accounts.  We would sell on behalf

15    of Ripple and Mr. Larsen, for example, and the XRP

16    would -- would be in one pot, it would be

17    distributed to the exchanges where we were selling

18    it.  The proceeds would come back to us, and then we

19    would distribute the proceeds proportionately to

20    however much Ripple and Mr. Larsen was intending to

21    sell.  So the net execution price that they each

22    received was identical.  We didn't favor anybody.

23    It was always the same.

24              In summer of 2017, in Q3 of 2017, we hired

25    a new CTO who started developing a new tech stack

1  which was much more powerful and allowed us to

2  segregate accounts.  And as a result, the net

3  execution price was no longer exactly the same for

4  everybody, for obvious reasons.

5       Q.   You could adjust -- you could address --

6  adjust the code for certain individuals?

7       A.   If we wanted to, we could have used

8  different execution █████████ for the different

9  individual accounts.  Now, as I mentioned earlier,

10  the execution █████████ is something that is not

11  just for Ripple.  We do this on behalf of other

12  clients with other digital assets.  And so I guess

13  we provide all of our clients with our best and most

14  up-to-date █████████ at any given moment in time.

15       Q.   So going back to the earlier time period,

16  pre Q3 2017, where everybody had this identical net

17  execution price.

18       A.   Yeah.

19       Q.   I want to make sure I understand.

20            So all of the XRP from Ripple and all of

21  the individuals was commingled in one account?

22       A.   Yes.

23       Q.   And all the proceeds from the sales of all

24  of that XRP was in one account?

25       A.   Yes.

144

1      Q.  And you distributed the pro -- and how did

2  you know how much to distribute from the -- to each

3  individual?

4      A.  So the different clients had different

5  sales targets that were all different percentages of

6  the             So, say, for example,

7  Ripple was targeting 1 percent, and Mr. Larsen was

8  targeting 1 percent, then they're both 50/50, and we

9  would split the proceeds 50/50.  If it was 1 percent

10  and .1 percent, Ripple would get ten-elevenths,

11  Mr. Larsen would get one-eleventh of the proceeds.

12      Q.  And how did -- where did the payouts come

13  from?

14      A.  The payouts, if I remember correctly, came

15  from Bitstamp using RCL.  So we issued Bitstamp IOUs

16  on the Ripple Consensus Ledger.

17      Q.  You would wire -- you would wire proceeds

18  to Bitstamp -- to Bitstamp?

19      A.  No.  It's not -- it's not a wire.  The --

20  Bitstamp would issue an IOU on the Ripple Consensus

21  Ledger for X amount of dollars, which Ripple or

22  Mr. Larsen or whoever could redeem using Bitstamp.

23      Q.  Okay.  Beginning in Q3 2017, where you

24  could -- going back to that -- the IOUs on Bitstamp,

25  during what time period did that happen?

145

1       A.   Honestly, I don't recall most of it.   In

2  fact, for Ripple, I think that's how we did all the

3  payouts.

4       Q.   At some point, did you start sending

5  proceeds to ████████████████?

6       A.   To ██████████ for Ripple?

7       Q.   For either Ripple or any of the

8  individuals.

9       A.   I don't think we ever did it for Ripple,

10  no.

11       Q.   Did you send -- at some point did you

12  start sending proceeds for the individuals to -- to

13  a bank account?

14       A.   It's possible, yes.

15       Q.   And which individuals?

16       A.   Honestly, I don't recall, Daphna.

17       Q.   And then going back to Q3 2017 where you

18  had a new tech stack, did that allow you to adjust

19  trading strategies on an individualized basis?

20       A.   To be clear, we hired the new CTO in

21  September of 2017.  It took him about six months for

22  us to be able to start transitioning to the new tech

23  stack.  So we probably only really started using the

24  new tech stack in Q1 of 2018.

25            But to answer your question, yes, with the

```
 1    new tech stack, we could run independent ▮▮▮▮ for

 2    the different accounts.

 3         Q.   And when you say "independent ▮▮▮▮" you

 4    mean a different ▮▮▮▮▮ than you were running for

 5    Ripple?

 6         A.   We could have if we wanted to.  We could

 7    have used a different execution ▮▮▮▮▮▮.

 8         Q.   And did you use a different execution

 9    ▮▮▮▮▮ for any of the individuals we just spoke

10    about?

11         A.   I -- I don't think so.  I don't think so.

12    I can't imagine why we would have.

13         Q.   Okay.  Did GSR also sell for certain

14    charities that had a relationship with Ripple?

15         A.   Yeah.

16              MS. ZORNBERG:  Object to form.

17    BY MS. WAXMAN:

18         Q.   And which charities?

19         A.   Rippleworks and ▮▮▮▮▮▮▮▮▮▮

20    ▮▮▮▮▮▮▮

21         Q.   And when you sold the XRP for these

22    charities, was the overall strategy -- sales

23    strategy the same as the strategy you had for

24    Ripple?

25         A.   From my point of view, I'm always trying
```

147

1   to give our clients best execution, so yes, we were

2   trying to give everybody best execution, which is

3   why everybody used the same most up-to-date

4   execution ████████.

5        Q.   And would you also recommend at times that

6   they pause their XRP sales if the market price was

7   declining?

8        A.   Probably, yeah.

9        Q.   And would you also recommend that they

10  reduce their sales if -- if the market price of XRP

11  was declining?

12            MS. ZORNBERG:  Object to form.

13            THE WITNESS:  I -- I probably did tell

14  them, yes, look, I think we're in a -- in a slow

15  period in the market.  Price is very low.  It

16  doesn't make a lot of sense to be selling at these

17  levels.  Probably, yeah.

18  BY MS. WAXMAN:

19       Q.   Did you give these same recommendations to

20  Mr. Larsen?

21            MR. HANIN:  Objection as to which

22  recommendations, but ...

23            THE WITNESS:  You mean my views on market

24  prices?  Probably, yes.

25  / /

148

1    BY MS. WAXMAN:

2        Q.   Did you try to -- did you -- did you view

3    your role as trying to obtain best execution for

4    Mr. Larsen?

5        A.   I think that was one of the main things we

6    were hired for, yes.

7        Q.   Did you view your role from -- from

8    Mr. Garlinghouse was to obtain best execution for

9    Mr. Garlinghouse's XRP sales?

10       A.   Yes.

11       Q.   And did you recommend -- did you make

12   recommendations to Mr. Garlinghouse that he pause

13   sales when the price of XRP was going down?

14       A.   I don't recall making those

15   recommendations to Mr. Garlinghouse.

16       Q.   Did you make any recommendations to

17   Mr. Garlinghouse regarding his XRP sales?

18       A.   I don't -- it's possible.  I don't recall.

19       Q.   With respect to Mr. Larsen, did you ever

20   recommend that he increase his sales of XRP at

21   certain points in time?

22       A.   Probably.

23       Q.   And would you have -- did you make that

24   recommendation for the same reason that you made the

25   recommendation to Ripple?

149

1           MS. DEARBORN:  Object to form.  Vague as

2    to time.

3           THE WITNESS:  I mean, to the point where

4    if the price is depressed, I tell our clients, I

5    don't think it makes sense to be selling down here.

6    The flip side of that argument is the market has

7    spiked higher, there's good liquidity and the price

8    is two times where it was yesterday.  Probably makes

9    sense to take advantage of better market conditions.

10   BY MS. WAXMAN:

11      Q.   Did Mr. Larsen direct you to increase

12   sales based on those recommendations?

13           MS. DEARBORN:  Object to form.

14           THE WITNESS:  I wouldn't know whether it

15   was my recommendation or some other reason why he

16   may or may not have done something.  It's impossible

17   for me to know.

18   BY MS. WAXMAN:

19      Q.   Did he direct you to increase sales at

20   certain times?

21           MS. DEARBORN:  Object to form.

22           THE WITNESS:  I don't recall.  It's

23   possible.

24   BY MS. WAXMAN:

25      Q.   Did Mr. Larsen want to extract as much USD

1    as possible from his XRP sales?

2                MS. DEARBORN:  Object to form.

3                THE WITNESS:  I have no way of knowing

4    that.

5    BY MS. WAXMAN:

6        Q.   Did Mr. Garlinghouse want to extract as

7    much USD as possible from his XRP sales?

8                MR. LEVANDER:  Object to form.

9                THE WITNESS:  Same thing.  I have no way

10   of knowing that.

11   BY MS. WAXMAN:

12       Q.   But you understood your role to be to get

13   best execution for Mr. Larsen's XRP sales, correct?

14       A.   Mh-hmm.

15       Q.   And you had the same understanding as to

16   your role for Mr. Garlinghouse's XRP sales?

17       A.   If I'm being tasked with a liquidation

18   program, I'm going to give my clients the best

19   possible execution.

20                (Reporter clarification.)

21   BY MS. WAXMAN:

22       Q.   Did you have any understanding who was

23   buying the XRP that you sold on either -- on behalf

24   of either Ripple, Mr. Larsen or Mr. Garlinghouse?

25       A.   No.

1    Q.   Did Ripple care who was buying the XRP --

2         MS. DEARBORN:  Objection.

3         MR. HANIN:  Objection.

4    BY MS. WAXMAN:

5    Q.   -- that you sold on their behalf?

6    A.   I have no way of knowing that.

7    Q.   Did Ripple ever ask you not to sell to

8    certain persons?

9    A.   Not that I can recall, but I'm confused by

10   the questioning, because, as we discussed earlier,

11   we don't know who we're facing off with.

12   Q.   Would there be any way to figure it out?

13        MS. ZORNBERG:  Object to form.

14        THE WITNESS:  For us, no.  Not that I know

15   of.

16   BY MS. WAXMAN:

17   Q.   Did Ripple ever ask you to make sure U.S.

18   persons were not buying XRP from GSR?

19   A.   I think that -- I don't remember the exact

20   details, but I do know that at some point, some

21   moment in time, we stopped selling XRP on exchanges

22   that catered to U.S. persons.

23   Q.   And at what point in time?

24   A.   When did they ask us?

25   Q.   (Nods head.)

152

1       A.   I don't recall.

2       Q.   And was that on behalf of Ripple?

3       A.   Yes.  I think so.  Yes.

4       Q.   And who told you to stop selling?

5       A.   I don't recall.

6       Q.   I just want to clarify, they told you to

7 stop selling on exchanges that catered to U.S.

8 persons?

9       A.   That's my recollection, yeah.

10      Q.   So did that include U.S. exchanges and

11 foreign exchanges that allowed U.S. users?

12      A.   I think so, yeah.  That's why they

13 would -- that's why I phrased it that way.

14      Q.   Okay.  And sorry if I asked you this.

15 When they told you to stop selling, was that over

16 email or a phone call?

17      A.   I don't recall.

18      Q.   Okay.  And why did they tell you to stop

19 selling to exchanges that catered to U.S. users?

20      A.   I -- I have no idea.  I mean, what was

21 going through their mind.  I mean, I can speculate

22 on -- but --

23          MR. HANIN:  Don't speculate.

24 BY MS. WAXMAN:

25      Q.   I don't want you to speculate.

153

1        When they told you this, were you still

2   selling XRP programmatically on behalf of Ripple?

3        A.   When they told us to stop selling XRP on

4   exchanges that catered to U.S. persons?  Well, by

5   definition.

6        Q.   So it would have to be during the period

7   of time that you were selling XRP programmatically?

8        A.   I guess so.

9        Q.   Did you -- as a result of that direction,

10  did you stop selling XRP on certain exchanges that

11  catered to U.S. persons?

12       A.   Of course.

13       Q.   And which ones did you stop selling XRP

14  on?

15       A.   I -- I don't recall the exact ones, but I

16  suspect Coinbase would have been one of them, you

17  know -- honestly, I don't recall the different ones.

18  Coinbase is an obvious one.

19       Q.   Did they tell you which exchanges to stop

20  selling on?

21            MS. ZORNBERG:  Objection.  Asked and

22  answered.

23            THE WITNESS:  I don't recall.  It's

24  possible that they told us which specific ones.

25  They probably did.  But I don't recall.

154

BY MS. WAXMAN:

    Q.   Did you have to do any investigation into

which exchanges catered to U.S. persons?

        MR. HANIN:  Objection to the form.  Had to

do it, but ...

        THE WITNESS:  Did GSR have to -- I mean,

we probably did it, but I doubt that -- I mean, we

weren't -- we would not have been the ultimate

arbitrator, right?

BY MS. WAXMAN:

    Q.   Did GSR take any steps to -- to understand

whether certain exchange catered to U.S. users?

    A.   Yes.  I mean, maybe this isn't relevant to

this particular line, but the day immediately after

the SEC filed the lawsuit against Ripple, we looked

at all of our XRP trading activity, GSR's, in

conjunction with selling program, others, ODL, et

cetera, and we ensured that we were no longer

trading XRP on any exchange that catered to U.S.

persons.  So for that exercise, we most certainly

did that research, yeah.

    Q.   Prior to the time that Ripple directed you

to stop selling on exchanges that catered to U.S.

persons, did GSR take any steps to understand

whether certain exchanges did, in fact, cater to

155

1    U.S. users?

2           A.   We probably did as a normal course of

3    business, of understanding, you know, how the

4    exchanges were developing.

5           Q.   But prior to the time that Ripple told you

6    to stop selling on exchanges that cater to U.S.

7    persons, they never asked you to not sell to U.S.

8    persons, correct?

9                MR. HANIN:  Objection.  And tautological.

10               MS. ZORNBERG:  Yeah.  And can you also

11   just fix the time?  I don't think the witness's

12   testimony is clear as to timing.  The question is

13   making it more unclear.

14   BY MS. WAXMAN:

15          Q.   Did Mr. Garlinghouse ever ask you to make

16   sure not to sell XRP on his behalf to U.S. persons?

17          A.   I don't recall.  It's possible.

18          Q.   What about Mr. Larsen?

19          A.   The same, Daphna.  I'm not sure.

20          Q.   Did Ripple ever instruct you to sell XRP

21   to people who would commit not to resell to US

22   customers?

23               MS. ZORNBERG:  Object to form.

24               THE WITNESS:  I don't recall.  I don't

25   think so.  I don't recall.

156

BY MS. WAXMAN:

    Q.   Same question for Mr. Larsen?

    A.   Same answer.

    Q.   Same question for Mr. Garlinghouse?

    A.   Same answer.

    Q.   Did you ever have an understanding whether the XRP you sold on a foreign platform entered the United States?

    A.   The XRP, sorry?

    Q.   The XRP that GSR sold on foreign platforms, did that -- did you know whether that XRP ever entered the United States?

    MS. ZORNBERG:  Objection.

    THE WITNESS:  How do you define XRP entering the United States?

BY MS. WAXMAN:

    Q.   Did you ever know if the XRP that you sold on a foreign platform was sold to a U.S. person?

    MS. ZORNBERG:  Objection.

    THE WITNESS:  I have no way of knowing that.

BY MS. WAXMAN:

    Q.   If you wanted to -- could you restrict the XRP you sold from being purchased by a U.S. person?

    A.   GSR?  No.  Because -- in the sense that we

1    would operate on exchanges that would not allow U.S.

2    persons or entities to onboard, so it's our

3    understanding that if we're trading XRP there, it's

4    not with a U.S. person.  But if we sell XRP to Joe

5    Block on this exchange and Joe Block turns around

6    and withdraws it and sells it to an American, I have

7    no way of controlling that.

8            Q.   When you executed trades on behalf of

9    Ripple, were you restricted in any way as to who you

10   could sell to?

11             MR. HANIN:  Objection.  Vague.  Asked and

12   answered.  But ...

13             THE WITNESS:  It's not -- we didn't work

14   like that.  We were directed as to which exchanges

15   we should sell on.

16   BY MS. WAXMAN:

17            Q.   Did they sell you -- direct you to sell

18   XRP on exchanges within the United States?

19             MS. ZORNBERG:  Objection.

20             THE WITNESS:  I -- I guess so, because

21   Coinbase was one of the exchanges where we sold XRP,

22   right, so ...

23   BY MS. WAXMAN:

24            Q.   Did they direct to you sell XRP on

25   Coinbase?

158

1          A.   I presume so, I don't --

2          Q.   Did they direct to you sell XRP in U.S.

3     exchanges?

4          A.   It's possible.  I'd have to look at the

5     list of exchanges and -- I guess so.

6          Q.   Do you want to look at the document 42?

7               MR. HANIN:  Are you asking about whether

8     he received a specific direction to trade on an

9     exchange or just --

10              MS. WAXMAN:  No --

11              MR. HANIN:  -- a general direction to

12    trade?

13    BY MS. WAXMAN:

14         Q.   Generally did Ripple instruct GSR to sell

15    XRP on its behalf on U.S. exchanges?

16              MS. ZORNBERG:  Objection.

17              THE WITNESS:  I can see from Exhibit 42 on

18    the list of exchanges, I can see Poloniex, which I

19    don't recall if, back in March of '19, it was a U.S.

20    exchange or not.  I can see Kraken, which I think

21    was a U.S. exchange but I'm not entirely sure.  I

22    don't see Coinbase on this list.

23    BY MS. WAXMAN:

24         Q.   Was Bittrex a U.S. exchange?

25         A.   I don't know, because Bittrex also --

1    remember they spun out their international entity.

2    And I'm not sure if this is referencing Bittrex U.S.

3    or Bittrex International.  It's possible that it's

4    referencing Bittrex International because I think

5    once they spun off the international entity, they

6    pushed all the non-U.S. people to the international

7    entity.

8           Q.   Did they spin -- to your knowledge, when

9    did that happen?

10          A.   I don't recall.

11               MR. HANIN:  Daphna, when we finish this

12   line of questions, is it a good time for a break?

13   We've been, again, going a healthy period of time.

14               MS. WAXMAN:  Sure.

15               MR. HANIN:  Trying to be as --

16               MS. WAXMAN:  Sure.

17               MR. HANIN:  -- accommodating as possible.

18               MS. WAXMAN:  Just two more minutes, if

19   that's okay.

20               MR. HANIN:  Okay.

21   BY MS. WAXMAN:

22          Q.   When you executed trades on behalf of

23   Ripple, were you restricted in the amount of XRP you

24   could sell?

25          A.   I don't understand the question.

1          Q.    Could you sell millions of units to one

2    single buyer?

3               MS. ZORNBERG:  Objection.

4               THE WITNESS:  Technically, I guess so.

5    If -- if there happened to be -- I would never have

6    known on an exchange if that bid was one buyer or

7    many buyers, because sometimes they'll stack the

8    orders at the same price point.  Technically, I

9    guess.

10   BY MS. WAXMAN:

11         Q.    When you executed trades on behalf of

12   Ripple, were you restricted to sell only to people

13   who would use the XRP as a means to pay for goods

14   and services?

15              MS. ZORNBERG:  Objection.

16              THE WITNESS:  No, I don't think so.

17   BY MS. WAXMAN:

18         Q.    When you executed trades on behalf of

19   Ripple, were you restricted to sell only to people

20   who would use the XRP in a cross-border payment?

21         A.    No.

22         Q.    Were you restricted to selling the XRP to

23   banks?

24         A.    No.

25         Q.    Were you restricted in selling the XRP to

161

1    any financial institution?

2         A.    No.

3         Q.    When you executed trades on behalf of

4    Ripple, were you restricted to selling XRP to money

5    transmitters?

6         A.    No.

7         Q.    Same questions for Mr. Larsen.  When you

8    executed trades on behalf of Mr. Larsen, were you

9    restricted in the amount of XRP you could sell?

10        A.    No.

11        Q.    Were you restricted to sell to -- only to

12   people who would use the XRP to pay for goods or

13   services?

14        A.    No.

15        Q.    Were you restricted to sell only to people

16   who would use it in a cross-border payment?

17        A.    No.

18        Q.    Were you restricted to people who would

19   only sell it to banks or other financial

20   institutions?

21        A.    No.

22        Q.    Were you restricted to people who would

23   only -- were you restricted to sell it to only money

24   transmitters?

25        A.    No.

162

1          Q.   Same questions for Mr. Garlinghouse.

2          A.   No.

3          Q.   Were you restricted in the way you could

4     sell XRP in any way?

5          A.   No.

6               MS. WAXMAN:  Let's take a break.

7               THE WITNESS:  Sorry, you said in any way.

8     That's very broad.

9               MR. HANIN:  And subject to the testimony

10    before, I mean ...

11    BY MS. WAXMAN:

12         Q.   I'll just say, when you executed trades on

13    behalf of Mr. Garlinghouse, were you restricted in

14    the amount of XRP you could sell?

15              MR. HANIN:  Objection.

16              THE WITNESS:  Subject to the sales targets

17    that we had, the answer is no, of course.

18    BY MS. WAXMAN:

19         Q.   Were you restricted to only sell to people

20    who would use it as a means to pay for goods and

21    services?

22         A.   No.

23         Q.   Were you restricted to sell only to people

24    who would use it in connection with a cross-border

25    payment?

163

1       A.   No.

2       Q.   Were you restricted to sell only to banks

3  or other financial institutions?

4       A.   No.

5       Q.   Were you restricted to only sell to money

6  transmitters?

7       A.   No.

8          MS. WAXMAN:  Let's go off the record.

9          THE VIDEOGRAPHER:  Going off the record at

10  12:08 p.m.

11            (Whereupon, a lunch recess was taken.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

164

```
 1    AUGUST 11, 2021                    1:14 P.M.

 2              P R O C E E D I N G S

 3              AFTERNOON SESSION

 4              THE VIDEOGRAPHER:  We're going back on the

 5    record at 1:14 p.m.

 6    BY MS. WAXMAN:

 7         Q.   Mr. ████ where do you currently reside?

 8         A.   In ██████████████

 9         Q.   And do you have U.S. citizenship?

10         A.   No.

11         Q.   Do you have a green card?

12         A.   Not anymore.

13         Q.   Throughout the period, the sales of XRP

14    that GSR executed on behalf of Ripple, was that in

15    exchange for consideration?

16              MS. ZORNBERG:  Object to form.

17              THE WITNESS:  What does "consideration"

18    mean?

19    BY MS. WAXMAN:

20         Q.   Something -- was it in exchange for

21    something of value?

22              MS. ZORNBERG:  Objection.

23              MR. HANIN:  Objection.  It's vague,

24    but ...

25    / /
```

165

1   BY MS. WAXMAN:

2        Q.    Did Ripple sell -- give away the XRP for

3   free?

4             MS. ZORNBERG:   Objection.

5             THE WITNESS:   No.   You're asking -- the

6   XRP sales program was a business activity that GSR

7   performed for -- for Ripple and we were paid a fee

8   for that.

9   BY MS. WAXMAN:

10       Q.    I want to clarify.   I'm talking about

11  Ripple -- I'm talking about what Ripple got in

12  exchange for its selling of XRP.   Was that in -- did

13  Ripple give away the XRP for free?

14            MS. ZORNBERG:   Objection.

15  BY MS. WAXMAN:

16       Q.    It seems like a very obvious question, and

17  a very silly question.   I apologize.   It is a very

18  silly -- a simple question.

19       A.    We never sold XRP for zero.

20       Q.    Okay.   So you would sell it for --

21       A.    From different units of value.

22       Q.    Okay.   And same question for the

23  individuals.   Did you ever give away XRP that the

24  individuals held for free?

25       A.    No.