PX 27

filed under seal

as

D.E. 630-27