UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
                                                        Plaintiff,     :        No. 20 Civ. 10832 (AT) (SN)

                       - against -              :        ECF Case

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
And CHRISTIAN A. LARSEN                       :

                                   Defendants.    :
------------------------------------------------------------------------x

## DECLARATION OF MARK R. SYLVESTER IN SUPPORT
## OF PLAINTIFF'S OPPOSITION TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Mark R. Sylvester, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York. I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office.

2.     I have personal knowledge of the facts and circumstances of the case. As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3.     I am submitting this Declaration to put forth exhibits in support of the SEC's opposition to the summary judgment motion of Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A Larsen.

4. Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates or Website |
|---|---|---|
| PX 645 | Transcript of Ripple Company Meeting, dated on or around July 20, 2017 | RPLI_SEC 1100505 |
| PX 646 | Email dated October 29, 2020 with attachment | RPLI_SEC 0301823 |
| PX 647 | Email dated July 29, 2020 with attachment | RPLI_SEC 0301824 |
| PX 648 | Email dated October 29, 2020 | RPLI_SEC 0653278 |
| PX 649 | Email chain dated November 18, 2014 | RPLI_SEC 0325465 |
| PX 650 | Email chain dated May 5, 2017 | RPLI_SEC 0355133 |
| PX 651 | Services and Marketing Agreement between Ripple and Coil Technologies, Inc., dated November 1, 2018 | NY-9875_T_00012114 |
| PX 652 | Option to Purchase XRP, issued to ▊▊▊▊, dated September 26, 2016 | RPLI_SEC 0609222 |
| PX 653 | Amended and Restated Option to Purchase XRP, issued to ▊▊▊▊, dated September 3, 2018 | RPLI_SEC 0863819 |
| PX 654 | Email chain dated May 29, 2020 | RPLI_SEC 0503730 |
| PX 655 | Email chain dated January 31, 2018 | RPLI_SEC 0383243 |
| PX 656 | Ripple Presentation, XRP Supply – deeper dive, dated April 20, 2020 | RPLI_SEC 0590773 |
| PX 657 | Series Seed Preferred Stock Purchase Agreement between Ripple and Coil Technologies, Inc., dated November 1, 2018 | NY-9875_T_00012218 |
| PX 658 | Ripple Finance Team Memo | RPLI_SEC 1102031 |
| PX 659 | Ripple XRP Supply Presentation, dated August 20, 2020 | RPLI_SEC 0505359 |
| PX 660 | Programmatic Market Activity Agreement between Ripple and ▊▊▊▊, dated August 23, 2017 | SEC-▊▊▊▊-E-0063397 |
| PX 661 | Market Maker and Programmatic Market Activity Agreement between Ripple and ▊▊▊▊, dated February 14, 2017 | ▊▊▊▊ 006551 |
| PX 662 | Amendment to Programmatic Market Activity Agreement between Ripple and ▊▊▊▊, dated March 1, 2018 | SEC-▊▊▊▊-E-0052938 |
| PX 663 | Programmatic Market Activity Agreement between Ripple and GSR Holdings Limited, dated June 2, 2017 | SEC-▊▊▊▊-E-0008373 |
| PX 664 | Reserved | N/A |
| PX 665 | David Penn, *OpenCoin Launches Bitcoin Bridge, an E-Commerce Enabler for Ripple*, FINNOVATE (July 2, 2013) | https://finovate.com/opencoin-launches-bitcoin-bridge-an-e-commerce-enabler-for-ripple/ |

| PX 666 | Diana Ngo, *Ripple Gets Instant Deposits from US Banks, Sets Sights on Asian Remittances Market*, COINTELEGRAPH (August 25, 2014) | https://cointelegraph.com/news/ripple-gets-instant-deposits-from-us-banks-sets-sights-on-asian-remittances-market |
|---|---|---|
| PX 667 | Email chain dated May 6, 2017 | RPLI_SEC 0864078 |
| PX 668 | INVESTING.COM, Exclusive Interview with Richard Rosenblum, Co-Founder and President of GSR (October 20, 2021) | https://www.investing.com/news/cryptocurrency-news/exclusive-interview-with-richard-rosenblum-cofounder-and-president-of-gsr-2649482 |
| PX 669 | Minutes of a Meeting of the Compensation Committee of the Board of Directors of Ripple Labs, dated April 25, 2018 | RPLI_SEC 0069802 |
| PX 670 | Twitter post by @▮▮▮▮ dated June 12, 2020 | https://twitter.com/▮▮▮▮/status/1271490731035615233 |
| PX 671 | Reserved | N/A |
| PX 672 | Email chain dated October 11, 2020 | GARL_Civil_0000791 |
| PX 673 | GATEHUB, *Announcement* (January 26, 2015) | https://gatehub.net/blog/announcement/ |
| PX 674 | ▮▮▮▮ and Gateway Risks Presentation dated April 22, 2015 | RPLI_SEC 0490480 |
| PX 675 | Email chain dated January 23, 2017 | RPLI_SEC 0198171 |
| PX 676 | XRP Exchanges | RPLI_SEC 0022405 |
| PX 677 | 2014 XRP II Sales: Geographic Concentration | RPLI_SEC 0888909 |
| PX 678 | Twitter post by @joelkatz dated June 6, 2020 | https://twitter.com/JoelKatz/status/1269328267414138880 |
| PX 679 | Bitso Press Release, Mexico Gets a Ripple Gateway, dated April 6, 2014 | SEC-GFSC-E-0005453 |
| PX 680 | Ripple Labs, *New Ripple U.S. Network Makes Sending Cash Globally Fast and Inexpensive: SnapSwap and ZipZap Now Enable U.S. Ripple Deposits In-Person or Online*, GLOBALNEWSWIRE (October 7, 2013) | https://www.globenewswire.com/news-release/2013/10/07/1146596/0/en/New-Ripple-U-S-Network-Makes-Sending-Cash-Globally-Fast-and-Inexpensive.html |
| PX 681 | XRP Chat post by JoelKatz (David Schwartz), dated October 2, 2019 | https://www.xrpchat.com/topic/33081-suggestion-checks/ |
| PX 682 | Ripple Presentation, XRP Ledger Decentralization, dated December 17, 2018 | RPLI_SEC 0574082 |
| PX 683 | Transcript of Deposition of Yesha Yadav dated February 11, 2022 | N/A |
| PX 684 | Bitstamp Transaction Report | BITSTAMP USA_00000044 |
| PX 685 | Bitstamp Transaction History | BITSTAMP USA_00000137 |
| PX 686 | ▮▮▮▮ Account Information | BITSTAMP USA_00002211 |
| PX 687 | Bitstamp Transaction History | BITSTAMP USA_00002326 |
| PX 688 | Email chain dated March 22, 2016 | ▮▮▮▮_0000855 |

3

| PX 689 | Declaration of Daisy Lu Li in Support of Petition for Temporary Restraining Order in Aid of Arbitration, *GBM Global Holding Co. Ltd. v. The Unidentified Individuals Listed on Schedule A*, 1:21-cv-6284-AKH (S.D.N.Y.) (D.E. 17) (Aug. 3, 2021) | N/A |
|---|---|---|
| PX 690 | Email chain dated June 1, 2017 | GSR00001804 |
| PX 691 | Email chain dated May 17, 2017 | GSR00006143 |
| PX 692 | Email dated May 20, 2017 | GSR00017230 |
| PX 693 | Email chain dated September 11, 2017 | LARSEN_NAT_00000045 |
| PX 694 | Email chain dated February 18, 2017 | LARSEN-SEC-LIT-00004183 |
| PX 695 | ▮▮▮ Investment Memo, dated January 2020 | NY-9875_T_00000001 |
| PX 696 | Q3 2019 Board Back Update | NY-9875_T_00000006 |
| PX 697 | Email chain dated June 30, 2018 | NY-9875_T_00015445 |
| PX 698 | Email dated February 6, 2018 | NY-9875_T_00024419 |
| PX 699 | Email chain dated July 3, 2016 | RPLI_SEC 0363298 |
| PX 700 | Reserved | N/A |
| PX 701 | Ripple Insights, *Raising the Bar: Reporting on Volume and Sales of XRP,* RIPPLE (June 3, 2019) | https://ripple.com/insights/raising-the-bar-reporting-on-volume-and-sales-of-xrp/ |
| PX 702 | ▮▮▮ User Agreement | RPLI_SEC 1078012 |
| PX 703 | XRP Programmatic Sales Reporting FY14 to Date, as of September 2019 | RPLI_SEC 0074559 |
| PX 704 | XRP Distributions Report | RPLI_SEC 0304725 |
| PX 705 | XRP Distributions Report | RPLI_SEC 0651538 |
| PX 706 | Email chain dated November 28, 2018 | RPLI_SEC 0966183 |
| PX 707 | Expert Report of Alan Schwartz, dated October 4, 2021 | N/A |
| PX 708 | Bitcoin Forum Post by JoelKatz (David Schwartz), dated June 26, 2017 | https://bitcointalk.org/index.php?topic=1381669.msg19780668#msg19780668 |
| PX 709 | Email dated November 15, 2017 | RPLI_SEC 0376932 |
| PX 710 | Email dated November 21, 2017 | RPLI_SEC 0377167 |
| PX 711 | Email dated June 2, 2018 | RPLI_SEC 0431685 |
| PX 712 | Email dated November 25, 2017 | RPLI_SEC 0514148 |
| PX 713 | Email dated November 4, 2017 | RPLI_SEC 0940451 |
| PX 714 | Michael Arrington, *Announcing Arrington XRP Capital, A Crypto-Denominated Hedge Fund*, ARRINGTON CAPITAL (November 28, 2017) | https://www.arringtoncapital.com/blog/announcing-arrington-xrp-capital-a-crypto-denominated-hedge-fund/ |
| PX 715 | Expert Report of Allen Ferrell, Ph.D., dated October 4, 2021 | N/A |

| PX 716 | XRP EUR Volume Incentive Program Agreement between Ripple and Bitstamp Ltd., dated January 13, 2017 | RPLI_SEC 0507279 |
|---|---|---|
| PX 717 | XRP Fee Rebate Program Agreement between Ripple and BitOasis Technologies FZW, dated October 4, 2017 | RPLI_SEC 0153866 |
| PX 718 | Coinone XRP Volume Incentive Program Agreement between Ripple and CoinOne Ltd., dated June 1, 2017 | RPLI_SEC 0066688 |
| PX 719 | BTCxIndia XRP Fee Rebate Program Agreement between Ripple and S Capital Solutions Private Limited, dated May 22, 2017 | RPLI_SEC 0154338 |
| PX 720 | XRP Listing, Volume Incentive and Rebate Agreement between Ripple and Payward, Inc., dated May 17, 2017 | RPLI_SEC 0511334 |
| PX 721 | Bitbank XRP Volume Incentive Program Agreement between Ripple and Bitbank Ltd., dated May 18, 2017 | RPLI_SEC 0507292 |
| PX 722 | XRP Volume Incentive and Fee Rebate Program Agreement between Ripple and SFOX, Inc., dated October 30, 2017 | RPLI_SEC 0847167 |
| PX 723 | Reserved | N/A |
| PX 724 | Email dated February 12, 2018 | LARSEN_NAT 00000076 |
| PX 725 | Email dated August 30, 2018 | GSR00013252 |
| PX 726 | Email dated September 4, 2018 | GSR00002001 |
| PX 727 | Email dated May 14, 2018 | LARSEN_NAT 00000083 |
| PX 728 | Email dated August 11, 2020 | GSR00021505 |
| PX 729 | Email dated September 24, 2018 | GARL00000018 |
| PX 730 | Email dated December 2, 2020 | GSR00021503 |
| PX 731 | Email dated December 18, 2017 | GSR00001982 |
| PX 732 | Bitstamp communications with Larsen | BITSTAMP USA_00000147 |
| PX 733 | Email dated August 25, 2016 | GSR00008764 |
| PX 734 | Email dated May 21, 2017 | LARSEN_NAT 00000026 |
| PX 735 | Memorandum of Understanding between Ripple and ▮▮▮▮▮▮▮▮ dated January 28, 2016 | RPLI_SEC 0612004 |
| PX 736 | Joint Venture Agreement between Ripple and ▮▮▮▮▮▮▮▮ dated March 30, 2016 | RPLI_SEC 0764387 |
| PX 737 | Master XRP Custody Agreement between Riple and RippleWorks Inc., dated August 28, 2018 | RPLI_SEC 0314261 |
| PX 738 | Development and Integration Agreement between Ripple and ▮▮▮▮▮▮▮▮ dated November 8, 2018 | RPLI_SEC 0266000 |
| PX 739 | Ripple Labs Charitable Contributions in XRP, dated January 23, 2020 | RPLI_SEC 0248118 |
| PX 740 | Email chain dated March 20, 2019 | RPLI_SEC 0875694 |

| PX 741 | Email chain dated June 16, 2017 | ▮▮▮▮ 0070706 |
| --- | --- | --- |
| PX 742 | Ripple's Responses and Objections to Plaintiff's Third Set of Requests for Admission | N/A |
| PX 743 | Post by JoelKatz (David Schwartz) on XRP Chat dated April 2, 2017 | https://www.xrpchat.com/topic/3471-what-did-ripple-do-wrong/page/4/?tab=comments#comment-33899 |
| PX 744 | Post by JoelKatz (David Schwartz) on XRP Chat dated January 24, 2018 | https://www.xrpchat.com/topic/17881-issuing-gateway-vs-private-exchange/ |
| PX 745 | Post by JoelKatz (David Schwartz) on XRP Chat dated May 21, 2017 | https://www.xrpchat.com/topic/5061-ripple-the-most-prestigious-team/?tab=comments#comment-47973 |
| PX 746 | Consolidated Financial Statement as of December 31, 2014 and 2013 | RPLI_SEC 0090938 |
| PX 747 | Consolidated Financial Statement as of December 31, 2015 and 2014 | RPLI_SEC 0426161 |
| PX 748 | Consolidated Financial Statement as of December 31, 2017 and 2016 | NY-9875_T_0017816 |
| PX 749 | Consolidated Financial Statement as of December 31, 2018 and 2017 | RPLI_SEC 0267872 |
| PX 750 | Consolidated Financial Statement as of December 31, 2019 and 2018 | RPLI_SEC 0301113 |
| PX 751 | Consolidated Financial Statement as of December 31, 2020 and 2019 | RPLI_SEC 0920429 |
| PX 752 | Ripple spreadsheet re: executive compensation | RPLI_SEC 0236674 |
| PX 753 | x0638 Transaction Details | SEC-▮▮▮-E-0003151 |
| PX 754 | x2410 Transaction Details | SEC-▮▮▮-E-0005025 |
| PX 755 | x2425 Transaction Details | SEC-▮▮▮-E-0005028 |
| PX 756 | x4625 Transaction Details | SEC-▮▮▮-E-0005031 |
| PX 757 | x6182 Transaction Details | SEC-▮▮▮-E-0005032 |
| PX 758 | x7306 Transaction Details | SEC-▮▮▮-E-0005095 |
| PX 759 | x7598 Transaction Details | SEC-▮▮▮-E-0005152 |
| PX 760 | x0638 Transaction Details | SEC-▮▮▮-E-0010331 |
| PX 761 | x2425 Transaction Details | SEC-▮▮▮-E-0010333 |
| PX 762 | x4625 Transaction Details | SEC-▮▮▮-E-0010336 |
| PX 763 | x6979 Transaction Details | SEC-▮▮▮-E-0010338 |
| PX 764 | Legal memorandum from Perkins Coie to Ripple Labs Inc., dated February 19, 2014 | RPLI_SEC 0995490 |
| PX 765 | XRP Sales - GSR - 2020 | GARL_Civil_000005 |
| PX 766 | U.S. Patent Application Publication, dated August 4, 2016 | N/A |
| PX 767 | U.S. Patent Application Publication, dated August 15, 2019 | N/A |

| PX 768 | U.S. Trademark Registration No. 4458993 | N/A |
| PX 769 | Master XRapid Market Maker Services Agreement between Ripple and GSR Markets, dated July 1, 2019 | GSR00000988 |
| PX 770 | Master XRP Commitment to Sell Agreement between XRP II, LLC and ▬▬▬▬▬▬▬▬▬▬, dated September 17, 2018 | RPLI_SEC 1058026 |
| PX 771 | Master XRP Commitment to Sell Agreement between XRP II, LLC and ▬▬▬▬▬▬▬▬, dated September 5, 2018 | RPLI_SEC 1056385 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      October 18, 2022

                                        /s/ Mark R. Sylvester
                                        Mark R. Sylvester