PX 647

| | |
|---|---|
| **From:** | ▉▉▉▉▉▉▉▉@ripple.com> |
| **Sent:** | Wednesday, July 29, 2020 4:13 PM |
| **To:** | Ron Will; Brad Garlinghouse |
| **Cc:** | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Subject:** | August XRP funding proposal |
| **Attachments:** | Funding Forecast - 7.28.20 - clean.xlsx |

Hi Brad and Ron,

We got through July using 200m from escrow, leftovers from June funding from reserves, as well as bringing our operating accounts combined XRP balance essentially to zero (we in effect looked under the couch cushions to fund some last minute payments).

For August, we expect gross usage of XRP to be 300 million, roughly split 2/3 sales (▉▉ and XRP-O) and 1/3 other (primarily coil, ▉▉ donations and leases to support liquidity).

However, given our XRP recapture activity, our net usage will be much lower, but with a hold on using XRP recapture funds, August will again be difficult to keep escrow funds usage to 200 million.

For current purposes, I propose that we fund from reserves at least to the extent of our XRP recapture to date.

**Please approve funding operating wallets from reserved XRP to the extent usage in August exceeds 200 million XRP.**

A brief analysis of historical usage is attached. While numbers through June reflect actual supply introduction (tie to inflation and website reporting), the July figures include amounts that we need to prefund but don't count towards outstanding supply until consumed (i.e. XRP-O and ▉▉ funding).

Props to ▉▉ for getting into the prep work here.

Thanks,

▉▉▉▉▉▉
Controller | Ripple
▉▉▉▉▉▉@ripple.com | ripple.com



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.   RPLI_SEC 0301823

**Ripple August Forecast**

| | MTD | | | | | | | Monthly Avg. | August Forecast | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | January | February | March | April | May | June | July | | | |
| XRP-O | | | | | | | | | | Funded 50M on 7/28, expecting an additional 50M funding in August pending renegotiation with ▮ |
| Sales total | | | | | | | | | | $21.8M, ▮ $4.0M |
| XRP Purchase | | | | | | | | | | |
| Purchases total | | | | | | | | | | OMIT FROM ESCROW USAGE FORECAST - Unable to recycle XRP being repurchased |
| Coil Development Fund | | | | | | | | | | Monthly average, lumpy recently but potential increase |
| | | | | | | | | | | Chasing information on one milestone, likely none due in August |
| | | | | | | | | | | $3.4M invoice to be paid |
| | | | | | | | | | | No incentives expected to be met in August |
| Investment | | | | | | | | | | No additional investments in XRP expected |
| Xpring and BD total | | | | | | | | | | |
| MM Lease | | | | | | | | | | Expect 20M XRP each GSR and ▮ 3.8M for ▮ new corridor |
| MM Fees | | | | | | | | | | Run rate based on post-MGI volume drop and renegotiated contracts |
| MGI - Volume incentive | | | | | | | | | | 2 month average post contract amendment |
| MGI - Fx rebate | | | | | | | | | | 2 month average post contract amendment |
| Incentive | | | | | | | | | | Monthly average |
| Fx rebate | | | | | | | | | | Monthly average |
| Adoption marketing | | | | | | | | | | Monthly average |
| ODL Lease | | | | | | | | | | No ODL lease return expected |
| ODL total | | | | | | | | | | |
| Employee | | | | | | | | | | Monthly average |
| Founder | | | | | | | | | | |
| Other | | | | | | | | | | Monthly average exclusive of ZC bonus and May programmatic sales return |
| Donations | | | | | | | | | | Ongoing ▮ 15M XRP ▮ $400k |
| Inflow from Net Settled Options | | | | | | | | | | Monthly average |
| Other Expense total | | | | | | | | | | |
| Total | | | | | | | | | | |




RPLI_SEC 0301824