# PX 649

Message

**From:** ▮▮▮▮▮@ripple.com]
**Sent:** 11/18/2014 2:38:07 PM
**To:** ▮▮▮▮▮@ripple.com>]
**CC:** Phil Rapoport [Phil Rapoport <▮▮@ripple.com>]; Monica Long [Monica Long <▮▮@ripple.com>]
**Subject:** Re: Xrp distribution page

21,873,544,391

On Tue, Nov 18, 2014 at 2:34 PM, ▮▮▮▮▮@ripple.com> wrote:
▮▮

Just spoke with Phil about the Ripple Labs XRP reserve number. Do you have an update figure for this and I can update accordingly?

Thanks,
▮▮

On Sun, Nov 16, 2014 at 5:26 PM, Phil Rapoport <▮▮@ripple.com> wrote:
Yeah, I'd think that's a good move, though it's a delicate situation. It might be worth updating that figure for now, then later removing it entirely when we do some other updates to the text.

I'm in SF Monday - Thursday this week if you want to discuss.

On Sat, Nov 15, 2014 at 8:23 PM, ▮▮▮▮▮@ripple.com> wrote:
Phil, love to get your $0.02 soon. I think we're trying to move away from any commit on how were using XRP and how many we'll sell. I haven't seen the number that we may sell referenced in a while.

On Nov 15, 2014 1:09 PM, "Phillip Rapoport" <▮▮@ripple.com> wrote:
There's some confusion here.

https://xrptalk.org/topic/4373-number-of-xrp-distributed-as-of-october-31-2014/#entry53833

On Nov 13, 2014, at 5:54 PM, ▮▮▮▮▮@ripple.com> wrote:
Thanks ▮▮

On Thu, Nov 13, 2014 at 2:53 PM, ▮▮▮▮▮@ripple.com> wrote:
Okay, updated.

On Thu, Nov 13, 2014 at 2:26 PM, ▮▮▮▮▮@ripple.com> wrote:
No, don't think we need to update the copy.

On Thu, Nov 13, 2014 at 2:23 PM, ▮▮▮▮▮@ripple.com> wrote:

CONFIDENTIAL                                                                                                   RPLI_SEC 0325465

Do you want to change the copy to reflect that note?

On Thu, Nov 13, 2014 at 2:16 PM, ███████ @ripple.com> wrote:
Please update to 10/31 numbers:

RL: 69,118,508,615
Others: 30,881,360,458

Note that I've started accounting for XRP lost to fees, so they don't sum to 100b

On Mon, Oct 27, 2014 at 9:20 AM, ███████ @ripple.com> wrote:
Updated date to September 30. Sorry about that.

On Sun, Oct 26, 2014 at 2:41 PM, Phillip Rapoport <███@ripple.com> wrote:
Was this snapshot a/o September 30?  Or was it current on October 24?

Just making sure the 10/24 date we are showing on the site is accurate.

On Oct 24, 2014, at 5:32 PM, ███████ @ripple.com> wrote:

> Updated!
>
> On Fri, Oct 24, 2014 at 2:24 PM, ███████ @ripple.com> wrote:
> RL - 70,527,254,106
> Others - 29,472,745,894
>
>
> On Thu, Oct 23, 2014 at 7:45 PM, <███@ripple.com> wrote:
> Great. Can you send it over and I can then update accordingly.
>
> Thanks,
> ███

**From:** ███
**Sent:** Thursday, October 23, 2014 7:42 PM
**To:** Phil Rapoport
**Cc:** Monica Long; ███████
**Subject:** Re: Xrp distribution page

Yes, I have the figure.

On Oct 23, 2014 7:39 PM, "Phillip Rapoport" <███@ripple.com> wrote:
Can we get another update for sept quarter end?  July 31 is looking stale.

CONFIDENTIAL

RPLI_SEC 0325466

On Jul 28, 2014, at 9:36 AM, Monica Long <██@ripple.com> wrote:

Nice! Should be a logical transition then. This should be coming soon.

On Sat, Jul 26, 2014 at 5:26 AM, Phillip Rapoport <██@ripple.com> wrote:
FYI-- there have been a number of posts on both forums making the case discussed below:

https://ripple.com/forum/viewtopic.php?f=3&t=7447

On Jul 2, 2014, at 5:51 PM, Monica Long <██@ripple.com> wrote:

Thinking about wording more... how about "Total XRP Held by Others"? We can't really call Arthur or Chris "external" or "third parties."

We should know the fate of the founders' XRP fairly soon, in which case we'll be able to offer better clarity as to where it's going. If we can offer any line of sight into distribution, I think people will receive the page update more positively. Can we hold on updating this for another week or so?

On Wed, Jul 2, 2014 at 1:59 PM, Phil Rapoport <██@ripple.com> wrote:
The text already says this immediately above the number:

"The creators gifted Ripple Labs 80 billion of the 100 billion XRP in existence."

How about this as the proposed change and added explanation:

> Total XRP Held by Ripple Labs
> 72,182,111,353

Total XRP Externally Distributed
27,817,888,647

*20 billion XRP were allocated before Ripple Labs was organized as a company. Totals include some business development agreements that are still pending.

On Mon, Jun 30, 2014 at 2:18 PM, Monica Long <████@ripple.com> wrote:

> Excellent. Let's update then. I'll put it in the queue.
>
> We should qualify the new reporting structure with at least the first release. "Third parties" includes [XYZ]. @Phil, can you help me summarize?
>
> On Sun, Jun 29, 2014 at 9:59 PM, ████ <████@ripple.com> wrote:
>
>> +1 Phil's suggestion
>>
>> On 06/27/2014 12:15 PM, Monica Long wrote:
>>
>>> Makes sense to me but we should be sensitive to the outsiders' perspective of the founders' share - which is that it's in the hands of three people who have not made clear their distribution plans.
>>>
>>> I like Phil's framing and suggest getting ████ reaction from a community perspective. Looping him in here...

CONFIDENTIAL                                                                                      RPLI_SEC 0325468

On Fri, Jun 27, 2014 at 9:08 AM, Phil Rapoport <███@ripple.com> wrote:
What about:

XRP Held By Ripple Labs = 72,182,111,353
XRP Held By Third Parties = 27,817,888,647

On Fri, Jun 27, 2014 at 11:54 AM, ███@ripple.com> wrote:
Yeah, from rereading it should be pretty clear, but I guess they're not reading the thing clearly. I propose if we add then we should have three numbers. Given some of the 20bn founder shares are held by directors and officers and we don't really have knowledge of where all of that is, and that we never touched it, would be careful in wording.

On Thu, Jun 26, 2014 at 10:26 PM, ███ <███@ripple.com> wrote:
This would account for the

CONFIDENTIAL
RPLI_SEC 0325469

founder shares, correct?

Cc'ing ▇ who has thoughts on this topic.

On Thu, Jun 26, 2014 at 9:14 PM, Phillip Rapoport <▇@ripple.com> wrote:

Since coinmarketcap uses our figures on the RL website to calculate their xrp market cap, I think we should change the wording so that we can say 27bn in third party hands or free floating or something. Instead of 7bn xrp distributed by RL.

It'll increase our marketcap by 4x.

It's silly but I think it actually helps investor interest to be in the top rankings on that site.

Thoughts?

Sent from my iPhone

CONFIDENTIAL
RPLI_SEC 0325470



CONFIDENTIAL

RPLI_SEC 0325471





CONFIDENTIAL
RPLI_SEC 0325473





| CONTROLLER | Ripple Labs Inc.
@ripple.com | www.ripple.com | www.ripplelabs.com

CONFIDENTIAL                                                                                             RPLI_SEC 0325474