PX 651

filed under seal

as

D.E. 670-7