# PX 653
# filed under seal
# as
# D.E. 670-9