# PX 656

# ripple

# XRP Supply - deeper dive

——

**April 20, 2020**

CONFIDENTIAL   1



Agenda

1   Ripple XRP Introduction

2   Other Supply Introduction

3   Key Deal Review

CONFIDENTIAL   2

RPLI_SEC 0590774

# Ripple Supply Introduction (in mm XRP, through 4/12)

This breaks out all Ripple XRP distributions impacting circulating supply (omits fulfillment of certain commitments). Prospective XRP Reporting will be on a basis consistent with these groupings, but adding AMP.



Primarily liquidity support
Incentives, milestone payments and  and FX rebates
Liquidity, exchanges, vol and FX incentives

Routine payroll, bonuses and Q2 exec comp
Ripplecharts domain loan settlement
Ripplenet customer, product testing, vendors

CONFIDENTIAL

3

RPLI_SEC 0590775

# Other Supply Introduction (in mm XRP, through 4/12)

All amounts distributed to holders or treated as already distributed due to firm commitment by beginning of 2019.



CONFIDENTIAL

# Key Deal Review

**Identified key deals with material continued obligations or opportunities**

- ███████
- Coil
- ███████
- ███████
- ███████

CONFIDENTIAL 5

RPLI_SEC 0590777



| Gross Amount | XRP | |
| Gross paid to date | XRP | |
| Remaining Amount | XRP | |

Exercisable ▓▓▓▓ beginning of each month, typically sold evenly throughout month

Exercise price (set ▓▓▓ prior to release) paid through XRP withholding at exercise

Typically pay ▓▓▓▓ of gross amount based

Remaining exercise price averages to ▓▓▓ per unit

Contract has no at will cancellation provisions.

CONFIDENTIAL

CONFIDENTIAL

# █████ - Development Fund

Commitment to fund development on █████ platform

| | |
|---|---|
| Total Amount | |
| Total USD paid to date | |
| Remaining Amount | |
| Allocated Portion of Remaining Amount | |
| | |
| Total XRP to date: | |
| Remaining Amount (at current price): | |

| | |
|---|---|
| Sales Limit (in bps)* | |
| Floor Price** | |
| Approvals*** | |
| Allocation period | |
| Distribution Period | |

*Opportunity to improve monitoring
**Delay of up to 90 days until price recovery, otherwise ignore floor or pay in USD
***Projects have been consistently under this threshhol

CONFIDENTIAL    7

RPLI_SEC 0590779

 Milestones

Funding based on key milestones for overall ecosystem development



| Milestone | Amount | Forfeiture Date |
|---|---|---|
| Approve Dev Program | | Paid |
| Wallet Launch | | Pending payment |
| Company Marketplace | | 5/8/2020 |
| First Game | | 11/8/2020 |
| Remaining Commitment | | |
| Remaining commit (at current price) | | At floor |

| Sales Limit* | | XRP Charts |
|---|---|---|
| Floor Price** | | Soft floor |

*Opportunity to improve monitoring, measured in combination with Volume Incentives
**Delay of up to 90 days until price recovery, otherwise ignore floor or pay in USD

CONFIDENTIAL

 - Volume Incentives

Incentives for hitting various target of XRP transacted on ▮▮▮ platform - Targets can be met anytime before May 2023.

No payments made to date.

| ADV XRP Target (units transacted over platform, 90 day average) | Payment |
|---|---|
| XRP 25,000,000.00 | |
| XRP 75,000,000.00 | |
| XRP 120,000,000.00 | |
| XRP 200,000,000.00 | |
| Remaining Amount | |



Coil

For both scheduled payments and set-aside, contract doesn't allow for termination at Ripple's option, with no contract termination date.



## Coil - Set-Aside T&Cs

We have ample contractual mechanisms to possible prevent substantial distributions from Set-Aside, through using direct distribution and taxable income exclusion.  Opportunity for improvement in monitoring Sales Limits and enforcing Approval rights.

| Set-Aside Terms and Conditions | | | | |
| Type | Approval | Distribution | Other Rights | Sales Limit |
| Large Project | Subject to Ripple's approval | Ripple o██████t | Can reject any transaction | ████combined |
| Medium Project | Subject to standard T&Cs | Ripple's discretion | giving rise to taxable | Large and Medium |
| Small Project | None | | income to Ripple | ████veek |

CONFIDENTIAL   11

## ██ Purchase Discount

As of November 2019, discount of ██ on purchases, at amount of discount remaining from original agreement

**Purchase Discount**

| | |
|---|---|
| Original Discount Value | ██████ |
| Discount Value at Amendment | |
| Remaining Discount Value | |
| Remaining Discount Amount (at $0.19) | |

**Contract Terms**

| | |
|---|---|
| Sales Limit | ██████ |
| Floor Price | |
| Quarterly Minimum Gross | |
| Quarterly Maximum Gross | |
| Purchase Period | |

RPLI_SEC 0590784

 Option

Option for ███████ XRP purchased in full as of ███████ with supply expected to last until ████████

| Remaining Amount | |
| --- | --- |
| Original Option Amount | |
| Remaining Amount | |
| Average Weekly Sales (last 10 weeks) | |
| Estimated Sales Completion | |

| Proceeds | |
| --- | --- |
| Proceeds Cap | |
| Proceeds to Date | |
| Remainder to Cap | |
| Total Projected Proceeds (at $ | |
| Price to Hit Cap | |



CONFIDENTIAL