# PX 659

**ripple**

# XRP Supply - July 2020 Update

August 20, 2020

CONFIDENTIAL

CONFIDENTIAL   1

RPLI_SEC 0505359



## Agenda

1   Data and definitions
2   Executive summary
3   Ripple supply activity
4   Non-Ripple supply summary
5   Non-Ripple supply breakout
6   Key deal review

CONFIDENTIAL    2

CONFIDENTIAL

RPLI_SEC 0505360

# Data and Definitions

Purpose is to provide a full view of actions impacting XRP supply by analyzing balances and activity in three areas: Ripple, other major holders and key supply commitments

**Circulating supply**

- All XRP that isn't Ripple's
- Includes Ripple's XRP subject to certain firm contractual commitments (XRP options, Coil scheduled payments)
- Reported weekly on ripple.com
- Only Ripple activity impacts circulating supply

**Float**

- XRP not held by Ripple or Ripple affiliates (founders, option holders, customers)

**Data integrity for non-Ripple holders**

- Non-Ripple reporting is driven by tracking balances in **known** wallets of counterparties
- This data is not perfect, as we may miss some wallets or XRP held on exchange
- Regardless, reporting should be directionally accurate

CONFIDENTIAL 3



CONFIDENTIAL    4

RPLI_SEC 0505362

# Executive Summary

**Introduction of XRP from Ripple and other key holders has been moderate in July but expect other key holders to increase their sales**

**Ripple supply introduction**

- July introduction moderated by higher XRP price and XRP purchases
- Expenditures on commitments were low given lack of Coil, ███████ and market maker lease activity

**Non-Ripple supply introduction**

- Increase in XRP market velocity will allow greater sales by parties with sales limits ███████████
- Increase in XRP price has moderating impact on USD denominated commitments ██████████████
- Jed volume may substantially increase based on results of arbitration hearings
- Foundations (███████ and ███████████ have been on hold but are coming back into the market
- Founders may sell into rally
- Coil set-aside has been largely dormant since late Q1 but may come back into market

CONFIDENTIAL   5

# Ripple supply introduction (to 7/31, in millions XRP)

| | Q1'20 | Q2'20 | Q3'20 |
|---|---|---|---|
| ██████ | 175 | 186 | 0 |
| XRP-O Sales | 0 | 158 | 136 |
| XRP Purchase | 0 | 0 | -58 |
| **Net sales total** | 175 | 344 | 78 |
| | | | |
| Coil Development Fund | 77 | 12 | 0 |
| ██████ | 0 | 23 | 0 |
| ██████ | 16 | 27 | 21 |
| ██████ | 0 | 49 | 0 |
| Investments | 0 | 2 | 2 |
| **Xpring and BD total** | 92 | 114 | 23 |
| | | | |
| Market Maker Leases | 7 | 112 | 4 |
| Market Maker Fees | 29 | 33 | 13 |
| MGI - Volume Incentive | 53 | 57 | 16 |
| MGI - Fx rebate | 24 | 23 | 1 |
| Other ODL | 13 | 19 | 0 |
| **ODL total** | 127 | 243 | 33 |
| | | | |
| Employee | 7 | 6 | 6 |
| Other | 5 | -10 | 0 |
| Donations | 1 | 0 | 15 |
| **Other total** | 13 | -4 | 22 |
| | | | |
| **Total** | 407 | 697 | 156 |

CONFIDENTIAL

CONFIDENTIAL

RPLI_SEC 0505364

# Non-Ripple XRP holders

**Despite their holdings being included in circulating supply, we track certain large XRP holders affiliated with Ripple to understand impact on the overall market**

**Options -** Parties with large call options on XRP issued by Ripple, with nominal exercise price

**Customers -** ███████████████ both of which have large balances subject to sales restrictions

**Founders & Exec -** Jed, Chris, related foundations, etc.

**Charitable Organizations -** Rippleworks and ██████████ both of which received their XRP from Ripple

**Partnerships -** Xpring partners Coil and ████ given large amounts distributed

CONFIDENTIAL

# Non-Ripple Supply Summary (to 7/31)



| XRP BALANCE (mm) | | | | |
|---|---|---|---|---|
| | Q4'19 | Q1'20 | Q2'20 | Q3'20 |
| Options * | | | | |
| Customers | | | | |
| Founders & Exec | | | | |
| Charitable Organizations | | | | |
| Partnerships | | | | |
| **Total balance** | | | | |
| XRP SALES (mm) ** | | | | |
| | | Q1'20 | Q2'20 | Q3'20 |
| Options | | | | |
| Customers | | | | |
| Founders & Exec | | | | |
| Charitable Organizations | | | | |
| Partnerships | | | | |
| **Total sales** | | | | |

* All options treated as outstanding for circulating supply purposes

** Change in balance as adjusted for XRP received from Ripple during the period

CONFIDENTIAL   8

RPLI_SEC 0505366

# Key Takeaways

**Overall supply introduction pace in July continues on track with prior quarters, but with indications of prospective increase**

**July**

- Net sales of XRP lower than Q2 monthly average due to ███ inactivity and XRP purchases
- July is the end of relative inactivity at Ripple for Good and Rippleworks
- Minimal Xpring activity, with no material Coil projects since early Q2

**YTD**

- Circulating supply increased 1.3 bn XRP YTD, of which ███ was Ripple funding ███ Coil and ███
- Non-Ripple parties received ███ from Ripple and sold ███ XRP into the market, far outpacing exceeded Ripple supply introduction

CONFIDENTIAL    9

RPLI_SEC 0505367

## Options Activity



\* All options treated as outstanding for all purposes for circulating supply purposes - i.e. no impact on inflation

CONFIDENTIAL

# Options Takeaways

**Expect immediate ▮ increase and ▮▮▮▮ increase in February 2021**

- At end of July, ▮ ramp due to
  - Substantial increase in XRP trade volume
  - meeting contractual trigger to increase sales limit base
- Average weekly ▮ sales moved from ▮ in Q2 to ▮ over most recent two week reporting period, leading to update of projection for final sales from Q1'21 to Q4'20
- ▮▮▮ has sold forward on the ▮ XRP option tied to ▮▮▮▮▮ so is expected to exercise and make delivery upon lapse of sales restriction in February 2021
- See deal summaries in back of deck for further details

CONFIDENTIAL

RPLI_SEC 0505369

# Customer Activity



\* These amounts impact circulating supply and inflation

CONFIDENTIAL

12

# Customer Takeaways

**Third month of quarter spike expected to continue, but increased volumes should drive balance held by ▮▮▮▮ down**

- As ▮▮▮▮ began making large quarter end purchases in Q1 their purchases outstripped their sales limit. With ▮▮▮▮ and ▮▮▮▮ XRP at end of Q1 and Q2, this led to reporting higher inflation figures in Q1 and Q2
- Higher Q3 market volumes will increase ▮▮▮ sales limit, allowing them to work down their XRP balance
- Potential for lower XRP impact in Q3 given large price and appetite to save some of remaining ▮▮▮▮ for Q4, and so not purchasing full ▮▮▮ n Q3
- Mellon estate selling steadily, but as sales limit base has increased more than XRP price, there is potential for 2H20 increase despite low July sales
- See ▮▮▮▮ deal summary in back of deck for further details

CONFIDENTIAL 13

# Founder and Exec Activity



| XRP BALANCE (mm) | | | | |
|---|---|---|---|---|
| | Q4'19 | Q1'20 | Q2'20 | Q3'20 |
| Jed and affiliates | | | | |
| Other founders and affiliates | | | | |
| Brad and affiliates | | | | |
| **Total balance** | | | | |

| XRP SALES (mm) | | | |
|---|---|---|---|
| | Q1'20 | Q2'20 | Q3'20 |
| Jed and affiliates | | | |
| Other founders and affiliates | | | |
| Brad and affiliates | | | |
| **Total sales** | | | |

CONFIDENTIAL 14

CONFIDENTIAL

# Founder and Exec Takeaways

**Both market volume and** █████████████ **have driven increase in Jed sales**

- █████████████████████████████████████████████████████████
- While Jed July sales were moderate, August projected to hit almost ████ XRP million XRP
- ████████████████████████████████████████████████████
- ████████████████████████████████████████████████████
- Investigating accuracy of founder figures given identification of new accounts related to ████████ reported amounts may be inaccurate

CONFIDENTIAL   15

# Charity Activity



CONFIDENTIAL   16

RPLI_SEC 0505374

# Charity Takeaways

**Rippleworks and** ███████████████ **reentering market in August**

- Rippleworks exit the market in late Q1, reentering market in August at ████ CTT
- ███████████ inished selling initial UBRI related funding mid Q1 - currently restarting given new charitable plans, particularly related to ███████████ and executive giving allocation
- We are now funding ██████████ approximately ███████████ and expect all amounts to be sold within a month - will stop tracking balances unless they build up a balance
- Price of XRP likely to influence ██████████ but not Rippleworks behavior

CONFIDENTIAL    17

# Partnership Activity



\* Includes undelivered ▇ monthly XRP payments

\*\* Includes only set-aside

CONFIDENTIAL

RPLI_SEC 0505376

# Partnership activity

**Coil monthly payments ended in July, with a lull in large Coil setaside deals**

- While cessation of Coil monthly payments likely to reduce prospective supply, this may be offset by new setaside requests, as there have been less than ███ in Coil set-aside requests since end of Q1
- Contacting Coil to determine forecast, and to ensure sales limit reporting accompanies next set-aside request
- ███ development fund/setaside run rate of ███ per month is fulfilling approved development projects, with more than ███ in commitments to developers that are unfunded - potential for increase in run rate as projects mature
- ███ second milestone for ███ paid in May, with indications deadline on third milestone was missed.
- Given continued low XRP balances, we will cease reporting on balances held unless monitoring detects build up of material balances
- ███ amended milestones led to ███ XRP distribution in May, with expectation of ███ XRP per month hitting market
- See deal summaries in back of deck for further details

CONFIDENTIAL

# Key Deal Review

**Identified key deals with material continued obligations or impact**

- Options
  - 
  -
  -
- Customer
  -
- Partnership
  - Coil
  -

Option

| | | |
|---|---|---|
| Gross Amount | XRP | |
| Gross Paid to Date | XRP | |
| Remaining Amount | XRP | |

Exercisable ▇▇▇ at beginning of each month, typically ▇▇▇▇▇▇▇▇

Exercise price (set ▇▇▇ prior to release) paid through XRP withholding at exercise

Typically pay ▇▇▇▇ or ▇▇ of gross amount based on exercise price average of $▇ per unit

Final exercise date ▇▇▇▇▇

CONFIDENTIAL

 Option

Option for ███████ XRP purchased in full as of August 2019, with supply expected to last until ████████

Proceeds cap non-substantive currently



CONFIDENTIAL 22

RPLI_SEC 0505380

known to have hedged his option, expected to take deliver in February

| | Arthur Britto | Others | |
|---|---|---|---|
| Initial Grant | | | |
| Exercise Price | | | |
| Exercise Restriction | | | |
| | | | |
| Sales restriction | | | |
| Outstanding at 7/31/20 | | | |

CONFIDENTIAL

RPLI_SEC 0505381

 Purchase Discount

As of November 2019, discount of ▮▮▮ on purchases, at amount of discount remaining from original agreement.

| Date | Commitment Movement | Remaining Commitment | Cash Proceeds |
|---|---|---|---|
| 11/18/2019 | | | |
| 11/30/2019 | | | |
| 12/31/2019 | | | |
| 1/31/2020 | | | |
| 2/29/2020 | | | |
| 3/31/2020 | | | |
| 4/30/2020 | | | |
| 5/31/2020 | | | |
| 6/30/2020 | | | |
| 7/31/2020 | | | |

| Contract Terms | |
|---|---|
| Sales Limit | |
| Floor Price | |
| Quarterly Minimum Gross | |
| Quarterly Maximum Gross | |
| Purchase Period | |

CONFIDENTIAL

Coil

For both scheduled payments and set-aside, ███████████████████████████

███████████

| Scheduled Payments | | |
|---|---|---|
| Monthly Amount | | |
| Gross Amount | ████████ | |
| Paid to date | | ██████ |
| Remaining Amount | | |

| Set-Aside (XRP denominated) | | |
|---|---|---|
| Gross Amount* | | |
| Paid to date* | ████████ | |
| Remaining Amount | | |

CONFIDENTIAL 25

## Coil - Set-Aside T&Cs

We have ample contractual mechanisms to possible

 - Development Fund

Commitment to fund development on ███ platform

|  |  |
|---|---|
| Total Amount | ███ |
| Total USD paid to date | |
| Remaining Amount | |
| Allocated Portion of Remaining Amount | |
| | |
| Total XRP to date: | |
| Remaining Amount (at current price): | |

|  |  |
|---|---|
| Sales Limit (in bps)* | ███ |
| Floor Price** | |
| Approvals*** | |
| Allocation period | |
| Distribution Period | |

*Non-substantive at ADV > ███
**Delay of up to ███ until price recovery, otherwise ignore floor or pay in USD
***Projects have been consistently under this threshold

CONFIDENTIAL   27

RPLI_SEC 0505385

 - Milestones

Funding based on key milestones for overall ecosystem development

| Milestone | Amount | Forfeiture Date |
|---|---|---|
| Approve Dev Program | | |
| Wallet Launch | | |
| Company Marketplace | | |
| First Game | | |
| Remaining Amount | | |
| Remaining Amount (at current price) | | |

| | |
|---|---|
| Sales Limit** | |
| Floor Price*** | |

*No communication that milestone has been met prior to due date, following up for confirmation
**Non-substantive at ADV >         measured in combination with volume incentives
***Delay of up to         until price recovery, otherwise ignore floor or pay in USD

CONFIDENTIAL    28

RPLI_SEC 0505386

 Volume Incentives

Incentives for hitting various target of XRP transacted on  platform - Targets can be met anytime before

No payments made to date



| ADV XRP Target (units transacted over platform, 90 day average) | Payment |
|---|---|
| | |

CONFIDENTIAL 29

RPLI_SEC 0505387