# PX 662

## RIPPLE LABS INC.

## AMENDMENT TO PROGRAMMATIC MARKET ACTIVITY AGREEMENT

This Amendment (the "**AMENDMENT**"), is made and entered into as of March 1, 2018 (the "**EFFECTIVE DATE**") by and between Ripple Markets Inc., a Delaware corporation (the "**COMPANY**") and ███████████████, a Hong Kong company limited by shares (█████████████), collectively the "parties". This Amendment amends that certain Ripple Programmatic Market Maker Agreement, effective as of <effective date> (the "**AGREEMENT**").

### RECITALS

**WHEREAS**, the parties believe it is in their best interests to modify the payment term of the Agreement,

**NOW, THEREFORE**, in consideration of the mutual covenants, agreements and promises set forth in this Amendment, the parties agree as follows:

### AGREEMENT

1. Effective March 1, 2018, Section 3 of the Agreement shall be restated as follows:

"**Remittance of Proceeds to Ripple and Payment to ███████████**

Ripple may, at any time and in its sole discretion, direct ███████ remit any portion of or all of the proceeds of ███████ Programmatic Market Activity, as such amounts are reported in the then-current daily reporting of XRP Programmatic Market Activity required in Section 4. ███████ shall promptly remit the proceeds to Ripple in a payment method(s) directed by Ripple in its sole discretion, provided that ███████ shall transfer a portion of the proceeds ("███████ Fee") to a wallet or account of ███████ for its own benefit.



The ███████ Fee shall be calculated as follows: █% of the proceeds, for the first █████ in proceeds in the then-calendar month; █% of the proceeds, for proceeds greater than $█████ but less than $█████ in the then-calendar month; and █% of the proceeds, for any proceeds of $█ or more in the then-calendar month.

For the avoidance of doubt, while this Agreement is operational, and until terminated, the provisions in this section shall apply regardless of whether or not

SEC-████E-0052938

Ripple continues to fund the segregated wallet (described in Section 2 of this Agreement)."

2. The Agreement shall continue until the earlier of ███████████, or the occurrence of any of the events enumerated in Sections 5(b), 5(c), or 5(d).

3. <u>Effect of this Amendment</u>.  Except as amended by this Amendment, the Agreements remains in full force and effect.

SEC-███████E-0052939

As of the Effective Date, the parties agree to be bound, and have caused this Amendment to be executed, by their authorized representatives.

| **Company** | **Customer** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

AMENDMENT TO WORK ORDER

*Signature Page*

SEC-          E-0052940