# PX 665



(https://finovate.com/linkout/82303)

# FINOVATE BLOG

Tracking fintech, banking & financial services innovations since 1994

Back to Blog (https://finovate.com//blog/)

# OpenCoin Launches Bitcoin Bridge, an E-Commerce Enabler for Ripple

By David Penn (https://finovate.com/author/david/)   Posted on July 2, 2013 (https://finovate.com/opencoin-launches-bitcoin-bridge-an-e-commerce-enabler-for-ripple/)

Categories: OpenCoin (https://finovate.com/category/opencoin/)

Thanks to a new technology from **OpenCoin** (http://opencoin.com), Ripple (http://www.ripple.com) users just got access to more than 8,500 Bitcoin-accepting merchants, as well as the rest of the Bitcoin world.

OpenCoin, developers of the virtual currency protocol Ripple, announced today that Ripple users now will be able to pay directly to all Bitcoin addresses. Using a new feature called *Bitcoin Bridge*, users will be able to send payments in any currency and have the recipient get that payment in Bitcoins with no additional cost.

The move is significant because it demonstrates the distributed nature of OpenCoin's virtual currency network. Said CEO Chris Larsen in a press release, "Now, anyone can send Bitcoins without having to use a central exchange."



Larsen similarly sees *Bitcoin Bridge* as a boon for merchants who accept Bitcoin.

The company also announced on Tuesday that their first U.S. gateway was now live. Using the SnapSwap gateway (https://www.snapswap.us/#/welcome), Ripple users now can fund their Ripple wallets directly from their U.S.-based bank accounts.

OpenCoin's Ripple protocol is a virtual currency and distributed currency exchange. The technology has a number of payment system applications, ranging from merchant payments to remittances.

Headquartered in San Francisco, California, OpenCoin demoed its technology as part of the FinovateSpring 2013 show in May, Watch the company's presentation here (http://www.finovate.com/spring13vid/opencoin.html).

Share this:

Search

## Upcoming Events



**LONDON | MAR 14-15, 2023**

(https://informaconnect.com/finovateeurope/?vip_code=FKV2368FINOVATEREF&utm_source=FinovateWebReferral&utm_medium=web_listing&utm_campaign=FKV2368FINOVATEREF-FinovateWebReferral-web_listing&utm_term=FinovateWebReferral&utm_content=FKV2368FINOVATEREF&tracker_id=FKV2368FINOVATEREF)

**SAN FRANCISCO | MAY 23-25, 2023**

(https://informaconnect.com/finovatespring/?vip_code=FKV2369FINOVATEREF&utm_source=FinovateWebReferral&utm_medium=web_listing&utm_campaign=FKV2369FINOVATEREF-FinovateWebReferral-web_listing&utm_term=FinovateWebReferral&utm_content=FKV2369FINOVATEREF&tracker_id=FKV2369FINOVATEREF)

**NEW YORK | SEPT 11-13, 2023**

(https://informaconnect.com/finovatefall/?vip_code=FKV2373FINOVATEREF&utm_source=FinovateWebReferral&utm_medium=web_listing&utm_campaign=FKV2373FINOVATEREF-FinovateWebReferral-web_listing&utm_term=FinovateWebReferral&utm_content=FKV2373FINOVATEREF&tracker_id=FKV2373FINOVATEREF)

**NEW YORK | SEPT 12, 2023**

(https://finance.knect365.com/finovate-industry-awards/)

## Subscribe by Email

Please enter your email address

## Want us to cover your news?

Contact research@finovate.com (mailto:research@finovate.com)

Follow us on Twitter  (https://twitter.com/intent/follow?screen_name=finovate)  52023 Followers

## Tags

#WomeninFinTech (https://finovate.com/tag/womeninfintech/) Alumni profile (https://finovate.com/tag/alumni-profile/) Analyst All Stars (https://finovate.com/tag/analyst-all-stars/) Atos (https://finovate.com/tag/atos/) Banking (https://finovate.com/tag/banking/) Credit Sesame (https://finovate.com/tag/credit-sesame/) Daily News (https://finovate.com/tag/daily-news/) Debt Goal (https://finovate.com/tag/debt-goal/) Diversity (https://finovate.com/tag/diversity/) DSwiss (https://finovate.com/tag/dswiss/) eMagazine (https://finovate.com/tag/emagazine/) Email (https://finovate.com/tag/email/) Emerging technology (https://finovate.com/tag/emerging-technology/) Finovate Digital Week (https://finovate.com/tag/finovate-digital-week/) Finovate eMagazine (https://finovate.com/tag/finovate-emagazine/) FinovateEurope 2022 (https://finovate.com/tag/finovateeurope-2022/) FinovateFall (https://finovate.com/tag/finovatefall/) FinovateFall 2021 (https://finovate.com/tag/finovatefall-2021/) Finovate Live (https://finovate.com/tag/finovate-live/) Finovate Marketing (https://finovate.com/tag/finovate-marketing/) FinovateSpring 2022 (https://finovate.com/tag/finovatespring-2022/) FinovateSpring Takeover (https://finovate.com/tag/finovatespring-takeover/) Finovate Webinar (https://finovate.com/tag/finovate-webinar/) Identity Verification (https://finovate.com/tag/identity-verification/) Innovation (https://finovate.com/tag/innovation/) InterSystems (https://finovate.com/tag/intersystems/) Julie's Column (https://finovate.com/tag/julies-column/) Lending (https://finovate.com/tag/lending/) MSPs (https://finovate.com/tag/msps/) News (https://finovate.com/tag/news/) payments (https://finovate.com/tag/payments/) PFM (https://finovate.com/tag/pfm/) Plaid (https://finovate.com/tag/plaid/) Ripple Labs (https://finovate.com/tag/ripple-labs/) SME lending (https://finovate.com/tag/sme-lending/) Sponsored (https://finovate.com/tag/sponsored/) StreetShares (https://finovate.com/tag/streetshares/) Tradier (https://finovate.com/tag/tradier/) Videos (https://finovate.com/tag/videos/) Wealth Management Platform (https://finovate.com/tag/wealth-management-platform/) Webinar (https://finovate.com/tag/webinar/) Whitepaper (https://finovate.com/tag/whitepaper/) Women in Fintech (https://finovate.com/tag/women-in-fintech/) Xignite (https://finovate.com/tag/xignite/) Yodlee (https://finovate.com/tag/yodlee/)


(https://finovate.com/linkout/82310)

## (https://finovate.com/blog)
### Latest Finovate blog posts (https://finovate.com/)

Creating a Clear Path to Innovation: Our Conversation with ASA Chief Strategy Officer Lisa Gold Schier (https://finovate.com/creating-a-clear-path-to-innovation-our-conversation-with-asa-chief-strategy-officer-lisa-gold-schier/)

Merrill Wealth Management Launches Advisor Matching Program (https://finovate.com/merrill-wealth-management-launches-advisor-matching-program/)

Jiko Secures $40 Million in Series B Funding, Unveils New Money Storage Solution (https://finovate.com/jiko-secures-40-million-in-series-b-funding-unveils-new-money-storage-solution/)

### About
Contact Us (/contact/)
Who We Are (/who-we-are/)
Sponsor (/sponsor/)
Apply to Demo (/apply-to-demo/)

### Events
FinovateFall (https://informaconnect.com/finovatefall/?vip_code=FKV2373FINOVATEREF&utm_source=FinovateWebReferral&utm_medium=web_listing&utm_campaign=FinovateWebReferral-web_listing&utm_term=FinovateWebReferral&utm_content=FKV2373FINOVATEREF&tracker_id=FKV2373FINOVA

FinovateAwards (https://finance.knect365.com/finovate-industry-awards/)

FinovateSpring (https://informaconnect.com/finovatespring/?vip_code=FKV2369FINOVATEREF&utm_source=FinovateWebReferral&utm_medium=web_listing&utm_campaign

### Videos
Demo Videos (https://finovate.com/videos/)

### Podcast
Podcast Archives (https://finovate.com/podcast)

- FinovateWebReferral-web_listing&utm_term=FinovateWebReferral&utm_content=FKV2369FINOVATEREF&tracker_id=FKV2369FINOVA
- FinovateEurope (https://informaconnect.com/finovateeurope/?vip_code=FKV2368FINOVATEREF&utm_source=FinovateWebReferral&utm_medium=web_listing&utm_campaign=FinovateWebReferral-web_listing&utm_term=FinovateWebReferral&utm_content=FKV2368FINOVATEREF&tracker_id=FKV2368FINOVA
- FinovateEdge Asia (https://informaconnect.com/finovateasia/)
- FinovateEdge MiddleEast (https://informaconnect.com/finovate-middle-east/)

- Home (https://informaconnect.com/)
- (https://informaconnect.com/)
- Cookies (https://www.informaconnect.com/cookie-policy)

Privacy (https://informa.com/privacy-policy)   Terms (https://www.informaconnect.com/terms-of-use)

Copyright © 2007-2022 Finovate. All rights reserved.