# PX 667

Message

---

**From:** Brad Garlinghouse [▮@ripple.com]
**on behalf of** Brad Garlinghouse <▮@ripple.com> [▮@ripple.com]
**Sent:** 5/6/2017 3:46:26 PM
**To:** Antoinette O'Gorman [ Antoinette O'Gorman <▮@ripple.com>]
**Subject:** Re: code of conduct

okay - my XRP buy ended up only being a ▮ purchase (it started to go up quickly so I didn't buy the other ▮) - so no approval was needed in retrospect. But will create a new email trail for the approvals for the sales.
Thanks - hope you are enjoying your EU travels!!
Brad

On Sat, May 6, 2017 at 1:37 PM, Antoinette O'Gorman <▮@ripple.com> wrote:
> Thanks, Brad. Your recent XRP sales are approved retroactively. I can check your wallets to see when you sold and how much you sold so no need to send me that info. If you plan on buying/selling ▮ worth of XRP going forward, just give me/▮ a heads up.
>
> I'll write up a Policy Variance for these recent April/May XRP sales and for your last XRP buy (unless you also want to separately obtain ▮ retroactive approval - if so, just copy me on your e-mail requesting her approval for my files. Thanks).
>
> You don't need Chris L's (supervisor) approval.
>
> AO'G
>
>
> Antoinette O'Gorman
> Chief Compliance Officer | Ripple
> ▮@ripple.com | ripple.com
> ripple
>
> On Sat, May 6, 2017 at 3:18 AM, Brad Garlinghouse ▮@ripple.com> wrote:
>> I am realizing that I too could get more specific approval from our earlier email exchanges to BUY XRP - to now get specific approval(s) to sell.
>>
>> Like Patrick, I now have a large tax obligation upcoming and have sold XRP (over ▮) in the closing days of April - and during the start of May.
>> I believe I sent you my wallets - but I'm not sure if I was explicit about approvals to sell.
>>
>> Please let me know what you need from me.
>>
>> Best,
>> Brad

CONFIDENTIAL
RPLI_SEC 0864078

---------- Forwarded message ----------
From: **Brad Garlinghouse** <████@ripple.com>
Date: Fri, May 5, 2017 at 6:14 PM
Subject: Re: code of conduct
To: Patrick Griffin <████@ripple.com>
Cc: Antoinette O'Gorman <████@ripple.com>

Aog is the arbiter of these things.   Adding her here.

As she is on vacation, if you don't hear from her in a few days you and I can discuss the best path forward.

Sent from my iPhone

On May 5, 2017, at 6:08 PM, Patrick Griffin <████@ripple.com> wrote:

Hi Brad,
I'm trying to get some liquidity to cover my state tax bill on the XRP grant and will be need to be in a range above the ████ limit in code of conduct (likely closer to ████. Can you please confirm that I have the all-clear?

Patrick

---
Patrick Griffin
SVP Business Development | Ripple
████ripple.com

CONFIDENTIAL
RPLI_SEC 0864079