# PX 670

0832-AT-SN   Document 860-25   Filed 06/18/2



**Alloy Networks** @alloynetworks · Jun 12, 2020

The Checks amendment now has support from every single independent validator! One for the history books.

Perhaps @Ripple would also consider supporting this amendment? @nbougalis @JoelKatz

> 🜲 **Alloy Networks** @alloynetworks · Jun 3, 2020
> The checks amendment should be enabled on 18th June if it holds majority for the next two weeks. This is the first one to reach majority based entirely on independent validators. twitter.com/alloynetworks/...

♡ 7    ⟲ 11    ♡ 51    ⬆



**NIKB** @nbougalis · Jun 12, 2020

Replying to @alloynetworks @Ripple and @JoelKatz

On the one hand, I think that having an amendment go through with Ripple's validators yelling "NOOOO!" as fervently as Picard did in StarTrek: First Contact is awesome.

On the other hand, it's not good to be seen as obstructionists, voting no in the face of overwhelming support.



♡ 4    ⟲    ♡ 11    ⬆



**NIKB**
@nbougalis

Replying to @nbougalis @alloynetworks and 2 others

And as @JoelKatz and I said before, there are no reasons for voting against the Checks amendment; it was just the conservative position to take, in response to no exchanges/wallets having support for the feature.

1:13 PM · Jun 12, 2020 · Twitter for iPhone

10 Likes