PX 672

filed under seal

as

D.E. 670-26