# PX 673

This site uses cookies to improve your browsing experience and perform analytics and research. To change your preferences, see our Cookies & Tracking Notice.
Otherwise, clicking "Accept all Cookies" indicates you agree to the use of cookies on your device.

Accept all Cookies



Wallet

Features New
Company
Sign In
Sign Up

HOME > COMPANY > ANNOUNCEMENT

26 JANUARY 2015

# Announcement



We are proud to announce a brand new gateway called GateHub opening in February 2015.

GateHub is a carefully crafted combination of Gateway and Client. It allows existing ripple users to quickly transfer money in and out of the network. Additionally it makes it easy for new users to learn about ripple and use it out of the box.

Say goodbye to complicated procedure of creating wallets and funding them. GateHub does everything automatically. Sending money is now just as easy as sending an email.

Our company is incorporated in United Kingdom with majority of the team operating from Slovenia and USA.

Issuing currencies: USD and EUR (more currencies coming).

Visit gatehub.net now and subscribe for an early access.

## Features


- Easy to use and beautiful

- Integrated Ripple Client

- Multiple Ripple Wallets

- Import from Rippletrade

- Send money to anyone via Email

- SEPA and International Wire Transfers

- Email notifications for your Ripple Wallets

- Secure and Encrypted

- Buy XRP

- Trading platform (coming Q1 2015)

## Team

- Enej Pungerčar, founder and CEO

- Anžej Simičak, co-founder and COO

## Investors & Advisors

- Greg Kidd, CRO Ripple Labs

- Nejc Kodrič, CEO Bitstamp
- George Frost, Lawyer

## Contact

We want to learn what we did well and where we can improve.

Please send your feedback to any of the following contacts.

General information: info@gatehub.net

Support: support@gatehub.net

Official social media:

Facebook

Twitter

## About the founder

For me it all started with Bitcoin. While studying architecture and working as a freelance web designer and developer, Nejc Kodrič contacted me one day and asked me to design him a website. He explained what Bitcoin is and how he believes it will change the world. I thought he was nuts. But after a while it became clear that we could make the world a better place. Bitcoin is amazing but it has limitations when it comes to everyday use. That's where Ripple steps in.

Working for Bitstamp from the very beginning made me very fortunate to be one of the first people to get to know Ripple.

It was hard to grasp on everything it can do. But after using it for a while I realized that the founders of this protocol are up to something. Money right now is boring. There is no Twitter, Instagram or Facebook for money. You can't have cool apps to visualize your income or spending. The reason for that is simply because we don't have a protocol through which these apps could communicate with each other. We don't have an API for money.

Ripple is that protocol, it is that API which we can use right now.

Knowing all that I decided that the only way to make everybody see the future is to bring the future to them. That's how the idea of a new gateway was born. Me and my colleagues worked very hard for the last year to create something truly useful.

We hope you'll love it as much as we do!

Enej Pungerčar, CEO and founder of GateHub Ltd.

Share this



Tags: COMPANY   CRYPTOCURRENCY   GATEWAY   FINTECH   CRYPTO   GATEHUB   FINANCE   RIPPLE

**GateHub**
Read *more posts* by this author.

Read More



— GateHub —
# Company






An Important Achievement: GatteHub Receives the Socially Responsible Employer Certificate

Share this 👉 

Why Your Company Should Be More Socially Responsible

GateHub Update: Criminal Proceedings in France

Wallet Protect for the XRPL is live

GateHub is a Socially Responsible Employer

See all 36 posts →

**COMPANY**

### GateHub is open for public

We're excited to announce GateHub is now open for everyone - no invitation needed. You can even import all of your RippleTrade wallets to manage them on one page.

15 APRIL 2015                           1 MIN READ



| PRODUCTS | COMPANY | HELP | SOCIAL |
|---|---|---|---|
| Wallet | About | Fees | Twitter |
| Markets | Blog | Support | Facebook |
| Explorer | Careers | System Status | LinkedIn |
| | | Terms & Policies | |