# PX 674



and Gateway Risks

April 22, 2015

by

ONFIDENTIAL

Confidential. Not for transmission.



RPLI_SEC 0490480

# Table of Contents

| Section | | Page |
|---|---|---|
| 1. | Introduction | 3 |
| 2. | ████ Background/Mission | 4 |
| 3. | Work Done to Date | 5 |
| 4. | Gateways | 6 |
| 5. | Largest Gateway Snapshot | 7 |
| 6. | Challenges for Gateways | 8 |
| 7. | Voice of the Gateway Operator | 9 |
| 8. | The Ideal Gateway | 10 |
| 9. | Gateway Risks | 11 |
| 10. | Importance of Gateways | 12 |
| 11. | Minimum Disclosure Standards | 13 |
| 12. | ████ Weaknesses | 14 |
| 13. | Ripple Labs' Gateway Support Options | 15 |
| 14. | Dedicated Gateway Team/Practice | 16 |
| 15. | De-risking the Gateway Ecosystem | 18 |
| 16. | Appendices | 20 |

Confidential. Not for transmission.

# 1. Introduction - About Me

- Founder of █████████
  - ○ Rating service for crypto asset issuers
  - ○ Seed funding from ██████████████
- President of ████ (elected November 2014)
- Ripple community member (since 2013)
- 10 years in management consulting and financial services
- Crypto-related consulting work with banks and other FI's

Confidential. Not for transmission.

3

CONFIDENTIAL

# 2. ███████ Mission/Background

███████ mission is…

*"to provide educational resources, set standards and best practices for the operation of various Ripple businesses, and organize the opinions of membership into actionable projects that serve to advance development of the Ripple protocol and its surrounding ecosystem."*

- Founded by ███████████████████ operator) in 2013
- Researched and organized by ████████ in mid 2014
- Executive committee elected in November 2014
  - President - ████████
  - Treasurer - ████
  - Secretary - ████ 

*Confidential. Not for transmission.*

CONFIDENTIAL

RPLI_SEC 0490483

# 3. ██████  Work Done to Date

- Professionalized, properly incorporated, 501c(3)
- Website launched - *www*██████*org*
- State of the Ripple gateway ecosystem report
- Processing new member applications - ongoing
  - GateHub
  - PaxMoneta
  - TokyoJPY
  - Mr. Ripple
  - DigitalGate Korea
  - Etc.



Supporting businesses built on Ripple

The International Ripple Business Association (IRBA) provides disclosure standards and best practices to establish trustworthy and secure services for Ripple users.

Join

*Confidential. Not for transmission.*

CONFIDENTIAL                                                                 RPLI_SEC 0490484

# 4. Gateways - What are They?

- Pseudo financial institutions
- Unlicensed
- Unregulated
- Frontiers of finance
- Founded by crypto-aficionados
- Very, very risky...



**Gateways epitomize the 'lying awake at night' problem**

Confidential. Not for transmission.

6

CONFIDENTIAL

RPLI_SEC 0490485

# 5. Largest Gateways (> $100k marketcap)

| Rank | Gateway | IOUs Issued | Market Cap. (USD) |
|------|---------|-------------|-------------------|
| 1 | SnapSwap | USD, EUR, BTC | |
| 2 | Bitstamp | USD, BTC | |
| 3 | TokyoJPY | JPY | |
| 4 | RippleCN | CNY | |
| 5 | **RippleTradeJapan** | **JPY** | |
| 6 | Ripple China | CNY | |
| 7 | Pax Moneta | KRW | |

*All data as of February 5, 2015*

**Market is dominated by a small number of gateways**

Confidential. Not for transmission.

7

CONFIDENTIAL

# 6. Key Challenges for Gateways

- Limited capital
- Small teams of 1-2 people
- Low IOU market caps
  - Low transaction volume
- Low liquidity
  - Wide spreads with limited depth
- Technology and Security
  - Bespoke implementations of gateway software
  - Rippled is "fragile software"
- Customer confidence
  - *"gateway risk & credit risk. I cross my fingers" - Ripple Market Maker*
- Regulation and banking partners
  - UK and US pose high regulatory challenges
  - Stable banking relationships are a problem

**Gateways need more scale to be successful businesses**

Confidential. Not for transmission.

CONFIDENTIAL

8

RPLI_SEC 0490487

# 7. Voice of the Gateway Operator

- A single message for Ripple Labs?
  - *"sigh - support the gateways"*
  - *"treat us more fairly - Ripple Labs is too focused on banks"*
  - *"continue supporting the little guy"*
  - *"Ripple Labs almost doesn't care about the small ecosystem"*
  - *"KYC attestation between ▮▮▮▮ gateways"*
  - *"decentralized ID with single sign on"*
  - *"help with marketing"*
  - *"more support, more awareness, more user accounts"*
  - *"help with IOU liquidity"*
  - *"merchant service tools"*
  - *"keep at it"*
  - *"keep up the good work"*

Several unmet needs.  And some compliments for RL too

*Confidential.  Not for transmission.*

9

CONFIDENTIAL

RPLI_SEC 0490488

# 8. The Ideal Gateway

- Well capitalized
- Multi asset (USD, EUR, CNY, BTC, etc.)
- Multi jurisdictional (via local partners?)
- Insured accounts (government or private?)
- Highly liquid (enough for b2b transfers)
- Audited (in realtime?)
- Transparent governance and disclosures
- Extremely secure, robust software
- Outstanding UX
- Gateway to XRP, and for FX transfers
- Operational best practices
- Strong banking relationships
- Regulated with appropriate licensing

## A business-grade gateway has a high bar

*Confidential. Not for transmission.*

10

CONFIDENTIAL

RPLI_SEC 0490489

# 9. Gateway Risks

- Insolvency (intentional or unintentional)
  - Insufficient reserves
- Unsustainable business models
  - Negative operating cash flow
- Moral hazard
  - Borrow from customer deposits "just this month"
- Inexperienced operators
  - Discovering the 'magic' of fractional reserve
- Disregard for regulations
- Lack of technical expertise







**A reputational disaster (or worse) for Ripple waiting to happen**

*Confidential. Not for transmission.*

CONFIDENTIAL

11

RPLI_SEC 0490490

# 10. The Importance of Gateways

- Ripple is a network business
  - Banks, market makers and gateways all add value
- Ripple Labs is focused almost entirely on banks
  - Banks will limit access to Ripple
  - Users won't even know they are using Ripple
  - Banks want to minimize risk to their banking licenses
- Independent gateways offer an alternate path
  - Gateway assets are more likely to use XRP as the base asset
  - Users can buy XRP directly
  - Greater opportunity for market makers to provide liquidity

**Most demand for XRP will come via independent gateways**

*Confidential. Not for transmission.*

12

CONFIDENTIAL

RPLI_SEC 0490491

# 11. Minimum Disclosure Standards

1. Corporate address and business registration number
2. Email and phone contact details
3. Names of officers
4. Site protected with SSL certificate
5. Banking partner details (kept private but verified)
6. Deposit, withdrawal and transfer fees
7. Segregated accounts for customer deposits
8. Frequent (daily, weekly?)balance updates for all assets in custody
9. Compliance with existing local regulations and laws
10. Customer service that is responsive within 24 hours (or better)
11. KYC requirements in gateway's jurisdiction

**Transparency = Trust**

Confidential.  Not for transmission.

CONFIDENTIAL

13

RPLI_SEC 0490492

# 12. ████ s Weaknesses

- Resources
  - President + Treasurer 1.5 days per week
- Team
  - Too many chiefs
- Structure
  - Not-for-profit with elected executive committee
- Standing
  - Gateways are very communicative when they need something
- Enforcement
  - ████ has no teeth
- Legal
  - ████ is more than a membership association
  - No current liability (E&O) or D&O coverage coverage

Confidential. Not for transmission.

CONFIDENTIAL

RPLI_SEC 0490493

# 13. RL Gateway Support Options

- Providing a SaaS backbone for gateways?
  - ▮▮▮▮▮ (or other software)
  - KYC via single sign on
  - Simple market making bot for early liquidity
  - Frontend and account management
  - Operational best practices, etc.
- Investing in gateways?
  - Provider of launch capital
  - Forgivable loans for development and/or liquidity
  - Liquidity capital before institutional market makers arrive
- Operating gateways?
  - Technical partner
  - Business partner

**Gateways need more support than they currently get**

Confidential. Not for transmission.

15

CONFIDENTIAL

RPLI_SEC 0490494

# 14. Dedicated Gateway Team

- Business development focus
    - #1 - Support existing gateways
    - #2 - Integrate with existing money transfer businesses
    - #3 - Develop new gateway operators
- Software development
    - ○ ███████ (or equivelant)
    - ○ Front end user account management
    - ○ Market making tools for liquidity
    - ○ KYC processes
    - ○ ████ contracts for automated bridges
- Baseline legal/compliance assistance
    - ○ Banking partners
    - ○ Local MSB compliance
    - ○ Robust docs describing Ripple in legal terms
- Provide XRP for launch funding and initial liquidity

*Confidential.  Not for transmission.*

CONFIDENTIAL

RPLI_SEC 0490495

# 14. Dedicated Gateway Team *contd.*

- Operating best practices
  - Security
  - Transparency
  - Compliance
- Insured gateway accounts
- Cross gateway & asset liquidity via market makers
- Marketing assistance
  - b2b international transfers is where the money is
  - but...XRP traders/investors are the first adopters

**Strong independent gateways are a vital part of the ecosystem**

*Confidential. Not for transmission.*

17

CONFIDENTIAL

# 15. De-Risking the Gateway Ecosystem

- Ripple Labs has a choice to make
- Proper standards are needed
  - Audited financial statements
  - Minimum capital requirements
  - Frequent bank balance updates
  - Operator background checks
  - Personal contact with the operator
- Enforcement
  - █████
  - Ripple Labs
- Reporting to local regulators
- Gateway operator education

**Focus on developing a 'Tier 1' gateway network**

Confidential. Not for transmission.

18

CONFIDENTIAL

RPLI_SEC 0490497

# Questions?

**Contact:**





"I'll be happy to give you innovative thinking. What are the guidelines?"

Confidential. Not for transmission.

19

CONFIDENTIAL

RPLI_SEC 0490498

# 16.  Appendix
# Fees Charged by Top Gateways

| Gateway | Fees | | |
|---|---|---|---|
| | Deposit | Withdrawal | Transfer |
| SnapSwap US | | | |
| SnapSwap EU | | | |
| btc2ripple (SS) | | | |
| Bitstamp | | | |
| RippleCN | | | |
| Ripple China | | | |
| **Ripple Trade Japan** | | | |
| Tokyo JPY | | | |
| Pax Moneta | | | |

## A variety of fee structures across gateways

Confidential.  Not for transmission.

20

CONFIDENTIAL

# 16.  Appendix
# Voice of the Gateway Operator (a)

- Biggest lessons learned to date?
  - ▮▮▮▮▮▮ *'s not ready for primetime"*
  - *"follow all the rules"*
  - *"it isn't feasible to run rippled"*
  - *"it's so early"*
  - *"it took a long time to get a bank account"*
  - *"hard work with regulatory hurdles"*
  - *"not as much demand for gold IOUs as I thought"*
- How are you staffed?
  - *"2 people + part time help"*
  - *"3 founders"*
  - *"development team, business development, support"*
  - *"tech guy plus business guy"*
  - *"just a single founder"*
  - *"4 people with varying time commitments"*
  - *"no dedicated people on the Ripple gateway"*

*Confidential.  Not for transmission.*

21

CONFIDENTIAL

## 16.  Appendix
## Voice of the Gateway Operator (b)

- What functions can be centralized by RL?
  - *"KYC and identity is the biggest pain point"*
  - *"KYC should be centralized"*
  - *"trusted KYC between gateways"*
  - *"centralized, trusted KYC attestor"*
  - *"good docs explaining Ripple in legal terms would be useful"*
  - *"cold storage hot wallet functionality"*
- How much capital is needed?
  - *"capital requirements are low with the right people"*
  - *"under $75,000"*
  - *"$200k to be safe"*
  - *"anyone can set up a gateway at no cost"*
  - *"$100k probably - $50k for liquidity, $50k for operations"*
  - *"$50k for salary, $50k for liquidity"*
  - *"depends on the scale of the business - can be low or high"*

*Confidential.  Not for transmission.*

CONFIDENTIAL

## 16.  Appendix
## Voice of the Gateway Operator (c)

- Who are your customers?
  - *"bitcoiners playing with XRP"*
  - *"XRP investors & speculators"*
  - *"remittance users"*
  - *"business transfers"*
  - *"mainly trading and investment"*
  - *"expat remittances"*
  - *"students wanting cheap transfers from mom and dad"*
  - *"all bitcoin users"*
- Where does revenue come from?
  - *"deposit & withdrawal fees - I don't like them"*
  - *"transfer fee"*
  - *"chomping at the bit to get a remittance business going"*
  - *"interest spread"*
  - *"other services on top of the gateway"*
  - *"payments are the way forward"*

*Confidential.  Not for transmission.*

23

CONFIDENTIAL

RPLI_SEC 0490502

## 16.  Appendix
## Voice of the Gateway Operator (d)

- How can RL support growth?
  - *"support other gateways to come on board"*
  - *"better support for liquidity"*
  - *"forgivable XRP loan for building additional services"*
  - *"market making bot would be useful"*
  - *"improve the Ripple UX - too complicated"*
  - *"promote interest and awareness of Ripple in the region"*
  - *"connect with bank endpoints"*
- What are the biggest challenges you face?
  - *"isolation is a challenge - community is small"*
  - *"limited liquidity"*
  - *"regulatory uncertainty"*
  - *"almost certainly regulation"*
  - *"on the technical side - rippled"*
  - *"compliance & regulations, banking relationships"*

Confidential.  Not for transmission.

CONFIDENTIAL

RPLI_SEC 0490503

# 16.  Appendix
# Voice of the Gateway Operator (e)

- Banks - competitive or symbiotic?
  - *"gateways were a kind of cheat to get off the ground"*
  - *"gateways can focus on features that banks can't"*
  - *"banks are symbiotic - different customers"*
  - *"banks are just parallel"*
  - *"potential banking competition"*
  - *"gateways will benefit from the network effect"*
- Gateway onto other networks?
  - *"Stellar, sure - we are network agnostic"*
  - *"open to being a gateway on other networks"*
  - *"no interest in other networks"*
  - *"we might consider Stellar - their representative contacted us"*
  - *"other networks are quite experimental"*
  - *"we are a technology company"*
  - *"RL - best team, broadest reach, biggest brand"*

*Confidential.  Not for transmission.*

CONFIDENTIAL

RPLI_SEC 0490504