# PX 676

| Source | Pair | Country | URL |
|---|---|---|---|
| Abucoins | XRP/BTC | Poland | https://abucoins.com/ |
| AEX | XRP/BTC | United Kingdom | https://www.aex.com/ |
| Altcoin Trader | XRP/ZAR | South Africa | altcointrader.co.za |
| BCEX | XRP/BTC | China | https://www.bcex.ca/ |
| Binance | XRP/BTC | Hong Kong | https://binance.com/ |
| Bitbank | XRP/JPY | Japan | https://bitbank.com/ |
| Bitcoin Indonesia | XRP/IDR | Indonesia | https://www.bitcoin.co.id/ |
| Bitcoin Indonesia | XRP/BTC | Indonesia | https://www.bitcoin.co.id/ |
| Bitfinex | XRP/USD | Hong Kong | https://www.bitfinex.com/ |
| Bitfinex | XRP/BTC | Hong Kong | https://www.bitfinex.com/ |
| BitFlip | XRP/RUB | Russia | https://bitflip.cc/ |
| BitFlip | XRP/USD | Russia | https://bitflip.cc/ |
| BitFlip | XRP/BTC | Russia | https://bitflip.cc/ |
| Bithumb | XRP/KRW | Korea | https://www.bithumb.com/ |
| Bits Blockchain | XRP/BTC | China | https://bitsblockchain.com/website/inicio |
| Bitsane | XRP/BTC | Ireland | https://bitsane.com/ |
| Bitsane | XRP/EUR | Ireland | https://bitsane.com/ |
| Bitsane | XRP/USD | Ireland | https://bitsane.com/ |
| Bitsane | XRP/ETH | Ireland | https://bitsane.com/ |
| Bitsane | XRP/LTC | Ireland | https://bitsane.com/ |
| Bitso | XRP/MXN | Mexico | https://bitso.com/?l=en |
| Bitso | XRP/BTC | Mexico | https://bitso.com/?l=en |
| Bitstamp | XRP/USD | Slovenia | https://www.bitstamp.net |
| Bitstamp | XRP/BTC | Slovenia | https://www.bitstamp.net |
| Bitstamp | XRP/EUR | Slovenia | https://www.bitstamp.net |
| Bitstamp (Ripple Gateway) | XRP/USD | Slovenia | https://www.bitstamp.net |
| Bitstamp (Ripple Gateway) | XRP/BTC | Slovenia | https://www.bitstamp.net |
| Bittrex | XRP/BTC | USA | https://bittrex.com/ |
| Bittrex | XRP/USDT | USA | https://bittrex.com/ |
| Bittrex | XRP/ETH | USA | https://bittrex.com/ |
| BTC Markets | XRP/AUD | Australia | https://www.btcmarkets.net/ |
| BTC Markets | XRP/BTC | Australia | https://www.btcmarkets.net/ |
| BTC38 | XRP/CNY | China | http://www.btc38.com/ |
| BTCXIndia | XRP/INR | India | https://btcxindia.com/ |
| BTER | XRP/BTC | China | https://bter.com/ |
| BTER | XRP/CNY | China | https://bter.com/ |
| BX Thailand | XRP/THB | Thailand | https://bx.in.th/ |
| CEX.IO | XRP/USD | UK | https://cex.io/ |
| CEX.IO | XRP/EUR | UK | https://cex.io/ |
| CEX.IO | XRP/BTC | UK | https://cex.io/ |
| Changelly | XRP/Many | Czech Republic | https://changelly.com/ |
| Circle | | USA | https://www.circle.com |
| Coincheck | XRP/JPY | Japan | https://coincheck.com |
| Coinegg | XRP/BTC | United Kingdom | https://www.coinegg.com/ |
| Coinone | XRP/KRW | Korea | https://coinone.co.kr/ |
| Coinrail | XRP/KRW | Korea | https://coinrail.co.kr/ |

| Name | Pair | Country | URL |
|---|---|---|---|
| Cryptomate | XRP/GBP | United Kingdom | https://cryptomate.co.uk/ |
| Cumberland Mining | | USA | https://www.cumberlandmining.com |
| Exmo | XRP/BTC | Russia | https://exmo.com |
| Exmo | XRP/USD | Russia | https://exmo.com |
| Exmo | XRP/RUB | Russia | https://exmo.com |
| Exrates | XRP/BTC | USA / Armenia | https://exrates.me/dashboard |
| Exrates | XRP/USD | USA / Armenia | https://exrates.me/dashboard |
| Gate.IO | XRP/USDT | N/A | https://gate.io/ |
| Gatehub (Ripple Gateway) | XRP/BTC | Slovenia | https://gatehub.net/ |
| Gatehub (Ripple Gateway) | XRP/USD | Slovenia | https://gatehub.net/ |
| Gatehub (Ripple Gateway) | XRP/ETH | Slovenia | https://gatehub.net/ |
| Gatehub (Ripple Gateway) | XRP/EUR | Slovenia | https://gatehub.net/ |
| Gatehub (Ripple Gateway) | XRP/REP | Slovenia | https://gatehub.net/ |
| Gatehub (Ripple Gateway) | XRP/QAU | Slovenia | https://gatehub.net/ |
| Gatehub (Ripple Gateway) | XRP/ETC | Slovenia | https://gatehub.net/ |
| Genesis Trading | | USA | https://genesistrading.com/ |
| GMO Coin | | Japan | https://coin.z.com/jp/index.html |
| HitBTC | XRP/BTC | Hong Kong | https://hitbtc.com/ |
| Huobi Pro | XRP/USDT | Hong Kong | https://huobi.pro |
| Huobi Pro | XRP/BTC | Hong Kong | https://huobi.pro |
| Koinex | XRP/INR | India | https://koinex.in/exchange/ripple |
| Korbit | XRP/KRW | Korea | https://korbit.co.kr |
| Kraken | XRP/EUR | USA | https://www.kraken.com |
| Kraken | XRP/BTC | USA | https://www.kraken.com |
| Kraken | XRP/USD | USA | https://www.kraken.com |
| LiteBit.eu | XRP/EUR | Netherlands | https://www.litebit.eu/en |
| Mr. Ripple (Ripple Gateway) | XRP/JPY | Japan | https://mr-ripple.com/ja |
| Mr. Ripple (Ripple Gateway) | XRP/BTC | Japan | https://mr-ripple.com/ja |
| Mr. Ripple (Ripple Gateway) | XRP/ETH | Japan | https://mr-ripple.com/ja |
| Mr. Ripple (Ripple Gateway) | XRP/USD | Japan | https://mr-ripple.com/ja |
| Mr. Ripple (Ripple Gateway) | XRP/ETC | Japan | https://mr-ripple.com/ja |
| Mr. Ripple (Ripple Gateway) | XRP/REP | Japan | https://mr-ripple.com/ja |
| Mr. Ripple (Ripple Gateway) | XRP/LTC | Japan | https://mr-ripple.com/ja |
| My Dice Wallet | XRP/BTC | Japan | https://mydicewallet.com/ |
| MyCryptoWallet | XRP/AUD | Australia | https://mycryptowallet.com.au/ |
| Octogon | | USA | https://www.octfinancial.com/ |
| OKEx | XRP/BTC | Japan | https://www.okex.com/ |
| Poloniex | XRP/BTC | USA | https://poloniex.com/ |
| Poloniex | XRP/USDT | USA | https://poloniex.com/ |
| Qryptos / Quoine | XRP/BTC | Japan | https://www.qryptos.com/ |
| Rippex | XRP/BRL | Brazil | https://rippex.net |
| Ripple China (Ripple Gateway) | XRP/CNY | China | https://ripplefox.com/ |
| RippleFox (Ripple Gateway) | XRP/CNY | China | https://ripplefox.com/ |
| RippleFox (Ripple Gateway) | XRP/XLM | China | https://ripplefox.com/ |
| Shapeshift | XRP/Many | Switzerland | https://shapeshift.io |
| Stellar Decentralized Exchange | XLM/XRP | N/A | N/A |
| The Rock Trading (Ripple Gateway) | BTC/XRP | Malta | https://therocktrading.com |

| | | | |
|---|---|---|---|
| The Rock Trading (Ripple Gateway) | XRP/EUR | Malta | https://therocktrading.com |
| The Rock Trading (Ripple Gateway) | XRP/USD | Malta | https://therocktrading.com |
| XTremcoin | XRP/TRY | France | https://www.xtremcoin.com/ |
| ZB.com | XRP/USDT | Hong Kong | https://zb.com |
| ZB.com | XRP/BTC | Hong Kong | https://zb.com |