PX 677

Case 1:20-cv-10832-AT-SN   Document 870-31   Filed 06/18/23   Page 1 of 6

## 2014 XRP II Sales: Geographic Concentration

| Country | Volume (USD) | Percent volume |
|---|---|---|


| | Total: | |

 Entities

| Country | Entity Name | Volume (USD) |
|---|---|---|


Total:
Percent Volume of total XRP Sales

 Entities

| Country | Entity Name | Volume |
|---|---|---|

Total:
Percent Volume of total XRP Sales 

Monthly Sum 2014

| Month | Total | |
|---|---|---|
| Jan | | |
| Feb | | |
| March | | |
| April | | |
| May | | |
| Jun | | |
| Jul | | |
| Aug | | |
| Sept | | |
| Oct | | |
| Nov | | |
| Dec | | |
| Total | | |

Monthy Sum 2013

| Month | Total | |
|---|---|---|
| Aug | | |
| Sept | | |
| Oct | | |
| Nov | | |
| Dec | | |
| Total | | |

Total 2013-2014



