PX 678

 Explore

Settings

IN @Ianbins · Jun 6, 2020
Looming XRP Upgrade to Implement Unusual Feature Despite Apparent Opposition From Ripple | The Daily Hodl



dailyhodl.com
Looming XRP Upgrade to Implement Unusual Feature Despite Appare...
Validators on the XRP Ledger have voted to adopt a new amendment allowing users to take advantage of a new feature that functions like ...

14      33      117

This Tweet was deleted by the Tweet author. Learn more

 Justxrp ☀️Ω @XrpJust · Jun 6, 2020
Also it states that checks once created, but uncashed, remain on the network until cashed...could a flood of check creations without intent to cash them cause network congestion ?

1      1      5

 David Schwartz ✓ @JoelKatz · Jun 6, 2020
Replying to @XrpJust and @Ianbins
When considering attacks that new features might allow, it's often helpful to compare the new attack the worst existing attack and if it's worse, then you should worry. If not, then you don't need to worry. 1/2

2      10

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up





The worst analogous attack would be someone creating lots and lots of offers. This is less harmful than that attack because offers are indexed by rate and checks aren't. Since that is acceptable, checks don't create any new risk from creating lots of them. 2/2

1 11

This Tweet was deleted by the Tweet author. Learn more

Explore

Settings

Search Twitter

## Tweet

**David Schwartz**
@JoelKatz

Any change to a public ledger system has costs associated with it to everyone who uses that system. At an absolute minimum, they have to ensure the change doesn't break any behavior that they're relying on. So the bar for accepting a change should be pretty high. 1/2

3:33 PM · Jun 6, 2020 · Twitter Web App

**3** Retweets **30** Likes

**David Schwartz** @JoelKatz · Jun 6, 2020
Replying to @JoelKatz @XrpJust and @Ianbins
We haven't seen all that much demand for this feature. So we never were quite convinced the benefits exceeded that basic "cost of any change in behavior". But others could certainly disagree. If we opposed it for any significant reason, we'd certainly say so! 2/2

6 7 48

**BulldawgBrewer** @BullDawgBrewer · Jun 6, 2020
Replying to @JoelKatz @XrpJust and @Ianbins
Thank you! This was helpful

3

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**David Schwartz** @JoelKatz Follow
Improving global settlement with blockchain tech. CTO at Ripple; one of the original architects of the XRP ledger.

**Justxrp** @XrpJust Follow
$XRP $XSP $FLR $SGB $XDC $ELS $EQ, I believe in Crypto, Being a good Dad, we are infinite consciousness. The World is a Stage. Corporal of Marines

IN

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

# Explore

# Settings



Television · Last night
**Watch What Happens: Live** airing on Bravo



**The Washington Post** ✓ · Yesterday
**Exclusive: How police action in Indonesia led to a deadly crush in the soccer stadium**



**WSJ Health** ✓ · Yesterday
**New abortion restrictions are changing where and how future obstetrician-gynecologists are trained**



**POPSUGAR UK** ✓ · 4 hours ago
**Taylor Swift Reveals the Complete Tracklist for "Midnights", Including a Surprise Duet**

Trending with lana, #MayhemTilTheMorning

Careers · Trending
**ASUU**
44.7K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More...
© 2022 Twitter, Inc.

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up



Explore

Settings

The worst analogous attack would be someone creating lots and lots of offers. This is less harmful than that attack because offers are indexed by rate and checks aren't. Since that is acceptable, checks don't create any new risk from creating lots of them. 2/2

1 11

This Tweet was deleted by the Tweet author. Learn more

## Tweet

**David Schwartz**
@JoelKatz

Any change to a public ledger system has costs associated with it to everyone who uses that system. At an absolute minimum, they have to ensure the change doesn't break any behavior that they're relying on. So the bar for accepting a change should be pretty high. 1/2

3:33 PM · Jun 6, 2020 · Twitter Web App

**3** Retweets **30** Likes

**David Schwartz** @JoelKatz · Jun 6, 2020
Replying to @JoelKatz @XrpJust and @Ianbins
We haven't seen all that much demand for this feature. So we never were quite convinced the benefits exceeded that basic "cost of any change in behavior". But others could certainly disagree. If we opposed it for any significant reason, we'd certainly say so! 2/2

6 7 48

**BulldawgBrewer** @BullDawgBrewer · Jun 6, 2020
Replying to @JoelKatz @XrpJust and @Ianbins
Thank you! This was helpful

3

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**David Schwartz** @JoelKatz
Follow
Improving global settlement with blockchain tech. CTO at Ripple; one of the original architects of the XRP ledger.

**Justxrp** @XrpJust
Follow
$XRP $XSP $FLR $SGB $XDC $ELS $EQ, I believe in Crypto, Being a good Dad, we are infinite consciousness. The World is a Stage. Corporal of Marines

IN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

Explore

Settings

Television · Last night
Watch What Happens: Live airing on Bravo


The Washington Post · Yesterday
Exclusive: How police action in Indonesia led to a deadly crush in the soccer stadium


WSJ Health · Yesterday
New abortion restrictions are changing where and how future obstetrician-gynecologists are trained


POPSUGAR UK · 4 hours ago
Taylor Swift Reveals the Complete Tracklist for "Midnights", Including a Surprise Duet


Trending with lana, #MayhemTilTheMorning

Careers · Trending
ASUU
44.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.
Log in    Sign up