# PX 679

FOR IMMEDIATE RELEASE



# MEXICO GETS A RIPPLE GATEWAY

**Puebla, Mexico** – April 6th, 2014 – Bitso is pleased to officially announce today the launch of the first Ripple Gateway in Mexico, and first issuer of Mexican Peso (MXN) IOUs on the Ripple Network.

"Bitso is committed to developing the infrastructure required to revolutionise the incumbent remittance ecosystem in Mexico, harnessing the transformative new innovations of cryptocurrency," said Bitso CTO and co-founder Ben Peters.

In addition to facilitating directly the creation of a US-Mexico corridor on the Ripple network, this latest development will enhance the functionality of the Bitso Bitcoin Exchange, allowing for easier funding of accounts and boosted liquidity.

In addition to MXN issuance, Bitso, a member of the IRBA (International Ripple Business Association), is also an issuer of XBT (bitcoin) IOUs, with more currencies to come.

For more information, please visit **bitso.com**

### ABOUT BITSO
Bitso is a Mexican-based provider of cryptocurrency services, including remittance facilities and consultation. Operating from its offices in Mexico City, Puebla and Vancouver, Bitso manages Mexico's first Bitcoin Exchange. For more information, please visit bitso.com.

### ABOUT RIPPLE
The way moving money should be — simple, global, open, and practically free. Ripple is an open source person-to-person payment network — a simple way for anyone in the world to send money to anyone else at practically no cost.

### CONTACT
For further inquiries, please contact **press@bitso.com**

**Pablo Gonzalez**, CEO
39 Poniente 3515 Piso 5
Col. Las Ánimas
Puebla, Pue. México
Office: +52 222 141 4971
Cell: +52 222 126 6080
**pablo@bitso.com**

**Ben Peters**, CTO
Unit 816, West Hastings St
Vancouver, BC V6B 1N2
Cell: +1 778 994 2052
**ben@bitso.com**

\###

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-GFSC-E-0005453