# PX 682





CONFIDENTIAL

RPLI_SEC 0574083

## Why Does Decentralization Matter?

Increased decentralization:

- Makes XRP more attractive to developers
- Defends against existential threats
- Relieves regulatory pressure from geopolitical agents
- Positions XRP as global asset (not just US)
- Reduces reliance on Ripple

INTERNAL

RPLI_SEC 0574084



RPLI_SEC 0574085



RPLI_SEC 0574086



## XRP is More Decentralized than ETH/BTC

7 validators control
**50%**

4 mining pools control
**53%**

3 mining pools control
**58%**

*Decentralization is a subjective measure. Here, the number of distinct entities required to control 50% of the network is used as a comparative measure.*

INTERNAL   6

RPLI_SEC 0574087



## Recommended Criteria for Being a UNL Validator

1. Top performing validator (agreement rate & uptime)
2. Meets or exceeds minimum recommended technical spec (published)
3. Helps increase overall network diversity & fault tolerance (geo & system)
4. Demonstrated commitment to the XRP ecosystem (using XRP)

INTERNAL



RPLI_SEC 0574090



RPLI_SEC 0574091

# What Are Amendments?

- Proposals to change the XRP Ledger protocol

- Become enabled after 2 weeks of continuous approval from at least 80% of validators

- Past Amendments Examples
  - Multi-signing
  - Payment Channels
  - Escrow

- Future Amendments Planned
  - Cobalt
  - Deletable Accounts
  - Lite Accounts
  - Decentralized Verification Process

INTERNAL    11

RPLI_SEC 0574092

## Risks Associated With < 20% Dominance

1. Ripple can be locked out of the network
   a. Ripple can propose changes and the rest of network declines
   b. Ripple can't prevent a supermajority from activating an amendment.

2. Changes to previous Amendments can be approved without our involvement*
   a. Functionality of escrow
   b. Total supply and distribution of XRP

1. Modification of the UNL system

2. Increased risk of political fork

3. Increased risk of supermajority (80%) collusion

*Ripple is still a gatekeeper for the XRP Ledger open source code repository (merge access)

INTERNAL    12

RPLI_SEC 0574093



RPLI_SEC 0574094

## 2019 Decentralization: Enhance XRP Ledger Governance

**Ripple must continue to be a good steward and thought leader for the XRP Ledger.**

- Publish a standardized development and release process

- Facilitate coordination among external validators

- Form contingency plans for network disagreement

- Ensure forward progress is made on development

- Increase XRP community engagement

- Diversify UNL lists

INTERNAL   14

RPLI_SEC 0574095



CONFIDENTIAL

RPLI_SEC 0574096



RPLI_SEC 0574097

## 2019 Strategy: XRP Ledger Decentralization

- Further decentralizing the UNL:
  - Sub 20%
  - 1 Ripple validator
  - Increasing external validators
- Decentralized verification
- Easier onboarding
  - New packages and better default configurations
  - Better documentation and tutorials
  - Better tools for operators
- Mirrors for RPMs, DPKGs, and UNL lists
- Network monitoring

- Operator community
  - Emergency procedure
  - Communication
  - Amendments and updates
  - Disagreement resolution
- Developer community
  - APIs
  - Documentation and tutorials
  - Test-nets
  - Prototyping
  - More open development process
- Multiple UNLs (cobalt)

INTERNAL    17

RPLI_SEC 0574098



RPLI_SEC 0574099





RPLI_SEC 0574101