# PX 685 filed under seal as D.E. 670-39