# PX 686

# filed under seal

# as

# D.E. 670-40