1          MR. CERESNEY:  If you can continue to share the

2     screen, that would be great.

3          MS. WAXMAN:  Okay.

4          BY MS. WAXMAN:

5      Q    So I would like to direct your attention to

6     page 20, the first paragraph.  What does the first

7     paragraph talk about?

8      A    It talks about their costs and how they manage

9     liquidity today.

10     Q    Does it talk about costs incurred by MoneyGram

11    using traditional payments?

12     A    Yes.

13     Q    Traditional payment rails?

14     A    Yes.

15     Q    And is this your understanding based on

16    conversations that you've had about MoneyGram or with

17    MoneyGram of the costs that they incur using traditional

18    payment rails?

19     A    It is incomplete, but yes.

20     Q    What's missing from that?

21     A    The cost of capital.

22     Q    And do you know what the cost of capital is for

23    MoneyGram?

24     A    I do not.

25     Q    But you think that's an additional cost that

1    they bear/incur?

2        A    For certain.

3        Q    The second paragraph talks about fees that

4    MoneyGram incurs in connection with their use of the ODL

5    platform.  Is that your understanding?

6        A    Yes.

7        Q    And the fees that are identified, is this your

8    understanding of the fees that MoneyGram incurs in

9    connection with its use of ODL?

10       A    It is my understanding how they have

11   articulated those costs, yes.

12       Q    And is that accurate, those costs?

13       A    I don't know.

14       Q    Do you have any reason to believe that the

15   description of the fees that they incurred is inaccurate?

16       A    I don't have any reason to believe that, no.  I

17   mean, as I commented, you know, if you look at any

18   snapshot in time, it can tell an incomplete story and so

19   what these look like today versus fees look like in two

20   years, I'm thinking more about where the world's going in

21   X years than I am where we are right now.

22       Q    Okay.  But my -- today -- this document is from

23   November 22nd, 2019 and it bears the Bates stamp numbers

24   Moneygram_SEC_2 through 69.  But today, is this an

25   accurate description of MoneyGram's fees?

 1        A    I have no reason to not believe it's an

 2    accurate description as of the date it was written.  Not

 3    today.

 4        Q    And so what are the category of fees that they

 5    outline in the document?

 6        A    They outline third-party exchange fees, they

 7    outline spread -- they don't call it spreads but they

 8    outline spreads. That's what I think the second paragraph

 9    on page 20 is, referring to those two fees.

10        Q    And the third paragraph talks about the

11    commercial agreement between Ripple and MoneyGram and

12    payments that MoneyGram is to receive under the contract.

13            Is this description consistent with your

14    understanding of the terms of the commercial agreement

15    with MoneyGram?

16        A    I have no reason to not believe that it's

17    consistent.

18        Q    The fourth paragraph talks about additional

19    fees due to MoneyGram under -- from Ripple under the

20    contract.  It references 110 million in transaction fees.

21            Was this number subsequently reduced at any

22    time?

23        A    I am not sure.

24        Q    The amounts due to MoneyGram under the

25    commercial agreement, does Ripple disclose any of that

143

1    anywhere?

2         A    To whom?

3         Q    Does Ripple publicly disclose the terms of the

4    agreement or any of the payments that it makes to

5    MoneyGram in connection with the commercial agreement?

6         A    As a private company, no.

7         Q    Is there any reason why it doesn't disclose

8    this information?

9              MR. SOLOMON:  Don't answer the question if

10   answering it would reveal any advice you've gotten on the

11   subject from your attorneys.

12             THE WITNESS:  Sorry, if we could go back to --

13   your question is --

14             BY MS. WAXMAN:

15        Q    It's simply why doesn't Ripple disclose the

16   terms of the agreement with MoneyGram?

17        A    Because we're a private company and certainly

18   we would share that with our board of directors, but

19   with -- there is no requirements to share it publicly.

20   And as we build the business, there are lots of things we

21   do that we are not -- you know, that could be used by our

22   competitors to, at this nascent stage, be disruptive to

23   our growth and our strategy.

24        Q    The very last paragraph, it says that Ripple

25   pays transaction fees and that those fees are paid in

144

1    XRP.  Do you see that?

2        A    Yes.

3        Q    Did Ripple place any restrictions on

4    MoneyGram's sales of the XRP that it provided in

5    connection with the transaction fees?

6        A    I believe so.

7        Q    And are these restrictions similar to those

8    placed on financial institutions who purchase XRP at a

9    discount from Ripple?

10       A    I don't know.

11       Q    What restrictions did Ripple place on

12   MoneyGram's sales of that XRP?

13       A    I don't recall specifically.

14       Q    And what is the purpose of placing restrictions

15   on the sales of XRP by MoneyGram?

16       A    It's our intention to make sure that the impact

17   of Ripple's activities -- and I would call MoneyGram an

18   extension of Ripple's activities by virtue of using XRP

19   as an incentive -- that we don't have an impact on the

20   market.  And so by putting restrictions -- when I say the

21   market, I'm referring to the XRP market.  By putting

22   restrictions on their sales, we're mitigating the risk of

23   unexpected impacts on the market through Ripple or its

24   extended players like MoneyGram.

25       Q    And when you say impact to the market, are you

1    talking about impact to price and volume?

2        A    Yes.

3        Q    Can you turn now, on the top of page 21, it

4    says, "The following will illustrate the flow of funds

5    for both the traditional foreign exchange utilizing a

6    commercial bank and using the ODL platform, as well as

7    demonstrate the economics of both transactions.  For

8    illustration purposes, both scenarios will assume foreign

9    exchange rates stay constant."

10            This is page 22.  And this is page 23.  These

11   are the two charts.

12            And my understanding is that the two charts are

13   comparing the costs of the same -- how much it costs to

14   send a thousand dollars using traditional payment rails

15   verse the ODL platform.

16       A    I'm sorry, is there a question?

17       Q    Yes.  Based on these two illustrations, does it

18   cost MoneyGram more to use ODL than using traditional

19   payment rails?

20       A    Based upon these illustrations from MoneyGram

21   dated November of last year, I think it clearly

22   demonstrates that their analysis is it costs more.

23       Q    And how much does it cost to send the payment

24   that they use as an example using traditional rails,

25   according to this document?

1      A   $17.25 is what they're showing, I think.

2      Q   And how much does it cost --

3      A   Just in the context of -- sorry.  Go ahead.

4      Q   And how much does it cost to send the same

5 transaction using ODL, according to this document?

6      A   $156.75.

7      Q   If you turn to --

8      A   But if I can clarify one thing, I believe you

9 had stated that it was an analysis to moving $1,000.  my

10 reading of this is it's an analysis moving $22,477.

11      Q   Notional USD, okay.  But it's comparing apples

12 to apples?

13      A   No, it's not.

14      Q   No, it's not?  Are they comparing moving the

15 same amounts using traditional payments and moving the

16 same amount using ODL?

17      A   As I had shared earlier, I believe that any

18 analysis of costs is incomplete without understanding the

19 cost of capital.

20      Q   Do you believe the cost benefits from reducing

21 MGI's costs of capital outweighs the difference between

22 the costs on page 22 and 23?

23      A   I think that over the long haul, I'm very

24 confident in that.  If I were to use a little bit of math

25 from the document you shared with me, it says in the

1     document that on any given day, they have $120 million of

2     liquidity parked in accounts around the world. If you

3     assign for, you know, a corporate of their size, a cost

4     of capital of 10 percent, which seems reasonable --

5     probably theirs is more expensive because they have a lot

6     of debt. They have a debt problem. You know, that costs

7     them $12 million a year to pre-fund all those accounts.

8     $12 million a year is a lot of money and so you divide

9     that across a lot of transactions and there's a lot of

10    cost savings there.

11        Q    You said that you thought the benefits outweigh

12    the differences over the long haul. What about in

13    November 2019 and what about now?

14        A    Well, I guess the point I was trying to make is

15    I think this is an analysis that's not comparing apples

16    to apples, and that it is incomplete by not understanding

17    the value proposition of not pre-funding accounts. I

18    think this is showing their analysis based upon last

19    November. My point in saying the long haul is that

20    certainly the fees you see represented on page 23, at

21    least as identified in the top right corner of page 23,

22    those are fees as of last November and even since that

23    time, the fees involved have reduced. And I expect they

24    will continue to reduce, and so when I refer to the long

25    haul, I think about the ongoing dynamic.

1       Q    Did Ripple itself do the apples-to-apples

2 comparison comparing costs for -- MoneyGram's costs to

3 use traditional rails as opposed to its costs to use ODL?

4       A    I don't know.

5       Q    Did you publicly talk about ODL's ability to

6 reduce MoneyGram's costs?

7       A    I suspect I did.  That's why you're asking.

8       Q    When you --

9       A    I don't recall specifically is my -- I'm sure I

10 spoke publicly about the MoneyGram deal and I do believe

11 that On-Demand Liquidity has potential to significantly

12 reduce the costs associated with cross-border liquidity

13 management and, by extension, payments.

14       Q    You say the potential.  However, did you tell

15 customers that there were actual cost savings by using

16 xRapid or On-Demand Liquidity and at the time that you

17 made the statement, not in the future?

18       A    I don't recall.

19       Q    It is your understanding now sitting here today

20 that ODL provides cost savings to MGI?

21       A    I don't have that information available to me

22 because I don't have MoneyGram -- for example, I don't

23 have MoneyGram's cost of capital.

24       Q    Is it accurate to say that ODL saves MoneyGram

25 money today?

1         A    I don't know.

2         Q    Is it accurate to say that ODL saves MoneyGram

3    money as of November 2019?

4         A    I don't know.

5         Q    Did you say that ODL saved MoneyGram money?

6         A    I don't recall.

7         Q    If you turn to page 24, it talks about the

8    terms of the agreement, the commercial agreement and

9    payments that Ripple makes to MoneyGram and it talks

10   about rebate fees and transaction fees.

11            Would ODL be uneconomical for MoneyGram without

12   the payment of the rebate or transaction fee from Ripple?

13        A    I don't know.

14        Q    Based on this diagram and the information in

15   the document, would ODL be uneconomical absent these

16   payments?

17        A    Well, I mean, if you're just asking me to

18   ascertain the math on page 24, then I'm not going to

19   argue with what is printed on the page.  What I'm

20   pointing out, as I have, is that I don't know who did

21   this analysis and what is included in the analysis and my

22   impression is it doesn't include what I testified to this

23   morning.  The most important cost savings I believe was

24   ODL -- formerly known as xRapid -- is the cost savings

25   associated with liquidity management, which is absent

1    from this analysis.  Apparently --

2         Q    So when you're talking about cost savings, are

3    you only -- strike that.

4              When you were referring to cost savings, were

5    you only referring to savings resulting from --

6    associated with pre-funding?

7              MR. SOLOMON:  I'm sorry, when referring to cost

8    savings when?  I apologize if I missed it.  You're saying

9    generically when he was talking about cost savings or are

10   you talking about today?  And I apologize.  I may have

11   just missed it.

12             MS. WAXMAN:  No problem.

13             BY MS. WAXMAN:

14        Q    When you spoke about cost savings in connection

15   with ODL, either cost savings by MoneyGram or in general,

16   were you talking about cost savings related to

17   pre-funding or were you talking about additional cost

18   savings from other means?

19        A    When I testified this morning, I think the

20   primary cost savings I think about when I think about ODL

21   is associated with the benefit of the costs associated

22   with pre-funding.

23        Q    Are there costs associated with FX rates,

24   better FX rates?

25             Are there cost savings associated with better

1   FX rates?

2        A     I mean, based on what data?  Based upon what

3   MoneyGram has presented, their analysis, the answer -- I

4   think they are saying no.  Is that the question you're

5   asking?

6        Q     Well, just in general, I was asking the

7   question if there are cost savings from, you know, ODL

8   providing better FX rates.

9        A     I think that potential certainly exists.

10       Q     And were you thinking about that when you

11  referenced cost savings in connection with ODL?  Is that

12  what -- did you factor that in to your analysis?

13       A     Which reference of cost savings are you

14  referring to?

15       Q     Okay.  I'll strike that.  We can take a look at

16  some specific references.

17       A     Okay.

18       Q     I want you to turn to page 15 and point you to

19  the third paragraph where -- if you want to read that for

20  a minute, I have a question when you're done.

21       A     Okay.

22       Q     Did you ever discuss with MoneyGram their

23  understanding of their role under the commercial

24  agreement as a, quote, service provider rather than a

25  customer of ODL?

```
 1        A     I have no recollection.

 2        Q     What service is MoneyGram providing under the

 3   agreement according to this document?

 4        A     I mean, I guess you're asking me to interpret

 5   the document to opine on what service MoneyGram's

 6   providing Ripple?

 7        Q     Yes.

 8        A     Is that the question?

 9              I think the document's arguing that it doesn't.

10   I think that's the accounting position they're taking.

11        Q     I'm not talking about the accounting position.

12   I'm just talking generally, did you --

13        A     That whole section is about an accounting

14   treatment.

15        Q     Did you view MoneyGram as a customer of Ripple?

16        A     I view users of On-Demand Liquidity as

17   customers of Ripple.

18        Q     Did MoneyGram ever tell you that they viewed

19   the relationship differently and that they viewed

20   themselves as a service provider?

21        A     Well, my interpretation is they're seeking

22   certain accounting treatments with the SEC and so they're

23   taking a position in terms of how they're doing that.  I

24   think if you looked at Alex Holmes' comments -- and he

25   has spoken at some of our customer events -- he has
```

1   attended as a customer and has represented as a customer.

2       Q    Are you saying MoneyGram's representation to

3   the SEC, the Office of Chief Accountant, are not

4   accurate?

5           MR. CERESNEY:  You know, I'm not going to let

6   him answer that question, Daphna.

7           BY MS. WAXMAN:

8       Q    Did you discuss with MoneyGram whether they

9   understood it was more expensive for them to use ODL?

10      A    No.

11      Q    Did they ever tell you that it was more

12  expensive for them to use ODL?

13      A    They definitely, during the course of

14  discussions, shared that when they think -- when they

15  don't think about the costs of capital, they weren't

16  clear today that there were savings associated with using

17  ODL.

18      Q    So absent factoring the costs of capital, they

19  told you that -- what did they tell you?

20      A    They're not sure it was cost savings.

21      Q    And when did they tell you that?

22          MR. SOLOMON:  I just want to be careful when

23  talking about what did they tell you, when did they tell

24  you that.  I think you should just make clear if you

25  remember having a conversation, who was it with, or if

1    you're just having general recollections, not the crux of

2    the conversation.

3            THE WITNESS:  The one conversation I recall

4    because it -- which I found humorous -- is the

5    conversation with Alex Holmes, the CFO, discussing their

6    costs and Alex Holmes asking the CFO for their costs of

7    sending money into Mexico, and his analysis left out the

8    cost of capital.  I asked the CFO what about the cost of

9    capital.  There was a very long, dramatic pause.  I think

10   he felt awkward because he realized, in fact, yes, there

11   is a cost of capital and it wasn't included in his

12   analysis.

13           BY MS. WAXMAN:

14       Q    If you took out the cost of capital, would ODL

15   be more expensive for MoneyGram?

16       A    Based on MoneyGram's analysis as of last

17   November, I think the answer is yes.

18       Q    And based on what Alex Holmes has stated to you

19   or anyone else at MoneyGram, would you have the same

20   answer?

21       A    I don't have a different answer.  Yes, I

22   guess -- yes.

23       Q    And what about if you do include the cost of

24   capital as part of the analysis.  Is ODL still more

25   expensive for MoneyGram than using traditional payment

1    rails?

2        A    I don't know.

3        Q    Did Alex Holmes ever say anything to you about

4    that?

5        A    I don't recall.

6        Q    Did you ever discuss that with anyone at

7    Ripple?

8        A    Not that I recall.

9        Q    Now, talking about other customers other than

10   MoneyGram, was it -- did those customers incur cost

11   savings from using ODL?

12       A    If I can just clarify the question, you're

13   asking me to opine on the cost savings of other companies

14   in their analysis?

15       Q    Yes, but not to opine but based on your

16   specific conversations that you've had about the subject.

17       A    I don't recall.

18                   (SEC Exhibit No. 148 was marked for

19                   identification.)

20       Q    I would like you to turn to Exhibit 148 in the

21   binder.

22            MR. SOLOMON:   Before we move on, let me just

23   make sure, do you need a quick break, bathroom or coffee

24   or anything like that?   We're an hour and five minutes

25   in.

```
 1              THE WITNESS:  Maybe do the next exhibit and
 2    take a break, if that works for Daphna?
 3              MR. SOLOMON:  Assuming it doesn't take as long
 4    as the prior document.
 5              (Laughter.)
 6              MR. SOLOMON:  Daphna, do you expect this
 7    exhibit is going to be quicker or do you think it's going
 8    to be another significant amount of questioning?
 9              MS. WAXMAN:  It's only a four-page document.  I
10    think we can get through it fairly quickly.
11              BY MS. WAXMAN:
12         Q    So just for the record, let me explain Exhibit
13    148 to you.  I'm going to stop sharing my screen.  The
14    first page of Exhibit 148 is a screen shot of a video of
15    an interview that you gave on Bloomberg, and at the very
16    top of the page is the HTML website for the YouTube
17    video, and then the next pages is a transcription of the
18    video.
19         A    Okay.
20         Q    Why don't you take a couple of minutes to look
21    at it and let me know when you're done and I could share
22    it on the screen as well if people want me to do that.
23              MR. CERESNEY:  That would be great.  And what
24    was the date of the interview, Daphna?
25              THE WITNESS:  Looks like --
```

1          MS. WAXMAN:  I can't read this.

2          THE WITNESS:  It would have been about June or

3    July last summer.

4          MS. WAXMAN:  I can tell you in a second.  It's

5    on the document.  I just can't -- I'll tell you in a

6    moment.  My eyesight is really poor.  It's from June

7    2019.

8          THE WITNESS:  I think I'm ready.

9          MS. WAXMAN:  Okay.  I just need a moment.

10          BY MS. WAXMAN:

11     Q    On page 3 beginning at line 13, you say, "With

12   MoneyGram, we know out of the gates we can actually make

13   their system much more efficient."

14     A    I think the sentence goes on.  An important

15   context is, "And the key reason is today both Western

16   Union and MoneyGram, they pre-fund accounts around the

17   world."

18     Q    In connection with your comments regarding

19   MoneyGram's cost savings, did you ever disclose any of

20   the payments that Ripple provided under the agreements?

21     A    I think on line 5 below, looks like the answer

22   is somewhat yes based upon I'm talking publicly about the

23   investment we made.

24     Q    Do you disclose the -- when you talk about the

25   investment, are you talking about the $50 million

1  investment?

2      A    I believe your question was did Ripple disclose

3  any of the payments made to MoneyGram.  I'm pointing out

4  that in this document there is a payment.

5          Did we disclose the incentive payments that are

6  variable based upon performance?  No.  I don't think we

7  had an obligation to do so as a private company.  And

8  obviously as variable payments, they had not been

9  achieved or earned.

10     Q    At the time of the interview?

11     A    Correct.  At the time of the interview or when

12  the deal was signed, which was roughly the same time.

13     Q    I just want to clarify again, did you ever do

14  an overall analysis to determine whether overall costs

15  were reduced by MoneyGram when taking into account

16  pre-funding costs and the increase in transaction costs

17  on a per-transaction basis?

18     A    I don't know.

19          MR. SOLOMON:  She asked you whether you had

20  ever done it.

21          THE WITNESS:  I did not.

22          BY MS. WAXMAN:

23     Q    Did anyone at Ripple do that?

24     A    I don't know.

25     Q    Do you think your comments present an accurate

159

1   picture of the benefit that MoneyGram receives by using

2   ODL when you don't mention the enormous cost increase

3   that incurs on a per-transaction basis?

4        A    Which enormous cost increase are you referring

5   to?

6        Q    I'm talking about the difference between using

7   traditional payment rails as opposed to ODL?

8        A    As I testified earlier, I haven't seen that

9   analysis.

10       Q    Well, based on the MoneyGram document.

11       A    My testimony is that the MoneyGram document is

12  not comparing apples to apples and so it's an incomplete

13  analysis. So, no, I guess the answer to your question is

14  no, I have not seen that.

15       Q    You described savings associated with ODL as

16  massive.  Are you talking about savings in connection

17  with pre-funding costs?

18       A    I think my testimony this morning and the

19  transcript you're having me read both have, in my

20  judgment, been clear that I'm primarily -- when I think

21  about savings, I'm primarily thinking about the cost of

22  capital associated with reducing the requirements for

23  nostra/vostra accounts.  That's what the transcript says

24  also.

25       Q    If you take a look at Exhibit --

1          MR. SOLOMON:  I think we agreed we would take a

2     short break after this exhibit.  We can make it a very

3     short one or we can make this an afternoon break.  I

4     think we might as well take the afternoon break since

5     we're an hour 15 in, Daphna, if that's okay.

6          MS. WAXMAN:  I just want to finish this topic

7     if that's okay with you.

8          MR. SOLOMON:  Well, you just said you wanted to

9     do one more exhibit and we did that exhibit.  I think

10    Brad should be able to use the rest room and have a

11    little bit of a break now so we would like to take a

12    break now.

13         MS. WAXMAN:  Okay.  I'll give you -- how about

14    10 minutes, does that work?

15         MR. SOLOMON:  Sure.  Absolutely.  Thank you

16    very much and appreciate it.

17         MS. WAXMAN:  No problem.  We're off the record

18    at 2:44.

19             (A brief recess was taken.)

20         MS. WAXMAN:  We're back on the record at 2:54.

21         BY MS. WAXMAN:

22    Q    Mr. Garlinghouse, while we were off the record,

23    did you have any conversations with the staff?

24    A    No, I did not.

25         MS. WAXMAN:  Can counsel please confirm.

1          MR. SOLOMON:  We confirm that he did not.

2          And Daphna, just noting for the record it's now

3    2:54 and we've been through two of the more than 100

4    documents that we were supplied earlier today, or

5    recently, and our hope is to move through it quickly and

6    I think we can make ourselves available until at or

7    around 6:00 p.m., but we're hoping that that's fine with

8    Mr. Garlinghouse.  So again, whatever we can do to

9    facilitate that, we hope you will do the same and move

10   with deliberate speed.  Thank you.

11         MS. WAXMAN:  We'll try our best.

12         BY MS. WAXMAN:

13   Q    Mr. Garlinghouse, I just want to make sure I

14   understand your testimony.  When you were talking about

15   cost savings associated with xRapid and ODL, were you

16   only talking about cost savings related to pre-funding

17   costs?

18   A    I'm not familiar with which specific time I may

19   have commented about savings you're referring to so I

20   guess I'll -- if you'll point me to that, I can maybe

21   help provide more clarity there.

22   Q    Sure, I definitely can but in general, when you

23   were talking about costs savings related to xRapid and

24   ODL, were you only talking about cost savings due to

25   reducing pre-funding costs?

1      A    So I think my testimony this morning and

2   certainly I would reiterate I think that a -- in the

3   transcript here, it says a key reason.  I think this

4   morning I said a primary reason.  I don't know I would go

5   so far as to say that's the only reason.

6           It is my expectation, as I think I've also said

7   in testimony earlier today, that the costs associated

8   with using ODL will continue to reduce as volumes

9   increase, spreads tighten and the fees associated with

10  these products as they scale continue to reduce.  And

11  that is what we have seen and I think -- my understanding

12  is we've shared that information with the SEC.

13      Q    What information are you talking about that

14  you've shared with the SEC?

15      A    I don't -- I probably -- I don't know exactly

16  what has been shared with the SEC so maybe I should stay

17  out of the legal realm of what has been shared.

18      Q    Sure.  Did anyone at Ripple do an analysis of

19  the overall impact of costs by customers using xRapid?

20          MR. CERESNEY:  I thought we covered this

21  earlier today.

22          MS. WAXMAN:  I just --

23          MR. SOLOMON:  Yeah, I think his response was he

24  didn't know what other customers had --

25          MR. CERESNEY:  Yeah, there was that, but then

163

1    there was also --

2              THE WITNESS:  I'm not aware -- I think the

3    question was whether I had done an analysis and I said I

4    hadn't done an analysis, then there was a question of has

5    Ripple done an analysis.  I said I'm not familiar with

6    that.

7              BY MS. WAXMAN:

8        Q    Did Ripple's customers provide information to

9    Ripple about their costs related to ODL and potential --

10   and actual cost savings?

11             MR. CERESNEY:  Just when you say provide

12   information, I just want to make sure, he's already cited

13   public statements and public statements speak for

14   themselves. So do you mean the actual data, like the --

15             MS. WAXMAN:  Yes, thank you.

16             MR. SOLOMON:  Okay.

17             BY MS. WAXMAN:

18       Q    So I'm talking about actual data that you could

19   verify, independently confirm yourself.

20       A    No, I've taken what the -- verbal statements

21   I've seen from existing customers at face value.  To my

22   knowledge, Ripple has not done any verification or

23   oversight on that analysis.

24       Q    Do you know if anyone else at Ripple received

25   actual hard data about costs incurred by customers and

1     actual cost savings from using xRapid?

2          A    Not that I can recall.

3          Q    If total costs from using ODL outweighed the

4     benefits, pre-funding benefits, would this present a

5     massive cost savings?

6          A    I want to make sure I understood the question.

7     If the total costs including the benefits associated with

8     pre-funding outweighed ODL's costs, would that be a

9     massive cost savings?  I'm not sure I captured --

10              MR. CERESNEY:  Can you restate the question,

11    Daphna?

12              MS. WAXMAN:  Sure.

13              BY MS. WAXMAN:

14         Q    If the total costs on a per-transaction basis

15    outweighed the pre-funding benefits, does this still

16    present massive cost savings for customers?

17         A    No.  No, based upon the data today, or based

18    upon the data -- well, actually, I don't even really know

19    the answer to that.  The data presented in this MoneyGram

20    analysis last November, if you use that data, then no.

21              I think your question literally -- you're

22    saying a hypothetical question of if the costs here were

23    outweighed, clearly the answer is no.  It's a

24    hypothetical question which I'm not sure is grounded in

25    reality.

1      Q    We can move on.  That's okay.

2           At any point in connection with any of your

3    public remarks regarding xRapid, did you make clear that

4    there were other costs associated with using xRapid other

5    than pre-funding costs?

6           MR. CERESNEY:  Wait.  I think the pre-funding

7    costs are not associated with using xRapid.  Pre-funding

8    costs are what you save by using xRapid.

9           THE WITNESS:  Correct.

10          BY MS. WAXMAN:

11     Q    Okay.  Did you ever talk about transaction

12   costs in connection with xRapid?

13     A    I don't know.

14                    (SEC Exhibit No. 160 was marked for

15                     identification.)

16     Q    Okay.  Why don't you turn to Exhibit 160 in the

17   binder.  Actually --

18          MR. CERESNEY:  Which binder?

19          MS. WAXMAN:  That exhibit is not in the third

20   party binder.

21          MR. CERESNEY:  It's not in this one either.

22          MS. WAXMAN:  All right.  I can show the video

23   and share it on screen.

24          MR. SOLOMON:  Can you identify where it's from

25   before you show it to me?

1          MS. WAXMAN:  Sure.  It's an interview of Brad

2     on CNN with Julia Chatterley dated September 12th, 2019.

3     If you give me a second, I will pull it up.

4          BY MS. WAXMAN:

5     Q    Okay.  This is an 11-minute video and I'm only

6     going to show a portion of it.  I'm going to show

7     starting from minute 8:30.

8          (Video was played.)

9          THE WITNESS:  Daphna, just so you know, we

10    can't hear anything.

11         BY MS. WAXMAN:

12    Q    Oh, okay.  Thank you very much.

13         Let's see how I can fix that.  Let's try again.

14         (Video was played.)

15         BY MS. WAXMAN:

16    Q    Can you hear it now?

17         MR. CERESNEY:  No.  She's moving in slow

18    motion.

19         MR. SOLOMON:  I like that tie.

20         THE WITNESS:  I feel like I'm wearing the same

21    tie.

22         MS. WAXMAN:  Can you see the screen now?

23         MR. CERESNEY:  We can see the screen but we're

24    not hearing it.

25         MS. WAXMAN:  I think I figured it out.  No

1    problem.

2              Can you hear it now?

3              MR. CERESNEY:  No.  I think it's some sort of

4    speed issue.  Again, she's moving very, very slowly.

5    We're not hearing it.

6              MS. WAXMAN:  I have a transcript.  I'll just

7    show you that.

8              MR. CERESNEY:  Okay.

9              MS. WAXMAN:  Okay.  Can you see the --

10             THE WITNESS:  We see that, yes.

11             BY MS. WAXMAN:

12        Q    So this is, at the very top, the YouTube

13   website where I pulled the video.  This is an image of

14   that page and then if I scroll down, it's marked as

15   Exhibit 160, and then if I scroll down, there is a

16   transcript, and I'm going to direct you to minute 8:30

17   which -- I'm going to direct you to page number 9, line

18   19, starting from there.

19             MR. SOLOMON:  Is there any way you can make it

20   a little bit larger?  I'm sorry.

21             MS. WAXMAN:  No, don't apologize.  It's not an

22   ideal situation.

23             THE WITNESS:  Just a little bit.  I'm in denial

24   about my eyesight.

25             MR. SOLOMON:  Oh, there it goes.

168

1        THE WITNESS:  All right.

2        BY MS. WAXMAN:

3    Q    I'll just scroll to the right portion.

4    A    As I start reading at line 19, where would you

5    like me to read --

6    Q    Through page 10, line 19.  It just continues a

7    little more.

8    A    Okay.

9    Q    So you say in the interview that MoneyGram has

10   no sweetheart deal with Ripple.

11   A    That's not how I read it actually.

12   Q    Okay.  How do you read it?

13   A    The question I think being asked is associated

14   with what price is MoneyGram buying XRP as part of the

15   ODL flow. When MoneyGram goes to -- and as the documents

16   you've shared with me show -- at Bitstamp, they're buying

17   XRP at the market.

18        This is, again -- you can't see it on the

19   screen right now but I think if you scroll up to the core

20   question, the core question here is, "What price do you

21   sell XRP to to the financial institutions you're dealing

22   with here?  Do you give them a discount and is there a

23   lockup?"

24        So I'm using MoneyGram -- at what price is

25   MoneyGram buying XRP.  They're buying it at the market.

1      Q    Correct.  I understand that.  But later on you

2    talk about providing discounts to financial institutions

3    who purchase XRP over the counter, correct?

4      A    I seem to -- yes.

5      Q    And you talk about restrictions that Ripple

6    places on the XRP that is purchased?

7      A    Yes.

8      Q    And earlier didn't we talk about XRPs that

9    Ripple provided to MoneyGram as transaction fees?

10     A    Well, it's my opinion they're conflating two

11    unrelated things.  I'm talking about MoneyGram as a buyer

12    of XRP as part of their flows, as part of ODL, to which

13    they don't get a discount and to which there is no sales

14    restriction.

15     Q    I understand your distinction.

16     A    Okay.

17     Q    Did you ever disclose to the market the

18    incentive payments that you provided to MoneyGram?

19     A    I think I was asked my earlier.  I think my

20    testimony was that, no, as a private company, I don't

21    think we are required to do so when we signed the deal as

22    we're incentive payments based upon performance -- well,

23    even if they weren't, I'm not sure that as a private

24    company we had an obligation to do so.

25     Q    Do you think the statement that MoneyGram has

1    no sweetheart deal with Ripple is a little misleading?

2        A    That's not my statement.  That's not what the

3    statement says.

4        Q    You're saying that when MoneyGram moves -- when

5    MoneyGram purchases XRPs in the market, it's not

6    purchasing at a discount?

7        A    I think what I exactly said is when MoneyGram

8    is moving money from U.S. dollars to Mexican peso,

9    they're buying at market.  I believe that's a factual

10    statement.

11                        (SEC Exhibit No. 132 was marked for

12                        identification.)

13        Q    Okay.  I'm going to stop sharing my screen.

14            I just want to quickly move on to Exhibit 132.

15    It's one of the blue documents.

16            MR. CERESNEY:  Can you put it on the screen,

17    Daphna?

18            MS. WAXMAN:  Sure.  And before I do that, I'm

19    going to ask you about the middle email and the email --

20    the email at the top of page 2 and the email on page 1 at

21    the top.

22            BY MS. WAXMAN:

23        Q    Can you see the document?

24        A    Now I can, yes.  Thank you.  Okay.

25        Q    If you look at page 2 in the middle of the

1    page -- strike that.

2            Do you recall -- the very bottom of page 2

3    talks about a meeting that you participated in with

4    representatives of Western Union in or around May 2018.

5    Do you recall participating in a meeting with Western

6    Union reps then?

7        A    I do not recall.  It would appear further up in

8    the email that it suggests that maybe I came in for like

9    10 minutes and left.

10       Q    I see that.  In the top of page 2, it talks

11   about feedback that they provided to Ripple in connection

12   with the pilot of xRapid.  Is that your understanding as

13   well of the document?

14       A    Yes, that looks like it.

15       Q    And earlier today you had testified that you

16   understood that Western Union did not incur any cost

17   savings because the product had matched efficiencies that

18   were already in place?

19       A    I believe that was my testimony earlier, yes.

20       Q    Did you ever offer to pay -- in number 2, it

21   talks about -- it says that Western Union and Ripple

22   discussed --

23       A    Where are you reading?  Sorry.

24       Q    Top of page 2, number 2.

25       A    My top page is, "However, we discussed how they

172

1    may provide incentives for us to join XRP."

2         Q    Correct.

3         A    I don't know what that means.

4         Q    Did you ever offer to provide Western Union

5    incentives or offer similar arrangement to Western Union

6    like you offered to MoneyGram?

7         A    I am not aware of any specific proposals in

8    that regard.

9         Q    If you turn to the first page, at the very top,

10   from [redacted]          dated May 18th, 2018, it says that

11   they believe the cost savings associated with xRapid is,

12   quote, unquote, bogus.  Then they say, which they now

13   openly acknowledge.

14              Did you or anyone at Ripple admit to Western

15   Union that claims of cost savings from xRapid were bogus?

16        A    I think that this is a characterization that

17   they're choosing to make that, as I testified this

18   morning, the tests which we did during a beta test of the

19   product matched the efficiency of their underlying

20   infrastructure, and they're calling that claims of

21   savings were bogus.  I would also go on to say, as I

22   think we went deep on with MoneyGram, I would assert,

23   without full information because this is a limited

24   snippet, that their analysis does not include their own

25   cost of capital associated with the amount of working

1   capital they've parked around the world.

2       Q    I'm going to show you another exhibit on the

3   screen now.

4            MR. SOLOMON:  Just to clarify the record on

5   this exhibit, are you on this email chain anywhere?

6            THE WITNESS:  No.

7            MR. SOLOMON:  Anybody ever show this email

8   chain to you?

9            THE WITNESS:  No.

10           MS. WAXMAN:  This email chain has exhibits

11  WU_Ripple_7414 through 6416.

12           MR. SOLOMON:  Daphna, this document is not in

13  the third party binder?

14           MS. WAXMAN:  Yeah.  And I would play the video

15  for you to make it easier but I just can't because of

16  technical difficulties, but I do have a transcript that I

17  can share on the screen.  And I apologize for the delay.

18           BY MS. WAXMAN:

19      Q    Okay.  Can you see my screen?

20      A    Yes.

21      Q    Okay.  So this is a transcript of an interview

22  that you gave on Business News Network on December 14th,

23  2017, and the transcript begins on page 4, and I want to

24  direct your attention to page 2, line 4 through the end

25  of page 3.

1                    (SEC Exhibit No. 158 was marked for

2                          identification.)

3              THE REPORTER:  And this is Exhibit 158?

4              MS. WAXMAN:  Correct.  This is Exhibit 158.

5              BY MS. WAXMAN:

6         Q    And I can scroll down when you're done reading

7    the first part.

8         A    Yep, I'm finished with that first page, or

9    what's on the screen.

10             I'm sorry, can you scroll back up there?  Thank

11   you. Okay, I've read through that.

12        Q    So on page 3, line 4, you say, "I'm long XRP,

13   I'm very, very long XRP as a percentage of my personal,

14   you know, balance sheet."

15             What did you mean by long?

16        A    That I was exposed -- I had economic exposure

17   to the underlying asset XRP and was a long-term believer

18   and holder of the potential appreciation of the asset.

19        Q    So you believed that your XRP holdings would

20   potentially increase in price?

21        A    Yes.

22        Q    Did you view your XRP holdings as an

23   investment?

24        A    You know, I'm going to parse the word

25   investment there in that some people consider holding

1    dollars an investment.  Some people consider holding the

2    Japanese yen investment.

3            In that context, I consider my holdings in

4    bitcoin an investment and I consider my holdings of XRP

5    something that I have economic interest in and therefore

6    an investment.

7        Q    Did you ever intend to use the XRP that you

8    owned?

9        A    I -- maybe -- I'm certainly not trying to avoid

10   the question.  I have used the XRP I have owned for

11   various payments.

12       Q    You have used the XRP that you owned for

13   payments?

14       A    That's correct.

15       Q    Can you be more specific?

16       A    I've made a payment -- the most recent payment

17   I've made is to Representative Emmer of Minnesota as part

18   of a campaign contribution.

19       Q    Did you receive anything in exchange for that

20   payment?

21       A    I'm not --

22            MR. CERESNEY:  Something in exchange from

23   Representative Emmer, is that what you're asking?

24            BY MS. WAXMAN:

25       Q    Yeah, you said you used it so -- you said you

1    used it to make a payment.  Did you get anything in

2    exchange for that payment?

3              MR. CERESNEY:  I think he said he made a

4    contribution to Representative Emmer using XRP.  I think

5    that's what he said.

6              Are you asking whether Representative Emmer

7    gave anything in return?  Is that the question?

8              MS. WAXMAN:  Yes.

9              THE WITNESS:  No.

10             BY MS. WAXMAN:

11        Q    You state in the video that -- and I want to

12   make sure I showed you the right page.  At the time of

13   the interview, did you think XRP was undervalued?

14        A    I have no recollection of what I was thinking

15   at that time.

16        Q    But you believed that XRP presented a good

17   investment opportunity for yourself?

18        A    I think all I'm really saying here is that I'm

19   long XRP.

20        Q    And when you say I'm long XRP, what does that

21   mean?

22             MR. SOLOMON:  I think you just asked him that

23   question, Daphna.

24             BY MS. WAXMAN:

25        Q    Does that mean that you expect XRP's price to

177

1   go up in value?

2           MR. SOLOMON:  You already asked him that

3   question too.

4           THE WITNESS:  I -- I think I'm standing by my

5   statement that I'm long XRP and I don't know -- I don't

6   recall what I was thinking about.  I was answering the

7   question that was being asked by a reporter.

8                   (SEC Exhibit No. 141 was marked for

9                   identification.)

10          BY MS. WAXMAN:

11      Q    I would like you to take a look at Exhibit 141

12  which is an interview from March 2018.  The first page of

13  the exhibit shows the YouTube address where the video is

14  from. And I'll ask you to take a look at page 15, line 3

15  through page 17, line 4.

16      A    Sorry, start at page 15, line 3?

17      Q    Line 3.

18          MR. CERESNEY:  Can you put it up on the screen?

19          MS. WAXMAN:  Yeah.  It may take -- it's proving

20  a little distracting for me, so I apologize.

21          THE WITNESS:  Where am I to read to?  I

22  apologize.

23          BY MS. WAXMAN:

24      Q    Page 15, line 3 through page 17, line 4.

25      A    Okay.

1        Q    In March 2018, at the time of this interview,

2    did you believe -- why did you believe that the XRP

3    Ledger was not centralized?

4        A    I mean, a host of reasons.  The way the XRP

5    Ledger works, there isn't one party that can control the

6    XRP Ledger, as an important measure.  I mean, as I'm

7    quoted here, you know, anybody can run a validator.  If

8    Ripple, the company, goes away, XRP is going to keep

9    trading.  So, I mean -- maybe if you could be more

10   precise in the question, I can do a better job of

11   answering.

12       Q    Well, were there any other reasons that you

13   believed that the XRP Ledger was not centralized other

14   than the factors that you previously mentioned?

15       A    I mean, in many ways, XRP is far more

16   decentralized than Ethereum or Bitcoin which the SEC has

17   deemed to be decentralized.  So I -- I guess I don't know

18   exactly -- when I think about decentralized versus

19   centralized, I think about it in the context of can a

20   small number of actors control the underlying technology.

21   And, you know, as you have seen from proof of work

22   technologies like bitcoin and Ether, and even things like

23   a 51 percent attack, which have happened in Ethereum

24   classic anyway, you know, I think you couldn't do that

25   with the XRP Ledger which I think again is demonstrating

1    its decentralization.

2         Q    Is that because there are other non-Ripple

3    validators who are validating transactions on the ledger?

4         A    That would be one reason, yes.  Ripple runs a

5    minority of the validators on the -- a dramatic minority

6    of the validators.

7         Q    And at what point did Ripple -- the number of

8    Ripple validators become a minority?

9         A    Years ago.  I don't know exactly when.

10        Q    Does that predate your involvement with Ripple?

11        A    I don't know the answer to that.  It may.  It

12   also -- just getting to the nuts and bolts -- I think you

13   may have touched on this as part of -- well, I don't know

14   what, when, but I think about how the XRP Ledger works,

15   the key attribute is who in the participants on the

16   network choose to listen.

17             And so it just fundamentally is different than

18   how other blockchains have worked.  And so in order for

19   anyone to control the ledger, it's really dependent upon

20   the exchanges as much as anyone as power centers in terms

21   of what they choose to listen to.

22             And so what I don't really understand are the

23   arguments that XRP Ledger is centralized since there is

24   no actor who can control it.

25        Q    Was there a time when Ripple controlled more

1    than 50 percent of the validators on the ledger?

2         A    I honestly don't know the answer to that.  I

3    mean, certainly when the original XRP Ledger was created

4    prior to Ripple being created, then I would imagine, you

5    know, that there were -- I don't know how many validators

6    there were.  I would imagine that Jed McCaleb may have

7    controlled all the validators.  I'm not sure.  I'm not

8    sure during my tenure what percentage of the validators

9    we controlled and when that may have gone below 50

10   percent.

11        Q    If Ripple controlled more than 50 percent of

12   the validators for the XRP Ledger, would you consider it

13   centralized?

14        A    I think that really depends.  The way I think

15   about, you know, China controls more than 50 percent of

16   the bitcoin validators, the equivalent validators through

17   mining.  But again, as I said, the SEC considers that

18   decentralized.

19        Q    If you look at page 16, line 11 through 22, you

20   state that one misconception is that Ripple could be

21   successful but XRP would not be successful.

22             Why is that a misconception?

23        A    Well, I mean, as I articulate here, I as CEO of

24   Ripple, am the most interested party in making sure the

25   XRP ecosystem is successful.  It's hard for me to get my

1    head around if Ripple is successful and our goal is to

2    generate liquidity and trust and utility in XRP, those

3    two things seem to be in opposition.

4        Q    Did you believe that XRP's success was related

5    to Ripple's success?

6        A    I believed and believe that XRP's liquidity

7    definitely impacts Ripple's success as evidenced by the

8    analysis you were showing me with MoneyGram, the world

9    liquidity at the time of the spreads, et cetera.

10            Does that answer the question?

11       Q    Sure.  Did you believe that Ripple's interests

12   were aligned with XRP's holders' interests?

13       A    I mean, the evidence is that that's not always

14   the case.  You made me aware there were some proposals in

15   the open source technology community of the XRP Ledger to

16   make changes to the XRP Ledger which we actually

17   opposed -- we, Ripple, opposed -- that went through

18   anyway.  So I don't know how to think about -- you know,

19   are in general interests -- I think it would be

20   circumstance-dependent.

21       Q    Why do you emphasize Ripple's XRP holdings?

22       A    I'm not sure I characterize it as emphasis, but

23   I'm making the same point that I think in my testimony --

24   I said earlier today which is I'm not going to shy away

25   from the fact that we own a lot of XRP and by extension,

1    we are very interested parties in the health and the

2    success of the XRP ecosystem.

3        Q    And why is that?

4        A    Because for our -- well, as one example and as

5    we've talked about, for our product to be successful,

6    particularly ODL, the more liquidity in the marketplace,

7    the more efficient the products are.

8        Q    And if Ripple sold XRP into the market at a

9    higher price, would that benefit the company as well?

10       A    You know, Ripple has been I think very

11   consistent and I think I've been very consistent, and our

12   focus is very much a long-term over, you know, many

13   years.  The short-term gyrations of the price of XRP I

14   honestly don't pay a lot of attention to.  They don't

15   have much bearing on the company. And so -- and by the

16   way, I've said that publicly.

17                   (SEC Exhibit No. 144 was marked for

18                    identification.)

19       Q    I would like you to take a look at Exhibit 144,

20   page 14, line 8 through page 15, line 6.

21            MR. CERESNEY:  Can you identify what it is,

22   Daphna?

23            MS. WAXMAN:  Sure.  It's a YouTube video of a

24   press conference that you gave in Korea in March 2018.

25            THE WITNESS:  Yep, I've got it.

1        BY MS. WAXMAN:

2        Q    Okay.  At the time that you made the statements

3   that I referenced to you in the transcript, did you

4   believe that XRP's value and price was correlated to

5   Ripple's success and news regarding bank adoption of

6   Ripple's non-XRP products?

7        A    I'm sorry, I may have missed the question.

8        Q    Sorry.  I'll repeat it.  I wasn't aware I was

9   sharing my screen so I wanted -- I have a lot of screens

10  going.

11           At the time that you made the statements, did

12  you believe that XRP's value and price was correlated to

13  Ripple's success and news regarding bank adoption of

14  Ripple's non-XRP products?

15       A    Well, I think my answer now and then would --

16  my answer then was no and my answer -- sorry.  My answer

17  then was no and my answer now is no.

18       Q    Well, on line -- the question at the top on

19  line -- beginning on line 10 says, "Does that imply that

20  the expansion or growth of Ripple Net is not correlated

21  to the value of the price of XRP?  And what is your

22  outlook regarding the price of XRP?"

23       A    I'm sorry, I missed the line 10 where you were

24  reading from.  Sorry.  I was on the wrong page.

25           "Does that imply that the expansion or growth

184

1    of Ripple Net is not correlated to the value of the price

2    of XRP?"

3          Q    And then --

4          A    Yeah.

5          Q    And then the question goes -- this is a

6    question posed by someone in the audience.  And then the

7    question continues and says, "And what is your outlook

8    regarding the price of XRP?"

9          A    Yes.

10         Q    And then you continue and you say, "I don't

11   forecast the price of XRP.  What I point out is that

12   Ripple is very, very interested in the success and health

13   of the XRP ecosystem and will continue to invest in the

14   XRP ecosystem."

15              What did you mean, continue to invest?

16         A    Well, I think we've discussed a number of

17   examples today.  MoneyGram, market makers, those would

18   all be examples that would come to mind.

19         Q    Then you go on to say, "On the first part of

20   the question, I actually think they're very correlated."

21              And going back to the question, the question

22   is, "What is the expansion of or growth of Ripple Net

23   correlated to the value of the price of XRP?"

24         A    Yeah, when I read this, what is in my head,

25   oftentimes people have accused Ripple of signing people

1  up to Ripple Net or what you've described earlier as

2  xCurrent, and that that is not using XRP and they have

3  accused us of being not as transparent about that.

4       I'm trying to be very transparent about that

5  and I've tried to be clear that I think if we get a

6  customer using xCurrent for messaging, the ability to

7  cross-sell or upsell them to ODL is very much possible.

8  And so if we don't get them on xCurrent, the likelihood

9  they're going to cross-selling them to ODL goes way down.

10      So the correlation, which I think when I

11  answered the question, the correlation I didn't think

12  about now is when people join the Ripple network or

13  Ripple Net, they don't have to use XRP.  Ultimately I

14  think the likelihood is -- and we're actually seeing that

15  play out is that -- we're seeing it play out because at

16  the beginning of Ripple Net, nobody used XRP. Today I

17  think roughly 15 to 20 percent of the transactions across

18  Ripple Net go through ODL.  That's the correlation I'm

19  thinking about.

20      To the extent that usage and growth in ODL is

21  good for the XRP ecosystem, that's good for the XRP

22  ecosystem.

23      Q    You said when Ripple Net started out, nobody

24  used ODL.  When did people start to use ODL?

25      A    I think earlier we talked about that and my

1   recollection is we started testing it in 2018, and I

2   think you refreshed my memory that it went live into

3   production in May October.

4        Q    So to ask the question again, at the time did

5   you believe that XRP's value in price was correlated to

6   Ripple's success and news regarding adoption of non-XRP

7   products?

8        A    I think -- well, I don't know exactly what I

9   thought then.  With the benefit of hindsight, I think we

10   have seen that there is not a correlation between the

11   price of XRP and Ripple activity.

12        Q    Well, then you answer the question and you say,

13   "I think they're very correlated."

14        A    Yeah.  I think what I am referring to when I

15   think they're very correlated is the usage of XRP and the

16   usage of Ripple Net.

17             Where I think there is a conflation in the

18   question, when I -- typically I have gotten questions

19   like this in public formats where people are saying, hey,

20   people are using Ripple Net, xCurrent, but they're not

21   using XRP.  And I'm saying that ultimately over time --

22   because again, at the beginning of Ripple Net, there was

23   no ODL product.  There was no way to use XRP.  Our thesis

24   was in kind of betting about where the future is going to

25   go, is like getting customers using Ripple Net, we have

1    the opportunity to upset, cross-sell On-Demand Liquidity

2    because banks and financial institutions don't want to

3    pre-fund accounts.  They don't want to put that working

4    capital out there.

5         And so when I think about the correlation, I

6    think of the correlation of Ripple Net to ODL, not -- a

7    non-ODL-using Ripple Net customer over time, there is

8    going to be a correlation there.  And again, we've

9    already seen that grow to 15 to -- plus percent of

10   activity on Ripple Net now is through ODL.

11        Q    If you look at page 15, line 8 through page 15,

12   line 20, you say, "One last thought of this and the price

13   of XRP, if you will.  I'll share with you something I

14   tell the team internally at Ripple.  I spend very little

15   time thinking about the price of XRP over three days or

16   three weeks or even three months.  I think about if we

17   are successful in building out the product of xCurrent

18   and expanding the number of users around xRapid, the

19   price of XRP will take care of itself over a

20   three-to-five-year period.  We're building something that

21   I think can transform a multitrillion dollar problem

22   around how liquidity is managed.  If we are successful in

23   doing that, I feel very optimistic about the future."

24        A    When I read that, I feel very excited because I

25   think my testimony today reflects the same.

1      Q    So again, did you, at the time, believe that

2   Ripple's building out xCurrent xVia would have a positive

3   impact on XRP price at the time of this interview?

4           MR. SOLOMON:  Did you say positive impact on

5   XRP price?

6           BY MS. WAXMAN:

7      Q    Well, it says the price of XRP will take care

8   of itself.  What do you mean by that?

9      A    I believe what I mean is the price of XRP is

10   determined by a multitude of factors and price based upon

11   supply and demand, and it will take care of itself over a

12   long arc of time and I don't think about it in the short

13   term.

14      Q    And did you think of XRP -- when you said in

15   the price would take care of itself over a long period of

16   time, did you think of XRP as a long-term investment?

17      A    I don't know -- I was thinking about it in the

18   context of what is good for Ripple is to have a highly

19   liquid, highly trusted digital asset, highly efficient

20   digital asset in XRP and I think that my comments then

21   and my comments today reflect that.

22      Q    And how many customers went from using xCurrent

23   or xVia to use ODL?

24      A    In order of magnitude, 20.  I mean, I think we

25   publicly announced we've done live protection ODL

1    transactions with 25 or 26 customers.  I don't know how

2    many of them kind of went through -- some we sold as both

3    xCurrent and xRapid at the same time and some, you know,

4    went along the journey.

5                        (SEC Exhibit No. 143 was marked for

6                        identification.)

7        Q    I would like you to turn to Exhibit 143 which

8    is a transcript of a CNN interview dated February 17th,

9    2020, and I would like you to take a look at page 13,

10   line 21 through page 14, line 10.

11       A    Sorry, page 13 starting at what line?

12       Q    21.  18.

13       A    And you want to finish where?

14       Q    Line 10, page 14.

15       A    Line 10, page 14?

16       Q    Yes.

17       A    Right.  I'm finished.  All right.

18       Q    Did you compare Ripple to Amazon?

19       A    I think I did.

20       Q    And why did you compare Ripple to Amazon?

21       A    I was making a business strategy comparison.

22   When I first was introduced to Amazon, it was just a

23   bookseller and they competed in the one vertical of

24   selling books.  It wasn't called Amazon.  It was called

25   Amazon Books.  And I think Amazon did a phenomenal job of

1   leveraging its strengths to enter into other vertical

2   markets, and I think in many ways when I think about

3   blockchain technologies, there are a number of other use

4   cases beyond cross-border payments.

5           Ripple has decided to focus on cross-border

6   payments.  Part of our underlying technology around kind

7   of native to our tech stack is the XRP Ledger, which is a

8   very efficient technology and could be used in other

9   vertical use cases.  And in that same comparison, books

10  is to Amazon as cross-border payments is to Ripple.

11      Q    On line 10 -- on line 5 on page 14, you say,

12  "We view ourselves as a blockchain infrastructure

13  company, the first vertical we've done is cross-border

14  payments.  We want to make sure we're winning in

15  cross-border payments before we do another vertical, but

16  we will certainty do other verticals leveraging these

17  technologies."

18          That statement is from February 17th, 2020.

19  Does Ripple still plan to pursue other verticals other

20  than cross-border payments?

21      A    Yes.

22      Q    Which ones?

23      A    I don't know.

24      Q    Has it started to pursue other verticals?

25      A    Not in any meaningful way.  We've done research

1    and will continue to evaluate insurance, or people pitch

2    us on all kinds of things, trade finance.  I get emails

3    from people outside.  I get people from inside about

4    other vertical opportunities but we've not made any

5    decisions.

6        Q    I want to turn to -- strike that.

7             Does Ripple have any plans to wind down

8    xCurrent or xVia?

9        A    Well, we don't use those product names anymore

10   but -- so we have already wound down use of those product

11   names but not the capabilities that underlie them.

12       Q    I want you to turn to Exhibit 144, which we

13   looked at earlier, which is a transcript of a press

14   conference that you gave in South Korea in March 2018.

15   And I want to direct you to page 24, line 8 through page

16   25, line 2.

17       A    Yes.

18       Q    You're smiling.  Any reason?

19            MR. CERESNEY:  That would get into privilege.

20            THE WITNESS:  Yes.

21            (Laughter.)

22            BY MS. WAXMAN:

23       Q    Okay.  Fair enough.

24            You state, "I almost never use the expression

25   cryptocurrency.  And the reason is today, these aren't

1    currencies."

2           Are you talking about XRP?

3    A    I'm making a broad observation and, you know,

4    we had a discussion early this morning about defining

5    blockchain and, you know, when you can actually say

6    blockchain.  Currencies is another word where, as a

7    nonlawyer, when I think about the word currencies, I

8    think about the consumer use case of being able to spend

9    currency.

10          Now, I can use XRP as a consumer currency.  I

11   gave you an example earlier today of it not benefitting

12   but making a contribution to Congressman Emmer's

13   campaign.  In general, though, I think those who claim

14   and believe that cryptocurrencies are going to replace

15   fiat currencies of G20 markets, I don't buy it.  I think

16   the dollar works really, really well.  I think the pound

17   works well.  I think the yen works, euro, et cetera.

18          Now, for purposes of how Ripple is using XRP as

19   an institutional bridge currency, yeah, it's a currency.

20   I think there is, you know, kind of semantic definitional

21   issues in terms of how I, as a layperson, think about the

22   word currencies and how some in the crypto community

23   think cryptocurrencies are going to evolve.

24   Q    So is it your understanding that the use of XRP

25   and xRapid is -- you know, in that context, XRP is a

1  currency?

2      A    Yes, I believe in that context, it would fit a

3  classic definition of a currency.

4      Q    And when do you think XRP -- you know, this

5  statement, you say -- I interpret this to mean that

6  you're saying XRP is not a currency.  So when do you view

7  XRP not as a currency?

8      A    As I was just describing, I think those who

9  consider cryptocurrencies to be solving a consumer use

10  case, in G20 markets, the dollar, the euro, the yen, pick

11  your favorite, but I don't really see what problem a

12  digital asset is solving in that context.  So in the

13  consumer kind of parlance, layperson's use of the word

14  currency, I don't think about any cryptocurrency as a

15  currency.  I think as you have seen the way Ripple is

16  using XRP is unequivocally a bridge currency as we

17  discussed through the ODL flows.

18                    (SEC Exhibit No. 137 was marked for

19                    identification.)

20      Q    I would like you to turn to Exhibit 137 which

21  is a video of an interview you gave on CNBC on January

22  19th, 20 -- the date on the exhibit says January 19th,

23  2020 but I believe the interview is from June 2018.

24      A    Okay.

25      Q    And I would like you to take a look at page 3,

194

```
1    line 21 through page 5, line 3.

2         A    Okay.

3              Okay.

4         Q    On line 11 and 12 you state, "What we have

5    found is that xRapid is saving them between 40 and 70

6    percent compared to their existing tools for managing and

7    spreading liquidity around." Who are you talking about is

8    saving 40 to 70 percent?

9         A    I believe -- my recollection is that one of our

10   customers, could be          has spoken publicly about

11   their savings and referenced that number.

12        Q    So is that in reference to savings that

13   incurred in connection with xRapid?

14        A    I believe that that is what I'm referencing.

15        Q    Did          provide you hard data confirming

16   costs that they incurred in connection with xRapid and

17   cost savings from xRapid?

18        A    Not that I'm aware of.

19        Q    Do you know the basis for your statement?

20        A    My recollection is the basis for my statement

21   is observations that were made by the CFO of          at

22   the time.

23        Q    If you move up, it's talking about the previous

24   paragraph. It says, "We launched xRapid, the product we

25   were just talking about. We launched that as a beta
```

195

1    product late Q3, early Q4 of last year.  We announced our
2    first pilot customers on xRapid in late Q4.  We announced
3    six more in Q1."
4              Are you referring to cost savings incurred by
5    customers who highlighted xRapid?  Are you talking about
6    cost savings in the aggregate?  Because you don't mention
7    ██████ in the -- I don't see ██████ referenced in
8    relation to your comment.
9         A    You know, I don't -- this is two-plus years
10   ago.  I don't remember specifically what I'm referring
11   to.  My recollection is that that number, 40 to 70
12   percent is coming from the CFO of one of the customers we
13   had worked with.
14        Q    But it sounds like you're referencing cost
15   savings that customers told you about in connection with
16   pilots.  Is that your understanding or reading of the
17   interview?
18        A    My reading is that we found that xRapid can
19   save a customer money and I'm referencing 40 to 70
20   percent.  Where exactly that came from, I don't recall.
21   My recollection, my loose recollection is that there was
22   a CFO of ██████ who spoke publicly about some of the
23   savings they have seen.
24        Q    Did anyone at Ripple do any analysis in
25   connection with ODL pilot and cost savings?

```
 1        A    I don't know.
 2        Q    Does the cost savings you cite include any
 3   rebates, guarantees or incentive payments that you've
 4   provided to  ████     or any other customer that piloted
 5   xRapid?
 6        A    I don't know.
 7        Q    Did you provide rebates, guarantees or
 8   incentive payments to  ████  in connection with the
 9   pilot?
10        A    I don't recall.
11        Q    Did  ████  ever sign on to xRapid?
12        A    Yes.
13        Q    As a customer?
14        A    Yes.
15        Q    And does Ripple provide payments in the form of
16   rebates, guarantees or incentives in connection with the
17   contract?
18        A    I don't recall.
19        Q    I would like to show you an exhibit from the --
20             MR. SOLOMON:  I'm sorry to interrupt you.  It's
21   a little after 4 o'clock.  This might be a good time for
22   us to take a break.  It could be another short break,
23   right?
24             MS. WAXMAN:  Okay.  How about 10 minutes?
25             MR. SOLOMON:  Thank you.
```

1          MS. WAXMAN:  We're off the record at 4:03.

2          (A brief recess was taken.)

3          MS. WAXMAN:  We're back on the record at 4:15.

4          BY MS. WAXMAN;

5     Q    Mr. Garlinghouse, while we were off the record,

6     did you have any conversations with the staff?

7     A    I did not.

8          MS. WAXMAN:  Will counsel please confirm?

9          MR. SOLOMON:  Confirmed.

10         MS. WAXMAN:  Thank you.

11         BY MS. WAXMAN:

12    Q    If you go back to Exhibit 137 where we were

13    talking about earlier your comment that xRapid saves

14    customers between 40 and 70 percent, when you said that,

15    are you talking about pre-funding costs?  Are you taking

16    pre-funding costs into consideration?

17    A    I don't recall.

18    Q    Okay.  Take a look at Exhibit 143, page 15,

19    line 16. This is from the CNN interview from 2020.

20         Ms. Chatterly says -- the question is, "What's

21    going on with the price of XRP?  And why did Mike

22    Novogratz weigh in on this and suggest it was going to be

23    another bad year in 2020?"

24         And then you say, "You know, I think the short

25    answer is that Mike doesn't fully follow Ripple very

 1    closely. There's a lot of things he wasn't -- he wasn't
 2    aware of some of the stuff we're doing with MoneyGram.  I
 3    think, you know, he -- if he watches this, he'll be
 4    surprised to hear that we had 54 million of ODL flows
 5    last week."
 6              Did you think at the time of this interview
 7    that increases in ODL flow had an impact on XRP's price?
 8         A    I think my impression has been the activity on
 9    ODL, to the extent it's -- to the extent I can, as a
10    layperson, nonmathematically identify any correlations
11    between ODL activity and the price of XRP, it's a
12    negative one.
13         Q    Then why did you refer to Ripple -- MoneyGram's
14    ODL volumes in response to that question about XRP's
15    price and Novogratz' comments that price was going to
16    be -- it was going to be another bad year in 2020?
17         A    I don't know what Mike is exactly referencing.
18    I know that -- I recall someone at Ripple ended up
19    speaking to Mike and what I found surprising is he's a
20    shareholder in the company and was largely unaware that
21    we had even signed a deal with MoneyGram.
22              So, you know, I think in my head, what's going
23    on in that conversation is more than just answering the
24    question being asked.  It's more thinking about Mike
25    Novogratz, who likes to talk and pontificate about all

1    things crypto and, being a shareholder in Ripple, has

2    amazingly little familiarity about what Ripple is doing.

3        Q    If Mike had known about the deal with

4    MoneyGram, do you think he would have a different

5    perception about the direction of XRP's price?

6        A    I don't know.

7        Q    Well, isn't that what you're suggesting when

8    you answer the question?

9        A    What I'm trying to convey is that when I was

10   asked this question, I -- and this is recent enough that

11   I can actually remember -- is that with Mike Novogratz, I

12   was surprised how little he knew about what was going on

13   with Ripple the company.  I can understand why, the way

14   the question was answered, it might convey that.  I think

15   the relationship that Ripple has with Mr. Novogratz is

16   surprisingly complicated given that he's a shareholder.

17       Q    Why reference anything related to Ripple or ODL

18   in connection with the question if Ripple doesn't have an

19   impact on XRP price?

20       A    Well, I think -- I mean, I feel like I can say

21   with some certainty that, as I look back over the last X

22   years, Ripple's ability -- my ability to predict what has

23   impacted the price of XRP is terrible.  I mean, it seems

24   to me that the price of XRP is largely driven by the

25   whims of the crypto markets, traders and frankly, guys

1    like Mike Novogratz who are not -- you know, he's a

2    trader, not, quote, unquote, an investor and tends to

3    look for trades and arbitrage.

4        Q    I would like to show you an exhibit in the

5    other binder.

6        A    Okay.

7                    (SEC Exhibit No. 224 was marked for

8                    identification.)

9        Q    If you give me a second, I'll tell you the

10   number. Just one second.  It's Exhibit 224.

11       A    Okay.  I have it open.

12       Q    Why don't you take a look at it for a minute

13   and let me know when you're done.  Please turn to page 36

14   of the presentation.

15       A    Yep, I have it open.

16       Q    What does the slide convey in your opinion?

17   What is on the slide?

18            MR. SOLOMON:  Daphna, do you mind just asking

19   him if he's seen this, if he's -- just some of the

20   predicate questions?  I'm sorry.

21            MS. WAXMAN:  Sure.  Thank you very much.

22            BY MS. WAXMAN:

23       Q    So what is Exhibit 224?

24       A    It appears to be maybe a quarterly deep dive

25   about three years ago, just shy of three years ago, about

1    xRapid. So it's before obviously it was in beta or alpha

2    or anything, so it was just kind of a preview of here's

3    where we are, here's where we're going with the product,

4    is my guess.

5        Q    And have you ever seen this document before?

6        A    I don't recall.

7        Q    Have you ever seen any iterations of this

8    document?

9        A    I don't recall.

10       Q    Do you know who prepared this document?

11       A    I do not, no.  No, I don't know.  No.

12       Q    Well, first of all, if you turn to slide 36,

13   the title of the slide says xRapid payment demand can

14   lead to XRP price appreciation.  And there is a -- kind

15   of a visual showing that -- that kind of shows that's --

16   that lends itself to that statement.

17            Do you know, did people at Ripple believe that

18   increased payment demand, increased ODL volume could lead

19   to XRP price appreciation as evidenced by this slide in

20   Exhibit 224?

21       A    It would appear to me that whomever created

22   this slide thought that could potentially happen as the

23   headline says it can lead to price appreciation.  I don't

24   know who created the slide or what they thought they

25   might have hoped would happen, but the slide, as the

1    headline says, seems to suggest that it could or can lead

2    to XRP price appreciation.

3         Q    Was that something that people were thinking

4    about at the time, or believed?

5         A    Well, we certainly think about the value in XRP

6    and price is component, but we think about, as we've said

7    multiple times today, around liquidity as a more

8    important factor because that is -- drives the success

9    and the economic efficacy of ODL.

10        Q    But to answer my question, did people at the

11   time believe XRP -- increase in XRP payment demand would

12   lead to an appreciation in XRP price?

13        A    Well, to be fair, as you're pointing out,

14   someone at Ripple clearly did.  So if your question is

15   did someone at Ripple think that someone created this

16   slide, so I suppose someone thought that might -- that

17   was a hypothesis that existed.

18        Q    Was that a belief shared among authorize than

19   one person at Ripple?

20        A    I don't know.  When I have thought about the

21   success of what is now called ODL, and as we have

22   discussed today, I have thought about liquidity first and

23   foremost as a critical component.

24        Q    In Q4 2017, which is -- I understand the date

25   on the PowerPoint, did you believe that xRapid payment

1    demand could lead to XRP price appreciation?

2          A    I don't know what I thought in Q4 2017.

3          Q    Did you have any thoughts about how ODL --

4    increased ODL demand could impact XRP price?

5          A    The only thoughts I have is based upon some of

6    the interviews you have refreshed my recollection with

7    during the course of the day today, which seems to -- the

8    interviews certainly seem to suggest that I thought that

9    I was focused on liquidity of the XRP ecosystem first and

10   foremost.

11         Q    And why was liquidity something that you

12   focused on first and foremost?

13         A    Well, as we discussed in the analysis with

14   MoneyGram, liquidity creates tighter spreads.  Tighter

15   spreads creates a more efficient tool for cross-border

16   payments.

17                        (SEC Exhibit No. 221 was marked for

18                         identification.)

19         Q    I would like you to take a look at Exhibit 221.

20         A    Okay.

21         Q    Just take a moment to look at it, to read it

22   over and let me know when you're done.

23         A    Okay.

24         Q    Do you recognize what's been marked as Exhibit

25   221?

1        A    I recognize it in concept, not necessarily

2    specificity.

3        Q    What is Exhibit 221?

4        A    It is a blog post on an internal blog we use

5    at -- I'm sorry, an external log we have at Ripple called

6    Insights that we use to comment publicly on various

7    topics.

8        Q    And it says that Asheesh Birla drafted this.

9    Did you review the materials before it was posted

10   publicly?

11       A    Not to my knowledge.

12       Q    On the second page, third paragraph, it talks

13   about cost savings from -- to financial institutions

14   using xRapid and conclusions that the company had come to

15   regarding cost savings from customers piloting xRapid.

16   And it says, "For payments in the critical remittance

17   corridor between the U.S. and Mexico, financial

18   institutions using xRapid saw savings of 40 to 70 percent

19   compared to what they normally pay foreign exchange

20   brokers."

21            This doesn't reference cost savings related to

22   lack of -- cost savings related to pre-funding or not

23   needing to pre-fund.  Did you understand that the 40 to

24   70 percent figure was related to cost savings on a

25   transaction based from transactions?

1      MR. CERESNEY:  I'm sorry, he didn't write this

2   blog post.  Do you mind just repeating the question that

3   you asked him?  I didn't understand.

4      BY MS. WAXMAN:

5   Q    Sure.  The sentence refers to cost savings and

6   it doesn't reference cost savings from pre-funding.  It

7   seems to say cost savings as compared to -- cost savings

8   from FX fees. Is that your understanding as well?

9   A    As I mentioned, I am not the author nor do I

10  recall reading it.  I can only interpret what -- the same

11  thing that I'm reading it now, maybe for the first time.

12  So I don't have a lot to discern other than what's on the

13  piece of paper.

14                  (SEC Exhibit No. 239 was marked for

15                     identification.)

16  Q    Okay.  If you would turn to Exhibit 239.

17  A    Yes, I am there.

18  Q    And just if you wouldn't mind reading it to

19  yourself and let me know when you're finished.

20  A    Okay.

21  Q    In the middle of page 2, you talk about -- the

22  paragraph that begins, "We signed 11 xRapid production

23  customers." It says, "We signed 11 xRapid production

24  customers in 2018 and brought three live in Q4 alone.

25  Early customer results report no wire fees (as opposed to

1   25 to 35 per payment previously), 10 times lower FX

2   costs, and payments in two minutes."

3          Did you have an understanding at the time that

4   you wrote this that xRapid provided 10 times lower FX

5   costs to customers?

6          A    I would imagine I had an understanding at the

7   time of whomever was participating in helping me draft

8   this had parsed some data.  I have no reason to believe

9   that that wasn't coming from a grounded place but, you

10  know, I think depending upon what customer we're talking

11  about, FX costs from MoneyGram as the second largest

12  remittance company on the planet.  Might be very, very

13  different for a player like          that is just getting

14  started.

15         Q    Do you know of any analysis regarding lower FX

16  costs that Ripple did?

17         A    I don't off the top of my head, no.

18         Q    We talked about payments that Ripple made to

19  ODL customers under, you know, work orders and previously

20  you mentioned that Ripple paid certain incentives and it

21  also provided -- we saw in the MoneyGram document --

22  rebates.

23         What was the purpose of the rebate?

24         A    I mean, I guess my first question would be

25  which rebate specifically?  As I think I testified

 1    earlier today, I don't really parse rebates versus

 2    incentives.  I kind of view it as if there is a flow of

 3    funds back to a customer, overall I think of that as an

 4    incentive.  But if there a specific rebate you're

 5    wondering about, I would be happy to try to address it.

 6         Q    Did the rebates reimburse the customer when the

 7    FX cost was worse than spot?

 8         A    Without looking at a specific agreement, it

 9    would be I think difficult for me to comment on that

10    specifically.

11         Q    If you go back to Exhibit 224, page 28.

12              MR. SOLOMON:  Just so you know, you can keep

13    going but if you're seeing some of us dropping off, there

14    is something going on with WiFi.  As long as you can see

15    Brad, we can hear you but I just wanted to let you know

16    that for the record.  Sorry.

17              MS. WAXMAN:  That's okay.  I got notification

18    that Andrew is no longer in the meeting.  Is he no longer

19    here?

20              THE WITNESS:  He is in the room, just to be

21    clear.

22              MR. CERESNEY:  I am here.  Something is going

23    on with the WiFi.

24              THE WITNESS:  Does that work?

25              MR. CERESNEY:  Yeah.

1          THE WITNESS: That might be the issue. There.

2    All right. But we can keep going.

3          BY MS. WAXMAN:

4    Q    So if you turn to Exhibit 224, page 28.

5    A    Yes.

6    Q    So it talks about -- the title of the slide is

7    Ripple to Offer FX Rate Guarantees. When did Ripple

8    offer rate guarantees?

9    A    I don't recall.

10   Q    Did Ripple offer --

11   A    As a macro observation, the rate guarantees

12   would be something we -- you know, customers might be

13   averse to -- concerned about adopting xRapid because of

14   potential volatility in FX rates which you're seeing in

15   that chart. And so by removing that risk and getting

16   customers on board and getting kind of that flywheel we

17   talked about earlier this morning going, we were able to

18   get the momentum going which actually also reduces the

19   volatility which means there's fewer needs for rate

20   guarantees.

21   Q    Does this chart show that at certain times, FX

22   costs through xRapid were worse than spot?

23   A    Yes. It also shows sometimes it's better than

24   spot.

25   Q    Yes. Would customers use xRapid if Ripple

1    didn't provide these rate guarantees?

2        A    Well, I mean, I think, you know, this is a

3    document from 2017 and I think, you know, what we have

4    seen is that as you get going, as customers -- well, as

5    the markets get more mature and my prediction would be if

6    you looked at this same chart today instead of for July

7    2017 through October 2017, but looked at it, you know,

8    today, you would see much less variability --

9        MR. SOLOMON:  I think her question was whether

10   customers would still use xRapid ODL without the rate

11   guarantees.

12        Wasn't that your question, Daphna?

13        MS. WAXMAN:  Yes, it was.  Thank you.

14        THE WITNESS:  My belief and recollection is the

15   answer is yes because we certainly, as we sign up

16   customers, to my -- I do not believe that every customer

17   we sign to xRapid or now ODL has rate guarantees but I

18   don't -- I would have to review all the contracts to know

19   that definitively.

20        BY MS. WAXMAN:

21        Q    So your testimony is they would use the product

22   even though, on certain transactions, they were getting

23   worse rates than spot?

24        A    My testimony is that as this chart shows,

25   there's sometimes they're getting better rates than spot,

210

1    sometimes they're getting worse rates than spot, and I

2    think that anybody customer who would look at the whole,

3    you know, this chart doesn't mathematically show what the

4    net impact is.  I think most customers would look at

5    holistically.

6              I do think in early time, in getting customer

7    adoption and market activity, offering what I'll just

8    call incentives -- rate guarantees, incentives, rebates

9    are all kind of the same bucket for me -- getting them

10   comfortable and moving forward, it would have been the

11   goal at the time.  And as we're able to demonstrate

12   through time that the FX rate is closer to spot,

13   particularly over the holistic view, that that would not

14   be a barrier to adoption.

15        Q    But when the FX rate is worse than spot, Ripple

16   guarantees -- pays them the difference?

17        A    I would have to -- we would have to go contract

18   by contract and I wouldn't know top of mind which ones we

19   have rate guarantees on and which ones we don't.

20        Q    Does Ripple publicly disclose the fact that it

21   provides rate guarantees to customers?

22        A    No.

23        Q    Why not?

24        A    Because we're a private company.  We have no

25   obligation to do so.  I mean, the irony of the question

1    to me is that Ripple is the most transparent company in

2    the crypto space by like an order of magnitude and, you

3    know, I don't think, as a private company, we have any

4    requirement to disclose those details and so we don't.

5         Q    Did you earlier -- did you testify earlier that

6    you were focused as CEO on increasing Ripple's

7    transparency in relation to XRP and Ripple's XRP

8    products?

9         A    You said SEO at the beginning of that question.

10        Q    Sorry, I meant CEO.

11        A    Oh.  Yes, I certainly am a big public advocate

12   of more transparency in the crypto marketplace.

13        Q    Wouldn't the fact that at times the rate

14   through ODL is worse than spot, isn't that valuable

15   information?

16        A    It's also valuable information that sometimes

17   it's better than spot.

18        Q    Did you ever disclose anything about the rates

19   that customers received in connection with ODL?

20        A    I'm not aware that we have any public

21   statements about the rates.  We may share with customers

22   some of those things but I'm not aware that we've made --

23   well, by the way, I shouldn't be so certain of that.  I

24   am not aware.  We may have made statements about some of

25   that somewhere.

1        Q    Have you heard of the term slippage?

2        A    I have heard that term.

3        Q    And what does that refer to?

4        A    My layperson's understanding is, you know,

5   maybe spreads and slippage are, in my loose definition,

6   kissing cousins.  I can say that as a Kansan.

7        Q    Thank you but what is your understanding of the

8   term slippage in the context of ODL?

9        A    I think of them as -- slippage as related to

10   spreads and if markets are imbalanced in some way, you

11   might have slippage in bid-ask dynamics in a market.

12   That is my layperson's understanding.

13       Q    We were talking about guarantees that Ripple

14   provides when the FX rate is worse than spot.  Does it

15   also provide guarantees if the implied rate is worse than

16   the executed rate in connection with ODL?

17       A    I am not familiar off the top of my mind with a

18   specific contract on that point.

19                       (SEC Exhibit No. 146 was marked for

20                        identification.)

21       Q    I would like you to turn to Exhibit 146 in the

22   third party binder.

23       A    I'm there.

24       Q    Sorry.  If you could just give me one second.

25            For the record, Exhibit 146 is an interview you

1    provided in March 2018 on CNBC, and if you take a look at

2    page 2, line 3 through line 12.

3         A    Line 3 through line 12 on page 3, is that

4    right?

5         Q    Page 2.

6         A    Page 2.  My apologies.

7              MR. CERESNEY:  Page -- I'm sorry.

8              BY MS. WAXMAN:

9         Q    I'm talking about the transcribed pages.

10        A    Okay.  Lines 3 through 12, first paragraph.

11        Q    Yes, correct.  You say, "Early on Ripple, the

12   company, took the point of view of look, how do we use

13   XRP to solve an institutional use case.  Our goal hasn't

14   been to go out and curry favor with speculators.  It's

15   really been to solve a big problem around how payments

16   flow cross-border for banks, for payment providers.

17   We've been very fortunate by focusing on that segment and

18   signing up really over a hundred customers now ranging

19   from some of the largest banks in the world to, you know,

20   small banks."

21             Why do you say that Ripple's goal hasn't been

22   to go out and curry favor with speculators?

23        A    I think particularly during that time per,

24   there was a lot of rampant speculation in the crypto

25   markets.  And, in my judgment, particularly in the ICO

1    market, some were aggressively trying to court

2    speculative interests in various digital assets and I

3    think we have tried to clear about -- we're trying to

4    solve an institutional use case.

5            As I think you're seeing through a period of a

6    couple of years of various media transcripts and what

7    have you, I think we've been pretty consistent with how

8    we're approaching that.

9        Q    At any point, did Ripple prioritize initiatives

10   to grow speculative trading in XRP?

11       A    I don't recall any projects to prioritize

12   speculative trading in XRP.

13       Q    In Q2 2017 and Q1 2017, was there discussion

14   amongst Ripple employees to increase speculative trading

15   in XRP?

16       A    I don't recall.

17       Q    Could you turn to the other binder?  I'll let

18   you know what exhibit in a second.  One moment.  Sorry

19   about that.

20       A    No problem.

21                  (SEC Exhibit No. 198 was marked for

22                   identification.)

23       Q    Exhibit 198.

24       A    Okay.

25       Q    What is Exhibit 198?

1      A     It appears to be an email from Patrick Griffin

2    to me with the subject line of Q2 XRP plan update.

3      Q     And who is Patrick Griffin?

4      A     Patrick Griffin was employed by Ripple for

5    five-ish years, holding a number of positions in kind of

6    strategy, business development, things like that.  Sales.

7    He ran sales for a while too.

8      Q     Did he report directly to you?

9      A     Not originally.  He ended up reporting to me I

10   guess probably when I became CEO.

11     Q     During this time period in March 2017, did he

12   report directly to you?

13     A     Yes.

14     Q     And does this refresh your memory whether there

15   was an internal priority to broad XRP speculative trading

16   volume in or around that time?

17     A     Based on the first two lines, it appears to me

18   that, yes, he was working on projects to drive XRP

19   speculative trading volume.

20          MR. SOLOMON:  Her question was did it refresh

21   your recollection about people talking inside the company

22   about speculative trading volume of XRP.  I just want you

23   to be precise when you're answering her question and not

24   a --

25          THE WITNESS:  It doesn't actually -- you know,

216

1    I get a lot of emails per day.  I don't recall this

2    email.  I don't recall XRP speculative trading volume

3    being a priority for the company.

4           BY MS. WAXMAN:

5       Q    Did you ever discuss with anyone at the company

6    the goal of increasing XRP speculative trading volume?

7       A    I don't recall.

8       Q    Was that a priority for the company in 2017?

9       A    I don't recall.

10      Q    Sorry.  One second.

11           When did Ripple put its XRP holdings into

12    escrow?

13      A    December of 2017, I believe.

14      Q    Did you have any involvement in that decision?

15      A    Yes.

16      Q    What was your involvement?

17      A    I think I was the CEO at the time, yeah.  I was

18    the CEO, so I'm sure ultimately -- I mean, I'm sure there

19    were a series of recommendations made and I'm sure I

20    asked various questions, but ultimately that was my

21    decision.

22      Q    Why did the company decide to put its XRP

23    holdings into escrow?

24      A    From my point of view -- and maybe this is --

25    my recollection, there was a lot of misinformation and

1    those who were I think spreading misinformation about

2    Ripple's behavior and potential impact on the XRP market,

3    and it was important to me that we remove that kind of

4    speculation.

5              My viewpoint at the time, I remember saying

6    unit may be in various emails, was that the -- it would

7    not be in our best interests to be bad actors in XRP

8    markets.

9              As certainly we've discussed earlier today, our

10    goal has been and is today to be a constructive actor and

11    not impact the price of XRP one way or another.  So to

12    engage in -- so I never looked at it as, well, we would

13    never aggressively sell XRP anyway, and so putting them

14    in -- putting the XRP in escrow, in a time-sealed escrow,

15    seemed a little bit like, okay, we can do that.  And I

16    think that removed some of the misinformation in the

17    marketplaces.

18        Q    Was that a big decision for Ripple?

19        A    Yeah, for sure.

20        Q    Why?

21        A    Well, you're reducing flexibility of an asset

22    the company owns.  It's valued by, you know, I don't

23    remember what the price at the time was but it certainly

24    was hundreds of millions or more, and if you're locking

25    that up, that's a big decision for the company to make.

1     Q    Did the company believe that the escrow
2    announcement or the announcement that it intended to put
3    its holdings into escrow would increase speculative
4    trading in XRP?
5               MR. SOLOMON:  Did you hear the question?
6               THE WITNESS:  Did the company believe that
7    putting --
8               MR. SOLOMON:  Did the company believe.  I just
9    want to make sure --
10              MS. WAXMAN:  I'll ask a new question.
11              BY MS. WAXMAN:
12    Q    Did you believe that the escrow announcement
13   would increase speculative trading in XRP?
14    A    I don't recall.
15    Q    Did anyone at the company have that belief?
16    A    I'm sure that there's some that thought that --
17   had that believe.  I mean, I think others outside of
18   Ripple had that belief.
19    Q    Did you discuss with anyone their beliefs that
20   the escrow announcement would help increase speculative
21   XRP trading?
22    A    I don't recall any specific conversations.
23    Q    Did you believe that the escrow announcement
24   would lead to an increase in XRP price?
25    A    I don't recall.

1      Q    Did anyone at the company believe that the

2   escrow announcement would lead to an increase in XRP

3   price?

4      A    I expect there's someone who did, yes.

5      Q    Did you ever discuss that belief with anyone at

6   Ripple?

7      A    I don't recall.  Well, let me restate that.  I

8   don't recall discussing it prior to making the decision.

9   After making the decision, I recall discussing with one

10   particular employee who wanted compensation changes

11   because he felt that it had, I think that's not clear to

12   me.

13      Q    And what employee are you talking about?

14      A    A gentleman named Miguel Viaz.

15      Q    So you discussed the impact of the escrow

16   proposal on XRP's price after -- at what point?

17      A    We discussed his belief about the impact of the

18   escrow on the price of XRP.

19      Q    And are you talking about the announcement that

20   Ripple made regarding its plans to put its XRP holdings

21   in escrow?

22      A    I think that's fundamental to what the actual

23   conversation was because depending upon what you believe,

24   you're going to -- I think he painted a picture that the

25   announcement did affect the price.  I think -- it's been

1    a long time but my recollection was that the price of XRP

2    then and continues to be highly correlated with what's

3    going on in the overall crypto market, and the

4    performance tends to be much, much, much more correlated

5    with what the rest of the crypto market is doing as

6    opposed to any particular event happening on behalf of

7    Ripple.

8        Q    Did you have a specific understanding of the

9    impact of the May 2018 announcement about the escrow on

10   XRP's price?

11           MR. SOLOMON:  I'm sorry, did he have a specific

12   what?  I just missed the first part of it.

13           MS. WAXMAN:  Understanding.

14           MR. SOLOMON:  Uh-huh.  Of?

15           MS. WAXMAN:  Of whether the announcement about

16   Ripple's plans related to the escrow had an impact on

17   price, XRP price.

18           THE WITNESS:  It -- sorry.  Now that we've gone

19   through it, the high order question was did I have a

20   perspective on whether the announcement did?

21           BY MS. WAXMAN:

22       Q    Did you have any understanding that the

23   announcement impacted XRP's price?

24       A    I did not.

25                    (SEC Exhibit No. 203 was marked for

221

1

2       Q    I would like you to take a look at Exhibit 203.

3       A    Okay, I'm there.

4       Q    What is -- do you need a minute to look at it?

5       A    Would you like me to read the whole proposal?

6       Q    Yeah, if you don't mind.

7       A    Okay.

8       Q    Do you recognize what's been marked as Exhibit

9   203 and the escrow proposal that's referenced in 203?

10      A    Do I recognize it?  No.  Do I acknowledge that

11  it's an email that I received in 2017?  Yes.

12      Q    What is the proposal that's in Exhibit 203?

13      A    It is to lock up the XRP Ledger's escrow

14  feature, 55 billion units of XRP.

15      Q    And did someone send you the proposal?

16      A    Yes.

17      Q    And who sent it to you?

18      A    Patrick Griffin.

19      Q    And do you know who drafted the proposal?

20      A    I do not.

21      Q    On the first page, it talks about the

22  objectives related to the proposal.  It says -- and I'm

23  in the middle of the page on the first page of the

24  attachment.  It says, "Generate at least two times more

25  2017 XRP bookings than currently forecast.  Stimulate

1    immediate increase in volume and price appreciation.  And

2    accelerate needed liquidity to support payment flows."

3            Did you agree with the objectives that are in

4    the exhibit?

5        A    I have no recollection of whether or not I

6    agreed with the objectives at the time.

7        Q    I apologize if I asked this earlier.  What

8    objective did the company hope to achieve by establishing

9    the escrow?

10       A    The objective I subscribed to as CEO at the

11   time -- CEO, I think -- was removing this kind of

12   overhang that those who were skeptical about what Ripple

13   was doing, those who were skeptical about the XRP market,

14   I felt it was, you know, an unfounded concern that Ripple

15   would ever do things to hurt the XRP market by virtue of

16   our supply or the potential introduction of supply to the

17   XRP market.  So my overarching goal was to remove that

18   what I'll call thud, the misinformation from the broader

19   XRP markets.

20       Q    When you say -- when you use the term skeptics,

21   who are you referring to?

22       A    Those in the crypto community who were not --

23   who had a particular belief about their own projects.  I

24   mean, oftentimes they're -- you know, bitcoin maximalists

25   are an example of people who have generally been skeptics

223

1   of Ripple.

2       Q    Are you talking about speculators who were XRP

3   holders who were purchasing XRP as a speculative

4   investment?

5       A    No.   I'm talking about in the community of

6   people who are very interested in digital assets and

7   blockchain, my experience is that there are those who

8   subscribe -- who are believers -- and I mean that word

9   almost in a religious sense -- in a particular view of

10  how their projects will evolve and impact the world.

11         And particularly for early crypto believers, I

12  think many were very skeptical of Ripple and skeptical of

13  XRP because -- well, one of the reasons is because the

14  crypto community was largely of the mind of how do we

15  down with governments, down with banks.  And Ripple was

16  taking the point of view of, hey, we're going to curry

17  favor with governments and we're going to sell to banks.

18  So when I say skeptics, I'm talking about those

19  communities.

20      Q    Who specifically are you talking about when you

21  refer to skeptics?  I'm not clear.  Is there a specific

22  group of people?

23      A    I'm referring to groups of people -- and I used

24  a couple of examples already.  I'll highlight bitcoin

25  maximalists would be one example of a group of people who

224

1    believed bitcoin would be the only digital asset and all

2    other digital assets would go away.  Those people by

3    definition would be skeptical of what Ripple was doing

4    and skeptical of XRP.

5         Q    Why would people who hold bitcoin have a

6    concern with Ripple's holdings in XRP?

7         A    I mean, part of my answer would be, you know,

8    best to ask them.  I would speculate that my experience

9    is those are people who believe in certain dynamics of

10   how crypto, for example, should be distributed.  So they

11   believe in mining as a more fair way to distribute the

12   rewards of digital assets.

13             So there are a number of reasons why I think

14   Ripple and XRP have been -- had its fair of skeptics.

15   One of them, again, is because we've tended to try to

16   partner with governments and tried to partner with banks,

17   and they were generally antigovernment, antibank.  One is

18   by virtue of the XRP was, you know, pejoratively

19   described as pre-mined versus those like bitcoin and

20   ether that are still being mined, and the supply changes.

21   Those are a handful of reasons.

22             So when I refer to skeptics, those are all

23   examples of communities I think were skeptical.

24        Q    My understanding of the proposal is that the

25   proposal refers to the skeptics as those people who are

1    purchasing XRP as an investment or as -- as an

2    investment.  Is that not your understanding?

3        A    Well, when I use the word skeptics, I'm

4    referring to those communities I was describing to.  The

5    use of skeptics here, you'll have to point me to where

6    it's being used.

7        Q    At the very top of the page under Executive

8    Summary, number 3, it says, "As we look at the reasons

9    why this is the case, the clear message we're getting is

10   that the supply of XRP in the market is too uncertain for

11   speculators to be comfortable being more active."

12            So my question is, did XRP holders, did they

13   have a concern -- were they concerned that Ripple would

14   go ahead and sell the XRP that it had in its possession?

15       A    I would certainly not feel comfortable speaking

16   on behalf of people that I don't know nor understand

17   their motivations for why they may have been holding XRP.

18   Number 3 that you're referencing here to me is not

19   referring to XRP holders.  It might be referring to

20   crypto traders.  But again, I think earlier maybe we were

21   talking past each other, and so I was using the word

22   skeptics.  Here we're talking about speculators and I

23   think my guess -- and I would be speculating myself -- is

24   that the author was referring to crypto speculators, not

25   necessarily just XRP speculators.  As I'm sure you're

1    well aware, there is a lot of just pure speculative

2    trading that happens in the crypto markets.

3         Q    And when you refer to skeptics, does that

4    include XRP holders and XRP purchasers on the secondary

5    market?

6              MR. CERESNEY:  When he referred to skeptics

7    here just now?

8              MS. WAXMAN:  Yes, yes, yes.

9              THE WITNESS:  No.  Are we talking past each

10   other?

11             MR. CERESNEY:  I think you are.

12             Go ahead.  Ask the question.

13             THE WITNESS:  Sorry.

14             BY MS. WAXMAN:

15        Q    I think the document speaks for itself.

16             MR. SOLOMON:  Daphna, it's 5:14.  It's been an

17   hour and 10 since the last break.  Could we take another

18   short break since it's getting into the late afternoon

19   here?

20             MS. WAXMAN:  Sure.

21             MR. SOLOMON:  Thank you.

22             MS. WAXMAN:  It's 5:15.  We're off the record.

23             (A brief recess was taken.)

24             MS. WAXMAN:  We're back on the record at 5:28.

25             BY MS. WAXMAN:

1       Q    Mr. Garlinghouse, while we were off the record,

2    did you have new conversations with SEC staff?

3       A    No, I did not.

4            MS. WAXMAN:  Counsel, will you please confirm?

5            MR. SOLOMON:  Confirmed.

6                     (SEC Exhibit No. 229 was marked for

7                      identification.)

8            BY MS. WAXMAN:

9       Q    I would like you to take a look at Exhibit 229.

10      A    Okay.

11      Q    Why don't you take a moment to look at it.  Let

12   me know when you're done.

13      A    All right.

14           I'm pretty much done.  I didn't read all of my

15   original email.  I just read Antoinette's email.

16      Q    That's fine.  I'm just going to ask you about

17   her email.  Who is Antoinette O'Gorman?

18      A    Antoinette was at the company when I joined and

19   shortly after I joined, got promoted to chief compliance

20   officer and left the company in the spring of 2018.

21      Q    And what was her role while she was at the

22   company?

23      A    Chief compliance officer.

24      Q    So did she send this email after she left the

25   company?

1       A    Yes.

2       Q    And do you recall receiving this email at the

3    time?

4       A    Vaguely, yes.

5       Q    And what do you recall about it?

6       A    I remember thinking that Antoinette -- a little

7    bit of context.  When Antoinette left, she rented a

8    Sprinter van and was doing a walkabout across the United

9    States and occasionally sending photos from her various

10   stops.  So I remember thinking that I was intrigued that

11   she had taken the time to write it and send more photos.

12      Q    With regard to the substance of the email and

13   her comments on it -- strike that.

14           What is she commenting on in the email?

15      A    Well, she's commenting on a lot.

16           MR. CERESNEY:  I think she means what is she

17   responding to?

18           THE WITNESS:  Oh.  She -- is that --

19           BY MS. WAXMAN:

20      Q    Yes.  Thank you, Andrew.

21           What is she responding to?

22      A    She's responding -- one of the things that I

23   have done with some regular cadence was sending out to

24   Ripple investors, Ripple shareholders, a kind of -- I

25   think for a while we might have sent monthly and then we

1    switched to sending quarterly kind of updates about how

2    their company was doing.  So she's replying to that email

3    from Q2 of 2018.

4         Q    So did you send a quarterly update to Ripple's

5    shareholders?  Is that the first email in the chain?

6         A    Yes.

7         Q    The update, did you write that yourself?

8         A    I would call myself the editor, not the author.

9    But I certainly reviewed it in its entirety.

10        Q    And are you responsible for everything that was

11   sent in the email?

12        A    As the CEO of the company, I would say yes.  As

13   I said, did I draft the email?  No.  But I'm not trying

14   to shy away from -- it was sent on my email account.

15        Q    Why is she sending you this email?

16        A    I would be speculating about why she sent the

17   email. My speculation is she's well-intended and intends

18   to be constructive and I think her intentions are good.

19        Q    Did she express a concern that some of the

20   statements in your email were not accurate?

21        A    I mean, I'm not sure that I would use the words

22   that she's expressing there are not accurate.  Her word

23   choice was sloppy.

24        Q    In the email, she says -- in the second

25   paragraph, she says, "I can't figure out why we continue

1    to say things like 'xRapid is alleviating institutions'

2    pre-funding needs so they can instead put that working

3    capital to use in other ways.'"

4           She's quoting you.  She's quoting a sentence

5    from your email, earlier email.

6        A    Yes.

7        Q    And then she says, "xRapid users must pre-fund

8    their accounts on the outbound exchange."

9           Is that true?

10       A    Today, no.  At the time it was written, at the

11    time she wrote it, I understand her point.  I think she

12    misses the point of where we were at the time and where

13    we're going.

14           If you only pre-fund it one exchange -- today

15    let's pick -- I'll make up a fictional Bank of Waxman.

16    You would pre-fund it 10, 20, depending on the size of

17    the bank, 30 different destination currencies, and you

18    would have that dormant capital at all of those different

19    currencies, all these different banks that have the

20    overhead associated with that.

21           If you're only pre-funding at a digital asset

22    exchange to one account, that's much more efficient use

23    of capital in how that is managed than if you're doing it

24    20 or 30.

25        Q    So just going back to the initial question, so

1    her statement that xRapid users must pre-fund their

2    accounts on the outbound exchange, was that true at the

3    time?

4        A    Yes, that would have been true at the time that

5    an xRapid user -- I mean, well, as we went through with

6    the MoneyGram diagrams earlier today, they showed that

7    they onboarded to Bitstamp, right?  So the benefit is,

8    again, that they, instead of pre-funding at multiple

9    banks with longer durations, they can do that in more --

10   for many different destinations with one account.

11            Today that is not true and, again, when we

12   think about where the world goes, through XRP

13   origination, customers don't onboard at a sending

14   exchange because they are buying the XRP from us which

15   reduces costs and improves the efficiency with those

16   customers.

17       Q    So if that's -- her statement, though, was

18   true, why do you say that xRapid was alleviating

19   institutions' pre-funding needs?

20       A    So for pre-funding, I guess if I'm going to be

21   super crisp and precise, needs is a plural so maybe --

22   what she is saying is xRapid's alleviated institutions'

23   pre-funding need. That would not be true because you

24   would say, well, there might still might be a singular.

25   The needs is you need to -- using the Bank of Waxman as

```
 1   the hypothetical example, across many accounts versus
 2   one.
 3        Q    Today you said xRapid customers don't need to
 4   pre-fund their accounts on outbound exchanges.  Is that
 5   your testimony?
 6        A    We have a number of customers live today,
 7   meaning in Q3 of 2020, that use XRP origination and
 8   therefore they can -- they no longer need to worry about
 9   onboarding or origination of XRP purchases because they
10   can purchase the XRP from us.
11        Q    What about on the outbound exchange?
12        A    They don't have an outbound -- I mean, using
13   MoneyGram as an example, they don't have to have an
14   account at Bitso.
15        Q    Right, because they're selling the XRP.
16        A    Correct.
17        Q    Did you ever discuss Antoinnette's email with
18   anyone else at Ripple?
19        A    No.  I mean, as you can tell from the email
20   chain, despite Antoinnette's request, I forwarded it to
21   Monica.  Her team is typically the author of the
22   underlying email and I thought it was useful for her to
23   see some feedback.
24        Q    Other than forwarding it, did you discuss
25   Antoinnette's statements about pre-funding?
```

233

1       A    Not that I can recall.

2       Q    In the following paragraph, Antoinette writes,

3  "It's unclear (to me, at least) how pilot users save that

4  much in fees when we waived most of the fees for pilots

5  and supplemented the cryptocurrency conversion cost if it

6  went against the pilot user."

7            Is she right to question whether there are cost

8  savings for xRapid pilot customers?

9       A    You know, I have a lot of fondness for

10 Antoinette as our chief compliance officer.  I would not

11 hire her as our CFO.  So if I'm getting analysis from

12 our -- I'm getting financial analysis from our former

13 chief compliance officer, I'm not going to put as much

14 weight in that as the people that are currently employed

15 and trained to make those analyses and evaluations.

16      Q    Did you ever discuss with Ripple's CFO whether

17 ODL pilot customers experienced cost savings at or around

18 the time of this email or at any time?

19      A    I don't have any specific recollection at or

20 around the time of this email.  Did I ever discuss with

21 our CFO things like cost savings from ODL?  I'm sure that

22 I did at some point.

23      Q    And who was the CFO that you had those

24 discussions with?

25      A    Just to be clear, I don't have a specific

```
 1    recollection of a specific conversation.  I also
 2    realize -- I'm certain that at some point over the course
 3    of the last two or three years that the CFO, Ron Will,
 4    and I would have discussed various analyses that are
 5    being done or otherwise about something like this.
 6        Q    We've spoken a lot today about the potential
 7    benefit to customers for using ODL and we've spoken about
 8    statements that you've made regarding specific cost
 9    savings from using ODL at the time.  I know you've said
10    that you understood there was a potential for cost
11    savings but I think some of the statements referred to
12    actual cost savings.
13            Do you have any specific recollection of
14    conversations that you had analyzing specific costs
15    related to ODL for users or specific cost savings to ODL
16    users?
17        A    I don't have any specific recollections.  I
18    mean, just because we're having this email open, I'm
19    presuming that                        the founder of
20        is quoted accurately and we're not putting words in
21    his mouth about his view of cost efficiency of xRapid.  I
22    would not conflate MoneyGram's analysis as the second
23    largest remittance company on the planet to someone like
24                    or other players and the potential cost
25    savings they might see.
```

235

1      Q    How is it that you don't have a specific
2    understanding of the specific cost savings related to
3    ODL?
4           MR. CERESNEY:  I think he has testified about
5    his understanding.  I don't think he lacks an
6    understanding of the specific cost savings.
7           MR. SOLOMON:  I think what he's saying is he
8    doesn't have a -- if you have a document to show him or
9    an email to show him, that's fine but in terms of a
10   memory test about conversations he's had, it's not fair
11   to ask him about that. He said in general he had an
12   understanding and he's articulated what his general
13   understanding was.  Specific issues tied to the
14   document --
15          MS. WAXMAN:  I'm sorry.  I don't think the
16   reporter can hear you, nor can I.
17          MR. SOLOMON:  You asked him very general
18   questions. If you have a specific document you want to
19   point him to about a conversation he had or a question
20   about a specific customer or a specific point in time,
21   you can ask him, but asking him a very general question
22   about whether he's had any discussions about cost
23   savings, I think he's told you of course he has over
24   time, but he can't catalog those for you sitting here
25   today in September 2020.

1          BY MS. WAXMAN:

2     Q    Does Ripple anticipate that it will cease

3  paying customers rebates, guarantees and incentives any

4  time soon?

5     A    I think that will be corridor-specific as we

6  see various corridors achieve liquidity and kind of the

7  various flywheel dynamics we have discussed today but,

8  you know, we have already seen those incentives decrease

9  over the past 6 to 12 months significantly.

10    Q    And how have you seen the incentives decrease?

11    A    Well, we've restructured contracts with market

12  makers to decrease the costs to market makers.  We have

13  continued to improve the efficiency of -- because of

14  those contracts being more efficient in what we're paying

15  them but also what they're doing, the spreads have

16  tightened.  I think in some cases we've renegotiated

17  contracts with exchanges to provide discounts and so

18  we -- and we will continue to do those things and we will

19  continue, I expect, to see those costs decrease.

20                    (SEC Exhibit No. 133 was marked for

21                     identification.)

22    Q    I would like to show you what's been marked as

23  Exhibit 133 in the third party document binder.

24    A    Okay.  I'm there.

25    Q    Why don't you take a look at it.  Let me know

237

```
 1    when you're done.

 2         A    Just for my clarification, I think this is a

 3    Ripple document and not a third party document, right?

 4         Q    Well, the document was not produced by Ripple.

 5    It was produced by MoneyGram.  I don't believe it was

 6    part of Ripple's production.

 7         A    Okay.  July 2019.

 8                      (SEC Exhibit No. 246 was marked for

 9                       identification.)

10              MR. CERESNEY:  Just to let the record be clear,

11    Exhibit 246 looks to be -- has the same title on the

12    front, Scaling Global Liquidity for xRapid, except it's

13    dated June 2019 and this one is dated July 2019.  I don't

14    know.  I haven't compared that but it looks to be a

15    similar deck.

16              THE WITNESS:  Yeah.

17              MR. CERESNEY:  And that one was produced by

18    Ripple.

19              MS. WAXMAN:  Yes, I have compared them.

20    They're not the same deck.  The Exhibit 133 has

21    additional slides in it that are not included in Exhibit

22    246.

23              MR. CERESNEY:  Okay.  Obviously we produced

24    documents pursuant to agreed certain terms, et cetera.  I

25    just don't want the implication to be that Ripple didn't
```

1    produce documents that it was required to.

2            MS. WAXMAN:  No problem.

3            THE WITNESS:  Okay.  I've looked through it

4    loosely. I'm happy to comment.

5            BY MS. WAXMAN:

6        Q    So do you recognize what's been marked as

7    Exhibit 133?

8        A    I recognize it not in specificity, but in macro

9    concept.

10       Q    And what is this Exhibit 133?  Why was this --

11   was this document created by someone at Ripple?

12       A    Yes.

13       Q    And what's the subject of the document?

14       A    Scaling global liquidity for xRapid, what we

15   now call On-Demand Liquidity.

16       Q    And do you have any understanding why this

17   document was provided to MoneyGram?

18       A    I don't.  If I were to speculate, I would

19   imagine they were concerned about ODL's ability to

20   support growing volumes and they probably wanted to

21   understand how we intended to be able to deliver on that.

22       Q    And how would Ripple support growth in volumes

23   on ODL by MoneyGram?

24       A    By partnering with a set of market makers.

25       Q    Now, if you turn to page 25 or slide 25.

239

```
 1        A    Are they numbered?

 2             MR. SOLOMON:  Yeah, very faint numbers.

 3             THE WITNESS:  I see it.  Sorry.  Okay.

 4             BY MS. WAXMAN:

 5        Q    Earlier we talked about ODL order flow

 6   imbalance. And does this slide also reference

 7   one-directional ODL order flow imbalance?

 8        A    I would not use the word imbalance.  It shows

 9   one-directional flow.

10        Q    And how do market makers redirect the flow?

11        A    I'm not sure I understand the question you're

12   asking.  How do market makers redirect which flow?

13        Q    Well, my understanding is there's a lot of XRP.

14   The market maker has fiat and they use the fiat to

15   purchase XRP so they have a lot of XRP.  So what do they

16   do with that XRP?

17        A    I would be speculating to answer.  I would have

18   to ask them exactly how they're measuring that on the

19   Treasury side for themselves.  They could be using

20   bitcoin, they could be using traditional rails, they

21   could be using -- they could be moving that XRP.

22        Q    But did you have an understanding that market

23   makers were using traditional payment rails on the back

24   end in order to support functioning of the ODL product

25   for users?
```

240

```
1        A    Well, the function of the ODL product is a
2   distinction that I would not make.  In order to increase
3   our ability to scale more quickly, we had partnered with
4   market makers who are providing liquidity.  Those market
5   makers, their business is -- you know, they make money by
6   doing that. Some market makers may be participating in
7   some of these exchanges with whom we have no relationship
8   whatsoever.

9             How they manage their own treasury and balance
10  sheets, I would be speculating as to how they're doing
11  that.

12       Q    Well, the slide says, "With one-directional
13  flow, our market makers leverage their prime brokerage
14  and banking relationships to ensure working capital being
15  available on xRapid exchanges."

16       A    Yes.  I read the same.

17       Q    So someone at Ripple who drafted this
18  understood that market makers were using traditional
19  rails in order to support ODL flow, is that correct?

20       A    I mean, you're putting words into that person's
21  mouth about using traditional rails.  What I read is
22  they're leveraging prime brokerage and banking
23  relationships, which could be debt relationships.  They
24  could be going to a local banking relationship in Mexico.

25            I mean, there's any number of things so it's
```

1   hard for me to know -- I think in my opinion, your

2   interpretation is different than what the words on the

3   page say to me.

4        Q    Well, if you look at the image --

5        A    I'm not --

6        Q    -- it shows dollars being converted to Mexican

7   pesos.

8        A    Yep.

9        Q    And isn't International FCStone a traditional

10  rail entity?

11       A    I have no idea what International FCStone is.

12       Q    Is it an FX broker?

13       A    I have no idea what International FCStone is.

14       Q    Wasn't traditional -- the movement of money on

15  traditional rails needed for ODL to work?

16       A    The movement of money in traditional rails is

17  needed to accelerate the volume that ODL can handle.

18       Q    Was it needed to support MGI's volume?

19       A    MGIs or any, you know, significant increase in

20  volume.

21       Q    Did Ripple ever disclose the role that market

22  makers play and their use of, you know, traditional

23  payment roles on the back end to support the ODL product?

24       A    I believe I have spoken publicly and I think

25  even some of the things that you shared with me today

1   that we work with market makers around the world.

2       Q    Does it disclose that it provides fiat loans to

3   market makers?

4            MR. CERESNEY:  Sorry, does --

5            BY MS. WAXMAN:

6       Q    Does Ripple disclose that it provides fiat

7   loans to market makers in connection with ODL?

8       A    I'm not aware of any -- as a private company --

9   dynamic -- I mean, we certainly aren't misleading the

10  market, and so I think we disclose that we work with

11  market makers, we disclose customers, as evidenced here.

12  They work market makers and they are part of the solution

13  set of what enables ODL to grow more rapidly as natural

14  liquidity grows in the market.

15      Q    You said that you disclose that you work with

16  market makers.  Do you disclose the actual payments that

17  you make to market makers in exchange for their services

18  in connection with ODL?

19      A    I would highly doubt that we have publicly

20  shared the contracts we have with market makers and the

21  details of those.

22      Q    Does Ripple subsidize the costs incurred by

23  market makers related to this FX trading using

24  traditional rails in connection with ODL?

25      A    Does Ripple -- if I may parse that question

[9/10/2020 9:03 AM]  Garlinghouse, Bradley Inv. Test. 9.10.2020

```
 1     into does Ripple subsidize market makers -- subsidized is

 2     an interesting word there.  Ripple pays market makers and

 3     could that be viewed as subsidizing something, I suppose

 4     one could choose to characterize it that way.

 5          Q    What would happen if -- was it your testimony

 6     that if market makers were not doing these things, ODL

 7     couldn't support large volumes?  Is that your testimony?

 8          A    I believe my testimony was we wouldn't be able

 9     to scale ODL as quickly and support larger volumes.

10          Q    Do you ever disclose publicly that the role of

11     the mark maker is critical to supporting, you know, rapid

12     expansion -- large expansion of ODL?

13          A    I believe we have disclosed -- I know that I

14     have spoken publicly about the fact that we partner with

15     market makers as part of our business operations.

16          Q    But you don't disclose that you pay them lots

17     of money in connection with ODL?

18          A    I honestly don't know what we have disclosed.

19     I would be highly -- I think my testimony earlier was I

20     would be highly doubtful that we have shared the

21     specifics of any contracts we have with a market maker.

22          Q    If you stopped paying market makers and they

23     stopped facilitating the role that we discussed in

24     connection with ODL, would that impact the ODL product?

25          A    Yes.
```

244

1          Q      And how would it impact the product?

2                 I think you answered this but I'll ask it

3     again.

4                 MR. SOLOMON:  And I'm sorry, you built two ifs

5     in there.  I want to make sure you're answering this.  I

6     don't care what the answer is, I just want to make sure

7     you're answering appropriately.

8                 You said if they stopped paying market makers

9     and if the market makers stop paying market participants?

10                BY MS. WAXMAN:

11         Q      If Ripple stopped paying market makers, how

12    would that impact the ODL product?

13                MR. CERESNEY:  Yeah, let's take it --

14                THE WITNESS:  I don't --

15                MR. CERESNEY:  And just to be clear, this is

16    like right now as opposed to down the road, right?

17                THE WITNESS:  Right.

18                MS. WAXMAN:  Yes.

19                THE WITNESS:  So my honest answer there is I

20    don't know.  I know, I actually have argued even

21    internally we're paying market makers to do what market

22    makers do.  They make markets.  And so the question is if

23    we exited the insensitive to market makers, would they

24    actually leave?

25                Now, what my guess is is that they couldn't

1    leave but they would not guarantee as tight a spread as

2    our contracts would require.  So then in a -- over time,

3    this is what we will do is we will -- you know, there is

4    a natural liquidity that it has grown and continues to

5    grow.  I mean, frankly, go back to when I joined Ripple,

6    the amount of liquidity in the crypto markets was tiny,

7    and today it's by many measures quite large.

8              So natural liquidity continues to grow.  Market

9    makers participate in these markets because they want to

10   make money; they're profit-motivated actors.  And to the

11   extent they see opportunities to make money, they will do

12   that.

13             Arguably we have helped accelerate their

14   participation in certain corridors and certain currency

15   pairs because we wanted to make sure that we could

16   support the MoneyGrams and other customers of ODL.

17             So to answer your hypothetical, if market

18   makers -- if we stopped incentivizing -- entering

19   contracts with market makers, what would happen to the

20   ODL product?  I don't know.

21             BY MS. WAXMAN:

22        Q    Would it have an impact on the acceleration of

23   the ODL product?

24        A    I don't know.

25        Q    Would that have an impact on XRP's price?

```
 1          A    I don't know.

 2               MR. SOLOMON:  Would what have an impact, if --

 3               BY MS. WAXMAN:

 4          Q    If market makers no longer supported the ODL

 5     product.

 6          A    I don't think that is knowable.

 7                          (SEC Exhibit No. 175 was marked for

 8                          identification.)

 9          Q    I would like to take a look at Exhibit 175.

10               MR. SOLOMON:  Can we pause for a minute and

11     just maybe very quickly go off the record, just a reality

12     check? Because it's 6 o'clock.

13               MS. WAXMAN:  We're off the record at 6 o'clock.

14               (A discussion was held off the record.)

15               (A brief recess was taken.)

16               MS. WAXMAN:  We're back on the record at 6:07.

17               BY MS. WAXMAN:

18          Q    Mr. Garlinghouse, while we were off the record,

19     did you have any substantive conversations with the

20     staff?

21          A    I did not.

22               MS. WAXMAN:  Counsel, will you confirm?

23               MR. SOLOMON:  Yes, confirmed.

24               BY MS. WAXMAN:

25          Q    I would like you to turn to Exhibit 175.
```

```
 1              A    Okay.  I have it open.

 2              Q    Do you need a moment to take a look at it?

 3              A    Would you like me to read the whole thing?

 4              Q    No.  Do you recognize what's been marked as

 5    Exhibit 175?

 6              A    I recognize it only in context of preparation

 7    for my testimony today.

 8              Q    Have you seen Exhibit 175 before?

 9              A    Not to my knowledge.

10              Q    So you only saw it in connection with

11    preparation for testimony?

12              A    That's correct.

13              Q    Did you discuss with anyone the existence of --

14    well, strike that.

15                   What is Exhibit 175?

16              A    Exhibit 175 is a legal analysis and

17    recommendations regarding NewCoin, which is a predecessor

18    name to XRP as my understanding.

19              Q    And who prepared the legal analysis?

20              A    It was prepared by Perkins Coie and

21    specifically Dax Hansen and Naomi Sheffield.

22              Q    And are those individuals lawyers?

23                   MR. SOLOMON:  Do you know?

24                   THE WITNESS:  I do know that Dax Hansen --

25    well, to my knowledge, Dax Hansen is a lawyer.  I do not
```

```
 1    know about Naomi Sheffield.
 2              BY MS. WAXMAN:
 3         Q    And what is contain in Exhibit 175?
 4         A    My understanding from preparation on this is
 5    it's a legal analysis covering a whole bunch of
 6    recommendations.  By memory, I think it was around 10
 7    different recommendations about how what is now known as
 8    Ripple should engage based upon the usage of NewCoin or I
 9    guess context of NewCoin.
10         Q    Did you have any discussions with anybody
11    regarding the recommendations in the memo, what's been
12    marked as 175?
13              MR. CERESNEY:  That's a yes or no or I don't
14    recall.
15              BY MS. WAXMAN:
16         Q    Other than conversations with counsel,
17    obviously.
18         A    Other than conversations with counsel, I don't
19    recall.
20                        (SEC Exhibit No. 176 was marked for
21                         identification.)
22         Q    Can you turn to Exhibit 176?
23         A    Yes, it's open.
24         Q    Do you recognize what's been mark as Exhibit
25    176?
```

249

```
 1          A    Only insofar as what I did in preparation for
 2     this testimony.
 3          Q    Have you ever seen Exhibit 176 before prepping
 4     for testimony?
 5          A    No.  To my knowledge, no.
 6          Q    Were you aware of the existence of Exhibit 176?
 7          A    I was aware that outside lawyers had done
 8     various analyses but I was not aware of any specificity
 9     to that.
10          Q    Were you aware that there was an October 2012
11     legal memo from Perkins Coie --
12          A    No.
13          Q    -- regarding Ripple credits?
14          A    No.
15          Q    I don't want to find out any legal advice but
16     when did you learn again about the existence of the
17     October 2012 memo?
18          A    In preparation for this testimony.
19          Q    You've referenced publicly that you believe XRP
20     is not a security, is that correct?
21          A    That is correct.
22          Q    Do you still have that belief?
23          A    As a nonlawyer, layperson, judgment and I think
24     educated about business, yes, it's my opinion that XRP,
25     since it doesn't represent ownership in Ripple, doesn't
```

250

```
 1    give anyone rights and title to Ripple governance rights.
 2    And I think, again, as a layperson, if Ripple decided to
 3    shut down tomorrow XRP trades at I think somewhere around
 4    200 exchanges around the world and XRP would continue to
 5    trade.
 6         Q    I believe you've stated previously that one of
 7    the reasons XRP is in your opinion not a security is
 8    because XRP has utility.  Is that correct?
 9         A    I may have said that, yes.  I don't recall a
10    specific time saying that certainly -- I suppose I may
11    have said that.  I don't know.
12         Q    Well, is that one of the reasons why you
13    believe XRP is not a security?
14         A    I mean, as a nonlawyer, you're asking me kind
15    of -- you know, the reason why we're spending time
16    together is because people smarter than me from around
17    the law have interpretations.  I'm making interpretation
18    based upon my view and the kind of key reasons are the
19    two that I highlighted up front.
20              There was a speech, as I recall, from Director
21    Hinman about utility.  I can't remember exactly.  Or
22    maybe it was a published list of criteria, that utility
23    was a factor but that's not necessarily one that I think
24    I frequently highlight.
25         Q    When I use the term utility, do you know what
```

251

```
 1    I'm talking about?
 2         A    I believe you're referencing a use case beyond
 3    just speculative trading.
 4         Q    Did XRP have a use case?
 5         A    In what time period?
 6         Q    In 2017.
 7         A    I suppose it depends on who the user was, who
 8    the buyer, who -- what they were doing with it.
 9         Q    Were you aware of any -- were any users -- were
10    any customers using XRP for cross-border payments in
11    2017?
12         A    By Ripple?  No.
13         Q    By Ripple customers.
14         A    Maybe the subtle point I'm making is that there
15    is a vast number of people, companies using XRP.  I
16    obviously can't speak on behalf of all of them.
17              Ripple was not using XRP in any production
18    products in at least the majority of 2017.
19         Q    So in 2017, Ripple's sales of XRP, who were
20    they targeted to?
21         A    I mean, I would -- I would need to see who were
22    the buyers of XRP in 2017 from Ripple.
23         Q    You just said that there were no actual users
24    of XRP for cross-border payments in 2017, so were the
25    sole purchasers of XRP that Ripple sold speculators?
```

252

```
 1              THE REPORTER:  I'm sorry, I didn't understand.
 2    "Were the sole purchasers of XRP ever" --
 3              BY MS. WAXMAN:
 4         Q    Were the people that Ripple was selling XRP to
 5    using the XRP or were they buying for investment?
 6         A    I don't want to speak on behalf of -- I don't
 7    know who you're referencing specifically.  I don't have a
 8    list of who those buyers were and if I did, I'm not sure
 9    I would want to speculate on how they were using it.
10         Q    But based on what you just said, you said in
11    2017, no one was using XRP in connection with ODL or any
12    Ripple-promoted product.
13         A    In 2017, Ripple was not using XRP in production
14    for cross-border payment flows.
15         Q    So were Ripple's sales -- who was Ripple
16    selling XRP to if they weren't selling to users?
17         A    I don't have that information at my fingertips.
18         Q    Do you have any understanding who Ripple was
19    selling XRP to in 2017?
20         A    My loose viewpoint without specific information
21    in front of me would be that OTC sales would have been
22    to, you know, kind of bulk purchasers, you know, people
23    we have onboarded to an entity called XRP II but, I mean,
24    2017 was years ago and I'm not familiar with -- it's been
25    too long since I can recall who those purchasers were in
```

1    2017.

2        Q    The sales through XRP II, were those to people

3    who were going to use XRP or were those sales to XRP

4    investors?

5        A    I don't know who those buyers were and if I did

6    have it in front of me, I would probably be hesitant to

7    speculate on exactly what they were choosing to do with

8    the XRP once they received it.

9        Q    But you do know that nobody was using XRP for

10   cross-border payments before 2018 and the introduction of

11   xRapid?

12       A    I do not know that.  I know that Ripple was not

13   using XRP for cross-border payments prior to roughly that

14   time period.

15           MS. WAXMAN:  Okay.  I don't have any further

16   questions.  I don't think anyone from the SEC has any

17   further questions, but I want to provide counsel with an

18   opportunity to make any clarifying statements or to ask

19   any questions.

20           MR. SOLOMON:  No.  Thank you very much for the

21   opportunity but no, thanks.  No more questions.

22           BY MS. WAXMAN:

23       Q    Mr. Garlinghouse, thank you very much for

24   participating in today's testimony and thank you for

25   participating by Webex.

254

1          We don't have any further questions.  If we do,

2    we will reach out to your counsel.

3          A     Thank you very much.

4                MS. WAXMAN:  It's 6:20.  We're off the record.

5                (Whereupon, at 6:20 p.m., the examination was

6    concluded.)

7                          * * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

255

```
 1                    PROOFREADER'S CERTIFICATE

 2

 3    In The Matter of:    RIPPLE LABS, INC.

 4    Witness:             Bradley Kent Garlinghouse, Jr.

 5    File Number:         NY-09875-A

 6    Date:                Thursday, September 10, 2020

 7    Location:            New York, NY

 8

 9            This is to certify that I, Maria E. Paulsen,

10    (the undersigned), do hereby certify that the foregoing

11    transcript is a complete, true and accurate transcription

12    of all matters contained on the recorded proceedings of

13    the investigative testimony.

14

15    _____        _____

16    (Proofreader's Name)            (Date)

17

18

19

20

21

22

23

24

25
```

256

```
1                    CERTIFICATE OF REPORTER

2    UNITED STATES OF AMERICA     ) ss.:

3    THE COMMONWEALTH OF VIRGINIA )

4              I, MARY GRACE CASTLEBERRY, RPR, the officer

5    before whom the foregoing deposition was taken, do hereby

6    certify that the witness whose testimony appears in the

7    foregoing deposition was duly sworn by me; that the

8    testimony of said witness was taken by me to the best of

9    my ability and thereafter reduced to typewriting under my

10   direction; that I am neither counsel for, related to, nor

11   employed by any of the parties for the action in which

12   this deposition was taken, and further that I am not a

13   relative or employee of any attorney or counsel employed

14   by the parties thereto, nor financially or otherwise

15   interested in the outcome of the action.

16

17              _____

18              Notary Public in and for

19              The Commonwealth of Virginia

20              My commission expires: 07/31/2023

21

22

23

24

25
```

**Transcript Word Index**



































[9/10/2020 9:03 AM] Garlinghouse, Bradley Inv. Test. 9.10.2020





















[9/10/2020 9:03 AM] Garlinghouse, Bradley Inv. Test. 9.10.2020