# PX 39

Message
_____

**From:**          Monica Long ████████████████████

on behalf of   Monica Long ███████████████████████████

**Sent:**          1/17/2018 10:44:23 PM

**To:**            ████████████████████████████████

**CC:**            Chris Larsen [Chris Larsen ████████████████████████████████████████████

                   ██████████████████████████████████████████████████████████████  Brad

                   Garlinghouse [Brad Garlinghouse ████████  Ron Will [Ron Will <██████████████████

                   ████████████████████

**Subject:**       Re: Heads up on news tomorrow


Hi all -

As an update, we've stayed in close contact with the ████████████ reporter working on the critical story of Ripple. Her date to publish the story keeps moving out but the latest is to expect it to appear this Friday.

We expect this skeptical news cycle to last for a bit. Continued customer traction is the best antidote and communicating those wins is our priority. More to come.

Thanks,
Monica

On Thu, Jan 11, 2018 at 8:07 AM, Monica Long ██████████████████████ wrote:
  That's a good point, ████ I'll discuss with Brad and Chris.


  As for today's news, here are links to the announcements:
  Press release: Ripple and MoneyGram Partner to Modernize Payments
  Ripple Insights post: MoneyGram to Use XRP for Faster International Payments

  We're pleased with press coverage so far. I especially recommend the Fortune and Wall Street Journal stories.
  Bloomberg: Ripple Says MoneyGram to Test Its Digital Coin for Payments
  Business Insider: Ripple's XRP is exploding after announcing a partnership with Money7Ggram to speed up transfers
  City AM: MoneyGram share price rises after Ripple (XRP) pilot announced
  Fortune: Ripple and MoneyGram Test XRP Currency Transfers
  SeekingAlpha: Crypto today: Ripple lands mainstream partnership
  SeekingAlpha: Moneygram soars after announcing Ripple partnership
  StreetInsider: MoneyGram (MGI) Gains 15% on Ripple Deal
  TechCrunch: Ripple announces XRP trial with cross-border remittance firm MoneyGram
  Wall Street Journal: MoneyGram Signs Deal to Work With Currency Startup Ripple


  If you'd like to tweet, here are a few good tweets to retweet. You can optionally add a comment like: Exciting news from @Ripple on a new partnership with @MoneyGram!
  Brad Garlinghouse
  Ripple
  MoneyGram
  Paul Vigna (Wall Street Journal)
  Fortune


  On Thu, Jan 11, 2018 at 2:57 AM, ████████████████████████████ wrote:
    Monica,
    Thank you for the below. Very helpful.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                          RPLI_SEC 0221961

Given all the continued attention to both the company and the crypto currency, it might be a good idea (and if Chris and Brad agree) to compile and distribute all the articles/ references to us that come out. I assume you have a "google alert" that makes it easy to aggregate all relevant and in your judgement, noteworthy pieces? Regards, ███

On Jan 10, 2018, at 11:40 PM, Monica Long ███████████████ wrote:

Members of the Board,

Meteoric movements in the crypto-markets have unsurprisingly spawned an immense amount of press interest over the past several weeks. Our world of blockchain and digital assets has captured the world's attention.

As one of the few real success stories, Ripple is front and center in the news. And typical of press cycles, we've gone from enjoying nothing but blue skies and positivity about Ripple to a few storms and skepticism. Most notably, The New York Times published a story that cast doubt on our progress with customer uptake and our customers' interest in using XRP. I want to flag that we expect a similarly skeptical story in the Financial Times tomorrow or Friday.

Zooming out, the good news is it's still mostly optimism about Ripple across press and social media. And, nothing silences critics like traction. On that note, I'm happy to share we're announcing MoneyGram, the second largest money transfer operator in the world, as an xRapid customer tomorrow morning. As a reminder, xRapid is our product that enables financial institutions to source liquidity through XRP on-demand. We'll share links to the release and stories when they hit tomorrow.

I've pasted key talking points below that'll help you respond to questions you may receive from your networks on what we anticipate will appear in the Financial Times. Appreciate you flagging any inbound press inquiries to us and please let us know if you have any questions.

Thanks,
Monica

**On XRP adoption by customers...**
- XRP helps to solve a multi-trillion dollar problem - that of pre-funding foreign currency accounts by insteading serving liquidity for cross-border payments on-demand.
- XRP is best designed to serve this use case as a settlement asset:
  - Costs fractions of a penny (vs. bitcoin's $30/transaction)
  - Settles in ~3 seconds (vs. bitcoin's hours lag)
  - Scales to 1500 transactions per second (on par with Visa)
- MoneyGram, the world's second largest money transfer company, will pilot XRP in payment flows *[note: only use once tomorrow's announcement is live]*
  - Two of the other top five global money transfer companies plan to use XRP in 2018, with many more financial institutions in the pipeline.
  - ████████ is already using XRP in their payment flows to reduce the cost of sending cross-border payments from the U.S. to Mexico.

**On why Ripple would care about XRP speculation...**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0221962

- Liquidity across currency pairs is important for XRP to function as a highly-efficient settlement asset in cross-border payments flows.
- Speculators play an important role in building XRP liquidity.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0221963