# PX 40

Message

**From:** Ron Will [▮▮▮]
**Sent:** 1/7/2020 5:42:21 PM
**To:** Leadership [▮▮▮@ripple.com]
**CC:** Breanne Madigan ▮▮▮
**Subject:** Win Report - Binance XRP/USDT Perpetual Contract

**The Win:**



- Binance, as the first top tier trading venue, listed an XRP/USDT perpetual swap contract
- https://www.binance.com/en/support/articles/360038497311

**Team Involved:**
▮▮▮

**How We Won:**

- **We established a relationship** with the Head of Listings at Binance 3 months ago, when an XRP perpetual was not on their roadmap.
- **We obtained buy-in** for a listing 2 months ago, after various conversations outlining the case for XRP and rationale as well as offering listing support options such as: marketing/comms, technology and liquidity support.
- **We supported their Marketing (Global Head of PR)** in aligning and optimizing the messaging for their announcement as well as expanding the release reach through our media contacts.

**Why It is Relevant:**
The XRP/USDT perpetual contract on Binance reflects an important product listing in the evolution of XRP trading instruments. Perpetual swaps are the most liquid and heavily traded instruments in crypto, allowing speculators as well as hedgers alike an efficient form to trade. Moreover, this is the first top tier derivatives listing for XRP and will create positive pressure on other tier 1 venues to speed up their integration of XRP key derivative products (BitMEX, Deribit, etc.).

Please let Breanne Madigan, ▮▮▮ or ▮▮▮ know any questions.

Best,
Ron

--
Ron Will
Chief Financial Officer | Ripple
▮▮▮ | ripple.com

**ripple**

--
You received this message because you are subscribed to the Google Groups "Leadership" group.

To unsubscribe from this group and stop receiving emails from it, send an email to leadership-list+unsubscribe@ripple.com.

CONFIDENTIAL

RPLI_SEC 0476872