# PX 41

**From:** Brad Garlinghouse
**Sent:** Tuesday, December 12, 2017 7:48 PM
**To:** Monica Long
**Cc:** Patrick Griffin
**Subject:** Re: XRP buzz: taking stock

i'm torn. I like being proactive to say that we care deeply about a healthy XRP ecosystem and thus exchange listings are critical. We will continue to work globally blah blah blah...

I am interested in other's opinions on this (e.g. XRP team?)

On Tue, Dec 12, 2017 at 7:46 PM, Monica Long <                    > wrote:

> OK, that point is in there. So I'm back to thinking we shouldn't
> publish this post tomorrow morning b/c it may deflate expectations and
> have a negative impact on XRP. We can publish later when the Coinbase
> rumors have died down. Your thoughts?
>
> On Tue, Dec 12, 2017 at 7:44 PM, Brad Garlinghouse
> wrote:
>
>> I think we'd want to be more generic than that and just reference
>> that maximizing liquidity by having XRP listed at as many global
>> (reputable?) exchanges as possible is a critical component of
>> delivering on our vision for the internet of value.
>>
>>
>> On Tue, Dec 12, 2017 at 7:42 PM, Monica Long <                    > wrote:
>>
>>> OR we could call out in the post that we're actively working to get
>>> listed on Coinbase. Would that kind of public call out help pressure them?
>>> Or hurt?
>>>
>>> On Tue, Dec 12, 2017 at 7:23 PM, Monica Long                    wrote:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054865

```
>>>
>>>> OK on both.
>>>>
>>>> Since rumors that Coinbase will list XRP are flying around social,
>>>> there may be risk to us posting the "50 exchanges now list XRP"
>>>> story tomorrow morning - as in, it may disappoint people who think
>>>> we're about to announce Coinbase listing XRP.
>>>>
>>>> Given that risk, I'll hold the post unless you say otherwise.
>>>>
>>>> On Tue, Dec 12, 2017 at 6:34 PM, Patrick Griffin
>>>>
>>>> wrote:
>>>>
>>>>> Thanks.  I do not think leaking xRapid pipeline is a good idea
>>>>> since it can erode trust.
>>>>>
>>>>> I'm good with prioritizing 0 fee credit card payments but ask that
>>>>>     continue to manage the bitstamp relationship so we're clear
>>>>> on ownership.
>>>>>
>>>>> On Dec 12, 2017, at 6:20 PM, Monica Long                       wrote:
>>>>>
>>>>> Hi Patrick, Brad,
>>>>>
>>>>> Here's what the marketing team is working on and my recommended
>>>>> timing/prioritization. Please let me know if we should
>>>>> reprioritize anything. I bolded items where I need your help, Patrick.
>>>>>
>>>>> Based on a quick Twitter scan, current hype is: 1. Coinbase is
>>>>> listing XRP, 2.        is going to start using XRP, 3. a Korean
>>>>> bank aims to use XRP via a Nikkei article.
>>>>>
>>>>> *TOP PRIORITIES RIGHT NOW:*
>>>>> These are activities we can act on immediately that I think will
>>>>> move the needle most significantly.
>>>>>
>>>>>    - Influencer tweets:
>>>>>       - The XRP comparison chart is performing very well on Twitter.
>>>>>       We can ask influencers with a sizable crypto following to tweet the chart
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054866

```
>>>>>   with a message about $XRP being the most undervalued asset on the
>>>>>   cryptocharts.
>>>>>   - Next step:
>>>>>      - [redacted] to draft tweet and send to [redacted]
>>>>>      - *Patrick to confirm anyone else we should draft tweets for
>>>>>   ([redacted] others?).*
>>>>>   - Translate the Nikkei article into Korean and push it via
>>>>>   social:
>>>>>      - Next step: [redacted] getting a translation.
>>>>>   - Pre-announce OKex on social:
>>>>>      - Next step: [redacted] to send tweet to Brad.
>>>>>   - Leak xRapid pipeline:
>>>>>      - Next step: [redacted] to send the pipeline.
>>>>>      - *Risks: Upsetting the customers and trading off the impact of
>>>>>   a future announcement. Your guys' call.*
>>>>>   - Brad live Q&A:
>>>>>      - Moved the Q&A up to Thursday.
>>>>>      - Next step: [redacted] Monica, [redacted] o work on questions and
>>>>>   talking points.
>>>>>   - Announce [redacted] appointment on Thursday:
>>>>>      - Next steps:
>>>>>         [redacted] to draft release.
>>>>>      - Brad to ask [redacted] tomorrow.
>>>>>   - Bitstamp 0-fee promotion to U.S. customers:
>>>>>      - Next step:
>>>>>         - [redacted] has a call with them tomorrow morning.
>>>>>         - *They're prioritizing the xRapid deal right now. *
>>>>>         - *My rec is we prioritize this promotion since ease of
>>>>>   buying is a barrier for U.S. customers.*
>>>>>   - 50 exchanges announcement:
>>>>>      - Insights post announcing XRP is listed on 50 exchanges.
>>>>>      - To be released tomorrow morning.
>>>>>      - Proactively pitching press, esp on the back of this rally.
>>>>>   - 5-year anniversary for XRP Ledger on Dec 21:
>>>>>      - Lining up: David live Q&A, Insights post with key stats that
>>>>>   reinforce our positioning, PR, community gift (special edition t-shirts),
>>>>>   fun community thank you video
>>>>>      - Full plan here [redacted]
>>>>>   .
```

```
>>>>>     - Next step: ▓▓▓ quarterbacking the above tactics
>>>>>
>>>>> *PRIORITIES BEFORE END OF MONTH:*
>>>>>
>>>>>   - Korean bank POC announcement.
>>>>>     - Next step: going out tomorrow.
>>>>>   - Customer announcement in progress.
>>>>>     - Next steps:
>>>>>       - ▓▓▓ to draft release.
>>>>>       - Monica to coordinate with customers.
>>>>>       - Aim for first week of new year.
>>>>>   - Design XRP ambassador program.
>>>>>     - Next step: Monica and ▓▓▓ to meet with community experts.
>>>>>   - Pitching David Schwartz for technical press.
>>>>>     - Next step: already in progress.
>>>>>   - Develop music industry plan.
>>>>>     - Next steps:
>>>>>       - Monica meeting with Patrick/Asheesh on ▓▓▓ app this
>>>>>         week
>>>>>       - Monica meeting with AO▓▓▓ on celeb "endorsements" this
>>>>>         week
>>>>>   - Arrange Korea/Japan press tour for Brad in Jan.
>>>>>     - Next steps:
>>>>>       - Monica to meet with ▓▓▓ on potential news.
>>>>>       - Monica to meet with in-market PR teams to hire and arrange.
>>>>>   - XRP talks.
>>>>>     - Next steps:
>>>>>       - ▓▓▓ is scheduling one at ▓▓▓ for Dec.
>>>>>       - ▓▓▓ is scheduling one at ▓▓▓ for Jan.
>>>>>       - ▓▓▓ is coordinating outreach to ~15 more local tech
>>>>>         companies.
>>>>>   - Cryptodoggies on the XRP Ledger.
>>>>>     - ▓▓▓ (our advisor) has a guy or a company who may develop
>>>>>       ▓▓▓ on the XRP Ledger.
>>>>>     - Next step: Monica is following up with ▓▓▓ on possibility and
>>>>>       timing.
>>>>>   - Announce payment channels user.
>>>>>     - *Next step: Miguel to identify user.*
>>>>>   - OKex launch and co-promotion.
>>>>>     - Next steps:
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                       RPLI_SEC 0054868

```
>>>>>      - ▇▇▇▇ is working with the OKex team. Call tonight.
>>>>>      - Advertising opps in Korea for XRP exchanges.
>>>>>      - Next steps:
>>>>>          ▇▇▇▇ is working on ▇▇▇▇ ads, gaming
>>>>>          conference sponsorship
>>>>>      - XRP one-pager for institutional investors.
>>>>>      - Next steps: ▇▇▇▇ is working on a draft for ▇▇▇▇
>>>>>    - XRP video plan for Q1.
>>>>>      - A series of explainer videos and talking head videos
>>>>>        (primarily with David and ▇▇▇▇ on a variety of topics that clear up
>>>>>        misconceptions and highlight XRP's strengths relative to other assets.
>>>>>      - Next steps:
>>>>>          ▇▇▇▇ s sourcing and hiring a video production agency.
>>>>>          ▇▇▇▇ s developing the roadmap and brief.
>>>>>      - XRP meetup in a box plan for Q1.
>>>>>      - A "kit" to enable XRP fans to host their own meetups around
>>>>>        the world.
>>>>>      - Next steps:
>>>>>          ▇▇▇▇ is engaging a marketing activation agency.
>>>>>          ▇▇▇▇ is writing a brief.
>>>>>      - Other Insights stories:
>>>>>      - Targeted Korean post to help clear up misconceptions about
>>>>>        XRP and Ripple in and underscore our commitment to Korea.
>>>>>      - 2018 predictions - which btw will also appear in CoinDesk.
>>>>>      - ▇▇▇▇ op-ed on digital currency regulation in the U.S.:
>>>>>      - Supporting AO'G. She's editing the draft now.
>>>>>
>>>>>
>>>>> On Tue, Dec 12, 2017 at 2:30 PM, Patrick Griffin
>>>>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>>>>> wrote:
>>>>>
>>>>>> Here's what I gather is in flight:
>>>>>>
>>>>>> - Moving from selling to buying
>>>>>> - Tweets from influencer network
>>>>>> - Payment channels with lightning
>>>>>> - Asia exchange announcement
>>>>>> - Customer announcement ▇▇▇▇
>>>>>>
```

```
>>>>>> I am finding time to huddle on these today.
>>>>>>
>>>>>> Adding Brad for visibility as I'm sure he's already thinking
>>>>>> about what we are doing to seize the moment.
>>>>>>
>>>>>> Patrick
>>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054870

**XRP 5th Anniversary - December 21**

**Goal:**

Raise the XRP's profile, drive interest of XRP, establish credibility and trust in the market.

**Key Messages:**

- Over the long term, the value of digital assets will be determined by their utility
- Hands down, XRP is the only digital asset with a clear institutional use case and the technology, customers and governance to make it the best choice for global payments
- XRP is solving a multi trillion dollar problem - the payment and liquidity challenges that banks, payment providers and corporates face
  - XRP is already being used with real customers
  - Technologically it is massively superior to BTC, ETH and Litecoin in terms of performance - making it ideally suited to solving a payments and liquidity challenge
  - We're successfully working with regulators, governments and central banks who are leaning in

**Tech Proof Points:**

- XRP is the fastest, most efficient and most scalable digital asset (see chart below)
- 5 years in operation
- 34 million ledgers closed, without issue since inception
- 260 million transactions
  - 2.6x and 3.3x more transactions than Bitcoin and Ethereum respectively
- Scalability throughput at 1,500 transactions per second and can handle the same throughput as Visa using Payment Channels
- Now available on 50 exchanges worldwide and growing
- Ripple has proven responsible governance and stewardship of XRP with a dedicated team of engineers and transparency about how it is being distributed. Recently, Ripple locked up 55 billion XRP in escrow for supply certainty
- Open-source technology, built on the principles of blockchain with a growing set of validators

Source:

| Characteristic | XRP | BTC | ETH | BCH | DASH | LTC |
|---|---|---|---|---|---|---|
| Speed (per trans) | 3.3 secs | 45 mins | 4.49 mins | 60 mins | 15 mins | 12 mins |
| Cost (per trans) | $0.0004 | $1.88 | $0.46 | $0.21 | $0.39 | $0.12 |
| Scalability (trans per sec) | 1,500 | 16 | 16 | 24 | 10 | 56 |
| SOURCE | XRPcharts.R ipple.com | Blockchain.i nfo | ETHscan.io | bitinfocharts. com | bitinfocharts. com | bitinfocharts. com blockchair.co m |

**The Anniversary Plan**

| Tactic | Timingk | Owner |
|---|---|---|
| Ripple Insights: Happy Birthday XRP | 12/21 9:00am PST | ▮ |
| Social blitz campaign with visuals representing proof points (from Ripple's handles plus suggestions for Brad, ▮ and David S) | 12/21 9:00am PST+ | ▮ Design on images ▮ / ▮ on publishing |
| David Schwartz Q&A with XRP community (live) | 12/21 12:30 - 1:30pm PST | ▮ |
| David Schwartz Q&A transcriptions in Japanese, Mandarin, Korean to follow on Insights | As soon as we can / ▮ - please advise | ▮ |
| Community thank you + swag giveaway on social (1,000 total t-shirts to give away with regional splits) | 12/21 US: 12:00noon PST APAC: 5:00pm PST EUR: 11:00pm PST | ▮ |
| Internal note and celebration | 12/21 | ▮ |
| Launch XRP icon | 12/21 | ▮ |
| Media Pitches | TBD | ▮ |
| "Best of" Tweets from 2017 - Video (Jimmy Kimmel style!) | Week of Christmas? | ▮ Design |