PX 43

**From:** ▮▮▮▮▮▮@ripple.com>
**Sent:** Tuesday, March 28, 2017 2:14 PM
**To:** BD
**Cc:** Miguel Vias; ▮▮▮▮▮▮
**Subject:** Bittrex meeting notes

We had a call with Bittrex <https://bittrex.com/> today. Bittrex is a high quality digital asset exchange that currently lists XRP/BTC, and we're in discussions about listing additional XRP/fiat pairs.

Bittrex is an exchange that can help us get to the $1B speculative volume target that's coming into place for Q2. While they do plan to offer fiat/payment support, they heavily engage the retail/speculator community, which is something we can leverage.

*Bittrex summary:*

  - *Team*
    - Headquartered in Seattle
    - Founding team consists of 3 ex-cybersecurity experts with extensive experience at Fortune 500 tech companies
  - *Markets*
    - ~12th largest digital asset exchange by trading volume
    - All of their current order books are crypto/crypto (speculation-focused)
    - They have been launching about 5 new coins a month, but this has slowed down recently due to their increasing wariness about the legitimacy of many altcoins.
    - 80% of their user base is overseas
  - *Tech*
    - Latest scalability benchmark was 20K trades per second
    - Offer colocation since Bittrex is hosted in ▮▮▮ and ▮▮▮ supports colocation (customers haven't asked for this yet)
  - *Roadmap*
    - Fiat support
    - They want to add crypto/fiat order books and are applying for MTL's in all 50 states
      - They expect to be able to launch crypto/fiat order books with overseas customers and limited US states in 30-60 days
    - Institutional market makers
      - Engaging institutions like ▮▮▮▮ and ▮▮▮▮ with dedicated BTC trading desks) to get them involved with BTC trading on Bittrex

*Ripple/XRP feedback:*

  - ▮▮ CEO, cofounder) said they want to see Ripple/XRP succeed
  - They strongly feel that the digital asset speculator ecosystem currently is not interested in XRP and is very distrusting of Ripple for the following reasons:

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0049126

- Viewed as centralized (validators + XRP distribution)
- No targeted marketing
- Lack of developer support
- He cited the fact that Ripple could come into the market and manipulate the price of XRP as we wish—a development he's seen in other centrally distributed altcoins.

*Next steps: *

1. *XRP/fiat listing discussion:* Present strategy and exchange roadmap to ▇ in order to determine interest in additional XRP/fiat listings.
2. *Marketing feedback:* We connected Marcomm with the Bittrex team.

Let us know if you have any questions.

Thanks,
▇

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                                RPLI_SEC 0049127