# PX 50

Message



**From:**      Monica Long ██████ @ripple.com]
on behalf of   Monica Long <██████@ripple.com> ████@ripple.com]
**Sent:**      1/2/2014 10:38:02 AM
**To:**        ████████████ .com]
**Subject:**   Re: FW: Invest

Hi ████ -

Happy new year! For "investment" inquiries, please point people to our updated "guide to getting XRP". The links within that guide should teach people how to fund their accounts, how to buy XRP and how to get free XRP.

If, by chance, the inquirer wants to invest in Ripple Labs, you can let them know we are not currently fundraising.

Thanks!
Monica

On Thu, Dec 26, 2013 at 6:55 AM, ██████ < ██████ com> wrote:
Hi there -

Hope you had an amazing Christmas and are enjoying being home. Throw a snowball or two for me. Forwarding this on so you can use your standard reply. Or if you just want to give me some approved language, I can reply to this and future inquiries.

Thanks,


-----------------------------------

██████ com

Identity assured by miiCard: http://my.miicard.com/card/ ████

On 12/26/13, 8:41 AM, "████████" < ████████ @gmail.com> wrote:

>FROM: ████████ , ████████ @gmail.com
>SUBJECT: Invest
>PRESS RELEASE DATE: 11/12/2013 08:06 AM
>RE: Ripple Labs Announces $3.5 Million Investment Round
>

CONFIDENTIAL                                                    RPLI_SEC 0530297

>MESSAGE:
>Is ripple open to investors? How could one invest in company.

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
@ripple.com | www.ripple.com | @ripple