PX 51

**From:** Patrick Griffin <█████@ripple.com>
**Sent:** Monday, April 03, 2017 7:42 PM
**To:** Miguel Vias
**Subject:** Fwd: Q2 XRP Plan Update

FYI
Brad likes the plan but (like me!) has concerns about what is achievable.
Just another data point on the pipeline evaluation we will go through this week.

Patrick

---------- Forwarded message ----------
From: Patrick Griffin <█████@ripple.com>
Date: Fri, Mar 31, 2017 at 7:25 PM
Subject: Q2 XRP Plan Update
To: Brad Garlinghouse <█████@ripple.com>

Hi Brad,

We've made a ton of great progress this week on Q2 planning for all things XRP. The goal is to drive XRP speculative trading volume. We've organized the tactics against the following 'themes':

1.

Taking on skeptics
1.

   Supply - escrow announcement
   2.

   Decentralization - validator roll-outs
   3.

   Connect XRP with Ripple Network
   2.

Demonstrating technical superiority
1.

   Reboot technical media properties
   2.

   Crypto thought leadership (David,█████)
   3.

1

CONFIDENTIAL                                                                 RPLI_SEC 0509599

Market key technical features
3.

Momentum
1.

Sign exchanges
2.

Wallet integrations
3.

Influencer engagement
4. Spark speculation about potential partnerships

Out of the gates, Marketing is doing customer research to understand speculator motivations, and BD is racing to get Kraken live for easier XRP buying.

The specific actions in the plan are on the 2nd and 3rd page here ███████████████████████████████████████,
but I wanted to highlight the ideas I'm most eager to get done:

- A public event where we sign the XRP into escrow.
- 3 announcements with multiple exchanges; biggest one with BitGo at Consensus.
- Validators live at ████, ████, ██, ████████, ████, ████,
- Signed institutional FX exchange to service XRP order books for the 50-bank Japanese consortium (Targets: ████████████, ████).
- 'Enterprise Validators' - form and announce a federation of enterprise stakeholders empowered to vote through any issues that are stuck in disagreement at the Amendments level (demonstrates governance superiority and enterprise quality).
- Form and announce regulatory advisory group for digital assets; target 2 central banks statements about the utility of XRP.
- Put David Schwartz on the same speaking circuit as ████

Let me know if you have any specific feedback or ideas.  Next steps: dedicated brainstorm on the company escrow, cascade to teams, plan read out next Friday.

Patrick

--
Patrick Griffin
SVP Business Development | Ripple
████████████ ripple.com

CONFIDENTIAL
RPLI_SEC 0509600

--
Patrick Griffin
SVP Business Development | Ripple
████████ | ripple.com

3

CONFIDENTIAL

RPLI_SEC 0509601