# PX 52

| From: | Patrick Griffin < ██████ @ripple.com> |
|-------|----------------------------------------|
| To: | ████ |
| CC: | Chris Larsen |
| Sent: | 5/9/2013 3:39:53 PM |
| Subject: | Re: ██████ OpenCoin Next Steps |
| Attachments: | Ripple for Gateways 5.13.pdf; Attachment2 |

██████ FYI, here is the deck we are using for banks/gateways. We are focusing on the payment network and downplaying the xrp.

Patrick



**OpenCoin Inc.**



Gateways
May 2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## The Ripple Ambition

## Power all commerce on the Internet



Proprietary and Confidential OpenCoin Inc. 2013

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070354

## Summary

**Ripple in Three:**

1. Payment Network

2. Currency Exchange

3. Math-backed Currency



Proprietary and Confidential OpenCoin Inc. 2013

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070355

Payment Network

## What is a Payment Network?
### A Common Ledger vs. Walled Gardens

- An accounting ledger to track account balances, or;
- A pathway between different ledgers to enable interoperability

- Ripple is both, at the same time – a common ledger to support the seamless transfer of payments without the need for interoperability





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070356

*Payment Network*

## Ripple is Protocol
### Free

- Like http, Ripple contains request-response protocol

- Standards for transaction 'calls':  send, receive, credit, trade, etc.

- Transact directly with any other node (person or institution) in the protocol

- Transact in any currency

- Decentralized system hosted on servers distributed around the world
  - ➢ No one owns Ripple

- Open for any developer to use without license, permission or fees
  - ➢ No network operator means no network operator fees



Proprietary and Confidential OpenCoin Inc. 2013

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070357





Proprietary and Confidential OpenCoin Inc. 2013

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070358

*Payment Network*

## Clearing through Consensus
### Instant & Irreversible

- Transactions that appear valid to the majority of servers are updated in the ledger
- When the ledger updates, all intervening transactions clear and settle
- Consensus is reached every <u><5 sec</u>
- The state of the ledger <u>cannot be reversed</u>



**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070359

*Payment Network*

## Summary of Market Agents



Buyers      Sellers



Market Makers
(forex trading)



Gateways
(cash-in/out)

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070360

*Payment Network*

## Gateways
### Banks and Counterparty Risk

- Gateways are like banks

- They can be banks, MTB's, MSB's, FI's, or forex exchanges

- How does a bank work today?
  - A bank takes in cash deposits and issues a balance
  - The deposited cash is loaned out immediately
  - Since the bank no longer holds the cash, the depositor's balance is a liability—an IOU
  - IOU can be redeemed on demand (aka demand deposits)
  - IOU balances are stored and tracked (credits & debits) in the bank's *proprietary* ledger

- All debt instruments (IOU) carry <u>counterparty risk</u>:
  > "Will the asset be there when the debt claim is presented?"



Proprietary and Confidential OpenCoin Inc. 2013

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0070361

*Payment Network*

## Gateways
### How to move cash into Ripple

- Ripple is a *common* ledger
- Each gateway takes deposits and issues a unique IOU into the ledger
- IOU can be transferred across the ledger without intermediaries
- IOU are redeemable for the deposit, on demand, at the issuing gateway

- Why?  Revenue.



**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070362

*Payment Network*

## Gateways
### Revenue Opportunity

- Ripple protocol supports any fee structure for IOU issuance
- Possible Gateway Revenues:
  - Deposit Fee
  - Withdrawal Fee
  - Transfer Fee
- Fees can be flat or variable, but will be subject to market competition
  - Transfer Fees as Decaying Obligations
    - i.e., Bitstamp charges 0.20% every time their IOU is transferred from one account to another

- 'Aggressor' of transaction (i.e., buyer) pays any gateway fees



Proprietary and Confidential OpenCoin Inc. 2013

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070363

*Payment Network*

## Benefits



**Instant**



**Free-'ish'**



**Irreversible**



**Global**

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070364

*Distributed Exchange*

## Global Distributed Exchange
### Resolve Cross-Currency Transactions

- Anyone can create bid/ask offers for any currency pair & broadcast it across the protocol

- Why?  To profit from forex spreads

- Ripple automatically moderates cross-currency transactions through the cheapest available bid/ask in the protocol

- This eliminates the need for external exchanges

- Supports algorithm-driven trading





Proprietary and Confidential OpenCoin Inc. 2013

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070365

*Distributed Exchange*

## Benefits of the Distributed Exchange

<u>Key Points</u>
- 'Aggressor' of transaction (i.e., buyer) pays any forex spread
- Forex liquidity is determined by availability of bid/ask orders

<u>Value Proposition</u>
- Automatic cross-currency convertibility
- Merchants receive complete asking price
  - ➢ no network, issuer, or forex deductions
- No currency exposure:
  - ➢ Pay in preferred currency
  - ➢ Settle in preferred currency
- Wholesale forex spreads without intermediaries
- Arbitrage the Aggregate Internet Transaction Volume



Proprietary and Confidential OpenCoin Inc. 2013

14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070366



Distributed Exchange

# Distributed Exchange
Cross-currency transaction through a market-maker



Proprietary and Confidential OpenCoin Inc. 2013

15

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

*Math-backed Currency*

## Ripples (XRP) – the Currency

➢ **XRP is only one currency in Ripple.  Ripple supports all currencies.**

- XRP uses <u>cryptography</u> to achieve monetary trust and utility:
    - Unit of Account – 100% divisible and numéraire
    - Medium of Exchange – liquid across any connected device
    - Store of Wealth – supply is fixed and counterfeit-proof

- Because XRP uses math as an 'asset' it exists virtually, inside the Ripple protocol.
- XRP in cyberspace is the equivalent to paper cash in the physical world



Proprietary and Confidential OpenCoin Inc. 2013

16

*Math-backed Currency*

## The Role of XRP in Ripple

Security*
- Transaction Fee (0.000001 XRP is destroyed) prevents DDoS attacks
- Reserve requirements prevent ledger spam

*(Note: federation obfuscates the visibility of XRP)

Efficiency
- Forex - counterparty hedging (XRP trade freely with IOU); vehicle currency
- Eliminate costs - transact without issuer fees, without forex spreads
- Global currency for the Web – no counterparty risk or fees

Value
- 100B XRP - supply cannot be changed
- Deflationary
- XRP is valued by its usefulness to Internet commerce



Proprietary and Confidential OpenCoin Inc. 2013

17

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070369

*Math-backed Currency*

# XRP
## Payment without counterparty





Proprietary and Confidential OpenCoin Inc. 2013

18

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070370

*Math-backed Currency*

## The Business Model
### Adoption of the Ripple Currency

- Ripple's business model is based on the success of its native currency
  - OpenCoin will keep between 25% to 30% of all currency created
  - OpenCoin will sell to wholesale MSB's over time to fund itself

- Can a virtual currency really create and hold value? *Bitcoin proves it can.*



Launched in 2009, Bitcoin started trading below $.05, then spiked to $30 in mid-2011 before crashing to $2. It has since reached record highs.



Proprietary and Confidential OpenCoin Inc. 2013

19

## OpenCoin Inc. vs Ripple

<u>OpenCoin Inc.</u>
- For-profit corporation
- OpenCoin owns all of the XRP at the outset
- Company mandate:
    1. Hire developers to contribute to the Ripple source code
    2. Hire BD/Sales/Marketing to promote the adoption of the Ripple protocol
    3. Administer the dispersal of XRP

<u>Ripple</u>
- Ripple is the open-source product
- No one owns Ripple



Proprietary and Confidential OpenCoin Inc. 2013

20

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070372

## Law Enforcement
Gateway KYC Diligence

1. Gateways perform AML, BSA, KYC & links identity to Ripple Key

2. Shows each transaction and public key involved, which links to that key's activity



Proprietary and Confidential OpenCoin Inc. 2013

21

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070373

## Law Enforcement
### Gateway AML Controls

- Gateways stipulate who can hold their IOU when issuing
- By regulation, gateway will be required to govern the circulation of their IOU
- Gateway will subject every account holder to KYC



Proprietary and Confidential OpenCoin Inc. 2013

22

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070374

## OpenCoin Inc.
### Financial and Operating Highlights

- Distributed 500 million XRP so far (.5% of total)

- $530,000 in XRP wholesale purchases to date

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Hired ▮▮▮▮ as tax and audit firm in Q1



Proprietary and Confidential OpenCoin Inc. 2013

23

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070375

## OpenCoin Inc.
### Investors

Investors include:

- ▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓
- ▓▓▓▓
- ▓▓▓▓
- ▓▓▓▓ and ▓▓▓▓▓



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070376

# OpenCoin Founders and Team

**Chris Larsen**, CEO and co-founder
- CEO and co-founder, Prosper.com, 2004 to 2012: peer-to-peer lending marketplace
- CEO and co-founder, E-LOAN, 1996 to 2004: publicly traded online lender

**Jed McCaleb**, CTO and co-founder
- CTO and founder, █████████ 1999 to 2005: creator of the ████████ file sharing application
- CEO and co-founder, ████████ 2010 to 2011: largest Bitcoin exchange, sold in 2011 to start this venture

**David Schwartz**, Chief Cryptographer
- Chief Technical Officer, ██████████ 2001-2011. Worked with NSA on cryptography

████████ Head User Engagement
- CEO ██████ asian pop site. Cohost █████ show. Cofounder ████████ consumer shopping mobile app

████████ Head Virality
- Creator "████████████". Cofounder ████████

**Patrick Griffin**, Head of Business Development
- Founding team at █████ Built the sales and business development strategy and team

**Arthur Britto**, Software developer and co-founder
- Created one of the first ISP's and one of the first Bitcoin exchanges. Highly respected in Bitcoin community

████████ Software developer
- Early development contributor and leading voice for Bitcoin. Created ████████ a popular Bitcoin portal

████████, UI designer
- Worked at █████████ █████ █████████ ████████ and many others



Proprietary and Confidential OpenCoin Inc. 2013

25

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070377

@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070378



# APPENDIX

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070379

## Summary

- Ripple is a distributed open source payments network that enables:
  - Free global payments without chargebacks to anyone, anywhere
  - Ability to pay in any currency using the world's first distributed currency exchange
  - Open protocol that any developer can use without license, permission or fees

- The Ripple network enables the creation of a new currency called ripples
  - Like bitcoins, trust as a store of value is based on a math relationship of servers in a distributed network
  - New users receive free ripples when they create an account
  - Ripples are the native currency of the payment network. For example, they are used in lieu of transaction fees to prevent system attacks

- OpenCoin Inc. maintains the software and promotes the network
  - The company's business model is based on ripples gaining acceptance and value
  - The company does not control or direct transactions in any way



Proprietary and Confidential OpenCoin Inc. 2013

28

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070380

## Ripple Network
## Comparison to Bitcoin

- The Network includes a native currency called ripples or XRPs. 100 Billion XRP are created at inception – this amount can not be increased.
- Ripple currency focuses on the key attributes of trust, utility and liquidity better than Bitcoin, the other major math-based global currency



**Equal to Bitcoin trust:**
- Amount can't be changed
- Math method currency

**Better than Bitcoin trust:**
- Ledger consensus solves 51% attack problem

**Better than Bitcoin utility:**
- Confirms in seconds vs. 10 plus minutes
- Allows any currency - BitCoin is Bitcoin only
- No blockchain scale limitation
- Can adopt Ripple in preferred currency

**Improved liquidity:**
- Anyone can provide currency exchange
- Trade currency within network



Proprietary and Confidential OpenCoin Inc. 2013

29

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

OpenCoin Inc.
# Regulatory and Legal

- Retained Perkins Coie to advise on regulatory issues
  - Dax Hansen, Partner in charge of Electronic Financial Services practice with expertise in electronic payments and virtual currencies



- Mitigating regulatory risks
  - We do not maintain the payments system or client on our servers. The product is a distributed open source platform that is not centrally controlled.

  - We will position the distributed design of the platform as entirely about cost reduction to consumers and merchants.

  - We will actively engage with law enforcement and only promote legal and constructive uses of the platform.

  - Bitcoin has operated for 3 years without much regulatory concern - the FBI and ECB have issued extensive reports on Bitcoin that were fairly neutral.



Proprietary and Confidential OpenCoin Inc. 2013

30

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070382

OpenCoin Inc.
## Key Regulatory Issues and Tactics

- *Is OpenCoin subject to FinCEN duties as a money transmitter?*
  - While virtual currency regulation is still evolving, OpenCoin does not authorize payments, control transactions or operate the servers that run the network

- *Although currencies are specifically exempt from securities law, virtual currencies such as Bitcoin have not received designation as currencies. As such, is this new currency a security?*
  - Will not be sold to users or investors in the Corporation
  - Will be given away for free to users
  - Will only sell to licensed wholesale MSB's

- *Are we responsible for illegal uses of the platform?*
  - We will only promote legal uses
  - We will work closely with law enforcement to fight fraud and scams
  - Platform interfaces with the traditional banking system through 'Gateways', which are licensed MSBs and/or money transmitters



Proprietary and Confidential OpenCoin Inc. 2013

31

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070383

## The Ripple Network
# Distribution of XRP

- About half of all ripples will be given away. Regular users will receive the equivalent of about $5 to $10.
- Bitcoin users will receive larger gifts to encourage early support.



| Time Period | User Target | Given per User | Total Users | Total Given |
|---|---|---|---|---|
| Launch | Bitcoin Community | 50,000 | 60 k | 3bn |
| Year 1 | Facebook User | 10,000 | 1 mm | 10bn |
| Year 2 | Facebook User | 1500 | 10 mm | 15bn |
| Year 3 | Facebook User | 150 | 150 mm | 22bn |



Proprietary and Confidential OpenCoin Inc. 2013

32

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070384

## The Ripple Network
# Open Source Example Client

- A Ripple client exists at www.ripple.com/client to demonstrate basic Ripple features like sending, receiving, and exchanging ripples or Gateway IOUs denominated in other currencies.
- The client is open source at github.com and can be used without license, fees or permission. We expect many third party clients to appear soon.





Proprietary and Confidential OpenCoin Inc. 2013

33

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0070385