# PX 60

Message

**From:** Patrick Griffin [▮@ripple.com]
**Sent:** 12/7/2017 10:06:17 PM
**To:** ▮
**CC:** Brad Garlinghouse [Brad Garlinghouse ▮@yahoo.com>]
**Subject:** Re: Webinar with ▮

Let me also add:
XRP is a 'value play' because it's price has been held back by fake stigma. Namely, there are false claims that it's centralized, that it's closed-source, that the supply is unrestricted, and that it's a private/permissioned blockchain. These claims have no basis and are holding back broader interest. You don't have to spend much time looking into XRP to realize that the market will start to see through them too.

From our perspecitve, having smart investors say that they've looked into those objections and they turned out to be false helps to put them to bed.

-----
Patrick Griffin
SVP Business Development
Ripple Inc.

On Thu, Dec 7, 2017 at 7:15 PM, ▮ wrote:
Got it. Thanks.



**From:** Brad Garlinghouse <▮@yahoo.com>
**Reply-To:** Brad Garlinghouse ▮@yahoo.com>
**Date:** Thursday, December 7, 2017 at 6:34 AM
**To:** ▮
**Cc:** Patrick Griffin ▮@ripple.com>
**Subject:** Re: Webinar with ▮

On XRP:

- XRP is the most undervalued digital asset on the charts. Why:
    - Real utility - solving the multi-trillion dollar problem with liquidity in cross-border payments
    - Institutional uptake - first and only digital asset used by financial institutions; Ripple's built a network of more than 100 FIs, all potential XRP users
    - Technical chops - speed (4 second settlement), cost ($0.0001 in fees), scalability (1500 transactions per second), stability (5-years with no major issues)

CONFIDENTIAL                                                                                                                                        RPLI_SEC 0539552

On use cases:
- The Ripple team is seeing a lot of success applying their blockchain tech and XRP to solving the inefficiencies in cross-border payments.
- If you've ever sent money overseas, you probably experienced high costs, time delays and having no idea if the money made it to its destination. Ripple's solving exactly those problems with blockchain and XRP.
- They have more than 100 financial institutions as their customers now.

On the bubble question:
- If anything, the market is UNDERvaluing digital assets for the role they can play in completely transforming financial infrastructure.
- XRP, for example, plays a role in cross-border payments that *no fiat currency* can play, enabling financial players to service liquidity on demand - USD, CNY, EUR, JPY can't serve that role.
- To put it in perspective, the market cap of all digital assets combined is < $400 billion which pales in comparison to ...fill in ▇▇▇ favorite comparison ;)

On Wednesday, December 6, 2017, 3:39:42 PM PST ▇▇▇ wrote:

Give me some cliff notes and I will work em in!

---

**From:** Brad Garlinghouse <▇▇▇@yahoo.com>
**Reply-To:** Brad Garlinghouse <▇▇▇@yahoo.com>
**Date:** Wednesday, December 6, 2017 at 9:02 AM
**To:** ▇▇▇
**Cc:** Patrick Griffin <▇▇▇@ripple.com>
**Subject:** Fw: Webinar with ▇▇▇

▇▇▇ooks like fun! I'm going to dial in and heckle ;)

Moer seriously, would love to understand how you are thinking about and positioning XRP (and Ripple) within this

Thanks!
Brad

----- Forwarded Message -----
**From:** SharesPost <no-reply@sharespost.com>
**To:** "▇▇▇@yahoo.com" ▇▇▇@yahoo.com>
**Sent:** Wednesday, December 6, 2017, 8:14:29 AM PST
**Subject:** Webinar with ▇▇▇

CONFIDENTIAL                                                                                                   RPLI_SEC 0539553

# SHARESPOST
## WEBINAR INVITE

**SHARESPOST EXPERT SERIES WEBINAR**

Bubble or No Bubble? Deciphering Blockchain, Bitcoin & ICOs

**Hosted by:**
[redacted]

**Featuring:**
[redacted]

Among other topics, the webinar will focus on:

- Is Bitcoin in a bubble or are we witnessing the birth of a new asset class?
- What are the current and potential applications of Blockchain technology?
- Are Initial Coin Offerings the new way for start-ups to raise capital?
- What does the future of a crowd-sourced capitalized firm look like?

After the main presentation, attendees will have the opportunity to ask questions.

**REGISTER NOW**

Tuesday, December 12th
10:00am PT / 1:00pm ET
Hosted by:
SharesPost Research Group



CONFIDENTIAL

RPLI_SEC 0539555



**READ THESE IMPORTANT LEGAL NOTICES AND DISCLOSURES**

This email is intended for whom it is addressed and its content is confidential and proprietary. Redistribution of this email is prohibited. SharesPost Financial Corporation, a registered broker-dealer and a member of the FINRA and SIPC, is a wholly owned subsidiary of SharesPost, Inc. None of the information provided is a public offer to buy or sell any securities, or legal, transactional or advisory service.

Investing in private company stocks is speculative and involves a high degree of risk. You must be prepared to withstand a total loss of your investment. You are strongly encouraged to complete your own independent due diligence before investing in private growth stock, including obtaining additional information, opinions, financial projections, and legal or other investment advice.



221 Pine Street, 6th Floor

135 Fax

s Reserved.

CONFIDENTIAL

RPLI_SEC 0539556

12.06.17

Not interested anymore? Unsubscribe

You are receiving this email because you opted in to email notifications from SharesPost.

CONFIDENTIAL
RPLI_SEC 0539557