# PX 62

**Message**

**From:** Monica Long [█@ripple.com]
**on behalf of** Monica Long <█@ripple.com> [█@ripple.com]
**Sent:** 12/13/2013 1:28:54 PM
**To:** █@aol.com
**CC:** █@ripple.com]
**Subject:** Re: Apology

Hi █

Thank you for your continued support and patience with us. No need to apologize; I didn't take offense to your previous note.

As for what's going on with Ripple, we're continuing to build the ecosystem through developer and partner outreach. Many of the exciting things we have in the works cannot be made public yet so please sit tight for news on the partnership front. We're putting additional resources into building a developer outreach program. You'll hear more on that soon.

We're aware that community members want more insight into our XRP distribution plans. Transparency is key to building and maintaining trusting relationships, and we know it's an open topic we need to address.

I encourage you to track the network's growth and progress via Ripple Charts. We're growing *fast*. Ripple now has 50k accounts and XRP is trading at about $0.03. These are super positive indicators of the future for the network. Note we're also putting resources into data analytics and sharing more publicly.

I take your and the community's feedback to heart, so please point me to any forum discussions I should get involved in. Jon is our community manager and he's done a great job of covering a lot of ground with our community but he can't be everywhere at once. I appreciate your help flagging up anything I need to address.

CC'd is █ from business development. Can you please share your business idea with █ here so he can figure out how we can best help you?

Thank you,
Monica


On Fri, Dec 13, 2013 at 8:31 AM, <█@aol.com> wrote:
Hi Monica,

I feel a little badly about my last email in that it might have sounded accusatory. I still believe in Ripple and its future. It has just been difficult drumming up support from investors or folks in my world as there is no real progress with regards to a transaction network or a true bump in the XRP values. On the surface it appears like there might be issues as there is a vacuum of news/data. The XRP forum did have a number of negative things to say when I recently read through it but it does sound like rumblings from speculators of XRP also.

In my industry of payment processing I have a number of big ticket customers (such as car dealerships etc.) that would love to save money, time and effort with a network such as Ripple to move money in country and internationally as well. That is part of the project I have in mind. I put it

on hold until there is a tangible way to do this that is announced by Ripple Labs. Is there a business plan that the public/I could see?

I do plan on continuing to invest in Ripple through additional acquisition of XRP as there is no stock etc. and I do apologize if I sounded as if Ripple committed a crime etc. I do not truly believe that is the case.

One thing Ripple Labs might consider is some key advertising (such as during the Superbowl or similar high tv audience event) that features the charitable stuff Ripple has been doing through out the world and here at home such as NJ and the WCG project. An add that creates the question: Who is Ripple? What is this native currency? Something warm and soft that is general enough to garner high interest in finding out the answer to those questions above> Watch investors and XRP value go up and the ability of Ripple Labs to invest in infrastructure go up with it..

I will continue Rippling along.

Warm Regards,

--

**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
@ripple.com |               www.ripple.com | @ripple

