# PX 64

| | | |
|---|---|---|
| From: | ███ | Brad Garlinghouse |
| To: | ███ | Chris Larsen (owner) |
| TimeStamp: | 10/08/17 12:34:54 PM | |
| DateRead: | 10/08/17 12:35:37 PM | |

Nice to see Xrp have a great week and weekend! Volume and price

Confidential

LARSEN-SEC-LIT-00002307