# PX 65

Message

From: Brad Garlinghouse [▇@ripple.com]
on behalf of Brad Garlinghouse <▇@ripple.com> [▇@ripple.com]
Sent: 3/23/2017 9:00:50 AM
To: ▇@gmail.com>]
Subject: Re: Fuck you

Hey ▇

This former Yahoo, AOL exec is making progress.  I respect that it may not be happening as fast as you'd like - and that it may have taken longer than you would like.

 FWIW, i've been personally buying XRP in Jan and Feb (and earlier in March).  You are not alone in your expectations.

Brad


On Wed, Mar 22, 2017 at 9:11 PM, ▇ @gmail.com> wrote:
Brad,

Obviously you have info I dont and this is prob falling on def ears but as an outsider here are my suggestions..

1) make xrp very easy to buy. This alone will break you away from all coins including BTC because they are all too fucking hard to buy.

2) don't focus on "spreading information about xrp". That sounds great for the banks or the suits you talk to but zzzzzz boring as fuck.. keep it simple and focus on what makes xrp EXCITING. Get the outsiders excited again!

The banks are by the numbers , boring stuff type people I get it but don't forgef your other audience ..your selling electricity man..Excitement...If that makes sense..

3) liquidity ..That's something that you know more about then I do but please God bring the rain soon..Been waiting 4 years on ripple to hit.


I could go on but those 3 are the key..

FURB,

▇


On Mar 22, 2017 9:41 PM, "Brad Garlinghouse" <▇@ripple.com> wrote:
well ▇ a pleasure to meet you.  From your email, seems like you need to trick your brain and smile more!

CONFIDENTIAL                                                                                                    RPLI_SEC 0763477

If you have specific ideas that are constructive, I'm happy to listen. But yes, we are working to:
1) make XRP easier to buy
2) improve the web presence for information about XRP

FURB,

Brad

On Wed, Mar 22, 2017 at 7:03 PM, ▮@gmail.com> wrote:
Brad, Where's the liquidity God damnit.

Who runs your marketing department too by the way. I could run it better blind folded, Jesus.

Hey how about making it less difficult to actually buy xrp you retards.

Not sure why they put some guy who was part of yahoo and aol (both dogshit companies seen as failures) in charge of this operation.

Your website looks like it was made on WordPress too. It's completely amateurish. Joke.

When your done circle jerking each other, you should pull your heads out of your ass and get this shit on track.

Thanks..