PX 687

filed under seal

as

D.E. 670-41