# PX 690

| | |
|---|---|
| From: | Chris Larsen <███@ripple.com> |
| Sent: | Thursday, June 1, 2017 3:34 PM |
| To: | ███@gsr.io> |
| Cc: | ███@gsr.io>; ███@ripple.com> |
| Subject: | Re: Bot 4t and 4p on |

Let's also turn back on Bot6 at .2% for now.

Also, do you have time for a quick call?

Chris

**CHRIS LARSEN | EXECUTIVE CHAIRMAN**
███@ripple.com | www.ripple.com
Ripple, Inc.

On Wed, May 31, 2017 at 7:12 PM, ███@gsr.io> wrote:
> Hi Chris,
>
> Given today's rally, we believe it makes sense to start the bot now. I started the selling bots just now. We will also sell strategically if we see any opportunities. Please confirm if you would prefer to stop the bots.
>
> Thanks

CONFIDENTIAL

GSR00001804