# PX 692

| | |
|---|---|
| **From:** | Chris Larsen <████@ripple.com> |
| **Sent:** | Saturday, May 20, 2017 1:42 PM |
| **To:** | ████@gsr.io> |
| **Cc:** | ████ Gsr <████@gsr.io>; ████@ripple.com> |
| **Subject:** | Bot 6 |

Please turn on Bot6.
Thank you

Chris

Chris Larsen | Executive Chairman
Ripple, Inc.
████@ripple.com | www.ripple.com

CONFIDENTIAL

GSR00017230