# PX 693

| | |
|---|---|
| **Message** | |
| From: | Chris Larsen [████@ripple.com] |
| Sent: | 9/11/2017 1:28:07 PM |
| To: | ████ GSR ████ @gsr.io] |
| CC: | ████ @gsr.io] |
| Subject: | Re: Coinone |

Yes, please do.
Thanks

On Mon, Sep 11, 2017 at 11:43 ████ GSR ████ @gsr.io> wrote:
> Hi Chris,
>
> We are adding Coinone to the 2t system and were wondering if you would like us to do the same for 4t?
>
> Regards,
>
> ████

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

████
@ripple.com | www.ripple.com
Ripple, Inc.

FOIA Confidential Treatment requested by C. Larsen

LARSEN_NAT_00000045