# PX 694

**Message**
___

**From:** Chris Larsen [████@ripple.com]
**Sent:** 2/18/2017 11:10:03 PM
**To:** ████GSR████ @gsr.io]
**CC:** ████@ripple.com]; ████████org]
**Subject:** Re: Bot4

Yes, lets pause Bot 6

CHRIS LARSEN | Co-founder & Executive Chairman
████@ripple.com | www.ripple.com

On Sat, Feb 18, 2017 at 1:48 PM, ████GSR████@gsr.io> wrote:
Hi Chris,

Bot 6t (Ripple-works) is running at a rate of ████/week. We would recommend pausing 6t before reversing 4t, otherwise they will likely cancel each other out. Please advise.

Regards,

████

> On 18 Feb 2017, at 20:27, Chris Larsen <████@ripple.com> wrote:
>
> Hi ████ - on my bot4, could you start buying as long as we're below .006 usd.bitstamp.
> Thanks!
>
> Chris
>
> Chris Larsen | Executive Chairman
> Ripple, Inc.
> ████@ripple.com | www.ripple.com

Confidential

LARSEN-SEC-LIT-00004183