# PX 698

Message

**From:** ▓▓▓▓▓▓▓▓▓▓▓com]
**Sent:** 2/6/2018 9:55:57 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Ripple & ▓▓ update

▓▓ and I just spoke to ▓▓

**Redacted - Not Responsive**

Ripple: ▓▓▓▓ from ▓▓ has been following the company (along with ▓▓▓▓ and ▓▓▓▓). Has met with the CFO etc. Company not looking to raise any more primary capital because they have such an asset in owning ~60% of the XRP tokens outstanding. They've been selling ▓▓▓▓ per quarter to fund their operations and create cash for acquisitions. On the secondary market, the companies' value is dominated by the XRP holdings which at one point valued the company >100B. Ripple has a pretty amazing source of funding buy just selling XRP that it owns.

▓▓ will keep us in the loop there and can potentially be helpful in facilitating management intros if we were interested.

▓▓
Sent from my iPad