# PX 699

Message

---

**From:** Chris Larsen [▮@ripple.com]
**on behalf of** Chris Larsen [▮@ripple.com> [▮@ripple.com]
**Sent:** 7/3/2016 10:38:44 AM
**To:** [▮rg>]
**CC:** [▮@ripple.com>]
**Subject:** Re: Bot 6t (▮) Accounting for July 2, 2016

We'll turn back on Tuesday.
▮ - pls do
Thanks ▮

Chris

Chris Larsen | CEO
Ripple, Inc.
▮@ripple.com | www.ripple.com

On Jul 3, 2016, at 10:22, ▮ wrote:

> Are we still on plan to turn selling back on now that we are in the new quarter?
>
> ---------- Forwarded message ----------
> From: **GSR Alerts** <gsr@gsr.io>
> Date: Saturday, July 2, 2016
> Subject: Bot 6t (▮) Accounting for July 2, 2016
> To:

## Bot 6t (▮) Accounting for July 2, 2016

---

A total of **0 XRP** has been bought with $ equivalent on **July 2, 2016**.

Market Volume: **43,122,760 XRP**
XRP Introduced: **0 XRP**
Percent: **0.00%**

Balances corresponding to 07/02/2016 (EOD):

| 07/02/2016 | | | | | | 0.006627 |
|---|---|---|---|---|---|---|
| **Pool / Wallet** | **USD** | **EUR** | **JPY** | **CNY** | **BTC** | **XRP** |
| Cold | | | | | | 100 |
| Buffer | | | | | | 18,486,753 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Intermediate | | | | | | 1,500,055 |
| Market Making | 19,211 | | | | | 2,059,448 |
| TPW | | | | | | 99 |
| **TOTAL** | **19,211** | | | | | **22,046,455** |





Co-Founder & CEO

org

CONFIDENTIAL

RPLI_SEC 0363299