# PX 703

| Programmatic Sales | Sep-19 | Aug-19 | Jul-19 | Jun-19 | May-19 | Apr-19 | Mar-19 | Feb-19 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | $0 | $0 | $0 | $0 | $0 | $1,532,899 | $639,428 | $1,261,466 |
| XRP Sold | 0 | 0 | 0 | 0 | 0 | 4,523,232 | 2,064,032 | 4,094,991 |
| **Global Software Research 2015** | | | | | | | | |
| Gross Sales | | | | | | | | |
| Fees Earned By Partner | | | | | | | | |
| XRP Sold | | | | | | | | |
| **GSR Holdings Limited** | | | | | | | | |
| Gross Sales | $575,045 | $2,386,180 | $5,400,618 | $31,536,249 | $0 | $38,128,739 | $10,810,594 | $20,658,994 |
| XRP Sold | 2,234,893 | 8,516,061 | 15,412,068 | 74,237,543 | 0 | 113,958,377 | 34,946,977 | 66,804,367 |
| Gross Sales | $573,543 | $2,273,794 | $4,906,456 | $32,855,149 | $0 | $40,584,180 | $13,644,515 | $31,970,523 |
| XRP Sold | 2,231,625 | 8,112,419 | 14,109,612 | 76,426,881 | 0 | 119,958,841 | 44,270,288 | 103,501,307 |
| **Total** | | | | | | | | |
| Gross Sales | $1,148,588 | $4,659,974 | $10,307,074 | $64,391,398 | $0 | $80,245,818 | $25,094,537 | $53,890,983 |
| XRP Sold | 4,466,518 | 16,628,480 | 29,521,680 | 150,664,424 | 0 | 238,440,450 | 81,281,297 | 174,400,665 |

**Global Software Research 2015**
Purchases in USD
XRP Purchased

| Programmatic Sales | Jan-19 | Dec-18 | Nov-18 | Oct-18 | Sep-18 | Aug-18 | Jul-18 | Jun-18 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | $868,292 | $1,142,540 | $854,651 | $1,016,537 | $1,018,327 | $612,231 | $430,843 | $313,134 |
| XRP Sold | 2,644,928 | 3,239,278 | 1,901,780 | 2,158,438 | 2,305,027 | 1,854,914 | 935,110 | 574,828 |
| Global Software Research 2015 | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| GSR Holdings Limited | | | | | | | | |
| Gross Sales | $7,994,119 | $9,961,588 | $8,708,221 | $9,989,378 | $13,983,812 | $7,528,503 | $6,126,720 | $5,483,775 |
| XRP Sold | 24,618,788 | 28,783,223 | 19,205,535 | 21,065,113 | 29,052,863 | 22,219,302 | 13,329,039 | 9,820,532 |
| | | | | | | | | |
| Gross Sales | $19,648,412 | $20,959,478 | $18,484,278 | $17,670,416 | $21,047,533 | $9,145,062 | $6,370,897 | $6,461,515 |
| XRP Sold | 60,942,769 | 60,397,989 | 40,244,306 | 37,214,714 | 44,103,547 | 27,035,983 | 13,792,484 | 11,814,898 |
| Total | | | | | | | | |
| Gross Sales | $28,510,823 | $32,063,605 | $28,047,150 | $28,676,331 | $36,049,673 | $17,285,796 | $12,928,461 | $12,258,425 |
| XRP Sold | 88,206,485 | 92,420,490 | 61,351,621 | 60,438,265 | 75,461,437 | 51,110,199 | 28,056,633 | 22,210,258 |

Global Software Research 2015
Purchases in USD
XRP Purchased

| Programmatic Sales | May-18 | Apr-18 | Mar-18 | Feb-18 | Jan-18 | Dec-17 | Nov-17 | Oct-17 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | $458,338 | $682,286 | $555,673 | $1,141,762 | $2,768,406 | $856,578 | $554,308 | $800,971 |
| XRP Sold | 648,098 | 930,356 | 758,099 | 1,263,357 | 1,584,546 | 1,932,656 | 2,401,089 | 3,387,760 |
| Global Software Research 2015 | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| GSR Holdings Limited | | | | | | | | |
| Gross Sales | $6,199,958 | $10,695,890 | $5,953,794 | $13,580,302 | $37,132,503 | $17,431,546 | $7,617,256 | $14,306,776 |
| XRP Sold | 8,559,167 | 14,443,472 | 8,368,762 | 15,061,672 | 22,043,213 | 33,417,877 | 34,201,276 | 59,755,510 |
| Gross Sales | $10,464,504 | $15,900,486 | $11,432,264 | $22,994,339 | $55,457,807 | $12,818,453 | $8,983,683 | $9,960,685 |
| XRP Sold | 14,443,398 | 21,818,262 | 15,606,313 | 25,148,327 | 32,214,142 | 26,809,012 | 39,357,643 | 41,229,407 |
| Total | | | | | | | | |
| Gross Sales | $17,122,800 | $27,278,662 | $17,941,731 | $37,716,403 | $95,358,716 | $31,106,577 | $17,155,247 | $25,068,432 |
| XRP Sold | 23,650,663 | 37,192,090 | 24,733,174 | 41,473,356 | 55,841,901 | 62,159,545 | 75,960,008 | 104,372,677 |

Global Software Research 2015
Purchases in USD
XRP Purchased

| Programmatic Sales | Sep-17 | Aug-17 | Jul-17 | Jun-17 | May-17 | Apr-17 | Mar-17 | Feb-17 | Jan-17 |
|---|---|---|---|---|---|---|---|---|---|
| Gross Sales | $529,937 | $781,576 | $444,744 | $920,632 | $6,302,169 | $1,209,540 | $240,773 | | |
| XRP Sold | 2,658,969 | 3,977,668 | 2,499,058 | 3,204,198 | 43,602,594 | 33,201,850 | 26,754,168 | | |
| Global Software Research 2015 | | | | | | | | | |
| Gross Sales | | | | | | | | | $122,866 |
| XRP Sold | | | | | | | | | 20,433,860 |
| GSR Holdings Limited | | | | | | | | | |
| Gross Sales | $7,710,894 | $19,287,657 | $2,676,845 | $1,933,263 | | | | | |
| XRP Sold | 37,385,308 | 93,173,171 | 14,986,267 | 7,239,299 | | | | | |
| Gross Sales | $1,217,948 | | | | | | | | |
| XRP Sold | 6,169,821 | | | | | | | | |
| **Total** | | | | | | | | | |
| Gross Sales | $9,458,779 | $20,069,233 | $3,121,589 | $2,853,895 | $6,302,169 | $1,209,540 | $240,773 | $0 | $122,866 |
| XRP Sold | 46,214,098 | 97,150,839 | 17,485,325 | 10,443,497 | 43,602,594 | 33,201,850 | 26,754,168 | 0 | 20,433,860 |

Global Software Research 2015
Purchases in USD
XRP Purchased

| Programmatic Sales | Dec-16 | Nov-16 | Oct-16 | Sep-16 | Aug-16 | Jul-16 | Jun-16 | May-16 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| Global Software Research 2015 | | | | | | | | |
| Gross Sales | $77,381 | $438,327 | $698,927 | $213,629 | $202,071 | $532,198 | $977,856 | $397,708 |
| XRP Sold | 12,595,210 | 59,593,241 | 91,949,555 | 33,510,454 | 35,312,994 | 88,161,507 | 163,952,244 | 67,649,724 |
| GSR Holdings Limited | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| Total | | | | | | | | |
| Gross Sales | $77,381 | $438,327 | $698,927 | $213,629 | $202,071 | $532,198 | $977,856 | $397,708 |
| XRP Sold | 12,595,210 | 59,593,241 | 91,949,555 | 33,510,454 | 35,312,994 | 88,161,507 | 163,952,244 | 67,649,724 |
| | | | | | | | | |
| Global Software Research 2015 | | | | | | | | |
| Purchases in USD | $213,744 | $105,909 | $4,926 | $657,996 | $214,101 | $10,110 | $140,898 | $13,777 |
| XRP Purchased | 31,430,868 | 13,108,411 | 247,814 | 74,120,862 | 32,696,714 | 1,215,112 | 19,344,606 | 1,754,272 |

| Programmatic Sales | Apr-16 | Mar-16 | Feb-16 | Jan-16 | Dec-15 | Nov-15 | Oct-15 | Sep-15 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| **Global Software Research 2015** | | | | | | | | |
| Gross Sales | $452,390 | $831,905 | $740,923 | $676,680 | $737,233 | $683,639 | $637,311 | $833,711 |
| XRP Sold | 69,098,059 | 107,311,407 | 98,526,602 | 118,113,678 | 93,405,075 | 152,649,179 | 126,627,112 | 126,011,066 |
| **GSR Holdings Limited** | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| **Total** | | | | | | | | |
| Gross Sales | $452,390 | $831,905 | $740,923 | $676,680 | $737,233 | $683,639 | $637,311 | $833,711 |
| XRP Sold | 69,098,059 | 107,311,407 | 98,526,602 | 118,113,678 | 93,405,075 | 152,649,179 | 126,627,112 | 126,011,066 |

| Global Software Research 2015 | | |
|---|---|---|
| Purchases in USD | $89,847 | $10,729 |
| XRP Purchased | 13,682,833 | 1,298,361 |

| Programmatic Sales | Aug-15 | Jul-15 | Jun-15 | May-15 | Apr-15 | Mar-15 | Feb-15 | Jan-15 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| **Global Software Research 2015** | | | | | | | | |
| Gross Sales | $353,734 | $139,020 | $21,876 | $388,979 | $535,088 | $947,243 | $476,190 | $1,158,534 |
| XRP Sold | 45,263,741 | 16,655,256 | 9 | 59,711,057 | 67,348,197 | 105,228,878 | 35,427,122 | 68,797,843 |
| **GSR Holdings Limited** | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| Gross Sales | | | | | | | | |
| XRP Sold | | | | | | | | |
| **Total** | | | | | | | | |
| Gross Sales | $353,734 | $139,020 | $21,876 | $388,979 | $535,088 | $947,243 | $476,190 | $1,158,534 |
| XRP Sold | 45,263,741 | 16,655,256 | 9 | 59,711,057 | 67,348,197 | 105,228,878 | 35,427,122 | 68,797,843 |

Global Software Research 2015
Purchases in USD
XRP Purchased



| Programmatic Sales | Dec-14 | Nov-14 |
|---|---|---|
| Gross Sales | | |
| XRP Sold | | |
| Global Software Research 2015 | | |
| Gross Sales | $1,869,411 | $666,568 |
| XRP Sold | 96,366,465 | 68,555,169 |
| GSR Holdings Limited | | |
| Gross Sales | | |
| XRP Sold | | |
| Gross Sales | | |
| XRP Sold | | |
| Total | | |
| Gross Sales | $1,869,411 | $666,568 |
| XRP Sold | 96,366,465 | 68,555,169 |

Global Software Research 2015
Purchases in USD
XRP Purchased