**PX 704 Filed Under Seal as D.E. 670-57**