# PX 705 Filed Under Seal as D.E. 670-58