# PX 708

# Bitcoin Forum



October 16, 2022, 12:24:05 AM

Welcome, **Guest**. Please login or register.

**News**: Pumpkin carving contest          [Search]

HOME   HELP   SEARCH   LOGIN   REGISTER   MORE

Bitcoin Forum > Alternate cryptocurrencies > Speculation (Altcoins) > **[XRP] Ripple Speculation**

Pages: « 1 ... 120 121 122 123 124 125 126 127 128 129 130 131 132 133 134 135 136 137 138 139 140 141 142 143 144 145 146 147 148 149 150 151 152 153 154 155 156 157 158 159 160 161 162 163 164 165 166 167 168 169 [**170**] 171 172 173 174 175 176 177 178 179 180 181 182 183 184 185 186 187 188 189 190 191 192 193 194 195 196 197 198 199 200 201 202 203 204 205 206 207 208 209 210 211 212 213 214 215 216 217 218 219 220 ... 558 »

« previous topic
next topic »
print

| Author | Topic: [XRP] Ripple Speculation  (Read 633436 times) |

**just_Alice**
Hero Member

Activity: 1274
Merit: 622





 **Re: [XRP] Ripple Speculation**
June 26, 2017, 11:37:04 AM                                                                                      #3381

**Quote from: LongTermCrypto on June 26, 2017, 12:26:21 AM**



**This is the difference between XRP and Ripple.**

by ecurrencyhodler @
https://www.reddit.com/r/Ripple/comments/6jd9w6/this_is_the_difference_between_xrp_and_rip

Here is the difference between xrp and ripple taken from their whitepapers:

1) Ripple, the company, offers banks a software called Ripple Connect (thanks /u/cmbartley) which uses InterLedger Protocol (ILP) to transfer $$ between banks with a minimal fee because it doesn't have to get transferred 2-3 times into different fiats or service fees. It simply needs to get converted once. This software DOES NOT USE XRP.

2) XRP is simply a cryptocurrency that exists outside of this software that is high in liquidity and has fast transactions. There is nothing that distinguishes XRP from other cryptocurrencies that carry the same properties such as LTC or Zcash. Source: https://youtu.be/51dMe_Oui4M?t=2439

For you newcomers out there looking to invest in this coin, you need to know the following things:

1) The success of Ripple the company is not directly tied to the value of XRP.

2) When you buy Ripple, you are simply buying another cryptocurrency. It's advantages are its fast transaction times, high liquidity, and finally the various exchanges it's on.

3) You are NOT buying the currency that banks are currently using to transfer their money. So banks are not buying XRP right now and you should not expect banks to buy up a whole ton of XRP in the near future.

**4) However, Ripple the company will advocate for use of XRP as the cryptocurrency of choice within Ripple connect for banks to transfer money in the ILP between lesser known fiats outside of the USD and the Euro.**



> So Ripple, the company, encourages using XRP, right? Then if this company is having success and many famous banks want to work with it, XRP, the coin should be successful too.
>
> IMO it would be right to say that XRP and Ripple are different things only if there was no connection at all between the two.

There are several different types of Bitcoin clients. The most secure are *full nodes* like Bitcoin Core, but full nodes are more resource-heavy, and they must do a lengthy initial syncing process. As a result, lightweight clients with somewhat less security are commonly used.
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction.

### RayX12
Hero Member

Activity: 952
Merit: 552

**Re: [XRP] Ripple Speculation**
June 26, 2017, 11:43:36 AM

#3382

**I think....**

XRP is worth more than Ripple..
It behooves Ripple to take care of XRP..
DUH!!!!!!!!!!!!!!!!

**Therefore I am....**

### vsyc
Sr. Member

Activity: 1037
Merit: 253



**Re: [XRP] Ripple Speculation**
June 26, 2017, 04:49:22 PM

#3383

At current stage, all top 10 coins get Down by 15-25%, but only two stands at 7.5% drop XRP and BTC (I would love to remove it, but lets respect contenders), and XRP on 0.1 has less drop than BTC 😎 Do you need stronger signs, of significant support?

### MemberBerrie
Sr. Member

Activity: 1064
Merit: 267



**Re: [XRP] Ripple Speculation**
June 26, 2017, 04:51:32 PM

#3384

**If anyone has problems sending btc or eth trough exchanges, i just wanted to tell you guys that you can use $XRP. Best solution**

### mfqrs3
Sr. Member

Activity: 419
Merit: 250



**Re: [XRP] Ripple Speculation**
June 26, 2017, 05:48:04 PM

#3385

> Quote from: vsyc on June 26, 2017, 04:49:22 PM
>
> At current stage, all top 10 coins get Down by 15-25%, but only two stands at 7.5% drop XRP and BTC (I would love to remove it, but lets respect contenders), and XRP on 0.1 has less drop than BTC 😎 Do you need stronger signs, of significant support?

Yes, but when XRP went down 30% others (BTC, ETH) went up 30% so... it is still underperformer.

### vsyc



**Re: [XRP] Ripple Speculation**

#3386

[XRP] Ripple Speculation

June 26, 2017, 05:54:55 PM

**Quote from: mfqrs3 on June 26, 2017, 05:48:04 PM**

**Quote from: vsyc on June 26, 2017, 04:49:22 PM**

At current stage, all top 10 coins get Down by 15-25%, but only two stands at 7.5% drop XRP and BTC (I would love to remove it, but lets respect contenders), and XRP on 0.1 has less drop than BTC  Do you need stronger signs, of significant support?

Yes, but when XRP went down 30% others (BTC, ETH) went up 30% so... it is still underperformer.

But when XRP went up 30% others went down, so others still pretend to be performant!




**JoelKatz**
Legendary
●●●●●

Activity: 1596
Merit: 1012

Democracy is vulnerable to a 51% attack.



**Re: [XRP] Ripple Speculation**
June 26, 2017, 05:57:35 PM

#3387

**Quote from: just_Alice on June 26, 2017, 11:37:04 AM**

So Ripple, the company, encourages using XRP, right? Then if this company is having success and many famous banks want to work with it, XRP, the coin should be successful too.

IMO it would be right to say that XRP and Ripple are different things only if there was no connection at all between the two.

Think about it this way:

Ripple holds over 60 billion XRP. Given the way that's being escrowed, Ripple will almost certainly be the largest holder of XRP for the foreseeable future. For every penny the price of XRP goes up, the notional value of Ripple's XRP goes up by six hundred million dollars. Ripple can only materialize that value for its shareholders if that value and liquidity are preserved over the next several years.

Sure, Ripple makes money by selling software to banks. But how many banks do you think Ripple would have to close to make six hundred million dollars in license/support fees? That would equal the value of a sustained one cent increase in the price of XRP.

I am an employee of Ripple. Follow me on Twitter @JoelKatz
1Joe1Katzcl1rFcsr9HH7SLuHVnDy2aihZ BM-NBM3FRExVJSJ1amV9ccgyWvQfratUHgN




**san2ok**
Sr. Member
●●●●

Activity: 638
Merit: 254



**Re: [XRP] Ripple Speculation**
June 26, 2017, 06:01:31 PM

#3388

**Quote from: JoelKatz on June 26, 2017, 05:57:35 PM**

**Quote from: just_Alice on June 26, 2017, 11:37:04 AM**

So Ripple, the company, encourages using XRP, right? Then if this company is having success and many famous banks want to work with it, XRP, the coin should be successful too.

IMO it would be right to say that XRP and Ripple are different things only if there was no connection at all between the two.

Think about it this way:

Ripple holds over 60 billion XRP. Given the way that's being escrowed, Ripple will almost certainly be the largest holder of XRP for the foreseeable future. For every penny the price of XRP goes up, the notional value of Ripple's XRP goes up by six hundred million dollars. Ripple can only materialize that value for its shareholders if that value and liquidity are preserved over the next several years.

10/15/22, 8:24 PM

Sr. Member
●●●●

Activity: 1037
Merit: 253

Supporter of DGB, XEM

> Sure, Ripple makes money by selling software to banks. But how many banks do you think Ripple would have to close to make six hundred million dollars in license/support fees? That would equal the value of a sustained one cent increase in the price of XRP.

i thought the tech are given for free.. (O_O)?
if selling to the bank, meaning will also sell the coin off-market too

**vsyc**
Sr. Member

Activity: 1037
Merit: 253

### Re: [XRP] Ripple Speculation
June 26, 2017, 06:08:14 PM

#3389

Quote from: JoelKatz on June 26, 2017, 05:57:35 PM

> Quote from: just_Alice on June 26, 2017, 11:37:04 AM
>
>> So Ripple, the company, encourages using XRP, right? Then if this company is having success and many famous banks want to work with it, XRP, the coin should be successful too.
>>
>> IMO it would be right to say that XRP and Ripple are different things only if there was no connection at all between the two.
>
> Think about it this way:
>
> Ripple holds over 60 billion XRP. Given the way that's being escrowed, Ripple will almost certainly be the largest holder of XRP for the foreseeable future. For every penny the price of XRP goes up, the notional value of Ripple's XRP goes up by six hundred million dollars. Ripple can only materialize that value for its shareholders if that value and liquidity are preserved over the next several years.
>
> Sure, Ripple makes money by selling software to banks. But how many banks do you think Ripple would have to close to make six hundred million dollars in license/support fees? That would equal the value of a sustained one cent increase in the price of XRP.

Its time for Ripple to think to become a ever first crypto bank, with low cost, super fast transactions and no nostro in between. Branches/ATM in all around the world, to buy Fiat/Crypto using XRP!

**carlisle1**
Hero Member



Activity: 2268
Merit: 539

Campaign Management?"Hha is the Man



### Re: [XRP] Ripple Speculation
June 26, 2017, 06:20:45 PM

#3390

Quote from: MemberBerries on June 26, 2017, 04:51:32 PM

> **If anyone has problems sending btc or eth trough exchanges, i just wanted to tell you guys that you can use $XRP. Best solution in times like this**

that's a good alternatives for those who's experiencing issue with this 2 coins or some other coins and xrp really become useful as long as
the traders and investors understand this the value will rise up again while btc will also try to survive.



**JoelKatz**
Legendary

Activity: 1596

### Re: [XRP] Ripple Speculation
June 26, 2017, 06:49:33 PM

#3391

Quote from: san2ok on June 26, 2017, 06:01:31 PM

Merit: 1012



Democracy is vulnerable to a 51% attack.



i thought the tech are given for free.. (O_O)?
if selling to the bank, meaning will also sell the coin off-market too

It depends what you mean by "the tech".

XRP and ILP are open. Anyone can use them however they want.

Ripple also sells software to banks that integrates things like XRP and ILP with banking systems. This handles the parts of the transaction that XRP and ILP don't handle, primarily end-to-end pre-payment messaging and integration with banking systems and processes.

If we had to give it away for free to drive adoption, we probably would have. But charging for it also ensures that we're only working with partners who have a level of commitment.

I am an employee of Ripple. Follow me on Twitter @JoelKatz
1Joe1Katzci1rFcsr9HH7SLuHVnDy2aihZ BM-NBM3FRExVJSJJamV9ccgyWvQfratUHgN

**barota**
Sr. Member

Activity: 1176
Merit: 286





 **Re: [XRP] Ripple Speculation**
June 26, 2017, 07:04:00 PM

#3392

xrp will rise to 0.00018 btc soon

**mfqrs3**
Sr. Member

Activity: 419
Merit: 250



 **Re: [XRP] Ripple Speculation**
June 26, 2017, 07:39:40 PM

#3393

Quote from: barota on June 26, 2017, 07:04:00 PM
> xrp will rise to 0.00018 btc soon

Lol, yes right "soon TM"

**RayX12**
Hero Member

Activity: 952
Merit: 552



 **Re: [XRP] Ripple Speculation**
June 26, 2017, 07:50:41 PM

#3394

Quote from: vsyc on June 26, 2017, 06:08:14 PM
> Quote from: JoelKatz on June 26, 2017, 05:57:35 PM
> > Quote from: just_Alice on June 26, 2017, 11:37:04 AM
> > > So Ripple, the company, encourages using XRP, right? Then if this company is having success and many famous banks want to work with it, XRP, the coin should be successful too.
> > >
> > > IMO it would be right to say that XRP and Ripple are different things only if there was no connection at all between the two.
> > >
> > > Think about it this way:

> Ripple holds over 60 billion XRP. Given the way that's being escrowed, Ripple will almost certainly be the largest holder of XRP for the foreseeable future. For every penny the price of XRP goes up, the notional value of Ripple's XRP goes up by six hundred million dollars. Ripple can only materialize that value for its shareholders if that value and liquidity are preserved over the next several years.
>
> Sure, Ripple makes money by selling software to banks. But how many banks do you think Ripple would have to close to make six hundred million dollars in license/support fees? That would equal the value of a sustained one cent increase in the price of XRP.
>
> Its time for Ripple to think to become a ever first crypto bank, with low cost, super fast transactions and no nostro in between. Branches/ATM in all around the world, to buy Fiat/Crypto using XRP!

I think that could be the plan... or more accurately a liquidity provider.

---

**mfqrs3**
Sr. Member

Activity: 419
Merit: 250

**Re: [XRP] Ripple Speculation**
June 26, 2017, 08:42:12 PM

#3395

And here we go down  XRP has to catch falling ETH and others, be the first ripple be the first LOL  You are stable as ....

---

**Bert65**
Full Member

Activity: 546
Merit: 114

**Re: [XRP] Ripple Speculation**
June 26, 2017, 09:04:22 PM

#3396

> Quote from: Mrpumperitis on June 26, 2017, 03:18:54 AM
>> Quote from: CryptoKraken on June 26, 2017, 02:58:40 AM
>> Soooo,
>>    If investing XRP is like pissing in the ocean, then exactly how do we go about putting the money into actual Ripple, before Ripple blows up and goes international? I don't know exactly what or why that exact question regarding investing in Ripple & XRP were possibly 2 separate investments. Ripple being the investment which goes to the moon, & all the investors get rich off of, and XRP being the investment we just get to watch? XRP should be xrp, or it's the digital form of Silver, you want to buy a ton of silver because all the signals show that the price for Silver is boiling over and about to blow wide open yesterday. But, like always has and always will, silver stays right there and you watch it do nothing......
>
> i dont think you can invest in Ripple (yet)
> i dont think you can invest in swift,western union , can you?
> key dif is, Ripple created a digital asset, faster and cheaper than other currencies, the others have not.
> if and when the others do try to, they need to go through the whole process
> prototype,roadmap,beta,beta2,alpha and then adoption...this takes a few yrs & Ripple has many patents so it might not be so easy for competitors
>
> also i hear a gd rumour...one thats probably true lol....
> something about ( possibly the XRP Ripple hold )
> XRP being backed by precious metals, silver & copper ( if true and officially announced...omg)

man, i am probably a noob but all i can see is XRP is following the BTC dump and blood everywhere on crypto...

---

**vsyc**
Sr. Member

**Re: [XRP] Ripple Speculation**
June 26, 2017, 09:56:41 PM

#3397

> Quote from: mfqrs3 on June 26, 2017, 08:42:12 PM
> And here we go down 😕 XRP has to catch falling ETH and others, be the first ripple be the first LOL 😕 You are stable as ....

**Activity:** 1037
**Merit:** 253

Winter is coming papa bear? are we down? lol weak hands shaking! 1 hour latter, back to normal. As was stated, as will be stated - STABLE!

### RayX12
Hero Member

**Re: [XRP] Ripple Speculation**
June 26, 2017, 10:08:19 PM

#3398

Here is a graph comparing XRP LTC and ETH since June 18th.

**Activity:** 952
**Merit:** 552

bitcointalk.org image proxy:
Invalid image

### Mrpumperitis
Legendary

**Re: [XRP] Ripple Speculation**
June 27, 2017, 12:39:20 AM

#3399

woaaa...so much happening today..everycoin...so unpredictable
i still think Margin/lending is causing this ..maybe im wrong idk

**Activity:** 2296
**Merit:** 1075

i am stocking up on a few bargains right now, on a few coins.... 😁
some really gd deals on some really gd coins 😊

Mods keep deleting posts on this unmoderated thread, guess they still hate scalable blockchains...join me at memo.cash

### Mrpumperitis
Legendary

**Re: [XRP] Ripple Speculation**
June 27, 2017, 01:25:08 AM

#3400

i love XRP..lol
esp @ times like these..let me explain

**Activity:** 2296
**Merit:** 1075

lots of coins on sale at dif exchanges...and lots of quick up and downs and i dont wanna miss some bargains..
i want zcl which is only on trex just now
and i want nmc which is only on polo (or btce..if they listed XRP, id be sending my funds to them..so BTCE,cmon hurry up and list XRP 😕)
but i have no funds on trex or polo at moment...so what can i do?? times running out...i needa buy asap lol


so...
i have a couple of btc on kraken...i quickly sold them for XRP

i then send half of the XRP to polo and rest to trex..it gets there in under 1minute and costs almost nothing 😊
i sold the XRP on both exchanges for btc, then grabbed the coins i wanted...
all done in under 5mins 😕

I love XRP 😕

Mods keep deleting posts on this unmoderated thread, guess they still hate scalable blockchains...join me at memo.cash

Pages: « 1 ... 120 121 122 123 124 125 126 127 128 129 130 131 132 133 134 135 136 137 138 139   print

140 141 142 143 144 145 146 147 148 149 150 151 152 153 154 155 156 157 158 159 160 161 162
163 164 165 166 167 168 169 [**170**] 171 172 173 174 175 176 177 178 179 180 181 182 183 184 185
186 187 188 189 190 191 192 193 194 195 196 197 198 199 200 201 202 203 204 205 206 207 208
209 210 211 212 213 214 215 216 217 218 219 220 **...** 558 »

Bitcoin Forum > Alternate cryptocurrencies > Speculation (Altcoins) > **[XRP] Ripple Speculation**

« previous topic next topic »

Jump to:  => Speculation (Altcoins)   go



Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

