# PX 709

## Message

**From:** Patrick Griffin [█████@ripple.com]
**Sent:** 11/15/2017 1:42:30 PM
**To:** █████████████████████@gmail.com>]
**CC:** Brad Garlinghouse [Brad Garlinghouse <████@ripple.com>]; █████████
████████@ripple.com>]
**Subject:** aligning incentives on XRP

Hi █████,

I want to help bring the Rippleworks investment decision to closure. A long pole is making sure we have contractual requirements that align our mutual interest in seeing the value of XRP increase over time. a lingering concern is that given the fund is denominated in XRP, the lower the price XRP goes relative to USD, the higher the pay out.

I have a couple ideas (i.e., compensation is a fixed amount of XRP that vests over time; the fund and any portolio companies cannot collectively liquidate an amount in excess of ██% of 24hr volume traded) but I think if we get on the phone (and include ████ on the call), we can bring this to a quick resolution.

Are you free later today?

Patrick

---
Patrick Griffin
SVP Business Development
Ripple Inc.

CONFIDENTIAL                                                                                                          RPLI_SEC 0376932