# PX 710

**Message**

**From:** [redacted].org]
**Sent:** 11/21/2017 2:30:54 PM
**To:** Brad Garlinghouse [Brad Garlinghouse <[redacted]@ripple.com>]
**CC:** Chris Larsen [Chris Larsen <[redacted]@ripple.com>]; Patrick Griffin [Patrick Griffin <[redacted]@ripple.com>]
**Subject:** Re: [redacted] XRP Fund update

We are all excited!



Co-Founder & CEO

[redacted].org

On Tue, Nov 21, 2017 at 1:48 PM, Brad Garlinghouse <[redacted]@ripple.com> wrote:
100% agreement... awesome. Should be great for everyone involved.

On Tue, Nov 21, 2017 at 1:29 PM, Chris Larsen <[redacted]@ripple.com> wrote:
Awesome!

On Tue, Nov 21, 2017 at 13:27 [redacted].org> wrote:
Just confirming with you that we have signed the term sheet with [redacted]

Also met with [redacted] yesterday and starting that process.



Co-Founder & CEO

[redacted].org

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

[redacted]
[redacted]@ripple.com | www.ripple.com
Ripple, Inc.