# PX 711

Message

**From:** Chris Larsen [____@ripple.com]
**on behalf of** Chris Larsen <____@ripple.com> [____@ripple.com]
**Sent:** 6/2/2018 3:57:18 PM
**To:** Brad Garlinghouse [Brad Garlinghouse <____@ripple.com>]
**Subject:** Fwd: conversation with ____

**FYI**

---------- Forwarded message ---------
From: ____ <____.org>
Date: Sat, Jun 2, 2018 at 15:03
Subject: Re: conversation with ____
To: Chris Larsen <____@ripple.com>

Thx.
I will email them this weekend to schedule an in-person meeting at RippleWorks office. I will express similar frustrations from a RippleWorks perspective and also add my disappointment as a fervent Ripple supporter.

____
Co-Founder & CEO
RippleWorks
____.org

On Sat, Jun 2, 2018 at 9:16 AM, Chris Larsen <____@ripple.com> wrote:
Hi ____ - as mentioned - here's the state of the ____ relationship. Needless to say - very disappointing. (sending the google doc as text)

____ Summary of Relationship
May 29, 2018

Overview: Ripple invested ____ into ____ ____ was from Ripple directly, the additional ____ was from RippleWorks. The fund ("Fund IV") is ____ in total, making Ripple their largest LP. Our investment is structured as a parallel fund that is completely denominated in XRP.

Goals: Here are the objectives we're looking to achieve in the relationship with ____
Generate deal flow for Xpring. As the ____ team find high quality teams, they can introduce them to Ripple to engage them on building on the XRP Ledger.
Foster the XRP ecosystem. While the deal does not require ____ to invest in companies building on the XRP Ledger, they are influential advocates in Silicon Valley and in the digital asset space and we want them to be championing the merits of XRP.

Issues: The relationship is new and is still finding its footing. Here are issues we've encountered:
Announcement: ____ did not mention XRP in their the announcement of their new fund. This was amended in a follow-on announcement. The follow-on announcement (to correct the omission) then only acknowledged

CONFIDENTIAL

RPLI_SEC 0431685

▇ (rather than ▇ and proactively highlighted the volatility risk of doing business in XRP with a quote from a representative from ▇
Advocacy: ▇ is not publicly supporting XRP. In fact, one of their new partners hired since our investment (▇) is an ardent Bitcoin maximalist and disparages XRP. In addition, they are launching an incubator space to support developers interested in different crypto projects and XRP Ledger is not the top priority blockchain technology they want to support.
Lack of Deal Flow: ▇ was not proactive in surfacing potential Xpring opportunities.

Next Steps: We have now established regular communication channels (e.g., bi-weekly all hands call) between Xpring and ▇ to discuss:
Latest Trends: Movements in the blockchain space that both sides are seeing to help inform our deal thesis.
Deal Flow: Sharing of high quality deals that each team sees in the market.

Relationship Owners
Ripple: Patrick Griffin (transitioning to ▇)
▇ ▇ (founders) and ▇ (Venture Partner)

Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

▇
@ripple.com | www.ripple.com
Ripple, Inc.

---------- Forwarded message ----------
From: **Brad Garlinghouse** <▇@ripple.com>
Date: Tue, May 29, 2018 at 10:50 PM
Subject: conversation with ▇
To: Chris Larsen <▇@ripple.com>
Cc: ▇@ripple.com>, Ethan Beard <▇@ripple.com>

Chris,

I believe your meeting with the ▇ brothers is still a couple of weeks out - but ▇ put together this one pager with some history on the relationship we've had with ▇.

Suffice it to say, it hasn't gone exactly as planned or hoped. We effectively contributed ▇ for 1/3 of their fund - and yet we have had little influence or support (implicit or explicit).

page of notes from ▇ here:
▇

Let us know if questions
Brad

--
Chris

CONFIDENTIAL                                                                                                              RPLI_SEC 0431686

CHRIS LARSEN | EXECUTIVE CHAIRMAN


@ripple.com | www.ripple.com
Ripple, Inc.

CONFIDENTIAL

RPLI_SEC 0431687