# PX 712

Message

From: [redacted om] on behalf of [redacted com> [redacted com]
Sent: 11/25/2017 1:53:44 PM
To: Brad Garlinghouse [Brad Garlinghouse <[redacted]@ripple.com>]
CC: Monica Long [Monica Long <[redacted]@ripple.com>]
Subject: Re: Fund announcement - recommended strategy

Yes - on it. I will schedule some time with him on Monday and send him some talking points. Will also work with him on his tweet storm for the official announcement on Tuesday.

As extra steps, we're also working it so [redacted] can be onsite in NY with Miguel and [redacted] (she's based there temporarily now for [redacted] for 6 months).

On Sat, Nov 25, 2017 at 12:47 PM, Brad Garlinghouse <[redacted]@ripple.com> wrote:

It will be important to arm [redacted] with the key talking points about how XRP is a far more efficient digital asset (in terms of performance / scalability) such that he has proactive talking points about "why XRP and not BTC" (or ETH).

Utimately we want him to be a 'spokesperson' for XRP and thus important that he's well educated.

I think he's most likely to listen / hear you on this!

Brad


---------- Forwarded message ----------
From: [redacted] com>
Date: Sat, Nov 25, 2017 at 1:42 PM
Subject: Re: Fund announcement - recommended strategy
To: [redacted] com>
Cc: Brad Garlinghouse <[redacted]@ripple.com>, [redacted] com>, Monica Long <[redacted]@ripple.com>, Patrick Griffin <[redacted]@ripple.com>, Ripple <[redacted] com>, [redacted]@ripple.com>

I'll be flying Sunday evening so am free Monday and Tuesday for interviews from NY

On Sat, Nov 25, 2017 at 12:17 PM [redacted] com> wrote:
Hi all,

Quick update that [redacted] at [redacted] has confirmed the following details for the announcement on stage:

- New York Marriott Marquis - 1535 Broadway New York, NY 10036
- Tuesday, November 28
- 3:40pm - 3:45 (3:50pm if it runs long)

- Fireside format (interviewer likely to be EIC ▮ or Managing Editor ▮ - expecting confirmation by Monday)

▮ - do you have a preferred bio and headshot for us to share with the organizers? They'll use it for the online agenda.

We also expect to get details on who will be writing the story for ▮ over the weekend, and will work with you to coordinate the interview once that's sorted. In the meantime, we'll be starting initial outreach to the top tier targets we shared with you earlier to see if folks are free for calls Monday or Tuesday before the news drops on stage.

Let us know if you have any questions in the meantime.

Thanks,

▮

On Wed, Nov 22, 2017 at 6:12 PM, ▮ com> wrote:
Thanks ▮ Having Monday for calls would be ideal – most of our targets are NY-based, so flying Sunday or late enough on Monday will give us most of their working day to work with.

Tweet(s) timed to the official announcement will work well, and you can blog later if you like. We'll just want enough context in the tweets for reporters to pull from, so it will likely need to be a mini tweetstorm.

On Wed, Nov 22, 2017 at 4:51 PM, ▮ @gmail.com> wrote:
I don't know my flights yet, assuming it'll be mid day monday flight to late evening NY time. I could fly out sunday if that gives me time Monday to do interviews from NY. I can tweet or blog, whatever works. Can also blog later and link to all the coverage. or both.

On Wed, Nov 22, 2017 at 12:21 PM, ▮ com> wrote:
Hi Brad and ▮,

To pile on, our fuller pre-brief media list for this announcement can be found below. We're keeping it to the top tier, including those who ▮ flagged. We'll share the news more broadly at embargo lift, but want to be mindful that we'll only have time for select briefings.

On that note - ▮ know we'll have to schedule calls around your flights. What times will work best for you to take briefings?

Also - Will you be planning to tweet or blog on the news? We'll just need to point reporters to an official announcement of some kind, so either one would work for our purposes.

Lastly, wanted to share the language we plan to use in our pitching. We'll keep it high-level and push for briefings for the full details, but let us know if this framing is accurate.

Let us know of any questions or edits.

Thanks,

▮

**Pre-brief media targets**



**Draft pitch**

Subj: Pre-brief with ▇▇▇▇ on upcoming announcement?

Hi X,

Wanted to let you know that ▇▇▇▇ has significant crypto-related news to be announced Tuesday - think you'll be interested. Would you have time on Monday to chat with him to learn more?

Happy to share more under embargo as well.

Thanks,
X

*Once under embargo, we'll let them know "▇▇▇▇ is creating the first ever XRP fund" and push for a briefing for the full details.*

On Wed, Nov 22, 2017 at 2:37 PM, ▇▇▇▇com> wrote:
Yes. Sorry - should have been more specific.

On Nov 22, 2017, at 9:30 AM, Brad Garlinghouse <▇@ripple.com> wrote:

ohhh - why didn't you say so?
sounds good to me ;)

On Wed, Nov 22, 2017 at 1:20 PM, ▇▇▇▇com> wrote:
That's fine. I didn't make any commitments to editorial yet. By exclusive - I meant they could run their story 1-2 min earlier than others. We would still brief all the other outlets and let stories drop as soon as ▇▇ announces on stage.

On Nov 22, 2017, at 9:10 AM, ▇▇▇▇com> wrote:

Agree

On Wed, Nov 22, 2017 at 11:00 AM Brad Garlinghouse <▇@ripple.com> wrote:

CONFIDENTIAL

RPLI_SEC 0514150

I am concerned about the exclusive with ▇▇▇ We haven't had great luck with them previously... are they making any commitments about their coverage of it? e.g. if it's just a headline and not a 'story' of any depth, then I think we should push back.
(I'm feeling burned by the ▇▇ exclusive on the central bank summit)

On Wed, Nov 22, 2017 at 12:29 PM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ com> wrote:
Ok - just spoke with the conference team at ▇▇▇▇ and we're a go! We will send specific details shortly.

▇▇ - we can chat by phone as well but they are proposing you do a fireside chat with one of the ▇▇▇▇ editors. It would be about 10 minutes on stage at around 3:45pmET on Tuesday, 11/28. They would need you to arrive by 3:15. We will send full agenda and will make sure you're prepped with all the details and have questions in advance of you taking the stage. We'll also work to do a quick call with the editor you'll be doing the fireside chat with.

The editorial side of ▇▇▇▇ wants the exclusive on this so we'll likely drop the news as ▇▇ goes on stage and let ▇▇▇▇ run with it first and then the others. Let me know if issues here.

Now that we're officially a go, we'll loop in ▇▇▇▇ and the others on this as well.

Stay tuned for more details.

Thanks,
▇▇▇▇

On Wed, Nov 22, 2017 at 9:16 AM ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ com> wrote:
Just spoke with ▇▇▇▇ CEO of ▇▇▇▇▇ They are super intrigued but worried about being able to squeeze it into an already super tight agenda on Tuesday in such a quick timeframe.

He's talking with his editorial staff and they're going to see what they can do.

Will keep everyone posted on what he comes back with. I should hear back today.

Thanks,
▇▇▇▇

On Wed, Nov 22, 2017 at 8:45 AM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ com> wrote:
Thanks, all. Note is out to ▇▇▇ and ▇▇ at ▇▇▇▇ with the ask. Brad - may be helpful for you to pile on with a phone call to ▇▇▇ if we don't hear back in the next few hours. Will let you know.

Thanks,
▇▇▇▇

On Tue, Nov 21, 2017 at 8:01 PM, Brad Garlinghouse <▇▇▇@ripple.com> wrote:
Looks good. Let me know how I can help

Sent from my iPhone

On Nov 21, 2017, at 8:14 PM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ com> wrote:

Hi Brad and ▇▇,

Thanks again for chatting through the fund announcement today with ▓▓▓ and the team.

Based on today's conversations, we recommend pursuing an on-stage opportunity at ▓▓▓ Invest to announce the fund. Prior to, ▓▓▓ will reach out to friendlies at ▓▓▓ for pre-briefs with ▓▓▓. This will give us the opportunity to get in front of both the investor audience (at ▓▓▓ as well as mainstream media that won't be in attendance at the event. We will position this as an announcement around ▓▓▓ launching a crypto fund and keep Ripple at an arms length to make things a bit easier.

To get things in motion, ▓▓▓ plans to reach out to ▓▓▓ at ▓▓▓ about a potential on-stage Q&A (and will keep ▓▓▓ looped in on conversations). We'll also compile a list of media to share with both of you for approval.

If you are both in agreement with this strategy, we'll move this forward ASAP given the holiday and quick turnaround.

Thanks,
▓▓▓

▓▓▓.com



CONFIDENTIAL



CONFIDENTIAL RPLI_SEC 0514154