PX 724

Message
From: ▇▇▇▇▇▇ @gsr.io]
Sent: 2/12/2018 6:42:54 AM
To: ▇▇▇▇▇▇ @ripple.com]
CC: Chris Larsen ▇▇ @ripple.com]; ▇▇▇▇▇▇ @gsr.io]
Subject: Re: Refill 4t recommended

10mm XRP confirmed received.

On Mon, Feb 12, 2018 at 11:40 PM, ▇▇▇▇▇ @ripple.com> wrote:
Refilled:
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Kind regards,
▇▇▇

▇▇▇ | EXECUTIVE ASSISTANT
▇▇@ripple.com | www.ripple.com
▇▇▇▇▇▇▇

On Mon, Feb 12, 2018 at 3:02 AM, ▇▇▇▇▇ @gsr.io> wrote:
2.6mm XRP confirmed received.

Thanks!

On Mon, Feb 12, 2018 at 11:51 AM, Chris Larsen <▇▇@ripple.com> wrote:
Hi ▇▇,
2.6m xrp just sent. ▇▇ will fill again tmrw.
Sorry for slow response

On Mon, Jan 22, 2018 at 19:00 ▇▇▇▇▇ @gsr.io> wrote:
17mm confirmed received

On Jan 22, 2018 10:44, ▇▇▇▇▇▇ @ripple.com> wrote:
Hi ▇▇,

Just refilled:
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Kind regards,
▇▇▇

▇▇▇ | EXECUTIVE ASSISTANT
▇▇@ripple.com | www.ripple.com
▇▇▇▇▇▇▇

On Fri, Jan 19, 2018 at 9:55 AM, ▉▉▉▉▉ @gsr.io> wrote:

Heads-up!

Have a great weekend everyone.

▉▉▉▉
GSR Co-Founder
▉▉▉▉

On 19 Jan 2018, at 18:37, ▉▉▉▉ @gsr.io> wrote:

Hi ▉▉

Wanted to give you a heads before the weekend that your cold wallet address for 4t was running low (3.01mm)

▉▉▉▉▉▉▉▉

Kind regards,

▉▉▉

Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

▉▉@ripple.com | www.ripple.com
Ripple, Inc.