PX 725

**From:** ▮▮▮▮@ripple.com>
**Sent:** Thursday, August 30, 2018 9:49 PM
**To:** ▮▮▮▮@gsr.io>
**Cc:** ▮▮▮▮@gsr.io>; ▮▮▮▮@gsr.io>; ▮▮▮▮@gsr.io>
**Subject:** Re: Payout through ▮▮▮▮

Awesome, thanks for the update.

On Thu, Aug 30, 2018 at 1:34 PM ▮▮▮▮@gsr.io> wrote:
> Dear ▮▮▮▮
>
> All funds have finally arrived to ▮▮▮▮. We have asked ▮▮▮▮ to increase our wire limits, once they do it we'll be able to wire the full amounts.
>
> Thank you for your patience.
>
> Best
> ▮▮▮▮
>
> On Wed, Aug 29, 2018 at 10:07 PM, ▮▮▮▮@ripple.com> wrote:
>> Thanks for the update, ▮▮▮▮
>>
>> On Wed, Aug 29, 2018 at 12:30 PM, ▮▮▮▮@gsr.io> wrote:
>>> Dear ▮▮▮▮
>>>
>>> We are still waiting for Bitstamp wire to arrive at ▮▮▮▮
>>>
>>> I will keep you informed.
>>>
>>> Best,
>>> ▮▮▮▮
>>>
>>> On Tue, 28 Aug 2018 at 19:49, ▮▮▮▮@gsr.io> wrote:
>>>> Thank you ▮▮▮▮
>>>>
>>>> We will start tomorrow morning (CEST)
>>>>
>>>> We will send you wire confirmations as we get them.
>>>>
>>>> Best,
>>>> ▮▮▮▮
>>>>
>>>> On Tue, Aug 28, 2018 at 5:54 PM, ▮▮▮▮@ripple.com> wrote:

CONFIDENTIAL
GSR00013252

Okay, I've done all the balance on Chris' wallet in three separate transactions:

[redacted]

Attached, please find Chris' bank account info at [redacted]

On Tue, Aug 28, 2018 at 8:46 AM, [redacted] @gsr.io> wrote:
Great. The withdrawals are tricky because you have to empty the cold wallet of Bitstamp in order to get a cold wallet refill. On the page of [redacted] the $USD balance amount divided by 1.002 is the maximum amount you can withdraw.

For example if the cold wallet balance is 1,200,000, the maximum amount you can withdraw is: 1,200,000 ÷ 1.002 = 1,197,604

If you have any questions or need help don't hesitate to ask.

Thanks,

[redacted]

On Tue, Aug 28, 2018, 20:14 [redacted] @ripple.com> wrote:
Hi [redacted]

Attached, please find the wiring instructions for the [redacted] I finally was able to move [redacted] from Chris' wallet, I just made another [redacted] this morning. Will send you the bank info when I get into the office.

Kind regards,

[redacted]

[redacted] | EXECUTIVE ASSISTANT
[redacted]@ripple.com | www.ripple.com
[redacted]

On Mon, Aug 27, 2018 at 10:40 AM, [redacted] @gsr.io> wrote:
Dear [redacted] Chris,

In order to proceed with the payment through [redacted]

1) Kindly reverse the USD Bitstamp payouts to the originating wallet.

To reverse the payout, in Bitstamp > click Withdrawal > IOU (BTC, USD)

The destination Ripple USD address for 4t is:
[redacted]

The destination Ripple USD address for [redacted] is:

CONFIDENTIAL
GSR00013253

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Bitstamp has a limitation of USD that can be withdrawn per withdrawal of their cold wallet amount. (We have asked Bitstamp to increase.) You can check the current maximum amount here:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

In Balances > $USD you can check the maximum amount that you can do per withdrawal, so you might have to split your withdrawal. When their cold wallet is near empty, the wallet will get refilled in about 15 minutes usually.

2) Please send us your full bank account wire info.

Kind regards,

▇▇▇▇

CONFIDENTIAL