# PX 726

**From:** ████████@gsr.io>
**Sent:** Tuesday, September 4, 2018 9:09 AM
**To:** ██ GSR ████@gsr.io>
**Cc:** Brad Garlinghouse <██@ripple.com>; ████████@gsr.io>
**Subject:** Re: Payout through ██

Hi Brad,

We have initiated the wire of ████ to your bank account, It will be confirmed once ████ opens today.

Best,

████

On Mon, Sep 3, 2018 at 10:59 PM, ██ GSR <████@gsr.io> wrote:
> Oops. Happy Labor Day!
>
>> On 3 Sep 2018, at 12:55, Brad Garlinghouse <██@ripple.com> wrote:
>>
>> it's labor day today in the US... so everything is shut down. TOmorrow is more than good!
>>
>>> On Mon, Sep 3, 2018 at 2:22 PM, ██ GSR ████@gsr.io> wrote:
>>> Will do, but given the time difference it probably won't process until tomorrow.
>>>
>>>> On 3 Sep 2018, at 12:11, Brad Garlinghouse <██@ripple.com> wrote:
>>>>
>>>> Gents,
>>>> I was also able to revert the last 'large' chunk of ██ k. Can you please distribute that via ████ also?
>>>>
>>>> Thanks
>>>> Brad
>>>>
>>>>> On Mon, Sep 3, 2018 at 8:52 AM, ████████@gsr.io> wrote:
>>>>> Hi Brad,
>>>>>
>>>>> We have initiated the wire of ████ to your bank account, It will be confirmed tomorrow once ████ opens.
>>>>>
>>>>> Best,
>>>>>
>>>>> ████
>>>>>
>>>>>> On Mon, Sep 3, 2018 at 12:51 PM, ████████@gsr.io> wrote:
>>>>>> Hi Brad,
>>>>>>
>>>>>> We have initiated the withdraw of ██ M to our ████ account,

CONFIDENTIAL

once we receive it we will wire the money to your account.

Best,

▮

On Mon, Sep 3, 2018 at 6:42 AM, ▮ GSR <▮@gsr.io> wrote:
> Hi Brad,
>
> ▮ and/or ▮ will take care of it today. I'll be back at work by Tuesday morning.
>
> Cheers,
>
> ▮
>
> On 2 Sep 2018, at 06:46, Brad Garlinghouse ▮@ripple.com> wrote:
>
>> Hi Team,
>> I reversed an additional ▮m. Can you please pay that out through ▮?
>>
>> TY
>>
>> On Tue, Aug 28, 2018 at 8:58 PM, ▮ ▮.io> wrote:
>>> Hi Brad,
>>>
>>> In order to proceed with the payment through ▮
>>>
>>> 1) Kindly reverse the USD Bitstamp payouts to the originating wallet.
>>>
>>> To reverse the payout, in Bitstamp > click Withdrawal > IOU (BTC, USD)
>>>
>>> The destination Ripple USD address for 42t is:
>>> ▮
>>>
>>> Bitstamp has a limitation of USD that can be withdrawn per withdrawal of their cold wallet amount. You can check the current maximum amount here:
>>> ▮
>>>
>>> In Balances > $USD you can check the maximum amount that you can do per withdrawal, so you might have to split your withdrawal. When their cold wallet is near empty, the wallet will get refilled in about 15 minutes usually.
>>>
>>> 2) Please send us your full bank account wire info.

CONFIDENTIAL
GSR00002002

I am available for any help.

Kind regards,

[redacted]

CONFIDENTIAL
GSR00002003