PX 727

**Message**

**From:** Chris Larsen [███@ripple.com]
**Sent:** 5/14/2018 7:05:33 AM
**To:** ███@ripple.com]
**Subject:** Fwd: Cold 4t running low

Pls fill new wallet

---------- Forwarded message ----------
From: ███@gsr.io>
Date: Mon, May 14, 2018 at 06:57
Subject: Cold 4t running low
To: Chris Larsen <███@ripple.com>, ███@ripple.com>
CC: ███@gsr.io>, ███@gsr.io>

Hi ███,

Head-up on the last 1mm XRP from 4t Cold which was sent. The 4t Buffer might be running low after a couple days at current sales speed.

Kind reminder that the **new** 4t_Cold_2018 is:

███

Kind regards,
███

--
Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN

███@ripple.com | www.ripple.com
Ripple, Inc.

FOIA Confidential Treatment requested by C. Larsen

LARSEN_NAT_00000083