PX 728

**From:** Brad Garlinghouse <████@ripple.com>
**Sent:** Tuesday, August 11, 2020 5:20 PM
**To:** ████@gsr.io>
**Cc:** ████@gsr.io>
**Subject:** Re: 42t instructions

---

confirmed.

On Tue, Aug 11, 2020 at 10:55 AM ████@gsr.io> wrote:
> Hi Brad,
>
> We would like to confirm that our instructions as of yesterday, August 10th were to target 5bps for selling bot 42t.
>
> Regards,
>
> ████
>
> ████
> GSR Co-Founder
> ████

CONFIDENTIAL                                                                                                         GSR00021505