# PX 730

**From:** GSR @gsr.io>
**Sent:** Wednesday, December 2, 2020 2:40 PM
**To:** Brad Garlinghouse @ripple.com>
**Cc:** @gsr.io>
**Subject:** Re: 42t instructions

Noted, thank you sir.

> On 2 Dec 2020, at 15:38, Brad Garlinghouse < @ripple.com> wrote:

> Good morning ,

> Confirming the same instructions as previous for this most recent tranche.  I plan to sell ~7.2m XRP and will send over the balance of 2.2m later today

>> On Tue, Aug 11, 2020 at 10:19 AM Brad Garlinghouse < @ripple.com> wrote:
>> confirmed.

>>> On Tue, Aug 11, 2020 at 10:55 AM @gsr.io> wrote:
>>> Hi Brad,

>>> We would like to confirm that our instructions as of yesterday, August 10th were to target 5bps for selling bot 42t.

>>> Regards,



GSR Co-Founder

CONFIDENTIAL