# PX 731

**From:** ███████████ @gsr.io>
**Sent:** Monday, December 18, 2017 6:37 AM
**To:** ███████████ @gsr.io>
**Subject:** Re: 4t Bot

re: Brad: in parallel I would need his Skype and his assistant's (whoever is doing the sending of the XRP)

On Mon, Dec 18, 2017 at 1:22 PM, ███████████ @gsr.io> wrote:
ok thanks

Let's just consolidate reporting and accounting and let xrp breathe

GSR Co-Founder

> On 18 Dec 2017, at 07:20, ███████████ @gsr.io> wrote:
>
> I stopped all 2,4,5,24,26,28
>
> On 18 Dec 2017 11:40, "███████████ @gsr.io> wrote:
> we need to stop the 6t bots (for the same reason we stopped the 4t bots)

GSR Co-Founder

>> On 18 Dec 2017, at 02:57, ███████████ @gsr.io> wrote:
>>
>> The message was very well timed! Perfect
>>
>> On Sun, Dec 17, 2017 at 8:07 PM, GSR ███████████ @gsr.io> wrote:
>> Good morning Chris,
>>
>> We are going to pause the bots and monitor until tomorrow. (We haven't done any tactical in 2 days.)
>>
>> Please advise if you are OK with this?
>>
>> Regards,
>> ███
>>
>> On 17 Dec 2017, at 10:25, ███████████ @gsr.io> wrote:
>>
>> Confirmed received 20mm XRP

On Sun, Dec 17, 2017 at 3:32 PM, Chris Larsen
<█████@ripple.com> wrote:
just refilled:

[redacted]

Thanks

Chris

CHRIS LARSEN | EXECUTIVE CHAIRMAN
█████@ripple.com | www.ripple.com
Ripple, Inc.

On Sat, Dec 16, 2017 at 11:27 PM, ████████@gsr.io>
wrote:
Hello █████

4t bot would need a refill to continue selling.

The sales have been very good these last days. Still consolidating the sales with payments and should be able to process a payout today.

Kind regards,

[redacted]