# PX 732 Filed Under Seal as D.E. 670-84