# PX 733

**From:** ████████████ @gsr.io>
**Sent:** Thursday, August 25, 2016 6:04 PM
**To:** ████████████ @gsr.io>
**Cc:** Patrick Griffin < ████ @ripple.com>; ████████████████ @ripple.com>
**Subject:** Re: Moving 2t to sell

---

Confirmed started at 1.5%.

First report might show slightly more as the bot initially balances the market making pools.

On Aug 26, 2016 00:48, ████████████ @gsr.io> wrote:

> Ok.
>
> On Aug 25, 2016 10:46 AM, ████████████████ @ripple.com> wrote:
>> Hi ████████,
>>
>> Chatted with Chris and Brad.  Let's change 2t from neutral to selling 1.5%.
>>
>> Thanks,
>> ████████
>>
>> --
>> ████████
>> VP of Finance | Ripple
>> ████████ @ripple.com | ripple.com



GSR00008764