PX 734

**Message**

**From:** Chris Larsen [████@ripple.com]
**Sent:** 5/21/2017 6:49:04 AM
**To:** ████ GSR ████@gsr.io]
**CC:** ████████@ripple.com]; ███@gsr.io
**Subject:** Re: Refill request

████ - pls refill

Chris

Chris Larsen | Executive Chairman
Ripple, Inc.
████@ripple.com | www.ripple.com

> On May 21, 2017, at 06:09, ████ GSR ████@gsr.io> wrote:
>
> Happy Sunday ████ /Chris,
>
> We will likely need more XRP by midday Monday. Just wanted to let you know so you can schedule a refill.
>
> Regards,
>
> ████

FOIA Confidential Treatment requested by C. Larsen

LARSEN_NAT_00000026