# PX 736 Filed Under Seal as D.E. 670-88