# PX 71

| | |
|---|---|
| **Message** | |
| From: | [redacted] Google Docs) [d+MTA2OTY1NTk4NDcwOTIwMDQ3NjU3-MTAyODU0NTI4ODAyNTk5NzA1MTI0@docs.google.com] |
| Sent: | 4/12/2018 3:45:52 PM |
| To: | [redacted]@ripple.com |
| Subject: | Q1 2018 Quarterly Markets Report |

[redacted] added comments and suggestions to Q1 2018 Quarterly Markets Report

New          Resolved

2 comments     2 comments, 44 accepted suggestions, 13 rejected suggestions

## New Comments

**Dinuka Samarasinghe**

Coinbase rumors

While this isn't a great for a number of reasons (brings up the pay-to-play discussions, brings up concerns that XRP is a security), it was certainly a big factor in what people attributed the price rise. I feel we would be remiss if we didn't at least mention it. (Though we can work to phrase this appropriately.)

[redacted]

i would prefer not to include this. We dont comment on speculation and I wouldn't want this in there.

**Dinuka Samarasinghe**

Except that just prior to this tweet, XRP had been at its all time high, and this tweet represented, without any exaggeration, the very beginning of XRP's retracement in value. Coinmarketcap.com shows XRP at a high of $3.84 on January 4th, with a close that day of $3.20, a -16.7% decline just that day. XRP price has not approached this high price again.

**Dinuka Samarasinghe**

(The XRP price on Bitstamp had a high that day of $3.33, which we typically use given it does not include the Korean exchange prices.)

[redacted]

there is already enough in this report. This one feels weird to mention. I would rather strike it.

Reply Open

[redacted]

Ripple

If we did this in Q1, it feels like news. I think a lot of people will grab on to this and want to know more about this.

Reply Open

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.          RPLI_SEC 0198978

## Resolved Comments

xxxxxxxxxx

+miguel.vias ▮ +▮@ripple.com

*Marked as resolved*

**ReplyOpen**

Sarah Marquer

Reuters: Circle acquires Poloniex. CNBC: Coinbase secures banking relations Moneygram signed on to use xRapid. ▮ completes cross border payment with Ripple technology ▮ expanding remittance to EUR and GBP ▮ includes XRP in its mobile digital asset wallet app Quiet growth of XRP futures market Singapore central bank touts DLT for cross border payments Saga foundation to launch non-anonymous stable coin ▮ to launch cross border money transmission app using Ripple

+▮@ripple.com +▮@ripple.com this is too many. suggest picking 5 of the most important/influential and providing a sentence or two in the preceding paragraph about why these were so important.

*Marked as resolved*

**ReplyOpen**

## Suggestions

**Add:** ","

*Rejected suggestion*

**ReplyOpen**

**Delete:** "listings"

*Rejected suggestion*

**ReplyOpen**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                        RPLI_SEC 0198979





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　RPLI_SEC 0198981

**ReplyOpen**

Dimuka Samarasinghe
**Delete:** *"xRapid production and pilot deals More Loans"*

*Accepted suggestion*

**ReplyOpen**

Dimuka Samarasinghe
**Add:** *"What's on the Horizon for Q2 2018 While the first three months of 2018 werewas very challenging, th..."*

*Accepted suggestion*

**ReplyOpen**

Dimuka Samarasinghe
**Add:** *"Quiet growth of XRP futures market Singapore central bank touts DLT for cross border payments"*

*Accepted suggestion*

**ReplyOpen**

**Delete space**
**Add:** *"-"*

*Accepted suggestion*

**ReplyOpen**

**Delete space**
**Add:** *"-"*

*Accepted suggestion*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                         RPLI_SEC 0198982



ReplyOpen

Delete space
Add: ","

Accepted suggestion

ReplyOpen

Sarah Marquer
Delete space
Add: ","

Accepted suggestion

ReplyOpen

Delete: "'s"

Accepted suggestion

ReplyOpen

Delete: "the"

Accepted suggestion

ReplyOpen

Replace: "ions" with "ory requirements"

Accepted suggestion

ReplyOpen

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0198983



**Add:** *"s"*

*Accepted suggestion*

ReplyOpen

**Delete:** *"set of"*

*Accepted suggestion*

ReplyOpen

**Delete:** *"xRapid production and pilot deals More Loans Additional exchanges"*

*Accepted suggestion*

ReplyOpen

**Delete:** *"'s"*

*Accepted suggestion*

ReplyOpen

**Delete space**
**Add:** *"~"*

*Accepted suggestion*

ReplyOpen

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0198984



**Delete space**
**Add:** "-"

*Accepted suggestion*

ReplyOpen

**Replace:** "with" with "in terms of"

*Accepted suggestion*

ReplyOpen

**Add:** "listing of XRP on additional digital asset exchanges. The focus will be on US dollar listings in the…"

*Accepted suggestion*

ReplyOpen

**Replace:** "wowuld" with "will"

*Accepted suggestion*

ReplyOpen

**Delete:** "additional domestic US dDollar liquidity, as well as further"
**Add space**

*Accepted suggestion*

ReplyOpen

**Replace:** "and thus come closer to realizing Ripple's goal for XRP to facilitate cross border payments, XRP req…" with "particularly against fiat currencies."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0198985



*Accepted suggestion*

ReplyOpen

**Replace:** *"more and more"* with *"a growing number of"*

*Accepted suggestion*

ReplyOpen

**Delete:** *"the"*

*Accepted suggestion*

ReplyOpen

**Replace:** *"a"* with *"A"*

*Accepted suggestion*

ReplyOpen

**Delete space**
**Add:** *"."*

*Accepted suggestion*

ReplyOpen

Sarah Marquer
**Delete space**

**Add:** "-"

*Accepted suggestion*

ReplyOpen

**Replace:** "/" with "& XRP"

*Accepted suggestion*

ReplyOpen

**Replace:** "Ripple hopes to sign further firms to pilot xRapid, bring existing pilots to production contracts, a..." with "further xRapid customer announcements and live production deals can be expected, including expand xR.."

*Accepted suggestion*

ReplyOpen

**Delete:** "To further broaden this use case, Ripple signed a number of firms to further pilot xRapid, Cambridge..."

*Accepted suggestion*

ReplyOpen

**Replace:** "this" with "the cross-border payments"

*Accepted suggestion*

ReplyOpen

**Replace:** "especially" with "particularly"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

*Accepted suggestion*

**Reply Open**

**Add:** *"XRP's"*

*Accepted suggestion*

**Reply Open**

**Replace:** *"While a cross border payment can be facilitated with any digital asset, XRPXRP's"* with *"These xRapid deals signaled to the market that"*

*Accepted suggestion*

**Reply Open**

**Replace:** *"of cost, to two minutes and 40 basis points, with the end payout in the recipient's bank account, dr.."* with *"previously)."*

*Accepted suggestion*

**Reply Open**

**Replace:** *"Taking [redacted] as an example, xRapid was able to bring a cross border US Dollar to Mexican Peso paym…"* with *"xRapid is a Ripple solution that leverages XRP for payments. It allows financial institutions to sou…"*
**Add:** *"40 basis points of a cost versus"*

*Accepted suggestion*

**Reply Open**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0198988

**Add:** *"customers: MoneyGram,*

*Accepted suggestion*

ReplyOpen

**Replace:** *"with its product"* with *"was further reinforced in Q1"*
**Add:** *"with the announcement of five new"*

*Accepted suggestion*

ReplyOpen

**Replace:** *"to facilitate"* with *"for instant"*

*Accepted suggestion*

ReplyOpen

**Add:** *"asset"*

*Accepted suggestion*

ReplyOpen

**Delete:** *"Ripple demonstrated"*
**Add paragraph**

*Accepted suggestion*

ReplyOpen

**Add:** *"Customer Announcements and Production Deals"*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0198989



*Accepted suggestion*

Reply Open

**Add:** *"New"*

*Accepted suggestion*

Reply Open

**Add:** *"in Q1"*

*Accepted suggestion*

Reply Open

**Replace:** *". While retail interest waned at the end of Q1."* with *"given that"*

*Accepted suggestion*

Reply Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email

Google

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0198990