# PX 72

| | |
|---|---|
| **From:** | ███████████ @ripple.com> |
| **Sent:** | Wednesday, June 25, 2014 1:47 PM |
| **To:** | David Schwartz;Arjan Schutte;Doug Chertok;Susan Athey;Chris Larsen;Robert V. Gunderson Jr. |
| **Cc:** | Brooks Stough |
| **Subject:** | Re: Ripple Labs Board Meeting Materials |
| **Attachments:** | RL Strategy Deck - June 2014.pdf; Ripple Labs Code of Conduct - June 25, 2014.pdf |

Dear Board,

Please find supplemental materials for today's meeting. I also have hard copies printed for those who are here in person.

Kind regards,

████████

████████   *EXECUTIVE ASSISTANT | *Ripple Labs Inc.* ███ @ripple.com | www.ripple.com | *www.ripplelabs.com <http://www.ripplelabs.com>*
T. ████████ | F. ████████

On Tue, Jun 24, 2014 at 9:13 PM, Anna See ███ @ripple.com> wrote:

> Dear Board,
>
> We look forward to seeing you tomorrow, the board meeting starts at
> 2:00pm PDT. The office address is 118 2nd Street, 2nd Floor.
>
> Dial: ████████
> Code ████████
>
> Please find the materials for tomorrow's meeting. Also attached, are
> some policies and procedures for XRP Fund II.
>
> Kind regards,
> Anna
>
> ████SEE | *EXECUTIVE ASSISTANT | *Ripple Labs Inc.* ███ @ripple.com
> | www.ripple.com | *www.ripplelabs.com
> <http://www.ripplelabs.com>*
> ████████
>
>

1

RPLI_SEC 0862507



HIGHLY CONFIDENTIAL

RPLI_SEC 0862508







RPLI_SEC 0862509





HIGHLY CONFIDENTIAL

RPLI_SEC 0862510



HIGHLY CONFIDENTIAL

RPLI_SEC 0862511



RPLI_SEC 0862512





RPLI_SEC 0862513





RPLI_SEC 0862514





RPLI_SEC 0862515



HIGHLY CONFIDENTIAL

RPLI_SEC 0862516



HIGHLY CONFIDENTIAL

RPLI_SEC 0862517



RPLI_SEC 0862518

HIGHLY CONFIDENTIAL





RPLI_SEC 0862519

HIGHLY CONFIDENTIAL





RPLI_SEC 0862520



RPLI_SEC 0862521

HIGHLY CONFIDENTIAL







RPLI_SEC 0862522



RPLI_SEC 0862523



RPLI_SEC 0862524



RPLI_SEC 0862525



RPLI_SEC 0862526





RPLI_SEC 0862527







RPLI_SEC 0862528



RPLI_SEC 0862529



RPLI_SEC 0862530



HIGHLY CONFIDENTIAL

RPLI_SEC 0862531



RPLI_SEC 0862532





RPLI_SEC 0862533



RPLI_SEC 0862534



HIGHLY CONFIDENTIAL

RPLI_SEC 0862535





# Ripple Labs Code of Conduct: June 2014



**Market Makers**



**Financial Institutions**



**Developers**

CONFIDENTIAL

RPLI_SEC 0862536

# I.   The Statement of Values

**WE HAVE FOUR PRIMARY VALUES THAT REPRESENT WHAT RIPPLE LABS INC. BELIEVES AS A TEAM AND FORM THE BASIS FOR EVERYTHING WE DO:**

## 1. Openness

Ripple is an open-source protocol. We value transparency with each other and with the world.

## 2. Constructiveness

We're builders, not disruptors. The Ripple protocol provides the technology infrastructure upon which new payment systems can emerge and established payment systems, regulations, and institutions can migrate.

## 3. Inclusiveness

Ripple Labs does not discriminate, both in hiring and engineering practices. We build for the world, not just for ourselves.

## 4. Humility

Ripple Labs recognizes that developers and enterprises are the true heroes building and expanding the value web. Employees of Ripple Labs are not focused on who's right; rather, what's right.

CONFIDENTIAL

RPLI_SEC 0862537

# II. The Code of Conduct

## Introduction

The reputation and good name of Ripple Labs depend entirely upon the honesty and integrity of each employee and all those closely associated with the company.

This Code of Conduct applies in its entirety to all Ripple Labs employees. Certain provisions of the Code of Conduct appropriately extend to beyond employees to cover the Board of Directors, contractors, founders, investors, and advisors ("Insiders").

It would be virtually impossible to cite examples of every type of activity that might give rise to a question of unethical conduct. Therefore, it is important that each employee and every Insider to the company exercise good judgment in the performance of his or her duties and responsibilities. When those situations occur where the proper course of action is unclear, employees must request advice and counsel from their department heads or the Head of HR/ People Operations at Ripple Labs, who can be contacted via email at hr@ripple.com. Contractors in need of advice regarding ethical questions should consult with an officer of Ripple Labs, and other Insiders should consult with the Board.

## 1. Treating Others with Dignity and Respect

The following provision applies to all Ripple Labs Insiders:

Respecting others, appreciating diverse points of view and making decisions based on merit are predicated by our core values. We are committed to providing a professional work environment that promotes equal opportunity, dignity and respect. Our policy ensures equal employment opportunity without discrimination or harassment on the basis of race, color, religion, age, gender, gender identity, sexual orientation, national origin, citizenship, disability, marital and civil partnership and union status, pregnancy (including unlawful discrimination on the basis of a legally protected pregnancy or maternity leave), veteran status or any other characteristic protected by law.

We expect that all relationships in the workplace will be free of bias, harassment and violence. Ripple Labs strictly prohibits and will not tolerate any form of sexual harassment or job discrimination. Such conduct is unacceptable in the workplace as well as in any work-related setting outside of the workplace.

## 2. Insider Purchase, Sale and Holdings of XRP

### XRP and the Ripple Protocol

XRP is a math-based currency that is native to the Ripple protocol. The inventors of the Ripple protocol created 100 billion XRP at its inception, and gifted 80 billion of the 100 billion XRP to Ripple Labs. No more can ever be created according to the protocol's rules.

Ripple Labs reserves approximately 25 billion XRP to fund its operations, and distributes the balance. Our goal in distributing XRP is to incentivize actions that build trust, utility and liquidity in Ripple.

CONFIDENTIAL                                                                                RPLI_SEC 0862538

# II. The Code of Conduct

## Acting Ethically and Transparently

It is imperative that all Ripple Labs employees, contractors, founders, Board members, investors, and advisors act ethically and transparently with respect to purchases, sales, and holdings of XRP, in alignment with the goal of building and maintaining public trust in Ripple.

## Purchase, Sale and Disclosure of Holding XRP

The following requirements apply to all Ripple Labs Insiders:

**Disclosure of Accounts -** Insiders must disclose personal XRP holdings and accounts to Ripple Labs' Risk and Compliance function.

The Risk and Compliance Function will treat information about Insider XRP holdings and accounts with a high degree of confidentiality. Internal access to this information is restricted to a limited number of compliance, risk and control staff.  In addition, this information will normally be maintained in an anonymized form and used for purposes of auditing and monitoring Insider transactions only.

**XRP Giveaways -** Insiders may not participate in XRP "giveaways" hosted or promoted by the Company.

**Purchase and Sale of XRP -** It is important that Insiders avoid activity that could impair the integrity or reputation of Ripple or disadvantage other users of the protocol. For this reason:

- Insiders may not buy, sell, recommend or trade XRP, either personally or on behalf of someone else, under circumstances that could appear unfair to the wider Ripple community and outsiders generally. This includes situations in which Insiders have access to information about Ripple Labs or the Ripple protocol that has not been publicly announced, and which might reasonably affect the decision to buy or sell XRP.

- The Company may from time to time designate certain time periods as "blackout" periods if in the judgment of executive management and a coming announcement or other event may significantly affect the trading price of XRP. Insiders may not buy, sell, trade, or recommend XRP during these periods.

- Insiders may not buy, sell, recommend, or trade XRP valued in excess of $100,000, either personally or on behalf of someone else, without prior Board approval.

Failing to comply with these restrictions may be grounds for disciplinary action, including termination of association with Ripple Labs.  Depending on the severity of the breach of fiduciary responsibility, further legal and financial penalties may apply.

CONFIDENTIAL

RPLI_SEC 0862539

# II. The Code of Conduct

## 3. Compliance with Anti-Money Laundering Laws

The following provision applies to all Ripple Labs Insiders:

Ripple Labs is firmly committed to the prevention of money laundering and terrorist financing activities, and to compliance with applicable anti-money laundering laws, including the Bank Secrecy Act and the USA PATRIOT Act. Money laundering is the process by which individuals attempt to conceal the true origin and ownership of the proceeds of illegal activities. If undertaken successfully, control may be maintained over the proceeds, and ultimately, a cover provided for the source of illegal activities. Violating these laws is strictly prohibited.

Failure to comply with anti-money laundering laws me be grounds for disciplinary action, including termination of association with Ripple Labs and may be a violation of the law. Depending on the severity of the breach of fiduciary responsibility, the company may report such activities to governmental agencies, and further legal and financial penalties may apply.

## 4. Company Property and Information

The following provision applies to all Ripple Labs Insiders:

**Company Property -** An employee has a duty to protect and conserve Company property and ensure its use for proper purposes.

**Company Information -** Ripple Labs created and supports the Ripple protocol, an open-source, distributed payments protocol. This work of Ripple Labs includes producing additional open source software products for use by developers and users of the network.  While we do maintain certain confidential information, we strive to be as open as possible, in keeping with our core values.

Knowing what information should be kept confidential and what can be disclosed is a skill that every employee and all other Insiders should master. When in doubt about the confidentiality of particular information, employees and contractors should verify with an officer of Ripple Labs that the information can be shared before doing so; other Insiders should consult with the CEO or a member of the Board.

Employees and other Insiders must strictly preserve the confidentiality of non-public information to which they have access that is designated as confidential, private or proprietary. It can be disclosed only as required for Company purposes and only as authorized.

CONFIDENTIAL

RPLI_SEC 0862540

# II. The Code of Conduct

**Use of Non-Public Information for Private Gain -** Employees and other Insiders may not use non-public information for any purpose other than Ripple Labs business. An employee or other Insider may not allow the improper use of such non-public information to further his or her own private interest or that of another person, whether through advice, recommendation, or a knowing, unauthorized disclosure.

## 5. Conflicts of Interest

The term "conflict of interest" describes any circumstances that could cast doubt on an Insider's ability to act with objectivity with regard to Ripple Labs' interest. The following provision applies to all Ripple Labs Insiders, who are expected to avoid actions or involvements that could compromise their ability to act on behalf of Ripp Labs.

Activities that could raise a question of conflict of interest include, but are not limited to the following:

- To conduct business on behalf of Ripple Labs with a member of the Insider's family or a business organization in which the Insider or a member of his or her family has a significant association, which could give rise to a conflict of interest, without first obtaining written approval. Employees and contractors should obtain such approval from an officer of Ripple Labs; other Insiders should obtain approval from the Board.

- To serve as a director, board member or in an advisory or consultative, technical or managerial capacity for any non-affiliated business organization, government agency or industry group that interacts or does business with Ripple Labs, is a competitor of Ripple Labs, or is a client of Ripple Labs without disclosing that affiliation. Employees and contractors should disclose such affiliations to People Operations; other Insiders should disclose such affiliations to the Board.

- To accept any position outside Ripple Labs which interferes with the proper performance of his or her duties.

- To take advantage of any business opportunity which might be of interest to Ripple Labs.

.

CONFIDENTIAL RPLI_SEC 0862541

# II. The Code of Conduct

**Disclosure of Investments –** Ripple Labs Insiders will disclose all investments in (1) third party companies that make material use of the Ripple protocol, or that interoperate with others who do so, and (2) competitors of Ripple Labs. Employees and contractors should disclose such investments to the People Operations area of Ripple Labs; other Insiders should disclose such investments to the Board. Ripple Labs may at its discretion share disclosures of investments in third party companies with various audiences, including the media, other investors and advisors, or the management of incubator programs with which Ripple Labs is associated.

**Gifts, Gratuities and Business Courtesies –** Ripple Labs employees should avoid any actions that create a perception that favorable treatment of outside entities by the company was sought, received or given in exchange for personal business courtesies. Business courtesies include gifts, gratuities, meals, refreshments, entertainment or other benefits from persons or companies with whom Ripple Labs does or may do business. Ripple Labs will neither give nor accept business courtesies that constitute, or could reasonably be perceived as constituting, unfair business inducements that would violate law, regulation or the company's reputation.

Determining whether a conflict of interest exists is not always easy to do. Employees with a conflict of interest question should seek advice from executive management. Before engaging in any activity, transaction or relationship that might give rise to a conflict of interest, employees must seek review from their managers or People Operations.

## 6. Post Employment Activities

The following provision applies to all Ripple Labs employees:

**Non-public Information -** An employee's duty to maintain the confidentiality of non-public information continues after his or her employment ends. An employee must leave all Company documents, files, computer diskettes, reports and records containing non-public information, and all copies of such information, with the Company when his or her employment ends.

**Solicitation of Employees -** Upon leaving Ripple Labs, former employees shall not seek to solicit employees of Ripple Labs nor take any action to persuade employees to terminate their employment with the Ripple Labs for a period of twelve months.

## 7. Reporting and Required Absences

The following provision applies to all Ripple Labs employees:

**Reporting Violations of Law and Policy –** Employees are encouraged to report violations of the

CONFIDENTIAL

RPLI_SEC 0862542

# II. The Code of Conduct

law or Company policy. Violations should be reported to either:

- the Chief Executive Officer, Christian Larsen,
- the Chief Compliance Officer, ███████ or
- anonymously via Ripple Labs' Navex Global reporting hotline.

All reports will be treated confidentially to the maximum extent consistent with the fair and rigorous enforcement of these standards. When Ripple Labs investigates any report of a violation of the Code of Conduct and every employee must fully cooperate with the investigation, consistent with the employee's rights under the law. Ripple Labs will not permit retaliation against any employee for reporting potential violations.

**Reporting a Violation Anonymously -** Navex Global is a firm that supports company Compliance programs by offering a wide variety of services, including hotline reporting. Employees may report a violation anonymously to Navex Global via telephone or a link on the Ripple Labs website ███████████ or ██████████████████████

**Required Absences from Sensitive Positions -** A basic principle of internal control for an organization operating in the area of financial services is to ensure that employees in sensitive positions be absent from their duties for a minimum of two consecutive weeks. Examples of employees holding sensitive positions include those with authority to execute transactions, those with signing authority or who have reconciliation responsibilities. The requirement that such employees take sustained absences from their duties supports a strong internal control environment, because most financial frauds, embezzlements or similar kinds of wrongdoing require the continued presence of the wrongdoer in order to be carried out effectively.

People Operations, in coordination with Risk and Compliance, will designate those employees who hold sensitive positions. Employees designated as holding sensitive positions must be absent from their duties for a minimum of two consecutive weeks per year, and that absence must include denial of access to Ripple Labs' electronic systems and records.

Any exceptions to this requirement that may be necessary from time to time will be approved jointly by People Operations and Risk and Compliance and will be documented by People Operations.

## 8. Employee Privacy

Ripple Labs does not share employees' or other Insiders' personal information with companies, organizations or individuals outside the company without advance permission unless one of the following circumstances applies:

- We believe that is reasonably necessary to comply with a law, regulation or legal request
- To protect the safety of any person

CONFIDENTIAL

# II. The Code of Conduct

- ○ To address fraud, security or technical issues

- ○ To protect Ripple Labs' rights or property

However, nothing in this Policy is intended to limit any legal defenses or objections that you may have to a third party's, including a government's, request to disclose your information.

Ripple Labs' policy is, when possible, to notify employees of requests for their account information, which includes a copy of the request, prior to disclosure, unless we are prohibited from doing so (e.g., an order under 18 U.S.C. § 2705(b)). Exceptions to prior notice may include exigent or counterproductive circumstances (e.g., emergencies; account compromises).

CONFIDENTIAL                                          RPLI_SEC 0862544

CONFIDENTIAL

RPLI_SEC 0862545

9

•ᵒ ripple