# PX 76

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Saturday, August 6, 2016 8:26 PM
**To:** Patrick Griffin <▓▓▓@ripple.com> ▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓<▓▓▓@ripple.com>; ▓▓▓▓▓▓▓▓▓▓▓▓<▓▓▓@ripple.com>
**Subject:** Re: Switching to buying XRP

---

GSR purchased XRP today, but our purchases started after the first big move. Someone started buying XRP aggressively on Poloniex before we did.

> On 6 Aug 2016, at 21:34, Patrick Griffin <▓▓▓@ripple.com> wrote:
>
> Thanks all.
>
> ▓▓▓ can you verify if GSR was behind the price moves this morning? We saw the price was bid up pretty aggressively. Fantastic.
>
>> On Aug 6, 2016, at 12:27 PM, ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>
>> Thanks Peter.
>>
>> Alex is currently offline but he will send back the USD-gatehub ASAP.
>>
>>> On 6 Aug 2016, at 20:32, ▓▓▓▓▓▓▓▓▓<▓▓▓@ripple.com> wrote:
>>>
>>> Hey there,
>>> Funded the additional Bitstamp. Please send the Gatehub back to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ which will be TPWR going forward for ▓▓▓ balances.
>>> Thanks!
>>>
>>> ▓▓▓▓▓▓▓▓
>>> Controller | Ripple
>>> ▓▓▓▓▓▓▓▓
>>> ▓▓▓@ripple.com | ripple.com
>>> ▓▓▓ logo-color.png>
>>>
>>>> On Sat, Aug 6, 2016 at 10:19 AM, ▓▓▓▓▓▓ <▓▓▓@ripple.com> wrote:
>>>>
>>>> Hey ▓▓▓ I'm in transit now and will send once in office. I'm going to set up a new profit wallet to segregate ▓▓▓▓▓▓▓▓▓▓ funds and will send you new address.
>>>>
>>>>> On Aug 5, 2016 7:05 PM, ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>>>> Thank you Peter. I confirm TPW received $200k but we received most in gatehub USD which is not very useful for the buying because other crosses use Bitstamp as reference and buying in gatehub doesn't have a strong impact on the rest of the crosses.

CONFIDENTIAL

Total sent: -200 400.01 (200 000 received)
Gatehub: -134 616.20 USD
Bitstamp: -65 783.81 USD

If you could send: 134 616.20 USD from Bitstamp?

Thanks

On Sat, Aug 6, 2016 at 8:56 AM, ▮▮▮▮▮▮
<▮▮▮▮@ripple.com> wrote:
Please also start buying tomorrow as recommended. You have the flexibility to monitor and adjust as needed to maximize impact.

Sent from my iPhone

On Aug 5, 2016, at 6:54 PM, Peter Eames <▮▮▮@ripple.com> wrote:

> Hey ▮
> I've funded $200,000 to TPW. Please confirm receipt.
>
> ▮▮▮▮▮▮
> Controller | Ripple
> ▮▮▮▮▮
> ▮▮▮@ripple.com | ripple.com
> <ripple-logo-color.png>
>
> On Fri, Aug 5, 2016 at 5:47 PM, ▮▮▮▮▮▮
> ▮▮▮▮▮▮ wrote:
>
>> I would recommend 40% weekend / 60% weekdays in general, but it really depends on the order book. When the depth of the order books is flatter the impact is greater. I suggest you give us flexibility to monitor the order books and when we monitor there is little liquidity we increase the buying to maximise effect. I also suggest we start this Saturday.
>>
>> After the payout last Monday there are only $11k in TPW. Could you send back a couple $100k to TPW when you want us to start?
>>
>> Kind regards,
>> ▮▮▮▮
>>
>> On Aug 6, 2016 05:34, "▮▮▮▮▮▮▮
>> <▮▮▮▮@ripple.com> wrote:
>>> Hi ▮▮▮▮▮
>>> We'd like to start buying XRP per our discussion with ▮ earlier this week. I know that ▮

CONFIDENTIAL

GSR00014723

recommendation was that we do this consistently over a longer period of time; we're not quite there yet but would like to test out buying XRP up to $100k / week for the next couple of weeks.

We'd like to maximize impact of the dollars spent so want to start buying over the weekend. Any recommendations on how we split the $100k between weekend and weekday buying?

Thanks,

--

VP of Finance | Ripple

@ripple.com | ripple.com



CONFIDENTIAL

GSR00014724