# PX 78

Message

**From:** Breanne Madigan (Google Docs) [comments-noreply@docs.google.com]
on behalf of Breanne Madigan (Google Docs) <comments-noreply@docs.google.com> [comments-noreply@docs.google.com]
**Sent:** 9/3/2019 7:59:33 PM
**To:** [redacted]@ripple.com
**Subject:** Responsible Stewards of XRP

Breanne Madigan added action items to the following document

Responsible Stewards of XRP

New

2 action items

Action Items

All upcoming XRP deals must be approved by the markets team and fit into a specific framework Introduction of any XRP must fit into an XRP inflation framework where XRP inflation of circulating supply must be decreasingly inflationary, with the eventual goal of being less inflationary than BTC Try to limit sales as a % of volume, but if absolutely necessary, do as % of CCTT volume Lean towards inflation model where sales fit into inflation model Prohibit XRP sales at a discount without escrow Make any "spirit of deal" explicit with respect to XRP, and grounds for contract termination if the "spirit of deal" is violated, or we have some recourse based on amount of supply increase to XRP market spirit of SBI deal was that they hold on to some XRP spirit of [redacted] deal is that they sell just to their customers spirit of [redacted] deal is that they buy and hold Have expectation of return on any XRP deal

Breanne Madigan

Redacted

Redacted let's have a draft of this ready by Wed EOD or latest thur morning so we can all review and get to [redacted] in time etc - esp with [redacted] and others in room now i think impt to get notice to KV early. thanks! [redacted]@ripple.com

*Assigned to* [redacted]

[redacted]

Direct SBI buybacks aren't happening, that was a hard no from [redacted] at least as far as I have heard. The only buyback option there is to simply be an XRP buyer in the open market.

[redacted]

Redacted

Breanne Madigan New

Redacted



Breanne Madigan New

also re the first comment, i realize [redacted] was hard no but heard from dinuka today that i think emi sees a window - not sure we can override CL though. separately, if we do the "open market" i was thinking more could we define their exchange as the open market and buy it back there, and somehow reclassify as a lease so as to minimize tax. realize getting a little (too) creative here, perhaps - but is there any way. we have to focus on finding a way to get this supply back. v worried about xrp at 0.20 and lower otherwise. i DREAD q3 report if we dont take swift, creative action now (!) - appreciate your time on these

ReplyOpen

Brown: Recommendation for Sales Deck.

Breanne Madigan New

**Redacted**

*Assigned to* [redacted]

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

Google