```
 1              MR. SOLOMON:  Objection; asked
 2         and answered.
 3         A.    I don't recall speaking to them.
 4         Q.    Did anyone at CoinBase tell you that the
 5    SEC had cleared their decision to list XRP under
 6    the securities laws?
 7              MR. SOLOMON:  Objection; form.
 8         A.    No.  I don't recall anyone at CoinBase
 9    telling me that the SEC had cleared their
10    decision.
11         Q.    Because you'd remember something like
12    that, wouldn't you?
13              MR. CERESNEY:  Objection; form.
14         A.    I -- I -- I don't recall.
15         Q.    My question is, do you think you would
16    remember if somebody like a CoinBase told you
17    something like that?
18         A.    I don't know.
19         Q.    Okay.  Do you think you would have made
20    a public statement about the SEC clearing XRP for
21    CoinBase's listing if CoinBase had told you
22    something like that?
23              MR. CERESNEY:  Objection to form.
24              MR. SOLOMON:  Objection; form.
25         A.    I -- I -- I mean, the only thing you've
```

```
 1    refreshed in asking these questions, I remember
 2    CoinBase created some sort of framework for
 3    determining a scoring system for digital assets
 4    and they scored XRP at four or something.  And I
 5    don't remember what the range was.  And I believe
 6    I knew before that CoinBase had met with the SEC
 7    in creating that construct.
 8                  But, again, I think your
 9         question is, simply, did I speak to -- or
10         would I remember?  I -- you know, I don't
11         know.
12         Q.   Did anyone tell you that CoinBase's
13    decision to list XRP had been affirmatively
14    cleared by the SEC?
15         A.   In what time frame?
16         Q.   At any time.
17         A.   I think that starts to encroach on
18    attorney-client privilege.
19         Q.   Other than counsel, did anyone tell you
20    that CoinBase's decision to list XRP had been
21    affirmatively cleared by the SEC?
22         A.   I think I read it on Twitter, so I guess
23    yes.
24         Q.   People on Twitter told you?
25         A.   I don't know.  I -- I don't know.
```

324

```
 1              MR. SOLOMON:  Do you understand
 2         what he means by "affirmatively cleared"?
 3         I just want to make sure you understand
 4         the questions that you're answering.  And
 5         if you do, that's perfectly fine.  If you
 6         don't, you need to ask for clarification.
 7         A.   Can you clarify what you mean by
 8    "affirmatively cleared"?
 9         Q.   Well, did anyone tell you that the SEC
10    had approved of CoinBase's decision to list XRP?
11         A.   I don't recall.
12         Q.   Okay.  And did that include what you
13    read on Twitter?  Did anyone on Twitter tell you
14    that the SEC had approved CoinBase's decision?
15         A.   You asked me a question is there any
16    period of time.  Certainly during the period of
17    time -- and this is outside of attorney-client
18    privilege conversations --
19         Q.   Yes.
20         A.   -- I have read what I'm sure other
21    people in this room have read on the Twitterverse,
22    that people are speculating based upon various
23    court filings that have become public about
24    Exchange A meeting with the SEC and then
25    subsequently listing XRP.
```

1       Q.  At the time of the listing of XRP, were

2 you aware of CoinBase meeting with the SEC?

3       A.  I don't believe so, no.

4       Q.  Okay.

5       A.  I don't recall, but I'm not aware that I

6 would have known that.

7       Q.  Okay.  When --

8       A.  I don't know why I would have.

9       Q.  Did CoinBase tell you "We met with the

10 SEC"?

11       A.  I don't recall.

12       Q.  Did anyone at the SEC tell you "We met

13 with CoinBase"?

14       A.  I don't recall.

15       Q.  Okay.  Did anyone at Ripple tell you

16 "CoinBase just told us they met with the SEC"?

17       A.  I don't recall.

18       Q.  Did anyone at Ripple tell you "The SEC

19 just told us we met with CoinBase"?

20       A.  I still don't recall.

21       Q.  Okay.  With respect to the rating --

22 last question and then we can go on break.

23            With respect to the rating, do you

24 recall whether Ripple was classified as one of the

25 most likely to be a security by CoinBase's ratings

1    of the assets they raised -- they rated?  I'm

2    sorry.

3              MR. SOLOMON:  I didn't hear that

4         question.  I'm so sorry.  Would you ask

5         that one more time?

6         Q.   With respect to the CoinBase rating, do

7    you recall whether Ripple was classified as one of

8    the most likely to be a security?  And maybe I

9    should have said XRP.

10        A.   Yeah.

11        Q.   Do you recall whether XRP was classified

12   as one of the most likely to be a security of the

13   ones they rated?

14        A.   I remember on the scale they had, it was

15   on the closer to security than -- where I think

16   they had bitcoin at the lowest point.  They had

17   it, you know, below the threshold of where they

18   viewed it as a security, and a whole lot of things

19   falling to the side, but not as good as bitcoin.

20        Q.   And did you -- and did you find that

21   out, that rating out, before or after the listing

22   decision?

23        A.   I don't recall.

24        Q.   Okay.

25              MR. TENREIRO:  Let's take a

```
 1        break.
 2                 THE VIDEOGRAPHER:  Okay.  Going
 3        off the record, 3:21.
 4                 (Whereupon, a recess is taken.)
 5                 THE VIDEOGRAPHER:  Okay.  Back on
 6        at 3:39.
 7                 (Whereupon, exhibit is received
 8        and marked Garlinghouse Deposition
 9        Exhibit 127 for identification.)
10   BY MR. TENREIRO:
11        Q.   Let me show you Exhibit 127,
12   Mr. Garlinghouse.
13              MR. TENREIRO:  This is one of the
14        ones I only have four copies of so I
15        apologize in advance.  In fact, I just
16        gave you my copy.
17              (Pause)
18   BY MR. TENREIRO:
19        Q.   Okay.  So earlier I had asked you about
20   whether Ripple had offered $1 million to Gemini to
21   list XRP.
22              Do you recall that?
23        A.   No.
24        Q.   Okay.  Did Ripple offer Gemini a million
25   dollars to list XRP?
```

328

```
1          A.    Based upon this e-mail, it looks like
2    Patrick Griffin offered Gemini a million dollars
3    to list XRP.
4          Q.    Did Patrick -- Patrick Griffin have the
5    authority to do that without some sort of
6    authorization?
7          A.    I don't recall.
8          Q.    And you were copied on this e-mail,
9    correct?
10         A.    Yes.
11         Q.    Okay.  Setting aside the email of
12   payments for listing XRP, is it fair to say that
13   Ripple facilitated some exchanges listing XRP
14   with, like, integration services, support, things
15   of that nature, not necessarily monetary?
16         A.    I think that's fair.
17         Q.    Okay.  And did Ripple provide that sort
18   of help with respect to all the 200 exchanges that
19   you mentioned that listed XRP at some point or
20   with respect to only a fraction of them?
21              MR. SOLOMON:  Objection; form.
22         Q.    Again, not -- not the monetary stuff,
23   just helping with integrating or things of that
24   nature.
25              MR. SOLOMON:  Objection; form.
```

```
 1          A.   My understanding is Ripple had nothing
 2     to do with the listing of XRP on the vast majority
 3     of those 200 exchanges and change that have chosen
 4     to list XRP.
 5          Q.   That's fine.
 6               What percentage of that 200 or so did
 7     Ripple provide integration support or something of
 8     that nature that's not necessarily monetary, but
 9     some support?
10          A.   I don't know.
11          Q.   And who would know?
12          A.   I don't know.
13          Q.   Okay.  Let's move on from that.
14               I think earlier you testified that you
15     sold your XRP for fiat and only for U.S. dollars,
16     is that correct?
17          A.   I believe that was my testimony.  I
18     believe -- to the best of my recollection, I only
19     recall selling my XRP for U.S. dollars.
20          Q.   Okay.  And when you were CEO, what about
21     Ripple's sales of -- of XRP?  Were those in
22     exchange for -- for U.S. dollars or for other
23     assets?
24               MR. SOLOMON:  Objection; form.
25          A.   I don't know.  I don't recall.
```

330

1      Q.   Well, while you have been CEO, are you

2   aware that Ripple sold its XRP for dollars?

3      A.   Yes.

4      Q.   Okay.  And did you approve, as Ripple's

5   CEO, XRP sales?

6      A.   Yes.

7      Q.   Okay.  And sitting here today, do you

8   know whether XRP -- whether Ripple sold XRP for

9   other digital assets such as bitcoin?

10      A.   I believe the answer's yes, but I don't

11   really know.

12      Q.   Would you know the order of magnitude of

13   the amount of bitcoin Ripple sold its XRP for?

14      A.   No.

15      Q.   Okay.  And since, you know -- up until

16   today -- I think you said your last sale of XRP

17   was around -- your personal, Mr. Garlinghouse,

18   sale of XRP, what is the total amount in U.S.

19   dollars that you've sold?

20      A.   I don't know.

21      Q.   Ballpark.

22      A.   My -- my ballpark estimate is from what

23   the SEC has asserted in their litigation.

24      Q.   So around $159 million?

25      A.   I believe that's the number that the SEC

1    has put forth.  I have not audited that.

2         Q.    Do you have your own -- before you, you

3    know, saw the SEC's allegation about the number,

4    did you have your own sort of ballpark of how much

5    you sold, or no?

6         A.    I did not.

7         Q.    You didn't keep track of it?

8         A.    I did not personally keep track of it.

9         Q.    Did you have someone keep track of it

10   for you?

11        A.    Indirectly I have tax professionals and

12   accounting professionals that work for me which

13   would have had that visibility.

14        Q.    Okay.  And so sitting here today, to the

15   best of your understanding, it -- it's around $159

16   million?

17        A.    I have no reason to doubt the accounting

18   of the SEC, but I also have never taken the time

19   to audit that information.

20        Q.    Why not?

21        A.    Why?

22        Q.    Okay.  That's fine.

23        A.    I'm not trying to be argumentative.

24        Q.    Why bother?  Okay.

25        A.    I don't think it has a bearing on

332

1    whether or not XRP's a security.

2         Q.   Oh, I -- I certainly didn't mean to

3    imply that.  I -- I just was asking why you had

4    never done that, if there was any particular

5    reason.  You know, I was too busy.  It didn't

6    matter to me.  Was there any particular reason?

7    Maybe there wasn't.

8         A.   I've never added up how much I've paid

9    in taxes for the last, you know, several years.  I

10   don't, you know --

11        Q.   Probably a good idea.

12             So did -- sorry.

13             Ripple's sales of XRP since you've been

14   CEO, how much has Ripple sold for -- you know, how

15   much in U.S. dollars has Ripple obtained for the

16   XRP it has sold?

17        A.   During my -- I don't know.

18        Q.   Could you ballpark that?

19        A.   I mean, I believe the SEC's litigation

20   asserts that it's order of magnitude of $600 or

21   $700 million.  I'm actually not sure about that

22   either.  But I have no reason to believe it's

23   materially different.

24        Q.   Is the -- I think you said you started

25   selling XRP sometime in 2017.  Is that fair?

333

1        A.    Yes, I believe that was my testimony.

2        Q.    And then I think your last sale was in

3   Dec -- around December 2020?

4        A.    Yes.  That's -- to the best of my

5   recollection, yes.

6        Q.    In that period of time, between the

7   first and last sales of XRP for --

8   Mr. Garlinghouse, for you, did you -- was -- were

9   proceeds from your sales of XRP the largest source

10  of your income?

11       A.    I mean, like many things in life, it's

12  a -- subject to your perspective and how you value

13  option grants and equity and vested equity and

14  those types of things.  In terms of what I

15  reported on my tax returns, the answer to that

16  question would be yes.

17       Q.    And can you give me the order of

18  magnitude, what was, like, the second largest

19  source of your income that you reported?  Was it

20  your salary or was it the sale of some assets or

21  what was it?

22            MR. SOLOMON:  I just want to

23       caution you at this point to just maintain

24       fidelity with the judge's order where she

25       expressly said that the SEC -- it would

334

```
 1            not be appropriate for the SEC to try to
 2            measure Mr. Garlinghouse's sales of XRP
 3            against other aspects of his financial
 4            portrait in order to try to build some
 5            motive argument.
 6                    I'm going to give you a little
 7            bit of latitude on this.  I just want to
 8            make sure you're not going around that
 9            order.  I'd just remind you of that.
10       A.   I don't know.
11       Q.   Would that be reflected, I guess, in
12   your tax returns or your bank records or where?
13       A.   The first place I'd probably look is my
14   tax returns.  My -- my salary would not have been
15   the second highest source of income.  But I am an
16   investor in a bunch of private companies, in
17   various investment funds.  Some of those have been
18   very successful and so I don't know.
19       Q.   Okay.  Without getting into the details
20   of what those investments are, I'm just trying to
21   get order of magnitude.  Like, was it, you know, a
22   small fraction compared to the XRP proceeds or was
23   it about the same amount, for example, as your XRP
24   proceeds?
25       A.   I -- I -- I don't know exactly how to
```

1    compare those, you know.  Maybe there's one, just,
2    example.  I invested in a start-up called ████
3    ████████  started by a guy who used to work for me,
4    and it yielded, you know, somewhere north of ██ to
5    ████████████  of proceeds from a relatively small
6    investment.
7              So, you know, how does that compare in
8    any one year against XRP grants?  You know, I --
9    we'd have to go year by year and compare various
10   sources of income and what is sold and not sold.
11   So I don't know how to answer the question
12   exactly.
13        Q.   All right.  Fair enough.  Let's move on.
14             So going back to Ripple's sales of XRP,
15   is it fair to say Ripple sought to raise U.S.
16   dollars by its sales of XRP?
17        A.   With -- in what time period, I guess?
18        Q.   While you were CEO.
19        A.   So while I have been CEO, Ripple has
20   sold XRP to its customers and Ripple has sold XRP
21   programmatically.  As I believe the SEC is aware,
22   we no longer sell XRP programmatically.  I think,
23   as I testified earlier, we have sold XRP both for
24   dollars as well as, I think in some occasions, for
25   other digital assets.

1      Q.   And when you reference sales to

2   customers, are you talking about customers that

3   use a product that at some point was called ODL?

4      A.   Yes, but a specific -- you know, there's

5   a piece of -- one of the exhibits earlier

6   referenced XR -- or XRP-O, XRP-Origination.  We

7   now call that Wallet Send.  And that would be

8   sales of XRP to customers who are using it for

9   payment flows.

10      Q.   And when did those sales begin?

11      A.   I think the summer of 2020.

12      Q.   Okay.  Before those sales, for example,

13   with respect to Ripple's programmatic sales of

14   XRP, was Ripple seeking to raise U.S. dollars in

15   exchange for its XRP sales -- for its XRP?

16      A.   Ripple was seeking to sell XRP in

17   exchange for dollars.

18      Q.   Okay.  Do you know how many decimals a

19   unit of XRP is divisible into?

20      A.   How many decimals?

21      Q.   Yeah.  How many zeroes can you get to?

22      A.   I don't know.

23      Q.   Do you know what the smallest unit of

24   XRP is called?

25      A.   I think it's called a drop.

1        Q.   And so do you know what fraction of one

2  unit of XRP a drop is?

3        A.   I don't know.

4        Q.   Okay.  Are you -- is one unit of XRP

5  distinguishable from any other unit of XRP as far

6  as you know?

7        A.   Effectively, I think that's true.  I

8  think -- I suppose there's some technical argument

9  that an individual unit of XRP sits in one

10  specific area of a blockchain, which may

11  distinguish it from another, but I don't know the

12  intricacies of that.

13        Q.   Beyond that, is there anything else that

14  might distinguish one unit from another as far as

15  you know?

16        A.   I can't think of anything right now.

17        Q.   Okay.  When -- when there is a change in

18  the price of XRP in the market, does that change,

19  as far as you know, apply to all the units of XRP

20  or does it apply to some of them?

21               MR. SOLOMON:  Objection; form.

22        A.   I believe it applies to all of them.

23        Q.   Okay.  And have you ever had any

24  different understanding than that?

25        A.   I mean, I think I'm confused by the

338

```
 1    question.  Are there different prices for
 2    different units of XRP?
 3         Q.   Yeah.
 4         A.   I mean, I guess it depends a little bit
 5    on -- I mean, there have been times in my
 6    experience where some exchanges might have a
 7    slightly different price than another exchange
 8    despite the fact that there are effectively
 9    indistinguishable units of XRP between
10    exchanges --
11              THE REPORTER:  Slow down.
12         "There are effectively
13         indistinguishable"?
14         A.   Unit of XRP between the exchanges.  And
15    that's where you have market makers facilitate --
16    you know, they're trying to make money by trading
17    the difference.
18         Q.   Okay.  In connection with being Ripple's
19    CEO, did you approve sales targets for XRP?
20              MR. SOLOMON:  Objection to form.
21         A.   I'm not sure I would characterize them
22    as targets as much as forecasts.  Maybe those are
23    similar, but...
24         Q.   Well, did Ripple ever have sales targets
25    with respect to sales of XRP?
```

1          MR. SOLOMON:  Objection; form.

2      A.    I expect there are documents which would

3    have referred to a sales target.  I think in my

4    mind that would have been relatively

5    indistinguishable from a sales forecast of what we

6    expected to be sold of XRP in a certain time

7    period.

8      Q.    Programmatic sales were based on volume?

9          MR. SOLOMON:  Objection; form.

10     A.    That's correct.  Programmatic sales were

11   based upon daily market activity of the overall

12   XRP market.

13     Q.    And so to the extent you might have had

14   a sales forecast, was Ripple forecasting what they

15   thought the volume would be, in essence?

16     A.    In essence.

17     Q.    Okay.  Did Ripple grant XRP to employees

18   from time to time when you were CEO?

19     A.    Yes.

20     Q.    Did you approve those grants?

21     A.    Yes.

22     Q.    To whom did Ripple offer XR -- I'm

23   sorry.

24          To whom did Ripple grant XRP while you

25   were CEO that you might have approved?

340

```
 1          A.    I wouldn't know how to start that list.
 2     I -- you know --
 3          Q.    What about your direct reports?
 4          A.    I would guess that most, if not all, of
 5     my direct reports have an XRP grant that vests
 6     over time.
 7          Q.    To the extent that you were involved
 8     with, you know, awarding them these grants that
 9     vest over time, why did you do it?  Why did you
10     grant them XRP?
11               MR. SOLOMON:  Objection; form.
12          A.    As a compensation tool.
13          Q.    Okay.  Why would you want to compensate
14     them with XRP as opposed to U.S. dollars?
15               MR. SOLOMON:  Objection; form.
16          A.    I think people who work at Ripple are
17     generally interested in digital assets and sought
18     to receive, sometimes hold, and generally
19     participate in the XRP market.
20          Q.    In fact, sometimes -- I think you
21     referenced that, but sometimes individual
22     employees at Ripple asked you to be compensated in
23     XRP, is that right?
24               MR. SOLOMON:  Objection; form.
25          Q.    Mr. Vias?
```

```
 1                  MR. SOLOMON:  Objection; form.
 2         A.    Mr. Vias did ask to receive various
 3    compensation denominated in XRP.
 4         Q.    To the extent that you approved granting
 5    XRP to employees, was one of the reasons to do
 6    that to closer align the employees' interests with
 7    the company's interest?
 8                  MR. SOLOMON:  Objection; form.
 9         A.    My own philosophy about compensation in
10    Silicon Valley is that the best way to align
11    incentives is the long-standing kind of tradition,
12    if you will, of using equity.
13               And so, to my knowledge, every employee
14    that joins Ripple receives equity either in the
15    form of an option or in an RSU.  And I think
16    that's the best way to align interests between
17    employees and shareholders.
18         Q.    Now -- no, I understand your testimony
19    about the best way to align interest.  My question
20    is slightly different, which is, to the extent
21    that you granted employees XRP, was one of the
22    reasons to further align their interests with the
23    interests of the company?
24                  MR. SOLOMON:  Objection; form.
25         A.    I -- I guess the distinction I'm making
```

342

1    is I guess they're already fully aligned if you --

2    they have equity.  And I don't know that it

3    further -- if you already have kind of fully

4    aligned incentives, can you further align it?  You

5    know, I viewed it as a compensation tool.

6         Q.   Okay.  And did someone recommend to you

7    that you grant XRP to employees from time to time

8    as compensation?

9         A.   I suspect, yes.

10        Q.   Who?

11        A.   I don't recall.

12        Q.   Okay.  Let's look at Exhibit 1 real

13   quick.

14                  (Whereupon, exhibit is received

15             and marked Garlinghouse Deposition

16             Exhibit 1 for identification.)

17   BY MR. TENREIRO:

18        Q.   This is an employment offer letter.  And

19   I'm not going to ask you much about it -- it would

20   take too much time to read it, I think -- but I do

21   want to see if you see your signature in any of

22   these pages.

23        A.   I do see my signature.

24        Q.   Okay.  And do you see that on which

25   page?

343

1          A.   In my document they're not numbered.
2          Q.   Well, there's a Bates at the bottom
3     where it says GARL_Civil_465.  Got it?
4          A.   471.  Sorry.
5          Q.   What about -- okay.  471 has your
6     signature?
7          A.   As does 465.
8          Q.   Okay.  If you go to the first page, is
9     it -- does it refresh your recollection that when
10    you started at Ripple, you got a salary, a $█
11    ████████ XRP grant structured as a four-year loan,
12    and ███████████ shares of the company?
13                MR. SOLOMON:  If you're going to
14           ask him questions about the document, I'm
15           just going to ask that he has an
16           opportunity to read the entire document.
17           I'm not being difficult about that.  I
18           just do want him to read it, though.
19    BY MR. TENREIRO:
20         Q.   Yeah.  Go ahead.
21                MR. TENREIRO:  It's up to you.  I
22           don't think he needs to read the exhibit,
23           but it's a pretty straightforward front
24           page.
25                (Pause)

344

```
 1    BY MR. TENREIRO:
 2        Q.   Are you reading the Appendix?
 3        A.   Yeah.  It references the exhibits, so I
 4    was going to take a quick look.
 5        Q.   Okay.
 6             (Pause)
 7        A.   Okay.
 8        Q.   Okay.  When you started working at
 9    Ripple, is it fair to say you received a salary in
10    dollars, an XRP loan as it's described here, and
11    shares in the company?
12             MR. SOLOMON:  Objection; form.
13        A.   No.
14        Q.   What did you receive?
15        A.   I received a salary, bonus and equity.
16        Q.   The bonus was -- the salary was the U.S.
17    dollars and the XRP?
18        A.   No.
19        Q.   What was the salary?
20        A.   I believe it's correct.  It was
21    $
22        Q.   And what is that            XRP
23    structured as a four-year loan?
24        A.   I don't know.
25        Q.   Did you receive that          XRP?
```

1      A.   Not in 2015.

2      Q.   In the bonus pool, your bonus is based

3  on, at least for Q1, for the year ending Q1 2018,

4  █ percent of XRP revenue.

5         Do you see that?

6      A.   Yes.

7      Q.   And did you receive a bonus based on █

8  percent of XRP revenue?

9      A.   I expect I did, yes.

10     Q.   Okay.  So the higher the XRP revenue for

11  Ripple, the higher the bonus for you?

12     A.   Yes.

13     Q.   Okay.  And is it fair that in 2016 you

14  entered into sort of an XRP unit bonus award or a

15  grant?  I think we talked -- touched upon it

16  earlier briefly.

17     A.   I -- I -- I -- nothing in this document

18  references that.

19     Q.   Separate from that document.  You can

20  forget that one.

21         Is it fair that at some point later in

22  time, you entered into an agreement with Ripple

23  whereby if you met certain metrics, you would get

24  XRP that vested over a four-year term?

25     A.   I -- I recall the macro construct.  When

346

```
 1     I was promoted to CEO, I received -- actually, to
 2     be honest, I don't know exactly when I received
 3     that, but, yes, I received a XRP grant.
 4          Q.   Who negotiated that?
 5          A.   No one.
 6          Q.   It was just given to you by someone?
 7          A.   That's correct.
 8          Q.   By whom?
 9          A.   Chris Larsen.
10          Q.   You did not negotiate it with him?
11          A.   No.
12          Q.   Did you discuss it with him before he
13     gave it to you?
14          A.   No.
15          Q.   Did you discuss it with him at any time?
16          A.   Yes.
17          Q.   And what did you discuss with him about
18     this grant?
19          A.   Well, as the grant -- the implementation
20     of the grant became complicated for the company
21     because of how taxes are accrued, earned, and paid
22     by the company.  And so we certainly had
23     conversations about how to mitigate those risks,
24     challenges, to the company.
25          Q.   What do you mean when you say it "became
```

1    complicated for the company"?

2         A.   It became complicated for the company

3    because the dollars involved became large.

4         Q.   Okay.  So it became complicated for the

5    company how it would pay taxes on these grants?

6         A.   That's correct.

7         Q.   Where it would get the dollars to pay

8    the taxes?

9         A.   Yes.

10        Q.   Okay.  At any point in time, did the IRS

11   accept XRP to pay taxes, to pay your taxes?

12        A.   Not to my knowledge.

13        Q.   Okay.  So the macro level of the grant,

14   it vested over four years, is that right?

15        A.   Yes.  My recollection, top of mind, is

16   that the vesting construct was more complicated

17   than that.

18        Q.   What was the vesting construct?

19        A.   I don't recall exactly.

20        Q.   Okay.  Did you have to meet a certain

21   metric of how long you'd been at the company?

22        A.   Yes.  My -- my recollection is part of

23   the vesting was a construct around time-based

24   vesting.

25        Q.   Okay.  And was the other part based

1    around volumetric -- a volume metric for XRP?

2         A.   I -- I believe that is correct.

3         Q.   Okay.  And what about was there a part

4    of the vesting that had to do with a volume weight

5    average price for XRP?

6         A.   You'd have to explain that a little.  I

7    don't know.  I don't know.

8         Q.   Sitting here today you don't know?

9         A.   No.

10        Q.   Okay.  Let's move on.  Well -- yeah,

11   let's move on.

12              MR. TENREIRO:  Let's look at

13        Exhibit 15, please.

14              (Whereupon, exhibit is received

15        and marked Garlinghouse Deposition

16        Exhibit 15 for identification.)

17   BY MR. TENREIRO:

18        Q.   Here you go.  Can you pass some of

19   those --

20              MR. SOLOMON:  Can we go off the

21        record for 30 seconds --

22              MR. TENREIRO:  Sure.

23              MR. SOLOMON:  -- just 30 seconds?

24              MR. TENREIRO:  Sure.

25              THE VIDEOGRAPHER:  Going -- going

1          off the record at 4:11.

2                  (Pause)

3                  THE VIDEOGRAPHER:  Okay.  Back on

4          at 4:12.

5     BY MR. TENREIRO:

6          Q.   All right.  Can you please take a look

7     at the exhibit?

8                  MR. TENREIRO:  And, I think,

9          Matt, you have some of the copies that --

10                 MR. SOLOMON:  Oh, yeah.

11                 MR. TENREIRO:  -- that you can

12         pass down.  Thank you.

13                 MR. SOLOMON:  Okay.

14                 MR. TENREIRO:  That one is for

15         Bridget.

16                 THE WITNESS:  She's got one.

17                 MR. TENREIRO:  She's got it?

18                 THE WITNESS:  Yeah.

19                 MR. TENREIRO:  There's more.

20                 All right.  Just for the record,

21         this is       58119, a three-page

22         document.

23                 THE WITNESS:  Sorry?

24                 MR. SOLOMON:  I was just saying

25         give it back.  Sorry.

350

1    BY MR. TENREIRO:

2       Q.   Have you read it?

3       A.   No.

4       Q.   Okay.

5       A.   Do you have an extra pen?

6       Q.   Just if you mark that --

7       A.   You can have it.

8       Q.   Okay.  It's better if you don't.

9       A.   Oh.

10          MR. SOLOMON:  Don't --

11       Q.   It's better if you don't.

12       A.   All right.

13          MR. SOLOMON:  If you want to make

14    a check or a slash, that's fine.  Don't

15    put words on it.

16          THE WITNESS:  Sorry.

17          MR. SOLOMON:  Whatever helps you

18    absorb it is okay.

19          THE WITNESS:  All right.

20          (Pause)

21       A.   Okay.

22       Q.   Okay.  Mr. Garlinghouse, from time to

23    time, is it fair to say that you provided, you

24    know, quotes for the press with respect to Ripple

25    and XRP such as what we see in this exhibit?

1          A.    Yes.

2          Q.    And, again, I think we discussed this

3     briefly, but from time to time you appeared on

4     television -- CNN, CNBC -- to talk about Ripple

5     and XRP, is that right?

6          A.    Yes.

7          Q.    And when you spoke publicly about Ripple

8     or XRP, you spoke truthfully, right?

9          A.    Yes.

10         Q.    You spoke -- and when you stated your

11    beliefs, you stated your true beliefs at the time,

12    is that correct?

13         A.    Yes.

14         Q.    Okay.  Here you say "We have had a

15    significant rally in XRP prices," but is -- "but

16    it is reflective of a lot of work we have done to

17    make Ripple a very compelling solution."

18              Do you see that?

19         A.    Yes.

20         Q.    Okay.  Is it fair to say that in April

21    of 2017, you expressed to your mark -- to the

22    market your view that part of the increase in

23    XRP's price was due to Ripple's efforts?

24              MR. SOLOMON:  Objection; form.

25         A.    At -- at various times, I would say,

352

```
1    particularly in 2017, I believed, in trying to
2    understand the market activity, that Ripple's
3    activity was being positively received.
4         Q.    In trying to understand the market
5    activity with respect to XRP?  Is that what you're
6    talking about?
7         A.    Yep.
8         Q.    Okay.  And are you talking about in part
9    of the market activity with respect to XRP's
10   price?
11        A.    In part.
12        Q.    Okay.  And at some point did your -- did
13   this belief change, the belief that in market
14   activity -- that Ripple's activity was being
15   positively receive -- received?
16        A.    Yes.
17        Q.    Was that after April 2018?
18        A.    I -- I don't recall.
19        Q.    Do you recall if it was before April
20   2018?
21        A.    I don't recall.
22        Q.    Okay.  Do you recall what prompted the
23   change?
24        A.    As time has gone by in my kind of six
25   and a half years of watching crypto markets more
```

353

```
 1    attentively having joined Ripple, I'm not clear
 2    what drives any digital asset, including XRP.  And
 3    as the article highlights, which I was going to
 4    underline, you know, there's -- even
 5    contemporaneously, obviously as evidenced by the
 6    article, there's disagreement about what's driving
 7    the XRP market.
 8         Q.   Okay.  In the article they quote people
 9    thinking there's manipulation?
10         A.   Well, they quote people suggesting
11    that -- a number of different things.  One of the
12    things I think there's somebody quoted -- I have
13    to go back and find it -- of saying there should
14    be a pump-and-dump.
15         Q.   Right.
16              But your belief in April of 2017 was
17    that there was some relationship between price
18    activity and Ripple's own efforts, correct?
19              MR. SOLOMON:  Objection.
20         A.   Well, first of all, I think you just
21    said 2018 and this --
22         Q.   2017.
23         A.   -- email is from 2017.
24         Q.   2017.
25         A.   In -- in 2017 I think I had the
```

354

```
1    misunderstood belief that there was some
2    rationality to the crypto markets, of which I
3    still am not clear there is.
4        Q.   And what I'd asked you earlier was at
5    what point did that belief change?  I think you
6    said as time has gone by, you know, you're not
7    clear what drives any digital asset.  But what I'm
8    trying to figure out is at what point did you go
9    from believing that there was a relationship
10   between Ripple's efforts and XRP's price and
11   discuss -- deciding that you just don't know
12   what's clear?
13              MR. SOLOMON:  You're building
14         words into your question, too.  I think if
15         you could just put the question to him
16         instead of the preamble and the windup
17         with your gloss, it would be -- I think
18         make for a clearer record.
19   BY MR. TENREIRO:
20       Q.   At what point did you --
21              MR. SOLOMON:  I don't think he
22         ever used the words "Ripple's efforts,"
23         for example.  I'm not trying to be
24         difficult.  But if you just ask him
25         questions about what he thought, he can
```

355

```
1              explain in his own words what he believed
2              to be the case at this point in time.
3    BY MR. TENREIRO:
4         Q.   You -- you testified you believed in
5    2017, in trying to understand the market activity,
6    that Ripple's activity was being positively
7    received.
8              At what point in time did that
9    understanding change?
10        A.   You asked that earlier.  I think I
11   testified I don't know.
12        Q.   Okay.  Can you pinpoint it at all by
13   year?
14        A.   No.
15        Q.   Okay.  The -- the article -- so you --
16   you provided this quote to ▮▮▮▮▮▮   right?
17        A.   I don't know.
18        Q.   You were aware that this quote was
19   provided as it was told to you by the ▮▮▮▮▮
20   ▮▮▮▮▮?
21              MR. SOLOMON:  Objection.
22        A.   I have no recollection.
23        Q.   ▮▮▮▮▮▮▮  says "I don't see any
24   glaring inaccuracy in the piece, but let me know
25   if you disagree."
```

1          Do you see that?

2      A.   Yes.

3      Q.   And you responded "I agree on all

4  points," right?

5      A.   Yes.

6      Q.   You did not disagree that there were no

7  glaring inaccuracies?

8      A.   We can -- you know, I mean, as I read

9  the article today, I identify inaccuracies.  We

10  can debate whether or not they're glaring.  And

11  what I thought in 2017, I can't recall.

12      Q.   Such as the consistent reference to

13  Ripple instead of XRP?  Is that one of the

14  inaccuracies you would identify today?

15      A.   That would be one example that, you

16  know, market participants, particularly in 2017,

17  had confusion around.

18      Q.   In fact, the piece refers to "What's

19  Driving Ripple's Price to All-Time Highs,"

20  correct?  That's the title?

21      A.   That is the title, yes.

22      Q.   And then it says, in the second

23  paragraph of the piece, "Ripple has surged more

24  than 1,000 percent."

25          Do you see that?

```
1         A.   No.

2         Q.   It says "The cryptocurrency that powers

3    the distributed Ripple Consensus Ledger, a

4    business-focused distributed ledger technology

5    platform developed by San Francisco start-up

6    Ripple, has surged more than 1,000 per over the

7    last 30 days."

8         A.   Correct.

9         Q.   Is that a reference to XRP?

10        A.   I believe that's what the author

11   references, yes.

12        Q.   On the second page, right before

13   "Growing Credibility," it says "As for the decline

14   in price that soon followed" -- "that soon

15   followed, analysts said this may have marked a

16   period of profit taking where long-term Ripple

17   holders sold and brought back at a lower price to

18   increase the return on their investment."

19             Do you see that?

20        A.   Yes.

21        Q.   And that reference to Ripple is a

22   reference to XRP?

23        A.   I -- I believe that's correct.

24        Q.   Would you agree that it was common in

25   2017 for market participants to refer to XRP and
```

358

1    Ripple interchangeably?

2                    MR. SOLOMON:  Objection; form.

3         A.    I think in 2017 uneducated market

4    participants mistakenly conflated Ripple and XRP,

5    and Ripple worked hard to combat and clarify that.

6         Q.    When did Ripple begin to work hard to

7    combat and clarify that?

8         A.    I remember in my -- I mean, earlier than

9    2017.

10        Q.    And why didn't you combat it in this

11   article, or did you?

12                   MR. SOLOMON:  Objection; form.

13        A.    I don't recall.

14        Q.    Okay.  But you began combating that

15   before 2017 is your recollection?

16        A.    I am very confident that from the

17   earliest days of Ripple, we sought to reduce, and

18   ideally eliminate, the confusion through many

19   media outlets.

20        Q.    The confusion about equating Ripple and

21   XRP?  Is that what you're talking about?

22        A.    That's correct.

23        Q.    And when you say early Ripple days, you

24   mean early when you joined, correct?

25        A.    That's correct.

359

1    Q.   And you said many --

2    A.   Although, actually, my vague

3  recollection is, even before I arrived, that

4  employees had sought to clarify.  One

5  manifestation of that would be CoinMarketCap,

6  which listed XRP as -- and used "Ripple" in the

7  name.

8    Q.   Called them Ripples?

9    A.   I don't believe CoinMarketCap called

10  them Ripples.

11    Q.   Just called them Ripple?

12    A.   I -- I don't recall.  I remember

13  encouraging CoinMarketCap to clarify and correct

14  that.

15    Q.   In 2017, at least with respect to this

16  article, do you recall if you engaged in that

17  effort to make that clarification?

18    A.   I -- I don't recall as it relates to

19  this particular article.  I'm certain that if we

20  looked at contemporaneous emails, we'd find scores

21  of emails fighting the good fight, trying to get

22  corrections, which, frankly, persist to some

23  degree today.

24    Q.   That confusion persists today?

25    A.   I think that there are some media

360

1    outlets which incorrectly will quote a price and
2    say Ripple when it's not a price of Ripple.
3         Q.   Okay.  So you -- you would say there's
4    probably scores of emails that reflect this --
5    these efforts?
6         A.   I'm hazarding a guess, but, yeah.
7         Q.   And would that be true after 2017?  So
8    do you think Ripple engaged in scores of efforts
9    to correct the impression in the market or the
10   equation of Ripple and XRP?  Do you think that's
11   true in 2018?
12              MR. SOLOMON:  Objection to form.
13        Q.   Let me start again.
14              Did Ripple in the year 2018 engage in
15   efforts to correct the impression in the market
16   equating Ripple and XRP?
17        A.   Yes.
18        Q.   Did Ripple engage in those efforts in
19   2019?
20        A.   I suspect, yes.
21        Q.   And did Ripple engage in those efforts
22   in 2020?
23        A.   I believe so.
24        Q.   To the extent that you -- I think you
25   said -- you said that this persists to some degree

 1    today.

 2              Do you have any view as to why this

 3    persists today, equating Ripple and XRP?

 4         A.    Not of consequence.  I think there's

 5    probably some people who with malintent seek to

 6    conflate and there's some that just don't take the

 7    time to correct.  Frankly, if I may, in our

 8    conversation today, you have mistakenly used

 9    Ripple instead of XRP on a couple of occasions.

10         Q.    If I may, you have as well --

11         A.    Right.

12         Q.    -- in -- in some of your conversations.

13    We'll get to recordings, but you have as well in

14    the past, correct?

15         A.    I try really, really hard not to.

16         Q.    Okay.  To the extent that there's

17    malintent by someone -- and I'm assuming you

18    weren't referring to me but --

19         A.    No.

20         Q.    -- to the extent you were -- to the

21    extent there's malintent by someone, you know,

22    conflating XRP and Ripple, why would that -- why

23    would that reflect malintent?  To the extent

24    that's the motivation.  I'm trying to understand.

25    How does it hurt Ripple if it's conflated?

```
 1          A.   I -- I don't want to speculate as to
 2     what other people think because I don't know.  I
 3     think -- you know, one thing I think we have seen
 4     consistently in the crypto markets is there are
 5     people who put out misinformation intentionally.
 6          Q.   Just to sort of create chaos or -- I'm
 7     just asking what you --
 8          A.   I think there was an announcement last
 9     week that Walmart was accepting Litecoin -- or,
10     no, Amazon.  I can't remember.  Somebody.  And it
11     looked like a press release from Amazon or
12     Walmart.  And the price of Litecoin for, you know,
13     some period of hours went up a bunch.  And then I
14     think Walmart or Amazon had to come out and
15     correct the record.  It would be an example.
16          Q.   So an example might be to manipulate the
17     price of a token?
18          A.   I don't know.
19          Q.   Okay.  In the quote you say "It is
20     reflective of a lot of work we have done."
21               What work are you referring to?
22          A.   I don't know.
23          Q.   Okay.
24               MR. TENREIRO:  Can I please have
25          16?  Thanks.  And 17.  Sorry.  You're
```

1          there.

2                    (Whereupon, exhibit is received

3          and marked Garlinghouse Deposition

4          Exhibit 16 for identification.)

5     BY MR. TENREIRO:

6          Q.   All right.  Here's Exhibit 16.

7          A.   Thank you.

8          Q.   Yep.

9               So just so we're on the same page, the

10    prior exhibit, which was 15, was an article -- or

11    discussing an article on April 16th, 2017.

12    Exhibit 16 is an email from you to Mr. Larsen and

13    others on April 7th, 2017.  The Bates stamp is

14    SEC▮▮RIPPLE 10806.

15               Please take a look.

16                    MR. SOLOMON:  Thank you.

17                    (Pause)

18    BY MR. TENREIRO:

19          Q.   Mr. Garlinghouse, when was the last time

20    you checked the price of XRP?

21          A.   This morning.

22          Q.   Okay.  And how often do you check it?

23          A.   I usually check it in the morning and

24    then, depending upon how busy I am, you know,

25    maybe once or twice during the day.

364

```
 1          Q.   Okay.  Do you check it on an app?
 2          A.   No.
 3          Q.   How do you check it?
 4          A.   I typically use either CryptoCompare.com
 5    or CoinMarketCap.
 6          Q.   All right.  A website?
 7          A.   Those are both websites.
 8          Q.   They don't have an app?
 9          A.   I don't know.
10          Q.   Okay.  This email that I just showed you
11    refers to the "XRP rally" at the bottom.
12               Do you see that?
13          A.   Yes.
14          Q.   Okay.  When we're talking about a rally
15    in -- in XRP, are we talking about an increase in
16    its price?
17          A.   I think that's fair.
18          Q.   You say "I don't usually address the
19    price of the digital asset XRP," and then you
20    feel compelled to share some of your thoughts, et
21    cetera.
22               Do you see that part?  It's on the
23    second page.
24          A.   I do.
25          Q.   Okay.  Again, just to ask, again, when
```

365

1    you were talking to Ripple's investors and other

2    advisors, you were speaking your true beliefs at

3    the time, correct?

4        A.   Yes.

5        Q.   Okay.  You say "It's hard to pinpoint

6    what drives any market activity," but you wanted

7    to share some thoughts and then there's three

8    bullet points.

9             Do you see that?

10       A.   Yes.

11       Q.   One bullet point refers to bitcoin

12   capacity issues.  Do you see that?  And -- I'm

13   sorry.  Yes or no?

14       A.   Yes.

15       Q.   Okay.  And if you want to go back to the

16   prior CoinDesk article to refer to it, I think in

17   the CoinDesk article there's also a discussion

18   about, you know, bitcoin's capacity issues

19   potentially relating to the increase in XRP's

20   price.

21            Do you see that?

22       A.   I saw that in the previous document, a

23   reference to that, and I see that here in this

24   document as well.

25       Q.   Okay.  Is it fair to say that around

```
 1    April of 2017, you had the belief that if things

 2    did not go well for bitcoin, that might be good

 3    for XRP?

 4              MR. SOLOMON:  Objection.

 5         A.   I don't recall.

 6         Q.   Okay.  And isn't that sort of what you

 7    were expressing here, that people are realizing

 8    that bitcoin has limitations as a solution for

 9    transactions?  That is one of the things that

10    might explain the XRP price rally?

11              MR. SOLOMON:  Objection; form.

12         A.   I -- I think that's a reasonable

13    interpretation of what's here.  I think, yeah,

14    there won't be one digital asset to rule them all

15    and I think bitcoin can be successful and XRP can

16    be successful and serve different use cases.

17         Q.   That's what you think today?

18         A.   Yes, that is what I think today.

19         Q.   Okay.  Then you say "Investors may also

20    be connecting the dots that bank adoption of

21    Ripple's solution creates the opportunity for us

22    to deepen those customer relationships and

23    engagement by delivering on what" -- underlined --

24    "Project Xenon (our trial with      and 12 top

25    global banks) demonstrated.  While we are still
```

1   early in our work here - we are confident that we

2   can lower liquidity costs for banks by leveraging

3   XRP as a liquidity solution."

4           Do you see all that?

5       A.   Yes.

6       Q.   Does that refresh your recollection as

7   to what work you were referring to in your

8   quote -- in your quote in the ▇▇▇▇▇▇ article?

9       A.   No.

10      Q.   Okay.  Do you have any reason to doubt

11  that the work you were referring to in the

12  ▇▇▇▇▇▇ article quote is the same work you are

13  referring to in this email?

14      A.   I don't recall.

15      Q.   Okay.  Is -- when you say "Investors may

16  also be connecting the dots," who are you

17  referring to?  Investors in what?

18      A.   I -- I presume I'm referring to

19  invest -- I mean, we can debate the use -- it's a

20  legal word, "investors," I think, versus

21  "speculators" of the crypto markets.  So people

22  who are interested in the crypto markets are

23  speculating on various digital assets.

24      Q.   Including XRP?

25      A.   I -- I think XRP was one of the most

368

```
 1    valuable digital assets at the time; if not number
 2    two, number three.  And, so, I think including
 3    XRP.
 4         Q.   Are you talking about most valuable by
 5    market cap or by price?
 6         A.   By market cap.
 7         Q.   Okay.  And I -- I'm not interested in
 8    any sort of legal use of the word "investor."  I
 9    think -- you said you have an MBA.  So I want what
10    you understand as investor.  That's all I care --
11    I care about.
12              So when you said "investors," I want to
13    know what -- who were you referring to?  Investors
14    in what?
15         A.   I don't know.
16         Q.   Okay.  One second.
17              MR. TENREIRO:  Let's do -- do we
18         have 17 here?  Let's do 17, which is an
19         email two days later.
20              (Whereupon, exhibit is received
21         and marked Garlinghouse Deposition
22         Exhibit 17 for identification.)
23              MR. TENREIRO:  Here you go.
24              (Pause)
25    BY MR. TENREIRO:
```

```
 1          Q.   So, Mr. Garlinghouse, is it fair to say
 2    that this email is an email to the board where you
 3    include the prior email we just saw and then some
 4    additional commentary on top?
 5          A.   Yes.
 6          Q.   All right.  Here you're also discussing,
 7    in part, "the dramatic spike in XRP price and
 8    market activity."  That's the third paragraph.
 9               Do you see that?
10          A.   Yes.
11          Q.   You say "It's a game-changer for us on a
12    bunch of levels."
13               Do you see that?
14          A.   Yes.
15          Q.   Is "us" Ripple in that sentence?
16          A.   I believe, yes.
17          Q.   Okay.  Then you say "On an operating
18    level, for XRP to serve the purpose of lowering
19    liquidity costs for payments, it needs deep
20    liquidity across fiat currency pairs.  Speculative
21    and market trading volume builds that
22    liquidity - they are the catalyst to the XRP
23    flywheel.  The recent rally has us moved that
24    flywheel into a much higher gear, which puts us in
25    a much stronger position to execute on other
```

370

```
 1   projects that continues to fuel the flywheel."
 2            Do you see all of that?
 3       A.   Yes.
 4       Q.   Okay.  When you refer to "speculative
 5   and market trading volume," are you talking about
 6   speculative and market trading volume in XRP?
 7       A.   I believe so.
 8       Q.   Okay.  And can you explain in your own
 9   words why speculative and market trading volume in
10   XRP are the catalyst to the XRP flywheel?
11       A.   Typically, the more liquidity you have
12   in a market, the tighter the spreads you would
13   have in that market.  The tighter the spreads, the
14   more efficient the market.  The more efficient the
15   market, the more demand for those payment flows.
16            THE REPORTER:  Those payment?
17            THE WITNESS:  Flows.
18       Q.   And payment flows is something that
19   Ripple is in the business of generally?
20       A.   Correct.
21       Q.   Okay.  And so to build that -- so you
22   said typically the more liquidity, the tighter the
23   spread, et cetera.
24            In other words, do you need speculative
25   and market trading volume in XRP to build the
```

1  liquidity that starts this process that you just

2  described?

3       A.   That's what the email says, yes.

4       Q.   Well, is that true?

5       A.   I think it's a hypothesis that we have

6  seen generally play out in the crypto markets,

7  yes.

8       Q.   And have you -- has Ripple come to no

9  longer believe in that hypothesis?

10      A.   No.

11      Q.   Okay.  So is this -- to catalyze the

12 XRP -- the XRP flywheel, do you still need

13 speculative and market trading volume in XRP?

14      A.   I think you need liquidity.  Anything

15 that drives liquidity is going to be constructive

16 to what I'm calling a flywheel.

17      Q.   Right.

18           And speculative interest in the asset

19 could drive liquidity?

20      A.   Yeah, I think I'm saying that it has in

21 that particular time period.

22      Q.   Today can it drive liquidity?

23      A.   Yes.

24      Q.   Okay.  And have you had any -- have you

25 ever had an understanding different to that, that

372

1    speculative trading of an asset in XRP would not

2    drive its liquidity?

3         A.   I can't think of an example.

4         Q.   Okay.  Throughout your time as CEO of

5    Ripple, you have understood that people were

6    buying XRP as an investment, is that right?

7                   MR. SOLOMON:  Objection; form.

8         Q.   I'm not asking --

9         A.   No.

10        Q.   -- for legal conclusions.  I'm asking

11   for, you know, just the word "investment" as an

12   English speaker.

13        A.   Can you ask the question again, please?

14        Q.   Yeah.  Throughout your time as Ripple's

15   CEO, you understood, did you not, that some people

16   were buying XRP as an investment?

17        A.   I -- I -- I don't want to speculate as

18   to why people are buying XRP.

19        Q.   Well, no.  No need to speculate.

20             Did people tell you on Twitter, in

21   personal -- in emails that, in fact, they viewed

22   it as an investment throughout your time as CEO?

23        A.   I -- I can't recall a -- I don't know

24   why people -- for me to draw a broad conclusion

25   about why people choose to trade XRP would be hard

1    to do.

2         Q.    Right.  Don't draw a broad conclusion

3    about all people.  I'm just saying, did you

4    understand that some people were buying XRP as an

5    investment?

6         A.    So the hypothet -- I mean, you're kind

7    of asking me a hypothetical.  Is it possible that

8    someone out there on the planet that has chosen to

9    buy XRP has chosen to buy it as an investment?  I

10   think the answer is yes.  I -- I don't know why

11   individuals and haven't taken the time to try to

12   dissect why each person might choose to speculate

13   in XRP.

14        Q.    The -- the XRP markets were important to

15   you as Ripple's CEO, to your job, right?

16        A.    The liquidity in XRP markets is very

17   important to me.

18        Q.    Right.

19              And -- and understanding what might

20   drive the liquidity was very important to you as

21   well?

22        A.    Yes.

23        Q.    How to get more liquidity was important

24   to you?

25        A.    More liquidity was better than less

374

1    liquidity, for sure.

2         Q.   Is it fair to say that throughout your

3    time as Ripple's CEO, you have made efforts to

4    understand the XRP market?

5         A.   I have tried, yes.

6         Q.   Okay.  In connection with your work and

7    your efforts to understand the market, do you

8    understand that some participants in the market

9    for XRP are speculators in XRP's price?

10        A.   I believe that's probably true, yes.

11        Q.   Okay.  Did you ever take any steps to

12   restrict people from speculating on the price of

13   XRP?

14             MR. CERESNEY:  Objection.

15        A.   I can't recall.

16        Q.   Did you ever restrict people from buying

17   XRP as an investment?

18             MR. CERESNEY:  Objection; form.

19             MR. SOLOMON:  Did he -- his XRP?

20        Ripple's XRP?

21             MR. TENREIRO:  Let's start with

22        Ripple's.

23             MR. SOLOMON:  Okay.

24             THE WITNESS:  Could you repeat

25        the question, then?

1    BY MR. TENREIRO:

2         Q.    Did you ever take efforts to stop people

3    from buying XRP to speculate on its price?

4              MR. SOLOMON:  Objection; form.

5         A.    I don't recall.

6         Q.    Did you ever take steps to restrict

7    people from buying Ripple's XRP as an investment?

8              MR. SOLOMON:  Objection.

9         A.    I don't recall.

10        Q.    And did you ever take steps to restrict

11   people from buying your XRP as an investment?

12        A.    I don't recall.

13        Q.    In April of 2017, was XRP being used for

14   a payment flow?

15        A.    I expect yes.

16        Q.    How?

17        A.    I -- I -- I mean, there's hundreds of

18   thousands, maybe millions, of people in the XRP

19   markets.  And is there a likelihood that some of

20   those people were using XRP for payment flows?  I

21   think the answer's almost certainly yes.  I don't

22   necessarily know how.  I think your question was

23   how were they using it for payment flows.

24        Q.    No.  Was it being used for payment

25   flows?  That's all.  Yes or no, was it being used?

376

```
 1            A.    I think I -- yes, I believe so.
 2            Q.    And with the hundreds of thousands,
 3    maybe millions, of people in the XRP markets, was
 4    it being used as an investment?
 5            A.    I -- I don't know of --
 6                  MR. SOLOMON:  Objection; form.
 7            It might be helpful to ask him what
 8            "investment" means to him or to give him
 9            your definition of "investment."  I -- I
10            don't mean to interject.
11            Q.    What does "investment" mean to you?
12            A.    I mean, to me investment means, you
13    know, people choose to invest in pork bellies,
14    people choose to invest in oil, people choose to
15    invest in currencies.  So in that context do I
16    think people are, quote, investing and speculating
17    around digital assets including XRP?  Yes.
18            Q.    So if I invest in pork bellies -- in
19    other words, is it fair to draw a distinction,
20    from your definition, investing in pork bellies is
21    different than buying a pork belly to eat it?
22            A.    Yes.
23            Q.    Okay.  So with your definition of
24    "investment," did you understand when you were
25    Ripple's CEO that people in the market were
```

377

```
 1    investing in XRP?
 2        A.   I -- I -- like I say, I don't know --
 3    you're ask -- I don't know who those people are.
 4    I mean, if you gave me -- you said earlier, like,
 5    are people on Twitter?  And I don't know if
 6    they're speculating.  I don't know if they're
 7    investing.  I don't know what they're doing.
 8    And -- and maybe some are buying XRP to make
 9    payments overseas or maybe they're -- I don't
10    know.
11        Q.   Okay.  Do you know if people were buying
12    XRP for payment flows in April of 2017?
13        A.   I -- I don't know.
14        Q.   Okay.  Was Ripple selling XRP for
15    payment flows in 2017?
16             MR. CERESNEY:  Objection; form.
17        A.   I mean, I -- I think some of our
18    employees were accepting compensation in XRP at
19    that time.  And so I suppose, by definition,
20    that's payment flows.  And I'm aware of those,
21    but, you know, I don't know.
22        Q.   So when you say "payment flows," that
23    includes paying someone, like, their compensation?
24        A.   I think that's a payment, so, yes.
25        Q.   Okay.
```

378

```
 1                    MR. TENREIRO:  Let's do this 13
 2           and then take a break.  This will be a
 3           short one.
 4                    MR. SOLOMON:  Yeah.  It's been
 5           over an hour.
 6                    (Whereupon, exhibit is received
 7           and marked Garlinghouse Deposition
 8           Exhibit 13 for identification.)
 9                    MR. TENREIRO:  So this is a
10           two-page email, RPLI_SEC 763477.
11                    (Pause)
12    BY MR. TENREIRO:
13        Q.   Okay.  Who's                 ?
14        A.   I don't know.
15        Q.   Have you ever met him?
16        A.   I don't believe so.
17        Q.   Okay.  Having read this email, is it
18    fair -- what is this email about, generally, other
19    than the colorful language?
20        A.   I think         --
21                    MR. SOLOMON:  Is there anything
22           on this that's colorful language?
23                    MR. TENREIRO:  Well, he says,
24           "Hey, how about making it less difficult
25           to actually buy XRP you retards."
```

379

```
 1          A.   I mean, I don't know how seriously to
 2   take an email that, you know, starts with a
 3   subject line that says "Fuck you."
 4          Q.   Fair enough.  But what is the email
 5   about?
 6          A.   The email is about a gentleman who
 7   claims to be named ▄▄▄▄▄▄▄▄▄   I have no
 8   idea.  It's a Gmail address.  And he is expressing
 9   his frustration and viewpoints on Yahoo and AOL
10   and what the Ripple website looks like and thinks
11   we need to pull our heads out of our ass to get
12   this shit on track.
13          Q.   Why did you respond?
14               MR. SOLOMON:  Great question.
15          A.   It was 9:41 p.m. on March 22nd.  I don't
16   know what day of the week that is.  I'm guessing
17   it was late at night and I was on email and --
18          Q.   It was Wednesday.
19          A.   How do you know it's Wednesday?
20          Q.   Because it says it.
21          A.   Oh, sorry.
22               MR. SOLOMON:  I hadn't seen that
23        too.
24          A.   Sorry.  Sorry.  I don't know why I
25   replied.
```

380

```
1         Q.   And he's telling you "Please, God, bring
2    the rain soon.  Been waiting four years on Ripple
3    to hit."
4              Do you see that?
5         A.   I did not see that one.  Where is that
6    one?
7         Q.   It's on number 3 of his bullets.
8         A.   Yes, I see that.
9         Q.   He's talking about XRP when he says
10   "four years on Ripple to hit," right?
11        A.   I guess.
12        Q.   Well --
13        A.   I mean, as I said earlier, I think any
14   email with the subject line "Fuck you" and that I
15   signed off with "FURB" --
16        Q.   Meaning?
17        A.   Fuck you right back.
18        Q.   Like the song?
19        A.   You know, that's funny you say that
20   because I don't know -- I don't know that
21   reference, but I think -- I think that's right,
22   yeah.
23        Q.   All right.  So you responded to the
24   email and you said "I've been personally buying
25   XRP in January and February (and early in March).
```

1  You are not alone in your expectations."
2         What expectations are you talking about,
3  Mr. Garlinghouse?
4      A.   I -- I don't want to put too much
5  credibility in an email that starts with "Fuck
6  you" that is from an anonymous person that I'm
7  replying with a little bit, obviously,
8  tongue-in-cheek.  And so I don't know what my
9  assertions were.
10     Q.   But, I mean, you have told me today
11 you're very busy sometimes.  You don't read every
12 email.  You responded to this email.  So there
13 must have been some significance to you to the
14 email and you responded by saying "You are not
15 alone in your expectations."
16        What expectations are you talking about?
17     A.   To -- I mean, to be fair, you're asking
18 about an email from four and a half years ago that
19 is, again, the subject line "Fuck you" and you're
20 asking me what expectations I had.  I have no
21 idea.
22     Q.   Okay.  Did you in March of 2017 have
23 expectations that Ripple might hit?
24     A.   I -- I -- I have no idea.
25     Q.   Were you in March of 2017 treating

 1   whatever holdings of XRP you had as an investment?

 2            MR. CERESNEY:  Objection to form.

 3        A.   I guess in my layperson's expectations,

 4   you know, I was holding XRP.  Does that mean it's

 5   an investment?  I -- you know, I can debate the

 6   meaning of that.  But, you know, again, I don't

 7   know what my expectations are.  I'm not -- I don't

 8   think putting a lot of weight in an email with the

 9   subject line "Fuck you" is something -- again,

10   it's late at night.  Who knows?  Maybe it's a

11   Wednesday night I'd had three drinks at dinner and

12   I decided to speak kind of funny to engage this

13   guy.

14        Q.   Did you in March of 2017 hope that the

15   price of XRP that you held went up?

16        A.   Well, I think I've -- and I've said to

17   the SEC from, I think, the first meeting I had

18   with the SEC, I won't pretend not to be a

19   capitalist.  And if you own something, then you

20   wanted the value of that to increase.

21        Q.   Okay.

22            MR. TENREIRO:  Let's go off the

23       record for a break.

24            THE VIDEOGRAPHER:  Going off the

25       record, 4:54.

```
 1                    (Whereupon, a recess is taken.)
 2                    THE VIDEOGRAPHER:  Okay.  Back on
 3          the record, 5:16.
 4     BY MR. TENREIRO:
 5          Q.   Okay.  Mr. Garlinghouse, I think earlier
 6     today you said -- and you just correct me -- that
 7     ▮▮▮▮▮▮▮▮▮ owned XRP.
 8          A.   I think that was my testimony, yes.
 9          Q.   Okay.  Did you have an understanding as
10     to whether he was investing in XRP?
11          A.   No.
12          Q.   Did you discuss with him why he was
13     buying XRP?
14          A.   He didn't buy XRP.
15          Q.   Then how did he get it?
16          A.   Predating my arrival at Ripple, he
17     participated in one of the XRP giveaways is my
18     understanding.
19          Q.   Did you discuss with him why he was
20     holding it?
21          A.   I think he asked me -- and this is, I
22     think, before I had started at Ripple.  And he
23     asked me what I thought he should do with it.  And
24     I think I said "I would just hold on to it."
25          Q.   Why?  Why did you say that?
```

384

```
1        A.   I'm not sure I knew what XRP really was
2   before I started at Ripple.  I'm not sure I had
3   any perspective other than -- I didn't know how
4   much XRP he got through giveaways.
5        Q.   Well, then, why did you tell him to hold
6   it? I guess is the question.
7        A.   Okay.  His options were what?  To hold
8   it or sell it?  I don't know how many he had.  I
9   don't know what it was worth.  I know enough about
10  ███████████    financial picture that it wasn't
11  material one way or another.
12       Q.   You do know enough about his financial
13  picture?
14       A.   I do know enough about -- enough about
15  his financial picture that I would be surprised if
16  whatever the giveaway he participated in would
17  have been material.
18       Q.   Okay.  So his option was to hold it or
19  sell it at the time?
20       A.   I think that's right.  I can't think of
21  anything else.
22       Q.   Okay.
23            MR. TENREIRO:  Let's look at
24        Exhibit 18, please.  I think I have it
25        here.
```

```
1                    Okay.  Thanks.  I have it, Mark.

2         I have it.

3                    (Whereupon, exhibit is received

4         and marked Garlinghouse Deposition

5         Exhibit 18 for identification.)

6    BY MR. TENREIRO:

7         Q.   And, you know, we -- as I pass you

8    these, we've looked at 15 and 16 -- sorry.

9    Maybe -- sorry.  We looked at 16 and 17.  I think

10   those were April 2017 emails.

11                  Exhibit 18 is May 1st, 2017, one page,

12   SEC-    RIPPLE -- actually, two pages -- 10934.

13   Please take a moment to look at it.

14                  (Pause)

15        Q.   Okay.  Mr. Garlinghouse, do you see the

16   reference in this email in the fourth full

17   paragraph to how XRP was hovering around a nickel

18   and it was up over 800 percent from where it began

19   the year?  Do you see that?

20        A.   Yes.

21        Q.   Then it says "Interest in XRP is

22   continuing to grow and we've only just begun our

23   focused efforts to build its liquidity."

24                  Do you see that?

25        A.   Yes.
```

386

```
 1          Q.    Then you say "To this end, we recently
 2    released our Q1 2017 Markets Report, an important
 3    way that we demonstrate our commitment to the XRP
 4    ecosystem and continually improve the health of
 5    XRP markets globally."
 6          Do you see that?
 7          A.    Yes.
 8          Q.    Is that a true statement, that the
 9    Markets Report was a way for Ripple to demonstrate
10    its commitment to the XRP ecosystem?
11          A.    I think, as I testified earlier today,
12    that the Markets Report has been a way to improve
13    transparency, understanding, and I think as we
14    start every Markets Report, kind of a call to
15    action for everybody in the industry to improve
16    transparency.  I think we have consistently
17    indicated our desire to improve and increase the
18    liquidity in the XRP market.  That's good for
19    Ripple's strategy as well as anyone who's
20    participating in the XRP market.
21          Q.    But when you say demon -- is it true
22    that the Markets Reports are a way for Ripple to
23    demonstrate its commitment to the XRP ecosystem?
24    Is that true?
25          A.    I -- I mean, I'm reading what is there.
```

387

```
 1    I don't recall writing this.  I -- I think, as --
 2    well, I don't know what I thought when I wrote --
 3    when this was written.
 4         Q.   Sitting here today, is one of the
 5    purposes of the Market Report to demonstrate
 6    Ripple's commitment to the XRP ecosystem?
 7         A.   Sitting here today, as I just testified,
 8    I would say the Markets Report is to drive
 9    transparency of and clarity of information around
10    the XRP markets.  As I sit here today, is it -- is
11    it a demonstration of a commitment?  It is one
12    of -- one of many ways that we seek to make the
13    XRP markets robust, healthy, transparent.  All of
14    the above.
15         Q.   And that is true today as well, up
16    through today?
17         A.   I think that's fair.
18         Q.   Okay.  Later you talk about "connecting
19    the dots" again.  "The big takeaway with the
20    market is clearly connecting the dots that banks
21    which join the Ripple network today are
22    prospective users of XRP liquidity in the future."
23              Do you see that?
24         A.   I do see that.
25         Q.   Okay.  So is it fair to say that in May,
```

1    just like in April, your view was that the XRP

2    price rally in part could be derived from

3    participants in the market responding to efforts

4    that Ripple had made?

5              MR. SOLOMON:  Objection; form.

6         A.   I -- I think -- as I testified earlier,

7    I think in parts of 2017 in my tenure at Ripple, I

8    believed that Ripple's activities may have an

9    impact on the XRP market.  I'm less convinced of

10   that as I sit here today.

11        Q.   Understood.

12             And is it fair to say that in 2017 one

13   of your specific goals at Ripple was to increase

14   speculation in the market for XRP?

15             MR. SOLOMON:  Objection; form.

16        Q.   You can look --

17        A.   Are you taking that from this email --

18             (Indiscernible cross talk;

19        reporter requests one speaker.)

20        Q.   You are welcome to look at the email.

21   My question is -- set aside the email -- is it

22   true that in 2017, one of your goals was to

23   increase speculation in the market for XRP?

24             MR. SOLOMON:  Objection; form.

25        A.   I would say sitting here today, my

389

```
1    recollection of 2017 priorities was to increase
2    liquidity in the XRP markets and in whatever ways
3    that could take.  To the extent that was through
4    speculation, I think that would drive liquidity.
5    So I think that's yes.
6         Q.   All right.  And just so that we're on
7    the same page, when we talk about speculation with
8    respect to the market for an asset, what -- what
9    are you -- what do you mean when you say
10   "speculation"?
11        A.   Well, I think people speculate on the
12   price of something.  And, you know, I think I used
13   the example earlier today that the price of XRP
14   might be, using this time period, four and a half
15   cents on one exchange and five cents on another
16   exchange and people are speculating and trading
17   that arb and seek -- seeking a -- a return.
18        Q.   So what you just referred to as "arb,"
19   do you mean arbitrage?
20        A.   Correct.
21        Q.   Okay.  And does speculating include
22   speculating on price movements?  For example, I
23   could speculate that it might go down; I could
24   speculate that it might go up?
25                  MR. SOLOMON:  Objection; form.
```

1      A.    I think speculators speculate.

2      Q.    Speculate --

3      A.    So, yes.  Some people speculate it's

4  going to go up; some people speculate it's going

5  to go down.  That's what makes the market.

6      Q.    Right.

7            And so isn't it fair to say there's a

8  distinction between speculating on the asset and

9  using the asset, such as in your pork belly

10  example?

11            MR. SOLOMON:  Objection; form.

12      A.    I was making the point that people

13  speculate on the price of pork bellies.

14      Q.    Right.

15      A.    I think -- so can you repeat the

16  question, please?

17      Q.    When you -- when you -- this is not a

18  legal question or anything like that.  This is a

19  question of you as a businessman.

20            When you say the word "speculating," is

21  there a distinction in your mind between someone

22  who speculates on price movements or price

23  arbitrage and someone who acquires the asset to

24  use it?  So to, like, eat the pork bellies in the

25  example you gave.

```
1           A.    So at the beginning of that question you
2      said this isn't a legal thing.  It's hard for
3      me -- I mean, this is a legal experience, right?
4      I'm testifying in a legal -- and I'm being asked
5      to give things that will be used as legal.  So I
6      don't know exactly what to do with that first
7      comment.  I think it's important that we, as much
8      as possible, have a shared understanding of some
9      of these words.
10                MR. SOLOMON:  Tell him you don't
11           understand.  Ask him to rephrase it.  If
12           you can't answer the question, then don't
13           answer the question.  You have to
14           understand the question to answer the
15           question.
16                THE WITNESS:  Okay.
17           A.    Can you repeat the question?
18           Q.    Yeah.  As a businessman, when you use
19      the word "speculating," does that include -- if
20      you say that someone is speculating on an asset,
21      does that include someone who is using the asset?
22                MR. SOLOMON:  You're asking him
23           today, on September 20, 2021, when he uses
24           the word "speculate," what does he mean by
25           that?
```

392

```
 1                    MR. TENREIRO:  Yes.

 2                    MR. SOLOMON:  Or in prior

 3          emails or --

 4                    MR. TENREIRO:  Today.

 5          A.    I think if someone goes to the grocery

 6     store and buys bacon, they're not speculating on

 7     the price of pork bellies.

 8          Q.    Okay.  And has your understanding of

 9     speculating as a businessman changed over time?

10          A.    I don't know that it's changed over

11     time.  I think I have learned, frankly, as it

12     relates to the SEC's investigation and litigation,

13     that there are nuances in how some of these words

14     are used which can be consequential.

15          Q.    Consequential for whether something is

16     deemed to be a security?

17                    MR. CERESNEY:  Objection; form.

18          A.    Consequential to legal interpretations.

19          Q.    When did you learn that?

20          A.    During the course of this, what started

21     as, I think, an inquiry into an investigation,

22     into a litigation.

23          Q.    Can you pinpoint more precisely in time

24     when you learned this?

25          A.    I -- I don't have any specific rec --
```

```
 1    recollection.

 2         Q.   Okay.  Let's take a look at Exhibit 87,

 3    please.  This is just a one-page document.

 4                   (Whereupon, exhibit is received

 5          and marked Garlinghouse Deposition

 6          Exhibit 87 for identification.)

 7                   MR. TENREIRO:  Here we go.

 8                   (Pause)

 9    BY MR. TENREIRO:

10         Q.   Okay.  What is this email?

11         A.   This is an email from Monica Long to me

12    on March 26th to set an agenda for our one-on-one

13    meeting.

14         Q.   How often did you have one-on-one

15    meetings with her?

16         A.   Typically weekly.

17         Q.   Okay.  And she says "For discussion,"

18    and she has several bullets -- three bullets and

19    then some sub bullets.

20              Do you see that?

21         A.   Yes.

22         Q.   She says "XRP marketing - lessons thus

23    far from Ethereum - plus initial thoughts on a

24    plan."

25              Do you see that?
```

394

```
1            A.    I do.
2            Q.    What plan did you have with respect to
3     XRP marketing?
4            A.    I don't recall.
5            Q.    To the extent Ripple engaged in XRP
6     marketing, what was the purpose of marketing XRP?
7            A.    I don't recall.
8            Q.    Okay.  What other participants in the
9     XRP ecosystem, sitting here today, do you know
10    that market XRP?
11           A.    In 2021?
12           Q.    Yeah.
13           A.    Well, I think there are companies in
14    2021 that use XRP and, by extension, market XRP, I
15    suppose.
16           Q.    So I'm asking you what companies market
17    XRP, like the term "marketing."
18                 Is the term "marketing" here referring
19    to sort of ad efforts or publicity experts?
20                     MR. SOLOMON:  Objection; calls
21            for speculation.
22           Q.    To the extent you were talking to
23    Ms. Long.
24           A.    I don't know.
25           Q.    Okay.  What companies, sitting here
```

1    today, engaged in efforts to publicit -- to

2    make -- to create publicity for XRP?

3         A.    I mean, I think, you know, during the

4    course of, you know, the expansion of participants

5    in the XRP market, there's people doing, I mean, a

6    host of things.  When I say they're marketing XRP,

7    I -- I don't know.  There's certainly a number of

8    companies that use and build on top of the XRP

9    Ledger.  Are they, like, using the XRP Ledger and

10   deriving usage of the XRP Ledger?  Are they

11   marketing XRP?  I don't know.

12        Q.    I was asking for publicity efforts now,

13   but --

14        A.    Oh.  Sorry.

15             Could you repeat the question then that

16   you are asking me to answer?

17        Q.    Sure.

18             What companies, sitting here today, are

19   you aware of engaged in publicity efforts for XRP?

20        A.    I don't know.

21        Q.    What companies were engaged with

22   publicity efforts with respect to XRP in 2017

23   around the time of this email?

24        A.    I don't know.

25        Q.    Does Ripple have engineers in its

1    employ?  Computer scientists?

2         A.    Yes.

3                   MR. SOLOMON:  Objection; form.

4         Q.    How many?

5         A.    How many engineers did we have in 2017

6    or today?

7         Q.    Let's start with 2017.

8         A.    I would guess 60 to 70.

9         Q.    How many employees did Ripple have in

10   total around that time?

11        A.    You know, 150 to 200.

12        Q.    So about a third of the workforce was

13   the computer scientists?

14        A.    Usually it's a little higher percentage

15   than that.

16        Q.    What percentage is it today, roughly?

17        A.    I hope it's over ▮

18        Q.    Why do you hope?

19        A.    I think, as a technology centric

20   company, having a talented group of engineers is

21   foundational to success.

22        Q.    How so?

23        A.    If you're seeking to build technology

24   products, if you don't have people doing the

25   coding, you're not going to get very far.

```
 1          Q.    Is it fair to say that over the course
 2     of the time you've been at Ripple, Ripple
 3     engineers have worked on the code for the XRP
 4     Ledger?
 5                 MR. SOLOMON:  Objection; form.
 6          A.    Can you repeat the question?
 7          Q.    Is it fair to say that over the course
 8     of the time you've been at Ripple, Ripple
 9     engineers have worked on the code for the XRP --
10     the XRP Ledger?
11                 MR. SOLOMON:  Objection; form.
12          A.    Yes.
13          Q.    Have they improved it, made efforts to
14     improve it, like the speed of it, for example?
15          A.    Yes.
16          Q.    And is their work with respect to the
17     XRP Ledger important to Ripple?
18                 MR. SOLOMON:  Objection; form.
19          A.    The efficiency of the XRP Ledger is
20     important to Ripple.  For the employees at Ripple
21     who contribute open-source cord -- code to the XRP
22     Ledger, those improvements are important.  There's
23     obviously people outside of Ripple who contribute
24     open-source code to the XRP Ledger also and their
25     contributions are important also.
```

398

```
 1        Q.   And what -- what percentage -- how many
 2   validator nodes are on the Ledger?
 3        A.   I think it depends a little on how you
 4   define a validator node because there's some
 5   validators that people don't pay attention to.
 6   But, typically, I have referenced that there's
 7   about 150 validators on the XRP Ledger that are of
 8   consequence, let's say.
 9        Q.   Where did you get that information from?
10        A.   Someone internal to Ripple.  I'm not
11   sure who.
12        Q.   150 now, in 2017, or at what point?
13        A.   I -- I don't know.
14        Q.   Okay.  When you reference 150
15   validators, how many of them were in China?
16        A.   I don't know.
17        Q.   How many of them were in the United
18   States?
19        A.   I don't know.
20        Q.   Do you know where any of the validators'
21   nodes are?
22        A.   Yeah.
23        Q.   Which ones?  Ripple's?
24        A.   No.
25        Q.   Where are the ones you know?
```

399

1          A.   I know there is one at a data center in

2     Tokyo.  I know there's one at the University of

3     Kansas.  I know there's one -- I -- you know, my

4     familiarity is they're distributed at various

5     companies and data centers that have an interest

6     in the XRP Ledger.

7          Q.   Is it fair to say -- I won't computer

8     science quiz you, but fair to say that on the

9     Ripple Ledger, a node pays attention to

10    transactions confirmed by 80 percent --

11               THE REPORTER:  I'm sorry.  A

12         node?

13               MR. TENREIRO:  A node.

14         Q.   -- pays attention to transactions

15    confirmed by 80 percent of the nodes on that

16    node's trusted nodes list?

17               MR. SOLOMON:  Objection; form.

18         A.   I -- I think you asked the question --

19    if I could read it back and -- refer me.  But you

20    referred to it as a "Ripple Ledger" and I don't

21    know what that is.

22         Q.   The XRP Ledger.

23         A.   Would you repeat the question, then?

24         Q.   Is it fair to say that on the XRP

25    Ledger, a node pays attention to transactions

1    confirmed by 80 percent of the nodes on that

2    node's trusted nodes list or UNL?

3        A.   I think that's fair.

4        Q.   Okay.  So you said there were about 150

5    nodes that matter, quote/unquote?

6        A.   I think that was my testimony, yes.

7        Q.   Okay.  Quickly doing some math, times 5,

8    750.  Okay.

9            So if I -- what's to stop China from

10   putting 600 nodes on the XRP Ledger such that it

11   would gain control over 80 percent of the now

12   resulting 750 nodes?

13            MR. SOLOMON:  Objection; form.

14       A.   I mean, David Schwartz would be a better

15   person to ask some of these questions.  But it

16   depends upon which nodes the other nodes are

17   listening to.

18       Q.   Okay.  So if China added 600 nodes to

19   the XRP Ledger, could it not gain control over the

20   XRP Ledger?

21       A.   If all -- if the other nodes listened to

22   those 600, then, hypothetically, yes.

23       Q.   Is there anything to stop those other

24   nodes from listening to the 600?

25       A.   Yes.

401

1          Q.    What is?

2          A.    What other nodes those nodes choose to

3     listen to.

4          Q.    Well, I'm sorry.  What stops one node

5     from deciding to listen to the new 600 nodes in my

6     hypothetical?

7          A.    Whoever is managing that node and what

8     other nodes they choose to listen to.

9          Q.    So, in other words, people can talk to

10    each other about what nodes they listen to?

11         A.    I -- I -- I don't know how that happens.

12         Q.    Okay.  Other than the individual -- each

13    individual node selects a list of nodes they

14    listen to, is that right?

15                MR. SOLOMON:  Objection; form.

16         A.    I mean, my macro response is I'm not the

17    best person to ask these questions of.

18         Q.    Do -- sitting here today, do you have an

19    understanding as to whether or not China could

20    take control over the XRP Ledger?

21         A.    I feel like I have an understanding that

22    I trust a number of very talented engineers, both

23    inside and outside the company, that would tell

24    you that's not possible.

25         Q.    Okay.  When you were engaged -- when

1    Ripple was talking to potential Series C

2    investors, was there a question about whether

3    there were nodes in the XRP Ledgers in Iran?

4          A.    I don't recall.

5          Q.    Are there XRP Ledger nodes in Iran?

6          A.    I don't know.

7          Q.    Okay.  Is there anything that could stop

8    the Iranian government from putting nodes on the

9    XRP Ledger?

10         A.    Not that I'm aware of.

11         Q.    Okay.  You've talked publicly about how

12   China could potentially control the bitcoin

13   blockchain, right?

14         A.    Yes.

15         Q.    Okay.  So what is that understanding

16   based on?

17         A.    Articles I read.

18         Q.    Where?

19         A.    On the internet.

20         Q.    Anywhere else?  Well, articles in

21   magazines or just the internet?

22         A.    I don't really read magazines anymore.

23   Just the internet.

24         Q.    All right.  Anything else other than

25   articles?

1          A.    People I trust and respect who are

2     well-versed in the technology of the bitcoin

3     blockchain and understand 51 percent attacks.

4          Q.    Such as whom?

5          A.    David Schwartz.

6          Q.    And has he told you about whether -- in

7     connection with these conversations, has he told

8     you about any risk that China could take over the

9     XRP blockchain?

10         A.    No.

11         Q.    Have you discussed that with him either

12    way?

13         A.    I don't recall.

14         Q.    Well, when you were discussing sort of

15    the potential of China to take over the bitcoin

16    blockchain, did you say to him, "Hey, could that

17    happen in the XRP blockchain"?

18               MR. SOLOMON:  Objection; asked

19          and answered.

20         Q.    Ripple has an interest in the XRP

21    blockchain, generally speaking.  Is that fair?

22               THE REPORTER:  Repeat.

23         Q.    Ripple has an interest in the XRP

24    blockchain.  Is that fair?

25               MR. CERESNEY:  Objection; form.

404

1          A.    Ripple has an interest in the XRP

2    Ledger, yes.

3          Q.    Okay.  And to the extent that you

4    discussed the China issue with respect to the

5    bitcoin blockchain with Mr. Schwartz, did you not,

6    as the CEO of Ripple, ask him Is that a risk that

7    the XRP Ledger faces?

8               MR. SOLOMON:  Objection; asked

9          and answered, form.

10         A.    The -- what commonly is referred to as a

11   51 percent attack is a output of being proof of

12   work-based.  The XRP Ledger doesn't use proof of

13   work.  There have been successful 51 percent

14   attacks on proof of work-based blockchains like

15   the Ethereum Classic blockchain.  There have not

16   been successful attacks, to my knowledge, on what

17   we commonly refer to as the consensus mechanism to

18   validate transactions which other blockchains use.

19         Q.    Well, have there been forks on that

20   blockchain?

21              THE REPORTER:  Have there been?

22              MR. TENREIRO:  Forks, F-O-R-K.

23              MR. SOLOMON:  I'm sorry, on which

24         blockchain?

25              MR. TENREIRO:  XRP blockchain.

1          XRP Ledger.

2          A.   How do you define "fork"?

3          Q.   However you define -- do you understand

4     a fork on a distributed ledger?

5          A.   You asked me a question and I want to

6     make sure I answer it and you used the word

7     "fork."  I'm just asking how you're using the word

8     "fork" to make sure I get it right.

9          Q.   Let's start again.

10          Do you understand if someone speaks of a

11    fork on a distributed ledger what that means?

12          A.   I believe I do, yes.

13          Q.   What does it mean to you?

14          A.   As an example, the bitcoin blockchain

15    has forked a number of times.  And so that it

16    takes all previous transactions and then there's a

17    new fork that carries those transactions forward.

18          Q.   Has that occurred on the XRP Ledger?

19          A.   Not to my knowledge.

20          Q.   Okay.  Back to the email, is it fair to

21    say that one of the Q2 priorities for 2017 was

22    drive XRP speculation?

23          A.   I see in Monica Long's agenda that she

24    wants to talk about her future priorities and she

25    has listed a sub bullet called "drive XRP

1    speculation."

2        Q.   And did you discuss it with her?

3        A.   I don't know.

4        Q.   Did you tell her -- did she implement

5    this agenda?

6        A.   I don't know.

7        Q.   All right.

8             MR. SOLOMON:  Do you want to take

9        a 30-second break?  Short break.  Just 30

10       seconds off the record.

11            MR. TENREIRO:  Sure.

12            THE VIDEOGRAPHER:  Okay.  Going

13       off the record at 5:42.

14            (Pause)

15            THE VIDEOGRAPHER:  Okay.  Back on

16       the record, 5:53.

17   BY MR. TENREIRO:

18       Q.   Mr. Garlinghouse, did there come a time

19   when you asked some of your PR people to help you

20   identify likes on your tweets that you went back

21   and removed?

22       A.   I believe, yes.

23       Q.   And why did you do that?

24       A.   When I got hacked in 2017, a number of

25   other people got hacked at the same time that were

1    connected to me in one way or another.  And it was

2    my hypothesis, belief, and I believe to be the

3    case, that the hackers went after people who were

4    associated with me, particularly as they had

5    seemed to discover via Twitter.

6        Q.   So your testimony is that the unliking

7    of likes was because of the hack?

8        A.   My recollection is that I went through

9    the trouble of deleting all Twitter posts that I

10   had posted prior to joining Ripple and, you know,

11   cleaned up my Twitter account to reduce -- to

12   remove any personal information or just things

13   that a bad actor might be able to take advantage

14   of.

15       Q.   Separate from that, did you go back to

16   unlike likes that you had made on Twitter?

17       A.   Not that I recall.

18       Q.   All right.  Let's take a look at Exhibit

19   36.  No, 35.  Sorry.

20               (Whereupon, exhibit is received

21           and marked Garlinghouse Deposition

22           Exhibit 35 for identification.)

23   BY MR. TENREIRO:

24       Q.   And this appears to be a series of

25   texts, GARL_Civil_ 982.  It's mostly images, but

```
 1    take a look.
 2              (Pause)
 3         Q.   All right.  Do you see your phone number
 4    in this exhibit?
 5         A.   Yes.
 6         Q.   Okay.  Fair to say it appears to be a
 7    series of texts between you and           ▮
 8         A.   Yes.
 9         Q.   And the date on the first -- on the
10    first page says "Saturday, 13 January 2018."
11              Do you see that?
12         A.   Yes.
13         Q.   Okay.  Here you say "Can your team go
14    through these and LMK if I've 'liked' anything
15    that is XRP price related?"
16              And then, in the following message, you
17    link her to your likes, is that correct?
18         A.   I believe that is correct.
19         Q.   "LMK" means let me know, right?
20         A.   Yes.
21         Q.   Okay.  Why did you ask her to go look to
22    see if you had liked anything XRP price related?
23         A.   I don't know.
24         Q.   Okay.  And then the next series of pages
25    are several tweets that you had liked.  And you
```

```
 1    say on the page that has 990 at the bottom,

 2    "Okay - have cleaned up the 'likes.'

 3             Do you see that?

 4        A.   I -- I see the text you're seeking --

 5    "Okay, I cleaned up the likes."  I don't actually

 6    have the -- from what is here, I'm interpreting

 7    that these are tweets that I may have liked.

 8    That's not obvious to me from what is in front of

 9    me.  And since I don't recall, I don't know that

10    to be the case.

11        Q.   Well, we can take a look at them.

12             MR. TENREIRO:  Let's look at 36,

13         for example.

14        A.   Okay.

15             (Whereupon, exhibit is received

16         and marked Garlinghouse Deposition

17         Exhibit 36 for identification.)

18             MS. BUNTING:  What exhibit is

19         this?

20             MR. TENREIRO:  36.

21             MS. BUNTING:  36.  Thank you.

22    BY MR. TENREIRO:

23        Q.   This appears to be a tweet that you made

24    on October 17th about Ben Bernanke.

25             And then a response that says "Shitting
```

1    on Bitcoin will not increase the price of XRP.

2    Don't forget that most of us, investing in both

3    XRP and BTC."

4            Do you see that?

5        A.   Yes.

6        Q.   Okay.  So have you liked the "Shitting

7    on bitcoin" tweets at some point and then removed

8    the like?

9        A.   I don't know.

10       Q.   Okay.  Why were you removing likes from

11   anything XRP price related?

12       A.   I don't know.

13       Q.   Was there a -- I think we just saw some

14   emails earlier today to the board and to investors

15   where you were talking about the increase in the

16   price of XRP.  Is that fair?  If you need to go

17   back to them, go ahead.

18       A.   Can you repeat the question?

19       Q.   In -- we just saw today emails from

20   2017 -- I think we saw April; I think we saw

21   May -- where you were discussing the increases in

22   the price of XRP, XRP rally, et cetera, is that

23   correct?

24       A.   Yes.

25       Q.   You were discussing the price of XRP in

```
 1   those communications, correct?

 2        A.   Yes.

 3        Q.   Including to holders of XRP, is that

 4   correct?

 5             MR. SOLOMON:  Objection; form.

 6        A.   I don't know -- I mean, when you say

 7   "holders of XRP," I mean, you earlier pointed out

 8   that there are -- people on the board received

 9   those communications.  And some of those people on

10   the board held XRP.  So, I guess, yes.

11        Q.   And some of Ripple's shareholders also

12   held XRP, correct?

13        A.   I don't know.

14        Q.   You -- have you ever come to know

15   whether XRP -- whether Ripple's shareholders were

16   also holders of XRP?

17        A.   I mean, of the 200 shareholders, do some

18   of them hold XRP?  I think that's probably yes.  I

19   don't -- I mean, I can think of -- well, Chris

20   Larsen would be an example of yes.

21        Q.   ▆▆▆▆?

22        A.   I don't know if ▆▆▆▆ still holds XRP.

23        Q.   Back in 2017?

24        A.   I don't know when they liquidated their

25   XRP.
```

1      Q.  ████████?

2      A.  I -- I -- I don't personally know what

3  ████████ does with his XRP.  So I don't know

4  what he held when.

5      Q.  ████████  ████████

6  (pronunciation)?

7      A.  He would not have been on those

8  distributions, I don't think.  He's not a

9  shareholder.

10     Q.  He was not -- he was not an advisor

11  either?

12     A.  I -- I don't know what -- I mean, I

13  don't -- we don't call him an advisor.  I don't

14  know if he's on the email distribution or not.

15     Q.  ████████?

16         MR. SOLOMON:  Are you asking him

17     whether these people who were equity

18     shareholders also held XRP units --

19         MR. TENREIRO:  Yes.

20         MR. SOLOMON:  -- to his

21     knowledge?  Okay.

22         I just want to make sure you

23     understand.

24         MR. TENREIRO:  Yeah.

25         MR. SOLOMON:  You were firing

413

```
 1          names at him.
 2              I just want to make sure you understand
 3     the premise of the question.
 4          A.   I don't know if            holds XRP
 5     or --
 6          Q.   As -- I'm sorry.
 7          A.   You know, either in his fund or
 8     personally.  I -- I -- I don't know.
 9          Q.   ███?
10          A.   I -- ███ does -- I do know that ███
11     ███████████ the joint venture, holds some
12     XRP.
13          Q.   Okay.  And ███ is copied on the emails
14     to Ripple's shareholders and advisors, correct?
15          A.   Yes.  The point I'm trying to make is
16     you're asking me -- I mean, is there a -- you've
17     highlighted of the couple hundred people that are
18     on the shareholders distribution, there's some
19     that I can definitively know have XRP.  The vast
20     majority of them, I have no idea.  I don't ask;
21     they don't share.  It's -- it's not -- it's like
22     asking them how much cash they have in the bank.
23          Q.   But you definitively knew that some of
24     them, in fact, held XRP?
25          A.   Yes.
```

414

1        Q.   Okay.  And in those emails, again, you

2    were discussing the XRP rally and the price

3    increases in XRP in 2017, right?

4        A.   Yes.

5              MR. SOLOMON:  Do you want to show

6         him the emails?

7              MR. TENREIRO:  They're right in

8         front of him if he wants to look at them

9         again.

10       Q.   And you've looked at them.

11             Have you -- generally speaking, there

12   was an increase in the price of crypto assets --

13   very generally speaking, in the year 2017, is that

14   correct?

15             MR. SOLOMON:  You've got to slow

16        down for me.

17             THE REPORTER:  You're going too

18        fast.

19       Q.   Very generally speaking, there was an

20   increase in the price of digital assets, crypto

21   assets, in the year 2017?

22       A.   Yes.  My recollection is there's a very

23   high correlation between digital assets and they

24   all seemed to rally in 2017.

25       Q.   And that included XRP?

415

1          A.    That included XRP.

2          Q.    And throughout the year 2017, you were

3     speaking about the increases in the price of XRP,

4     both publicly and also to Ripple's shareholders

5     and advisors?

6               MR. SOLOMON:   Objection; form.

7          A.    I don't recall if it was throughout the

8     year.  You've shown me examples from April and

9     May, which are April and May.

10         Q.    All right.  We'll get to December.

11              But what prompted you, after speaking

12    about the price of XRP at some points in 2017, to

13    then, in January of 2018, go back to delete likes

14    of tweets you made XRP price related?

15              MR. SOLOMON:   Objection; asked

16         and answered.

17         A.    I -- I -- yeah, I don't recall.  I don't

18    know.  And -- and I don't know that I did like

19    this.

20         Q.    Well --

21         A.    You have told me I liked this.  I'm not

22    aware that I liked this.

23         Q.    Well, I can't tell.  You -- somebody

24    deleted the like -- you deleted some likes,

25    correct?

416

```
 1                    MR. SOLOMON:  Objection.  Don't
 2          tell him what he's done.  Ask him what he
 3          remembers doing.
 4          Q.   You deleted some likes, correct?  You
 5     said in this text "Have cleaned up the likes."
 6          A.   I said that I cleaned up the likes, yes.
 7     I don't know if that means that I had liked this
 8     and unliked it or not.  I can't tell from this.
 9          Q.   When you say "cleaned up the likes,"
10     what did you mean?  Does that mean unlike?
11          A.   I -- I --
12                    MR. SOLOMON:  Objection; form.
13          A.   I didn't recall the text, and so I
14     certainly don't recall what I thought in 2017 when
15     I sent those texts.
16          Q.   On the next page of the texts, if you
17     can go back to that exhibit, which is 35, towards
18     the -- towards the end, the second-to-last page.
19               On the second-to-last page, you say "Can
20     your teams review David Schwartz tweets and likes
21     for particularly noteworthy"?
22               Do you see that?
23          A.   I do see that.
24          Q.   She asked you "When does this need to
25     get done?"
```

1        And then I'm skipping one message.  You
2   say "Prob depends on FT timing."
3        A.   Yes.
4        Q.   What does "FT timing" mean?
5        A.   When I read that the first time and I
6   read through it, I thought to myself I wonder what
7   that means and I don't know now what that means.
8        Q.   Did [ ] go through David
9   Schwartz' tweets and likes for particularly
10  noteworthy?
11       A.   I assume she did because she's pretty
12  diligent, but I don't know.
13       Q.   Did you instruct him to clean up likes
14  on his Twitter account?
15       A.   I don't recall.
16            MR. SOLOMON:  Objection.
17       Q.   At the end of the conversation, you say
18  "I spoke to David earlier today.  He is also
19  reviewing.  I'd like to keep traffic on this to a
20  minimum.  I will call you."
21            Why did you want to keep traffic on this
22  to a minimum?
23       A.   I -- I don't know.
24       Q.   What does "this" mean in the text?  Is
25  it the issue of cleaning up likes?

Case 1:20-cv-10832-AT-SN Document 664-15 Filed 09/13/23 Page 97 of 155

418

1      A.   I -- I don't know.  I don't remember
2   these texts and I don't remember what the impetus
3   was and I don't remember what I was thinking when
4   I sent that.
5           MR. TENREIRO:  Okay.  So let's
6       go -- are we ready or not yet?
7           MR. BAMBERGER:  Yeah, just going
8       to bring them out.
9           MR. TENREIRO:  Great.  Let's go
10      to Exhibit 78 while we wait.
11           (Whereupon, exhibit is received
12      and marked Garlinghouse Deposition
13      Exhibit 78 for identification.)
14   BY MR. TENREIRO:
15      Q.   Now we're in June.
16      (Pause)
17      Q.   And just while you're reading, I'm going
18   to state on the record 78 is a three-page email
19   thread, RPLI_SEC 54397.  And it appears to be
20   around June 5th, 2017.
21      (Pause)
22      Q.   All right.  Starting with the email,
23   this appears to be another update, is that fair to
24   say, the email that starts in the middle -- or
25   towards the top of page 2, rather, another

[9/20/2021] Garlinghouse, Bradley 9.20.2021

```
 1   investor and advisor update that you were sending?
 2        A.   Yes.
 3        Q.   All right.  And in this one, you also
 4   talk about the increase in XRP's price so far in
 5   2017.  You refer to a 5,000 percent increase, is
 6   that correct?
 7        A.   Yeah, I don't -- I didn't know if I
 8   catched the 5,000 percent reference.
 9        Q.   Yes.
10        A.   Yes, I see that now.  Yes.
11        Q.   Okay.  Further up you say "Despite a
12   proven track record of being good stewards of XRP,
13   we have continued to hear concerns in the market
14   that Ripple could (hypothetically) sell our 61
15   billion XRP at any time - a scenario that would
16   certainly be bad for Ripple."
17             Do you see that?
18        A.   Uh-huh.
19        Q.   And then you talk about the escrow,
20   right?
21        A.   Yes.
22        Q.   The proven track record, what -- what is
23   that track record?  What proved the track record
24   in your mind then?
25        A.   I guess, simplistically, the fact that
```

```
 1    we had never dumped XRP on the market, as some
 2    said it was hypothetically at risk, some continued
 3    to feel that because that risk existed, that the
 4    fact that we have proven that over a period of
 5    time we had not done things like that and, in
 6    fact, tried to do the opposite, there were still
 7    those who felt that risk existed.
 8         Q.   Is there anything else that proves this
 9    track record up to this point in time of being
10    good stewards of XRP other than the absence of the
11    dumping?
12         A.   I guess there's probably a myriad of
13    examples of how we have tried to be good stewards.
14    I think the mere fact that we started publishing a
15    quarterly XRP market update to try to find
16    transparency would be an example of trying to be a
17    good steward.
18         Q.   What about selling XRP programmatically
19    in ways to not affect the market for XRP?  Is that
20    a good -- an example of being a good steward?
21              MR. SOLOMON:  Objection; form.
22         A.   I think to the extent we have
23    consistently demonstrated a track record, we're
24    trying to make sure we don't impact the XRP
25    markets, would be evidence of being a good
```

421

1    steward.

2        Q.   But that includes not impacting it with

3    respect to your sales -- or with your sales?

4             MR. SOLOMON:   Objection; form.

5        Q.   Right?

6        A.   That's what I just said.

7        Q.   Okay.  Sorry if I misunderstood.

8             Was one of the reasons for the escrow to

9    remove that concern or hypothetical that some

10   people threw out there?

11            MR. SOLOMON:   Objection; form.

12       A.   And I think what I wrote at this time

13   was "We have given investors a predictable supply

14   schedule and removed what skeptics" -- sorry.  "So

15   with the decision to lock up 55 billion XRP in

16   escrow, we have given investors a predictable

17   supply schedule and removed what skeptics have

18   suggested has been a barrier to broad XRP

19   adoption."

20       Q.   Right.  And -- and the email -- and

21   absolutely you can look at or refer to.

22            But, just generally, was one of the

23   reasons for the escrow to remove that sort of

24   concern that people in the market had expressed to

25   Ripple about potential dumping?

422

```
 1         A.   I think that's what the email says.
 2         Q.   And was one of the purposes of the
 3    escrow to encourage speculation in XRP?
 4              MR. SOLOMON:   Objection; form.
 5              MR. CERESNEY:   Objection.
 6         A.   I think the -- my recollection, as
 7    consistent with what the email says, is to remove
 8    the concern that had been expressed that there was
 9    a risk that we would dump XRP in the market.
10         Q.   And was one of the purposes of removing
11    that concern to encourage speculation in XRP?
12    Again, you can look at the email or not.  I'm just
13    asking you for your memory of what was the purpose
14    behind the escrow.
15         A.   My recollection of the purpose of the
16    escrow is consistent with what is said here.
17         Q.   All right.  Further down you say "The
18    bottom line is that we are committed to making XRP
19    the best digital asset for payments."
20              Do you see that?
21         A.   Yes, I do see that.
22         Q.   How was Ripple planning on making XRP
23    the best digital asset for payments in -- when you
24    wrote this email in June of 2017?
25         A.   My rec -- my recollection in June of
```

1    2017 is that we were continuing to execute a

2    strategy to make XRP very, very liquid and very,

3    very fast, very, very low energy, such that it

4    could be used both with Ripple's products and

5    people outside of Ripple to take advantage of XRP

6    as a very efficient payment mechanism.

7        Q.    And the very, very fast and very, very

8    low energy, are those the efforts that the

9    engineers or computer scientists were engaged in?

10            MR. SOLOMON:  Objection; form.

11       A.    Ripple's engineers were engaged in a

12   whole bunch of things.  XRP, as an open-source

13   technology, can be contributed to by Ripple's

14   engineers and as well as non-Ripple engineers.

15       Q.    Right.

16            My question, though, was you said -- you

17   said "My recollection in June of 2017 is that we

18   were continuing to execute a strategy to make XRP

19   very, very liquid and very, very fast, very, very

20   low energy."

21            And my question is:  Who at Ripple was

22   continuing to execute a strategy to make XRP very,

23   very fast and very, very low energy in June 2017?

24       A.    I guess to be fair, at that point XRP

25   already was very, very fast and very, very low

424

1    energy.

2         Q.   So you were not at that point committed

3    to continuing those efforts?

4         A.   No.  I would guess if we looked back at

5    the, you know, scalability of the XRP Ledger,

6    there continued to be improvements in the

7    four-plus years since this email was written.

8         Q.   And were Ripple engineers participating

9    in making those improvements?

10        A.   I don't know.

11        Q.   Okay.  Is it true today that Ripple is

12   committed to making XRP the best digital asset for

13   payments?

14        A.   I mean, I would say today, as we have

15   obviously spoken about here and elsewhere, you

16   know, we want to see XRP be very, very liquid,

17   have a lot of utility, be very trusted.  One

18   manifestation of that is its use case around

19   payments and Ripple's use case largely around

20   institutional liquidity.

21        Q.   Okay.  The -- on the second page of the

22   email, someone named                    do you know who

23   that is?

24        A.   Yes.

25        Q.   Who is he?

[9/20/2021] Garlinghouse, Bradley 9.20.2021

1    A.   He is ███████████████████

2    Q.   Okay.  And does he hold XRP?

3    A.   I don't know.

4    Q.   Okay.  ███████████ says -- I'm looking

5    at the second page, Mr. Garlinghouse.  He says

6    "Congratulations," et cetera.  He talks "You will

7    have to conduct a seminar (for me at least) on the

8    dynamics of cryptocurrency markets and what drives

9    the staggering appreciation and/or volatility.  I

10   appreciate that the appreciation is likely not to

11   be a one-way trip."

12        Do you see that?

13   A.   Yes.

14   Q.   Is it fair -- and then, on the front

15   page, you say "On crypto I think there are four

16   drivers so far this year for XRP," and you list

17   four things.

18        Do you see that?

19   A.   Yes.

20   Q.   Okay.  And were you accurately

21   reflecting your beliefs as the time -- at the time

22   as to the factors that went into the increase in

23   price of XRP?

24   A.   I think I'm accurately reflecting, as

25   best I can, to ██████████████████████ who has

1    very little understanding of technology or

2    certainly the crypto market.

3         Q.   Explaining what you believed to be the

4    factors that went into the increase in price of

5    XRP?

6              MR. SOLOMON:   Objection; form.

7         A.   I think I'm as simplistically as

8    possible trying to, as I think he asked, "conduct

9    a seminar on the dynamics of cryptocurrency

10   markets and what drives the staggering

11   appreciation and/or volatility."

12             As I've testified earlier today, I think

13   that's a very, very, very hard thing to do, in

14   understanding what drives the volatility and

15   activity in the crypto markets even today, for

16   example.

17        Q.   In June of 2017, you had the view that

18   to the extent Ripple does well in announcing

19   customers, that could drive market interest in

20   buying XRP as a speculative investment, correct?

21        A.   You know, as I've testified earlier

22   today, I think there were times in 2017 that I had

23   the miscon -- the belief that -- and maybe

24   optimism perhaps -- that Ripple's activities had

25   in some ways touched the XRP markets.

427

1        Q.    And in 2017 you also believed that

2    announcements about new exchanges listing XRP also

3    created tailwinds for the XRP market, right?

4        A.    Yes.  The more exchanges that list XRP,

5    the more liquidity there is in the XRP market, the

6    more trading pairs there are in the XRP market.

7    And I think it's fair to call that tailwinds.

8        Q.    Well, here you're not talking about the

9    exchanges listed.  You're talking about

10   announcements about exchanges listed.

11            MR. SOLOMON:  Objection; form.

12       Q.    So my question is, is it fair to say

13   that in 2017 you believed that announcements about

14   exchanges listing XRP created tailwinds?

15       A.    I think you're making a distinction that

16   I'm not making.  Announcing a new exchange listing

17   and implementing a new exchange listing I kind of

18   view as one and the same.

19       Q.    Okay.  And tailwinds means good for the

20   market generally?  Or what does tailwinds mean?

21   It's your -- it's your email.

22            MR. SOLOMON:  Objection; form.

23       A.    When I use the word "tailwinds," I'm

24   usually suggesting that macro trends are positive

25   and constructive.  And so to the extent more

428

1     exchanges are listing XRP, it's creating more

2     liquidity in the XRP market, and I view that as

3     net positive for all participants in the XRP

4     market.

5          Q.   And, again, liquidity means, in your

6     mind, volume?

7               MR. SOLOMON:  Objection; asked

8          and answered.

9          A.   One critical aspect of liquidity I would

10    say is volume.

11         Q.   And before I move on, if you can go back

12    to your original email, when you talked about the

13    over 5,000 percent increase in the price of XRP,

14    you say "Ripple is worth more than all but four

15    U.S. start-ups."

16              Do you see that?

17         A.   Yes.

18         Q.   How were you valuing Ripple?  Ripple's

19    shares did not have, for example, like an actively

20    traded market at this time, right?

21              MR. SOLOMON:  Objection; form.

22         A.   That's correct.

23         Q.   How were you valuing Ripple when you

24    made this statement?

25         A.   It looks like I'm referencing a CNBC

1    article.  And so I'm looking at how CNBC may have

2    valued Ripple.

3        Q.   In -- in fact, you say, "In fact,

4    factoring in the 18 billion of XRP we own, Ripple

5    is worth more than all but four U.S. start-ups,"

6    right?

7        A.   That is what the email says and then it

8    links to an article that apparently I'm

9    referencing that I assume references the value of

10   Ripple.

11       Q.   What were Ripple's revenues from

12   software sales in June of 2017?

13       A.   I don't recall.

14       Q.   Magnitude?  Order of magnitude?

15       A.   In the ███████████████████

16   ███████████   millions.

17       Q.   Okay.  Let's look at Exhibit 32.

18                (Whereupon, exhibit is received

19        and marked Garlinghouse Deposition

20        Exhibit 32 for identification.)

21                MR. TENREIRO:  Here you go.

22                (Pause)

23   BY MR. TENREIRO:

24       Q.   All right.  In this email, the subject

25   is "Memes we should push."

1          Do you see that?

2     A.   Yes.

3     Q.   Memes we should push where?

4     A.   I don't know.

5     Q.   In public?

6          MR. SOLOMON:  Objection; asked

7      and answered.

8     A.   I don't know.

9     Q.   You say "There are two memes I think we

10   want to push aggressively (well, we really want to

11   push the first one - maybe/maybe not the second

12   one)."  The first one is XRP is -- now I'm not

13   reading.  I'm -- "XRP is the best performing

14   (digital) asset in 2017.  We are up more than

15   10,000 percent for the year."

16          Do you see that?

17    A.   Yes.

18    Q.   Why were you instructing the Hatch

19   Agency to aggressively push the meme that XRP was

20   up more than 10,000 percent for the year?

21          MR. SOLOMON:  Objection; form.

22    A.   I think to the extent I'm educating the

23   market about the advantages and differences

24   between XRP and the performance of XRP relative to

25   other digital assets, that is constructive in

431

1    getting more people doing things around the XRP

2    ecosystem which drives liquidity of the whole

3    ecosystem.

4         Q.   So you were -- you wanted the ██████

5    ██████ to aggressively push the concept of XRP's

6    rise in price in order to bring liquidity into the

7    ecosystem, is that correct?

8              MR. SOLOMON:  Objection.

9         A.   I think I'm -- I mean, it's a statement

10   of fact, I think -- I don't remember exactly --

11   that XRP, regardless of the reasons, outperformed.

12   And I think highlighting the unique, as I say --

13   "and makes XRP unique" -- I think uniquely --

14   "position to capitalize on the many opportunities

15   for digital assets."

16              I think the more people who are building

17   on top of, contributing to, and driving liquidity

18   in XRP markets, that's good for Ripple.  That's

19   good for all the participants in the XRP market.

20        Q.   And liquidity in your answer means, in

21   part at least, more volume of XRP trading?

22        A.   That's correct.

23        Q.   All right.  And then above you say, you

24   know, you can live stream and tweet storm some of

25   this information.

432

1          Do you see that?

2          A.   I do see that.

3          Q.   Did you engage in a tweet storm about

4    this topic?

5          A.   I -- this is over about four years ago.

6    I don't know the answer to that.

7          Q.   Above you say "At today's XRP prices,

8    Ripple is more valuable than every other private

9    company in Silicon Valley except for Uber."

10          Do you see that?

11          A.   I do see that.

12          Q.   How did you value Ripple in order to

13    make that statement?

14          A.   I presume I'm using the same -- what was

15    the last article you sent me?  The CNBC framework.

16    That they're looking at Ripple's holdings of XRP.

17          Q.   To value Ripple?

18          A.   I -- I don't remember this email, and so

19    I'm presuming -- I don't know what the date

20    comparisons are.  It's actually quite different

21    dates.  So I -- I presume some have looked at

22    Ripple and said Ripple owns a lot of XRP, as you

23    saw in the CNBC article, and so I'm probably using

24    that same logic.

25          Q.   Yeah.

433

1          And that CNBC article -- by the way, did

2     you reach out to CNBC to try to correct any

3     confusion about, you know, linking Ripple to XRP

4     or did you instruct anyone else to do that?

5          A.   I don't recall.

6          Q.   Okay.

7               MR. TENREIRO:  Let's take a break

8          so --

9               MR. SOLOMON:  Sure.

10               MR. TENREIRO:  Let's go off the

11          record.

12               THE VIDEOGRAPHER:  Okay.  Going

13          off the record at 6:28.

14               (Whereupon, a recess is taken.)

15               THE VIDEOGRAPHER:  Okay.  Back on

16          the record, 6:41.

17     BY MR. TENREIRO:

18          Q.   Okay.  Do you have -- sorry, which one

19     do you have in front of you?

20          A.   Exhibit 32.

21          Q.   Okay.  This is the one where you're

22     talking about the memes about pushing aggressively

23     the performance of XRP, correct?  This is in

24     December of 2017?

25               MR. SOLOMON:  Is that a question?

434

1          MR. TENREIRO:  Yes.

2      Q.   Is this -- is this where you were

3  discussing aggressively pushing XRP's performance

4  in 2017?

5      A.   I -- I think -- your characterization,

6  yes.

7      Q.   All right.  Here's Exhibit 33.

8              (Whereupon, exhibit is received

9          and marked Garlinghouse Deposition

10          Exhibit 33 for identification.)

11  BY MR. TENREIRO:

12      Q.   While you take a look, I'll say that --

13  please read it.  There's an attachment that I

14  included for completeness.  I'm going to ask you

15  about the email, but you can read the whole thing

16  if you need to.  The email is RPLI_SEC 866480.

17              (Pause)

18      Q.   Mr. Garlinghouse, in 2000 -- around

19  December 15, 2017, did you have a meeting with

20  Ripple's board where you discussed their offer to

21  help Ripple spread the word?  Bottom of the email.

22              MR. SOLOMON:  Objection; form.

23      A.   I -- as described, I have no

24  recollection of that, but I believe that's the

25  case.

435

1        Q.   Okay.  And the purpose -- is it fair to

2   say that the purpose of sending them the attached

3   FAQ was to arm them with Ripple's Key Messages?

4        A.   I'm assuming that someone asked for that

5   information at the board meeting, and so we were

6   following up on a request from the board.

7        Q.   And spread the word to whom?

8        A.   That -- their family, their

9   respective -- I don't know.  I mean, there's a lot

10  of people interested, particularly, frankly, in

11  December of 2017, there was a lot of people

12  interested in crypto.  And there's, you know, more

13  interest in knowledge.  There's more interest in

14  facts.  And so to the extent we can help our board

15  members particularly be -- have more expertise,

16  more knowledge, that's probably useful.

17       Q.   Did you restrict the board members --

18  did you restrict to whom they might spread the

19  word to in any way?

20       A.   I don't recall.

21       Q.   Is it possible that you did?

22       A.   I don't know how I'd do that.

23       Q.   Well, did you ask any of the board

24  members, you know, here's our Key Messages, but,

25  you know, don't discuss those with X, Y, Z types

1    of people?  Did you say anything like that?

2         A.    I -- I don't recall.

3         Q.    Okay.  And here in the email, you

4    discuss, again, "The price of XRP is up 200

5    percent since Monday."  You note that as well?

6    You note that, correct?

7         A.    Yes.  I also note that crypto will

8    continue to be volatile, unpredictable, and even

9    at times irrational.

10        Q.    And, in fact, you stated in your talking

11   points that you took a longer term of the view of

12   the market for XRP?

13        A.    Yeah.  I think I've said publicly that I

14   try not to pay attention to the gyrations of the

15   market.  I think, you know, "We're not here to

16   pump XRP.  We can't know exactly what will happen

17   to the price of XRP in the coming days or weeks."

18                  THE REPORTER:  Slow down.

19                  THE WITNESS:  I'm sorry.

20        A.    "We can't know exactly what will happen

21   to the price of XRP in the coming days or weeks."

22        Q.    And you stated publicly on a number of

23   occasions that you didn't look at the XRP price

24   over the course of the next three days or weeks

25   but, rather, three to five years, correct?

1          MR. SOLOMON:  Objection; form.

2       A.    Yes.  I mean, to be clear, I viewed that

3    as kind of just -- I'm trying to take a long-term

4    view of crypto overall, of XRP.  And, you know, my

5    counsel, which I think is, you know, repeated

6    is -- for employees and otherwise, is to not let

7    the craziness of, excuse me, the crypto markets

8    distract us.

9       Q.    And you've also stated publicly on

10   occasion that you were long XRP, correct?

11      A.    Yes.

12      Q.    In fact, I think you stated very, very

13   long at some points?  There was --

14      A.    I don't know how many verys -- I don't

15   know how many verys.  I -- I said publicly that I

16   am long XRP.

17      Q.    You stated that you know Rip -- at

18   Ripple you're capitalists with respect to

19   commenting on XRP?

20          MR. SOLOMON:  Objection; form.

21      A.    Could you ask that question again?

22      Q.    With respect to discussing XRP in

23   public, you've stated, you know -- in sum and

24   substance; I'm not quoting you exactly -- Ripple,

25   we're capitalists, you know.  We want -- we are

438

 1   interested in XRP.

 2         A.   I think I probably said we're interested

 3   in long-term success of the XRP markets.

 4         Q.   Okay.  And how do you measure the

 5   long-term success of the XRP markets?

 6         A.   Liquidity, value, utility, trust.

 7         Q.   Trust from whom?

 8         A.   Anyone who's interested in -- in crypto

 9   or in the movement of financial value.

10   Governments.

11         Q.   In the email, you say, "1, XRP's rise

12   over the course of this year signals market

13   expectations of our company."

14              Do you see that?

15         A.   I do see that.

16         Q.   What expectations was the rise

17   signaling?

18         A.   I don't know.

19         Q.   Expectations that the company -- was it

20   expectations that the company would do something?

21         A.   I don't know.

22         Q.   Okay.

23         A.   It looks to me a little bit like I'm

24   using it as a rallying cry.  "All eyes are on us

25   and it's more important now than ever that we

439

1    execute."  There was a lot of attention around the

2    crypto markets.  There was a lot of attention

3    around Ripple.  It's important that we didn't get

4    distracted by the volatile, unpredictable and, at

5    times, irrational markets and instead built

6    products that benefited our customers.

7         Q.    So when you say "execute," execute on

8    what?

9         A.    Execute on our product strategy, execute

10   on our sales efforts, execute on our development.

11        Q.    Sometimes you described it as solving a

12   trillion-dollar problem, is that right?

13               MR. SOLOMON:  Objection; form.

14        A.    I think I have described that the way

15   liq -- the way financial institutions move

16   liquidity today results in trapped capital.  The

17   system, typically referred to as Nostra/Vostro

18   accounts --

19               THE REPORTER:  I need that again.

20               THE WITNESS:  No --

21        N-O-S-T-R-O-/-V-O-S-T-R-O.

22        A.    And according to studies I have read,

23   including by McKinsey, that amount sitting out

24   there is measured in the trillions.

25        Q.    And the general media training FAQ,

440

1    what was the purpose of that document?

2         A.   To be a general media training document.

3         Q.   Was the purpose of that document to

4    provide talking points for when Ripple employees

5    spoke with the media?

6              MR. SOLOMON:   Objection; form.

7         A.   Well, typically we didn't -- I mean, I

8    would say the short answer is no.  I mean, we

9    didn't empower all of our employees to talk to the

10   media.

11        Q.   Well, to the extent that some did, to

12   the extent -- was the purpose -- was one of the

13   purposes of this document to provide talking

14   points for those Ripple employees who did speak to

15   the media for when they did so?

16        A.   My experience in how our Comms teams

17   worked is they would have had something that

18   wasn't general media, but specific to a specific

19   outlet or to a specific event, a specific panel.

20   So the general media training, you know, I think

21   is here's some information about the company that

22   might be useful.  And in this case -- again, I

23   think it was catalyzed coming out of the board

24   meeting -- I'm presuming that someone on the board

25   had questions about what was going on and how they

441

1    should be talking about the company.

2        Q.   Talking publicly about the company?

3        A.   That's your characterization, not mine.

4        Q.   I'm asking you.  Was it talking

5    publicly?

6        A.   I don't know.

7        Q.   Okay.  Stepping away from the board

8    members, again, the general media training FAQ

9    document, was the purp -- was one of the purposes

10   of this document to provide talking points for

11   public speaking about Ripple to the extent a

12   person engaged in such public speaking?

13       A.   I don't think it would have been this

14   document, but a more targeted, specific document,

15   depending upon the audience, the panel, event,

16   what have you.

17       Q.   So this was -- was this maybe, then,

18   like sort of a base document and then from them --

19   from there you could create a more specific one

20   depending on the audience, event, or panel?

21            MR. SOLOMON:  Objection; form.

22       A.   Yeah, I think that's a fair

23   characterization.

24       Q.   Okay.  And having just reviewed the FAQ,

25   is it fair that on or around 2017, December of

442

```
 1    2017, these are ideas that Ripple employees might
 2    have stated publicly?
 3         A.   I don't think this was -- I mean, as
 4    I've testified earlier, I don't think this was
 5    distributed to all of our employees.
 6         Q.   Right.
 7              So my question is, to the extent
 8    employees of Ripple spoke publicly, do you have a
 9    recollection on or around December 2017 hearing
10    some of these things said publicly?
11              MR. SOLOMON:  Objection.
12         A.   I don't recall.
13         Q.   For example, you know, on page 2, you
14    say "We've been strong stewards of XRP and our
15    interests are very much aligned."
16         A.   Can you point to me where that is?
17         Q.   Yeah.  The second page of the FAQ
18    towards the bottom.  There's -- almost at the end.
19              MR. SOLOMON:  What is the
20         question, please?
21         Q.   Is it fair to say that on or around
22    December of 2017, you or other Ripple employees
23    might have stated publicly something similar to
24    what's here, which is "We've been strong stewards
25    of XRP and our interests are very much aligned"?
```

```
 1                  MR. SOLOMON:  Objection; calls
 2        for speculation.
 3        A.    I don't know.  I -- I, to my knowledge,
 4   haven't seen this.  I don't recall seeing this
 5   document, so I don't know.
 6        Q.    Okay.  What about a little further up
 7   where it says "Important to note that we take a
 8   very long view of the market and don't get caught
 9   up in short-term price gyrations"?  Is that a
10   concept that you or other Ripple employees spoke
11   of publicly on or around December of 2017?
12        A.    I -- I don't know.
13        Q.    Okay.  On the last part, it says "The
14   SEC's guidance is no surprise."
15              Are you referring -- what are you
16   referring to there?  What guidance?
17        A.    The header there says "What's your
18   stance on ICOs?"  So I think I'm reacting to the
19   ICO boom of 2017.
20        Q.    But what SEC guidance are you referring
21   to?
22        A.    I don't know.
23        Q.    You say "It's consistent with how the
24   law has worked for 70 years."
25              Do you see that?
```

444

 1          A.    Yes.

 2          Q.    Okay.  And you had not hired

 3   Mr. Ceresney at that point, correct?

 4          A.    No.

 5          Q.    Okay.  So where -- where did you get

 6   this from, that the SEC's guidance "was consistent

 7   with how the law has worked for 70 years"?

 8          A.    I don't know.

 9          Q.    How referring to the Howey test?

10          A.    I don't know.

11          Q.    And -- okay.

12                So how -- is there some document that

13   might refresh your recollection as to what the

14   basis was for your statement that the SEC's

15   guidance was no surprise and was, in fact,

16   consistent with how the law has worked for 70

17   years?

18                MR. SOLOMON:  Objection; form.

19          A.    I don't have any recollection.

20          Q.    Okay.  Had -- Ripple had quarterly

21   all-hands meetings, is that right?

22                MR. SOLOMON:  Can I just ask one

23        clarifying question?

24                MR. TENREIRO:  Yes.

25                MR. SOLOMON:  Did -- did you --

```
 1          did you write these general media FAQs?
 2                  THE WITNESS:  No.
 3                  MR. SOLOMON:  Do you know who
 4          did?
 5                  THE WITNESS:  No.
 6                  MR. SOLOMON:  Okay.
 7    BY MR. TENREIRO:
 8          Q.   Did you review them before you sent them
 9    to the board --
10          A.   I --
11          Q.   -- of the company?
12          A.   I don't think so.
13          Q.   You don't -- you don't think you
14    reviewed them before you sent them to the board?
15          A.   I don't recall, but I don't think so.
16          Q.   Okay.  Did you ever review them?
17          A.   I would have reviewed a more specific
18    media briefing document to the extent I was
19    speaking publicly in or around that time that
20    would have been, frankly, customized for that
21    event.
22          Q.   Do you recall writing to Ripple's
23    investors that the SEC had showed leadership in
24    regulation releasing guidance that it viewed
25    initial coin offerings as securities?
```

446

1          A.   I -- I don't recall.

2          Q.   Okay.  You had -- Ripple had what you

3     called all-hands meetings from time to time?

4          A.   Yes.

5          Q.   And what was the purpose generally of

6     those meetings?

7          A.   As the company grew, I think it became

8     more and more important to share with the company

9     kind of what's going on with the company, where

10    we're headed, get people excited about the future

11    of the company.

12         Q.   And what was the frequency of these

13    meetings?

14         A.   Depends on what time period we're

15    talking about.

16         Q.   Let's say when you became CEO in 2017.

17         A.   I don't know when exactly we

18    transitioned.  We used to do them more frequently

19    and then, as time went by, because of a certain

20    amount of work involved with -- I think we

21    actually did them almost weekly when I first

22    joined the company and maybe became CEO.  As time

23    went by and the company grew, we transitioned to

24    doing all-hands by each quarter.

25              We also have, you know, more informal

```
 1    meetings more regularly, but...
 2        Q.   Right.  And there's -- let's -- let's
 3    stick to the all-hands for now.
 4             Some of the -- the all-hands meetings
 5    were recorded in some fashion, is that correct?
 6                 MR. SOLOMON:  Objection; form.
 7        A.   I -- I -- I'm not aware.
 8        Q.   So, for example, are you aware as to
 9    whether they were videotaped?
10                 MR. SOLOMON:  Objection; form.
11        A.   I -- I think some of them, particularly
12    as we became more global, we started recording
13    them so that people in other time zones -- if
14    you're in Singapore and we're doing an all-hands
15    at, you know, 10 a.m. on a Monday, that's a pretty
16    God-awful time for the team in Singapore.  And so
17    we would have, I think, recorded them and
18    encouraged the team members in Singapore to watch
19    them.
20        Q.   Did you speak -- after you became CEO,
21    did you speak at all at these all-hands meetings?
22    As a general matter.  I understand you might have
23    missed one, but generally speaking.
24        A.   Generally speaking, yes.
25        Q.   Did Mr. Larsen speak at -- at the
```

448

1       all-hands meetings at any time?

2           A.   At any time, yes.  Certainly, again, it

3       depends on what time period we're talking about,

4       but less and less, though.

5           Q.   What about 2017?

6           A.   I don't recall.

7           Q.   Okay.  What other meetings were recorded

8       so -- sort of for this purpose of other Ripple

9       employees, different time zones, et cetera?

10          A.   I -- I --

11                   MR. SOLOMON:  Objection; form.

12          A.   I -- I don't know which ones are

13      recorded, which ones are not recorded.

14          Q.   Who would know?

15          A.   Maybe the Comms teams.  Maybe the, kind

16      of, IT operations team that actually would have

17      done the recording.

18          Q.   And where are the recordings stored?

19                   MR. SOLOMON:  Objection; form.

20          A.   I don't know.

21          Q.   Did you know that you were being

22      recorded when you spoke at those meetings?

23                   MR. SOLOMON:  Objection.  I don't

24          think he knew they were all being

25          recorded, but I'm sorry --

1         Q.   When you were being recorded, did you

2    know?

3              MR. SOLOMON:  Okay.  Okay.

4         A.   I -- I don't recall.

5         Q.   Did you ever ask anyone at Ripple not to

6    record any of these meetings?

7         A.   I don't believe so.  I don't recall

8    knowing that they were always being recorded, so I

9    don't think I would have taken the energy to say

10   let's not record them.

11        Q.   Okay.  Let's do Exhibit 101.

12             MR. TENREIRO:  And do you want to

13        explain or do you want me -- what do you

14        want to do?

15             MR. BAMBERGER:  Why don't I do it

16        and you can correct.

17             MR. TENREIRO:  Okay.

18             MR. BAMBERGER:  And so there are

19        a number of transcripts the SEC's counsel

20        has provided to Mr. Garlinghouse's counsel

21        prior to the questioning of him.  They run

22        to over 300 pages.  And so --

23        collectively.

24             And so the agreement that we've

25        made is that Mr. Garlinghouse will not --

1          has not had the opportunity to review the

2          transcripts in their entirety.  The SEC's

3          counsel has pointed us to portions of the

4          transcripts he expects to question

5          Mr. Garlinghouse about.  We've asked

6          Mr. Garlinghouse to review those portions

7          that the SEC has designated.

8                   They're, in several of them,

9          portions prior to the portions the SEC

10         has designated, in which there are other

11         discussions of other aspects of Ripple's

12         business.  We have highlighted those

13         portions in pen.  And to the extent those

14         discussions are, in Mr. Garlinghouse's

15         mind, relevant to his answers to the

16         questions the SEC's counsel poses to him,

17         he should look at those portions.

18                   MR. TENREIRO:  I think that's

19         fair.  And I will add that I also stated

20         to Mr. Bamberger, Bamberger

21         (pronunciation), that to the extent that

22         that is necessary for -- to read

23         additional parts, we're going to seek more

24         time because, as he said, these are over

25         300 pages long and it would take hours to

451

1              read all of them.

2                     MR. BAMBERGER:  And we reserve

3              our right to object to --

4                     MR. TENREIRO:  Yeah, exactly.

5              Same thing.

6                     (Whereupon, exhibit is received

7              and marked Garlinghouse Deposition

8              Exhibit 101 for identification.)

9       BY MR. TENREIRO:

10             Q.   Okay.  So I'm going to start with 101

11      and I'm going to tell you, Mr. Garlinghouse, that

12      my understanding is that this was recorded on

13      October 12th, 2017.

14                    MR. TENREIRO:  So here's

15             Bridget's copy.  Here's Matt's copy.

16             Here's the extra and yours.

17             Q.   And, as your counsel said, there's

18      pencil markings, which is the part that I'd like

19      you to read now.

20             A.   Thank you.

21                    MR. TENREIRO:  And so for the

22             people that are looking at it that don't

23             have it marked, I'm looking at the third

24             page that says "SEC_SEC-E-10454."

25      BY MR. TENREIRO:

1          Q.    Mr. Garlinghouse, on the -- on the left

2     side, there's sort of a page and line number.  So

3     for the record, I'm going to ask -- I've asked you

4     to read what's marked page 7, line 13 to page 8,

5     line 2.  Thank you.

6               (Pause)

7          A.    Okay.

8          Q.    Okay.  Do you see here that you referred

9     to a chart of XRP's stock price?

10         A.    I see that reference, yes.

11         Q.    Okay.  And did you make that mistake

12    often in 2017?

13         A.    I don't think so, no.

14         Q.    Did others at Ripple?

15         A.    I don't think so.

16         Q.    Why do you think you made that mistake?

17         A.    Without looking at the visual, I don't

18    know.

19         Q.    Okay.  You mean the videotape recording?

20         A.    No, I mean -- I think I'm referencing a

21    chart that I think is on the screen.

22         Q.    I see.

23         A.    And sometimes how the data is presented

24    in a chart could influence how one might -- it

25    might have looked like a, quote, stock chart.

453

```
 1          Q.   Sure.  Sure.

 2               And so from reading this part, you

 3      believe there was some sort of visual you were

 4      using at the meeting?

 5          A.   Well, I think what this transcript says

 6      is "This is a chart of XRP's stock...not stock

 7      price.  Sorry.  (Laughter)."  So the chart, I'm

 8      presuming, was somehow shown to the company in a

 9      visual manifestation.

10          Q.   Generally speaking, when you had these

11      all-hands meetings, did you have a visual, sort

12      of, like PowerPoint slides or any other visual

13      aid?

14               MR. SOLOMON:  Hold on one second.

15          Hold on one second.

16               MR. TENREIRO:  I'm sorry, do we

17          need to go off the record?  Because I

18          don't -- let's go off the record if you

19          want to discuss.

20               THE WITNESS:  That's fine.

21               MR. TENREIRO:  Off the record,

22          please.

23               THE VIDEOGRAPHER:  Going off the

24          record at 7:05.

25               (Pause)
```

454

```
 1                    THE VIDEOGRAPHER:  Back on at
 2         7:09.
 3    BY MR. TENREIRO:
 4         Q.   Okay.  Mr. Garlinghouse, I was asking
 5    you, did you typically have visual aids like
 6    PowerPoints or other visual aids for the all-hands
 7    meetings?
 8         A.   Yes.
 9         Q.   Who prepared them for you?
10         A.   Multiple people, generally led by the
11    Comms team or marketing team.
12         Q.   Okay.  And why did you prepare them?
13         A.   I didn't prepare them.
14         Q.   Why did you have them prepared?
15         A.   Well, it's not that often -- obviously,
16    as we talked about, it's a quarterly all-hands.
17    It's not that often we have the whole company
18    together.  And I think treating that -- if we're
19    going to invest that much time in bringing
20    together hundreds of people, we should prepare the
21    time and energy to make sure they're thought
22    through a bit and communicating the information
23    that would be most interesting and relevant to our
24    employees.
25         Q.   Okay.  And what -- where are those
```

1    PowerPoint present -- were they PowerPoint

2    presentations?

3         A.   Probably not.  They're probably Google

4    slides.

5         Q.   And where are they?

6              MR. SOLOMON:  Objection.

7         A.   I -- I don't know.  I don't -- maybe I

8    don't understand the question.

9         Q.   To the extent that they were electronic

10   files, where are they now?

11             MR. SOLOMON:  Objection.

12        A.   I presume they are stored on --

13             MR. SOLOMON:  Do you know where

14        they are?

15             THE WITNESS:  No, I don't know

16        where they are.

17        Q.   What's your best understanding as to

18   where something like that would be?

19        A.   Ripple predominantly, as I think you are

20   aware, uses Google Docs.  And so in Ripple's --

21   directly and indirectly, Ripple's data

22   infrastructure, some of them would be stored or

23   maybe they've been deleted over time.  2017 is a

24   long time ago.

25        Q.   Okay.  And the all-hands meetings, is

1    it -- were you discussing -- I'm trying to get a

2    sense as to what you selected to discuss at these

3    meetings.

4             Was it everything under the sun that had

5    happened at the company or did you try to focus on

6    the important developments since the last meeting?

7                 MR. SOLOMON:  To the extent you

8          can answer a very general question with a

9          very general answer, obviously do that.

10        A.   I mean, the first thing I'm going to say

11   is I'm not sure I was the one selecting.  And I

12   think given that I don't think I was the one

13   selecting, I would have looked to others to

14   determine what was most poignant and relevant to

15   our employees.

16        Q.   And would the others be your direct

17   reports?

18        A.   Sorry.  Could you ask that question

19   again?

20        Q.   Yeah.  Would the others you

21   referenced -- you said "I would have looked to

22   others to determine what was more poignant and

23   relevant to our employees."  Would those others be

24   your direct reports?

25        A.   Some of them, but not all of them.  Some

457

```
 1   of the people involved would not have been my
 2   direct reports.
 3         Q.   Okay.  And did you give them any
 4   directive as to what sort of information they
 5   should select for presentation at the all-hands
 6   meetings?
 7         A.   I -- at any of the meetings ever did I
 8   ever encourage --
 9         Q.   No.  I was asking for more general.
10              Did you give more general guidance to
11   them when you started being CEO about what you
12   wanted to present to the company?
13         A.   I -- I don't have a specific
14   recollection of that, but I expect that I would
15   have -- with their guidance and leadership, I
16   trusted that team.  I would have collaborated with
17   them about what should be presented.
18         Q.   Okay.  And, generally speaking, how long
19   did these meetings last, the all-hands?
20         A.   Probably 90 minutes.
21         Q.   Okay.  And did -- again, generally --
22   I'm not asking for a specific one.  Generally,
23   were there occasions where different Ripple
24   employees presented information?
25         A.   Generally speaking, more than one person
```

1    would speak.  In fact, I think oftentimes I would

2    do the smallest amount of the total time spent.

3        Q.   Okay.  Did you attend a meeting, a

4    Ripple meeting, where Ms. O'Gorman and others

5    discussed the legal status of XRP under the

6    securities laws?  I'm not asking you for the

7    substance of the discussion.  I'm just asking for

8    a yes or no, did you attend such a meeting?

9        A.   Just because I'm losing the -- the

10   thread here.  Nothing to do with all-hands.

11   Nothing to do with what's in front of me.

12   Separate question.  Could you ask that question

13   again that --

14       Q.   Did you attend a meeting, a Ripple

15   meeting, where Ms. O'Gorman and others discussed

16   the legal status of XRP under the securities law?

17       A.   I don't recall.

18       Q.   Okay.  Let me ask you to take a look at

19   99, which I have here.

20              (Whereupon, exhibit is received

21          and marked Garlinghouse Deposition

22          Exhibit 99 for identification.)

23   BY MR. TENREIRO:

24       Q.   All right.  So 99, to my understanding,

25   is December 12th, 2017.  And, again, I marked it

459

1    in pencil so let me pass it on to you.

2          A.   Are we finished with 101?

3          Q.   Yes.  So that's for you and then for

4    everybody else.

5          A.   This is mine.

6               MR. TENREIRO:  So here's three.

7               MR. SOLOMON:  Thank you.

8          A.   Oh, it was an extra one.

9               MR. TENREIRO:  So what I asked

10         him to look at -- so go ahead -- is -- the

11         Bates is 10277.  And the page on the left

12         side is 24, 2 to 27, 7.

13              MR. CERESNEY:  And, Jorge, can

14         you put on the record the date of this?

15              MR. TENREIRO:  Yes.  I believe

16         it's the 12th of December of 2017.

17         A.   Just also for my macro, this is an

18    all-hands transcript?

19         Q.   That is my -- well, in fact -- in fact,

20    if you -- one second.  Yes.  I will show you.

21    That is my understanding.

22         A.   Sorry?  I apologize.  I was reading

23    outside of the pencil marks just to make sure I

24    understand what this is a transcript from and I'm

25    having a little trouble figuring that out.  And

460

1    the date.

2         Q.   The date is not reflected there.  I'm

3    telling you the date based on the production from

4    counsel.

5         A.   And, sorry, can you tell me the date

6    again?

7         Q.   12 December 2017.

8         A.   12 December 2017?

9              And would --

10        Q.   Do you still have Exhibit 33 in front of

11   you?  I think it's that one.  I think it's this

12   one.

13        A.   Yep.

14        Q.   All right.  Actually -- well, this will

15   be relevant in a sec.  Just read the pencil part,

16   please, of the Exhibit 99.

17        A.   I'm just trying to make sure I

18   understand what I'm reading.

19        Q.   My understanding is that it's a

20   recording of an all -- all-hands meeting that

21   occurred on December 12th, 2017.

22        A.   At the Ripple offices?

23        Q.   You'd have to ask your counsel.  I don't

24   know where the recordings were made.  I assume so.

25              MR. CERESNEY:  That's not a

461

1                    question for counsel.  That's a question
2              for the witness.
3                         MR. TENREIRO:  That's right.
4                         MR. CERESNEY:  We produced the
5              documents.  Doesn't necessarily mean we're
6              going to -- we know exactly where it was
7              recorded.
8        BY MR. TENREIRO:
9              Q.    Did Ripple have all-hands meetings
10       outside of the Ripple office?
11             A.    Yes.
12             Q.    Oh, okay.  And were those recorded?
13             A.    I believe so -- to be honest, I don't
14       know which ones were and weren't, as I said
15       earlier.  So I don't know.
16             Q.    Okay.
17             A.    Part of the reason I was asking that
18       question was where it was recorded would tell me
19       if it was in our old office, new office.  It would
20       just help me understand the context for what's
21       being presented, but...
22                        MR. SOLOMON:  Why don't you read
23             this passage.  And if there's more of it
24             that you need to read, based on the
25             agreement we made with the SEC, we can

462

```
1              direct you to additional portions of the

2              document --

3                      THE WITNESS:  Okay.  Sounds good.

4                      MR. SOLOMON:  -- as needed.

5                      MR. WARD:  And just for clarity

6              of the record and for those of us who

7              don't have a copy, could I ask the page

8              and line numbers be read into the record

9              that we're talking about?

10                     MR. TENREIRO:  Sure.  I already

11             read them.

12                     MR. WARD:  Oh, you did?

13                     MR. TENREIRO:  Yeah.  I already

14             read them, so --

15                     MR. WARD:  That's fine.

16                     MR. SOLOMON:  Do you -- do you

17             not have a copy?

18                     MR. WARD:  No, we have a copy.

19                     MR. SOLOMON:  Okay.  It's 10277,

20             line 1, through 10278, line -- page 27,

21             line 7.

22                     MR. TENREIRO:  Yeah.  That's

23             correct, Matt.  I asked -- right now the

24             transcript says 267, maybe this is just a

25             typo, but it is 277.
```

463

 1                MR. SOLOMON:  Okay.  Thanks.

 2                (Pause)

 3                THE WITNESS:  Okay.

 4     BY MR. TENREIRO:

 5         Q.   All right.  So I'm -- do you see

 6     generally that you talk about the 4,000 percent

 7     increase in the price of XRP in 2017?

 8         A.   I -- I was a little bit confused by the

 9     transcript because, you know, I don't know how the

10     transcript's created, but it -- it doesn't

11     reference XRP, I don't think.  I mean, I

12     understand why you might assume that.  But it's

13     referencing Dash and I don't know if it's talking

14     about a digital asset called Dash that's up 4,000

15     percent or it's referencing XRP.

16         Q.   Is it fair to say that in this portion

17     of the transcript, you are nevertheless discussing

18     the price of XRP, for example, where you say "But

19     if you just look at the last three months, XRP has

20     underperformed the market"?

21         A.   Yeah.  Much further down -- and, again,

22     without seeing the video itself -- much further

23     down, separate from the 4,000 percent, which I

24     think you attributed to the performance of XRP,

25     which I don't know if that's correct, I'm

1    suggesting that XRP has underperformed the market.

2    Maybe I'm presenting a slide that talks about lots

3    of different crypto assets and their performance

4    and I'm showing a chart saying that XRP has

5    underperformed in the last three months.

6        Q.   Okay.  And then you say "Anyway, the

7    point I'm making here is I'm going to continue to

8    beat the drum that it isn't about three days,

9    three weeks or three months.  It's about three

10   years or five years.  If we execute our strategy

11   successfully and we get lots of financial

12   institutions around the world using our services,

13   using our solutions, it's going to drive demand

14   for XRP, and I am much more worried about that

15   three- to five-year arc of time than a three day."

16           Do you see that?

17       A.   Yes.

18       Q.   And are you -- is this similar to

19   statements you made publicly about your focus on

20   three to five years for the XRP markets?

21       A.   Yes.

22       Q.   Okay.  And then you say "Now I'm going

23   to contradict some of what I just said.  It

24   matters that we stay in the lead pack.  If people

25   perceive us as an after-run and kind of dropping

1    down the ranking, if you will, as measured by

2    market capital, I do worry about that."

3              Do you see that?

4         A.   I do.  I'm guessing that there's a bit

5    of a transcription problem because I probably

6    didn't say market capital as an example.

7         Q.   You might have said market cap?

8         A.   Market capitalization.

9         Q.   Market capitalization.  Okay.

10             And is it -- and the market

11   capitalization, I think we discussed earlier, you

12   measure as price times units, right?

13        A.   I don't know how else I would measure

14   it.  Yeah.

15        Q.   I just want to have it for the record.

16             So -- so is it fair to say that here

17   you're worried about -- you are expressing your

18   concern that if people perceive Ripple dropping in

19   the ranking of market capitalization, that's not

20   good?

21             MR. SOLOMON:  Objection; form.

22        A.   I think if you meant XRP, not Ripple, I

23   would probably agree.

24        Q.   Okay.  So "if people perceive us" is a

25   reference to XRP?  "Us" is XRP in that sentence?

1          A.    Where are you -- where are you reading?
2     What line?
3          Q.    Towards the bottom.  "If people perceive
4     us as an after-run and kind of dropping down the
5     ranking, if you will, as measured by market"
6     capitalization -- I know the transcript says
7     "capital."  So is your testimony that the "us" in
8     that sentence is XRP?
9          A.    I -- I think I'm referring to XRP in
10    that context, yes.
11         Q.    Okay.  And why are you using "us" to
12    refer to XRP?
13         A.    I -- I don't know if the transcript's
14    correctly -- correct and whether or not I actually
15    said that, but I -- I also could have misspoke.
16         Q.    And then you say "I think that is, you
17    know, the perception of Ripple, the brand
18    perception of Ripple shifts a little bit."
19              So is it -- were -- were you expressing
20    the idea that if the market capitalization of XRP
21    went down, the brand perception of Ripple shifted?
22              MR. SOLOMON:  Objection; form.
23         A.    Yes.
24         Q.    Okay.  And when you talk about the
25    ranking, is this a reference to sort of what we've

1    discussed earlier, the ranking, the top three, you

2    know, when you see the market capitalizations of

3    bitcoin and other digital assets?

4                    MR. SOLOMON:  Objection; form.

5         A.    Yes.

6         Q.    Okay.  And is it still true today that

7    you worried that if XRP is seen as dropping in

8    this ranking, that affects Ripple's brand

9    negatively?

10                   MR. SOLOMON:  Objection; form.

11        A.    So if XRP is not widely listed on

12   exchanges and doesn't have robust volume, which

13   would happen if there's fewer exchanges listing

14   it -- exchanges are motivated to list the most

15   liquid digital assets because those are the ones

16   that trade the most.  They get fees based upon

17   trading, as we discussed earlier.

18                   If the fees that they get from one

19   digital asset versus another digital asset reduce,

20   they might be inclined to either not list XRP,

21   which is not good for Ripple's desire to have lots

22   of liquidity between XRP fees and fiat pairs, or,

23   in some cases, halt trading, delist, what have

24   you.

25        Q.    Okay.  Let me try again.

468

```
 1              Is it still -- is it still true today
 2     that you worry that if XRP is seen as dropping in
 3     this ranking, that that affects Ripple's brand
 4     negatively?
 5              MR. SOLOMON:  Objection; form.
 6        A.   I'm making the point that if Ripple
 7     can't deliver robust products, clearly that would
 8     affect our brand perception.  If -- if there's not
 9     robust liquidity in the XRP markets between as
10     many currency pairs -- when -- when liquidity in
11     XRP goes down, that isn't good for what Ripple's
12     trying to do with our products.  If we can't
13     execute -- and people understand this in the
14     marketplace.
15              And so as -- as XRP has gone from being
16     number two to number three, after the SEC lawsuit,
17     to number six, that's not good for Ripple's
18     business.
19        Q.   Number six in what?  Market
20     capitalization?
21        A.   That's correct.
22        Q.   Okay.  And just to pick up on what you
23     just said, "When liquidity in XRP goes down, that
24     isn't good for what Ripple's trying to do with our
25     products."
```

469

1          So is it fair to say that when there are

2     fewer buyers and sellers of XRP, that's not good

3     for what Ripple's trying to do with the products?

4          A.   I think my testimony was when there's

5     less liquidity, there could be fewer and more

6     liquidity, right?  I mean, if you have really

7     aggressive market makers that are trading

8     actively, there could be lots of liquidity.

9          Q.   Okay.

10               MR. TENREIRO:  Let's take a look

11          at 129.  Actually, I'm going to have to

12          ask Bridget to mark it because there's

13          no -- there's no -- there's no marking on

14          it.  Just write it?

15               THE REPORTER:  And I'll put a

16          sticker on it after.

17               MR. TENREIRO:  Okay, great.  And

18          here's yours.

19               MR. SOLOMON:  Okay.

20               (Whereupon, exhibit is received

21          and marked Garlinghouse Deposition

22          Exhibit 129 for identification.)

23     BY MR. TENREIRO:

24          Q.   This one I'm going to ask you to read

25     the whole thing, sir.  That's for Bridget and this

470

```
 1    is for you and this is for your counsel.  And I
 2    need one of the rest.  This is a shorter one, but
 3    you should just read the whole thing.
 4              And in terms of -- my understanding is
 5    this was December 14, although you'll notice in
 6    the first line you say "We just went yesterday."
 7    So possibly the 13th.  I'm not sure, but we
 8    understand this is...
 9        A.   I'm sorry, I don't -- I don't know what
10    the context is.  Where is -- where?  When?  I
11    guess you said it's December --
12        Q.   My understanding is that it's the 14th.
13    But if you read the first line, you say "Some of
14    you are wondering, hey, Brad, what's up?  We just
15    met yesterday."
16        A.   Is this an all-hands event or a media --
17        Q.   You'll have to tell me after you read it
18    what you recall.
19              MR. SOLOMON:  Just read it.  See
20         if you remember.
21              THE WITNESS:  Yeah.
22              MR. SOLOMON:  Tell him as best
23         you can with whatever qualifications you
24         need.
25              (Pause)
```

[9/20/2021] Garlinghouse, Bradley 9.20.2021

471

 1   BY MR. TENREIRO:

 2       Q.   Okay.  Mr. Garlinghouse, having reviewed

 3   the transcript, can you tell me why you had this

 4   meeting?

 5       A.   My interpretation from reading the

 6   transcript is that given the craziness going on in

 7   the crypto markets, and specifically with XRP, I

 8   wanted to remind people that we have products to

 9   build, code to ship, customers to serve.  And I

10   was pointing out that it could be easily

11   distracting when the volatility is what it sounds

12   like it was.

13       Q.   The -- the -- the rapid swings in price?

14   That's volatility?

15       A.   Yes.

16       Q.   Okay.  And you said you've "checked XRP

17   more today than I probably have in the last week

18   combined."

19            Is that a reference to checking the

20   price charts for XRP?

21       A.   Yes.

22       Q.   Okay.  Towards the beginning, you say

23   "I've been stressed because every time the price

24   of XRP goes up, the expectations of everyone in

25   this room go up."

472

```
 1              Do you see that?
 2         A.   I -- I -- I saw that when I read it.  If
 3    you tell me which line, I'm happy to take another
 4    look at it.
 5         Q.   Yeah.  It's page 3, line 6.  It actually
 6    starts at 5 -- no, page 3.  If you look on the
 7    left side, there's a little marker.
 8         A.   Oh, gotcha.  Okay.
 9         Q.   Expectations from whom?
10         A.   I don't know who I was referencing here.
11         Q.   Then you say "the expectations on me go
12    up."
13              Whose expectations are you referencing
14    there?
15         A.   Maybe the employees.  I don't know.
16         Q.   And then you say "The expectations that
17    everyone has about what Ripple is trying to do
18    goes up."
19              Whose expectations are you referring to
20    there?
21         A.   Maybe our customers.  I don't know.
22         Q.   And when you talk about your
23    customers -- when you say your customers in that
24    answer, what Ripple customers are you referring
25    to?
```

473

1          A.   Financial institutions.

2          Q.   And which financial institutions were

3     Ripple's customers in December of 2017?

4          A.   According to Exhibit 33, ▮▮▮▮▮▮▮▮

5     ▮▮▮▮▮ -

6               THE REPORTER:  I'm sorry, I'm

7          not getting that.  "According to Exhibit

8          33..."?

9          A.   According to Exhibit 33, ▮▮▮▮▮▮▮▮▮▮

10    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11    ▮▮▮▮▮▮   to name a few.

12         Q.   Was Ripple selling XRP to those

13    institutions?

14         A.   Some of them.

15         Q.   Which ones?

16         A.   ▮▮▮▮▮▮▮▮▮

17         Q.   For what purpose?

18         A.   I don't recall.  I just know that ▮▮

19    has been a purchaser of XRP.

20               THE REPORTER:  "I just know..."?

21               THE WITNESS:  I just -- sorry, I

22          was covering my mouth.

23         A.   ▮▮▮▮  had been a purchaser of XRP.

24         Q.   In 2017 did you know for what purpose

25    they were a purchaser?

1    A.   I don't recall.

2    Q.   Okay.  And is it your testimony that you

3    believe that those institutions' expectations of

4    Ripple go up when the price of XRP goes up?

5              MR. SOLOMON:  Objection; form.

6    A.   I think the attention on Ripple, the

7    company, is -- has been -- the attention had been

8    correlated with the attention around the XRP

9    markets.

10   Q.   Why?

11   A.   Because people associate us with XRP.

12   Q.   And why do they do that?

13   A.   I would be speculating.  Depends on

14   which audience.  Ripple owns XRP and so we are --

15   as we discussed earlier today, things like

16   CoinMarketCap incorrectly listed XRP as Ripple for

17   some period of time.

18   Q.   In the next page of the document, on the

19   left, it's page 4, 11, you say that what stresses

20   you out is "the height of the tree.  The

21   expectations are really high.  The trunk hasn't

22   built out and everyone in this room needs to help

23   build out that trunk."

24        Do you see that?

25   A.   Yes.

475

1      Q.   That's sort of a -- a pretty graphic

2    analogy.  Can you explain it to me?  What --

3    what's -- what's the height of the tree here?

4    What's the tree and what's the trunk?

5              MR. SOLOMON:  If you remember.

6      A.   Yeah.  I -- I -- I don't remember

7    specifically.  I mean, I think this -- the story

8    I'm trying to tell is that the attention on crypto

9    markets, the attention on Ripple, has gone up.

10   And we need to be in a position to deliver on the

11   promises we made to customers.

12     Q.   What promises did you make to customers?

13     A.   Well, when we sign a contract, we agree

14   to deliver certain things.  We've -- we're

15   building -- trying to build out an internet of

16   value and we have done things like the Global

17   Payments Steering Group and creating rulebooks

18   around how global payment infrastructure can and

19   should work between counterparties.

20     Q.   And so is it your testimony that when

21   the -- that your perception around December of

22   2017 was that if the price of XRP went up, there

23   was an increased pressure to deliver on promises

24   you had made in contracts with customers?

25     A.   I think my testimony was that the

476

1    attention on Ripple, the company, certainly has

2    some, in my experience, correlation with the

3    attention on crypto and the attention on XRP.

4         Q.   Okay.  Let's set that aside.  I'm going

5    to ask you to look at Exhibit 90.

6                   (Whereupon, exhibit is received

7         and marked Garlinghouse Deposition

8         Exhibit 90 for identification.)

9                   MR. TENREIRO:  Here you go.

10        Thank you.

11                  MS. BUNTING:  Which exhibit is

12        this?

13                  MR. TENREIRO:  90.  Nine zero.

14                  MS. BUNTING:  90.  Thank you.

15                  (Pause)

16                  MR. TENREIRO:  This is a

17        four-page exhibit, RPLI_SEC 54005, a

18        thread around January -- early January

19        2018.

20                  (Pause)

21                  THE WITNESS:  Okay.

22   BY MR. TENREIRO:

23        Q.   Mr. Garlinghouse, this thread appears to

24   include a markets update from Dinuka Samarasinghe,

25   is that right?