477

```
 1        A.   I thought it was from Miguel.

 2        Q.   There's one from Miguel as well.  I was

 3   going to get to that.  If you look at the third

 4   page, on Friday, January 5th at 1:02.

 5        A.   Oh, yep.

 6        Q.   Okay.  He talks about a series of body

 7   blows for XRP, XRP haters attacking full force,

 8   XRP price down 15 percent.

 9             Do you see that?

10        A.   Wait.  Which line -- oh, it's just line

11   numbers.  Sorry.  What -- I don't see -- I saw

12   what I read, the "body blows" reference, but I'm

13   not seeing that now.

14        Q.   It's like the middle of page 3.  Ripple

15   is --

16        A.   Oh, yes.

17        Q.   Okay.  All right.  And then Ms. Long, on

18   the front page, says a number of things, but she

19   says "Gross misinformation and FUD spreads quickly

20   and hurts our business."

21             Do you see that?

22        A.   Yes.

23        Q.   A little bit further down, she says "We

24   have a two" -- "two-pronged strategy:  Offense.

25   We need to drive the conversation - keep putting
```

478

```
 1    points on the board, back up the XRP thesis with
 2    real traction, keep educating on our strategy and
 3    progress.  We need to be omnipresent - either
 4    Ripple or our supporters, armed and dangerous."
 5    And then "Defense."
 6              On the offense point, what steps, if
 7    any, did Ripple take to go on the offense with
 8    respect to the conversation about XRP after this
 9    email?
10         A.   I don't recall.
11         Q.   You say that it "seems 100 percent on
12    target" to you, right?
13         A.   That is my reply.
14         Q.   Okay.  Sitting here today, did Ripple
15    make itself omnipresent, either Ripple or with its
16    supporters in sort of the public?
17         A.   I don't recall.
18         Q.   Did Ripple make attempts to drive the
19    conversation about XRP in public?
20         A.   I don't recall.
21         Q.   You don't recall any efforts by Ripple
22    after January 2018 to drive the conversation about
23    XRP?  Is that your testimony?
24         A.   I mean, so, any -- sorry, could you
25    repeat that question?
```

1       Q.  Do you recall any efforts by Ripple

2  after January 2018 to drive the conversation about

3  XRP?

4       A.  Yes.

5       Q.  What efforts?

6       A.  I mean, you -- you included in that

7  question everything including last week or

8  yesterday.  And so certainly it has always been

9  important to Ripple, important to me, that in a

10  world of crypto where many people spread false

11  information -- I highlighted the Amazon or Walmart

12  Litecoin example earlier -- we want to correct

13  misinformation about XRP.  We want to correct

14  misinformation about Ripple.  We want to clarify

15  what is XRP and what is Ripple.

16        So certainly since January of 2018, do I

17  think we've tried to drive the conversation?  Yes.

18        I interpreted your question to be

19  contemporaneously with this in January of 2018,

20  did we take steps to drive the conversations?  And

21  I don't recall three and a half years ago what we

22  may or may not have done.

23       Q.  Okay.  Let's look at Exhibit 68.

24          (Whereupon, exhibit is received

25      and marked Garlinghouse Deposition

480

1          Exhibit 68 for identification.)

2                  (Pause)

3                  THE WITNESS:  Okay.

4      BY MR. TENREIRO:

5          Q.   What is -- what is this document?

6          A.   I believe these are notes to myself.

7          Q.   It says "Thoughts for stand-up," the

8      subject does?

9          A.   Yes, it does.

10         Q.   What is "stand-up"?

11         A.   At the beginning of COVID, because

12     everyone was working remotely, we added, I think,

13     two weekly meetings to the leadership team to kind

14     of check base for 15 minutes, I think on

15     Wednesdays and Fridays, that we called stand-up

16     meetings.

17         Q.   Okay.

18         A.   The idea is if you were the same person,

19     you'd stand up for 15 minutes, obviously via Zoom.

20         Q.   On Zoom.

21         A.   People may or may not have been standing

22     up.

23         Q.   And did you continue to have, like, the

24     periodic all-hands via Zoom after COVID?

25         A.   Yes.

481

1      Q.    And were those quarterly? weekly?  What

2   were they at that point?

3      A.    All-hands were typically quarterly.

4      Q.    Even after COVID I mean.

5      A.    Yeah.

6      Q.    Yeah.

7            Did you record those on Zoom?

8      A.    I don't recall.

9      Q.    And who would know?

10     A.    Same answer as before.

11     Q.    The IT team?

12     A.    Or Comms.

13     Q.    Okay.  And in these notes you're talking

14   about "I feel in this trajectory you are going to

15   destroy a lot of value in XRP."

16           Do you see that?

17     A.    No, sorry.  Point me to that.

18     Q.    Towards the bottom.

19     A.    Yes, I see that.

20     Q.    And that "you" in the sentence is you,

21   Mr. Garlinghouse?  You're sort of talking to

22   yourself a little bit?

23     A.    No.

24           MR. SOLOMON:  Objection; form.

25     Q.    Who's the "you"?

482

```
1          A.   The "you" is me, but these are notes --
2     I mean, obviously, you know, this is just a -- a
3     random screen that I'd opened to take notes.
4               I believe, as I reference later on, █████
5     ████ had called me and on occasion she is -- gives
6     counsel and is strongly opinioned -- or
7     opinionated in those -- she has strong opinions.
8               And so I think I'm taking notes from
9     that phone call that are interlaced with some
10    comments that I intend to make at stand-up.
11         Q.   Okay.  And did she have strong opinions
12    about, you know, the potential to destroy the
13    value of XRP in around March 2020?
14         A.   I -- I --
15              MR. SOLOMON:  Objection.
16         A.   I don't actually recall precisely, but
17    from these notes, I have a vague recollection of
18    getting a call from █████ early in the age of COVID
19    that she was very concerned about the macro
20    economy and what was going on, broadly speaking.
21         Q.   And here you talk about, a little
22    further up, "protecting the value of XRP by
23    reducing MGI sales."
24              Do you see that?
25         A.   Yes.
```

483

1      Q.   Is MGI MoneyGram?

2      A.   Yes.

3      Q.   Okay.  And --

4      A.   I believe so, yes.

5      Q.   Okay.  And there was a point in time

6  where there was a thing called XRP-O, is that

7  right?

8      A.   Yep.

9      Q.   Okay.  And that was sales of XRP by

10  Ripple?

11      A.   Yes.

12      Q.   And there came to be a concern that the

13  sales of XRP could hurt the value of XRP?

14           MR. SOLOMON:  Objection.

15      A.   Yeah, it's confusing because that pre --

16  well, MoneyGram never used XRP-O or what we now

17  call Wallet Send.  And I think March of 2020

18  predates the launch of XRP-O or what we now call

19  Wallet Send.

20           So I don't know what I mean by "reducing

21  MGI sales."

22      Q.   Okay.  After XRP-O launched, was there a

23  concern that the XRP-O sales could hurt the market

24  for XRP?

25      A.   Yes.  We have always, I think as you're

484

```
 1    well aware, always had the concern that we don't
 2    want to impact the market, the XRP markets.  And
 3    so to the extent we are introducing XRP to the
 4    market at a rate higher than we have historically,
 5    that would give us reason to pause and think about
 6    should we change our plan?
 7         Q.   In the notes, you say "Supply and demand
 8    equation of XRP is too high versus time frame for
 9    real demand."
10              Do you see that?
11         A.   That looks like my notes from the call
12    with ████.
13         Q.   What does "real demand" mean?
14         A.   I don't know.
15         Q.   Okay.
16              MR. CERESNEY:  Could we have a
17         time check?
18              THE VIDEOGRAPHER:  You've got a
19         few minutes.  Two, three minutes.
20              MR. TENREIRO:  Okay.  I'm almost
21         finished.
22    BY MR. TENREIRO:
23         Q.   Mr. Garlinghouse -- we can set that
24    aside -- has -- have you ever heard of something
25    called Form D?
```

1          A.   I -- I don't know for sure.

2          Q.   Have you ever heard of something called

3     SEC Form D?

4          A.   I believe so, yes.

5          Q.   Have you ever filed an SEC Form D with

6     respect to any of your sales of XRP?

7          A.   Not of which I'm aware.

8          Q.   Have you ever filed a Form D with

9     respect to Ripple's sales of XRP?

10         A.   Not of which I'm aware.

11         Q.   Have you ever taken any steps to

12    determine whether purchasers of your XRP are

13    accredited investors?

14         A.   I don't know who the purchasers of my

15    XRP are.

16         Q.   Have you ever taken -- is that a no, is

17    the answer to my question?

18         A.   I don't know who the purchasers of my

19    XRP are.

20         Q.   So have you ever taken any steps to

21    determine whether they are accredited investors?

22         A.   I don't know who the purchasers of my

23    XRP are.

24         Q.   Okay.  Have you ever taken any steps to

25    determine whether the purchasers of Ripple's XRP

486

1    are accredited investors?

2         A.   Yes.

3         Q.   What steps?

4         A.   Some of Ripple's XRP has been sold to

5    accredited investors.

6         Q.   Are you talking about OTC sales?

7         A.   Yes.

8         Q.   Have you ever taken any steps to

9    determine whether purchasers of Ripple's XRP and

10   programmatic sales are accredited investors?

11        A.   I don't know who the purchasers of

12   Ripple's XRP sales are.

13        Q.   With respect to Ripple's OTC sales, has

14   Ripple ever filed a Form D with the SEC?

15        A.   Not of which I'm aware.

16        Q.   Have you ever sold XRP to investors in

17   the United States?

18        A.   Have I personally?

19        Q.   Yes.

20        A.   Not of which I'm aware.

21        Q.   Have you ever sold XRP to persons not in

22   the United States?

23        A.   I guess I -- I'm aware that GSR has used

24   exchanges around the world.  And so I'm aware that

25   people around the world have purchased XRP by way

487

1    of GSR.

2        Q.   Have you ever instructed GSR to restrict

3    the nationality of the people to whom it sells

4    your XRP?

5        A.   Yes.

6        Q.   How so?

7        A.   I instructed them not to sell on U.S.

8    exchanges.

9        Q.   When did you give that instruction?

10       A.   August or September 2020, I think.

11       Q.   But --

12       A.   I don't recall exactly.

13       Q.   Okay.  Before that had you ever

14    instructed GSR not to sell to U.S. persons?

15       A.   I don't believe so.

16       Q.   And after that instruction, did you

17    instruct GSR -- did GSR sell only on non-U.S.

18    exchanges?

19       A.   I believe so.

20       Q.   Okay.  Did you take any steps to

21    restrict the resale by those purchasers of your

22    XRP to any purchaser in the United States?

23       A.   I don't know who the purchasers of my

24    XRP are.

25       Q.   Okay.  And have you ever given anything

488

1   of value of your own assets to anyone to do work

2   on behalf of Ripple?

3       A.   Could you be more precise?

4               MR. STU ALDEROTY:  Could we have

5           a time check, Andrew?

6               MR. CERESNEY:  Yeah.

7               MR. SOLOMON:  I think we're over

8           and, frankly, I think you're getting into

9           what the judge precluded you from doing

10          with her order on financial records

11          anyway.  But if we're done, we're done,

12          because it's now been 16 hours of under

13          oath testimony of Mr. Garlinghouse.

14              Are we done?

15              THE VIDEOGRAPHER:  We're over.

16              MR. SOLOMON:  Okay.

17              MR. CERESNEY:  We're done.

18              MR. TENREIRO:  You're going to

19          stop it?  You're not going to let him

20          answer that question?

21              MR. SOLOMON:  No.

22              MR. ALDEROTY:  No.

23              MR. SOLOMON:  No, we're done.

24              THE VIDEOGRAPHER:  Okay.  Do you

25          have any questions or -- you're done?

489

1              MR. SOLOMON:  I'd like to take a

2       couple minutes.

3              THE VIDEOGRAPHER:  All right.

4       Going off the record at 7:55.

5              (Whereupon, a recess is taken.)

6              THE VIDEOGRAPHER:  Okay.  Back on

7       the record, 8:01.

8              MR. SOLOMON:  We have no more --

9       we have no questions for Mr. Garlinghouse.

10             THE VIDEOGRAPHER:  All right.

11      This concludes the video deposition of

12      Bradley Garlinghouse.  The time is 8:01

13      and still going off the record.

14             (Whereupon, the deposition

15      concluded at 8:01 p.m.)

16

17

18

19

20

21

22

23

24

25

490

STATE OF NEW YORK        )

                         ) ss:

COUNTY OF NEW YORK       )

        I hereby certify that the witness in the

foregoing deposition, BRADLEY KENT GARLINGHOUSE, JR.,

was by me duly sworn to testify to the truth, the whole

truth and nothing but the truth, in the within-entitled

cause; that said deposition was taken at the time and

place herein named; and that the deposition is a true

record of the witness's testimony as reported by me, a

duly certified shorthand reporter and a disinterested

person, and was thereafter transcribed into typewriting

by computer.

        I further certify that I am not interested in

the outcome of the said action, nor connected with nor

related to any of the parties in said action, nor to

their respective counsel.

        IN WITNESS WHEREOF, I have hereunto set my

hand this 22nd day of September, 2021.

        Reading and Signing was:

    ___ requested    ___ waived   _X_ not requested.

                   _____
                   BRIDGET LOMBARDOZZI, CSR, RMR, CRR









































































































