PX 82

Message
---

**From:** Patrick Griffin [██████@ripple.com]
**Sent:** 11/29/2013 3:29:38 PM
**To:** Phil Rapoport [Phil Rapoport <██████@ripple.com>]
**Subject:** Summary Slides for ██
**Attachments:** XRP Distribution Framework.pptx

Phil,

Before I send this to ████ let me know if anything is missing. She is working on an email for Chris and a broader distribution thesis and I want to recap our phone call. thx.

How was Thanksgiving in DC?

Patrick

CONFIDENTIAL

RPLI_SEC 0337666

# Distribution Discussion Themes

CONFIDENTIAL
RPLI_SEC 0337667

# Goal of Distribution

- Network Growth
- Raise funds for Ripple Labs operations

CONFIDENTIAL                                                                                           RPLI_SEC 0337668

# Long Term Stages of Ripple

- Phase 1. Speculatively valuable
  - In this stage XRP is new and few adopters. XRP is valuable among speculators.
- Phase 2. Pseudo valuable
  - In this stage XRP has some value. There is a market for XRP. Value remains mostly speculative. Rapid release of XRP may stymie further adoption.
- Phase 3. Valuable
  - In this stage XRP has clear and likely gaining value. XRP is transacted to facilitate real commerce as an alternative to other solutions.

CONFIDENTIAL                                                                                                   RPLI_SEC 0337669

# Goal of XRP Allocations

- Biggest goal is existential
  - Anything we do should respond to this primary goal of the company
  - Concern about network fork
- Reason for doing anything is to grow the network
  - Distribution must grow the network
- Phase 1: striking partnership for inorganic growth
  - Distribution is for business development
- Any currency strategy should be geared to making phase 2, 3 more successful
  - Where phase 2, 3 is scale and organic growth

CONFIDENTIAL
RPLI_SEC 0337670

# Current Distributions

- There are ways to increase supply that create a bigger increase in demand
- T-Bill auctions are designed to finance debt
- There will always be an 'overhang' of supply
  - Founders and RL holdings

CONFIDENTIAL
RPLI_SEC 0337671

# Speculators

- Let's not be concerned about speculators, they are not enough for the market
- If you are holding xrp you should want RL to retain xrp for business development
  - Give ourselves 6 months
  - Speculators are speculating on Ripple Labs

CONFIDENTIAL                                                                                                  RPLI_SEC 0337672

# XRP Breakdown

- Founders - 20%
- Ripple Labs - 80%
- RL Equity - 25%
- Non-profit distribution - 55%
    - Wholesale (auctions, OTC)
    - Business development (positive interchange, leverage, etc.)
    - Charity (direct as xrp, indirect from wholesale)
    - Developers (direct as xrp, indirect from wholesale)
    - Retail giveaways (account creation)

CONFIDENTIAL

RPLI_SEC 0337673



Patrick Griffin
EVP Business Development
Ripple Labs
████████@ripple.com

CONFIDENTIAL

RPLI_SEC 0337674