PX 91

Message

| | |
|---|---|
| From: | Asheesh Birla [▮@ripple.com] |
| on behalf of | Asheesh Birla <▮@ripple.com> [▮@ripple.com] |
| Sent: | 7/23/2019 5:07:30 AM |
| To: | Product-managers [Product-managers <▮@ripple.com>] |
| Subject: | QBR Summary |

**Big themes:**

- It is important for this team to be intellectually honest and open when things do not go as planned
- Make sure you/your teams are empowered to raise a flag if hitting a short term OKR through certain tactics do not align with the long term strategic priorities for the company
- Our biggest are of focus should be execution excellence - whether it is product quality, signing deals, getting customers live, hiring, responding to market events, etc. we need to be "on top of it"
- We need to be the stewards of culture at this company - make sure you are leading by example
- We are a global company and yet our executive team is mostly San Francisco based; make an effort to spend time at other offices around the world

**OKRs / High Level Q3 Priorities:**

- We have our Q3 Company OKRs and the Top 5 priorities that we will be tracking this quarter
- In addition to that, here are some additional areas of focus we should be covering:
    - Attrition tracking
    - XRP stewardship (trust, liquidity, price, etc.)
    - Metric SLA expectation of 99.9%
    - Migration path from 3.x to 4.x
    - Libra alternative

**Customer Success:**

- CS team hit all of their OKRs, but it was a challenging quarter in terms of hitting the top CS priorities
    - Middle East has yet to ramp up
    - We still need a South Asian RCP (▮ looks to be the closest)
    - xRapid scalability challenges
- Diversifying the network volume requires deep engagement with high potential senders (a mix of large established players but also smaller high potential payment providers)
- ▮ to revert on and update/refresh for the executive sponsorship program
- Network bifurcation remains to be a big challenge
- Bitso volume was non-recurring, the expectation is that they won't stay active in Q3
- We expect to hit the Q3 OKR of 210k transactions
- Key priorities for Q3:
    - Increase sending diversity of the network
    - Improve deal conversion rates
    - Delivery migrations
    - Sign an South Asian RCP
    - Scale up Middle East
- Key dependencies from other teams:
    - Product and Engineering: stability and quality
    - Engineering: operational excellence, especially as it relates to the xCurrent Cloud

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                RPLI_SEC 0200714

- - Product Marketing: helping customers with consumer-facing value propositions
  - Sales: signing payout partners
- Outside of engineering operations, we should think about a broader support function (payment operations) to support the likes of Metric - ▇ to follow up with ▇ on this

**Sales:**

- The sales team hit the sales targets and the priorities for the quarter
- **▇ to follow up with Asheesh and ▇ on who is engaged from product/engineering on ▇ deal**
- Key priorities for Q3:
  - Continue to execute on 1-to-many deals
  - Support 2020 GTM and aligned Sales Plan development
  - Review and recommend strategy for Central Banks
  - Establish a roadmap for and start closing USD clearers
- There isn't going to be a single bullet for USD Clearing (there will be multiple banks clearing for different regions / use cases)

**BD / Corp Dev / Institutional Markets:**

- Q2 2019 was the biggest deal quarter for BD
- We have potential to drive $5B+ in volume through the strategic deals closed this quarter
- However, to execute on that, we need to address quality and scalability of our product, liquidity, etc.
- We are exploring converting our XRP incentives to USD to be more thoughtful about the sell pressure of XRP
- As for volume tracking, we are moving to CryptoCompare (from CMC) - announcing this next week
- **Asheesh to have the product manager for XRP Charts send the leadership team an email on XRP Charts - where it is, what the plan is, etc.**
- Key priorities for Q3:
  - Launch Metric
  - Pursue strategic, game changing deals (whale hunting)
  - Recruiting talent and building culture in the team
  - Growth in investments / roadmap
  - Build liquidity for xRapid
  - xRapid partner deal growth

**Product:**

- Achieved 3+x volume growth from last quarter
- Deal pipeline is not an issue anymore - but the product isn't ready for that pipeline yet
- We are targeting fixes to improve xRapid quality, with SWAT Team:
- Asheesh as the GM for xRapid owns the roadmap and prioritization of countries and corridors. **Asheesh to clarify the roadmap in the next xC WBR**
- With the signed partners, we are preparing for 1M transactions on xRapid
- **Monica/▇ to revise the XRP Markets report to provide greater guidance on the future**
- Key priorities for Q3:
  - xCurrent success rate of 99.9%
  - Bring ▇ live as an RCP and sign 2 more RCPs
  - Launch 5 xCurrent Cloud customers
  - Identify the next Ripple vertical
- Production quality is a big focus ▇ on point)
- **Asheesh to connect with ▇ on concerns of xCurrent Cloud readiness**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0200715

**Engineering:**

- Hiring still has a long way to go
- Hiring may slow engineering velocity
- Strong focus on quality and testing:
    - Testing tiger team, with 3rd party testers
    - quality dashboard
- Key priorities for Q3:
    - Hiring in RippleNet Engineering
    - Rolling out a quality dashboard
    - Setting up MGI for success in terms of operational SLAs
    - Support xVia to xCurrent Cloud migrations
    - Corporate Treasury (managing XRP holdings for Ripple)

**Xpring:**

- Xpring's mission and metrics to track:
    - Mission: increase the utility of XRP
    - Metrics:
        - XRP/ILP transaction volume
        - # of apps
        - # of developers
- Xpring team is shifting from a deal-making team to a product-led team
- Focus on hiring developers, and releasing products that drive utility for XRP/ILP
- **Brad to reiterate the role of Coil in the XRP ecosystem with Chris L.**
- Key priorities for Q3:
    - Launch wallet/exchange apis/sdks
    - Complete XRPL decentralization
    - Launch ILP support in wallet/exchange apis/sdks
    - Launch WXRP
    - Recruit 12 people to Xpring

**Global Ops:**

- Overall a mixed quarter:
    - Good progress but not where we wanted to be for China/SEA leadership
    - RippleNet adoption increased in key markets; ME not as high as expected, and SRA ramping
    - South American presence off to a great start
    - SRA/█████ ts time consuming
    - Supporting engineering reorg and receiver quality work went well
- There is more work to be done for the organization to fully embrace the Regional Heads/their mandate/role (████ setting time with the leaders to discuss that)
- Key priorities for Q3:
    - Improve sales to volume success rate (the "on hold" issue)
    - On-borad Asia leadership
    - Drive RippleNet growth in key markets
    - Support xRapid launch in BR/JP/UAE
    - Ramp ROI for Ripple for Good (UBRI Connect is a big event coming up in Q3)

**Marketing:**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0200716

- We are in a good place with PR (92% positive of neutral sentiment; ~45% positive sentiment)
- Lead gen at 110% of goal in Q2; Lead source is shifting from events to content (more scalable)
- Fortune Brainstorm a huge success - lots of goodness coming out of that
- RAP is starting to yield results (so we are tracking that)
- Key priorities for Q3:
    - Thought leadership across Xpring (XRP stewardship), regulatory, institutional markets, RippleNet traction
    - Swell / Sibos, RippleNet.com refresh
    - GTM 2020 planning
    - Brand building for recruiting (hiring a full time person to manage / coordinate engineering recruiting activities)

**Legal:**

- Redacted
- Hired [Redacted] and she is in the process of up-leveling the team's skillset
- Redacted
- We need more support / redundancy for contract/commercial lawyer
- Key Q3 priorities:
    - Support BD deals
    - Sharpen Government Relations efforts (team build out)

**People Ops:**

- The team keeping the wheels on the bus - however, they are stretched thin
- Big issues People Ops is dealing with:
    - Hiring ramp up
    - Team changes
    - Lack of leadership / direction
- As teams grow larger, we need to invest more in HRBPs
- Key Q3 priorities:
    - Hiring
    - SOX Compliance
    - Sr. Leader Summit
    - Culture
    - Recruiting