# PX 95

Message
_____

| | |
|---|---|
| **From:** | Patrick Griffin [ ███ @ripple.com] |
| **Sent:** | 5/8/2014 12:09:57 AM |
| **To:** | Chris Larsen [Chris Larsen <██ @ripple.com>]; ██████ @ripple.com>] |
| **Subject:** | xrp injections |


what can we do?  i'm concerned that we lose speculator interest given that xrp will never rise with someone always ready to flood the supply anytime there is good news.  the speculators are good for liquidity and provide 'fumes' for volume and market making.  losing them entirely could cause problems for us.  we need a solution.


--
Patrick Griffin
Head of Business Development
Ripple Labs, Inc.
██████ ripple.com

CONFIDENTIAL

RPLI_SEC 0425911