PX 96

Message

| | |
|---|---|
| From: | Chris Larsen [▮▮▮@ripple.com] |
| Sent: | 5/23/2014 1:10:47 AM |
| To: | [▮▮▮@ripple.com] |
| CC: | Monica Long [▮▮▮@ripple.com] |
| Subject: | Jed's Announcement |

Hi -

You may have seen Jed announce that he plans to sell his XRP stake in the next two weeks. He has, in fact, been selling XRP for weeks, netting himself millions of dollars. He made the announcement in a community forum (XRPTalk), and we've posted a response.

To summarize for you:

- Our vision is for an inclusive value web, built by enterprise financial services firms and developers.
- Long-term XRP price is affected by adoption of the protocol and growth of the ecosystem.
- Short-term XRP price doesn't hinder our ability to execute on the vision.
- We've been working on a founders' XRP lock up plan for some time. Arthur and I are participating in it, so you won't see a dumping event from us. We tried to include Jed in the plan.
- We've made tremendous progress against our strategy as of late, which is the real driver of value of the protocol and network.

I pasted the complete response below if you're interested. Please let me know if you have any questions. Happy to talk.

Chris

Chris Larsen
CEO
Ripple Labs Inc.

**Ripple Labs response:**

I have been following this thread along with the rest of you today. I wanted to comment on behalf of the Ripple Labs team.

Ripple is unique. It is the only distributed protocol that enables value to move like information moves today. Our vision is for an inclusive value web, built by enterprise financial services firms and innovative developers. It greatly improves, rather than replaces, the incumbent system.

Many of you are concerned about what impact these sales will have on the market. What affects XRP price long-term is adoption of the protocol and growth of the ecosystem. As the value of the protocol (i.e. utility) increases, so does the value of XRP. The price of XRP doesn't impair the functionality of the Ripple protocol or network.

Similarly, the short-term price of XRP does not hinder our ability to execute on the vision. Our company is well-funded. We're not dependent on XRP.

A critical ingredient to Ripple's success is regulatory compliance. We're committed to support a compliant protocol and network. Expect significant developments from us on security and consumer protection features.

We've heard and shared your concern about the founders' XRP allotment. Prior to today, we've been working on a founders' XRP lock up plan, which Chris and I are participating in. You can rest assured that a dumping event like this won't happen from other co-founders.

It's heartening to see Ripple's tremendous progress as of late. On the enterprise front, there are five Wall Street funds trading on Ripple, and the [url=http://www.marketwired.com/press-release/ripple-labs-announces-fidor-bank-ag-as-first-bank-to-use-the-ripple-

Confidential Treatment Requested By ▮▮▮ Global Trading, Inc.                                       ▮▮▮Ripple_0000903

protocol-1906150.htm]first bank, Fidor, signed on[/url] to use Ripple as its real-time settlement infrastructure. The news, along with the tireless efforts of our business development team, has led to very productive conversations with top 20 banks around the world.

[url=https://dev.ripple.com/]On the developer front[/url], we've established a dedicated developer relations program and engineering resources to create tools to make building on Ripple easy.

On the regulatory front, [url=https://ripple.com/blog/welcome-karen-gifford-to-ripple-labs/]ourcompliance and risk chiefs[/url] have made lots of headway positioning Ripple as a real-time settlement system, solving fundamental deficiencies in finance. It was a big day when [url=http://www.stlouisfed.org/dialogue-with-the-fed/assets/Bitcoin-3-31-14.pdf]VP of the St. Louis Fed, David Andolfatto, expressed his view[/url] that "there's room for beneficial coexistence [between central banks] and Ripple."

Some of you have asked what Jed's intentions are with his sale, you'll have to ask him. He hasn't been on the operating team for about a year, and hasn't been on the board since April.

In the near term, our team is focused on building a banking infrastructure on the protocol. It's a necessary, foundational step to enable other types of applications and activity on Ripple (e.g. remittance, merchant solutions, etc.). We're 54 employees strong and continue to hire.

Our purpose is to reinvent the foundation on which global finance is built. Your support and active involvement in building the value web is mission critical - thank you.

- Arthur Britto
Ripple Labs, Co-founder and Chief Strategist

Confidential Treatment Requested By                                                                                           Ripple_0000904