PX 97

Message

**From:** Patrick Griffin [████@ripple.com]
**Sent:** 9/13/2016 8:20:36 AM
**To:** Asheesh Birla [Asheesh Birla ████@ripple.com>]
**Subject:** Fwd: Summary of ████

Hoping you can weigh in here. I agree with Brad's 'watering down' commentary but I also think ████ feedback is consistent with the feedback we've heard on XRP for the past 4 years.

Also, the commentary on the need for predictability to attract new investors feels like just plain old common sense.

Patrick


Begin forwarded message:

> **From:** Brad Garlinghouse <████@ripple.com>
> **Date:** September 13, 2016 at 8:06:04 AM PDT
> **To:** Patrick Griffin <████@ripple.com>
> **Cc:** Asheesh Birla <████@ripple.com>, ████ <████@ripple.com>, Chris Larsen <████@ripple.com>
> **Subject: Re: Summary of** ████
>
> I think this is a good summary - my only 'watering-down' is that as we both experienced (and sounds like you have experienced previously) ████ is prone to Trump like hyperbole. (and about 90% of the feedback was ████ doing the talking)
>
> As an example: ████ said that he'd never work with us unless we had a clear, published path for how XRP would be allocated every month for the next 50 years. When I pointed out the difficulty in that and thus likelihood that we couldn't work together, he was quick to back track.
>
> My point is that I'm not sure one meeting with ████ should be considered conclusive 'customer research' - but rather we should digest it alongside other feedback and our own thesis about the opportunity.
>
> I thought the meeting was actually pretty great. ████ was very candid (even if at times he contradicted himself) - and I think we achieved our mission of being more proactive in evangelizing the good things going on with XRP with influencer audiences. (which was clearly one of our agendas)
>
>> On Mon, Sep 12, 2016 at 10:12 PM, Patrick Griffin <████@ripple.com> wrote:
>> Chris, Brad, Asheesh, ████
>>
>> I wanted to get your reactions to this email before expanding to a wider audience.

HIGHLY CONFIDENTIAL                                                                                                                RPLI_SEC 0378113

Brad and I met with ▆▆ this afternoon in New York. Our objective was to engage ▆▆ to launch a new XRP fund. ▆▆ was quite frank about his views on what stands in the way to making XRP successful. He and his team were adamant that any further engagement with ▆▆ would first and foremost require a radically transparent approach about the long term distribution plan for XRP. We also discussed techniques to market XRP (macro story and volume) and working with them to make XRP markets.

As a brief update on ▆▆ it sounds like they are doing very well. They have 40 companies in their portfolio. They have raised ▆▆ for their ▆▆.

On OTC XRP purchases, they do not plan to purchase more XRP because of the reasons detailed below. The purchase of XRP was simply a consequence of a conversation ▆▆ had with Chris indicating XRP was central to Ripple's success. ▆▆ was clear that the transaction was a one off. Interestingly ▆▆ team talked about a broad investor survey they recently ran by their investor base (within the last 2 months) and there was no interest in XRP. Their thesis for why that is boils down to lack of predictable supply, marketing confusion about what Ripple is, and accessibility to XRP, detailed below.

Since the meeting was largely focused on the distribution, I want to start there and detail DCG's feedback:

- Predictability - An obstacle to getting new money into XRP is predictability of supply to assign a valuation to XRP. Investors need certainty and stability to evaluate risk and price accordingly. Without a clearly defined distribution plan, it will be difficult/impossible to attract new money to XRP. Investors will not invest when they do not understand something. Ripple needs to decide between predictability or optionality. Optionality may give Ripple the flexibility to pursue different deals but the price will never move (or only move at the margin among existing investor base). Predictability may be riskier for Ripple but it will create a chance for price/liquidity to rise. ▆▆ was adamant that any partnership between Ripple and ▆▆ will require a solution for predictability as a precondition. "How can I know that Ripple won't sell half of their XRP for $5M if they come into financing difficulties?" "Investors don't want to be the dumb money."
- Jed Settlement - Ripple can do more to make it clearer how Jed's XRP are controlled. One idea is to provide an overview of the selling constraints/plan for founders and executives, wherein we can reemphasize Jed's lockups.
- Founders and executive team - Ripple needs to be more transparent about who owns what, when it will be released, and what liquidation controls are in place. We need to hold ourselves accountable to a public schedule.
- OTC deals - There needs to be a known rate and an allocation each month. "You can't have people getting special deals because they are friends of the founders."
- Business development deals - There needs to be a known allocation for business deals each month. The terms of the business deals involving XRP should be consistent and public.
- Escrow - "Ripple is a central bank of XRP" and should be looking into innovative ways to guarantee distribution with a predictable and public schedule. Consider moving the companies XRP into escrow.
- Liquidity incentive program - Insignificant relative to bigger issues with predictability

On the marketing front, the ▆▆ team had a few interesting suggestions:

HIGHLY CONFIDENTIAL
RPLI_SEC 0378114

- SWIFT 2.0 - A narrative for investors to understand that Ripple could own. Consider SWIFT 2.0 as a first step on your journey. Once we can tell the story of SWIFT 2.0, ▮ an connect XRP to a broader macro theme.
- Larger Units - 100 Billion is too abstract a number and the current unit prices are difficult to describe. Consider introducing a 100x unit value.
- Volume - We need to show metrics and charts that show XRP trending up and to the right. We need to be able to show XRP growth by pointing to growth in volume, accounts and general usage. In particular, we need to show commercial volumes even when they are private. For ILP volume, we need to explain how ILP usage will convert to XRP usage. (As an aside, Monica and I have proposed a methodology, and I will follow up this week).

Partnerships

- Exchanges - Agree that Ripple needs to make it easier to trade XRP. ▮ s a good idea.
- Wallets - Ripple needs to build partnerships with wallet providers to allow for secure custody of XRP ▮ good but only a start.

As a next step ▮ will send us a summary of the steps they believe we need to take to build predictability for XRP. This will be a prerequisite for engagement on a fund, future OTC purchases, and possibly introductions to their portfolio companies for partnerships.

Patrick

Patrick Griffin
EVP Business Development | Ripple
▮ ripple.com

HIGHLY CONFIDENTIAL    RPLI_SEC 0378115