# PX 109

| | |
|---|---|
| **Message** | |
| **From:** | Phil Rapoport [▮@ripple.com] |
| **Sent:** | 4/14/2014 1:50:11 PM |
| **To:** | ▮ <▮@ripple.com> |
| **CC:** | Chris Larsen [Chris Larsen - ▮@ripple.com]; Patrick Griffin [Patrick Griffin - ▮@ripple.com]▮ [Karen Gifford - ▮@ripple.com] |
| **Subject:** | Re: xrp price |

The selling account just got ANOTHER refill of 20mm XRP from Jed's same founder account. The selling account down to 6.5mm XRP prior to this refill.

Seller account: https://ripple.com/graph/#rwDewhHaNdq5xA3Ku54VP8ze4UL6wvYCy9
Parent account: https://ripple.com/graph/#r43mpEMKY1cVUX8k6zKXnRhZMEyPU9aHzR

I think at this point, we have to assume he's going to keep this up for a while. Any viable counter measures we can take?

Phil

On Mon, Apr 14, 2014 at 1:46 AM, ▮ <▮@ripple.com> wrote:
> ty for this

On Mon, Apr 7, 2014 at 1:59 PM, Phil Rapoport <▮@ripple.com> wrote:
> The seller account just received another 20mm XRP, which means it has a total of 27mm XRP left to go. It sold another ~7mm XRP today.
>
> https://ripple.com/graph/#rwDewhHaNdq5xA3Ku54VP8ze4UL6wvYCy9
>
> The 20mm XRP came from the second "child" account funded by the original 200mm parent last week.
>
> https://ripple.com/graph/#rsovZvWmMgMNfzcgMXFCFBXewr2dyaqSdx

On Wed, Apr 2, 2014 at 11:49 PM, Chris Larsen <chris@ripple.com> wrote:
> pretty much has tracked the decline in BTC as the market digests the news from China and the new IRS ruling. Also, keep in mind that last year at this time also saw a sell off - likely US BTC owners selling BTC to pay substantial BTC tax bills.
>
> CHRIS LARSEN | CEO
> Ripple Labs Inc.
> ▮@ripple.com | www.ripple.com | www.ripplelabs.com

CONFIDENTIAL                                                                                                  RPLI_SEC 0644286

On Wed, Apr 2, 2014 at 8:27 PM, Patrick Griffin <███@ripple.com> wrote:
what's our company line right now if asked to explain what's happening to the price of XRP?

Patrick

CONFIDENTIAL                                                                                      RPLI_SEC 0644287