# PX 111

Message

**From:** Monica Long [____@ripple.com]
**on behalf of** Monica Long [____ripple.com]
**Sent:** 8/18/2014 4:11:05 PM
**To:** Ken Kurson
**Subject:** Re: Settlement of Jed's XRP

Here's everything to date, broken out by positioning. I'll send our plan to address under separate cover.

**Fork of Ripple**
1. Coinist Launches Beta With Rating and Reviews Across the Digital Currency Ecosystem, MarketWired 8/14
2. Stellar Vs Ripple Wins Protocol Battle, Crypt.la 8/13
3. Stellar: Jed Reboots Ripple for the Masses, Global Crypto News 8/7
4. Stellar Ascends Ripple Topples, CoinSource 8/6
5. Mt. Gox And Ripple Founder's Secret Project Revealed: Stellar, Coin Telegraph 8/5
6. New Digital Currency Aims to Unite Every Money System on Earth, Wired 8/6
7. Stripe Cosigns Stellar, a New Digital Currency, Payment Week, PaymentWeek 8/1

**Similar to Ripple**
1. Weekly Altcoin Update: Stellar's Price Volatility, CryptoCoinsNews 8/15
2. Growing Pains: Stellar Stumbles Briefly Amid Its Launch of A New Crypto Currency Platform, Pando 8/5
3. Bitcoin Secret Project Reveals Stellar, CryptoCoinsNews 8/1
4. Stripe backs Ripple founder's latest digital currency project, Finextra 8/1
5. New Digital Currency Launches with Familiar Faces, PaymentsSource 8/1
6. Mt Gox Founder Jed McCaleb Unveils Project Stellar, CoinDesk 7/31
7. Mt Gox Founder Unveils Stellar, A New Digital Currency Project, WSJ MoneyBeat 7/31

**Competitor to Ripple**
1. Ripple Settles With Estranged Founder Jed McCaleb Outlining a Metered Sale of XRP Holdings, Pando 8/15
2. Jed McCaleb, Ripple Labs Strike Deal to Avoid 9 Billion XRP Sell-Off, CoinDesk 8/15
3. Bitbeat Ratings Firm Coinist Tackles Trust Problem with Bitcoin 2.0, WSJ MoneyBeat 8/12
4. Jed McCaleb Co-Founds Stellar, A Competitor to Ripple, DC Magnates 8/3

**Building on Bitcoin**
1. Stellar, Uber, and the Rise of Computational Trust, TechCrunch 8/8
2. Stripe Takes on Bitcoin with Rival Digital Currency, Irish Times 8/5
3. Stellar vs. Bitcoin: San Francisco Startup Stripe Launches New Digital Currency With Kick-Start Funding, Latin Post 8/3
4. A New Competitor For Bitcoin – Stellar, Bidness Etc 8/1
5. New Bitcoin Challenger Launches, Fortune 7/31
6. Stripe Backs Non-Profit Decentralized Payment Network Stellar, From Mt. Gox's Original Creator, TechCrunch 7/31
7. Payment Processor Stripe Launches a New Currency the Stellar, VentureBeat 7/31

**No Mention of Ripple**
1. ANXPRO Exchange Introduces Stellar Trading, CoinTelegraph 8/16
2. Company Profile: Stellar, CoinReport 8/7
3. Payment Platform Co-Founded by Mt. Gox Creator Gets Backing from Stripe, Whir 8/4
4. Stellar Open Source Solution International Money Transfers Currency, The Next Web 8/1
5. PayPal Hosts Packed 'Introduction to Bitcoin' Event, CoinDesk 8/1
6. Stellar debuts with a bang, gives away digital currency for free, Silicon Angle 8/1
7. Mt Gox Founder Raises Unconventional 3m Investment, Upstart 8/1
8. Collison brothers' Stripe invests US$3m in new cryptocurrency Stellar, Silicon Republic 8/1
9. Digital Currency's Stellar New Idea, PYMENTS 8/1
10. Keith Rabois Stellar Foundation, Business Insider 7/31
11. Jed McCaleb Reveals Stellar, Previously Secret Bitcoin Project, NewsBTC 7/31
12. Jed McCaleb, Mt. Gox and Ripple Founder, Unveils Project 'Stellar', CoinSpeaker 7/31

On Sun, Aug 17, 2014 at 3:27 PM, Ken Kurson <​████​> wrote:
Is this it? Can you send me ALL press they've gotten? If this is it ... very underwhelming.

**From:** Monica Long <​████​@ripple.com>
**Date:** Thursday, August 14, 2014 9:43 PM
**To:** Ken Kurson <​████​>
**Subject:** Re: Settlement of Jed's XRP

Sure:

http://www.irishtimes.com/business/sectors/technology/stripe-takes-on-bitcoin-with-rival-digital-currency-stellar-1.1887360

http://fortune.com/2014/07/31/stripe-launches-bitcoin-challenger-gives-it-away-for-free/

On Thu, Aug 14, 2014 at 3:08 PM, Ken Kurson <​████​> wrote:
Thank you!

**From:** Monica Long <​████​@ripple.com>
**Date:** Thursday, August 14, 2014 2:43 PM
**To:** Ken Kurson <​████​>
**Subject:** Re: Settlement of Jed's XRP

Btw, congrats on the Source Media purchase!!

On Thu, Aug 14, 2014 at 11:37 AM, Monica Long <​████​@ripple.com> wrote:
Yes, all good. Glad we can move past this soap opera to the more interesting stuff. We're lining up partnerships to announce this fall; they should come in a windfall.

We're also planning how we'll offensively protect ownership of our technology and our story in the press. They're not Stellar's to own.

On Wed, Aug 13, 2014 at 9:30 PM, Ken Kurson <​████​> wrote:
Reaction on the boards seems great so far.

**From:** Monica Long <​████​@ripple.com>
**Date:** Wednesday, August 13, 2014 8:49 PM
**To:** <undisclosed-recipients:;>
**Subject:** Settlement of Jed's XRP

Hi all,

We're pleased to have reached a final settlement with Jed regarding his XRP stake. He's agreed to lock-up terms that limit him to sell by the following schedule:

[redacted]

CONFIDENTIAL
RPLI_SEC 0530021

For context, ███ currently comprises ███ of volume, so it'd have a minimal impact on XRP price. For the ███ he retains an option to sell ███

Given the public attention founders' XRP, particularly Jed's, has attracted, we posted this statement to the Ripple Forum - the home to much of the discussion. Our overall goal with the statement is to assure the market we're resolving the founders' XRP responsibly.

We feel we reached a positive outcome with the settlement and look forward to charging ahead with the team. Please don't hesitate to reach out with any questions.

Best,
Monica

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
███@ripple.com | ███ | www.ripple.com | @ripple

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
███@ripple.com | ███ | www.ripple.com | @ripple

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
███@ripple.com | ███ | www.ripple.com | @ripple

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
███@ripple.com | ███ | www.ripple.com | @ripple

--
**MONICA LONG** | DIRECTOR OF COMMUNICATIONS | **Ripple Labs**
███@ripple.com | ███ | www.ripple.com | @ripple