**PX 739 Filed Under Seal as D.E. 670-91**