# PX 743

https://www.xrpchat.com/topic/3471-what-did-ripple-do-wrong/page/4/?tab=comments#comment-33899



**JoelKatz**

Ripple Employee

884

Posted April 2, 2017

Popular Post

Well, I just got back from vacation. Apparently, that was just what XRP needed! I think it's a great idea to specifically discuss what we did wrong. When Ripple takes over the world, it will be very interesting to look at what mistakes we overcame. 🙂

I could respond to everything, but that would take a novel.

"ended world community grid too early"

Like almost every giveaway, it was being gamed. We didn't have much choice. This is why we can't have nice things.

"Pivoted and killed almost all the community."

This is a tough one. I stand by every pivot we made based on the information we had at the time and even with what we know now. However, I do feel awful about the people who built on top of Ripple and who got abandoned by our strategy change. I too think somehow we could have done better, but I'm not sure how.

"Failed to promote XRP as a digital currency"

We didn't think it made sense to take on Bitcoin head on at its strength. I'm not sure that was a mistake, but it's hard to know what would have happened had we traveled that road. Like in the pivot argument, it certainly seems like it would have been better if we had been able to go both ways. But I suspect that if you try to do everything, you're quite likely to succeed at nothing.

"that there was from the very start not a lockup or any kind of agreement on those by the founders owned XRP"

Agreed! Relying on people to be rational and act in their own self-interest, surprisingly, doesn't work. Lesson learned.

"I didn't like all of the company energy put into Ripple Trade and all the hoops users were made to jump through only to have it killed. Users were then passed off to Gatehub without any say in the matter."

The legal situation made it virtually impossible for Ripple to provide a wallet and stay completely clean. I think it's fair to say that we didn't take on enough risk. Coinbase, for example, is a company that lets you send money through their web page to a completely anonymous destination that, for all they know, could belong to a terrorist. But nobody even thinks about that aspect as an issue -- it's bitcoins, of course you can send it to an address. We failed to anticipate that many regulatory issues would quickly be considered no big deal. You could argue that this is a mistake we continue to make to this day.

"Failed to have a clear and transparent distribution plan..."

I don't think we could have, since we had no idea what would work in the future. But I agree that we completely choose to take the path of revealing very little and requiring people to trust us to act in our own self-interest. We were so afraid of tying our hands too much that we left nothing but uncertainty. Miguel has convinced me that we should be equally afraid of leaving uncertainty as we are of tying our hands and should be willing to risk tying our hands a reasonable amount to provide more certainty. We can lock up on the ledger now.

"NO MUGS, NOT ENOUGH T-SHIRTS"

Nailed it.

"Choosing javascript/node.js as language for their main API"

I'm not convinced that's a mistake personally, largely because we don't know what would have gone wrong had we made another choice and we know everything that went wrong with JS. But there were definitely quite a few things that went wrong. JS is not ready for enterprise software.

"i am NOT saying they did not deserve a reward, but come on, 20%!!! that's like saying... i am going to issue a new currency in my country, oh btw... i will take 20% -- just a few trillion here and there, no big deal..."

I don't think this was a mistake. First of all, if XRP succeeds anyway, it's hard to see this as a mistake. And that's less than what every previous currency issuer has done. Retaining a lot of personal control makes sense when you don't know who or what might take control later. But given what happened, clearly stronger contracts between the founders was needed.

"The merger with SimpleHoney"

I firmly personally believe that this was an attempt by Jed to enrich his girlfriend and her friends when he sold OpenCoin to Stripe. That said, all the employees at SimpleHoney, including Joyce, appeared to be competent professionals to my judgment. If it had been intended as a legitimate acquihire, it would have been a solid one. I talked to each of the SimpleHoney employees and asked them to stay, but that didn't happen.

Okay, that's enough responding. I have to go back on vacation to keep the price going up.

enrique11, Warbler, Chan_Maddanna and 16 others  ♥ 19