# PX 746 Filed
# Under Seal as
# D.E. 670-98