**PX 747 Filed Under Seal as D.E. 670-99**

Case 1:20-cv-10832-AT-SN Document 670-99 Filed 06/13/23 Page 1 of 28