# PX 748 Filed Under Seal as D.E.