**PX 749 Filed Under Seal as D.E. 670-101**

Case 1:20-cv-10832-AT-SN Document 670-101 Filed 06/18/22 Page 1 of 1