**PX 750 Filed Under Seal as D.E. 670-102**