**PX 751 Filed Under Seal as D.E. 670-103**