# PX 752

# Filed Under Seal as D.E. 670-104

Case 1:20-cv-10832-AT-SN Document 670-104 Filed 06/18/22 Page 1 of 10