# PX 753 Filed Under Seal as D.E. 670-105