# PX 754 Filed Under Seal as D.E. 670-106