# PX 755 Filed Under Seal as D.E. 670-107