# PX 756 Filed Under Seal as D.E. 670-108