# PX 757 Filed Under Seal as D.E. 670-109