# PX 758 Filed Under Seal as D.E. 670-110