# PX 759 Filed
# Under Seal as
# D.E. 670-111