# PX 760 Filed Under Seal as D.E. 670-112