# PX 761 Filed Under Seal as D.E. 670-113