**PX 762 Filed Under Seal as D.E. 670-114**