# PX 763 Filed Under Seal as D.E. 670-115