# PX 765 Filed Under Seal as D.E. 670-117