# PX 768

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-10-17 16:42:59 EDT |
| Mark: | XRP |

# XRP

| | | | |
|---|---|---|---|
| US Serial Number: | 85935696 | Application Filing Date: | May 17, 2013 |
| US Registration Number: | 4458993 | Registration Date: | Dec. 31, 2013 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| Status Date: | Aug. 01, 2020 | | |
| Publication Date: | Oct. 15, 2013 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | XRP |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Financial services, namely, providing secure payment options to members of an online community via a global computer network through the use of traditional currency and virtual currency | | |
| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Mar. 01, 2013 | Use in Commerce: | Mar. 01, 2013 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | MITTETULUNDUSÜHING XRP LEDGER TRUST |
| **Owner Address:** | RINGTEE 15, SAARE MAAKOND<br>KURESSAARE ESTONIA 93815 |
| **Legal Entity Type:** | NON-PROFIT ORGANIZATION |
| **State or Country Where Organized:** | ESTONIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Olivia Maria Baratta | **Docket Number:** | 1244294 |
| **Attorney Primary Email Address:** | tmadmin@kilpatricktownsend.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Olivia Maria Baratta<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GEORGIA UNITED STATES 30309 |
| **Phone:** 404-815-6500 | **Fax:** 404-815-6555 |
| **Correspondent e-mail:** tmadmin@kilpatricktownsend.com mbaratta@kilpatricktownsend.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 02, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 02, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 02, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Apr. 02, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 02, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 02, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 01, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 01, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Aug. 01, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| May 14, 2020 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 31, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| May 23, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 25, 2017 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| May 25, 2017 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 15, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 15, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 09, 2017 | WITHDRAWAL OF ATTORNEY GRANTED | |
| Mar. 09, 2017 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | |
| Jul. 08, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 08, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 12, 2014 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 31, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 15, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 15, 2013 | PUBLISHED FOR OPPOSITION | |
| Sep. 25, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 04, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 04, 2013 | ASSIGNED TO EXAMINER | 83361 |
| May 30, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

May 21, 2013 NEW APPLICATION ENTERED IN TRAM

# TM Staff and Location Information

| **TM Staff Information - None** | |
|---|---|
| **File Location** | |
| **Current Location:** TMEG LAW OFFICE 107 | **Date in Location:** Aug. 01, 2020 |

## Assignment Abstract Of Title Information

| **Summary** | | | |
|---|---|---|---|
| **Total Assignments:** 3 | | **Registrant:** OpenCoin, Inc. | |

### Assignment 1 of 3

| **Conveyance:** | CHANGE OF NAME | | |
|---|---|---|---|
| **Reel/Frame:** | 5207/0427 | **Pages:** | 5 |
| **Date Recorded:** | Feb. 03, 2014 | | |
| **Supporting Documents:** | assignment-tm-5207-0427.pdf | | |

| **Assignor** | | | |
|---|---|---|---|
| **Name:** | OPENCOIN INC. | **Execution Date:** | Oct. 16, 2013 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

| **Assignee** | | | |
|---|---|---|---|
| **Name:** | RIPPLE LABS INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |
| **Address:** | 268 BUSH STREET, #2724<br>SAN FRANCISCO, CALIFORNIA 94104 | | |

| **Correspondent** | |
|---|---|
| **Correspondent Name:** | ASHLEY G. KESSLER, FELDMAN GALE, P.A. |
| **Correspondent Address:** | 2 SOUTH BISCAYNE BOULEVARD<br>ONE BISCAYNE TOWER, 30TH FLOOR<br>MIAMI, FL 33131 |

**Domestic Representative - Not Found**

### Assignment 2 of 3

| **Conveyance:** | ENTITY CONVERSION | | |
|---|---|---|---|
| **Reel/Frame:** | 5619/0742 | **Pages:** | 5 |
| **Date Recorded:** | Sep. 09, 2015 | | |
| **Supporting Documents:** | assignment-tm-5619-0742.pdf | | |

| **Assignor** | | | |
|---|---|---|---|
| **Name:** | RIPPLE LABS INC. | **Execution Date:** | Sep. 15, 2014 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |
| **DBA, AKA, TA, Formerly:** | FORMERLY OPENCOIN, INC. | | |

| **Assignee** | | | |
|---|---|---|---|
| **Name:** | RIPPLE LABS INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 268 BUSH STREET, #2724<br>SAN FRANCISCO, CALIFORNIA 94104 | | |

| **Correspondent** | |
|---|---|
| **Correspondent Name:** | ASHLEY G. KESSLER, FELDMAN GALE, P.A. |

|   |   |   |   |
|---|---|---|---|
| **Correspondent Address:** | 2 SOUTH BISCAYNE BOULEVARD<br>ONE BISCAYNE TOWER, 30TH FLOOR<br>MIAMI, FL 33131 | | |

**Domestic Representative - Not Found**

## Assignment 3 of 3

|   |   |   |   |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 7669/0653 | **Pages:** | 4 |
| **Date Recorded:** | Mar. 23, 2022 | | |
| **Supporting Documents:** | assignment-tm-7669-0653.pdf | | |

### Assignor

|   |   |   |   |
|---|---|---|---|
| **Name:** | RIPPLE LABS INC. | **Execution Date:** | Mar. 02, 2022 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

|   |   |   |   |
|---|---|---|---|
| **Name:** | MITTETULUNDUSÜHING XRP LEDGER TRUST | | |
| **Legal Entity Type:** | NON-PROFIT ORGANIZATION | **State or Country Where Organized:** | ESTONIA |
| **Address:** | RINGTEE 15, SAARE MAAKOND<br>KURESSAARE, ESTONIA 93815 | | |

### Correspondent

|   |   |
|---|---|
| **Correspondent Name:** | OLIVIA MARIA BARATTA |
| **Correspondent Address:** | 1100 PEACHTREE STREET<br>ATLANTA, GA 30309-4528 |

**Domestic Representative - Not Found**