UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                        Plaintiff,           :    No. 19 Civ. 10832 (AT) (SN)
                                             :
            - against -                      :    ECF Case
                                             :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,     :
And CHRISTIAN A. LARSEN                      :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------------------------------x

## DECLARATION OF MARK R. SYLVESTER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1(b)

I, Mark R. Sylvester, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York. I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office.

2. I have personal knowledge of the facts and circumstances of the case. As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3. I am submitting this Declaration to put forth exhibits in support of the SEC's Response to Defendants' Statement of Additional Material Facts Pursuant to Local Rule 56.1(b).

4. Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates |
|---|---|---|
| PX 248 | Expert Rebuttal Report of ▮▮▮▮▮▮▮▮, dated November 12, 2021 | N/A |

| PX 403 | Email chain dated January 5, 2015 | RPLI_SEC 0096888 |
| --- | --- | --- |
| PX 534 | Email chain dated June 3, 2020 | SEC-███████-E-0000209 |
| PX 553 | Email chain dated October 3, 2019 | RPLI_SEC 0595021 |
| PX 664 | Email chain dated July 19, 2018 | RPLI_SEC 0221392 |
| PX 671 | Instant messages dated January 13, 2018 | GARL_Civil_000982 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 30, 2022

                                           /s/ Mark R. Sylvester
                                          Mark R. Sylvester