# PX 403

Message

**From**:
on behalf of
**Sent**: 1/5/2015 6:15:21 AM
**To**: █ < █ @ripple.com>]; Chris Larsen [Chris Larsen █ @ripple.com>]; █ @ripple.com
**Subject**: FW: update

Team:

At some stage, for the protection of ourselves and our practices of selling XRP in the market, maybe looking into a letter from lawyer saying we do not think XRP is a security. I think it is an easy letter from lawyer, but it protects us a ton in the future if SEC changes its mind. As long we have the procedure in place, our potential liabilities are manageable.

It is a separate issue for XRP fund, but given we are selling XRP now, think it is prudent to get something on paper, so SEC or regulators think at least we thought about it.

Sorry about repeating this, I have the best of Ripple at heart. Anything reduces our regulatory risk, with minimal costs, we should consider. I am sure Phil and █ have thought about it per our previous conversations.

Best



**From:** █
**Sent:** Monday, January 05, 2015 5:50 AM
**To:** █
**Subject:** RE: update

█ - We don't know of the SEC taking any position on the issue of whether a virtual currency is itself a security. However, one certainly can create a security by packaging virtual currency. Regards. –█



**From:** █
**Sent:** Thursday, January 01, 2015 9:39 PM
**To:** █
**Subject:** RE: update

Thanks so much!

Do you know if SEC has decided not to regular XRP or bitcon, and now Treasury regulates/
Will XRP be ever considered a security which needs SEC approval?

**From:** █
**Sent:** Thursday, January 1, 2015 6:31 PM
**To:** █
**Subject:** RE: update

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

███ - I apologize for the delay.  I have both calls and emails in to FinCEN.  They have been unresponsive.  This may be due to people taking vacation during the last two weeks of December.  I reached out on Wednesday to a former colleague of mine who is at Treasury to see if she can help break the FinCEN logjam.  If that does not work, I have others at Treasury who I can call next week.  Best regards. -███


Sent with Good (www.good.com)

**From:** ███████
**Sent:** Thursday, January 01, 2015 06:37:02 AM
**To:** ████████
**Subject:** update

Sir

Any more updates?
Happy new year


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.