# PX 671



Chat with ▓▓▓▓▓ on January 13, 2018
Brad Garlinghouse <▓▓▓▓▓>
Brad Garlinghouse <▓▓▓▓▓>
Earliest item: 2018-01-13 00:34:30
Latest item: 2018-01-13 23:29:27



Saturday 13 January 2018

Instant Message : Native Messages
From
    Brad Garlinghouse <▓▓▓▓▓>        00:34:30
To
    Brad Garlinghouse <▓▓▓▓▓>

can your team go through these and LMK if I've "liked" anything that is XRP price related?



Instant Message : Native Messages
From
    Brad Garlinghouse <▓▓▓▓▓>        00:34:31
To
    Brad Garlinghouse <▓▓▓▓▓>

https://twitter.com/i/likes

A2947C2E-58D1-4B4A-BB24-9EB853DC46E9.pluginPayloadAttachment



Instant Message : Native Messages
From
    ▓▓▓▓▓                              01:40:21
To
    Brad Garlinghouse <▓▓▓▓▓>

Highly Confidential                                    GARL_Civil_000982

Brad Garlinghouse <█████>

https://twitter.com/F_Hassantalebi/status/944742461825540099

07B42DED-1013-48F0-A313-EBB9031C2529.pluginPayloadAttachment



Instant Message : Native Messages
From                                                                                 01:42:23
█████
To
Brad Garlinghouse <█████>
Brad Garlinghouse <█████>

https://twitter.com/1jo4747/status/941159351380795392

2767BC9F-82CF-483B-A8F6-C32CACFC4829.pluginPayloadAttachment





Highly Confidential

GARL_Civil_000984



```
Instant Message : Native Messages
From                                                        01:46:56
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To
    Brad Garlinghouse <▇▇▇▇▇▇▇▇▇▇▇▇>
    Brad Garlinghouse <▇▇▇▇▇▇▇▇▇▇▇▇>

https://twitter.com/deskokuzmanov/status/920343592752877569


B47EF35E-69FE-401C-B394-9B6BDD0B138C.pluginPayloadAttachment
```



```
Instant Message : Native Messages
From                                                        01:48:18
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To
```





Highly Confidential

GARL_Civil_000986







```
Instant Message : Native Messages
From                                                        01:51:17
To
    Brad Garlinghouse <
    Brad Garlinghouse <

https://twitter.com/marcy/status/868079476797825024


E5A48C04-749D-4872-AB60-01A28327FABF.pluginPayloadAttachment
```



```
Instant Message : Native Messages
From                                                        01:54:15

To
```

Highly Confidential                                                     GARL_Civil_000988

Brad Garlinghouse <​█​>
Brad Garlinghouse <​█​>

We were being overly cautious

Instant Message : Native Messages
From
█
To
Brad Garlinghouse <​█​>
Brad Garlinghouse <​█​>

01:54:21

But that's what we found

Instant Message : Native Messages
From
█
To
Brad Garlinghouse <​█​>
Brad Garlinghouse <​█​>

01:56:00

Also - this for in your spare time

Instant Message : Native Messages
From
█
To
Brad Garlinghouse <​█​>
Brad Garlinghouse <​█​>

01:56:02

http://www.businessinsider.com/cryptocurrencies-nfl-superstar-richard-sherman-lays-out-issues-trading-2018-1

32C098C0-2ECF-478A-8146-01303A5DB4F2.pluginPayloadAttachment



81FCF920-2596-4EC5-89F0-6ED8AF623C18.pluginPayloadAttachment

Highly Confidential













Highly Confidential





I realize the scrutiny sucks but hopefully it will pass



Agree



Can your teams review David Schwarz tweets and likes for particularly noteworthy



When does this need to get done?



When it can get done



Brad Garlinghouse <
Prob depends on FT timing



Instant Message : Native Messages
From
To
 Brad Garlinghouse <
 Brad Garlinghouse <
18:41:28

Should we be looking at the entire leadership team?

Instant Message : Native Messages
From
To
 Brad Garlinghouse <
 Brad Garlinghouse <
18:41:34

Or is that overkill?



Instant Message : Native Messages
From
 Brad Garlinghouse <
To
 Brad Garlinghouse <
18:41:55

Overkill



Instant Message : Native Messages
From
 Brad Garlinghouse <
To
 Brad Garlinghouse <
23:28:42

I spoke to David earlier today. He is also reviewing. I'd like to keep traffic on this to a minimum. I will call you



Instant Message : Native Messages
From
To
 Brad Garlinghouse <
 Brad Garlinghouse <
23:29:27

Ok

End Thread

Thread Statistics
Instant Message Count
32

Highly Confidential

GARL_Civil_000993