# PX 117

| | |
|---|---|
| From: | Brad Garlinghouse <████@ripple.com> |
| To: | Monica Long |
| CC: | Asheesh Birla; Patrick Griffin |
| Sent: | 11/27/2017 5:50:05 PM |
| Subject: | Re: Escrow announcement outline |

sounds good on all points to me

On Mon, Nov 27, 2017 at 6:20 PM, Monica Long <████@ripple.com> wrote:
Hi Brad, Patrick, Asheesh -

Before I close the loop with the leadership team on a plan for the escrow announcement, I'd appreciate any feedback you may have:

- objective is to create a second wave of excitement about the lock up amongst speculators.
- from a timing perspective, our last "daylight" to achieve that end is probably Dec 18 or 19.
- announce via Insights + Brad/Stefan/Miguel tweets
- blog/tweets will go live right when the lock up is complete (or as closely timed as possible)
    - the forums will see the transfers and figure out what's going on in real time so we'll have to publish and then pitch with a quick turn around
- will then immediately pitch to all of our crypto press/beat reporters

Thanks,
Monica

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0026664