# PX 118

| | |
|---|---|
| From: | Patrick Griffin <​███@ripple.com> |
| To: | ███@███ |
| Sent: | 12/3/2017 9:50:52 PM |
| Subject: | Fwd: Escrow announcement outline |

Can you help build out a list of vocal supporters and skeptics in Japan and Korea that we can engage around the announcement of the escrow?

—
Patrick Griffin
SVP Business Development
Ripple Inc.


---------- Forwarded message ----------
From: **Monica Long** <███@ripple.com>
Date: Tue, Nov 28, 2017 at 2:00 AM
Subject: Re: Escrow announcement outline
To: Patrick Griffin <███@ripple.com>
Cc: Brad Garlinghouse <███@ripple.com>, Asheesh Birla <███@ripple.com>


LOVE leveraging influencers - both the vocal supporters and skeptics - but let's give them word once the transfers are done and as we go live with our posts. I'd think they'd feel special hearing from us directly and will compel them to share the news.

Can you pls ask Emi to help with that list in Japan/Korea? Per our other thread, we'll build an XRP retail/institutional evangelists list, but our team will be limited to identifying English language accounts so will be great to get ███ support.

On Mon, Nov 27, 2017 at 5:56 PM, Patrick Griffin <███@ripple.com> wrote:
Looks very good. Here's another idea to consider adding: there are likely a number of vocal naysayers (with substantial social media followers) who have cast shade on XRP because of the supply overhang and are publicly dubious that we will go through with the escrow ("get back to me when they actually do it" kind of attitude). Perhaps we could proactively engage them in advance to get them excited and tweeting etc. I think in japan and Korea, for example, there have been some examples.

I'm not exactly sure how we would engage them but if you are picking up what I'm putting down we could start by getting ███ to build a list of the more influential tweeters/forum trolls that carry that sentiment in Asia.

On Nov 27, 2017, at 5:50 PM, Brad Garlinghouse <███@ripple.com> wrote:

sounds good on all points to me


On Mon, Nov 27, 2017 at 6:20 PM, Monica Long <███@ripple.com> wrote:
Hi Brad, Patrick, Asheesh -

Before I close the loop with the leadership team on a plan for the escrow announcement, I'd appreciate any

feedback you may have:

- objective is to create a second wave of excitement about the lock up amongst speculators.
- from a timing perspective, our last "daylight" to achieve that end is probably Dec 18 or 19.
- announce via Insights + Brad/Stefan/Miguel tweets
- blog/tweets will go live right when the lock up is complete (or as closely timed as possible)
    - the forums will see the transfers and figure out what's going on in real time so we'll have to publish and then pitch with a quick turn around
- will then immediately pitch to all of our crypto press/beat reporters

Thanks,
Monica

CONFIDENTIAL

RPLI_SEC 0376310