# PX 119

| | |
|---|---|
| **Message** | |
| **From:** | Monica Long [▮@ripple.com] |
| **Sent:** | 12/12/2017 6:29:22 PM |
| **To:** | Ripple [ripple@▮] |
| **CC:** | [▮@ripple.com]; [▮@ripple.com]; [▮@ripple.com] |
| **Subject:** | XRP rally - fast action needed |

Hi team -

XRP is rallying. Buzz on Twitter is: 1. Coinbase is listing XRP, 2. Amazon is going to start using XRP, 3. Korean banks aim to use XRP (via Nikkei story).

We need to make hay while the sun shines. May I ask for your help with the following:

- Draft a tweet for ▮ to send asap along the lines of: note the rally, XRP is the most undervalued digital asset on the charts, attach the XRP vs. other asset chart.
- Draft a tweet for Brad to pre-announce OKex to go live with XRP soon. OKex is a top 10 global crypto exchange based in and geared toward customers in Hong Kong.
- Draft a press release announcing Zoe Cruz (BADASS!) is joining the Ripple board. Aggressively, we'd like to announce on Thurs. Exclusive? She'll be in our offices tomorrow for the board meeting, at which time Brad plans to ask her.
- Draft a customer announcement. This one can happen by early next week. I'd just like to get the wheels in motion before the holidays so we can announce early Jan. I'll send deets separately.

Thank you!
Monica

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL