# PX 121

| | |
|---|---|
| From: | ▮ Chris Larsen (owner) |
| To: | ▮ |
| TimeStamp: | 05/16/17 09:50:16 PM |
| DateDelivered: | 05/16/17 10:09:42 PM |
| DateRead: | 05/16/17 10:09:42 PM |

good response to the lock up news so far. Btw, were thinking of creating an XRP 'Monetary policy' board. would love to brainstorm on who we might recruit. Cheers!

Confidential

LARSEN-SEC-LIT-00002761