# PX 122

**From:** ▓▓▓▓▓▓ Chris Larsen (owner)
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓ Chris Larsen (owner)
**TimeStamp:** 12/07/17 07:17:05 PM
**DateDelivered:** 12/07/17 07:17:05 PM

They liked our xrp lock up!

LARSEN-SEC-LIT-00002980