# PX 124

| | |
|---|---|
| **Message** | |
| **From:** | Monica Long [____@ripple.com] |
| **Sent:** | 3/25/2017 1:14:40 PM |
| **To:** | Miguel Vias [Miguel Vias <____@ripple.com>] |
| **CC:** | Brad Garlinghouse [Brad Garlinghouse ____@ripple.com>]; Patrick Griffin [Patrick Griffin ____@ripple.com>]; David Patterson [David Patterson ____@ripple.com>] |
| **Subject:** | Re: Ripple Media Tracking 3.24.17 |

Thanks, Miguel! We'll RT.

On Sat, Mar 25, 2017 at 8:09 AM, Miguel Vias ____@ripple.com> wrote:
> Hi all,
>
> We reached out to Bitso, Unocoin, and Bitgo last night. Heard back from ____ at Bitgo and he agreed to tweet something but preferred it not to be price focused as it's not his usual MO.
>
> He put this out this morning from the Bitgo Twitter account.
>
> "Happy to be partnering with @Ripple to launch #XRP support and leverage the transaction scalability of RCL https://t.co/TZmYJ9QDJ5"
>
> Will follow up with Bitso, Unocoin, and Ledger and see if we can't get them to speak more directly to the price action.
>
> On Mar 25, 2017 10:40 AM, "Brad Garlinghouse" ____@ripple.com> wrote:
>> sorry to be late to the party on this.
>>
>> 1) LOVE the idea!
>> 2) I assume the best point person to reach out and ask / encourage is someone from Team XRP or Team BD. Patrick - let Monica know if you disagree. (I don't think anyone from her team has relationships with these teams)
>>
>> On Fri, Mar 24, 2017 at 2:59 PM, Miguel Vias ____@ripple.com> wrote:
>>> Hey Monica the investor angle might be challenging but I think the partner/exchange rout is a GREAT one.
>>>
>>> Bitso, Unocoin (I know some sensitivity here), Bitgo (this would be awesome), Ledger would all make sense.
>>>
>>> Hope that helps
>>>
>>> On Fri, Mar 24, 2017 at 5:25 PM, Monica Long ____@ripple.com> wrote:
>>>> Reduced distro...

@Patrick/Miguel - who has significant positions in XRP who's respected in the world of Bitcoin or trading more generally? I'm thinking like Barry Silbert (though I understand he'd likely be reluctant to do anything that won't help BTC). Could we get one or more of these folks to comment on Twitter too?

Or can we get any of our exchange partners (signed or pipeline) to comment - Bitstamp, Unocoin, etc.?

Could be neutral or more of an endorsement:

- Noticing #XRP rally...[link to exchange]
- A bright spot in stormy waters for #Bitcoin: #XRP trading at a 9 month high [link to exchange]
- Encouraged by #XRP's rally. It's the only #digitalasset I see with a real use case. [link to exchange]

On Fri, Mar 24, 2017 at 11:54 AM, ▮ wrote:
Hi all-
The Tweet has been posted here: https://twitter.com/Ripple/status/845347809830195200

Thanks,
▮

On Fri, Mar 24, 2017 at 11:42 AM, David Patterson ▮ripple.com> wrote:
Hi Brad & Monica,

We're going to publish the following Tweet from Ripple to take advantage of the continued XRP increase:

The price of XRP continues to surge, showing that people are looking for bitcoin alternatives via @▮ http://www.coindesk.com/ripple-prices-surge-4-month-high/

@**Brad** - believe this would be a great one to R/T from your personal handle too!

Thanks!
--David

On Fri, Mar 24, 2017 at 10:26 AM ▮ wrote:
Hi all,

Today's industry coverage is below.

Thanks,
▮

**Ripple News**
- **3.23.17 CoinDesk: Ripple Prices Surge to 4-Month High** – **Charles Bovaird** reports the price of XRP surged this week, climbing to its highest total in more than four months. The article quotes Ripple gateway operator Rafael Olaio, who states the recent surge is part of the "tide that came to non-bitcoin lately" and suggests people are now educating themselves on other cryptocurrency options.
- **3.23.17 SMN Weekly: Coinbase gets regulatory nod to expand services in New York with Litecoin, Ethereum** – **Juana Wells** continues coverage on the announcement that Coinbase has received approval from New York's financial regulator to offer trading of

CONFIDENTIAL

RPLI_SEC 0461957

Ethereum and Litecoin to users in the state. The article notes Coinbase is one of just a few virtual currency exchanges licensed by the DFS and highlights others include XRP II, Circle Internet Financial, Gemini Trust Company and itBit Trust Company.

**Industry Player News**
- **3.24.17 CoinDesk: A Winklevoss ETF Reboot? Analysts See Uphill Battle Ahead** – **Charles Bovaird** reports CoinDesk analysts suggest the BZX Exchange's decision to fight the SEC rejection of a proposed bitcoin ETF is unlikely to change the SEC's stance.
- **3.24.17 Mashable: What is Ethereum, and could it actually replace Bitcoin?** – **Emma Hinchliffe** reports Ethereum's main quality is its potential, noting "cryptocurrency believers" say that the technology could replace Uber and a variety of other services with smart contracts.
- **3.24.17 Quartz: Bitcoin's civil war threatens to blow up the cryptocurrency itself** – **Joon Ian Wong** continues coverage of the speculation that Bitcoin's recent plunge threatens to fork Bitcoin. The article notes critics suggest that Core developers' proposal for a 2 MB block size, SegWit, simply delays the inevitable of a hard fork, because it doesn't raise the cap enough. Additional coverage from CoinDesk.
- **3.23.17 CoinDesk: Web Browser Brave to Launch ICO for Ethereum Ad Token** – **Michael del Castillo** reports web browser Brave revealed a new way to incentivize web users by removing the ads and providing the option to get paid for switching them back on. The article notes Brave is expanding with the launch of a new Ethereum based digital advertising platform "built from the ground up." Additional coverage from CryptoCoinsNews.



David Patterson
Director of Corporate Communications, Ripple
@ripple.com
www.ripple.com | @ripple



Monica Long
VP Marketing, Ripple
@ripple.com
www.ripple.com | @ripple

--
Miguel Vias | Head of XRP Markets
@ripple.com | www.ripple.com
T.

--
Monica Long
VP Marketing, Ripple

@ripple.com
www.ripple.com | @ripple

CONFIDENTIAL                                                                                                                    RPLI_SEC 0461959