# PX 126

Message

From: Patrick Griffin [ipple.com]
Sent: 12/17/2017 6:02:08 PM
To:
Subject: Great response on the Nikkei

 wanted to share the article below about largest stock rally in 9-years on the Nikkei driven by their $5.5B XRP exposure from their Ripple equity ownership. was also the 8th-highest traded stock on the day. had a $5B market cap before the rally.

Great validation that the public markets value XRP and exposure to XRP through Ripple equity.

Patrick

Confidential

SEC-CME-RIPPLE_0012552