# PX 128

| | |
|---|---|
| **Message** | |
| From: | Brad Garlinghouse [____@ripple.com] |
| Sent: | 12/14/2017 8:23:04 AM |
| To: | |
| CC: | Monica Long [____@ripple.com]; Ripple |
| Subject: | Re: memes we should push |

one more point:

at today's XRP prices, Ripple is more valuable than every other private company in silicon valley except Uber.


On Thu, Dec 14, 2017 at 7:38 AM, Brad Garlinghouse ____@ripple.com> wrote:
make sure the video is good before you tweet it!!

And on the stuff below - I can use for the livestream and tweet storm after?

Also - this was a good piece for us in many ways - even though he doesn't mention us
https://news.crunchbase.com/news/bitcoin-lost-way-means-exchange/?utm_source=cb_daily&utm_medium=email&utm_campaign=20171213&utm_content=intro&utm_term=content&send_email=brad@garlinghouse.org

have we spoken to him? seems like he could easily be converted into a Ripple and XRP advocate.


On Thu, Dec 14, 2017 at 7:36 AM _____ wrote:
Thanks, BG. Glad all went well with BNN. We're waiting for video to post and then will tweet fro Ripple handle.

We'll follow up with folks you're talking to today and tomorrow to be sure they know this.

We're also using this as ammunition to follow up with folks like Mad Money, Squawk and NPR.

Think we draft a tweet for you with this info as well.

On Thu, Dec 14, 2017 at 7:32 AM, Brad Garlinghouse ____@ripple.com> wrote:
Team,
BNN seemed to go well. Largely unrelated, but in light of the last couple of days, there are two memes I think we want to push aggressively (well, we really want to push the first one - maybe / maybe not the second one)


1) XRP is the best performing (digital) asset in 2017. We are up more than 10,000% for the year. This is better than any other player in the industry - and likely the best performing asset in ANY asset class!
BTC is up 1700%... but in 'the year of crypto' XRP has outperformed the entire industry. This is because:
- we are solving a very real, very large payments problem
- We have real customers, in production
- XRP's performance (speed, cost, throughput) stands head and shoulders above the landscape - and makes XRP unique positioned to capitalize on the many opportunities for digital assets.

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

2) XRP is now the #2 market cap, only trailing BTC. The media (including in the intro from BNN this morning) just gets this wrong. At current prices we have a $70b market cap - ahead of ETH market cap of $64b. The reason for this (see bullet points above!)

point 2 is a little complicated because it takes time to explain.... but to some degree we are letting Coinmarketcap dictate the narrative here...



HIGHLY CONFIDENTIAL DISCOVERY MATERIAL 0041461