# PX 133

| | |
|---|---|
| **From:** | Patrick Griffin <[redacted]@ripple.com> |
| **Sent:** | Monday, May 01, 2017 9:29 AM |
| **To:** | Miguel Vias |
| **Subject:** | Re: XRP Rally Commentary |

Please remove [redacted]
I already sent to [redacted]

Next time I'll just hold off and we can fire off one email blast :)

On Mon, May 1, 2017 at 9:24 AM, Miguel Vias <[redacted]@ripple.com> wrote:

[redacted]

>
> On Mon, May 1, 2017 at 12:23 PM, Patrick Griffin <[redacted]@ripple.com>
> wrote:
>
>> OK, can you share the list? I just sent it out to a bunch of people.
>> want to make sure there is no duplication.
>>
>> On Mon, May 1, 2017 at 9:12 AM, Miguel Vias <[redacted]@ripple.com>
>> wrote:
>>
>>> I'm going to go ahead and send it out to the list we put together
>>> last time.  Let me know if any issues.
>>>
>>> On Mon, May 1, 2017 at 12:09 PM, Patrick Griffin
>>> <[redacted]@ripple.com>
>>> wrote:
>>>
>>>> Hi [redacted]
>>>> Just a short follow on addendum:
>>>>
>>>> YTD
>>>> 12/31/2017     $0.005999
>>>> 5/1/2017       $0.053851
>>>> % Change       +798%
>>>>
>>>> Over the last seven days of trading, markets saw XRP rally from
>>>> $0.035 to $0.055 on a total $379M worth of volume.  Over the
>>>> weekend, XRP traded more that Ethereum, Dash and Litecoin combined.
>>>>
>>>> Though always difficult to discern the exact drivers of price
>>>> action, the latest rally began in earnest after the release of the

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0174887

>>>> news that Ripple was adding ten new banks to its network, and that
>>>> its Japanese consortium would soon begin testing payments using
>>>> XRP. The second announcement is of particular interest as it is
>>>> another signal that banks want a real-time liquidity solution built on XRP, further validating its natural use case.
>>>>
>>>>
>>>> Patrick
>>>>
>>>> On Sat, Apr 8, 2017 at 11:33 AM, Patrick Griffin
>>>> <​            ​@ripple.com>
>>>> wrote:
>>>>
>>>>> Hi
>>>>>
>>>>> I hope you are doing very well. It sounds like Stoneridge is
>>>>> continuing to enjoy phenomenal growth. Congrats!
>>>>>
>>>>>
>>>>> I wanted to share some commentary on the recent XRP rally below. I
>>>>> know you met Miguel from my team (exciting hire!), and you and
>>>>> Chris are planning to connect in the next few weeks for dinner.
>>>>> Let me know how I can be helpful in the meantime.
>>>>>
>>>>>
>>>>> All the best,
>>>>>
>>>>> Patrick
>>>>>
>>>>>
>>>>>
>>>>> MoM
>>>>>
>>>>> 2/28/2017 $0.005510
>>>>>
>>>>> 3/31/2017 $0.021200
>>>>>
>>>>> % Change 285%
>>>>>
>>>>> YTD
>>>>>
>>>>> 12/31/2017 $0.005999
>>>>>
>>>>> 4/7/2017 $0.037210
>>>>>
>>>>> % Change 520%
>>>>>
>>>>>
>>>>> XRP, the native digital asset to the Ripple Consensus Ledger, had
>>>>> a record-setting week the week of April 2nd. It traded at a high
>>>>> of $0.075 on April 2nd and then held at $0.03 through the latter
>>>>> half of the week. At its high, total market capitalization for XRP exceeded $5 billion,
>>>>> outpacing ETH's current market cap. At $0.03, XRP is approximately five

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                             RPLI_SEC 0174888

>>>>> times greater than it was just two weeks ago. During the same
>>>>> period, XRP traded $300 million in volume, more trading volume
>>>>> than it saw in all of 2016. XRP has traded $1.3 billion in volume
>>>>> over the past 30 days. Year to date, XRP is up 520%.
>>>>>
>>>>>
>>>>> Why the rally? Ripple, the company that develops the Ripple
>>>>> Consensus Ledger, continues to sign up banks to commercially
>>>>> deploy its enterprise blockchain solution and join its global
>>>>> payments network. Most recently the company announced MUFG
>>>>> <http://asia.nikkei.com/Business/Deals/Japan-s-BTMU-plans-internat
>>>>> ional-fund-transfers-via-blockchain-in-2018>,
>>>>> the world's third largest bank and the largest bank in Japan, will
>>>>> join its network. This was on the heels of 40% of Japan's banks
>>>>> collectively announcing production deployments
>>>>> <https://ripple.com/insights/forty-seven-japanese-banks-move-towar
>>>>> ds-commercial-phase-using-ripple/>
>>>>> on Ripple. Also announcing production deployments in Q1, NBAD and
>>>>> Axis Bank extended the global reach of the network into the Middle
>>>>> East and India.
>>>>>
>>>>>
>>>>> The company's product vision centers around leveraging XRP to
>>>>> lower liquidity costs for financial institutions. Twelve global
>>>>> banks demonstrated this use case
>>>>> <https://ripple.com/ripple_press/r3-trials-interbank-cross-border-
>>>>> payments-ripples-digital-asset-xrp/>
>>>>> in a trial conducted by R3. Investors may be connecting the dots
>>>>> that growing bank membership of the Ripple network creates
>>>>> opportunity for Ripple to deepen those customer relationships by
>>>>> cross-selling liquidity solutions built on XRP.
>>>>>
>>>>>
>>>>> Of the digital assets, XRP is the most well-suited for enterprise
>>>>> adoption. Its design streamlines liquidity operations and allows
>>>>> for more efficient institutional cross-border payments. It settles
>>>>> in 3.7 seconds (compared to BTC's 2-hour settlement speeds);
>>>>> transaction costs are near zero at $0.00031 (versus BTC's $0.50
>>>>> transaction costs); and XRP throughput is 1,000 transactions per
>>>>> second
>>>>> <https://ripple.com/xrp-portal/xrp-resources/ripple-consensus-ledg
>>>>> er-can-sustain-1000-transactions-per-second/>
>>>>> (compared to BTC's 3.6 transactions per second). Fast, nearly free
>>>>> and highly scalable, XRP has also avoided the types of governance
>>>>> issues that have plagued Bitcoin and Ethereum throughout its five years of existence.
>>>>>
>>>>>
>>>>> XRP also has the longest track record of any digital asset on a
>>>>> public, permissionless blockchain after Bitcoin. The Ripple
>>>>> Consensus Ledger, the blockchain powering XRP, has closed 29
>>>>> million ledgers over the last 5 years. In 2016, the Ripple
>>>>> Consensus Ledger saw 100% uptime, at a time when Ethereum saw its

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                                                                                      RPLI_SEC 0174889

```
>>>>> 4th hard fork and Bitcoin's capacity started to waiver at around 5 transactions per second.
>>>>>
>>>>> --
>>>>> Patrick Griffin
>>>>> SVP Business Development | Ripple
>>>>> [redacted]ripple.com
>>>>>
>>>>>
>>>>
>>>>
>>>> --
>>>> Patrick Griffin
>>>> SVP Business Development | Ripple
>>>> [redacted]ripple.com
>>>>
>>>>
>>>
>>>
>>> --
>>> Miguel Vias* | *Head of XRP Markets
>>> [redacted]ripple.com <[redacted]@ripple.com> | www.ripple.com T.
>>>
>>>
>>>
>>
>>
>> --
>> Patrick Griffin
>> SVP Business Development | Ripple
>> [redacted]ripple.com
>>
>>
>
>
> --
> Miguel Vias* | *Head of XRP Markets
>   [redacted]ripple.com <[redacted]ripple.com> | www.ripple.com T.
>
>


--
Patrick Griffin
SVP Business Development | Ripple
[redacted]ripple.com
```

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0174890