# PX 136

| | |
|---|---|
| **Message** | |
| **From:** | Miguel Vias [　　　　@ripple.com] |
| **Sent:** | 3/31/2017 11:49:24 AM |
| **To:** | |
| **CC:** | David Patterson [　　　　@ripple.com]; Ripple [ripple@ |
| **Subject:** | Re: Comment on XRP for CoinTelegraph? |

"While the recent surge in XRP is certainly influenced by BTC scalability issues, clearly much of the recent momentum is do to the announcement that MUFG joined Ripple's steering group, GPSG. Unlike other digital assets, XRP has a clear use case and people are beginning to recognize that."

Can you guys play with that a little? In your hands from here...

On Fri, Mar 31, 2017 at 2:31 PM, wrote:

Hi Miguel,

A reporter at CoinTelegraph reached out for comment on the recent surge in market capitalization of Ripple— wanted to see if we might be able to repurpose your note to Charles at CoinDesk for this, or if you'd be able to share a few thoughts that we could pass along to the reporter?

Think something like "While the recent surge in XRP is likely inspired by the volatility of BTC, it also on the heels of recent momentum including the announcement that MUFG joined Ripple's steering group, GPSG" would be enough in this case.

Let us know what you think, thanks!



--

Miguel Vias | Head of XRP Markets
@ripple.com | www.ripple.com

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL