# PX 137

| | |
|---|---|
| Message | |
| From: | Miguel Vias [█████@ripple.com] |
| Sent: | 3/31/2017 █████ AM |
| To: | █████@ripple.com] |
| CC: | Ripple [ripple@█████ripple.com] |
| Subject: | Re: Ripple up 79% |

I can do something like that as long as we talk about more than just the price (use case, traction, partnerships)

Anything that can speak to everything that we're trying to do!

On Fri, Mar 31, 2017 at 11:57 AM █████ <█████@ripple.com> wrote:
Awesome stuff - thanks, Miguel!

█████ what do you think about proactively Tweeting about the increase in XRP? On the back of the BTMU news, it looks like the volume is still at the expense of Bitcoin.

On Fri, Mar 31, 2017 at 7:33 AM Miguel Vias <█████@ripple.com> wrote:

---------- Forwarded message ----------
From: **Miguel Vias** <█████@ripple.com>
Date: Fri, Mar 31, 2017 at 10:33 AM
Subject: Re: Ripple up 79%
To: █████

Hey █████

I think the rally last week was largely BTC inspired. Interest from Asia in the last 24 hours however seems to stem from the BTMU announcement.

http://asia.nikkei.com/Business/Deals/Japan-s-BTMU-plans-international-fund-transfers-via-blockchain-in-2018

Hope that helps!

On Fri, Mar 31, 2017 at 10:03 AM, █████ wrote:
Hey Miguel,

XRP is up 79% over the last 24 hours.

Any idea what is driving these sharp gains?

Several alternative asset protocols have been drawing significant attention lately and experiencing sharp gains.

Ripple, Dash and Ethereum have all jumped sharply.

I think traders may have simply turned their attention to XRP as the latest digital currency they want to buy.

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

Does that sound accurate?

--
Miguel Vias | Head of XRP Markets
@ripple.com | www.ripple.com

--
Miguel Vias | Head of XRP Markets
@ripple.com | www.ripple.com
T.

Director of Corporate Communications, Ripple

@ripple.com
www.ripple.com | @ripple

--
Miguel Vias | Head of XRP Markets
www.ripple.com

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL