# PX 139

| | |
|---|---|
| **From:** | ▓▓▓▓ Pat Griffin |
| **To:** | ▓▓▓▓ Chris Larsen (owner) |
| **TimeStamp:** | 11/03/13 06:31:10 PM |
| **DateRead:** | 11/03/13 06:31:29 PM |

Charity here in New York is interested in accepting a donation from us. They are a high profile organization with market maker community, would include us at their annual gala on wed. Phil has buyers interested in buying XRP, so he could point them to the charity. ▓▓▓ XRP to have visibility at their event.

Confidential

LARSEN-SEC-LIT-00003489