# PX 140

**Message**

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 8/10/2017 1:54:03 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from ▮

From: ▮
Organization: ▮
Title: ▮

Message Body:
Hi there,

My name is ▮ and I am extremely interested in purchasing XRP. I've spent the past week doing my research and have found that all of your vendors that sell XRP currently have had "TONS" of negative reviews, as well have heard of lots of people losing their money trying to exchange other crypto currencies to gain XRP from these vendors. Please, if possible, may I just purchase directly from your team? I have spent all too much time trying to find a solid provider, and have had no luck whatsoever.. I really don't want to risk $$$ just to see it get robbed from me as well... I would appreciate it more than you know!!!

The Best Regards,
▮

--
This e-mail was sent from a contact form on Ripple.com

CONFIDENTIAL