# PX 141

| | |
|---|---|
| From: | Patrick Griffin <░░░@ripple.com> |
| To: | ░░░░░ia Leadership |
| Sent: | 7/28/2016 8:48:52 PM |
| Subject: | Fwd: Listing XRP at Kraken and partnership with ░░░ |

This is awesome! After we get this deal done, XRP will be waaaay easier to purchase. Wanted to share the progress with everyone :)

From Kraken:
What are the options to deposit or withdraw cash through a bank and what are the fees?
*Deposit options and fees*

- EUR SEPA Deposit (Free) - EEA countries only
- EUR Bank Wire Deposit (€5) - EEA countries only
- USD Bank Wire Deposit (Free until 3/1/2016, then $5 USD) - US only
- USD SEPA and SWIFT Deposit (0.19%, $20 minimum)
- GBP SEPA and SWIFT Deposit (0.19%, £10 minimum)
- JPY Bank deposit (Free, ¥5,000 deposit minimum) - Japan only
- CAD Interac Deposit (Free until 5/1/2016, then 1%, $10 CAD fee minimum, $5,000 CAD deposit maximum)
- CAD EFT Deposit (Free until 5/1/2016, then 1%, $10 CAD fee minimum, $50 CAD fee maximum, $10,000 CAD deposit maximum)

Begin forwarded message:

**From:** ░░░░░░░░░░░░░░░░░░░░
**Date:** July 28, 2016 at 8:15:04 PM PDT
**To:** Patrick Griffin <░░░@ripple.com>
**Subject: Re: Listing XRP at Kraken and partnership with ░░░**

Thanks, Patrick. If you want to roll it in to that, that works for me.

░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

*********************************************************
My mail is managed by my EA. If you wish to communicate privately,
please encrypt your email with the following key:
http://pgp.mit.edu/pks/lookup?op=get&search=0x42E884F4B89FD362

On 7/28/16 6:51 AM, Patrick Griffin wrote:
Thanks for the email. That shouldn't be a blocker. We can do that as part of a deal to get XRP/fiat pairs on ░░░░░░░ I catch up with ░░░ today to make sure we keep things very simple.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　RPLI_SEC 0019150

Does this work for you?

Patrick

On Jul 28, 2016, at 1:57 AM, ███ wrote:

Hi Patrick,

Things are going great over here. We'd appreciate if Ripple Labs could cover the ~13m XRP loss we took on nearly 2 years ago (we've been asking since). It was actually significantly larger but we managed to get some users to make some returns.

Thanks,


@kraken.com

*******************************************************************

My mail is managed by my EA. If you wish to communicate privately, please encrypt your email with the following key:
http://pgp.mit.edu/pks/lookup?op=get&search=0x42E884F4B89FD362

On 7/27/16 8:14 PM, Patrick Griffin wrote:

Been a while and hope you're doing great. What amount of XRP did you have in mind for us to get a deal done together?

Call me anytime ███

Patrick

---------- Forwarded message ----------
From: ███
Date: Tue, Jul 26, 2016 at 3:05 PM
Subject: Re: Listing XRP at Kraken and partnership with ███
To: ███
Cc: ███ripple.com>, ███

Hi ███

We'd love to help. First order of business would be to settle up the xrp losses we took on from the tprtialpayments issue. Run it by your people and let me know if we can work something out.

███

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　RPLI_SEC 0019151

Sent from my iPhone

On Jul 26, 2016, at 11:28 AM, ███ wrote:

Hi ███

I'm reaching out from the business development team at Ripple, where ███ cc'ed) and I work on strategic initiatives around liquidity and XRP.

Are you available for a call sometime on Thursday with Ripple and ███ from ███ to discuss listing XRP further? ███ is interested in this, and I have been engaging preliminarily with ███ cc'ed) on this as well.

We are focused on listing XRP on exchanges globally based on demand from our partners. Specifically, we have been working with ███ and the ███ team to list XRP at the exchanges that they use. Listing XRP/fiat pairs at Kraken is a top priority for us and ███

The advantages of using XRP are for remittance payments and speculative/arb trading. Due to the fast confirmation of XRP on the Ripple Consensus Ledger (3-6 seconds), it is well-suited as an asset for use in remittances via crypto exchanges as well as for carrying out cross-orderbook arbitrage. We will also be implementing forthcoming XRP incentives that will offset exchange fees for traders, supporting greater fee revenue for Kraken.

I hope this context helps. Please let me know if you have any questions.

We look forward to being able to team up with ███ to implement this.

Thanks,

███

███

Sr. Manager of Markets & Trading | Ripple

███