PX 143

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, March 21, 2019 7:04 AM |
| **To:** | Dinuka Samarasinghe |
| **Cc:** | Miguel Vias |
| **Subject:** | Re: Breakdown of XRP sales for calendar year 2018 |

Happy to help.

Reminder that Bitmart and Bitrue are tested and ready to deploy. Please let us know the target rate.

Cheers,

> On 21 Mar 2019, at 14:59, Dinuka Samarasinghe  @ripple.com> wrote:
>
> Thank you very much for the quick turnaround on this. Cheers.
>
> D
>
> On Thu, Mar 21, 2019 at 8:19 AM  wrote:
>
> Corrected information for 2019 until 20th March 2019. The previous was missing a couple new exchanges and the formula had mixed zbg and zb:
>
> 2h - Sales per exchange
> XRP    USD    %

1



> On Thu, Mar 21, 2019 at 7:00 PM ▇▇▇▇▇▇ wrote:
> Hi Dinuka,
>
> We added the Aggregate tab on the spreadsheets with this information. This is the breakdown:
>
> For 2018
>
> 2h - Sales per exchange
>
> XRP    USD    %
> Bithumb
> Binance
> Okex
> Huobi
> Coinone
> Poloniex
> Korbit
> Bittrex
> Bitstamp
> Hitbtc
> Bitfinex
> Kraken
>
> For 2019, until March 20th:
> 2h - Sales per exchange
> XRP    USD    %
> Upbit
> Zb
> Okex
> Hitbtc
> Bitforex
> Huobi
> Binance
> Bithumb
> Zbg
> Bitstamp
> Coinbene
> Coinone
> Poloniex
> Korbit
> Bitfinex
> Bittrex
> Kraken
>

CONFIDENTIAL

RPLI_SEC 1029363

> On Thu, Mar 21, 2019 at 8:35 AM Dinuka Samarasinghe <dinuka@ripple.com <mail​ ​ripple.com>> wrote:
>
> Hi guys,
>
> Our tax team has an urgent request for a breakdown of XRP sales per exchange. Would you please provide XRP sold, USD value of the XRP liquidated for calendar year 2018?
>
> Let us know when we can expect this.
>
> Thank you.
>
> Dinuka
>
>
>
>
>
> --
> Dinuka Samarasinghe
> XRP Markets

>
>
> --
> Dinuka Samarasinghe
> XRP Markets

CONFIDENTIAL

RPLI_SEC 1029364