PX 144

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 1/11/2018 10:28:55 PM
**To:** xrpcontact@ripple.com
**Subject:** Ripple.com contact form inquiry from ▓▓▓

From: ▓▓▓
Organization: None
Title:

Message Body:
Hello,

I am looking to invest in Ripple. However, all of the exchanges require a very stringent verification process. Some of which I am not accustomed to here in America. That said, do you have any respected exchanges that you can request to invest into XRP that will not comprise my identity. I was going to use Kraken however, they seem to be unreliable lately. Do you know of any exchanges that sell XRP and are not intrusive on identity?

--
This e-mail was sent from a contact form on Ripple.com

HIGHLY CONFIDENTIAL

RPLI_SEC 1048433