# PX 145

Subject: Crypto-Systems reference
Sent: Mon, 1 Jul 2019 18:31:46 -0400
Cc: "Breanne Madigan" <████@ripple.com>
From: "Dinuka Samarasinghe" <████@ripple.com>
To: ████

Hi ████

Please let me know if this looks ok.

D


Dear ████ it has been a long time since we last spoke. I hope you are doing well. ████ y name is Dinuka Samarasinghe, and I work on the XRP Markets team at Ripple.

████ asked me to write an email to you to confirm Ripple's relationship with ████.

████ and Ripple have had a strong relationship going back to before I joined Ripple in June of 2017. Now, ████ is one of the most important markets relationships that Ripple has. We trust them with a large portion of the programmatic liquidation of XRP, which is the life-blood of our company.

If you are not familiar with xRapid, xRapid is Ripple's cross border payment solution that utilizes XRP as a bridge between two fiat currencies. It happens to be the top priority of the firm. After careful consideration, and a competitive field from which Ripple reviewed proposals from many market makers, Ripple has chosen ████ to be one of the main market makers for xRapid.

A critical piece of the xRapid market making project will involve ████ converting USD to more exotic currencies such as PHP, and BRL and delivering them to various digital asset exchanges (Coins.ph, Modiax, etc.). We are hopeful ████ ill help facilitate these transactions for ████

Please feel free to reach out to us in case you have any questions.

Thank you.

Dinuka

--
Dinuka Samarasinghe
XRP Markets
████

SEC-████E-0048590