# PX 147

| | |
|---|---|
| **Message** | |
| **From:** | Monica Long [                    ripple.com] on behalf of Monica Long [              @ripple.com> [            ripple.com] |
| **Sent:** | 3/22/2017 9:38:28 PM |
| **To:** | [              Shanna Leonard [           ripple.com>] |
| **Subject:** | Re: Fwd: XRP - Customer Interviews |

This is an instance of "do not engage" in my book. I don't want to encourage this behavior and it'll just sink time. i'll be more efficient and effective addressing him by phone.

On Wed, Mar 22, 2017 at 9:34 PM [                                    ripple.com> wrote:
Eek. I was getting ready to respond. Then I thought...hmm...maybe I'll think before I respond. :/

Chat with you tomorrow.

On Wed, Mar 22, 2017 at 9:31 PM, Monica Long <              @ripple.com> wrote:
Let's discuss tomorrow finding our customers on our own. :)

On Wed, Mar 22, 2017 at 8:47 PM, Miguel Vias [              @ripple.com> wrote:
+monica

Is this in reference to [        ] mail? Not totally clear what you're asking for here. Do you want traders, fund managers, market makers, exchange people?

As for speculator motivation, the primary driver tends to be the opportunity to make money, either by trading volatility or by holding an asset in the hopes it appreciates. From a purely markets point of view XRP struggles in both respects. It is not volatile on a daily basis, and the price has not appreciated in any significant way since November 2014. We can debate why this is, but there is no debating that it's true.

There are some good points in the thread below that I think we should take into consideration. A lack of tools to buy or store XRP, no clear signs of its use by anyone, let alone banks, no distribution strategy, and no XRP related information from Ripple.

https://www.xrpchat.com/topic/2666-what-are-your-views-on-xrp/

From a very personal perspective, I've been following Ripple since 2014 and had many of the same questions and concerns after the pivot towards banks. XRP seemed to disappear from the company narrative and there was no community to support it in the company's absence.

During the same time I think Ethereum did a masterful job of placating both the enterprise market (private instances) and the general market (public ledger). Vitalik, for all his awkwardness, has been very vocal and forthright, especially after the fork, which has helped engender trust and a thriving market. I think we should take a deep look at how Ethereum was able to achieve all it has even though it forked, has no clear use case for the private instances, and no guarantee that any of those private instances will ever touch ETH. Some clear parallels to our story and likely a few good lessons to learn.

CONFIDENTIAL

RPLI_SEC 0542677

On Mar 22, 2017 5:55 PM, "Patrick Griffin" <█████@ripple.com> wrote:
can you please send through to me 3-5 people we should consider for Voice of Customer? The narrative should speak to the speculator's motivations.

patrick

---------- Forwarded message ----------
From: **Monica Long** <█████@ripple.com>
Date: Wed, Mar 22, 2017 at 8:21 PM
Subject: Re: XRP - Customer Interviews
To: █████ <█████@ripple.com>
Cc: Patrick Griffin <█████@ripple.com>, █████

Patrick and I were in an XRP meeting this morning in which a new(ish) development solidified - it's clear we're going to have to invest our near-term energy into attracting speculators.

Can we interview a few candidates:

- Existing "average Joe" XRP speculator - likely from XRP Chat
- Institutional ███ unless Patrick advises otherwise)
- Existing "average Joe" BTC/alt currency speculator - could get a referral from whoever we interview from XRP Chat. We're looking for someone who's bullish on cryptocurrencies but hasn't bought XRP to learn why, their motivations, interests, etc.

Happy to talk more and we can reprioritize the list if need be.

On Wed, Mar 22, 2017 at 11:38 AM █████ <█████@ripple.com> wrote:
Hi Patrick,

As you know, we are partnering with █████ to help us think through our brand architecture. Related to XRP specifically, I'd like them to interview some external customers to get their feedback.

Can you connect me with one of your contacts for each of the below █████ will then conduct a 30 minute phone interview on Friday or Monday. No prep is required on their end, but it's important that they speak to a key buyer (or target buyer).

1. Exchange (CoinONE or Bitstamp?)
2. MSB █████
3. Speculator █████ or someone from the XRP Chat community?)
4. Bank (I can work with █████ on this piece - unless you have a strong opinion).

****

**Suggested intro language:**

CONFIDENTIAL
RPLI_SEC 0542678

Our marketing team is interested in getting input from key customers/partners and potential buyers to help validate our market positioning for XRP. Your input is incredibly valuable to us. Are you free to talk with our agency partner who is helping with this research for 30 minutes on Friday or Monday?

No formal preparation is required. They have a series of questions they will ask and want your honest, candid opinions.

I'm copying ▮▮▮▮ from our Marketing team who can help arrange a meeting time.

\*\*\*\*



Marketing | Ripple

▮▮▮@ripple.com | ripple.com

--
Monica Long
VP Marketing, Ripple

@ripple.com
www.ripple.com | @ripple

--
Patrick Griffin
EVP Business Development | Ripple
ripple.com

--
Monica Long
VP Marketing, Ripple

@ripple.com
www.ripple.com | @ripple

CONFIDENTIAL



Marketing | Ripple
@ripple.com | ripple.com

--
Monica Long
VP Marketing, Ripple
ple.com
www.ripple.com | @ripple

CONFIDENTIAL

RPLI_SEC 0542680