# PX 149

Message

| | |
|---|---|
| **From:** | [ipple.com] |
| **on behalf of** | ripple.com> [ripple.com] |
| **Sent:** | 12/19/2013 5:59:37 PM |
| **To:** | Chris Larsen [Chris Larsen @ripple.com>]; Doug Chertok [Doug Chertok < ; jesse [jesse Jed McCaleb [Jed McCaleb mail.com>]; David Schwartz [David Schwartz pple.com>]; Arjan Schutte [Arjan Schutte Buddy Arnheim [Buddy Arnheim Hogue, Colette (Perkins Coie) [ Hogue, Colette (Perkins Coie) Knight, Christy (Perkins Coie) [ Knight, Christy (Perkins Coie) |
| **Subject:** | Board Call Materials |
| **Attachments:** | Ripple Labs Board Meeting - Dec 19, 2013.pdf |

Dear Board,

Please find attached materials for tomorrow's call. Provided below is the conference bridge for voice and the Join.me link for screen sharing. Thanks!

Kind regards,
Anna

**ANNA SEE** | EXECUTIVE ASSISTANT | **Ripple Labs Inc.**
anna@ripple.com | www.ripple.com | www/ripplelabs.com
T. 415.967.1836 | F. 415.520.5585

RPLI_SEC 0646482

# Agenda
## Board Meeting December 18, 2013

### Participants:

Chris Larsen - Chairman
Doug Chertok –Director
Jed McCaleb - Director
Jesse Powell - Director
David Schwartz - Director
Arjan Schutte – Obeserver
Buddy Arnheim - Counsel

*Financials – Chris Larsen*

*Financing Activity – Chris Larsen*

*Technology Update –* ███████

*Risk and Regulation Update – Greg Kidd*

*Product Roadmap – A*███████

*Business Development Update – Patrick Griffin*

*Market Making Update – Phil Rapoport*

*Technical Update –* ███████

*Team and Recruiting Update – Chris Larsen*

*Approval of minutes - Buddy*

RPLI_SEC 0646483

**Product Roadmap –** 

Developers - SDK
Gateways - Gateway in a box
Client - Consumer applications
Merchants - Marqeta card
Market Makers
WCG - Give away programs results of prior programs, future programs
China

**Business Development Update – Patrick Griffin**



**Market Making Update – Phil Rapoport**

Objectives and strategy



**Team and Recruiting Update – Chris Larsen**

Binc Search renewal
Build quickly
XRP end of year incentives
Salary and equity range discussion
Approve new pool – granted 9.75%, 1% left, should have another 9.75%,
1,500,000

**Approval of minutes - Buddy**

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

RPLI_SEC 0646485

Financials Update



HIGHLY CONFIDENTIAL

RPLI_SEC 0646486



HIGHLY CONFIDENTIAL

RPLI_SEC 0646487



HIGHLY CONFIDENTIAL

RPLI_SEC 0646488

12:53 PM
12/19/13
Accrual Basis

# Ripple Labs Inc.
## Balance Sheet
### As of December 19, 2013



HIGHLY CONFIDENTIAL

RPLI_SEC 0646489

12:53 PM

12/19/13

Accrual Basis

# Ripple Labs Inc.
## Balance Sheet
### As of December 19, 2013



HIGHLY CONFIDENTIAL

RPLI_SEC 0646490

# XRP Sales & Expenses

|  | XRP Sold | XRP in USD | XRP Expenses | XRP Expenses in USD | XRP Cash Flow |
|---|---|---|---|---|---|
| AUG 2013 | 105,005,525.88 | $ 395,355.12 | 3,497,000.00 | $ 15,820.00 | $ 411,175.12 |
| SEPT 2013 | 138,470,078.20 | $ 370,313.71 | 0.00 | $ - | $ 370,313.71 |
| OCT 2013 | 71,674,909.76 | $ 409,412.96 | 2,531,649.88 | $ 14,714.12 | $ 424,127.08 |
| NOV 2013 | 46,456,519.74 | $ 466,739.41 | 11,867,016.40 | $ 38,469.77 | $ 505,209.18 |
| DEC 2013 | 25,952,002.76 | $ 763,193.00 | 4,900,995.00 | $ 67,271.36 | $ 830,464.36 |



HIGHLY CONFIDENTIAL

RPLI_SEC 0646491

4:23 PM

12/19/13

Accrual Basis

**Ripple Labs Inc.**
**Profit & Loss**
August 1 through December 19, 2013



Page 1

HIGHLY CONFIDENTIAL

RPLI_SEC 0646492

4:23 PM
12/19/13
Accrual Basis

# Ripple Labs Inc.
# Profit & Loss
August 1 through December 19, 2013



Page 2

HIGHLY CONFIDENTIAL

RPLI_SEC 0646493

4:23 PM

12/19/13

Accrual Basis

## Ripple Labs Inc.
## Profit & Loss
August 1 through December 19, 2013



HIGHLY CONFIDENTIAL

RPLI_SEC 0646494

# 2014 Priorities: Trust

 Trust

1. Reduce reputational risk

1. Decentralize UNLs

1. Publish XRP giveaway strategy white paper

1. Stay paranoid and vigilant on security

1. Be pragmatic and inclusive



HIGHLY CONFIDENTIAL

RPLI_SEC 0646495

# 2014 Priorities: Utility

 **Utility**

1. Build reliable gateway network in key corridors (U.S., Europe, China)

1. Build gateway appliances to accelerate development for upstarts

1. Aggressively recruit talented developers to build Ripple apps
   - Ripple Labs Accelerator: 3+ startups
   - APIs/SDKs and community resources accessible via a Portal

2. Release contracts

1. Extract product data insights to identify key opportunities, issues and threats



HIGHLY CONFIDENTIAL

RPLI_SEC 0646496

# 2014 Priorities: Liquidity

 **Liquidity**

1. Open gateways in new corridors (at least 3 developing markets)

1. Populate order books for XRP vs major currencies (e.g. EUR, GBP, AUD, CHF, CAD)

1. Create arbitrage free pricing environment between major currencies and XRP, BTC

1. <1% spread for converting $100 USD between any of the top 10 IOUs (by cap)



HIGHLY CONFIDENTIAL

RPLI_SEC 0646497

Risk Update



HIGHLY CONFIDENTIAL

RPLI_SEC 0646498

# Highlights for Q4 2013

- Washington State Information Request (Perkins Coie)
- Treasury Meetings (Promontory Financial)
  - AML/BSA
  - Consumer Protection
- Senate Hearings
-  anking Relationship
- Ripples Payments Subsidiary & MTLs w/Paul Hastings
- Risk Assessment
- Risk Reporting

**rippleLabs**

HIGHLY CONFIDENTIAL

RPLI_SEC 0646499

# Outlook for Q1 2014

- California and New York MTL Applications; Further Investigation of European, Latin American, and Asian Licensing Requirements
- XRP Insider Trading Policy
- Enhancements to Ripple Protocol
  - Attestation to Identity
  - Messaging Infrastructure for Enhanced Transaction Monitoring
  - Jurisdiction
- Launch of Ripple Card/Wallet & XRP Rewards
- Use of Commodities Futures Contracts for Wholesale XRP Distribution



HIGHLY CONFIDENTIAL

RPLI_SEC 0646500

# Ripple Labs Product

HIGHLY CONFIDENTIAL

RPLI_SEC 0646501

# Product focus

| End consumers | Gateways | Market makers | Developers | Merchants |
|---|---|---|---|---|
| Early digital currency adopters | Upstarts starting from scratch | Individual traders using the trading client | Entrepreneurs | Merchants accepting credit cards |
| Ripple Client | Ripple gateway appliance | Ripple trading Client | Ripple Labs Accelerator & SDKs | Marqeta card |
| Full Ripple functionality | Launch a gateway in days | Real time data, easy trading | Kickstart developer ecosystem | Spend anywhere |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646502

# Product focus

| End consumers | Gateways | Market makers | Developers | Merchants |
|---|---|---|---|---|
| Early digital currency adopters | Upstarts starting from scratch | Individual traders using the trading client | Entrepreneurs | Merchants accepting credit cards |
| Ripple Client | Ripple gateway appliance | Ripple trading Client | Ripple Labs Accelerator & SDKs | Marqeta card |
| Full Ripple functionality | Launch a gateway in days | Real time data, easy trading | Kickstart developer ecosystem | Spend anywhere |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646503

# Our current user



Computer science student at a Chinese university
Male in his 20s
He heard about Ripple through his friends, a Bitcoin forum or the news
Logs into Ripple Client multiple times a day, mostly to trade XRP, CNY and BTC
Thinks he can make money from investing in XRP, and the price is right

HIGHLY CONFIDENTIAL

RPLI_SEC 0646504



HIGHLY CONFIDENTIAL

RPLI_SEC 0646505

# Top client actions, 11/22-28



| Page | Visits |
|------|--------|
| Trade | 11,880 |
| Receive | 5,716 |
| Trust | 5,290 |
| Send | 3,967 |
| History | 3,213 |
| Contacts | 3,073 |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646506



# Currency pairs traded, 11/22-28

| Currency pairs | Trades confirmed |
|---|---|
| XRP/CNY | 2,088 |
| BTC/XRP | 236 |
| CNY/XRP | 185 |
| XRP/USD | 122 |
| USD/XRP | 100 |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646507

## Current funding flow

**Client: sign up**



**Gateway: fund**



**Gateway: send money**



**Gateway: sign up**



**Client: set trust line**



New: complete everything on the client

HIGHLY CONFIDENTIAL

RPLI_SEC 0646508

# Ripple Client - other priorities

Store more information in accounts (KYC, email, phone number)

Account security

Internationalization (China)

Fund with cash

Fund and spend with bitcoin

HIGHLY CONFIDENTIAL

RPLI_SEC 0646509



HIGHLY CONFIDENTIAL

RPLI_SEC 0646510



HIGHLY CONFIDENTIAL

RPLI_SEC 0646511

## Product Focus

| | | Market makers | | |
|---|---|---|---|---|
| Hrd consumers | Gateways | Individual traders using the trading client | Developers | Merchants |
| Early digital currency adopters | Upstarts starting from scratch | Ripple trading Client | Entrepreneurs | Merchants accepting credit cards |
| Ripple Client | Ripple gateway appliance | Real-time data, easy trading | Ripple Labs Accelerator & SDKs | Marqeta card |
| Full Ripple functionality | Launch a gateway in days | | Kickstart Developer Ecosystem | Spend anywhere |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646512



HIGHLY CONFIDENTIAL

RPLI_SEC 0646513

# Trading client priorities

**Default XRP to base currency**

**Separated "Buy" and "Sell" widgets**

**Auto-populate orders**

**Safeguards for fat fingers**

HIGHLY CONFIDENTIAL

RPLI_SEC 0646514

# Product Focus

| Find consumers | Gateways | Market makers | Developers | Merchants |
|---|---|---|---|---|
| Early digital currency adopters | Upstarts starting from scratch | Individual traders using the trading client | Entrepreneurs | Merchants accepting credit cards |
| Ripple Client | Ripple gateway appliance | Ripple trading Client | Ripple Labs Accelerator & SDKs | Margeta card |
| Full Ripple functionality | Launch a gateway in days | Real-time, hard, easy to use | Kickstart developer ecosystem | Spend anywhere |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646515

## Ripple Labs Accelerator

- Goals

  - Attract & mentor top third-party developers to create innovative applications on Ripple, kickstarting the developer ecosystem

  - Develop the Ripple story as a payments platform that enables OTHER developers to create businesses on top of Ripple

  - Obtain direct feedback from developers on features, APIs, SDKs, and documentation

HIGHLY CONFIDENTIAL

RPLI_SEC 0646516

## Ripple Labs accelerator

- Launchpad for startups wishing to build on the Ripple network

- Ripple Labs provides office space and access to engineering, product, and business resources

- Outsource daily operations to 3rd party firm

  - Pilot with Menlo Incubators

  - Open up to regional incubators in NY, China, & London in next phase

HIGHLY CONFIDENTIAL

RPLI_SEC 0646517

## Ripple Labs accelerator

- Next Steps

    - Finalizing accelerator program design

    - Finalizing agreement with initial incubator

    - Pilot to start in Q1 2014

HIGHLY CONFIDENTIAL

RPLI_SEC 0646518



HIGHLY CONFIDENTIAL

RPLI_SEC 0646519



HIGHLY CONFIDENTIAL

RPLI_SEC 0646520

# Ripple Labs Giveaways

HIGHLY CONFIDENTIAL

RPLI_SEC 0646521

## Past Giveaways

- Past Approach

  - broadly distribute XRP to digital currency early adopters and developers

  - strong urgency to distribute as fast as possible

HIGHLY CONFIDENTIAL

RPLI_SEC 0646522

# Past Giveaway outcomes

|  | XRP distributed | New accounts | % accounts contributing network activity | % wallets dumping XRP | Community sentiment |
|---|---|---|---|---|---|
| Bitcoin Talk | 1.7 million | 1,523 | 2.3% | 81.05% | Positive |
| Weibo | 8.2 million | 2,734 | 19.5% | 62.48% | Negative |
| Github | 25 million | 7,675 | 21.0% | 25.5% | Negative |
| Computing for Good | 21 million and counting | 1,711 | 37% | 8% | Positive |

HIGHLY CONFIDENTIAL

RPLI_SEC 0646523

## ComputingforGood.org



world community grid.
technology solving problems

### Help improve the odds for cancer patients

**Early and accurate detection saves lives.**

Power the search for molecular markers that will help researchers detect cancer earlier and design more effective treatments.



- Positive PR

  - In 2 weeks, we passed IBM, and are at 200 years of computing time per day: "I've never seen anything like it! ...as an experienced number cruncher, it's been astounding to watch."

- Minimal Gaming

  - Effort needed to earn XRP equivalent to effort spent

- Increased network activity, less cashing out

  - 37% of wallets have had activity since the giveaway, just 8% cashed out via a gateway

HIGHLY CONFIDENTIAL

RPLI_SEC 0646524

# Go-forward XRP distribution strategy

- Goal : Focus on long-term programs that generate more XRP demand than the supply injected into the market

- Consumer

  - Continue to work on broad-based giveaways that add utility to network

- Business Development Incentives

  - Attract partners who provide significant utility (e.g. ███████ through XRP based incentives

- Developers Programs

  - Fund and incubate startups building on the Ripple network

  - Activate developer community to improve Ripple network through developer bounties

- Support PR Outreach

  - Giveaways (e.g. computing for good) where XRP reward is equivalent to effort spent

HIGHLY CONFIDENTIAL

RPLI_SEC 0040525

Business Development update



HIGHLY CONFIDENTIAL

RPLI_SEC 0646526

# Strategic Goals – 2014 OKR

- Objective
  - H1: minimum viable network, facilitate cross-border payments
  - March 2014: Build B2B case and user flows

- Key Results
  - 1: US Gateway Operational
    - Provides liquidity in USD with ACH or non-cross-border mechanism
    - Gating factor
  - 2: Cross-Border Accounts Payable Implementation
    - US Gateway is helpful
    - Builds repeatable model
    - Requires Market Makers
  - 3: Interbank Settlement (Correspondent Network)
    - Beachhead for network



HIGHLY CONFIDENTIAL

RPLI_SEC 0646527

# Targets

- Gateways
  - Remittance
  - Payroll, Benefits, Bill Pay
  - Interbank funds transfer
  - Vendor-side vs Direct
- Merchants
  - Accounts payable
  - Vendor-side vs Direct (shopping carts, payment gateways)

- Market Makers
  - High Frequency Traders
  - Algorithmic
  - Electronic Market Makers
- Bridging
  - 'Ride the Rails' – offset transactions to traditional payment rails
  - Turnkey API module for bridge operators



HIGHLY CONFIDENTIAL

RPLI_SEC 0646528

# Unfinished Business from 2013

- Tighten up existing gateways (automation, federation, bridging)
- Finalize integrating partners
- Modules and SDKs
- Institutional market maker
- Network Metrics
- Continue growing team (additional implementation engineers)



HIGHLY CONFIDENTIAL

RPLI_SEC 0646529

# Team

- 8 Strong
- Directors
  - Merchants – 
  - Emerging Markets –
  - **Financial Services –**
  - Markets and Trading – Philip Rapoport
- Integration
  - Implementation Engineer –
  - Integration Security –
  - China Liaison –
- Team OKR's for 2014 in place

**ripple**Labs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646530

# Live Partners

## Gateways

- RippleCN
- RippleChina
- 
- Bitstamp
- 
- 
- 
- 
- Ripple Israel
- Ripple Money
- XRP China

## Market Makers

- 
- 

## Resellers

- 
- 
- 
- 



 rippleLabs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646531

# Deal Highlights

## Gateways & Merchants

- ██████████ MR points offset
- ████ - Mexico remittance pilot
- ████ - XRP, BTC on Discover
- ████ - China accounts payable
- ████ – bundled wallet in OS
- ████████ MENA & South Asia remittance
- ████ - mobile wallet provider (SingTel, G-Kash)
- ████████ top retail payout network in Mexico
- ████ top retail payout network in Mexico

## Market Makers

- ████ $2B AUM
- ████████████
- ████████████
- ████████████
- ████████████
- ████████████


**ripple**Labs

HIGHLY CONFIDENTIAL

# Deal Leverage – only incentive-based

- XRP is our only tool
- BD can commit dev resources, but not as leverage
- The size of XRP incentives will reduce with every announced deal



HIGHLY CONFIDENTIAL

RPLI_SEC 0646533

# Pipeline Stats



**Deal Funnel Summary**



HIGHLY CONFIDENTIAL

RPLI_SEC 0646534

# Planning and Integrating

## Planning Integration



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

## Integrating

- Rippex
- 
- Ripple Singapore
- 
- **Ripple Latam**
- 

## Highlights

- 16 projects in process
- Key Currencies: BRL, SEK, MXN, INR, UAH
- New Asset: Gold
- Key Territory: Latin America
    - Licensed processing in Uruguay, Peru, Brazil, Chile, Mexico
- Consumer Product for Ripple Pay
- Anchor Market Maker
- US foothold



HIGHLY CONFIDENTIAL

RPLI_SEC 0646535

# Proposal Negotiation

## Partners



- ■
- ■
- ■
- ■
- ■

## Highlights

- Building on ■
- Competing Market Makers will tighten spreads

**ripple**Labs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646536

# Advocacy and Distribution

- Conferences and Speaking Events
- Sales-Side Equity Analyst Coverage
- Bonded XRP sales discounted from par
  - Attract top tier fund managers looking for long term exposure



HIGHLY CONFIDENTIAL

RPLI_SEC 0646537

# APPENDIX



HIGHLY CONFIDENTIAL

RPLI_SEC 0646538



HIGHLY CONFIDENTIAL

RPLI_SEC 0646539



rippleLabs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646540

Merchant Rewards



HIGHLY CONFIDENTIAL

RPLI_SEC 0646541



**ripple**Labs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646542

# Ripple Labs
# Liquidity Update

December 18, 2013
Confidential – For Internal Use Only



HIGHLY CONFIDENTIAL

# Ripple Currency Exchange Daily Volume
10-day Rolling Average





Source: Ripplecharts.com, Ripple Labs
Data includes: Bitstamp (USD+BTC), RippleCN (CNY), RippleChina (CNY), and Snapswap (USD) gateways



HIGHLY CONFIDENTIAL

RPLI_SEC 0646544

# December MTD Volume By Currency Cross
a/o December 15, 2013



Source: Ripple Labs



HIGHLY CONFIDENTIAL

3

RPLI_SEC 0646545

# Selected Gateway Capitalization





Source: Ripple Labs



HIGHLY CONFIDENTIAL

4

RPLI_SEC 0646546

# Market Making Partners - Highlights



HIGHLY CONFIDENTIAL

5

RPLI_SEC 0646547

# 1H' 2014 Liquidity Goals

- Populate Order Books for XRP versus the major currencies (EUR, GBP, AUD, CHF, CAD)

  - There is likely latent XRP demand from regions where there is no practical way to buy XRP. We need to open these flood gates.

- Arbitrage Free Pricing Relationships in Major Crosses:

  - Ripple prices should reflect "real world" markets.  EUR/USD should accurately reflect XRP/EUR and XRP/USD.  Equivalencies should hold true for users across major crosses.

- <1% Spread for Converting $500 between any of the top 10 IOUs by market cap

 etail charges 5%-6% spreads.
    Business Services charges 0.75% – 1.0% spreads

  - Ripple can likely outcompete these prices in 2014.



6

RPLI_SEC 0646548

Technical update



HIGHLY CONFIDENTIAL

RPLI_SEC 0646549

# Agenda

- Review Q4 2013
    - Focus: Hiring
    - Trust
    - Utility
    - Liquidity
- Goals 2014


**ripple**Labs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646550

# Hiring - Review

- C++
  - Added ██████████████████
  - From 2 to 4 developers

- JavaScript
  - Added ████████████████████████████
  - From 4 to 8 developers

- Mobile
  - Added ████████████████████████
  - From 0 to 3 developers

- Hired ██ as Head of Operations


**ripple**Labs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646551

# Trust

- Open-sourced rippled
  - Github: 727 developers starred, 139 forks

- Client internationalization
  - 17 community-driven translations in the works
  - Chinese & Italian ready to deploy

- QA
  - New tests; from ~100 to 737
  - Public Continuous Integration (CI)

- Ledger history integrity verified

| Language | % |
|---|---|
| English (source language) | 16% |
| Chinese (China) | 10% |
| Italian | 9% |
| Spanish | 7% |
| Portuguese (Brazil) | 7% |
| Polish | 6% |
| Ukrainian (Ukraine) | 5% |
| Armenian | 5% |
| Greek | 4% |
| Thai | 2% |
| Turkish | 2% |
| Slovenian | 2% |
| Dutch (Netherlands) | 2% |
| German | 1% |
| Dutch (Belgium) | 0% |
| Persian (Iran) | 0% |
| Russian | 0% |
| Slovak | 0% |


rippleLabs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646552

# Trust (cont'd)

* No-ripple flag
  - Prevent gateway-gateway rippling

* Peerfinder
* Multi-server support

* Utilities
  - API Explorer 

* Network status dashboard
  - 

Ripple WebSocket API tool



**rippleLabs**

HIGHLY CONFIDENTIAL

RPLI_SEC 0646553

# Trust (cont'd)

- Network latency improvements



Ripple Labs Rippled Server Mean Global Response Time (*)

- Security review by



HIGHLY CONFIDENTIAL

RPLI_SEC 0646554

# Utility

- Bridges
    - E.g. Bitcoin, Alipay

- Federation
    - username@gateway.com
    - Extended federation: Custom bridges, invoices

- Responsive client
    - Immediate support for all mobile platforms, including iOS

- Single currency debit, multi-currency debit
- Analytics and tracking



HIGHLY CONFIDENTIAL

RPLI_SEC 0646555

# Liquidity

- Trade tab
    - New interface; order auto-fill
    - Moved to top-level navigation

- Fixes for order engine
    - Negative spreads

- New data analysis architecture
    - CouchDB / MapReduce
    - All accounts; realtime

- New client features
    - Convert tab
    - History tab



**ripple**Labs

HIGHLY CONFIDENTIAL

RPLI_SEC 0646556

# Strategic Goals – 2014 OKR

- Objectives
  - Decentralization, stability and performance

- Key Results
  - 1: Ripple Labs does not control validation network
    - Add validators run by partners
    - Change recommended UNL
  - 2: Contracts
    - Password recovery; XRP bonds
  - 3: Public API QoS
    - E.g. account_* 99.9% availability at <250ms latency



**rippleLabs**

HIGHLY CONFIDENTIAL

RPLI_SEC 0646557

# Targets 2014 Q1

- Services API
    - Manifest / Profiles
    - Improved signup flow

- Trading
    - Orderbook bridging
    - Realtime offer funding status

- Gateway Appliance
    - Reduce integration costs
    - Faster turnaround

- Merchants
    - Federation for invoices
    - Order status
    - Payment flow



HIGHLY CONFIDENTIAL

RPLI_SEC 0646558