# PX 150

| | |
|---|---|
| From: | Phil Rapoport <​@ripple.com> |
| To: | Patrick Griffin |
| Sent: | 11/30/2013 3:31:07 PM |
| Subject: | Re: Summary Slides for Susan |

Looks good. You covered the bases, but here are some other thoughts:

- We don't need to give away massive amounts of XRP in order for the network to be useful. There is utility in sending USD, etc., via Ripple.
- People who are concerned about a supply overhang can still get all the utility of the protocol without investing in XRP.
- As more people start using the network, they will create organic demand for XRP by holding reserve amounts and/or sending payments via XRP.
- We'd prefer to attract speculators who take a long term view and believe XRP demand will overwhelm supply as commercial use of the network increases. If you believe 500mm people will eventually use Ripple, then there's far less concern of an XRP supply overhang.

- Good BD giveaways will result in more demand than supply. The announcement of the giveaway/partnership should generate demand.


On Fri, Nov 29, 2013 at 6:29 PM, Patrick Griffin @ripple.com> wrote:
Phil,

Before I send this to Susan, let me know if anything is missing. She is working on an email for Chris and a broader distribution thesis and I want to recap our phone call. thx.

How was Thanksgiving in DC?

Patrick


--
Patrick Griffin
EVP Business Development
Ripple Labs
@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0012358