# PX 151

| | |
|---|---|
| From: | ▮ |
| Sent: | Friday, November 21, 2014 9:40 AM |
| To: | Phil Rapoport |
| Cc: | Patrick Griffin |
| Subject: | Re: request to purchase XRP in volume |

yep. to the moon! ▮ showed me the bot he's using to fill these orders. pretty awesome.

On Fri, Nov 21, 2014 at 9:00 AM, Phil Rapoport ▮ ripple.com> wrote:

> it's not rocket science.  This guy previously would've bought from us
> directly.   we're growing volume + rising price.
>
>
> ---------- Forwarded message ----------
> From: ▮
> Date: Fri, Nov 21, 2014 at 11:57 AM
> Subject: Re: request to purchase XRP in volume
> To: Phil Rapoport ▮ pple.com>
>
>
> yes. i purchased about $20,000~25,000 today and it took me whole day
> :(
>
>
>
> On Sat, Nov 22, 2014 at 1:54 AM, Phil Rapoport ▮ ripple.com> wrote:
>
>> It looks like ripple4u.com charges 0.5% commission.   That doesnt seem
>> too bad.
>>
>> In the market, you can see volumes here:
>> http://www.ripplecharts.com/
>>
>> There should be enough liquidity to fulfill a $20,000 order in 24-48
>> hours in XRP/USD.bitstamp, XRP/USD.snapswap, BTC.bitstamp/XRP,
>> BTC.snapswap/XRP, and potentially also via the JPY crosses and
>> Japanese gateways.
>>
>> Keep in mind that you don't need to buy $20,000 all at one instant.
>> If you put it in the order book at the price you want to pay, people
>> will trade with you.
>>
>>
>>
>> On Fri, Nov 21, 2014 at 11:46 AM, ▮ wrote:
>>
>>> Hello Phil,
>>>
>>> Thank you for your quick reply.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054769

```
>>> I haven't used ripple4u.com but I assume they would charge some fee
>>> for profit.
>>>
>>> I am currently using different gateways but i don't see much trading
>>> volume except bitstamp usd/xrp.
>>> however, bitstamp often run out of money in pool and their ripple
>>> usd withdrawal fails too often.
>>> Another thing is that i can't purchase $20,000~50,000 at once even
>>> in bitstamp usd/xrp due to the low trading volume and i have to
>>> split and place many orders which takes too much time and
>>> effort.....
>>>
>>> Regards,
>>>
>> [REDACTED]
>>>
>>>
>>> On Sat, Nov 22, 2014 at 1:38 AM, Phil Rapoport <[REDACTED]@ripple.com> wrote:
>>>
>>>> Hi [REDACTED]
>>>>
>>>> Thank you for your interest.
>>>>
>>>> We do not sell XRP directly, but you can find services that will do
>>>> this for you in $20,000 - $50,000 size as you describe.
>>>> http://www.ripple4u.com/ is operated by Snapswap, a US Ripple
>>>> gateway. I have not used this personally, but I have heard good
>>>> reports from others.
>>>>
>>>> You can also purchase XRP in the market by depositing funds with
>>>> any gateway, then trading for XRP. Here is a list of gateways.
>>>> https://ripple.com/knowledge_center/gateway-information/
>>>>
>>>> Kind regards,
>>>> Phil Rapoport
>>>>
>>>> Ripple Labs Inc.
>>>> Director of Markets and Trading
>>>> Desk: [REDACTED] | [REDACTED] www.ripple.com |
>>>> www.ripplelabs.com
>>>>
>>>> On Fri, Nov 21, 2014 at 11:16 AM, Johnny Lee <jleefly00@gmail.com>
>>>> wrote:
>>>>
>>>>> Hello,
>>>>>
>>>>> My name is [REDACTED] from S.Korea and i'm a cryptocurrency
>>>>> enthusiast.Hello, My name is [REDACTED] from S. Korea and i'm a
>>>>> cryptocurrency enthusiast.
>>>>>
>>>>> I'd like to participate providing small liquidity in korea market
>>>>> and i want to purchase XRP for $20,000~$50,000 worth to start
>>>>> with.
>>>>>
>>>>> Could you please provide me with details on how i can purchase XRP?
```

2

```
>>>>>
>>>>> Thank you
>>>>>
>>>>> Best regards,
>>>>>
>>>>>
>>>> [REDACTED]
>>>>
>>>>
>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>
>
```

--

*Ryan Terribilini | HEAD OF DEVELOPER RELATIONS* *Ripple Labs <http://ripplelabs.com>** | [REDACTED]

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054771