# PX 153

Message

From: Patrick Griffin [███ripple.com]
Sent: 7/21/2016 1:36:30 AM
To: ███
Subject: ███

Hi ███

███ came by our office today for an interview for a role on my team. It sounds like you may have an opinion about him given that you worked together at ███ I initially had him in for a bd role but after talking to him, realized that, if anything, I would consider him for an XRP manager role, something we are actively recruiting for. The role will be responsible for building the market for XRP.

███ description of the work he did for ███ in Europe, where he built a market for the Black Sea wheat market, seemed particularly relevant. He described how he incentivized market makers to bring tight spreads and deep order books, then leveraged that liquidity to draw in speculators, which he in turn leveraged to bring in banks and big agriculture businesses. He called the market he built a wheat 'product'. Tactically, it's all very similar to what we want to build for XRP.

I have two questions for you. First, are there specialists at ███ (or elsewhere) that have expertise building market 'products'? If so, I would want to know the title that goes with that job and then tailor our job description/criteria accordingly. Second, do you recommend ███ for this role?

Thank you!

Patrick

Confidential                    SEC███RIPPLE_0009285