PX 154

**From:** Ethan Beard < ▮▮ @ripple.com>
**Sent:** Fri, 5 Jul 2019 14:12:44 -0400 (EDT)
**To:** ▮▮
**Cc:** ▮▮ @ripple.com>; Ethan Beard < ▮▮ @ripple.com>
**Subject:** Re: Hey!

___

Some context:
- Xpring is focusing on XRP adoption, liquidity, transaction volume.
- We're building a developer platform to provider tools, programs and support to drive this.
- The primary use case for XRP today is speculative and the exchanges (along with wallets, traders, custody providers) are the main enabler of this use case

Ultimately, we want to double the daily trading volume of XRP which I think the exchanges would like as well.

We'd love to hear from your thoughts on:
- How exchanges think about XRP and increasing trading volume
- What we can be doing and building to help increase trading volume
- Other ideas on how we can work better with exchanges

Thanks!

-Ethan

On Wed, Jul 3, 2019 at 4:43 PM ▮▮ wrote:



10am is ideal for me too!

Let's make it happen. Please share details and any particulars around what you'd like in terms of context - I can ask the larger team for their input.

Thanks,

On Wed, Jul 3, 2019 at 3:25 PM ▮▮ < ▮▮ @ripple.com> wrote:



Congrats, what a great move and how lucky they are to have you :)
**Wednesday 7/10 at 10am would be ideal if you can swing that. Or anytime between 12:45 and 2pm.** We will have catered breakfast and lunch, so feel free to come early, stay late, hang out or grab some food and run.

Our offsite is near 24th St BART: 3359 26th St, San Francisco, CA 94110, USA

Thanks!

Executive Assistant
▮▮ ripple.com | ripple.com

Confidential FOIA Treatment Requested by ▮▮

On Wed, Jul 3, 2019 at 7:20 AM Ethan Beard <e███@ripple.com> wrote:

> Fantastic!
>
> ███s pulling together our agenda. I expect Wednesday some time would be best. We're in a space in the Mission. More details to come.

Thanks ███

On Tue, Jul 2, 2019 at 9:25 PM ███████████████████ wrote:

> Hi Ethan,

Must be our lucky week, I'll already be coming in the Ripple office next week to discuss just that with ████
    Where is the offsite - would love to share and learn from you what you need exchanges to focus on to make for s better platform!

Please share details and I'll do my best to join.

Thank you,
███████

On Tue, Jul 2, 2019 at 8:12 PM Ethan Beard <█████@ripple.com> wrote:

> Hey ████
> Congrats on your new role! Heard that was coming and couldn't be happier for you.

I have a bit of an odd request but one that I think could be pretty interesting and fun. Xpring has recently doubled down on our focus on building a developer platform to drive XRP adoption and are significantly building on the engineering team to make this happen.

We're having our Xpring offsite for 2H 2019 next Tuesday/Wednesday in SF and we're bringing in a few outside speakers to talk about specific use cases for XRP and ILP. I was wondering if you'd be willing to pop by for 30 minutes and give us your unvarnished opinion on what we should be building and doing at Xpring/Ripple to provide more value to the exchanges.

Nothing formal and nothing on the record. One slide, no slides - doesn't matter. We want to hear your opinion and have a discussion.

Let me know what you think. Regardless, I'd love to catch up at some point. I'm sure you're busy!

-Ethan

--
███████████
CEO | www.███████
███████████

--
███████████
CEO | www███
███████████