PX 155

| | |
|---|---|
| From: | ███████@ripple.com> |
| Sent: | Sunday, April 02, 2017 11:50 PM |
| To: | BD; ███████████████████████████ Asheesh Birla;Monica Long; ████████ |
| Cc: | Miguel Vias |
| Subject: | Bitfinex (USD exchange) — Summary |

We had a call with Bitfinex last week to discuss listing XRP, and we received strong anti-XRP responses. While it was ideology-heavy, it's useful feedback.

*Bitfinex summary:* *Bitfinex is an exchange that can contribute to our speculative volume target that's coming into place.

  - *Team/Contact*
    - ████████ CSO
    - Based in New York
  - *Markets*
    - 2nd largest digital asset exchange by trading volume
    - Offer BTC, ETH, ETC, ZEC, XMR, LTC, and DASH against USD
  - *Tech*
    - Solid institution-grade API's based on XBTOPPS feedback
    - Works with ████████ as a whitelabel tech provider, and ████████ uses BitGo

*Ripple/XRP feedback:* *Keep in mind this was feedback from a single hardcore Bitcoiner on the Bitfinex team. While we got the sense this was a bit of a house view, ████ was extreme and quickly shut the door on a listing at this point in time.

  - Had an accurate description of Ripple from 1.5 years ago, which we updated
  - "Pre-mined"/concentrated XRP holdings always make them concerned about our ability to affect the market
  - "We don't consider XRP to fall under our target product. Philosophically we are not on board."
  - "I don't believe in the idea of a KYC coin."
  - Suggested that we destroy 50% of our holdings and implement a mining process
  - Wanted to understand how he could move ████ <https:/████████ (another venture of his) around on the RCL since it is built on BTC and is encountering transaction delay issues

*Next steps:*

1. Consider talking to ████ or another member of the Bitfinex team for messaging feedback
2. Re-engage on the back of XRP lockup announcement and ████ announcements
   - We'll see if the price/volume pickup changes their mind on engaging

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0049065

in some way

Let us know if you have any questions.

Thanks,

███

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0049066