# PX 157

**From:** Antoinette O'Gorman <███████@ripple.com>
**Sent:** Friday, August 19, 2016 10:26 AM
**To:** Monica Long
**Cc:** Patrick Griffin
**Subject:** Re: How to buy XRP article for review

Not necessary, Monica. If you're happy with the document as written, that's fine by me. I just thought it might be better if Kraken verified the accuracy of the steps described in this document and, if they were willing to post on their website, even better! (we could then link to that document). But, if that's not the preferred/optimal route, we can of course post this document on our website knowing that it may not always be entirely accurate - no compliance issue there.

The only question now is whether or when Kraken will agree to list XRP on their website.

Antoinette O'Gorman
Chief Compliance Officer | Ripple
███████@ripple | ripple.com
[image: Inline image 1]

On Fri, Aug 19, 2016 at 10:13 AM, Monica Long ███████@ripple.com> wrote:

> Hi Antoinette,
>
> Thank you for working with us on this. As you know, we're putting more
> concentrated effort into drumming up buyer interest in XRP. That
> interest wanes when folks then try to figure out how to buy XRP! There
> really is no easy, convenient way to buy it today.
>
> Our goal then is to minimize friction to buy XRP, which is why we're
> taking the initiative to write and host a "how to get XRP" guide on
> the XRP Portal on Ripple.com. I don't love the option of relying on
> Kraken to host and update the guide b/c the experience is then out of
> our immediate control. However, if our hosting it creates a
> legal/compliance issue, we can try that option.
>
> As Chris said, he's tested all of the options he could source that are
> licensed. Kraken is the best experience of those he's tested.
>
> Your feedback in the doc looks good to me. Would you like someone on
> your team to do a round of diligence on Kraken's onboarding, buying
> and trading functionality? Chris could walk them through it.
>
> Thanks again!
> Monica
>
>
> On Fri, Aug 19, 2016 at 8:49 AM, Patrick Griffin ███████@ripple.com>
> wrote:
>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　　　　　　　　　　　　RPLI_SEC 0052598

```
>> kraken momentum has slowed.  no progress.
>>
>> On Thu, Aug 18, 2016 at 9:56 PM, Antoinette O'Gorman <
>> ███████ripple.com> wrote:
>>
>>> Thanks for forwarding, Chris. I've inserted some suggested
>>> edits/comments; however, I'm not familiar with Kraken's onboarding
>>> and currency trading mechanisms so cannot attest to the accuracy of
>>> the account opening and/or XRP purchase steps outlined in this document.
>>>
>>> Patrick, has Kraken formally agreed to list XRP? If yes, would they
>>> be amenable to posting an article such as this on their website that
>>> we could simply link to? It's more appropriate that they be
>>> responsible for the accuracy and updating of information pertaining
>>> to their XRP purchase process, not Ripple. What do you think?
>>>
>>>
>>>
>>>
>>> Antoinette O'Gorman
>>> Chief Compliance Officer | Ripple
>>> ███████@ripple | ripple.com
>>> [image: Inline image 1]
>>>
>>> On Thu, Aug 18, 2016 at 12:55 PM ████████████████
>>> wrote:
>>>
>>>> Hi Antoinette,
>>>>
>>>> I've created a new guide on buying XRP.  I've done lots of testing,
>>>> and have found this to be the best experience.  We're also working
>>>> on a deal with Kraken to bring buying XRP on par with buying BTC.
>>>> Our intention with the guide is to make buying XRP more accessible and as easy as possible.
>>>>
>>>> Kraken does have a MSB license.  Can you review and approve?
>>>>
>>>>
>>>>
>>>>
>>>> Best,
>>>> ████████  Technical Services
>>>> Ripple
>>>>
>>>
>>>
>>
>>
>> --
>> Patrick Griffin
>> EVP Business Development | Ripple
```

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　RPLI_SEC 0052599

```
>>          ripple.com
>>
>>
>
>
> --
> Monica Long
> VP Marketing, Ripple
>
>         @ripple.com
> www.ripple.com | @ripple <http://twitter.com/ripple>
>
>
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0052600

# How to Buy XRP on Kraken

This article explains how to buy XRP on Kraken, a Bitcoin exchange. Kraken trades multiple currencies, including fiat currencies such as EUR, CAD, USD, GBP, JPY and crypto-currencies such as Bitcoin (XBT) and Ether (ETH). For more information about Kraken, visit their website.

**Note:** Kraken is a business that is wholly independent of Ripple Labs, Inc. ("Ripple"). Ripple does not endorse Kraken, nor does Ripple make any representations or warranties with respect to Kraken's services. It is advisable to always conduct your own due diligence before trusting your money to any third party.

The following general instructions are provided solely by Ripple, independent of Kraken. Please be aware that the tools and UI provided by Kraken, as described below, could potentially change without notice.

To buy XRP through Kraken, you first need to buy XBT which can then be used to purchase XRP. To buy XRP, complete the following steps:

1. Go to https://www.kraken.com/signup and create an account. Kraken will send an email to verify your account.



2. Activate your Kraken account by clicking the link in their email or copying and pasting the activation key in Kraken's account activation page.



3. Verify your account by going to **Account > Get Verified** on the Kraken website. To make bank deposits required to buy XRP, Kraken requires Tier 2 customer verification. This means providing customer identification information, such as your name, phone number, and address. (Note: In certain jurisdictions, Tier 3 verification, which requires uploading a valid Government-issued photo ID and proof of residence documentation is required in order to make bank deposits. You may also be asked to undergo Tier 3

verification to make certain types of deposits.)



4. Once your account is verified, deposit funds to your Kraken account by going to **Account > Funding > Deposit** and selecting the type of deposit. For more information about making deposits, see the Kraken Help Center.



    a. Place an order to buy XBT by going to **Account > Trade > New Order**

    b. Select the currency pair with the fiat currency that matches the currency of your deposit:



Make sure you select the correct currency pair. The currency pair you select determines which currencies are bought and sold. For example, if you select GBP/XBT, clicking **Buy** means that you buy GBP and sell XBT. With the same currency pair, clicking **Sell** means that you sell GBP and buy XBT. For more information about trading on Kraken, see Trading Basics available in their Help Center.

   c. In the **New Order** tab, select the **Simple** interface and place a **Buy** order for XBT.

   d. Enter the amount of XBT that you want to buy. You can choose to buy at the current market rate or place a limit order.

5. To buy XRP with your XBT:

a. Select the **XRP/XBT** from the currency pair drop-down menu:



b. In the **New Order** tab, select the **Simple** interface and place a **Buy** order for XRP.
c. Enter the amount of XRP you want to buy and submit your order.

For more information, see Kraken's Support Center. If you have questions, you can submit a support request to Kraken for additional information..