# PX 158

Message

| From: | Chris Larsen ████ @ripple.com] |
|---|---|
| on behalf of | Chris Larsen ████ ripple.com> ████ ripple.com] |
| Sent: | 9/3/2013 1:24:24 PM |
| To: | Monica Long [Monica Long ████ @ripple.com>] |
| CC: | ████████████████ com>] |
| Subject: | materials |
| Attachments: | Ripple Gateway Whitepaper 073113.pdf; Ripple 6.1.pptx |

# CHRIS LARSEN | CEO
## OpenCoin, INC.
████ @ripple.com | www.ripple.com



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098236

## Summary

- Ripple is a distributed payments network
  - Free global payment rails in any currency
  - Like SMTP, a protocol for moving money - anyone can use without license or fee

- The network is enabled by a new currency called ripples (XRP)
  - Trust in XRP is based on a math relationship of servers in a distributed network
  - XRP serve key and unique security and efficiency functions

- The protocol includes a distributed currency exchange
  - Can create offers in any currency
  - Federates the world's payment networks

- OpenCoin Inc. builds the software and promotes the network



**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

2

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098237

## OpenCoin Founders and Team

**Chris Larsen**, CEO and Co-Founder
- CEO and co-founder, Prosper.com, 2004 to 2012: peer-to-peer lending marketplace
- CEO and co-founder, E-LOAN, 1996 to 2004: publicly traded online lender

**Jed McCaleb**, Co-Founder
- CTO and founder, MetaMachine, 1999 to 2005: creator of the eDonkey file sharing application
- CEO and founder, Mt.Gox, 2010 to 2011: largest Bitcoin exchange, sold in 2011 to start this venture

**Stefan Thomas**, Interim CTO
- Early development contributor and leading voice for Bitcoin. Created weusecoins.com, a popular Bitcoin portal

**David Schwartz**, Chief Cryptographer
- Chief Technical Officer, WebMaster Inc, 2001-2011. Worked with NSA on cryptography

**Patrick Griffin**, EVP of Business Development
- Founding team at Jumio.  Built the sales and business development strategy and team

**Arthur Britto**, Co-Founder, Chief Strategy
- Created one of the first ISP's and one of the first Bitcoin exchanges. Highly respected in Bitcoin community

**Other Team Members**, 5 Software Developers, 3 support, contract Finance and PR

 ripple

Proprietary and Confidential OpenCoin Inc. 2013

3

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098239

## OpenCoin Inc. vs Ripple

- OpenCoin is a for-profit corporation
- Ripple is a software protocol for payments



Proprietary and Confidential OpenCoin Inc. 2013

5

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098240



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098241

## Clearing through Consensus
### Confirmation in a Decentralized Network

- Servers continuously compare transaction sets for validity
- Transactions that appear valid to the majority of servers are updated in the ledger
- When the ledger updates, all intervening transactions clear and settle



**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

7

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## The Role of XRP in Ripple

- Security
  - Transaction Fee (0.00001 XRP) prevents DDoS attacks
  - Reserve requirements prevent ledger spam

- Efficiency
  - Forex - counterparty hedging (XRP trade freely with IOUs)
  - Eliminate costs - transact without issuer fees or forex spreads
  - Global currency for the Web - no counterparty risk

- Value
  - 100B XRP - no more will ever be created, can't be debased
  - XRP is valued by its usefulness to able commerce




**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

8

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098244



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## Gateways
### Moving Cash In or Out of Ripple

- Ripple is a *common* ledger
- Each gateway takes deposits and issues a unique balance into the ledger
- Balances can be transferred across the ledger without intermediaries
- Balances are redeemable for the deposit, on demand, at the issuing gateway
- Gateways earn fees as they wish





Proprietary and Confidential OpenCoin Inc. 2013

11

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## Global Distributed Exchange
### Enables Cross-Currency Transactions

- Create bid/ask offers for any currency pair from any issuer

- Participants can profit from forex spreads

- Ripple executes currency transactions through the cheapest available bid/ask

- Eliminates the need for external exchanges

- Supports algorithm-driven trading



Proprietary and Confidential OpenCoin Inc. 2013

12

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098247



8/15/2013



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098249

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098250

## Business Model
### Value of the Ripple Currency

- OpenCoin's business model is based on the success of XRP
  - Owns 25% of XRP created
  - Will occasionally sell XRP to fund itself
- Early XRP results prove the viability of this model



Market XRP/USD Bitstamp

Proprietary and Confidential OpenCoin Inc. 2013

16

**ripple**

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098251



8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Market Development

- Phase 1: Trust and Awareness
  - Emphasis on payment network
  - Benefits of consensus over mining

- Phase 2: Utility and Liquidity
  - Begin giving away large amounts of ripples free of charge
  - Attract gateways and key market makers
  - International payment and transfer products and use cases

- Phase 3: Build merchant adoption
  - Global e-commerce marketplaces
  - E-commerce payments platforms
  - Mainstream merchants
  - Amazon, Wal*mart

**ripple**

Proprietary and Confidential OpenCoin Inc. 2013

18

8/15/2013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098253





# Ripple Gateways: A Primer



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.      RPLI_SEC 0098254

# Overview

A Ripple gateway is any business that provides access to the Ripple network via a deposit/withdrawal facility. This is a primer on considerations related to integration of the gateway service.

| Section 1 | The Ripple System | 3 |
| Section 2 | Business Cases | 4 |
| Section 3 | The Gateway Service | 5 |
| Section 4 | Types of Gateway | 6 |
| Section 5 | Account Balances | 7 |
| Section 6 | Revenue Models | 8 |
| Section 7 | Integration Process | 9 |
| Section 8 | Legal Compliance | 11 |
| Section 9 | Best Practices | 12 |
| Section 10 | Resources | 13 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0098255

Case 1:20-cv-10832-AT-SN   Document 663-15   Filed 06/13/22   Page 23 of 33

**Section 1**

# The Ripple System



RXTP runs on a global network of computers that continually update a shared database.

The Ledger enables diverse financial transactions.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098256

# Business Cases

The Ripple gateway service offers unique value propositions to diverse business models.

**Remittance**

- Expand geographic footprint at no cost
- Offer new currencies without capital requirements
- Pay wholesale forex spreads
- Earn 100% margin on transaction fees

**Banks**

- Free, automated clearing house for money movement
- Create a new revenue channel from balance transfers within Ripple
- Expand geographic footprint without regional/country risk
- Facilitate B2B cross-border transactions without currency risk

**Currency Exchanges**

- Free, global clearing house and prime broker for market makers
- Create a new revenue channel from balance transfers within Ripple
- Earn 100% margin on spreads and service fees
- Expand currency coverage without new capital requirements
- Expand portfolio of brokered assets

**Prepaid**

- Expand participating merchant base
- Acquire a turnkey digital prepaid wallet
- Enable peer-to-peer payments
- Allow cross-border payments
- Create a new revenue channel from balance transfers within Ripple

**Merchants & Marketplaces**

- Own and operate a branded payment rail
- Acquire a turnkey digital wallet
- Eliminate interchange fees and fraud
- Accept international payments without currency risk
- Settle funds instantly

**Merchant Acquirers**

- Free payment rail
- Earn 100% margin on all processing fees
- Create a new revenue channel from balance transfers across Ripple
- Process cross-border payments at no cost
- Eliminate buyer fraud from chargebacks
- Seamless integration with existing settlement platforms

ripple

4

## Section 3

# The Gateway Service

A Ripple gateway is any business that provides access to the Ripple network via the following



1) Accepts cash deposits.

2) Issues balances into user accounts.

3) Withdraws cash on demand.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.       RPLI_SEC 0098258



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098259

**Section 5**

# Account Balances

Balances in accounts are demand liabilities for the gateway that issued the balance. Balances move from account to account as payments. The balance must always be withdrawn via the original issuing gateway.

## The "life cycle" of a Ripple balance:



### Deposit / Issuance
A gateway receives a deposit and issues a balance into an account.

### Circulation
Balances are transferred between accounts as payments.*

### Exchange.
Balances are exchanged via Ripple's distributed currency exchange.

### Withdrawal
Balances are withdrawn from the original issuing gateway. The gateway provides the account holder with funds on demand (cash, bank deposit, etc.), and the balance is debited accordingly.**

*Payments must meet network and gateway requirements.

**Gateways institute prerequisites (KYC, AML) for withdrawal.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0098260

**Section 6**

# Revenue Models

Ripple allows variable fee structures and revenue models.

## Traditional Revenue:



### Deposit / Issuance
Fees for processing deposits into Ripple accounts.

### Withdrawal
Fees for withdrawals from the gateway.

### Interest
Interest on deposited funds.

### Accounts
Fees for the creation and maintenance of accounts.

## Ripple Unique Revenue:



### Circulation
Fees collected for the transfer of a gateways balance.

◦• ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0098261

**Section 7**

# Integration Process

Ripple integration can be achieved in a little as a day.



## Hosted-Account Gateway:

Hosted-Account Gateways use Ripple to provide financial services to their existing customers. Customers access their accounts and authorize payments via the gateway.

| | User Interface | Ripple Server | Ripple Integration | Banking Integration | Time (days) |
|---|---|---|---|---|---|
| **Automated Deposit and Withdrawal** | Existing | | | Existing | 0 |
| **Send/Receive Gateway-Issued Currencies** | Customize Existing | Remote | Customize Existing | | 5 |
| **Ripple Network Support** | | Run Local Server | | | 3 |
| **Send Cross-Currency Payments** | Customize Existing | Run Local Server | Customize Existing | | 5 |
| **Payment Bridge** | Customize Existing | Run Local Server | Custom | | 5 |



Custom development involved.

Compilation, configuration, and deployment only. No development.

Pre-existing component. No additional work required.

Not applicable to use-case.

◦⣿ ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0098262

**Section 7**

# Integration Process



## Independent-Account Gateway:

Independent-Account Gateways provide basic gateway services to Ripple users.
Because key

| | User Interface | Ripple Server | Ripple Integration | Banking Integration | Time (days) |
|---|---|---|---|---|---|
| **Manual Deposit and Withdrawal** | Manual | Remote | Ripple.com Web Client | Manual | 2 |
| **Automated Deposit and Withdrawal** | Custom | Remote | Custom | Custom | 10 |
| **Send/Receive Gateway-Issued Currencies** | | Run Local Server | | | 3 |
| **Ripple Network Support** | Ripple.com Web Client | Run Local Server | | | 0 |
| **Send Cross-Currency Payments** | Ripple.com Web Client | Run Local Server | | | 0 |
| **Payment Bridge** | Ripple.com Web Client | Run Local Server | Custom | | 5 |

Custom development involved.

Compilation, configuration, and deployment only. No development.

Pre-existing component. No additional work required.

Not applicable to use-case.

• ripple

### Section 8

# Legal Compliance

Gateways are responsible for complying with local regulations and reporting to the appropriate agencies. Reporting requirements vary depending on country and state, but may include:

**Know Your Customer**

**Source of Funds**

**Anti-Money Laundering**

**Suspicious Activity Report / Currency Transaction**

**Office of Foreign Assets Control**

**Threshold**

**Workers Remittance**

Any other reporting as required by law or internal policies in the country where the gateway operates.

ripple

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

**Section 9**

# Best Practices

Suggested EULA

**Fees**

**Territory Coverage**

**Payment options**

**Deposit protection**

**Protection against unauthorized transaction**

**Regulation**

**Customer service**

**Top payment use cases**

**Deposit time**

**Escheat**

**Demurrage**

**Policies**

ripple

12

**Section 8**

# Resources

International Ripple Business Association - The International Ripple Business Association (IRBA) provides unified procedures to establish trustworthy and secure services for Ripple customers. (http://www.xrpga.org/)

FFIEC Customer Identification Program - (http://www.ffiec.gov/bsa_aml_infobase/pages_manual/OLM_011.htm)

To learn more about Ripple, visit Ripple.com or the Ripple Wiki.

To integrate Ripple with your business, please contact partners@ripple.com.

ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098266