# PX 159

Message

| | |
|---|---|
| **From:** | Miguel Vias [████████@ripple.com] |
| **Sent:** | 3/23/2017 6:34:55 AM |
| **To:** | Patrick Griffin [Patrick Griffin ████████ripple.com>] |
| **Subject:** | Re: XRP - Customer Interviews |

I am thoroughly confused and disappointed but your sensitivity Patrick. My comments weren't meant to replace their analysis, it was meant to be additive. I've been actively following market sentiment around XRP for months now and there are some clear trends. It's important for marketing to have that information.

Lastly, it's insulting to insinuate that I am just trying to tell people what to do and that I don't engender a sense empowerment in colleagues. I'm not sure where the disconnect is but I'm curious to hear your rationale for the accusation.

On Thu, Mar 23, 2017 at 2:19 AM, Patrick Griffin ████████@ripple.com> wrote:
Miguel,
Just to be clear, I'm still looking for some contacts who provide an unfiltered 'speculator' dataset. This is just an exercise in buy-in.

Certainly no one is doubting your experience or expertise. On your point about the speculator's perspective, it seems you are asking marketing to blindly trust you rather than arming them with the facts to arrive at their own conclusion (which may very well end up being the exact same as yours). If you empower them with pure facts, they are going to bring their own conclusions to the table. That's when people feel they are helping to set the direction and are having a big impact.

At the very least, they are also just going to be smarter and more informed about our customers. Hey, they might even surprise you!

People want to feel like they are making a contribution to the bigger picture, and that they are more than just task automatons. The bottomline is that you are going to get better work quality and a lot more energy and passion from people who feel a sense of ownership in the strategy than from those who are just being told what to do.

In this case, the first step is building an objective dataset that speaks to the motivations of speculators.

pg

On Thu, Mar 23, 2017 at 5:29 AM, Miguel Vias ████████@ripple.com> wrote:
Sorry Patrick. I was trying to be helpful given the rest of the thread with ████ nd Monica.

I didn't ignore your email. I asked you a question since it wasn't clear to me which kind of 3-5 people you need, especially given the fact investing, speculating, and trading are all similar yet slightly different. You didn't even specify if the people you are looking for have to be active in crypto markets, traditional markets, or both. Not to mention Patrick, I did trade professionally for 12 years. The speculator's perspective is one thing I do know pretty well.

CONFIDENTIAL

As for my email being 'all over the place,' from what I picked up in the thread, marketing is looking for direction as to how to market to traders and regular people. I gave them the xrpchat thread which is full of good info on what we can do to market to regular folks, and I gave them an example of a competitor who has done a great job doing just that. I'm not sure why that's not helpful. I can't imagine the only thing they'll do is ask 10 people and be done with their research.

All that said, I'll get you some names tomorrow. They are likely going to be names you know. Hopefully that's not an issue.


On Wed, Mar 22, 2017 at 11:59 PM, Patrick Griffin <███████@ripple.com> wrote:
>> please send through to me 3-5 people

Your response is all over the place and you just completely ignored my email!  What's up with that?

I'm not looking for your impressions on XRP.  While I totally trust your opinion, the exercise here is about collecting other people's (i.e. our customer's) feedback.  It's a data exercise.

I'm interested in getting the names/contacts of people in the market that invest in this space.  Help me understand what's going on here.


On Wed, Mar 22, 2017 at 10:54 PM, Patrick Griffin <███████@ripple.com> wrote:
can you please send through to me 3-5 people we should consider for Voice of Customer?  The narrative should speak to the speculator's motivations.

patrick


---------- Forwarded message ----------
From: **Monica Long** <███████@ripple.com>
Date: Wed, Mar 22, 2017 at 8:21 PM
Subject: Re: XRP - Customer Interviews
To: ███████@ripple.com>
Cc: Patrick Griffin <███████@ripple.com>, █████████████████████om>


Patrick and I were in an XRP meeting this morning in which a new(ish) development solidified - it's clear we're going to have to invest our near-term energy into attracting speculators.

Can we interview a few candidates:

- Existing "average Joe" XRP speculator - likely from XRP Chat

- Institutional - Barry (unless Patrick advises otherwise)

- Existing "average Joe" BTC/alt currency speculator - could get a referral from whoever we interview from XRP Chat. We're looking for someone who's bullish on cryptocurrencies but hasn't bought XRP to learn why, their motivations, interests, etc.

Happy to talk more and we can reprioritize the list if need be.

On Wed, Mar 22, 2017 at 11:38 AM, ███████████████@ripple.com> wrote:
Hi Patrick,

RPLI_SEC 0461977

As you know, we are partnering with ███████████ to help us think through our brand architecture. Related to XRP specifically, I'd like them to interview some external customers to get their feedback.

Can you connect me with one of your contacts for each of the below. Marshall will then conduct a 30 minute phone interview on Friday or Monday. No prep is required on their end, but it's important that they speak to a key buyer (or target buyer).

1. Exchange (CoinONE or Bitstamp?)
2. MSB (███ or ███)
3. Speculator (███ or someone from the XRP Chat community?)
4. Bank (I can work with ███ n this piece - unless you have a strong opinion).

\*\*\*\*

**Suggested intro language:**

Our marketing team is interested in getting input from key customers/partners and potential buyers to help validate our market positioning for XRP. Your input is incredibly valuable to us. Are you free to talk with our agency partner who is helping with this research for 30 minutes on Friday or Monday?

No formal preparation is required. They have a series of questions they will ask and want your honest, candid opinions.

I'm copying ███████ rom our Marketing team who can help arrange a meeting time.

\*\*\*\*


Marketing | Ripple

███████ @ripple.com | ripple.com


Monica Long
VP Marketing, Ripple

███ @ripple.com
www.ripple.com | @ripple


Patrick Griffin
EVP Business Development | Ripple
███████ ripple.com

CONFIDENTIAL

RPLI_SEC 0461978



--
Patrick Griffin
EVP Business Development | Ripple
████████ipple.com

--
Miguel Vias | Head of XRP Markets
█████@ripple.com | www.ripple.com
T,█████████

--
Patrick Griffin
EVP Business Development | Ripple
████████ipple.com

--
Miguel Vias | Head of XRP Markets
████████████ | www.ripple.com
T,█████████

CONFIDENTIAL