# PX 161

Message
---

**From:** Monica Long [____@ripple.com]
**on behalf of** Monica Long <____@ripple.com> [____@ripple.com]
**Sent:** 3/26/2017 9:51:53 AM
**To:** Brad Garlinghouse [Brad Garlinghouse <____@ripple.com>]
**Subject:** 1:1 agenda

For discussion:
- Product marketing roles - XRP and Corporates
- XRP marketing - lessons thus far from Ethereum, Dash + initial thoughts on a plan
- Q2 priorities:
  - Generate 40 SQLs
  - Identify 2017 target corridors, target accounts and use cases
  - Hire 3 positions (content marketing, product marketing XRP, product marketing corporates)
  - Build Ripple's reputation in India (PR, speaking)
  - Drive XRP speculation

FYI:
- Corporate overview
  - v1: improved story, coming March 31
  - v2: new design, fleshed out business model?
- Central bank summit
  - next step: Zagone soliciting input from trusted central bankers
- Competition discussion
  - Scheduling for next leadership strategy session