# PX 162

Message

**From:** Monica Long [____@ripple.com]
**on behalf of** Monica Long [____@ripple.com> ____@ripple.com]
**Sent:** 4/10/2017 8:58:33 PM
**To:** Brad Garlinghouse [Brad Garlinghouse ____@ripple.com>]
**Subject:** Re: Q2 marketing plan

Totally agree on making trade-offs at a granular level and I'm happy to discuss with you recommended trade-offs in real time.

My message to my team has been: We've turned on the funnel for banks. Keep the engine running. But now we need to do the heavy lifting of building momentum for XRP.

I actually put it to my team (__ and __ especially) to get smarter about which banks we market to and how to increase our batting average.

My goal is to set my team up for success. They're pushing the pedal to the metal and I don't want them to burn out.

Thank you!


On Mon, Apr 10, 2017 at 6:36 PM, Brad Garlinghouse <____@ripple.com> wrote:
> Monica,
> (in full disclosure I didn't look through all of this, but wanted to get back to you on your two questions)
>
> 1) I agree that there are some trade-offs and i agree that this means increasing the weighting of XRP (at the expense of banks). But I'd like to weigh these trade-offs a bit more granularly than just "the majority of our focus". In retrospect, we moved the pendulum too far away from XRP about 18 mos ago. (this is as much my fault as anyone's). I'd like to make sure we don't over-correct.
> 2) Yes, I agree.


On Mon, Apr 10, 2017 at 9:25 PM, Monica Long <____@ripple.com> wrote:
Hi Brad,

Here's an exec summary of our marketing OKRs and priorities for Q2. Here is our team tracker which is a more granular view of tactics. Here is our working document to track tactics to generate speculative interest in XRP.

Beyond your general feedback, I have two asks of you:

1. We have a lot of work to do shedding baggage and then building an audience for XRP. Do you support us shifting the majority of our focus from banks to XRP? Of course, banks remain central to Ripple's story and we're committed to delivering on our MQL goal, but practically speaking this means trade offs like bank events for blockchain conferences.

2. Since the SDR function has transitioned to sales, I think it makes sense for marketing to be responsible for delivering MQLs and ultimately improving conversation rates throughout the funnel but not for SQLs. Do you agree? Happy to discuss.

Objectives and Key Results

- O: Dominate the enterprise blockchain conversation
  - KR: Blockchain message pull through in 80% of coverage

CONFIDENTIAL

RPLI_SEC 0577766

- O: Generate speculative interest in XRP
  - KR: 25% increase in positive XRP press coverage QoQ
  - Note: We'll also start tracking conversion to buy from Ripple.com in Q3 following version 5.0 roll out in June.
- O: Sharpen focus of supply-side bank go-to-market
  - KR: Reduce bank sales cycle in 2017 (e.g. from 12 months to 10 months for tier 2s)
  - KR: 4-6 thought leadership articles in India
- O: Identify "demand" customers and build a pipeline
  - KR: Identify customer segments and use cases
  - KR: 260 MQLs

Priorities:

Dominate the enterprise blockchain conversation:

- Refresh corporate narrative and keynote
  - Articulate product vision and how XRP fits
  - Own "blockchain" for enterprises
- Architecture and product naming roll out
  - Website remodel
- Identify Goliath and plan of attack to deposition
- Hire Content Marketing Manager and/or Content Marketer

Generate speculative interest in XRP:
- Clarify XRP's use case and product vision
- Debunk FUD related to supply and decentralization
- Show off technical superiority
- Build and activate a network of XRP influencers
- Key events: Consensus, Blockchain Expo
- Hire PMM (XRP Markets)

Sharpen focus of supply-side bank go-to-market:
- Prioritize target corridors and named accounts
- Build profile in India driven by thought leadership
- Develop pricing strategy for Indian banks
- Identify "first mover" bank customer segments
- Complete sales enablement for network sale

Identify "demand" customers and build a pipeline:
- Identify use case insertion point for payments into India
- Build MQL pipeline of banks in the Middle East, U.S., U.K., eurozone for payments to India
- Launch Vancouver
- Generate MQLs at key events: NACHA, EBADay, Money2020 Europe, Payments Canada, BAFT
- Hire PMM (Corporates)

--
Monica Long

CONFIDENTIAL RPLI_SEC 0577767

VP Marketing, Ripple
███@ripple.com
www.ripple.com | @ripple

CONFIDENTIAL RPLI_SEC 0577768