# PX 163

Message

---

**From:**     Monica Long [████@ripple.com]
**Sent:**     3/22/2017 12:21:11 PM
**To:**       ████████████@ripple.com>]
**CC:**       Patrick Griffin [Patrick Griffin <████ripple.com>]; ████████████com>]
**Subject:**  Re: XRP - Customer Interviews

Patrick and I were in an XRP meeting this morning in which a new(ish) development solidified - it's clear we're going to have to invest our near-term energy into attracting speculators.

Can we interview a few candidates:

- Existing "average Joe" XRP speculator - likely from XRP Chat

- Institutional - ████ (unless Patrick advises otherwise)

- Existing "average Joe" BTC/alt currency speculator - could get a referral from whoever we interview from XRP Chat. We're looking for someone who's bullish on cryptocurrencies but hasn't bought XRP to learn why, their motivations, interests, etc.

Happy to talk more and we can reprioritize the list if need be.

On Wed, Mar 22, 2017 at 11:38 AM, ████████████@ripple.com> wrote:
Hi Patrick,

As you know, we are partnering with ████████████ to help us think through our brand architecture. Related to XRP specifically, I'd like them to interview some external customers to get their feedback.

Can you connect me with one of your contacts for each of the below. ████ will then conduct a 30 minute phone interview on Friday or Monday. No prep is required on their end, but it's important that they speak to a key buyer (or target buyer).

1. Exchange (CoinONE or Bitstamp?)
2. MSB ████ or ████ )
3. Speculator ( ████ or someone from the XRP Chat community?)
4. Bank (I can work with ████ on this piece - unless you have a strong opinion).

\*\*\*\*

**Suggested intro language:**

Our marketing team is interested in getting input from key customers/partners and potential buyers to help validate our market positioning for XRP. Your input is incredibly valuable to us. Are you free to talk with our agency partner who is helping with this research for 30 minutes on Friday or Monday?

No formal preparation is required. They have a series of questions they will ask and want your honest, candid opinions.

I'm copying ████ from our Marketing team who can help arrange a meeting time.

\*\*\*\*

CONFIDENTIAL



Marketing | Ripple

ripple.com | ripple.com

--
Monica Long
VP Marketing, Ripple

@ripple.com
www.ripple.com | @ripple

CONFIDENTIAL

RPLI_SEC 0425937