# PX 164

Message

**From:** Breanne Madigan [____@ripple.com]
**Sent:** 5/27/2020 8:04:17 AM
**To:** Dinuka Samarasinghe [____@ripple.com]
**Subject:** Re: Comms / Markets discussion

thanks for leading this and appreciate the notes. agreed on the right area of focus is on return of escrow. cheers

On Tue, May 26, 2020 at 6:26 PM <____@ripple.com> wrote:

Minutes from the meeting:
* The numbers in the article seem largely correct (though the markets team has not gotten into the exact calculations)
* The thesis of the article is largely aligned with what the markets team believes, and what was presented to the leadership team by ____ team
* The 29.86 billion XRP in circulation used by ____ xcludes founders and others' holdings which have never made it into the circulating supply
* Language regarding amount of XRP unlocked via escrow may be an area we can correct: "According to Ripple escrow wallet tracker XRPArcade, Ripple unlocked a total of 5 billion XRP so far in 2020—equivalent to five percent of the total supply. But, it's still not clear exactly how much of this made its way onto third-party exchanges."
* We can be clear about how much XRP was put back into escrow with links / info on the release of escrow, and demonstrate via XRP Ledger info what was put back into escrow
* The markets team believes that communications should lead towards the building of credibility with sophisticated digital asset speculators.



**Comms / Markets discussion**
When    Tue May 26, 2020 3pm – 3:30pm Eastern Time - New York
Where   ____
Who     • ____@ripple.com - organizer
        • ____@ripple.com
        • ____@ripple.com
        • ____@ripple.com
        • ____@ripple.com

To join the meeting on a computer or mobile phone: ____

CONFIDENTIAL

Want to test your video connection?
https://bluejeans.com/111

--
Breanne Madigan
VP, Head of Global Institutional Markets
███████@ripple.com

CONFIDENTIAL