# PX 166

Message

**From:** Breanne Madigan [____@ripple.com]
on behalf of Breanne Madigan <____@ripple.com> [____@ripple.com]
**Sent:** 7/23/2019 4:50:07 AM
**To:** [____@ripple.com>]
**CC:** [____@ripple.com>]; Dinuka Samarasinghe [Dinuka Samarasinghe ____@ripple.com>]; [____@ripple.com>]
**Subject:** Re: ____ Relationship Check-In

Ah ok please do

Breanne Madigan
Global Institutional Markets
____@ripple.com



On Jul 23, 2019 at 2:16 AM, <____> wrote:

Sure, it might make sense to loop ____ in this call as well given he's probably closest to them with overall relationship & ____ s part of a broader deal.

On Tue, 23 Jul 2019 at 02:09, Breanne Madigan <____@ripple.com> wrote:
____ -
pls can we book time to discuss this topic?
wld love to get more relevant background here.
if calendars too tricky, feel free to email me your views?
thanks!

On Mon, Jul 22, 2019 at 9:02 PM ____ <____@ripple.com> wrote:
All-

Attached is the document they want us to review & sign.

Regards,

On Fri, Jul 19, 2019 at 3:27 PM ____@ripple.com> wrote:

____ and +____

Hi team,

To give more context, ____ has not been approved to onboard to XRP II, LLC for a ____ arrangement. They were not far from the finish line a few months ago but went dormant on their end. Happy to reinstate process once it's in alignment with the Markets team.

Have a great weekend!

█████

On Fri, Jul 19, 2019 at 2:48 PM Dinuka Samarasinghe █████ @ripple.com> wrote:
Let's have the markets team discuss early next week and revert to you. This does seems like good demand to hit the markets, as opposed to being fed directly from the supply source.

On Fri, Jul 19, 2019 at 5:32 PM Rohan Wagle < █████ @ripple.com> wrote:
Breanne & Markets Team-

Last December we signed a BD deal with █████ (see attached). As part of that deal, they intended to source the XRP sold through their mobile app to mom and pop crypto investors through our █████ program. We had several calls with them to talk about how the operations would work a few months ago and they were working towards real time settlement mechanism where they would be able to match withdrawals from their segregated wallet to individual orders in their app as opposed to lump sum withdrawals for the day's total trades.

I know there was some talk of re-evaluating the █████ program, and since compliance is almost complete with the on-boarding process, we were curious if this a relationship we would still like to pursue?

--

█████

Revenue Operations Manager | Ripple

█████ @ripple.com | ripple.com

ripple

--

Dinuka Samarasinghe
XRP Markets

█████

--

█████

Due Diligence Manager | Ripple
█████ @ripple.com | ripple.com

--

█████

Revenue Operations Manager | Ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

rohan@ripple.com | ripple.com

--
Breanne Madigan
Global Institutional Markets
████████@ripple.com

--
████████████
Senior Director
Institutional Markets - EMEA
e: ████████@ripple.com | ripple.com

✦ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.