# PX 587

---

**From:** Patrick Griffin ███ @ripple.com>
**Sent:** Wednesday, March 22, 2017 7:07 PM
**To:** Monica Long
**Cc:** ███████████
**Subject:** Re: Ripple XRP Contact Form

He might not seem bright but that doesn't mean he's not a customer of XRP :)

I'd be curious to know what the traffic metrics are to 'buy xrp' on our website, do you know?

> On Mar 22, 2017, at 6:02 PM, Monica Long ███ @ripple.com> wrote:
>
> Ha! A news section is a brilliant idea... which is why we have a News section!
>
> Open to calling out the availability of XRP at other exchanges with compliance' blessing. Remember it got us in trouble when we'd "advertise" unlicensed exchanges in the past.
>
> As for interviewing him, doesn't seem very bright!
>
>> On Mar 22, 2017, at 2:35 PM, Patrick Griffin <███ @ripple.com> wrote:
>>
>> why not start with this guy :)
>>
>>
>> ---------- Forwarded message ----------
>> From: ███████ @ripple.com>
>> Date: Wed, Mar 22, 2017 at 10:16 PM
>> Subject: Fwd: Ripple XRP Contact Form
>> To: Miguel Vias <███ @ripple.com>, Patrick Griffin <███ @ripple.com>
>>
>>
>> Fyi example of inbounds we receive for more speculator-focused marketing
>>
>> Many inbounds for how to buy and store XRP as well
>>
>>
>> ---------- Forwarded message ----------
>> From: Ripple.com Contact Form <███████ @ripple.com>
>> Date: Tue, Mar 21, 2017 at 12:16 PM
>> Subject: Ripple XRP Contact Form
>> To ███ @ripple.com
>>
>>
>> From: ███████ @gmail.com>
>> Subject: [your-subject]
>>
>> Message Body:
>> Why is the website not updated with a current news section for investors to get present time info? also the How to buy XRP does not list exchanges / Bittrex - Poloniex.. it could open doors to increase trading of volume of btc .. allot people have no idea XRP can be traded on those exchanges.
>>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

```
>>
>>
>>
>>
>> --
>> Patrick Griffin
>> EVP Business Development | Ripple
>>              ripple.com
>>
```

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0056514