# PX 588

| | |
|---|---|
| **From:** | ▮▮▮▮▮@ripple.com> |
| **Sent:** | Monday, March 05, 2018 8:26 PM |
| **To:** | ▮▮▮▮▮ |
| **Cc:** | ▮▮▮ Asheesh Birla; ▮▮▮▮▮ |
| **Subject:** | Re: Notes from today's VC meeting |

Standard potential XRP interest meeting (which I would love to get tighter deck for these - I know corp deck revamp is on the way).

Interesting they all connected via their Telegram channel - which makes me wonder if there are ways we could expand to the XRP community via Telegram (but it may just open us to more trolls).

Will send email cc-ing everyone tomorrow asking for their feedback on their trip and offer introductions to OTC MM, etc. and Add Questions to Master FAQ. Thanks ▮▮▮ for noting all of them!

Will make sure they're signed up for insights, too!

On Mon, Mar 5, 2018 at 8:18 PM ▮▮▮▮▮@ripple.com> wrote:

> Thanks, ▮▮▮
>
> Asheesh/▮▮▮▮ - Would be great to get your thoughts as well and
> let us know of any next steps as a result.
>
> Thanks,
> ▮▮▮
>
> On Mon, Mar 5, 2018 at 8:13 PM, ▮▮▮▮▮@ripple.com> wrote:
>
>> Hi team,
>>
>> Here are some note/observations from our VC meeting today. I also
>> recorded every question they put to us - let me know if any Qs!
>>
>> - Observations:
>>     - Meeting with ▮▮▮▮▮ nd others around SF/Bay
>>       Area
>>     - Referred to XRP as 'Ripple' despite us making it clear
>>       throughout the meeting
>>     - Varying levels of understanding of crypto/blockchain and
>>       Ripple/XRP amongst attendees
>>     - Seemed impressed by our XRP/Bitcoin comparison slide -
>>       particularly on speed, TPS and energy consumption
>> - Questions:
>>     - Is Ripple integrated with all announced customers?
>>     - What is your revenue model?
>>     - XRP doesn't have to be used in your payments solution?
>>     - When a bank signs a contract with you, is it for all of the bank

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.   RPLI_SEC 0069949

```
>>      or just parts of it (ie private or retail banks only?)
>>      - What could hold back further customer adoption?
>>      - Have you lost any customers?
>>      - What's a dream customer that you don't currently have?
>>      - What's the financial future of the company? Financing? Growth?
>>      IPO'ing?
>>      - Is XRP a security token? Utility coin?
>>   - Do you pay employees in XRP? Are they equity holders?
>>      - Will you list on CoinBase?
>>      - You seem to have two pieces to your company - the products vs
>>      XRP (that speculators are interested in)? How do they fit together?
>>      - Why are you better than         Is there room for both of you?
>>      - Who is the intermediary with xRapid?
>>      - What is your M&A strategy/focus?
>>      - Are all developers of XRP/XRP Ledger in house?
>>      - Will your payments solution have a P2P focus at all at any point?
>>      - Was it hard to hire people? What about now? Who is wanting to
>>      come work for you?
>>      - Why does the price of XRP go up or down on any given day? I
>>      can't make sense of it.
>>      - Do you use Bitstamp's XRP price as your benchmark?


>>
>> Corporate Communications | Ripple
>>           @ripple.com
>> [image: Inline image 1]




> --
>
> Event Marketing & Communications
>                    @ripple.com
> www.ripple.com <http://ripple.com> | @ripple
> <https://twitter.com/ripple>


> --

Head of Investor Relations
        @ripple.com | www.ripple.com
```

2