PX 589

Message

**From:** ███@ripple.com]
**Sent:** 1/5/2018 6:47:12 PM
**To:** ███@ripple.com>]; ███@ripple.com>]; ███@ripple.com>]
**CC:** ███@ripple.com>]
**Subject:** Auto-Reply for XRP Interest from XRPContact@ripple.com

Thanks, ███ and ███ for our meeting this week - there is a light at the end of this overwhelming tunnel.

I have attached the template that I paste to actual institutional buyers and a copy of the autoreply that inbound emailers receive initially.

Open to your edits to make the most-efficient auto-reply and discuss more when ███ returns!

\*\*\*\*\*\*\*\*OTC Template for Institutional Buyers:

Hi,

Thank you for your email.

Given your interest in XRP, I would like to introduce you to an OTC market maker in your region. **We provide this information solely for your reference; Ripple does not endorse the OTC market maker below. As always, it is advisable to conduct your own due diligence.**

Please remember before signing up with an OTC market maker, you will need to have an XRP wallet ready. There are many wallets out there and although we do not support one directly, we have partnered with ███.com for enterprise storage if you are expecting to store over $███ of digital assets.

| | | |
|---|---|---|
| US-based ███ | Minimum XRP purchase: | $███ |
| US-based: ███ | Minimum XRP purchase: | $███ |
| Asia-based: ███ | Minimum XRP purchase: | $███ |
| UK-based: ███ | | |

Please have your XRP wallet ready to begin onboarding with the OTC market makers to purchase XRP.

Thank you.

XRPContact@ripple.com
www.ripple.com/xrp/buy-xrp
Sign up for Ripple Insights Here



\*\*\*\*\*\*\*\*Auto-Reply when people contact XRPContact@ripple.com

On Oct 12, 2017, at 11:50 PM, Ripple <xrpcontact@ripple.com> wrote:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0203416

View this email in your browser



Hello,

Thank you for reaching out to Ripple. In order to receive support, please read this entire response as there are specific directions on how to obtain help.

If you wish to:
**Purchase XRP for individual purchases:**
Please visit our XRP Portal for more information:
http://go.pardot.com/e/105572/xrp-buy-xrp/2f7ffq/152621794/

**Purchase XRP for institutional purchases:**
Please reply with your expected purchase frequency, size, and nature of your business, and we will be in touch promptly.

**Unfortunately Ripple CANNOT advise on other wallet services or third party applications** (Gatehub, BTCX India, Bitstamp, Poloniex, etc).
Users will need to reach out to the owner of the website on which you have registered to troubleshoot your issue. Ripple does not own or operate these sites and cannot help you.

Recover your secret key: If you do not have your secret key or your Ripple name and password, your account is unfortunately lost. Ripple does not have the power to recover or forcibly repossess accounts.

**Migrate from Ripple Trade**, we have easy-to-follow instructions in our step by step guide:
http://go.pardot.com/e/105572/files-rt-mi/2f7ffv/152621794gration_faq.pdf

If you have your secret key, please see the applicable section in the guide under "What if I do not want my identity information transferred to GateHub?"

If you do not have your secret key, but do have your username and password:
You will be able to retrieve your secret key on GateHub after you migrate and

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　　RPLI_SEC 0203417

finish the identity verification process on GateHub. Directions can be found in our guide linked above.

**Migrate from legacy http://go.pardot.com/e/105572/clie/2f7fqq/152621794nt or desktop client:**
You will need to enter your details from your http://go.pardot.com/e/105572/client/2f7ffj/152621794 account and complete the personal identification process here: http://go.pardot.com/e/105572/auth-mig/2f7fg2/152621794rate

Note that we have a significant backlog of issues, and responses may be delayed. We hope this email has provided an answer to your inquiry. If you are still having trouble migrating your account, please email rtmigration@ripple.com. For all other questions regarding the XRP Ledger, please email xrpledger@ripple.com.

Best,
Ripple Support



*Copyright © 2017 Ripple, All rights reserved.*

**Our mailing address is:**
315 Montgomery Street, 2nd Floor
San Francisco, CA 94104, USA

Unsubscribe from this list

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　RPLI_SEC 0203418