PX 590

| | |
|---|---|
| **From:** | [redacted]@ripple.com> |
| **Sent:** | Sunday, October 02, 2016 9:14 PM |
| **To:** | Ryan Zagone |
| **Cc:** | Ripple Support; [redacted] |
| **Subject:** | Re: Fwd: Ripple.com contact form inquiry from [redacted] |

Hey Ryan,

I would direct them to the "How to Buy XRP" page:

https://ripple.com/xrp-portal/how-to-buy-xrp/

The Kraken flow of funds through bitcoin is far from ideal, but we're working on improving it.

[redacted]

On Oct 2, 2016 8:47 PM, "Ryan Zagone" <[redacted]@ripple.com> wrote:

> hey guys - how should we respond to these?
>
> ---------- Forwarded message ---------
> From: Ripple.com Contact Form <ripplecontact@ripple.com>
> Date: Sat, Oct 1, 2016 at 2:04 AM
> Subject: Ripple.com contact form inquiry from [redacted]
> To: <research@ripple.com>
>
>
> From: [redacted]
> Organization: Non
> Title:
>
> Message Body:
> Hi,
> I was wondering can we buy ripple in public in USA now?
>
> Need to be access to Kraken or GateHub to buy ripple?
>
> Some people buy Ripple in Japan now but I don't know in USA.
>
> Thank you.
>
> --
> This e-mail was sent from a contact form on Ripple.com
>
> IP address: [redacted]
>
>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0050302

```
>
> -- Tracking Info --
> The user filled the form on: https://ripple.com/contact/ The user came
> to your website from: http://search.yahoo.co.jp/
> search?p=buy+ripple+in+usa&ei=UTF-8&fr=applep1&pcarrier=AT&
> T&pmcc=310&pmnc=410
> The user's landing page on your website:
> http:///xrp-portal/how-to-buy- xrp/ User's IP:            User's
> browser is: Mozilla/5.0 (iPhone; CPU iPhone OS 10_0_2 like Mac OS
> X) AppleWebKit/602.1.50 (KHTML, like Gecko) Version/10.0 Mobile/14A456
> Safari/602.1
>
>
```

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0050303