# PX 591



HIGHLY CONFIDENTIAL

RPLI_SEC 0701612



RPLI_SEC 0701613



RPLI_SEC 0701614



                                                                                                    RPLI_SEC 0701615



RPLI_SEC 0701616



RPLI_SEC 0701617

# Engaging Our Target Audience: Google AdWords



Google AdWords helps drive traffic to Ripple.com. The goal is to catch potential clients in the moment as they search for relevant Ripple terms. Ad reach was expanded from North America to Western Europe, Japan, Singapore & Thailand.

- 92k impressions (20% increase).
- 3.6k clicks (113% increase).
- 26 conversions (18% increase).

Thanks to this significant improvement, AdWords now contributes to 3.6% of all user sessions on Ripple.com.

HIGHLY CONFIDENTIAL



RPLI_SEC 0701619



RPLI_SEC 0701620



RPLI_SEC 0701621



# Increased XRP Portal Traffic & Targeted Content

In September, there was a 39% increase in XRP Portal traffic.

We introduced a 'How to Buy XRP' article, which had over 3000 unique views and a 'XRP vs BTC and ETH' article on the 29th (garnering over 500 views in 2 days!).

We are successfully driving potential XRP buyers to the XRP Portal, aligning with our company objective of making XRP more liquid.

HIGHLY CONFIDENTIAL

# Targeting Our XRP Audience



We had 188 unique signups in September, a 69% increase since August. Our September XRP newsletter had a 62% open rate and a 35% click-through rate, a 34% increase since August, exceeding both industry averages and our own by 200%.

We beat our Q3 goal of 250 subscribers, with 520 to date.

RPLI_SEC 0701623

# Increasing XRP Liquidity

## XRP Contact

*If you are an individual or institution interested in acquiring XRP or providing XRP liquidity to Ripple, please contact us.*

Purpose of inquiry *

Please select one option

First Name *

Your Email Address *

Organization Name *

Your Message

[Send Message]

**MONTHLY XRP NEWSLETTER**
Sign up for the world's XRP news

Your Address                    [SIGN UP]

**TECHNICAL SUPPORT**
Please contact us at support@ripple.com

**CONNECT WITH US**
Twitter
LinkedIn
Facebook
YouTube

The XRP contact form tracks leads and interest from financial institutions, institutional investors and liquidity providers.

There were 16 XRP contact conversions in September: 1 institutional investor and 15 individuals.

In Q4, we are going to run specific XRP AdWord campaigns and will continue to create high-quality relevant content in order to increase XRP liquidity and attract our targeted audience.

HIGHLY CONFIDENTIAL

RPLI_SEC 0701624



RPLI_SEC 0701625



RPLI_SEC 0701626



HIGHLY CONFIDENTIAL



RPLI_SEC 0701628



RPLI_SEC 0701629

## Introducing Career-Specific AdWord Campaigns



In September, we launched a targeted careers AdWord campaign in order to attract world-class talent.

Google searches and applications saw a huge spike from our Series B announcement (over 30 applicants on September 15th, a single day record by over 300%).

RPLI_SEC 0701630



HIGHLY CONFIDENTIAL

RPLI_SEC 0701631





# Goal 3

## Build Ripple's Reputation As An Industry Leader

Measured by content creation, traffic, audience growth, engagement, and return visitors

HIGHLY CONFIDENTIAL

RPLI_SEC 0701633



# Record-Breaking Insights Newsletter Signup

We had a record-breaking **1175** unique signups for the Ripple Insights newsletter in September, a **30%** increase since August. (**5,307** total since February launch). **90%** of these users are active daily on Insights.

Email open rates average 36%, this is over **40%** better than industry averages and a **30%** increase since Q2 averages. We are continuing to demonstrate thought leadership, retain active users and garner new readership.

RPLI_SEC 0701634

# Increased Social Audience Growth in Q3

September was a record-breaking month for social referral traffic to ripple.com.  Average audience growth across all social channels for Q3 is 27%.

The combined effects of funding news, customer milestone, GPSG, and Sibos resulted in over 18k tweets tagging Ripple. September was also the best month **ever** for @Ripple retweets, at 1.6k. Additionally, we had 8.5k clicks to ripple.com from our tweeted links, and 1.5k clicks from our LinkedIn content.

Ripple on Facebook increased its audience size by 30% this quarter. This is notable and potentially useful because of the platform's penetration in markets where Twitter and Linkedin are less popular: APAC countries and the Middle East.

RPLI_SEC 0701635

# Record-Breaking Insights Traffic

| 4,158 pageviews | 4,034 pageviews | 3,675 pageviews |
| --- | --- | --- |
| Several Global Banks Join Ripple's Growing Network | Ripple Raises $55 Million in Series B Funding | Announcing Ripple's Global Payments Steering Group |

  

With the combined effects of our biggest-ever news stories: Series B, the expansion of our network of banks, and GPSG headed into Sibos, Ripple broke all previous records this quarter for traffic, engagement, coverage, and share of voice. In Q3, we produced our most popular blogs, newsletters, social posts, and overall content of all time. *Our message is clear, powerful, and we can measure Ripple's reach and influence like never before.*

# Increased Visibility Across the Web



Ripple rose ~50 places on the Crunchbase ranking of companies following our Series B funding news, passing up Tesla, Dropbox and Netflix to peak at #15. Currently, the company is #16, where it has held for more than a week.

HIGHLY CONFIDENTIAL

## Conclusions & Key Takeaways from September/Q3

Total traffic increased by 43%, resulting in a 34% increase in qualified leads for sales.

AdWords click through rate increased by 113%, contributing to 3.6% of all user sessions on Ripple.com and resulting in 4 new meetings at Sibos.

Google searches and job applications saw a huge spike from our Series B announcement (over 30 applicants on September 15th, a single day record by over 300%).

There was a 39% increase in XRP Portal traffic and we beat our Q3 goal of 250 subscribers, with 520 to date.

A record-breaking month for social referral traffic to ripple.com. Average audience growth across all social channels for Q3 is 27%.

Series B, the expansion of our network of banks, and GPSG, Ripple broke all previous records in Q3 for traffic, engagement, coverage, and share of voice.

HIGHLY CONFIDENTIAL

RPLI_SEC 0701638

# Q4 Goals for Ripple.com

**Generate qualified leads for sales.**
- 150 MQLs through gated content.
- 50 AdWord conversions.
- 10% increase in total conversions (~200/month).

**Attract world-class talent.**
- Improve company page to include LEGGO values!
- 20 new hires.

**Build Ripple's reputation as an industry leader.**
- 250,000 total visitors to Ripple.com.
- 10% increase in Insights subscribers (~600/month).
- 6 Insights posts per month, including 1 from an industry thought leader.
- 20% increase XRP Portal traffic.
- 350 new XRP newsletter subscribers.

HIGHLY CONFIDENTIAL

RPLI_SEC 0701639



RPLI_SEC 0701640