# PX 592

Message

**From:** ▓▓▓▓@ripple.com]
on behalf of ▓▓▓▓@ripple.com> [▓▓▓@ripple.com]
**Sent:** 9/19/2017 11:24:21 AM
**To:** Brad Garlinghouse [Brad Garlinghouse <▓▓▓@ripple.com>]
**CC:** ▓▓▓▓@ripple.com>]; Monica Long [Monica Long ▓▓▓@ripple.com>]
**Subject:** Re: data on customer support

Hey Brad, here are few updates on Support:

- **Total XRP tickets average ~1,800 per month:** Steadily trending downward since the heavy spike after XRP price increase in April/May
- **Average response time 30 hrs:** trending downward with new process (below) in place as of a 3 weeks ago
- **XRP: New auto-response in place:** We now automatically reply to support inquiries with the resolution to our top 5 FAQ's, and if customers still have issues it directs them to create a new request.
  - XRP ticket volume needing a support rep has dropped ~90%
  - Chris does an audit of all the requests to see if there is anything we should follow up on (e.g. how to buy XRP questions coming from a business domain, upset customers, etc)
- **Pretty tight correlation b/w XRP price and ticket volume:** see graph overlay below. the blue line is XRP
- **Subject Matter:** "How to buy XRP" has been the most common type of request, and has grown through the year as an overall piece of the pie. Right now it makes up about a third of all requests.
- **xCurrent volume is near zero:** We had 1 urgent call from ▓▓▓ shortly after go live. Since then no support calls from ▓▓▓▓▓▓▓▓ Any issues have been non-urgent and addressed through account mgmt in weekly calls.



On Tue, Sep 19, 2017 at 10:13 AM, Brad Garlinghouse <▓▓▓@ripple.com> wrote:

CONFIDENTIAL
RPLI_SEC 0646875

Do you have anything you can readily point me to that tracks our customer support inquiries? I'm curious (particularly given how things have evolved for team ripple) how this volume has changed, how the subject matter has changed and how we are triaging (and whether we have re-looked at our FAQ's based upon how things have change.

Thanks much!

--
Head of Account Management & Technical Services | Ripple
ripple.com

CONFIDENTIAL
RPLI_SEC 0646876