# PX 593

Message

**From:** Ripple.com Contact Form [ripplecontact@ripple.com]
**Sent:** 5/22/2017 5:19:43 AM
**To:** banks@ripple.com
**Subject:** Ripple.com contact form inquiry from ▮

From: Kelliher ▮
Organization: ▮
Title: Owner

Message Body:
Is there a U.S. based exchange where I can purchase or trade XRP?

--
This e-mail was sent from a contact form on Ripple.com

IP address: ▮


-- Tracking Info --
The user filled the form on: https://ripple.com/contact/
The user came to your website from: https://www.google.co.in/
The user's landing page on your website: http:///
User's IP: 24.9.182.156
User's Proxy Server IP: ▮

User's browser is: Mozilla/5.0 (Windows NT 10.0; WOW64; rv:53.0) Gecko/20100101 Firefox/53.0

CONFIDENTIAL                                                                                                       RPLI_SEC 0623089