# PX 594

**From:**
**Sent:** Wed, 03 Apr 2019 15:04:02 +0000
**Subject:** [Slack Retention]Ripple -
**To:**

CONFIDENTIAL

RPLI_SEC 1121276

04_bitcoin-btc-xrp-ripple.jpg



| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2019-04-03T07:36:21.0000000Z | @ripple.com | &lt;https://www.newsbtc.com/2019/04/02/flippening-incoming-us-google-users-more-interested-in-ripple-xrp-than-bitcoin/&gt;<br>Attachment data<br>-----<br>Summary: NewsBTC: Flippening Incoming? US Google Users More Interested in Ripple (XRP) than Bitcoin | NewsBTC<br>Title: Flippening Incoming? US Google Users More Interested in Ripple (XRP) than Bitcoin | NewsBTC<br>Text: More people in the US Googled "how to buy XRP" than "how to buy |

| Timestamp | User | Message |
|---|---|---|
| 2019-04-03T15:04:02.0000000Z | ███@ripple.com | SEC guidance letter: <https://www.sec.gov/files/dlt-framework.pdf> |
| 2019-04-03T15:04:02.0000000Z | ███@ripple.com | SEC guidance letter: <https://www.sec.gov/files/dlt-framework.pdf> |
| 2019-04-03T16:38:35.0000000Z | ███@ripple.com | Threaded Message Reply<br>when was this published? |
| 2019-04-03T16:39:05.0000000Z | ███@ripple.com | Threaded Message Reply<br>Today. |
| 2019-04-03T17:29:09.0000000Z | ███@ripple.com | Threaded Message Reply<br>I read it. Doesn't look promising... |
| 2019-04-03T17:54:53.0000000Z | ███@ripple.com | Threaded Message Reply<br>This is in <#C8C1YPSUA\|vc_regulation>: <https://ripplelabs.slack.com/archives/C8C1YPSUA/p1554306481002100> Attachment data<br>-----<br>Summary: [April 3rd, 2019 8:48 AM] dinuka: <https://www.sec.gov/files/dlt-framework.pdf><br>Text: <https://www.sec.gov/files/dlt-framework.pdf><br>Footer: Thread in #vc_regulation<br>---------- |



CONFIDENTIAL

RPLI_SEC 1121278