# PX 595



CONFIDENTIAL

RPLI_SEC 1108991