PX 596

**From:** Monica Long <▓▓▓▓@ripple.com>
**Sent:** Tuesday, March 21, 2017 11:56 AM
**To:** ▓▓▓▓▓▓▓▓
**Subject:** Re: How to buy XRP

Ah, thank you!! Should've known you were behind it. :)

I see these guides as customer support so think ▓▓▓▓ should own them but won't raise a fuss about it if you and ▓▓ have a good process in place.

Totally agree about "buy XRP" for SEO.

On Tue, Mar 21, 2017 at 9:16 AM ▓▓▓▓▓▓▓▓▓▓▓▓@ripple.com> wrote:

> Hey there -
>
> FYI...I worked with Bitstamp to get these instructions outlined and
> with ▓▓▓▓ to add to the XRP Portal. I'm working with ▓▓ to try to
> identify ways to change it Google's search. When I learn more, I'll
> respond to the whole group.
>
> Should I be working through ▓▓▓▓ to get these instructions on the
> site as we add more exchanges?
>
> Also note: Miguel is pushing hard to change this to "How to Access XRP."
> I keep pushing back given the impact on SEO.
>
>
> On Mon, Mar 20, 2017 at 10:04 PM, Monica Long <▓▓▓▓@ripple.com> wrote:
>
>> Nice!! That's great news.
>>
>> @▓▓▓▓ - let's discuss how we can improve the search results (see
>> attached).
>>
>> On Mon, Mar 20, 2017 at 9:01 PM, ▓▓▓▓▓▓▓▓@ripple.com> wrote:
>>
>>> Hi Monica!
>>>
>>> We've got it covered :)
>>>
>>> https://ripple.com/xrp-portal/how-to-buy-xrp/
>>>
>>> Best,
>>>
>>> ▓▓▓▓
>>> Technical Services Manager | Ripple
>>> ▓▓▓▓▓▓▓▓▓▓▓▓
>>> ▓▓▓▓@ripple.com | ripple.com
>>> PGP: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>>>
>>>

1

```
>>> On Mar 20, 2017 8:45 PM, "Monica Long" <        @ripple.com> wrote:
>>>
>>> Hi
>>>
>>> With Bitstamp now listing XRP, what do you say to revising our "how
>>> to buy XRP" guide to support the Bitstamp flow? If I google "how to buy XRP,"
>>> the Kraken guide is the top result and we know it's a kludgy flow.
>>>
>>> We see dozens of inbound requests every time we announce Ripple news
>>> or issue an Insights newsletter from people wanting to buy XRP. I'm
>>> sure the support team sees even more!
>>>
>>> Thanks,
>>> Monica
>>>
>>>
>>>
>>
>>
>> --
>> Monica Long
>> VP Marketing, Ripple
>>
>>        @ripple.com
>> www.ripple.com | @ripple <http://twitter.com/ripple>
>>
>>
>
>
> --
>
> Marketing | Ripple
>
>        @ripple.com | ripple.com
>
```

--
Monica Long
VP Marketing, Ripple

       @ripple.com
www.ripple.com | @ripple <http://twitter.com/ripple>

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0059356