# PX 599

**From:**        Brad Garlinghouse ▮@ripple.com>
**Sent:**        Wednesday, November 22, 2017 2:06 PM
**To:**          ▮
**Subject:**     Re: Partnership / listing XRP on the 3rd largest exchange with 1M Chinese customers


smart!


On Wed, Nov 22, 2017 at 3:03 PM, ▮@ripple.com> wrote:

> Separately - I'll have a tweet translated into Chinese for us to go
> out with from Ripple's twitter account when it launches tomorrow.
>
> On Wed, Nov 22, 2017 at 1:02 PM, ▮@ripple.com>
> wrote:
>
>> No worries. I retweeted. Thanks!
>>
>> ▮
>> Head of Content | Ripple
>> ▮@ripple.com | ripple.com
>>
>>
>> On Wed, Nov 22, 2017 at 12:52 PM, Brad Garlinghouse ▮@ripple.com>
>> wrote:
>>
>>> sorry - did not see this before hitting tweet
>>>
>>>
>>> On Wed, Nov 22, 2017 at 2:49 PM ▮ <kjohnson@ripple.com>
>>> wrote:
>>>
>>>> Hi Brad,
>>>>
>>>> (Removed everyone but ▮ and ▮ to spare inboxes.)
>>>>
>>>> I made a quick edit to your tweet, take a look:
>>>>
>>>> Your tweet:
>>>> Holiday, schmoliday! Team Ripple is absolutely committed to
>>>> building XRP liquidity - with that said, we're excited to share
>>>> that Huobi (3rd largest exchange in China) is listing XRP tomorrow on Huobi Pro.
>>>>
>>>> I'll retweet once you push it live.
>>>>
>>>>
>>>>
>>>>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.          RPLI_SEC 0054189

>>>>
>>>> ███████████
>>>> Head of Content | Ripple
>>>> ██████@ripple.com | ripple.com
>>>>
>>>>
>>>> On Wed, Nov 22, 2017 at 12:34 PM, Brad Garlinghouse
>>>> ███████@ripple.com>
>>>> wrote:
>>>>
>>>> ███████████
>>>>> is there more data behind your comment that Huobi carries a
>>>>> negative reputation? I'm aware they may have a pending fine from
>>>>> PBOC... but as a company that has endured it's own regulatory /
>>>>> compliance fine, I'm careful to not assume too much.  From what I
>>>>> know they are a credible exchange as measured by the fact that they are top 10 in the world for crypto volume.
>>>>>
>>>>> I just read the document Monica put together. ████ owns listing
>>>>> announcements.  At this point I don't expect any press to write
>>>>> about XRP listings - unless maybe it's coinbase or gemini.  But we
>>>>> still want the community to be aware -yes?
>>>>>
>>>>> I still feel like I'm missing something... and that we are takign
>>>>> something relatively simple and making it complicated.
>>>>> To your point about 'what's coming' - to whom are you directing
>>>>> that?  I presume Patrick (by way of Miguel / Dinuka and █████own
>>>>> that
>>>>> pipeline?)
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On Wed, Nov 22, 2017 at 2:18 PM, ███████████
>>>>> ███████@ripple.com>
>>>>> wrote:
>>>>>
>>>>>> All - my two cents:
>>>>>>
>>>>>>   - Always in favor of moving the dial with XRP - as you know.
>>>>>>   - I understand that this exchange carries a negative reputation
>>>>>>   and there is pending administrative punishment/fine from PBOC, China's
>>>>>>   financial regulator, reportedly for AML and possibly other issues. @Patrick
>>>>>>   - I know that AoG has voiced her concerns. I'm not privy to the
>>>>>>   conversations - but if you are confident that Ripple or XRP won't get
>>>>>>   caught up in it, let's roll.
>>>>>>   - We have experienced a recent instance where an exchange rushed
>>>>>>   to market with XRP and skipped integration steps which resulted in missing
>>>>>>   XRP for their customers (not Ripple's fault but also a negative
>>>>>>   experience). For this reason - Monica rolled out a process and
>>>>>>   checklist
>>>>>> ███████████████████████████████████████████████

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0054190

>>>>>>   for exchange listings/announcements.
>>>>>>
>>>>>> All ducks are lined up? If so - let's put out the tweets. I'm
>>>>>> also happy to add to the "how to buy XRP" page on Ripple.com.
>>>>>>
>>>>>> Lastly, in future - let's have visibility into what's coming down
>>>>>> the pike so that we can promote "to the moon."
>>>>>>
>>>>>> Happy Thanksgiving,
>>>>>> ████████
>>>>>>
>>>>>> On Wed, Nov 22, 2017 at 11:36 AM, ██████████████
>>>>>> ██████████@ripple.com> wrote:
>>>>>>
>>>>>>> Hi Patrick just left a voicemail.  If everyone's on board I'm
>>>>>>> all for some  marketing promotion.  Don't want to be a bottleneck here.
>>>>>>>
>>>>>>> ████████ I'll follow-up separately to make sure that we're all
>>>>>>> lined up for some promotion.  Like Brads idea on the Tweet!
>>>>>>>
>>>>>>> Moving forward I'll work more closely with BD to understand the
>>>>>>> pipeline for exchanges.  That way we can be ahead of
>>>>>>> announcements and make sure we can make the biggest impact possible.
>>>>>>>
>>>>>>> -████████
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>> On Nov 22, 2017, at 12:31 PM, Patrick Griffin
>>>>>>> ████████@ripple.com>
>>>>>>> wrote:
>>>>>>>
>>>>>>> I'm very open to it and do not see any downside scenario on the
>>>>>>> business front that we can't manage.  I've asked ████████ to give
>>>>>>> me a call to talk me through any scenario that I am not
>>>>>>> appreciating.  Until then, I welcome any input from the group.
>>>>>>>
>>>>>>> (I like the tweet fwiw!)
>>>>>>>
>>>>>>> Patrick
>>>>>>>
>>>>>>> —
>>>>>>> Patrick Griffin
>>>>>>> SVP Business Development
>>>>>>> Ripple Inc.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Wed, Nov 22, 2017 at 1:27 PM, Brad Garlinghouse

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054191

>>>>>>> █████@ripple.com>
>>>>>>> wrote:
>>>>>>>
>>>>>>>> adding ██████ and A'OG██████ and ████
>>>>>>>>
>>>>>>>> Sparing Monica ;)
>>>>>>>>
>>>>>>>> PG, thanks for forwarding.
>>>>>>>> Ultimately, this is your call.  Compliance and legal are here
>>>>>>>> to help you (as the business owner) understand risk.  It's your
>>>>>>>> job to allocate risk.  Team marketing is also here to support
>>>>>>>> your efforts and strategy - and give you good counsel.
>>>>>>>>
>>>>>>>> Clearly one of our efforts / strategies has been to get XRP
>>>>>>>> listed on more exchanges.  (top of mind it's one of your OKR's
>>>>>>>> for the quarter!?)
>>>>>>>>
>>>>>>>> I think we want to share with the world anytime another
>>>>>>>> exchange (particularly when it's the third largest exchange in
>>>>>>>> China) is listing XRP.  The community wants to know it's
>>>>>>>> important to us and there is forward progress.  To be clear, I
>>>>>>>> am not suggesting the language of a tweet would 'endorse' Huobi
>>>>>>>> - but to simply tweet out and draw attention to the fact that
>>>>>>>> XRP continues to get listed at more exchanges - well, that is just a statement of fact.
>>>>>>>>
>>>>>>>> Are there risks here I'm not seeing?
>>>>>>>> Are you worried that Huobi would be upset?  Presumably they
>>>>>>>> would be happy to get the extra attention.
>>>>>>>>
>>>>>>>> How about I tweet this:
>>>>>>>> Holiday, schmoliday!  Team Ripple is absolutely committed to
>>>>>>>> building XRP liquidity - and in that context very excited to
>>>>>>>> share that Houbi (3rd largest exchange in China) is listing BTC
>>>>>>>> / XRP tomorrow on Huobi Pro.
>>>>>>>>
>>>>>>>> And now that I read the whole thread - per Patrick's point -
>>>>>>>> maybe there is a tweet storm announcing the other China listings?
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Nov 22, 2017 at 12:04 PM, Patrick Griffin <
>>>>>>>> █████@ripple.com> wrote:
>>>>>>>>
>>>>>>>>> Just FYI on status re: a decision to Tweet or not to Tweet.
>>>>>>>>>
>>>>>>>>> pg
>>>>>>>>>
>>>>>>>>> —
>>>>>>>>> Patrick Griffin
>>>>>>>>> SVP Business Development
>>>>>>>>> Ripple Inc.

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054192

>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>> From: ███████████████████ @ripple.com>
>>>>>>>>> Date: Wed, Nov 22, 2017 at 12:03 PM
>>>>>>>>> Subject: Re: Partnership / listing XRP on the 3rd largest
>>>>>>>>> exchange with 1M Chinese customers
>>>>>>>>> To: Patrick Griffin <████@ripple.com>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Checking in with Antoinette on our Compliance coverage here.
>>>>>>>>> Unfortunately Huobi's a little bit of a different exchange
>>>>>>>>> since we've already considered them in the past prior to their
>>>>>>>>> scandal with client funds
>>>>>>>>> <https://qz.com/1059179/huobi-and-okcoin-chinas-two-biggest-bitcoin-btc-exchanges-were-themselves-to-150-million-in-idle-client-funds/>.
>>>>>>>>> Want to be careful here especially as we consider China as a
>>>>>>>>> key corridor for us in 2018.  Passed along the process for
>>>>>>>>> approving exchanges
>>>>>>>>> ████████████████████████████████████
>>>>>>>>> to Compliance, and will work with ███ Miguel ███ to make
>>>>>>>>> sure we can get ahead of these listings moving forward.
>>>>>>>>>
>>>>>>>>> TLDR - not yet, but keep you posted with updates!
>>>>>>>>>
>>>>>>>>> ████
>>>>>>>>>
>>>>>>>>> On Wed, Nov 22, 2017 at 10:59 AM, Patrick Griffin <
>>>>>>>>> ████@ripple.com> wrote:
>>>>>>>>>
>>>>>>>>>> Is there a tweet storm on the horizon here?
>>>>>>>>>>
>>>>>>>>>> —
>>>>>>>>>> Patrick Griffin
>>>>>>>>>> SVP Business Development
>>>>>>>>>> Ripple Inc.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On Wed, Nov 22, 2017 at 11:11 AM, ████████████████
>>>>>>>>>> ████@ripple.com> wrote:
>>>>>>>>>>
>>>>>>>>>>> Sure will start getting this circulated.
>>>>>>>>>>>
>>>>>>>>>>> ████ lets check in off of this email on all upcoming
>>>>>>>>>>> exchange listings.  In order to make sure we can support
>>>>>>>>>>> from Marketing we'll need to get final sign-offs from
>>>>>>>>>>> Compliance/Legal. Let's chat more this next week in our 1-on-1.

5



>>>>>>>>>>>
>>>>>>>>>>> 
>>>>>>>>>>>
>>>>>>>>>>> On Wed, Nov 22, 2017 at 9:09 AM,
>>>>>>>>>>> @ripple.com> wrote:
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>> Can you confirm all sign-offs (including compliance) per
>>>>>>>>>>>> this process?
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>> On Nov 22, 2017, at 7:47 AM,
>>>>>>>>>>>> @ripple.com>
>>>>>>>>>>>> wrote:
>>>>>>>>>>>>
>>>>>>>>>>>> Hi
>>>>>>>>>>>>
>>>>>>>>>>>> There were some issues around PR'ing this given that Huobi
>>>>>>>>>>>> got in trouble/was fined for taking customer funds to
>>>>>>>>>>>> invest in high-yield, risky investments in the last couple of months.
>>>>>>>>>>>>
>>>>>>>>>>>> Do we know if the heat around them has died down?
>>>>>>>>>>>>
>>>>>>>>>>>> My inclination is not to promote because their reputation
>>>>>>>>>>>> is a it contentious, but welcome others' PoV.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Corporate Communications | Ripple      @ripple.com
>>>>>>>>>>>> [image: Inline image 1]
>>>>>>>>>>>>
>>>>>>>>>>>> On Wed, Nov 22, 2017 at 7:18 AM
>>>>>>>>>>>> @ripple.com> wrote:
>>>>>>>>>>>>
>>>>>>>>>>>>> Moving Monica to BCC since she's on PTO and hopefully not
>>>>>>>>>>>>> seeing this email until Friday :-)
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>> Looks like Huobi
>>>>>>>>>>>>> <https://coinmarketcap.com/exchanges/huobi/>
>>>>>>>>>>>>> (one of the largest exchanges) is getting ready to list
>>>>>>>>>>>>> XRP on Huobi.pro based in Singapore.  Are we able to
>>>>>>>>>>>>> provide some boosting on social, or release our own Tweet?
>>>>>>>>>>>>> No PR needed here since it's a holiday and such quick turnaround.
>>>>>>>>>>>>>
>>>>>>>>>>>>>
>>>>>>>>>>>>>

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054194

>>>>>>>>>>>>> On Wed, Nov 22, 2017 at 8:00 AM, Patrick Griffin <
>>>>>>>>>>>>> ███ @ripple.com> wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> Are they doing any announcement?  Are we supporting via
>>>>>>>>>>>>> tweet or anything?
>>>>>>>>>>>>>
>>>>>>>>>>>>> +Monica since Brad pushed me on this.
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Nov 22, 2017, at 12:15 AM ███████
>>>>>>>>>>>>> ███ @ripple.com>
>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> FYI:
>>>>>>>>>>>>>
>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>
>>>>>>>>>>>>> Begin forwarded message:
>>>>>>>>>>>>>
>>>>>>>>>>>>> *From: ███████ @ripple.com>
>>>>>>>>>>>>> *Date:* November 22, 2017 at 5:12:17 PM GMT+9
>>>>>>>>>>>>> *To: ███████ @ripple.com>
>>>>>>>>>>>>> *Cc:* ███████ @ripple.com>, Miguel Vias <
>>>>>>>>>>>>> ███ @ripple.com>,
>>>>>>>>>>>>> ███ @ripple.com> ███ @ripple.com>,
>>>>>>>>>>>>> ███ @ripple.com>
>>>>>>>>>>>>>
>>>>>>>>>>>>> *Subject:* *Re: Partnership / listing XRP on the 3rd
>>>>>>>>>>>>> largest exchange with 1M Chinese customers*
>>>>>>>>>>>>>
>>>>>>>>>>>>> Hi all,
>>>>>>>>>>>>> Just got a message from Huobi that they plan to list XRP
>>>>>>>>>>>>> tomorrow on their crypto to crypto exchange (Huobi.pro) based in Singapore.
>>>>>>>>>>>>>
>>>>>>>>>>>>> ███ pls share with the marketing team.
>>>>>>>>>>>>>
>>>>>>>>>>>>> ██
>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Nov 21, 2017, at 11:25 AM ███████
>>>>>>>>>>>>> ███ @ripple.com> wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> Keep me posted on the results of the due diligence. Would
>>>>>>>>>>>>> love to offer some support on launching from the
>>>>>>>>>>>>> Marketing side of things, but will have to wait on a
>>>>>>>>>>>>> final review by Monica when she's back in next week.
>>>>>>>>>>>>>
>>>>>>>>>>>>> ███
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Mon, Nov 20, 2017 at 4:56 PM, ███████
>>>>>>>>>>>>> ███ @ripple.com> wrote:
>>>>>>>>>>>>>

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                RPLI_SEC 0054195

>>>>>>>>>>>>>>> Hi █████
>>>>>>>>>>>>>>> They initially planned to list XRP on Nov 20th, but I
>>>>>>>>>>>>>>> suggested to them that they slow down and receive proper
>>>>>>>>>>>>>>> technical training etc. after going through our due
>>>>>>>>>>>>>>> diligence process. They are now going through the due
>>>>>>>>>>>>>>> diligence process, and once it's done, I'll put you in touch with their engineers, who I heard are based in SF.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Flying drone! :)
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> ██████
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Tue, Nov 21, 2017 at 2:50 AM, ███████████
>>>>>>>>>>>>>>> <███@ripple.com
>>>>>>>>>>>>>>> > wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> The deck says "list XRP by Nov 20".  Doesn't appear to
>>>>>>>>>>>>>>>> be on the site already.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> They seem like a serious bunch (see screenshot, esp the
>>>>>>>>>>>>>>>> little guy flying a drone!)
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>> ██████
>>>>>>>>>>>>>>> Integration Engineer | Ripple ███ @ripple.com |
>>>>>>>>>>>>>>> ripple.com/technology
>>>>>>>>>>>>>>> ███████████████████████████████
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Sun, Nov 19, 2017 at 3:09 PM ███████████
>>>>>>>>>>>>>>> ███@ripple.com> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> FYI, a Chinese exchange named ZB.com has approached me
>>>>>>>>>>>>>>>> and said they are going to list XRP on their exchange
>>>>>>>>>>>>>>>> outside of mainland China this week. See more details
>>>>>>>>>>>>>>>> in the attached deck. I was trying to meet someone
>>>>>>>>>>>>>>>> there in HK last week but couldn't. I'll try to find time to talk today and keep you all posted.
>>>>>>>>>>>>>>>> ██████ like other Chinese exchanges including OKex
>>>>>>>>>>>>>>>> and Huobi, they are seeking marketing partnership with
>>>>>>>>>>>>>>>> us.)
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Begin forwarded message:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> *From:* ███████████ @gmail.com>
>>>>>>>>>>>>>>> *Date:* November 19, 2017 at 7:10:43 AM GMT+9
>>>>>>>>>>>>>>> *To:* ██████████ @ripple.com>
>>>>>>>>>>>>>>> *Subject:* *Re: Partnership / listing XRP on the 3rd

8

>>>>>>>>>>>>>>>>> largest exchange with 1M Chinese customers*
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Hi ███
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Hope you have had a great time in HK!
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> I am sorry I couldn't manage to make the meeting happen.
>>>>>>>>>>>>>>>>> But I put some information about ZB and the plan to
>>>>>>>>>>>>>>>>> list XRP on the coming Monday together.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> I just wonder if you could have a look and see if we
>>>>>>>>>>>>>>>>> could have a phone call about it?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Many thanks!
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>> ███
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Wed, Nov 15, 2017 at 9:55 PM, ███████
>>>>>>>>>>>>>>>>> ███ @gmail.com> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Hi ███
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Thanks for the prompt reply! Yes, they are now
>>>>>>>>>>>>>>>>> outside of China.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> I am talking to them and see if they can meet you in HK.
>>>>>>>>>>>>>>>>> Will keep you posted.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> I worked in HK for two years, love there :) Enjoy
>>>>>>>>>>>>>>>>> your stay!
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Cheers,
>>>>>>>>>>>>>>>>> ███
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Wed, Nov 15, 2017 at 9:25 PM, ████████
>>>>>>>>>>>>>>>>> ███@ripple.com> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Hi ███
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Thanks for your email.
>>>>>>>>>>>>>>>>> Where is ZB.com located? Given the recent ban on
>>>>>>>>>>>>>>>>> exchanges in China, I assume they are located
>>>>>>>>>>>>>>>>> outside of China? I am visiting HK today and
>>>>>>>>>>>>>>>>> tomorrow. In case they happen to be located in HK, I could meet f2f too.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> ███
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>>>

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

>>>>>>>>>>>>>>>>>> On Nov 16, 2017, at 11:14 AM

>>>>>>>>>>>>>>>>>> @gmail.com> wrote:

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> Hi

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> I am writing to thank you for hosting a meeting with

>>>>>>>>>>>>>>>>>> us recently. All members of the delegation had a great time at your office.

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> Besides that, the head of 3rd largest exchange in

>>>>>>>>>>>>>>>>>> China, ZB.com, is asking me to contact you about

>>>>>>>>>>>>>>>>>> building partnership and community in China and list

>>>>>>>>>>>>>>>>>> XRP on their international exchange.

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> I am preparing a detailed introduction of ZB.com and

>>>>>>>>>>>>>>>>>> can share more information.

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> I just wonder if we can schedule some time to

>>>>>>>>>>>>>>>>>> discuss this. Many thanks!

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> Best,

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> On Tue, Oct 24, 2017 at 11:34 AM,

>>>>>>>>>>>>>>>>>> @ripple.com> wrote:

>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Here you go!

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> On Tue, Oct 24, 2017 at 9:22 AM,

>>>>>>>>>>>>>>>>>>> @gmail.com> wrote:

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Thanks

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Can you please attach the deck again?

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Best

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> On Tue, Oct 24, 2017 at 1:41 PM

>>>>>>>>>>>>>>>>>>> @ripple.com> wrote:

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Hi

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Here is the presentation deck for your reference.

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> When you arrive at the lobby of our building,

>>>>>>>>>>>>>>>>>>> please let your name and that you are visiting

>>>>>>>>>>>>>>>>>>> Ripple, and come up to the M floor, where our company lobby is.

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Thanks,

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> On Mon, Oct 23, 2017 at 5:11 PM,



10

>>>>>>>>>>>>>>>>>>>>> ██████ @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Hi ██████
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Thanks for the confirmation. Yes, we will be
>>>>>>>>>>>>>>>>>>>>>> there on time. Currently, there are ~20 people.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> I want to ask if you can send me the
>>>>>>>>>>>>>>>>>>>>>> presentation deck so that I can warm up and make the translation process more smoothly.
>>>>>>>>>>>>>>>>>>>>>> Thank you!
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Best,
>>>>>>>>>>>>>>>>>>>>>> ██████
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On Mon, Oct 23, 2017 at 10:47 PM, ██████████
>>>>>>>>>>>>>>>>>>>>>> < ████ @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Hello ██████
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Just want to doublecheck that your team will be
>>>>>>>>>>>>>>>>>>>>>> visiting our office at 4pm on Wed as scheduled?
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> And is it still 25+ people?
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Thanks
>>>>>>>>>>>>>>>>>>>>>> ██████
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On Sep 27, 2017, at 1:30 PM, ██████████
>>>>>>>>>>>>>>>>>>>>>> ██████ @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Hi██ can we do 50/50? Some of them are also
>>>>>>>>>>>>>>>>>>>>>> investors, I think they will be interested in the solution. Thanks!
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 1:52 PM, ██████████
>>>>>>>>>>>>>>>>>>>>>> < ████ @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Ripple has two parts of businesses;
>>>>>>>>>>>>>>>>>>>>>> cryptocurrency related and enterprise blockchain software for banks.
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Given the audience list, I assume that they
>>>>>>>>>>>>>>>>>>>>>> are more interested in hearing about cryptocurrency (XRP)?
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Or do you want us to cover both topics equally?
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 11:42 AM ██████████
>>>>>>>>>>>>>>>>>>>>>> < ██████ @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> No worry! 4pm Oct 25 works for us. I think we
>>>>>>>>>>>>>>>>>>>>>> can have a broad conversation about
>>>>>>>>>>>>>>>>>>>>>> blockchain, Ripple's latest business

11

>>>>>>>>>>>>>>>>>>>>>>>>>> development and explore cooperation opportunities etc. Please also let me know your
thoughts about the topics and the location. Thank again!
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 1:31 PM,
>>>>>>>>>>>>>>>>>>>>>>>>>>                          @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Apologies! Actually 4pm on Oct 25th works
>>>>>>>>>>>>>>>>>>>>>>>>>> best for us since some of my colleagues are
>>>>>>>>>>>>>>>>>>>>>>>>>> flying back to SF in the early afternoon.
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Let me know if that works for us.
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 22, 2017 at 10:41 AM,
>>>>>>>>>>>>>>>>>>>>>>>>>>                          @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Apologies for changing again..
>>>>>>>>>>>>>>>>>>>>>>>>>> After checking with my colleagues again, it
>>>>>>>>>>>>>>>>>>>>>>>>>> seems October 25th works better for us.
>>>>>>>>>>>>>>>>>>>>>>>>>> Would 2pm work for your team? We could have
>>>>>>>>>>>>>>>>>>>>>>>>>> a networking session plus presentation.
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Please let me know what your team
>>>>>>>>>>>>>>>>>>>>>>>>>> particularly would like to hear from us in the session.
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>> On Thu, Sep 21, 2017 at 9:06 PM,
>>>>>>>>>>>>>>>>>>>>>>>>>>                          @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> Emi, Oct 27th works! Sorry for the confusion.
>>>>>>>>>>>>>>>>>>>>>>>>>>> Will it still be at noon?
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> On Thu, Sep 21, 2017 at 7:55 PM,
>>>>>>>>>>>>>>>>>>>>>>>>>>>                          @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> We received the same inquiry from another
>>>>>>>>>>>>>>>>>>>>>>>>>>> person but with a different agenda. It
>>>>>>>>>>>>>>>>>>>>>>>>>>> said the group will be in SF from Oct 25 to Oct 28.
>>>>>>>>>>>>>>>>>>>>>>>>>>> If you are indeed in SF between Oct 25
>>>>>>>>>>>>>>>>>>>>>>>>>>> and Oct 28, we prefer to host you on Oct 27.
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> Let me know your availability.
>>>>>>>>>>>>>>>>>>>>>>>>>>>

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0054200

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> On Fri, Sep 15, 2017 at 3:11 PM,
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>                       @gmail.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Hi      that's very nice of you. I will
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> update my team and confirm with you
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> about the meeting when the delegation
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> land in SF. Cheers,
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> -------------------------------
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> *From:*                       @ripple.com>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> *Sent:* Thursday, September 14, 2017
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> 4:48:13 PM
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> *To:*                @gmail.com;
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>            @gmail.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> *Subject:* Re: Business visit request -
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> from Chinese blockchain delegation
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Hello
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> I just connected with my colleagues.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Would October 25th, Wed work for you?
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> We could host you for lunch starting at
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> noon, and then do a presentation.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Let me know if that would work for your
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> group.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> On Thu, Sep 14, 2017 at 1:41 PM
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>                       @ripple.com> wrote:
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Dear
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Nice to meet you. I'm                at
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Ripple.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> We would be more than happy to host
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> your group at our HQ in San Francisco.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> How much time do you expect us to host
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> your group for? 1hr presentation + 30min networking session?
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> I'll check my colleagues' schedule.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> --

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054201



>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> ---------- Forwarded message ----------
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> From
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> @gmail.com>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Date: Thu, Sep 14, 2017 at 10:46 AM
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Subject: Business visit request - from
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Chinese blockchain delegation
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> To: @ripple.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Cc: @gmail.com
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Dear *Mr. Garlinghouse,*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> I hope the email finds you well! My
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> name is and our team is
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> organizing a delegation mainly from
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> China Blockchain Application Research
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Center(CBCARC), Tsinghua University and Okcoin to visit innovative
blockchain/cryptocurrency companies in the US like Ripple.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Would you be willing to meet with them
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> in San Francisco someday between Oct 21
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> and 25? The purpose is to explore potential cooperation opportunities between
you and the delegation.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Mr. Director of CBCARC, who
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> also attended Davos Forum 2017 as China
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> representative together with Prime LI, Keqiang, will be leading the delegation.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> The delegation, including the managing
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> directors of leading Chinese Blockchain
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> enterprises and top cryptocurrency
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> exchange platforms and venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> capitals, would like to discuss every aspect of blockchain with you, as well as to
explore cooperation and investment opportunities.
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> P.S. I CCed my team member. If
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> interested, you can contact with any of
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> us and we will provide more detailed information. Look forward to hearing from
you!
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Best regards,
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> * - Attached: schedule and delegation*
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Oct 21 - 25, San Francisco
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Oct 26 - 28, New York
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

15

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0054203



>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

16



>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture
>>>>>>>>>>>>>>>>>>>>>>>>>>> Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> --
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Director of Joint Venture Partnership | Ripple
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054205



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054206

>>>>>>>>
>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>> ...
>>>>>>
>>>>>> Director of Audience Marketing | Ripple
>>>>>> ripple.com
>>>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>
>
> ...

> Director of Audience Marketing | Ripple                    ripple.com
>



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0054207