# PX 600

| | |
|---|---|
| From: | ████████@ripple.com> |
| To: | ████████ |
| CC: | Miguel Vias; ████████ |
| Sent: | 12/23/2016 10:06:06 AM |
| Subject: | Re: Bitstamp API |

Thanks, ████

One more thing—would you be able to provide us with instructions on how to manually buy/sell XRP on Bitstamp in advance of the launch? We would like to post the instructions on Ripple's XRP Portal on the day of the launch as well.

Best,
████

On Fri, Dec 23, 2016 at 1:34 AM, ████████ @bitstamp.net> wrote:
Hi ████

We will publish update of API when we launch. However all functionality for XRP will stay the same as it's now. Only the URL will change from "BTC/USD" to "XRP/USD"

Best,

████

Chief Operating Officer

Bitstamp Ltd.

phone: ████   email: ████   net | skype: ████   web: www.bitstamp.net

This e-mail and any attachments may contain confidential and/or privileged information and is intended solely for the addressee. Any unauthorized use, review, retransmissions, dissemination, copying or other use of this information by persons or entities other than the intended recipient is strictly prohibited.

On 22 Dec 2016, at 22:26, ████████ @ripple.com> wrote:

Hi ████ quick question. When will the Bitstamp API and documentation be updated to reflect the XRP pairs?

We have been linking our market makers to the API for trading integration prior to the launch.

Best,

████

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0009737