# PX 601

**From:** ▮▮▮▮▮@ripple.com>
**Sent:** Tuesday, July 18, 2017 11:19 AM
**To:** ▮▮▮▮▮
**Cc:** ▮▮▮▮▮ Miguel Vias
**Subject:** How to Buy XRP guides

Hey all,

I just wanted circle back and to make mention that the "how to buy XRP on Kraken" site page is out dated and may be on bitstamp or other exchanges too.

https://ripple.com/xrp/how-to-buy-xrp-on-kraken/

You no longer need to buy bitcoin on kraken, you just need to select the XRP/USD pair or whatever fiat pair you want then trade for XRP!

That's a lot easier and people will find it a whole lot easier to buy, which makes it easier for you guys to sell XRP to the masses!

Do you think we could get updated copy and screenshots for these how to buy guides? If so, who would be point person on that?

Thanks,

▮▮▮▮▮
Senior Web Developer | Ripple
▮▮▮@ripple.com | ripple.com

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                            RPLI_SEC 0048597