PX 602

**From:** ███
**Sent:** Monday, January 16, 2017 4:37 PM
**To:** ███
**Cc:** ███
**Subject:** Re: Bitstamp API

Hi ███

Thanks for the instructions - these are great and we are planning to update XRP Portal with these steps on Wednesday, 18 January (our Design team needs an extra day to publish).

In addition, I wanted to share our comms plans and confirm timing with you.
What time can we go live with the communication?

1. Update our current Ripple Insights article: Bitstamp Now Trading XRP <https://ripple.com/insights/bitstamp-now-trading-xrp/> to reflect that it is available. We will also highlight your participation in the XRP Incentive Program and reduced fee schedule, including 0% until Feb 10, 2017.

2. Send an email to our Ripple Insights and XRP Portal subscribers (via our newsletter).

3. Promote via Ripple's Twitter, Reddit, Facebook and LinkedIn (XRP Chat will pick it up immediately). Note: we will re-promote any of your social promotion as well.

4. Create new 'How to Buy XRP on Bitstamp' page on XRP Portal (18 Jan)

I believe you are sending an email to your users, which is fantastic. Are there other opportunities for us to promote on your Web site (the fees in particular?).

Many thanks,
███

On Fri, Jan 13, 2017 at 8:10 AM, ███ @bitstamp.net> wrote:

> Hi ███
>
> Please find instructions on how to buy XRP on Bitstamp here:
> ███
>
> If you require any further information, please let me know.
>
> Best,
> ███
>
>
> On Thu, Jan 12, 2017 at 8:52 PM ███ wrote:
>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0059456

```
>> Hi [redacted] following up on this. Let us know when you have a chance
>> before Monday.
>>
>> Thanks,
>> [redacted]
>>
>> On Mon, Jan 9, 2017 at 8:35 PM, [redacted] wrote:
>>
>>> Hi [redacted] hope all is well.
>>>
>>> Can your team provide the instructions on how to buy/sell XRP on
>>> Bitstamp? We could put something together using existing flows, but
>>> it would be good to have it come directly from Bitstamp if possible.
>>>
>>> Thanks,
>>> [redacted]
>>>
>>>
>>> On Fri, Dec 23, 2016 at 1:06 PM, [redacted] wrote:
>>>
>>>> Thanks, [redacted]
>>>>
>>>> One more thing—would you be able to provide us with instructions on
>>>> how to manually buy/sell XRP on Bitstamp in advance of the launch?
>>>> We would like to post the instructions on Ripple's XRP Portal
>>>> <https://ripple.com/xrp-portal/how-to-buy-xrp/> on the day of the
>>>> launch as well.
>>>>
>>>> Best,
>>>> [redacted]
>>>>
>>>> On Fri, Dec 23, 2016 at 1:34 AM, [redacted]
>>>> [redacted]@bitstamp.net>
>>>> wrote:
>>>>
>>>>> Hi [redacted]
>>>>>
>>>>> We will publish update of API when we launch. However all
>>>>> functionality for XRP will stay the same as it's now. Only the URL
>>>>> will change from "BTC/USD" to "XRP/USD"
>>>>>
>>>>> Best,
>>>>> [redacted]
>>>>>
>>>>>
>>>>>
>>>>> [redacted]
>>>>> Chief Operating Officer
>>>>>
>>>>> *Bitstamp Ltd.*
>>>>> 5 New Street Square, EC4A 3TW London, United Kingdom
>>>>> [redacted] email:
```

2



```
>>>>>
>>>>>
>>>>>
>>>>> *This e-mail and any attachments may contain confidential and/or
>>>>> privileged information and is intended solely for the addressee.
>>>>> Any unauthorized use, review, retransmissions, dissemination,
>>>>> copying or other use of this information by persons or entities
>>>>> other than the intended recipient is strictly prohibited.*
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On 22 Dec 2016, at 22:26,                @ripple.com> wrote:
>>>>>
>>>>> Hi       , quick question. When will the Bitstamp API and
>>>>> documentation be updated to reflect the XRP pairs?
>>>>>
>>>>> We have been linking our market makers to the API for trading
>>>>> integration prior to the launch.
>>>>>
>>>>> Best,
>>>>>
>>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>
```

Marketing | Ripple

ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                          RPLI_SEC 0059458