PX 603

Case 1:20-cv-10832-AT-SN Document 869-67 Filed 06/18/23 Page 1 of 2

| | |
|---|---|
| From: | Monica Long <​@ripple.com> |
| To: | Patrick Griffin |
| Sent: | 2/20/2017 8:25:38 PM |
| Subject: | Fwd: Bitstamp introduces XRP/BTC |

Take a bow, my friend! Congrats!

---------- Forwarded message ----------
From: **Bitstamp** <noreply@bitstamp.net>
Date: Thu, Feb 16, 2017 at 7:45 AM
Subject: Bitstamp introduces XRP/BTC
To: @ripple.com



Dear customers,

Today we are launching XRP/BTC trading on our exchange, yet another pair to add to our roster. A digital asset that is native to the Ripple Consensus Ledger, XRP can now be traded with BTC, USD and EUR.

To get things off to the best possible start for your XRP/BTC trades, we will be offering 0% fees until 28 February 2017, a 50% discount on fees until 31 March, and a 25% discount on fees until 30 April. The XRP fee schedule will revert to normal as of midnight on 1 May 2017.

Check out Ripple's handy guide on how to buy XRP on Bitstamp here "How to buy XRP on Bitstamp". Lastly, those of you who have been waiting for XRP trading on Bitstamp mobile for Android and iOS can get started from tomorrow onwards. We hope you enjoy these new services - keep your eyes peeled for further announcements in the coming weeks!

Best,

The Bitstamp Team

Click here to unsubscribe from Bitstamp newsletter emails.

--
Monica Long
VP Marketing, Ripple

www.ripple.com | @ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0018343