PX 604

Case 1:20-cv-10832-AT-SN   Document 869-78   Filed 06/18/23   Page 1 of 2

Message

From: [redacted]@ripple.com]
on behalf of [redacted]@ripple.com> [redacted]@ripple.com]
Sent: 4/10/2017 8:39:13 AM
To: Monica Long [Monica Long <[redacted]@ripple.com>]
Subject: Re: XRP Marketing Plan - Q2 2017 - Invitation to edit

Awesome. I love this. I just made two minor suggestions:

- Emphasize how the ease of buying and storing XRP is important for speculators.
- Can add [redacted] demo for Q2 (I'm working on the requirements document today - stay tuned)

Note: I tried to buy XRP over the weekend. Bitstamp confuses me in terms of funding my account from my bank. I gave up. And I forgot all the steps [redacted] taught me with Coinbase/Poloniex. :( I'm embarrassed to admit that I don't know how to buy XRP!

On Sun, Apr 9, 2017 at 9:21 PM, Monica Long (via Google Slides) <drive-shares-noreply@google.com> wrote:

Monica Long has invited you to **edit** the following presentation:



XRP Marketing Plan - Q2 2017
Open in Slides

Google Slides: Create and edit presentations online.
Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because someone shared a presentation with you from Google Slides.

Google

--
[redacted]
Marketing | Ripple
[redacted] ripple.com

CONFIDENTIAL

RPLI_SEC 0513049