# PX 605

| | |
|---|---|
| From: | ▮▮▮▮▮@ripple.com> |
| To: | ▮▮▮▮▮@exmo.com |
| CC: | |
| Sent: | 10/2/2017 9:13:41 AM |
| Subject: | Re: Exmo.com |

Hi ▮▮▮

My apologies for the delay here. Just got back from some time off and catching up on emails. Are you still on schedule to list the pair today? Are individuals able to purchase XRP with fiat currency and/or other digital assets?

Looping in our XRP BD lead ▮▮▮ (cc'd) and our lead PM ▮▮▮ (cc'd) who can also provide some context here. As far as PR goes we unfortunately aren't able to make announcements for each individual exchange we list. However, you're able to make any announcements you'd like and we can help with providing exposure on some of our social media accounts (i.e. Twitter re-tweets). Once we see volume we can also discuss adding Exmo to the How to Buy XRP page.

Let me know your thoughts, and if you'd like to set up a call sometime to discuss in further details. Thanks!

▮▮▮

On Mon, Oct 2, 2017 at 6:11 AM, <▮▮▮@exmo.com> wrote:
Kindly asking you to check my previous e-mail and provide a feedback

Thank you

26.09.2017, 18:52, ▮▮▮@exmo.com" <▮▮▮@exmo.com>:

Dear ▮▮▮ hope you are well and thank you for the feedback
As I've mentioned via linkedin exmo.com planning to list XRP on the 02 of October

Due to above mentioned we are interested in adding us as a partner for Individual Purchases where XRP is available (this page https://ripple.com/xrp/buy-xrp/)

The other issue is to publish the article, as a news something like "XRP is available on Exmo" or "Now you may buy XRP on Exmo.com" the article content we will send you previously for the confirmation from your side. Here https://ripple.com/press-center/ in your press releases http://joxi.ru/YmEGBKdhZ9n5bA

Kindly asking you to check the possibility of this action and provide a feedback

Thank you in advance

--
Regards,

▮▮▮

Business Developer

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                           RPLI_SEC 0029883

Case 1:20-cv-10832-AT-SN   Document 869-19   Filed 06/18/23   Page 3 of 3

Exmo Finance LLP
exmo.com

▮

Calle Bac de Roda 120, local 2
08019 Barcelona, Spain

CONFIDENTIALITY STATEMENT: All information included in this Communication, including attachment(s), is intended solely for delivery and authorized use by the intended recipient(s), and may contained privileged, confidential, proprietary and/or trade secret information entitled to protection and/or exempt from disclosure under applicable law. If you are not the intended recipient, please note that any use, distribution or copying of this Communication is unauthorized and may be unlawful. If you have received this Communication in error, please notify the sender and delete this Communication from your computer.

--
Regards,

▮
Business Developer
Exmo Finance LLP
exmo.com

▮

Calle Bac de Roda 120, local 2
08019 Barcelona, Spain



CONFIDENTIALITY STATEMENT: All information included in this Communication, including attachment(s), is intended solely for delivery and authorized use by the intended recipient(s), and may contained privileged, confidential, proprietary and/or trade secret information entitled to protection and/or exempt from disclosure under applicable law. If you are not the intended recipient, please note that any use, distribution or copying of this Communication is unauthorized and may be unlawful. If you have received this Communication in error, please notify the sender and delete this Communication from your computer.

--
▮
Product Marketing | Ripple
▮  ripple.com



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0029884