# PX 606

**From:** Ripple.com Contact Form <ripplecontact@ripple.com>
**To:** xrpcontact@ripple.com
**Sent:** 1/1/2018 8:31:37 PM
**Subject:** Ripple.com contact form inquiry from ▮

From: ▮ com>
Organization: [org-594]
Title:

Message Body:
Hi. I recently sent a message regarding what is the best platform to purchase XRP with an American bank account? My next question is can I easily transfer my XRP to CoinBase when it becomes available on the CoinBase platform?

--
This e-mail was sent from a contact form on Ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0041093