# PX 607

| | |
|---|---|
| From: | Patrick Griffin |
| Sent: | Tuesday, January 17, 2017 4:16 PM |
| To: | |
| Cc: | Miguel Vias; |
| Subject: | Re: Bitstamp Announcement - Summary |

I admit I might be missing it but where do we focus on the volume incentive (vs the fee rebate)?

> On Jan 17, 2017, at 4:13 PM, @ripple.com> wrote:
>
> Hey all,
>
> I'm circling back around to provide you with greater confidence that today's announcement and social content focused on 3 key points:
> XRP is now available on Bitstamp (XRP/USD, XRP, EUR) This is the
> launch of our XRP Incentive Plan (of which Bitstamp is the first partner) designed to increase liquidity and tighten spreads.
> As an XRP Incentive partner, Bitstamp is offering XRP trading at 0% fees through Feb 10th - and a reduced fee schedule through April, 2017.
> A few key highlights from the announcement:
> Our email was sent to 8,861 Ripple subscribers today with a 25% open rate (it typically takes 24 hours to calibrate so this is a very successful signal in terms of interest). If you didn't receive this, please let me know and I will forward to you.
> We received 1,200 views on the Ripple Insights article today - higher than our average views for one day (ranking #6 on our site right now).
> We doubled our average XRP Portal daily traffic today.
> Twitter retweets:
> 90 today on the Bitstamp news from Ripple's handle (this is almost
> record-breaking for us)
> 150 Bitstamp's retweets
> Key Article References:
> Bitstamp Now Trading XRP with 0% Fees: Ripple Insights XRP Trading Now
> Available on Bitstamp: Bitstamp
> 9 Media Mentions, including these notable mainstream sources:
> Reuters: Bitstamp adds Ripple currency XRP to trading platform
> CNBC: Bitstamp adds Ripple currency to XRP trading platform
> International Business Times: Bitstamp begins trading of Ripple's XRP
> tokens Up and coming:
> XRP Portal to be updated tomorrow
> Bitstamp is emailing their subscribers (500,000) and tweeting 'How to Buy XRP' beginning Thursday.
> Bitstamp is looking into adding more pricing promotions to their site
> Big day - congrats all.
>
>
>
>> On Tue, Jan 17, 2017 at 10:26 AM, Patrick Griffin @ripple.com> wrote:

1

>> In looking through all the communication, both from Bitstamp and us, I still do not see any explicit messaging about the volume incentive (apart from a mention in a tweet from ▮▮▮▮. It seems like the volume incentive is more exciting than the fee rebate yet it's not prominently featured.
>>
>> ▮▮▮▮ I'm a little lost here, can you help me get on the same page?
>>
>> Patrick
>>
>>
>>
>>> On Mon, Jan 16, 2017 at 9:12 PM, Patrick Griffin ▮▮▮▮@ripple.com> wrote:
>>> Are we making sure to call out the volume incentive separately from the rebate?   Updating a week old blog may not be the most effective way to promote this.
>>>
>>> This is a big deal so I want to make sure it's coming through and featured prominently.
>>>
>>>> On Jan 16, 2017, at 8:07 PM, ▮▮▮▮@ripple.com> wrote:
>>>>
>>>> Absolutely, I'll push and share at 5am and follow with direct mailers. See you guys bright and early!
>>>>
>>>> ▮
>>>>
>>>>
>>>>> On Mon, Jan 16, 2017, 7:02 PM ▮▮▮▮@ripple.com> wrote:
>>>>> Great, ok...so that's 5am PST.
>>>>>
>>>>> ▮ - can you publish the update to Ripple Insights at that time (sorry for the early Monday)?
>>>>>
>>>>> On Mon, Jan 16, 2017 at 6:32 PM, Miguel Vias <▮▮▮▮@ripple.com> wrote:
>>>>> Hi ▮
>>>>>
>>>>> Trading goes live at 2pm CET / 1pm CET.
>>>>>
>>>>> When we mention the Volume Incentive Program let's make sure to include a call to action for interested market makers to contact Bitstamp.
>>>>>
>>>>> Other than that I think this looks good.
>>>>>
>>>>> Thank you!
>>>>>
>>>>> Miguel
>>>>>
>>>>>
>>>>> On Jan 16, 2017 4:58 PM, ▮▮▮▮@ripple.com> wrote:
>>>>> Hi all,
>>>>>
>>>>> I wanted to summarize the key comms tactics for XRP being available on Bitstamp tomorrow:
>>>>>
>>>>> Timing: I haven't heard back on what time it goes live, so we'll plan for tomorrow morning, 8am PST unless someone has an exact time?
>>>>>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                        RPLI_SEC 0049543

>>>>> 1. Update our current Ripple Insights article: Bitstamp Now Trading XRP to reflect that it is available. We will also highlight participation in the XRP Incentive Program and reduced fee schedule, including 0% until Feb 10, 2017.
>>>>>
>>>>> 2. Send an email to our Ripple Insights and XRP Portal subscribers
>>>>> (via our newsletter). ~14,500 people
>>>>>
>>>>> 3. Promote via Ripple's Twitter, Reddit, Facebook and LinkedIn (XRP Chat will pick it up immediately). Note: we will re-promote Bitstamp's social updates as well.
>>>>>
>>>>> 4. Create new 'How to Buy XRP on Bitstamp' page on XRP Portal (to
>>>>> be published on Jan 18)
>>>>>
>>>>> 5. Media monitoring and pitching as [redacted] sees fit.
>>>>>
>>>>> 6. Bitstamp to email their users (~500,000).
>>>>>
>>>>> 7. I've asked if Bitstamp is open to further promoting the 0% fee on their Web site - and will let you know once I hear back.
>>>>>
>>>>> Bests,
>>>> [redacted]
>>>>>
>>>>> --
>>>> [redacted]
>>>>> Marketing | Ripple
>>>>>
>>>>> [redacted] | ripple.com
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> --
>>>>> [redacted]
>>>>> Marketing | Ripple
>>>>>
>>>>> [redacted] ripple.com
>>
>>
>>
>> --
>> Patrick Griffin
>> EVP Business Development | Ripple
>> [redacted] ripple.com
>>
>
>
>
> --
> [redacted]
> Marketing | Ripple
>
> [redacted] ripple.com

3