PX 613

**From:**
**Sent:** Wednesday, October 14, 2020 7:01 AM
**To:** @gsr.io>
**Cc:** @gsr.io>
**Subject:** Re: Historical data on 4t &

It was RCL and Poloniex before 2018.

I would not want to provide any more data on the old companies than that of the Excel spreadsheets.

Maybe inform this is not your company any more after you exited and the company stopped operating and you don't have access to the accounts (which as per the MOU you don't).

> On Wed, Oct 14, 2020, 13:46 @gsr.io> wrote:
> Good morning all,
>
> Everyone is keen to get this data….. and as you can see, CL's lawyers are asking about the "old data" too
>
> I think we should try and compile as much as we can…. do you think your team can help with this?
>
> GSR Co-Founder
>
>> On 14 Oct 2020, at 02:17, @ripple.com> wrote:
>> Hi
>> Chris' lawyers want to know the reason why you can only get data since mid-2018?
>> Best
>>
>> Executive Assistant
>> www.ripple.com
>> ripple
>>
>>> On Tue, Oct 13, 2020 at 9:45 AM @gsr.io> wrote:
>>> Hi
>>> We are working on this still. We don't have access to data all the way back to 2015, but we should have it since mid 2018 at least. Even then, it's a big project to collate all the info and determine the relevant jurisdictions at the time. We're hoping to have something to you by tomorrow. Sorry for the delay.
>>>
>>> Cheers,
>>>
>>> GSR Co-Founder
>>>
>>>> On 8 Oct 2020, at 22:17, @ripple.com> wrote:
>>>> Hi

CONFIDENTIAL
GSR00021703

I'm working on a project for Chris, we are looking to get some historical data from 4t & ███ from 2015-2019. We want to know which exchanges were used on all the trades on these two bots since 2015. For 2020, within Tableau, it was easily accessed from the "Daily Sales" tab, the break down on each exchange is what we are looking for (e.g. image below). I looked through the old spreadsheets and can't find it, is this something that you have and can provide to me easily?

<image.png>
Best,

███

Executive Assistant
www.ripple.com

ripple

CONFIDENTIAL                                                                                                          GSR00021704