PX 614

filed under seal

as

D.E. 669-80