# PX 616

| From: | GSR < @gsr.io> |
|---|---|
| Sent: | Thursday, October 8, 2020 8:21 PM |
| To: | @ripple.com> |
| Subject: | Re: Historical data on 4t & |

Hi 

We are working on this. The SEC requested it directly on Monday, and Brad's lawyers on Tuesday. Will revert ASAP.

Cheers,

> On 8 Oct 2020, at 22:17, @ripple.com> wrote:
>
> Hi 
>
> I'm working on a project for Chris, we are looking to get some historical data from 4t & from 2015-2019. We want to know which exchanges were used on all the trades on these two bots since 2015. For 2020, within Tableau, it was easily accessed from the "Daily Sales" tab, the break down on each exchange is what we are looking for (e.g. image below). I looked through the old spreadsheets and can't find it, is this something that you have and can provide to me easily?
>
> <image.png>
>
> Best,
>
> 
>
> Executive Assistant
> www.ripple.com
> ripple