PX 618

Case 1:20-cv-10832-AT-SN   Document 869-82   Filed 06/18/23   Page 1 of 4

**From:** ███
**Sent:** Friday, October 16, 2020 7:20 AM
**To:** ███@gsr.io>
**Cc:** ███@gsr.io>; ███@gsr.io>; ███@gsr.io>; ███@gsr.io>
**Subject:** Re: Historical data on 4t & ███

---

Poloniex yes: We started selling on Poloniex on 4/13/2017

But the others I have written a script to get when we created the trustlines in the wallets, but the ripple servers don't have so much ledger history any more. I tried with the xrpl servers and they throttle because it's soo many transactions to get to when we created the trustlines. I think I will get there with this method but not sure, so I am in parallel trying it look at old source code and emails to see when we did the changes. Been a bit more challenging than I expected. I hope to get something within a day.

███ is newer, so that is easy.

> On Fri, Oct 16, 2020, 13:03 ███@gsr.io> wrote:
> Buenos dias ███
>
> Have your guys had any luck compiling the data prior to 2018? Please see message below.
>
> Cheers,
>
> ███
> GSR Co-Founder
> ███
>
>> On 16 Oct 2020, at 02:59, ███@ripple.com> wrote:
>>
>> Thank you all, for your effort in getting us the data. Hopefully, you will be able to get the rest of the data from ███
>>
>>> On Thu, Oct 15, 2020 at 8:04 AM ███@gsr.io> wrote:
>>> H███
>>>
>>> Hope you are well. I wanted to updated you. We made some small corrections to the report ███ sent out yesterday. Please use this version. For data prior to 2018, as ███ mentioned we are trying to get this from ███

CONFIDENTIAL
GSR00021684



**GSR**
Business Development Director

www.gsr.io

**Stay updated on: Linkedin Telegram Twitter Blog**

This email has been sent by and on behalf of GSR. This email, and any attachments, is confidential and may be privileged or otherwise protected from disclosure. It is intended solely for the stated addressee(s) and access to it by any other person is unauthorised. If you are not the intended recipient, you must not disclose, copy, circulate or in any other way use or rely on the information contained herein. If you have received this email in error, please inform us immediately and delete all copies of it. Any opinion or advice contained herein is subject to the terms and conditions set out in signed Non-Disclosure Agreement.

On 14 Oct 2020, at 21:52 ▮▮▮@gsr.io> wrote:

Hi ▮,

I shared a spreadsheet with Chris and yourself with the data we currently have access to. If this is insufficient, we will ask ▮ and his team to collate similar data for the years prior. (Unfortunately we do not have access to any of that information since ▮ and I split ways.)

Cheers,



GSR Co-Founder

On 14 Oct 2020, at 02:17, ▮▮▮@ripple.com> wrote:

Hi ▮

Chris' lawyers want to know the reason why you can only get data since mid-2018?

Best,
▮

Executive Assistant
www.ripple.com



On Tue, Oct 13, 2020 at 9:45 AM ▮▮▮@gsr.io>

wrote:
> Hi 
>
> We are working on this still. We don't have access to data all the way back to 2015, but we should have it since mid 2018 at least. Even then, it's a big project to collate all the info and determine the relevant jurisdictions at the time. We're hoping to have something to you by tomorrow. Sorry for the delay.
>
> Cheers,
>
> 
> GSR Co-Founder
>
>> On 8 Oct 2020, at 22:17, <...@ripple.com> wrote:
>>
>> Hi
>>
>> I'm working on a project for Chris, we are looking to get some historical data from 4t & ▓ from 2015-2019. We want to know which exchanges were used on all the trades on these two bots since 2015. For 2020, within Tableau, it was easily accessed from the "Daily Sales" tab, the break down on each exchange is what we are looking for (e.g. image below). I looked through the old spreadsheets and can't find it, is this something that you have and can provide to me easily?
>>
>> <image.png>
>> Best,
>>
>> 
>> Executive Assistant
>> www.ripple.com
>> ripple