PX 619

**From:**  @gsr.io>
**Sent:** Tuesday, October 13, 2020 4:45 PM
**To:**
**Cc:**
**Subject:** Re: Historical data on 4t &

Hi

We are working on this still. We don't have access to data all the way back to 2015, but we should have it since mid 2018 at least. Even then, it's a big project to collate all the info and determine the relevant jurisdictions at the time. We're hoping to have something to you by tomorrow. Sorry for the delay.

Cheers,


GSR Co-Founder

> On 8 Oct 2020, at 22:17, @ripple.com> wrote:
>
> Hi
>
> I'm working on a project for Chris, we are looking to get some historical data from 4t & from 2015-2019. We want to know which exchanges were used on all the trades on these two bots since 2015. For 2020, within Tableau, it was easily accessed from the "Daily Sales" tab, the break down on each exchange is what we are looking for (e.g. image below). I looked through the old spreadsheets and can't find it, is this something that you have and can provide to me easily?
>
> <image.png>
> Best,
>
>
> Executive Assistant
> www.ripple.com
> ✦ripple

CONFIDENTIAL
GSR00021711