# PX 623

← Thread

**Asheesh Birla** @ashgoblue · Feb 25, 2020

Always with the hysteria...first, Ripple and MGI are strategic partners - we are building new infrastructure together. This market development requires a ton of work, effort, and resources. Surprise, that costs money! 1/3

> **CoinDesk** ✓ @CoinDesk · Feb 25, 2020
>
> Payments firm @Ripple has given @MoneyGram over $11 million dollars in the past half year on top of its existing stake, according to regulatory filings with the Securities and Exchange Commission.
> coindesk.com/moneygram-got-...
>
> @realDannyNelson reports

💬 41    🔁 269    ❤ 978    ⬆

**Asheesh Birla** @ashgoblue · Feb 25, 2020

Second, feel free to do a google search on payment network incentives. Fun fact - Visa and PayPal have employed incentive programs to boost network adoption since day 1. Visa allocated a casual $4.1B on incentives in 2019. 2/3

💬 11    🔁 79    ❤ 556    ⬆

**Asheesh Birla**
@ashgoblue

Replying to @ashgoblue

MGI said today that they are actively expanding to new corridors, and even working to integrate RippleNet for account-to-account transfers in 2020. ODL reduces their capital costs because of the product's efficiencies, not because they are receiving any fee on the other side. 3/3

7:41 PM · Feb 25, 2020 · Twitter Web App

**123** Retweets   **7** Quote Tweets   **732** Likes