# PX 625

Message

| | |
|---|---|
| From: | Ethan Beard [　　@ripple.com] |
| Sent: | 4/15/2020 1:52:31 PM |
| To: | Brad Garlinghouse [　　@ripple.com] |
| CC: | Monica Long [　　@ripple.com]; [　　@ripple.com]; Ethan Beard [　　@ripple.com] |
| Subject: | Re: marketing randomness |

We've talked a lot and done a lot of thinking about this on team Xpring and generally we really like it.

We think it's a compelling way to get XRP into lots of people's hands, it's funded by the interchange fee and it provides you with a way to highlight places to spend XRP. We also think that a card that 'let's you earn crypto' would be appealing to a lot of people.

One challenge we've had with it is that, according to a number of folks familiar with the business, a 'successful' credit card reaches 1M users and many, many fall well short of that. Compared with other initiatives (payid, wallet, etc) and working through partners (coinbase has 30M users) it felt like a small number.

Look forward to talking with you more about this. I know the team would love to make this happen.

On Wed, Apr 15, 2020 at 1:32 PM Brad Garlinghouse [　　@ripple.com> wrote:
+ eric (in context of BD)
+ ethan (in context of non core XRP use cases)

While not at all consistent with my normal mantra about focus, focus focus, it strikes me that this could be a compelling (and lucrative) way to further distribute XRP, increase. consumer adoption / usage of XRP, and demonstrate (to people ike the SEC) that XRP is not a security.

Please remind me to bounce this around with each of you in our upcoming 1:1's


Please re

On Tue, Apr 14, 2020 at 4:39 PM Monica Long [　　@ripple.com> wrote:
  Yes, kind of... we built a card that'd let you spend XRP. It ran on the Discover card rail.

Is XRP cash back a use case [　　] could execute on? Sounds like something they'd have already done with BTC.

On Tue, Apr 14, 2020 at 2:17 PM Brad Garlinghouse <[　　]@ripple.com> wrote:
  I friend pinged me today and asked why Ripple didn't offer an "XRP cash back" credit card.

Didn't you all try something like this in the early days?

CONFIDENTIAL                                                                                                                                    RPLI_SEC 0768533