# PX 626



HIGHLY CONFIDENTIAL



RPLI_SEC 0688734



HIGHLY CONFIDENTIAL

RPLI_SEC 0688735



RPLI_SEC 0688736



## Where do we go from here?

1. Use MGI ODL flows to help achieve XRP Origination targets for 2020
   - Target ███ of volume for rest of year (down from ██ BAU)
   - ███ shortfall in incentive value for MoneyGram vs. 2020 minimum target
   - ██ in savings to Ripple vs. BAU

2. Redirect deal economics to further incentivize more strategic activities
   - **CaaS** - add incentives to more quickly scale this relationship
   - **Build out RippleNet** - incentivize MGI ODL go-live with RippleNet prospective digital wallet customers and banks

3. Find ways to make ODL more cost-efficient
   - Maximize lower cost corridors (EUR/USD) and minimize higher cost corridors (AUD/PHP)
   - Adjust how FX rebate is calculated
   - Restructure MM contracts

INTERNAL

6

HIGHLY CONFIDENTIAL

RPLI_SEC 0688738



## Next steps

1. Analysis and initial strategy formation

1. Internal stakeholder feedback; alignment; adjust ⬅ **We are here**

1. Communication plan (internal / external )

1. External engagement with MGI
   - Start at CEO/COO level; introduce concept and rationale
   - Synthesize feedback
   - Align on principles
   - Negotiate terms

*Preserve good relationship*

INTERNAL   7

HIGHLY CONFIDENTIAL

RPLI_SEC 0688739



Translates well to cost. Interms of ODL costs, MGI =



## Current Account Snapshot

Updated: 4/8/2020



## Current Account Snapshot



HIGHLY CONFIDENTIAL

# BD Deal Pipeline Evaluation Framework
Proposal

Additional Considerations for future deals:



RPLI_SEC 0688743



**BD Deal Pipeline Snapshot**
Updated: 4/8/2020



HIGHLY CONFIDENTIAL

# BD Deal Pipeline Snapshot
Updated: 4/8/2020



## BD Deal Pipeline Snapshot
Updated: 4/8/2020



HIGHLY CONFIDENTIAL



RPLI_SEC 0688748



RPLI_SEC 0688749



How it looks to MGI

RPLI_SEC 0688750

How it looks to Ripple



RPLI_SEC 0688751



HIGHLY CONFIDENTIAL