PX 630

Case 1:20-cv-10832-AT-SN   Document 869-43   Filed 06/18/23   Page 1 of 3

| Message | |
|---|---|
| From: | Breanne Madigan (Google Docs) [comments-noreply@docs.google.com] |
| Sent: | 1/13/2020 11:57:50 AM |
| To: | ▮▮▮▮@ripple.com |
| Subject: | ODL XRP Origination Concerns, draft to Asheesh |

Breanne Madigan added action items and suggestions to the following document

ODL XRP Origination Concerns, draft to Asheesh

| New | Resolved |
|---|---|
| 2 action items | 3 accepted suggestions |

### Action Items

ODL XRP origination concerns: No significant issue with Phase 1 or 2 given notional sizes are relatively low. Phase 3 concerns: We expect ODL XRP origination at any significant scale to have a negative impact on XRP price Phase 3 represents open market selling and a pure supply increase of XRP given Ripple's inability to buy XRP on the open market Without any bounds that safeguard increases in XRP supply to reasonable levels, ODL XRP origination does not appear to scale to a significant size without open market purchases of XRP Given escrow limits, assuming current XRP price at $0.20, that is max of $6.67M / day, assuming no negative impact on XRP price Programmatic selling at least can be directed to minimize market impact and corporate tax burdens Logistically, Ripple has an upper boundary on XRP origination due to the escrow supply limitations ODL XRP origination may require Ripple to be considered a money transmitter Under the current plan, an ODL partner would pay Ripple directly...

**Breanne Madigan**
New
▮▮▮▮@ripple.com -pls send this trimmed version to Asheesh - thank you!
Assigned to you
ReplyOpen

~20 people

**Breanne Madigan**
New
do u really think it takes this much headcount? how do you see the breakdown? ▮▮▮▮@ripple.com
Assigned to you
ReplyOpen

CONFIDENTIAL                                                                                                   RPLI_SEC 0504441



CONFIDENTIAL

RPLI_SEC 0504442