PX 633

**Message**

| | |
|---|---|
| From: | Dinuka Samarasinghe (Google Docs) [comments-noreply@docs.google.com] |
| on behalf of | Dinuka Samarasinghe (Google Docs) <comments-noreply@docs.google.com> [comments-noreply@docs.google.com] |
| Sent: | 8/25/2020 6:26:14 PM |
| To: | ▇▇▇▇@ripple.com |
| Subject: | Q3 XRP Narrative ... - ▇▇▇▇@ripple.com I'm not sure how... |

**Dinuka Samarasinghe mentioned you in a comment in the following document**



Q3 XRP Narrative Plan

**Storylines**

Dinuka Samarasinghe
New

@▇▇▇▇@ripple.com I'm not sure how legal would feel about this, but how about increasing the discussion about the demand case for XRP, with respect to cross border payments? I feel like this is an under-served narrative, and likely isn't understood even within Ripple very well.

ie, As an increasing share of cross border FX trades move to XRP, there will need to be an increased amount of fully funded orders on the exchange with bids for XRP, and there will need to be an increase amount of XRP already purchased, offering up for fiat currency.

As volumes grow, there will be a larger amount of price agnostic taker volume crossing the spread, increasing profit opportunities for market participants willing to provide this liquidity.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are mentioned in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

Google™

CONFIDENTIAL

RPLI_SEC 0506230