# PX 640

Message

| | |
|---|---|
| **From:** | ████████ @ripple.com] |
| on behalf of | ████████ @ripple.com> ████ @ripple.com] |
| **Sent:** | 6/15/2019 11:30:42 AM |
| **To:** | ████████ @ripple.com] |
| **CC:** | Comms ████ @ripple.com] |
| **Subject:** | Re: XRPL Developer Site Launch! |

Love - thank you!

On Sat, Jun 15, 2019 at 11:29 AM ████████████ @ripple.com> wrote:
What about RTing Ethan w/ comment?

**Comment:** An excellent resource for developers building on the #XRP Ledger:
**RT:** Ethan's tweet *[New XRP Ledger Developer site! New look, new philosophy and new domain at (link: http://xrpl.org) xrpl.org. Lots more to come for those who want to #BUIDL on #xrp (link: https://xrpl.org/blog/2019/welcome-to-xrpl-org.html)]*

On Sat, Jun 15, 2019 at 11:08 AM ████████████ @ripple.com> wrote:
████ - can you please help with this when you have a moment? Thanks!

---------- Forwarded message ----------
From: ████████████ @ripple.com>
Date: Sat, Jun 15, 2019 at 11:07 AM
Subject: Re: XRPL Developer Site Launch!
To: Brad Garlinghouse <████ @ripple.com>

Love - we'll get something drafted.

On Sat, Jun 15, 2019 at 7:03 AM Brad Garlinghouse ████ @ripple.com> wrote:
tweetworthy?

---------- Forwarded message ----------
From: ████████ @ripple.com>
Date: Fri, Jun 14, 2019 at 5:00 PM
Subject: XRPL Developer Site Launch!
To: Leadership <████████ @ripple.com>, Product-managers <████████████ @ripple.com>, C++/Rippled Team <████ @ripple.com>, <████ @ripple.com>, Engineering <████████ @ripple.com>, Marcomm <████████ @ripple.com>, BD <████ @ripple.com>

Hey All -

Today, we launched xrpl.org, a new community-driven website for developers to access technical documentation, developer tools, tutorials, and network metrics for the XRP Ledger.

Blog post with more detailed information here:

https://xrpl.org/blog/2019/welcome-to-xrpl-org.html

CONFIDENTIAL

The site is designed to replace the previous developer portal hosted under developers.ripple.com (redirect to xrpl.org is still propagating), which confused developers into thinking they were building on Ripple, not XRP Ledger.

Much like XRP Ledger, xrpl.org is open source and community-driven, meaning anyone can submit a pull request with proposed changes or comments on GitHub.

We plan to see the site grow with the addition of an XRP Ledger Explorer for network metrics, new tutorials highlighting exciting new use cases and an ecosystem page showcasing the many different applications using XRP Ledger.

We appreciate everyone that contributed to the site's initial launch, including Ripple design, docs, product, ops and engineering teams, as well as a host of community contributors.

If you have any direct feedback, and don't have a GitHub account, then please let me know I can open a pull request on GitHub for you.

Enjoy the weekend!

--



Senior Product Manager, Xpring
███████@ripple.com | ███████

--
You received this message because you are subscribed to the Google Groups "Leadership" group.
To unsubscribe from this group and stop receiving emails from it, send an email to leadership-list+unsubscribe@ripple.com.
To post to this group, send email to leadership-list@ripple.com.

--



Corporate Communications | Ripple

                                    RPLI_SEC 0602120