# PX 643

```
0001
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:     )
 4                         )  File No. NY-09875-A
 5   RIPPLE LABS, INC.     )
 6
 7   SUBJECT:   RPLI_SEC 1141204_HIGHLY CONFIDENTIAL
 8   PAGES:     1 through 28
 9
10
11
12
13
14
15                  VIDEO TRANSCRIPTION
16
17
18
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25                    (202) 467-9200
0002
 1              P R O C E E D I N G S
 2   RPLI_SEC 1141204_HIGHLY CONFIDENTIAL
 3          BRAD:  Hello.  Happy Monday everybody.  Welcome
 4   to San Francisco.  I'm just kidding.
 5          All right.  Nice to see everybody.  It's been
 6   busy, lots going on.  We have a unique set of programming
 7   today.  As always we'll talk about new Ripplers and stuff
 8   going on there.  We'll talk a little bit about high
 9   priority jobs.  What we're going to do is a kind of Q&A
10   informal with  myself and      .       is going to be
11   interviewing me.  Some questions have been submitted, but
12   if you also have open questions the idea is just to kind
13   of have an open, informal Q&A.
14          We also have one special announcement we're
15   going to hit after the high priority jobs.
16          All right.  So to start things off we have new
17   hires today who hopefully have been warned and -- yeah,
18   just warned.  First up I saw      sitting over there.
19        , stand up.
20          (Applause.)
21          BRAD:      is going to          s (phonetic)
22   team based out of London.  Welcome day one.  Hopefully
23   you've been warned.  If you could tell us maybe where
```

```
24   you're joining from and one non-Google-able fact about
25   yourself.
0003
 1              [REDACTED]: Okay. So I'm joining from [REDACTED]
 2   where I dealt with a lot of FX folks and ESPs for the
 3   business development in Europe. A non-Google fact I
 4   played football on my beloved -- or soccer as it's known
 5   in the States, my beloved football team Tottenham
 6   Clarksburg White Hart Lane (phonetic) which is -- yeah,
 7   it was a great thing for me to do.
 8              BRAD: Very good. Thank you. Welcome.
 9              [REDACTED]: Thank you.
10              BRAD: Next on the list joining team Ragu is
11   [REDACTED]. And [REDACTED], I don't know how to pronounce your
12   last name but I'm going to give it a shot. Where is
13   [REDACTED]? Come on up. [REDACTED]?
14              [REDACTED]: Yes, you got it.
15              BRAD: All right. I feel like I accomplished
16   something today.
17              [REDACTED]: You did. Yeah. Hello. I am joining
18   from [REDACTED]. I was in solar (inaudible). I was there
19   for four years. Non-Google-able fact. When I was in
20   high school I was one of 30 kids -- I did science fairs.
21   I won an actual science fair. Not an actual -- a state
22   science fair and got to go to nationals where I met my
23   future wife.
24              BRAD: Nice, that's good.
25              (Applause.)
0004
 1              BRAD: Wait, [REDACTED], who placed better you or
 2   your wife? She did. That makes sense, that makes sense.
 3   All right, it was definitely love at first sight then.
 4              All right. Next on the list [REDACTED] is joining
 5   [REDACTED] (phonetic) team in the security architect. [REDACTED]
 6   where are you? Also hiding over here. Welcome. Tel us
 7   where you're joining us from and something we can't
 8   Google.
 9              [REDACTED]: Yeah. I joined from [REDACTED] (phonetic),
10   [REDACTED] meaning like all in one, like a payroll, HR,
11   benefits. So security was very key over there, so here
12   it's the same thing. So I'm very excited to join Ripple
13   team.
14              A fun fact I think is (inaudible) future wife.
15   So actually this year is my wife and myself we are
16   married for ten years.
17              BRAD: Twenty years. Haven't changed. Very
18   good. That's awesome. Congrats. Congratulations.
19   Thank you, [REDACTED].
20              Last but not least joining [REDACTED]'s team as
21   customer support effort, [REDACTED], where are you floating
```

```
22   around here?    ?  He's -- where is he?  Oh, there he
23   is.
24              (Applause.)
25              BRAD:  Welcome.
0005
 1                  :  So I was joining from      , a referral
 2   marketing company.  And I guess my non-Google-able fact
 3   is I survived a plane crash once.
 4              BRAD:  Oh, that needs more -- we need more
 5   detail about that.
 6                     Well, my uncle was a charter pilot when
 7   I was a bit younger.  So when I was about five years old
 8   the landing gear did not deploy.  We went in a cornfield
 9   and -- with no landing gear and the wings broke off and
10   everything, but I survived, I'm here today so --
11              BRAD:  We're glad.  And we're glad for it.
12   Thank you, welcome.
13              (Applause.)
14              BRAD:  That's a good one.  I got to remember
15   that one.  That and Kurt Vonnegut's dog.  All right.
16              Actually I did point out we should actually
17   keep like a running tally of the greatest hits of
18   non-Google-able facts because there's some pretty good
19   ones every once in a while.           (phonetic) goes
20   down in the top of that list.  All right.
21              Next on the list everyone is wondering like
22   what did           say.  If you don't remember you have
23   to go ask him now.  Okay, I won't repeat it.
24              High priority jobs.  First of all I like the
25   new format here and the build going on here, which I have
0006
 1   to admit I outed.  Who actually gets credit for that?
 2   Who was that?  Usually I give --    , well done, well
 3   played.
 4              I like the little running man also with the
 5   free bag of money.  If this is all -- this is all an
 6   upgrade, but most importantly it's free money.  For those
 7   of you who are new I always point out that it's fun to
 8   work with your friends.  It's also fun to work with
 9   people we know are good at what they do.  So please,
10   referrals.
11              I will say the number of referrals and the
12   efficacy of our referrals has gone way up this year,
13   which is awesome.  Partly because it means we're paying
14   you guys a lot of money for referring, but partly because
15   it means we're bringing in a lot of great people from
16   your network.  So congrats on all those things.
17              Should I randomly pick one to promote?  No,
18   I'll keep going because we have a lot of stuff to cover.
19   All right.
```

```
20          Next segment here I'm actually going to invite
21  our friend Chris Larsen to join the stage. He has some
22  exciting news.
23          CHRIS: Thanks, Brad. Hey, everybody. So
24  something really exciting that we want to announce today
25  that I could not be more excited about. Before I let you
0007
 1  know what it is, though, I just want to give a shout out
 2  to       ,        and everything he's done in helping to
 3  build Ripple since -- oh, my God, this goes back like six
 4  years and even before that. Many of you know
 5  actually knows who Satoshi is. He still won't tell me
 6  who it is but, I mean, that's how long he has been in the
 7  space.
 8          Nobody has been more passionate about the whole
 9  idea of what an internet of value is going to do for the
10  planet we live on than       And, you know, I think
11  we've always thought, look, maximum impact is going to be
12  what we're doing here at Ripple working with enterprise,
13  banks, financial institutions, absolutely. But we've
14  also always thought in terms of broad ecosystem of XRP
15  with many different projects and companies building
16  verticals on top of that.
17          Ripple obviously is the vertical that's going
18  after enterprise, financial institutions, banks, to start
19  with. But there were many other really, really important
20  things that also need to happen to create that vision of
21  an internet of value. It's all about timing, when do you
22  go with those, and now is the time for birthing another
23  wonderful family that is going to be part of the XRP
24  ecosystem.
25          So I am really, really excited to announce
0008
 1  that -- and this is just internally for now, so this is
 2  confidential. It's going to be announced externally very
 3  soon. But we are --       and Ripple are going to be
 4  creating a new entity. It's going to be called Coil. A
 5  ton of work has gone into this and it's really going to
 6  focus on some of the other use cases around micropayments
 7  and all the great stuff we know that ILP and XRP can do
 8  together, all the fantastic work that       and team
 9  have been focused on in this kind of R&D capacity.
10          Now is the time to break that R&D laboratory
11  off into an actual enterprise that Ripple is going to
12  fund as a minority owner. We're going to be giving XRP
13  grants to it. Again really important to get that ILP,
14  XRP ecosystem together. I'm going to let       talk in
15  a second here.
16          I'm going to join the board and it's going to
17  be amazing. It's going to be right here in San Francisco
```

```
18   by the way, you know, so we can still have lunch together
19   if he invites us.
20              Anyway, without further ado let me bring ▮
21   up to talk a little bit more about what that is going to
22   look like and how that's going to be executed here very
23   shortly.  So ▮, you want to come up real quick?
24              (Applause.)
25              ▮:  Thank you.  Yeah, about that lunch
0009
 1   that might be a tight squeeze.  Our office is a little
 2   bit smaller than this.
 3              So, yeah, I mean just to add to what Chris has
 4   been saying, obviously this is a big step for me
 5   personally.  I've been here for the entire time I've been
 6   in the U.S. and sort of all been kind of, you know, my
 7   home.  You know, Ripple will always be sort of the
 8   company that I feel most, you know, tied to and it feels
 9   very personal to me.
10              So, you know, it wasn't an easy decision, but
11   at the same time I feel like there is sort of a moment in
12   time like the ILP core protocol is finalized so it
13   doesn't really make sense to keep doing research ad
14   infinitum on it.  And so it really needs, you know,
15   companies that are going after, you know, building other
16   kinds of products around that.  I think Ripple is
17   building the infrastructure and is figuring out what is
18   the broader impact on the world, but we also want to have
19   some companies that are doing consumer products and kind
20   of products that are high up in the stack in terms of the
21   way that they appeal to people.
22              And so it felt like the right time to realize
23   sort of a dream that I've had for a long time, which is
24   to start my own company.  You know, again, thanks to the
25   success that we've had here at Ripple I now have the
0010
 1   ability to do that.  But at the same time I also wanted
 2   to stay part of the family and I still believe a lot in
 3   XRP and I think that this can be an engine that drives
 4   the XRP ecosystem, broadens our base.
 5              You know, with a lot of the stuff that's going
 6   on right now the more different enterprises that can be
 7   behind XRP and driving XRP and the more, the broader we
 8   can build our base the better it is for the ecosystem.
 9   So it just felt like the right time.
10              I'll give you some information about the
11   company.  So ▮ (phonetic), ▮
12   (phonetic) and I are going to be the co-founders.  It's
13   going to be fairly small team to start and kind of build
14   it from there.  And, yeah, more details are going to come
15   out as we go.  Please keep everything confidential until
```

```
16   May 14th when we announce it around Consensus just
17   through media. We're not going to do a big launch or
18   anything.
19            But, yeah, hopefully by then we'll make sure
20   you guys are armed with some talking points and things
21   like that if anyone asks you about it and anyone who has
22   any questions or anything like that please come to me,
23   talk to me. I'm going to be fairly busy obviously, but
24   I'll still try to take time if you have any questions.
25   And, yeah, I think that's pretty much what I've got to
0011
1    say.
2            (Applause.)
3            BRAD: I will also quickly echo I think ▓▓▓▓
4    has had a huge impact on this company and the evolution
5    of crypto broadly, but certainly this company. So I am
6    sad to see him move on. I'm excited for him, excited for
7    the next challenge as a CEO. It's not all that it's
8    cracked up to be. But I'm also very excited some of you
9    may be the first natural question is wait a minute,
10   ▓▓▓▓ was our CTO. What are we going to do, we don't
11   have a CTO now?
12           I'm excited to introduce you to our brand new
13   CTO, David Schwartz.
14           (Applause.)
15           BRAD: So many of you obviously know David
16   Schwartz. He's been around the company since truly the
17   very beginning and has been our chief cryptographer, and
18   I think in many ways has been on the periphery as our CTO
19   for a long time as an advisor to ▓▓▓▓ (phonetic), as an
20   advisor to ▓▓▓▓. So it's amazing that we have a bench
21   such as that that we can slot him in.
22           So I'm super excited that he's going to be more
23   actively involved and to work more closely with him
24   personally, but you all see more of him, which is great
25   also.
0012
1            All right. That is the news and announcement
2    of the day. We are going to do the Q&A stuff. I'm going
3    to turn it over to ▓▓▓▓ who is going to introduce what
4    we're doing here and then we're going to answer some
5    preprogrammed questions that we got and we'll go from
6    there.
7            ▓▓▓▓ Perfect. So I've had some of you --
8    ooh, that light is really -- I've had some of you ask me
9    some of these questions that I'm going to be sharing or
10   they came in through the engagement survey. So I wanted
11   to take this opportunity to -- I need sunglasses up here.
12   I'll just look at Brad. Thank you.
13           So I wanted to take this opportunity to ask a
```

```
14   few hard-hitting culture questions and then we'll open it
15   up for broader Q&A.
16              So the first one is the own it value states
17   global payments never sleep, so our responsibilities
18   don't end when we leave the office.  What does this mean
19   for work/life balance?
20              BRAD:  So for those of you who have been around
21   since we kind of rolled out Lego, and I'll open this up
22   for this group over here.  Sorry to be talking to your
23   backs.  You know, I think own it is really an important
24   part of our value, and the idea here isn't that if global
25   payments operate 24/7, guess what I don't expect everyone
0013
 1   here to work 24/7.  I mean that very genuinely.
 2              The point is that we need to own a problem for
 3   the customer end to end and it's to be respectful of,
 4   look, just because it turned to 5:00 p.m. on Friday
 5   afternoon if a customer has an outage we can't just, you
 6   know, reengage Monday morning at 9:00 a.m.  That's not
 7   culturally who we want to be as Ripplers.
 8              That being said it's incredibly important to me
 9   that all of you don't feel like you're on a pace where
10   you're going to burn out.  I think we need to make sure
11   that this value and frankly all of our values reflect
12   that we want to give you -- we trust all of you.  You
13   wouldn't be here if we didn't trust you, and we trust you
14   to make good decisions about your time allocation.
15              As many of you guys know we have a very
16   flexible vacation policy.  I don't want you to burn out.
17   That's not good for the company.  And, you know, so it's
18   something that we're thoughtful about.
19              I also think as we're doing kind of just a --
20   well, Lego the kind of core values will persist, we are
21   going to step back and look at, you know, the subtext on
22   some of them and make sure that they're reflective of how
23   we're growing because truly, you know, even some of my
24   direct reports I have to encourage to not be at a pace
25   they're going to burn out.
0014
 1              This is more an idea of just, look, our
 2   customers, are payments are expected -- well, in the new
 3   world order they're expected 24/7, today not so much but
 4   we're trying to fix that.
 5              [REDACTED]:  Thank you.  So the second question is
 6   we hear about our war chest of funds at company updates.
 7   Why aren't we giving bigger salary increases or adding
 8   benefits to match bigger companies?
 9              BRAD:  Another good question.  So one is when I
10   think about our war chest of funds what I frankly think
11   about is we have a war chest of XRP.  When we sell, as
```

```
12   we're very public and transparent about, we sell some XRP
13   and that turns into USD, and then we can do lots of
14   things as you could with any USD.
15              We also try to use XRP as a war chest for
16   strategic purposes.  That being said, look, we want
17   everyone here to feel like they are being well taken care
18   of and, you know, participating in the success of Ripple
19   broadly.  We certainly have added things to our benefits
20   which I'm sure ████ is going to get -- the details of
21   which I'm going to lean on ████ here in a minute.
22              We also -- I think everyone knows that was here
23   we paid out 125 percent of last year's bonus.  We gave
24   everybody that was employed I think on February 1st a
25   $10,000 XRP grant.  So, look, we want everyone here to
0015
1    feel like they're participating in the success of Ripple.
2    We also recognize we're a start up and we don't have
3    unlimited resources.  We need to continue to prioritize.
4               But I don't -- you know, look, we are on a
5    really cool trajectory right now, and I hope everyone
6    feels really good about that, and we want to make sure
7    that we are doing things that keeps everyone here very
8    engaged, not just professionally but financially, and you
9    can take care of your families, all those kind of things.
10              So it's on our minds and we'll continue to be
11   proactive in looking at things we can do.  And there is
12   two things we just changed to improve the benefits,
13   remind me.
14              ████:  So we reduced premiums.  We also added
15   benefits globally, I think in Singapore, in the UK.  And
16   then for singles in San Francisco reduced.  There are
17   no --
18              BRAD:  No co-pay.
19              ████:  No co-pay, thank you.
20              BRAD:  Not bad.
21              ████:  Can I ask a follow up question to that?
22              BRAD:  Yeah.
23              ████:  Can you talk a little bit about how we
24   should be thinking about as the company is successful how
25   we can benefit financially through equity.  If you could
0016
1    talk about that a little bit.
2               BRAD:  Yeah.  I think we even have contemplated
3    doing a lunch and learn on this.  But -- so everybody
4    here gets equity in one shape or other.  Well, before
5    April 1st I think everyone knows we were giving options.
6    After April 1st we're doing restricted stock units.
7    That's actually just kind of a natural progression of how
8    we grow as a company.  A lot of companies go through
9    that.
```

```
10            I think everyone here is probably aware we
11  allow you to sell up to █ percent of your vested equity,
12  your vested options.  There is a secondary market of
13  Ripple shares.  You know, I haven't sold any of my share.
14  I wouldn't encourage you to sell any of your shares
15  because I think things are going pretty well and they're
16  kind of continuing on that journey.
17            But, you know, if -- as I have said in front of
18  a smaller audience maybe a year ago, I completely respect
19  that some people, either you might want to exercise your
20  option or you want to buy a car or put a down payment on
21  a house or something and you need liquidity.  That is --
22  that option, no pun intended, is available to you and
23  it's the reason why we created this, that you can sell up
24  to 20 percent.
25            A lot of companies don't let you sell any.  We
0017
 1  felt like this was something to allow some flexibility.
 2            ████: And then just a plug.  Ron and I have
 3  an RSU lunch and learn this week, so come and join us.  I
 4  think it's on Wednesday or Thursday.
 5            So the next question is I've heard some
 6  Ripplers share the sentiment that you can be let go or
 7  fired for making a mistake, and so wanted to kind of get
 8  your thoughts on that.
 9            BRAD:  Yeah.  I will first go a little bit --
10  this is -- some of you remember like two years ago I sent
11  out an all-company email talking about what -- getting
12  terminated at Ripple.  If you were here two years ago
13  it's kind of a funny email, but you can go dig it up.
14            The basic point was some people are like, well,
15  wait a minute, somebody left and I don't know why.  Guess
16  what, that's a confidential thing and, you know, while we
17  try to be super transparent as a company please respect
18  that sometimes we're not going to be totally transparent
19  about what has happened.
20            Now I will be the first to admit I make
21  mistakes.  You will not ever be fired for just making a
22  mistake.  You know, I mean I suppose, yes, there's some
23  line that gets crossed, I call it the misdemeanor versus
24  felony line.  Misdemeanors you don't get fired.  There
25  are some categories of things that are very problematic.
0018
 1            But look, I -- I want us to take risks.  Part
 2  of taking risk is making mistakes.  As Chris Larsen will
 3  tell you and the board of directors will tell you I have
 4  made mistakes.  Chris Larsen has made mistakes.  It's
 5  part of, you know, being in a -- the journey we're on.
 6   And if anything, if anybody here feels like
 7  they're in a position where they're worried about making
```

```
 8    a mistake and getting fired then, like, culturally I have
 9    failed, and I mean that.  You know, there's a reason why
10    one of the G's is go for it in Lego.  And the idea is we
11    want people to take risks.
12                My experience at Yahoo particularly, I was
13    there for a lot of years, was as Yahoo grew they took
14    fewer and fewer risks, and when you take fewer and fewer
15    risks you lose innovation, you lose lots and lots of
16    things that aren't good.  So I want us to take risks and
17    that means we're going to make mistakes.  That's totally
18    okay.  If you don't make any mistakes you're actually not
19    trying hard enough.  You won't get fired for making a
20    mistake.
21                      ▌:  I think the one thing to add and even
22    one of the things that we're trying to also encourage is
23    that the culture of feedback, right, to making sure that
24    you know where you stand from a performance perspective
25    at all times and you're given the ample opportunity if
0019
 1    maybe you're stumbling a little bit to improve, to get
 2    better.
 3                And so I will just, you know, agree 100
 4    percent, like, people make mistakes.  People are also
 5    given chances to improve on, you know, if you are having
 6    a little bit of a lull in performance.  And one of the
 7    things that we want to do is make sure you really through
 8    the conversations with your manager know where you stand
 9    and know what success looks like.
10                BRAD:  I'll even echo on that, not that we're
11    going to talk to each other up here, but if you don't
12    know where you stand with your manager ask them.
13                      ▌:  Ask, yeah.
14                BRAD:  Like say, hey, how am I -- I've only
15    been here two months or I've been here, you know, 18
16    months, how am I doing?  What feedback do you have for
17    me?  What can I do better?
18                      ▌:  Yeah.  We're also going to be doing
19    trainings with managers about how to give feedback.  So
20    that feedback piece is really, really important to us and
21    something we're going to be focusing on, you know, have
22    been focusing on and will continue to.
23                So my second to last question for you is I've
24    heard -- since I've joined I've heard a couple of
25    employees ask me about OIIH and why did we move from OIIH
0020
 1    to Lego, and maybe if you could start by sharing what
 2    OIIH is that would be great.
 3                BRAD:  Actually, so how many people are here --
 4    were here for OIIH raise your hand?  Pretty good.
 5                      ▌:  Oh, a fair bit.
```

```
 6              BRAD:  Yeah, 30 or 40 percent I would say.  So
 7   for those of you that joined, I don't know before like
 8   about 18 months ago, OIIH was the values framework we
 9   used then and it stands for Open Inclusive Instructive
10   and Humble.  So the question is why did we move away from
11   that.
12              Well, first of all let's -- let's -- just to
13   double click on the question, you know, Monica has taught
14   me to never accept the question was asked.  Kind of
15   kidding.  The first is are we open?
16              ▇▇▇▇▇:  Yes.
17              BRAD:  I think we're pretty fricking open.
18   Like, I mean, if you don't feel like we're open I
19   encourage you to test other companies.  We're very open
20   relative to most companies.
21              Are we inclusive?  I we're inclusive.
22              ▇▇▇▇▇:  I hope so.
23              BRAD:  We're trying every day to be more and
24   more inclusive, but certainly I want us to make sure we
25   have a culture that is inclusive.
0021
 1              Are we constructive?  I think -- one of the
 2   things I remember when Chris Larsen and I were talking
 3   when I first joined the company is that we're not trying
 4   to attack the industry, we're trying to be constructive
 5   and work with the industry.  But I think, yes.
 6              And are we humble?  Well, I think we're humble.
 7   For those of you who have been around for a while I've
 8   introduced this term called humbletude.  I want us to be
 9   humble but I also want us to walk around with a little
10   bit of swagger.
11              We have a lot to be proud of.  We've done an
12   amazing job and I want us to have a little humbletude.
13   Now that is --humbletude with absolute respect that we
14   are not -- we're not just here because we were -- did
15   some things right, but because we also got some luck that
16   went our way.  And that -- to me that's part of
17   humbletude.
18              So back to the OIIH question, I don't think
19   OIIH  has left our values, I just think that those are
20   more like brand attributes.  They aren't really action
21   statements.  For me, you know, when we talk about Lego
22   and live it, enjoy it, go for it, you know, these are,
23   you know action oriented and things we want to do and
24   make sure they're culturally what we want to see.
25              So I hope people don't' feel like we've
0022
 1   abandoned OIIH.  I think we're as open as we were a few
 2   years ago.  I think -- I hope we are as inclusive.  If
 3   you don't feel that way then I encourage you -- you know,
```

```
 4    I'm      @ripple.com.  I encourage you to shoot me an
 5    email and I'm happy to talk about it.
 6                    :  Yeah, and as Brad talked about we are
 7    going to do an evolution or refresh of, like, the
 8    descriptors under Lego.  So one of the things we'll look
 9    at too is, like, how can we be more transparent around
10    the fact that we are open and transparent.  So, you know,
11    more to come there.
12                  So the last question that was emailed to me
13    over the weekend is Ripple is already six years old and
14    still growing.  What do we offer in terms of career paths
15    for employees who have been around for three or four
16    years?
17                  BRAD:  I think that's a great question and I
18    know I talked a little bit about this at the Q1 All
19    Hands.  I want people to feel like their career here
20    isn't just their current position.  As I look around the
21    audience I see lots of people who have moved around
22    within the company already.  We just promoted David
23    Schwartz.  Maybe it's a transfer.  I don't know if that's
24    a promotion, but whatever.
25                  You know,      (phonetic) just moved from the
0023
 1    marketing team over to the business operations team.
 2    Yana and      were promoted recently into expanded roles
 3    and responsibilities.  So I want people to feel like
 4    there are opportunities to grow into.  The company is
 5    growing quickly and that's a great career opportunity for
 6    everybody here.
 7                  Again a recurring theme here of our discussion,
 8    if you feel like you're not getting that please
 9    proactively talk to your manager and say, hey, look, I'd
10    love to talk about this.  Now I will also caution if
11    you've been here three months I would hold your horses a
12    little bit.  You know, get comfortable in your job for a
13    little while before you're kind of out looking at new
14    things.
15                  But there's lots of examples of people here who
16    have taken advantage of that and I hope can continue to.
17                  I'm guessing we're running short on time, but I
18    know we have a couple more questions that were emailed
19    in.
20                  MONICA:  I can -- well, these can be pretty
21    quick.  So -- and also the reason I'm up here, just as a
22    reminder for any company weekly meeting it's always an
23    option to email myself, email           or      ,
24    whoever you're comfortable emailing questions and we can
25    represent those so you don't have to stand up here.
0024
 1                  One question, is there anything you see in our
```

```
 2   current culture you'd like to see less of, habits or
 3   values we currently display that you see as an impediment
 4   to our success?
 5           BRAD: So, you know, one of the things -- I do
 6   think it's so important in these early stages of the
 7   company to get the culture right now because if you screw
 8   it up at the beginning it's really hard to fix later on.
 9   You know, the course correction becomes harder and harder
10   and harder.
11           I think we're doing a good job. I do think,
12   and I'll be -- use -- Chris Larsen complimented me after
13   the last Q1 and he said, "You know what, you gave that
14   entire Q1 All Hands and you didn't swear once." I'm
15   going to violate that right now.
16           We used to very explicitly talk about when
17   we're interviewing and the culture we want to hire is we
18   would say, look, there's a no assholes rule. It's so
19   important to me that we as a teammates work together
20   constructively. That doesn't mean you can't disagree,
21   it's a question of how do you disagree, it's a question
22   of are you engaging in mutual professional respect.
23           Look, we're all on the same team, we all -- we
24   all wear the same jersey. Whether soccer or football
25   it's the same jersey. I think -- I want to make sure
0025
 1   that we don't lose sight of that, that as we compete --
 2   you know, the competition is outside, it's not inside.
 3   There are some examples where I just kind of feel like,
 4   look, why are we fighting with each other. You know, we
 5   do share the same goals. Are we going to disagree on
 6   details? Sure. As long as we're engaging each
 7   constructively with some humbletude I think that's all
 8   good. But I want to make sure we don't lose at the
 9   earliest days as we interview people and kind of source
10   candidates.
11           MONICA: Very good. Next question, I worry we
12   may lose our swagger. Some teams are trying to think big
13   and take advantage of big market opportunities while
14   others are overplanning their hours and workload, which
15   makes it difficult for us to be fast, nimble and
16   opportunistic. How do we balance workload with the
17   flexibility to be bold and timely for big priorities?
18           BRAD: I love this question partly because, I
19   mean, look, I think this is a challenge of how do you
20   stay focused on the task at hand and the goals and
21   objectives at hand and balance those against new
22   opportunities that come in. I hope that we are
23   maintaining some of our swagger.
24           I think what we're doing with Coil for example
25   is incredibly bold. You know, I think ████ certainly
```

```
0026
 1    has been somebody who has thought big and made big bets,
 2    and this is an example of us being frankly I think pretty
 3    nimble, you know.  I don't know when the very first
 4    conversation happened about what we now call Coil but,
 5    you know, this isn't something that we started working on
 6    last summer.  You know, this is an example of an idea
 7    that I think we want to be nimble and we want to take
 8    advantage of the market opportunities.
 9            There's also examples that frankly you guys
10    don't necessarily always see that, you know, we'll get a
11    call on a Saturday from some company who -- well,
12    actually, you know what, just between us friends, not
13    for, you know, Chatham House Rules, you know, Coinbase
14    bought earn.com.  We had a chance.  We could have bought
15    earn.com if we wanted.  We were very nimble.  You know,
16    we got a call on a Saturday asking if we were interested
17    in having this conversation and by Monday we, you know,
18    had a constructive offer of what that might look like.
19            I think Coinbase overpaid relative to what
20    they're getting but, you know, whatever, that's for them.
21    You know, my example is really just to point out that I
22    think there's a lot of nimbleness and we want to maintain
23    swagger, we want to be bold, we want to be aggressive,
24    but we can't necessarily chase every shiny object.
25            All right, we are over time.  The last thing
0027
 1    I'll say about these Q&A, this Q&A we just did, part of
 2    the reason why we did this is we want you guys to ask
 3    whatever question is on your mind every Monday.  This is
 4    just a way to kind of stimulate some of that.  As Monica
 5    said you can email her, you can email          , you
 6    can email     or anybody in the HR team if you don't
 7    feel comfortable asking the question yourselves.
 8            But part of continuing to live OIIH is that
 9    open, constructive engagement, and I think the Q&A at our
10    Monday lunch is an important part of that.
11            Have a great Monday.  Thanks everybody.
12            (Applause.)
13            (End of video file.)
14                       * * * * *
15
16
17
18
19
20
21
22
23
```

```
24
25
0028
 1                TRANSCRIBER'S CERTIFICATE
 2
 3   I, Cheryl Shifflett, hereby certify that the foregoing
 4   transcript is a complete, true and accurate transcription
 5   of all matters contained on the recorded proceedings in
 6   the matter of project name:
 7   RPLI_SEC 1141204_HIGHLY CONFIDENTIAL.
 8
 9
10
11
12
13
14         _____
15         Transcriber
16
17
18
19
20
21
22
23
24
25
```