# PX 644

```
0001
 1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3    In the Matter of:            )
 4                                 ) File No. NY-09875-A
 5    RIPPLE LABS, INC.            )
 6
 7    SUBJECT:   RPLISEC1141059_HIGHLY_CONFIDENTIAL
 8    PAGES:     1 through 26
 9
10
11
12
13
14
15                     AUDIO TRANSCRIPTION
16
17
18
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25                   (202) 467-9200
0002
 1                P R O C E E D I N G S
 2         MR.    ▮:  Good morning, everybody.  I feel
 3   like I don't really need a microphone today because it's
 4   a small group, but I'll use it anyway, because we are
 5   being recorded.  I am going to talk a little bit about
 6   the last couple of weeks, because I've been missing you
 7   all.
 8         And then, I'm going to turn it over to  ▮
 9    ▮    and Ethan Beard to talk about all things
10   Interledger Protocol, which is a question that came up
11   last week.  And then, I'll come back up for some Q&A.
12         So, anybody like a good, go Patriots?  No?
13   All right.  I was kind of wondering how many people
14   would actually appreciate this morning's comment.  It
15   was a really boring game and a boring halftime.  And I'm
16   not even much of a football fan, but you know, that's
17   what you do on a Sunday for the Super Bowl.
18         So, I wanted to start by commenting a little
19   bit.  I have been gone for about two weeks.  I was in
20   Davos, which was my first time to go to Davos and then,
21   I was -- as some of you guys know, I was in Paris for
22   the FinTech festival on stage with           ▮        of
23    ▮   and I thought I'd spend a minute just talking
```

```
24  about both experiences.
25           Davos was super interesting.  I imagine many
0003
 1  of you have read about or heard about Davos.  It's
 2  definitely a gathering of, you know, a lot of
 3  interesting people from around the world.  Historically,
 4  apparently in the -- a year ago for Davos, blockchain
 5  was all the rage.
 6           And, as you remember, that's kind of --
 7  relatively at the peak of some of the price craziness in
 8  the crypto markets.  And so, I think a year ago, it was
 9  kind of a lot of hype around blockchain.
10           And one of the things I heard at Davos this
11  year is that it felt like blockchain was more subdued
12  this year.  I view that as a good thing, because I do
13  think as the industry matures, we're moving away from
14  the speculation and more to real use cases and solving
15  real problems.  And, in some ways, that's maybe not as
16  sexy as crazy speculation, but it's also actually, you
17  know, solving a problem.
18           So, there certainly was still a lot of
19  interest in all things crypto, all things blockchain.  I
20  had a lot of meetings with government types, several
21  bank meetings.  But, more of my meetings were on the
22  government side.
23           From there I went -- I stayed in Europe -- it
24  just didn't make sense to come back -- and was in Paris
25  for a couple days, did meetings with the team over there
0004
 1  with          and          and then, obviously the Paris
 2  FinTech festival.  It did -- I -- on Slack and
 3  otherwise, lots of questions and attention around being
 4  on stage with         .
 5           A couple of things I'll note.  I mean, one,
 6  that's the first time we've been on stage together.
 7  Two, it's super interesting to me that they held some
 8  news for that event.  They clearly was -- they were,
 9  kind of, going for "Gotcha!"  What I find interesting
10  about that is they take us very seriously as a
11  competitor.
12           Now, on one hand, you might think, "Well, of
13  course they do."  On the other hand, like think about
14  this.  Like, relatively speaking, they are huge in terms
15  of a -- by any measure, they are massively bigger than
16  us.  And for them to take us that seriously, I think, is
17  actually a really positive sign that they were kind of -
18  - they were taking that approach.
19           Now, there were some questions around Slack of
20  like, "Hey, what does this mean?  They're doing --
21  is doing a proof of concept with    ."  That's what --
```

```
22  one of the things he announced on stage. You know,
23  you're always kind of -- I was admittedly a little bit
24  surprised on stage. You can watch the video, and if you
25  know me well, you can tell I'm, kind of like, "Oh.
0005
 1  Didn't see that coming."
 2          But, I tried to play it off like, "Oh, that's
 3  no big deal." But, in all seriousness -- well, one on
 4  the humorous side and one on the serious side. The
 5  humorous side is, I thought it was funny that earlier he
 6  had been saying that, you know, blockchain isn't going -
 7  - a solution for correspondent banking, but then, he's
 8  announcing a trial with a blockchain to do correspondent
 9  banking just seemed a little bit weird.
10          I let that go. The thing that I would remind
11  you guys, this is purely just a proof of concept. We've
12  seen a lot of these types of things happen in the
13  marketplace.
14          Today, in my judgment, [REDACTED] doesn't really have
15  a product. They don't really have a, you know a product
16  they're selling.
17          They have a platform capability they're trying
18  to get people to use called [REDACTED] They have a
19  capability they refer to as [REDACTED], which they have
20  supposedly integrated XRP.
21          Look, [REDACTED] is surviving, in large part, because
22  of the legal settlement between Ripple and [REDACTED] We have
23  funded them for some -- you know, very generously we
24  have funded them for some period of time.
25          I don't really consider this a threat, in
0006
 1  terms of a product, in part, because I think you have
 2  the incumbent in [REDACTED], who doesn't take blockchain
 3  seriously. And then, you have a proof of concept test
 4  with a company that doesn't really have a product.
 5  Like, I don't have any optimism that's going to go well.
 6          That being said, I think we should continue to
 7  take -- you know, pay attention, know what's going on,
 8  and make sure we're not, kind of, ignoring what's going
 9  on in the ecosystem.
10          I will happily take questions about this in a
11  second. Let me just make sure I didn't forget anything
12  here. Yeah, there's a good, funny line in here about
13  how a disco era company is trying to invade -- embrace
14  blockchain, which I enjoyed.
15          Anyway, the only other thing that I'll just --
16  humorously, I was telling some of the team over here,
17  when we got off stage -- you know, it was -- despite a
18  few jabs back and forth, when we got off stage, it's
19  always very cordial, of course.
```

```
20              And it -- when I was on stage, I had made the
21     comparison that ▇, ▇        initiative to, kind of,
22     improve their level of service, I compared it to, you
23     know, a horse and buggy, trying to whip the horse to go
24     faster and that, you know, what Ripple's doing is more
25     like a Ferrari.
0007
 1              We get off stage and he says to me, "You know,
 2     I was going to point out that a Ferrari's really
 3     expensive."  I just thought that was a weird comment.
 4     Like, if that's the best you can do, but anyway.
 5              All right, so I'll come back up here for just
 6     open Q&A.  I don't think there are any questions
 7     practically posted on Slack, but I'll be back up and
 8     think about questions you have.  In the meantime, I'll
 9     turn it over to Ethan Beard, who's going to intro all
10     things Interledger, etc.  Thank you.
11              MR. BEARD:  Hey, guys.  Good morning.  So
12     excited to be here, even though it's a relatively slim
13     attendance.  Thanks, everyone, for getting out of bed.
14     I hope no one's too hung over.
15              So, at Xpring, as you all know, we're focused
16     on driving the utility of XRP and while XRP is our north
17     star, I think you certainly would find no one on the
18     team, at least team Xpring, who is an XRP maximalist.  I
19     think, in many ways, we have a belief that, in the
20     future, there will be lots of blockchains.  There will
21     be lots of currencies.  There will be lots of digital
22     assets that represent a lot of different things.
23              And so, in many ways, we believe that
24     interoperability is a huge part of what the future
25     needs, if you're going to have all of these different
0008
 1     blockchains and digital assets.
 2              I grew up in Maine and I used to play hockey
 3     every winter.  And so, I was a big Gretzky fan and he
 4     famously said, "Don't go -- don't skate to where the
 5     puck is.  Skate to where it's going."
 6              And so, when we look at what we're doing with
 7     Interledger and Interledger Protocol, it's really trying
 8     to say like, "Well, the world has to move to
 9     interoperability, so let's make sure that we move in
10     that direction, instead of just staying exactly where we
11     are."  And ILP was literally created for
12     interoperability.
13              If you've been around Ripple for a while,
14     you've probably heard a lot about ILP.  If you've been
15     here for a while, you've probably watched it through its
16     various changes.
17              If you're new to Ripple, you've probably heard
```

```
18    a little bit of ILP and may not necessarily know what it
19    is.  So, we really wanted to get up here and give you
20    all an overview of what ILP is and make sure we get
21    everyone on the same page.
22            And, in many ways, I think we want to
23    demonstrate how ILP is important to interoperability,
24    but really important to actually achieving the internet
25    of value when we talk about it, at the very, very
0009
 1    biggest picture.  And then, we want to make sure that we
 2    demonstrate how XRP fits into all of those pieces as
 3    well.
 4            It's not just interoperability for
 5    interoperability's sake, but interoperability as a way
 6    to actually help us achieve our goals of having XRP,
 7    kind of, everywhere and enabling an internet of value.
 8            So, I'm excited.  We have ▮▮▮ here, who is, I
 9    guess, technically the co-inventor of Interledger
10    Protocol, so is probably the best person to help lead us
11    all through that.  So, I'll turn it over to you.
12            MR. ▮▮▮:  All right.  I'm excited to be
13    telling you guys all about Interledger.  So, today we're
14    talking about Interledger, why, what, and how.  And I'm
15    going to try to give a brief overview of it.  But, we're
16    going to have lots of discussion afterwards, I'm sure,
17    and I'm happy to talk about it more.
18            So, to kick it off, ▮▮▮ was founded in 1973.
19     Does anybody know what the average transaction size is?
20     $45,000.00.  ▮▮▮, founded in 1958.  Average
21    transaction size?  $80.00.  The average transaction size
22    on Interledger today is one ten thousandth of a penny.
23    So, why does this matter?
24            And you may be asking, "Are transactions that
25    small even a good idea?"  Well, we are building a future
0010
 1    where I would argue all payments will end up being
 2    micropayments.  So, quick agenda for this little
 3    presentation:  first, I'm going to talk about
 4    Interledger and the comparison's with the protocols that
 5    underpin the internet, TCP/IP.
 6            Second, I'm going to talk about streaming
 7    payments, which is a concept that came out of the
 8    Interledger project.  Third, how this relates to XRP,
 9    RippleNet and how we bring those all together with
10    Xpring, and fourth, how you can get involved.
11            So, back to the question, why does this
12    matter?  Almost every week, we have to have the
13    obligatory slide that presents our vision.  Our vision
14    is really to build a more open, frictionless payment
15    network that really gets out of the way of individuals
```

```
16  and businesses, and enables everything from new
17  industries to sending money across borders and
18  supporting loved ones.
19            That's what we use the shorthand of the
20  internet of value for.  This is really what we're trying
21  to build.  So, why do we pick the internet of value?
22  Why not any other kind of analogy?
23            Well, there's this aspect of the internet that
24  just works.  Like, you plug it in -- well, except for
25  making blue jeans calls.  Aside from that, there's this
0011
 1  aspect of the internet that you just plug in and you're
 2  suddenly connected to practically everywhere.
 3            You don't really have to have a discussion
 4  about, "How do I connect to you?"  We just plug into the
 5  internet and no matter where we are in the world, it
 6  just works, behind the scenes.
 7            The internet was enabled by these protocols
 8  called TCP and IP, which stand for Transmission Control
 9  Protocol and really, the Internet Protocol.  This is a
10  messaging standard that underpins the flow of
11  information.
12            So, Interledger is the TCP/IP for the internet
13  of value.  It is the messaging protocol or the
14  communications standard for the internet of value.
15            Well, how do we build that?  That's a pretty
16  crazy thing to set out to build.  What are the kinds of
17  features that you want for that?
18            Well, one of the places we started was, all
19  right.  Let's look at what -- on -- what actually goes
20  in -- went --- what went into the Internet Protocol?
21  What are the key features there?
22            So, just to list some of the important ones,
23  number one, it's an open standard.  It's super
24  important, and was super important for the adoption of
25  the internet, that nobody owns that standard.  Every --
0012
 1  everyone can adopt it without having to pay royalties to
 2  anyone.
 3            Number two, it connects different networks.
 4  One of the reasons why the internet was so amazing was
 5  that it works exactly the same way, whether you're
 6  connected wirelessly, on your cell phone, Wi-Fi, with a
 7  wired connection, etc.  So, it connects different types
 8  of networks.
 9            Number three, it's use-case agnostic.  So, the
10  internet doesn't really care what type of data you're
11  sending or who you're sending it to.  At the end of the
12  day, it's all data.
13            And the fourth one -- this was one of the
```

```
14  really big innovations -- was the idea of packetizing
15  data.  So, when you send a big file over the internet,
16  you don't send one big file all at once.  Instead, what
17  it does is chops your file up into many little bits and
18  sends it as little packets over the internet, which
19  turns out to be much, much more efficient.
20          So, if we turn over to the Interledger key
21  features, you'll notice some similarities.  Important
22  ones to note, it is an open standard.  It was developed
23  here and spun out as a separate open source project.
24  Number two, it connects different types of networks.
25  So, these could be blockchain networks or not.
0013
1           Number three, it's use-case agnostic.  At the
2   end of the day, it's all money moving.  Today, banking
3   standards are written for -- there's a different
4   standard for every single use case under the sun.
5   Interledger takes the opposite approach and builds it up
6   from, "What's common to all of these use cases?"  At the
7   end of the day, I want to get money from here to there
8   and that's it.
9           And the last one, and this is really what I'm
10  going to focus on now, is packetized money.  This was
11  one of the things that took the longest for us to
12  realize, but was -- is arguably one of the most
13  important parts of the Interledger Protocol today.
14          So, if I go back to that original statistic,
15  the average packet amount -- so, actually not
16  transaction size, but packet amount, on Interledger
17  today is one then thousandth of a penny.  So, this
18  enables some -- a couple of different really important
19  things:  first, is streaming payments.
20          So, today, if my payment system is built for
21  something like sending $45,000.00 at a time, or even
22  $80.00 at a time, we can't really enable real time
23  payment experiences on a very granular level, because
24  the payment system just wasn't built for that.  So, with
25  Interledger, how many people have heard of COIL?
0014
1           All right, pretty much everybody.  COIL is a
2   company that was spun out of Ripple and is building
3   one -- building out one of the really important
4   Interledger use cases, which is streaming micropayments.
5    So, while you're on a website, you can be sending money
6   to it on a real-time basis.
7           So, instead of just paying for your
8   interactions all in bulk upfront or at the end, you can
9   actually pay in real time.  That's one of the reasons
10  the transaction size is -- really matters a lot.
11          But, this isn't the only thing that you can do
```

```
12   with streaming payments, because many small pieces can
13   be combined into really, really big things.  So,
14   streaming payments isn't only applicable to
15   micropayments.  It's also applicable to larger payments.
16              This is, kind of, a -- we -- it seems like a
17   really weird experience, but you can envision in the
18   future, say if all the payments are getting chunked up
19   and sent as streaming micropayments, if you're sending a
20   really big payment, you might see a progress bar, kind
21   of like your file downloading, depending on how much
22   payment bandwidth you have.  And, if you have a lot of
23   payment bandwidth, it would go through really, really
24   quickly.  But, you'd, kind of, see the money being
25   transferred as you go.
0015
 1              The reason why this is really, really key is
 2   that homogeneity increases efficiency.  So, the thing
 3   that -- the reason why this was so important for the
 4   internet, this packetizing data, was that, if you have -
 5   - sometimes you have really big things coming through,
 6   and sometimes really small ones.  You need a lot of
 7   different processes to handle those.
 8              Whereas, if everything is just tiny, tiny
 9   packets, you just optimize that one process over and
10   over and over again to make that as cheap and as fast as
11   possible.  That's the reason why the internet took off
12   and just exploded.
13              It was originally designed for these really,
14   really small packets and not very many of them.  But,
15   you just increase the throughput and then -- and then,
16   you can stream Netflix or whatever, over that same
17   connection.  So, this is a really, really important
18   part.
19              The reason why this is so key is that one of
20   the things that I think we don't reflect on enough
21   with -- when we talk about the internet of value is that
22   that -- the implication of that is that we are
23   building -- we're -- what we are trying to build is one
24   payment network that would just connect everything.
25              Like, you -- there wouldn't even be -- you
0016
 1   wouldn't really think of there being different payment
 2   networks.  There would just be one that pretty much all
 3   the money goes through.
 4              Like, think about the inter -- when we're
 5   making that comparison with the internet, the internet
 6   is just that one information network.  There aren't
 7   really, like many different information networks.  It's
 8   just "the internet".
 9              And that's really what we're doing.  What --
```

```
10  that's what we're talking about, when we talk about the
11  idea of the internet of value, which is such a crazy
12  position to be in.  But, that's one of the reasons this
13  is an interesting company to work for.
14              So, the reason why the streaming payments and
15  packetized value really enables this is that, if you can
16  build a payment network that's optimized for these
17  little packets of money, you can scale that up and
18  handle all the transactions, whether they are small,
19  streaming micropayments, or bigger ones, where you just
20  send lots of packets in one go.
21              So, this is my -- this is why I argue that we
22  are building this future, where all the payment -- all
23  digital payments will be send as packetized
24  micropayments.
25              One of the other implications of this is that
0017
 1  we will remember -- I would argue we will remember
 2  credit cards and wire transfers the same way we remember
 3  faxes, as like, that cute thing that came before the
 4  internet.  So, how do we get there?
 5              Today, we are building these different
 6  networks.  We're building RippleNet and we're building
 7  out the open Interledger.  I think the really big play
 8  is when we start bringing them together.  So, this is,
 9  kind of the long term -- this is not going to happen
10  immediately, but this is the long-term vision.
11              So, we're building demand on the open
12  Interledger side.  We're building a really good in with
13  all of the traditional financial players.  And the long-
14  term vision is, "Let's connect these up, and bring these
15  together and really drive demand for this system."
16              And, of course, the really good position that
17  we want to be in is to position XRP in the center of,
18  effectively the biggest payment network the world has
19  ever seen.  So, to wrap it up, I'll just talk a little
20  bit about the different things that Xpring is doing to
21  help enable this.
22              So, number one, Xpring is investing in
23  Interledger service providers and other apps, building
24  on top of this, so that's companies like COIL or ▮▮▮▮,
25  supporting and expanding the Interledger ecosystem.
0018
 1  We've thrown different community events and we're going
 2  to be doing more of that to help grow this -- the
 3  ecosystem around this technology.
 4              Number three, building infrastructure and
 5  developer tools.  This is really important for adoption,
 6  so we're looking to expand the offerings there.
 7              Four is incentivizing the early players to
```

```
 8    use, and have a preference for, XRP because the goal of
 9    helping build this open network early is to get in on
10    the ground floor and to try to incentivize all the early
11    players to connect to one another through XRP, so that,
12    as the network grows, XRP kind of stays in the center.
13              And number five is collaborating with the
14    product team to figure out the possibilities for how we
15    can link up the Ripple products with the open
16    Interledger.
17              How can you get involved?  So, a couple of
18    things:  a number of different people have already
19    helped out some Interledger ecosystem companies, in
20    terms of figuring out -- helping to figure out pricing.
21     Some people from the security team -- thank you guys
22    very much -- are meeting -- I think meeting this week
23    with some of the Interledger company -- partner
24    companies.  So, there's different ways for people at
25    Ripple to help out, and help these companies grow.
0019
 1              If you're a developer, technically savvy, you
 2    can try out the Interledger tools, give us feedback,
 3    help make them -- make that better.  You can -- if you
 4    work on any of the core Ripple products, you can help us
 5    think through how to connect these products with the
 6    open Interledger in the medium to long-term future.
 7              And then, we're hiring, so if you have people
 8    to refer, please refer them to us.  We'd love to work
 9    with them.  And finally, ask questions and come chat
10    after.
11              So now, Q&A and I'll leave up this summary
12    slide, so that you all can stare at this while we're
13    answering questions.  Thanks.
14              MR.        :  Maybe we'll start with questions
15    about Interledger and what we're doing there.  Yes.
16              MALE VOICE 1:        , I'm an integrations
17    engineer here.  I just wanted to know -- because one of
18    the things about TCP/IP and the analogy that you're
19    making, one thing that's always stuck with me about
20    TCP/IP is that the reason that it succeeded is because,
21    as you said, it's agnostic.
22              But, to put it another way, it's equally bad
23    for everyone.  That has really stuck with me.  Do you
24    think that there's something similar about ILP?  Do you
25    think that it's going to prioritize nobody in this
0020
 1    network?  And do you think there are other protocols
 2    that will develop that might be better for specific use
 3    cases?
 4              MR.              :  Good question.  So, we've
 5    thought a lot about the comparisons with UDP and things
```

```
 6   like that, so there are -- there is a UDP, sort of,
 7   version of Interledger we can talk about offline.
 8           I think the -- TCP/IP was really, really good
 9   for sending those small packets. And the thing that
10   it's had to be optimized more for later is like,
11   streaming large amounts of video. I think there is some
12   analogy there, where we've prioritized a lot of the
13   small-use cases because that's where this, kind of,
14   technology gets started. And it's important to scale
15   up, rather than try to scale it down.
16           So, it probably won't be -- this technology --
17   the open Interledger technology will probably not be the
18   best for sending your billions of dollars trans -- in
19   one transaction anytime soon, frankly. But, I also
20   think that's okay because, just like with the internet,
21   there are some use cases that still don't go over the
22   internet, because people need more performance or more
23   guarantees than the internet can provide.
24           But, nevertheless, the internet carries
25   probably more than 95 percent of all the world's
0021
 1   information. And so, it's important of figure out what
 2   you design for totally, and it's important to say,
 3   "Okay. It's not really for that."
 4           So, Interledger, not for sending a billion
 5   dollars in one go today. You'd have a bad time, just
 6   like if you tried to stream Netflix over a dial-up
 7   connection. You'd have a bad time. But, we're hoping
 8   to scale it up.
 9           MALE VOICE 2: I know -- this is probably
10   for -- you can answer or someone else. I don't think
11   you read our website. If you heard this, you'd be like,
12   "Wait a minute. I thought RippleNet was already running
13   ILP." Maybe some people in the audience think this is a
14   surprise.
15           So, I'm kind of curious if you could, kind of,
16   give -- shed some light on that. There were some
17   exciting recent developments that could lead to some
18   interesting things, too, so I don't know. You can take
19   it or someone else.
20           MR. [REDACTED]: Yeah, it's a -- it's an
21   interesting question. So, we've been working on
22   Interledger for the past four years or so, and it's gone
23   through a lot of different iterations. So, Ripple
24   products today use what I would describe, kind of, an
25   Interledger inspired proprietary protocol that was based
0022
 1   off of an -- kind of, earlier designs for Interledger.
 2           Interledger's since changed and so, Ripple
 3   products today do not use what we would think of as,
```

```
 4    like the open Interledger Protocol, which can't -- I
 5    think that we have seen some confusion around that.  So,
 6    open question, how we will address that confusion going
 7    forward.  But they are different things.
 8              So, for example, RippleNet uses the concept of
 9    validators, which were a really important idea in the
10    very initial version of Interledger, which we then took
11    out because we thought that was not appropriate for an
12    open network.  It is appropriate for a more -- a network
13    where you have known participants, like in RippleNet.
14              Another thing is this packetizing value.
15    That's something that we're doing with the open
16    Interledger Protocol, but not yet, and maybe not ever,
17    doing with Ripple products.  So, there are some very big
18    differences and yeah, it's important to clarify the
19    difference between those two.
20              MALE VOICE 3:  All right, at the risk of being
21    too technical, is this, sort of, a layer four protocol
22    or more layer seven?
23              MR.          :  So -- okay, so in the internet
24    community, people think about these -- all of these
25    different layers, all the way from, one is like raw
0023
 1    cables, all the way up to applications running on top of
 2    this.  If you look at this from the perspective of the
 3    internet, this is running as an application on top of
 4    the internet today.  So, it would be all the way up.
 5              However, Interledger kind of mirrors the whole
 6    internet stack, and the -- it doesn't assume that it's
 7    running on top of the internet.  And so, a really crazy
 8    future vision of this would be, you have dedicated
 9    cables or fiber that Interledger packets are running
10    over.  And then, it kind of looks like a parallel
11    internet stack that's not actually built on top of the
12    internet.  We can talk more about that later though.
13              MALE VOICE 4:  Hey,      .  Thanks for your
14    presentation.  What -- who are our competitors with ILP,
15    in terms of interoperability?
16              MR.            Good question.  I think the
17    biggest -- the biggest potential problem for the rollout
18    of this is just, if the existing systems work just well
19    enough that we can't find the right in to help this
20    technology grow.  I think that's big -- much more
21    important than any particular competitor.
22              I think the closest competitor, of sorts, for
23    Interledger is Lightning, which is a bitcoin-specific
24    technology.  It's mostly a competitor in mindshare,
25    rather than in actual technology, because when I
0024
 1    mentioned that Interledger can connect a lot of
```

```
 2    different underlying technologies, Lightning is one of
 3    those technologies that we can connect.
 4            And so, we see that as one network to be
 5    connected.  But, there is a battle in terms of mindshare
 6    that I think Lightning is far ahead of us in terms of
 7    mindshare.
 8            But, I think they're already running into some
 9    of the really bad technical limitations with it, which
10    I'm happy to talk about more offline.
11            MR.    :  We have time for, maybe one or two
12    questions about what else is going on, and all things
13    Ripple, or the ecosystem around us.  Anything on
14    people's minds?  Mr.          .
15            MR.          :  So, when we -- when I read
16    the -- or watched the Swift thing, the first thing, I
17    was a little surprised.  Second, I was like, "Well,
18    assuming    has some amount of XRP, this actually could
19    be a great thing for XRP."
20            Is       now a potential network that -- a
21    distribution network for XRP?
22            MR.    :   The short answer is yes.  I mean,
23    the theoretical -- and I think maybe the reason why the
24    XRP market reacted the way it did is, there is no
25    question -- one thing you said.    has a vested
0025
 1    interest that    they -- they own XRP.  They care about
 2    the value of XRP, so they are aligned with us in that.
 3            I don't really get to step two and three
 4    because I frankly -- I don't think they have a product.
 5     I don't think this proof of concept's going to yield
 6    any real rollout, so I kind of like -- well, I think
 7    they did this for a press announcement.  I think they
 8    did this to try to, you know, have a "Gotcha!" on stage.
 9            But, theoretically, yes, you're absolutely
10    right.    has that incentive.  They have embedded, you
11    know, in Settler the connection to XRP, so maybe.  I'm
12    just super dubious about it.
13            Other questions?  All right.  Happy Monday.
14    Grab some food if there's any leftovers.  Thanks,
15    everybody.
16                      (End of recording.)
17                         * * * * *
18
19
20
21
22
23
24
25
```

```
0026
 1              TRANSCRIBER'S CERTIFICATE
 2
 3    I, Ann Dooley, hereby certify that the foregoing
 4    transcript is a complete, true and accurate
 5    transcription of all matters contained on the recorded
 6    proceedings in the matter of project name:
 7    RIPPLE LABS, INC., 372942
 8    FILE: RPLI SEC 1141059_HIGHLY_CONFIDENTIAL
 9
10
11                       2-10-2022
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```