UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                         Plaintiff,   :      No. 19 Civ. 10832 (AT) (SN)
                                      :
            - against -               :      ECF Case
                                      :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, :
And CHRISTIAN A. LARSEN               :
                                      :
                         Defendants.  :
                                      :
------------------------------------------------------------------------ x

**DECLARATION OF LADAN F. STEWART IN SUPPORT
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Ladan F. Stewart, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am a member of the bar of the State of New York and of the United States District Court for the Southern District of New York. I am employed by Plaintiff Securities and Exchange Commission (the "SEC") in its New York Regional Office.

2.　　I have personal knowledge of the facts and circumstances of the case. As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3.　　I am submitting this Declaration to put forth exhibits in support of the SEC's motion for summary judgment against Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A Larsen.

4. Attached hereto are true and correct copies of the following documents or excerpts thereof:

| **Exhibit** | **Document Description** | **Bates** |
|---|---|---|
| PX 1 | Answer of Defendant Christian A. Larsen | N/A |
| PX 2 | Deposition of Christian A. Larsen | N/A |
| PX 3 | Investigative Testimony of Patrick A. Griffin | N/A |
| PX 4 | Information Regarding XRP II, LLC's History and Business | RPLI_SEC 1043606 |
| PX 5 | Instructions For License to Engage in Virtual Currency Business Activity | RPLI_SEC 0001151 |
| PX 6 | Deposition of David Schwartz | N/A |
| PX 7 | Investigative Testimony of David Schwartz | N/A |
| PX 8 | Responses and Objections of Defendant Ripple Labs to Plaintiff's First Set of Requests for Admissions | N/A |
| PX 9 | Email chain dated January 23, 2018 with attachments | RPLI_SEC 0539460 |
| PX 10 | Deposition of Phillip Rapoport | N/A |
| PX 11 | Expert Report of Carol A. Osler | N/A |
| PX 12 | Expert Report of ▮▮▮ | N/A |
| PX 13 | Expert Rebuttal Report of ▮▮▮ | N/A |
| PX 14 | Deposition of Patrick Griffin | N/A |
| PX 15 | Deposition of Asheesh Birla | N/A |
| PX 16 | Investigative Testimony of Asheesh Birla | N/A |
| PX 17 | Deposition of Monica Long | N/A |
| PX 18 | Deposition of Antoinette O'Gorman | N/A |
| PX 19 | Deposition of Ryan Zagone | N/A |
| PX 20 | Deposition of Miguel Vias | N/A |

| PX 21 | Investigative Testimony of Miguel Vias | N/A |
|---|---|---|
| PX 22 | Deposition of Dinuka Samarasinghe | N/A |
| PX 23 | Deposition of Ron Will | N/A |
| PX 24 | Deposition of Ethan Beard | N/A |
| PX 25 | Deposition of Breanne Madigan | N/A |
| PX 26 | Deposition of Cristian Gil | N/A |
| PX 27 | Email chain dated January 10, 2020 and attachment | RPLI_SEC 0477674 |
| PX 28 | Email dated October 9, 2013 and attachment | RPLI_SEC 0320652 |
| PX 29 | Email dated October 17, 2013 and attachment | RPLI_SEC 0328413 |
| PX 30 | Email chain dated October 22, 2013 and attachment | RPLI_SEC 0337822 |
| PX 31 | Email dated August 21, 2014 | RPLI_SEC 0842466 |
| PX 32 | Email chain dated October 9, 2017 | RPLI_SEC 0645510 |
| PX 33 | Email chain dated July 30, 2019 | RPLI_SEC 0223540 |
| PX 34 | Email chain dated April 30, 2018 | RPLI_SEC 0624456 |
| PX 35 | Email chain dated June 1, 2013 | RPLI_SEC 0322029 |
| PX 36 | Investigative Testimony of Bradley Garlinghouse | N/A |
| PX 37 | Email chain dated April 9, 2017 | RPLI_SEC 0352161 |
| PX 38 | Email dated April 19, 2017 | RPLI_SEC 0043124 |
| PX 39 | Email chain dated January 17, 2018 | RPLI_SEC 0221961 |
| PX 40 | Email dated January 7, 2020 | RPLI_SEC 0476871 |
| PX 41 | Email chain dated December 12, 2017 and attachment | RPLI_SEC 0054865 |
| PX 42 | Email dated November 21, 2016 and attachments | RPLI_SEC 0887967 |
| PX 43 | Email dated March 28, 2017 | RPLI_SEC 0049126 |
| PX 44 | Email chain dated November 24, 2013 | RPLI_SEC 0461857 |

| PX 45 | Declaration of Chris Ferrante | N/A |
|---|---|---|
| PX 46 | Email chain dated March 28, 2017 and attachment | RPLI_SEC 0156968 |
| PX 47 | Email dated January 31, 2017 and attachments | RPLI_SEC 0532018 |
| PX 48 | Chats dated January 8, 2018 | RPLI_SEC 1108317 |
| PX 49 | Quora post by David Schwartz | |
| PX 50 | Email chain dated January 2, 2014 | RPLI_SEC 0530297 |
| PX 51 | Email chain dated April 3, 2017 | RPLI_SEC 0509599 |
| PX 52 | Email dated May 9, 2013 and attachments | RPLI_SEC 0070352 |
| PX 53 | Email dated October 25, 2013 and attachments | N/A |
| PX 54 | Email dated July 19, 2013 and attachments | RPLI_SEC 0088242 |
| PX 55 | Email chain dated June 10, 2014 and attachments | RPLI_SEC 0087902 |
| PX 56 | Email dated July 25, 2014 and attachments | RPLI_SEC 0087828 |
| PX 57 | XRP as Bridge Currency | N/A |
| PX 58 | Email chain dated July 22, 2014 | ▮_Ripple_0002422 |
| PX 59 | Email chain dated November 27, 2017 | RPLI_SEC 0377197 |
| PX 60 | Email chain dated December 7, 2017 | RPLI_SEC 0539552 |
| PX 61 | Email chain dated November 15, 2017 | RPLI_SEC 0376866 |
| PX 62 | Email chain dated December 13, 2013 | RPLI_SEC 0636333 |
| PX 63 | Email dated June 10, 2013 | RPLI_SEC 0321984 |
| PX 64 | Email dated October 8, 2017 | LARSEN-SEC-LIT-00002307 |
| PX 65 | Email chain dated March 23, 2017 | RPLI_SEC 0763477 |
| PX 66 | Email chain dated April 9, 2017 | RPLI_SEC 0361257 |
| PX 67 | Email chain dated May 6, 2017 | RPLI_SEC 0070425 |
| PX 68 | Email dated January 4, 2017 | RPLI_SEC 0353469 |

| PX 69 | Email chain dated November 9, 2017 | RPLI_SEC 0319272 |
| --- | --- | --- |
| PX 70 | Email chain dated March 22, 2018 | ███████ 000303 |
| PX 71 | Chats dated April 12, 2018 | RPLI_SEC 0198978 |
| PX 72 | Email chain dated June 25, 2014 and attachments | RPLI_SEC 0862507 |
| PX 73 | Brad Garlinghouse Employment Offer Letter | GARL_ Civil_ 000462 |
| PX 74 | Notice of XRP Ledger Address Award, to Brad Garlinghouse, May 29, 2019 | GARL00000002 |
| PX 75 | Notice of XRP Unit Bonus Award, to Brad Garlinghouse, December 13, 2016 | GARL00000010 |
| PX 76 | Email chain dated August 6, 2016 | GSR00014722 |
| PX 77 | Memorandum dated November 16, 2017 | RPLI_SEC 0395081 |
| PX 78 | Email chain dated September 3, 2019 | RPLI_SEC 0295506 |
| PX 79 | Email dated September 29, 2014 and attachments | RPLI_SEC 0391179 |
| PX 80 | Answer of Defendant Ripple Labs | N/A |
| PX 81 | Garlinghouse Deposition | N/A |
| PX 82 | Email dated November 29, 2013 and attachment | RPLI_SEC 0337666 |
| PX 83 | Email dated April 4, 2017 and attachment | RPLI_SEC 0885526 |
| PX 84 | Responses and Defenses of Ripple to Plaintiff's Fourth Set of Requests for Admission | N/A |
| PX 85 | Responses and Defenses of Ripple to Plaintiff's Second Set of Requests for Admission | N/A |
| PX 86 | Responses and Objections of Garlinghouse to Plaintiff's First Set of Requests for Admission | N/A |
| PX 87 | Email chain dated June 24, 2015 and attachment | RPLI_SEC 0095167 |
| PX 88 | Email dated May 12, 2018 and attachment | RPLI_SEC 0441722 |
| PX 89 | Email dated December 7, 2017 and attachment | RPLI_SEC 0376173 |
| PX 90 | Email dated May 8, 2013 | RPLI_SEC 0392729 |

| PX 91 | Email dated July 23, 2019 | RPLI_SEC 0200714 |
|---|---|---|
| PX 92 | Email chain dated September 11, 2019 | RPLI_SEC 0463382 |
| PX 93 | Email dated January 18, 2018 and attachments | RPLI_SEC 0394436 |
| PX 94 | Ripple Responses to Plaintiff's Fifth Set of Requests for Admissions | N/A |
| PX 95 | Email dated May 8, 2014 | RPLI_SEC 0425911 |
| PX 96 | Email dated May 23, 2014 | █████_Ripple_0000903 |
| PX 97 | Email chain dated September 13, 2016 | RPLI_SEC 0378113 |
| PX 98 | Email chain dated November 13, 2016 | RPLI_SEC 1027130 |
| PX 99 | Email dated March 27, 2017 and attachments | RPLI_SEC 0025512 |
| PX 100 | Email chain dated August 1, 2014 | RPLI_SEC 0516476 |
| PX 101 | Email dated November 30, 2013 | RPLI_SEC 0012359 |
| PX 102 | Email chain dated April 8, 2017 | RPLI_SEC 0352285 |
| PX 103 | Email dated April 21, 2017 and attachment | RPLI_SEC 0026955 |
| PX 104 | Email dated May 2, 2017 and attachment | RPLI_SEC 0026844 |
| PX 105 | Email dated April 30, 2017 and attachment | RPLI_SEC 0026846 |
| PX 106 | Email chain dated May 4, 2017 and attachments | RPLI_SEC 0026857 |
| PX 107 | Email chain dated July 30, 2014 | RPLI_SEC 0882487 |
| PX 108 | Email dated June 3, 2014 | RPLI_SEC 0867637 |
| PX 109 | Email chain dated April 14, 2014 | RPLI_SEC 0644286 |
| PX 110 | Webpage Capture of RippleForum post dated August 14, 2014 | N/A |
| PX 111 | Email chain dated August 18, 2014 | RPLI_SEC 0530020 |
| PX 112 | Email chain dated May 8, 2017 | RPLI_SEC 0032680 |
| PX 113 | [Reserved] | |

| PX 114 | Email dated June 5, 2017 | RPLI_SEC 0054397 |
|---|---|---|
| PX 115 | Email dated May 1, 2017 with attachment | RPLI_SEC 0025373 |
| PX 116 | Email dated May 16, 2017 | RPLI_SEC 0025370 |
| PX 117 | Email chain dated November 27, 2017 | RPLI_SEC 0026664 |
| PX 118 | Email chain dated December 3, 2017 | RPLI_SEC 0376309 |
| PX 119 | Email dated December 12, 2017 | ███████ 0041493 |
| PX 120 | Email dated January 5, 2018 | RPLI_SEC 1049291 |
| PX 121 | Email dated May 16, 2017 | LARSEN-SEC-LIT-00002761 |
| PX 122 | Email dated December 7, 2017 | LARSEN-SEC-LIT-00002980 |
| PX 123 | Email chain dated September 28, 2015 | RPLI_SEC 0882708 |
| PX 124 | Email chain dated March 25, 2017 | RPLI_SEC 0461956 |
| PX 125 | Email chain dated December 21, 2017 and attachment | RPLI_SEC 0624327 |
| PX 126 | Email dated December 17, 2017 | SEC-████-RIPPLE_0012552 |
| PX 127 | Twitter post by @PatGriffin9 dated December 16, 2017 | N/A |
| PX 128 | Email chain dated December 14, 2017 | ███████ 0041460 |
| PX 129 | Email dated April 10, 2017 | ██████_Ripple_0002462 |
| PX 130 | Email chain dated April 29, 2017 | RPLI_SEC 0030278 |
| PX 131 | Email chain dated April 8, 2017 | RPLI_SEC 0031476 |
| PX 132 | Email chain dated April 8, 2017 | RPLI_SEC 0595858 |
| PX 133 | Email chain dated May 1, 2017 | RPLI_SEC 0174887 |
| PX 134 | Email dated December 15, 2017 with attachment | RPLI_SEC 0866480 |
| PX 135 | Transcription of Recording of Impromptu Meeting, dated December 14, 2017 | RPLI SEC 1100541 |
| PX 136 | Email chain dated March 31, 2017 | ███████ 0057043 |

| PX 137 | Email chain dated March 31, 2017 | ▮▮▮▮0057431 |
| --- | --- | --- |
| PX 138 | Email chain dated October 15, 2013 | RPLI_SEC 0012819 |
| PX 139 | Email dated November 3, 2013 | LARSEN-SEC-LIT-00003489 |
| PX 140 | Email chain dated August 10, 2017 | RPLI_SEC 0622801 |
| PX 141 | Email chain dated July 28, 2016 | RPLI_SEC 0019150 |
| PX 142 | Email chain dated April 3, 2017 | RPLI_SEC 0509599 |
| PX 143 | Email chain dated March 21, 2019 | RPLI_SEC 1029362 |
| PX 144 | Email chain dated January 11, 2018 | RPLI_SEC 1048433 |
| PX 145 | Email dated July 1, 2019 | SEC-▮▮▮▮-E-0048590 |
| PX 146 | Email chain dated June 26, 2018 | RPLI_SEC 0261294 |
| PX 147 | Email chain dated March 22, 2017 | RPLI_SEC 0542677 |
| PX 148 | Email chain dated April 19, 2017 | RPLI_SEC 0528863 |
| PX 149 | Email dated December 19, 2013 with attachment | RPLI_SEC 0646482 |
| PX 150 | Email chain dated November 30, 2013 | RPLI_SEC 0012358 |
| PX 151 | Email chain dated November 21, 2014 | RPLI_SEC 0054769 |
| PX 152 | Email chain dated May 21, 2014 | RPLI_SEC 0842618 |
| PX 153 | Email dated July 21, 2016 | SEC-▮▮▮-RIPPLE_0009285 |
| PX 154 | Email chain dated July 5, 2019 | ▮▮▮▮_000144 |
| PX 155 | Email dated April 2, 2017 | RPLI_SEC 0049065 |
| PX 156 | Email chain dated April 15, 2020 | RPLI_SEC 0567373 |
| PX 157 | Email chain dated August 19, 2016 with attachment | RPLI_SEC 0052598 |
| PX 158 | Email dated September 3, 2013 with attachments | RPLI_SEC 0098235 |
| PX 159 | Email chain dated March 23, 2017 | RPLI_SEC 0461976 |
| PX 160 | Email chain dated June 21, 2016 | RPLI_SEC 0040947 |

| PX 161 | Email dated March 26, 2017 | RPLI_SEC 0513551 |
| --- | --- | --- |
| PX 162 | Email chain dated April 10, 2017 | RPLI_SEC 0577766 |
| PX 163 | Email dated March 22, 2017 | RPLI_SEC 0425936 |
| PX 164 | Email chain dated May 27, 2020 | RPLI_SEC 0478900 |
| PX 165 | Email chain dated October 27, 2020 | RPLI_SEC 0505983 |
| PX 166 | Email chain dated July 23, 2019 | RPLI_SEC 0181347 |
| PX 167 | Chat dated April 11, 2019 | RPLI_SEC 1102439 |
| PX 168 | Information Regarding XRP II, LLC's History and Business | RPLI_SEC 0001203 |
| PX 169 | Letter Response by Counsel to Inquiry from the New York State Department of Financial Services, dated March 9, 2016 | RPLI_SEC 0846192 |
| PX 170 | Email chain dated April 22, 2016 | RPLI_SEC 0038156 |
| PX 171 | Email chain dated September 20, 2014 | ▇▇▇▇_0001489 |
| PX 172 | Email chain dated May 30, 2019 | RPLI_SEC 0435051 |
| PX 173 | Declaration of ▇▇▇▇ (August 22, 2022) | N/A |
| PX 174 | Email chain dated July 10, 2017 | RPLI_SEC 0762086 |
| PX 175 | Email chain dated November 16, 2018 | RPLI_SEC 0080779 |
| PX 176 | Email chain dated April 20, 2020 with attachment | RPLI_SEC 0582856 |
| PX 177 | Email dated April 23, 2019 with attachments | RPLI_SEC 0268793 |
| PX 178 | Email chain dated August 16, 2016 | RPLI_SEC 0050737 |
| PX 179 | Email chain dated February 22, 2017 | RPLI_SEC 0312056 |
| PX 180 | Standalone table with Quarterly XRP Sales | N/A |
| PX 181 | Chat dated August 18, 2020 | RPLI_SEC 1102142 |
| PX 182 | Email chain dated January 10, 2020 | RPLI_SEC 0502500 |
| PX 183 | Email dated June 23, 2020 with attachment | RPLI_SEC 0302044 |

| PX 184 | Email dated June 23, 2020 with attachment | RPLI_SEC 0301742 |
| --- | --- | --- |
| PX 185 | Chats dated June 23-24, 2020 | RPLI_SEC 0504550 |
| PX 186 | Email chain dated June 23, 2020 with attachment | RPLI_SEC 0301656 |
| PX 187 | Email chain dated July 6, 2020 with attachment | RPLI_SEC 0878010 |
| PX 188 | Email chain dated July 14, 2020 | RPLI_SEC 0301861 |
| PX 189 | Email chain dated November 24, 2020 | RPLI_SEC 0505410 |
| PX 190 | Email dated July 21, 2020 with attachment | RPLI_SEC 0504019 |
| PX 191 | Email chain dated August 6, 2020 | RPLI_SEC 0590964 |
| PX 192 | Email chain dated October 14 2016 | RPLI_SEC 1050812 |
| PX 193 | Email chain dated July 2, 2019 | RPLI_SEC 0413724 |
| PX 194 | Email dated July 29, 2019 | RPLI_SEC 0468211 |
| PX 195 | Email chain dated September 6, 2019 | RPLI_SEC 0472187 |
| PX 196 | Email chain dated April 3, 2019 | RPLI_SEC 0414368 |
| PX 197 | Email chain dated October 14, 2016 | RPLI_SEC 1050812 |
| PX 198 | Email chain dated June 27, 2019 | GSR00007158 |
| PX 199 | Email dated August 21, 2020 with attachments | RPLI_SEC 0590771 |
| PX 200 | Email dated May 9, 2018 with attachment | RPLI_SEC 0431916 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 13, 2022



Ladan F. Stewart