PX 174

Message

**From:** Miguel Vias [____@ripple.com]
**Sent:** 7/10/2017 7:32:11 PM
**To:** ____@ripple.com]
**CC:** ____@ripple.com]
**Subject:** Re: Call Notes:

Thanks ____

They will just be buying XRP, but it's a great sign that retail brokers are jumping in. Good first step!

On Mon, Jul 10, 2017 at 10:28 PM, ____ @ripple.com> wrote:
Great news!

So which of our products will they be using? Are they integrating w xrp Ledger? Just buying and selling xrp themselves?

On Mon, Jul 10, 2017 at 7:19 PM Miguel Vias <____@ripple.com> wrote:
Attendees: ____ (CEO)

Objective: Introductory call based on introduction from ____

Key takeaways:
- ____ s a traditional retail FX brokerage
- Due to regulation one of few FX houses left in NY
- Attempting to leverage geography to expand into the digital asset space
- Has interest in offering XRP to clients ASAP
- Spoken to a few market makers with limited ability to service XRP; open to introductions to more market makers
- Interested in on-boarding to XRP II via ____ in order to buy XRP directly

Next steps:
- Send KYC/AML forms
- Make market maker introductions
- On-board to ____ when ready

--
Miguel Vias | Head of XRP Markets
____@ripple.com | www.ripple.com
T.

Sent from iPhone

CONFIDENTIAL
RPLI_SEC 0762086

--
Miguel Vias | Head of XRP Markets
www.ripple.com

CONFIDENTIAL

RPLI_SEC 0762087