# PX 175



| | |
|---|---|
| **Message** | |
| From: | @ripple.com] |
| on behalf of | @ripple.com> [ @ripple.com] |
| Sent: | 11/16/2018 12:54:36 PM |
| To: | com>] |
| CC: | Asheesh Birla [Asheesh Birla < ripple.com>] |
| Subject: | Re: xCurrent 4 follow-up |

Hey

Those three you mentioned are the three that are moving into commercial production with xRapid (per our release at SWELL).

On Fri, Nov 16, 2018 at 12:15 PM <_____ com> wrote:
> Hey guys,
>
> Just making sure: have any xCurrent customers who've upgraded to 4.0 opted for xRapid integration so far? Are the only companies using xRapid commercially still _____ and _____
>
> Thanks
>
> --
> Reporter |
> Phone:
> Skype:
> Interacting with



News -- Events -- Research

--

Director of Corporate Communications | Ripple

**ripple**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.      RPLI_SEC 0080779