PX 176

filed under seal

as

D.E. 630-175