# PX 177

Message

| | |
|---|---|
| **From:** | Ron Will [█ @ripple.com] |
| on behalf of | Ron Will < █ ripple.com> █ @ripple.com] |
| **Sent:** | 4/23/2019 4:38:15 PM |
| **To:** | █ om>] |
| **Subject:** | Additional materials |

█

Great meeting today.

Please see the materials attached:

- █ Non-deal Roadshow logistics, feedback and summary
- █ Non-deal Roadshow presentation
- Project Raven (Fundraising) Company overview (similar to █ NDR presentation)
- Project Raven (Fundraising) Financial presentation
- Q1 2019 dashboard and analytics

Happy to quickly walk you thru any of the information - let me know what might be most helpful.

Best,
Ron

--
Ron Will
Chief Financial Officer | Ripple
█ @ripple.com | ripple.com





# Modernizing Global Payments

LEADING A REVOLUTION WITH BLOCKCHAIN AND DIGITAL ASSETS

April 2019

CONFIDENTIAL 1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268794



1. What's the Deal?

2. The Global Payments Opportunity

3. RippleNet: Next-Gen Infrastructure

4. We're in the Lead

5. Regulatory Engagement

6. XRP

CONFIDENTIAL    2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268795



# What's the Deal?

CONFIDENTIAL  3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0268796



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268797



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268798



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0268799



Before Selling Everything, Amazon Sold Books

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268800



**Our Vision**

The Internet of Value:
Enable the world to move value like
information moves today.

CONFIDENTIAL 8



Our Mission

Remove friction from global payments.

CONFIDENTIAL    9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268802

# The Global Payments Opportunity

CONFIDENTIAL 10

 RPLI_SEC 0268803



# A Large and Growing Opportunity

**27** **$TRILLION** in cross-border payments

**10** **$TRILLION** in trapped liquidity

Source: The Boston Consulting Group; Ripple analysis

CONFIDENTIAL  11



# Unreliable

## 6% of payments fail



CONFIDENTIAL  13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0268806



**Costly**

$10 trillion trapped

CONFIDENTIAL 14

# RippleNet: Next-Gen Infrastructure

CONFIDENTIAL 15

# RippleNet Helps Financial Institutions Serve New Customer Demands



On-demand,
real-time



Low-cost,
inexpensive

100%

No delays
or failures

CONFIDENTIAL    16

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0268809



# Process Payments

 xCurrent

**Real-time, trackable global payments with no failures**

- **Rulebook for RippleNet adoption**



CONFIDENTIAL 18

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268811



## Source Liquidity

xRapid

**Lower liquidity costs**

- On-demand liquidity sourcing
- Eliminate pre-funding

Exchange

Exchange

XRP Ledger

CONFIDENTIAL    19

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Send Payments



xVia

**Standardized connectivity**

- Include payment details
- End-to-end visibility

CONFIDENTIAL 20

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268813



We're in the Lead

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268814



Over 200+ Production Contracts Signed

CONFIDENTIAL 22

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268815