




- Why RippleNet? New payment volume.

- The result? Connected to six new RippleNet partners with seven in the pipeline.

CONFIDENTIAL 24

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268817




FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

CONFIDENTIAL 25

RPLI_SEC 0268818

# The Market Is Primed for xRapid

In a global survey of payment service providers*

# 75%

are extremely or very interested in using digital assets for settlement...

...mostly due to pre-funding.

\* The Blockchain in Payments Report (Aug. 2018) analyzed data from 676 respondents in 22 countries who are directly involved with payment services at their organization.

CONFIDENTIAL 26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268819

# Regulatory Engagement

CONFIDENTIAL 27
FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.
RPLI_SEC 0268820



# Regulatory and Policy Engagement

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268822

CONFIDENTIAL 29



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0268823

# Head to Head: XRP Is the Best Digital Asset for Settlement

**BTC**

- 720 seconds to settle
- Fees: $0.30/transaction
- 3 transactions per second
- 1% of global energy consumption

**XRP**

- 4 seconds to settle
- Fees: $0.0006/transaction
- 1500 transactions per second
- Negligible energy consumption

CONFIDENTIAL 31

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0268824



## Our Stake, Our Responsibility

Own 59 billion XRP

Placed 55 billion in escrow

Publish quarterly reports on sales

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268825



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0268826



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268827

# In Summary

**01** RippleNet: instant, reliable, low-cost global payments for the first time in history.

**02** Commercial traction: 200+ production contracts with financial institutions.

**03** XRP: addresses $10T in trapped capital as RippleNet's on-demand liquidity solution.

**04** Working with government: 50+ relationships with regulators, central banks, policy makers.

CONFIDENTIAL 35

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0268828



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.       RPLI_SEC 0268829

*STRICTLY CONFIDENTIAL*

# ripple

# Project Raven

---

FINANCIAL PRESENTATION

January 2019

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268830

MOELIS & COMPANY



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268831

# Global Interest in Cryptocurrency Has Skyrocketed…

**Google Trends Cumulative Interest Over Time**

Jan-16　Apr-16　Jul-16　Oct-16　Jan-17　Apr-17　Jul-17　Oct-17　Jan-18　Apr-18　Jul-18　Oct-18

■ Cryptocurrency　■ XRP

Source: Google Trends (Global News Search)

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　RPLI_SEC 0268832



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. — RPLI_SEC 0268833