# Ripple is Uniquely Positioned to Build Upon this Momentum

Ripple is One of the Largest Holders
of Digital Assets in the World

**50+**
Relationships Globally

Central Banks
Regulators
Policy Makers

---

59B XRP
$21B Notional Value[1]

---

Regulatory Advisors Include:

| Mary Jo White | Andrew Ceresney |
| --- | --- |
| *Former Chair of SEC* | *Former Director of Enforcement of SEC* |

1. Based on $0.36 per XRP

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268834



# XRP is One of the Top 3 Global Cryptocurrencies by Market Capitalization

**Top 10 Global Cryptocurrencies by Market Capitalization**



($ in billions)

| Bitcoin | XRP | Ethereum | Bitcoin Cash | EOS | Stellar | Tether | Litecoin | Bitcoin SV | TRON |
|---------|-----|----------|--------------|-----|---------|--------|----------|------------|------|
| $65.3 | $35.3 | $13.9 | $2.6 | $2.3 | $2.2 | $1.9 | $1.8 | $1.5 | $1.3 |

Source: Coinmarketcap.com as of 12/31/2018, Ripple Labs
Note: Ripple market capitalization reflects the closing price of XRP multiplied by 100 billion XRP units

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0268835



More Than $400 Billion in Notional Value of XRP has Traded Since April 2017

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0268836



# Ripple Executes Trades in XRP Programmatically in the Normal Course

**Ripple Cumulative Programmatic XRP Sales – Notional Value**





**Ripple Cumulative Programmatic XRP Sales - Units**





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268838

Ripple Also Sells XRP Over the Counter

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268839



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268840



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0268841



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0268842

# XRP Holdings

**59.0B**
✕RP

**53.5B**
✕RP
In Escrow

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268843

 DR - investor feedback

**High-level feedback from**

- There was diversity in the investor audience: generalists/portfolio managers and some that are more in the weeds on crypto (these were more limited).
- At the highest level, all investors had a favorable impression of management and the company.
- Investors from the Payments/Fintech software areas came away with a favorable perspective of the company. They liked the "lack of bullshit and straight forward approach" from management.

**Competitive Urgency**

- A general takeaway is that the company has a first mover advantage, but a finite time window to sponsor liquidity via exchanges or pursue acquisitions of "projects in the fintech space."
- As an aside, Jim commented, "there is a group of investors that think Ripple could IPO today and the stock price would just track the digital asset."
- According to Jim, most of the investors seem to realize the challenges faced by taking on SWIFT.

**Messaging**

- Several investors commented that they would have appreciated greater detail on the banking relationships/use cases (                    cited as an example).
- A couple investors said a hard copy would have been a helpful visual aid. One investor said he was not very familiar with the Ripple story coming into the meeting and a hard copy showing the current "SWIFT plumbing system, pain points in the system and how Ripple is addressing" would have been helpful.
- Jim said that there was good information in the presentation, but his suggestion was to move the use cases/banking relationships to the front and discuss right away rather than getting derailed early on with questions/issues that may prevent the company from getting to the more meaty/relevant material.

**Business Model**

- Investors from the payments/Software space are interested in hearing more about partnerships, where the activity is coming from and how this translates to revenue.
- "Hard to understand how Ripple is making money and if they have a durable model."
- One investor remarked that it will take creativity to tell the story, more use models and how these models translate into a $ opportunity.
- Traditional investors may have difficulty valuing the model: they will want to understand what the transaction-based and software-based revenue is over time.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Q1 2019 Board Update - Notes & Data

*Table of Contents*

1. Q1 Actuals - Key Metrics
    a. Production Deals Signed
    b. Active Connections
    c. Volume
    d. XRP Sales
    e. Cash Balance
2. Q1 Actuals vs. Plan - Financial Summary
3. Q2 Re-Forecast - Key Metrics
    a. Q2 Outlook [link up]
    b. FY19 Outlook [link up]
4. Q2 Re-Forecast vs. Plan - Financial Summary
    a. FY 10 Outlook [link up]
5. XRP Volume - Rankings by Exchange and Pair
6. XRP Volume - Fiat vs. Digital
7. GAAP Financials



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268846



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268847

## Q1 Software Deal Pricing Summary



RPLI_SEC 0268848



**List of Active Connections at the end of Q1 (new additions highlighted):**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268849

## Transaction Volume & Value Summary



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268850

**Detailed Transaction Volume by Counterparty Pair: Q1 OKR 50K; Actual 67K**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268852



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268853



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268854



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268855



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268856



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268857



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268858



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268859



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268860



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268861





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268864



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268865



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268866



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268867



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268868



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268869



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268870



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268871



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268872





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268874



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268875



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268876



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268877



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268878



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0268879

# BRAD GARLINGHOUSE, CEO
# RON WILL, CFO



### Thursday, April 04, 2019
### New York, NY

| MANAGEMENT |
| --- |

Brad Garlinghouse, CEO

Ron Will, CFO



## Summary Schedule

| DATE | CITY | TIME(Local) | MEETING TYPE | INVESTOR(S) |
| --- | --- | --- | --- | --- |
| Thursday, April 04, 2019 | New York | 7:15 AM | Meet & Greet | |
| | | 7:45 AM | One on One | |
| | | 8:30 AM | Group Meeting | Group Breakfast |
| | | 10:00 AM | One on One | |
| | | 11:30 AM | Group Meeting | Group Lunch |
| | | 1:15 PM | One on One | |
| | | 2:45 PM | One on One | |
| | | 3:45 PM | Depart for Airport | |

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0268880

**LOGISTICS**

Onsite contact: ▮
Brad's Attire: dark navy suit, white shirt, light blue-striped tie
▮ Attire: suit of choice



| One-on-one meeting |
| --- |
| |
| **Group Breakfast** |

2



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0268882



One-on-one meeting with ▮▮▮▮▮▮▮▮▮ n their offices

Group Lunch Meeting

4



**One-on-one meeting:**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC. RPLI_SEC 0268884