# PX 180

| Quarter | Programmatic, Sum of Total Amount | OTC, Sum of Total Amount | Commit to Sell, Sum of Total Amount | Loan to Purchase, Sum of Total Amount | Total USD Amount |
|---|---|---|---|---|---|
| 2014 Q4 | $ 2,535,979.74 | | | | $ 2,535,979.74 |
| 2015 Q1 | $ 2,581,966.97 | | | | $ 2,581,966.97 |
| 2015 Q2 | $ 945,943.01 | | | | $ 945,943.01 |
| 2015 Q3 | $ 1,326,464.83 | | | | $ 1,326,464.83 |
| 2015 Q4 | $ 2,058,183.05 | | | | $ 2,058,183.05 |
| 2016 Q1 | $ 2,249,507.70 | $ 2,941,578.64 | | | $ 5,191,086.33 |
| 2016 Q2 | $ 1,827,953.89 | $ 538,934.80 | | | $ 2,366,888.69 |
| 2016 Q3 | $ 947,898.43 | $ 1,129,165.35 | | | $ 2,077,063.78 |
| 2016 Q4 | $ 1,214,634.33 | $ 6,485,267.20 | | | $ 7,699,901.53 |
| 2017 Q1 | $ 363,639.00 | $ 6,092,084.14 | | | $ 6,455,723.14 |
| 2017 Q2 | $ 10,365,603.90 | $ 21,338,422.22 | | | $ 31,704,026.12 |
| 2017 Q3 | $ 32,649,601.07 | $ 19,553,811.95 | | | $ 52,203,413.02 |
| 2017 Q4 | $ 73,330,256.07 | $ 20,139,956.00 | | | $ 93,470,212.07 |
| 2018 Q1 | $ 151,016,848.99 | $ 16,626,529.02 | | | $ 167,643,378.01 |
| 2018 Q2 | $ 56,659,886.42 | $ 16,871,663.28 | | | $ 73,531,549.70 |
| 2018 Q3 | $ 66,263,929.19 | $ 90,839,583.66 | $ 5,161,159.50 | $ 2,065,898.40 | $ 164,330,570.75 |
| 2018 Q4 | $ 88,787,086.41 | $ 19,270,756.00 | $ 20,835,213.40 | $ 44,238.30 | $ 128,937,294.11 |
| 2019 Q1 | $ 107,496,342.62 | $ 61,916,119.08 | | | $ 169,412,461.70 |
| 2019 Q2 | $ 144,637,216.75 | $ 106,868,754.47 | | | $ 251,505,971.22 |
| 2019 Q3 | $ 16,115,636.01 | $ 50,124,849.12 | | | $ 66,240,485.13 |
| Grand Total | $ 763,374,578.38 | $ 440,737,474.93 | $ 25,996,372.90 | $ 2,110,136.70 | $ 1,232,218,562.91 |



EXHIBIT 23
12-17-19 M