# PX 181

```
From:            [REDACTED]@ripple.com>
Sent:            Tue, 18 Aug 2020 22:50:59 +0000
Subject:         [Slack Retention]ripple - dm-[REDACTED] Shared Private Im
To:              [REDACTED]@ripple.com>, [REDACTED]@ripple.com>
04_Liquidity-FB.jpg
```

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2020-08-18T22:15:04.0000000Z | [REDACTED]@ripple.com | hi ron! brad interviewed with a reporter who has a question around our 32M in OTC sales - he wanted to know if any of that went to operating expenses? [REDACTED] said we can definitively say no (it went to [REDACTED] and XRPO) - you good/agree with that? sending over draft responses to BG today so LMK |
| 2020-08-18T22:20:11.0000000Z | [REDACTED]@ripple.com | huh |
| 2020-08-18T22:20:31.0000000Z | [REDACTED]@ripple.com | i'll need to see how [REDACTED]'s thinking about this |
| 2020-08-18T22:27:36.0000000Z | [REDACTED]@ripple.com | because the 32M in OTC sales is [REDACTED] and XRPO |
| 2020-08-18T22:27:54.0000000Z | [REDACTED]@ripple.com | so what am I missing? |
| 2020-08-18T22:28:13.0000000Z | [REDACTED]@ripple.com | Is it "where did the XRP go from OTC sales?" |
| 2020-08-18T22:28:24.0000000Z | [REDACTED]@ripple.com | or "where did the cash from your OTC sales go?" |
| 2020-08-18T22:29:25.0000000Z | [REDACTED]@ripple.com | *Ripple just announced the sale of $32 million plus in XRP last quarter, attributing it as going to providing liquidity, and said it's still in a programmatic pause in terms of sales. Is any of that going to operating expenses?*<br>No - as you mentioned (and the report outlines), OTC sales went to providing increased liquidity to RippleNet's On-Demand Liquidity customers. Liquidity is vital as ODL continues to evolve and expand into new corridors, and ODL customers use XRP as a bridge currency for cross-border payments. |
| 2020-08-18T22:29:35.0000000Z | [REDACTED]@ripple.com | this is the question and draft answer |
| 2020-08-18T22:30:40.0000000Z | [REDACTED]@ripple.com | the reporter pulled the 32 m in sales (OTC) from xrp markets report |
| 2020-08-18T22:31:50.0000000Z | rwill@ripple.com | might be easier to hop on a call but.... when we do XRPO - we are increasing liquidity by providing a customer ([REDACTED]) with the ability to source XRP efficiently - by buying it from us. However - if the question is ok, you sold $32mm of XRP OTC, by doing XRPO (and [REDACTED] - what did you do with the cash |
| 2020-08-18T22:32:04.0000000Z | [REDACTED]@ripple.com | then the answer to that is - we paid bills or we put it in the bank |

CONFIDENTIAL

| Timestamp | From | Message |
|---|---|---|
| 2020-08-18T22:32:37.0000000Z | @ripple.com | XRPO is just Programmatic/OTC 2.0 |
| 2020-08-18T22:38:05.0000000Z | @ripple.com | We are selling XRP - but now as part of the "flow" of ODL |
| 2020-08-18T22:38:22.0000000Z | @ripple.com | does any of that make sense? |
| 2020-08-18T22:39:21.0000000Z | @ripple.com | it does makes sense - i'm thinking through how to position the response |
| 2020-08-18T22:39:44.0000000Z | @ripple.com | you can do it Stacey! |
| 2020-08-18T22:39:53.0000000Z | @ripple.com | i'll take another read through the XRP Markets report |
| 2020-08-18T22:40:00.0000000Z | @ripple.com | let you know if I can help |
| 2020-08-18T22:41:14.0000000Z | @ripple.com | so it says this: In Q2 2020, total XRP sales were $32.55 million (USD) vs. $1.75 million the previous quarter. Ripple continued the pause of programmatic sales, focusing solely on its over-the-counter (OTC) sales as part of providing increased XRP liquidity to RippleNet's On-Demand Liquidity (ODL) customers. This added liquidity is vital as ODL continues to evolve and expand into new corridors.<br>A healthy, orderly XRP market is required to minimize cost and risk for customers, and Ripple plays a <https://ripple.com/insights/liquidity-and-global-markets-101/\|responsible role> in the liquidity process.<br><br>Attachment data<br>-----<br>Summary: Ripple: Liquidity and Global Markets \| 101 \| Ripple<br>Title: Liquidity and Global Markets \| 101 \| Ripple<br>Text: It's more critical than ever to provide education around the fundamentals of liquidity and its importance to global markets.<br>---------- |
| 2020-08-18T22:41:46.0000000Z | @ripple.com | So maybe we can talk about "historically we have provided liquidity to the (overall) XRP market through programmatic and OTC sales" |
| 2020-08-18T22:42:02.0000000Z | @ripple.com | As ODL has matured |
| 2020-08-18T22:42:22.0000000Z | @ripple.com | we have begun providing that liquidity directly to customers (or as part of the product) |

| Timestamp | Sender | Message |
|---|---|---|
| 2020-08-18T22:42:28.0000000Z | @ripple.com | something like that? |
| 2020-08-18T22:43:53.0000000Z | @ripple.com | **Redacted - Privilege** |
| 2020-08-18T22:44:41.0000000Z | @ripple.com | hmm... well thats like saying "do I use my salary to pay my mortgage" |
| 2020-08-18T22:44:56.0000000Z | @ripple.com | "nope - i just take money from my bank account" |
| 2020-08-18T22:45:03.0000000Z | @ripple.com | hahah |
| 2020-08-18T22:45:08.0000000Z | @ripple.com | where does your salary go? |
| 2020-08-18T22:45:11.0000000Z | @ripple.com | my bank account |
| 2020-08-18T22:45:17.0000000Z | @ripple.com | but this is different money |
| 2020-08-18T22:45:44.0000000Z | @ripple.com | reality is that we have $250mm+ in cash |
| 2020-08-18T22:45:48.0000000Z | @ripple.com | so you could say that |
| 2020-08-18T22:45:55.0000000Z | @ripple.com | but eventually - we are using that cash |
| 2020-08-18T22:46:36.0000000Z | @ripple.com | maybe say "In Q2 - we did not use OTC sales for operating expenses" |
| 2020-08-18T22:46:54.0000000Z | @ripple.com | we actually did segregate funds from XRPO for the first few weeks |
| 2020-08-18T22:46:56.0000000Z | @ripple.com | so that is accurate |
| 2020-08-18T22:47:06.0000000Z | @ripple.com | was only live for 4-5 weeks in Q2 |

| | | |
|---|---|---|
| 2020-08-18T22:47:24.0000000Z | @rip ple.com | but in Q3, and Q4, you are going to have to use that cash |
| 2020-08-18T22:47:58.0000000Z | @rip ple.com | i just hope this answer gets me invited to the next Comms Covid Party |
| 2020-08-18T22:49:28.0000000Z | @rip ple.com | maybe - if BG likes the response, you're in. if he doesn't, youre out, and i'm going to tell him you helped me with this |
| 2020-08-18T22:50:44.0000000Z | @rip ple.com | doh!@ |
| 2020-08-18T22:50:59.0000000Z | @rip ple.com | simpsons simpsons Image link: https://media3.giphy.com/media/fDO2Nk0lmzvvW/giphy.gif?cid=6104955ec98bc9a437d63e074b9c3224c5ed40e8d6ba5e6f&rid=giphy.gif ---------- Posted using /giphy |

CONFIDENTIAL

RPLI_SEC 1102145