# PX 183

| | |
|---|---|
| **From:** | Breanne Madigan <███████@ripple.com> |
| **Sent:** | Tuesday, June 23, 2020 4:26 PM |
| **To:** | ███ |
| **Cc:** | Ron Will |
| **Subject:** | XRP-O Supply concerns |
| **Attachments:** | XRP-O BuyBacks - BG _ CL (1).pdf |

███

Per your conversation with Ron earlier today, I wanted to share this deck we've pulled together re: XRP-O supply concerns. Please let us know your feedback when you have a moment.
Thank you!
Best,
Breanne

--
Breanne Madigan
VP, Head of Global Institutional Markets
███████@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0302044

# XRP-O Supply Concerns

*ripple*

• Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0302045

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## Three Potential Narratives

1. **XRP supply, regardless of source, has similar market impact**

2. **XRP supply from Ripple**, possibly due to higher visibility, **has greater market impact**

3. **XRP supply from XRPO has the greatest market impact**, possibly due to higher visibility, lower natural liquidity and wider spreads

For the purposes of this presentation, **we will assume narrative 3** while we continue to investigate further.

Restricted

RPLI_SEC 0302046

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Executive Summary

- XRP began underperforming BTC since the BTC halving in early May - and underperformance has accelerated with the launch of XRP-O

- XRP selling via XRP-O has led to negative pressure on XRP

    - Since the launch of XRP-O on 5/25, more than $24.5M of XRP sell orders was placed into the market without offsetting buy flow

    - Market participants are aware of XRP-O and the incremental supply, creating a negative perception

- Finance/Markets teams have been focused on a number of supply limiting tactics

- Markets team has also been focused on other utility initiatives (detailed in appendix)

- **XRP-O Repurchasing** could directly dampen the effects of XRP-O selling

Restricted

RPLI_SEC 0302047

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## XRP-O and its Effects

- **XRP-O** launched on May 25th with ▬▬ and May 27th with ▬▬

Between May 25th and June 23rd

- **Over $24.5M** of XRP-O has been executed
- Although the majority of the orders ($20.3M) were on ▬▬ Market Maker support was able to dampen the effects on XRP/MXN
- **However, there is evidence that XRP underperformance may be due to increased supply**



Restricted

RPLI_SEC 0302048

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



Chart of YTD returns from 1/1 - 6/23

RPLI_SEC 0302049

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Lead-up XRP-O: XRP outperformed vs BTC by 5% 5/20-5/27



**Legend**
XRP/USD on Bitstamp
XRP/MXN on [redacted]

BTC/USD on Bitstamp
BTC/MXN on [redacted]

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate

Chart of Cumulative returns from 5/20 - 5/27



● Restricted

RPLI_SEC 0302050



Chart of Cumulative returns from 5/27 - 6/23

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0302051

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## Current XRP Supply Reduction Tactics

- Reducing XRP supply introduced opportunistically - for example:
  - Ripple for Good
  - ██████ ODL incentives

**PRO** - Reducing aggregate XRP supply to market

**CON** - These initiatives are not as visible to market players; more 'behind the scenes' - thus, for market participants watching screens, these efforts may not have as much of an impact on XRP performance as a direct re-purchase program would

Restricted

RPLI_SEC 0302052

# Potential Repurchase Initiative for XRP-O: OPTIONS

**Option A: Repurchase XRP via MMs on multiple exchanges with 1-3 month pilot**

- Pro: daily purchase on programmatic basis, spread across market exchanges
- Con: Using operating budget; if spread across multiple exchanges, perhaps performance equilibrium benefits, but optics not as significant given XRP-O concentrated or ▮

**Option B: Repurchase XRP directly from MMs with 1-3 month pilot**

- Pro: Ripple saves MM from selling on the mkt; saves MM paying commissions to sell; avoids MM crossing spread to sell + then Ripple again crossing spread to buy
- Con: Using operating budget to purchase



Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0302053

## Proposed Repurchase Initiative for XRP-O: OPTIONS

**Option C: Repurchase XRP on ▮▮▮ via MMs (CS), with 1-3 month pilot**

- Pro: Addresses imbalance on the exchange where the XRP-O flow is most concentrated
- Con: Using operating budget to purchase; not diversifying w/ multiple exchanges; wider spreads and lower natural liquidity would make this more expensive

**Option D: Reduce XRPO volumes and divert/channel them to traditional ODL**

- Pro: Aligns w/ supply market can currently absorb (approx 2m XRP/day, ~$400k @ 0.20px)
- Con: Limits cash flow, places limits on customer XRPO flows and increased product complexity in switching from regular ODL to XRPO.

**Option E: Stop XRPO Altogether**

- Pro: Reduced incremental XRP supply
- Con: Less responsive to requests from ODL customers re: quality of experience

 Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0302054

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Recommendation: XRP Buybacks and Limit XRP-O Supply

**Option B: Ripple buy XRP from MMs**

- Short Term Plan - Ripple buys back XRP using Market Makers
- Long Term Plan - Ripple works with Newco / develops in-house expertise

Considerations:

- Will require internal stakeholder alignment between legal, finance, and tax
- Purchasing would be on a daily programmatic basis, relative to XRP-O volumes
- Data team involvement to evaluate projected and real-time results
    - i.e. what % of total XRP-O do we intend to buy back?
    - i.e. what impact is Ripple purchasing having on market performance?



Restricted

RPLI_SEC 0302055

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# XRP Markets Utility Initiatives



### XRP as Preferred Asset for Traders
- Preferred base pair initiative socialized with 20 top market participants
- Binance and [REDACTED] open to expanding XRP pairs
- Next steps: 1-pager in final review, moving to partnership discussions next week



### XRP Infrastructure
- [REDACTED] announced XRP integration
- [REDACTED] to announce integration into DAPPI in the coming days
- [REDACTED] partnership proposal in support of XRP AM product





As of 18-Jun-2020



● Restricted

RPLI_SEC 0302056

# Other Initiatives Underway

- **Thought Leadership Content**
  - Q1 Markets Report
  - Liquidity as lifeblood of ODL
  - XRP as a preferred base for arb traders
  - XRP for exchange transfers
  - Blockstars podcast

  Customer testimonials around exchanges leveraging XRP:
  - ▇▇▇ Reaps the Rewards of Putting XRP at the Center of its Digital Assets Platform
  - BTC Markets Drives Sustainable Growth of Its Exchange with XRP

- **XRP Supply analysis** here

- **New** inflation calc methodology - to counter ▇▇▇ others
  - Methodology recommendation done
  - Next steps work with marketing/comms to refine narrative for go-live

Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0302057