# PX 184

| | |
|---|---|
| **From:** | Breanne Madigan <░░░░@ripple.com> |
| **Sent:** | Tuesday, June 23, 2020 4:52 PM |
| **To:** | Brad Garlinghouse |
| **Cc:** | Ron Will |
| **Subject:** | XRP-O Supply - Proposed Solutions |
| **Attachments:** | XRP-O Supply - Ripple BuyBacks.pdf |

Brad,

Thanks for reaching out today. We share concerns regarding new XRP supply in the market and will continue to explore ways we can counteract any negative impact. We've pulled together a few slides outlining our view on causes and proposed solutions / recommendations. We are also working with ░░░ o get her input tomorrow and will continue to iterate from here.

Please let me know if you would like to discuss further, and/or if we have your support to move forward with aligning internal stakeholders re: our short term recommendation, which is to buy back XRP directly from our market makers.

All my best,
Breanne

--
Breanne Madigan
VP, Head of Global Institutional Markets
░░░░░░@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301742

* Restricted

# XRP-O Supply Concerns

*ripple*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　RPLI_SEC 0301743

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## Three Potential Narratives

1. **XRP supply, regardless of source, has similar market impact**

2. **XRP supply from Ripple**, possibly due to higher visibility, **has greater market impact**

3. **XRP supply from XRPO has the greatest market impact**, possibly due to higher visibility, lower natural liquidity and wider spreads

For the purposes of this presentation, **we will assume narrative 3** while we continue to investigate further.

Restricted

RPLI_SEC 0301744

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Executive Summary

- XRP began underperforming BTC since the BTC halving in early May - and underperformance has accelerated with the launch of XRP-O

- XRP selling via XRP-O has led to negative pressure on XRP

  - Since the launch of XRP-O on 5/25, more than $24.5M of XRP sell orders was placed into the market without offsetting buy flow

  - Market participants are aware of XRP-O and the incremental supply, creating a negative perception

- Finance/Markets teams have been focused on a number of supply limiting tactics

- Markets team has also been focused on other utility initiatives

- **XRP-O Repurchasing** could directly dampen the effects of XRP-O selling

Restricted

RPLI_SEC 0301745

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## XRP-O and its Effects

- **XRP-O** launched on May 25th with ▇▇▇▇ and May 27th with ▇▇▇▇▇▇▇

Between May 25th and June 23rd

- **Over $24.5M** of XRP-O has been executed
- Although the majority of the orders ($20.3M) were on Bitso, Market Maker support was able to dampen the effects on XRP/MXN
- **However, there is evidence that XRP underperformance may be due to increased supply**



Restricted

RPLI_SEC 030746



# XRP underperformance began in May, leading into BTC Halving

Chart of YTD returns from 1/1 - 6/23

**Legend**
XRP/USD on Bitstamp
**XRP/MXN** on Bitso

BTC/USD on Bitstamp
BTC/MXN on Bitso

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate

• Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301747

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.



## Lead-up XRP-O: XRP outperformed vs BTC by 5% 5/20-5/27

**Legend**
XRP/USD on Bitstamp
XRP/MXN on Bitso

BTC/USD on Bitstamp
BTC/MXN on Bitso

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate



Chart of Cumulative returns from 5/20 - 5/27

• Restricted

RPLI_SEC 0301748

Case 1:20-cv-10832-AT-SN Document 630-153 Filed 08/13/22 Page 9 of 15

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Since 5/27 (XRP-O Bitso launch) XRP underperformed vs BTC by over 10%



Chart of Cumulative returns from 5/27 - 6/23

**Legend**
XRP/USD on Bitstamp
**XRP/MXN** on Bitso

BTC/USD on Bitstamp
**BTC/MXN** on Bitso

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate

· Restricted

RPLI_SEC 0301749

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

## Current XRP Supply Reduction Tactics

- Reducing XRP supply introduced opportunistically - for example:
    - Ripple for Good
    - ▮▮▮▮▮ ODL incentives

**PRO** - Reducing aggregate XRP supply to market

**CON** - These initiatives are not as visible to market players; more 'behind the scenes' - thus, for market participants watching screens, these efforts may not have as much of an impact on XRP performance as a direct re-purchase program would

Restricted

RPLI_SEC 0301750

## Potential Repurchase Initiative for XRP-O: OPTIONS

**Option A: Repurchase XRP via MMs on multiple exchanges with 1-3 month pilot**

- Pro: daily purchase on programmatic basis, spread across market exchanges
- Con: Using operating budget; if spread across multiple exchanges, perhaps performance equilibrium benefits, but optics not as significant given XRP-O concentrated on Bitso

**Option B: Repurchase XRP directly from MMs with 1-3 month pilot**

- Pro: Ripple saves MM from selling on the mkt; saves MM paying commissions to sell; avoids MM crossing spread to sell + then Ripple again crossing spread to buy
- Con: Using operating budget to purchase


Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301751

## Proposed Repurchase Initiative for XRP-O: OPTIONS

**Option C: Repurchase XRP on BITSO via MMs (CS), with 1-3 month pilot**

- Pro: Addresses imbalance on the exchange where the XRP-O flow is most concentrated
- Con: Using operating budget to purchase; not diversifying w/ multiple exchanges; wider spreads and lower natural liquidity would make this more expensive

**Option D: Reduce XRPO volumes and divert/channel them to traditional ODL**

- Pro: Aligns w/ supply market can currently absorb (approx 2m XRP/day, ~$400k @ 0.20px)
- Con: Limits cash flow, places limits on customer XRPO flows and increased product complexity in switching from regular ODL to XRPO.

**Option E: Stop XRPO Altogether**

- Pro: Reduced incremental XRP supply
- Con: Less responsive to requests from ODL customers re: quality of experience

 Restricted

# Recommendation: XRP Buybacks and Limit XRP-O Supply

**Option B: Ripple buy XRP from MMs**

- Short Term Plan - Ripple buys back XRP from Market Makers
- Long Term Plan - Ripple works with Newco / develops in-house expertise

Considerations:

  - Will require internal stakeholder alignment between legal, finance, and tax
  - Purchasing would be on a daily programmatic basis, relative to XRP-O volumes
  - Data team involvement to evaluate projected and real-time results
    - i.e. what % of total XRP-O do we intend to buy back?
    - i.e. what impact is Ripple purchasing having on market performance?



Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301753

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# XRP Markets Utility Initiatives



### XRP as Preferred Asset for Traders
- Preferred base pair initiative socialized with 20 top market participants
- Binance and Liquid Exchange open to expanding XRP pairs
- Next steps: 1-pager in final review, moving to partnership discussions next week



### XRP Infrastructure
- ▆▆▆▆▆▆ announced XRP integration
- ▆▆▆▆▆▆ to announce integration into DAPPI in the coming days
- ▆▆▆▆▆▆ partnership proposal in support of XRP AM product



### Asset Management Initiative
- Identify and sign a contractor asset manager:
  - Multiple meetings w▆▆▆▆ reviewed our recommendations for changes to index and reasoning.
  - Research outreach continues; 4 institutions in process of being contacted.
  - Reviewed legal strategy and vetting law firms to support expedited timelines.
- Build robust narrative:
  - V1 narrative draft complete.
  - Introduced to ▆▆▆ new (and first) marketing lead.
  - Next step is a meeting to discuss specifics around marketing strategy.



As of    18-Jun-2020

● Restricted

RPLI_SEC 0301754

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Other Initiatives Underway

- **Thought Leadership Content**
    - Q1 Markets Report
    - Liquidity as lifeblood of ODL
    - XRP as a preferred base for arb traders
    - XRP for exchange transfers
    - Blockstars podcast

    Customer testimonials around exchanges leveraging XRP:
    - Bitrue Reaps the Rewards of Putting XRP at the Center of its Digital Assets Platform
    - BTC Markets Drives Sustainable Growth of Its Exchange with XRP

- **XRP Supply analysis** here

- **XRP Inflation** - New inflation calc methodology to counter [redacted] others
    - New methodology recommendation determined
    - Next steps work with marketing/comms to refine narrative for go-live



 Restricted

RPLI_SEC 0301755