# PX 186

| | |
|---|---|
| **From:** | Brad Garlinghouse <███@ripple.com> |
| **Sent:** | Tuesday, June 23, 2020 10:14 PM |
| **To:** | Chris Larsen |
| **Subject:** | Fwd: XRP-O Supply - Proposed Solutions |
| **Attachments:** | XRP-O Supply - Ripple BuyBacks.pdf |

---------- Forwarded message ---------
From: **Breanne Madigan** <███████@ripple.com>
Date: Tue, Jun 23, 2020 at 5:52 PM
Subject: XRP-O Supply - Proposed Solutions
To: Brad Garlinghouse <███@ipple.com>
Cc: Ron Will <███@ripple.com>

Brad,

Thanks for reaching out today. We share concerns regarding new XRP supply in the market and will continue to explore ways we can counteract any negative impact. We've pulled together a few slides outlining our view on causes and proposed solutions / recommendations. We are also working with ███ to get her input tomorrow and will continue to iterate from here.

Please let me know if you would like to discuss further, and/or if we have your support to move forward with aligning internal stakeholders re: our short term recommendation, which is to buy back XRP directly from our market makers.

All my best,
Breanne

--
Breanne Madigan
VP, Head of Global Institutional Markets
███████@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

❄ Restricted

# XRP-O Supply Concerns

ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301657

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Three Potential Narratives

1. **XRP supply, regardless of source, has similar market impact**

2. **XRP supply from Ripple**, possibly due to higher visibility, **has greater market impact**

3. **XRP supply from XRPO has the greatest market impact**, possibly due to higher visibility, lower natural liquidity and wider spreads

For the purposes of this presentation, **we will assume narrative 3** while we continue to investigate further.



Restricted

RPLI_SEC 0301658

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Executive Summary

- XRP began underperforming BTC since the BTC halving in early May - and underperformance has accelerated with the launch of XRP-O

- XRP selling via XRP-O has led to negative pressure on XRP

  - Since the launch of XRP-O on 5/25, more than $24.5M of XRP sell orders was placed into the market without offsetting buy flow

  - Market participants are aware of XRP-O and the incremental supply, creating a negative perception

- Finance/Markets teams have been focused on a number of supply limiting tactics

- Markets team has also been focused on other utility initiatives

- **XRP-O Repurchasing** could directly dampen the effects of XRP-O selling

※ Restricted

RPLI_SEC 0301659

# XRP-0 and its Effects

- **XRP-0** launched on May 25th with ███████ and May 27th with ████████████

Between May 25th and June 23rd

- **Over $24.5M** of XRP-0 has been executed
- Although the majority of the orders ($20.3M) were on <mark>Bitso</mark>, Market Maker support was able to dampen the effects on XRP/MXN
- **However, there is evidence that XRP underperformance may be due to increased supply**



❋ Restricted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301660

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# XRP underperformance began in May, leading into BTC Halving



**Legend**
XRP/USD on Bitstamp
**XRP/MXN** on Bitso

BTC/USD on Bitstamp
BTC/MXN on Bitso

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate

Chart of YTD returns from 1/1 - 6/23

※ Restricted

RPLI_SEC 0301661

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Lead-up XRP-O: XRP outperformed vs BTC by 5% 5/20-5/27

**Legend**
XRP/USD on Bitstamp
**XRP/MXN** on Bitso

BTC/USD on Bitstamp
BTC/MXN on Bitso

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate

Chart of Cumulative returns from 5/20 - 5/27

❋ Restricted



RPLI_SEC 0301662

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Since 5/27 (XRP-O Bitso launch)
# XRP underperformed vs BTC by over 10%



**Legend**
XRP/USD on Bitstamp
**XRP/MXN** on Bitso

BTC/USD on Bitstamp
BTC/MXN on Bitso

**Note:** XRP/MXN and BTC/MXN returns were normalized by dividing by USD/MXN exchange rate

Chart of Cumulative returns from 5/27 - 6/23

❋ Restricted

RPLI_SEC 0301663

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Current XRP Supply Reduction Tactics

- Reducing XRP supply introduced opportunistically - for example:
  - Ripple for Good
  - ████████████ ODL incentives

**PRO -** Reducing aggregate XRP supply to market

**CON -** These initiatives are not as visible to market players; more 'behind the scenes' -
thus, for market participants watching screens, these efforts may not have as much of
an impact on XRP performance as a direct re-purchase program would



❋ Restricted

RPLI_SEC 0301664

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Potential Repurchase Initiative for XRP-O: OPTIONS

**Option A: Repurchase XRP via MMs on multiple exchanges with 1-3 month pilot**

- Pro: daily purchase on programmatic basis, spread across market exchanges
- Con: Using operating budget; if spread across multiple exchanges, perhaps performance equilibrium benefits, but optics not as significant given XRP-O concentrated on Bitso

**Option B: Repurchase XRP directly from MMs with 1-3 month pilot**

- Pro: Ripple saves MM from selling on the mkt; saves MM paying commissions to sell; avoids MM crossing spread to sell + then Ripple again crossing spread to buy
- Con: Using operating budget to purchase

 Restricted

RPLI_SEC 0301665

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Proposed Repurchase Initiative for XRP-O: OPTIONS

**Option C: Repurchase XRP on BITSO via MMs (CS), with 1-3 month pilot**

- Pro: Addresses imbalance on the exchange where the XRP-O flow is most concentrated
- Con: Using operating budget to purchase; not diversifying w/ multiple exchanges; wider spreads and lower natural liquidity would make this more expensive

**Option D: Reduce XRPO volumes and divert/channel them to traditional ODL**

- Pro: Aligns w/ supply market can currently absorb (approx 2m XRP/day, ~$400k @ 0.20px)
- Con: Limits cash flow, places limits on customer XRPO flows and increased product complexity in switching from regular ODL to XRPO.

**Option E: Stop XRPO Altogether**

- Pro: Reduced incremental XRP supply
- Con: Less responsive to requests from ODL customers re: quality of experience

 Restricted

RPLI_SEC 0301666

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Recommendation: XRP Buybacks and Limit XRP-O Supply

## Option B: Ripple buy XRP from MMs

- Short Term Plan - Ripple buys back XRP from Market Makers
- Long Term Plan - Ripple works with Newco / develops in-house expertise

Considerations:

- Will require internal stakeholder alignment between legal, finance, and tax
- Purchasing would be on a daily programmatic basis, relative to XRP-O volumes
- Data team involvement to evaluate projected and real-time results
  - i.e. what % of total XRP-O do we intend to buy back?
  - i.e. what impact is Ripple purchasing having on market performance?

❋ Restricted



RPLI_SEC 0301667

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# XRP Markets Utility Initiatives



### XRP as Preferred Asset for Traders

- Preferred base pair initiative socialized with 20 top market participants
- Binance and Liquid Exchange open to expanding XRP pairs
- Next steps: 1-pager in final review, moving to partnership discussions next week



### XRP Infrastructure

- ▮▮▮▮ announced XRP integration
- ▮▮▮▮ announce integration into DAPPI in the coming days
- ▮▮▮▮ artnership proposal in support of XRP AM product





As of     18-Jun-2020



* Restricted

RPLI_SEC 0301668

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Other Initiatives Underway

- **Thought Leadership Content**
  - Q1 Markets Report
  - Liquidity as lifeblood of ODL
  - XRP as a preferred base for arb traders
  - XRP for exchange transfers
  - Blockstars podcast

  Customer testimonials around exchanges leveraging XRP:
  - Bitrue Reaps the Rewards of Putting XRP at the Center of its Digital Assets Platform
  - BTC Markets Drives Sustainable Growth of Its Exchange with XRP


- **XRP Supply analysis** here


- **XRP Inflation -** New inflation calc methodology to counter  others
  - New methodology recommendation determined
  - Next steps work with marketing/comms to refine narrative for go-live       Restricted



RPLI_SEC 0301669