# PX 188

| | |
|---|---|
| **From:** | Brad Garlinghouse <​@ripple.com> |
| **Sent:** | Tuesday, July 14, 2020 7:55 AM |
| **To:** | Breanne Madigan |
| **Cc:** | Ron Will |
| **Subject:** | Re: Summary: XRP Purchases |

thanks for the update. Sounds good... I'll be interested to hear / learn any conclusions / perspectives on how it helped foster (or not) the market dynamics.

On Tue, Jul 14, 2020 at 8:53 AM Breanne Madigan <​@ripple.com> wrote:
> Hi Brad,
> Just wanted to recap that this trial period of XRP purchases will be in effect until COB Friday.
> Once this concludes, we will recommend pausing XRP purchases for at least 1 week and assessing market reactions.
> We are coordinating with product on XRPO projections through YE, and will be in touch with our recommendations re: best path forward and estimated costs by early next week.
> Please let me know if you have any questions in the meantime.
> Best,
> Breanne

On Mon, Jul 13, 2020 at 7:22 PM @ripple.com> wrote:
> Hi Brad and Ron,
>
> Please find below a summary of XRP purchases.
>
> - **7/11 purchases:** 3,887,684 XRP @ 0.20064 = **$780,054**
> - **7/12 purchases:** 3,913,121 XRP @ 0.20055 = **$784,790**
> - **7/13 purchases:** 3,896,862 XRP @ 0.20110 = **$783,644**
> - **Purchases since 7/3 as of 4pm ET:** 42,701,258 XRP @ 0.19097 = **$8,154,746**
> - **XRPO since 7/3 = $8,341,269**
> - Note: Purchasing on track to cover 100% of estimated XRPO volumes. GSR's purchase figures are as of 4pm ET and the ~$200K gap will be purchased over the remaining 8 hours of the day.

--
 CFA
Institutional Markets | Ripple
@ripple.com | ripple.com

ripple

--
Breanne Madigan
VP, Head of Global Institutional Markets
@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　　　　　RPLI_SEC 0301861

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0301862