PX 189


Message

**From:** Breanne Madigan [@ripple.com]
**on behalf of** Breanne Madigan <@ripple.com> [@ripple.com]
**Sent:** 11/24/2020 7:21:0
**To:** Monica Long [@ripple.com]
**CC:** Aditya Turakhia [@ripple.com]
**Subject:** Re: Scaling ▇▇▇▇ allet Send Volume

Hi Monica,
Have a lot of thoughts here - perhaps we can add this to our discussion on the team call at 11am ET?
Thanks!
Best,
Breanne

On Mon, Nov 23, 2020 at 8:59 PM Monica Long ▇▇▇@ripple.com> wrote:
H▇▇▇ pls see the thread below. Appreciate your perspective on ▇▇ estions. Thank you!

---------- Forwarded message ----------
From: ▇▇▇ <▇▇@ripple.com>
Date: Mon, Nov 23, 2020 at 5:42 PM
Subject: Fwd: Scaling ▇▇▇ Wallet Send Volume
To: ▇▇▇ <▇▇@ripple.com>, Monica Long <▇▇@ripple.com>
Cc: ▇▇▇ <▇▇@ripple.com>

Monica & ▇▇

While we are building infrastructure to support high volume wallet send (and accompanying XRP purchases) in 2021 the request to double ▇▇▇ volume came as a surprise: I wasn't aware of any major scaling happening in 2020.

Can you give my team any additional context around broad company support for this change? If we are moving forward, do you have a POV on XRP purchasing response? ▇▇ and I discussed this morning stepping away from XRP purchases for 4-5 weeks to let the market play out but doubling volume changes the equation somewhat.

We'll do what we need to in order to support this but as Awaya called out in the thread, this will be very labor intensive currently.

Thanks,



Controller | Ripple
▇▇@ripple.com | ripple.com

---------- Forwarded message ----------
From: ▮▮▮▮▮ <▮▮@ripple.com>
Date: Mon, Nov 23, 2020 at 5:34 PM
Subject: Re: Scaling ▮▮▮ Wallet Send Volume
To: ▮▮▮ <▮▮@ripple.com>
Cc: ▮▮▮ <▮▮@ripple.com>, ▮▮▮ <▮▮@ripple.com>, ▮▮▮ <▮▮@ripple.com>, ▮▮▮ <▮▮@ripple.com>, ▮▮▮ <▮▮@ripple.com>

Hey ▮▮

The request is coming from ▮▮▮ scale their end of year values. It's also needed to hit our Q4 $100m OKR target for Wallet Send volumes - so these tie nicely.

Regarding the Markets team, yes they are aware and @▮▮▮ is working directly with that team.

▮

On Mon, Nov 23, 2020 at 5:31 PM ▮▮▮ <▮▮@ripple.com> wrote:

▮

▮▮▮ CPA
Director, Assistant Controller | Ripple
▮▮@ripple.com

On Mon, Nov 23, 2020 at 5:20 PM ▮▮▮ <▮▮@ripple.com> wrote:
If XRP rates fall, this will be tough to manage from a funding perspective on a week's notice given our current manual funding processes. If we fall back to ~0.25, we would have to fund on a daily basis which is not realistic from a resource perspective. I'll coordinate internally with the operations teams to see what we can do and provide feedback as soon as possible.

What is driving the November 30th start and is there flexibility there?

Has this been coordinated with the markets team on the purchases side as well?

▮▮▮ CPA
Director, Assistant Controller | Ripple
▮▮@ripple.com

On Mon, Nov 23, 2020 at 12:06 PM Nischal Belthangady <▮▮@ripple.com> wrote:

Please let us know if there's any change to incentive or slippage balances that ▮▮ needs to update in our alerts

On Nov 23, 2020, at 12:03 PM, ███████ <███@ripple.com> wrote:

███████

On Mon, Nov 23, 2020 at 11:56 AM ███████ <███@ripple.com> wrote:
Hey All,

We're looking to double ███████ wallet send volume from ██ to $██ per week starting on November 30. I wanted to make this group aware ahead of that happening so we're prepared for the increase in funding requests / disbursements. Are there any concerns with moving forward? Let me know if a quick call is easier to discuss. Thanks!

Regards,

███████

--
███████
Product | Ripple
███@ripple.com | ripple.com

--
Breanne Madigan
VP, Head of Global Institutional Markets
███@ripple.com

CONFIDENTIAL                                                                                                                                        RPLI_SEC 0505412