# PX 191

| | |
|---|---|
| **Message** | |
| **From:** | Monica Long [____@ripple.com] |
| on behalf of | Monica Long <____@ripple.com> [____@ripple.com] |
| **Sent:** | 8/6/2020 10:41:25 AM |
| **To:** | ____@ripple.com] |
| **CC:** | ____@ripple.com]; Comms ____@ripple.com]; ____@ripple.com] |
| **Subject:** | Re: Ripple Buying XRP Conversation Flag |

Thank you for flagging, ____ Please keep us apprised of its status - if it heats up, expands to other channels/threads, dies down, etc.

On Wed, Aug 5, 2020 at 4:59 PM ____@ripple.com> wrote:
Thanks! And, agree. :)

On Wed, Aug 5, 2020 at 5:09 PM ____@ripple.com> wrote:
Hi Team,

I wanted to flag that there's a conversation around Ripple buying XRP that is currently trending in relation to the XRP markets report.
Our recommendation, at this point, is to not respond publicly. Though, if the conversation escalates, it might be valuable for an exec like Bre to respond and quell the conversation.

The ____ team provided a Reddit thread that gives context to the mindset of the speculative audience in response to the report.
Reach out if you have any questions, we'll continue to monitor the conversations.

Best,
C

---------- Forwarded message ----------
From: ____com>
Date: Wed, Aug 5, 2020 at 3:14 PM
Subject: Ripple Buying XRP Conversation Flag
To: ____@ripple.com>, ____@ripple.com>, <____@ripple.com>, ____@ripple.com>
Cc: ____com>

Hi team,

Conversation around Ripple buying XRP is trending this week, as per the markets report, and we wanted to flag a trending Reddit post from yesterday given its amount of traffic "No one is talking about the fact that Ripple is now buying back XRP?".

We don't recommend responding, but the thread does provide context to the mindset of the speculative audience in response to the report.

Thank you!

CONFIDENTIAL
RPLI_SEC 0590964



CONFIDENTIAL RPLI_SEC 0590965