# PX 192

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:                    )

4                                        )   File No. NY-09875-A

5   RIPPLE LABS, INC.                    )

6

7   SUBJECT:   RPLI_SEC 1100526_HIGHLY CONFIDENTIAL

8   PAGES:     1 through 45

9

10

11

12

13

14

15                   VIDEO TRANSCRIPTION

16

17

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                   (202) 467-9200

```
 1              P R O C E E D I N G S
 2   RPLI_SEC 1100526_HIGHLY CONFIDENTIAL.mp4
 3                         Okay.  Now is a good time to kick
 4   off.  So, hey, everybody.  My name is           I'm
 5   joined today with           to go over something that
 6   we call our product stories for H2 2020.
 7              So, for folks who are new, product story is
 8   something that the product team puts together on usually
 9   a quarterly basis.  This time, because of a number of
10   reasons we did it on a semi-annual basis, that really
11   outlines what we accomplished over the last time since
12   our last story, and then really what the story and the
13   narrative is for our strategy moving forward over the
14   next half of the year.
15              So, there's a number of these planned across
16   the five pillars of our product, which is liquidity
17   kicking off.  The others that you'll see on your
18   calendar as optional are receiver, sender, our technical
19   platform, and then Ripple Net Home.  So, good to join
20   all of those.
21              So, this document will be made available to
22   everybody.  We'll go through it, and I'll be answering
23   questions in the side chat, but feel free to ask
24   questions at the end, or in the chat, and then also to
25   make comments in the doc if you have a chance to go back
```

1   and kind of fully read through it, and then we'll be

2   following up on that.

3           All right, so with that, I think many of you

4   know him.  I am really excited to not necessarily

5   introduce, because he's kind of been here long enough

6   now, but ▮▮▮▮▮        the PM responsible for liquidity.

7   He's going to go through the story, and again, if you do

8   have questions, start putting them in the -- in the Blue

9   Jeans channel, and I'll be answering there.  So, ▮▮▮

10  with that, I'll hand it over to you.

11          MR. ▮▮▮    Awesome.  Yeah ▮▮▮▮ just one

12  question.  People are going to be throwing questions

13  into the channel, and then we will just chat through

14  them in real time, or am I just going end to end through

15  the product story?

16          MR. ▮▮▮▮    Yeah, if you go end to end,

17  depending on how good the questions are -- Bosin

18  (phonetic) usually asks some pretty good questions, so

19  depending on if he asks any questions, I might -- I

20  might stop you and ask it out loud, but otherwise, we

21  can just wait until the end and people can fire them

22  off.

23          MR. ▮▮▮▮    All right, sounds good.  Well,

24  welcome, everyone, to liquidity's product story.  This

25  is actually the first product story that's been written

1    on liquidity because it's a -- it's a new pillar within

2    the product team.  So, excited to walk through how we're

3    thinking about next year.

4            So, quick agenda of how the product story is

5    organized.  We'll go through high level what we view was

6    liquidity and the platform that we're building to

7    support that.

8            We're going to go through H1 retrospective,

9    talk a little bit about the successes and misses that we

10   had for the half, and then I'll go through really what

11   we -- we're going to be working on in the second half of

12   the year for liquidity, and talk a little bit about,

13   like, the longer term vision, and really, like, the

14   North Star that is this liquidity platform, what we're

15   hoping to achieve, and really the building blocks that

16   we're working on in the second half to ultimately get

17   there.

18           So, I'll go through the intro.  So, liquidity

19   can really -- can mean a lot of different things, so

20   it's important that we kind of align with what we're

21   talking about with liquidity.  There's liquidity in

22   traditional fiat markets that represents, like, how many

23   people are buying and selling a currency or a

24   cryptocurrency, but really when we're talking about the

25   liquidity product, we're talking about Prisma, which you

1   may have heard thrown around, which is a real time

2   liquidity aggregation and trading platform that we're

3   building.

4          So, right now we're building Prisma to work

5   within the ODL flow, so Prisma is going to provide

6   connectivity to all of the exchanges, aggregate

7   liquidity, provide a single API to our ODL

8   infrastructure, but in addition to that, we're going to

9   be building upon Prisma so it can intelligently route

10  transactions between venues, and ultimately, like, drive

11  natural liquidity on the platform.

12         So really, like, what Prisma ultimately wants

13  to do is increase natural liquidity of XRP, because this

14  is going to help facilitate a more -- a healthier -- a

15  healthier ecosystem of XRP, but also reduce our

16  liquidity costs in terms of ODL transactions, and I'll

17  go through in detail what makes up those ODL costs, and

18  why -- and why this is so important, but if you go -- if

19  you read through the introduction, you'll kind of see,

20  like, the high level mission statement of Prisma, but it

21  really is aggregating liquidity, providing trade

22  optimizations, simplifying access to crypto markets for

23  market makers, for receivers, for our internal

24  infrastructure, etcetera.

25         So, going onto what actually is liquidity,

1    because it is important to level set, really what we

2    mean by liquidity in the terms of traditional fiat or

3    crypto markets, it's, how deep is an order book?

4           And when I say how deep is an order book,

5    really what I mean is, how large of an order can you do

6    on a -- on a market with a minimal market impact?  So,

7    if you're looking at this totally basic order book, you

8    can see the bid size at associated prices, and what this

9    means is I could buy $500 of whatever this currency is,

10   so, XRP USD for about .20 cents, and if I were to buy

11   1,500, it would be the volume weighted average between

12   these two.

13          Really what we want to do with liquidity is

14   deepen these books.  We want to have more and more size

15   available on both the bid and the ask, and you may hear

16   me call it -- call it the offer, because the more

17   liquidity, the more trading that can happen without

18   really impacting the market.

19          So, if you're looking at this example, if I

20   wanted to buy a million XRP, I would go through all of

21   the levels of this order book, and it would cause a

22   significant price impact as a result.

23          So, the deeper liquidity that we have

24   available on all of the exchanges that are trading XRP,

25   the better -- the better functioning the market is, and

1    the less market impacts, so the less the price moves

2    following a trade.  So, that's really what we're trying

3    to achieve with Prisma, and we'll go through some of the

4    building blocks that we'll use to get there.

5            So, going on, so, why is liquidity important?

6    Similar to what I -- similarly to what I just said, it's

7    important because it will be able to facilitate more ODL

8    transactions.  We'll be able to scale ODL at a lower and

9    lower cost.  I think this is just -- this is pretty

10   significant here.

11           So, the cost of liquidity, which, I'll go

12   through the break down in a bit.  The cost of liquidity

13   is about 50 percent of the total cost of ODL.  So, we're

14   spending a lot of time trying to reduce the -- reduce

15   the total costs of liquidity, because that will

16   ultimately allow us to scale ODL at a lower and lower

17   cost basis, and ultimately turn it from a negative

18   margin business into a positive margin business.

19           So, like, when you have liquidity costs of 95

20   basis points, that means we're -- 95 basis points is

21   equivalent to .95 percent.  So, what that means is the

22   cost of liquidity for every dollar that we send through

23   ODL is negative .95 cents.  So, every dollar of ODL, we

24   lose .95 cents.

25           So, what we're going to do, is we're going

 1    to -- sorry, not .95 cents -- for every hundred dollars

 2    we send through ODL, we lose .95 cents.  So, what we're

 3    trying to do is reduce that cost so that we can scale

 4    ODL.

 5          And so, the make up of liquidity is broken

 6    down into, like, really -- it's three main components.

 7    There is the FX rebate, the market maker fixed fee,

 8    market maker variable fee, and there's some -- so, four,

 9    maybe -- exchange and ledger fees, but those are kind of

10    smaller -- smaller percentages.

11          The two ones are really, like, market maker

12    cost and FX rebate.  And what that means is, because

13    there is not a ton of XRP liquidity in the markets that

14    we're sending ODL transactions do, it means that we

15    actually contract with market makers so that they make

16    markets onto these exchanges and provide sufficient

17    liquidities to facilitate the ODL flows, which is then

18    market maker fees that we're paying, so we're literally

19    paying these market makers to go onto these exchanges

20    and to make markets.

21          And then the FX rebate, you can think of --

22    you can think of as the difference between the

23    prevailing fiat market rate.  So, let's say somebody is

24    sending money from the US to the Philippines, and the

25    US/Filipino fiat rate is 50.  That rate versus the rate

1     that we're actually able to execute the transaction

2     using ODL.  So, buying XRP with US dollars and then

3     selling XRP for Filipino peso on the other side.  The

4     difference between those two is the FX rebate.

5             So, what we're doing with ODL is were are --

6     we are paying our senders the difference between what

7     we're able to execute the ODL transaction at, and the

8     prevailing market rate with the fiat markets, because we

9     suffer from this lack of liquidity in crypto markets

10    just simply because they are significantly more nascent

11    than FX markets, which are the most efficient and the

12    most liquid markets of any asset class.

13            So, we've got a lot of work to do, but I'm

14    confident we can get there.  So, when you're looking at

15    the cost of liquidity, really, it's driven by the fact

16    that they're not super liquid markets, so we have to pay

17    both the senders and market makers to be able to

18    facilitate a transaction that is at a similar cost basis

19    for the senders as if they were doing traditional

20    payments with banks.

21            So, and when we'll talk about, like, what are

22    we doing to reduce these costs?  We -- our main focus is

23    on, like, all right, how do we drive down market maker

24    costs?  How do we drive down this FX rebate?

25            So, quick look back at H1.  So, we had --

```
1   we've made a ton of really good progress.  We've reduced
2   the cost of liquidity significantly.  At the beginning
3   of the year, the cost of liquidity was about 150 basis
4   points, and we've reduced it to about 100 basis points.
5   95 basis points was the data from last week.  So, that's
6   a -- that's a 50 percent -- nearly a 50 percent
7   reduction in costs of liquidity.  We've decreased it 50
8   basis points.  That was driven primarily by these
9   factors listed here.
10          So, we got -- we had tiger spreads.  So, if
11  you're looking at liquidity cost components, tiger
12  spreads ultimately means that the FX rebate is going to
13  decrease.  So, remember how I said, FX rebate is the
14  difference between the prevailing fiat market rate and
15  the rate that we're able to execute at?  Because we've
16  got tighter spreads from our market makers, that meant
17  that our price execution on the ODL transaction was
18  better.  Therefore, the FX rebate went down.
19          We are -- our volume break down between
20  corridors also changed.  So, we had -- we saw increases
21  in volume through low volume -- sorry.  We saw increases
22  in volume through low cost corridors.  So, between -- we
23  saw Euro/USD volume increase, and we also saw decreases
24  in volume through high cost corridors.  So,
25  ozzy/Filipino peso was one of our most expensive
```

 1    corridors, and we actually stopped volume as a result of

 2    that.  So, those facts helped decrease our total cost of

 3    liquidity.

 4           Additionally, we rolled out new market maker

 5    contracts in June.  So, this is -- this is going to have

 6    a significantly positive effect on the cost of

 7    liquidity.  So, we renegotiated contracts, so we're

 8    reducing the market maker variable fee from 100 Bips to

 9    55 Bips, and the fixed fees also decreased from -- I

10    think on monthly, they -- they were 100,000, and now

11    they are 50,000.  So, we're seeing these two factors

12    combined as helping reduce our cost of liquidity as

13    well.

14           So, going through these charts, you can see

15    the liquidity cost component.  So, at the beginning of

16    the year, total cost of liquidity was about 150 basis

17    points.

18           At the end of H1, we got it down to 100 basis

19    points.  The breakdown, you can see FX rebate is the

20    orange bar, market maker variable fee is the green bar.

21    So, you can see these compressed over time, which is

22    what's driving this downward trend.

23           MR. DEWITT:  Hey, Matt?

24           MR. ADLER:  Go ahead.

25           MR. DEWITT:  We've probably had 60 people join

1   since you -- since you kicked off.  So, could you just
2   reiterate, why do we care about these costs at all?  You
3   had a really great point in the beginning.  It's just
4   probably worth saying just one more time.
5           MR. ███████  Yeah, so the cost of liquidity at
6   the moment is 50 percent of the cost of ODL in
7   aggregate.  So, for every dollar -- every hundred
8   dollars we send through ODL, our cost of liquidity is 95
9   basis points, 100 basis points on average, which means
10  that we lose about a dollar for every hundred dollars
11  that get sent through ODL.
12          So in order to -- in order to be able to scale
13  ODL and turn ODL from a negative margin product into a
14  positive margin product, reducing the cost of liquidity
15  is going to be really, really important, because it
16  makes up 50 percent of our total cost of ODL.
17          MR. ███████  Thanks.
18          MR. ███████  Are there any questions that have
19  popped in that -- I see 18 questions, but let me know if
20  you want me to cover any of those.
21          MR. DEWITT:  You've actually answered them all
22  in your -- in your presentation so far.
23          MR. ADLER:  Okay, awesome.  So, as I was
24  mentioning before, we saw changing dynamics and
25  changing, like, market share between volume by corridor.

1   So, this blue section right here, Ozzy to Filipino peso

2   was our highest cost corridor, and because we reduced

3   volume through that corridor, that's going to have a

4   lowering effect on our total cost of liquidity.

5           Similarly, you saw Euro/USD.  It's total

6   volume in terms of, like, our total ODL volume.  So,

7   it's like, market share of ODL increased over time, and

8   because that's our lowest cost corridor, that would have

9   downward pressure on our cost of liquidity too.  So, if

10  you're looking here, you see liquidity costs by

11  corridor, the yellow line is Euro/USD costs, so, that is

12  significantly cheaper than the other corridors.

13          So, the more volume we do through Euro/USD,

14  the lower our liquidity costs are going to be, and

15  similarly, Ozzy, Filipino peso was very, very expensive,

16  and the reduction of that is going to lower our costs.

17          And just one point in case you were wondering

18  why such different cost structures between the

19  corridors?  In Euro/USD, because we're sending money

20  into the US, significantly more liquid market.  So, we

21  actually don't contract any market makers in the US.

22          So, that's going to have a very, very positive

23  effect on our -- excuse me -- on our liquidity costs,

24  because they're actually quite liquid markets in the US.

25  But when you go to these less liquid markets, so, like,

1    Ozzy to Filipino peso, we actually had to pay market

2    makers both in Australia and the Philippines, which is

3    why it was so expensive for us to facilitate

4    transactions through that corridor.

5         So, I think I -- I'll go back to my initial

6    point.  The more liquid a market is -- meaning the more

7    volume that's available on the bid side or the offer

8    side, the lower our cost of liquidity is going to be.

9    And the lower our cost of liquidity, the better position

10   we'll be into scale ODL into a -- and turn it into a

11   positive margin business.

12        So, item one, we reduced our costs of

13   liquidity 33 percent from 150 basis points to 100 basis

14   points in six months.  I mean, I think, like, that just

15   is an incredible, incredible achievement, and that,

16   like, if you think about it at scale, 50 basis points

17   turns into millions and millions of dollars in cost

18   savings, so that's incredible.

19        Additionally, we've -- we're building out

20   Prisma, and we're -- we built Prisma, and it's going to

21   be rolled out into the ODL flow soon.  So, the -- we

22   have an engineering team in Iceland that's doing

23   incredible work to build Prisma, this new liquidity

24   platform that we're going to be leveraging both within

25   ODL and for external customers as well -- external and

1   other internal customers.

2           So, right now, Prisma is being rolled out in

3   the ODL flow.  So, it's providing a single API to global

4   connectivity to all of the available exchanges.

5   Previously with ODL, we had to do bespoke integrations

6   within ODL for every new corridor that we launch.  Right

7   now, ODL integrates into Prisma, and Primsa does all of

8   the -- all of the integrations to new exchanges.  So,

9   that's just going to make us much faster in our ability

10  to scale moving forward, because we can add exchanges in

11  a much faster, faster pace, and it provides just this

12  unified API for ODL.

13          Additionally in H1, we added new exchanges.

14  We launched, or, we integrated             is building

15  an exchange, so we've been partnering closely with them

16  to provide guidance on how they should build their

17  exchange, and what kind of functionality is required to

18  be available.

19          And then      the integration kicked off and

20  is going to be ready shortly, which is -- that's an --

21  that's an exchange in the Philippines, so this is super

22  important for us to have redundancy.  So -- and some of

23  these exchanges, we're experiencing some reliability

24  issues, Philippines in particular.  So, right now, we

25  only -- we have a single point of failure in the

1  Philippines. If the Filipino exchange is down, which is
2  called       we literally can't send ODL transactions
3  to the Philippines, which is not the product experience
4  that we want to provide our senders.

5           So, if you have this redundancy, if       is
6  down but       is up, we'll have fail over ability. So,
7  we'll be able to send flows from -- that were originally
8  going to just fail because       as down, we'll be able
9  to fail over to       and send transactions that way.
10 So, that's going to be a pretty significant increase in
11 our product quality as a result of having this -- having
12 this redundancy.

13          And then also in this first half we carved out
14 liquidity as a product. So, just -- I don't know if
15 anybody -- everybody knows me,             PM for
16 liquidity. I started two months ago, so, I think it's
17 important that we've identified the importance of
18 liquidity as a standalone product, because really, it's
19 a huge effort to increase liquidity in these markets and
20 then ultimately reduce our costs for ODL. So, I think
21 that's -- that was a big, big win.

22          MR.       Hey, Matt, if I can jump in
23 before your --

24          MR.       Yeah.

25          MR.       -- there's this question from the

1 group. Is ███████ an XRP only platform, or is there a

2 future where we sell ███████ ike a SAS product for other

3 digital assets?

4         MR. ███████ Very good question. For now, it's

5 an XRP only platform, but I think -- I don't think we're

6 ruling anything out for the future of Prisma. Like,

7 whatever -- I think as we continue to dig in and we

8 identify opportunities that will have a positive impact

9 on XRP liquidity, we will be open minded about them, as

10 long as -- as long as ultimately, like, we keep in mind

11 our North Start of Prisma to drive increased usage of

12 XRP, and increased available liquidity of XRP. If that

13 involves other digital assets, I don't want to rule it

14 out by default. Craig, I don't know if you have any

15 other perspective on that.

16         MR. ███████ No, I think that's it. That's a

17 good answer, Matt. I've got one more for you before we

18 move on.

19         MR. ███████ Yes.

20         MR. ███████ I'm not going to name and shame

21 the people, but folks are sending me direct messages

22 with really good questions. Feel free to put those in

23 the chat so everyone can see them. No shame here. So,

24 ███████ question.

25         MR. ███████ Yes.

18

1            MR. ███        I heard that we don't have to pay

2   UK or US dollar market makers.  If so, why?

3            MR. ███        Yeah.  So, in the -- in the US, we

4   simply have the markets that we operate in.  So,

5   BitStamp at the moment and then CoinBase in the future.

6   The markets are liquid enough already.  So, we actually

7   -- we have sufficient liquidity to handle the ODL flow

8   that we're doing.

9            It's the -- it's the markets in which don't

10  have sufficient liquidity to handle the ODL flow that we

11  have to contract with market makers to incentivize them

12  to make markets in those countries.  So, that is why we

13  don't have to pay market makers in the US, because

14  there's actually already enough liquidity available for

15  us that we don't -- we don't necessarily need them in

16  those markets.  Any other questions while we're going,

17  ███?

18            MR. ███        I mean, keep moving, but --

19  sorry, keep moving, and then I'll triage the -- I'll

20  triage these ones.

21            MR. ███        Okay, sounds good.  Okay, so we --

22  not everything is perfect.  Obviously, we have a lot of

23  work to do.  We had a couple misses.  So, one of them

24  was the fact that we didn't see the degree of natural

25  liquidity increase in these destination markets, so,

1    these less liquid markets that we originally

2    hypothesized we would.

3            The original hypothesis was, utility drives

4    utility, volume begets volume.  So, if you increase ODL

5    volume into these -- into these corridors, ultimately,

6    we'd expect there to be a natural increase in demand of

7    trading partners in those markets because they see the

8    increase in liquidity in those markets.

9            However, we drove significant volume in H1,

10   and we didn't quite see the resulting uptick in natural

11   liquidity that we were expecting to.  So, that's one of

12   the misses.  This is a main area focus for me as we look

13   at H2, and even into 2021 of how do we increase volume,

14   and how do we ultimately increase natural liquidity?

15           Because that is -- that is what we are going

16   to need for ODL to be -- for ODL -- for liquidity costs

17   and ultimately ODL to be positive basis point margin --

18   sorry, positive margin, because with the market maker

19   fees, with the FX rebates, it's a -- it's a big chunk of

20   costs that we're going to have to decrease, and that's

21   really why doing that, we have to make sure that we get

22   enough liquidity that we don't have to ultimately pay

23   for.  So, that's one of the misses.

24           The second miss is we actually had to pause

25   ODL activity into the Philippines.  We stopped senders

1   from making payments into the Philippines, and this is
2   ultimately driven by a restriction that was put in place
3   in the market outside of our control.

4           The government literally shot down markets
5   during a Covid -- during a Covid market dislocation.
6   So, they prevented our market makers from actually
7   funding their Filipino accounts.  They weren't able to
8   sell US dollars for Filipino peso in the traditional
9   fiat markets.

10          So, this was a challenge, and it's obviously
11  painful for us to tell our customers that they can't
12  send volume through these -- through these corridors
13  that we have live.  That said, I think the fact that
14  these kind of problems happen highlight the importance
15  of ODL as a product.

16          Like, there are -- there are times when people
17  are unable to use traditional fiat and payment rails,
18  but the crypto markets were still functioning.  If they
19  had -- if our market makers had sufficient Filipino peso
20  liquidity during the shut down, this wouldn't have been
21  an issue.

22          The issue was, they weren't able to use
23  traditional fiat markets, and that's the beauty of this,
24  is we can actually be -- turn ourselves into, like, the
25  fail over.

```
 1            If traditional markets fail, they can use the
 2    crypto markets, which I think is incredibly exciting for
 3    the future of this product.  But that said, we still did
 4    suffer a setback as a result of the government shut down
 5    in the Philippines.
 6            All right, good to jump onto the future,
 7    Craig?  Anything else I should -- I should pause on?
 8            MR.           Yeah.  I got a good one.
 9            not to be -- not to be outdone with questioning
10    says, follow up to Bosin's question on the -- that
11    Prisma that I asked.  Does Ripple plan to -- does
12    Ripple, as an organization, plan to make markets on
13    Prisma, or is that still -- is that still to be
14    determined, or will we solely invite external market
15    makers to provide liquidity on Prisma?
16            MR.           That's a good question.  For now,
17    it will be -- it will provide an interface to market
18    makers to come in to provide markets via Prisma.  I
19    think there's a lot that needs to be fleshed out before
20    we start talking about Ripple as a market maker.  I
21    don't think we're quite there yet.           don't know
22    if there's any -- anything else you want to comment on
23    for that.
24            MR.           Yeah, I think the key thing is
25    right now, that is not -- that is not a business that
```

1    Ripple is in in terms of providing that kind of

2    liquidity for individual payments.

3              MR.                Mm-hmm.

4              MR.                You know, a lot's evolving, so --

5    but right now, we're reliant on market makers and

6    exchanges for that infrastructure.

7              MR.                Yeah.  All right, so, I'll go

8    through -- I'll go through the future, and I'll leave --

9    I'll try to finish around 9:45 if possible and leave

10   time for questions that may arise as a result.

11             So, I talked about how we're talking -- we're

12   thinking about Prisma already, but really I'll mention

13   it again.  I'm going to keep saying it.  North Star or

14   Prisma is increasing unsubsidized natural liquidity of

15   XRP across global markets.

16             We can do this in multiple ways.  I'm sure

17   there's ways that we're going to continue to think about

18   that are -- that aren't necessarily even highlighted

19   here, but one of the main ways that we can do this is we

20   can provide single APIs to market makers that give them

21   access to make markets in all of the exchanges rather

22   than having to do bespoke integrations.  We'll have

23   intelligent routing that will drive increased volume

24   across venues, etcetera.

25             So, right now, Prisma -- you can think of

 1    Prisma's work as benefiting three main areas.  So, one
 2    is we're actually -- we're going to be leveraging Prisma
 3    for the sale of XRP as a service to receivers.

 4          So, right now, we're doing a lot of work of
 5    XRP origination and XRP termination, which you'll hear
 6    more about on the send and receive side, but ultimately
 7    what's happening is we'll be able to do -- facilitate an
 8    ODL transaction without an exchange within that flow.
 9    However, we'll then have receivers with XRP on their
10    balance sheet, and they'll need -- they are asking for
11    services to enable them to intelligently sell that XRP
12    on open markets.

13          So, that's the beauty of Prisma.  Prisma will
14    be able to provide services to these receivers who want
15    to sell XRP on the open markets.  They can leverage
16    trading algorithms that we can develop.  We'll have a
17    rich dataset that we can continue to optimize these
18    algorithms to get better and better the more data we
19    have.  So, that's one area.  Enable receivers to sell
20    XRP at optimal price levels.

21          Additionally, we're going to be -- Prisma, as
22    providing a single API for the ODL flow, will be able to
23    improve the sender experience by reducing failure rates
24    and enabling new corridors.  So, that's enabling
25    redundancy in corridors where we already have exchanges,

1  and adding new exchanges to increase the number of
2  corridors that we have.  Because I know a lot of the
3  senders, they're asking for more and more corridors to
4  send to.

5  So, the more -- the more nodes that we have
6  within the ODL network, the more demand we're ultimately
7  going to have for -- from senders, because maybe a
8  sender doesn't have any volume from the US to Mexico, or
9  US to Philippines, but the more and more markets that we
10  add based on sender demand, etcetera, the better
11  position we'll be to -- in -- to onboard those users and
12  get them using ODL.

13  And then thirdly, we've got to reduce the cost
14  of liquidity for ODL.  That's a big one.  I've said it
15  probably a hundred times already.  So, if you take
16  anything away, I think that's one of the big takeaways
17  too.

18  So, I'll talk a little bit about execution
19  services for receivers of XRP.  The way we're thinking
20  about this is it's really in phases.  So, initially,
21  receivers of XRP right now, the feedback that we're
22  getting is they don't -- their risk teams don't want
23  them to hold XRP on their balance sheets, so they're
24  going to want to immediately sell XRP on open order
25  books once it lands in their exchange account, or within

1    their wallet.

2            So, Prisma will provide that functionality to
3    automatically trigger a sale order of XRP via the -- via
4    the exchanges.  As we get more and more advanced, Prisma
5    will be able to add more trading algorithms as part of
6    the sale to achieve better prices.

7            So, what that means is, rather than a receiver
8    having $2,000 or $10,000 or $100,000 of XRP and just
9    going to the open market and selling it all in one clip,
10   which would -- as I -- the example I gave earlier, would
11   have a negative price impact on the market because you
12   would be ultimately scooping up all of the available
13   liquidity and you'd be going multiple levels into the
14   order book and getting a lower price.

15           What Prisma can do, is it can break up a
16   larger order, and execute it over time, and ultimately
17   achieve better prices as a result of taking one order
18   and breaking it up over time, and like, not necessarily
19   crossing the order book, meaning going from the bid to
20   the ask, or going from the ask to the bid to pick up
21   that trade.  It can sit in the mid and get better price
22   execution.

23           So, that's one thing that we're going to be
24   building out is how do we -- how do we offer these
25   services to receivers that get them the best sale price

1    of XRP possible?

2           Additionally, we'll be able to offer

3    integrations to market makers.  So, these receivers can

4    ultimately request quotes from market makers for the

5    full order amount.  They can compare the quotes that

6    they get back from the market makers with what liquidity

7    is available and on these exchanges, and decide what

8    route they want to go.  So, that's another route we'll

9    be going.

10          I think the beauty of that is once you -- once

11   you provide access to multiple market makers at the same

12   time, you then are promoting competition between these

13   market makers.

14          So, you request a quote for, let's say,

15   $50,000 of XRP, these market makers are all competing

16   for that order, and whoever provides the best price gets

17   the full order amount.  So, that will -- that will have

18   a positive impact on the prices that receivers can get

19   when selling XRP.

20          Moving onto improving the sender experience.

21   I mean, two main -- two main ways you can do this.

22   Offer the ability to fail over if an exchange is down.

23   As I mentioned in Coins, if Coins is down, we need the

24   ability to send payments to another available exchange

25   that is up.  So, Coins is down, let's send volume over

1    to PDAX.  So, we're building the ability to fail over to
2    exchanges if there is maintenance or unexpected down
3    time.
4          And then we're adding new corridors.  So, in
5    H2, we're going to be adding many, many new corridors.
6    We'll be adding PDAX for redundancy in Philippines,
7    Independent Reserve for redundancy in Australia.
8    CoinBase is coming in Q3.  SBIVC Phase 1.5 for Japan is
9    happening as well, and then VALR for South Africa
10   sandbox.  So, a lot of exciting things coming in terms
11   of new exchanges being added in H2.
12         Decreasing the cost of liquidity.  So, there's
13   a few ways that we can drive this, but our goal is to
14   decrease the cost of liquidity.  Our H2 goal is to go
15   from a hundred basis points to 75 basis points.  So, one
16   way that we can do this is by increasing available
17   liquidity on these exchanges.  So, what we're going to
18   be doing is we're going to be offering services to
19   market makers to provide markets on all of the available
20   exchanges that ODL is live in.
21         So, we heard feedback from market makers that
22   it cost them about $250,000 dollars for each new
23   integration.  So, each new -- each new market that they
24   -- that they integrate into is a quarter of a million
25   dollars.  And about half of that is tech related.

1      So, if we can -- so, think about that.  If we

2   can provide a single API to all available market makers

3   -- all market makers that are interested in making

4   markets, and that reduces their cost of adding a new

5   exchange by 50 percent, that's going to drive available

6   liquidity in the markets, because as soon as they

7   integrate into Prisma, they now have access to make

8   markets in Mexico and Australia and the UK and

9   Philippines, etcetera.

10      So, like, each new exchange that we add, they

11   more or less for free, 50 percent discount, get that

12   exchange.  There's obviously operational things that

13   they have to do, like, open an exchange account, figure

14   out how they fund the account, etcetera.  But by having

15   that single API, and not to mention a much better API, a

16   much simpler API, normalized reporting -- so, the data

17   is actually consistent across all of these exchanges.

18   There is some fault tolerance, because a lot of these

19   exchanges aren't necessarily the best in terms of

20   technology.

21      So, Prisma will kind of simplify all of that,

22   and kind of account for a lot of the nuances that exist

23   at all of these exchanges, which is just going to make

24   the life of our market makers significantly easier,

25   which is great for us.  The easier we can make it for

1     the -- the more we can promote market makers to make

2     markets on new exchanges, the better position XRP is

3     going to be in, the better position ODL is going to be

4     in.

5           Another thing we're thinking about building,

6     or we're planning on building is FX pricing.  So, how do

7     we -- how do we price our senders?  At the moment, the

8     way we price our senders is ultimately you get the mid-

9     market rate for your cross-border transaction.

10           The challenge with that is it's not market

11     standard.  So, historically, like, we've offered -- just

12     because, like, we've got to get the flywheel started, we

13     have to be competitive, we need to promote -- we need to

14     incentivize people to come onto ODL, we have to offer

15     the best possible rate that they could get for sending

16     money into a specific quarter.

17           I think we are now at the scale and we've

18     learned enough to have confidence that we can actually

19     offer best in -- best in market pricing, but it doesn't

20     have to be at the mid market rate.  So, maybe we can

21     say, all right, you get the mid market rate plus five

22     basis points.  That five basis points is savings for

23     Ripple, because if we're thinking about the FX rebate I

24     mentioned earlier, that reduces our FX rebate by five

25     basis points.

1       So, for more and more contracts that are
2   coming in, the better we can price them closer to, like,
3   what it is in the market as opposed to just giving away
4   that -- giving away the market at, like, mid market
5   rates, the better position Ripple will be in, and our
6   users will still get better pricing than they could get
7   elsewhere, which is -- which is really what we're trying
8   to do.  How do we offer the best product at competitive
9   rates, and we can still do this by adding basis point
10   pricing on top of mid market rates.

11       Additionally, we're doing analysis on how our
12   users -- how our customers should send orders through
13   ODL.  There have -- there have been instances where
14   they've been sending orders of $20,000, $40,000 at a
15   time, and it's just -- that's not the smartest way that
16   you can route transactions, because you -- as I
17   mentioned earlier, you go into the order book, you get
18   worse price execution because you're going multiple
19   levels deep into the order book.

20       If you can provide guidance to our users on
21   how to break up those orders to get the best price
22   execution, that will provide a better experience for our
23   senders, that will reduce the FX rebate that we
24   ultimately have to pay our senders, and it's happy days
25   for all involved.

1    And then a couple BHAGs that we have, big

2 hairy audacious goals.  We want to -- we're in

3 discussion about how do we manage introduction of

4 supply.  How do we -- how do we manage the inventory of

5 XRP via Prisma?  A lot of -- a lot of conversations

6 happening about that now, but still a lot to be -- a lot

7 to be soused out.

8    And then additionally, what kind of -- what

9 kind of dashboards can we build?  What kind of analysis

10 can we run to determine how our market makers are

11 performing, making sure that they're acting in the best

12 interest of Ripple and our customers, understanding what

13 their profitability levels are, because then it gives us

14 more visibility into how well they're performing, and

15 really can help the conversations our markets team is

16 having with them, etcetera.

17    So, I know I've been talking for 40 minutes

18 straight, so I'll stop now and open it up to any

19 questions you may have.

20    MR.   Awesome.  All right, thanks a

21 lot,   First off, before I get into the questions,

22    if you can -- if you can hear me -- I think

23    probably has some good points on sort of the

24 scalability and quality impacts that Prisma has.  So,

25 Connor, would you mind just giving us, like, 30 seconds

1    on how you see this impacting the way in which we

2    interact with exchanges, and what that actually means

3    for our product quality?

4             CONNOR:  Yeah.  I mean, I think, you know, one

5    of the big sort of shifts in moving away in terms of how

6    we interact with exchanges today in ODL is that for

7    every payment, we're constantly, you know, pulling the

8    status of all the atomic steps that are happening for

9    that.

10            So, you know, we're getting the status of a

11   trade, you know, pulling that through the different

12   lifecycles of that.  And so, you know, we're constantly

13   pounding the exchanges with request.

14            Now, there's an upper limit in terms of the

15   number of payments we can process at a time, and how

16   many requests we can make into the exchanges, and one of

17   the really awesome aspects of Prisma is it kind of

18   changes the paradigm in that it goes from a sort of,

19   like, pull model of the exchanges to more of a, hey,

20   exchange, push notifications to me.  And then it

21   processes those notifications independent of kind of an

22   ODL payment, and then, you know, there's a layer that

23   sits above Prisma that then reconciles that against

24   payments in the Ripple Net layer.

25            So, you know, in terms of just pure number of

```
 1  payments we'll be able to process, being good stewards
 2  of the exchanges, and just, you know, the ability to
 3  reconcile, you know, non-Ripple Net payments that are
 4  happening, you know, on these accounts from a client's
 5  perspective, a lot of different things will really
 6  benefit us in the long run in terms of quality,
 7  scalability, and really be able to continue to grow ODL.
 8            MR.          Thanks,        Okay,    I
 9  guess I can summarize two questions from
10  and                    I'll read them, but I think really the
11  core question is -- or, could be answered with where we
12  are today with Prisma, and at least where we are in the
13  short term, because this is fairly new, and I know that
14  there is some variability here, but the questions are
15  really,               asking, you know, could we extend
16  Prisma where any individual with an XRP wallet could buy
17  and sell XRP and hit the -- hit the API?
18            So, really, like, a retail trading aspect, and
19  then          followed on with, you know, hey, this sounds
20  a lot like an automated trading system.  Are there
21  regulatory concerns if we're going to expose this to a
22  bunch of people?  So, maybe just kind of where we are,
23  and then the kind of path that we're charting ahead,
24  even though it's still early innings?
25            MR.          Yeah.  So, where we are today is
```

1    next steps for Prisma really are to be rolled out as
2    part of the ODL flow.  So, Prisma will just be leveraged
3    within ODL transactions.  That's where we are today.
4    That's kind of, like, the -- our P0 for Q3 is using
5    Prisma for all exchange connectivity for ODL.

6              In terms of automated trading and the likes, I
7    think that is all very good points.  I don't think we've
8    necessarily answered all of those questions yet, but
9    they're -- they continue to be -- they continue to be
10   soused out.

11             This is -- this is vision, right?  So, I think
12   the immediate ones are, Prisma is going to be just going
13   directly into the exchanges and buying it at market.
14   Ultimately, we want to get to the point where we are
15   getting smart with our executions, but you're right, we
16   one hundred percent have to make sure that this is all
17   peaceful from a regulatory standpoint.

18             MR.        Cool, and we got some good ones
19   from    and         ere that I'll read.
20   asks, any plans to implement Prisma with a defy lending
21   initiative such as Comp.

22             For folks that aren't aware, Comp is -- it's a
23   native token called Compound on the Etherium blockchain
24   that helps folks earn interest on assets that they
25   deposit on a decentralized basis.  So,       any plans

1   to initiate something with Comp?

2          MR. █████  Nothing on the road map at the

3   moment, but open to having any conversations about how

4   this could benefit by doing so, but yeah, not -- we

5   haven't had any specific conversations about this thus

6   far.

7          MR. █████  Yeah.  I think also, █████ the --

8   I think one of the coolest things, and things that I'm

9   most excited about, if I can plug the sender product

10   story.  Really, the lending that I see taking place with

11   XRP will be taking place with the institutions that are

12   leveraging our -- Ripple Net as a way of giving them

13   working capital on demand for their payments, and we've

14   seen a lot of success there already, which we'll talk

15   about.

16        So, the folks that I see actually lending on

17   this platform will be Ripple Net participants, or

18   Ripple, and not necessarily Comp.

19        All right, █████ spicy question.  As we

20   improve the liquidity of XRP, how do we think this will

21   impact the price?  Economics would predict that an

22   increase in liquidity or supply would actually lower the

23   price.  Do we think this would happen?  So, █████ do you

24   want to -- do you want to --

25          MR. █████ Yes.

```
 1              MR.          -- start by talking about
 2    liquidity versus supply?
 3              MR.          Yeah.  So, that's a great
 4    question.  I think there's a bit of conflation going on.
 5    So, liquidity doesn't necessarily equate to supply.
 6    Liquidity is availability of both people willing to buy,
 7    and people willing to sell.
 8              Supply, on the other hand -- so, we could --
 9    you could keep supply constant and increase liquidity
10    simply by having more and more people using it, and more
11    and more people willing to buy and sell at larger sizes.
12    Supply is availability of XRP, like, number of XRP
13    tokens circulating in the market, which is not the same
14    thing as liquidity.
15              So, I don't think liquidity will have any
16    negative downward pressure on -- an increase in
17    liquidity will not have a downward pressure on the price
18    of XRP.  If anything, it will just make the pricing of
19    XRP more efficient, and the ability of trading to happen
20    with minimal market impact.
21              MR.          Now, on the supply side, I think
22    it's -- it is important to know that, you know, with
23    things like XRPO, there is supply being added to the
24    market in terms of Ripple selling XRP in the market, and
25    one thing that we'll cover is -- some initial thoughts
```

```
 1    and programs that we have to make sure that we are, you
 2    know, being very responsible while also delivering
 3    excellent customers to -- excellent experiences to our
 4    customers, and not creating the kind of problem that you
 5    talked about, Sophia, where an excess in supply or
 6    inventory can negatively affect the market.  So, we'll
 7    talk more about that in the sending section.
 8          Okay, did I miss anybody's questions in the
 9    chat?  This has been a very tame group.  Anybody have
10    any questions they want to ask out loud?
11          MR.        I'm just waiting for
12    (phonetic) to unmute to see what zingers he has.
13               I just have one -- just one comment
14    about natural liquidity.  We said that this is one of
15    our misses.  How does that impact our long term view of
16    this?
17          And is really natural liquidity, that's really
18    our ultimate goal, or that's something that we just
19    expect to happen, and it will just improve our economics
20    as we -- as we move forward?
21          MR.        That's a great question.  I think
22    what we -- I think the learning was, we cannot just
23    expect natural liquidity to come with an increase in ODL
24    volume.
25          That was our original hypothesis, and I think
```

 1   the learning there was despite the significant ramp up
 2   in ODL volume that we saw, we didn't see a subsequent
 3   increase of the same magnitude in natural liquidity.
 4   So, our market makers -- really, what that means is, and
 5   how do we measure that, is, our market makers were doing
 6   more and more of the ODL volume as we continued to
 7   scale.
 8            So, we weren't seeing a subsequent increase I
 9   natural liquidity.  So, what we -- we have to be very
10   cognizant of that, and we have to think about, how do we
11   build a product, how do we -- how do we build a product
12   that actually promotes natural liquidity?  How do we
13   build a product that promotes bi-directional flow?
14            So, not just money going into the Philippines,
15   but also, how do we get money flowing out of the
16   Philippines, because if you're going just into the
17   Philippines, you're always on one side of the market.
18   So, really, you need to create flows going both ways to
19   increase this natural liquidity.
20            So, that's -- you're right.  It's -- I mean,
21   it's something that we need to continue to figure out
22   is, like, how do we actually build a product that
23   promotes this?  I don't -- to be completely honest and
24   transparent, I don't think we've solved that.  I don't
25   think we have a silver bullet at the moment, but I think

```
 1    we have a good road map of, how do we promote more
 2    liquidity in the market?
 3              I think a big step is, if by reducing the
 4    barriers to entry for market makers to be able to
 5    integrate into new exchanges, that's a big step in
 6    actually promoting natural liquidity.  Because there may
 7    be -- there may be market makers that we don't contract
 8    with that simply have not integrated into certain
 9    exchanges, because the integration cost is too high, and
10    it -- it's too toilsome for them to do so.
11              There is the potential that Prisma, by proving
12    a very clean, beautiful API that gives you access to all
13    of the available exchanges that Prisma has integrated
14    into could be that step in getting those market makers
15    on, and making markets into those countries.  So, that's
16    definitely a big step that we think is going to -- going
17    to help drive this.
18              MR.          Cool.  Question from a long time
19    Rippler,            following up on the liquidity and
20    supply question, how would improved liquidity drive up
21    XRP price?  So, I -       if you don't mind, I'll take
22    this one, because it's --
23              MR.          Yeah.
24              MR.          -- come out in a couple questions
25    so far.  On the product team, when we're building these
```

```
 1    things, we don't ever really talk about XRP price.
 2    Like, it's -- that's definitely not top of mind for us.
 3    Really, the focus is on driving the utility of XRP
 4    through excellent customer experiences in the payment
 5    space, and getting into essentially the lending space as
 6    well.
 7              So, I would change the question to, how would
 8    improved liquidity improve the customer experience on
 9    Ripple Net?  Well, everything that        has said is that
10    if you can increase the liquidity, you can increase the
11    customer experience, because you have less price
12    volatility when you're trying to send payments, and you
13    also have the ability of sending more payments with more
14    volume in less small chunks.
15              So, it's a dramatic improvement on the
16    experience as well.  It also has a dramatic improvement
17    on the cost that Ripple does to facilitate these
18    payments because we subsidized the FX rates.
19              Now in the long term, we think that, you know,
20    if there's sufficient value and utility in XRP as a
21    medium of exchange, if the entire world of cross-border
22    payments is really leveraging XRP as a medium of
23    exchange, that is going to have significant demand-side
24    pressure on it by the market makers and the receivers
25    who are not just buying and selling immediately, but
```

 1 | beginning to hold onto this to facilitate their payments
 2 | on a long term basis, and starts to feel more like
 3 | another currency rather than just this crypto asset, and
 4 | that would have unidirectional demand pressure that is
 5 | kind of unimaginable when you think about the scale of
 6 | this market.

 7 | So, that's kind of the soup to nuts approach,
 8 | but our product team is really focused on that liquidity
 9 | piece and the experience piece. Let's see,
10 | how is Prisma solving the bilateral liquidity issue
11 | where payment volume is generally one sided? Oh, this
12 | is a good one.

13 | So, USD to Mexico volume is much greater than
14 | MXN to USD volume. So,          does Prisma solve that, or
15 | were there other things that we are working on to solve
16 | that, or was that an open question for us?

17 | MR. ADLER: Yeah, it -- I don't think it's --
18 | Prisma is not the silver bullet to solve bidirectional
19 | flow. What it does do, is it helps facilitate
20 | bidirectional volume by helping increase liquidity.

21 | So, really what we're going to see is with XRP
22 | termination, we think that could be a big -- a big
23 | factor in improving bidirectional flow, because there
24 | may be receivers that are accepting flows one way, but
25 | they may have flows going the opposite direction. So by

1   enabling this sort of bidirectional with more receivers,
2   that's one way.

3          Another way is if we have -- if we bring on
4   more senders that just have demand for reverse flows.
5   So, from -- so, to be clear, there is flow from Mexico
6   to USD.  In aggregate, USD to Mex is going to be -- is
7   going to be larger.

8          That said, there is plenty of flows from Mex
9   to USD.  There are plenty of flows from Philippines to
10  the US, from Philippines to Singapore, etcetera.  We
11  just -- we need to tap into that market, and Prisma
12  provides the liquidity to enable that, but it doesn't
13  necessarily immediately -- you don't turn on Prisma and
14  immediately have bidirectional flow, but it provides the
15  infrastructure to enable a well functioning
16  bidirectional payment flow.

17         So, like, if you get a bunch of demand from
18  Philippines to Singapore, Prisma can quickly light up a
19  new exchange and enable those flows.  So that's how
20  Prisma helps solve it, but it isn't the -- it isn't the
21  sole solution.  It's definitely a multi-pronged effort.

22         MR.          I think the other thing there,
23          think that's a -- that's a good answer when you
24  look at the US to Mexico and Mexico to US, but the magic
25  of what we're trying to do here is really XRP as a

1    completely interchangeable currency among various

2    different countries.

3        And this is why the receiver story is going to

4    be so crucial, because the receiving markets that we

5    open up around the world, we don't necessarily have to

6    just balance USD and MXN. If we have multiple

7    connections via Prisma, you can have flows in and out of

8    Mexico into various currencies, not just USD to Mexico.

9        So, you know, if you have an interchangeable

10    multitude of currencies, you don't necessarily need to

11    balance or match in, out, on a country to country basis,

12    and that's just kind of where we're going as XRP as a --

13    as an exchange asset that is really worldwide. Great

14    questions.

15        We got five or four minutes left now. Any

16    other -- any other questions for liquidity PMs? Okay.

17    We'll call it, then. It was a great -- a great session

18    for a Monday morning. So, thanks, everybody. Fairly

19    tame group, but really good questions.

20        Feel free in this doc to make comments and

21    questions that you think of later, and also please with

22    feedback send an email to     or myself with things

23    that we could do to improve not only this, but stories

24    in the future as well. And then also, please send --

25    please send fun points to        He's saving up

1    for a -- he's saving up for a Nature Valley bar.  So,

2    send him something.  All right, folks.  Thank you very

3    much.

4                 MR. ██████    Thanks, everyone.

5                 (End of video.)

6                          * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                  TRANSCRIBER'S CERTIFICATE

45

```
1    I,              hereby certify that the foregoing

2    transcript is a complete, true and accurate

3    transcription of all matters contained on the recorded

4    proceedings indicated, Audio/Video File:

5    RPLI_SEC 1100526_HIGHLY CONFIDENTIAL.

6

7

8    _____

9    Transcriber

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```