PX 193

| | |
|---|---|
| **Message** | |
| **From:** | ▮▮▮▮▮ [▮▮▮▮▮@ripple.com] on behalf of ▮▮▮▮▮ <▮▮▮▮▮@ripple.com> [▮▮▮▮▮@ripple.com] |
| **Sent:** | 7/2/2019 9:49:49 PM |
| **To:** | Ethan Beard [Ethan Beard ▮▮▮▮▮@ripple.com] |
| **CC:** | Comms [Comms ▮▮▮▮▮@ripple.com] |
| **Subject:** | Fwd: Xpring Momentum EOD Recap |

Hi Ethan - see below for a coverage update.

▮▮▮▮▮ from VC Journal plans on including your commentary in a larger piece he's writing about crypto investments in late July.

We expect ▮▮▮▮▮ to publish a Q&A with you so will flag when its live.

Lastly, we have two opportunities to set up for you after the 4th of July weekend: an intro meeting with the ▮▮▮▮▮ and podcast interview with ▮▮▮▮▮

LMK if you have any questions, and thanks for taking the time!
▮▮▮▮▮

---------- Forwarded message ---------
From: ▮▮▮▮▮ <▮▮▮▮▮com>
Date: Tue, Jul 2, 2019 at 5:33 PM
Subject: Xpring Momentum EOD Recap
To: ▮▮▮▮▮ <▮▮▮▮▮@ripple.com>
Cc: Ripple <Ripple@▮▮▮▮▮om>, Ripple Comms <▮▮▮▮▮@ripple.com>

Hi all,

Sharing a recap of today's announcement. So far we've seen coverage from 5 publications, two of which were reposted on Yahoo Finance. Overall coverage is positive and highlights how Xpring is enabling developers to build projects leveraging XRP. Decrypt Media affirms Xpring is an ecosystem initiative with an ultimate strategy to "create a fertile environment" for developers to build projects with real uses for XRP.

Today's briefing with ▮▮▮▮▮ went well. He is working on a larger piece set to publish in late July on crypto investments and was interested in how Xpring works, as well as Ethan's POV on the state of funding in the space.

Following the embargo lift, we conducted outreach and followed up with targets to share the blog post and offer to answer additional questions. ▮▮▮▮▮ unfortunately went dark on our follow-ups today, but we'll try to get answers on why they weren't able to cover given they took the time to speak with Ethan. ▮▮▮▮▮ came back today to ask about the full list of Xpring investments, and we shared that not all partners are public yet and directed him to the Xpring site. He did not indicate he would write but we'll track tomorrow's newsletters just in case.

We expect that today is just the start of an ongoing drumbeat for Xpring, as we have a pipeline of stories in the works with ▮▮▮▮▮ and ▮▮▮▮▮ as well as interest for future meetings with the ▮▮▮▮▮ VC podcast.

CONFIDENTIAL
RPLI_SEC 0413724

We're monitoring for further pickup and will include additional coverage in tomorrow's tracking.

Thanks,
Nicole

**Coverage**
- CCN: Ripple Pledges $500 Million to 'Create Real Use Cases for XRP'
    - Reposted on Yahoo Finance
- Daily Hodl: Ripple Invests Half a Billion Dollars to Drive Growth of XRP Ecosystem
- Decrypt Media Ripple has ploughed $500 million into the XRP ecosystem
    - Reposted on Yahoo Finance
- Oracle Times: Ripple's Xpring Invested $500 Million In Over 20 Blockchain Companies To Boost XRP (XRP)
- ZyCrypto: Ripple's Xpring Invested $500 Million In Over 20 Blockchain Companies To Boost XRP (XRP)

**Tracking for Coverage**

**In Progress - Evergreen/Relationship Building**

 Starts on the VC beat in August, interested in meeting once he starts.

- confirmed interest for podcast interview, but requested reconnecting in week of 7/8 to schedule

--

om

--

director of corporate communications | ripple

CONFIDENTIAL
RPLI_SEC 0413725

| | |
|---|---|
| Message | |

**From:** ▮▮▮▮ @ripple.com]
on behalf of ▮▮▮▮ @ripple.com> ▮▮▮ @ripple.com]
**Sent:** 7/2/2019 9:49:49 PM
**To:** Ethan Beard [Ethan Beard ▮▮▮ @ripple.com>]
**CC:** Comms [Comms ▮▮▮ @ripple.com>]
**Subject:** Fwd: Xpring Momentum EOD Recap

Hi Ethan - see below for a coverage update.
▮▮▮ from ▮▮▮ plans on including your commentary in a larger piece he's writing about crypto investments in late July.
We expect ▮▮▮ to publish a Q&A with you so will flag when its live.

Lastly, we have two opportunities to set up for you after the 4th of July weekend: an intro meeting with the ▮▮▮ nd podcast interview with ▮▮▮

LMK if you have any questions, and thanks for taking the time!
▮▮▮

---------- Forwarded message ---------
**From:** ▮▮▮ .com>
**Date:** Tue, Jul 2, 2019 at 5:33 PM
**Subject:** Xpring Momentum EOD Recap
**To:** ▮▮▮ @ripple.com>
**Cc:** Ripple <▮▮▮ >, Ripple Comms ▮▮▮ ripple.com>

Hi all,

Sharing a recap of today's announcement. So far we've seen coverage from 5 publications, two of which were reposted on Yahoo Finance. Overall coverage is positive and highlights how Xpring is enabling developers to build projects leveraging XRP. Decrypt Media affirms Xpring is an ecosystem initiative with an ultimate strategy to "create a fertile environment" for developers to build projects with real uses for XRP.

Today's briefing with ▮▮▮ went well. He is working on a larger piece set to publish in late July on crypto investments and was interested in how Xpring works, as well as Ethan's POV on the state of funding in the space.

Following the embargo lift, we conducted outreach and followed up with targets to share the blog post and offer to answer additional questions. ▮▮▮ unfortunately went dark on our follow-ups today, but we'll try to get answers on why they weren't able to cover given they took the time to speak with Ethan. ▮▮▮ came back today to ask about the full list of Xpring investments, and we shared that not all partners are public yet and directed him to the Xpring site. He did not indicate he would write but we'll track tomorrow's newsletters just in case.

We expect that today is just the start of an ongoing drumbeat for Xpring, as we have a pipeline of stories in the works with ▮▮▮ as well as interest for future meetings with the ▮ and the ▮▮▮ podcast.

CONFIDENTIAL

RPLI_SEC 0413724

We're monitoring for further pickup and will include additional coverage in tomorrow's tracking.

Thanks,



## Coverage
- CCN: Ripple Pledges $500 Million to 'Create Real Use Cases for XRP'
    - Reposted on Yahoo Finance
- Daily Hodl: Ripple Invests Half a Billion Dollars to Drive Growth of XRP Ecosystem
- Decrypt Media Ripple has ploughed $500 million into the XRP ecosystem
    - Reposted on Yahoo Finance
- Oracle Times: Ripple's Xpring Invested $500 Million In Over 20 Blockchain Companies To Boost XRP (XRP)
- ZyCrypto: Ripple's Xpring Invested $500 Million In Over 20 Blockchain Companies To Boost XRP (XRP)

## Tracking for Coverage

## In Progress - Evergreen/Relationship Building
-  - Starts on the VC beat in August, interested in meeting once he starts.
- ▬▬▬▬▬▬▬▬ - confirmed interest for podcast interview, but requested reconnecting in week of 7/8 to schedule



--

director of corporate communications | ripple