PX 194

**Message**

**From:** [redacted]@ripple.com]
on behalf of [redacted]@ripple.com> [redacted]@ripple.com]
**Sent:** 7/29/2019 4:11:08 PM
**To:** Ethan Beard [Ethan Beard [redacted]@ripple.com>]; [redacted]ripple.com>]; [redacted]ripple.com>]
**CC:** [redacted]
**Subject:** SFBT article

Hi Ethan - you may have seen in today's media tracking, but wanted to flag that following your interview with [redacted] last month, the SFBT published a feature (full text here) highlighting Xpring, the $500 million commitment and a handful of Xpring investments including [redacted] and others.

[redacted] thank you for your help in tracking down the CEO headshots for this piece. Please feel free to share the article w/ those companies as well.

Let us know if you have any questions.

Thanks,

[redacted]

Communications | Ripple



CONFIDENTIAL    RPLI_SEC 0468211