# PX 197

Message

From: Ripple.com Contact Form [ripplecontact@ripple.com]
Sent: 10/14/2016 10:57:50 PM
To: banks@ripple.com
Subject: Ripple.com contact form inquiry from 

From:                 .com>
Organization:
Title: Youtube

Message Body:
Looking to buy XRP shares, very intelligent company and can go very far. I am looking to invest some money in you guys. I am currently a youtuber for MMORPG games, and would like to be apart of this company. Thankyou

--
This e-mail was sent from a contact form on Ripple.com

IP address: 69.159.38.111


-- Tracking Info --
The user filled the form on: https://ripple.com/contact/
The user came to your website from: https://coinmarketcap.com/currencies/ripple/
The user's landing page on your website: http:///
User's IP: 69.159.38.111
User's browser is: Mozilla/5.0 (Windows NT 10.0; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/53.0.2785.143 Safari/537.36

HIGHLY CONFIDENTIAL

RPLI_SEC 1050812
SEC-LIT-EPROD-001713899