# PX 198

**From:**
**Sent:** Thursday, June 27, 2019 3:48 PM
**To:** Breanne Madigan <████@ripple.com>
**Cc:** ████; Dinuka Samarasinghe <████@ripple.com>
**Subject:** Re: exchange go live checklist

---

Sounds good Breanne. We need to ensure effective communication between us. Let's put a game plan in place during our next call.

We can look into restarting our old monitoring tools, though I suspect Ripple's might be more comprehensive.

Finally got over jet-lag last night.... Just in time to fly home.

On way way into the office to meet with CL now.

Cheers



████
GSR Co-Founder
████@gsr.io
Mobile ████
Skype ████
Telegram @████

> On 26 Jun 2019, at 19:34, Breanne Madigan <████@ripple.com> wrote:
>
> So much fun meeting you all - and great to reconnect ████ Excited I get to work with you all!
>
> Btw - I made some progress with Ron and Brad on the topic of maybe managing more of xpring's XRP flow through the programmatic channel... will be a WIP but something I want to explore with you.
>
> We are also building automation to pull data on a bunch of the other large sellers that we spoke about. We can discuss more of that with you on our next call, too. Need to get a more complete picture for sure.
>
> I'd love to start thinking about a weekly comment you guys can share with us - on any color you're seeing in xrp and gut on the market, etc. - maybe on Thursdays? we need to get a better handle on total supply, key market drivers, etc to help inform our liquidation strategies (starting with lowering our sales #s ASAP, IMO!)
>
> Anyway, I'm obviously just getting started and only 1 month in- but happy we get to partner with your team to figure all of this out! Thanks for the creative ideas and energy the other day. Especially with massive jet lag. Hero status.
>
> Breanne Madigan
> Global Institutional Markets
> ████@ripple.com
>
>> On Jun 26, 2019 at 10:02 PM, <Dinuka Samarasinghe> wrote:
>>
>> Hey ████
>>
>> In preparation for upcoming xRapid corridors, I wanted to make sure that I had a checklist of items so that we have a good handle on what is still needed to go live on a corridor.
>>
>> From experience, I would say:
>> exchange account application
>> KYC / AML process
>> Additional verification for corporate / higher tier withdrawal status
>> API development

CONFIDENTIAL GSR00007158

API testing
Funding
Local bank account

Are there any that I am missing here? Or any that I have wrong, or that we can get rid of?

Thank you.

Dinuka

--
Dinuka Samarasinghe
XRP Markets

CONFIDENTIAL
GSR00007159