# PX 199

---

Message

| | |
|---|---|
| **From:** | Ron Will ████ @ripple.com] |
| **on behalf of** | Ron Will ████ @ripple.com> ████ ripple.com] |
| **Sent:** | 8/21/2020 9:55:45 AM |
| **To:** | ████ @ripple.com]; Monica Long [████ @ripple.com] |
| **CC:** | ████ @ripple.com] |
| **Subject:** | XRP Supply |

Over the past year, as we have come to better understand the impact of supply/demand on the XRP market, we've had several presentations to Brad about XRP supply.

We still don't understand all the complexities related to supply introduction to the XRP market, but we do have much better data as we've built tools and reporting that allows us to more quickly pull together data on the hundreds of wallets we monitor, as well as our own distributions of XRP.

I've attached the presentations here as well as our weekly reporting that we can get you both on the distribution for next week - and ████ s updating and revising the presentation so we can do it monthly so stay tuned on that.

A few things to consider when discussing XRP supply/inflation:

• Is it incremental XRP supply leaving Ripple or supply leaving non-Ripple sources like Chris, Jed, ████ ████ and other large holders

• Is it supply moving from Ripple to non-Ripple sources - or is it actually being sold into the market? Those numbers could be different because there can be a timing delay - for example Ripple moves XRP to ████ or ██ but they can't sell it immediately because of a sales restriction based on daily trading volume. To project the rate at which the supply enters the market requires a projection on average daily trading volume of XRP. The recent runup in XRP trading volume increases the rate at which some of that supply can enter the market.

• Is all supply entering the market equal? If we loan XRP to a market maker, and they sell the XRP for $, we'd agree that is the same as if someone else sold it - but what if we loan XRP to a market maker, and they post that XRP as collateral for $ or BTC?

• Is the supply based on $ (XRPO or a $ denominated arrangement) - or a set # of XRP? As the price of XRP fluctuates, that will change the rate of supply introduction to the market.

• Is it supply that we (Ripple) excluded at some point in history from our reported XRP holdings (we did this with ████ and a portion of the Coil XRP since we knew we'd be paying this out)

Separately, there is a constant discussion of what matters? Is it when XRP leaves Ripple (ie the decline in our ownership stake - incorrectly called "inflation"?) - or when XRP is sold to the market and increases the actual float/freely traded XRP available in the market - or a combination of both?

Alot to cover - happy to spend whatever time necessary.

Best,
Ron

--
Ron Will
Chief Financial Officer | Ripple
████ @ripple.com | ripple.com

CONFIDENTIAL



CONFIDENTIAL

RPLI_SEC 0590772

**ripple**

# XRP Supply - deeper dive

——

**April 20, 2020**

CONFIDENTIAL    1

CONFIDENTIAL



# Agenda

1 Ripple XRP Introduction
2 Other Supply Introduction
3 Key Deal Review

CONFIDENTIAL 2

CONFIDENTIAL

RPLI_SEC 0590774

# Ripple Supply Introduction (in mm XRP, through 4/12)

This breaks out all Ripple XRP distributions impacting circulating supply (omits fulfillment of certain commitments).

Prospective XRP Reporting will be on a basis consistent with these groupings, but adding AMP.



| | Q1'19 | Q2'19 | Q3'19 | Q4'19 | Q1'20 | Q2'20 | Total |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| Coil Development Fund | | | | | | | |
| Forte Incentive | | | | | | | |
| Development Fund | | | | | | | |
| Investment | | | | | | | |
| **Xpring and BD total** | | | | | | | |
| Loan | | | | | | | |
| MGI | | | | | | | |
| ODL | | | | | | | |
| **ODL total** | | | | | | | |
| Employee | | | | | | | |
| Founder | | | | | | | |
| Other | | | | | | | |
| Donations | | | | | | | |
| **Other total** | | | | | | | |
| **Total** | | | | | | | |

Primarily liquidity support
Incentives, milestone payments and  and FX rebates
Liquidity, exchanges, vol and FX incentives

Routine payroll, bonuses and Q2 exec comp
Ripplecharts domain loan settlement
Ripplenet customer, product testing, vendors

CONFIDENTIAL

3

RPLI_SEC 0590775

# Other Supply Introduction (in mm XRP, through 4/12)

All amounts distributed to holders or treated as already distributed due to firm commitment by beginning of 2019.



| | Q1'19 | Q2'19 | Q3'19 | Q4'19 | Q1'20 | Q2'20 | Total |
|---|---|---|---|---|---|---|---|
| Coil scheduled payments | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Other Options | | | | | | | |
| Rippleworks | | | | | | | |
| Total | | | | | | | |

CONFIDENTIAL

4

RPLI_SEC 0590776

# Key Deal Review

**Identified key deals with material continued obligations or opportunities**

- ████████
- Coil
- ████████
- ████████
- ████████

RPLI_SEC 0590777





| | | |
|---|---|---|
| Gross Amount | XRP | |
| Gross paid to date | XRP | |
| Remaining Amount | XRP | |

Contract has no at will cancellation provisions.

CONFIDENTIAL 6

 Development Fund

Commitment to fund development on  platform

| | |
|---|---|
| Total Amount | |
| Total USD paid to date | |
| Remaining Amount | |
| Allocated Portion of Remaining Amount | |
| | |
| Total XRP to date: | |
| Remaining Amount (at current price): | |

| | |
|---|---|
| Sales Limit (in bps)* | Greater of ██ bps or $ |
| Floor Price** | $ |
| Approvals*** | Projects over $5mm |
| Allocation period | Up to May 2021 |
| Distribution Period | Up to May 2023 |

*Opportunity to improve monitoring

**Delay of up to 90 days until price recovery, otherwise ignore floor or pay in USD

***Projects have been consistently under this threshhol

CONFIDENTIAL   7

 - Milestones

Funding based on key milestones for overall ecosystem development

| Milestone | Amount | Forfeiture Date |
|---|---|---|
| Approve Dev Program | | Paid |
| Wallet Launch | | Pending payment |
| Company Marketplace | | 5/8/2020 |
| First Game | | 11/8/2020 |
| Remaining Commitment | | |
| Remaining commit (at current price) | | At floor |

| Sales Limit* | Greater of ▮ps or $▮ | XRP Charts |
|---|---|---|
| Floor Price** | $0▮ | Soft floor |

*Opportunity to improve monitoring, measured in combination with Volume Incentives
**Delay of up to 90 days until price recovery, otherwise ignore floor or pay in USD

CONFIDENTIAL
8

 - Volume Incentives

Incentives for hitting various target of XRP transacted on Forte platform - Targets can be met anytime before May 2023.

No payments made to date.

| ADV XRP Target (units transacted over platform, 90 day average) | Payment |
|---|---|
| XRP ███ | XRP ███ |
| XRP ███ | XRP ███ |
| XRP ███ | XRP ███ |
| XRP ███ | XRP ███ |
| Remaining Amount | XRP ███ |

CONFIDENTIAL



Coil

For both scheduled payments and set-aside, contract doesn't allow for termination at Ripple's option, with no contract termination date.

| Scheduled Payments | |
|---|---|
| Gross Amount | XRP ███ |
| Paid to date | XRP ███ |
| Remaining Amount | XRP ███ |

| Set-Aside | |
|---|---|
| Gross Amount | XRP ███ |
| Paid to date | XRP ███ |
| Remaining Amount | XRP ███ |

CONFIDENTIAL   10

#  - Set-Aside T&Cs

We have ample contractual mechanisms to possible prevent substantial distributions from Set-Aside, through using direct distribution and taxable income exclusion. Opportunity for improvement in monitoring Sales Limits and enforcing Approval rights.

| Set-Aside Terms and Conditions | | | | |
|---|---|---|---|---|
| Type | Approval | Distribution | Other Rights | Sales Limit |
| Large Project (>$25m) | Subject to Ripple's approval | Ripple or Coil at | Can reject any transaction | ▮s, combined |
| Medium Project (>7.6m XRP) | Subject to standard T&Cs | Ripple's discretion | giving rise to taxable | Large and Medium |
| Small Project (<7.6m | None | Coil | income to Ripple | ▮week |

CONFIDENTIAL

CONFIDENTIAL

 Purchase Discount

As of November 2019, discount of ▮▮▮▮ on purchases, at amount of discount remaining from original agreement



| Purchase Discount | |
| --- | --- |
| Original Discount Value | $ ▮ |
| Discount Value at Amendment | $ ▮ |
| Remaining Discount Value | $ ▮ |
| Remaining Discount Amount (at $0.19) | XRP ▮ |



| Contract Terms | |
| --- | --- |
| Sales Limit | ▮▮ bps CCTT |
| Floor Price | None |
| Quarterly Minimum Gross | $ ▮ |
| Quarterly Maximum Gross | $ ▮ |
| Purchase Period | Up to November 2021 |

CONFIDENTIAL   12

RPLI_SEC 0590784

 Option

Option for [REDACTED] XRP purchased in full as of August 2019, with supply expected to last until November 2020.



| Remaining Amount | |
|---|---|
| Original Option Amount | XRP [REDACTED] |
| Remaining Amount | XRP [REDACTED] |
| Average Weekly Sales (last 10 weeks) | XRP [REDACTED] |
| Estimated Sales Completion | November 2020 |

| Proceeds | |
|---|---|
| Proceeds Cap | [REDACTED] |
| Proceeds to Date | [REDACTED] |
| Remainder to Cap | [REDACTED] |
| Total Projected Proceeds (at $0.19) | [REDACTED] |
| Price to Hit Cap | [REDACTED] |

RPLI_SEC 0590785

# XRP Supply

**March 28, 2020**

CONFIDENTIAL

CONFIDENTIAL



# Agenda

1 Data Groupings

2 Supply Introduction Overview

3 XRP Holdings

4 Supply Introduction Outlook

5 Non-Ripple Holdings

6 Commitments

CONFIDENTIAL    2

RPLI_SEC 0590787

# Data groupings

Purpose is to provide a full view of actions impacting XRP supply by analyzing balances and activity in three areas: Ripple, other major holders ("deferred supply") and Ripple commitments

**Ripple**

- Ripple and all subsidiaries as a group

**Deferred Supply and Deferred Holders**

- Includes major recipients of XRP from Ripple as well as Founders

**Circulating Supply**

- Balance of XRP not held by Ripple or Deferred Supply population

**Commitments**

- Material commitments for future distributions
- Commitments denominated in USD based on current price ($0.18)

CONFIDENTIAL

3

RPLI_SEC 0590788

# Supply Introduction Overview

Overall pace of supply introduction has decreased. Ripple's share of this supply introduction has steadily declined since early 2019.



CONFIDENTIAL

RPLI_SEC 0590789

# XRP Holdings and Changes

While Ripple has distributed 0.7b over the last 6 months, actions of other major holders as a group ("deferred supply") led to a total of 1.5b or 6% increase in circulating supply over last 6 months.

| 9/30/19 | 12/31/19 | 3/22/20 |
|---|---|---|
|  |  |  |

■ Ripple   ■ Deferred Supply   ■ Circulating

CONFIDENTIAL
5

RPLI_SEC 0590790

# Supply Inflation Rates

Both inflation of circulating supply (XRP not held by Ripple or Deferred Holders) and float (XRP not held by Ripple) have decreased

|  | Q1'19 | Q2'19 | Q3'19 | Q4'19 | Q1'20 |
|---|---|---|---|---|---|
| Float | 41,792 | 42,812 | 43,167 | 43,622 | 43,936 |
| Float (increase per Q) | 1.8% | 2.4% | 0.8% | 1.1% | 0.7% |
| Circulating Supply | 23,411 | 25,248 | 26,356 | 26,941 | 27,908 |
| Circulating Supply (increase per Q) | 6.2% | 7.8% | 4.4% | 2.2% | 3.6% |

CONFIDENTIAL    6

CONFIDENTIAL                                                                 RPLI_SEC 0590791

# Supply Introduction (in mm)

Supply introduction continues to be dominated by founders and legacy deals (XRP options, Rippleworks, ███████ with Ripple direct distributions responsible for less than 25% of overall supply introduction over last 6 months.

| Group | Q1'19 | Q2'19 | Q3'19 | Q4'19 | Q1'20** |
|---|---|---|---|---|---|
| Non-Ripple | 666 | 1,083 | 796 | 429 | 746 |
| Ripple * | 697 | 754 | 313 | 156 | 221 |
| Total Supply Introduction | 1,363 | 1,837 | 1,108 | 585 | 967 |
| *Excludes amounts sent to Non-Ripple<br>** Thru March 22, 2020 | 50 | 265 | 43 | 300 | 92 |
| Total Monthly Average | 454 | 612 | 369 | 195 | 322 |

CONFIDENTIAL

CONFIDENTIAL

# Deferred Supply Introduction Outlook

Expect increased supply due to result of arbitration with Jed (increase sales limit from 11.5 to 35 bps of volume)

| Group | Expected Quarterly Sales | Contract Limitation | Notes |
|---|---|---|---|
| Founder/Exec | 200 | No | |
| Jed | 450 | Yes | Expect substantial increase |
| ████ | 100 | Yes | |
| Other | 95 | Yes | |
| Partnership | 85 | Partial | |
| Donations | 40 | No | |
| **Total** | **970** | | |

CONFIDENTIAL

# Deferred Supply Balances

Large balances continue to be held - and despite low balances for partnerships, substantial commitments to Coil and ▮▮▮▮▮ remain unfunded.



CONFIDENTIAL

CONFIDENTIAL

RPLI_SEC 0590794

# Commitments overview (mm)

Current commitments of 3.3bn - increase of 0.8bn due to price decline and inclusion of MGI FX rebates, with 80% of XRP commit denominated in $ at this time (up from 66% in Q3'19).



*Commitments are currently in Ripple's current XRP holdings and not considered deferred supply.
** Assumes FX Rebate at 83bps through YE 2021 and $90m of remaining incentives

CONFIDENTIAL

# Commitments contributors

Almost 75% of commitment attributable to top 4 deals.

| Counterparty | XRP/USD denominated | Current Commitment | As of 8/22 | Change |
|---|---|---|---|---|
| Moneygram | USD | 784 | 420 | 364 |
| | USD | | | |
| Coil | XRP | | | |
| | USD | | | |

 ncludes only value of the discount.  Moneygram excludes any incentives necessary to provide liquidity.

CONFIDENTIAL

APPENDIX

CONFIDENTIAL

RPLI_SEC 0590797

# Supply Introduction (in mm)

Decline in Supply introduction largely driven by founders, ███ olume base change and lower XRP sales.

| Group | Q1 - Q3 average | Q4'19 | Q1'20 | Last 6 Months |
|---|---|---|---|---|
| Founder/Exec | | | | |
| Jed | | | | |
| ███████ | | | | |
| Other | | | | |
| Partnership | | | | |
| Donations | | | | |
| **Total Deferred Sales** | | | | |
| Ripple Distributions* | | | | |
| **Total Supply Introduction** | | | | |

*Excludes amounts sent to Deferred     119       300       92       392

CONFIDENTIAL

CONFIDENTIAL    13

RPLI_SEC 0590798

# XRP Holdings and changes - Recap From August 2019

Balances for Ripple and major holders as a group ("Deferred Supply") declined by 1.9bn XRP each since January 1 2019 to August 2019 - increasing overall float by 3.8bn XRP (17%)



Year End    Current

■ Ripple    ■ Deferred Supply    ■ Circulating

CONFIDENTIAL    14

**Ripple Supply Introduction**

| | QTD | QTD | QTD |
|---|---|---|---|
| | Q1-19 | Q2-19 | Q3'19 |

Sales
Programmatic
XRP-O
  **Sales total**
  **% growth**

XRP Purchase
  **Purchases total**
  **% growth**

Coil Development Fund
  Incentive
  Development Fund
Investment
  **Xpring and BD total**
  **% growth**

MM Lease
MM Fees
MGI - Volume incentive
MGI - Fx rebate
MGI - Bonus
Incentive
Fx rebate
Adoption marketing
ODL Lease
  **ODL total**
  **% growth**

Employee
Founder
Other
Donations
Inflow from Net Settled Options
  **Other Expense total**
  **% growth**

  **Total**
  **% growth**

**Other Supply Introduction (treated as already distributed prior to current year)**



|  | QTD | QTD | QTD |
|---|---|---|---|
|  | Q1-19 | Q2-19 | Q3'19 |

Coil Scheduled Payments

Other Options
**Total Other Supply**
**% growth**

**Total Ripple + Coil/**

**Supply Summary**
Sales
Xpring / BD
ODL
Other
Options
Total

**Inflation**
Total XRP
Ripple Holdings
  **Circulation**
  **Change in Circulation**
  **Inflation Rate**

| QTD | YTD | MTD | | |
|---|---|---|---|---|
| Q4'19 | FY'19 Total | 01-20 | 02-20 | 03-20 |

| QTD | YTD | MTD | | |
|---|---|---|---|---|
| Q4'19 | FY'19 Total | 01-20 | 02-20 | 03-20 |



| QTD | MTD | | | QTD |
|---|---|---|---|---|
| Q1'20 | 04-20 | 05-20 | 06-20 | Q2'20 |

| QTD | MTD | | | QTD |
|---|---|---|---|---|
| Q1'20 | 04-20 | 05-20 | 06-20 | Q2'20 |

| MTD | | QTD | YTD |
|---|---|---|---|
| 07-20 | 08-20 | Q3'20 | YTD Total |

| MTD | MTD | QTD | YTD |
|---|---|---|---|
| 07-20 | 08-20 | Q3'20 | YTD Total |













| Name | Use of funds | Q1 QTD Q1'19 | Q2 QTD Q2'19 |
|------|--------------|--------------|--------------|
| | Sales | | |
| | Sales | | |
| | Sales | | |
| | Sales | | |
| | Sales | | |
| | Sales | | |
| | Sales | | |
| | Sales | | |
| | XRP-O | | |
| | XRP-O | | |
| GSR | XRP Purchase | | |
| GSR | Programmatic | | |
| | Programmatic | | |
| | Programmatic | | |
| Coil | Coil Development Fund | | |
| | Development Fund | | |
| | Incentive | | |
| | Investment | | |
| | Investment | | |
| | Investment | | |
| | Investment | | |
| | Investment | | |
| GSR | MM Lease | | |
| Other | MM Lease | | |
| Moneygram | MM Lease | | |
| Moneygram | MGI - Volume incentive | | |
| Moneygram | MGI - Fx rebate | | |
| GSR | MGI - Bonus | | |
| | MM Fees | | |
| Other | MM Fees | | |
| | MM Fees | | |
| Bittrex | Incentive | | |
| | Incentive | | |
| | Incentive | | |
| | Incentive | | |
| | Incentive | | |
| | Incentive | | |
| | Fx rebate | | |
| | Fx rebate | | |
| Other | Fx rebate | | |
| | Adoption marketing | | |
| | Adoption marketing | | |



| Other | Adoption marketing |
| Other | ODL Lease |
| Employee | Employee |
| Other | Founder |
| | Other |
| Custody | Other |
| | Other |
| | Other |
| Lease | Other |
| Contractor | Other |
| Other | Other |
| | Donations |
| | Donations |
| | Donations |
| | Donations |
| | Donations |
| Other | Donations |
| Inflow from Options | Other Options |

Subtotal

Other Options

Subtotal

**Grand Total**

| Q3 | Q4 | 2019 | 1 | 2 | 3 |
|---|---|---|---|---|---|
| QTD | QTD | YTD | MTD | | |
| Q3'19 | Q4'19 | FY'19 Total | 01-20 | 02-20 | 03-20 |



| Q1 | 4 | 5 | 6 | Q2 | 7 | |
|----|----|----|----|----|----|----|
| **QTD** | | **MTD** | | **QTD** | **M1** | |
| **Q1'20** | **04-20** | **05-20** | **06-20** | **Q2'20** | **07-20** | |



| 8 | Q3 | 2020 |
|---|---|---|
| TD | QTD | YTD |
| 08-20 | Q3'20 | FY'20 Total |



**Report:** Individual distributions for the current month

| Date | Name | Use of Funds | Amount |
|------|------|--------------|--------|
| 8/1/2020 | ████ | ████ | ████ |
| 8/9/2020 | ████ | XRP-O | |
| 8/5/2020 | ████ | Investment | |
| 8/8/2020 | Other | MM Lease | |
| 8/9/2020 | ████ | XRP-O | |
| 8/5/2020 | Moneygram | MGI - Volume incentive | |
| 8/6/2020 | ████ | Fx rebate | |
| 8/3/2020 | Moneygram | MGI - Volume incentive | |
| 8/6/2020 | ████ | Incentive | |
| 8/3/2020 | ████ | Fx rebate | |
| 8/6/2020 | ████ | Other | |
| 8/6/2020 | Other | Adoption marketing | |
| 8/5/2020 | Moneygram | MGI - Fx rebate | |
| 8/3/2020 | Moneygram | MGI - Fx rebate | |
| 8/6/2020 | Other | Fx rebate | |
| 8/1/2020 | ████ | Fx rebate | |
| 8/5/2020 | Other | Fx rebate | |
| 8/6/2020 | Other | Other | |
| 8/4/2020 | ████ | Investment | |
| 8/6/2020 | ████ | Investment | |
| 8/7/2020 | ████ | Donations | |
| 8/7/2020 | Other | Other | |
| 8/6/2020 | Employee | Employee | |
| 8/1/2020 | Inflow from Options | Other Options | |
| 8/6/2020 | GSR | XRP Purchase | |
| | | Total | ████ |