## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

      v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                  Defendants.

Case No. 20-CV-10832 (AT) (SN)

### NOTICE OF MOTION OF CLAYTON J. MASTERMAN TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Clayton J. Masterman will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Ripple Labs Inc.

PLEASE TAKE FURTHER NOTICE that other attorneys at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Debevoise & Plimpton LLP will continue to be counsel of record for Ripple Labs Inc. in this action.

Dated: June 26, 2023
Washington, D.C.

By: _____

Clayton J. Masterman
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
cmasterman@kellogghansen.com