UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**DECLARATION OF CLAYTON J. MASTERMAN PURSUANT TO LOCAL RULE 1.4**

I, Clayton J. Masterman, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the District of Columbia and was admitted Pro Hac Vice to practice before the United States District Court for the Southern District of New York. On July 7, 2022, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Ripple Labs Inc. in this action.

3. Following June 30, 2023, I will no longer be associated with Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

4. Other attorneys at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Debevoise & Plimpton LLP have also appeared in this action on behalf of Ripple Labs Inc. and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

Dated: June 26, 2023
Washington, D.C.

By _____

Clayton J. Masterman
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
cmasterman@kellogghansen.com