## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>        Defendants. | Case No. 20-CV-10832 (AT) (SN) |

## PROPOSED ORDER

Upon the motion for Clayton J. Masterman for leave to withdraw from this action as counsel for Ripple Labs Inc.,

IT IS HEREBY ORDERED:

1.  The motion is granted.

SO ORDERED.

Dated:

_____
United States Magistrate Judge