UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      v.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

20-cv-10832 (AT)

---

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF
ANNA R. GRESSEL**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Defendant Ripple Labs Inc. respectfully requests that this Court grant Anna R. Gressel of the law firm of Debevoise & Plimpton LLP leave to withdraw her appearance as attorney of record in the above-captioned action. Withdrawal is sought as Ms. Gressel will not be associated with Debevoise & Plimpton LLP effective as of July 12, 2023. Defendant Ripple Labs Inc. continues to be represented by attorneys Andrew J. Ceresney, Lisa Zornberg, Erol Gulay, and Chris S. Ford of Debevoise & Plimpton LLP. Ms. Gressel's withdrawal will not adversely affect the interests of Defendant. Ms. Gressel is not asserting a retaining or charging lien.

(Remainder of page left intentionally blank.)

WHEREFORE, Defendant Ripple Labs Inc. respectfully requests that the Court grant Anna R. Gressel leave to withdraw as attorney of record in this action.  A Proposed Order is filed concurrently herewith.

Respectfully submitted,

Dated: July 11, 2023
New York, New York

    DEBEVOISE & PLIMPTON LLP
By: _/s/ Anna R. Gressel_____
Anna R. Gressel
(argresse@debevoise.com)
66 Hudson Boulevard
New York, New York, 10001
(212) 909-6000

*Attorney for Ripple Labs Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      v.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

20-cv-10832 (AT)

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ANNA R. GRESSEL

Upon consideration of the Motion for Leave to Withdraw Appearance of Anna R. Gressel, and for good cause shown, it is **HEREBY ORDERED THAT** Anna R. Gressel of Debevoise & Plimpton LLP is hereby withdrawn as a counsel of record for Defendant Ripple Labs Inc.  The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

Dated: _____    _____
                                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Anna R. Gressel*
Anna R. Gressel