```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

          Defendants.

Case No. 20-CV-10832 (AT) (SN)

---

**NOTICE OF MOTION OF CLAYTON J. MASTERMAN TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Clayton J. Masterman will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Ripple Labs Inc.

PLEASE TAKE FURTHER NOTICE that other attorneys at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Debevoise & Plimpton LLP will continue to be counsel of record for Ripple Labs Inc. in this action.

Dated: June 26, 2023
Washington, D.C.

By: _____

Clayton J. Masterman
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.

---

The Clerk of Court is directed to terminate Clayton J. Masterman from the docket.

SO ORDERED.

Dated: July 13, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge