UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                             Plaintiff,                      20-CV-10832 (AT)(SN)

        -against-                                   **ORDER**

RIPPLE LABS, INC., et al.,

                             Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Judge Torres's recent decision on the parties' cross-motions for summary judgment, ECF No. 874, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference if they believe it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      July 17, 2023
               New York, New York