UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and
CHRISTIAN A. LARSEN,

                Defendants.

Case No: 20-CV-10832 (AT)

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF
LISA R. ZORNBERG**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Defendant Ripple Labs Inc. respectfully requests that this Court grant Lisa R. Zornberg of the law firm of Debevoise & Plimpton LLP leave to withdraw her appearance as attorney of record in the above-captioned action. Withdrawal is sought as Ms. Zornberg will not be associated with Debevoise & Plimpton LLP effective as of July 31, 2023. Defendant Ripple Labs Inc. continues to be represented by attorneys Andrew J. Ceresney, Erol N. Gulay, and Christopher S. Ford of Debevoise & Plimpton LLP. Ms. Zornberg's withdrawal will not adversely affect the interests of Defendant. Ms. Zornberg is not asserting a retaining or charging lien.

(Remainder of Page Left Intentionally Blank)

WHEREFORE, Defendant Ripple Labs Inc. respectfully requests that the Court grant Lisa R. Zornberg leave to withdraw as attorney of record in this action. A Proposed Order is filed concurrently herewith.

Respectfully submitted,

Dated: July 27, 2023
New York, New York

        DEBEVOISE & PLIMPTON LLP
By: _/s/ Lisa R. Zornberg_
Lisa R. Zornberg
(lzornberg@debevoise.com)

66 Hudson Boulevard
New York, New York, 10001
(212) 909-6000

*Attorney for Ripple Labs Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                    Defendants. | Case No: 20-CV-10832 (AT) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF LISA R. ZORNBERG**

Upon consideration of the Motion for Leave to Withdraw Appearance of Lisa R. Zornberg, and for good cause shown, it is **HEREBY ORDERED THAT** Lisa R. Zornberg of Debevoise & Plimpton LLP is hereby withdrawn as a counsel of record for Defendant Ripple Labs Inc.  The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

Dated: _____          _____

                                                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /s/ Lisa R. Zornberg
Lisa R. Zornberg