```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/28/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

　　　　　　　Plaintiff,

　　v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

　　　　　　　Defendants.

Case No: 20-CV-10832 (AT)

---

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF
LISA R. ZORNBERG**

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Defendant Ripple Labs Inc. respectfully requests that this Court grant Lisa R. Zornberg of the law firm of Debevoise & Plimpton LLP leave to withdraw her appearance as attorney of record in the above-captioned action.  Withdrawal is sought as Ms. Zornberg will not be associated with Debevoise & Plimpton LLP effective as of July 31, 2023.  Defendant Ripple Labs Inc. continues to be represented by attorneys Andrew J. Ceresney, Erol N. Gulay, and Christopher S. Ford of Debevoise & Plimpton LLP.  Ms. Zornberg's withdrawal will not adversely affect the interests of Defendant.  Ms. Zornberg is not asserting a retaining or charging lien.

(Remainder of Page Left Intentionally Blank)

GRANTED.  The Clerk of Court is directed to terminate Lisa R. Zornberg from the docket.

SO ORDERED.

Dated: July 28, 2023
　　　New York, New York

_____
ANALISA TORRES
United States District Judge