UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No. 20 CV 10832 (AT) (SN) ) ECF Case ) |
| v. | ) ) |
| RIPPLE LABS INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas Zolkind of Debevoise & Plimpton LLP hereby appears on behalf of Defendant Ripple Labs Inc. in the above captioned case.

Dated: New York, New York
       July 31, 2023

DEBEVOISE & PLIMPTON LLP

By: /s/ *Douglas Zolkind*
    Douglas Zolkind
66 Hudson Boulevard
New York, New York  10001
(212) 909-6000
dzolkind@debevoise.com

*Attorney for Ripple Labs Inc.*

TO:   All Parties of Record