UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/9/2023_

20 Civ. 10832 (AT)

**PRETRIAL SCHEDULING ORDER**

ANALISA TORRES, District Judge:

    On July 13, 2023, the Court granted in part and denied in part the parties' motions for summary judgment. ECF No. 874. The Court will seek to schedule a jury trial for the second calendar quarter of 2024. Accordingly:

1. By **August 23, 2023**, the parties shall submit blackout dates for trial.

2. By **December 4, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **December 18, 2023**.

3. By **December 4, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Cases. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

4. By **December 4, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C.v of the Court's Individual Practices in Civil Cases.

5. The Court shall schedule a final pretrial conference date upon setting a date certain for trial.

SO ORDERED.

Dated: August 9, 2023
        New York, New York

                                                            ANALISA TORRES
                                                     United States District Judge