UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) 20-CV-10832 (AT)(SN) |
| v. | ) ) MOTION FOR ADMISSION |
| RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN, | ) *PRO HAC VICE* ) ) ) ) |
| Defendants. | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Peter Bryan Moores, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 9, 2023

Respectfully Submitted,

/s/ Peter Bryan Moores
Peter Bryan Moores (Mass. Bar No. 658033)
  Senior Enforcement Counsel
United States Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-4576
Email: *mooresp@sec.gov*