UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br>        v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                    Defendants. | 20-CV-10832 (AT)(SN)<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of Peter Bryan Moores for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

   Peter Bryan Moores (Mass. Bar No. 658033)
   United States Securities and Exchange Commission
   Boston Regional Office
   33 Arch St., 24th Floor
   Boston, MA 02110
   Phone: (617) 573-4576;
   Email: *mooresp@sec.gov*

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District/Magistrate Judge