UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br> v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>    Defendants. | 20-CV-10832 (AT)(SN)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marc J. Jones, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

  I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 9, 2023        Respectfully Submitted,

                 /s/ Marc J. Jones
                 Marc J. Jones (Mass. Bar No. 645910)
                  Senior Trial Counsel
                 United States Securities and Exchange Commission
                 Boston Regional Office
                 33 Arch St., 24th Floor
                 Boston, MA 02110
                 Phone: (617) 573-8947
                 Email: *jonesmarc@sec.gov*