UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2023
```

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated August 9 and 16, 2023. ECF Nos. 887, 889–90. Accordingly:

1. The SEC's request to file a motion for leave to file an interlocutory appeal is GRANTED;
2. By **August 18, 2023**, the SEC shall file its motion;
3. By **September 1, 2023**, Defendants shall file their opposition papers; and
4. By **September 8, 2023**, the SEC shall file its reply, if any.

The parties are directed to comply with the deadlines set forth in ECF No. 884 until further order of the Court.

    SO ORDERED.

Dated: August 17, 2023
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge