UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,      :
                                                                :
                       Plaintiff,    :    20 Civ. 10832 (AT) (SN)
                                             :
         - against -                 :    ECF Case
                                           :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :    NOTICE OF MOTION
and CHRISTIAN A. LARSEN,                    :    TO CERTIFY
                                           :    INTERLOCUTORY
                     Defendants.      :    APPEAL
                                           :
------------------------------------------------------------------x

### NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO CERTIFY INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

**PLEASE TAKE NOTICE** that, on August 18, 2023, Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to certify for interlocutory appeal, pursuant to 28 U.S.C. § 1292(b), certain holdings from the Court's July 13, 2023 order on summary judgment. Plaintiff SEC makes the motion before the Honorable Analisa Torres, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated August 17, 2023 (D.E. 891), Defendants' response, if any, shall be filed no later than September 1, 2023.

New York, N.Y.                                  Respectfully submitted,
August 18, 2023

*Jorge G. Tenreiro*
_____
SECURITIES AND EXCHANGE COMMISSION
Jorge G. Tenreiro
Ladan Stewart
Benjamin Hanauer
Marc Jones
Peter Moores
100 Pearl Street
New York, New York 10014
(212) 336-9145 (Tenreiro)
TenreiroJ@sec.gov

1