UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:20-cv-10832-AT-SN |
| v. | Judge Analisa Torres |
| RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN, | **DECLARATION OF ALYSSA M. HASBROUCK** |
| Defendants. | |

Alyssa M. Hasbrouck, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Managing Associate at the law firm Sidley Austin LLP ("Sidley Austin"), counsel for Investment Banker Declarant[1] in this matter. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel because I will be leaving my employment at Sidley Austin.

2. My withdrawal will not delay this matter or prejudice any party, and I am not retaining or charging a lien.

3. Sidley Austin will continue to represent Investment Banker Declarant in this matter.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

---

[1] In conformity with Section IV.A.ii of Your Honor's Individual Practices in Civil Cases, this declaration refers to our client—the signatory of Declaration PX 447 (ECF No. 627-45)—as "Investment Banker Declarant" so as to avoid revealing the confidential information Ordered sealed by this Court (ECF No. 819).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 22, 2023<br>New York, New York | **SIDLEY AUSTIN LLP** |
|  | By:  /s/ Alyssa M. Hasbrouck<br>Alyssa M. Hasbrouck<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-8537<br>Fax: (212) 839-5599<br>ahasbrouck@sidley.com<br><br>*Counsel for Investment Banker Declarant* |