UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br>Defendants. | No. 20-cv-10832 (AT) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caleb J. Robertson of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant Bradley Garlinghouse and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: Washington, DC
August 22, 2023

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  */s/ Caleb J. Robertson*
Caleb J. Robertson
*cjrobertson@cgsh.com*
2112 Pennsylvania Avenue, NW
Washinton, DC 20037
Tel: (202) 974-1924

*Attorney for Bradley Garlinghouse*