UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br>Defendants. | No. 20-cv-10832 (AT)(SN)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael A. Schulman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Bradley Garlinghouse in the above-captioned action.

As set out in the attached declaration, I am in good standing of the bar of the District of Columbia, there are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: Washington, D.C.
      August 22, 2023

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Michael A. Schulman

Michael A. Schulman
*mschulman@cgsh.com*
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel: (202) 974-1562

*Attorney for Bradley Garlinghouse*