UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES & EXCHANGE COMMISSION,

       Plaintiff,

  v.

RIPPLE LABS INC.,
 BRADLEY GARLINGHOUSE,
 and CHRISTIAN A. LARSEN,
       Defendants.

No. 20-cv-10832 (AT)(SN)

---

## **DECLARATION OF MICHAEL A. SCHULMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, MICHAEL A. SCHULMAN, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP.

2. I respectfully submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
      August 22, 2023

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

                              Michael A. Schulman
                              *mschulman@cgsh.com*
                              2112 Pennsylvania Ave NW
                              Washington, D.C. 20037
                              Tel: (202) 974-1562

                              *Attorney for Bradley Garlinghouse*