UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC.,<br> BRADLEY GARLINGHOUSE,<br> and CHRISTIAN A. LARSEN,<br>    Defendants. | No. 20-cv-10832 (AT)(SN) |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

  The motion of Michael A. Schulman for admission to practice Pro Hac Vice in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Michael A. Schulman
*mschulman@cgsh.com*
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1562

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Bradley Garlinghouse in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                    United States District/Magistrate Judge