**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3191

WRITER'S DIRECT FACSIMILE
(212) 492-0191

WRITER'S DIRECT E-MAIL ADDRESS
mflumenbaum@paulweiss.com

August 22, 2023

**VIA ECF and Email to Chambers**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *SEC* v. *Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (S.D.N.Y.)

Dear Judge Torres:

    On behalf of Defendants Brad Garlinghouse and Chris Larsen (the "Individual Defendants"), we submit this letter pursuant to the Court's Order directing the parties to notify the Court of dates they are unavailable for trial in the second quarter of 2024. ECF No. 884. The Individual Defendants are unavailable for trial from April 1, 2024 through April 14, 2024. Otherwise, they are available for trial in the second quarter of 2024.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

                          Respectfully Submitted,

                          */s/ Martin Flumenbaum*
                          Martin Flumenbaum
                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                          *Counsel for Defendant Christian A. Larsen*

                          */s/ Matthew C. Solomon*
                          Matthew C. Solomon
                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          *Counsel for Defendant Bradley Garlinghouse*

cc:       All counsel (via ECF)