UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
                                                      **Plaintiff,**    :
                     **- against -**    :    20 Civ. 10832 (AT) (SN)

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,    :
and CHRISTIAN A. LARSEN,    :
                                       **Defendants.**    :
-------------------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF ATTORNEY

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Pascale Guerrier as counsel of record in this action for Plaintiff. Ms. Guerrier is no longer participating in this matter. The SEC continues to be represented by the other counsel of record in this matter.

Dated:      Miami, Florida
                August 23, 2023

                                              /s/ Pascale Guerrier
                                              Pascale Guerrier
                                              *Attorney for Plaintiff*
                                              SECURITIES AND EXCHANGE COMMISSION
                                              Miami Regional Office
                                              801 Brickell Ave #1800
                                              Miami, Florida 33131
                                              guerrierp@sec.gov

CERTIFICATE OF SERVICE

I hereby certify that, on August 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system which will serve all parties of record.

/s/  Pascale Guerrier
Pascale Guerrier

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
                                                   Plaintiff, :

                        - against -                      :      20 Civ. 10832 (AT) (SN)

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, :
and CHRISTIAN A. LARSEN, :

                                          Defendants. :
------------------------------------------------------------------------x

## [PROPOSED] ORDER

Upon consideration of the Motion for Withdrawal of Attorney:

It is ORDERED that, for good cause shown, Pascale Guerrier is removed as counsel of record for Plaintiff in this matter. The Clerk of the Court is directed to terminate Pascale Guerrier from the docket.

SO ORDERED.

Dated: August _____, 2023

                                                                         The Honorable Analisa Torres, U.S.D.J.