UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                          **Plaintiff,**

        - against -                  20 Civ. 10832 (AT) (SN)

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,

                          **Defendants.**

-------------------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Richard Best as counsel of record in this action for Plaintiff. Mr. Best is on extended medical leave and is no longer participating in this matter. The SEC continues to be represented by the other counsel of record in this matter.

Dated:     New York, NY
             August 23, 2023

                                        /s/_____
                                        Jorge G. Tenreiro
                                        *Attorney for Plaintiff*
                                        SECURITIES AND EXCHANGE COMMISSION
                                        New York Regional Office
                                        100 Pearl Street, Suite 20-100
                                        New York, New York 10281-1022
                                        (212) 336-9145 (Tenreiro)
                                        tenreiroj@sec.gov