USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/23/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 1:20-cv-10832-AT-SN<br><br>Judge Analisa Torres<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Alyssa M. Hasbrouck, I hereby move this Court to withdraw my appearance for Investment Banker Declarant[1] and to remove my name from the ECF service lists in the above-captioned action.

Respectfully submitted,

Dated: August 22, 2023
New York, New York

**SIDLEY AUSTIN LLP**

By: */s/ Alyssa M. Hasbrouck*
Alyssa M. Hasbrouck
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-8537
Fax: (212) 839-5599
ahasbrouck@sidley.com

*Counsel for Investment Banker Declarant*

GRANTED.  The Clerk of Court is directed to terminate Alyssa M. Hasbrouck from the docket.

SO ORDERED.

Dated: August 23, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge