UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

    - against -

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,

          Defendants.

------------------------------------------------------------------------x

20 Civ. 10832 (AT) (SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/23/2023__

## MOTION FOR WITHDRAWAL OF ATTORNEY

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Pascale Guerrier as counsel of record in this action for Plaintiff. Ms. Guerrier is no longer participating in this matter. The SEC continues to be represented by the other counsel of record in this matter.

Dated:     Miami, Florida
          August 23, 2023

/s/ Pascale Guerrier
Pascale Guerrier
*Attorney for Plaintiff*
SECURITIES AND EXCHANGE COMMISSION
Miami Regional Office
801 Brickell Ave #1800
Miami, Florida 33131
guerrierp@sec.gov

GRANTED. The Clerk of Court is directed to terminate Pascale Guerrier from the docket.

SO ORDERED.

Dated: August 23, 2023
      New York, New York.

ANALISA TORRES
United States District Judge