KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

August 23, 2023

**VIA ECF and Email to Chambers**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Ripple Labs Inc., et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

      On behalf of Defendant Ripple Labs, Inc., I submit this letter pursuant to the Court's Order directing the parties to notify the Court of dates they are unavailable for trial in the second quarter of 2024. ECF No. 884. Defendant Ripple has no blackout dates and is available for trial throughout the second quarter of 2024.

Respectfully submitted,

/s/ Michael K. Kellogg
Michael K. Kellogg
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900

*Counsel for Defendant Ripple Labs Inc.*