UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
                                        :
                                Plaintiff,    :
                                        :
                - against -                  :    20 Civ. 10832 (AT) (SN)
                                        :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, :
and CHRISTIAN A. LARSEN,                :
                                        :
                            Defendants.   :
                                        :
------------------------------------------------------------------------x

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Robert Moye is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that his representation of Plaintiff is terminated.

SO ORDERED.

Dated: August ____, 2023

                                                                  The Honorable Analisa Torres, U.S.D.J.