

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 24, 2023

**Via ECF and EMAIL**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

    The Commission's trial attorneys respectfully submit their blackout dates for trial in the second calendar quarter of 2024 in accordance with Paragraph 1 of the Court's August 9, 2023 Pre-trial Scheduling Order (D.E. 884). The Commission is available for trial during the months of April, May, and June 2024, with the exceptions of April 15 through April 19, May 1 through May 7, and May 27 through May 31.

                                        Respectfully submitted,

                                        *Peter Bryan Moores*
                                        Peter Bryan Moores
                                        *Counsel for the Securities and Exchange*
                                        *Commission*

cc:   Counsel for Defendants (via ECF and email)