```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/24/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                          Plaintiff,         :
                                             :
          - against -                        :    20 Civ. 10832 (AT) (SN)
                                             :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,     :
and CHRISTIAN A. LARSEN,                     :
                                             :
                          Defendants.        :
                                             :
-------------------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Robert Moye as counsel of record in this action for Plaintiff. Mr. Moye is no longer participating in this matter. The SEC continues to be represented by the other counsel of record in this matter.

Dated:    New York, NY
          August 23, 2023

                                    /s/ *Robert M. Moye*
                                    Robert Moye
                                    *Attorney for Plaintiff*
                                    SECURITIES AND EXCHANGE COMMISSION
                                    Chicago Regional Office
                                    175 W Jackson Blvd Suite 1450
                                    Chicago, Illinois 60604
                                    moyer@sec.gov

GRANTED.  The Clerk of Court is directed to terminate Robert Moye from the docket.

SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                    _____
                                    ANALISA TORRES
                                    United States District Judge