**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/24/2023__

--------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,    :
                                                             :

                               **Plaintiff,**    :
                                                             :

                - against -    :          **20 Civ. 10832 (AT) (SN)**

                                                             :

**RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,**    :
**and CHRISTIAN A. LARSEN,**    :

                                                             :

                        **Defendants.**    :

                                                             :

--------------------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an

order in the form attached hereto withdrawing Robert Moye as counsel of record in this action for

Plaintiff. Mr. Moye is no longer participating in this matter. The SEC continues to be represented by

the other counsel of record in this matter.

Dated:       New York, NY
             August 23, 2023

                                            _/s/Robert M. Moye_____
                                            Robert Moye
                                            *Attorney for Plaintiff*
                                            SECURITIES AND EXCHANGE COMMISSION
                                            Chicago Regional Office
                                            175 W Jackson Blvd Suite 1450
                                            Chicago, Illinois 60604
                                            moyer@sec.gov

GRANTED.  The Clerk of Court is directed to terminate Robert Moye
from the docket.

SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge