UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>      v.<br><br>RIPPLE LABS INC.,<br>  BRADLEY GARLINGHOUSE,<br>  and CHRISTIAN A. LARSEN,<br>                  Defendants. | No. 20-cv-10832 (AT) |

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Rahul Mukhi of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant Bradley Garlinghouse and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
       September 25, 2023

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          By:    */s/   Rahul Mukhi*
                                                    Rahul Mukhi
                                                    rmukhi@cgsh.com
                                                    One Liberty Plaza
                                                    New York, New York 10006
                                                    Tel: (212) 225-2951

                                                   *Attorney for Bradley Garlinghouse*