UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 19, 2023

**VIA ECF and EMAIL**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:     *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

Plaintiff Securities and Exchange Commission ("SEC") respectfully notifies the Court of the stipulated dismissal of the SEC's pending claims against Defendants Christian Larsen and Bradley Garlinghouse ("Individual Defendants").

This Court's July 13, 2023 Order (ECF No. 874) ("Order") set for trial the SEC's claim that the Individual Defendants aided and abetted Ripple's violations of Section 5 of the Securities Act of 1933 with Ripple's "Institutional Sales" of XRP. Order at 30-34; *see also* ECF Nos. 884, 917. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have stipulated to the dismissal with prejudice of this claim. This voluntary dismissal obviates the need for the scheduled trial on this claim and moots the October 3, 2023 scheduling order (ECF No. 917).

The SEC and Ripple intend to meet and confer on a potential briefing schedule with respect to the pending issue in the case—what remedies are proper against Ripple for its Section 5 violations with respect to its Institutional Sales of XRP—and respectfully request until November 9, 2023 to propose such schedule to the Court or, if the parties cannot agree, to seek a briefing schedule from the Court on a contested basis.

Respectfully submitted,

*Jorge G. Tenreiro*

Jorge G. Tenreiro

Attachment:    Stipulation of Dismissal
cc:            Counsel for Defendants (via ECF)