UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,        :
                                          :
                                Plaintiff,       :       20 Civ. 10832 (AT) (SN)
                                          :
           - against -                  :       ECF Case
                                          :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,   :       STIPULATION OF
and CHRISTIAN A. LARSEN,                   :       PARTIAL DISMISSAL
                                          :
                               Defendants.      :
                                          :
------------------------------------------------------------------------x

       **IT IS NOW STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41, by and between undersigned counsel, that the claims alleged by Plaintiff Securities and Exchange Commission against Defendants Bradley Garlinghouse and Christian A. Larsen, for aiding and abetting Defendant Ripple Labs, Inc.'s ("Ripple") violations of Section 5 of the Securities Act of 1933 with respect to Ripple's offers and sales of XRP in "Institutional Sales" (*see* ECF No. 874), are hereby dismissed in their entirety, with prejudice and without costs or fees to either party.

Dated:  New York, New York
           October 19, 2023

                                                               */s/ Jorge G. Tenreiro*
                                                                Jorge G. Tenreiro
                                                                Ladan Stewart
                                                                Benjamin Hanauer
                                                                 Marc Jones
                                                                 Peter Moores
                                                                 SECURITIES AND EXCHANGE
                                                                COMMISSION
                                                                New York Regional Office
                                                                100 Pearl Street
                                                                New York, New York 10014
                                                                (212) 336-9145

                                                                *Attorneys for Plaintiff Securities and Exchange Commission*

| | |
|---|---|
| */s/ Martin Flumenbaum* <br> Martin Flumenbaum <br> Michael E. Gertzman <br> Meredith Dearborn <br> Kristina A. Bunting <br> Sarah J. Prostko <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> Tel: (212) 373-3000 <br><br> *Attorneys for Defendant Christian A. Larsen* | */s/ Matthew C. Solomon* <br> Matthew C. Solomon <br> Nowell D. Bamberger <br> Caleb J. Robertson <br> Michael A. Schulman <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> 2112 Pennsylvania Avenue, NW <br> Washington, DC 20037 <br> Tel: (202) 974-1500 <br><br> Alexander Janghorbani <br> Samuel Levander <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> One Liberty Plaza <br> New York, NY 10006 <br> Tel: (212) 225-2000 <br><br> *Attorneys for Defendant Bradley Garlinghouse* |

*/s/ Michael K. Kellogg*
Michael K. Kellogg
Reid M. Figel
Gregory G. Rapawy
Bradley E. Oppenheimer
Bethan R. Jones
KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

*/s/ Andrew J. Ceresney*
Andrew J. Ceresney
Mary Jo White
Douglas S. Zolkind
Christopher S. Ford
Erol N. Gulay
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 906-6000

*Attorneys for Defendant Ripple Labs Inc.*