UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2023
```

-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,

                Defendants.

-------------------------------------------------------------x

20 Civ. 10832 (AT) (SN)

ECF Case

STIPULATION OF
PARTIAL DISMISSAL

      **IT IS NOW STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41, by and between undersigned counsel, that the claims alleged by Plaintiff Securities and Exchange Commission against Defendants Bradley Garlinghouse and Christian A. Larsen, for aiding and abetting Defendant Ripple Labs, Inc.'s ("Ripple") violations of Section 5 of the Securities Act of 1933 with respect to Ripple's offers and sales of XRP in "Institutional Sales" (*see* ECF No. 874), are hereby dismissed in their entirety, with prejudice and without costs or fees to either party.

Dated: New York, New York
       October 19, 2023

                                                    /s/ *JTA*

                                                    Jorge G. Tenreiro
                                                    Ladan Stewart
                                                    Benjamin Hanauer
                                                      Marc Jones
                                                     Peter Moores
                                                    SECURITIES AND EXCHANGE
                                                     COMMISSION
                                                     New York Regional Office
                                                     100 Pearl Street
                                                     New York, New York 10014
                                                     (212) 336-9145

                                                     *Attorneys for Plaintiff Securities and Exchange*
                                                     *Commission*

Martin Flumenbaum
Michael E. Gertzman
Meredith Dearborn
Kristina A. Bunting
Sarah J. Prostko
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

*Attorneys for Defendant Christian A. Larsen*

Matthew C. Solomon
Nowell D. Bamberger
Caleb J. Robertson
Michael A. Schulman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500

Alexander Janghorbani
Samuel Levander
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

*Attorneys for Defendant Bradley Garlinghouse*

Michael K. Kellogg
Reid M. Figel
Gregory G. Rapawy
Bradley E. Oppenheimer
Bethan R. Jones
KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

Andrew J. Ceresney
Mary Jo White
Douglas S. Zolkind
Christopher S. Ford
Erol N. Gulay
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 906-6000

*Attorneys for Defendant Ripple Labs Inc.*

Martin Flumenbaum
Michael E. Gertzman
Meredith Dearborn
Kristina A. Bunting
Sarah J. Prostko
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

*Attorneys for Defendant Christian A. Larsen*

Matthew C. Solomon
Nowell D. Bamberger
Caleb J. Robertson
Michael A. Schulman
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500

Alexander Janghorbani
Samuel Levander
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

*Attorneys for Defendant Bradley Garlinghouse*

Michael K. Kellogg
Reid M. Figel
Gregory G. Rapawy
Bradley E. Oppenheimer
Bethan R. Jones
KELLOGG, HANSEN, TODD, FIGEL, &
FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

Andrew J. Ceresney
Mary Jo White
Douglas S. Zolkind
Christopher S. Ford
Erol N. Gulay
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 906-6000

*Attorneys for Defendant Ripple Labs Inc.*

*/s/ Martin Flumenbaum*
Martin Flumenbaum
Michael E. Gertzman
Meredith Dearborn
Kristina A. Bunting
Sarah J. Prostko
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

*Attorneys for Defendant Christian A. Larsen*

Matthew C. Solomon
Nowell D. Bamberger
Caleb J. Robertson
Michael A. Schulman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500

Alexander Janghorbani
Samuel Levander
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

*Attorneys for Defendant Bradley Garlinghouse*

Michael K. Kellogg
Reid M. Figel
Gregory G. Rapawy
Bradley E. Oppenheimer
Bethan R. Jones
KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

Andrew J. Ceresney
Mary Jo White
Douglas S. Zolkind
Christopher S. Ford
Erol N. Gulay
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 906-6000

*Attorneys for Defendant Ripple Labs Inc.*

Martin Flumenbaum
Michael E. Gertzman
Meredith Dearborn
Kristina A. Bunting
Sarah J. Prostko
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

*Attorneys for Defendant Christian A. Larsen*

Michael K. Kellogg
Reid M. Figel
Gregory G. Rapawy
Bradley E. Oppenheimer
Bethan R. Jones
KELLOGG, HANSEN, TODD, FIGEL, &
FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

Andrew J. Ceresney
Mary Jo White
Douglas S. Zolkind
Christopher S. Ford
Erol N. Gulay
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 906-6000

*Attorneys for Defendant Ripple Labs Inc.*

Matthew C. Solomon
Nowell D. Bamberger
Caleb J. Robertson
Michael A. Schulman
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500

Alexander Janghorbani
Samuel Levander
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000

*Attorneys for Defendant Bradley Garlinghouse*

SO ORDERED.

Dated: October 23, 2023
       New York, New York

ANALISA TORRES
United States District Judge