UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

-against-

RIPPLE LABS, INC.

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/13/2023
```

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter dated November 9, 2023. Accordingly:

1. By **February 12, 2024**, the parties shall complete remedies-related discovery;
2. By **March 13, 2024**, Plaintiff shall file its brief with respect to remedies;
3. By **April 12, 2024**, Defendant shall file its opposition; and
4. By **April 29, 2024**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                                      ANALISA TORRES
                                                United States District Judge