# EXHIBIT D



Home / 24/7 Cryptocurrency News / SEC Vs. Ripple: Stuart Alderoty Eyes Win In Supreme Court Case

# SEC Vs. Ripple: Stuart Alderoty Eyes Win in Supreme Court Case

*Ripple's CLO Stuart Alderoty hints at winning against SEC if taken to Supreme Court, amid ongoing market moves and Bitso partnership.*



By Maxwell Mutuma
November 30, 2023 · Updated November 30, 2023



In a significant development in the ongoing legal tussle between Ripple Labs and the U.S. Securities and Exchange Commission (SEC), Ripple's Chief Legal Officer (CLO) Stuart Alderoty has hinted at a potential victory for Ripple if the case escalates to the U.S. Supreme Court. This revelation follows a series of events that have shaped the narrative of this high-profile case.

Stuart Alderoty, through a recent social media post, suggested that the SEC might face a setback if Ripple decides to take its ongoing legal battle to the Supreme Court. This assertion aligns with a pattern of the Supreme Court's rulings against the SEC in recent years. This development comes on the heels of a mixed ruling by Federal Judge Analisa





URL
https://coingape.com/sec-vs-ripple-stuart-alderoty-eyes-win-in-supreme-court-case/
Timestamp
Mon Dec 04 2023 08:50:22 GMT-0500 (Eastern Standard Time)





Legal Officer (CLO) **Stuart Alderoty** has hinted at a potential victory for Ripple if the case escalates to the U.S. Supreme Court. This revelation follows a series of events that have shaped the narrative of this high-profile case.

Stuart Alderoty, through a recent social media post, suggested that the SEC might face a setback if Ripple decides to take its ongoing legal battle to the Supreme Court. This assertion aligns with a pattern of the Supreme Court's rulings against the SEC in recent years. This development comes on the heels of a mixed ruling by Federal Judge Analisa Torres, which differentiated between Ripple's direct sales to financial institutions and other types of XRP sales.



The legal discourse took a turn this summer when Judge Torres issued a partial ruling in favor of Ripple. The judge clarified that certain sales of XRP, particularly those in the secondary market and programmable sales, are not to be **classified as security sales**. However, the judge maintained that direct sales to financial institutions fall under this category. This ruling momentarily impacted XRP's market value, pushing it to a high of $0.71 before experiencing a decline.

In a further twist, the SEC recently dropped personal legal actions against **Ripple's CEO Brad Garlinghouse** and cofounder Chris Larsen. This move followed Garlinghouse's public declaration of his readiness to escalate the legal fight to the Supreme Court, as stated during his interview at the DC Fintech Week 2023.

## Ripple's Ongoing Market Moves Despite SEC



As Ripple navigates its legal challenges, its market activities continue to make headlines. A notable transaction was reported by Whale Alert, involving the transfer of 18,500,000 XRP to Bitso, a major crypto exchange based in Mexico. The **transaction, originating** from a wallet linked to Ripple, underscores the ongoing partnership between the two entities. Ripple's investment in Bitso dates back to 2019, cementing a relationship that has

As Ripple navigates its legal challenges, its market activities continue to make headlines. A notable transaction was reported by Whale Alert, involving the transfer of 18,500,000 XRP to Bitso, a major crypto exchange based in Mexico. The transaction, originating from a wallet linked to Ripple, underscores the ongoing partnership between the two entities. Ripple's investment in Bitso dates back to 2019, cementing a relationship that has seen Bitso become a pivotal platform for Ripple Payments, formerly known as On-Demand Liquidity (ODL).

This transaction, as tracked by the Bithomp XRP analytics platform, signifies Ripple's active engagement in the cryptocurrency market, despite the ongoing legal battle with the SEC. It highlights Ripple's commitment to its partnerships and its role in the broader crypto ecosystem.

Read Also: Ripple's Payment Partner Trianglo Celebrates $1B ODL Volume

**TAGS** Ripple Labs vs SEC

**TRENDING**    PRICE ANALYSIS

- Bitcoin Reigns Supreme With $133 Mln Weekly Inflows: Report
- Whale Bags 600 Billion Shiba Inu From Binance, SHIB & Bone Prices Pump 10%
- Best Crypto To Buy Now On December 4- LUNC, LUNA, ORDI
- Cardano (ADA) Price Rises With Soaring Transactions Signaling Institutional Interest
- NFT Market Sees Major Power Shift From OpenSea to BLUR



Top Crypto Presale Projects For 2023 To Invest; Updated List



Top Meme Coins to Buy Now [UPDATED]



Best Crypto Exchanges and Apps September 2023

**ABOUT AUTHOR**    DISCLAIMER

Maxwell is a crypto-economic analyst and Blockchain enthusiast, passionate about helping people understand the potential of decentralized technology. I wriRead more...



**RECOMMENDED**  TRENDING

Crypto Presale Projects For 2023 To Invest; Updated List

Best Crypto Exchanges and Apps September 2023

Top Meme Coins to Buy Now: What You Need to Know

10 Best Crypto Trading Bots (Reviewed)

Top 10 Web3 Games To Explore In 2023; Here List

---

**URL**
https://coingape.com/sec-vs-ripple-stuart-alderoty-eyes-win-in-supreme-court-case/

**Timestamp**
Mon Dec 04 2023 08:50:22 GMT-0500 (Eastern Standard Time)

  ABOUT AUTHOR DISCLAIMER

Maxwell is a crypto-economic analyst and Blockchain enthusiast, passionate about helping people understand the potential of decentralized technology. I wriRead more... 

 Top 10 Web3 Games To Explore In 2023; Here List

**URL**

https://coingape.com/sec-vs-ripple-stuart-alderoty-eyes-win-in-supreme-court-case/

**Timestamp**

Mon Dec 04 2023 08:50:22 GMT-0500 (Eastern Standard Time)