# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Securities and Exchange Commission

    v.                                          Case No. 21-cv-260-PB

LBRY, Inc.

## ORDER

I held a status conference with the parties in this matter on February 6, 2023. As discussed at the conference, the remaining discovery in this matter will be phased and expedited. Within 14 days of the entry of this Order, LBRY is directed to produce the electronic files supporting the profit and loss statement and the balance sheet that it submitted in connection with its Motion to Limit the SEC's Remedies. Within 14 days of the SEC's receipt of LBRY's production, the parties shall meet and confer to attempt to agree on a set of narrow, focused interrogatories and document requests that address the specific issues discussed at the status conference. LBRY will then have 30 days to respond to the SEC's written requests.

Should the SEC decide that depositions are necessary, the parties must meet and confer within 14 days of LBRY's response to the SEC's written requests and attempt to agree on the deponents, the topics to be covered, and the length of the depositions. The depositions must be completed within 30

days of the parties' meet and confer efforts. If the parties cannot reach agreement about depositions, either party may request a status conference to address the matter.

Within 14 days of the completion of discovery, the SEC must produce a supplemental brief addressing the issue of remedy. LBRY will have 14 days from the date of the SEC's filing to file a response brief. The court will then take the matter under advisement and issue a final ruling.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

February 6, 2023

cc: Counsel of Record