

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**Andrew J. Ceresney**
Partner
aceresney@debevoise.com
+1 212 909 6947

January 11, 2024

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT) (SN) (S.D.N.Y.)**

Dear Judge Netburn:

      We write on behalf of Defendant Ripple Labs Inc., pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple's response to the SEC's January 11, 2024 motion to compel (ECF No. 925) ("Motion to Compel") be extended two business days from Wednesday, January 17, 2024 to Friday, January 19, 2024.

      Ordinarily, Ripple's response would be due on Wednesday, January 17, 2024. Ripple respectfully requests an additional two business days to fully respond to the Motion to Compel.  This is Ripple's first request for an extension of time.

      Further, Ripple consents to the SEC's request (*see* ECF No. 925 at n.1) that its reply, if any, be due on or before January 24, 2024.

Respectfully submitted,


/s/ *Andrew J. Ceresney*
Andrew J. Ceresney
(ajceresney@debevoise.com)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
+1 (212) 909-6000


*Attorneys for Defendant Ripple Labs Inc.*

    cc:    All parties (via ECF)