UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiff,　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　- against -　　　　　　　　　　　　　　: 　　20 Civ. 10832 (AT) (SN)
　　　　　　　　　　　　　　　　　　　　　　　　:
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendants.　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF ATTORNEY

　　　　　Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Ladan Stewart as counsel of record in this action for Plaintiff. Ms. Stewart is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated:　　　New York, New York
　　　　　　　January 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Ladan F. Stewart
　　　　　　　　　　　　　　　　　　　　　　　　Ladan F. Stewart
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE
　　　　　　　　　　　　　　　　　　　　　　　　COMMISSION
　　　　　　　　　　　　　　　　　　　　　　　　100 Pearl Street, Suite 20-100
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　stewartla@sec.gov