# EXHIBIT A

# Exhibit 27

| | |
|---|---|
| DAMIEN J. MARSHALL<br>(admitted *pro hac vice*)<br>dmarshall@kslaw.com<br>ANDREW MICHAELSON<br>(admitted *pro hac vice*)<br>amichaelson@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: (212) 556-2100; Fax: (212) 556-2222<br><br>LISA BUGNI (SBN 323962)<br>lbugni@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax: (415) 318-1300<br><br>ANDREW J. CERESNEY<br>(admitted *pro hac vice*)<br>aceresney@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6000; Fax: (212) 909-6836<br><br>*Attorneys for Defendants Ripple Labs Inc.,*<br>*XRP II, LLC, and Bradley Garlinghouse* | MICHAEL K. KELLOGG<br>(admitted *pro hac vice*)<br>mkellogg@kellogghansen.com<br>REID M. FIGEL<br>(admitted *pro hac vice*)<br>rfigel@kellogghansen.com<br>GREGORY G. RAPAWY<br>(admitted *pro hac vice*)<br>grapawy@kellogghansen.com<br>BRADLEY E. OPPENHEIMER<br>(admitted *pro hac vice*)<br>boppenheimer@kellogghansen.com<br>BETHAN R. JONES<br>(admitted *pro hac vice*)<br>bjones@kellogghansen.com<br>JUSTIN B. BERG<br>(admitted *pro hac vice*)<br>jberg@kellogghansen.com<br><br>KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>+1 (202) 326-7900<br><br>*Counsel for Defendant Ripple Labs Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**DECLARATION OF CAROLYN DICHARRY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

DECL. OF CAROLYN DICHARRY ISO DEFS.'
MOTION FOR SUMMARY JUDGMENT

Case No. 4:18-cv-06753-PJH

I, Carolyn Dicharry, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a consultant for Ripple. I was a Ripple employee from 2015 to 2019. The statements made herein are based on my personal knowledge and information I have learned in the course of my employment. If called to testify, I would testify competently to them.

2. I have reviewed certain of Ripple's business records regarding its distributions of XRP. Based on my review of Ripple's business records, between July 2017 and April 2020, Ripple – primarily through XRP II, LLC – entered into XRP direct sales contracts with 23 specific counterparties.

3. During the class period, and aside from its contracts with these 23 specific direct sale counterparties, Ripple's only sales of XRP pursuant to bilateral contracts have been to customers using XRP for On-Demand Liquidity ("ODL") transactions. From May 2020 until June 2023 (inclusive), essentially all of Ripple's sales of XRP were to ODL customers who sourced XRP directly from Ripple for cross-border transactions. These ODL sales constitute the bulk of Ripple's sales pursuant to bilateral contracts during the time period from July 2017 to June 2023 (inclusive).

4. In the past, Ripple also sold some XRP on centralized digital asset exchanges via market-makers, to unknown purchasers. However, Ripple stopped selling XRP on digital asset exchanges via market-makers in September 2019, and did not make any other such sales through the end of the class period. From September 2019 through the remainder of the class period, Ripple has sold XRP only via bespoke, bilateral contracts.

5. Beginning before August 2016 through September 2019 (when it stopped selling on exchanges), Ripple sold XRP on an essentially continuous basis.

Executed on this 8th day of January, 2024.

*/s/ Carolyn Dicharry*
Carolyn Dicharry