UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,  :

                                                     Plaintiff,  :      20 Civ. 10832 (AT) (SN)

                                 - against -  :      ECF Case

    :

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :      NOTICE OF MOTION
and CHRISTIAN A. LARSEN,             :      FOR REMEDIES AND
                                        :      ENTRY OF FINAL
                        Defendants.  :      JUDGMENT AS TO
                                        :      RIPPLE LABS, INC.

-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, on March 22, 2024, Plaintiff Securities and Exchange

Commission ("SEC") respectfully moves for an order from the Court granting, as to Defendant

Ripple Labs, Inc., permanent injunctions, disgorgement and prejudgment interest, and civil penalties,

in the amounts and in the form set forth in the Proposed Final Judgment attached hereto.

    Upon the accompanying Plaintiff SEC's Memorandum of Law in Support, the Declarations

of Peter B. Moores and Andrea Fox, dated March 22, 2024, and the exhibits thereto; and all prior

proceedings and pleadings in this action, Plaintiff SEC makes the motion before the Honorable

Analisa Torres, at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated March

1, 2024 (ECF No. 940), Defendant's response shall be filed no later than April 22, 2024.

                      Respectfully submitted,

                      Jorge Gerardo Tenreiro
                      Benjamin Hanauer
                      Marc A. Jones
                      Peter B. Moores
                      *Attorney for the Plaintiff*
                      SECURITIES AND EXCHANGE COMMISSION
                      100 Pearl Street, Suite 20-100
                      New York, New York
                      TenreiroJ@sec.gov