# Exhibit 6

Page 1
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824





Page 2
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



Page 3
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



Page 5
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



Page 8
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



Page 9
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824



Page 10
(8) Brad Garlinghouse on X: "@CGasparino @EleanorTerrett @Ripple @SECGov To your question here about potential penalties - that's up to the Court to decide, not the SEC. You very well know this case was never about fines or penalties, it was about establishing the non-security status of XRP. We won. They lost." / X
https://twitter.com/bgarlinghouse/status/1680065971112013824