# Exhibit 7

Page 1
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072

Home
Explore
Notifications
Messages
Lists
Bookmarks
Communities
Premium
Profile
More
Post

← Post

**Brad Garlinghouse** @bgarlinghouse

It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team.

An unequivocal win for Ripple and for crypto in the US.

That's the bottom line.

> **Ripple** @Ripple · Jul 19
> After nearly 3 years, the Court's July 13 decision delivered a landmark win for Ripple and the entire U.S. crypto industry: XRP is not a security.
>
> Progress is worth fighting for.
> ripple.com/insights/xrp-i...

6:36 PM · Jul 19, 2023 · **707.8K** Views

805 3.1K 13K 67

Post your reply Reply

**ISO VIRTUOSO** ® @XRPProFresh · Jul 19
From me to you Brad Thank you for being a benchmark for the whole of Crypto 🙏🏻👑
1 11 259

**XRP_Cro** @stedas · Jul 20
Congratulations Brad for this epic victory!
We won and they lost 🫡

Now let's show the world how great XRP is 🔥

3 7 61 2.7K

**GlassesUSA.com** @GlassesUSA Ad
The year's BIGGEST SALE! Celebrate Cyber Week by exploring our Best Selling Glasses Sale, featuring unbeatable prices, free Rx lenses, and free shipping

2 61 58K

**AiRev** @ParallelAiRev · Jul 19
🫡

Search

**Relevant people**

**Brad Garlinghouse** @bgarlinghouse Follow
CEO at Ripple

**Ripple** @Ripple Follow
Our mission is to build breakthrough crypto solutions for a world without economic borders.

**What's happening**

NFL · Last night
**Seahawks at Cowboys**

Trending in United States
**Finally Friday**
2,897 posts

Gaming · Trending
**#GTA6**
7,382 posts

Trending in United States
**Newscum**
5,407 posts

Trending in United States
**Peter Griffin**
Trending with New Month, New Blessings

Show more



Page 2
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072

Page 3
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 4
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 5
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 6
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 7
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 8
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 9
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 11
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 12
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072





Page 15
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072



Page 17
(8) Brad Garlinghouse on X: "It's been less than a week since the decision dropped, and I'm still overwhelmed with gratitude for (and hugely proud of) this team. An unequivocal win for Ripple and for crypto in the US. That's the bottom line." / X
https://twitter.com/bgarlinghouse/status/1681795192746115072

