# Exhibit 8



Page 2

(8) Brad Garlinghouse on X: "We began these reports to voluntarily provide updates given our XRP holdings. Sadly, they were used against us in the SEC lawsuit - however, we remain steadfast in our commitment to transparency but I suspect they're going to look a bit different moving forward" / X
https://twitter.com/bgarlinghouse/status/1686618130674774016





Page 3
(8) Brad Garlinghouse on X: "We began these reports to voluntarily provide updates given our XRP holdings. Sadly, they were used against us in the SEC lawsuit – however, we remain steadfast in our commitment to transparency but I suspect they're going to look a bit different moving forward" / X
https://twitter.com/bgarlinghouse/status/1686618130674774016

Captured by FireShot Pro: 01 December 2023, 09:01:45
https://getfireshot.com