# Exhibit E

businesswire.com

# DIFC Champions Dubai as a Global Crypto Hub with Approval of XRP Under its Virtual Assets Regime

4–5 minutes

---

DUBAI, UAE--(BUSINESS WIRE)--Ripple, the leader in enterprise blockchain and crypto solutions, today announced that the Dubai Financial Services Authority (DFSA) has approved the digital asset XRP for use within the Dubai International Financial Centre (DIFC). Licensed virtual asset firms within the DIFC will now be able to incorporate XRP into their virtual asset services.

Since the DFSA opened up external applications, XRP is the first virtual asset to be approved by the regime. XRP joins BTC, ETH and LTC as the assets previously approved under the DFSA's virtual assets regime. XRP now stands to benefit from legal and regulatory clarity in the DIFC, and will be available for use by institutions located in the DIFC to accelerate faster, more efficient global value exchange.

The UAE has fast become one of the most innovative jurisdictions intent on offering regulatory clarity and guidance for licensed firms to offer virtual asset services. With the DFSA's comprehensive regime for the DIFC, the independent regulator is committed to the long-term development of the crypto, payments and fintech ecosystem within Dubai, as well as providing guidance for companies to set up shop in the free zone. Dubai also has the Virtual Assets Regulatory Authority (VARA) which was established last year to protect investors, maintain high levels of risk assurance, and facilitate innovation.

**Brad Garlinghouse, CEO of Ripple, said**: "Dubai continues to demonstrate global leadership when it comes to the regulation of virtual assets and nurturing innovation. It's refreshing to see the DFSA encourage the adoption and use of digital assets such as XRP to position Dubai as a leading financial services hub intent on attracting foreign investment and accelerating economic growth. Ripple will continue to double down on its presence in Dubai and we look forward to continuing to work closely with regulators to realize crypto's full potential."

Dubai's listing of XRP has the potential to unlock new regional payments and other virtual asset use cases on the XRP Ledger. As a key builder and user of the XRP Ledger, Ripple chose the DIFC as the location for its MENA headquarters in 2020 due to Dubai's innovation-forward regulations, expansive network and reputation as a leading global financial centre. Approximately 20% of Ripple's customers are based in MENA.

The announcement comes as Ripple Swell, Ripple's flagship event bringing together influential financial industry and regulatory voices, is set to be hosted in Dubai on November 8-9. It follows previous successful events which saw hundreds of Ripple's customers and partners come together in major global financial centres including London and Singapore. The DIFC's Chief Operating Officer Alya Al Zarouni will take the main stage, as will VARA's CEO Hensen Orser, alongside other national and global thought leaders, decision-makers, and policymakers from the worlds of fintech, finance and crypto.

## About Ripple

Ripple is the leader in enterprise blockchain and crypto solutions, transforming how the world moves, manages, tokenizes and stores value. Ripple's business solutions are faster, more transparent, and more cost effective - solving inefficiencies that have long defined the status quo. And together with partners and the larger developer community, we identify use cases where crypto technology will inspire new business models and create opportunity for more people. With every solution, we're realizing a more sustainable global economy and planet - increasing access to inclusive and scalable financial systems while leveraging carbon neutral blockchain technology and a green digital asset, XRP. This is how we deliver on our mission to build crypto solutions for a world without economic borders.

https://www.businesswire.com/news/home/20231102179532/en/DIFC-Champions-Dubai-as-a-Global-Crypto-Hub-with-Approval-of-XRP-Under-its-Virtual-Assets-Regime