# Exhibit K

**Ripple Labs Inc.**
**CONSOLIDATED BALANCE SHEET- DRAFT**
*(in thousands)*
Unaudited

|  | As of 3/31/2023 | As of 6/30/2023 | As of 9/30/2023 | As of 12/31/2023 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
|    Cash and cash equivalents | | | | |
|    Purchased XRP | | | | |
|    USDT | | | | |
|    Accounts receivable, net | | | | |
|    Income taxes receivable | | | | |
|    Prepaid expenses and other current assets | | | | |
|      Total current assets | | | | |
| Restricted cash, net of current | | | | |
| Property and equipment, net | | | | |
| Investments | | | | |
| Equity method investments | | | | |
| Deferred tax asset | | | | |
| Operating lease right-of-use asset | | | | |
| Other assets | | | | |
|    Total assets | | | | |
| **LIABILITIES, CONVERTIBLE REDEEMABLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
|    Accounts payable | | | | |
|    Accrued expenses and other current liabilities | | | | |
|    Deferred revenue | | | | |
|    Income tax payable | | | | |
|    Lease liability | | | | |
|    XRP derivative liability | | | | |
|      Total current liabilities | | | | |
| Lease liability, net of current | | | | |
| Other long-term liabilities | | | | |
|    Total liabilities | | | | |
| Convertible redeemable preferred stocks | | | | |
| Stockholders' equity: | | | | |
|    Common stock and additional paid in capital | | | | |
|    Treasury stock, at cost | | | | |
|    Notes receivable from stockholders | | | | |
|    Accumulated other comprehensive loss | | | | |
|    Retained earnings | | | | |
|      Total Ripple Labs Inc. stockholders' equity | | | | |
| Noncontrolling interest | | | | |
|    Total liabilities, convertible redeemable preferred stock, noncontrolling interest, and stockholders' equity | | | | |



*The draft interim financial statements prepared in accordance with U.S. GAAP are unaudited and may be subject to further financial close and tax adjustments, as well as adjustments to adhere to updates in the company's internal accounting policies.*

HIGHLY CONFIDENTIAL
RPLI_SEC 1141448

**Ripple Labs Inc.**
**CONSOLIDATED STATEMENT OF OPERATIONS - DRAFT**
*(in thousands)*
Unaudited

| | Quarter Ended 3/31/2023 | Quarter Ended 6/30/2023 | Quarter Ended 9/30/2023 | Quarter Ended 12/31/2023 |
|---|---|---|---|---|
| **Revenues:** | | | | |
| Digital asset transactions | | | | |
| Non-monetary XRP transactions | | | | |
| Other | | | | |
| Total revenues | | | | |
| Cost of revenues | | | | |
| Gross profit | | | | |
| **Operating expenses:** | | | | |
| Research and development | | | | |
| Selling and marketing | | | | |
| General and administrative | | | | |
| Total operating expenses | | | | |
| Income from operations | | | | |
| Realized gains on XRP derivatives | | | | |
| Unrealized gain (loss) on XRP derivatives | | | | |
| Interest and other income, net | | | | |
| Total other income (loss), net | | | | |
| Income before provision for income taxes | | | | |
| Provision for income taxes | | | | |
| Income (loss) from consolidated companies | | | | |
| Equity in net income (loss) of affiliates | | | | |
| Net income (loss) | | | | |
| Less: Net income attributable to noncontrolling interest | | | | |
| Net income (loss) attributable to Ripple Labs Inc. stockholders | | | | |

*The draft interim financial statements prepared in accordance with U.S. GAAP are unaudited and may be subject to further financial close and tax adjustments, as well as adjustments to adhere to updates in the company's internal accounting policies.*

HIGHLY CONFIDENTIAL
RPLI_SEC 1141449

**Ripple Labs Inc.**
**CONSOLIDATED STATEMENT OF CASH FLOWS - DRAFT**
*(in thousands)*
Unaudited

|  | Quarter Ended 3/31/2023 | Quarter Ended 6/30/2023 | Quarter Ended 9/30/2023 | Quarter Ended 12/31/2023 |
|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | |
| Net income (loss) | | | | |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | |
| Realized and unrealized (gain) loss on XRP derivatives | | | | |
| Unrealized (gain) and loss on foreign currency exchange rates | | | | |
| Other non-monetary XRP transaction (gain) loss | | | | |
| Impairment of purchased XRP | | | | |
| Provision for credit losses | | | | |
| Depreciation and amortization | | | | |
| Non-cash operating lease expense | | | | |
| Stock-based compensation expense | | | | |
| Impairment of property and equipment | | | | |
| Impairment of operating lease right-of-use asset | | | | |
| Change in unrealized gain on investments held at partnership | | | | |
| Realized and unrealized (gain) loss on investments | | | | |
| Impairment on investments | | | | |
| Equity in net (income) loss of affiliates | | | | |
| Changes in purchased XRP | | | | |
| Changes in operating assets and liabilities | | | | |
| Net cash provided by operating activities | | | | |
| **Cash flows from investing activities:** | | | | |
| Purchase of property and equipment | | | | |
| Purchase of intangible assets | | | | |
| Proceeds from sale of held-to-maturity debt securities | | | | |
| Purchase of held-to-maturity debt securities | | | | |
| Purchase of investments | | | | |
| Acquisition of a business | | | | |
| Proceeds from distributions from investments | | | | |
| Net cash used in investing activities | | | | |
| **Cash flows from financing activities:** | | | | |
| Purchase of treasury stock | | | | |
| Proceeds from exercise of stock options | | | | |
| Repurchase of common and preferred stock | | | | |
| Repurchase of preferred stock through tender offer | | | | |
| Net cash used in financing activities | | | | |
| Effect of exchange rate changes on cash and cash equivalents | | | | |
| Net increase in cash and cash equivalents | | | | |
| Cash, cash equivalents, and restricted cash at beginning of period | | | | |
| Cash, cash equivalents, and restricted cash at end of period | | | | |
| **Reconciliation of cash, cash equivalents and restricted cash:** | | | | |
| Cash and cash equivalents | | | | |
| Restricted cash included in non current assets | | | | |
| Cash, cash equivalents, and restricted cash at end of period | | | | |

*The draft interim financial statements prepared in accordance with U.S. GAAP are unaudited and may be subject to further financial close and tax adjustments, as well as adjustments to adhere to updates in the company's internal accounting policies.*

HIGHLY CONFIDENTIAL                                                                                                                                                           RPLI_SEC 1141450