Appendix A to Declaration of Jonathan Bilich

| Exhibit No. | Original ECF No. | Document Description | Sealing Request | Sealing Basis |
|---|---|---|---|---|
| A | ECF No. 944 | Plaintiff's Memorandum of Law in Support of Its Motion for Remedies and Entry of Final Judgment | Redactions | Confidential information from Ripple financial statements; Financial and pricing terms of contracts with third parties; Identity or contact information of third party |
| C | ECF No. 945-4 | Master XRP Commitment to Sell Agreement | Redactions | Financial and pricing terms of contracts with third parties; Identity or contact information of third party; Identity or contact information of Ripple employee |
| D | ECF No. 945-5 | Master XRP Agreement | Redactions | Financial and pricing terms of contracts with third parties; Identity or contact information of third party |
| E | ECF No. 945-9 | Ripple Labs Inc.'s Responses & Objections to Plaintiff's Remedies Interrogatories | Redactions | Confidential information from Ripple financial statements |
| G | ECF No. 945-12 | Supplemental Expert Report of Anthony M. Bracco | Redactions | Confidential information from Ripple financial statements; Third-party confidential financial information; Identity or contact information of third party |

**Appendix A to Declaration of Jonathan Bilich**

| Exhibit No. | Original ECF No. | Document Description | Sealing Request | Sealing Basis |
|---|---|---|---|---|
| H | ECF No. 945-13 | Consolidated Financial Statements as of 12/31/22 and 12/31/21 and Independent Auditor's Report | Sealed In Entirety | Confidential information from Ripple financial statements |
| I | ECF No. 945-14 | Ripple Labs Inc.'s Draft Balance Sheet Q1-Q4 2023 | Sealed In Entirety | Confidential information from Ripple financial statements |
| J | ECF No. 945-15 | Amendment #3 to Master XRP Purchase Agreement | Redactions | Financial and pricing terms of contracts with third parties; Identity or contact information of third party |
| K | ECF No. 945-16 | Consolidated Financial Statements as of 12/31/20 and 12/31/2019 and Independent Auditor's Report | Sealed In Entirety | Confidential information from Ripple financial statements |
| L | ECF No. 945-17 | Deposition Transcript of Anthony M. Bracco | Redactions | Confidential information from Ripple financial statements; Third-party confidential financial information; Identity or contact information of Ripple employee |

Appendix A to Declaration of Jonathan Bilich

| Exhibit No. | Original ECF No. | Document Description | Sealing Request | Sealing Basis |
|---|---|---|---|---|
| N | ECF No. 945-20 | Breanne Madigan Email to Dinuka Samarasinghe Re: SBI TPs | Redactions | Confidential information from Ripple financial statements; Financial and pricing terms of contracts with third parties; Identity or contact information of third party; Identity or contact information of Ripple employee |
| O | ECF No. 945-21 | FY 2020 Reporting File including 2020 & 2019 Consolidated Balance Sheets | Sealed In Entirety | Confidential information from Ripple financial statements |
| P | ECF No. 945-22 | Deposition Transcript Excerpts of Dinuka Samarasinghe | Redactions | Confidential information from Ripple financial statements; Identity or contact information of third party; Identity or contact information of Ripple employee |
| Q | ECF No. 945-24 | Expert Report of Anthony M. Bracco | Redactions | Confidential information from Ripple financial statements; Third-party confidential financial information; Identity or contact information of third party |
| R | ECF No. 945-25 | OTC XRP 2018 Sales Spreadsheet | Sealed In Entirety | Confidential information from Ripple financial statements |

Appendix A to Declaration of Jonathan Bilich

| Exhibit No. | Original ECF No. | Document Description | Sealing Request | Sealing Basis |
|---|---|---|---|---|
| S | ECF No. 946 | Declaration of Andrea Fox | Redactions | Confidential information from Ripple financial statements; Identity or contact information of third party |
| T | ECF No. 946-1 | Fox Calculation of Net Profits from Institutional Sales | Redactions | Confidential information from Ripple financial statements; Identity or contact information of third party |
| U | ECF No. 953 | Defendant's Memorandum of Law in Opposition to Motion for Remedies and Entry of Final Judgment | Redactions | Confidential information from Ripple financial statements; Financial and pricing terms of contracts with third parties; Identity or contact information of third party; Identity or contact information of Ripple employee |
| W | ECF No. 954-10 | Master XRP Commitment to Sell Agreement | Redactions | Financial and pricing terms of contracts with third parties; Identity or contact information of third party; Identity or contact information of Ripple employee |
| X | ECF No. 954-11 | Consolidated Balance Sheet - Draft (Q1-Q4 2023) | Redactions | Confidential information from Ripple financial statements |

**Appendix A to Declaration of Jonathan Bilich**

| Exhibit No. | Original ECF No. | Document Description | Sealing Request | Sealing Basis |
|---|---|---|---|---|
| Y | ECF No. 961 | Plaintiff's Reply in Support of Its Motion for Remedies and Entry of Final Judgment | Redactions | Confidential information from Ripple financial statements; Financial and pricing terms of contracts with third parties |