UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                              Plaintiff,   :   20 Civ. 10832 (AT) (SN)
                                            :
            - against -               :   ECF Case
                                            :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,    :
and CHRISTIAN A. LARSEN,                    :
                                            :
                            Defendants.   :
                                            :
------------------------------------------------------------------------x

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission hereby respectfully appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered by this Court on August 7, 2024. *See* Dkt. 974.

Dated: October 2, 2024
       New York, New York

                                       Respectfully submitted,

                                       */s/ Jorge G. Tenreiro*
                                       Jorge Gerardo Tenreiro
                                       Benjamin J. Hanauer
                                       Marc J. Jones
                                       Peter B. Moores
                                       Attorneys for Plaintiff
                                       SECURITIES AND EXCHANGE COMMISSION
                                       New York Regional Office
                                       100 Pearl Street, Suite 20-100
                                       New York, New York 10004-2616
                                       (212) 336-9145 (Tenreiro)
                                       TenreiroJ@sec.gov