UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                            Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**NOTICE OF CROSS-APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE SECOND CIRCUIT**

**PLEASE TAKE NOTICE** that Defendant Ripple Labs Inc. hereby respectfully cross-appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered by this Court on August 7, 2024.  *See* Dkt. 974.

Date: October 10, 2024

Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
+1 (212) 909-6000
aceresney@debevoise.com

Respectfully submitted,

*/s/ Michael K. Kellogg*
Michael K. Kellogg
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
mkellogg@kellogghansen.com

*Counsel for Defendant Ripple Labs Inc.*