

SIDLEY AUSTIN LLP  
787 SEVENTH AVENUE  
NEW YORK, NEW YORK  10019  
+1 212 839 5300  
+1 212 839 5599 FAX

+1 212 839 5433  
AKUNSAK@SIDLEY.COM

July 9, 2025

*Via ECF*
Hon. Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Torres:

I write to request that our client be terminated from the Court's docket for the above-referenced case.  Our client, Investment Banker Declarant[1], is a witness whose role in the proceeding has been resolved, and the confidentiality of their testimony is not an issue being appealed.  I will be leaving my employment at Sidley Austin LLP this week, after which no lawyers who appear in this matter for Investment Banker Declarant work at this firm.  Sidley Austin LLP does not represent any party to the appeal.

Respectfully submitted,

/s/*Andrew Kunsak*
Andrew Kunsak

---

[1] In conformity with Section IV.A.ii of Your Honor's Individual Practices in Civil Cases, this Letter Motion refers to our client—the signatory of Declaration PX 447 (ECF No. 627- 45)—as "Investment Banker Declarant" so as to avoid revealing the confidential information Ordered sealed by this Court (ECF No. 819).

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.