KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 18, 2025

*Via ECF*

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Ripple Labs Inc. et al.*, No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Torres:

    I write to comply with the notification requirement imposed by paragraph 4 of this Court's Order Staying Enforcement of Monetary Portion of Final Judgment, ECF No. 977 (the "Order"). Defendant Ripple Labs Inc. ("Ripple") and Plaintiff Securities and Exchange Commission ("SEC") have mutually consented to the release of the amount deposited in the Fund described in paragraph 2 of the Order. The release is for the purpose of satisfying the monetary portion of this Court's Judgment, as contemplated in paragraph 4(a) of the Order. Ripple and the SEC have agreed on the amount to be transferred, including the full court-ordered penalty plus statutory interest; the SEC has provided the appropriate wire transfer instructions; my firm has directed the bank to transfer the agreed amount as instructed; and the bank has confirmed that the agreed amount has been released. We have further directed that the balance of the Fund be returned to Ripple.

    Respectfully submitted,

    */s/ Michael K. Kellogg*

    Michael K. Kellogg
    *Counsel for Ripple Labs Inc.*

cc:    Counsel of Record (via ECF)