MANDATE

1:20-cv-10832-AT-SN

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-five,

---

United States Securities & Exchange Commission,

Plaintiff-Appellant-Cross-Appellee,

v.

Ripple Labs, Inc.,

Defendant-Appellee-Cross-Appellant,

Bradley Garlinghouse, Christian A. Larsen,

Defendants-Appellees,

Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, Kristiana Warner, PhD Roslyn Layton,

Intervenors.

---

**ORDER**
Docket Nos. 24-2648, 24-2705

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 8/22/2025

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/22/2025