UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

              -against-

RIPPLE LABS, INC.,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/10/2025

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the requests from nonparty Justin W. Keener to present "decisive evidence," ECF Nos. 981, 985 , as well as Plaintiff's opposition, Opp. I, ECF No. 982; Opp. II, ECF No. 986.  The Court DENIES both requests.  Keener has not moved to intervene.  *See G-I Holdings, Inc. v. Baron & Budd*, 2002 WL 1822929, at *1 (S.D.N.Y. Aug. 7, 2002).  Keener is free to share any evidence referenced in his requests with Defendant, who is competent to decide whether such evidence should be brought to the Court's attention.  *See also* ECF No. 372 at 10.

      SO ORDERED.

Dated: November 10, 2025
     New York, New York

_____
ANALISA TORRES
United States District Judge